IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## PLAINTIFFS' NOTICE OF SIMILAR CASES

Pursuant to Local Rule 5.6, Plaintiffs give notice that the following cases pending in the District involve issues of fact or law in common with the issues in this case: *Florida State Conference of Branches and Youth Units of the NAACP v. Byrd*, No. 4:23-cv-215-MW-MAF; and *League of Women Voters of Florida, Inc. v. Moody*, No. 4:23-cv-216-RH-MAF.

Respectfully submitted this 25th day of May, 2023,

                                        /s/ Nicholas L.V. Warren

Adriel I. Cepeda Derieux*
Julie A. Ebenstein (FBN 91033)
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)

| | |
|---|---|
| (212) 549-2500<br>acepedaderieux@aclu.org<br>jebenstein@aclu.org<br>mkeenan@aclu.org<br>dcampbell-harris@aclu.org<br>slakin@aclu.org | **ACLU Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org |
| Roberto Cruz (FBN 18436)<br>**LatinoJustice PRLDEF**<br>523 West Colonial Drive<br>Orlando, FL 32804<br>(321) 754-1935<br>rcruz@latinojustice.org | John A. Freedman*<br>Jeremy Karpatkin*<br>**Arnold & Porter Kaye Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>(202) 942-5316<br>john.freedman@arnoldporter.com<br>jeremy.karpatkin@arnoldporter.com |
| Cesar Ruiz*<br>Fulvia Vargas De-Leon*<br>Ghita Schwarz*<br>**LatinoJustice PRLDEF**<br>475 Riverside Drive, Suite 1901<br>New York, NY 10115<br>(212) 392-4752<br>cruiz@latinojustice.org<br>fvargasdeleon@latinojustice.org<br>gschwarz@latinojustice.org | Evan Preminger*<br>Rayne Ellis*<br>**Arnold & Porter Kaye Scholer LLP**<br>250 W. 55th Street<br>New York, NY 10019<br>(212) 836-7786<br>evan.preminger@arnoldporter.com<br>rayne.ellis@arnoldporter.com |
| Estee M. Konor*<br>**Dēmos**<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>(212) 485-6065<br>ekonor@demos.org | |

*Attorneys for Plaintiffs*

*\* Motion for leave to appear pro hac vice forthcoming*