AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-218

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Ashley Moody, Florida Attorney General___
was received by me on *(date)* ___5/26/2023___ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ___Paula A. Trigg, Senior Paralegal___ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
___the Florida Office of the Attorney General___ on *(date)* ___5/26/2023___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ___0.00___ for travel and $ ___7.50___ for services, for a total of $ ___7.50___ .

I declare under penalty of perjury that this information is true.

Date: ___5/26/23___

_____
*Server's signature*

___Joseph Dye, Redistricting Intern___
*Printed name and title*

___ACLU of Florida, 336 E. College Ave. Ste. 203, Tallahassee, FL 32301___
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-218

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cord Byrd, Florida Secretary of State
was received by me on *(date)* 5/26/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jon F. Morris, Assistant General Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)*
the Florida Department of State on *(date)* 5/26/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 7.50 for services, for a total of $ 7.50 .

I declare under penalty of perjury that this information is true.

Date: 5/26/23

*Server's signature*

Joseph Dye, Redistricting Intern
*Printed name and title*

ACLU of Florida, 336 E. College Ave. Ste. 203, Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: