IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    **Plaintiffs,**

v.                                                     Case No. 4:23-cv-218-AW-MAF

**CORD BYRD, et al.,**

    **Defendants.**

_____/

## ORDER DIRECTING EXPEDITED RESPONSE

Plaintiffs filed a motion to consolidate and indicate that the Secretary of State (but not the Attorney General) opposes the motion. ECF No. 7. So that this issue may be promptly resolved, the Secretary must file a response no later than June 5. *See* N.D. Fla. Loc. R. 7.1(E).

SO ORDERED on May 31, 2023.

                                                                        s/ *Allen Winsor*
                                                                        United States District Judge