IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, *etc., et al.*, <br><br> *Defendants*. | Case No. 4:23-cv-218-AW-MAF |

### PLAINTIFF B. DOE'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff B. Doe voluntarily dismisses his claims against all Defendants without prejudice.

Respectfully submitted this 31st day of May, 2023,

　　　　　　　　　　　　　　　　　　　　　　/s/ Nicholas L.V. Warren

| | |
|---|---|
| Adriel I. Cepeda Derieux* <br> Julie A. Ebenstein (FBN 91033) <br> Megan C. Keenan* <br> Dayton Campbell-Harris* <br> Sophia Lin Lakin* <br> **American Civil Liberties Union Foundation** <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> (212) 549-2500 <br> acepedaderieux@aclu.org <br> jebenstein@aclu.org <br> mkeenan@aclu.org <br> dcampbell-harris@aclu.org <br> slakin@aclu.org | Nicholas L.V. Warren (FBN 1019018) <br> **ACLU Foundation of Florida** <br> 336 East College Avenue, Suite 203 <br> Tallahassee, FL 32301 <br> (786) 363-1769 <br> nwarren@aclufl.org <br><br> Daniel B. Tilley (FBN 102882) <br> Caroline A. McNamara (FBN 1038312) <br> **ACLU Foundation of Florida** <br> 4343 West Flagler Street, Suite 400 <br> Miami, FL 33134 <br> (786) 363-2714 <br> dtilley@aclufl.org <br> cmcnamara@aclufl.org |

| | |
|---|---|
| Roberto Cruz (FBN 18436)<br>**LatinoJustice PRLDEF**<br>523 West Colonial Drive<br>Orlando, FL 32804<br>(321) 754-1935<br>rcruz@latinojustice.org<br><br>Cesar Z. Ruiz*<br>Fulvia Vargas De-Leon*<br>Ghita Schwarz*<br>**LatinoJustice PRLDEF**<br>475 Riverside Drive, Suite 1901<br>New York, NY 10115<br>**(212) 392-4752**<br><u>cruiz@latinojustice.org</u><br>fvargasdeleon@latinojustice.org<br>gschwarz@latinojustice.org<br><br>John A. Freedman*<br>Jeremy Karpatkin<br>**Arnold & Porter Kaye Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>(202) 942-5316<br>john.freedman@arnoldporter.com<br>jeremy.karpatkin@arnoldporter.com | Estee M. Konor*<br>**Dēmos**<br>80 Broad Street, 4th Floor<br>New York, NY 10004<br>(212) 485-6065<br>ekonor@demos.org<br><br>Evan Preminger*<br>Rayne Ellis*<br>**Arnold & Porter Kaye Scholer LLP**<br>250 W. 55th Street<br>New York, NY 10019<br>(212) 836-7786<br>evan.preminger@arnoldporter.com<br>rayne.ellis@arnoldporter.com |

*Attorneys for Plaintiffs*

*\* Motion for leave to appear pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I certify that I served the foregoing on Counsel for Defendants by emailing it on May 31st, 2023 to the following email addresses:

Stephanie A. Morse, Noah Sjostrom, and John Bennett
Office of the Attorney General
stephanie.morse@myfloridalegal.com; noah.sjostrom@myfloridalegal.com; john.bennett@myfloridalegal.com
*Counsel for Defendant Attorney General*

Joseph S. Van De Bogart and Ashley Davis
Florida Department of State
joseph.vandebogart@dos.myflorida.com; ashley.davis@dos.myflorida.com
*Counsel for Defendant Secretary of State*

Mohammad O. Jazil
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
mjazil@holtzmanvogel.com
*Counsel for Defendant Secretary of State*

                                          */s/ Nicholas L.V. Warren*
                                          Nicholas L.V. Warren