# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERDATION, et al.,
    *Plaintiffs*,

v.                                                            CASE NO: 4:23-cv-00218-AW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,
    *Defendants*.
_____/

## NOTICE OF APPEARANCE

    Joseph S. Van de Bogart gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: June 1, 2023                              Respectfully submitted,

                                                        */s/ Joseph S. Van de Bogart*
                                                        JOSEPH S. VAN DE BOGART (FBN 84764)
                                                        *General Counsel*
                                                        joseph.vandebogart@dos.myflorida.com
                                                        FLORIDA DEPARTMENT OF STATE
                                                        R.A. Gray Building, Suite 100
                                                        500 South Bronough Street
                                                        Tallahassee, Florida 32399-0250
                                                        Phone: (850) 245-6519
                                                        Fax: (850) 245-6127

                                                        *Counsel for Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of June 2023, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

>*/s/ Joseph S. Van de Bogart*
>Joseph S. Van de Bogart