# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,
    *Plaintiffs*,

v.　　　　　　　　　　　　　　　CASE NO: 4:23-cv-216-MW-MAF

ASHLEY MOODY, in her official capacity
as Attorney General of Florida, et al.,
    *Defendants.*
_____/

## NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: June 1, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Ashley E. Davis*
　　　　　　　　　　　　　　　　　　ASHLEY E. DAVIS (FBN 48032)
　　　　　　　　　　　　　　　　　　*Chief Deputy General Counsel*
　　　　　　　　　　　　　　　　　　ashley.davis@dos.myflorida.com
　　　　　　　　　　　　　　　　　　stephanie.buse@dos.myflorida.com
　　　　　　　　　　　　　　　　　　FLORIDA DEPARTMENT OF STATE
　　　　　　　　　　　　　　　　　　R.A. Gray Building, Suite 100
　　　　　　　　　　　　　　　　　　500 South Bronough Street
　　　　　　　　　　　　　　　　　　Tallahassee, Florida 32399-0250
　　　　　　　　　　　　　　　　　　Phone: (850) 245-6536
　　　　　　　　　　　　　　　　　　Fax: (850) 245-6127

　　　　　　　　　　　　　　　　　　*Counsel for Secretary of State*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of June 2023, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

*/s/ Ashley E. Davis*
Ashley E. Davis
