UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

Plaintiffs,

v.                                              Case No. 4:23-cv-218-AW-MAF

CORD BYRD, et al.,

Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATED EMAIL ADDRESSES

The undersigned hereby files this Notice of Appearance as Counsel for Defendant ASHLEY MOODY in her official capacity as FLORIDA ATTORNEY GENERAL, and requests that all pleadings, correspondence and other communications related to the instant cause of action are forwarded to the emails and/or physical address provided herein.

Primary:      stephanie.morse@myfloridalegal.com

Secondary:  complexlitigation.eservice@myfloridalegal.com

Respectfully Submitted,
**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Stephanie A. Morse*
Stephanie A. Morse
Special Counsel
Fla. Bar No. 0068713
stephanie.morse@myfloridalegal.com
Office of the Attorney General
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone:      (850) 414-3300
Telefacsimile:  (850) 488-4872
Attorney for Ashley Moody

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of June 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

*/s/ Stephanie A. Morse*