# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,
    *Plaintiffs*,

v.                                    CASE NO: 4:23-cv-00218-AW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,
    *Defendants*.
_____/

## AMENDED[1] NOTICE OF APPEARANCE

Ashley E. Davis gives notice of her appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: June 2, 2023                      Respectfully submitted,

                                            */s/ Ashley E. Davis*
                                            ASHLEY E. DAVIS (FBN 48032)
                                            *Chief Deputy General Counsel*
                                            ashley.davis@dos.myflorida.com
                                            stephanie.buse@dos.myflorida.com
                                            FLORIDA DEPARTMENT OF STATE
                                            R.A. Gray Building, Suite 100
                                            500 South Bronough Street
                                            Tallahassee, Florida 32399-0250
                                            Phone: (850) 245-6536
                                            Fax: (850) 245-6127

                                            *Counsel for Secretary of State*

---

[1] Amended only as to case style.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June 2023, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

*/s/ Ashley E. Davis*
Ashley E. Davis
