# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

    v.                  Case No. 4:23-cv-00218-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendant.*

_____/

## NOTICE OF APPEARANCE

    Mohammad O. Jazil gives notice of his appearance as counsel for CORD BYRD, in his official capacity as Florida Secretary of State and requests that all papers filed in this case be served upon him at mjazil@holtzmanvogel.com and zbennington@holtzmanvogel.com.

  Dated: June 5, 2023           Respectfully submitted,

                          /s/ Mohammad O. Jazil
                          Mohammad O. Jazil (FBN 72556)
                          mjazil@holtzmanvogel.com
                          HOLTZMAN VOGEL BARAN
                          TORCHINSKY & JOSEFIAK
                          119 S. Monroe St. Suite 500
                          Tallahassee, FL 32301
                          (850) 270-5938

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil
