IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                                          Case No. 4:23-cv-218-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## SECRETARY OF STATE CORD BYRD'S RESPONSE TO THE MOTION TO CONSOLIDATE ACTION

Having reviewed the Complaint and the Motion to Consolidate Action filed in *Hispanic Federation, et al. v. Byrd, et al.*, No. 4:23-cv-218-AW/MAF (N.D. Fla.), and having reviewed the Complaints filed in *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd, et al.*, No. 4:23-cv-215-MW-MAF (N.D. Fla.), and *League of Women Voters of Florida, Inc., et al. v. Moody, et al.*, No. 4:23-cv-216-MW-MAF (N.D. Fla.), Defendant Secretary of State Cord Byrd takes no position on the need to transfer and consolidate this action with the first-filed of the three cases.

1

| | |
|---|---|
| Dated: June 5, 2023 | Respectfully submitted, |
| | |
| Joseph Van de Bogart (FBN 84764) | /s/ Mohammad O. Jazil |
| joseph.vandebogart@dos.myflorida.com | Mohammad O. Jazil (FBN 72556) |
| Ashley Davis (FBN 48032) | mjazil@holtzmanvogel.com |
| ashley.davis@dos.myflorida.com | Michael Beato (FBN 1017715) |
| FLORIDA DEPARTMENT OF STATE | mbeato@holtzmanvogel.com |
| R.A. Gray Building | Joshua E. Pratt (FBN 119347) |
| 500 S. Bronough St. | jpratt@holtzmanvogel.com |
| Tallahassee, FL 32399 | zbennington@holtzmanvogel.com |
| (850) 245-6536 | HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK |
| | 119 S. Monroe St. Suite 500 |
| | Tallahassee, FL 32301 |
| | (850) 270-5938 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil.