IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

v.                                  Case No. 4:23-cv-00218-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendant*.

_____/

## NOTICE OF APPEARANCE

Michael Beato gives notice of his appearance as counsel for CORD BYRD, in his official capacity as Florida Secretary of State and requests that all papers filed in this case be served upon him at mbeato@holtzmanvogel.com and zbennington@holtzmanvogel.com.

Dated: June 5, 2023                     Respectfully submitted,

                                                      /s/ Michael Beato
                                                      Michael Beato (FBN 1017715)
                                                      mbeato@holtzmanvogel.com
                                                      HOLTZMAN VOGEL BARAN
                                                      TORCHINSKY & JOSEFIAK
                                                      119 S. Monroe St. Suite 500
                                                      Tallahassee, FL 32301
                                                      (850) 270-5938

## CERTIFICATE OF SERVICE

I certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Michael Beato
Michael Beato
