IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

v.                                  Case No. 4:23-cv-00218-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendant*.

_____/

## NOTICE OF APPEARANCE

Joshua E. Pratt gives notice of his appearance as counsel for CORD BYRD, in his official capacity as Florida Secretary of State and requests that all papers filed in this case be served upon him at jpratt@holtzmanvogel.com and zbennington@holtzmanvogel.com.

Dated: June 5, 2023                  Respectfully submitted,

                                            /s/ Joshua E. Pratt
                                            Joshua E. Pratt (FBN 119347)
                                            mjazil@holtzmanvogel.com
                                            HOLTZMAN VOGEL BARAN
                                            TORCHINSKY & JOSEFIAK
                                            119 S. Monroe St. Suite 500
                                            Tallahassee, FL 32301
                                            (850) 270-5938

## CERTIFICATE OF SERVICE

I certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Joshua E. Pratt
Joshua E. Pratt