# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of the State of Florida, *et al.*,<br><br>*Defendants*. | Case No. 4:23-cv-00218-AW-MAF |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs.

| | |
|---|---|
| Dated: June 6, 2023 | /s/ Roberto Cruz<br><br>Roberto Cruz (FBN 18436)<br>**LatinoJustice PRLDEF**<br>523 West Colonial Drive<br>Orlando, FL 32804<br>(321) 754-1935<br>rcruz@latinojustice.org |