IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to local Rule 11.1(C), plaintiffs, Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, Plaintiff A. Doe, and Plaintiff B. Doe, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Cesar Z. Ruiz, a licensed member of the New York State Bar. Mr. Ruiz has taken on representation of Plaintffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Mr. Ruiz resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Mr. Ruiz is counsel with the non-profit legal organization LatinoJustice Puerto Rican Legal Defense and Education Fund (PRLDEF), 475 Riverside Drive Suite # 1901, New York, New York 10115 and regularly practices law in New York.

3. Mr. Ruiz is admitted and is an active member in good standing of the bar of the jurisdiction identified in attached **Exhibit A**, a Certificate of Good standing from the New York Bar.

4. Mr. Ruiz has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on May 31st, 2023. His confirmation number is **FLND1685549652605**.

5. Mr. Ruiz studied and is familiar with the Local Rules of this District.

6. Mr. Ruiz has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email is cruiz@latinojustice.org

7. Mr. Ruiz will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Cesar Z. Ruiz to appear *pro hac vice*.

Respectfully submitted,

/s/ Cesar Z. Ruiz

Cesar Z. Ruiz
LatinoJustice PRLDEF
475 Riverside Suite # 1901
New York, NY 10115
Cruiz@latinojustice.org
Phone: 212-392-4752
*Counsel for Plaintiffs*

# *EXHIBIT A*



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Cesar Z. Ruiz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 14, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 2, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00122094

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6th, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ *Cesar Z. Ruiz*
Cesar Z. Ruiz
LatinoJustice PRLDEF
475 Riverside Suite #1901
NY, NY 10115
cruiz@latinojustice.org
Phone: 212-392-4752
*Counsel for Plaintiffs*