# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
## Tallahassee Division

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC.; and FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State,<br><br>*Defendant*. | Case No. 4:23-cv-00165-AW-MAF |

## NOTICE OF APPEARANCE

The undersigned attorney, Julie Ebenstein, enters her appearance in this matter on behalf of all Plaintiffs.

Date: June 7, 2023

                                        /s/ *Julie Ebenstein*

1

Julie Ebenstein (FL Bar No. 91033)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10004
Phone: 212-549-2686
jebenstein@aclu.org

*Counsel for Plaintiffs Florida State Conference of Branches and Youth Units of the NAACP (Florida NAACP), League of Women Voters of Florida Education Fund, Inc., and the League of Women Voters of Florida, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie Ebenstein*
Julie Ebenstein