IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

HISPANIC FEDERATION, *et al.*,

   *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,,

   *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## NOTICE OF APPEARANCE

The undersigned attorney, Julie Ebenstein, enters her appearance in this matter on behalf of all Plaintiffs.

Date: June 7, 2023

                                  /s/ *Julie Ebenstein*

Julie Ebenstein (FL Bar No. 91033)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10004
Phone: 212-549-2686
jebenstein@aclu.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie Ebenstein*
Julie Ebenstein