IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.                                 Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

   *Defendants*.
_____/

## ORDER ADMITTING CESAR Z. RUIZ *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Cesar Z. Ruiz *pro hac vice.* ECF No. 20. The motion is **GRANTED**. Mr. Ruiz has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on June 7, 2023.**

                                                   **s/Mark E. Walker**
                                                   **Chief United States District Judge**