# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
## Tallahassee Division

HISPANIC FEDERATION, *et al.*,

   *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

   *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## **MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 11.1(C), Plaintiffs, Hispanic Federation, Poder Latinx, A. Doe, Veronica Herrera-Lucha, and Norka Martínez, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Adriel I. Cepeda Derieux, a licensed member of the New York Bar. Mr. Cepeda Derieux has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

   1.    Adriel I. Cepeda Derieux resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2.  Mr. Cepeda Derieux is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.

3.  Mr. Cepeda Derieux is not, nor has he ever been, the subject of disciplinary or criminal proceedings.

4.  Mr. Cepeda Derieux is counsel at the American Civil Liberties Foundation, Inc. located at 125 Broad Street, 18th Floor, New York, New York 10004.

5.  Mr. Cepeda Derieux completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His confirmation number is FLND1685370471587.

6.  Mr. Cepeda Derieux studied and is familiar with the Local Rules of this District.

7.  Mr. Cepeda Derieux has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is acepedaderieux@aclu.org.

8.  Mr. Cepeda Derieux is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Adriel I. Cepeda Derieux to appear *pro hac vice*.

Date:  June 7, 2023

                                                /s/*Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux (NY Bar No. 4919163)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 212-284-7334
acepedaderieux@aclu.org

## CERTIFICATE OF SERVICE

I Hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

        /s/ *Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux (NY Bar No. 4919163)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 212-284-7334
acepedaderieux@aclu.org