IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> CORD BYRD, *etc., et al.*, <br><br> *Defendants*. | Case No. 4:23-cv-218-AW-MAF |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Hispanic Federation, Poder Latinx, A. Doe, Veronica Herrera-Lucha, and Norka Martínez, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Dayton Campbell-Harris, a licensed member of the Washington Bar. Mr. Campbell-Harris has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1.  Dayton Campbell-Harris resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2. Mr. Campbell-Harris is licensed to practice law in Washington and is a member in good standing of the Washington Bar, as verified by the Attorney Admissions Clerk.

3. Mr. Campbell-Harris is not, nor has he ever been, the subject of disciplinary or criminal proceedings.

4. Mr. Campbell-Harris is counsel at the American Civil Liberties Foundation, Inc. located at 125 Broad Street, 18th Floor, New York, New York 10004.

5. Mr. Campbell-Harris completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. His confirmation number is FLND1685370705588.

6. Mr. Campbell-Harris studied and is familiar with the Local Rules of this District.

7. Mr. Campbell-Harris has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is dcampbell-harris@aclu.org.

8. Mr. Campbell-Harris is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Dayton Campbell-Harris to appear *pro hac vice*.

Date:  June 7, 2023

                            /s/*Dayton Campbell-Harris*
                            Dayton Campbell-Harris (WA Bar No. 59692)
                            AMERICAN CIVIL LIBERTIES UNION
                            FOUNDATION, INC.
                            125 Broad St., 18th Floor
                            New York, NY 10006
                            Phone: 646-885-8359
                            dcampbell-harris@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

    /s/ *Dayton Campbell-Harris*
Dayton Campbell-Harris (WA Bar No. 59692)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 646-885-8359
dcampbell-harris@aclu.org