IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

HISPANIC FEDERATION, *et al.*,

   *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

   *Defendants*.

Case No. 4:23-cv-218-AW-MAF

# MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1(C), Plaintiffs, Hispanic Federation, Poder Latinx, A. Doe, Veronica Herrera-Lucha, and Norka Martínez, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Megan C. Keenan, a licensed member of the New York Bar. Ms. Keenan has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

   1.   Megan C. Keenan resides in the District of Columbia, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

1

2. Ms. Keenan is licensed to practice law in New York and is a member in good standing of the New York Bar, as verified by the Attorney Admissions Clerk.

3. Ms. Keenan is not, nor has she ever been, the subject of disciplinary or criminal proceedings.

4. Ms. Keenan is counsel at the American Civil Liberties Foundation, Inc. located at 125 Broad Street, 18th Floor, New York, New York 10004.

5. Ms. Keenan completed the online Attorney Admission Tutorial and exam and the online CM/ECF Tutorial. Her confirmation number is FLND1685461824592.

6. Ms. Keenan studied and is familiar with the Local Rules of this District.

7. Ms. Keenan has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email address is mkeenan@aclu.org.

8. Ms. Keenan is paying the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Megan C. Keenan to appear *pro hac vice*.

Date: June 7, 2023

                                        /s/*Megan C. Keenan*
Megan C. Keenan (NY Bar No. 5725254)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 202-715-0817
mkeenan@aclu.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ *Megan C. Keenan*
Megan C. Keenan (NY Bar No. 5725254)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION, INC.
125 Broad St., 18th Floor
New York, NY 10006
Phone: 202-715-0817
mkeenan@aclu.org