IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                                          Case No.: 4:23cv218-MW/MAF

CORD BYRD, etc., et al.,

    *Defendants*.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

This case, along with two others now before this Court, present overlapping issues with respect to some—but not all—of the same Defendants and some—but not all—of Plaintiffs' claims. Plaintiffs have already moved to consolidate these cases, ECF No. 7; however, the motion has only been granted in part with respect to transferring this case to me. *See* ECF No. 21 at 3. Accordingly, this Court requires the parties to confer with counsel in Case Nos.: 4:23cv215 and 4:23cv216 and file supplemental briefing as to whether consolidation of these three cases is appropriate, including the parties' positions with respect to consolidation. The parties shall confer and file their supplemental briefing **on or before Friday, June 16, 2023**.

    SO ORDERED on June 7, 2023.

                                               **s/Mark E. Walker**
                                               **Chief United States District Judge**