IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                        Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

    *Defendants*.

_____/

**ORDER CONDITIONALLY ADMITTING ADRIEL I. CEPEDA DERIEUX, DAYTON CAMPBELL-HARRIS, MEGAN C. KEENAN, AND SOPHIA LIN LAKIN *PRO HAC VICE***

This Court has considered, without hearing, the motions to admit Adriel I. Cepeda Derieux, Dayton Campbell-Harris, Megan C. Keenan, and Sophia Lin Lakin *pro hac vice.* ECF Nos. 25, 26, 27, & 28. The motions are **GRANTED in part**. These attorneys are **CONDITIONALLY ADMITTED** as they have fulfilled all but one of the requirements of the Local Rules for admission. The only defect in each of their motions is that they have not attached a certificate of good standing dated within 30 days of the date of their motions. These attorneys shall file their certificates of good standing **on or before June 21, 2023**, at which time this Court will determine whether to revoke their conditional admission for noncompliance with the Local Rules.

This Court encourages all counsel of record to review *all* of the Local Rules

and any rules they cross-reference, as this Court expects compliance with these rules going forward.

**SO ORDERED on June 7, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**