# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## Declaration of Frederick Vélez III Burgos
### (Pursuant to 28 U.S.C. § 1746)

1. My name is Frederick Vélez III Burgos and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

### **Personal Background**

2. I have lived in Florida since 2018.

3. I currently live in Miami, Florida, in Miami-Dade County.

4. I have an educational background in political science, having received a Bachelor's Degree from the University of Puerto Rico.

5. From February 21, 2020 until the present, I have been the National Civic Engagement Director of the Hispanic Federation.

1

## HISPANIC FEDERATION

6. Hispanic Federation is a 501(c)(3) nonprofit, nonpartisan, community organizing, and advocacy organization.

7. Hispanic Federation's mission is to empower and advance the Hispanic community, support Hispanic families, and strengthen Latino institutions through work in the areas of education, health, immigration, civic engagement, economic empowerment, and the environment, including by promoting voter engagement. Hispanic Federation works locally, statewide in Florida, and nationally to strengthen Latino nonprofits, promote public policy advocacy, and bring to scale a portfolio of innovative community programs through three essential pillars: membership services, advocacy services, and community assistance programs.

8. Hispanic Federation runs over 15 programs in Florida, ranging from making health care services and vaccination accessible, to running errands to assist community members, to capacity-building efforts to strengthen Latino nonprofits, to registering eligible citizens to vote. Hispanic Federation has been conducting civic engagement and voter registration work in Florida since 2016.

9. Hispanic Federation's voter engagement work assists the Hispanic electorate to register to vote, apply for vote-by-mail ballots, and vote on election day and during early voting. These activities are meant to ensure the representation of the Hispanic community's interests in government by helping Hispanic voters become involved in elections and civic participation.

10. Hispanic Federation engages with voters across Florida, and primarily operates in Broward, Hillsborough, Lake, Miami-Dade, Orange, Osceola, Polk, Pinellas, Pasco, Seminole, and Volusia Counties.

11. Hispanic Federation is a registered third-party voter registration organization. Hispanic Federation has registered voters in each of Florida's 67 counties. Since the 2016 election cycle, Hispanic Federation has registered over 90,000 voters.

12. Hispanic Federation helps to reach voters who might not otherwise register to vote, including voters with limited access to technology or limited proficiency in the English language.

13. In my capacity as National Civic Engagement Director, I am the spokesperson for Hispanic Federation. I am responsible for overseeing all civic engagement efforts from Hispanic Federation and ensuring all applicable local, state, and federal laws are followed.

14. Hispanic Federation typically employs between 80 and 90 staff members at any given time, with about 100 total staff members that we have employed over the years.

15. Last year, Hispanic Federation's budget for Florida voter registration programming comprised just over $650,000. This budget is comparable to what we have received in previous cycles, however; the costs associated with running the voter registration program and complying with all rules and regulations have

3

increased, effectively lowering the number of forms we can collect compared to years prior.

16. Hispanic Federation sends teams of canvassers to daily hot spots in areas with high traffic from Latino communities, such as supermarkets, small businesses, and festival events. Sending canvassers to these hot spots requires building relationships within the communities Hispanic Federation serves—for example, certain business owners only allow Hispanic Federation to station canvassers at their storefronts if specific canvassers that the business owner knows and trusts are present.

17. Hispanic Federation also integrates voter registration into its other community engagement events, as part of the organization's holistic approach. When we do health care and hunger relief, we also attach canvassers to those teams to help register eligible citizens to vote.

18. Hispanic Federation also assists voters to register to vote through an online portal for registration.

19. During voter registration events, Hispanic Federation's canvassers interact with community members, provide eligible citizens with voter registration applications, and retrieve completed voter registration applications. Hispanic Federation always aims to collect as many voter registration applications as possible at these events, and, as a whole, collects a significant number of voter registration applications. Over the course of a given year, Hispanic Federation usually collects

and submits 20,000 voter registration forms, collecting nearly 16,605 in 2022.

20. Hispanic Federation was planning to continue to conduct voter registration activities in the future, with the aim of collecting as many voter registration applications as possible. Based on its past experiences conducting voter registration activities in Florida, Hispanic Federation expects that through these future activities, we would help approximately 20,000 people register to vote in any given year if it were not for the new restrictions in Florida SB 7050.

### The Law's Impact on Hispanic Federation

21. Before the addition of new subsection (f) to Section 97.0575(1) of the Florida Statutes (the "Law"), Hispanic Federation planned to continue all this voter registration work and planned to expand its voter registration work in the coming years, including efforts to engage more diverse communities. For example, Hispanic Federation plans to register 8,000 voters in South Florida during 2023 – expanding from efforts in 2022. Also, as 2024 is a presidential election year, Hispanic Federation was planning to engage in even more voter registration work than in recent years, as there is always an increased interest in voter registration during a presidential election.

22. If the Law takes effect, Hispanic Federation's voter registration efforts will be materially handicapped.

23. Many of Hispanic Federation's canvassers are non-citizens. Canvassers are citizens of Venezuela, the Dominican Republic, Colombia, or Mexico, but all our

5

employees are authorized to work in the United States. Our non-citizen canvassers include highly competent and educated individuals, including doctors, engineers, lawyers, and administrators.

24. The Law will result in Hispanic Federation losing approximately 70 percent of its canvasser workforce. Losing these staff members will make it difficult for us to continue registering voters, and impossible to continue registering voters at the same rates we have done in past election cycles.

25. Many of Hispanic Federation's non-citizen canvassers who handle and return voter registration forms have worked with Hispanic Federation since 2016 and are among the organization's most experienced canvassers. These non-citizen staff have developed deep relationships within their communities, including with local business owners who allow Hispanic Federation to conduct voter registration efforts at their locations. These non-citizen canvassers and staff also train new canvassers. Losing these senior members would decimate the senior ranks of Hispanic Federation's voter registration leaders, leaving them unable to participate in their First Amendment protected speech.

26. Hispanic Federation's non-citizen canvassers often had skills that made them especially capable of forming relationship in the community and assisting eligible citizens to register to vote. For example, non-citizens can speak to naturalized U.S. citizens in the naturalized citizen's native language, and can explain how the U.S. voter registration process differs from the process in their native

country, all of which helps eligible citizens better understand the registration process and participate in American democracy. Without our non-citizen workforce, we will have a more difficult time reaching these communities of eligible citizens.

27. It is important to Hispanic Federation's mission that non-citizens can assist with voter registration organizations. Non-citizens represent a sizable portion of the Latino community in the United States and in Florida and can provide a unique perspective about the importance of participating in our democratic process, and how it differs from our community's various countries of origins.

28. Hispanic Federation is assessing its programs and policies in the wake of the citizenship requirement. As Hispanic Federation creates its Civic Engagement program, it is clear we will need to be in compliance and implement required rules and regulations. Lamentably, this will result in a loss of time as we ensure we are in compliance with a rule that prohibits speech activity by members of the Hispanic Federation team.

29. Hispanic Federation has remained compliant with all Federal regulations for hiring and will continue to do so. If required to implement the citizenship requirement, the organization faces a series of difficult conversations and a move to hire new civic engagement campaign staff members. Hispanic Federation does not believe that citizenship serves as a marker of an individual's commitment to the civic process. This amounts to discrimination based on citizenship, and an employee's citizenship status does not affect the quality of their work – especially

when they have worked in this field for years.

30. Because of the Law, Hispanic Federation will have to recruit from a new pool of staff, which lowers retention, heightens training costs, and increases the risk of mistakes by new staff. Hispanic Federation will also have to spend money on online advertisements to hire from this new pool.

31. Hispanic Federation will also need to focus more time and resources toward asking for proof of citizenship. Hispanic Federation is committed to adhering to all regulations and requirements for lawful employment in the United States as required through the I-9 verification process. Hispanic Federation engages in I-9 verification and confirm that employees are authorized to work in the United States. Hispanic Federation already submits the required information about employees to the Division of Elections, in compliance with existing law. The additional step of verifying proof of citizenship is an unnecessary and discriminatory burden that Hispanic Federation is being forced to undertake. But because the Law imposes fines for even the unknowing use of non-citizen staff, to impose a fine, self-reporting or anything short of proof of citizenship would create too much risk for Hispanic Federation to continue operating, especially with a $50,000 fine per head for any non-citizen who assists our organization. These efforts to determine the citizenship status of all staff who assist with registration applications will require use of Hispanic Federation's limited time and resources.

32. Because the Law imposes a strict liability standard that threatens

8

Plaintiffs with substantial financial penalties based on a mistake about an employee's citizenship status, Plaintiffs will have to turn away help even from citizens. For example, because Hispanic Federation will no longer let individuals assist with voter registration efforts unless they can demonstrate proof of citizenship, we will have to turn down even U.S.-citizen staff who cannot (or do not wish to) furnish the requisite proof. People who are willing to provide their name and address to our organization are not always willing to submit proof of citizenship in order to register voters. As a result, these additional steps requiring specific proof of citizenship serve to deter not only non-citizens but citizens without the sufficient proof for work.

33. If the Law takes effect, Hispanic Federation will need to convey to any and all new hires working in Civic Engagement the need for a proof of citizenship. This will require the need to shift recruitment tactics and language included in the job descriptions for clarity when engaging with potential staff. Hispanic Federation is also still assessing how to best manage the maintenance of records for required citizenship paperwork.

34. Hispanic Federation is also still developing guidelines to ensure that the activity taking place in our office space is complying with all the new regulations. Hispanic Federation will need to create space where materials will be out of reach from accidental "handling" of voter registration forms by anyone who does not meet the minimum qualifications for the program. Hispanic Federation may need to

prohibit access to non-citizens—including all office visitors and building maintenance staff—to parts of the office to ensure non-citizen team members do not "handle" voter registration forms. Segregating limited office space in this way would further impair Hispanic Federation's ability to effectively carry out voter registration efforts and other community programming.

35. As a grassroots organization, the goal of Hispanic Federation's voter registration activities is to reach out to and involve people in the democratic process where they are, which can include community and campus events, attending church and cultural festivals, and other last-minute requests for assistance with voter registration, as well as recruiting staff. The Law's requirements will make it much more difficult to undertake impromptu voter registration efforts, or respond positively to late requests for voter registration tables at community events. These constraints hamper the flexibility that is critical to effective voter outreach programs.

36. The real threat of significant financial penalties to Hispanic Federation will meaningfully limit our voter registration efforts. The Law imposes a $50,000 fine on the organization for "each such person"—that is, each non-citizen—collecting or handling an application on Hispanic Federation's behalf. Fl. Stat. § 97.0575(1)(f). The total amount of money that organizations could be fined appears uncapped.

37. Because of the threat of severe fines, Hispanic Federation's largest funders expressed they may withhold donations unless voter registration efforts

cease in Florida, unwilling to risk that their donations may be wasted toward these fines rather than going to assisting eligible citizens with registering to vote.

39. Even if Hispanic Federation is able to maintain its funding sources, Hispanic Federation's budget last year for its Florida programming comprised just over $650,000, which makes each $50,000 penalty a severe hit on our programming budget. A $50,000 fine would result not only in civic engagement programs being cut back, but also public health initiatives—like Hispanic Federation's vaccine program—facing financial cuts as well. The political and health implications will fall disproportionately on communities of color where Hispanic Federation focuses its services.

40. Hispanic Federation has not yet decided what it is going to do when faced with this dilemma if the Law goes into effect.

41. In response to threat of financial risks, Hispanic Federation is considering imposing a moratorium on all voter registration activities after July 1, 2023.

42. Even if Hispanic Federation does not impose a complete moratorium on all voter registration activities, Hispanic Federation does not have the resources to effectively comply with the Law and continue our current levels of voter registration activities. We will have to significantly scale back the volume of voter registration drives we conduct to help eligible Floridians register to vote, simply because a majority of our staff are forbidden from assisting, and because we are

11

already experiencing difficulty recruiting new staff to engage in these activities given the Law's limitations.

42. Because Hispanic Federation has not made any decision yet about continuing to conduct voter registration drives if the Law goes into effect on July 1, 2023, Hispanic Federation cannot plan its voter registration activities for the next year as well as it has in the past. This lack of advanced planning is going to impact how effective Hispanic Federation can be in its voter registration activities in 2024, a big loss given that it is a Presidential election year and the primary election is fast approaching.

43. Additionally, to conduct even curtailed voter registration activities while trying to comply with the Law, Hispanic Federation will be required to divert resources, such as staff time, to more of the administrative tasks required by the Law away from other activities to advance their mission, such as capacity-building efforts to strengthen other Latino non-profits or making health care services more accessible to the communities we serve. Furthermore, when conducting voter registration activities after the Law is in effect, Hispanic Federation will need to spend more time on the required administrative tasks and less time on actual voter registration of individuals, making the voter registration activities less effective.

44. The Law will also impact and harm the communities and constituents that Plaintiffs serve and work with, including both citizens and non-citizens. Constricting our workforce will decrease the total number of voter registration

events that Hispanic Federation will conduct in the future, which will reduce the number of voters we can reach.

45. Plaintiffs will register substantially fewer eligible citizens to vote than they could absent the Law. In this way, the Law will impact the community and constituency Hispanic Federation serves through its voter registration programs—namely, Hispanic (and other) people who are eligible to vote. Hispanic Federation works closely with Hispanic citizens to help them register to vote, relying in part on a network of key community activists who help shape the organization's agendas and who play a critical role in implementing its programs. Thus, the Law will impact and harm Hispanic Federation's constituents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2023.

*Frederick Velez III Burgos*
Frederick Vélez III Burgos

13