# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*, *Plaintiffs*, v. CORD BYRD, in his official capacity as Florida Secretary of State, *et al.*, *Defendants*. | Case No.4:23-cv-218-AW-MAF |

**Declaration of Nancy Batista**
**(Pursuant to 28 U.S.C. § 1746)**

1. My name is Nancy Batista and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

**Personal Background**

2. I have lived in Florida since 2005.

3. I currently live in Kissimmee, Florida, in Osceola County.

4. I have an educational background in Health Services Administration and Business Administration. I have received a degree of Associates in Arts from Valencia Community College, a degree of Bachelor of Science for Health Care

1

Administration from the University of Central Florida, and a degree of Master of Business Administration with a Dual Concentration in Human Resources and Project Management from Herzing University.

5. I am a CoFounder of Poder Latinx. The organization was founded in 2019. I was the first Florida Director for the organization when we first launched our program. In 2022, I became the Field Director for Poder Latinx in its National capacity, and I continue to hold that position today.

## PODER LATINX

6. Poder Latinx is a fiscally sponsored project of Tides Advocacy, a California nonprofit public benefit corporation. Poder Latinx is a social justice, organizing, and civic engagement organization whose mission is to help ensure that Latinx communities, inclusive of immigrants and people of color, are decision-makers in our democracy.

7. Poder Latinx works locally and statewide in Florida to expand the electorate by conducting year-round civic engagement activities, community empowerment, leadership development, and issue-based organizing with a focus on three key issues: immigrant justice, climate justice, and economic justice.

8. Poder Latinx carries out its mission to expand the electorate by encouraging people to register to vote through in-person activities, via digital campaigns, and phone/text banking. In 2020, Poder Latinx's voter turnout program knocked on 105,000 doors ahead of the 2020 election. Poder Latinx's civic

engagement work is focused on educating voters on how to exercise their right to vote, the accepted types of identification necessary to vote, how to request vote-by-mail ballots, and how to return their ballots.

9. Poder Latinx's voter registration, voter education, and civic engagement work is carried out throughout the state of Florida with a specific focus on Broward, Lake, Orange, Osceola, Miami Dade, Palm Beach, Polk, and Seminole.

10. Poder Latinx is a registered third-party voter registration organization. Since 2019, Poder Latinx has registered over 48,000 Florida voters.

11. Poder Latinx helps to reach voters who might not otherwise register to vote, including voters with limited access to technology or limited proficiency in the English language.

12. In my capacity as a CoFounder and currently the Field Director, I am a spokesperson for Poder Latinx. I am responsible for overseeing the field work and the integrated voter engagement efforts.

13. Poder Latinx employs approximately 10 staff members in Florida, and between 5 to 30 field employees during the midterm years and 10 to 60 field employees during the presidential years in Florida.

14. Last year Poder Latinx's annual budget for voter registration and voter engagement activities for the entire organization comprised just over 1 million dollars. A sizable portion of that total is allocated to Poder Latinx's voter registration operations in the state of Florida. The costs associated with running our Florida voter

registration operations and complying with all the rules and regulations have increased and it is likely that it will negatively impact our ability to sustain and expand our voter registration programs.

15.     Poder Latinx's canvassing teams typically consist of one lead and four canvassers. These teams are in the field anywhere from four to six hours a day (or eight hours a day for leads), five days a week. Poder Latinx leads build relationships with business owners, teachers, healthcare workers, and other community leaders to determine where voter registration activities can take place. Based on those relationships, leads then drive their canvassing team to locations throughout the day where they expect to engage Latinx communities.

16.     Poder Latinx also integrates voter registration into its other community engagement events, as part of the organization's holistic approach. When we host events about climate justice, we also attach canvassers to those teams to help register eligible citizens to vote. While we are engaging the community on issues, canvassing door to door, we are also asking them if they are registered to vote.

17.     Poder Latinx also has assisted voters to register to vote through an online portal for voter registration.

18.     During voter registration events, Poder Latinx's leads and canvassers interact with community members, provide eligible citizens with voter registration applications, and retrieve completed voter registration applications. Back at our offices, Poder Latinx's staff will process these applications and will review them to

ensure they have been filled out correctly, and then return the forms to the appropriate supervisors of elections office.

19. Poder Latinx always aims to collect as many voter registration applications as possible at its events, and, as a whole, collects a significant number of voter registration applications. Over the course of a given year, Poder Latinx usually collects and has submitted 1,000 to 29,000 voter registration forms annually, collecting nearly 18,000 forms total in 2022 and a total of about 48,000 voter registrations from 2019 to the present.

20. Poder Latinx was planning to continue to conduct voter registration activities in the future, with the aim of collecting as many voter registration applications as possible. Based on its past experiences conducting voter registration activities in Florida, Poder Latinx expects that through these future activities, we would help approximately 6,000 to 24,000 people register to vote in any given year if it were not for the new restrictions in Florida SB 7050.

### The Law's Impact on Poder Latinx

21. Before the addition of new subsection (f) to Section 97.0575(1) of the Florida Statutes (the "Law"), Poder Latinx planned to continue all this voter registration work and planned to expand its voter registration work in the coming years, including efforts to engage more diverse communities. In 2023, Poder Latinx aimed to help 6,000 new eligible citizens register to vote, and planned to expand on the ground work into other counties in southern Florida and in the panhandle. Also,

5

as 2024 is a presidential election year, Poder Latinx was planning to engage 24,000 potential voters, which is even more voter registration work than in recent years, as there is always an increased interest in voter registration during a presidential election.

22. If the Law takes effect, Poder Latinx's voter registration efforts will be devastated. Instead of expanding voter registration work across the state, Poder Latinx will be lucky to field a single team in central Florida to register voters with the Law in place.

23. The majority of Poder Latinx's canvassers are non-citizens. Many of our canvassers are citizens of Venezuela or Colombia, but all of our employees are authorized to work in the United States.

24. The Law will result in Poder Latinx losing the majority of its workforce—approximately 90 percent of its staff, and approximately 70 percent of its volunteers—including canvassers who knock on doors, field leads who drive the canvassers to different communities, field organizers who recruit and manage volunteers and community organizers who coordinate community engagement programs. Our staff members and volunteers handle completed voter registration forms in the field, and then return completed voter registration forms to the county supervisors of the elections office. Losing these staff members and volunteers will make it difficult for Poder Latinx to continue registering voters, and impossible to continue registering voters at the same rates we have done in past election cycles.

In particular, without our non-citizen workforce, Poder Latinx will lose nearly all of our qualified leads.

25. The Law's prohibition on non-citizens handling and collecting voter registration forms will result in Poder Latinx losing not only its non-citizen staff, but the institutional knowledge they carry. Many non-citizens serve as senior staff at Poder Latinx who have worked their way up over the course of multiple election cycles: from canvassers, to field leads, to organizers. Knowledge obtained on their journey to Poder Latinx organizers is shared with new staff starting work as canvassers. The loss of this institutional knowledge will meaningfully damage Poder Latinx's effectiveness in registering voters. Starting from scratch on training will require a huge investment of money and time—we will have to reinvent the wheel instead of moving forward with a well-oiled machine. Starting from scratch also increases the risk of mistakes by new staff and volunteers, which can lead to fines for our organization.

26. The Law also burdens Poder Latinx with the loss of the relationships its non-citizen staff have built. Poder Latinx field leads and community organizers build relationships with businesses in the community—like grocery stores and restaurants—who allow Poder Latinx canvassers to register voters on their properties. Without these relationships, Poder Latinx's ability to engage potential voters at those locations will be limited, because the staff those local businesses know are now prohibited from engaging in voter registration work.

27. Poder Latinx's non-citizen canvassers often had skills that made them especially capable of forming relationships in the community and assisting eligible citizens to register to vote. For example, non-citizens can speak to naturalized U.S. citizens in the naturalized citizen's native language, and can explain how the U.S. voter registration process differs from the process in their native country, all of which helps eligible citizens better understand the registration process and participate in American democracy. Without our non-citizen workforce, we will have a more difficult time reaching these communities of eligible citizens and potential voters.

28. It is important to our organization and aligned with our overall mission that non-citizens can assist with voter registration efforts. Many of the non-citizens who do this work are well-versed in voter registration language in Spanish and are able to properly assist the community, and many of them have also been trained extensively on the process. As an organization that prioritizes immigrant justice as one of primary issues, it is difficult for us to turn away staff who are qualified with a work permit and have the skills to do the work and have had the experience of doing so for a couple of cycles. They are members of our community and have contributed greatly to our democracy.

29. Turning away employees and volunteers based on their citizenship status often stigmatizes and demoralizes the very communities we are trying to engage in our immigration justice work. Take, for example, our partnership with

local schools, where we opened the opportunity to students who need community service hours. Adding a filtering layer for citizenship status would be detrimental to the work we are trying to do: if any students who are non-citizens feel that we are discriminating against them because of their status, this will not help empower our youth to take on the challenge of helping to register their family and friends, this will unmotivate them and make them feel like they cannot be a part of the process of democracy.

30. The Law will have destructive effects on Poder Latinx's relationships with the non-citizens we have employed. These employees are authorized to work in the United States, but can no longer work the job they have relied on and were counting on. The law creates a discriminatory effect on our non-citizen employees, forbidding us from hiring them even though they are authorized to work in this country. Our full-time employees will lose not only their source of income, but the health care that employment with Poder Latinx provided them.

31. The Law is already impacting Poder Latinx's ability to recruit new staff and volunteers. Because of the Law, Poder Latinx has already been unable to fill open, paid positions, and has had to turn down otherwise qualified candidates who applied for those positions based solely on their citizenship. We were ready to offer field organizer positions, and unfortunately we had to stop the process because of the possibility of this new law.

32. Poder Latinx will also need to expend more time and resources toward

9

asking for proof of citizenship. We already engage in I-9 verification and confirm that our employees are authorized to work in the United States. And Poder Latinx already submits the required information about our employees and volunteers to the Division of Elections, in compliance with existing law. The additional step of verifying proof of citizenship is an unnecessary and discriminatory burden that Poder Latinx is being forced to undertake. But because the Law imposes fines for even the unknowing use of non-citizen staff and volunteers, to impose a fine, self-reporting or anything short of proof of citizenship would create too much risk for Poder Latinx to continue operating, especially with a $50,000 fine per head for any non-citizen who assists our organization. These efforts to determine the citizenship status of all staff and volunteers who assist with registration applications will require use of Poder Latinx's limited time and resources.

33. Because the Law imposes a strict liability standard that threatens Plaintiffs with substantial financial penalties based on a mistake about an employee's or volunteer's citizenship status, Plaintiffs will have to turn away help even from citizens. For example, because Poder Latinx will no longer let individuals assist with voter registration efforts unless they can demonstrate proof of citizenship, we will have to turn down even U.S.-citizen staff and volunteers who cannot (or do not wish to) furnish the requisite proof. Many people who are willing to provide their name and address to our organization would not be willing to submit proof of citizenship in order to volunteer.

34. The Law's strict liability standard and substantial fines have also dissuaded Poder Latinx from re-engaging certain volunteer bases altogether. For example, Poder Latinx formerly maintained partnerships with local teachers wherein Poder Latinx trained students and volunteers to help out with voter registration efforts in exchange for the community service hours that their school required for graduation. Poder Latinx will no longer maintain its community service partnerships that enabled local student volunteers to assist with voter registration efforts, because of the added hurdle of confirming the students' citizenship status.

35. As a grassroots organization, the goal of Poder Latinx's voter registration activities is to reach out to and involve people in the democratic process where they are, which can include campus events, community events, fairs, parades, marches, food truck stops, graduation and other last-minute requests for assistance with voter registration, as well as recruiting last-minute volunteers. The Law's requirements will make it much more difficult to accept walk-up volunteers for events in Florida, undertake impromptu voter registration efforts, or respond positively to late requests for voter registration tables at community events.. This hampers the flexibility that is critical to effective voter outreach programs.

36. Poder Latinx does not currently have a process to record keep for tracking citizenship, nor does it have the bandwidth to create a process that will ensure to do so in a manner that we can protect the sensitive documentation. Having to do this will add additional burden to our hiring process.

11

37. The real threat of significant financial penalties to Poder Latinx will meaningfully limit our voter registration efforts. The Law imposes a $50,000 fine on the organization for "each such person"—that is, each non-citizen—collecting or handling an application on Poder Latinx's behalf. Fl. Stat. § 97.0575(1)(f). The total amount of money that organizations could be fined appears uncapped.

38. Poder Latinx's funders have indicated reluctance to risk that their donations may be wasted toward these fines rather than going to assisting eligible citizens with registering to vote. As a result, Poder Latinx's program was supposed to start in early May, but Poder Latinx's funders have delayed funding until after the Law's effects are known, unsure of whether they will continue to fund voter registration efforts in Florida.

39. Even if Poder Latinx is able to maintain its funding sources, Poder Latinx's budget last year for its Florida programming comprised several hundred thousand dollars, which makes each $50,000 penalty a severe hit on their programming budget. A $50,000 fine would result not only in civic engagement programs being cut back, but also public health initiatives—like Poder Latinx's organizing surrounding immigrant justice, climate justice, and economic justice—facing financial cuts as well. The political and health implications will fall disproportionately on communities of color where Poder Latinx focuses its services.

40. Poder Latinx has not yet decided what it is going to do when faced with this dilemma if the Law goes into effect.

41. In response to the threat of financial risks, Poder Latinx is considering imposing a moratorium on all of our voter registration activities after July 1, 2023. Poder Latinx is reluctant to submit an affirmation of compliance with state law because of the risk of substantial civil penalties for an inadvertent vetting error. It is very hard to ensure perfection in vetting volunteers on scarce resources.

42. Even if Poder Latinx does not impose a complete moratorium on all voter registration activities, Poder Latinx does not have the resources to effectively comply with the Law and continue our current levels of voter registration activities. We will have to significantly scale back the volume of voter registration drives we conduct to help eligible Floridians register to vote, simply because a majority of our staff and volunteers are forbidden from assisting, and because we are already experiencing difficulty recruiting new staff or volunteers to engage in these activities given the Law's limitations.

43. Because Poder Latinx has not made any decision yet about continuing to conduct voter registration drives if the Law goes into effect on July 1, 2023, Poder Latinx cannot plan its voter registration activities for the next year as well as it has in the past. This lack of advanced planning is going to impact how effective Poder Latinx can be in its voter registration activities in 2024, a big loss given that it is a Presidential election year and the primary election is fast approaching.

44. Additionally, to conduct even curtailed voter registration activities while trying to comply with the Law, Poder Latinx will be required to divert

resources, such as volunteer time, to more of the administrative tasks required by the Law away from other activities to advance our mission. Furthermore, when conducting voter registration activities after the Law is in effect, Poder Latinx will need to spend more volunteer time on the required administrative tasks and less time on actual voter registration of individuals, making the voter registration activities less effective.

45. The Law will also impact and harm the communities and constituents that Plaintiffs serve and work with, including both citizens and non-citizens. Constricting our workforce will definitely decrease the total number of voter registration events that Poder Latinx will conduct in the future, which will reduce the number of voters we can reach.

46. Plaintiffs will register substantially fewer eligible citizens to vote than they could absent the Law. In this way, the Law will impact the community and constituency Poder Latinx serves through its voter registration programs—namely, Latinx (and other) people who are eligible to vote. Poder Latinx works closely with eligible Latinx citizens of the United States to help them register to vote, relying in part on a network of key community activists who help shape the organization's agendas and who play a critical role in implementing its programs. Thus, the Law will impact and harm Poder Latinx's constituents.

47. Poder Latinx's voter registration programs reach various communities including students and Latinx bilingual and monolingual community members.

Without our non-citizen staff capacity, the ability of the organization to reach these communities and support them will be diminished.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2023.

_____
Nancy Batista