# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, *et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

**DECLARATION OF VERONICA HERRERA-LUCHA**
**(Pursuant to 28 U.S.C. § 1746)**

1. My name is Veronica Herrera-Lucha (a.k.a. Veronica Guadalupe Herrera-Lucha or Veronica Guadalupe Herrera) and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

**Personal Background**

2. I have lived in Florida since 2016 and have been a Lawful Permanent Resident (LPR) since January 29th, 2007. LPRs like me are also known as "green card" holders. We are non-citizens who are lawfully authorized to live permanently within the United States. LPRs may accept an offer of employment without special restrictions, own property, receive financial assistance at public colleges and universities, and join the Armed Forces. We can also apply to become U.S. citizens if we meet certain eligibility requirements.

3. I currently live in St. Cloud, Florida, in Osceola County.

4. I have an educational background in Law and Politics, having received a Law Degree from the Universidad de Administracion de Negocios in El Salvador, a Master's Degree studies (completed coursework but degree not conferred) in Political Sciences from the Universidad Centroamericana José Simeón Cañas (UCA) in El Salvador, and a Masters in International Law from the Universidad de Salamanca in Spain.

5. In 1998, I began to work at *Fondo de Inversion Social para el Desarrollo Local* in El Salvador as a legal counsel. While employed, USAID issued a call for applications to individuals representing their nations as election observers in the United States. I applied to the U.S. Visitor Program and was selected to be an organizer by the Political Section in the United States Embassy in El Salvador. The purpose of the exchange was to support discussions amongst the two nations and meet respective counterparts. In October 2000, I started the course in Texas, continued in Pennsylvania, Washington DC, and California, and finished in Florida. The US Department of State sponsored the event. During the course of studies, I learned about the US elections system and citizenship participation. During my visits to several states, I saw voting sites and community gatherings. We also met with political analysts at Georgetown University in Washington, DC. In Texas, we went to Austin and met members of the State's Legislature. Also in Austin, I received a certificate of honored guest from then Texas Governor George W. Bush.

In Pennsylvania and California, we participated in Spanish radio shows and meetings with community leaders. In Florida, we talked with several Supervisors of Elections during the Gore-Bush election controversy.

6. After coming to the United States, I was driven by my passion for equity, and so began working on, and volunteering for, political campaigns in Central Florida in 2017.

7. Starting as a volunteer and a canvasser, I participated in door-to-door voter registration and get-out-the-vote efforts for several Florida organizations and consulting firms. Because of the cyclical nature of campaigning, I was never given leadership opportunities earlier in my career.

8. I am currently employed by Mi Vecino, Inc., a year-round direct voter contact organization in Florida. Mi Vecino is a registered third-party voter registration organization. At Mi Vecino, our efforts focus on Central Florida, including the Hispanic communities in Polk, Osceola, Orange, and Brevard Counties.

9. My career with Mi Vecino began in mid-2021 as the Central Florida Regional Field Director. I was promoted to the Florida State Field Director position a year later in 2022, and I currently remain employed in this position.

10. As Mi Vecino's Florida State Field Director, I am responsible for overseeing Mi Vecino's voter registration activities. My primary responsibilities are to manage a team of full-time staff, plan and coordinate Florida voter registration

campaigns, and create/implement systems for the voter registration teams. I report to Mi Vecino's Chief Executive Officer (CEO), President of the Board of Directors, and Co-Founder, Devon Murphy-Anderson.

11. I am paid a salary of $55,000 a year by my employer. I am the only member of my family with a steady income. My income supports three (3) family members living in Florida and one (1) family member in El Salvador.

12. I am one of Mi Vecino's seven (7) current permanent employees. We engage in canvassing every day and engage with the community all year around. We attend food banks activities, and participate in city hall events, festivals, parades, children and adult activities, and any other events with more than 10 people expected to attend. We also visit universities, technical colleges, evangelical churches, and other community partners. Our outreach efforts include trips to the tax collectors' offices and local businesses. In July 2023, I was scheduled to participate in the Independence Day events and right to vote celebrations in Osceola, Orange, and Polk Counties in coordination with local governments and community organizations.

13. During voter registration events, I always interact with multiple individuals and collect voter registration forms, which one of Mi Vecino's employees then deliver to local election officials. I always aim to assist as many eligible members of our community to register as possible.

14. Non-citizen canvassers like me play an important role in third-party voter registration organizations. Non-citizen canvassers like me often have built

trusting and empathic relationships and networks that make them especially able to help certain communities register to vote. For example, I have built a network with community, academic, religious, and political leaders that support voter registration efforts. Citizen employees often do not have the same background, political knowledge, or persuasive skills that non-citizen employees use to articulate the needs of the community to leaders. For example, Mi Vecino's non-citizen staff and volunteers have Spanish, Creole, or French language proficiency skills that enabled them to help certain communities register to vote, which is critical to assist communities like the Haitian community in Polk County with voter registration.

15.   I was planning to continue to conduct voter registration activities in the future, with the aim of engaging as many community members as possible. Based on my past experiences conducting and organizing voter registration activities in Florida, I expect that through these future activities, we would help thousands of people register to vote in any given year if it were not for the new restrictions in Florida SB 7050.

16.   Before the recent changes to the law, I planned to continue engaging in voter registration work and planned to help expand Mi Vecino's voter registration work in the coming years, including efforts to engage more diverse communities.

17.   Also, 2024 is a presidential election year, and under my supervision, I was planning to engage Mi Vecino in even more voter registration work than in recent years, as there is always an increased interest in voter registration during a

presidential election.

18. The new law, which comes into effect on July 1, 2023, would prohibit me from collecting or handling voter registration applications on behalf of Mi Vecino.

19. After July 1, 2023, I would not be able to participate in or execute the voter registration plans I have been organizing because of the new law. At Mi Vecino, I am the only employee in a leadership position with significant knowledge and experience in voter registration. Without my leadership, Mi Vecino will lose the canvassing, organizing, and training that I currently conduct, and the network I have built with leaders that support voter registration efforts. As a result, Mi Vecino will have a more difficult time reaching the Latino, Black, and Haitian communities that it serves.

20. After July 1, 2023, the Law will also have an adverse impact on my family and me. My family is left without the primary provider and a steady income. I am in the middle of purchasing a home. I also planned to educate the children, assist my mother, and pay for our transportation, among others. My family's financial future and wellbeing are directly at risk.

21. Moreover, after finding an organization that believed in me and gave me an opportunity to work, my career trajectory and professional development will be frustrated by the new law. My career is more than a job. I enjoy my work and it allows me to practice in my chosen area of study. If the new law comes into effect,

I will have no prospects to work in this career field.

22. My family and I feel harm from the stigma of my citizenship status from SB 7050 and all related discriminatory laws enacted in Florida this year. The government and community relations have suffered. On June 1, 2023, for example, I was stopped by the police while driving my son to school. The policeman asked for proof of my citizenship status and referenced SB1718 as the source of his apparent authority. I explained that SB1718 did not come to effect until July 1. However, to prevent any situation in front of my son, I pulled my green card and showed it to the policeman. Later, my son, who is a US citizen, asked me if I should change the color of my hair to blond and use bright color contacts to hide my identity. This is the stigma my family and I suffer thanks to these laws.

23. I first got interested in voter registration in August 2016. While looking for work in Indeed, I saw a vacancy with Hard Knock for canvassers. The pay was $15 an hour. My previous opportunities as a paralegal paid less ($11 an hour). This is when I decided to pursue a career in voter registration.

24. Voter registration is meaningful to me because I can educate the public about the important to vote and elect local candidates. I also like to work with the youth, who are sometimes treated as apathetic, and explain the importance of their vote. In the day to day, I see myself explaining the importance of local elections versus state elections, and of the political balance in government.

25. Through my voter registration work, I have helped my community

engage on issues that matter to them. In Orange County, my voter registration efforts have helped the community to stabilize rent through the electoral process. I knew this issue affected my community, including me personally, because my rent was increased from $1,450 to $1,998. I helped to make sure that eligible voters in my community were registered and aware that a related measure was on the ballot. Last year, I worked to register and engage eligible citizens to vote in Osceola, in Zip Codes 34143 and 34144. Through my registration work in those communities, I raised awareness about Spanish speaking candidates running for election, and a Spanish speaking Vice-Mayor was elected. In Poinciana, Polk County, we have a high presence of Puerto Ricans affected by Hurricane Maria who never registered to vote in Florida. My work in that community helped to increase the number of Puerto Ricans and eligible US citizens from Haiti who were registered to vote.

**DISCLAIMER:** This document has been translated into Spanish for the Affiant's review and approval. A copy of the translation is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2023.

_____     _____
Veronica Guadalupe Herrera            06/05/2023

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA LA DIVISIÓN DE TALLAHASSEE DEL DISTRITO NORTE DE FLORIDA**

HISPANIC FEDERATION, *et al.*,

    *Demandantes*,

en.

CORD BYRD, *etc., et al.*,

    *Acusados*.

Caso núm. 4:23-cv-218-AW-MAF

**Declaración del demandante Verónica Herrera-Lucha (de conformidad con 28 U.S.C. § 1746)**

1.    Mi nombre es Verónica Herrera-Lucha (también conocida como Verónica Guadalupe Herrera-Lucha o Verónica Guadalupe Herrera), soy mayor de 18 años, y plenamente competente para hacer esta declaración. Bajo pena de perjurio, declaro lo siguiente:

**<u>Antecedentes personales</u>**

2.    He vivido en Florida desde 2016 y he sido residente permanente legal (LPR) desde el 29 de enero de 2007. Los LPR, como yo, también se conocen como titulares de "tarjeta verde". Somos no-ciudadanos que estamos legalmente autorizados a vivir permanentemente dentro de los Estados Unidos. Los LPR pueden aceptar una oferta de empleo sin restricciones especiales, poseer propiedades, recibir asistencia financiera en colegios y universidades públicas y unirse a las Fuerzas Armadas. También podemos solicitar convertirnos en ciudadanos estadounidenses si cumplimos con ciertos requisitos de elegibilidad.

3.	Actualmente vivo en St. Cloud, Florida, en el condado de Osceola.

4.	Tengo una formación académica en Derecho y Política, habiendo recibido una Licenciatura en Derecho de la Universidad de Administración de Negocios en El Salvador, una Maestría (cursos completados, pero no conferidos) en Ciencias Políticas de la Universidad Centroamericana José Simeon Cañas (UCA) en El Salvador, y una Maestría en Derecho Internacional de la Universidad de Salamanca en España.

5.	En 1998, comencé a trabajar en el *Fondo de Inversión Social para el Desarrollo Local* en El Salvador como Asesora Legal. Mientras estaba empleada, USAID emitió una convocatoria de solicitudes a individuos para que representasen a sus naciones como observadores electorales en los Estados Unidos. Apliqué al Programa de Visitantes de los Estados Unidos y fui seleccionada para ser organizadora por la Sección Política de la Embajada de los Estados Unidos en El Salvador. El propósito del intercambio fue apoyar las discusiones entre las dos naciones y reunirse con sus respectivas contrapartes. En octubre de 2000, comencé el curso en Texas, continué en Pensilvania, Washington DC y California, y terminé en Florida. El Departamento de Estado de los Estados Unidos patrocinó el evento. Durante el curso de los estudios, aprendí sobre el sistema electoral de los Estados Unidos y la participación ciudadana. Durante mis visitas a varios estados, vi sitios de votación y reuniones comunitarias. También nos reunimos con analistas políticos en la Universidad de Georgetown en Washington, DC. En Texas, fuimos a Austin, y conocimos a miembros de la Legislatura

del Estado. También en Austin, recibí un certificado de invitada de honor del entonces gobernador de Texas, George W. Bush. En Pensilvania y California, participamos en programas de radio en español y reuniones con líderes comunitarios. En Florida, hablamos con varios Supervisores de Elecciones durante la controversia electoral Gore-Bush.

6. Después de venir a los Estados Unidos, me impulsó mi pasión por la equidad, por lo que comencé a trabajar y ofrecerme como voluntaria para campañas políticas en Florida Central en el 2017.

7. Comenzando como voluntaria y encuestadora, participé en el registro de votantes puerta a puerta y en los esfuerzos para obtener el voto para varias organizaciones y firmas consultoras de Florida. Debido a la naturaleza cíclica de las campañas, nunca me dieron oportunidades de liderazgo al principio de mi carrera.

8. Actualmente soy empleada de Mi Vecino, Inc., una organización de contacto directo con votantes durante todo el año en Florida. Mi Vecino es una organización registrada de registro de votantes de terceros. En Mi Vecino, nuestros esfuerzos se enfocan en la Florida Central, incluidas las comunidades hispanas en los condados de Polk, Osceola, Orange y Brevard.

9. Mi carrera con Mi Vecino comenzó a mediados de 2021 como Directora Regional de Campo de Florida Central. Fui ascendida al puesto de Directora de Campo del Estado de Florida un año después, en 2022, y actualmente sigo empleada en este puesto.

10. Como Directora de Campo del Estado de Florida de Mi Vecino, soy responsable de supervisar las actividades de registro de votantes de Mi Vecino. Mis principales responsabilidades son administrar un equipo de personal de tiempo completo, planificar y coordinar el registro de votantes de Florida, y crear/implementar sistemas para los equipos de registro de votantes. Me reporto a la Directora Ejecutiva (CEO) de Mi Vecino, Presidenta de la Junta Directiva, y Cofundadora, Devon Murphy-Anderson.

11. Mi empleador me paga un salario de $55,000 al año. Soy el único miembro de mi familia con un ingreso estable. Mis ingresos mantienen a tres (3) miembros de la familia que viven en Florida y un (1) miembro de la familia en El Salvador.

12. Soy uno de los siete (7) empleados permanentes actuales de Mi Vecino. Nos involucramos en campañas todos los días y nos involucramos con la comunidad durante todo el año. Asistimos a actividades de bancos de alimentos y participamos en eventos del ayuntamiento, festivales, desfiles, actividades para niños y adultos, y cualquier otro evento con más de 10 personas que se espera que asistan. También visitamos universidades, colegios técnicos, iglesias evangélicas y otros socios comunitarios. Nuestros esfuerzos de divulgación incluyen viajes a las oficinas de los recaudadores de impuestos y a las empresas locales. En julio de 2023, estábamos programados para participar en los eventos del Día de la Independencia y las celebraciones del derecho al voto en los condados de Osceola, Orange y Polk en coordinación con los gobiernos locales y las organizaciones comunitarias.

13. Durante los eventos de registro de votantes, siempre interactúo con varias personas y recopilo formularios de registro de votantes, que uno de los empleados de Mi Vecino luego entrega a los funcionarios electorales locales. Siempre intento ayudar a tantos miembros elegibles de nuestra comunidad a registrarse como sea posible.

14. Los encuestadores no-ciudadanos como yo juegan un papel importante en las organizaciones de registro de votantes de terceros. Los encuestadores no-ciudadanos como yo a menudo han construido relaciones y redes de confianza y empática que los hacen especialmente capaces de ayudar a ciertas comunidades a registrarse para votar. Por ejemplo, he construido una red con líderes comunitarios, académicos, religiosos y políticos que apoyan los esfuerzos de registro de votantes. Los empleados ciudadanos a menudo no tienen los mismos antecedentes, conocimiento político o habilidades persuasivas que los empleados no ciudadanos usan para articular las necesidades de la comunidad a los líderes. Por ejemplo, el personal y los voluntarios no-ciudadanos de Mi Vecino tienen habilidades de dominio del idioma español, criollo o francés que les permitieron ayudar a ciertas comunidades a registrarse para votar, lo cual es fundamental para ayudar a comunidades como la comunidad haitiana en el condado de Polk con el registro de votantes.

15. Estaba planeando continuar llevando a cabo actividades de registro de votantes en el futuro, con el objetivo de involucrar a tantos miembros de la comunidad como fuera posible. Basada en mis experiencias pasadas realizando y organizando

actividades de registro de votantes en Florida, esperaba que, a través de estas actividades futuras, ayudáramos a miles de personas a registrarse para votar en un año determinado, si no fuera por las nuevas restricciones en Florida SB 7050.

16. Antes de los recientes cambios a la ley, planeaba continuar participando en el trabajo de registro de votantes y planeaba ayudar a expandir el trabajo de registro de votantes de Mi Vecino en los próximos años, incluyendo esfuerzos para involucrar a comunidades más diversas.

17. Además, como el 2024 es un año de elecciones presidenciales, y bajo mi supervisión, estaba planeando involucrar a Mi Vecino en aún más trabajo de registro de votantes que en los últimos años, ya que siempre hay un mayor interés en el registro de votantes durante una elección presidencial.

18. La nueva ley, que entrará en vigor el 1 de julio de 2023, me prohibiría recopilar o manejar solicitudes de registro de votantes en nombre de Mi Vecino.

19. Después del 1 de julio de 2023, no podría participar ni ejecutar los planes de registro de votantes que he estado organizando debido a la nueva ley. En Mi Vecino, soy el único empleado en una posición de liderazgo con un conocimiento y experiencia significativos en el registro de votantes. Sin mi liderazgo, Mi Vecino perderá el escrutinio, la organización y la capacitación que actualmente realizo, y la red que he construido con líderes que apoyan los esfuerzos de registro de votantes. Como resultado, Mi Vecino tendrá más dificultades para llegar a las comunidades latinas, negras y haitianas a las que sirve.

20. Después del 1 de julio de 2023, la Ley también tendrá un impacto adverso en mi familia y en mí. Mi familia se queda sin el proveedor principal y un ingreso estable. Estoy en medio de la compra de una casa. También planeé educar a los niños, ayudar a mi madre y pagar nuestro transporte, entre otros. El futuro financiero y el bienestar de mi familia están directamente en riesgo.

21. Además, después de encontrar una organización que creyó en mí y me dio la oportunidad de trabajar, mi trayectoria y desarrollo profesional se verán frustrados por la nueva Ley. Mi carrera es más que un trabajo. Disfruto de mi trabajo y me permite practicar en mi área de estudio elegida. Si la nueva Ley entra en vigor, no tendré perspectivas de trabajar en este campo profesional.

22. Mi familia y yo sentimos daño por el estigma de mi estatus de ciudadanía de SB 7050 y todas las leyes discriminatorias relacionadas promulgadas en Florida este año. Las relaciones entre el gobierno y la comunidad han sufrido. El 1 de junio de 2023, por ejemplo, la policía me detuvo mientras llevaba a mi hijo a la escuela. El policía pidió pruebas de mi estado de ciudadanía y se refirió a SB1718 como la fuente de su aparente autoridad. Le expliqué que SB1718 no entró en vigor hasta el 1 de julio. Sin embargo, para evitar cualquier situación frente a mi hijo, saqué mi tarjeta verde y se la mostré al policía. Más tarde, mi hijo, que es ciudadano estadounidense, me preguntó si debía cambiar el color de mi cabello a rubio y usar lentes de contacto de colores

brillantes para ocultar mi identidad. Este es el estigma que mi familia y yo sufrimos gracias a estas leyes.

23. Me interesé por primera vez en el registro de votantes en agosto de 2016. Mientras buscaba trabajo en Indeed, vi una vacante con Hard Knock para encuestadores. La paga era de 15 dólares por hora. Mis oportunidades anteriores como asistente legal pagaban menos ($ 11 por hora). Fue entonces cuando decidí seguir una carrera en el registro de votantes.

24. El registro de votantes es significativo para mí porque puedo educar al público sobre lo importante de votar y elegir candidatos locales. También me gusta trabajar con los jóvenes, que a veces son tratados como apáticos, y explicar la importancia de su voto. En el día a día, me veo explicando la importancia de las elecciones locales frente a las elecciones estatales, y del equilibrio político en el gobierno.

25. A través de mi trabajo de registro de votantes, he ayudado a mi comunidad participar en temas que les importan. En el Condado de Orange, mis esfuerzos de registro de votantes han ayudado a la comunidad a estabilizar el alquiler a través del proceso electoral. Sabía que este problema afectaba a mi comunidad, incluyéndome a mí personalmente, porque mi alquiler aumentó de $1,450 a $1,998. Ayudé a asegurarme de que los votantes elegibles en mi comunidad estuvieran registrados y supieran que una medida relacionada estaba en

la boleta electoral. El año pasado, trabajé para registrar e involucrar a los ciudadanos elegibles para votar en Osceola, en los códigos postales 34143 y 34144. A través de mi trabajo de registro en esas comunidades, creé conciencia sobre los candidatos de habla hispana que se postulaban para las elecciones, y se eligió a un vicealcalde de habla hispana. En Poinciana, condado de Polk, tenemos una alta presencia de puertorriqueños afectados por el huracán María que nunca se registraron para votar en Florida. Mi trabajo en esa comunidad ayudó a aumentar el número de puertorriqueños y ciudadanos estadounidenses elegibles de Haití que estaban registrados para votar.

RENUNCIA: Este documento ha sido traducido al español para su revisión y aprobación por parte del declarante. Se adjunta una copia de la traducción.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el 5 de junio de 2023

Veronica Guadalupe Herrera