# Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

      *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

      *Defendants*.

Case No. 4:23-cv-218-AW-MAF

### Declaration of Norka Martínez
### (Pursuant to 28 U.S.C. § 1746)

1.     My name is Norka Martínez, and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

#### Personal Background

2.     I have lived in the United States since 2017.

3.     I have lived in Florida since 2017.

4.     I currently live in Kissimmee, Florida, in Osceola County.

5.     I am a citizen of Venezuela.

6.     I have had Temporary Protected Status in the United States since 2022.

7.     I am authorized to work in the United States.

8.  I have a college degree in computer science, having received

qualifications in Venezuela.

**Voter Registration Work**

9.    I have been assisting with voter registration efforts since 2022.

10.    I worked during the 2022 election cycle.

11.    I have assisted with voter registration efforts in paid roles. In the past I

have worked for both Hard Knocks and Mi Familia Vota as a canvasser. For the

past 15 months I have served as a canvasser for Mi Vecino.

12.    In each of those roles, I have provided eligible voters with voter

registration applications, and have assisted eligible voters who are interested in

registering to vote.

13.    I have been trained by my organization to conduct voter registration

outreach in the community and I am trained on a continuing basis as the rules and

regulations change around my work as a field organizer helping register voters.

14.    During my time as a canvasser, I have encountered many individuals

with questions and concerns about how they can access their right to vote.

Personally, I have built many relationships with members of the community, and I

enjoy working in the field engaging them on how to access their right to vote.

15.    Working as a canvasser and I have been able to provide for myself

and loved ones. It serves as my primary occupation and without it I would struggle

to support myself and loved ones financially.

16.     I think voter registration work is important because it is essential to being able to vote. Voting is essential because as citizens voters protect the interests of our whole community. Voting is necessary to defend democracy and voter registration work is important to me because it is crucial to protecting all of our rights.

## Impact of Florida SB 7050

17.     If the law goes into effect, I will have to stop doing voter registration work.

18.     If the law goes into effect, I will lose my current job.

19.     I entered into an exclusive contract with my employer to perform my work as a canvasser for a permanent position with the organization.

20.     The law will make it difficult for me to find work that my body can handle. I have physical limitations on my ability to perform hard or arduous labor, because I developed back and wrist issues from performing other types of work earlier in my career. Working in voter registration allows me to prioritize my health and avoid the strain of more physically taxing work.  I enjoy speaking with people and it's the lightest non-physically taxing job I can do. In comparison to prior jobs I had, cleaning up construction sites where I injured my wrists and also when I previously worked in Amazon which carrying heavy boxes caused me a lot

of hip pain, my job as a canvasser limits my physical exposure which protects my health.

21.     I will lose significant financial stability if I am not able to work as a canvasser. My job as a canvasser is my sole source of income and if I lose it, I will have trouble covering bills, medical costs, and other household expenses. I will also be less able to provide support for my family, including my sisters, niece, and their children, all of whom are in my home country Venezuela and who I currently help support financially.

22.     I have gained valuable experience working in the field as a canvasser. By participating in this work, I have developed many skills which support my ability to effectively do my job and engage members of the community.

23.     The law will severely limit my ability to engage with community-based organizations doing voter registration work and with the eligible citizens who I could be helping to register to vote, because I will not be able to volunteer or work as a canvasser, which primarily involves handling and collecting voter registration forms which is prohibited by the law given my status.

**DISCLAIMER:** This document has been translated into Spanish for the Affiant's review and approval.  A copy of the translation is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2023

Norka Martínez

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA LA DIVISIÓN DE TALLAHASSEE DEL DISTRITO NORTE DE FLORIDA**

HISPANIC FEDERATION, *et al.,*

      *Demandantes,*

en.

CORD BYRD*, etc., et al.,*

      *Acusados.*

Caso núm. 4:23-cv-218-AW-MAF

**Declaración de Norka Martínez
(De conformidad con 28 U.S.C. § 1746)**

1. Mi nombre es Norka Martinez y soy mayor de 18 años y plenamente competente para hacer esta declaración. Bajo pena de perjurio declaro lo siguiente:

**<u>Antecedente Personal</u>**

2. He vivido en los Estados Unidos desde el 2017.

3. He vivido en la Florida desde el 2017.

4. Actualmente vivo en Kissimmee, Florida, en el condado de Osceola.

5. Soy de Venezuela.

6. He tenido Estatus de Protección Temporal (TPS) en los Estados Unidos desde el 2022.

7. Estoy autorizada a trabajar en los Estados Unidos.

8.      Recibí mis calificaciones de título universitario en computadoras en
Venezuela.

### Trabajo de Registro de Votante

9.      He asistido con los esfuerzos de registro de votantes desde el 2022.

10.     Trabaje durante el ciclo de elecciones del 2022.

11.     He asistido con esfuerzos de registro de votantes en puestos con pago.
En el pasado, trabaje con Hard Knocks y Mi Familia Vota como encuestador. En
los últimos 15 meses he trabajado como encuestador para Mi Vecino.

12.     En cada una de estas posiciones, le he proveído a votantes elegibles
con formularios de registración para votar y he asistido a votantes elegibles quien
están interesados en registrarse para votar.

13.     He sido entrenada por mi organización para dirigir esfuerzos de
registro de votante en la comunidad y soy entrenada continuamente sobre las reglas
y cambios de regulaciones relacionado a mi trabajo como organizadora de campo
ayudando a registrar a los votantes.

14.     Durante mi tiempo como encuestador, me he encontrado con muchos
individuos que tienen preguntas o preocupaciones sobre cómo pueden acceder su
derecho a votar. Personalmente, yo he creado muchas relaciones con miembros de
la comunidad y disfruto trabajar en el campo explicando cómo pueden acceder su
derecho a votar.

15.     Trabajando como encuestador he podido proveer para mi familia y yo. Este trabajo sirve como mi ocupación primaria y sin él se mi hiciera difícil proveer para mis seres queridos y yo económicamente.

16.     Pienso que el trabajo de registro de votante es importante porque es esencial para poder votar. Votar es esencial porque como ciudadanos los votantes protegen los intereses de toda la comunidad. Es necesario votar para defender la democracia y para mí el trabajo de registro de votante es esencial para proteger todos nuestros derechos.

## Impacto de la Ley de Florida SB7050

17.     Si la ley entra en vigencia, tendré que dejar de hacer el trabajo de registro de votante.

18.     Si la ley entra en vigencia, perderé mi trabajo.

19.     Entre en un contrato exclusivo con mi empleador para hacer el trabajo de encuestador en una posición permanente con la organización.

20.     La ley hará que tenga dificultad encontrando un trabajo que pueda manejar físicamente. Tengo ciertas limitaciones físicas en mi habilidad de hacer labores de trabajo difíciles o arduos porque desarrolle problemas en la espalda y muñeca trabajando en otras posiciones al principio de mi carrera. Trabajando en registro de votantes me permite priorizar mi salud y evitar el estrés de un trabajo que sería más agotador físicamente. Me gusta hablar con las personas y es el

trabajo menos agotador físicamente que puedo hacer. En comparación con otros trabajos que he tenido en el pasado, como limpiando sitios de construcciones donde me lastime las dos muñecas y también cuando anteriormente trabajaba en Amazon cargando cajas pesadas me causo mucho dolor en la cadera, mi trabajo como encuestador limita el tener que exponerme a trabajos muy físicos y protege mi salud.

21.     Perderé significante estabilidad financiar si no puedo trabajar como encuestador. Mi trabajo como encuestador es mi única fuente de ingreso y si lo pierdo, tendré dificultad para cubrir mis gastos, costos médicos, y otros gastos del hogar. también no podre proveer apoyo para mi familia, incluyendo mis hermanas, sobrinas, y sus niños, todos que viven en Venezuela y a quien actualmente apoyo económicamente.

22.     He adquirido una valiosa experiencia trabajando como encuestador. Participando en este trabajo, he desarrollado muchas habilidades que apoyan mi capacidad para hacer mi trabajo efectivamente e involucrar a miembros de la comunidad.

23.     La ley severamente limitara mi habilidad de involucrarme con organizaciones comunitarias que apoyan el trabajo de registro de votantes y con los ciudadanos elegibles quien puedo ayudar a registrarse a votar porque no podré ser voluntaria o trabajar como encuestador, cual principalmente implica manejar y

colectar solicitudes de registración de votante que es ahora prohibido por la ley basado en mi estatus.

**DESCARGO DE RESPONSABILIDAD:** Este documento ha sido traducido al español para la revisión y aprobación del declarante. Se adjunta una copia de la declaración.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el 6 de junio de 2023

_____

Norka Martínez