# Exhibit 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

**Declaration of Plaintiff A. Doe**
**(Pursuant to 28 U.S.C. § 1746)**

1. My name is Plaintiff A. Doe and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

**Personal Background**

2. I have lived in the United States since December 2017.

3. I have lived in Florida since 2017.

4. I currently live in Kissimmee, Florida, in Osceola County.

5. I am a citizen of Venezuela.

6. I came to the United States because I feel this country respects people's rights. Security is nonexistent in Venezuela. In Venezuela I faced difficult economic circumstances and feared persecution by the government,

because of my work in the country. I came to the United States seeking protection from the government.

7. I applied for Temporary Protected Status in 2021 and it was granted in 2022.

8. I am authorized to work in the United States.

9. I have an educational background in marketing administration, having received a degree for that specialization in Venezuela.

10. I am invested in working with communities and interacting with others to learn about their cultures. My past professional experience as a vendor contributes to my ability to educate and effectively communicate the importance of not only registering, but also casting a ballot. Although I am limited English proficient, I am able to make connections with the Hispanic community which, I believe, is the most misinformed about voting.

11. I feel a deep sense of connection to the community I serve which I am every bit a part of. Aside from voter registration I engage deeply with the issues impacting the community and provide emotional support to these individuals who often have no one else to speak to.

## Voter Registration Work

12. I have been assisting with voter registration efforts since 2019.

13. I have worked during portions of the 2019, 2020, 2021 and 2022

election cycles. This included voter registration work alongside phone banking, educating individuals on COVID protocols and census work.

14. I have assisted with voter registration efforts in paid and volunteer roles. I canvassed for Poder Latinx in 2019, 2020 and 2021. The times I canvassed for Poder Latinx ranged from as little as 2-3 months to extended periods of time in the range of 7-8 months. I currently work as a canvasser at Mi Vecino, a community-based organization that focuses on registering voters throughout Florida. I have worked here since November 2021 until the present.

15. In each of those roles, I have provided eligible voters with voter registration applications, and have assisted eligible voters who are interested in registering to vote.

16. I have been trained by my organization to conduct voter registration outreach in the community and I am trained on a continuing basis as the rules and regulations change around my work as a canvasser helping register voters. I have also trained other canvassers on how to register voters in the state. I also review voter registration applications that we obtain from voters to determine whether any errors were made in completing the form.

17. My role as a canvasser involves a lot of social interaction with members of the community. Many members of our community are not informed about voting, to inform them requires that we build trust and listen to them. In my

role as a canvasser, I go to them and provide critical information on their rights to ensure they can go and vote. Through my work as a canvasser, I have built many relationships which help me provide education and serve my community.

18. Working as a canvasser has allowed me to provide for myself and my loved ones. It serves as my primary occupation and accounts for 90% of my income. Without my job as a canvasser, I would struggle to support myself financially and would not be able to cover basic necessities.

19. I believe registering to vote is important because as a citizen it is your civic duty. As a citizen you have rights and responsibilities, and voting is an important part of them. Without registering to vote you cannot vote which means you cannot ensure you have representation which means our democracy does not truly represent all of our community.

20. Promoting civic engagement is important to me. In the past I have also volunteered for civic engagement organizations to be a poll monitor and have assisted on workshops conducted by Hispanic Federation and Poder Latinx on naturalization efforts and educating individuals on their rights.

## Impact of Florida SB 7050

21. If the law goes into effect, I will have to stop doing voter registration work.

22. If the law goes into effect, I will lose my current job.

23. The law will make finding work for myself incredibly difficult for several reasons. First, employment in the state of Florida is seasonal and it will be difficult to find work on such short notice. Second, I have built my skills in this area, and it would be difficult to transfer my expertise to a different job within the state. Third, this job is incomparable to other jobs I could pursue, even if I was able to find work on such short notice it would not necessarily be precisely what my responsibilities are in my role as a canvasser. Lastly, I do not have the ability to pick up and leave or travel long distances to perform similar work.

24. If I lose my job, I will lose financial stability because my canvassing work accounts for 90% of my income. I will be unable to cover my rent and the cost of basic necessities. I do not have any additional safety nets and rely on my income from my work as a canvasser to cover my living costs. I will also be less able to provide support for my family, including my brothers and niece who I currently help support financially.

25. I have built key skills working as a canvasser. These skills include communication and community engagement skills which are essential to the work I do. Building up these skills has contributed to me being able to effectively connect and motivate individuals to register to vote and go out and vote. The law will severely limit my ability to engage with community-based organizations doing voter registration work and with the eligible citizens who I could be helping to

register to vote, because I will not be able to volunteer or work as a canvasser, which primarily involves handling and collecting voter registration forms which is prohibited by the law given my status.

26. I feel discriminated against because when I was granted work authorization there were no such limitations on my ability to engage in this work but now that has changed for reasons that I do not understand. As individuals with work authorization, we contribute greatly to the United States, and we value participating in its economy. The restrictions imposed by the law unfairly restrict me from doing a job that I care for and value and this distinction causes unjust harm to me and other individuals with work authorization who want to be productive members of this country and provide for ourselves.

27. I am concerned that pursuing this case under my name may pose risks to my personal safety and pending asylum application. I fear that, despite my temporary protected status, I could face additional scrutiny and harassment by state and local officials in retaliation for challenging this law. I also fear that, in the current highly charged political environment, I may be harassed by individuals online and by individuals in the media due to anti-immigrant sentiments. I believe proceeding under a pseudonym will allow me to be protected and avoid unnecessary complications.

**DISCLAIMER:** This document has been translated into Spanish for the Affiant's review and approval. A copy of the translation is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8th, 2023.

_A. Doe_
Plaintiff A. Doe

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA LA DIVISIÓN DE TALLAHASSEE DEL DISTRITO NORTE DE FLORIDA**

| | |
|---|---|
| **HISPANIC FEDERATION,** *et al.,* *Demandantes,* en. **CORD BYRD**, *etc., et al., Acusados.* | **Caso núm. 4:23-cv-218-AW-MAF** |

### Declaración de Demandante A. Doe
### (De conformidad con 28 U.S.C. § 1746)

1. Mi nombre es Demandante A. Doe y soy mayor de 18 años y plenamente competente para hacer esta declaración. Bajo pena de perjurio declaro lo siguiente:

### Antecedente Personal

2. He vivido en los Estados Unidos desde el 2017

3. He vivido en Florida desde el 2017.

4. Actualmente vivo en Kissimmee, Florida, en el condado de Osceola.

5. Soy de Venezuela

6. Vine a los Estados Unidos porque siento que este país respeta los derechos humanos. La seguridad es inexistente en Venezuela. En Venezuela yo enfrente circunstancias económicas difíciles y temía persecución por el gobierno

por mi trabajo en el país. Vine a los Estados Unidos buscando protección del gobierno.

7. Aplique para Estatus de Protección Temporal (TPS) en el 2021 y fue otorgado en el 2022.

8. Estoy autorizada a trabajar en los Estados Unidos.

9. Me eduqué en administración del área de mercado y recibí un título universitario en esa especialización en Venezuela.

10. Estoy invertida en trabajando con la comunidad e interactuando con otros para aprender de sus culturas. Mis anteriores experiencias profesionales como vendedora contribuyen a mi habilidad para educar y efectivamente comunicar la importancia de no solo registrarse, pero también votar. Aunque mi competencia en inglés es limitado, tengo la habilidad de hacer conexiones con la comunidad Hispana, la que pienso es la mas mal informada sobre la votación.

11. Siento un gran sentido de conexión con la comunidad a la que sirvo y de cual soy parte. Aparte de registro de votante yo interactuó profundamente con los problemas que impactan a la comunidad y le proveo apoyo emocional a los individuos quien no tienen con quien hablar.

## Trabajo de Registro de Votante

12. He asistido con los esfuerzos de registro de votantes desde el 2019.

13. He trabajado en porciones de las elecciones del 2019, 2020, 2021, y 2022. Esto ha incluido registración de votantes y trabajando en maratones telefónicos educando a los individuos sobre los protocolos de COVID y trabajo de censo.

14. Yo he asistido con los esfuerzos de registro de votante en puestos con pago y también como voluntaria. He sido encuestador para Poder Latinx en el 2019, 2020, y 2021. Las veces que he sido encuestador para Poder Latinx han sido desde periodos de 2-3 meses y por periodos extendidos de 7-8 meses. Actualmente trabajo como encuestador en Mi Vecino, una organización comunitaria que se en foca en registrando a los votantes a lo largo de la Florida. He trabajado ahí desde noviembre del 2021 hasta ahora.

15. En cada una de estas posiciones, le he proveído a votantes elegibles con los formularios de registración y le he asistido a los votantes quien están interesado en registrarse para votar.

16. He sido entrenada por mi organización para dirigir esfuerzos de registro de votante en la comunidad y soy entrenada continuamente sobre las reglas y cambios de regulaciones relacionado a mi trabajo como encuestador ayudado a registrar los votantes. También he entrenado a otros encuestadores a como registrar votantes en el estado. También reviso las aplicaciones de registro de votantes que obtenemos para determinar si algún error se hizo en completando el formulario.

17. Mi posición como encuestador requiere mucha interacción social con miembros de la comunidad. Muchos miembros de la comunidad no están informados sobre el voto, y para informarlos tengo que establecer confianza y escucharlos. En mi posición como encuestador, yo voy y le proveo información esencial sobre sus derechos al voto y me aseguro de que puedan ir a votar. Como encuestador he creado muchas relaciones la cual me han ayudada a proveer educación y servir mi comunidad.

18. Trabajando como un encuestador me ha permitido proveer para mis seres queridos y yo. Sirve como mi ocupación primaria y es la fuente de 90% de mi ingreso. Sin mi trabajo como encuestador, se me haría difícil apoyarme económicamente y no pudiera cubrir las necesidades básicas.

19. Pienso que registrándose a votar es importante porque como ciudadano deber cívico. Como ciudadano tienes derechos y responsabilidades, y votando es una parte importante de esas responsabilidades. Si no te registras para votar no puedes votar la cual significa que no puedes asegurar que tendrás representación y la cual significa que nuestra democracia no es en verdad representante de todos en nuestra comunidad.

20. Promocionando la involucración cívica es importante para mí. En el pasado también he sido voluntaria para organizaciones de involucramiento cívico como observadora de elecciones y he asistido a talleres dirigidos por Hispanic

Federation y Poder Latinx sobre los esfuerzos de la ciudadanía y educando a los individuos sobres sus derechos.

## **Impacto de la Ley de Florida SB7050**

21. Si la ley entra en vigencia, tendré que dejar de hacer el trabajo de registro de votante.

22. Si la ley entra en vigencia, perderé mi trabajo.

23. Con esta ley se me hará increíblemente difícil encontrar trabajo por varias razones. Primeramente, el empleo en el estado de la Florida es por temporadas y se me hará difícil encontrar trabajo en tan corto plazo. Segundo, he desarrollado mis habilidades en esta área y se me haría difícil transferir mis competencias a un trabajo diferente en el estado. Tercero, este trabajo es incomparable a otros trabajos que pueda buscar, y aunque encuentre trabajo en tan corto plazo no sería precisamente las responsabilidades de mi trabajo como encuestador. Por último, no tengo la habilidad de recoger e irme o viajar a largas distancias para hacer un trabajo similar.

24. Si pierdo mi trabajo, perderé la estabilidad económica porque mi trabajo como encuestador es la fuente de 90% de mi ingreso. No podre cubrir el pago de vivienda y los costos de necesidades básicas. Yo no tengo otros apoyos de seguridad económica y dependo de mi ingreso del trabajo de encuestador para

cubrir mis costos. También tendré menos oportunidad para apoyar a mi familia, incluyendo a mis hermanos y sobrina a quien ayudo económicamente.

25. He desarrollado habilidades clave para el trabajo de encuestador. Estas habilidades incluyen comunicación e involucrando a la comunidad y son habilidades esenciales a el trabajo que hago. Desarrollando estas habilidades a contribuido a que sea más efectúa conectándome y motivando a los individuos a que se registren para votar y que vallan a votar. La ley severamente limitaría mi habilidad de interactuar con organizaciones comunitarias quien están haciendo el trabajo de registro de votante y los ciudadanos eligibles a cuál podría estar ayudando a registrarse para votar, porque no podre ser voluntaria o trabajar como encuestador, la cual principalmente implica manejar y colectar formularios de registro de votante la cual ahora es prohibido bajo la ley basado en mi estatus.

26. Me siento discriminada ya que cuando me otorgaron el permiso de trabajo no había estas limitaciones en la habilidad de hacer este trabajo y ahora eso a cambiado por razones que no entiendo. Como individuos con permiso de trabajo, nosotros contribuimos grandemente a los Estados Unidos, y valoramos poder participar en la economía. Estas restricciones impuestas por la ley injustamente me restringen de hacer un trabajo que aprecio y valoro y esta distinción me causa una injusticia a mi y a otros individuos con permiso de trabajo quien quieren ser miembros productivos de este país y proveer para nosotros.

27. Estoy preocupada que al ser parte de este caso bajo mi nombre puede causar riesgo a mi seguridad personal y mi aplicación de asilo que esta pendiente. Temo que, aunque tenga estatus de protección temporal (TPS), pueda enfrentar escrutinio adicional y acoso por los oficiales estatales y locales en represalia por impugnar la ley. También temo que, en un ambiente político tan cargado, pueda ser acosada por individuos por el internet y por individuos en las redes que tienen sentimientos contra los inmigrantes. Creo que procediendo bajo un seudónimo me permitiría ser protegida e evitar complicaciones innecesarias.

**DESCARGO DE RESPONSABILIDAD:** Este documento ha sido traducido al español para la revisión y aprobación del declarante. Se adjunta una copia de la declaración.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el _____ de junio de 2023

_____
    A. Doe