IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

v.                                                  Case No.: 4:23cv218-MW/MAF

CORD BYRD, etc., et al.,

   *Defendants*.

_____/

## ORDER SETTING CONFERENCE
## SCHEDULE AND OTHER DEADLINES

Pending before this Court are Plaintiffs' Complaint, ECF No. 1, Motion for Preliminary Injunction, ECF No. 32, and Motion for Leave to Proceed under a Pseudonym, ECF No. 33. Accordingly, to promote the orderly and prompt resolution of this matter,

**IT IS ORDERED:**

1. The attorneys for all parties must confer prior to the scheduling conference in a good faith effort to reach agreement on the scheduling of a hearing on the request for preliminary injunction and on other procedural and substantive issues relating to the motion, including briefing deadlines for the parties' responses and replies, if any, the need for live testimony, and the admissibility of declarations.

2. The Clerk shall set this matter for a telephonic scheduling conference on **Wednesday, June 14, 2023, at 11:00 a.m. (ET)**.

3. The parties shall file a proposed briefing schedule with respect to the motion for preliminary injunction by **Tuesday, June 13, 2023**. The parties should refer to ECF No. 26 in Case No.: 1:23cv111-MW/HTC as a template for the information to include in their proposed briefing schedule.

4. Defendants shall file a response to Plaintiffs' motion to proceed anonymously, ECF No. 33, **on or before June 16, 2023**. Plaintiffs shall file a reply with respect to this motion **on or before June 23, 2023**, at which time this Court will take the motion to proceed anonymously under advisement.

**SO ORDERED on June 9, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**