# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, *et al.*,

    *Defendants*.

Case No.: 4:23-cv-218-MW-MAF

## NOTICE OF APPEARANCE

The undersigned attorney, Daniel B. Tilley, enters his appearance in this matter on behalf of all Plaintiffs.

Date:  June 9, 2023

Respectfully submitted,

*/s/ Daniel B. Tilley*
**Daniel B. Tilley**
Florida Bar No. 102882
American Civil Liberties Union
  Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, FL 33134
786.363.2714
dtilley@aclufl.org

*Attorney for Plaintiffs*