# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                              Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## SECRETARY OF STATE CORD BYRD'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Secretary of State Cord Byrd moves for an extension of time to respond to Plaintiffs' Complaint in *Hispanic Federation, et al. v. Byrd, et al.*, No. 4:23-cv-218-MW/MAF (N.D. Fla.) (current deadline for the Secretary to respond is June 16, 2023). The Secretary has filed motions for an extension of time seeking the same relief in the other two SB 7050 cases: *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd, et al.*, No. 4:23-cv-215-MW-MAF (N.D. Fla.) (current deadline for the Secretary to respond is July 24, 2023), and *League of Women Voters of Florida, Inc., et al. v. Moody, et al.*, No. 4:23-cv-216-MW-MAF (N.D. Fla.) (current deadline for the Secretary to respond is June 16, 2023).

If granted, the motions for an extension of time would extend and align the deadlines for the Secretary to respond to Plaintiffs' respective Complaints in all three

1

cases until 21 days after this Court rules on Plaintiffs' respective motions for preliminary injunction.[1]

The Secretary respectfully submits that good cause exists to grant the motion for an extension of time. *See* Fed. R. Civ. P. 6(b)(1)(A). Granting the motion for extension of time will provide the Secretary with the additional time needed to respond to Plaintiffs' preliminary injunction motions. Moreover, the Court's eventual preliminary injunction orders may reduce the need for motions to dismiss (in whole or in part) and assist in the avoidance of duplicative arguments in any motions to dismiss and responses thereto.

For the foregoing reasons, the Secretary respectfully requests that the Court grant the motion for extension of time.

---

[1] As of the date of this filing, the Plaintiffs in all three cases have indicated their intent to file motions for preliminary injunction. The Secretary has conferred with the Plaintiffs in all three cases, none of which oppose the Secretary's motions for an extension of time.

Dated: June 9, 2023                        Respectfully submitted,

Joseph Van de Bogart (FBN 84764)          /s/ Mohammad O. Jazil
joseph.vandebogart@dos.myflorida.com      Mohammad O. Jazil (FBN 72556)
Ashley Davis (FBN 48032)                  mjazil@holtzmanvogel.com
ashley.davis@dos.myflorida.com            Michael Beato (FBN 1017715)
FLORIDA DEPARTMENT OF STATE               mbeato@holtzmanvogel.com
R.A. Gray Building                        Joshua E. Pratt (FBN 119347)
500 S. Bronough St.                       jpratt@holtzmanvogel.com
Tallahassee, FL 32399                     zbennington@holtzmanvogel.com
(850) 245-6536                            HOLTZMAN VOGEL BARAN
                                          TORCHINSKY & JOSEFIAK
                                          119 S. Monroe St. Suite 500
                                          Tallahassee, FL 32301
                                          (850) 270-5938

## NORTHERN DISTRICT OF FLORIDA
## LOCAL RULE 7.1(B) CERTIFICATION

Pursuant to Local Rule 7.1(B), counsel for the Secretary conferred with counsel for Plaintiffs in *Hispanic Federation, et al. v. Byrd, et al.*, No. 4:23-cv-218-MW/MAF (N.D. Fla.), who have confirmed they do not oppose this motion.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), this motion contains 311 words, excluding the case style, signature block, and any certificate of service.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<u>/s/ Mohammad O. Jazil</u>
Mohammad O. Jazil