IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                            Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

    *Defendants*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Byrd's motion for an extension of time to respond to the complaint. ECF No. 36. Defendant Byrd seeks to extend the deadline to respond to Plaintiffs' complaint to twenty-one days after this Court rules on Plaintiffs' emergency motion for preliminary injunction. *Id*. at 2. Plaintiffs do not oppose the extension. *Id*. at 3.

Defendant Byrd's motion is **GRANTED**. Defendant Byrd may file his response to Plaintiffs' complaint **on or before the twenty-first day after this Court's ruling on Plaintiffs' emergency motion for preliminary injunction**.

SO ORDERED on June 12, 2023.

                                                           s/Mark E. Walker
                                                           **Chief United States District Judge**