# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

Plaintiffs,

v.                                              Case No. 4:23-cv-218-AW-MAF

CORD BYRD, et al.,

Defendants.

_____/

## ATTORNEY GENERAL OF FLORIDA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant Florida Attorney General Ashley Moody moves for an extension of time to respond to Plaintiffs' Complaint in *Hispanic Federation, et al. v. Byrd, et al.*, No. 4:23-cv-218-MW/MAF (N.D. Fla.) (current deadline for the Attorney General to respond is June 16, 2023). The Attorney General has filed motions for extension of time seeking the same relief in the other cases before this Court challenging SB 7050: *League of Women Voters of Florida, Inc., et al. v. Moody, et al.,* No. 4:23-cv-216-MW-MAF (N.D. Fla.) (current deadline for the Attorney General to respond is June 16, 2023), and *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd, et al.*, No. 4:23-cv-215-MW-MAF (N.D.

Fla.) (current deadline for the Attorney General to respond to the Amended Complaint is June 30, 2023).

The Attorney General requests an extension of time to respond to the Complaint until 21 days after this Court's ruling on Plaintiffs' motions for preliminary injunction in each of the three SB 7050 cases. Such an extension would align the time to respond to the Complaint with the time already granted to Defendant Secretary of State Cord Byrd. DE 38. Counsel for the Attorney General has conferred with counsel for Plaintiffs in all three SB 7050 cases and none are opposed to this motion.

The Attorney General respectfully submits that good cause exists to grant the motion for an extension of time. *See* Fed. R. Civ. P. 6(b)(1)(A). Granting this motion will provide the Attorney General with the additional time needed to respond to Plaintiffs' preliminary injunction motions, potentially reduce the need for motions to dismiss in whole or in part, avoid duplicative arguments in any motions to dismiss, and align the time to respond to the Complaint with the current response time of Defendant Secretary of State.

For the foregoing reasons, the Attorney General respectfully requests that the Court grant the motion for extension of time.

Respectfully Submitted,

*/s/ Noah Sjostrom*
Noah Sjostrom
Assistant Attorney General
Fla. Bar No. 1039142
noah.sjostrom@myfloridalegal.com
Stephanie A. Morse
Special Counsel
Fla. Bar No. 0068713
stephanie.morse@myfloridalegal.com
Office of the Attorney General
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3635

## NORTHERN DISTRICT OF FLORIDA LOCAL RULE 7.1(B) CERTIFICATION

Pursuant to Local Rule 7.1(B), counsel for the Secretary conferred with counsel for Plaintiffs in in *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd, et al.*, No. 4:23-cv-215-MW-MAF (N.D. Fla.), who have confirmed they do not oppose this motion.

*/s/ Noah Sjostrom*
Noah Sjostrom

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), this motion contains 317 words, excluding the case style, signature block, and any certificate of service.

*/s/ Noah Sjostrom*
Noah Sjostrom

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of June 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

                                          */s/ Noah Sjostrom*
                                          Noah Sjostrom