## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

**v.**                     **Case No.: 4:23cv218-MW/MAF**

**CORD BYRD, etc., et al.,**

    *Defendants*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant Moody's motion for an extension of time to respond to the complaint. ECF No. 39. The unopposed motion is **GRANTED**. Defendant Moody may file her response to Plaintiffs' complaint **on or before the twenty-first day after this Court's ruling on Plaintiffs' emergency motion for preliminary injunction**.

**SO ORDERED on June 12, 2023.**

                 **s/Mark E. Walker**_____
                 **Chief United States District Judge**