# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of the State of Florida, *et al.*,<br><br>*Defendants*. | Case No. 4:23-cv-00218-AW-MAF |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs.

Dated: June 12, 2023

/s/ Delmarie Alicea

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
dalicea@latinojustice.org