# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, *etc., et al.*, <br><br> *Defendants*. | Case No. <br> 4:23-cv-218-MW-MAF |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1, Estee M. Konor, as counsel for Plaintiffs in the above-captioned matter, hereby moves this Court for permission to participate in this case *pro hac vice*, and in support thereof states:

1. I am Associate Director of Litigation at Demos in New York, NY, where I regularly practice law.
2. I am admitted to the State Bar of New York and am an active member in good standing. A true and correct copy of a certificate of good standing from the Appellate Division of the Supreme Court of the State of New York is attached to this application.
3. I have completed the required online Local Rules tutorial exam. My confirmation number is FLND1685546405601.
4. I have completed the required online CM/ECF tutorials.

1

5. In connection with this motion, I have made a payment of this Court's $208 *pro hac vice* admission fee.

6. Nicholas L. V. Warren at ACLU Foundation of Florida is admitted to practice in this district and serves as Plaintiffs' local counsel in this case.

Dated: June 13, 2023          Respectfully submitted,

*/s/ Estee M. Konor*
  Estee M. Konor

Estee M. Konor (NY SBN 4475869)
(*pro hac vice pending/forthcoming*)

Demos
80 Broad St, 4th Floor
New York, NY 10004
Tel (330) 806-9163
Fax (212) 633-2015
ekonor@demos.org



*Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

*Estee Meira Konor*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 8, 2023.

*Robert D. Mayberger*

Clerk of the Court

CertID-00123123