IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                              Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING ESTEE M. KONOR *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Estee M. Konor *pro hac vice.* ECF No. 43. The motion is **GRANTED**. Ms. Konor has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on June 13, 2023.**

                                          **s/Mark E. Walker**
                                          **Chief United States District Judge**