**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HISPANIC FEDERATION, *et al.*,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

Case No. 4:23-cv-00218-MW-MAF

**JOINT REPORT ON PARTIES' MEET-AND-CONFER REGARDING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

As required by this Court's June 9, 2023 Order Setting Conference Schedule and Other Deadlines, Dkt. No. 34, the Parties met and conferred via Teams on Monday, June 12, 2023, concerning those issues raised in the Court's Order. As a result of that conference and subsequent email communication, and in advance of the Court's scheduled June 14, 2023 telephonic scheduling conference, the Parties jointly report as follows:

1. The Parties jointly request that this Court consolidate *Florida State Conference of Branches and Youth Units of the NAACP, et al. v. Byrd, et al.*, No. 4:23-cv-215-MW-MAF, *League of Women Voters of Florida, Inc., et al., v. Moody, et al.*, No. 4:23-cv-216-MW-MAF, and *Hispanic Federation, et al. v. Byrd, et al.*, No. 4:23-cv-218-MW/MAF, solely for

purposes of the preliminary injunction phase. After the preliminary injunction motions are decided by the Court, the Plaintiffs will confer among themselves first and then the Parties will confer regarding the potential for consolidation of additional aspects of the cases.

2. The Parties propose that Defendants' Responses to Plaintiffs' Motions for a Preliminary Injunction be due on **June 23, 2023**.

3. Plaintiffs request the opportunity to submit Replies in support of their Motions for a Preliminary Injunction prior to any hearing set by the Court. Plaintiffs request that the word limit for any reply briefs be extended to 5,000 words. Defendants take no position on Plaintiffs' request to file Replies, or on extending the word limit for Plaintiffs' Replies.

4. The Parties propose that the Court set a single hearing on Plaintiffs' Motions for Preliminary Injunction for **June 27, 2023**. Subject to the Court's availability, the parties are available for a hearing on Plaintiffs' Motions for Preliminary Injunction from Tuesday, June 27 through Thursday, June 29, 2023.

5. At present, the Parties do not anticipate the need for live testimony of witnesses at the Preliminary Injunction hearing. Defendants do not object to the admissibility of the filed declarations solely for purposes of the preliminary injunction phase, but reserve their right to object to the

admissibility of testimony within the declarations on other grounds such as inadmissible hearsay within the declarations themselves. Plaintiffs do not object in principle to the admissibility of declarations to be filed by Defendants, but reserve their right to object to or seek other relief with respect to any specific testimony submitted by Defendants.

The Parties are prepared to address these or any other issues raised by the Court in the June 14, 2023 telephonic scheduling conference.

Respectfully submitted this 13th day of June, 2023,

*/s/ Julie A. Ebenstein*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Estee M. Konor†
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger†
Rayne Ellis†
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

*Attorneys for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and A. Doe*

**Admitted pro hac vice*

† *Motion for leave to appear pro hac vice forthcoming*

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

*Counsel for Defendant Secretary of State Cord Byrd*

/s/ Noah Sjostrom
Noah T. Sjostrom
Fla. Bar No. 1039142
Assistant Attorney General
(850) 414-3635
Noah.Sjostrom@myfloridalegal.com
Office of the Attorney General
General Civil Litigation Division
Complex Litigation
PL – 01 The Capitol
Tallahassee, Florida 32399-1050

*Counsel for the Attorney General*