**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CORD BYRD, *etc., et al.*,<br><br>    *Defendants*. | Case No. 4:23-cv-218-AW-MAF |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 11.1, Evan Preminger, as counsel for Plaintiffs in the above-captioned matter, hereby moves this Court for permission to participate in the case *pro hac vice*, and in support thereof states:

1. I am an Associate at Arnold & Porter Kaye Scholer LLP in New York, NY, where I regularly practice law.

2. I am admitted to the New York State Bar and am an active member in good standing. A true and correct copy of a certificate of good standing from the Supreme Court of the State of New York, Appellate Division, First Department is attached to this application.

3. I have completed the required online Local Rules tutorial exam. My confirmation number is **FLND1686591598657.**

4. I have completed the required online CM/ECF tutorials.

US 174089842v1

5. In connection with this motion, I have made a payment of this Court's $208 *pro hac vice* admission fee.

6. Nicholas L.V. Warren (FBN 1019018) at ACLU Foundation of Florida is admitted to practice in this district and serves as Plaintiffs' local counsel in this case.

Respectfully submitted this 12th day of June, 2023,

/s/ *Evan Preminger*

Evan Preminger*
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com

*Attorney for Plaintiffs*

\* *Pro hac vice pending/forthcoming*