IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

  *Plaintiffs*,

v.                                          Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

  *Defendants*.
_____/

## ORDER ADMITTING EVAN PREMINGER *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Evan Preminger *pro hac vice.* ECF No. 47. The motion is **GRANTED**. Mr. Preminger has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on June 14, 2023.**

                              s/Mark E. Walker            
                              **Chief United States District Judge**