# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1, Rayne Ellis, as counsel for Plaintiffs in the above-captioned matter, hereby moves this Court for permission to participate in the case *pro hac vice*, and in support thereof states:

1. I am an Associate at Arnold & Porter Kaye Scholer LLP in New York, NY, where I regularly practice law.

2. I am admitted to the New York State Bar and am an active member in good standing. A true and correct copy of a certificate of good standing from the Supreme Court of the State of New York, Appellate Division, First Department is attached to this application.

3. I have completed the required online Local Rules tutorial exam. My confirmation number is **FLND1686752765663.**

4. I have completed the required online CM/ECF tutorials.

5. In connection with this motion, I have made a payment of this Court's $208 *pro hac vice* admission fee.

6. Nicholas L.V. Warren (FBN 1019018) at ACLU Foundation of Florida is admitted to practice in this district and serves as Plaintiffs' local counsel in this case.

Respectfully submitted this []th day of June, 2023,

                        /s/ *Rayne Ellis*

Rayne Ellis *
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com

*Attorney for Plaintiffs*

\* *Pro hac vice pending/forthcoming*



# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Rayne Haeli Ellis

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 23, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 14, 2023.

*Clerk of the Court*

CertID-00124020