# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## NOTICE OF APPEARANCE

The undersigned attorney, Jeremy Karpatkin, is admitted to or otherwise authorized to practice in this Court and enters his appearance in this matter on behalf of all Plaintiffs

Date: June 15, 2023

    /s/ *Jeremy Karpatkin*

Jeremy Karpatkin
District of Columbia Bar #980263
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
jeremy.karpatkin@arnoldporter.co

*Attorney for Plaintiffs*

US 174096693v1