IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.                                  Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

   *Defendants*.
_____/

## ORDER ADMITTING RAYNE ELLIS *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Rayne Ellis *pro hac vice.* ECF No. 50. The motion is **GRANTED**. Ms. Ellis has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on June 15, 2023.

                                              s/Mark E. Walker              
                                              **Chief United States District Judge**