IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

Plaintiffs,

v.                                                                          Case No. 4:23-cv-218-AW-MAF

CORD BYRD, et al.,

Defendants.
_____/

**DEFENDANT ATTORNEY GENERAL ASHLEY MOODY'S NOTICE OF JOINDER IN DEFENDANT SECRETARY OF STATE CORD BYRD'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendant, Ashley Moody, in her official capacity as Florida Attorney General, by and through undersigned counsel, hereby gives notice that she joins in and adopts the Response in Opposition to Motion for Preliminary Injunction and Incorporated Memorandum of Law to be filed by Defendant Secretary of State Cord Byrd on June 23, 2023, together with all supporting facts, documents, exhibits, and declarations filed therewith.

Respectfully Submitted,

*/s/ Noah Sjostrom*
Noah Sjostrom
Assistant Attorney General
Fla. Bar No. 1039142
noah.sjostrom@myfloridalegal.com
Stephanie A. Morse

1

2

                                    Special Counsel
                                    Fla. Bar No. 0068713
                                    stephanie.morse@myfloridalegal.com
                                    Office of the Attorney General
                                    Complex Litigation Bureau
                                    PL 01 The Capitol
                                    Tallahassee, FL 32399-1050
                                    Telephone: (850) 414-3635

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 23rd day of June 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notice to all counsel of record.

                                    */s/ Noah Sjostrom*
                                    Noah Sjostrom