## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                       Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## INDEX TO APPENDIX

| Tab | Title | Vol No. |
|-----|-------|---------|
| A | Ch. 2023-120, Laws of Fla. (SB 7050) | 1 |
| B | Notice of Rule Development by the Department of State, Fla. Admin. Code R. 1S-2.042 (Third Party Voter Registration Organizations) | 1 |
| C | Draft Rule Language On-File with the Department of State, Fla. Admin. Code R. 1S-2.042 (Third Party Voter Registration Organizations) | 1 |
| D | Notice of Rule Development by the Department of State, Fla. Admin. Code R. 1S-2.055 (Vote-by-mail Requests) | 1 |

| E | Draft Rule Language On-File with the Department of State, Fla. Admin. Code R. 1S-2.055 (Vote-by-mail Requests) | 1 |
|---|---|---|
| F | Declaration of Andrew Darlington | 1 |
| G | Attachment to Declaration of Andrew Darlington – January 15, 2023 Florida Department of State Office of Election Crimes and Security Report | 1 |
| H | Attachment to Declaration of Andrew Darlington – 2016 to 2023 3PVRO Complaints Received, 3PVRO Fine Letters Issued, and 3PVRO Referrals Made by the Department of State | 1-3 |
| I | Attachment to Declaration of Andrew Darlington – Press Release, News Articles, and Letter | 3 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

May 23, 2017

Mr. Michael Fitzpatrick                              VIA E-MAIL
contact@scipac.info

       Re:  Violation of Voter Registration Law

Mr. Fitzpatrick:

We have received information from the Palm Beach County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

On March 27, 2017, you delivered to the supervisor five Florida voter registration applications. While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0649

Mr. Michael Fitzpatrick
May 23, 2017
Page 2 of 2

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations.   It is your responsibility to be familiar with the requirements in these materials.      Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

*W. Jordan Jones*

Jordan Jones
Assistant General Counsel
Florida Department of State

Enclosures

cc:  Palm Beach County supervisor of elections



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 28, 2017

Jacksonville Branch NAACP
c/o George F. Young
11499 Oaklawn Road
Jacksonville, Florida 32218

      Re:  Violations of Voter Registration Law

Dear Mr. Young:

The Department of State has received information from the Duval County supervisor of elections indicating that Jacksonville Branch NAACP, which is registered as a third-party voter registration organization, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  Therefore, the law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.

The information received from the Duval County supervisor indicates that Jacksonville Branch NAACP, using registration number 3P11-129, collected two voter registration applications on March 15, 2016, and March 20, 2016, but failed to deliver those applications until April 11, 2016, outside the ten-day time period.  Therefore, Jacksonville Branch NAACP is liable for a fine in the amount of $100 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning.  If Jacksonville Branch NAACP again violates section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General for an enforcement action against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0651

Jacksonville Branch NAACP
June 28, 2017
Page 2 of 2

To assist you, I have enclosed a Third Party Voter Registration Fact Sheet from the Division of Elections and a copy of the rule governing third-party voter registration organizations.  It is the responsibility of each third party voter registration organization to be familiar with the requirements in these materials.  Additional informative materials and further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Jordan Jones
Assistant General Counsel

Enclosures

cc:  Duval County supervisor of elections

App. 0652

App. 0653



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

January 8, 2016

Chris Gallaway
P.O. Box 9897
Washington, D.C. 20016-8897

Dawn Waggoner
1151 N. Pine Avenue
Oviedo, Florida 32765

Re: Violations of Voter Registration Law

Dear Mr. Gallaway and Ms. Waggoner:

The Department of State has received information indicating that Fieldworks, which is registered as a third-party voter registration organization, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat. Therefore, the law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or by the book closing deadline, whichever is earlier, or be liable for a fine. *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat. For each application that is delivered after the 10-day period, the statute provides a fine of $50; and for each application that is delivered after book closing, the statute provides for a fine of $100, with a total possible fine of $1,000 per year. *See* § 97.0575(3)(a), Fla. Stat.

The information received indicates that Fieldworks, using registration number 3P12-266, collected 10 voter registration applications between July and October 2014, but failed to deliver 9 of those applications by the book closing deadline. The other application was delivered outside the 10-day period. *See* Rule 1S-2.042(4)(d), F.A.C (indicating that the date of delivery is considered to be

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) DOS.MyFlorida.com**

App. 0655

Fieldworks
January 8, 2016
Page 2 of 2

the actual date of delivery or the postmark date).[1]  Therefore, Fieldworks is liable for a fine in the amount of $950 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning.  If Fieldworks again violates section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General for an enforcement action against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed a Third Party Voter Registration Fact Sheet from the Division of Elections and a copy of the rule governing third-party voter registration organizations.  It is the responsibility of each third party voter registration organization to be familiar with the requirements in these materials.  Additional informative materials and further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

---

[1] In addition to submitting the applications untimely, your organization failed to print the date the applications were received and the identification number of your third-party organization on the back of all the applications.  In the future, please be sure to comply with the requirements of section 97.0575, Florida Statutes, and Rule 1S-2.042, Florida Administrative Code.



## FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

January 8, 2016

Heartland Health Care Center - Jacksonville
8495 Normandy Boulevard
Jacksonville, Florida 32221

      Re:  Violation of Voter Registration Law

To Whom It May Concern:

We have received information indicating that HHCC - Jacksonville has violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization. You must register before you collect voter registrations from any person other than your spouse, child, or parent.

On October 3, 2014, HHCC - Jacksonville mailed four completed voter registration applications it had collected to the supervisor of elections for Duval County.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0657

HHCC - Jacksonville
January 8, 2016
Page 2 of 2

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Duval County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

January 15, 2016

Mr. Lee Malis
311 Northwest Seventh Terrace
Gainesville, Florida 32601

      Re:  Violation of Voter Registration Law

Dear Mr. Malis:

      As a third-party voter registration organization, you must comply with the regulatory requirements governing such organizations.  The Alachua County Supervisor of Elections recently referred information to the Division of Elections indicating that an activity conducted by your organization may have violated the law.

      The information received by the Division indicates that an application containing the third-party voter registration identification number 3P15-91 was submitted to the Alachua County Supervisor of Elections on January 5, 2016.  However, the date the application was collected was omitted from the back of the application.

      It is the responsibility of each third-party voter registration organization to ensure that the date of receipt is properly recorded on the reverse of each application received.[1]  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); *see also* § 97.0575(3)(a) (stating that "[a] third-party voter registration organization that collects voter registration applications serves as a fiduciary to the applicant,

---

[1] The information received from Alachua County indicates that you placed registration forms in your front yard complete with your third-party voter registration identification number; and that it is possible that the application in question was submitted without your knowledge.  In the future, please be sure to personally collect and submit any application that contains your third-party voter registration number.

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250**
**850.245.6503 • 850.245.6127 (Fax)  DOS.MyFlorida.com**

App. 0659

Mr. Lee Malis
January 15, 2016
Page 2 of 2

ensuring that any voter registration application entrusted to the organization . . . shall be promptly delivered to the division or the supervisor of elections . . .").

Please consider this letter as a warning. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. For your convenience, I have enclosed a copy of a third-party voter registration organization guidelines sheet. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

W. Jordan Jones

Jordan Jones
Assistant General Counsel

Enclosure

cc: Alachua County Supervisor of Elections (w/o enclosure)

App. 0660



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

February 4, 2016

Leon "Rusty" Johnson
21 West Delaware Street
Ocoee, Florida 34761

   Re:  Violations of Voter Registration Law

Dear Mr. Johnson:

We have received information from the Orange County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

According to the information received from the supervisor of elections, it appears that on or about January 16, 2016, you collected seven completed voter registration applications and then later delivered them to the supervisor's office.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com

App. 0661

Mr. Leon Johnson
February 4, 2016
Page 2 of 2

wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Orange County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

February 4, 2016

Ms. Viktoriya Kozlova
1190 Main Street
Jupiter, Florida 33458

      Re: Violations of Voter Registration Law

Dear Ms. Kozlova:

We have received information from the Palm Beach County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization and by failing to deliver voter registration applications within the applicable deadlines. While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

By collecting completed voter registration applications, you were acting as a third-party voter registration organization. Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law. Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat. Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Moreover, each third-party voter registration organization that collects voter registration applications must deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine. *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat. For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year. *See* § 97.0575(3)(a), Fla. Stat.

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com

App. 0663

Ms. Viktoriya Kozlova
February 4, 2016
Page 2 of 2

On January 15, 2016, the Palm Beach County supervisor of elections received an envelope with your return address which contained 14 completed voter registration applications, 11 of which were dated as being signed in November 2015. Therefore, because of the untimeliness of the delivery of those applications, you are liable for a fine in the amount of $550 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations.  It is your responsibility to be familiar with the requirements in these materials.  Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State


Enclosures

cc: Palm Beach County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

March 4, 2016

Working Man Tattoo
2371 West Highway 98, Suite D
Mary Esther, Florida 32569

      Re:  Violation of Voter Registration Law

To Whom It May Concern:

We have received information from the Okaloosa County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

According to the supervisor of elections, on February 9, 2016, you delivered to the supervisor's office nine completed voter registration applications.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399
850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com

App. 0665

Working Man Tattoo
March 4, 2016
Page 2 of 2

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc:     Okaloosa County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

March 28, 2016

Dharma Hookah Lounge LLC
c/o Andrew P. Apted
8488 94th Avenue
Seminole, Florida 33777

      Re: Violations of Voter Registration Law

Dear Mr. Apted:

The Department of State has received information from the Pinellas County supervisor of elections indicating that Dharma Hookah Lounge LLC, which is registered as a third-party voter registration organization, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat. Therefore, the law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine. *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat. Moreover, for each application collected by a third-party voter registration organization before book closing but delivered to the Division or a supervisor after book closing, the statute provides for a fine of $100, with a total possible fine of $1,000 per year. *See* § 97.0575(3)(a), Fla. Stat.

The information received from the Pinellas County supervisor indicates that Dharma Hookah Lounge, using registration number 3P16-51, collected two voter registration applications before the book closing deadline of February 15, 2016, but failed to deliver those applications until after book closing on February 19, 2016. Therefore, Dharma Hookah Lounge is liable for a fine in the amount of $200 under section 97.0575(3), Florida Statutes.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6500 • 850.245.6125 (Fax) DOS.MyFlorida.com**

App. 0667

Dharma Hookah Lounge LLC
March 28, 2016
Page 2 of 2


However, please consider this letter as a warning. If Dharma Hookah Lounge again violates section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General for an enforcement action against your organization. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed a Third Party Voter Registration Fact Sheet from the Division of Elections and a copy of the rule governing third-party voter registration organizations. It is the responsibility of each third party voter registration organization to be familiar with the requirements in these materials. Additional informative materials and further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.


Sincerely,

Ken Detzner
Secretary of State


Enclosures

cc: Pinellas County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

March 28, 2016

Operation GOTMFV
c/o Ali Akin Kurnaz
1513 River Reach Drive, Apartment 241
Orlando, Florida 32828

      Re:  Violations of Voter Registration Law

Dear Mr. Kurnaz:

The Department of State has received information from the Duval County supervisor of elections indicating that Operation GOTMFV, which is registered as a third-party voter registration organization, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  Therefore, the law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  Moreover, for each application collected by a third-party voter registration organization before book closing but delivered to the Division or a supervisor after book closing, the statute provides for a fine of $100, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.

The information received from the Duval County supervisor indicates that Operation GOTMFV, using registration number 3P15-51, collected 54 voter registration applications before the book closing deadline of February 15, 2016, but failed to deliver those applications until after book

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0669

Operation GOTMFV
March 28, 2016
Page 2 of 2

closing on February 18, 2016.[1]  Therefore, Operation GOTMFV is liable for a fine in the amount of $1,000 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning.  If Operation GOTMFV again violates section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General for an enforcement action against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed a Third Party Voter Registration Fact Sheet from the Division of Elections and a copy of the rule governing third-party voter registration organizations.  It is the responsibility of each third party voter registration organization to be familiar with the requirements in these materials.  Additional informative materials and further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Duval County Supervisor of Elections (w/o enclosures)

---

[1] Three completed applications submitted in the same batch failed to include the collection date on the back of the application, in violation of Rule 1S-2.042, Florida Administrative Code.



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

March 31, 2016

Delta Sigma Theta Sorority – Glades Alumnae Chapter
c/o Dr. Jo Ann Finney
732 West Canal Street
South Belle Glade, Florida 33430

      Re:  Violations of Voter Registration Law

Dear Dr. Finney:

The Department of State has received information from the Palm Beach County supervisor of elections indicating that Delta Sigma Theta Sorority – Glades Alumnae Chapter, which is registered as a third-party voter registration organization, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  Therefore, the law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.

The information received from the Palm Beach County supervisor indicates that Delta Sigma Theta Sorority – Glades Alumnae Chapter, using registration number 3P11-141, collected 18 voter registration applications on January 18, 2016, but failed to deliver those applications until February 12, 2016, outside the ten-day time period.  Therefore, Delta Sigma Theta Sorority – Glades Alumnae Chapter is liable for a fine in the amount of $900 under section 97.0575(3), Florida Statutes.[1]

---

[1] In addition to submitting the applications untimely, your organization also failed to print the date the application was received on the back of each application.  In the future, please be sure to comply with the requirements of section 97.0575, Florida Statutes, and Rule 1S-2.042, Florida Administrative Code.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0671

Delta Sigma Theta Sorority
March 31, 2016
Page 2 of 2

However, please consider this letter as a warning. If Delta Sigma Theta Sorority – Glades Alumnae Chapter again violates section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General for an enforcement action against your organization. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed a Third Party Voter Registration Fact Sheet from the Division of Elections and a copy of the rule governing third-party voter registration organizations. It is the responsibility of each third party voter registration organization to be familiar with the requirements in these materials. Additional informative materials and further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State


Enclosures

cc: Palm Beach County supervisor of elections



## FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

April 8, 2016

Florida Democratic Party
c/o Mark Herron, Esquire
Messer Caparello
2618 Centennial Place
Tallahassee, Florida 32308

      Re: Violations of Voter Registration Law

Dear Mr. Herron:

The Department of State has received information from the Palm Beach County supervisor of election's office that the Florida Democratic Party, using registration number 3P11-89, has violated Florida law. The Palm Beach County supervisor of elections recently notified the Department that your organization collected 15 voter registration applications on January 2, 2016, but did not deliver the applications to the supervisor's office until January 20, 2016, past the 10-day deadline. An additional eight completed applications were delivered to the Palm Beach County supervisor (on two separate occasions) but failed to include the date on the back of the application; and seventeen applications were delivered to the Alachua County supervisor without proper dates on the back of the application, in violation of Rule 1S-2.042, Florida Administrative Code.

Florida law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine. *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat. For each application that is delivered untimely, a $50 fine is imposed, unless a book closing deadline is missed, in which case the fine is $100. *See* § 97.0575(3), Fla. Stat. The maximum fine that can be imposed in a calendar year against an organization is $1,000. *See* § 97.0575(3)(a)(3.), Fla. Stat.

Therefore, your organization is liable for a fine in the amount of $750. *See* § 97.0575(3), Fla. Stat.; Rule 1S-2.042, F.A.C. You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax) DOS.MyFlorida.com**

App. 0673

Florida Democratic Party
April 8, 2016
Page 2 of 2


Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). If you fail to remit payment or show cause within 30 days, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.


Sincerely,

Ken Detzner
Secretary of State


cc:      Palm Beach County Supervisor of Elections
         Alachua County Supervisor of Elections



## FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 14, 2016

Team Rocket
c/o Taylor Hadam
15501 Bruce B. Downs Boulevard, #3707
Tampa, Florida 33647

Re:  Violations of Voter Registration Law

Dear Mr. Hadam:

As a third-party voter registration organization, Team Rocket must comply with the regulatory requirements governing such organizations.  We have information indicating that activities conducted by your organization may have violated the law.

This information indicates that Team Rocket, using third-party voter registration identification number 3P16-63, collected 5 voter registration applications on April 20, 2016.  However, these applications were not submitted in accordance with the law, in that the date of receipt and your third-party voter registration identification number were not included on the back of the applications.

It is the responsibility of each third-party voter registration organization to ensure that the date of receipt and the organization's identification number are properly recorded on the reverse of each application received.  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); Rule 1S-2.042(4)(c) (requiring each third-party voter registration organization to "ensure that its assigned organization identification number is recorded on the bottom portion of the reverse side of any voter registration application . . . in a manner that does not obscure any other entry").

Please consider this letter as a warning.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250**
**850.245.6536 • 850.245.6127 (Fax)  DOS.MyFlorida.com**

App. 0675

Team Rocket
June 14, 2016
Page 2 of 2


imperative that such efforts be undertaken in compliance with the law.  For your convenience, I have enclosed a copy of a third-party voter registration organization guidelines sheet.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.


Sincerely,

*W. Jordan Jones*

Jordan Jones
Assistant General Counsel


Enclosure



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 15, 2016

Mr. Bobby Powell, Jr.
1328 West 10th Street
West Palm Beach, Florida 33404

   Re:  Violations of Voter Registration Law

Dear Mr. Powell:

   As a third-party voter registration organization, you must comply with the regulatory requirements governing such organizations.  The Palm Beach County Supervisor of Elections recently referred information to the Division of Elections indicating that an activity conducted by your organization may have violated the law.

   The information received by the Division indicates that 16 applications containing the third-party voter registration identification number 3P16-201 were submitted to the Palm Beach County Supervisor of Elections on June 6, 2016, by a Mr. Delano Allen.  However, the date the applications were collected were omitted from the backs of the applications.

   It is the responsibility of each third-party voter registration organization to ensure that the date of receipt is properly recorded on the reverse of each application received.  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); *see also* § 97.0575(3)(a) (stating that "[a] third-party voter registration organization that collects voter registration applications serves as a fiduciary to the applicant, ensuring that any voter registration application entrusted to the organization . . . shall be promptly delivered to the division or the supervisor of elections . . .").

   Please consider this letter as a warning.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  For your convenience, I

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250**
**850.245.6536 • 850.245.6127 (Fax)  DOS.MyFlorida.com**

Mr. Bobby Powell, Jr.
June 15, 2016
Page 2 of 2

have enclosed a copy of a third-party voter registration organization guidelines sheet.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Jordan Jones
Assistant General Counsel

Enclosure

cc:     Mr. Delano Allen
        Palm Beach County Supervisor of Elections (w/o enclosure)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 15, 2016

Mr. Delano Allen
1328 West 10th Street
West Palm Beach, Florida 33404

      Re:  Violations of Voter Registration Law

Dear Mr. Allen:

      As a third-party voter registration organization, you must comply with the regulatory requirements governing such organizations.  The Palm Beach County Supervisor of Elections recently referred information to the Division of Elections indicating that an activity conducted by your organization may have violated the law.

      The information received by the Division indicates that 11 applications containing the third-party voter registration identification number 3P16-200 were submitted to the Palm Beach County Supervisor of Elections on June 6, 2016.  However, the date the applications were collected were omitted from the backs of the applications.

      It is the responsibility of each third-party voter registration organization to ensure that the date of receipt is properly recorded on the reverse of each application received.  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); *see also* § 97.0575(3)(a) (stating that "[a] third-party voter registration organization that collects voter registration applications serves as a fiduciary to the applicant, ensuring that any voter registration application entrusted to the organization . . . shall be promptly delivered to the division or the supervisor of elections . . .").

      Please consider this letter as a warning.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  For your convenience, I

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250**
**850.245.6536 • 850.245.6127 (Fax)  DOS.MyFlorida.com**

App. 0679

Mr. Delano Allen
June 15, 2016
Page 2 of 2

have enclosed a copy of a third-party voter registration organization guidelines sheet.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Jordan Jones
Assistant General Counsel

Enclosure

cc:     Palm Beach County Supervisor of Elections (w/o enclosure)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 15, 2016

Organize Now, Inc.
c/o Mr. Tim Heberlein
1224 East Frierson Avenue
Tampa, Florida 33603

      Re:  Violations of Voter Registration Law

Dear Mr. Heberlein:

The Department of State has received information from the Hillsborough County supervisor of elections indicating that Organize Now, Inc., which is registered as a third-party voter registration organization, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  Therefore, the law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.

The information received from the Hillsborough County supervisor indicates that Organize Now, Inc., using registration number 3P16-35, collected 8 voter registration applications on April 14, 2016, but failed to deliver those applications until April 26, 2016, outside the ten-day time period. Therefore, Organize Now, Inc., is liable for a fine in the amount of $400 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning.  If Organize Now, Inc., again violates section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General for an enforcement action against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

Organize Now, Inc.
June 15, 2016
Page 2 of 2

To assist you, I have enclosed a Third Party Voter Registration Fact Sheet from the Division of Elections and a copy of the rule governing third-party voter registration organizations.  It is the responsibility of each third party voter registration organization to be familiar with the requirements in these materials.  Additional informative materials and further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc:  Hillsborough County supervisor of elections



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 16, 2016

Barbara C. Bernadin
2317 North Congress Avenue, Unit 25
Boynton Beach, Florida 33426

Re:  Violation of Voter Registration Law

Dear Ms. Bernadin:

We have received information from the Palm Beach County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

According to the supervisor of elections, on May 5, 2016, you delivered to the supervisor's office 6 completed voter registration applications.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.  It is my understanding that you have now registered as a third-party voter registration organization.

Moreover, it is the responsibility of each third-party voter registration organization to ensure that the *date of receipt* and the organization's identification number are properly recorded on the reverse of each application received.  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

Barbara C. Bernadin
June 16, 2016
Page 2 of 2

application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); Rule 1S-2.042(4)(c) (requiring each third-party voter registration organization to "ensure that its assigned organization identification number is recorded on the bottom portion of the reverse side of any voter registration application . . . in a manner that does not obscure any other entry").

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed a Division of Elections Fact Sheet and a copy of the rule that governs third-party voter registration organizations.  It is your responsibility to be familiar with the requirements in these materials.  Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Palm Beach County supervisor of elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 30, 2016

Asian Americans Advancing Justice - Atlanta
6040 Unity Drive, Suite E
Norcross, Georgia 30071

Re:  Violation of Voter Registration Law

To Whom It May Concern:

We have received information indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

On April 18, 2016, your organization mailed to the Florida Division of Elections a completed Florida voter registration application.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting a completed voter registration application, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399
850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com

App. 0685

Asian Americans Advancing Justice - Atlanta
June 30, 2016
Page 2 of 2

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations.   It is your responsibility to be familiar with the requirements in these materials.   Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 30, 2016

HeadCount
c/o Shari Beth Katz
200 Leslie Drive, #1102
Hallandale, Florida 33009

Re:  Violations of Voter Registration Law

Dear Ms. Katz:

The Department of State has received information indicating that HeadCount, using registration number 3P12-154, has violated Florida law.   Florida law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, a $50 fine is imposed, unless a book closing deadline is missed, in which case the fine is $100.  *See* § 97.0575(3), Fla. Stat.  The maximum fine that can be assessed against an organization for violations committed in a calendar year is $1,000.  *See* § 97.0575(3)(a)(3.), Fla. Stat.

Several completed voter registration applications were received from HeadCount in a manner that appears to have violated the law, as follows:

- The Department received one voter registration application that was collected on February 13, 2016, but that was not mailed to the Department of State until February 19, 2016 (even given the benefit of the postmark date).  Thus, the application was collected before the book closing deadline but mailed to the Department of State after book closing.  *See* § 97.055, Fla. Stat. (setting deadline for book closing).

- One completed application was collected on March 28, 2016, but was not mailed to the Department until April 15, 2016 (even given the benefit of the postmark date), outside the required 10-day deadline.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0687

HeadCount
June 30, 2016
Page 2 of 2

- One completed application failed to include the date of collection and third-party voter registration identification number *on the back* of the application, in violation of Rule 1S-2.042, Florida Administrative Code.

Therefore, your organization is liable for a fine in the amount of $150.[1]  *See* § 97.0575(3), Fla. Stat.; Rule 1S-2.042, F.A.C.  You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed.  *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance").  If you fail to remit payment or show cause within 30 days, the Secretary may refer the matter to the Attorney General for enforcement.  *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

---

[1] This fine was calculated by adding the fine for the missed book closing deadline ($100) to the fine for missing the ten day deadline ($50), for a total of $150.  *See* § 97.0575(3), Fla. Stat.



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 30, 2016

Julia Rose Pratt
16380 Via Venetia
Delray Beach, Florida 33484

       Re:  Voter Registration Law

Dear Ms. Pratt:

We have received information from the Palm Beach County supervisor of elections indicating that you have collected voter registration applications without first registering as a third-party voter registration organization.  *See* § 97.0575, Fla. Stat.  You must register *before* you collect voter registrations from any person other than your spouse, child, or parent.

According to the supervisor of elections, on May 3, 2016, you delivered to the supervisor's office 72 completed voter registration applications.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.  To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations.  Additionally, further assistance

R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399
850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com

App. 0689

Julia Rose Pratt
June 30, 2016
Page 2 of 2

can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State


Enclosures

cc:     Palm Beach County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**                                                                                   **KEN DETZNER**
Governor                                                                                         Secretary of State

June 30, 2016

Republican Party of Florida
c/o Daniel E. Nordby, Esquire
Shutts & Bowen, LLP
215 South Monroe Street
Tallahassee, Florida 32301

   Re:  Violations of Voter Registration Law

Dear Mr. Nordby:

The Department of State has received information that the Republican Party of Florida, using registration number 3P11-93, has violated Florida law.  Florida law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, a $50 fine is imposed, unless a book closing deadline is missed, in which case the fine is $100.  *See* § 97.0575(3), Fla. Stat.  The maximum fine that can be imposed in a calendar year against an organization is $1,000.  *See* § 97.0575(3)(a)(3.), Fla. Stat.

Several completed voter registration applications were received from the Republican Party of Florida in a manner that appears to have violated the law, as follows:

- One application which was dated by the applicant on March 11, 2016, was delivered to the supervisor for Pinellas County on March 22, 2016, outside the ten-day deadline.  Another four applications were dated by the applicants on May 4, 2016, but were not delivered to the supervisor for Pinellas County until June 8, 2016, outside the ten-day deadline.
- Six applications which were dated by the applicants on April 16 or April 27, 2016, were delivered to the supervisor for Polk County on May 10, 2016, outside the ten-day deadline.
- Twenty-four applications which were dated by the applicants on April 29, 2016, were delivered to the supervisor for Hernando County on May 13, 2016, outside the ten-day deadline.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0691

Republican Party of Florida
June 30, 2016
Page 2 of 2

- Seven applications which were dated by the applicants between February 10 and February 15, 2016, were delivered to the supervisor for Duval County on February 19, 2016. Thus, the applications were completed by the voters before book closing but were delivered after book closing, in violation of section 97.0575(3)(a)(2.), Florida Statutes.
- Several applications submitted to various supervisors (including the supervisors for Pinellas County and Escambia County) failed to include the date the applications were received on the back of the applications, in violation of Rule 1S-2.042, Florida Administrative Code.

Therefore, your organization is liable for a fine in the amount of $1,000.[1]  *See* § 97.0575(3), Fla. Stat.; Rule 1S-2.042, F.A.C.  You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed.  *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance").  If you fail to remit payment or show cause within 30 days, the Secretary may refer the matter to the Attorney General for enforcement.  *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

cc:     Polk County Supervisor of Elections
        Hernando County Supervisor of Elections
        Duval County Supervisor of Elections
        Pinellas County Supervisor of Elections
        Escambia County Supervisor of Elections

------

[1] This total was calculated as follows: your organization delivered a total of 35 voter registration applications past the 10-day deadline, and the fine for each late delivery is $50, for a total of $1,750.  *See* § 97.0575(3)(a)(1.), Fla. Stat.  The seven applications that were delivered past book closing each carry a fine of $100, for a total of $700.  *See* § 97.0575(3)(a)(2.), Fla. Stat.  The grand total is the sum of these totals, or $2,450.  However, since the statute caps the aggregate yearly fine at $1,000, that is the total amount for which your organization is liable.  *See* § 97.0575(3)(a)(3.), Fla. Stat.



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

August 15, 2016

Mr. Thomas L. Knapp
10102 Southwest 82nd Lane
Gainesville, Florida 32608

    Re:  Violations of Voter Registration Law

Dear Mr. Knapp:

As a third-party voter registration organization, you must comply with the regulatory requirements governing such organizations.  We have received information from the Alachua County supervisor of election's office indicating that your voter registration activities may have violated the law.

This information indicates that two voter registration applications were collected using third-party voter registration identification number 3P16-148, your registration number;[1] but those applications were not submitted in accordance with the law in that the date of receipt was not included on the back of the applications.

It is the responsibility of each third-party voter registration organization to ensure that the date of receipt is properly recorded on the reverse of each application received.  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry").

Please consider this letter as a warning.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is

---

[1] According to the supervisor's office, you claim that you did not collect or submit any applications.  If this is the case, please give me a call at (850) 245-6536 so that we can discuss this matter to determine if any elections fraud or other illicit activity is occurring in connection with your third-party voter registration identification number.

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250**
**850.245.6536 • 850.245.6127 (Fax)  DOS.MyFlorida.com**

App. 0693

Mr. Thomas L. Knapp
August 15, 2016
Page 2 of 2

imperative that such efforts be undertaken in compliance with the law.  For your convenience, I have enclosed a copy of a third-party voter registration organization guidelines sheet.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

*W. Jordan Jones*

Jordan Jones
Assistant General Counsel

Enclosures

cc:  Alachua County supervisor of elections



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

August 22, 2016

Cynthia Fernandez
cynthiaangels5@msn.com

**VIA E-MAIL**

Re:  Violations of Voter Registration Law

Dear Ms. Fernandez:

We have received information from the Palm Beach County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

According to the supervisor of elections, on February 16, 2016, you delivered to the supervisor's office 21 completed voter registration applications.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0695

Cynthia Fernandez
August 22, 2016
Page 2 of 2

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc:     Palm Beach County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

August 22, 2016

Mr. Darren Coffield
P.O. Box 147081
Gainesville, Florida 32614-7091

      Re:  Violations of Voter Registration Law

Dear Mr. Coffield:

We have received information from the Alachua supervisor of elections indicating that you have
violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter
registration organization and by failing to deliver voter registration applications within the
applicable deadlines.  While it appears your intention was to assist persons in registering to vote,
you must do so in conformity with applicable law.

By collecting completed voter registration applications, you were acting as a third-party voter
registration organization.   Section 97.021(37), Florida Statutes, defines "third-party voter
registration organization" as any person, entity, or organization collecting voter registration
applications, unless specifically exempted by Florida law.  Under Florida law, a third-party voter
registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.
Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to
register with the Division of Elections before engaging in any voter registration activities.

Moreover, each third-party voter registration organization that collects voter registration
applications must deliver the applications to the Division of Elections or a supervisor of elections
within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For
each application that is delivered untimely, the statute provides for a fine of $50, with a total
possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.  Further, for each application
collected by a third-party voter registration organization before book closing but delivered to the
Division or a supervisor after book closing, the statute provides for a fine of $100, with a total

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

Mr. Darren Coffield
August 22, 2016
Page 2 of 2

possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.  "For a determination of a fine based upon the application being received by mail after the book closing date, a clear postmark on or before the date of book closing will excuse the fine."  Rule 1S-2.042(7)(a), F.A.C.

On February 18, 2016, the Alachua County supervisor of elections received an envelope postmarked February 16, 2016, with your return address.  The envelope contained 13 completed voter registration applications.  One of those applications bore a date indicating that it was received from the voter on December 17, 2015.  Therefore, because this application was delivered to the supervisor of elections well outside the 10-day time period, you are liable for a fine in the amount of $50 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations.  It is your responsibility to be familiar with the requirements in these materials.  Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Alachua County Supervisor of Elections (w/o enclosures)



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

August 22, 2016

The Foundation Academy
c/o Nadia Hionides, Principal
3675 San Pablo Road South
Jacksonville, Florida 32224

      Re:  Violations of Voter Registration Law

Dear Ms. Hionides:

We have received information from the Duval County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization and by failing to deliver voter registration applications within the applicable deadlines.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

By collecting completed voter registration applications, you were acting as a third-party voter registration organization.   Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat. Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Moreover, each third-party voter registration organization that collects voter registration applications must deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.  Further, for each application collected by a third-party voter registration organization before book closing but delivered to the

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0699

The Foundation Academy
August 22, 2016
Page 2 of 2

Division or a supervisor after book closing, the statute provides for a fine of $100, with a total possible fine of $1,000 per year. *See* § 97.0575(3)(a), Fla. Stat.

On March 11, 2016, the Duval County supervisor of elections received an envelope with your return address which contained 11 completed voter registration applications. Based on the dates on the applications, six of the applications were delivered to the supervisor in an untimely manner, whether because they were delivered outside the 10-day time period or because they were collected before book closing but delivered after book closing. Therefore, because of the untimeliness of the delivery of those applications, you are liable for a fine in the amount of $400 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning. If you again violate section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General to pursue further remedies against your organization. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Duval County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

August 22, 2016

The Voter Participation Center
c/o Dona L. Priebe
1201 Hays Street, Suite 200
Tallahassee, Florida 32301-2608

  Re: Violations of Voter Registration Law

Dear Ms. Priebe:

As a third-party voter registration organization, The Voter Participation Center must comply with the regulatory requirements governing such organizations. We have information indicating that activities conducted by your organization may have violated the law.

This information indicates that The Voter Participation Center, using third-party voter registration identification number 3P11-39, received 15 voter registration applications on April 11 and April 18, 2016. However, these applications were not submitted in accordance with the law, in that the date of receipt and your third-party voter registration identification number were not included on the back of many of the applications.

It is the responsibility of each third-party voter registration organization to ensure that the date of receipt and the organization's identification number are properly recorded on the reverse of each application received. *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); Rule 1S-2.042(4)(c) (requiring each third-party voter registration organization to "ensure that its assigned organization identification number is recorded on the bottom portion of the reverse side of any voter registration application . . . in a manner that does not obscure any other entry").

Your counsel states in an email to the Division of Elections that The Voter Participation Center was not acting as a third-party voter registration organization in this situation because at least some

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399-0250**
**850.245.6536 • 850.245.6127 (Fax) DOS.MyFlorida.com**

App. 0701

The Voter Participation Center
August 22, 2016
Page 2 of 2

of the applications were received by The Voter Participation Center "inadvertently." However, Florida law generally defines "third-party registration organization" as "any person, entity, or organization soliciting *or collecting* voter registration applications." *See* § 97.021(38), Fla. Stat. (emphasis supplied). The Voter Participation Center is currently registered with the Division as a third-party voter registration organization, and it correctly included its official third-party registration organization number on several of the applications. Moreover, The Voter Participation Center did not return the applications to the would-be applicants; rather, The Voter Participation Center accepted the applications and immediately returned them to the Division of Elections. Accordingly, it appears The Voter Participation Center was indeed acting as a third-party voter registration organization and therefore is subject to the applicable governing laws and rules.

Please consider this letter as a warning. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. For your convenience, I have enclosed a copy of a third-party voter registration organization guidelines sheet. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Jordan Jones
Assistant General Counsel

Enclosure

cc:    Jennifer L. Carrier, Esq.
       1825 Eye Street Northwest
       Washington, D.C. 20006



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 6, 2016

Chris Gallaway
P.O. Box 9897
Washington, D.C. 20016-8897

Dawn Waggoner
1151 North Pine Avenue
Oviedo, Florida 32765

      Re: Violations of Voter Registration Law

Dear Mr. Gallaway and Ms. Waggoner:

The Department of State has received information that Fieldworks, using registration number 3P12-266, has violated Florida law.  Florida law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, a $50 fine is imposed, unless a book closing deadline is missed, in which case the fine is $100.  *See* § 97.0575(3), Fla. Stat.  The maximum fine that can be imposed in a calendar year against an organization is $1,000.  *See* § 97.0575(3)(a)(3.), Fla. Stat.

Several completed voter registration applications were received from Fieldworks in a manner that appears to have violated the law, as follows:

- One application was dated by the applicant on July 7, 2016, but was not sent to the Florida Division of Elections until July 20, 2016 (even given the benefit of the postmark date), outside the ten-day deadline.  Oddly, even though the application bore the name and registration number of Fieldworks on the reverse, it was sent to the Division by the Office of the Clerk-Recorder for Nevada.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0703

Fieldworks
September 6, 2016
Page 2 of 2

- Three applications submitted to the Division of Elections failed to include the date the applications were received on the back of the applications, in violation of Rule 1S-2.042, Florida Administrative Code.

Therefore, your organization is liable for a fine in the amount of $50 for the application that was untimely submitted. *See* § 97.0575(3), Fla. Stat.; Rule 1S-2.042, F.A.C. You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). If you fail to remit payment or show cause within 30 days, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 6, 2016

HeadCount
c/o Shari Beth Katz
200 Leslie Drive, #1102
Hallandale, Florida 33009

Re:  Violations of Voter Registration Law

Dear Ms. Katz:

The Department of State has received information indicating that HeadCount, using registration number 3P12-154, has violated Florida law.  Florida law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, a $50 fine is imposed, unless a book closing deadline is missed, in which case the fine is $100.  *See* § 97.0575(3), Fla. Stat.  The maximum fine that can be assessed against an organization for violations committed in a calendar year is $1,000.  *See* § 97.0575(3)(a)(3.), Fla. Stat.

Several completed voter registration applications were received from HeadCount in a manner that appears to have violated the law, as follows:

- Seventeen completed applications were collected between the dates of June 16 and June 19, 2016, but were not mailed to the Department until July 1, 2016 (even given the benefit of the postmark date), outside the required 10-day deadline.

- Moreover, it appears that someone from your organization may have attempted to misdate these seventeen applications by altering the dates originally recorded on the backs of the applications, even though the registrants clearly dated the fronts of the applications at a much earlier date.  Please be advised that a third-party voter registration organization serves as a fiduciary to the applicant and must include the truthful date on which the applicant delivered the application to the registration agent.  *See* § 97.0575(3)(a), Fla. Stat.; Rule 1S-2.042(4)(b), F.A.C.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0705

HeadCount
September 6, 2016
Page 2 of 2

- Thirty-five completed applications were collected between the dates of July 6 and July 10, 2016, but were not mailed to the Department until July 21, 2016 (even given the benefit of the postmark date), outside the required 10-day deadline.

Therefore, your organization is liable for a fine in the amount of $850.[1]  *See* § 97.0575(3), Fla. Stat.; Rule 1S-2.042, F.A.C.  You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed.  *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance").  If you fail to remit payment or show cause within 30 days, the Secretary may refer the matter to the Attorney General for enforcement.  *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

cc:     James Salazar, Outreach Director
        c/o Laurie Lenninger
        104 West 29th Street, 11th Floor
        New York, New York 10001

---

[1] This fine was calculated as follows: a total of 52 applications were delivered late, with each late delivery carrying a fine of $50, for a total fine of $2,600.  However, the maximum fine that can be imposed in a calendar year is $1,000, and your organization was already fined $150 for previous violations on June 30, 2016.  Therefore, you are liable for a fine in the amount of $850.  *See* § 97.0575(3), Fla. Stat.



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 6, 2016

King Jesus International Ministry
14100 Southwest 144th Avenue
Miami, Florida 33186

      Re:  Violation of Voter Registration Law

To Whom It May Concern:

We have received information from the Miami-Dade County supervisor of elections indicating that you have violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization.  You must register before you collect voter registrations from any person other than your spouse, child, or parent.

On June 10, 2016, your organization mailed to the supervisor 54 completed Florida voter registration applications.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Please consider this letter as a warning.  If you again violate section 97.0575, the Department of State may refer the violation to the Attorney General to pursue further remedies against your organization.  Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with applicable law.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0707

King Jesus International Ministry
September 6, 2016
Page 2 of 2

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations.   It is your responsibility to be familiar with the requirements in these materials.    Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 6, 2016

Miami Country Day School
601 Northeast 107th Street
Miami, Florida 33161

     Re:  Violations of Voter Registration Law

To Whom It May Concern:

We have received information from the Miami-Dade County supervisor of elections indicating that Miami Country Day School has violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization and by failing to deliver voter registration applications within the applicable deadlines.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Moreover, each third-party voter registration organization that collects voter registration applications must deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0709

Miami Country Day School
September 6, 2016
Page 2 of 2

On June 13, 2016, the Miami-Dade County supervisor of elections received an envelope from you containing 27 completed voter registration applications. Twenty-five of the applications were dated by the voters on May 3, 2016, or earlier. Therefore, because 25 applications were delivered to the supervisor of elections outside the 10-day time period, you are liable for a fine in the amount of $1,000 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning. If you again violate section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General to pursue further remedies against your organization. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Miami-Dade County Supervisor of Elections (w/o enclosures)



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 6, 2016

NAACP Upper Pinellas County Branch
P.O. Box 2073
Clearwater, Florida 33757

      Re:  Violations of Voter Registration Law

To Whom It May Concern:

The Department of State has received information from the Pinellas County supervisor of elections indicating that NAACP Upper Pinellas County Branch, using registration number 3P12-24, has violated Florida law.  Florida law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, a $50 fine is imposed, unless a book closing deadline is missed, in which case the fine is $100.  *See* § 97.0575(3), Fla. Stat.  The maximum fine that can be assessed against an organization for violations committed in a calendar year is $1,000.  *See* § 97.0575(3)(a)(3.), Fla. Stat.

Several completed voter registration applications were received from NAACP Upper Pinellas County Branch by the supervisor in a manner that appears to have violated the law, as follows:

- The supervisor received five completed applications on June 2, 2016.  Three of those had been collected on February 14, 2016, meaning that each one was received before the book closing deadline for the Presidential Preference Primary election but delivered to the supervisor after book closing.  The other two applications had been collected on April 16, 2016, meaning that each was delivered to the supervisor outside the 10-day deadline period.

- The supervisor received two completed applications on August 2, 2016.  Each had been collected on July 31, 2016, meaning that each was received before the book closing deadline for the Primary election and delivered to the supervisor after the book closing deadline.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0711

NAACP Upper Pinellas County Branch
September 6, 2016
Page 2 of 2

Therefore, your organization is liable for a fine in the amount of $600.[1]  *See* § 97.0575(3), Fla. Stat.; Rule 1S-2.042, F.A.C.  You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed.  *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance").  If you fail to remit payment or show cause within 30 days, the Secretary may refer the matter to the Attorney General for enforcement.  *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

cc:  Pinellas County Supervisor of Elections

---

[1] This fine was calculated by adding the fines for the missed book closing deadline (five applications at $100 each) to the fines for missing the ten day deadline (two applications at $50 each), for a total of $600.  *See* § 97.0575(3), Fla. Stat.



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 6, 2016

Vision Word Church
c/o Marcus L. Rasberry, Senior Pastor
P.O. Box 784766
Winter Garden, Florida 34787

      Re:  Violations of Voter Registration Law

Dear Pastor Rasberry:

We have received information from the Orange County supervisor of elections indicating that Vision Word Church has violated section 97.0575, Florida Statutes, by failing to properly register as a third-party voter registration organization and by failing to deliver voter registration applications within the applicable deadlines.  While it appears your intention was to assist persons in registering to vote, you must do so in conformity with applicable law.

By collecting completed voter registration applications, you were acting as a third-party voter registration organization.  Section 97.021(37), Florida Statutes, defines "third-party voter registration organization" as any person, entity, or organization collecting voter registration applications, unless specifically exempted by Florida law.  Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat. Section 97.0575(1), Florida Statutes, requires third-party voter registration organizations to register with the Division of Elections before engaging in any voter registration activities.

Moreover, each third-party voter registration organization that collects voter registration applications must deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat.

**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399**
**850.245.6500 • 850.245.6125 (Fax)  DOS.MyFlorida.com**

App. 0713

Pastor Marcus L. Rasberry
September 6, 2016
Page 2 of 2

On June 16, 2016, the Orange County supervisor of elections received an envelope from you containing eight completed voter registration applications. Seven of the eight applications were dated by the voters on May 24, 2016, or earlier. Therefore, because seven applications were delivered to the supervisor of elections outside the 10-day time period, you are liable for a fine in the amount of $350 under section 97.0575(3), Florida Statutes.

However, please consider this letter as a warning. If you again violate section 97.0575, the Department of State may notify you of fines imposed by the statute or refer the violation to the Attorney General to pursue further remedies against your organization. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with applicable law.

To assist you, I have enclosed the Florida Third-Party Voter Registration Organization Registration Form, a Division of Elections Fact Sheet, and a copy of the rule that governs third-party voter registration organizations. It is your responsibility to be familiar with the requirements in these materials. Additionally, further assistance can be found at http://dos.myflorida.com/elections/for-voters/voter-registration/third-party-voter-registration-organizations/.

If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or further questions on how to register, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ken Detzner
Secretary of State

Enclosures

cc: Orange County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

November 15, 2016

Concord Management, Limited
c/o Nissa Reilly
Center Parkway, Suite A
Maitland, Florida 32751

      Re: Violations of Voter Registration Law

Dear Ms. Reilly:

As a third-party voter registration organization, Concord Management, Limited, must comply with the regulatory requirements governing such organizations. We have received information from the Pinellas County supervisor of election's office indicating that activities conducted by your organization may have violated the law.

This information indicates that Concord Management, Limited, using third-party voter registration identification number 3P12-247, collected 3 voter registration applications on or about August 9, 2016. However, those applications were not submitted in accordance with the law, in that the date of receipt was not included on the back of the applications.

It is the responsibility of each third-party voter registration organization to ensure that the date of receipt is properly recorded on the reverse of each application received. *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry").

Please consider this letter as a warning. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. For your convenience, I have enclosed a copy of a third-party voter registration organization guidelines sheet. If you have questions about the proper procedures for voter registration applications by third-party voter

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250**
**850.245.6536 • 850.245.6127 (Fax)  DOS.MyFlorida.com**

App. 0715

Concord Management, Limited
November 15, 2016
Page 2 of 2


registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.


Sincerely,

W. Jordan Jones

Jordan Jones
Assistant General Counsel

Enclosures

cc:  Pinellas County supervisor of elections



# FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

November 15, 2016

GRSG Company
2384 Northwest 89th Drive
Coral Springs, Florida 33065

GRSG Company
1701 Pennsylvania Avenue Northwest, #300
Washington, D.C. 20006

Re:  Violations of Voter Registration Law

To Whom It May Concern:

As a third-party voter registration organization, you must comply with the regulatory requirements governing such organizations.  We have received information from the Palm Beach County supervisor of election's office indicating that activities conducted by your organization may have violated the law.

This information indicates that you collected, using third-party voter registration identification number 3P16-301,[1] 39 voter registration applications on July 23, 2016.  However, those applications were not submitted in accordance with the law, in that the date of receipt and your third-party voter registration identification number were not included on the back of the applications.

It is the responsibility of each third-party voter registration organization to ensure that the date of receipt and the organization's identification number are properly recorded on the reverse of each application received.  *See* Rule 1S-2.042(4)(b), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration

---

[1] It is the Department's understanding that your organization is no longer registered as a third-party voter registration organization.

**Office of the General Counsel**
R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida  32399-0250
850.245.6536 • 850.245.6127 (Fax)  DOS.MyFlorida.com

App. 0717

GRSG Company
November 15, 2016
Page 2 of 2

application in a manner that does not obscure any other entry"); Rule 1S-2.042(4)(c) (requiring each third-party voter registration organization to "ensure that its assigned organization identification number is recorded on the bottom portion of the reverse side of any voter registration application . . . in a manner that does not obscure any other entry").

Please consider this letter as a warning. Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. For your convenience, I have enclosed a copy of a third-party voter registration organization guidelines sheet. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations, please contact the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Jordan Jones
Assistant General Counsel

Enclosures

cc: Palm Beach County supervisor of elections

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Matthews, Maria I. |
| **Sent:** | Tuesday, March 17, 2020 7:32 AM |
| **To:** | Scott, Lori; Pete Antonacci; Stamoulis, Paul; Gill, Susan; Chambless, Chris H.; Lenhart, Kaiti; Anderson, Shirley; Ogg, Penny; Latimer, Craig; Swan, Leslie; Hays, Alan; Tommy Doyle; Bennett, Michael; Wilcox, Wesley; White, Christina; Griffin, Joyce; Cowles, Bill; Arrington, Mary Jane; Anderson, Chris; Link, Wendy; Corley, Brian; Edwards, Lori; Overturf, Charles; Turner, Ron; Walker, Gertrude; Keen, Bill; Lewis, Lisa; Beasley, Bobby |
| **Cc:** | O'Brien, Colleen E.; McVay, Brad R.; Marconnet, Amber; Ferguson, Katrina R. |
| **Subject:** | Notice:  Fraudulent Registration Applications |

Dear Supervisors of Elections:

A situation was recently identified in Lake County wherein an individual working for a third-party voter registration organization is alleged to have submitted several fraudulent voter registration applications (party change and new voters). https://www.clickorlando.com/news/local/2020/03/05/clermont-woman-charged-with-filing-false-voter-registration/.

Please be cognizant of the above, and to the extent this may have affected voters in other counties, as in other cases of disputed eligibility, should any voter assert an unauthorized party change, the proper procedure would be to allow the voter to vote a provisional ballot and provided instructions and notice of rights, and review the circumstances further to present to the canvassing board. *See* § 101.048, Fla. Stat.

The third-party organization has been working to identify potential voters affected and we will provide you with more information once we have an opportunity to review.

Thank you for your attention to this matter. Please contact us with any questions.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided. Please note: Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.*

**O'Brien, Colleen E.**

| | |
|---|---|
| From: | Hays, Alan <alan@lakevotes.com> |
| Sent: | Tuesday, March 31, 2020 1:41 PM |
| To: | O'Brien, Colleen E. |
| Subject: | Re: Contact information |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Lake county Deputy sheriff Jarrod Strickland and fifth circuit assistant state attorney Mark Simpson.
Phones- Strickland 352-434-9168  email jarrod.strickland@lcso.org

Simpson 352-615-3496

Sent from my iPhone


On Mar 31, 2020, at 13:30, O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com> wrote:

> **CAUTION:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Supervisor Hays,

Good afternoon. I hope you are doing well.

Would you by chance be able to forward me the name and/or contact information for the investigator(s) you were working with regarding the 3PVRO matter? I would like to refer an Elections Fraud Complaint we received that may involve an attempted action by the same individual in a different county.

Thank you!

Colleen

**COLLEEN E. O'BRIEN**
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

1

**McVay, Brad R.**

| | |
|---|---|
| **From:** | Julie Houk <jhouk@lawyerscommittee.org> |
| **Sent:** | Thursday, March 5, 2020 1:11 PM |
| **To:** | McVay, Brad R.; Matthews, Maria I. |
| **Cc:** | Anjenys Gonzalez-Eilert; Liza McCleneghan; Ezra Rosenberg; Marcia Johnson-Blanco; Ryan Snow; Gabrielle Velasco |
| **Subject:** | Urgent: Unauthorized changes to voter registration party identification and fraudulent new voter registrations |
| **Importance:** | High |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Dear Mr. McVay and Ms. Matthews,

As you may be aware through our prior communications with your respective offices, the Lawyers' Committee for Civil Rights Under Law, in partnership with Common Cause Florida and other Florida and National non-partisan civic engagement organizations, convenes the largest nationwide non-partisan Election Protection coalition in the United States. Election Protection offers assistance to voters 365 days a year, including through our suite of voter hotlines (1-866-Our-Vote) and with assistance from Election Protection volunteers on the ground in the states, including in Florida.

On behalf of the Lawyers' Committee and Common Cause Florida, I am writing to you because it came to our attention through a Channel 6 (Orlando) report that an individual and/or organization submitted unauthorized changes to voters' registrations, including changing voters' party identifications, and that new, fraudulent voter registrations were also submitted. According to the Channel 6 (Orlando) report, it appears that voters in Lake, Seminole and Orange Counties may be impacted, but it is unclear whether and to what extent these unauthorized changes and fraudulent registrations were submitted to these three counties and to other Florida counties. The Channel 6 report can be found at this link: https://www.clickorlando.com/news/local/2020/03/04/lake-county-election-leaders-to-address-voter-registration-fraud/

Since we would like to ensure that Election Protection can provide accurate information and appropriate assistance to Florida's voters about this issue, we request that you confirm the following information by close of business today:

1. Please identify all of the counties where the unauthorized changes were made to voters' registrations and where the fraudulent new registrations were submitted;

2. Please identify the organization(s) that conducted the voter registration activity which led to the submission of the unauthorized voter registration changes and fraudulent new registrations;

3. Please identify the name of the field representative (s) who made the unauthorized changes to voters' registrations and submitted the new, fraudulent forms;

4. Please confirm whether any of the fraudulent changes or new registrations were made online;

5. Please confirm what voters need to do to determine whether they have been impacted;

6. Please confirm what action voters should take if they learn that their voter registration information has been changed without their consent and or a new fraudulent registration was submitted in their name prior to the presidential preference primary on March 17th;

1

7.  Please confirm what action voters should take if voters requested vote by mail ballots and the unauthorized changes were made before or after their ballots were mailed to them and/or after the voters have already returned their ballots since the canvassing boards will reject the ballots because of the wrong ballot style if the change was made to the party identification after the voters returned their ballots;

8.  Please confirm what voters should do if they do not learn about the unauthorized changes and fraudulent registrations until they go to vote on February 17, 2020 or in subsequent elections.  According to the Channel 6 report, Supervisor Hays in Lake County outlined the procedure below for voters to follow if they discover their voter registration was changed without their consent:

    Voters should double-check their voting identification card.

    If they receive a ballot not affiliated with their party or believe their party was switched without their knowledge, they must identify an election worker.

    The voter will receive a provisional ballot envelope from the election worker and be issued a ballot of their choice.

    Once a voter fills out their ballot, they will need to take it back to the election worker.

    The election worker will put their ballot in the provisional ballot enveloped in front of them and tear off a stub identifying the envelope.

    Voters will be handed the stub so they can track the ballot.

    The ballot will be presented to the canvassing board and they will choose whether or not to accept that ballot.

Please confirm whether this is, in fact, the proper procedure for voters to follow on election day and, if so, how this information will be communicated to voters who may be impacted, poll managers and poll workers.  If you are issuing press advisories and have posted or will be posting information for voters online, please forward us a copy of those advisories and links so that we can share them with impacted voters.

Finally, we would appreciate an opportunity to discuss this matter with you directly by telephone.  Please let us know what your availability is for a call this week.

Thank you very much for your consideration in this matter.

Julie Houk

Julie M. Houk (she/her/hers)
Managing Counsel for Election Protection
Voting Rights Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Direct Telephone: (202) 662-8391
Cell: (603) 562-8309
General Fax: (202) 783-0857
Email: jhouk@lawyerscommittee.org

    

App. 0724

*Moving America Toward Justice*

| ELECTION PROTECTION HOTLINES | | |
|---|---|---|
| Call in English | **866-OUR-VOTE** | or 866-687-8683 |
| Call in Spanish/English | **888-VE-Y-VOTA** | or 888-839-8682 |
| Call in Asian Languages/English | **888-API-VOTE** | or 888-274-8683 |
| Call in Arabic/English | **844-YALLA-US** | or 844-925-5287 |
| | Or Text **"OUR VOTE"** to **97779.** | |

**The Lawyers' Committee participates in the Combined Federal Campaign with the CFC code: <u>24650</u>.** Please ask your Federal friends to support us in their agency's CFC campaign this fall! To pledge a donation, follow the link below:
https://cfcgiving.opm.gov/offerings

*The information contained in this message from the Lawyers' Committee for Civil Rights Under Law and any attachments are confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message.*

## O'Brien, Colleen E.

| | |
|---|---|
| From: | Shannon O'Leary <so@gobergroup.com> |
| Sent: | Thursday, March 12, 2020 5:52 PM |
| To: | O'Brien, Colleen E.; Hays, Alan |
| Cc: | Chris Gober |
| Subject: | Florida First - Additional Information on VRs in all Florida Counties |
| Attachments: | 20200312 All FL Counties VRs by Hall and Lukovics.xlsx |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Hi Colleen and Alan~

As promised, I am sending to you a spreadsheet with information on all the VRs that indicate that Cheryl Hall or Linda Lukovics were documented as the associated Field Representative according to our quality control documents. The record total is 1,178 and span 10/14/2019 – 2/25/2020 (Cheryl's last official day).

Alan, as this relates to the information that has already been provided to you on Lake County only, please note that any Lake County records included in the attached are the same records previously sent to you; therefore, for your purposes, all Lake County records in the attached are "duplicates" to the records already sent to you on Lake County only.

Of those, Cheryl Hall was responsible for turning in a majority of the VRs:

| Field Rep Submitting Completed VR Form | Field Rep Given Blank VR Form | Total |
|---|---|---|
| Cheryl Hall | Cheryl Hall | 790 |
| Cheryl Hall | Linda Lukovics | 329 |
| Cheryl or Linda | Cheryl & Linda | 35 |
| Cheryl or Linda or Will or Gabe | Cheryl, Linda, Will, Gabe | 24 |
| Grand Total | | 1178 |

| Counties Alpha A - M | |
|---|---|
| Voter's County | County Total Voter Records for Review |
| Brevard | 95 |
| Broward | 3 |
| Charlotte | 2 |
| Citrus | 7 |
| Clay | 2 |
| Flagler | 2 |
| Hernando | 1 |
| Highlands | 2 |
| Hillsborough | 7 |
| Indian River | 2 |
| Lake | 552 |

| Counties Alpha N - W | |
|---|---|
| Voter's County | County Total Voter Records for Review |
| *Not available without a zip code* | 3 |
| Orange | 163 |
| Osceola | 13 |
| Oviedo | 1 |
| Palm Beach | 4 |
| Pasco | 5 |
| Pinellas | 8 |
| Polk | 42 |
| Putnam | 3 |
| Sarasota | 2 |
| Seminole | 130 |

1

| Lee | 1 |
|---|---|
| Manatee | 3 |
| Marion | 41 |
| Miami-Dade | 4 |
| Monroe | 1 |

| St. Lucie | 2 |
|---|---|
| Sumter | 49 |
| Volusia | 27 |
| Walton | 1 |
| | |

With regard to the data in the spreadsheet, please be aware that:

- **The attached spreadsheet has been assembled or "compiled" to the best of Florida First ability**; Florida First (or "FF") does not have a single source of data that would provide the information you have requested; primarily, this is because Florida First has setup its data banks to serve its mission of voter registration and not criminal investigations. Therefore, the attached spreadsheet was compiled from multiple data sources kept by Florida First. Consider, for example, one compilation method:
  1. Finding the dates that a specified employee worked by viewing work schedules;
  2. Then taking those work dates and looking at the Daily Turn-In Sheets to find those written by the specified employee and recording the VR Affidavit Numbers assigned by Florida First for the VRs turned in by that specified employee;
  3. Next, taking those VR Affidavit Numbers and looking at a different record to match the VR Affidavit Number to the voter's first and last name.

- **Florida First makes no representation or warranty that the data in the spreadsheet is guaranteed to be accurate or complete.** As I am sure you can imagine, compilation methods include various paths that could result in a less than perfect data set. Consequently, the spreadsheet, as a compilation work, is subject to gaps or irregularities in the data and other "human errors" that come with manual assembly of data.

In the spreadsheet attached, each column reflects a title. To assist you with the understanding of the data, I have provided below the name of each column title, the definition of the column title which explains the meaning of the data in the column, and, in some cases, the explanation of the data responses found in the cells.

| Column Title | Title Definition and Data Description | Data Responses/Meaning |
|---|---|---|
| **VR Affidavit Numbers** | Represents FF's control number | All FF's control numbers begin with a "B." **"Unnumbered"** indicates that the origin of the VR was not through FF, i.e., the Field Rep got the VR by printing from internet, getting supplies from SCEO or someplace else. |
| **Field Rep Given Blank VR Form** | Name of the Field Rep who was assigned the blank VR | In some cases, more than 1 name is listed b/c the batch of blank VRs were given to the group headed to the event listed in Column L |
| **Field Rep Submitting Completed VR Form** | Name of the Field Rep who turned in the completed VR | B/c the blank VRs were distributed to the group listed in Column B, FF can only confirm that the completed VRs were turned in by one of the Field Reps listed in Column B. |
| **Voter First Name** | First name of the voter as it appeared | "(intentionally left blank per VR)" means the documentation on the returned VR notes that the field was not completed on the VR |
| **Voter Last Name** | Last name of the voter as it appeared | "(intentionally left blank per VR)" means the documentation on the returned VR notes that the field was not completed on the VR |
| **Voter Year of Birth (for Cross-Verification on Similar or Same Name)** | Year of birth is given in the event that there is more than 1 voter with the same name | "(intentionally left blank per VR)" means the documentation on the returned VR notes that the field was not completed on the VR |
| **Zip** | Zip code is given in the event that there is more than 1 voter with the same name | "(intentionally left blank per VR)" means the documentation on the returned VR notes that the field was not completed on the VR |

App. 0727

| Voter's County | Voter's county based on zip code | "**Not available without a zip code**" meaning if the VR did not provide a zip code and there was no other information given to determine county, then the county is not provided |
| Turned In to Supervisor of Elections | Whether the VR was turned into a county supervisor of election | "**No**" indicates the VR card was lost or destroyed; "**Yes**" indicates that the VR form was turned in to registrar |
| Date VR Executed | Date that appears at the bottom right near the signature of the voter | |
| VR Distribution Week | Approximate date that the tracking number batch of blank VR cards were distributed | "**N/A**" means the VR was not distributed by FF and the Field Rep got the VR by printing from internet, getting supplies from SCEO or someplace else. "**Unknown**" means the FF documentation does not reflect related date; in instances for large functions, special events, or unique gatherings, VRs are often distributed on the date of the event. |
| Distribution Location/Special Event | General description of the event or place that the voter drive was taking place when the voter completed the VR application | |
| VR Info Complete | Determine whether VR, as completed, facially reflects the minimum requisite information. | "**No**" indicates that when the VR was turned in, the VR lacked certain required information. We track this so that we can make the registrar aware of the issue as a courtesy when the VRs are turned in. "**Yes**" indicates that all the required information appears, on the face of the VR, to be complete. |
| VR Form Voided | Field indicates whether the VR was voided. Note: In certain counties, the direction is to only place a post-it on the VR indicating "void" and in other counties the direction is to write "Void" along the side of the VR. | "**No**" indicates that the VR was not voided. "**Yes**" indicates that the VR was voided. Generally, VRs are voided due to an error of information or a mistake in transcription. For example, if during the process of completion of the VR, one was required to "scratch out" response information, the VR card should be voided and a new VR application started per FF's policies; response information to fields such as Party Affiliation or Are you a US citizen should never be scratched out. If an error is made, the VR should be voided, and a new VR started per FF's policies. |

Of course, if Florida First identifies additional records where we find an indication that Cheryl Hall or Linda Lukovics were the associated Field Representative, we will supplement the attached spreadsheet.

As always, please do not hesitate to contact me if you have any questions or need additional information. 202-615-2353

Thanks,
Shannon

*Shannon O'Leary*
*Of Counsel | The Gober Group*
3595 RR 620 S, Suite 200 | Austin TX 78738
so@gobergroup.com | 202.615.2353



Confidentiality Notice: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail. Please virus check all attachments to prevent widespread contamination and corruption of files and operating systems. Unless otherwise expressly provided in the e-mail message above, nothing contained in this message or in any attachment shall constitute a contract or electronic signature under the Electronic Signatures in Global and National Commerce Act, any version of the Uniform Electronic Transactions Act, or any other statute governing electronic transactions.

App. 0728

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the Internal Revenue Service, we hereby inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code of 1986 (as amended) or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

App. 0729

**O'Brien, Colleen E.**

| | |
|---|---|
| From: | Matthews, Maria I. |
| Sent: | Wednesday, May 20, 2020 4:01 PM |
| To: | Scott, Lori; Pete Antonacci; Stamoulis, Paul; Gill, Susan; Chambless, Chris H.; Lenhart, Kaiti; Anderson, Shirley; Ogg, Penny; Latimer, Craig; Swan, Leslie; Hays, Alan; Tommy Doyle; Bennett, Michael; Wilcox, Wesley; White, Christina; Griffin, Joyce; Cowles, Bill; Arrington, Mary Jane; Anderson, Chris; Link, Wendy; Corley, Brian; Edwards, Lori; Overturf, Charles; Anderson, Chris; Turner, Ron; Walker, Gertrude; Keen, Bill; Lewis, Lisa; Beasley, Bobby; Marcus, Julie |
| Cc: | O'Brien, Colleen E.; McVay, Brad R.; Marconnet, Amber; Ferguson, Katrina R. |
| Subject: | Follow-up Notice:  Fraudulent Registration Applications -3PVRO, Florida First, Inc. |
| Attachments: | Copy of All FL Counties VRs by Hall and Lukovics.xlsx |

Dear Supervisors of Elections:

We previously emailed you about a situation in Lake County in which an individual working for a 3PVRO submitted a number of fraudulent voter registration applications (party change and new voters).

The 3PVRO, Florida First, Inc., reviewed their records and compiled the attached spreadsheet showing other counties in which Ms. Hall and/or an individual working with her submitted voter registration applications during the time she was working for them (October 14, 2019, through February 25, 2020). Florida First additionally provided the below summary chart.

Please review the list of voters identified in your county for any potential fraudulent activity in the voter history records and reach out to the voters as needed to correct any potential unauthorized changes that have not yet been corrected. Should you identify any potential criminal activity in the course of your review, please let us know so that we may provide the information to state or local law enforcement as may be appropriate.

Thank you for your attention to this matter. Please contact us with any questions or if we can provide any assistance. You may also contact Florida First directly with any questions in the course of your review of their compiled data: compliance@flafirst.org.

| Counties Alpha A - M | |
|---|---|
| Voter's County | County Total Voter Records for Review |
| Brevard | 95 |
| Broward | 3 |
| Charlotte | 2 |
| Citrus | 7 |
| Clay | 2 |
| Flagler | 2 |
| Hernando | 1 |
| Highlands | 2 |
| Hillsborough | 7 |
| Indian River | 2 |
| Lake | 552 |
| Lee | 1 |

| Counties Alpha N - W | |
|---|---|
| Voter's County | County Total Voter Records for Review |
| Not available without a zip code | 3 |
| Orange | 163 |
| Osceola | 13 |
| Palm Beach | 4 |
| Pasco | 5 |
| Pinellas | 8 |
| Polk | 42 |
| Putnam | 3 |
| Sarasota | 2 |
| Seminole | 131 |
| St. Lucie | 2 |
| Sumter | 49 |

1

| Manatee | 3 |
|---|---|
| Marion | 41 |
| Miami-Dade | 4 |
| Monroe | 1 |

| Volusia | 27 |
|---|---|
| Walton | 1 |
| | |
| | |

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
850.443.7730
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided. Please note: Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.*

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Tuesday, March 17, 2020 7:32 AM
**To:** Scott, Lori <lscott@votebrevard.com>; Pete Antonacci <pantonacci@browardsoe.org>; Stamoulis, Paul <paulstamoulis@charlottevotes.com>; Gill, Susan <Susan.gill@votecitrus.com>; Chambless, Chris H. <cchambless@clayelections.com>; Lenhart, Kaiti <klenhart@flaglerelections.com>; Anderson, Shirley <shirleyanderson@hernandocounty.us>; Ogg, Penny <pogg@votehighlands.com>; Latimer, Craig <clatimer@hcsoe.org>; Swan, Leslie <lswan@voteindianriver.com>; Hays, Alan <alan@lakevotes.com>; Tommy Doyle <tdoyle@lee.vote>; Bennett, Michael <mike@votemanatee.com>; Wilcox, Wesley <wwilcox@votemarion.com>; White, Christina <Christina.White@miamidade.gov>; Griffin, Joyce <rjg@keys-elections.org>; Cowles, Bill <bill@ocfelections.com>; Arrington, Mary Jane <maryjane@voteosceola.com>; Anderson, Chris <anderson@voteseminole.org>; Link, Wendy <wendy@pbcelections.org>; Corley, Brian <bcorley@pascovotes.com>; Edwards, Lori <loriedwards@polkelections.com>; Overturf, Charles <Overturf.Charles@putnam-fl.com>; Turner, Ron <rturner@sarasotavotes.com>; Walker, Gertrude <elections@slcelections.com>; Keen, Bill <Bill.Keen@sumterelections.com>; Lewis, Lisa <llewis@volusia.org>; Beasley, Bobby <bbeasley@co.walton.fl.us>
**Cc:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>
**Subject:** Notice: Fraudulent Registration Applications

Dear Supervisors of Elections:

A situation was recently identified in Lake County wherein an individual working for a third-party voter registration organization is alleged to have submitted several fraudulent voter registration applications (party change and new voters). https://www.clickorlando.com/news/local/2020/03/05/clermont-woman-charged-with-filing-false-voter-registration/.

Please be cognizant of the above, and to the extent this may have affected voters in other counties, as in other cases of disputed eligibility, should any voter assert an unauthorized party change, the proper procedure would be to allow the voter to vote a provisional ballot and provided instructions and notice of rights, and review the circumstances further to present to the canvassing board. *See* § 101.048, Fla. Stat.

The third-party organization has been working to identify potential voters affected and we will provide you with more information once we have an opportunity to review.

Thank you for your attention to this matter. Please contact us with any questions.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided. Please note: Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.*

App. 0732

## O'Brien, Colleen E.

| | |
|---|---|
| From: | Matthews, Maria I. |
| Sent: | Thursday, June 25, 2020 11:17 AM |
| To: | O'Brien, Colleen E. |
| Subject: | Pasco County/ Follow-up Notice:  Fraudulent Registration Applications -3PVRO, Florida First, Inc. |

Did you get this email as part of the fraud complaint?

**From:** Brian E. Corley <bcorley@pascovotes.com>
**Sent:** Friday, June 12, 2020 9:53 AM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Cc:** Tami Bentley <tbentley@pascovotes.com>; Tiffannie Alligood <talligood@pascovotes.com>
**Subject:** Fwd: Follow-up Notice: Fraudulent Registration Applications -3PVRO, Florida First, Inc.

EMAIL RECEIVED FROM EXTERNAL SOURCE

Regards,

Brian Corley, MPA
Supervisor of Elections
Pasco County
(O) 352-521-4323
(C) 813-579-0707
#YourVoteYourVoice
www.pascovotes.com
"America was not built on fear- America was built on courage, on imagination and an unbeatable determination to do the job at hand." President Harry S. Truman

Begin forwarded message:

> **From:** Tami Bentley <tbentley@pascovotes.com>
> **Date:** June 12, 2020 at 9:50:25 AM EDT
> **To:** "Brian E. Corley" <bcorley@pascovotes.com>
> **Subject: Fw:  Follow-up Notice:  Fraudulent Registration Applications -3PVRO, Florida First, Inc.**

**From:** Tami Bentley
**Sent:** Thursday, May 21, 2020 9:43 AM
**To:** Brian E. Corley <bcorley@pascovotes.com>
**Cc:** Tiffannie Alligood <talligood@pascovotes.com>; Kristie Crump <kcrump@pascovotes.com>
**Subject:** RE: Follow-up Notice: Fraudulent Registration Applications -3PVRO, Florida First, Inc.

App. 0733

There are 5 voters on the list for Pasco:

1. John Julian – was processed as a name change which removed his middle name
2. Clyde Robertson – ordered a replacement card
3. Paraskevi Vasilakou – was processed as a party change from NPA to R and voted in PPP
4. Selig Warren – is incomplete in Hernando County (Dade City address over county line).  His SSN could not be verified
5. Erika Wilcoxson – ordered a replacement card

**From:** Brian E. Corley <bcorley@pascovotes.com>
**Sent:** Wednesday, May 20, 2020 4:15 PM
**To:** Tami Bentley <tbentley@pascovotes.com>
**Cc:** Tiffannie Alligood <talligood@pascovotes.com>; Kristie Crump <kcrump@pascovotes.com>
**Subject:** Fwd: Follow-up Notice: Fraudulent Registration Applications -3PVRO, Florida First, Inc.

TSB,
Please hop on this asap and report findings to me et al (TAA/KC) as soon as humanly possible.  Thanks!  Brian
If any shennigans-I'd like copies. Thx!  Brian

Regards,

Brian Corley, MPA
Supervisor of Elections
Pasco County
(0) 352-521-4323
(C) 813-579-0707
www.pascovotes.com
Twitter: @votepasco
"America was not built on fear- America was built on courage, on imagination and an unbeatable determination to do the job at hand." President Harry S Truman

Begin forwarded message:

> **From:** "Matthews, Maria I." <Maria.Matthews@DOS.MyFlorida.com>
> **Date:** May 20, 2020 at 4:01:40 PM EDT
> **To:** "Scott, Lori" <lscott@votebrevard.com>, Pete Antonacci
> <pantonacci@browardsoe.org>, "Stamoulis, Paul"
> <paulstamoulis@charlottevotes.com>, "Gill, Susan" <Susan.gill@votecitrus.com>,
> "Chambless, Chris H." <cchambless@clayelections.com>, "Lenhart, Kaiti"
> <klenhart@flaglerelections.com>, "Anderson, Shirley"
> <shirleyanderson@hernandocounty.us>, "Ogg, Penny" <pogg@votehighlands.com>,
> "Latimer, Craig" <clatimer@hcsoe.org>, "Swan, Leslie" <lswan@voteindianriver.com>,
> "Hays, Alan" <alan@lakevotes.com>, Tommy Doyle <tdoyle@lee.vote>, "Bennett,
> Michael" <mike@votemanatee.com>, "Wilcox, Wesley" <wwilcox@votemarion.com>,
> "White, Christina" <Christina.White@miamidade.gov>, "Griffin, Joyce" <rjg@keys-
> elections.org>, "Cowles, Bill" <bill@ocfelections.com>, "Arrington, Mary Jane"
> <maryjane@voteosceola.com>, "Anderson, Chris" <anderson@voteseminole.org>,
> "Link, Wendy" <wendy@pbcelections.org>, "Brian E. Corley"
> <bcorley@pascovotes.com>, "Edwards, Lori" <loriedwards@polkelections.com>,
> "Overturf, Charles" <Overturf.Charles@putnam-fl.com>, "Anderson, Chris"
> <anderson@voteseminole.org>, "Turner, Ron" <rturner@sarasotavotes.com>, "Walker,

App. 0734

Gertrude" <elections@slcelections.com>, "Keen, Bill" <Bill.Keen@sumterelections.org>,
"Lewis, Lisa" <llewis@volusia.org>, "Beasley, Bobby" <bbeasley@co.walton.fl.us>,
"Marcus, Julie" <jmarcus@votepinellas.com>
**Cc:** "O'Brien, Colleen E." <Colleen.OBrien@dos.myflorida.com>, "McVay, Brad R."
<Brad.McVay@dos.myflorida.com>, "Marconnet, Amber"
<Amber.Marconnet@DOS.MyFlorida.com>, "Ferguson, Katrina R."
<Katrina.Ferguson@dos.myflorida.com>
**Subject: Follow-up Notice:  Fraudulent Registration Applications -3PVRO, Florida First,
Inc.**

## OUTSIDE EMAIL: Take caution with links or attachments.

Dear Supervisors of Elections:

We previously emailed you about a situation in Lake County in which an individual
working for a 3PVRO submitted a number of fraudulent voter registration applications
(party change and new voters).

The 3PVRO, Florida First, Inc., reviewed their records and compiled the attached
spreadsheet showing other counties in which Ms. Hall and/or an individual working with
her submitted voter registration applications during the time she was working for them
(October 14, 2019, through February 25, 2020). Florida First additionally provided the
below summary chart.

Please review the list of voters identified in your county for any potential fraudulent
activity in the voter history records and reach out to the voters as needed to correct any
potential unauthorized changes that have not yet been corrected. Should you identify
any potential criminal activity in the course of your review, please let us know so that
we may provide the information to state or local law enforcement as may be
appropriate.

Thank you for your attention to this matter. Please contact us with any questions or if
we can provide any assistance. You may also contact Florida First directly with any
questions in the course of your review of their compiled data: compliance@flafirst.org.

| Counties Alpha A - M | |
|---|---|
| Voter's County | County Total Voter Records for Review |
| Brevard | 95 |
| Broward | 3 |
| Charlotte | 2 |
| Citrus | 7 |
| Clay | 2 |
| Flagler | 2 |
| Hernando | 1 |

| Counties Alpha N - W | |
|---|---|
| Voter's County | County Total Voter Records for Review |
| *Not available without a zip code* | 3 |
| Orange | 163 |
| Osceola | 13 |
| Palm Beach | 4 |
| Pasco | 5 |
| Pinellas | 8 |
| Polk | 42 |

3

| Highlands | 2 |
| --- | --- |
| Hillsborough | 7 |
| Indian River | 2 |
| Lake | 552 |
| Lee | 1 |
| Manatee | 3 |
| Marion | 41 |
| Miami-Dade | 4 |
| Monroe | 1 |

| Putnam | 3 |
| --- | --- |
| Sarasota | 2 |
| Seminole | 131 |
| St. Lucie | 2 |
| Sumter | 49 |
| Volusia | 27 |
| Walton | 1 |
| | |
| | |

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
850.443.7730
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.*
*Please note: Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.*

**From:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Sent:** Tuesday, March 17, 2020 7:32 AM
**To:** Scott, Lori <lscott@votebrevard.com>; Pete Antonacci <pantonacci@browardsoe.org>; Stamoulis, Paul <paulstamoulis@charlottevotes.com>; Gill, Susan <Susan.gill@votecitrus.com>; Chambless, Chris H. <cchambless@clayelections.com>; Lenhart, Kaiti <klenhart@flaglerelections.com>; Anderson, Shirley <shirleyanderson@hernandocounty.us>; Ogg, Penny <pogg@votehighlands.com>; Latimer, Craig <clatimer@hcsoe.org>; Swan, Leslie <lswan@voteindianriver.com>; Hays, Alan <alan@lakevotes.com>; Tommy Doyle <tdoyle@lee.vote>; Bennett, Michael <mike@votemanatee.com>; Wilcox, Wesley <wwilcox@votemarion.com>; White, Christina <Christina.White@miamidade.gov>; Griffin, Joyce <rjg@keys-elections.org>; Cowles, Bill <bill@ocfelections.com>; Arrington, Mary Jane <maryjane@voteosceola.com>; Anderson, Chris <anderson@voteseminole.org>; Link, Wendy <wendy@pbcelections.org>; Corley, Brian <bcorley@pascovotes.com>; Edwards, Lori <loriedwards@polkelections.com>; Overturf, Charles <Overturf.Charles@putnam-fl.com>; Turner, Ron <rturner@sarasotavotes.com>; Walker, Gertrude <elections@slcelections.com>; Keen, Bill <Bill.Keen@sumterelections.org>; Lewis, Lisa <llewis@volusia.org>; Beasley, Bobby <bbeasley@co.walton.fl.us>
**Cc:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>; McVay, Brad R. <Brad.McVay@dos.myflorida.com>; Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>
**Subject:** Notice: Fraudulent Registration Applications

4

Dear Supervisors of Elections:

A situation was recently identified in Lake County wherein an individual working for a third-party voter registration organization is alleged to have submitted several fraudulent voter registration applications (party change and new voters). https://www.clickorlando.com/news/local/2020/03/05/clermont-woman-charged-with-filing-false-voter-registration/.

Please be cognizant of the above, and to the extent this may have affected voters in other counties, as in other cases of disputed eligibility, should any voter assert an unauthorized party change, the proper procedure would be to allow the voter to vote a provisional ballot and provided instructions and notice of rights, and review the circumstances further to present to the canvassing board. *See* § 101.048, Fla. Stat.

The third-party organization has been working to identify potential voters affected and we will provide you with more information once we have an opportunity to review.

Thank you for your attention to this matter. Please contact us with any questions.

Respectfully,

Maria Matthews, Esq.
Division of Elections, Director
Florida Department of State
500 S. Bronough Street
Tallahassee, Florida 32399
850.245.6520
Maria.matthews@dos.myflorida.com

*This response is provided for reference only and does not constitute legal advice or representation. As applied to a particular set of facts or circumstances, interested parties should refer to the Florida Statutes and applicable case law, and/or consult a private attorney before drawing any legal conclusions or relying upon the information provided.*
*Please note: Florida has a broad public records law. Written communications to or from state officials regarding state business constitute public records and are available to the public and media upon request unless the information is subject to a specific statutory exemption. Therefore, your e-mail message may be subject to public disclosure.*

App. 0737



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Richard L. Ramer
37049 Forestdel Dr.
Eustis, Florida 32736

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Mr. Ramer,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

*Colleen E. O'Brien*

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0738



Please return to:   **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
| --- |
|  |

Once This Complaint Is Filed With The Division Of Elections, It Becomes A Public Record And Is Available To The Public And Media Upon Request Unless A Specific Statutory Exemption Applies.

# FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION

*You will receive a written response from the Division of Elections at the end of its investigation. The Division may report its findings to the Office of Statewide Prosecution or to the State Attorney for the applicable judicial circuit if probable cause is found that a criminal violation also occurred.*

**PERSON BRINGING COMPLAINT**

Name RICHARD L. RAMER
(First)   (Middle or Initial)   (Last)

Day Phone 352 589-6759   Evening Phone

Address 37049 FORESTDEL DR.   City EUSTIS

County LAKE   State FL   Zip Code 32736

E-mail Address (optional)

**THIRD-PARTY VOTER REGISTRATION ORGANIZATION (PERSON, ENTITY or ORGANIZATION AGAINST WHOM COMPLAINT IS BROUGHT) (limit one person/entity per form)**

Name FLORIDA FIRST, INC   Phone 352 430-4366

Address 3491 GANDY BLVD. SUITE 202   City PINELLAS PARK

County   State FL   Zip Code 33781

**STATEMENT OF FACTS AND CIRCUMSTANCES AS BASIS FOR ALLEGED VIOLATION. Please respond to the following questions to the best of your knowledge.**

1. To whom did you speak (include names of persons or at a minimum the name of the third-party voter registration organization?
FLORIDA FIRST, INC.

2. From whom and where did you receive your voter registration application (date and location including address and/or event)?
TASTE OF NORTH LAKE   JAN 27, 2020
UMATILLA, FL.

DS-DE 121 (eff. 06/2011) Page 1 of 2

Rule 1S-2.042, F.A.C.

## FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION – PAGE 2

3. When did you sign your voter registration application?

2-1-2020

4. To whom did you submit your voter registration application?

FLORIDA FIRST, INC

5. How did you submit your voter registration application (by hand-delivery, by mail, etc.)

IN PERSON

6. When did you submit your voter registration application (include time and date)?

2-6-2020

7. How and when did you check on your voter registration status and determine that your name did not appear on the voter registration rolls?

2-24-2020  RECIEVED  VOTER  INFORMATION  CARD

8. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

WAS TOLD I WAS FILLING OUT PETITION FOR A
CERTAIN INDIVUAL TO GET ON BALLOT WITHOUT PAYING
FILING FEE.

---

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

☐ Check here is additional pages or documents are attached.

_Richard L. Ramer_                    2-25-2020
Signature of complainant                  Date Signed

RICHARD L. RAMER
Print or type name of complainant

DS-DE 121 (eff. 06/2011) Page 2 of 2                    Rule 1S-2.042, F.A.C.



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Karen Ann Ortega
12907 Tiger Lilly Ct.
Clermont, Florida 34711

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Ms. Ortega,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0741



Please return to:    **Florida Department of State**
**Division of Elections**
**R.A. Gray Building**
**500 S. Bronough Street**
**Tallahassee, Florida 32399-0250**

| Office Use Only |
|---|
|  |

Once This Complaint Is Filed With The Division Of Elections, It Becomes A Public Record And Is Available To The Public And Media Upon Request Unless A Specific Statutory Exemption Applies.

# FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION

*You will receive a written response from the Division of Elections at the end of its investigation. The Division may report its findings to the Office of Statewide Prosecution or to the State Attorney for the applicable judicial circuit if probable cause is found that a criminal violation also occurred.*

**PERSON BRINGING COMPLAINT**

Name Karen Ann Ortega
(First)    (Middle or Initial)    (Last)

Day Phone (352) 792-2737    Evening Phone N/A

Address 12907 Tiger Lilly Ct    City Clermont

County Lake    State FL    Zip Code 34711

E-mail Address (optional) karenortega008@gmail.com

**THIRD-PARTY VOTER REGISTRATION ORGANIZATION (PERSON, ENTITY or ORGANIZATION AGAINST WHOM COMPLAINT IS BROUGHT) (limit one person/entity per form)**

Name Florida First, Inc    Phone (352) 480-4366

Address 3491 Gandy Blvd Ste 202    City Pinellas Park

County _____    State FL    Zip Code 33781

**STATEMENT OF FACTS AND CIRCUMSTANCES AS BASIS FOR ALLEGED VIOLATION. Please respond to the following questions to the best of your knowledge.**

1. To whom did you speak (include names of persons or at a minimum the name of the third-party voter registration organization?

3 Party Organization - Florida First, Inc. - Female

2. From whom and where did you receive your voter registration application (date and location including address and/or event)?

Lake - Sumter State College - Clermont Location

DS-DE 121 (eff. 06/2011)  Page 1 of 2    Rule 1S-2.042, F.A.C.

App. 0742

# FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION – PAGE 2

3. When did you sign your voter registration application? 1/28/2020

4. To whom did you submit your voter registration application?
Unknown Female

5. How did you submit your voter registration application (by hand-delivery, by mail, etc.)
3rd Party Organization

6. When did you submit your voter registration application (include time and date)?
12:00 pm January 28, 2020

7. How and when did you check on your voter registration status and determine that your name did not appear on the voter registration rolls?
Received a change of Party Affiliation in the mail on 2/24/2020.

8. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

Signed and marked the Democratic Party Affiliation on the voter registration Application. Received a notification from the Lake County elections office informing me that my Party choice (Democratic) was erroneously chged - Not authorized - by myself. Contacted Elections office on 2/24/2020 informing them of the Illegal change of my party affiliation.

---

**It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)**

☐ Check here is additional pages or documents are attached.

_Karen Ortega_
Signature of complainant

2/25/2020
Date Signed

Karen Ortega
Print or type name of complainant

DS-DE 121 (eff. 06/2011) Page 2 of 2

Rule 1S-2.042, F.A.C.



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Alina Haberman
2717 Athens Dr.
Leesburg, Florida 34748

      Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Ms. Haberman,

We received your complaint against the third party voter registration organization (3PVRO)
number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain
changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our
understanding that an individual volunteering for the 3PVRO has been charged with multiple
counts of submitting false voter information.  The 3PVRO does not seem to have been involved.
The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering
this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up
tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any
necessary changes, please contact your Supervisor of Elections. No further action will be taken
by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0744



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Milton Haberman
2717 Athens Dr.
Leesburg, Florida 34748

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Mr. Haberman,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0745



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Michael J. Van Cuyck
31505 Broadwater Ave.
Leesburg, Florida 34748

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Mr. Van Cuyck,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

*Colleen E. O'Brien*

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0746



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Marilyn S. Pierson
15837 Wilson Parrish Rd.
Umatilla, Florida 32784

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Ms. Pierson,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0747



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Richard J. Kiefer
16221 Wilson Parish Rd.
Umatilla, Florida 32784

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Mr. Kiefer,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0748



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Carol Hawk
900 Edgewater Dr.
Eustis, Florida 32726

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Ms. Hawk,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0749



# FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

John S. Holzi
171 S. Clayton St.
Mount Dora, Florida 32757

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Mr. Holzi,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0750



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 7, 2020

Gertrude Anna Hottinger
1803 E. Orange Ave.
Eustis, Florida 32726

Re: *Complaint Against 3PVRO 19-102, Florida First*

Dear Ms. Hottinger,

We received your complaint against the third party voter registration organization (3PVRO) number 19-102, Florida First.   You allege that a representative of the 3PVRO made certain changes to your voter registration without your authorization.

Unfortunately, you are not alone.  Several other voters have made similar allegations.  It is our understanding that an individual volunteering for the 3PVRO has been charged with multiple counts of submitting false voter information.  The 3PVRO does not seem to have been involved. The Supervisor of Elections of Lake County, Alan Hays, was actively involved in uncovering this fraud and will continue to review voter registration changes for irregularities.

You can confirm your voter registration status any time by using the Voter Information Look-up tool on the Division of Elections' website at: dos.myflorida.com/elections.  To make any necessary changes, please contact your Supervisor of Elections. No further action will be taken by the Division of Elections at this time, as the matter is with law enforcement.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0751



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

December 9, 2019

Honorable Phil Archer
State Attorney, Eighteenth Judicial Circuit
2725 Judge Fran Jamieson Way
Building D
Viera, FL 32940

> Re: *Elections Fraud Complaint 19-62 – Brevard County*
> *Supervisor of Elections v. Anonymous*

Dear Mr. Archer:

I am referring the enclosed elections fraud complaint to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

The complainant is the Brevard County Supervisor of Elections. The Supervisor alleges that a registration agent for a third-party voter registration organization appears to have falsely completed, signed, and submitted a voter registration application for a voter without that voter's authorization or knowledge. It appears the allegations have merit. The Supervisor's Office spoke to the affected voter who denied authorizing anyone to submit an application on her behalf. The Supervisor's Office noted that the driver's license number on the application does not match the information in the voter's record. The application was submitted by Florida First Inc., a third party voter registration organization with registration number 3P19-102. The address of the organization's registered agent is 3491 Gandy Blvd., Suite 102, Pinellas Park, Florida 33781.

False swearing on a voter registration application and submission of false voter registration information are violations of section 104.011, Florida Statutes.

Please find enclosed the elections fraud complaint, a third-party voter registration organization

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0752

complaint covering the same matter, and relevant documents. If we can assist in your review or investigation in any way, please let us know.

Sincerely,

*Colleen E. O'Brien*

Colleen E. O'Brien
Assistant General Counsel

Enclosures

cc: Brevard County Supervisor of Elections (w/o enclosures)

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**

Name: **Brevard County SOE**

Day Phone: 321-633-2124   Evening Phone: _____

Address: 2725 Judge Fran Jamieson Way Bldg C   City: **Melbourne**

County: **Brevard**   State: **FL**   Zip Code: **32940**

E-mail Address: **kgraham@votebrevard.com**

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name: _____   Work Phone: _____

Person's title of office or position held or sought, if applicable _____   Name of Governmental Office or Private Entity/Office _____

Address: _____   City: _____

County: _____   State: _____   Zip Code: _____

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

**RECEIVED**

**NOV 1 8 2019**

Office of the General Counsel

DS-DE #84 (rev. 07/2016)   Page 1   Rule 1S-2.025, F.A.C.

App. 0754

**VIOLATION:** If you believe that irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific rules violated by the person or entity named in this complaint.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you..

See email provided for details.

☑ Check here if additional pages or documents are attached.

_Kathryn Graham_                         11/13/19
Signature of complainant                  Date Signed

_Karen Graham_
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. See § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

DS-DE #34 (rev. 07/2016)          Page 2          Rule 1S-2.025, F.A.C.

App. 0755



Please return to:   Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

Office Use Only

Once This Complaint Is Filed With The Division Of Elections, It Becomes A Public Record And Is Available To The Public And Media Upon Request Unless A Specific Statutory Exemption Applies.

## FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION

*You will receive a written response from the Division of Elections at the end of its investigation. The Division may report its findings to the Office of Statewide Prosecution or to the State Attorney for the applicable judicial circuit if probable cause is found that a criminal violation also occurred.*

### PERSON BRINGING COMPLAINT

Name **Brevard County SOE**            Day Phone 321-633-2124      Evening Phone
(First)    (Middle or initial)   (Last)

Address **2725 Judge Fran Jamieson Way**        City **Melbourne**

County **Brevard**            State **FL**        Zip Code **32940**

E-mail Address (optional)

### THIRD-PARTY VOTER REGISTRATION ORGANIZATION (PERSON, ENTITY or ORGANIZATION AGAINST WHOM COMPLAINT IS BROUGHT) (limit one person/entity per form)

Name _____        Phone _____

Address _____        City _____

County _____ State _____   Zip Code _____

### STATEMENT OF FACTS AND CIRCUMSTANCES AS BASIS FOR ALLEGED VIOLATION. (Please respond to the following questions to the best of your knowledge)

1. To whom did you speak (include names of persons or at a minimum the name of the third-party voter registration organization?
**See email**

2. From whom and where did you receive your voter registration application (date and location including address and/or event)?
**See email**

DS-DE 121 (eff. 06/2011) Page 1 of 2                Rule 1S-2.042, F.A.C.

# FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION – PAGE 2

3. When did you sign your voter registration application?
Application signed on 10/16/19

4. To whom did you submit your voter registration application?
See email

5. How did you submit your voter registration application (by hand-delivery, by mail, etc.)
See email

6. When did you submit your voter registration application (include time and date)?
See email

7. How and when did you check on your voter registration status and determine that your name did not appear on the voter registration rolls?
Voter called the Supervisor's office on 11/12/19

8. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

A voter (190874226) called the Titusville Supervisor of Elections office on 11/12/19 after receiving her voter information

card reflecting a change of last name and party affiliation. She indicated she did not

complete an application nor did she change her name or party.  The third-party application (3PVRO

19-102) was signed on 10/16/19.  It was stamped received at 12:00 PM on 10/19/19.  The Orange

County Supervisor of Elections office stamped the application received on 10/23/19.  Orange County SOE suspended the

application to Brevard and it was processed on 11/1/19.  While the date of birth

and address listed on this application match the information on her voter record, upon further

research, the driver license number listed on the application does not match and is not this voters.  Additionally, the

signature differs from what is currently on record.  Therefore, we believe this application may be fraudulent.

---

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any
person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

☐ Check here if additional pages or
documents are attached.

Signature complainant _____   Date Signed 11/13/19

Print or type name of complainant _____

DS-DE 121 (eff. 06/2011) Page 2 of 2                                           Rule 1S-2.042, F.A.C.

**Ferguson, Katrina R.**

| | |
|---|---|
| **From:** | Karen Graham <kgraham@votebrevard.com> |
| **Sent:** | Friday, November 15, 2019 3:37 PM |
| **To:** | Ferguson, Katrina R. |
| **Subject:** | Voter info |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Good afternoon Katrina,

I received your message. The voters name is Lena Renea Hicks McCurdy. The phone number she has on file is the number she called us from, which is 321-458-1319. However, when Supervisor Scott called her and she did not answer, Supervisor Scott was unable to leave a message and had to ask her to call our office via social media (just FYI).

Let me know if you need anything else.

Kind regards,

*Karen Graham*
Chief Deputy/Operations
Brevard County Supervisor of Elections
(321)633-2131 (Office)
(321) 506-0466 (Cell)
(321)633-2130 (Fax)



Under Florida law, F. S. 668.6076, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

1

**Ferguson, Katrina R.**

| | |
|---|---|
| **From:** | Karen Graham <kgraham@votebrevard.com> |
| **Sent:** | Wednesday, November 13, 2019 11:13 AM |
| **To:** | Ferguson, Katrina R. |
| **Subject:** | Possible fraudulent application |
| **Attachments:** | Elections Fraud Complaint Brevard County.pdf; Complaint against 3PVRO Brevard County.pdf |

EMAIL RECEIVED FROM EXTERNAL SOURCE



Katrina,

Per our conversation this morning, please see the attached documents you requested me to complete to the best of my ability. The information surrounding the application is detailed below:

A voter (100874226) called the Titusville Supervisor of Elections office on 11/12/19 after receiving her voter information card reflecting a change of last name and party affiliation. She indicated she did not complete an application nor did she change her name or party. The third-party application (3PVRO 19-102) was signed on 10/16/19. It was stamped received at 12:00 PM on 10/19/19. The Orange County Supervisor of Elections office stamped the application received on 10/23/19. Orange County SOE suspended the application to Brevard and it was processed on 11/1/19. While the date of birth and address listed on this application match the information on her voter record, upon further research, the driver license number listed on the application does not match and is not this voters. Additionally, the signature differs from what is currently on record. Therefore, we believe this application may be fraudulent.

Please let me know if there is any additional information needed to process this complaint.

Sincerely,

*Karen Graham*
Chief Deputy/Operations
Brevard County Supervisor of Elections
(321)633-2131 (Office)
(321) 506-0466 (Cell)
(321)633-2130 (Fax)

*Lori Scott*
**Supervisor of Elections**
BREVARD COUNTY

Under Florida law, F. S. 668.6076, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

App. 0759

**Florida Voter Registration Application**

☑ New Registration   ☐ Record Update/Change (e.g. Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY   RECEIVED

1. Are you a citizen of this United States of America?   ☑ Yes   ☐ No

2. ☐ I affirm I have never been convicted of a felony.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency;
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including probation or parole.

3. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (mm/dd/yyyy)

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
   0 7 1 - 0 7 2 - 1 1 - 1 1 4

   If no FL DL or FL ID, then Last 4 digits of Social Security Number: ☐ I have none of these numbers.

6. Last Name: **Lena**   First Name: **Nicks**   Middle Name:   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence-no P.O. Box): **3615 Pine Ct**   Apt/Lot/Unit:   City: **Cocoa**   County:   Zip Code:

8. Mailing Address (if different from above): **3615 Pine Ct**   Apt/Lot/Unit:   City:   State or Country:   Zip Code:

9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit:   City:   State:   Zip Code:

10. Former Name (if name is changed)   Gender: ☐ M ☐ F   State or Country of Birth:   Telephone No. (optional):

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.
    ☐ My email address is: _____
    (See Public Record Notice above.)

    **Party Affiliation**
    (Check only one. If left blank, you will be registered without party affiliation)
    ☐ Florida Democratic Party
    ☐ Republican Party of Florida
    ☑ No party affiliation
    ☐ Minor party (print party name):

    **Race/Ethnicity** (Check only one)
    ☐ American Indian/Alaskan Native
    ☐ Asian/Pacific Islander
    ☐ Black, not of Hispanic Origin
    ☐ Hispanic
    ☐ White, not of Hispanic Origin
    ☐ Multi-racial
    ☐ Other:

    (Check only one if applicable)
    ☐ I am an active duty Uniformed Services or Merchant Marine member
    ☐ I am a spouse of a dependent of an active duty uniformed services of merchant marine member
    ☐ I am a U.S. citizen residing outside the U.S.

    ☐ I will need assistance with voting.
    ☐ I am interested in becoming a poll worker.

12. Public: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

    SIGN/MARK HERE →

    Date: 10/6/19

6/10/11



RECEIVED

OCT 19 23

ORA CTY



Please return to:    Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

Office Use Only

Once This Complaint Is Filed With The Division Of Elections, It Becomes A Public Record And Is Available To The Public And Media Upon Request Unless A Specific Statutory Exemption Applies.

## FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION

You will receive a written response from the Division of Elections at the end of its investigation. The Division may forward this complaint to the Office of Statewide Prosecution or to the State Attorney for the applicable judicial circuit if probable cause is found that a criminal violation also occurred.

**PERSON BRINGING COMPLAINT**

Name **Brevard County SOE**
(First)   (Middle or Initial)   (Last)

Day Phone  321-633-2124
Evening Phone

Address **2725 Judge Fran Jamieson Way**    City **Melbourne**

County **Brevard**    State **FL**    Zip Code **32940**

E-mail Address (optional) _____

**THIRD-PARTY VOTER REGISTRATION ORGANIZATION (PERSON, ENTITY or ORGANIZATION) AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name _____    Phone _____

Address _____    City _____

County _____    State _____    Zip Code _____

**STATEMENT OF FACTS AND/OR CIRCUMSTANCES AS BASIS FOR ALLEGED VIOLATION. Please respond to the following questions to the best of your knowledge.**

1. To whom did you speak (include names of persons or at a minimum the name of the third-party voter registration organization?
See email

2. From whom and where did you receive your voter registration application (date and location including address and/or event)?
See email

DS-DE 121 (eff. 06/2011) Page 1 of 2    Rule 1S-2.042, F.A.C.

### FORM FOR COMPLAINT AGAINST
### THIRD-PARTY VOTER REGISTRATION ORGANIZATION – PAGE 2

3. When did you sign your voter registration application?
Application signed on 10/16/19

4. To whom did you submit your voter registration application?
See email

5. How did you submit your voter registration application (by hand-delivery, by mail, etc.)
See email

6. When did you submit your voter registration application (include time and date)?
See email

7. How and when did you check on your voter registration status and determine that your name did not appear on the voter registration rolls?
Voter called the Supervisor's office on 11/12/19

8. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

A voter (100874226) called the Titusville Supervisor of Elections office on 11/12/19 after receiving her voter information

card reflecting a change of last name and party affiliation. She indicated she did not

complete an application nor did she change her name or party. The third-party application (3PVRO

18-192) was signed on 10/16/19. It was stamped received at 12:00 PM on 10/19/19. The Orange

County Supervisor of Elections office stamped the application received on 10/23/19. Orange County SOE suspended the

application to Brevard and it was processed on 11/1/19. While the date of birth

and address listed on this application match the information on her voter record, upon further

research, the driver license number listed on the application does not match and is not this voters. Additionally, the

signature differs from what is currently on record. Therefore, we believe this application may be fraudulent.

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

☐ Check here is additional pages or documents are attached

_____   _____
Signature of complainant              Date Signed   11/13/19

Karen Graham
Print or type name of complainant

DS-DE 121 (eff. 06/2011)  Page 2 of 2

Rule 1S-2.042, F.A.C.

**Ferguson, Katrina R.**

| | |
|---|---|
| **From:** | Karen Graham <kgraham@votebrevard.com> |
| **Sent:** | Friday, November 15, 2019 3:37 PM |
| **To:** | Ferguson, Katrina R. |
| **Subject:** | Voter info |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good afternoon Katrina,

I received your message. The voters name is Lena Renea Hicks McCurdy. The phone number she has on file is the number she called us from, which is 321-458-1319. However, when Supervisor Scott called her and she did not answer, Supervisor Scott was unable to leave a message and had to ask her to call our office via social media (just FYI).

Let me know if you need anything else.

Kind regards,

*Karen Graham*
Chief Deputy/Operations
Brevard County Supervisor of Elections
(321)633-2131 (Office)
(321) 506-0466 (Cell)
(321)633-2130 (Fax)

*Lori Scott*
**Supervisor of Elections**
BREVARD COUNTY

Under Florida law, F. S. 668.6076, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

1

**Ferguson, Katrina R.**

| | |
|---|---|
| **From:** | Karen Graham <kgraham@votebrevard.com> |
| **Sent:** | Wednesday, November 13, 2019 11:13 AM |
| **To:** | Ferguson, Katrina R. |
| **Subject:** | Possible fraudulent application |
| **Attachments:** | Elections Fraud Complaint Brevard County.pdf; Complaint against 3PVRO Brevard County.pdf |

EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments in this message may been opened by the reporting.

Katrina,

Per our conversation this morning, please see the attached documents you requested me to complete to the best of my ability. The information surrounding the application is detailed below:

A voter (100874226) called the Titusville Supervisor of Elections office on 11/12/19 after receiving her voter information card reflecting a change of last name and party affiliation. She indicated she did not complete an application nor did she change her name or party. The third-party application (3PVRO 19-102) was signed on 10/16/19. It was stamped received at 12:00 PM on 10/19/19. The Orange County Supervisor of Elections office stamped the application received on 10/23/19. Orange County SOE suspended the application to Brevard and it was processed on 11/1/19. While the date of birth and address listed on this application match the information on her voter record, upon further research, the driver license number listed on the application does not match and is not this voters. Additionally, the signature differs from what is currently on record. Therefore, we believe this application may be fraudulent.

Please let me know if there is any additional information needed to process this complaint.

Sincerely,

*Karen Graham*
Chief Deputy/Operations
Brevard County Supervisor of Elections
(321)633-2131 (Office)
(321) 506-0466 (Cell)
(321)633-2130 (Fax)

*Lori Scott*
Supervisor of Elections
BREVARD COUNTY

Under Florida law, F. S. 668.6076, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **RISA D. LAX**

Day Phone **201-247-7451**

Evening Phone **Same as Day**

Address **3154 MANSFIELD ST**

City **THE VILLAGES**

County **Sumter**

State **FL**

Zip Code **32162**

E-mail Address **rlax@msn.com**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **William Keen**

Work Phone **352-569-1540**

**Supervisor of Elections**
*Person's title of office or position held or sought if applicable*

**Sumter County**
*Name of Governmental Office or Private Entity/Office*

Address **7375 Powell Road, Suite 125**

City **Wildwood**

County **Sumter**

State **FL**

Zip Code **34785**

Have you filed this complaint with the (check all that apply):

**RECEIVED**

**MAR 18 2020**

Office of the General Counsel

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☒ |
| Office of Statewide Prosecution | ☐ | ☒ |
| Florida Department of Law Enforcement | ☐ | ☒ |
| Florida Elections Commission | ☐ | ☒ |
| Florida Commission on Ethics | ☐ | ☒ |

DS-DE #34 (rev. 07/2016)

Page 1

Rule 1S-2.025, F.A.C.

App. 0766

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

According to the attached letter a Florida Voter Registration Application was submitted incompletely. According to the attached application my party affiliation is checked as Republican which is false. It states clearly on my voter registration card 'NPA' No party affiliation.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Last week I received a mailing from the Sumter County Supervisor of Elections It stated that the office received my Voter Registration Application and that information was missing. This letter is a fraud, I registered to vote in 2014 when I moved to Florida and did not complete any application recently. Additional fraud is noted on the Voter Registration Application stating I am a Republican which I AM NOT. I called Bill Kee's office and they confirmed that I am registered without a party affiliation and stated that it is probably from a 3rd party organization. However, given the fact that the letterhead and envelope note the Supervisor of Elections of Sumter County I have no reason to believe it's a 3rd Party.

☑ Check here if additional pages or documents are attached.

Kisa D Lax
_____     3/4/20
Signature of complainant          Date Signed

KISA D. LAX
_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

Please investigate and if this is in fact a 3rd party Republican organization shut them down. The current administration shouldn't have an advantage because there are others willing to cheat the system.

Thank you.

Rose Tof

*William "Bill" Keen, Supervisor of Elections*

*Sumter County, Florida*



● www.sumterelections.org ● info@sumterelections.org ● (352) 569-1540 ● (352) 569-1541

RISA D. LAX
3194 MANSFIELD ST
THE VILLAGES FL 32162-7448

February 26, 2020

**Incomplete Voter Registration Application**

Dear RISA:

We received your Florida Voter Registration Application. This notice is to inform you that your voter registration application was incomplete and could not be processed because of missing information that is required by Florida Law.

**Enclosed is another voter registration application. Florida Statutes require that you complete a new application. Please complete, sign and return it to this office. Sections 1, 2, 3, 4, 5, 6, 7, and 12 are required by Florida Law to be complete.**

**When my office receives this completed voter registration application meeting all required criteria listed above, we will process it and mail your voter information card to you. Please don't forget to sign your application.**

If you have any questions or concerns, please call this office at (352) 569-1540.

Thank you for your cooperation,

William "Bill" Keen
Supervisor of Elections
Sumter County

**Villages Sumter County Service Center**
7375 Powell Rd., Suite 125
Wildwood, FL 34785

**BUSHNELL ANNEX OFFICE**
316 E. Anderson Ave.
Bushnell, FL 33513

App. 0769



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, office for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this application.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. For a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida Identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, **and** have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A **copy** of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A **copy** of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, are a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

---

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | |
|---|---|---|
| **1** | Are you a citizen of the United States of America? ☐ YES   ☐ NO | **OFFICIAL USE ONLY** |
| **2** | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | Date of Birth (MM-DD-YYYY)   Jun/18/1963 | **FVRS No:** 121797983 |

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

[redacted]

If **no** FL DL or FL ID, then provide → | Last 4 digits of Social Security Number [redacted] | ☐ I have NONE of these numbers.

| | | | | |
|---|---|---|---|---|
| **6** | Last Name LAX | First Name RISA | Middle Name DAWN | Name Suffix (Jr., Sr., I, II, etc.): |
| **7** | Address Where You Live (legal residence-no P.O. Box) 3194 MANSFIELD ST | Apt/Lot/Unit | City THE VILLAGES | County SUM   Zip Code 32162-7448 |
| **8** | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country   Zip Code |
| **9** | Address Where You Were Last Registered to Vote 300 PARSIPPANY ROAD 13D | Apt/Lot/Unit | City PARSIPPANY | State NJ   Zip Code 07054-5137 |
| **10** | Former Name (if name is changed) RISA D LAX | Gender ☐ M  ☒ F | State or Country of Birth USA [UNITED STATES O | Telephone No. (optional) (   ) |

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See *Public Record Notice* above)   My email address is:

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
☐ Florida Democratic Party
☒ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, *not of* Hispanic Origin
☐ Hispanic
☒ White, *not of* Hispanic Origin
☐ Multi-racial
☐ Other:

*(Check only one if applicable)*
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| | | | |
|---|---|---|---|
| **12** | **Oath:** *I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.* | SIGN/ MARK HERE → | Date |

App. 0770

## O'Brien, Colleen E.

| | |
|---|---|
| **From:** | O'Brien, Colleen E. |
| **Sent:** | Wednesday, April 1, 2020 11:17 AM |
| **To:** | Oliver, Traci |
| **Subject:** | Request for copy of VRA submitted by 3PVRO |
| **Attachments:** | EFC 20-38 Complaint.pdf |

Hi Traci,

I hope you are doing well.

We received the attached Elections Fraud Complaint. Would you mind sending me a copy (front and back) of the 3PRVO application that was submitted on behalf of Ms. Lax that incomplete and not accepted?

Thank you!

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

App. 0771

**O'Brien, Colleen E.**

| | |
|---|---|
| **From:** | Steele, Melissa <MSteele@sumterelections.org> |
| **Sent:** | Wednesday, April 1, 2020 1:23 PM |
| **To:** | O'Brien, Colleen E. |
| **Cc:** | Oliver, Traci |
| **Subject:** | RE: Request for copy of VRA submitted by 3PVRO |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Yes, it is 19-102. Let me know if you want me to try and darken to image.



**Melissa Steele**

Election Administration Coordinator

Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
www.sumterelections.org
7375 Powell Rd. #125 Wildwood, FL 34785

**Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, April 1, 2020 12:18 PM
**To:** Steele, Melissa <MSteele@sumterelections.org>
**Cc:** Oliver, Traci <Traci.Oliver@sumterelections.org>
**Subject:** RE: Request for copy of VRA submitted by 3PVRO

Thank you Melissa.

I can't fully make out the 3P# on the scanned version. Are you able to discern it?

Thanks!

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Steele, Melissa [mailto:MSteele@sumterelections.org]
**Sent:** Wednesday, April 1, 2020 12:04 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Cc:** Oliver, Traci <Traci.Oliver@sumterelections.org>
**Subject:** RE: Request for copy of VRA submitted by 3PVRO

App. 0772

## EMAIL RECEIVED FROM EXTERNAL SOURCE

**The attachments/links in this message have been scanned by Proofpoint.**

Hi Colleen:

I hope this email finds you well. Please find the front and back of the VRA from the 3PVRO attached.

Thank you,



**Melissa Steele**
Election Administration Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
www.sumterelections.org
7375 Powell Rd. #125 Wildwood, FL 34785

**Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, April 1, 2020 11:21 AM
**To:** Oliver, Traci <Traci.Oliver@sumterelections.org>; Steele, Melissa <MSteele@sumterelections.org>
**Subject:** RE: Request for copy of VRA submitted by 3PVRO

Thanks so much! And no rush.

Take care,

Colleen

**COLLEEN E. O'BRIEN**
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Oliver, Traci [mailto:Traci.Oliver@sumterelections.org]
**Sent:** Wednesday, April 1, 2020 11:20 AM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>; msteele <msteele@sumterelections.org>
**Subject:** RE: Request for copy of VRA submitted by 3PVRO

## EMAIL RECEIVED FROM EXTERNAL SOURCE

Good morning!

Yes...I have attached Melissa Steele to this...She is getting this to you asap.

2

Best regards,



**Traci J. Oliver**
Assistant Supervisor of Elections
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
www.sumterelections.org
7375 Powell Rd. #125 Wildwood, FL 34785

**Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, April 1, 2020 11:17 AM
**To:** Oliver, Traci <Traci.Oliver@sumterelections.org>
**Subject:** Request for copy of VRA submitted by 3PVRO

Hi Traci,

I hope you are doing well.

We received the attached Elections Fraud Complaint. Would you mind sending me a copy (front and back) of the 3PRVO application that was submitted on behalf of Ms. Lax that incomplete and not accepted?

Thank you!

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.

App. 0774

For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

App. 0775

## O'Brien, Colleen E.

| | |
|---|---|
| From: | Steele, Melissa <MSteele@sumterelections.org> |
| Sent: | Wednesday, April 1, 2020 12:04 PM |
| To: | O'Brien, Colleen E. |
| Cc: | Oliver, Traci |
| Subject: | RE: Request for copy of VRA submitted by 3PVRO |
| Attachments: | App_Front.pdf; App_Back.pdf |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

The attachments/links in this message have been scanned by Proofpoint.

Hi Colleen:

I hope this email finds you well. Please find the front and back of the VRA from the 3PVRO attached.

Thank you,



## Melissa Steele
### Election Administration Coordinator
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
www.sumterelections.org
7375 Powell Rd. #125 Wildwood, FL 34785

**Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, April 1, 2020 11:21 AM
**To:** Oliver, Traci <Traci.Oliver@sumterelections.org>; Steele, Melissa <MSteele@sumterelections.org>
**Subject:** RE: Request for copy of VRA submitted by 3PVRO

Thanks so much! And no rush.

Take care,

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

1

**From:** Oliver, Traci [mailto:Traci.Oliver@sumterelections.org]
**Sent:** Wednesday, April 1, 2020 11:20 AM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>; msteele <msteele@sumterelections.org>
**Subject:** RE: Request for copy of VRA submitted by 3PVRO

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good morning!

Yes...I have attached Melissa Steele to this...She is getting this to you asap.

Best regards,



**Traci J. Oliver**
Assistant Supervisor of Elections
Sumter County, FL
Tel: 352-569-1540
Fax:352-569-1541
www.sumterelections.org
7375 Powell Rd. #125 Wildwood, FL 34785

**Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.**

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Wednesday, April 1, 2020 11:17 AM
**To:** Oliver, Traci <Traci.Oliver@sumterelections.org>
**Subject:** Request for copy of VRA submitted by 3PVRO

Hi Traci,

I hope you are doing well.

We received the attached Elections Fraud Complaint. Would you mind sending me a copy (front and back) of the 3PRVO application that was submitted on behalf of Ms. Lax that incomplete and not accepted?

Thank you!

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f):  (850) 245-6127

This email has been scanned by the Symantec Email Security.cloud service.

For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

3

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1B-2.040, F.A.C.)(eff. 7/2019)

To view our privacy policy or to manage items please see en:
registertovoteflorida.gov

| This is: | ☐ New Registration | ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) | ☐ Request to Replace Voter Information Card |

| 1 | Are you a citizen of the United States of America? | ☑ YES  ☐ NO | **OFFICIAL USE ONLY** |

H

| 2 | ☑ I affirm I have never been convicted of a felony.<br>☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.<br>☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4 , Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation. | FVRS No: *121797983* |

| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. |

| 4 | Date of Birth   (MM-DD-YYYY) | *03* - *10* - *1986* |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide. | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |

| 6 | Last Name *Lax* | First Name *Risa* | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |

| 7 | Address Where You Live (legal residence-no P.O. Box) *3194 Mansfield Dr.* | Apt/Lot/Unit | City *Tavares* | County *Lake* | Zip Code *32778* |

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |

| 10 | Former Name (if name is changed) | Gender ☐ M ☑ F | State or Country of Birth | Telephone No. (optional) ( ) - |

| 11 | ☑ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record Notice above*) My email address is: *risalax1986@gmail* |

| Party Affiliation<br>*(Check only one. If left blank, you will be registered without party affiliation)*<br>☑ Florida Democratic Party<br>☑ Republican Party of Florida<br>☐ No party affiliation<br>☐ Minor party (print party name): | Race/Ethnicity *(Check only one)*<br>☐ American Indian/Alaskan Native<br>☐ Asian/Pacific Islander<br>☑ Black, *not of* Hispanic Origin<br>☑ Hispanic<br>☑ White, *not of* Hispanic Origin<br>☐ Multi-racial<br>☐ Other: | *(Check only one if applicable)*<br>☐ I am an active duty Uniformed Services or Merchant Marine member<br>☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member<br>☐ I am a U.S. citizen residing outside the U.S. | ☐ I will need assistance with voting.<br><br>☐ I am interested in becoming a poll worker. |

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ➡ | FEB 18 2020 | Date *2/17/20* |

Seminole County
Supervisor of Elections

RECEIVED

FEB 17 2020

FEB 18 2020
4 41 PM

App. 0781

App. 0782



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 9, 2020

The Honorable Maria Chapa Lopez
United States Attorney
Middle District of Florida
400 North Tampa Street
Tallahassee, Florida 33602

The Honorable Aramis D. Ayala
State Attorney, 9th Judicial Circuit
2 Courthouse Square, Suite 3500
Kissimmee, Florida 34741

*Re:  Possible Voter Registration Form Alterations*

Dear Ms. Chapa Lopez and Ms. Ayala:

I am referring copies of seven voter registration applications to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

Records received from the Orange County Supervisor of Elections office reflect that seven voter registration applications collected by a third party voter registration organization, Organize Florida Education Fund (3P16-82), appear to have been altered as to the date of signature of the voter and the date of collection. It appears that the alterations were done in an effort to avoid fines for untimely submission of the applications under section 97.0575, Florida Statutes, and Florida Administrative Code Rule 1S-2.042(4)(d).

More specifically, the application signed by the voter (Voter ID #122108626) and dated by the collector on April 24, 2019, appears to have been altered to April 30, 2019. The application signed by the voter (Voter ID #12611165) and dated by the collector on April 26, 2019, appears to have been altered to April 29, 2019. Five other applications signed by the voters (Voter ID #'s 126811269, 126811242, 100725009, 116165102, and 112617658) and dated by the collectors on April 27, 2019, appear to have been altered to April 29, 2019, even though those applications

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0783

would not have been late as beyond ten days from the date of collection when turned in on May 7, 2019.

The issue appears to have merit and warrant further investigation to determine whether one or more representatives of Organize Florida Education Fund violated section 104.011(2), Florida Statutes and 52 U.S.C. § 10307(d) as to the willful submission of false voter registration information.

Please find enclosed the Florida voter registration applications as well as the email received from the county Supervisor of Elections office regarding initial identification of the issue. I also enclose (without enclosures) the letter that that was sent to the registered agent for the organization regarding both this issue and the untimely submission of applications. We are happy to assist you in any further investigation.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

Enclosures

cc:

Bradley R. McVay
General Counsel, Florida Department of State

App. 0784



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

October 8, 2020

Organize Florida Education Fund
c/o Rhyane Wagner
254 Ortman Drive
Orlando, Florida 32811

Re: Violations of Third Party Voter Registration Law

Dear Ryhane Wagner:

The Department of State has received information from the Orange County Supervisor of Elections and the Pinellas County Supervisor of Elections indicating that Organize Florida Education Fund, which is registered as a third-party voter registration organization under ID number 3P18-62, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat. The law requires each third-party voter registration organization that collects voter registration applications to "promptly deliver[]" those applications to the Division of Elections or a supervisor of elections or be liable for a fine. § 97.0575, Fla. Stat.; Rule 1S-2.042, F.A.C. For each application that is delivered later than 10 days from collection, the fine is $50. Rule 1S-2.042(4)(d), F.A.C. For each application that is collected before book closing but delivered after book closing, the fine is $100. § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C. The date of collection is "presumed to be" the applicant's signature date. § 97.0575(6), Fla. Stat. Otherwise, it is the date printed by the organization on the back of the application. Rule 1S-2.042(4)(b), F.A.C. Delivered means actual delivery or, if mailed, the date of a clear postmark. *Id.* Fines are capped at $1,000 in the aggregate per calendar year. § 97.0575(3)(a), Fla. Stat.

Records received from the Orange County Supervisor of Elections reflect that 2 voter registration applications were delivered more than ten days after they were collected. One of the applications was signed on April 24, 2019, and the other was signed on April 26, 2019. The applications were not delivered until May 7, 2019. Therefore, the Department is imposing a **$100.00 fine** pursuant to section 97.0575(3), Florida Statutes for violations committed during the **2019 calendar year.**

**Office of the General Counsel**
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

App. 0785

Even more significant and problematic, the 2 aforementioned applications, in addition to 5 others, appear to have had the dates altered in order to make them appear timely. The application signed by the voter and dated by the collector on April 24, 2019, appears to have been altered to April 30, 2019. The application signed by the voter and dated by the collector on April 26, 2019, appears to have been altered to April 29, 2019. 5 other applications signed by the voters and dated by the collectors on April 27, 2019, appear to have been altered to April 29, 2019, even though those applications would not have been late when turned in on May 7, 2019. We will be referring this matter for investigation of possible violations of Florida and Federal statutes for willful submission of false voter registration information.

In addition to the records received from the Orange County Supervisor of Elections, records received from the Pinellas County Supervisor of Elections reflect that 37 voter registration applications were delivered more than ten days after they were collected. 25 of the applications were collected between January 20, 2020, and January 23, 2020. The applications were not delivered until February 5, 2020. 12 of the applications were collected January 24, 2020, but not delivered until February 6, 2020. Therefore, the Department is imposing the maximum **$1,000.00 fine** pursuant to section 97.0575(3), Florida Statutes for violations committed during the **2020 calendar year**.

In addition to the untimeliness and alteration issues, 2 of the applications submitted to the Orange County Supervisor of Elections Office were not submitted in accordance with applicable regulations in that the dates of receipt were not included on the back of the applications. It is the responsibility of each third-party voter registration organization to ensure that the *date of receipt* and the organization's identification number are properly recorded on the reverse of each application received. *See* Rule 1S-2.042(4)(B), F.A.C. (requiring that "[t]he registration agent or the organization shall print the date that the applicant delivered the application to the registration agent in a conspicuous space on the bottom portion of the reverse side of the voter registration application in a manner that does not obscure any other entry"); Rule 1S-2.042(4)(c) (requiring each third-party voter registration organization to "ensure that its assigned organization identification number is recorded on the bottom portion of the reverse side of any voter registration application…in a manner that does not obscure any other entry"). You are not being fined for these violations, but rather for the aforementioned untimely delivered applications.

You may either remit payment of the **$1,100** fine to the Florida Department of State within 30 days; or, you may respond to this letter **within 30 days** if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat. Payment should be mailed to:

Florida Department of State
Division of Elections
500 South Bronough Street, Suite 316
Tallahassee, FL 32399

App. 0786

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  If you would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Colleen O'Brien
Assistant General Counsel


Enclosures

cc:     Orange County Supervisor of Elections (*via email and w/o enclosures*)
        Pinellas County Supervisor of Elections (*via email and w/o enclosures*)

App. 0787



## FLORIDA DEPARTMENT of STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

April 5, 2019

Honorable Brad King
State Attorney, Fifth Judicial Circuit
Sumter County Courthouse
215 East McCollum Avenue, Suite 102
Bushnell, FL 33513

      Re: Elections Fraud Complaint No.: 18-90

Dear Mr. King:

I am referring the enclosed elections fraud complaint to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

The complainant is the Sumter County Supervisor of Elections. The Supervisor alleges that a registration agent for a third-party voter registration organization falsely completed, signed, and submitted a voter registration application for a voter without that voter's authorization or knowledge. It appears the allegations have merit. The Supervisor's Office spoke to the affected voter who confirmed multiple discrepancies on the application and denied authorizing anyone to submit an application on his behalf. The application was submitted by GRSG Company, a now-terminated third party voter registration organization, with registration number 3P18-84. The address of the organization's registered agent was 2314 E 10th Avenue, Apt. A, Tampa, Florida 33605.

False swearing on a voter registration application and submission of false voter registration information are violations of section 104.011, Florida Statutes.

Please find enclosed the elections fraud complaint and relevant documents.

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0789

Sincerely,

Ashley E. Davis
Deputy General Counsel

Enclosures

cc: Sumter County Supervisor of Elections

# ELECTIONS FRAUD COMPLAINT

RECEIVE

OCT 04 2018

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Office of the General Cou

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Sumter County Supervisor of Elections**

Day Phone **352-569-1540**    Evening Phone

Address **7375 Powell Rd., Suite 125**    City **Wildwood**

County **Sumter**    State **Florida**    Zip Code **34785**

E-mail Address **scomiskey@sumterelections.org; msteele@sumterelections.org**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **3P18-84 GRSG Company**    Work Phone **703-956-3037 / 206-551-1021**

**Donna Davis - Registered Agent**

*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address **2314 E 10th Ave., Apt. A**    City **Tampa**

County **Hillsborough**    State **FL**    Zip Code **33605**

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

A voter registration application is believed to have been completed by a registration agent with the above registered third party organization without authorization and intent from the voter. Further, it is believed that the application was signed by the registration agent and not the voter.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

See Attached

✓ Check here if additional pages or documents are attached.

_Shawn Comiskey_                              9.20.2018

Signature of complainant                    Date Signed

_Shawn Comiskey_

Print or type name of complainant   Sumter County SOE

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                     Page 2                     Rule 1S-2.025, F.A.C.

App. 0792

STATEMENT OF FACTS

The Sumter County Supervisor of Elections Office received the attached completed Florida Voter Registration Application on September 6, 2018, which was forwarded to our office from the Marion County Supervisor of Elections. The Marion County Supervisor of Elections initially received the application by a registered third party agent on August 30, 2018, identified on the back of the application as 3P18-84, registered with the state on 05/18/2018 as GRSG Company.

In our review of the application it was clearly recognizable that the information provided on the application contained multiple discrepancies when compared to the voter's existing record. For example, the voter's social security number was invalid, spelling of voter's first name differed, address listed was an invalid/unverifiable address, and the signature appeared to have no similarities to the existing signature on file. In addition, the hand writing was also questioned considering the numbered differences in the information provided.

Our office was able to reach the voter at the number provided on the application after several attempts. In my conversation with Mr. Silva, I informed him that our office had received his completed voter registration application which was provided to us from Marion County and that I had a few questions. I began by asking Mr. Silva if he, in fact, had completed the application. He replied no. I then asked Mr. Silva if he had recently spoken with anyone about updating his registration. He replied that a lady was in contact with him, he did not have a name, and stated this lady was "pestering" him to update his registration and continued asking him questions. I then asked him if he knew a voter registration application was being completed on his behalf. He replied no. I informed Mr. Silva that the majority of the information provided on his application contained discrepancies including his SS#, spelling of his name, invalid address and questionable signature. I then asked Mr. Silva to describe to me how he spells his first name and how he signs his name. He replied that he spells his first name as "Matthew", with two T's. He also replied that he signs his name as "Matt Silva", and never uses initials. Based on the foregoing, it was clear that Mr. Silva did not intend nor authorize the completion of the application in question nor did he personally sign the application. Mr. Silva was in a bit of a rush on the phone and I was not able to obtain any further information. I did ask Mr. Silva if he had moved from Marion County. He replied yes, but did not provide me with the correct address and stated he was in a bit of a rush but appreciated our office contacting him. I instructed Mr. Silva to visit our website or call our office back if he intends to update his registration.

I followed up with the Division of Elections on September 13, 2018 and first spoke with Virgie Madrigal and explained to her the situation as we wanted to be sure there were no documents relating directly to a 3PVRO that needed to be filed. I then had her transfer me to Amber Marconnet to discuss the same issue and determine what legal obligation we had to process the application. After speaking with Amber I asked to speak with legal and was transferred to Gary

Holland. I asked Gary if there would be any legal ramifications if our office did not process the application. Gary confirmed that we should not process the application to the voter record as there was no intent made by the voter in the completion of the application. Gary further instructed our office to complete the Elections Fraud Complaint form for further investigation.



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

December 9, 2019

Honorable Phil Archer
State Attorney, Eighteenth Judicial Circuit
2725 Judge Fran Jamieson Way
Building D
Viera, FL 32940

   *Re: Elections Fraud Complaint 19-62 – Brevard County*
   *Supervisor of Elections v. Anonymous*

Dear Mr. Archer:

I am referring the enclosed elections fraud complaint to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

The complainant is the Brevard County Supervisor of Elections. The Supervisor alleges that a registration agent for a third-party voter registration organization appears to have falsely completed, signed, and submitted a voter registration application for a voter without that voter's authorization or knowledge. It appears the allegations have merit. The Supervisor's Office spoke to the affected voter who denied authorizing anyone to submit an application on her behalf. The Supervisor's Office noted that the driver's license number on the application does not match the information in the voter's record. The application was submitted by Florida First Inc., a third party voter registration organization with registration number 3P19-102. The address of the organization's registered agent is 3491 Gandy Blvd., Suite 102, Pinellas Park, Florida 33781.

False swearing on a voter registration application and submission of false voter registration information are violations of section 104.011, Florida Statutes.

Please find enclosed the elections fraud complaint, a third-party voter registration organization

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

App. 0795

complaint covering the same matter, and relevant documents. If we can assist in your review or investigation in any way, please let us know.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

Enclosures

cc: Brevard County Supervisor of Elections (w/o enclosures)

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

| | | |
|---|---|---|
| Name **Brevard County SOE** | Day Phone 321-633-2124 | Evening Phone |
| Address 2725 Judge Fran Jamieson Way Bldg C | City **Melbourne** | |
| County **Brevard** | State **FL** | Zip Code **32940** |
| E-mail Address kgraham@votebrevard.com | | |

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

| | |
|---|---|
| Name | Work Phone |
| Person's title of office or position held or sought, if applicable | Name of Governmental Office or Private Entity/Office |
| Address | City |
| County | State | Zip Code |

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

**RECEIVED**

NOV 18 2019

Office of the General Counsel

DS-DE #84 (rev. 07/2016)                 Page 1                 Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint.

---
---
---
---
---

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

See email provided for details.

---
---
---
---
---
---
---
---

☑ Check here if additional pages or documents are attached.

_Katrina Graham_                              11/13/19
Signature of complainant                      Date Signed

_Karen Graham_
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. See § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

DS-DE #34 (rev. 07/2016)                Page 2                Rule 1S-2.025, F.A.C.



Please return to:    Florida Department of State
Division of Elections
R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

Office Use Only

Once This Complaint Is Filed With The Division Of Elections, It Becomes A Public Record And Is Available To The Public And Media Upon Request Unless A Specific Statutory Exemption Applies.

## Form For Complaint Against
## Third-Party Voter Registration Organization

*You will receive a written response from the Division of Elections at the end of its investigation. The Division may report its findings to the Office of Statewide Prosecution or to the State Attorney for the applicable judicial circuit if probable cause is found that a criminal violation also occurred.*

**PERSON BRINGING COMPLAINT**

Name **Brevard County SOE**
(First)    (Middle or Initial)    (Last)

Day Phone  321-633-2124.    Evening Phone

Address  2725 Judge Fran Jamieson Way    City **Melbourne**

County **Brevard**    State **FL**    Zip Code **32940**

E-mail Address (optional)

**THIRD-PARTY VOTER REGISTRATION ORGANIZATION (PERSON, ENTITY or ORGANIZATION AGAINST WHOM COMPLAINT IS BROUGHT) (limit one person/entity per form)**

Name _____    Phone _____

Address _____    City _____

County _____ State _____    Zip Code _____

**STATEMENT OF FACTS AND CIRCUMSTANCES AS BASIS FOR ALLEGED VIOLATION. Please respond to the following questions to the best of your knowledge:**

1. To whom did you speak (include names of persons or at a minimum the name of the third-party voter registration organization?
See email

2. From whom and where did you receive your voter registration application (date and location including address and/or event)?
See email

App. 0799

## FORM FOR COMPLAINT AGAINST
## THIRD-PARTY VOTER REGISTRATION ORGANIZATION – PAGE 2

3. When did you sign your voter registration application?

Application signed on 10/16/19

4. To whom did you submit your voter registration application?

See email

5. How did you submit your voter registration application (by hand-delivery, by mail, etc.)

See email

6. When did you submit your voter registration application (include time and date)?

See email

7. How and when did you check on your voter registration status and determine that your name did not appear on the voter registration rolls?

Voter called the Supervisor's office on 11/12/19

8. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

A voter (100874226) called the Titusville Supervisor of Elections office on 11/12/19 after receiving her voter information

card reflecting a change of last name and party affiliation. She indicated she did not

complete an application nor did she change her name or party.  The third-party application (3PVRO

19-102) was signed on 10/16/19.  It was stamped received at 12:00 PM on 10/19/19.  The Orange

County Supervisor of Elections office stamped the application received on 10/23/19.  Orange County SOE suspended the

application to Brevard and it was processed on 11/1/19.  While the date of birth

and address listed on this application match the information on her voter record, upon further

research, the driver license number listed on the application does not match and is not this voters.  Additionally, the

signature differs from what is currently on record.  Therefore, we believe this application may be fraudulent.

It is a second degree misdemeanor, punishable as provided in s. 775.082 and s. 775.083, Florida Statutes, for any person to knowingly make a false official statement. (s. 837.06, Florida Statutes)

☐ Check here is additional pages or documents are attached.

_Katie _____   11/13/19_
Signature of complainant          Date Signed

_Karen Graham_
Print or type name of complainant

DS-DE 121 (eff. 06/2011)  Page 2 of 2

Rule 1S-2.042, F.A.C.

**Ferguson, Katrina R.**

| | |
|---|---|
| **From:** | Karen Graham <kgraham@votebrevard.com> |
| **Sent:** | Friday, November 15, 2019 3:37 PM |
| **To:** | Ferguson, Katrina R. |
| **Subject:** | Voter info |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Good afternoon Katrina,

I received your message. The voters name is Lena Renea Hicks McCurdy. The phone number she has on file is the number she called us from, which is 321-458-1319. However, when Supervisor Scott called her and she did not answer, Supervisor Scott was unable to leave a message and had to ask her to call our office via social media (just FYI).

Let me know if you need anything else.

Kind regards,

*Karen Graham*
Chief Deputy/Operations
Brevard County Supervisor of Elections
(321)633-2131 (Office)
(321) 506-0466 (Cell)
(321)633-2130 (Fax)

*Lori Scott*
Supervisor of Elections
BREVARD COUNTY

Under Florida law, F. S. 668.6076, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

**Ferguson, Katrina R.**

| | |
|---|---|
| **From:** | Karen Graham <kgraham@votebrevard.com> |
| **Sent:** | Wednesday, November 13, 2019 11:13 AM |
| **To:** | Ferguson, Katrina R. |
| **Subject:** | Possible fraudulent application |
| **Attachments:** | Elections Fraud Complaint Brevard County.pdf; Complaint against 3PVRO Brevard County.pdf |

EMAIL RECEIVED FROM EXTERNAL SOURCE



The attachments/links in this message have been scanned by PROOFpoint

Katrina,

Per our conversation this morning, please see the attached documents you requested me to complete to the best of my ability. The information surrounding the application is detailed below:

A voter (100874226) called the Titusville Supervisor of Elections office on 11/12/19 after receiving her voter information card reflecting a change of last name and party affiliation. She indicated she did not complete an application nor did she change her name or party. The third-party application (3PVRO 19-102) was signed on 10/16/19. It was stamped received at 12:00 PM on 10/19/19. The Orange County Supervisor of Elections office stamped the application received on 10/23/19. Orange County SOE suspended the application to Brevard and it was processed on 11/1/19. While the date of birth and address listed on this application match the information on her voter record, upon further research, the driver license number listed on the application does not match and is not this voters. Additionally, the signature differs from what is currently on record. Therefore, we believe this application may be fraudulent.

Please let me know if there is any additional information needed to process this complaint.

Sincerely,

*Karen Graham*
**Chief Deputy/Operations**
Brevard County Supervisor of Elections
(321)633-2131 (Office)
(321) 506-0466 (Cell)
(321)633-2130 (Fax)

*Lori Scott*
**Supervisor of Elections**
BREVARD COUNTY

Under Florida law, F. S. 668.6076, e-mail addresses are public records. If you do not want your e-mail address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

1

App. 0802

**Florida Voter Registration Application**

Form available online at: registertovoteflorida.gov

☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY RECEIVED

This is for: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)

**1.** Are you a citizen of the United States of America?   ☑ YES   ☐ NO

**2.** 
☐ I affirm I have never been convicted of a felony.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

**3.** ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting, or, if I have, my right to vote has been restored.

**4.** Date of Birth (MM-DD-YYYY)   09|19|87 - 14|14|14

**5.** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

**6.** Last Name: Lena   First Name: Nicks   Apt/Lot/Unit   Middle Name   Name Suffix (Jr., Sr., I, II, etc.)

If no FL DL or FL ID, then provide Last 4 digits of Social Security Number: 3016 ☐ I have NONE of these numbers.

**7.** Address: Where You Live (legal residence—no P.O. Box)   3015 Drive Court   Apt/Lot/Unit   City: Cocoa   County: FL [Brevard]

**8.** Mailing Address (if different from above address)   Apt/Lot/Unit   City   State   Zip Code

**9.** Address: Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

**10.** Former Name (if name is changed)   Gender ☐ M ☑ F   State or Country of Birth   Telephone No. (optional)

**11.** ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above.)   My email address is: _____

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☑ No party affiliation
☐ Minor party (print party name): _____

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☑ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: _____

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse of a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

**SIGN/MARK HERE** _____   Date: 6|1|19   10

6.1/10/11



Received
12:00 PM
OCT 19 2019
3PVRO
19-402

RECEIVED

OCT 19 2019

ORA CTY



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

October 5, 2018

Honorable R.J. Larissa
State Attorney, 7th Judicial Circuit
251 N Ridgewood Avenue
Daytona Beach, Florida L 32114

     Re: Elections Fraud Complaints No. 18-83, 84, and 88

Dear Mr. Larissa:

    I am referring the enclosed elections fraud complaints to you pursuant to section 97.012(15), Florida Statutes, which charges the Department of State with conducting preliminary investigations of elections fraud and reporting the findings to the appropriate state attorney's office.

    The three complainants from Volusia County allege that someone falsely signed their names on voter registration forms. It appears the allegations have merit. Information obtained from the Volusia County Supervisor of Elections revealed that the applications were submitted to her office by a third-party voter registration organization, Florida Conservation Voters Education Fund, whose address is 117 S. Gadsden Street Tallahassee, Florida 32301.

    False swearing on a voter registration application and submission of false voter registration information are violations of section 104.011, Florida Statutes.

    Please find enclosed the elections fraud complaints and relevant documents.

Sincerely,

Ashley E. Davis
Deputy General Counsel

Enclosures

cc: Volusia County Supervisor of Elections Lisa Lewis

Office of the General Counsel
R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399-0250
850.245.6536 • 850.245.6127 (Fax) DOS.MyFlorida.com

App. 0805

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Brooke Whitaker**

Address **305 E 2nd Ave**

County **Volusia**

E-mail Address **whitakerways@gmail.com**

Day Phone **386-734-0828**

Evening Phone **386-479-6963**

City **Pierson**

State **FL**

Zip Code **32180**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **Unknown**

Work Phone

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address

City

County _____ State _____

Zip Code

Have you filed this complaint with the (check all that apply):

RECEIVED
SEP 25 2018
Office of the General Counsel

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☑ | ☐ |
| Florida Commission on Ethics | ☐ | ☑ |

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

App. 0806

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Someone filed in my name to register to vote.  I am already a registered voter in Volusia County.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

I received a letter in the mail saying that the Supervisor of Elections County of Volusia was unable to

validate my information and so was unable to register me to vote.  I did not initiate this request.  I have, and have had since 1996, a valid Volusia County voter ID.  I called and was told that the

Volusia County office had several of these unauthorized requests and for me to send it back stating

I did not initiate the request and was told that the Volusia County elections office was going to forward them to the state attorney.  Whoever filed the request did not have my correct social security number, but used my name and address.   I have included the letter I received from the elections

office

✔ Check here if additional pages or documents are attached.

_Brooke Whitaker_                    **9/18/2018**
Signature of complainant                    Date Signed

**Brooke Whitaker**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

App. 0807



# Lisa Lewis
## Supervisor of Elections
## County of Volusia

June 12, 2018

[125758217]
Brooke Whitaker
305 E 2Nd Ave
Pierson FL 32180

*This is not my application. I already have a voter id since 2006 1996. Thankyou, Brooke Whitaker*

Dear Brooke Whitaker :

As required by the Florida Election Code, the Florida Division of Elections has attempted to verify the Florida driver's license number, Florida identification card number, or last four digits of the social security number provided on your voter registration application. The Division of Elections has notified us that it was unable to verify the <u>Florida driver's license, Florida identification card, or last four digits of the social security number</u> you provided on the voter registration application.

To become an active voter you will need to provide this office with a copy of your Florida driver's license or Florida identification card, or, if you do not have either, your social security card. You may provide this copy by mail, fax or by email. Or, you may bring your Florida driver's license, Florida identification card, or social security card to this office in person. The address, fax number and e-mail address of this office are at the bottom of this letter.

Please note that Florida law provides an exemption from the public records law for your driver's license number, identification card or social security number. Therefore, your number will not become a public record and will remain confidential.

*If you do not provide the necessary evidence prior to voting, you may not cast a regular ballot; however, you will be provided a provisional ballot. The provisional ballot will be counted if you provide the evidence described above to this office no later than 5 p.m. of the second day following the election.*

If you have any questions, please do not hesitate to contact the department.

Sincerely,

*Lisa Lewis*

Lisa Lewis
Supervisor of Elections

Historic Courthouse
125 West New York Avenue, DeLand, FL 32720-5415
(386) 736-5930 ● (386) 254-4690 ● (386) 423-3311 ● FAX (386) 822-5715
www.volusiaelections.org

Para información en español, llame al 386-736-5930.

If your signature has changed, please update your signature by completing a new Florida voter registration application.
It is important to keep your signature updated, so that ballots and/or petition signatures can be counted.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Jeffery Whitaker**

Address **305 E 2nd Ave**

County **Volusia**

E-mail Address **whitakerways@gmail.com**

Day Phone **386-734-0828**   Evening Phone **386-748-9382**

City **Pierson**

State **FL**   Zip Code **32180**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **Unknown**   Work Phone

*Person's title of office or position held or sought if applicable*

Address

County _____ State _____

Name of Governmental Office or Private Entity/Office

City

Zip Code

Have you filed this complaint with the (check all that apply):

|  |  | Yes | No |
|---|---|---|---|
| State Attorney's Office | | ☐ Yes | ☑ No |
| Office of Statewide Prosecution | | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | | ☐ Yes | ☑ No |
| Florida Elections Commission | | ☑ Yes | ☐ No |
| Florida Commission on Ethics | | ☐ Yes | ☑ No |

## RECEIVED

SEP 25 2018

Office of the General Counsel

DS-DE #34 (rev. 07/2016)         Page 1         Rule 1S-2.025, F.A.C.

App. 0809

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Someone filed in my name to have my party changed.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

I received a letter in the mail stating that the Supervisor of elections County of Volusia received correspondence from me to change my name or party. I did not make this request. I called the

Supervisor of Elections of Volusia County and was told that they received a signed request, but the

signature did not match my signature on file. Again, I did not send the request for change. I called

the Florida Voter Fraud and was told that the email filed on the form did not match my email either.
I do not know who filed for the change. I am the third person in my household to have voter issues

instigated by an unknown party this year. They are filing forms as well; Brooke Whitaker and Mya

Cloud. I have included the letter I received from the elections office.

☑ Check here if additional pages or documents are attached.

_____    9/18/2018
Signature of complainant                    Date Signed

**Jeffery Whitaker**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*



**Lisa Lewis**
**Supervisor of Elections**
**County of Volusia**

September 12, 2018

Jeffery W. Whitaker
305 E 2nd AVE
Pierson FL 32180

Dear Registered Voter:

We recently received correspondence from you to change either your name or party. As per Florida Statute 97.1031 we must have a signed written notice that contains your date of birth or voter registration number.

Please complete this form and return to us in the postage-paid envelope enclosed.

Sincerely,

Lisa Lewis
Supervisor of Elections

---

Current name: **Jeffery W. Whitaker**                    **Voter ID: [108559437]**

Current party: **DEM**

Date of Birth _____

Please change my name to _____

Please change my party to _____

Residence address _____

Mailing address _____

Voter signature _____ Date _____

Historic Courthouse
125 West New York Avenue, DeLand, FL 32720-5415
(386) 736-5930 ● (386) 254-4690 ● (386) 423-3311 ● FAX (386) 822-5715
www.volusiaelections.org
Para información en español, llame al 386-736-5930.

If your signature has changed, please update your signature by completing a new Florida voter registration application. It is important to keep your signature updated, so that ballots and/or petition signatures can be counted.

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Mya Cloud**

Day Phone _____

Evening Phone  386-479-6963

Address **305 E 2nd Ave**

City **Pierson**

County **Volusia**

State **FL**

Zip Code **32180**

E-mail Address **whitakerways@gmail.com**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **Unknown**

Work Phone _____

*Person's title of office or position held or sought if applicable* _____

*Name of Governmental Office or Private Entity/Office* _____

Address _____

City _____

County _____   State _____

Zip Code _____

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☑ | ☐ |
| Florida Commission on Ethics | ☐ | ☑ |

RECEIVED

OCT 11 2018

Office of the General Counsel

DS-DE #34 (rev. 07/2016)

Page 1

Rule 1S-2.025, F.A.C.

App. 0812

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Someone filed in my name to register to vote.  I have not requested or filed any forms to become a voter.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

I received a letter in the mail saying that the Supervisor of Elections County of Volusia was unable to

validate my information and so was unable to register me to vote.  I did not initiate this request.

Whoever filed the request did not have my correct social security number and an incorrect date of

birth, but used my name and address.   I have included the letter I received from the elections

office

☑ Check here if additional pages or documents are attached.

_____    9/18/2018
Signature of complainant                 Date Signed

**Mya Cloud**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*



**Lisa Lewis**
**Supervisor of Elections**
**County of Volusia**

*Cancelled*

AUG 0 1 2018

2/20/13

July 25, 2018

*Mya did not initate this. She is not 18 years of age*

*This was not requested or applied by Mya K. Cloud.*

*Both whitaker mother of minor Mya Cloud*

[125894528]
Mya Cloud
305 E 2Nd Ave
Pierson FL 32180

Dear Mya Cloud :

As required by the Florida Election Code, the Florida Division of Elections has attempted to verify the Florida driver's license number, Florida identification card number, or last four digits of the social security number provided on your voter registration application. The Division of Elections has notified us that it was unable to verify the Florida driver's license. Florida identification card, or last four digits of the social security number you provided on the voter registration application.

To become an active voter you will need to provide this office with a copy of your Florida driver's license or Florida identification card, or, if you do not have either, your social security card. You may provide this copy by mail, fax or by email. Or, you may bring your Florida driver's license, Florida identification card, or social security card to this office in person. The address, fax number and e-mail address of this office are at the bottom of this letter.

Please note that Florida law provides an exemption from the public records law for your driver's license number, identification card or social security number. Therefore, your number will not become a public record and will remain confidential.

*If you do not provide the necessary evidence prior to voting, you may not cast a regular ballot; however, you will be provided a provisional ballot. The provisional ballot will be counted if you provide the evidence described above to this office no later than 5 p.m. of the second day following the election.*

If you have any questions, please do not hesitate to contact the department.

Sincerely,

*Lisa Lewis*

Lisa Lewis
Supervisor of Elections

Historic Courthouse
125 West New York Avenue, DeLand, FL 32720-5415
(386) 736-5930 ● (386) 254-4690 ● (386) 423-3311 ● FAX (386) 822-5715
www.volusiaelections.org

Para información en español, llame al 386-736-5930.

If your signature has changed, please update your signature by completing a new Florida voter registration application.
It is important to keep your signature updated, so that ballots and/or petition signatures can be counted.

VOT2814



# FLORIDA DEPARTMENT *of* STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

June 28, 2017

Melissa Nelson
State Attorney, Fourth Judicial Circuit
Ed Austin Building
311 West Monroe Street
Jacksonville, Florida 32202

     Re:    Potential Third-Party Voter Registration Organization Violation

Dear Ms. Nelson:

I am referring the attached two voter registration applications to you pursuant to the Department of State's responsibility under section 97.012(15), Florida Statutes, to conduct preliminary investigations of elections fraud and report the findings to the appropriate state attorney's office.

The attached voter registration applications were delivered to the Duval County supervisor of elections on April 11, 2016, by Annette Samuels, apparently on behalf of the Jacksonville Branch NAACP. The Jacksonville Branch NAACP is registered as a third-party voter registration organization under the number 3P11-129. The date on the front of one or both of the applications appears to have been illegally altered.

Section 104.012(4), Florida Statutes, states that any person who alters the voter registration application of any other person without that person's knowledge and consent commits a third-degree felony. It is possible that the dates on these applications were fraudulently altered. If so, this action may have been motivated by the fact that Florida law requires applications collected by third-party voter registration organizations to be delivered within 10 days of their collection in order to avoid a fine. *See* § 97.0575, Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C. If you need any further assistance, I can be reached at (850) 245-6536.

          Sincerely,

          Jordan Jones
          Assistant General Counsel

Enclosures

cc: Duval County supervisor of elections

**Office of the General Counsel**
**R.A. Gray Building • 500 South Bronough Street • Tallahassee, Florida 32399-0250**
**850.245.6536 • 850.245.6127 (Fax) DOS.MyFlorida.com**

App. 0815



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C)(eff. 10/2013)

The downloadable/printable online form is available at dos.myflorida.gov

| # | | |
|---|---|---|
| 1 | This is: ☑ New Registration ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card | RECEIVED SEP 0 ? 2018 |
| 2 | Are you a citizen of the United States of America? ☑ YES ☐ NO | OFFICIAL USE ONLY Sumter SOE BY RECEIVED |
| 3 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | H 122717789 AUG 30 2018 |
| | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | SUPERVISOR OF ELECTIONS MARION COUNTY, FLORIDA |
| 4 | Date of Birth (MM-DD-YYYY) 09 - 27 - 1970 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → / Last 4 digits of Social Security Number / ☐ I have NONE of these numbers. |
| 6 | Last Name Silva | First Name Mathew / Middle Name / Name Suffix (Jr., Sr., I, II, etc.) |
| 7 | Address Where You Live (legal residence-no P.O. Box) 10860 Parkway Path | Apt/Lot/Unit / City Villages / County Sumter / Zip Code |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit / City / State or Country / Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit / City / State / Zip Code |
| 10 | Former Name (if name is changed) | Gender ☑ M ☐ F / State or Country of Birth / Telephone No. (optional) (781) 608-0289 |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above) My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☑ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

AUG 23 2018

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE → | [signature redacted] | Date 8-23-18 |

**Address your envelope to your County Supervisor of Elections.** (Updated 7/17/2014)

**ALACHUA COUNTY**
Supervisor of Elections
111 SE 1st Avenue
Gainesville, FL 32601-5819
352-374-5252

**BAKER COUNTY**
Supervisor of Elections
PO Box 505
MacClenny FL 32063-0505
904-259-6339

**BAY COUNTY**
Supervisor of Elections
830 W. 11th St.
Panama City FL 32401
850-784-6100

**BRADFORD COUNTY**
Supervisor of Elections
PO Box 58
Starke FL 32091-2110
904-966-6266

**BREVARD COUNTY**
Supervisor of Elections
PO Box 410819
Melbourne FL 32941-0819
321-264-6740

**BROWARD COUNTY**
Supervisor of Elections
PO Box 029001
Fort Lauderdale FL 33302
954-357-7050

**CALHOUN COUNTY**
Supervisor of Elections
20859 Central Ave. E., Rm 117
Blountstown FL 32424-2264
850-674-8568

**CHARLOTTE COUNTY**
Supervisor of Elections
226 Taylor Street, Unit 120
Punta Gorda FL 33950
941-833-5400

**CITRUS COUNTY**
Supervisor of Elections
120 N. Apopka Ave.
Inverness FL 34450-4238
352-341-6740

**CLAY COUNTY**
Supervisor of Elections
PO Box 337
Green Cove Springs FL 32043-0337
904-284-6350

**COLLIER COUNTY**
Supervisor of Elections
Rev Dr MLK Jr Bldg
3295 Tamiami Trail E
Naples FL 34112-5758
239-252-VOTE (8683)

**COLUMBIA COUNTY**
Supervisor of Elections
971 W. Duval St., Suite 102
Lake City FL 32055-3734
386-758-1026

**DESOTO COUNTY**
Supervisor of Elections
PO Box 89
Arcadia FL 34265-4451
863-993-4871

**DIXIE COUNTY**
Supervisor of Elections
PO Box 2057
Cross City FL 32628-2057
352-498-1216

**DUVAL COUNTY**
Supervisor of Elections
105 E. Monroe St.
Jacksonville FL 32202-3215
904-630-1414

**ESCAMBIA COUNTY**
Supervisor of Elections
PO Box 12601
Pensacola FL 32591-2601
850-595-3900

**FLAGLER COUNTY**
Supervisor of Elections
PO Box 901
Bunnell FL 32110-0901
386-313-4170

**FRANKLIN COUNTY**
Supervisor of Elections
47 Ave. F
Apalachicola FL 32320-2311
850-653-9520

**GADSDEN COUNTY**
Supervisor of Elections
PO Box 186
Quincy FL 32353
850-627-9910

**GILCHRIST COUNTY**
Supervisor of Elections
112 S. Main St., Room 128
Trenton FL 32693-3249
352-463-3194

**GLADES COUNTY**
Supervisor of Elections
PO Box 668
Moore Haven FL 33471-0668
863-946-6005

**GULF COUNTY**
Supervisor of Elections
401 Long Ave.
Port St. Joe FL 32456-1707
850-229-6117

**HAMILTON COUNTY**
Supervisor of Elections
1153 US Hwy. 41 NW, Suite 1
Jasper FL 32052-5856
386-792-1426

**HARDEE COUNTY**
Supervisor of Elections
311 N. 6th Ave.
Wauchula FL 33873-2361
863-773-6061

**HENDRY COUNTY**
Supervisor of Elections
PO Box 174
LaBelle FL 33975-0174
863-675-5230

**HERNANDO COUNTY**
Supervisor of Elections
20 N. Main St., Room 165
Brooksville FL 34601-2864
352-754-4125

**HIGHLANDS COUNTY**
Supervisor of Elections
PO Box 3448
Sebring FL 33871-3448
863-402-6655

**HILLSBOROUGH COUNTY**
Supervisor of Elections
2514 N Falkenburg Rd
Tampa FL 33619-0917
813-272-5850

**HOLMES COUNTY**
Supervisor of Elections
201 N. Oklahoma St., Suite 102
Bonifay FL 32425-2243
850-547-1107

**INDIAN RIVER COUNTY**
Supervisor of Elections
4375 43rd Ave.
Vero Beach FL 32967-1024
772-226-3440

**JACKSON COUNTY**
Supervisor of Elections
PO Box 6046
Marianna FL 32447-6046
850-482-9652

**JEFFERSON COUNTY**
Supervisor of Elections
300 W. Dogwood St.
Monticello FL 32344-1470
850-997-3348

**LAFAYETTE COUNTY**
Supervisor of Elections
PO Box 76
Mayo FL 32066-0076
386-294-1261

**LAKE COUNTY**
Supervisor of Elections
PO Box 457
Tavares FL 32778-0457
352-343-9734

**LEE COUNTY**
Supervisor of Elections
PO Box 2545
Fort Myers FL 33902-2545
239-533-VOTE (8683)

**LEON COUNTY**
Supervisor of Elections
PO Box 7357
Tallahassee FL 32314-7357
850-606-VOTE (8683)

**LEVY COUNTY**
Supervisor of Elections
421 S. Court St.
Bronson FL 32621-6520
352-486-5163

**LIBERTY COUNTY**
Supervisor of Elections
PO Box 597
Bristol FL 32321-0597
850-643-5226

**MADISON COUNTY**
Supervisor of Elections
233 SW Pinckney St.
Madison FL 32340
850-973-6507

**MANATEE COUNTY**
Supervisor of Elections
PO Box 1000
Bradenton FL 34206-1000
941-741-3823

**MARION COUNTY**
Supervisor of Elections
PO Box 289
Ocala FL 34478-0289
352-620-3290

**MARTIN COUNTY**
Supervisor of Elections
PO Box 1257
Stuart FL 34995-1257
772-288-5637

**MIAMI-DADE COUNTY**
Supervisor of Elections
PO Box 521550
Miami FL 33152-1550
305-499-VOTE (8683)

**MONROE COUNTY**
Supervisor of Elections
530 Whitehead St., Suite 101
Key West FL 33040-6577
305-292-3416

**NASSAU COUNTY**
Supervisor of Elections
96135 Nassau Place, Suite 3
Yulee FL 32097-8635
904-491-7500

**OKALOOSA COUNTY**
Supervisor of Elections
302 Wilson St. N., Suite 102
Crestview FL 32536-3440
850-689-5600

**OKEECHOBEE COUNTY**
Supervisor of Elections
304 NW 2nd St., Room 144
Okeechobee FL 34972-4120
863-763-4014

**ORANGE COUNTY**
Supervisor of Elections
PO Box 562001
Orlando FL 32856-2001
407-836-2070

**OSCEOLA COUNTY**
Supervisor of Elections
2509 E. Irlo Bronson Memorial Hwy.
Kissimmee FL 34744-4909
407-742-6000

**PALM BEACH COUNTY**
Supervisor of Elections
PO Box 22309
West Palm Beach FL 33416-2309
561-656-6200

**PASCO COUNTY**
Supervisor of Elections
PO Box 300
Dade City FL 33526-0300
352-521-4302

**PINELLAS COUNTY**
Supervisor of Elections
13001 Starkey Road
Largo FL 33773-1416
727-464-VOTE (8683)

**POLK COUNTY**
Supervisor of Elections
PO Box 1460
Bartow FL 33831-1460
863-534-5888

**PUTNAM COUNTY**
Supervisor of Elections
2509 Crill Ave., Suite 900
Palatka FL 32177-4267
386-329-0224

**SANTA ROSA COUNTY**
Supervisor of Elections
6495 Caroline St., Suite F
Milton FL 32570-4592
850-983-1900

**SARASOTA COUNTY**
Supervisor of Elections
PO Box 4194
Sarasota FL 34230-4194
941-861-8600

**SEMINOLE COUNTY**
Supervisor of Elections
PO Box 1479
Sanford FL 32772-1479
407-585-VOTE (8683)

**ST. JOHNS COUNTY**
Supervisor of Elections
4455 Ave. A, Suite 101
St. Augustine FL 32095-5200
904-823-2238

**ST. LUCIE COUNTY**
Supervisor of Elections
4132 Okeechobee Road
Fort Pierce FL 34947
772-462-1500

**SUMTER COUNTY**
Supervisor of Elections
900 N. Main St.
Bushnell FL 33513-5008
352-569-1540

**SUWANNEE COUNTY**
Supervisor of Elections
220 Pine Ave. SW
Live Oak FL 32064-2315
386-362-2616

**TAYLOR COUNTY**
Supervisor of Elections
PO Box 1060
Perry FL 32348-1060
850-838-3515

**UNION COUNTY**
Supervisor of Elections
175 W. Main St.
Lake Butler FL 32054
386-496-2236

**VOLUSIA COUNTY**
Supervisor of Elections
125 W. New York Ave.
DeLand FL 32720-5415
386-736-5930

**WAKULLA COUNTY**
Supervisor of Elections
PO Box 305
Crawfordville FL 32326-0305
850-926-7575

**WALTON COUNTY**
Supervisor of Elections
571 E. Nelson Ave. (US Hwy. 90)
DeFuniak Springs FL 32433-1378
850-892-8112

**WASHINGTON COUNTY**
Supervisor of Elections
133 E. South Blvd., Suite 900
Chipley FL 32428-2233
850-638-6230

08/23/2018   3P18-84

App. 0817



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen.
- a Florida resident.
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

*If you do not meet any ONE of these requirements, you are not eligible to register*

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, office for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A *copy* of an ID that shows your name and photo (*acceptable IDs*–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A *copy* of an ID that shows your name and current residence address (*acceptable documents*–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | | |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting, or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth (MM-DD-YYYY)  0 8 - 2 8 - 1 9 0 B | | FVRS No: 123405530 N |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number   ☐ I have NONE of these numbers. |
| 6 | Last Name  Sinclair | First Name  Maiyon | Middle Name  Bryson   Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  1381 Marsh Hen Dr | Apt/Lot/Unit | City  Jacksonville   County  Duval   Zip Code  32218 |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City   State or Country   Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City   State   Zip Code |
| 10 | Former Name (if name is changed) | Gender  ☑ M  ☐ F | State or Country of Birth  Florida   Telephone No. (optional) (   ) |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above.)   My email address is: | | |

| 12 | Party Affiliation (Check only one. If left blank, you will be registered without party affiliation) | Race/Ethnicity (Check only one) | (Check only one if applicable) | |
|---|---|---|---|---|
| | ☑ Florida Democratic Party | ☐ American Indian/Alaskan Native | ☐ I am an active duty Uniformed Services or Merchant Marine member | ☐ I will need assistance with voting. |
| | ☐ Republican Party of Florida | ☐ Asian/Pacific Islander | ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member | |
| | ☐ No party affiliation | ☑ Black, not of Hispanic Origin | | ☐ I am interested in becoming a poll worker. |
| | ☐ Minor party (print party name): | ☐ Hispanic | ☐ I am a U.S. citizen residing outside the U.S. | |
| | | ☐ White, not of Hispanic Origin | | |
| | | ☐ Multi-racial | | |
| | | ☐ Other: | | |

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE → | Date  2/15/16 |
|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C., eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and such blank, your new registration may be denied. See section 97.053(6), Fla Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.) (eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☒ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☒ YES ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)   0 8 - 2 5 - 1 9 9 6 | FVRS No: 123405542 N |

| 5 | Florida Driver License (FL DL) or Florida identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|
| | ████████ | | ████ | |

| 6 | Last Name: Stallings | First Name: Marcellus | Middle Name: Antonio | Name Suffix |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box): 3132 Dawson St. | Apt/Lot/Unit | City: Jax | County: Duval | Zip Code: 32209 |
|---|---|---|---|---|---|
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |

| 10 | Former Name (if name is changed) | Gender ☒ M ☐ F | State or Country of Birth: Florida | Telephone No. (optional) ( ) |
|---|---|---|---|---|

11 ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)  My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation.)
☒ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE → ████████ | Date 5/26/16 |
|---|---|---|---|

## Morley, Tiffany M.

| | |
|---|---|
| **From:** | Fleet, Beth <BFleet@coj.net> |
| **Sent:** | Tuesday, April 12, 2016 2:15 PM |
| **To:** | 3PVRO |
| **Subject:** | RE: late apps |

Tiffany:

A woman by the name of Annette Samuels brought them in and mentioned that they were late. She said she had been in Hawaii.

Lana did not tell her that we would be notifying the state of their lateness.

She is not a regular representative so we don't know what kind of training she has had.

*Beth Fleet*
Candidate and Records Director
105 E. Monroe St.
Jacksonville, FL 32202
www.DuvalElections.com
(904) 630-8002   Fax: (904) 630-1894

**2016 Presidential Election year Election Dates**
*Presidential Preference – March 15, 2016*
*Primary Election – August 30, 2016*
*General Election – November 8, 2016*

***Please note that under Florida's very broad public records law, e-mail communications to and from city officials are subject to public disclosure.***

**From:** 3PVRO [mailto:3PVRO@dos.myflorida.com]
**Sent:** Tuesday, April 12, 2016 12:27 PM
**To:** Fleet, Beth
**Subject:** RE: late apps

Just a statement about any action you took to inform the 3PVRO and/or the person delivering the apps that they were late and who that person is, if you have that information.

Thanks,

Tiffany Morley
Bureau of Voter Registration
Division of Elections
850.245.6248, desk phone
850.245.6291, 3PVRO fax
850.245.6218, court doc fax

1

**Morley, Tiffany M.**

| | |
|---|---|
| **From:** | Fleet, Beth <BFleet@coj.net> |
| **Sent:** | Tuesday, April 12, 2016 8:59 AM |
| **To:** | 3PVRO |
| **Subject:** | FW: late apps |
| **Attachments:** | 11-129LateApps2016_04_11.pdf |

Good morning:

4/11/16

These apps were hand delivered on Monday to our office.

They have been processed.

What else do you need from us?

Thanks!

**Beth Fleet**
Candidate and Records Director
105 E. Monroe St.
Jacksonville, FL 32202
www.DuvalElections.com
(904) 630-8002   Fax: (904) 630-1894

*Also looks like voter signature dates have been altered to be March instead of February, so may actually be later than stated and are in violation of book closing requirements, but that is just speculation.*
*Tiffany*

**2016 Presidential Election year Election Dates**
*Presidential Preference – March 15, 2016*
*Primary Election – August 30, 2016*
*General Election – November 8, 2016*

***Please note that under Florida's very broad public records law, e-mail
communications to and from city officials are subject to public disclosure.***

**From:** Self, Lana
**Sent:** Monday, April 11, 2016 2:23 PM
**To:** Fleet, Beth
**Subject:** late apps

These apps are past the 10 days. She was in Hawaii.

1

App. 0821

*Lana Self*
Candidate and Records Assistant
Ph (904) 630-8010  Fax (904) 630-1894
Duval County Supervisor of Elections Office
105 E. Monroe Street
Jacksonville, FL 32202
www.duvalelections.com

**2016 Presidential Election Year Election Dates**
*Primary Election – August 30, 2016*
*General Election – November 8, 2016*

***Please note that under Florida's very broad public records law, e-mail communications to and from city officials are subject to public disclosure.***

2

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Kari Ewalt**

Day Phone 407-742-6100    Evening Phone

Address 2509 E. Irlo Bronson Memorial Highway    City **Kissimmee**

County **Osceola**    State **FL**    Zip Code **34744**

E-mail Address **kari.ewalt@voteosceola.com**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name    Canvasser from Poder Latinx (3rd party voter registrant)    Work Phone

*Person's title of office or position held or sought if applicable*    Name of Governmental Office or Private Entity/Office

Address    City

County    State    Zip Code

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

RECEIVED

OCT 18 2019

Office of the General Counsel

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

voter registration fraud

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Please see atttached form.

☑ Check here if additional pages or documents are attached.

_Kari Ewalt_                     10/10/19
Signature of complainant          Date Signed

Kari Ewalt
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

When attempting to process a voter registration application submitted by 3VPRO 19-96 we found the application had an illegible address and the signature on file did not match the signature on the application. The man's first name was also spelled incorrectly. The application was for a man named Phillip Morales. The signature read Philip Chacón and the handwriting was not similar to the signature we had previously collected. Our staff called the number written on the application on September 30. Mr. Morales' wife (Maria Chacón) answered and told us the following story: She was picking her child up from daycare when an employee told her she was taking a survey and asked for information for her and her husband. Ms. Chacón tells us that the employee wrote her answers down on a blank sheet of paper. Ms. Chacón tells us that she never saw a voter application, was never asked to fill one out and that the employee didn't mention registration. Her husband was not present at the daycare at the time. After contacting Nancy Batista (director of Poder Latinx) we were informed that their internal quality control had found several other problematic applications collected by the specific canvasser.

Ms. Batista showed us registration applications for 11 people that seemed to be duplicates on 10/9/2019. We have researched each one. Two of these seem legitimate. Nine of them, however, do not have matching signatures to what we have on file. I have enclosed redacted copies of the applications in question. We have been in contact with Mr. Melendez who had two applications turned in from this canvasser. The two submitted by the third party had completely different signatures from each other and from what was on file. Our staff had noticed this prior to Ms. Batista's visit on 10/9. Mr. Melendez was sent a letter regarding the applications. Mr. Melendez has recently mailed us an application and the signature that came through the mail matches every signature we have on file from previous occasions. We have been contacting every voter whose application has been rejected for non-matching signatures in this group.

Our staff also came across a voter registration application with this canvasser's initials on the back that had an incorrect social security number. When we called the voter in question, she said that she had not put her number on the form because she felt uncomfortable doing so. Instead, she checked the box indicating that she had none of the numbers. We could see on the form that this box was, indeed, checked. It appears that the canvasser wrote in a fraudulent social security number.

Nancy Batista, director of Poder Latinx, told us that the group had an orientation prior to canvassers collecting forms. This orientation walked canvassers through the form and made it clear that no one was to write on the front of the application form. She also informed us that they call voters when their applications are incomplete to ask them questions.

We are submitting this complaint because the right to vote is so important and we are deeply concerned that voters may be disenfranchised because they, in good faith, registered with someone who caused their application to be called into question. Please contact our office if there are any further questions.



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to your supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webapplform.pdf

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|
| **1** | Are you a citizen of the United States of America?  ☑ YES   ☐ NO | |
| **2** | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | Date of Birth   (MM-DD-YYYY) | FVRS No: |

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If no FL DL or FL ID, then provide ➡   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

| **6** | Last Name  Morales | First Name  Philip | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|
| **7** | Address Where You Live (legal residence-no P.O. Box)  327 Concord #24 | Apt/Lot/Unit  24 | City  Kissimmee | County  FL | Zip Code  5895 |
| **8** | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| **9** | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| **10** | Former Name (if name is changed) | Gender  ☑ M  ☐ F | State or Country of Birth  Puerto Rico | Telephone No. (optional)  (347) 512 2281 |

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| **12** | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ➡ | Date  2-13-19 |

App. 0826



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R15-2.040, F.A.C.)(eff. 10/2013)

*Información en español:* Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 28 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID Requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes ☐ where applicable.

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R15-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES ☐ NO | |
| 2 | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  0 1 - 0 4 - 1 9 8 8     FVRS No: | |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name: Morales | First Name: Philip | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box): 327 Estuboey | Apt/Lot/Unit | City: Davenport | County: FL | Zip Code: 33897 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender ☑ M ☐ F | State or Country of Birth: Puerto Rico | Telephone No. (optional): (863) 512-2281 |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above) My email address is: |
|---|---|

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☑ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE → | Date: 3-23-A |
|---|---|---|---|

App. 0827



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, **and** have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable ID#–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes ☑ where applicable.

---

### Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/-pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES   ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)   05 - 23 - 1586 | FVRS No: |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name  Chacon | First Name  Mona | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)  327 Northwell | Apt/Lot/Unit  44 | City  Davenport | County | Zip Code |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender  ☐ M  ☑ F | State or Country of Birth  Mexico | Telephone No. (optional)  863 512 2281 |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above)   My email address is: |
|---|---|

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☑ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of Hispanic Origin*
- ☑ Hispanic
- ☐ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

*(Check only one if applicable)*
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | Oath: ( I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE | Date  05.28 |
|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or a copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** You are required to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| | | | |
|---|---|---|---|
| **1** | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| **2** | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| **3** | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| **4** | Date of Birth  (MM-DD-YYYY)  05 - 23 - 1954 | | FVRS No: |

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If no FL DL or FL ID, then provide →   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

**6** Last Name  Chocon   First Name  Maria   Middle Name   Name Suffix (Jr., Sr., I, II, etc.):

**7** Address Where You Live (legal residence-no P.O. Box)  727 Ejectro Henry 74   Apt/Lot/Unit   City  Orando   County   Zip Code 3897

**8** Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code

**9** Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

**10** Former Name (if name is changed)   Gender  ☐ M ☑ F   State or Country of Birth  Mexico   Telephone No. (optional)  (863) 122 281

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☑ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

**12** Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN MARK HERE

Date  9-15-15

App. 0829