## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                          Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## INDEX TO APPENDIX

| Tab | Title | Vol No. |
|-----|-------|---------|
| A | Ch. 2023-120, Laws of Fla. (SB 7050) | 1 |
| B | Notice of Rule Development by the Department of State, Fla. Admin. Code R. 1S-2.042 (Third Party Voter Registration Organizations) | 1 |
| C | Draft Rule Language On-File with the Department of State, Fla. Admin. Code R. 1S-2.042 (Third Party Voter Registration Organizations) | 1 |
| D | Notice of Rule Development by the Department of State, Fla. Admin. Code R. 1S-2.055 (Vote-by-mail Requests) | 1 |

1

| E | Draft Rule Language On-File with the Department of State, Fla. Admin. Code R. 1S-2.055 (Vote-by-mail Requests) | 1 |
|---|---|---|
| F | Declaration of Andrew Darlington | 1 |
| G | Attachment to Declaration of Andrew Darlington – January 15, 2023 Florida Department of State Office of Election Crimes and Security Report | 1 |
| H | Attachment to Declaration of Andrew Darlington – 2016 to 2023 3PVRO Complaints Received, 3PVRO Fine Letters Issued, and 3PVRO Referrals Made by the Department of State | 1-3 |
| I | Attachment to Declaration of Andrew Darlington – Press Release, News Articles, and Letter | 3 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil



**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.) (eff. 10/2013)**

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.
**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
**Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.) (eff. 10/2013)**

The downloadable/printable online form is available at: registertovoteflorida.gov

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES  ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  06 - 09 - 1957 | FVRS No: |

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number  ☐ I have NONE of these numbers.

| 6 | Last Name  Melendez | First Name  Felix | Middle Name | Name Suffix (Jr., Sr., I, II, etc.) |
|---|---|---|---|---|
| 7 | Address Where You Live (legal residence–no P.O. Box)  453 Acacia Tree Way | Apt/Lot/Unit | City  Kiss | County  OC | Zip Code  34758 |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| 10 | Former Name (if name is changed) | Gender  ☑ M ☐ F | State or Country of Birth  PR | Telephone No. (optional)  1978 457-35/2 |

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

**(Check only one if applicable)**
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE → | | Date  9/10/18 |



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (which includes office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary and permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.



**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | | |
|---|---|---|---|
| **1** | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| **2** | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| **3** | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| **4** | Date of Birth   (MM-DD-YYYY)   06 - 09 - 19?? | | **FVRS No:** |
| **5** | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number   ☐ I have NONE of these numbers. |
| **6** | Last Name   Webster   First Name   John   Middle Name | | Name Suffix (Jr., Sr., I, II, etc.): |
| **7** | Address Where You Live (legal residence-no P.O. Box)   483 Acqua Tree Way   Apt/Lot/Unit   City   Kissme   County   FL   Zip Code   34?5? | | |
| **8** | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code | | |
| **9** | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code | | |
| **10** | Former Name (if name is changed)   Gender ☐ M ☐ F   State or Country of Birth   Telephone No. (optional) ( ) | | |
| **11** | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| **12** | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE → | Date  9/19/?? |

App. 0831



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.
PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form  (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: registertovoteflorida.gov

This is: ☐New Registration   ☐Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|
| **1** | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | |
| **2** | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | Date of Birth   (MM-DD-YYYY)   1 1 - 0 7 - 1 9 9 6 | FVRS No: |

**5** Florida Driver License (FL DL) or Florida identification (FL ID) Card Number

If no FL DL or FL ID, then provide   Last 4 digits of Social   ☐ I have NONE of these numbers.

**6** Last Name: *Crosbor*   First Name: *Isabel*   Middle Name: *I.L.*   Name Suffix (Jr., Sr., I, II, etc.):

**7** Address Where You Live (legal residence-no P.O. Box): *1911 Myrna Lane*   Apt/Lot/Unit   City: *Kissimee*   County   Zip Code

**8** Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code

**9** Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

**10** Former Name (if name is changed)   Gender ☐M ☑F   State or Country of Birth: *Peru*   Telephone No. (optional): *(407) 8009426*

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, *not of Hispanic Origin*
☐ Hispanic
☐ White, *not of Hispanic Origin*
☐ Multi-racial
☐ Other:

*(Check one if applicable)*
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

**12** Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE →

Date: *9-13-20??*

App. 0832



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.) eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.) (eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This Is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth   (MM-DD-YYYY)   11 - 07 - 1946 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → | Last 4 digits of Social Security Number   ☐ I have NONE of these numbers. |
| 6 | Last Name   Cecobar   First Name   Isabel   Middle Name   Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)   1911 Rhino Lane   Apt/Lot/Unit   City   Kissimmee   County   FL   Zip Code   34444 |
| 8 | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code |
| 9 | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code |
| 10 | Former Name (if name is changed)   Gender   ☐ M  ☑ F   State or Country of Birth   DC   Telephone No. (optional)   407 080 9426 |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county.   (See Public Record Notice above)   My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☑ No party affiliation
☐ Minor party (print party name): _____

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: _____

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

| | | |
|---|---|---|
| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN MARK HERE   [signature] | Date   1-7-2016 |



Fl...    ...stration Application
Part 1 – Inst... ...ons (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections.

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
registertovoteflorida.gov

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | | |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth (MM-DD-YYYY)  08 - 07 - 1993 | | FVRS No: |

5. Florida Driver License (FL DL) or Florida identification (FL ID) Card Number | If no FL DL or FL ID, then provide: | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers.

6. Last Name: PEREZ L   First Name: DANNY   Middle Name:   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence-no P.O. Box): 13455 LONG STIC.   Apt/Lot/Unit: CT   City: KISSIMMEE   County: FL   Zip Code: 32824

8. Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code

9. Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code

10. Former Name (if name is changed) | Gender: ☑ M ☐ F | State or Country of Birth: USA | Telephone No. (optional): 407-603-8344

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☐ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE➤ | Date: 09-13-2019 |

App. 0834



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

Where to Register: You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

Deadline to Register: The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

Identification (ID) Requirements: New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

Special ID requirements: If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport,  debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

Political Party Affiliation: Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

Race/Ethnicity: It is optional to list your race or ethnicity.

Boxes: Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | | |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth (MM-DD-YYYY)  08 - 07 - 1953 | | FVRS No: |

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
[ ][ ][ ]-[ ][ ][ ]-[ ][ ]-[ ][ ][ ]
If no FL DL or FL ID, then provide:   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

6. Last Name: Danny Perez   First Name: Danny   Middle Name:   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence-no P.O. Box): 13425 Long Jnc CT   Apt/Lot/Unit:   City: Orlando   County:   Zip Code:

8. Mailing Address (if different from above address):   Apt/Lot/Unit:   City:   State or Country:   Zip Code:

9. Address Where You Were Last Registered to Vote:   Apt/Lot/Unit:   City:   State:   Zip Code:

10. Former Name (if name is changed):   Gender: ☑ M ☐ F   State or Country of Birth: USA   Telephone No. (optional): (402) 6008814

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is:

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation):
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☑ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one):
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable):
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE →

Date: 4-17-2019

App. 0835



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.
**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections.

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

### Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: registertovoteflorida.gov

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES  ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY) | 1 1 - 2 4 - 1 9 7 6 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide  Last 4 digits of Social Security Number  ☐ I have NONE of these numbers. |
| 6 | Last Name  Mercado | First Name  Marila | Middle Name  Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  756 Caribou Drive | Apt/Lot/Unit | City  Kissimmee | County  FL | Zip Code  34759 |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| 10 | Former Name (if name is changed) | Gender ☐ M ☑ F | State or Country of Birth  P.R. | Telephone No. (optional)  (351) 201- 7954 |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: | | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date  9-10-19 |

**Florida Voter Registration Application–Part 1 – Instructions**

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.elections.myflorida.com/supervisors/

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections/

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL#, or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) a copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: dos.myflorida.com/elections/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 039, R10-2.040, F.A.C.(eff. 7/2019)

Form available online at/Formulario disponible en línea en:
**registertovoteflorida.gov**

**This is:** ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card   | OFFICIAL USE ONLY

| | | |
|---|---|---|
| **1** | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| **2** | ☑ I affirm I have never been convicted of a felony.<br>☑ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.<br>☑ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation. | **FVRS No:** |
| **3** | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | **Date of Birth** (MM-DD-YYYY)   | | - | 24 | - | 1976 | | |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | **Last Name** Marcele | **First Name** Marela | **Middle Name** | **Name Suffix** (Jr., Sr.; I, II, etc.): |
|---|---|---|---|---|

| 7 | **Address Where You Live** (legal residence-no P.O. Box) 756 Caribe drive | **Apt/Lot/Unit** | **City** Kissimee | **County** FL | **Zip Code** 34759 |
|---|---|---|---|---|---|

| 8 | **Mailing Address** (if different from above address) | **Apt/Lot/Unit** | **City** | **State or Country** | **Zip Code** |
|---|---|---|---|---|---|

| 9 | **Address Where You Were Last Registered to Vote** | **Apt/Lot/Unit** | **City** | **State** | **Zip Code** |
|---|---|---|---|---|---|

| 10 | **Former Name** (if name is changed) | **Gender** ☐ M ☐ F | **State or Country of Birth** PR | **Telephone No.** (optional) (3 2-01 ...54 |
|---|---|---|---|---|

| 11 | ☐ Email me **SAMPLE BALLOTS** if option is available in my county. (See Public Record Notice above)   My email address is: |
|---|---|

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| **12** | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | **SIGN/ MARK HERE** | | **Date** 9-13-20 |
|---|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which may only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, then one of the following with your application, or at a later time before you vote: 1) A *copy* of an ID that shows your name and photo (*acceptable IDs*—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A *copy* of an ID that shows your name and current residence address (*acceptable documents*—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections.

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is also available at:
registertovoteflorida.gov

This is: ☐ New Registration ☒ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card

| | | |
|---|---|---|
| **1** | Are you a citizen of the United States of America? ☐ YES ☐ NO | OFFICIAL USE ONLY |
| **2** | ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | Date of Birth (MM-DD-YYYY) 0 7 - 1 5 - 1 9 7 8 | FVRS No: |

| **5** | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide: | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| **6** | Last Name Méndez | First Name Nadesta | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| **7** | Address Where You Live (legal residence-no P.O. Box) 404 Mallard Way | Apt/Lot/Unit | City Kissimee | County FL | Zip Code 34759 |
|---|---|---|---|---|---|

| **8** | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| **9** | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| **10** | Former Name (if name is changed) | Gender ☐ M ☒ F | State or Country of Birth PR | Telephone No. (optional) 863 342 9451 |
|---|---|---|---|

| **11** | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above) My email address is: | |
|---|---|---|

| **Party Affiliation** (*Check only one: If left blank, you will be registered without party affiliation*) | **Race/Ethnicity** (*Check only one*) | (*Check only one if applicable*) | ☐ I will need assistance with voting. |
|---|---|---|---|
| ☐ Florida Democratic Party | ☐ American Indian/Alaskan Native | ☐ I am an active duty Uniformed Services or Merchant Marine member | |
| ☐ Republican Party of Florida | ☐ Asian/Pacific Islander | | |
| ☒ No party affiliation | ☐ Black, *not of Hispanic Origin* | ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member | ☐ I am interested in becoming a poll worker. |
| ☐ Minor party (print party name): | ☒ Hispanic | | |
| | ☐ White, *not of Hispanic Origin* | ☐ I am a U.S. citizen residing outside the U.S. | |
| | ☐ Multi-racial | | |
| | ☐ Other: | | |

| **12** | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE → | | Date 9-13-19 |
|---|---|---|---|---|

App. 0838



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

*Información en español:* Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office). Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued a copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes ☑ where applicable.

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|
| **1** | Are you a citizen of the United States of America? ☑ YES  ☐ NO | |
| **2** | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | Date of Birth (MM-DD-YYYY)  07 - 19 - 79⟨?⟩ | FVRS No: |
| **5** | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide  Last 4 digits of Social Security Number  ☐ I have NONE of these numbers. |
| **6** | Last Name  Moncler   First Name  Nocleyka   Middle Name   Name Suffix (Jr., Sr., II, III, etc.): | |
| **7** | Address Where You Live (legal residence-no P.O. Box)  404 Mitchell Way   Apt/Lot/Unit   City  Kissimmee   County   Zip Code  34759 | |
| **8** | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code | |
| **9** | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code | |
| **10** | Former Name (if name is changed)   Gender ☐ M ☐ F   State or Country of Birth  VA   Telephone No. (optional)  (863) 242-9451 | |
| **11** | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☑ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

| **12** | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.  **SIGN/ MARK HERE →** | Date  9-17-15 |



**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 28 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A *copy* of an ID that shows your name and photo (*acceptable IDs*–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID; or public assistance ID); or 2) A *copy* of an ID that shows your name and current residence address (*acceptable documents*–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

*Political Party Affiliation:* Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections

Race/Ethnicity: It is optional to list your race or ethnicity.

Boxes: Please check boxes (□) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
**Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

The downloadable/printable online form is available at: registertovoteflorida.gov

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | | OFFICIAL USE ONLY |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |

| 4 | Date of Birth (MM-DD-YYYY) | 05 - 26 - 1986 | FVRS No: |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |

| 6 | Last Name: Duarte | First Name: Veronica | Middle Name: | Name Suffix (Jr., Sr., II, III, etc.): |

| 7 | Address Where You Live (legal residence-no P.O. Box): 30 Atlantic CT | Apt/Lot/Unit | City: Kissimmee | County: FL | Zip Code: 34758 |

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |

| 10 | Former Name (if name is changed) | Gender: ☐ M ☑ F | State or Country of Birth: FL | Telephone No. (optional): (863) 835-5256 |

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | | | |

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☐ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

*(Check one only if applicable)*
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date: 07-13-15 |



**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen.
- a Florida resident.
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it, in person or by mail to: any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
**Part 2 - Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)**

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | | |
|---|---|---|---|
| **1** | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| **2** | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| **3** | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |

**4** Date of Birth (MM-DD-YYYY)  `0 5 - 2 6 - 1 9 8 6`   FVRS No:

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If no FL DL or FL ID, then provide: →   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

| **6** | Last Name: Betances | First Name: Monica | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |

**7** Address Where You Live (legal residence-no P.O. Box) | Apt/Lot/Unit | City: Kissimmee | County | Zip Code: 34758

**8** Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code

**9** Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code

**10** Former Name (if name is changed) | Gender ☐ M ☐ F | State or Country of Birth: Puerto Rico | Telephone No. (optional): 863 585 9290

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☑ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☑ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

**12** **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, that all information provided in this application is true.

SIGN/ MARK HERE

Date: `2-7-18`

App. 0841



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have not been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
dos.myflorida.com/elections/for-voters/voter-registration

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☒ Request to Replace Voter Information Card

| | | | OFFICIAL USE ONLY |
|---|---|---|---|
| **1** | Are you a citizen of the United States of America? | ☐ YES   ☐ NO | |
| **2** | ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| **3** | ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| **4** | Date of Birth (MM-DD-YYYY) 01-12-1955 | | FVRS No: |

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide → Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

**6** Last Name: Ortiz   First Name: ALCIBIADES   Middle Name:   Name Suffix (Jr., Sr., I, II, etc.):

**7** Address Where You Live (legal residence-no P.O. Box): 1424 Sophes Wey   Apt/Lot/Unit:   City: Kissimmii   County: Oceola   Zip Code: 34744

**8** Mailing Address (if different from above address):   Apt/Lot/Unit:   City:   State or Country:   Zip Code:

**9** Address Where You Were Last Registered to Vote   Apt/Lot/Unit:   City:   State:   Zip Code:

**10** Former Name (if name is changed):   Gender: ☒ M  ☐ F   State or Country of Birth: Colombia   Telephone No. (optional): (401) 561 2097

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation):
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

**12** Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE →

Date: 08/24/17



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.
**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, whether you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote:  1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot.  In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections.

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☑) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: registertovoteflorida.gov

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

**OFFICIAL USE ONLY**

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES  ☐ NO |
| 2 | ☐ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  0-12-1955 | FVRS No: |

5  Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If no FL DL or FL ID, then provide ➜   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

| 6 | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |

7  Address Where You Live (legal residence-no P.O. Box)  1434  Sidney Glen  Apt/Lot/Unit  City  Kissimmee  County  FL  Zip Code 34744

8  Mailing Address (if different from above address)  Apt/Lot/Unit  City  State or Country  Zip Code

9  Address Where You Were Last Registered to Vote  Apt/Lot/Unit  City  State  Zip Code

10  Former Name (if name is changed)  Gender ☑ M ☐ F  State or Country of Birth  Jamaica  Telephone No. (optional) (908) 561-2D97

11  ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: _____

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☑ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12  **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

Date  03/13/2019



**Florida Voter Registration Application**
**Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)**

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave this field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
**Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)**

The downloadable/printable online form is available at: registertovoteflorida.gov

This is: ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America?  ☑ YES  ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  07 - 16 - 1952 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide:  Last 4 digits of Social Security Number  ☐ I have NONE of these numbers. |
| 6 | Last Name  Melendez   First Name  Carmen   Middle Name  L.   Name Suffix (Jr., Sr., I, II, etc.) | |
| 7 | Address Where You Live (legal residence-no P.O. Box)  453 Acacia Tree Way   Apt/Lot/Unit   City  Kissimmee   County  FL   Zip Code  34758 | |
| 8 | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code | |
| 9 | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code | |
| 10 | Former Name (if name is changed)   Gender  ☐ M  ☑ F   State or Country of Birth  Re Dom   Telephone No. (optional)  978-463-6546 | |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE  ➡ | Date  9/10/19 |

App. 0844



**Solicitud de Inscripción para Votar en la Florida**
**Parte 1 – Instrucciones (DS-DE 39, R1S-2.040, F.A.C.) (en vigor desde 10/2013)**

**Para inscribirse en Florida debe:**
- ser ciudadano estadounidense,
- ser residente en Florida,
- haber cumplido los 18 años (puede preinscribirse con 16 o 17, pero no podrá votar hasta que tenga 18).

Si ha sido condenado por cometer un delito grave o si un tribunal lo ha declarado mentalmente incapacitado en relación con su derecho al voto, no podrá inscribirse hasta que se le restituya este derecho.
Si no cumple NINGUNO de estos requisitos, no puede inscribirse

**¿Alguna pregunta?**
Póngase en contacto con el supervisor de elecciones de su condado:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visite el sitio web de la División de Elecciones de Florida:
http://election.dos.state.fl.us

**DELITO PENAL:** Facilitar información falsa constituye un delito grave de 3.º grado. La pena máxima en este caso es de 5,000 dólares y/o 5 años de cárcel.

**REGISTRO PÚBLICO:** Una vez archivada, toda la información, incluidos su número de teléfono y su dirección de correo electrónico, se convierte en registro público, salvo lo siguiente, que solo puede usarse para la inscripción de votantes: su FL DL, su FL ID o su SSN, el lugar en el que se ha inscrito para votar y si se ha negado a inscribirse o a actualizar sus datos de inscripción como votante en un organismo de inscripción de votantes. Su firma puede quedar exenta de copiarse (sección 97.0585 de las leyes de Florida, Fla. Stat.).

**Dónde inscribirse:** Puede inscribirse para votar rellenando esta solicitud y presentándola en persona o enviándola por correo a cualquier oficina de un supervisor de elecciones, a una oficina en la que se expiden permisos de conducir o al organismo de inscripción de votantes (oficina de ayuda pública, centro para la vida independiente, oficina al servicio de las personas con discapacidad, biblioteca pública u oficina de reclutamiento de las fuerzas armadas) o a la División de Elecciones. Las direcciones figuran en la página 2 de este formulario.

**Plazo de inscripción:** El plazo de inscripción de votantes vence 29 días antes de cualquier elección. Puede actualizar sus datos de inscripción en cualquier momento, pero, en el caso de las elecciones primarias, los cambios de partido deben realizarse 29 días antes de dicha elección. Se le notificará si su nueva solicitud está incompleta, se ha denegado o se el duplicado de una inscripción ya realizada. Una vez que se haya inscrito se le enviará por correo postal la tarjeta de información de votante.

**Requisitos de identificación:** Los nuevos solicitantes deben proporcionar el número de un permiso de conducir de Florida (FL DL) o el número de su carné de identidad de Florida (FL ID). Si no tiene ninguno de los dos, deberá proporcionar los últimos cuatro dígitos de su número de la Seguridad Social (SSN). Si no tiene ninguno de estos números, marque "Ninguno". Si deja el campo y la casilla en blanco es posible que se le deniegue la nueva inscripción. Véase la sección 97.053, 6) de las leyes de Florida (Fla.Stat).

**Requisitos especiales de identificación:** Si va a inscribirse por correo, no ha votado nunca en Florida y nunca se le ha expedido ninguno de los números de identificación indicados anteriormente, adjunte a su solicitud uno de los documentos siguientes y envíelo posteriormente antes de votar: 1) Una copia de un documento de identidad con su nombre y fotografía (documentos aceptables: pasaporte de los Estados Unidos de América, tarjeta de débito o crédito, documento de identidad del ejército, carné de estudiante, documento de identidad de la residencia de ancianos, documento de identidad de la asociación de vecinos o documento de identidad del ayuda pública); o bien 2) Una copia de un documento identificativo con su nombre y la dirección en la que reside actualmente (documentos aceptables: factura de servicios públicos, extracto bancario, cheque del gobierno, cheque del salario u otro documento del gobierno).

El documento de identificación no es necesario si tiene 65 años o más, tiene una discapacidad física temporal o permanente, es miembro de los servicios uniformados activos o de la marina mercante y se encuentra de servicio fuera del país o bien su cónyuge o su dependiente, o vive fuera de los Estados Unidos en la actualidad, pero cumple los requisitos para votar en Florida.

**Afiliación a un partido político:** Florida es un Estado con elecciones primarias cerradas. En las elecciones primarias, los votantes inscritos solo pueden votar a los candidatos del partido con el que se hayan inscrito en las votaciones en las que se muestre la afiliación del votante (partisan). En una elección primaria, todos los votantes inscritos, independientemente de si están afiliados a algún partido, pueden votar sobre cualquier cuestión, en las elecciones en las que no se muestre la afiliación y en las votaciones en las que un candidato no tenga oponente en las elecciones generales. Si no indica el está afiliado a un partido, se le inscribirá sin afiliación. Puede consultar una lista de los partidos políticos en el sitio web de la División de Elecciones: http://election.dos.state.fl.us/

**Raza/etnia:** indicar su raza o etnia.

**Casillas:** Marque las casillas (☐) que corresponda.

---

### Las filas 1 a 7 y 12 deben rellenarse en caso de una nueva inscripción.

**Solicitud de Inscripción para votar en la Florida**
**Parte 2 – Formulario (DS-DE #39, R1S-2.040, F.A.C.) (en vigor desde 10/2013)**

Formulario en línea descargable/imprimible disponible en:
http://election.dos.state.fl.us/pdf/webappform.pdf

| | ☐ Nueva inscripción | ☑ Actualización/modificación (p. ej., dirección, afiliación a un partido, nombre, firma) | ☐ Solicitud de una tarjeta de votante nueva |
|---|---|---|---|

| 1 | ¿Es ciudadano de los Estados Unidos de América? | ☑ SÍ   ☐ NO | **SOLO PARA USO OFICIAL** |
|---|---|---|---|
| 2 | ☐ Declaro que no he sido condenado por ningún delito grave o que, si lo he sido, se me ha restituido el derecho al voto. | | |
| 3 | ☐ Declaro que no he sido declarado mentalmente incapacitado respecto al voto o que, si lo he sido, se me ha restituido el derecho al voto. | | |
| 4 | Fecha de nacim. (MM-DD-AAAA)  07 - 16 - 1952 | Núm. FVRS: | |

| 5 | Núm. de permiso de conducir de Florida (FL DL) o de carné de identidad de Florida (FL ID) | Si ni FL DL, ni FL ID, indique | Últimos 4 dígitos del SSN | ☐ No tengo NINGUNO de estos números. |
|---|---|---|---|---|

| 6 | Apellido  Melendez | Nombre  Carmen | Segundo nombre | Sufijo (Jr., Sr., I, II, etc.) |
|---|---|---|---|---|

| 7 | Dirección (residencia oficial, no apartado de correos)  453 Hacca Tree Way | Bloque/Piso | Localidad  Kissimee | Condado  FL | Código postal  34758 |
|---|---|---|---|---|---|
| 8 | Dirección postal (si es distinta a la anterior) | Bloque/Piso | Localidad | Estado o país | Código postal |
| 9 | Última dirección en la que se inscribió para votar | Bloque/Piso | Localidad | Estado | Código postal |

| 10 | Nombre anterior (si ha cambiado de nombre) | Género  ☐ V  ☑ M | Estado o país de nacimiento  Dominicana | Núm. de teléfono (optat.)  (347) 453 60 46 |
|---|---|---|---|---|

| 11 | ☐ Envíeme BOLETOS DE MUESTRA por correo electrónico si esta opción está disponible en mi condado. (Véase el aviso de registro público). Mi dirección de correo electrónico es: |
|---|---|

**Afiliación a un partido político** (Marque solo uno. Si lo deja en blanco, se inscribirá sin afiliación a ningún partido)
- ☐ Partido Demócrata de Florida
- ☐ Partido Republicano de Florida
- ☑ Sin afiliación
- ☐ Partido minoritario (nombre):

**Raza/Etnia** (marque solo una)
- ☐ India americana/nativa de Alaska
- ☐ Isleña de Asia y el Pacífico
- ☐ Negra, no de origen hispano
- ☐ Hispana
- ☐ Blanca, no de origen hispano
- ☐ Multiracial
- ☐ Otra:

(Marque solo uno si corresponde)
- ☐ Soy miembro de los servicios uniformados o la marina mercante y estoy de servicio
- ☐ Soy cónyuge o dependiente de un miembro de los servicios uniformados o la marina mercante que está de servicio
- ☐ Soy un ciudadano estadounidense que reside fuera de los Estados Unidos de América.

- ☐ Necesitaré ayuda para votar.
- ☐ Desearía convertirme en trabajador electoral.

| 12 | **Juramento:** Juro (o declaro) solemnemente que protegeré y defenderé la Constitución de los EE. UU. y la Constitución del Estado de Florida, que cumplo los requisitos para votar como elector conforme a la Constitución y a las leyes del Estado de Florida y que toda la información proporcionada en esta solicitud es verdadera. | **FIRME AQUÍ** | Fecha  9/3/16 |
|---|---|---|---|

App. 0845

**O'Brien, Colleen E.**

| | |
|---|---|
| **From:** | O'Brien, Colleen E. |
| **Sent:** | Friday, March 6, 2020 1:07 PM |
| **To:** | poppop1147@yahoo.com |
| **Subject:** | Follow up inquiry regarding Elections Fraud Complaint |
| **Attachments:** | EFC 20-26 Complaint.pdf |

Dear Mr. Jensen,

Good afternoon. We are in receipt of and thank you for submitting the attached Elections Fraud Complaint. I was going to give you a call but your telephone numbers seems to be cut off on the complaint. Do you have any additional information about what the woman who approached you to sign a registration form looked like?

Thank you.

Sincerely,

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f):  (850) 245-6127

App. 0846

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**

Name **Walter T Jensen**

Address **116 Glendale Ct**

County **Polk**

E-mail Address **Poppop1147@yahoo.com**

Day Phone **863-512-1**
Evening Phone

City **Kissimmee**

State **FL**     Zip Code **34759**

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name **Unknown**

Work Phone

*Person's title of office or position held or sought if applicable*

Address

County _____ State _____

*Name of Governmental Office or Private Entity/Office*

City

Zip Code

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☑ |
| Office of Statewide Prosecution | ☐ | ☑ |
| Florida Department of Law Enforcement | ☐ | ☑ |
| Florida Elections Commission | ☐ | ☑ |
| Florida Commission on Ethics | ☐ | ☑ |

# RECEIVED

FEB 11 2020

Office of the General Counsel

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

I was approached by a person who wanted me to just sign a change of registration form

_____

_____

_____

_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Upon exiting a retail store at 1076 Cypress pkwy Poinciana FL located in Osceola county I was approached by an individual who asked

me to sign a change of voter registration form. I informed her that I was already registered. She continued to attempt to get me to only

sign the change stating she would fill in the rest. I refused and left.

_____

_____

_____

_____

_____

_____

_____

☐ Check here if additional pages or documents are attached.

**2/4/2020**

_____        _____
Signature of complainant              Date Signed

**Walter T Jensen**
_____
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

App. 0848

**O'Brien, Colleen E.**

| | |
|---|---|
| **From:** | O'Brien, Colleen E. |
| **Sent:** | Tuesday, December 10, 2019 3:09 PM |
| **To:** | Dan Kriser |
| **Subject:** | RE: voting |

I've asked the Division's Third Party Voter Registration Coordinator, Katrina Ferguson, to reach out to the specific Third Party Voter Registration Organization that collected the forms in this instance (3P-11-89 (the Florida Democratic Party)), advise them of the incorrect information given and attempt to narrow down to the smaller group or individual in that location to educate and attempt to ascertain more information. It's good that the volunteer did make sure to tell you that you wouldn't be able to vote in both states, but the advice given was still misleading in that property ownership is only a factor in residency as opposed to the be all end all. It may or may not have been intentionally misleading, but we'll see what we can find out.

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f):  (850) 245-6127

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Tuesday, December 10, 2019 3:01 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Subject:** Re: voting

EMAIL RECEIVED FROM EXTERNAL SOURCE

Were you able to find the lady that was giving the incorrect information?

Sent from my expensive toy..

On Dec 10, 2019, at 1:44 PM, O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com> wrote:

You're welcome. Thank you again for contacting us.

Have a great holiday season.

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519

1

(f): (850) 245-6127

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Tuesday, December 10, 2019 2:42 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Subject:** RE: voting

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Thank you Colleen

I just spoke with the registration office and they are mailing me the forms.

Could have gotten away with it for awhile but rather be legal.

Thanks for your help.

Dan

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Tuesday, December 10, 2019 1:17 PM
**To:** Dan Kriser <grouch50@comcast.net>
**Subject:** RE: voting

Mr. Kriser,

Good afternoon. Following up with our discussion on Friday, Division of Elections staff consulted with the Manatee County Supervisor of Elections Office and reviewed the voter applications. They determined that nothing would have been sent to Illinois in this instance as of yet because former addresses were not provided. I say as of yet because Florida is in the process of joining ERIC (the Electronic Registration Information Center) of which Illinois is also a member state. Membership entails additional information sharing between states for purposes of voter registration maintenance.

Staff further advised me that because the Supervisor of Elections Offices actually perform removals, you would need to reach out to that office directly to confirm your request to remove you and your wife from the Florida voter registration database in this instance.

**Michael Bennett, Supervisor of Elections, Manatee County**
600 301 Blvd. W., Suite 108, Bradenton FL 34205 • Mailing: PO Box 1000, Bradenton FL 34206-1000

**Phone:** (941) 741-3823 • **Fax:** (941) 741-3820 • **Email:** info@votemanatee.com
**Hours:** M-F, 8:30am-5:00pm
https://www.votemanatee.com/

Just let me know if you have any questions.

Best Regards,

App. 0850

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** O'Brien, Colleen E.
**Sent:** Friday, December 6, 2019 4:01 PM
**To:** Dan Kriser <grouch50@comcast.net>
**Subject:** RE: voting

You may absolutely call me Colleen ☺

I honestly can't answer that question for you as it is something of an individual determination and would be providing legal advice in that it may implicate other areas as well such as state taxes, residency on driver's license, etc. I would say that in your emails and in talking with you, it sounds like you consider yourself a resident of Illinois, and I would be hesitant to disrupt that personal conclusion. I think some of the key takeaways from the advisory opinion are "where the person calls "home,"" and "where the person both truly intends to reside and has made overt acts that demonstrate that intention."

I would like to be able to assist, but in cases like yours (as opposed to someone who has absolutely no connection to the state), it truly is a situation where the "voter registration applicant must decide whether he or she is truly a legal resident of the county where voter registration status is sought."

Best Regards,

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Friday, December 6, 2019 3:40 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Subject:** RE: voting

| EMAIL RECEIVED FROM EXTERNAL SOURCE |
| :---: |

The attachments/links in this message have been scanned by Proofpoint.

Colleen (may I call you Coleen?)

Clear as mud. Got to love the law.

App. 0851

OK. I have owned my home in Florida since 1985. I have an automobile titled and registered in Florida. I receive mail in Florida. I spend 3-4 months a year in my Florida home. I have insurance policies in Florida.  I do have family (cousins) who reside in Florida.

Can I legally change my residency to Longboat Key in Florida?

Thanks

Dan

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Friday, December 6, 2019 2:25 PM
**To:** grouch50@comcast.net
**Subject:** FW: voting

Dear Mr. Kriser,

As discussed, please find attached the Division of Elections advisory opinion with a deeper dive into the residency discussion. I will follow up with you next week after consulting with the Division of Elections staff and the applicable Supervisor of Elections Office to confirm the Florida removals and to confirm whether anything would have been sent to Illinois in this circumstance.

I have also asked Division of Elections staff to reach out to the applicable third party voter registration organization and investigate further regarding the incorrect information given to you by one of their agents.

Best Regards,

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** O'Brien, Colleen E.
**Sent:** Friday, December 6, 2019 11:18 AM
**To:** grouch50@comcast.net
**Subject:** RE: voting

Dear Mr. Kriser,

Good morning. Thank you for your below email. It was forwarded to us for inquiry. Please let me know if there is a good time and number I can give you a call and we can talk through the residency question.

Thank you!

4

Best Regards,

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Monday, December 2, 2019 9:43 AM
**To:** BVRSHelp <BVRSHelp@DOS.MyFlorida.com>
**Subject:** voting

## EMAIL RECEIVED FROM EXTERNAL SOURCE

Good morning.

My primary residence is in Illinois but I own an apartment in Longboat Key.

Recently at an art fair a women approached my wife and I and asked if we were registered to vote. I explained that we live in Illinois. She asked if we own property in Florida and we said yes. She said that by filling out registration forms, which she had, we could vote in Florida but then not in Illinois. We signed the forms but I just want to make sure that she was accurate.

Our names are:

Daniel C Kriser

Victoria L. Kriser

Thank you.

App. 0853

**O'Brien, Colleen E.**

| | |
|---|---|
| **From:** | O'Brien, Colleen E. |
| **Sent:** | Friday, December 6, 2019 4:01 PM |
| **To:** | Dan Kriser |
| **Subject:** | RE: voting |

You may absolutely call me Colleen ☺

I honestly can't answer that question for you as it is something of an individual determination and would be providing legal advice in that it may implicate other areas as well such as state taxes, residency on driver's license, etc. I would say that in your emails and in talking with you, it sounds like you consider yourself a resident of Illinois, and I would be hesitant to disrupt that personal conclusion. I think some of the key takeaways from the advisory opinion are "where the person calls "home,"" and "where the person both truly intends to reside and has made overt acts that demonstrate that intention."

I would like to be able to assist, but in cases like yours (as opposed to someone who has absolutely no connection to the state), it truly is a situation where the "voter registration applicant must decide whether he or she is truly a legal resident of the county where voter registration status is sought."

Best Regards,

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Friday, December 6, 2019 3:40 PM
**To:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Subject:** RE: voting

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

The attachments/links in this message have been scanned by Proofpoint.

Colleen (may I call you Coleen?)

Clear as mud. Got to love the law.

OK. I have owned my home in Florida since 1985. I have an automobile titled and registered in Florida. I receive mail in lorida. I spend 3-4 months a year in my Florida home. I have insurance policies in Florida. I do have family (cousins) who reside in Florida.

1

App. 0854

Can I legally change my residency to Longboat Key in Florida?

Thanks

Dan


**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Friday, December 6, 2019 2:25 PM
**To:** grouch50@comcast.net
**Subject:** FW: voting

Dear Mr. Kriser,

As discussed, please find attached the Division of Elections advisory opinion with a deeper dive into the residency discussion. I will follow up with you next week after consulting with the Division of Elections staff and the applicable Supervisor of Elections Office to confirm the Florida removals and to confirm whether anything would have been sent to Illinois in this circumstance.

I have also asked Division of Elections staff to reach out to the applicable third party voter registration organization and investigate further regarding the incorrect information given to you by one of their agents.

Best Regards,

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** O'Brien, Colleen E.
**Sent:** Friday, December 6, 2019 11:18 AM
**To:** grouch50@comcast.net
**Subject:** RE: voting

Dear Mr. Kriser,

Good morning. Thank you for your below email. It was forwarded to us for inquiry. Please let me know if there is a good time and number I can give you a call and we can talk through the residency question.

Thank you!

Best Regards,

COLLEEN E. O'BRIEN
Assistant General Counsel
FLORIDA DEPARTMENT OF STATE

500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Monday, December 2, 2019 9:43 AM
**To:** BVRSHelp <BVRSHelp@DOS.MyFlorida.com>
**Subject:** voting

<div style="background-color:#4a6a82; color:white; text-align:center; padding:4px;">EMAIL RECEIVED FROM EXTERNAL SOURCE</div>

Good morning.

My primary residence is in Illinois but I own an apartment in Longboat Key.

Recently at an art fair a women approached my wife and I and asked if we were registered to vote. I explained that we live in Illinois. She asked if we own property in Florida and we said yes. She said that by filling out registration forms, which she had, we could vote in Florida but then not in Illinois. We signed the forms but I just want to make sure that she was accurate.

Our names are:

Daniel C Kriser

Victoria L. Kriser

Thank you.

3

**O'Brien, Colleen E.**

| | |
|---|---|
| **From:** | Marconnet, Amber |
| **Sent:** | Monday, December 9, 2019 3:41 PM |
| **To:** | O'Brien, Colleen E.; Ferguson, Katrina R. |
| **Subject:** | RE: voting |

Colleen,

I spoke to Sharon Stief in Manatee County.

The 3PVRO is 11-89

Victoria Kriser – 127386389
Daniel Kriser – 127386396

Thank you,

*Amber Marconnet*
Sr. Management Analyst Supervisor
Division of Elections, Bureau of Voter Registration Services
R.A. Gray Building, Room 316
500 S. Bronough Street
Tallahassee, Florida 32399
350.245.6224

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Friday, December 6, 2019 3:17 PM
**To:** Marconnet, Amber <Amber.Marconnet@DOS.MyFlorida.com>; Ferguson, Katrina R.
<Katrina.Ferguson@dos.myflorida.com>
**Subject:** FW: voting

Hi Amber and Katrina,

Can you each call me regarding the below when you have a moment? There are aspects that intertwine with both of your areas ☺

Thank you!

Colleen

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
f): (850) 245-6127

App. 0857

**From:** General Counsel <DOS.GeneralCounsel@DOS.MyFlorida.com>
**Sent:** Thursday, December 5, 2019 9:33 AM
**To:** Davis, Ashley E. <Ashley.Davis@dos.myflorida.com>; O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Subject:** FW: voting

**From:** BVRSHelp <BVRSHelp@DOS.MyFlorida.com>
**Sent:** Thursday, December 5, 2019 8:38 AM
**To:** General Counsel <DOS.GeneralCounsel@DOS.MyFlorida.com>
**Subject:** FW: voting

I am forwarding this back for legal for clarification on residency guidelines.

Thank you,

JC

**From:** General Counsel <DOS.GeneralCounsel@DOS.MyFlorida.com>
**Sent:** Wednesday, December 4, 2019 10:39 AM
**To:** BVRSHelp <BVRSHelp@DOS.MyFlorida.com>
**Subject:** FW: voting

**From:** BVRSHelp <BVRSHelp@DOS.MyFlorida.com>
**Sent:** Monday, December 2, 2019 11:28 AM
**To:** General Counsel <DOS.GeneralCounsel@DOS.MyFlorida.com>
**Subject:** FW: voting

**From:** Dan Kriser <grouch50@comcast.net>
**Sent:** Monday, December 2, 2019 9:43 AM
**To:** BVRSHelp <BVRSHelp@DOS.MyFlorida.com>
**Subject:** voting

## EMAIL RECEIVED FROM EXTERNAL SOURCE

Good morning.

My primary residence is in Illinois but I own an apartment in Longboat Key.

Recently at an art fair a women approached my wife and I and asked if we were registered to vote. I explained that we live in Illinois. She asked if we own property in Florida and we said yes. She said that by filling out registration forms, which she had, we could vote in Florida but then not in Illinois. We signed the forms but I just want to make sure that she was accurate.

Our names are:

2

Daniel C Kriser

Victoria L. Kriser

Thank you.

App. 0859



**MARK S. EARLEY**
SUPERVISOR OF ELECTIONS
LEON COUNTY, FLORIDA

DUPLICATE

December 5, 2019

Starting in September 2019, my office received many Florida Voter Registration Applications (FVRA) from a Third Party Voter Registration Organization (3PVRO) 3P16-65, New Florida Majority Education Fund.  Starting in November, this organization now makes weekly drops of hundreds of registration forms and at times over a thousand. This is many more registration forms than our office normally receives this time of year, between August and December of an "off" election year.

While processing these forms, my staff noticed several instances of FVRAs for voters who already registered, but with minor changes in critical voter information, such as dates of birth, driver's license, and addresses. We assumed that 3PVRO registration agents were assisting voters and transcribing information incorrectly, or that voters who do not trust the registration agents might be supplying incorrect information.

However, we have now found more serious and concerning issues. On November 19, 2019 we discovered at least one case of a new FVRA collected for a voter who was recently deceased.  The new FVRA contained handwriting that did not match the handwriting on the voter's previous applications, and the voter's signature did not match the voter's previous signatures on file. The Department of State performs verification of social security number and driver's license numbers provided on FVRAs, and in this case the Department of State returned a message to our office that the person is deceased.

On November 19, 2019 as a pattern of potential problems became apparent, my staff began documenting concerns with specific FVRAs from 3P16-65. On November 19 and November 20, we attempted to contact the voters listed herein, and we found that in many cases the phone numbers provided on the FVRAs were disconnected or invalid phone numbers, which is odd for applications so recently collected. Normally, newly collected FVRAs would have data elements that are current and correct.

Seven examples are listed below and an explanation of the issues we discovered with each example. Collaborating documentation is attached on the following pages thereafter, with a note explaining which cases the documentation relates to and how.

Additionally, attached is a packet received by our office for this organization from September 12, 2019. The packet includes a letter from Victricia Chandler, the Chief of Staff for the Organization, stating that two canvassers had been removed from the organization because the organization had determined that the canvassers had forged registration applications. Copies of the supposedly forged applications are included as well. Her contact phone number is listed as (786)525-1540.

You will also find a copy of an "Elections Fraud Complaint" that we are filing with the Department of State regarding two specific voter registration applications, Tinika McNeil and her mother Foriest McNeil. Tinika McNeil was previously registered in Gadsden County (VID# 104261440). This registration was removed by theGadsden County Supervisor of Elections on 07/23/2019, following the death of Tinika McNeil. Our office received a new voter registration application on 11/08/2019 for Tinika McNeil, signed 11/05/2019, and collected by third party voter registration organization 3P16-65. All pertinent information on the new application matched the decedent's prior voter registration record, except the handwriting and the signature differed significantly.

We welcome the opportunity to discuss this situation and answer any questions that are bound to arise regarding the details of these voter registration applications. I am hopeful that one of the end results of this process is to reduce the amount of erroneous forms that we are receiving from this 3rd Party Voter Registration Organization. It is my obligation to report fraudulent attempts to register to vote. It is also my duty to maintain accurate voter rolls, and the large increase in unverifiable and incomplete forms we are receiving from this group only serves to undermine our efforts to serve the voters of Leon County, and to undermine the public trust in the integrity of our elections process.

12/4/19

Mark S. Earley, Supervisor of Elections

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

| | | | |
|---|---|---|---|
| Name | Mark S. Earley | Day Phone | 850-606-8683 | Evening Phone |

Address 2990-1 Apalachee Pkwy    City Tallahassee

County Leon    State FL    Zip Code 32301

E-mail Address vote@leoncountyfl.gov

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name 3PVRO 3P16-65    Work Phone 305-754-0118

**New Florida Majority Education Fund**

*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address 10800 Biscayne Blvd Ste 1050    City Miami

County Miami-Dade    State FL    Zip Code 33161

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | ☐ Yes | ☑ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☑ No |

DS-DE #34 (rev. 07/2016)    Page 1    Rule 1S-2.025, F.A.C.

App. 0863

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Our office received a Florida Voter Registration Application for Tinika McNeil, signed 11/05/2019, and an application for her mother, Foriest McNeil, signed 10/24/2019. However, Ms. Tinika McNeil is deceased, as of 07/06/2019 per her obituary published in the paper. In a telephone conversation between our staff and Ms. Foriest McNeil on 11/19/2019, Ms. Foriest McNeil only recalled filling out a registration application in 2018, and did not seem to understand that we called regarding an application apparently signed by Foriest McNeil on 10/24/2019. We believe that both applications are fraudulent, neither were completed by the voters themselves.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Tinika McNeil was previously registered in Gadsden County (VID# 104261440). This registration was removed by the Gadsden County Supervisor of Elections on 07/23/2019, following the death of Tinika McNeil. Our office received a new voter registration application on 11/08/2019 for Tinika McNeil, signed 11/05/2019, and collected by third party voter registration organization 3P16-65. All pertinent information on the new application matched the decedent's prior voter registration record, except the handwriting and signature differed significantly. Our office processed the application as a new registration record. We received a DLN/SSN verification report from the Department of State: "SY, SSA Response Single Match - Deceased, Unverified: SSN provided was not validated." Our office also discovered an obituary published in the newspaper stating that Ms. Tinika McNeil passed away 07/06/2019. At that point, our office removed the registration record created by the new application as deceased. Also on 11/08/2019, our office received a new registration application for Foriest McNeil, mother of Tinika McNeil, signed 10/24/2019, registered at the same address. Like Tinika McNeil, this new application matched Foriest McNeil's information, except that the signature and handwriting differed significantly from our existing records for Foriest McNeil. Our office contacted Foriest McNeil by phone. Foriest McNeil remembered completing an application the previous year in 2018, but not in October of 2019. She seemed unaware of the new application. Of note, the handwriting on the applications for both Foriest McNeil and Tinika McNeil appear similar to each other. Notably, the signature for Tinika McNeil's application received 11/08/2019 contains a suspicious revision accompanied by initials, indicating a mistake was made in signing. This sort of signature is irregular and a possible further indication of fraud. Supporting documentation attached.

---

☑ Check here if additional pages or documents are attached.

_____    12/4/18
Signature of complainant                        Date Signed

**Mark S. Earley**
_____
Print or type name of complainant

---

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

| 2019 Month | Unverified Letters | Incomplete Notices | Voter Cards - New Registration | % UNV | % INC |
|---|---|---|---|---|---|
| January | 3 | 48 | 631 | 0.475% | 7.607% |
| February | 3 | 36 | 395 | 0.759% | 9.114% |
| March | 4 | 29 | 427 | 0.937% | 6.792% |
| April | 5 | 36 | 473 | 1.057% | 7.611% |
| May | 5 | 25 | 346 | 1.445% | 7.225% |
| June | 9 | 24 | 545 | 1.651% | 4.404% |
| July | 12 | 42 | 768 | 1.563% | 5.469% |
| August | 6 | 32 | 666 | 0.901% | 4.805% |
| September | 98 | 173 | 875 | 11.200% | 19.771% |
| October | 216 | 141 | 1470 | 14.694% | 9.592% |
| Nov. 1 - Nov. 19 | 78 | 60 | 526 | 14.829% | 11.407% |
| (Sch'd Nov. 22) | 61 | 42 | 273 | 22.344% | 15.385% |

App. 0865

| Issue # | Voter Name | Voter ID Number | Voter Date of Birth | Voter Address | Description of Issue |
|---|---|---|---|---|---|
| 001 | Tinika McNeil | 127421933 | 03/12/1984 | 725 Dunn St Tallahassee FL 32304 | Our office received a new application for Ms. McNeil on November 8, 2019, apparently signed by Ms. McNeil on November 5, 2019.  Ms. McNeil was previously registered in Gadsden County, #104261440, however her registration was cancelled July 23, 2019 because Ms. McNeil is now deceased.  All pertinent information between the two applications matched. Our office processed the application as a new application, and after DLN/SSN verification by the department of state, received a report stating: "SY, SSA Response Single Match – Deceased, Unverified:  SSN provided was not validated."  PDF versions of the new registration form, and her previous registrations are attached for comparison. |
| 002 | Foriest B McNeil | 104233875 | 04/21/1961 | 725 Dunn St Tallahassee FL 32304 | Our office received a FVRA on November 1, 2019 updating this voters record.  However, the handwriting and signature did not match the voter's previous applications.  Our office called the voter on November 19, 2019 to verify that she completed the application.  The voter remembered filling out an earlier application in 2018.  She did not mention filling out a more recent application in October 2019.  PDF versions of her new FVRA and previous FVRAs, as well as VBM return envelopes are attached for comparison. |

| 003 | Kennedi E Mercer & Kennedi Emelda Bernier | 126126283 & 127426275 | 02/20/2002 | 4768 Woodville Hwy Apt 1400 Tallahassee FL 32305 | Our office received a FVRA on November 8, 2019 for "Kennedi Emelda Bernier." There is an existing record for a "Kennedi E. Mercer," #126125283, however the handwriting and signature did not match, the name did not match, and there was no social security number to match. Our office opted to process the new form as a separate, new registration, and to wait for the Department of State to verify the new social security number to see if it is valid. PDF copies of applications for both voters are attached. |
|-----|-----|-----|-----|-----|-----|
| 004 | Hannah Pernell Tommy II & Tommy Pernell Hannah III | 123814475 & 127390975 | 02/03/1999 & 10/18/1997 | 2000 Meridian Rd Apt 265 Tallahassee FL 32303 | Our office received a FVRA on November 1, 2019 for "Hannah Pernell Tommy II." In processing his application, we found an existing record for "Tommy Pernell Hannah III," #123814475, registered at the same address. However, there were discrepancies between the Date of Birth, social security number, and name. The Department verified the second voter and our office mailed them a voter information card. Scans of both voter's applications are attached for comparison. |

| 005 | Latasha Yolanda McCray | 105114341 | 07/15/1977 | 5524 Mossy Top Ln Tallahassee FL 32303 | Our office received a FVRA on November 8, 2019 for Latasha McCray.  However, the handwriting and signature on the new form did not match any of her previous applications.  Scans of her applications are attached for comparison. |
|---|---|---|---|---|---|
| 006 | Kendasia Lamae Sharpe & Sharpe Kendasia | 126822886 & 127430623 | 06/10/2001 & 01/12/2000 | 3311 Sugar Berry Way Tallahassee FL 32303 & 2729 Graves Rd #7 Tallahassee FL 3233 | Our office received a FVRA on November 8, 2019 for "Sharpe Kendasia."  We found a similar record for a Kendasia Sharpe, however the date of birth, social security, and address information was all different, as was the signature.  The existing record came from the DMV, so there is only a signature clip provided, however the DMV's information comes to us pre-verified by DHSMV.  Finally, 2729 Graves Rd is a Best Western Plus hotel. |
| 007 | Larry Merrit | 116392545 & 127430796 | 12/17/90 | 1700 Joe Louis St Apt 5 Tallahassee FL 32304 & 2314 Oxford Rd Tallahassee Fl 32304 | Our office received a FVRA on November 8, 2019.  However, the social security number, handwriting on the form, and signature were completely different.  Our office attempted to use the phone number provided on the form to contact the voter to verify their identity, but the phone number provided on the form was not in service.  We processed as a new record and are awaiting DOS verification of the new SSN. |

104261440  MCNEIL, TINIKA S (Read Only) (Doc Imag s)

ISSUE 001 - Document 1 of 5

Signed 11/08/16, original record

322 N 10TH ST, QUINCY, 32351

GAD    104261440        MCNEIL, TINIKA S

App. 0869

VR Systems Voter Focus Version 20 0 26|01
11/19/2016 2:29:52 PM
Operator = us2ioks

ISSUE 001 - Document 2 of 5

Signed 10/22/08, original record

**Florida Voter Registration Application**

FLORIDA VOTER REGISTRATION APPLICATION

1042614   MCNEIL, TINIKA S (Read Only) (Doc Imag...)

GAD   104261440   MCNEIL, TINIKA S

Scan Date = 10/30/2008

VR Systems Voter Focus Version 20.0.2600
11/19/2019 2:50:22 PM
Operation = usefoks

127421933 MCNEIL, TINIKA (Doc Images)

LEO   127421933

MCNEIL, TINIKA

Signed 11/05/19, deceased as of 7/23/19.

Signature does not match existing record.

Note the mistake in the signature, with the initials noting the correction.

ISSUE 001 - Document 3 of 5

725 DUNN ST, TALLAHASSEE  32304

## Florida Voter Registration Application
Part 2 – Form (03-DE #3), F.S.§ 3.0A0, F.A.C.(ref. 1/2013)

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

2. ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM-DD-YYYY)   0 3 - 1 2 - 1 9 8 4

FWRS No:  127-421-033

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
   If no FL DL or FL ID, then provide:   ☐ I have NONE of these numbers.

   Last Name  McNeil   First Name  TINIKA   Middle Name

6.   Last 4 digits of Social Security Number   Name Suffix (Jr., Sr., II, III, etc.):

7. Address Where You Live (legal residence, P.O. Box)
   725 Dunn Street   Apt/Lot/Unit   City  Tallahassee   County  Leon   Zip Code  32304

8. Mailing Address (if different from above address)   Apt/Lot/Unit   City   State   Zip Code

9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

   Gender  ☐ M  ☑ F   State or Country of Birth

10. Former Name (if name is changed)

    Telephone No. (optional)  850-408-94--

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.   My email address is:
    (See Public Record Notice above)

Party Affiliation
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☑ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting

☐ I am interested in becoming a poll worker

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

Date  11/05/19

Received by SOE 11/8/2019

Scan Date = 11/18/2019

VR Systems Voter Focus Version 20.0.20(0)
11/18/2019 2:28:48 PM
Operator : us2006

App. 0871

ISSUE 001 - DOCUMENT 4 of 5

OBITUARIES    FUNERAL HOMES    SEND FLOWERS    NEWS & ADVICE    MEMORIALS

Obituary for voter
published 7/12/2019
stating voter deceased
as of July 6, 2019.

**SERVICES**

Bradwell Mortuary -
Quincy
18300 Blue Star Hwy
Quincy, FL 32353
(850) 627-3700

🌺 Send Flowers
✉ Email Service Info
💻 Website | 📍 Map

See Services Detail

**RESOURCES**

📄 More Obituaries for
Tinika McNeil

📄 Looking for an obituary
for a different person
with this name?

# Tinika McNeil

✏ Add a Memory    Share This Page ⌄



Tinika McNeil

Quincy - Tinika Sharmane McNeil, 35 of Quincy, died on
Saturday, July 6 in Tallahassee. She was a member of Mt.
Olive FWB Church. Service will be 2:30 PM, Sunday, July 14,
2019 at Arnett Chapel AME Church with interment in the
Sunnyvale Cemetery. Viewing will be from 3 PM to 7 PM,
Saturday, July 13 at Bradwell Mortuary. Tinika is survived
by her daughter, Tayla Humose and her son, Davion
Rittman; her mother, Foriest B. McNeil; her father, Charlie
McNeil; siblings, Trakeshia Dowdell and Antwon McNeil;
her companion, David Rittman Jr. and her grandmother,
Mildred McNeal.

Published in Tallahassee Democrat on July 12, 2019

Read Less | **Print** | Listen to Obituary

**REMEMBER**

Share memories or express condolences below.

View All

Add a memory or
condolence to the guest
book

*"Foriest and Keshia: With deepest
sympathy, my prayers are..."*
-Dr. Kim Ardley

*"My heartfelt condolences to the
family and all who loved..."*
-Wytania Dennis

ADD MESSAGE

View All Messages



**MORE INFORMATION**

Funeral E...
Expect advic
do and say
someone di

ADD PHOTOS      ADD VIDEOS

 



Send Me a Pla
Guide
Planning ahea
a big differenc
Legacy's free f
guide and kno
advance optio

TOP ARTICLES      Legacy...

App. 0872

ISSUE 001 - Document 5 of 5



The result from DOS verification of the voter's name, date of birth, and social security number. "SY, SSA Response Single Match - Deceased."

1042335 MCNEIL, FORIEST BRADWELL (Doc Images)

LEO   104233875

Scan Date = 11/13/2019

VR Systems Voter Intake version 20.0.2600
VR31820192240.50 PM
Operator = 03260ks

ISSUE 002 - Document 1 of 5

Signed 10/24/19, signature does not match

Handwriting on application does not match, note the small "c" in McNeil in previous signatures/registration forms.

MCNEIL, FORIEST B   725 DUNN ST, TALLAHASSEE, 32304

**This is to:** ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☒ Request to Replace Voter Information Card

**OFFICIAL USE ONLY**   104-233-875   3F16-6S

**Rec'd by SOE 11/01/2019**

1. **Are you a citizen of the United States of America?**  ☒ YES  ☐ NO

2. ☒ I affirm I have never been convicted of a felony.
   ☐ If I have been convicted of a felony, my voting rights have been restored by the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

3. ☒ I affirm that have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. **Date of Birth** (MM-DD-YYYY)  `0 4 - 1 2 - 1 9 6 1`

5. **Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number**  ☐ If no FL DL or FL ID, then provide →
   **Last 4 digits of Social Security Number**
   **If no FL DL or FL ID, then provide** ☐ I have NONE of these numbers.

6. **Last Name** Mc neil   **First Name** Foriest   **Middle Name** B   **Name Suffix** (Jr., Sr., I, II, etc.):

7. **Address Where You Live** (legal residence–no P.O. Box)  725 Dunn Street   **Apt/Lot/Unit**   **City** Tallahassee   **County** Leon   **Zip Code** 32304

8. **Mailing Address** (if different from above address)  725 Dunn Street   **Apt/Lot/Unit**   **City** Tallahassee   **State** FL/Leon   **Zip Code** 32304

9. **Address Where You Were Last Registered to Vote**   **Apt/Lot/Unit**   **City**   **State**   **Zip Code**

10. **Former Name** (if name is changed):

**Gender** ☐ M ☒ F   **State or Country of Birth**   **Telephone No.** (optional) (850) 408-7440

11. ☐ Email me **SAMPLE BALLOTS** if option is available in my county.  My email address is:
    (See Public Record Notice above)

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation.)
☒ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☒ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

12. **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

**SIGN/MARK HERE** →

**Date** 10/24/19
104-233-875
1072419

104233875 MCNEIL, FORIEST BRADWELL (Doc Images)

LEO   104233875

MCNEIL, FORIEST B       725 DUNN ST, TALLAHASSEE, 32304

ISSUE 002 - Document 2 of 5

Signed 5/1/2018

**This is:** ☒ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

1. Are you a citizen of the United States of America?  ☒ YES  ☐ NO

**OFFICIAL USE ONLY**

2. ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth  (MM-DD-YYYY)   0 4 - 1 2 - 1 9 6 1

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
   — 0
   If no FL DL or FL ID, then provide: → **FVRIS No:** 104-233-875
   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

6. Last Name  McNeil   First Name  Foriest   Middle Name  Bradwell   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence, no P.O. Box)  725 Dunn St   Apt/Lot/Unit   City  Tall,   County  Leon   State or Country  FL   Zip Code

8. Mailing Address (if different from above address)   Apt/Lot/Unit   City   State   Zip Code

9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

10. Former Name (if name is changed)

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.  (See Public Record Notice above)  ☐ by email address.

Gender  ☐ M  ☒ F

State or County of Birth  U.S.?

Race/Ethnicity (Check only one):
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☒ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation):
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Telephone (optional)  (850) 408-2440

(Check only one if applicable):
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will attend assistance with voting.
☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/ MARK HERE →

Date  5/01/18

SUPERVISOR OF ELECTIONS
LEON COUNTY, FL
2018 MAY 10   P 1:04

3F18-6

Scan Date = 06/04/2018

App. 0875

10423 75 MCNEIL, FORIEST BRADWELL (Doc Images)

LEO    10423875    MCNEIL, FORIEST B    775 DUNN ST  TALLAHASSEE  32304

ISSUE 002 - Document 3 of 5    Signed 3/29/14

**This is:** ☑ New Registration    ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)    ☐ Request to Replace Voter Information Card

**OFFICE USE ONLY**  GAD

1. Are you a citizen of the United States of America?  ☑ YES  ☐ NO

2. ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. **Date of Birth** (MM-DD-YYYY)  ☐4 - ☐☐ - ☐9☐☐

5. **Florida Driver License (FL DL) or Florida identification (FL ID) Card Number**  
   If an FL DL or FL ID, then provide →    FL#s 104-233-895

   ☐ I have NONE of these numbers.

   **Last 4 digits of Social Security Number**

6. **Last Name** MCNeil    **First Name** Foriest    **Middle Name**    **Name Suffix** (Jr., Sr., I, II, etc.)

7. **Address Where You Live** (legal residence–no P.O. Box)  3300 070/4 Rd    **Apt./Lot/Unit**    **City** Quincy    **County** Gadsden  32352  **Zip Code**

8. **Mailing Address** (if different from above address)  3350 Froct Genac Rd    **Apt./Lot/Unit** 313    **City** TM Cu    **State or County** FL  32303  **Zip Code**

9. **Address Where You Were Last Registered to Vote**    **Apt./Lot/Unit**    **City**    **State**    **Zip Code**

   **Gender** ☐M ☑F    **State or County of Birth** Gadsden

10. **Former Name** (if name is changed)  **Telephone No. (optional)** 850-765-7440

11. ☑ Email me SAMPLE BALLOTS if option is available in my county.  My email address is: Fmaxincle@gmail.com  
    (See Public Record Notice above)

12. **Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)  
    ☑ Florida Democratic Party  
    ☐ Republican Party of Florida  
    ☐ No party affiliation  
    ☐ Minor party (print party name):

    **Race/Ethnicity** (Check only one)  
    ☐ American Indian/Alaskan Native  
    ☐ Asian/Pacific Islander  
    ☑ Black, not of Hispanic Origin  
    ☐ Hispanic  
    ☐ White, not of Hispanic Origin  
    ☐ Multi-racial  
    ☐ Other:

    (Check only one if applicable)  
    ☐ I am an active duty Uniformed Services or Merchant Marine member  
    ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member  
    ☐ I am a U.S. citizen residing outside the U.S.

    ☐ I will need assistance with voting.

    ☐ I am interested in becoming a poll worker.

    **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

    **SIGN/MARK HERE** →    **Date** 3/29/14

Scan Date = 04/04/2014

VR Systems Voter Forms Version 10.0.3601
1/19/2014 12:41:34 PM
Operator = us210KS

104233875  MCNEIL, FORIEST BRADWELL  (Doc Im?es)

LEO    104233875    MCNEIL, FORIEST B    725 DUNN ST  TALLAHASSEE, 32304

# VOTER'S CERTIFICATE: YOU MUST SIGN THIS OATH.

I, _____, do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

**Ballot must be received by the Supervisor of Elections no later than 7:00 pm on Election Day.**

SIGN HERE

10/25/18
DATE

**VOTER SIGNATURE REQUIRED:**

(POWER OF ATTORNEY CANNOT SIGN FOR VOTER)

FORIEST B MCNEIL

9145

☒ I want to continue to vote by mail

104233875 1503 C Elc 76 Sly 1503 #107

6184000000107

Scan Date  01/22/201

VR Systems Voter Focus Version 20.0 2600-
1/18/2019 2:42:23 PM
Operation = us2i0ss

10423?  75  MCNEIL, FORIEST BRADWELL  (Doc Im~es)

LEO  10423875  MCNEIL, FORIEST B  225 DUNN ST  TALLAHASSEE, 32304

# VOTER'S CERTIFICATE: YOU MUST SIGN THIS OATH.

I, _Foriest Bradwell McNeil_ , do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

SIGN HERE →

8/20/18
DATE

**VOTER SIGNATURE REQUIRED:**

(POWER OF ATTORNEY CANNOT SIGN FOR VOTER)

☑ I want to continue to vote by mail

143

10423875 DEM 1503 C Eb 75 Sty 1503D #224    FORIEST B MCNEIL

08/21/2018 02:47 PM



Scan Date 23/20

Ballot must be received by the Supervisor of Elections no later than 7:00 pm on Election Day.

VR Systems, Voter Focus Version 3.6f.2bu4!
07/19/2018 - 2:3 PM
Operatoi - 068.Doc

BERNIER, KENNEDI EMELDA (Read Onl (Doc Images)

127426275 BERNIER, KENNEDI EMELDA

LEO   127426275   BERNIER, KENNEDI E

ISSUE 003 – Document 1 of 2
Signed 10/31/19
Signature does not match existing record.

Different hand writing completed the last name from the first name and address.

** Protected **

## Florida Voter Registration Application
Part A - Form (DS-DE 39, reg-1266, F.A.C. (eff. 7/2016)

Title is:  ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Register to Vote  ☐ Instration Card

Form available online at Formulario disponible en línea en: registertovoteflorida.gov

OFFICIAL USE ONLY

3P216-65

127.426.275

1. Are you a citizen of this United States of America?   ☑ YES   ☐ NO
PVRB No:

2. ☑ I affirm I have never been convicted of a felony.
☐ If I have been convicted of a felony, the Board of Executive Clemency.
☐ If I have been convicted of a felony, I affirm any voting rights have been restored by _____
pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

3. ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.
☐ I have NONE of these numbers

4. Date of Birth (MM/DD/YYYY)   0 2 - 2 0 - 2 0 0 2   | Last 4 digits of Social Security Number

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number   0 2 - 7 D - 2 0 0 2 - _ _ - _ _ _   | ☐ If no FL DL or FL ID, then provide

6. Last Name   Bernier   | First Name   KENNEDI   | Middle Name   EMELDA   | Suffix (Jr., Sr., etc.)   | Name (Jr., etc.)

7. Address Where You Live (legal residence - NO P.O. Box)   4767 Allison McClay   | Apt/Lot/Unit   | City   Tallassee   | County   Leon   | State or Country   | Zip Code   32305   | Zip Code

Mailing Address (if different from above address)   | Apt/Lot/Unit   | City   | State   | Zip Code

8. ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is: _____

9. Address Where You Were Last Registered to Vote   | Apt/Lot/Unit   | State or Country of Birth

10. Former Name (if name is changed)   | Gender   ☐ M ☑ F   | Telephone No. (optional)

11. Party Affiliation
(Check only one party affiliation)
☐ Florida Democratic Party
☑ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting
☐ I am interested in becoming a poll worker

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE →   Date   10/31

Scan Date = 11/19/2019

VR Systems Voter Focus Version 20.0.26/0
11/19/2019 3:01:39 PM
Operator = osztoka

Received by DOE 11/3/2019

126126._ ) MERCER, KENNEDI E  (Doc Images)

LEO   126126283

MERCER KENNEDI E

ISSUE 003 - Document 2 of 2

Signed 9/4/18

" Protected "

**Florida Voter Registration Application**

OFFICIAL USE ONLY

☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

126-126-283

3PL8-6

1. **Are you a citizen of the United States of America?**   ☒ YES   ☐ NO
2. ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.
3. ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. **Date of Birth** (MM-DD-YYYY)   0 2 - 2 0 - 2 0 0 2

**F-VRS No:**   If no FL DL or FL ID, then provide: ___

**Last 4 digits of Social Security Number**

☑ I have NONE of these numbers.

5. **Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number**

6. **Last Name** Mercer   **First Name** Kennedi   **Middle Name** E   **Name Suffix** (Jr., Sr., II, etc.)

7. **Address Where You Live** (legal residence-no P.O. Box)   4400 Woodhill Way   **Apt/Lot/Unit**   **City** Tallahassee   **County** USA   **State** FL   **Zip Code** 32305

8. **Mailing Address** (if different from above address)   **Apt/Lot/Unit**   **City**   **State or Country**   **Zip Code**

9. **Address Where You Were Last Registered to Vote**   **Apt/Lot/Unit**   **City**   **State of Country of Birth**   **Zip Code**

10. **Former Name** (if name is change)   **Gender** ☐ M ☒ F   **Telephone No.** (optional) (850) 566 - 4621

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above.)   My email address is:

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

**SIGN/MARK HERE** →   09.4.17   **Date**

Scan Date = 09/19/2018

App. 0880

LEO   123814475

123814475 HANNAH, TOMMY PERNELL  (Doc Image)

HANNAH III, TOMMY P

ISSUE 004 - Document 1 of 3

Signed 10/24/2019

## Florida Voter Registration Application
Part 2 - Form (03) §§ 97J, R1S-2.040, F.A.C.)(eff. 7/2019)

2000 N MERIDIAN RD APT 205, TALLAHASSEE, 32303

Form available online at/Formulario disponible en línea en: registertovoteflorida.gov

OFFICIAL USE ONLY

☐ Request to Replace Voter Information Card

**3H16-65**

**RECEIVED BY SOE 11/01/2019**

**1** This is: ☒ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)

**2** Are you a citizen of the United States of America?   ☒ YES   ☐ NO

- ☒ I affirm I have never been convicted of a felony.
- ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
- ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

**3** ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

123-814-475

**4** Date of Birth (MM-DD-YYYY):   0 2 - 0 3 - 1 9 4 5

FVRS No:

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide:   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

**6** Last Name: Hannah
First Name: Tommy   Middle Name: Pernl
Name Suffix (Jr., Sr., I, II, etc.): III

**7** Address Where You Live (legal residence-no P.O. Box): 2000 N Meridian
Apt/Lot/Unit: 205   City: Tallahassee   County: Leon   Zip Code: 32303

**8** Mailing Address (if different from above address)
Apt/Lot/Unit:   City:   State or County: Leon   Zip Code: 32303

**9** Address Where You Were Last Registered to Vote
Apt/Lot/Unit:   City:   State:   Zip Code:

**10** Former Name (if name is changed)
Gender: ☒ M ☐ F   State or Country of Birth:   Telephone No. (optional): (920) 570-7586

**11** ☐ Email me SAMPLE BALLOTS if option is available in any county.   ☐ My email address is:
(See Public Record Notice above)

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☒ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☒ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting
- ☐ I am interested in becoming a poll worker.

**12** Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE →

Date: 10/22/2019

VR Systems Voter Focus Version 20.0.26(0)
11/13/2019 3:17:50 PM
Operator = usztoks

Scan Date = 11/13/2019

App. 0881

1238140 5 HANNAH, TOMMY PERNELL  (Doc Image)

LEO  123814475

HANNAH III, TOMMY P

2000 N MERIDIAN RD APT 205  TALLAHASSEE, 32303

ISSUE 004 - Document 2 of 3

Signed 8/9/16

## Florida Voter Registration Application

**This is:** ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| 1 | Are you a citizen of the United States of America? | ☑ YES | ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or, if I am, my right to vote has been restored. | | | 123-414-475 |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | | |

| 4 | Date of Birth (MM-DD-YYYY) | 0 2 - 0 3 - 1 9 9 5 | FVRS No: |

| 5 | Florida Driver License (FL DL), or Florida Identification (FL ID) Card Number | | If no FL DL or FL ID, then provide... | Last 4 digits of Social Security Number |

| 6 | Last Name | First Name | Tommy | Middle Name | Name Suffix (Jr, Sr, I, II, etc.) |
| | Hannah | | | | |

| 7 | Address Where You Live (legal residence-no P.O. Box) | Apt/Lot/Unit | City  Tallahassee | County  Leon | State or Country  FL | Zip Code  32312 |
| | 1010 Charlie Ct | | | | | |

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City  Tallahassee FL | | Zip Code  32311 |
| | 1010 Charlie Ct | | | | |

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State or Country | Zip Code |

| 10 | Former Name (if name is changed) | Gender ☐ M ☐ F | State or Country of Birth  FL | Telephone No. (optional)  (850) 508-0658 |

| 11 | ☐ Email me SAMPLE BALLOTS if option is available to my county.  My email address is: _____  (See Public Record Notice above) |

**Party Affiliations** (Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): _____

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: _____

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☑ I have NONE of these numbers.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | **SIGN/MARK HERE** → | Date  08/9/16 |

VR Systems Voter Focus Version 20.0.26(f)
07/19/2019 3:18:19 PM
operation = us_jobs

ISSUE 004 - Document 3 of 3
Signed 10/24/19

Name, DOB, SSN, and signature do not match the existing record, but the address is exactly the same, and name is very similar.

127390975 HANNAH II, TOMMY PERNELL  (Doc Image)

LEO   127390975

HANNAH II, TOMMY P

**Florida Voter Registration Application**
Part 1 - Form (CS-DE 39, R10-2.040, F.A.C.)(eff. 7/2019)

2000 N MERIDIAN RD APT 265, TALLAHASSEE, 32303

Form available online at/Formulario disponible en línea en:
registertovoteflorida.gov

☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

**Title is:**

1  Are you a citizen of the United States of America?   ☐ YES   ☐ NO

2  ☐ I affirm I have never been convicted of a felony.
   ☐ I have been convicted of a felony, I affirm my voting rights have been restored by
   the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored
   pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of
   my sentence, including parole or probation.

3  ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4  Date of Birth (MM-DD-YYYY):  1 0 - 1 0 - 1 9 9 7

5  Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

6  Last Name: Hannah II        First Name: Hannah        Middle Name: Petrell / Pernell

7  Address Where You Live (legal residence-no P.O. Box):  2000 N Merid..   Apt/Lot/Unit 265   City Tallahassee

8  Mailing Address (if different from above address):   Apt/Lot/Unit   City   State or County   Zip Code

9  Address Where You Were Last Registered to Vote:   Apt/Lot/Unit   City   State   Zip Code

10  Former Name (if name is changed):

11  ☐ Email the SAMPLE BALLOTS if option is available in my county. My email address is:
    (See Public Record Notice above)

**OFFICIAL USE ONLY**

FVRS No:

☐ I DL FL   ☐ I ID, then provide

Last 4 digits of Social Security Number

Telephone No. (optional)  850 570-7856

Gender:  ☐ M   ☐ F

State or Country of Birth

**12  Party Affiliation**
(Check only one, if left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty Uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

Only I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

**SIGN MARK HERE**

Date

127-390-975

3P16-65

Rec'd by SOE 11/01/2019

10/24/2019

Scan Date = 11/13/2019

VR Systems Voter Focus Version 20.0.26(01
11/19/2019 3:15:56 PM
Operator = usztoks

App. 0883

**MCCRAY, LATASHA YOLANDA  (Doc Images)**

**1051114:**  LEO  105114341

ISSUE 005 - Document 1 of 5
Signed 11/5/19

Signature and handwriting do not match on this application versus the long history of previous applications submitted by the voter.

MCCRAY, LATASHA

5524 MUDSS TOE WAY, TALLAHASSEE, 32305

## Florida Voter Registration Application
Part 2 – Form (DS-DE #39, Rts 2.040, F.A.C.(eff. 6/2016))

This is:  ☐ New Registration  ☐ Record Update/Change (e.g. Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY

**3P1A-65**

| 1 | Are you a citizen of the United States of America? | ☑ YES  ☐ NO |
| 2 | ☑ I affirm that I am not a convicted felon, or If I am, my right to vote has been restored. |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. |

FVRS No: 657 444

| 4 | Date of Birth (MM/DD/YYYY) | 07 - 15 - 19 77 |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | 105-114-341 |

If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number  ☐ I have NONE of these numbers.

| 6 | Last Name | McCray | First Name | Latasha | Middle Name | Yolanda | Name Suffix (Jr., Sr., II, etc.) |
| 7 | Address Where You Live (legal residence-no P.O. Box) | 5524 Mudss Toe Lane | Apt/Lot/Unit | City | Tallahassee | County | Leon | State or County | Zip Code | 32305 |
| 8 | Mailing Address (if different from above address) | | Apt/Lot/Unit | City | | State | | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | | Apt/Lot/Unit | City | | State or Country of Birth |
| 10 | Former Name (if name is changed) | | Gender | ☐ M  ☐ F |

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county.  ☐ My email address is: (See Public Record Notice above) |

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

Party Affiliation (Check only one. If left blank, you will be registered without party affiliation.)
☑ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Telephone No. (optional)
(850) 322-9114

(Check only one, if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | [signature] | Date | 11/05/19 |

Scan Date = 11/18/2019

VR Systems Voter Focus Version 2018-Ed.B
11/19/2019 3:3:08 PM
[scanline: 50405c4]

App. 0884

105114341 MCCRAY, LATASHA YOLANDA (Doc Images)

ISSUE 005 - Document 2 of 5

Signed 4/8/11

LEO    105114341    MCCRAY, LATASHA Y    5524 MOSSY TOP WAY , TALLAHASSEE, 32303

**OFFICIAL USE ONLY:**
DS DE 39 1708

106-114-341
55008

| # | | |
|---|---|---|
| 1 | Check boxes that apply. ☐ New Registration ☒ Address Change ☐ Party Change ☐ Name Change ☐ Card Replacement ☐ Signature Update | |
| 2 | Are you a citizen of the United States of America?  Yes ☒  No ☐ (If NO, you cannot register to vote) | |
| 3 | ☑ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored. | |
| 4 | ☑ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 5 | Date of Birth (MM/DD/YYYY): 07/15/1977 | |
| 6 | If you have a current and valid FL DL# or FL ID card#, you must provide the number in this box. If you do not have either, provide the last 4 digits of your SSN. If you have not been issued a FL DL#, FL ID card#, or SSN write "NONE". | |
| 7 | Last Name: MCCRAY    First Name: LATASHA    Suffix    Middle Name/Initial | |
| 8 | Address Where You Live (Legal Residence) (no PO Box): 5524 MOSSY TOP WAY    Apt/Lot/Unit    City: TALLAHASSEE    County of Legal Residence: LEON    State: FL    Zip Code: 32303 | |
| 9 | Mailing Address if Different From Above    Apt/Lot/Unit    City    Country    State    Zip Code | |
| 10 | Address Last Registered to Vote: 6214 ALAMO DRIVE    Apt/Lot/Unit    City: TALLAHASSEE    County: LEON    State: FL    Zip Code: 32303 | |
| 11 | Former Name if Mailing Name Change    Day Phone (Number (optional) | |
| 12 | Party Affiliation (Check only one) ☐ Democratic Party ☐ Republican Party ☐ minor party (print registered party name): | |
| 13 | Race/Ethnicity (Check only one) ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☒ Black, not Hispanic ☐ Hispanic ☐ White, not Hispanic | |
| 14 | Sex ☐ M ☒ F    Do you need voting assistance at the polls? ☐ Yes ☒ No    Are you interested in being a poll worker? ☐ Yes ☒ No | |
| 15 | Are You: ☐ Active Duty Military/Merchant Marine ☐ Dependent of Active Duty Military/Merchant Marine ☐ U.S. Citizen Currently Residing Outside the U.S. | |
| 16 | OATH: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGNATURE: Sign or mark on line in box below: (invalid without signature or mark of applicant)  ☐ NONE    Date: 4/8/11 |

Scan Date = 04/01/...

VR Systems Voter Focus Version 20.0.26(0)
11/19/2019 3:51:38 PM
Operator = iisztoks

105114___1 MCCRAY, LATASHA YOLANDA  (Doc Im___es)

ISSUE 005 – Document 3 of 5

Signed 9/11/09

LEO    105114341

OFFICIAL USE ONLY.
FL DE 39 3/08

105-114-341
551444

MCCRAY  LATASHA Y

2004 MUSSY TOP WAY, TALLAHASSEE  32303

1. Check boxes that apply: ☐ New Registration  ☑ Address Change  ☐ Party Change  ☐ Name Change  ☐ Civil Replacement  ☑ Signature Update

2. Are you a citizen of the United States of America?  Yes ☑  No ☐  (If NO, you cannot register to vote)

3. ☑ officer: I am not a convicted felon, or if I am, my rights relating to voting have been restored.

4. ☑ I affirm I have not been adjudicated mentally incapacitated with respect to voting o... If I were, my right to vote has been restored.

5. Date of Birth (MM/DD/YYYY)  07/15/1977

6. If you have a current valid Florida Driver's license number OR Florida ID card number, write it here:
   If you do not have a Florida Driver's license or ID card, write the last 4 digits of your SSN. If you have not been issued a ... write "NONE"

7. Last Name  MCCRAY    First Name  LATASHA    Middle Name/Initial  Y

8. Address Where You Live (Legal Residence) not P.O. Box   6214 ALAMO DRIVE
   Apt/Lot/Unit   City  TALLAHASSEE   County of Legal Residence  LEON   State  FL   Zip Code  32303

9. Mailing Address If Different from Above
   Apt/Lot/Unit   City   Country   State   Zip Code

10. Address Last Registered to Vote
    Apt/Lot/Unit   City   County   State   Zip Code

11. Former Name if Making Name Change

12. Party Affiliation (Check only one)  ☐ Democratic Party  ☐ Republican Party  ☐ Minor Party ... ☐ I am not registered in any party  ☑ NONE

13. Race/Ethnicity (Check only one)  ☐ American Indian/Alaskan Native  ☐ Asian/Pacific Islander  ☐ Black, not Hispanic  ☐ Hispanic  ☐ White, not Hispanic

14. Sex  ☑ F  ☐ M   Do you need voting assistance at the polls?  ☐ Yes  ☐ No   Are you a resident in being a poll worker?  ☐ Yes  ☐ No   State or County of birth:  FL

15. Are you?  ☐ Active Duty Military/Merchant Marine  ☐ Dependent of Active Duty Military/Merchant Marine   ☐ U.S Citizen Currently Residing Outside the U.S

16. OATH: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGNATURE: (Do not mark on line in box below. Sign without signature or mark of applicant)

Day Phone Number (optional)  (850) 878-1855

Date:  09/11/2009

REQUIRED

Scan Date = 09/16/2009

VR Systems Voter Focus Version 2010 2010
10/16/2010 3:23:39 PM
Operator = bw268s

App. 0886

ISSUE 005 - Document 4 of 5
Signed 3/17/03

105114341  MCCRAY, LATASHA YOLANDA  (Doc Images)

LEO  105114341   MCCRAY, LATASHA Y

5524 MOSSY TOP WAY, TALLAHASSEE, 32303

530444

**Type:** NAME CHANGE

**Official Use Only**

Are you a U.S. citizen? ☒ YES

☒ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored.

☒ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my competency has been restored.

**Date of Birth** 07/16/1877

**Last Name/Suffix/Hyphen**
MCCRAY

**First Name**
LATASHA

**Middle Name/Maiden**
YOLANDA

**FL Driver License/FL ID Number:**

**Social Security Num.:** 9810

**Address**

**Address Where You Live (Legal Residence)**
5987 DORSEY DRIVE

**City**
TALLAHASSEE

**County**
LEON

**State**
FL

**Zip Code**
32303-698

**Mailing Address if different from above:**
5987 DORSEY DRIVE

TALLAHASSEE

LEON

FL

32303-698

**Address where last registered to vote:**

**Address of homestead exemption property:**

**Former name if making a name change:**
LATASHA YOLANDA GANT

**Party Affiliation:**
Democratic Party

**Day Phone Number:**

**Race/Ethnicity:** 3  BLACK, NOT OF HISPANIC ORIGIN

**Sex:** F  |  **Do you need voting assistance at the polls?** NO  |  Are you interested in being a poll worker? NO  |  **State or Country of Birth:** FL

Are you:  Active Duty Military/Merchant Marine? NO  Dependent of an Active Duty Military/Resident Marine? NO  |  U.S. Citizen Currently Residing Outside the U.S.? NO

**Oath:** I do solemnly swear (or affirm) that I will protect and defend the
Constitution of the United States and the Constitution of the State of Florida,
I am qualified to register as an elector under the Constitution and laws of the
State of Florida. I am a U.S. citizen. I am a legal resident of Florida. All
information in this form is true. I understand that if it is not true, I can be
convicted of a felony of the third degree and fined up to $5,000 and/or
imprisoned for up to five years.

**SIGNATURE: Sign or mark on line below. (Invalid without signature or mark.)**

**Date:** 17-mar-03 12:33:49 394389

Scan Date = 04/19/200

App. 0887

LEO   105114341   MCCRAY, LATASHA Y

5524 MOSSY TOP WAY, TALLAHASSEE, 323503

**Please print using all dark ink.**

**Official Use Only** 557444

1. Are you a U.S. citizen? ☑Yes ☐No
   Are you a convicted felon? ☐Yes ☑No
   If NO, you cannot register to vote.
   If YES, you cannot register to vote without your civil rights restored

2. Check boxes that apply:
   ☑New Registration   ☐Address Change   ☐Name Change   ☐Party Change   ☐Replacement

3. Last Name: McCray
   First Name: Latasha
   Middle Name/Initial
   4. Sex (circle): M ☑

5. Address Where You Live (legal residence). Do not give a P.O. Box.
   3426 Storer Pl
   Apt./Lot/Unit
   City/Town/Village: Tallahassee
   Zip Code: 32303

   7. County (Where You Live (legal residence): Leon

6. Address Where You Get Your Mail (if different from # 5)
   Zip Code

8. Date of Birth (month/day/year): 7-15-77

9. Race/Ethnicity – (see instructions) 3

10. Social Security Number

11. Daytime Phone Number: 488-4364

12. Party Affiliation – check one box only (see instructions)
   ☑Democratic Party   ☐Other Party (write name below)
   ☐Republican Party   ☐No Party Affiliation

13. Former Name If Making A Name Change

14. Your Name and Residence Address Where You Were Previously Registered (if Applicable)
   Name
   Address
   City   County   State   Zip Code

15. Do You Need Assistance to Vote? ☐Yes ☑No

16. **SIGNATURE** - Sign or mark on line in box below. (Invalid without signature)

   Oath: I do solemnly swear (or affirm) that:
   • I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
   • I am qualified to register as an elector under the Constitution and laws of the State of Florida.
   • I am a U.S. citizen.
   • I am a legal resident of Florida.
   • All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

   Date: Nov 24 1998

Scan Date = 12/16/2019

VR Systems Voter Focus Version 2019 2600
11/19/2019 4:00:36 PM
Operator = useboks

126822886  SHARPE, KENDASIA LAMAE  (Doc Image

LEO    126822886

SHARPE, KENDASIA L

3311 SUGAR BERRY WAY, TALLAHASSEE, 32305

ISSUE 006 - Document 1 of 2

Signed ~5/10/19

Original signature



Scan Date = 05/10/2019

App. 0889

VR Systems Voter Focus Version 10.0.2b(0)
11/20/2019 12:40:07 PM
Operator = uszdoka

1274306   KENDASIA, SHARPE (Read Only) (Doc Images)

LEO   127430623

ISSUE 006 - Document 2 of 2
Signed 10/30/2019

Voter's name is reversed, social security does not match, address is different, signature is different.

KENDASIA SHARPE   2729 GRAVES RD APT 7, TALLAHASSEE, 32303

**This is:** ☒ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card   OFFICIAL USE ONLY

1. **Are you a citizen of the United States of America?**   ☒ YES   ☐ NO

2. ☐ I affirm I have never been convicted of a felony.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by
   ☐ the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

3. ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

FVRS No: 127-430-623

3F16-65

4. **Date of Birth** (MM/DD/YYYY)   01 - 11 - 61 0 0 0
   **If no FL DL or FL ID, then provide:**
   **Last 4 digits of Social Security Number**

5. **Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number**
   - - - - -

6. **Last Name**   Sharpe   **First Name**   Kendasia   **Middle Name**   **Name Suffix** (Jr., Sr., II, III, etc.)

7. **Address Where You Live** (legal residence) (NO P.O. Box above)   2729 Graves Rd Apt 8   **Apt/Lot/Unit**   **City**   Tallahassee   **County**   Leon   **Zip Code**

8. **Mailing Address** (if different from above address)   **Apt/Lot/Unit**   **City**   **State of Country**   **Zip Code**

9. **Address Where You Were Last Registered to Vote**   **Apt/Lot/Unit**   **City**   **State**   **Zip Code**

10. **Former Name** (if name is changed)   **Gender**   ☐ M ☒ F   **State or Country of Birth**   **Telephone No. (optional)** (   )

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.
    (See Public Record Notice above)   My email address is:

12. **Party Affiliation**
    (Check only one. If left blank, you will be registered without party affiliation)
    ☐ Florida Democratic Party
    ☐ Republican Party of Florida
    ☐ No party affiliation
    ☐ Minor party (print party name): _____

    **Race/Ethnicity** (Check only one)
    ☐ American Indian/Alaskan Native
    ☐ Asian/Pacific Islander
    ☒ Black, not of Hispanic Origin
    ☐ Hispanic
    ☐ White, not of Hispanic Origin
    ☐ Multi-racial
    ☐ Other:

    (Check only one if applicable)
    ☐ I am an active duty Uniformed Services or Merchant Marine member
    ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
    ☐ I am a U.S. citizen residing outside the U.S.

    ☐ I will need assistance with voting
    ☐ I am interested in becoming a poll worker

**Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.**

**SIGN/MARK HERE** →   10/30/2019   Date

Ref: DL 11/8/2019

Scan Date = 11/20/2019

VR Systems Voter Focus Version 20.0.26.0.1
11/20/2019 12:53:30 PM
Operator = uscuoks

App. 0890

12/430/96  MERRITT, LARRY JERMANE (Read Only) (Doc Images)

LEO  127430796

MERRITT  LARRY J

ISSUE 007 – Document 1 of 2

Signed 10/31/19

Handwriting and signature do not match the original record. Social Security number is not a match.

Florida Voter Registration Application

2314 OXFORD RD  TALLAHASSEE  32304

□ New Registration   □ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   □ Request to Replace Voter Information Card

OFFICIAL USE ONLY

127-430-796

3P16-65

FVRS No:

1. Are you a citizen of the United States of America?   ☑ YES   □ NO
☑ I affirm I have never been convicted of a felony.
□ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
□ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

2. □ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

If my FL DL or FL ID, then complete:
Last 4 digits of Social Security Number
□ I have NONE of these numbers

3. 

4. Date of Birth (mm-dd-yyyy)  12-__-__-11910

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

6. Last Name  Merritt   First Name  Larry   Middle Name  Jermane   Name (Jr, Sr.)

7. Address Where You Live (legal residence-no P.O. Box)  2314 Oxford   Apt/Lot/Unit   City  Tallahassee   County  Leon   Code  323-04

8. Mailing Address (if different from above address)  Apt/Lot/Unit   City   State   Code

9. Address Where You Were Last Registered to Vote  Apt/Lot/Unit   City   County   State

10. Former Name (if name is changed)   Gender  □ M  □ F   State or Country of Birth   Telephone No. (optional)  850-321-2761

11. □ Email me SAMPLE BALLOTS if option is available in my county.
□ Email me (See Public Record Notice above)   My email address is:

Race/Ethnicity (Check only one)
□ American Indian/Alaskan Native
□ Asian/Pacific Islander
□ Black, not of Hispanic Origin
□ Hispanic
□ White, not of Hispanic Origin
□ Multi-racial
□ Other

(Check only one if applicable)
□ I am an active duty Uniformed Services or Merchant Marine member
□ I am a spouse or a dependent of an active duty Uniformed services or merchant marine member
□ I am a U.S. citizen residing outside the U.S.

12. Party Affiliation
(Check only one. If left blank, you will be registered without party affiliation)
□ Florida Democratic Party
□ Republican Party of Florida
□ No party affiliation
□ Minor party (print party name):

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

□ I will need assistance with voting
□ I am interested in becoming a poll worker.

Date  10/31/19

Received by SOE 11/3/2019

Scan Date = 11/20/2019

App. 0891

VR Systems Voter Focus Version 20.0.26(0)
11/20/2019 12:08:24 PM
Operator = ins2oks

**116392⬡ ⬡ MERRITT SR, LARRY (Doc Images)**

LEO   116392545

MERRITT SR, LARRY

1700 JOE LOUIS ST APT 5, TALLAHASSEE 32304

OFFICIAL USE ONLY: DS DE 39 1/08

1. Check boxes that apply: ☐ New Registration ☐ Address Change ☐ Party Change ☐ Name Change ☐ Card Replacement ☐ Signature Update

2. Are you a citizen of the United States of America? ☑ Yes ☐ No ☐ (If NO, you cannot register to vote)

3. ☐ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored

4. ☐ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored

5. Date of Birth (MM/DD/YYYY): 12/17/46

6. If you have a current and valid FL DL# or FL ID card#, you must provide the number in this box. If you do not have either, provide the last 4 digits of your SSN. If you have not been issued a FL DL#, FL ID card#, or SSN, write "NONE".
   116-392-646

7. Last Name: Merritt  |  First Name: Larry  |  Middle Name/Initial

8. Address Where You Live (Legal Residence): 1700 Joe Lous  |  Apt/Lot/Unit: 5  |  City: Tallahassee  |  County of Legal Residence: Leon  |  State: FL  |  Zip Code: 32304

9. Mailing Address If Different from Above  |  Apt/Lot/Unit  |  City  |  Country  |  State  |  Zip Code

10. Address Last Registered to Vote  |  Apt/Lot/Unit  |  City  |  County  |  State  |  Zip Code

11. Former Name If Making Name Change  |  Day Phone Number (optional): 222-8969  |  ☐ NONE

12. Party Affiliation (Check only one): ☐ Democratic Party  ☐ Republican Party  ☐ minor party (print registered party name): _____

13. Race/Ethnicity (Check only one): ☐ American Indian/Alaskan Native  ☐ Asian/Pacific Islander  ☐ Black, not Hispanic  ☐ Hispanic  ☑ White, not Hispanic

14. Sex: ☑ M  ☐ F  |  Do you need voting assistance at the polls? ☑ Yes ☐ No  |  Are you interested in being a poll worker? ☐ Yes ☑ No  |  State of Country of Birth: Leon

15. Are You: ☐ Active Duty Military/Merchant Marine  ☐ Dependent of Active Duty Military/Merchant Marine  ☐ U.S. Citizen Currently Residing Outside the U.S.

16. OATH: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGNATURE: Sign or mark on line in box below. (Invalid without signature or mark of applicant)
X

Date:

VR Systems Voter Focus Version 20.0.20(0)
7/15/2019 12:09:08 PM
Operator = nscofka

 **The New**
**FLORIDA MAJORITY**
**EDUCATION**
**FUND**



10800 Biscayne Blvd.
Ste. 1050
Miami, FL 33161

2019 SEP 12 PM 1:54

RECEIVED
SUPERVISOR OF ELECTIONS
LEON COUNTY, FL

To Whom It May Concern;

The New Florida Majority Education Fund is a 501(c)3 organization whose mission is to carry out educational and nonpartisan civic engagement activities. We are also a 3rd party voter registration organization (3p16-65) involved in voter registration work with our communities.

All the forms we collect go through an extensive quality control process, including visual inspection. Registrants receive a phone call within 3-5 days to confirm the accuracy of the information collected and ensure our teams members have a high quality of interaction with registrants.

Through this process we have identified two registration packets where forms containing the same handwriting, ink and invalid phone numbers were found. Our internal quality assurance organization flagged the forms and we did a follow up investigation to confirm the validity of the forms. These canvassers have been removed from our roster. The voter registration forms being flagged is for the below individuals:

**Name:** Jasmine Brantley
**Date of Birth:** 03/31/1992
**Address:** 2203 Claremont Lane Tallahassee, Fl 32301
**Phone Number:** 407-232-4180

**Name:** Jessica Brantley
**Date of Birth:** 03/07/1984
**Address:** 2203 Claremont Lane Tallahassee, Fl 32301
**Phone Number:** 407-285-3374

If there are any questions or concerns, please feel free to contact Victricia Chandler at 786-525-1540.

Sincerely,

*V. Chandler*

Victricia Chandler
Chief of Staff

Shift Date: 9|6|2019

## Cover Sheet
## Voter Registration Packet

Shift Type: Voter Registration    Other _____

Organization: New Florida Majority Education Fund _____ Staging Location: _____

### Location Information

Location Type: Hot Spot    Event    (Canvassing)    Site #: _____ OF _____

Location  FAMU Campus _____

Street Address: _____

State: FL    Zip Code: _____ County: Leon _____

**Canvasser** Jasmine Brantley _____

2018 SEP 12  PM 1:54
SUPERVISOR OF ELECTIONS

### Shift Information

Shift Start Time: 1pm _____

Shift End Time: 7pm _____

Field Start Time: 2 30 _____

Field End Time: 6 30 _____

Blank Forms Out 20
Blank Forms In 20

### Packet Count Information

Cards Collected: 5 _____

Cards Complete: _____ 4

Cards Incomplete: _____ 1

Cards Voided: 0 _____

Cards with Phone: _____ 0

New Applications: 4 _____

Updated Information: 1 _____

Request Voter ID Card: 0 ___

Cards Pre-Registration: 0 ___

Notes:

*I reviewed these forms while applicant was present to ensuring proper completion. I also went through each form with my supervisor/canvasser providing internal QC. I stand behind these forms and my organization does as well. I am proud to be a part of helping people participate in their most fundamental civil right. I will handle these forms accordingly.

Canvasser Signature: _Jasmine Brantley_____    Date: 9/6/19 ____

Supervisor Signature: _____    Date: _____

Shift Date 9/9/19

## Cover Sheet
## Voter Registration Packet

Shift Type: Voter Registration    Other _____

Organization: New Florida Majority Education Fund    Staging Location:____

### Location Information

Location Type: Hot Spot    Event (Canvassing)    Site #:_____OF_____

Location __FAMU Campus__

Street Address: _____

State: FL    Zip Code:_____    County: Leon

**Canvasser** Jasmine Brantley

### Shift Information

Shift Start Time: 1pm

Shift End Time: 7pm

Field Start Time: 2:30

Field End Time: 6:30

Blank Forms Out 22

Blank Forms In 20

### Packet Count Information

Cards Collected: 7

Cards Complete: 7

Cards Incomplete: 0

Cards Voided: 0

Cards with Phone: 7

New Applications: 7

Updated Information: 0

Request Voter ID Card: 0

Cards Pre-Registration: 0

Notes:

*I reviewed these forms while applicant was present to ensuring proper completion. I also went through each form with my supervisor/canvasser providing internal QC. I stand behind these forms and my organization does as well. I am proud to be a part of helping people participate in their most fundamental civil right. I will handle these forms accordingly.

Canvasser Signature _____    Date: Sep 9, 2019

Supervisor Signature: _____    Date: Sep 9 20 19

App. 0895

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

*Información en español: Sirvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.*

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security Number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
https://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | COPY    3P16-65 |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  02 - 04 - 1994 | FVRS No: |

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number ▮▮▮▮ | If no FL DL or FL ID, then provide ➤ | Last 4 digits of Social Security Number ▯▯▯▯ | ☐ I have NONE of these numbers.

6. Last Name: Dixarets  First Name: Robert  Middle Name: W  Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence-no P.O. Box): 2855 Apalachee Parkway  Apt/Lot/Unit: 107B  City: Tallahassee  County: Leon  Zip Code: 32301

8. Mailing Address (if different from above address)  Apt/Lot/Unit  City  State or Country  Zip Code

9. Address Where You Were Last Registered to Vote  Apt/Lot/Unit  City  State  Zip Code

10. Former Name (if name is changed)  Gender: ☑ M ☐ F  State or Country of Birth  Telephone No. (optional) ( )

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12. **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/ MARK HERE ➤

Date: 9/6/19



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, a voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be notified if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | **COPY**   3P16-65 |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth  (MM-DD-YYYY)  0 8 - 2 0 - 1 9 8 3 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide ▶  Last 4 digits of Social Security Number ▮▮▮▮   ☐ I have NONE of these numbers. |
| 6 | Last Name  Barr   First Name  Ishykeya   Middle Name   Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  901 Treadway Dr   Apt/Lot/Unit   City  Deltona   County  Volusia   Zip Code  32738 |
| 8 | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code |
| 9 | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code |
| 10 | Former Name (if name is changed)   Gender ☐ M ☑ F   State or Country of Birth   Telephone No. (optional) (   ) |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, that all information provided in this application is true. | SIGN/ MARK HERE ▶ ▮▮▮▮ | Date 9/6/19 |

App. 0897



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

*Información en español:* Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**
Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, incomplete, or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, **and** have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A *copy* of an ID that shows your name and photo *(acceptable IDs*-U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A *copy* of an ID that shows your name and current residence address *(acceptable documents*-utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://ojnotion.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | | |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth *(MM-DD-YYYY)* | 0 5 - 0 2 - 1 9 7 5 | FVRS No: |

**COPY**

**3P16-65**

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If *no* FL DL or FL ID, then provide: ___ Last 4 digits of Social Security Number ___   ☐ I have NONE of these numbers.

| 6 | Last Name: Buff Beauford | First Name: Kenneth | Middle Name | Name Suffix (Jr., Sr., I, II, etc.) |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box): 400 Bertson Ct | Apt/Lot/Unit | City: Apopka | County: Seminole | Zip Code: 32703 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender: ☑ M ☐ F | State or Country of Birth | Telephone No. (optional) ( ) |
|---|---|---|---|---|

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above)   My email address is: _____

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name): _____

**Race/Ethnicity** *(Check one only)*
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☐ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other: _____

*(Check only one if applicable)*
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | **SIGN/ MARK HERE** → | | Date: 9/6/19 |
|---|---|---|---|---|

App. 0898



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, **and** have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A *copy* of an ID that shows your name and photo *(acceptable IDs*--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A *copy* of an ID that shows your name and current residence address *(acceptable documents*--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | | |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES  ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | COPY |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | 3P16-65 |
| 4 | Date of Birth (MM-DD-YYYY)  1 0 - 2 9 - 1 9 9 9 | FVRS No: | |

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number [blank boxes]  If no FL DL or FL ID, then provide ▶ | Last 4 digits of Social Security Number [blank] | ☐ I have NONE of these numbers.

| # | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|
| 6 | Barr Thomas | Nyrohn | | |

| # | Address Where You Live (legal residence-no P.O. Box) | Apt/Lot/Unit | City | County | Zip Code |
|---|---|---|---|---|---|
| 7 | 901 Treadway Dr. | | Deltona | Volusia | 32738 |

| # | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|
| 8 | | | | | |

| # | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|
| 9 | | | | | |

| # | Former Name (if name is changed) | Gender | State or Country of Birth | Telephone No. (optional) |
|---|---|---|---|---|
| 10 | | ☑ M ☐ F | | ( ) |

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See *Public Record* Notice above)  My email address is:

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☐ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

*(Check only one if applicable)*
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | **Oath:** *I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.* | SIGN/ MARK HERE ▶ | | Date 9/6/19 |

App. 0899

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your current and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, are a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (D5-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is a: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | **COPY** |

4. Date of Birth (MM-DD-YYYY): 0 4 - 0 7 - 1 9 7 3

FVRS No:

5. Florida Driver License (FL DL) or Florida identification (FL ID) Card Number: R 0 5 5
If no FL DL or FL ID, then provide ▸   Last 4 digits of Social Security Number [blacked out]   ☐ I have NONE of these numbers.

6. Last Name: R 6 S S   First Name: John   Middle Name: F   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Live (legal residence-no P.O. Box): 814 ANNWOOD DR   Apt/Lot/Unit   City: T911   County: -01   Zip Code: 32301

8. Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code

9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

10. Former Name (if name is changed)   Gender ☐ M ☐ F   State or Country of Birth   Telephone No. (optional) ( )

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation.)
☑ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/ MARK HERE [blacked out]

Date: 5/16/19

App. 0900

3P16-65

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY — COPY — 3P16-65

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES  ☐ NO |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  0 2 - 1 8 - 1 9 9 2 | FVRS No: |

5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
If no FL DL or FL ID, then provide → | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers.

| 6 | Last Name: Thomas | First Name: Montray | Middle Name: | Name Suffix (Jr., Sr., I, II, etc.): |

| 7 | Address Where You Live (legal residence-no P.O. Box): 333 Zillah St | Apt/Lot/Unit | City: Tallahassee | County: Leon | Zip Code: 32305 |

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |

| 10 | Former Name (if name is changed) | Gender: ☑ M ☐ F | State or Country of Birth | Telephone No. (optional): (850) 614-3560 |

11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is:

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation.)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE ▶ | ████████ | Date: Sep 9, 19 |

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you have the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | COPY |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |

3P16-65

| 4 | Date of Birth (MM-DD-YYYY): 0 9 - 1 7 - 1 9 9 3 | FVRS No: |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide ▶ | Last 4 digits of Social Security Number ▮▮▮▮ | ☐ I have NONE of these numbers. |

| 6 | Last Name: Morgan | First Name: Ivy | Middle Name: | Name Suffix (Jr., Sr., I, II, etc.): |

| 7 | Address Where You Live (legal residence-no P.O. Box): 1245 E. Orange Ave. | Apt/Lot/Unit | City: Tallahassee | County: Leon | Zip Code: 32301 |

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |

| 10 | Former Name (if name is changed) | Gender: ☑ M  ☐ F | State or Country of Birth | Telephone No. (optional): 804 512-4414 |

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE ▶ | | Date: 9/9/19 |

App. 0902



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated with respect to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing application. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | | |
|---|---|---|---|
| **1** | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | **OFFICIAL USE ONLY** |
| **2** | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| **3** | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | **COPY** |
| **4** | Date of Birth   (MM-DD-YYYY)   1 2 - 1 0 - 1 9 9 7 | FVRS No: | |
| **5** | Florida Driver License (FL DL) or Florida identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number   ☐ I have NONE of these numbers. |
| **6** | Last Name   Brown | First Name   Aisha | Middle Name   Name Suffix (Jr., Sr., I, II, etc.): |
| **7** | Address Where You Live (legal residence-no P.O. Box)   1118 High Rd | Apt/Lot/Unit   City   Tallahassee | County   Leon   Zip Code   32304 |
| **8** | Mailing Address (if different from above address) | Apt/Lot/Unit   City | State or Country   Zip Code |
| **9** | Address Where You Were Last Registered to Vote | Apt/Lot/Unit   City | State   Zip Code |
| **10** | Former Name (if name is changed) | Gender   ☐ M  ☑ F   State or Country of Birth | Telephone No. (optional)   (     ) |
| **11** | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| | | | |
|---|---|---|---|
| **12** | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date   Sep. 9 2019 |

App. 0903

COPY

## Florida Voter Registration Application
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

### Questions?

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to .register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have been never issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

---

### Numbered rows 1 through 7 and 12 must be completed for a new registration.

## Florida Voter Registration Application
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card

**3P16-65**

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  0 9 - 1 4 - 1 9 9 3 | FVRS No: |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name  Walker | First Name  Ashlee | Middle Name | Name Suffix (Jr., Sr., I, II, etc.) |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)  2479 manzanita ct | Apt/Lot/Unit | City  Tallahassee | County  Leon | Zip Code  32303 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender ☐ M ☑ F | State or Country of Birth | Telephone No. (optional)  (311) 417-0066 |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: |
|---|---|

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date  Sep, 9 2019 |
|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** Please check boxes (□) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/vrbappform.pdf

This is: □ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  □ Request to Replace Voter Information Card

| # | | | OFFICIAL USE ONLY |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   □ NO | **COPY**  3P16-65 |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth   (MM-DD-YYYY)   0 3 - 1 9 9 4 | | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (Fl. ID) Card Number | | If no FL DL or FL ID, then provide →  Last 4 digits of Social Security Number ▓▓▓▓▓   □ I have NONE of these numbers. |
| 6 | Last Name  Louis | First Name  Danny | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  322 Wilson Green Blvd | Apt/Lot/Unit | City  Tallahassee | County  Leon | Zip Code  32805 |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| 10 | Former Name (if name is changed) | Gender  ☑ M  □ F | State or Country of Birth | Telephone No. (optional)  (585) 802-1181 |
| 11 | □ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- □ Florida Democratic Party
- □ Republican Party of Florida
- □ No party affiliation
- □ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- □ American Indian/Alaskan Native
- □ Asian/Pacific Islander
- □ Black, not of Hispanic Origin
- ☑ Hispanic
- □ White, not of Hispanic Origin
- □ Multi-racial
- □ Other:

(Check only one if applicable)
- □ I am an active duty Uniformed Services or Merchant Marine member
- □ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- □ I am a U.S. citizen residing outside the U.S.

□ I will need assistance with voting.

□ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ▓▓▓▓▓ | Date  9.9.19 |

App. 0905

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature may be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America?  ☑ YES  ☐ NO | OFFICIAL USE ONLY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | COPY |
| 4 | Date of Birth (MM-DD-YYYY)  0 4 - 2 1 - 1 9 9 8 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide ► | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
| 6 | Last Name: Hall | First Name: Jenna | Middle Name: | Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  2034 Faulk Dr. | Apt/Lot/Unit | City: Tallahassee | County: Leon | Zip Code: 32303 |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| 10 | Former Name (if name is changed) | Gender ☐ M ☑ F | State or Country of Birth | Telephone No. (optional) ( ) |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: | | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ► | Date S-ep 9 19 |

3P16-65



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Division of Elections' website at:
http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, **and** have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A **copy** of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A **copy** of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | COPY |
| 4 | Date of Birth (MM-DD-YYYY)   0 9 - i 0 - 1 9 9 5   FVRS No: | |

3P16-65

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide. | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name   *Loyd* | First Name   *Kiana* | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)   *2732 W Tharpe St* | Apt/Lot/Unit   *2402* | City   *Tallanassee* | County   *Leon* | Zip Code   *52303* |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender   ☐ M  ☑ F | State or Country of Birth | Telephone No. (optional)   *(850) 241-6709* |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above)   My email address is: |
|---|---|

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, *not of Hispanic Origin*
☐ Hispanic
☐ White, *not of Hispanic Origin*
☐ Multi-racial
☐ Other:

*(Check only one if applicable)*
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | **Oath:** *I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.* | SIGN/ MARK HERE ▶ | | Date   *9/9/19* |
|---|---|---|---|---|

App. 0907

## O'Brien, Colleen E.

| | |
|---|---|
| **From:** | Matthews, Maria I. |
| **Sent:** | Thursday, March 5, 2020 2:42 PM |
| **To:** | O'Brien, Colleen E. |
| **Subject:** | RE: EFC-1972 |
| **Attachments:** | EFC 19-72 Complaint.pdf |

Colleen: SOE Earley says this group is still submitting hundreds of applications a week of which many are very suspect. He says the state attorney's office said that it was referred to the state prosecutor's office (?) statewide prosecution office? (maybe?)

He'll be happy to talk chat more with details about his concerns on this 3PVRO.

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Thursday, March 5, 2020 2:38 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** EFC-1972

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

1

## O'Brien, Colleen E.

| | |
|---|---|
| **From:** | Christopher Moore <MooreChr@leoncountyfl.gov> |
| **Sent:** | Thursday, March 19, 2020 1:49 PM |
| **To:** | O'Brien, Colleen E.; Stephen Usztok; Earley, Mark |
| **Cc:** | Alex Mosca; Matthews, Maria I.; Ferguson, Katrina R. |
| **Subject:** | RE: Leon County Supervisor of Elections:  Correct Channels for 3PVRO Fraud Complaints |

### EMAIL RECEIVED FROM EXTERNAL SOURCE

Thanks Colleen.

Stephen is out of the office today and maybe tomorrow, so I am including Supervisor Earley on the message since he's actively involved with this situation.

We have 2 more complaints that will be coming your way next week once we compile the supporting documentation. They were brought to the surface on election day when the voters went to cast a ballot. We will submit them soon, but we wanted to get in the voters here in the office to file the paperwork right after the election. They have to do with 16-65 again.

Will be in touch.



Chris Moore, CERA
Deputy Supervisor of Elections, Leon County FL
ph : 850-606-VOTE (8683)
fax:  850-606-8601

Physical Address:
2990-1 Apalachee Parkway
Tallahassee FL 32301

Mailing Address:
PO Box 7357
Tallahassee FL 32314-7357

Connect with us on Facebook, Twitter, and Instagram @LeonVotes

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Thursday, March 19, 2020 1:44 PM
**To:** Stephen Usztok <UsztokS@leoncountyfl.gov>
**Cc:** Alex Mosca <MoscaA@leoncountyfl.gov>; Christopher Moore <MooreChr@leoncountyfl.gov>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>
**Subject:** RE: Leon County Supervisor of Elections: Correct Channels for 3PVRO Fraud Complaints

Good afternoon Stephen,

1

App. 0909

Thank you for your email. The Elections Fraud Complaint form (DS-DE 34) works well for these types of scenarios, although a 3PVRO Complaint form would be fine as well. We have received the prior complaints you referenced. I understand from discussions with Director Matthews (from discussions that she had with Supervisor Earley) that he referred this to law enforcement at its inception which is an excellent and direct route. It is expedient in that it would traditionally be what we would do should we believe a criminal violation of the election code has occurred. I left a message for Supervisor Earley last week to discuss further and to touch base with him regarding his understanding of the law enforcement efforts and results to date, but we have not had an opportunity to connect on it yet. Because the matter is with law enforcement, we have not separately referred it elsewhere at this point nor have the complaints been closed out.

It is helpful to us to be apprised of these situations as well so that we can understand the dynamics and/or when statewide law enforcement may need to be apprised, etc., if multiple counties are affected by something. This has been occurring in the initiative petition area, for example, where an FDLE point person has been receiving referrals both directly from Supervisors of Elections and from myself when we receive an Elections Fraud Complaint or other notification (emails, etc.) of potentially fraudulent activity. So please feel free to continue submitting the Election Fraud Complaint forms or otherwise communicate with us and we will do the same. For that matter, are you available at some point tomorrow to talk further on this issue?

Thank you,

Colleen


**COLLEEN E. O'BRIEN**
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127


**From:** Stephen Usztok <UsztokS@leoncountyfl.gov>
**Sent:** Wednesday, March 4, 2020 3:39 PM
**To:** 3PVRO <3PVRO@dos.myflorida.com>
**Cc:** Christopher Moore <MOORECHR@LEONCOUNTYFL.GOV>; Alex Mosca <MoscaA@leoncountyfl.gov>
**Subject:** Leon County Supervisor of Elections: Correct Channels for 3PVRO Fraud Complaints


EMAIL RECEIVED FROM EXTERNAL SOURCE

Good afternoon,

Our office has documented a number of cases in which we believe registration agents for Third Party Voter Registration Organization 3P16-65 New Florida Majority Education Foundation may be fraudulently submitting voter registration applications.  In two cases, our office has filed a Form DS-DE 34 "Elections Fraud Complaint:"

- Our office documented a case where an individual who passed away in July of 2019 apparently signed a voter registration application turned into our office by 3P16-65 in November 2019.
- Our office documented a case where a voter claimed that they never encountered a voter registration agent, and did not complete a FVRA, but our office received an application for the voter with a signature that did not

2

match, and an undesired change of party affiliation directly before the book closing deadline for the Presidential Preference Primary.

We submitted two separate complaints. On December 5, 2019, our office submitted our first complaint to the State Attorney. On March 3, 2020 our office submitted a second complaint to FDLE. In talking with the FDLE inspector who took possession of our more recent complaint, the FDLE inspector stated that it was not clear who had original jurisdiction over these cases.

I wanted to confirm my understanding of the proper procedure for reporting these cases. DE Reference Guidelines 0012 suggest that the correct avenue for these complaints is Form DS-DE 34, instead of Form DS-DE 121, because these cases seem to cover allegations of irregularities or fraud involving a 3PVRO's voter registration activities. Is that correct? The reference guidelines seem to suggest that incidents we collect should be reported to the Division of Elections, who then submits the reports to the State's General Counsel, who will then make recommendations to the Secretary of State, who upon reasonable belief that a violation has occurred, may refer the matter to Florida's Attorney General for enforcement, and that the Attorney General then may institute a civil action against the 3PVRO. If so, we should we have filed our complaint form with the Division of Elections instead of directly with law enforcement?

Please let us know if which form we should use (DS-DE 34 "Elections Fraud Complaint" vs DS-DE 121 "Form For Complaint Against Third-Party Voter Registration Organization").

Please let us know which agency is the correct filing agency for our completed complaint form.

Please let us know which collaborating documentation is best to include with the complaint. In our previous complaints submitted to the State Attorney and to Florida Department of Law Enforcement, we've included document images of the registration forms in question as well as any other document images from voter registration records that establish the case.

Please let us know how best to monitor the status of our complaint, to make sure we understand what is happening to the submitted complaint form.

Thank you very much for your time.

Respectfully,

Stephen Usztok
Voter Services Manager
Supervisor of Elections - Leon County
Physical Address: 2990-1 Apalachee Parkway, Tallahassee FL 32301
Mailing Address: PO Box 7357, Tallahassee FL 32314-7357
Phone: (850)606-8683
Fax: (850)606-8601
Email: vote@leoncountyfl.gov
Website: www.LeonVotes.org
Facebook: https://www.facebook.com/LeonVotes/
Twitter: https://twitter.com/leonvotes

App. 0911

EFC 1972

123159

RECEIVED

DEC -6 PM 12: 24

VISION OF ELECTIONS
TALLAHASSEE, FL

HAND DELIVERED

Forwarded to Legal

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Mark S. Earley**

Address **2990-1 Apalachee Pkwy**

County **Leon**

E-mail Address **vote@leoncountyfl.gov**

Day Phone **850-606-8683**   Evening Phone

City **Tallahassee**

State **FL**   Zip Code **32301**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **3PVRO 3P16-65**

**New Florida Majority Education Fund**

*Person's title of office or position held or sought if applicable*

Address **10800 Biscayne Blvd Ste 1050**

County **Miami-Dade**   State **FL**

Work Phone **305-754-0118**

*Name of Governmental Office or Private Entity/Office*

City **Miami**

Zip Code **33161**

Have you filed this complaint with the (check all that apply):

|  | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ |  |
| Office of Statewide Prosecution |  | ✓ |
| Florida Department of Law Enforcement |  | ✓ |
| Florida Elections Commission |  | ✓ |
| Florida Commission on Ethics |  | ✓ |

RECEIVED

DEC 11 2019

Office of the General Counsel

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Our office received a Florida Voter Registration Application for Tinika McNeil, signed 11/05/2019, and an application for her mother, Foriest McNeil, signed 10/24/2019. However, Ms. Tinika McNeil is deceased, as of 07/06/2019 per her obituary published in the paper. In a telephone conversation between our staff and Ms. Foriest McNeil on 11/19/2019, Ms. Foriest McNeil only recalled filling out a registration application in 2018, and did not seem to understand that we called regarding an application apparently signed by Foriest McNeil on 10/24/2019. We believe that both applications are fraudulent, neither were completed by the voters themselves.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Tinika McNeil was previously registered in Gadsden County (VID# 104261440). This registration was removed by the Gadsden County Supervisor of Elections on 07/23/2019, following the death of Tinika McNeil. Our office received a new voter registration application on 11/08/2019 for Tinika McNeil, signed 11/05/2019, and collected by third party voter registration organization 3P16-65. All pertinent information on the new application matched the decedent's prior voter registration record, except the handwriting and signature differed significantly. Our office processed the application as a new registration record. We received a DLN/SSN verification report from the Department of State: "SY, SSA Response Single Match - Deceased, Unverified: SSN provided was not validated." Our office also discovered an obituary published in the newspaper stating that Ms. Tinika McNeil passed away 07/06/2019. At that point, our office removed the registration record created by the new application as deceased. Also on 11/08/2019, our office received a new registration application for Foriest McNeil, mother of Tinika McNeil, signed 10/24/2019, registered at the same address. Like Tinika McNeil, this new application matched Foriest McNeil's information, except that the signature and handwriting differed significantly from our existing record for Foriest McNeil. Our office contacted Foriest McNeil by phone. Foriest McNeil remembered completing an application the previous year in 2018, but not in October of 2019. She seemed unaware of the new application. Of note, the handwriting on the applications for both Foriest McNeil and Tinika McNeil appear similar to each other. Notably, the signature for Tinika McNeil's application received 11/08/2019 contains a suspicious revision accompanied by initials, indicating a mistake was made in signing. This sort of signature is irregular and a possible further indication of fraud. Supporting documentation attached.

☑ Check here if additional pages or documents are attached.

_____     12/4/19
Signature of complainant          Date Signed

**Mark S. Earley**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

App. 0913

104261440  MCNEIL, TINIKA S (Read Only) (Doc Images)

ISSUE 001 - Document 1 of 5

Signed 11/08/16, original record

GAD   104261440   MCNEIL, TN  S×3   322 N 10TH- ST. QUINCY, 3  F

# 10426...40  MCNEIL, TINIKA S (Read Only) (Doc Images)

GAD   104261440   MCNEIL, TINIKA S

ISSUE 001 - Document 2 of 5

Signed 10/22/08, original record

0TH ST. QUINCY, 32...



Scan Date = 10/30/2008

12742ᵣ33  MCNEIL, TINIKA (Doc Images)

LEO   127421933

NEIL, TINIKA

ISSUE 001 - Document 3 of 5

Signed 11/05/19, deceased as of 7/23/19

Signature does not match existing record.

Note the mistake in the signature, with the initials noting the correction.

## Florida Voter Registration Application
Part 1 - Form (09-52.039, F.A.C.)(06K, 5030.1)

ST, TALLAH-ᴈSEE, 3230›

OFFICIAL USE ONLY

This ▶   ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

2. ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth   (MM-DD-YYYY)   0 3 - 1 2 - 1 9 8 4

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

FVRS No:

☐ I have NONE of these numbers.

Last 4 digits of Social Security Number

6. Last Name   McNeil   First Name   TINIKA   Middle Name   Name Suffix (Jr., Sr., I, II, etc.):

7. Address Where You Vote (legal residence) (P.O. Box   725 Dunn Street   Apt/Lot/Unit   City   Tallahassee   County Leon   State FL   Zip Code 32304

8. Mailing Address (if different from above address)   Apt/Lot/Unit   City   State   State or Country   Zip Code

9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit

10. Former Name (if name is changed)   Gender   ☐ M  ☐ F.   State or Country of Birth   Telephone No. (optional)   (850) 408-966-

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is:

12. Party Affiliation   Race/Ethnicity (Check only one)   (Check only one if applicable)
   (Check only one. If left blank, you will be registered without party affiliation)
   ☐ American Indian/Alaskan Native   ☐ I am an active duty Uniformed Services or Merchant Marine member   ☐ I will need assistance with voting
   ☐ Florida Democratic Party   ☐ Asian/Pacific Islander
   ☐ Republican Party of Florida   ☐ Black, not of Hispanic Origin   ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member   ☐ I am interested in becoming a poll worker.
   ☐ No party affiliation   ☐ Hispanic
   ☐ Minor party (print party name):   ☐ White, not of Hispanic Origin   ☐ I am a U.S. citizen residing outside the U.S.
   ☐ Multi-racial
   ☐ Other:

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/ MARK HERE

Date   11/05/19

SOE 11/8/2019   Rec'd by

Scan Date = 11/18/2019

VR Systems Voter Form  Version 20.0.26(0)
11/18/2019 2:28:46 PM
Operator = usa1xks

App. 0916

11/20/2019                     Tinika McNeil Obituary - Quincy, FL | Tallahassee Democrat

ISSUE 001 - DOCUMENT 4 of 5

| OBITUARIES | FUNERAL HOMES | SEND FLOWERS | NEWS & ADVICE | MEMORIALS |

Obituary for voter
published 7/12/2019
stating voter deceased
as of July 6, 2019.

## SERVICES

**Bradwell Mortuary -
Quincy**
18300 Blue Star Hwy
Quincy, FL 32353
(850) 627-3700

🌸 Send Flowers
✉️ Email Service Info
🖥️ Website | 📍 Map

· See Services Detail

## RESOURCES

📑 More Obituaries for
Tinika McNeil

▢ Looking for an obituary
for a different person
with this name?

# Tinika McNeil

✏️ Add a Memory    Share This Page ⌄



**Tinika McNeil**

Quincy - Tinika Sharmane McNeil, 35 of Quincy, died on
Saturday, July 6 in Tallahassee. She was a member of Mt.
Olive FWB Church. Service will be 2:30 PM, Sunday, July 14,
2019 at Arnett Chapel AME Church with interment in the
Sunnyvale Cemetery. Viewing will be from 3 PM to 7 PM,
Saturday, July 13 at Bradwell Mortuary. Tinika is survived
by her daughter, Tayla Humose and her son, Davion
Rittman; her mother, Foriest B. McNeil; her father, Charlie
McNeil; siblings, Trakeshia Dowdell and Antwon McNeil;
her companion, David Rittman Jr. and her grandmother,
Mildred McNeal.

Published in Tallahassee Democrat on July 12, 2019

Read Less | **Print** | Listen to Obituary

## REMEMBER

Share memories or express condolences below.

View All

Add a memory or
condolence to the guest
book

*"Foriest and Keshia: With deepest
sympathy, my prayers are..."*
-Dr. Kim Ardley

*"My heartfelt condolences to the
family and all who loved..."*
-Wytonia Dennis

ADD MESSAGE

View All Messages

 ADD PHOTOS            ADD VIDEOS

### MORE INFORMATION

 **Funeral E**
Expe(X)edv:
de and say
someone di

 **Send Me a Pla
Guide**
Planning ahea
a big differenc
Legacy's free fu
guide and kno
advance optio

TOP ARTICLES   1/2

Legacy.com

DOWNLOAI

App. 0917

ISSUE 001 - Document 5 of 5



The result from DOS verification of the voter's name, date of birth, and social security number. "SY, SSA Response Single Match - Deceased."

10423575  MCNEIL, FORIEST BRADWELL  (Doc Images)

LEO   10423875

MCNEIL, FORIEST B                                    725 __N ST, TALLAHASSEE, 3_304

ISSUE 002 – Document 1 of 5

Signed 10/24/19, signature does not match

Handwriting on application does not match, note the small "c" in McNeil in previous signatures/ registration forms.

**This is:** ☐ New Registration  ☐ Record (Update/Change (e.g., Address, Party Affiliation, Name, Signature))  ☐ Request to Replace Voter Information Card

1. Are you a citizen of the United States of America?  ☐ YES  ☐ NO   OFFICIAL USE ONLY

2. ☐ If I have been convicted of a felony, I affirm my civil rights have been restored by the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

3. ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM-DD-YYYY)   01 4 - 1 2 - 1 9 6 1

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

   ☐ If no FL DL or FL ID, then provide:  Last 4 digits of Social Security Number  ☐ I have NONE of these numbers.

6. Last Name   Mc Neil   First Name   Foriest   Middle Name   B   Name Suffix (Jr., Sr., II etc.)

7. Address Where You Live (no legal residence) no P.O. Box   725 Dunn Street   City   Tallahassee   County   Leon   Zip Code   32304

8. Mailing Address (if different from above address)   725 Dunn Street   City   Tallahassee   State or Country   FL/Leon   Zip Code   32304

9. Address Where You Were Last Registered to Vote   City   State   Zip Code

10. Former Name (if name is change)   Gender ☐ M ☐ F   State or Country of Birth   Telephone No. (optional)   (850) 408 - 7440

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.
    ☐ Email me (if different from above address)   My email address is.

Party Affiliation (Check only one)   Race/Ethnicity (Check only one)   (Check only one if applicable)
☐ Florida Democratic Party   ☐ American Indian/Alaskan Native   ☐ I am an active duty Uniformed Services or Merchant Marine member
☐ Republican Party of Florida   ☐ Asian/Pacific Islander   ☐ I am a spouse or a dependent of an active duty uniformed
☐ No party affiliation   ☐ Black, not of Hispanic Origin   services or merchant marine member
☐ Minor party (print party (name))   ☐ Hispanic   ☐ I am a U.S. citizen residing outside the U.S.
   ☐ White, not of Hispanic Origin
   ☐ Multi-racial
   ☐ Other:

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

   SIGN/MARK HERE

   ☐ I will need assistance with voting.
   ☐ I am interested in becoming a poll worker.

   Date   10/24/19
           10/24/19

Rec'd by SOE 11/01/2019

3P16-6S

104-233-875

FVRS No:

Scan Date = 11/13/2019

VR Systems Voter Fo_us Version 20.0.26(0)
11/18/2019 2:46:50 PM
Operator = us2okhs

App. 0919

10423ა675  MCNEIL, FORIEST BRADWELL  (Doc Images)

LEO  10423875

ISSUE 002 - Document 2 of 5

Signed 5/1/2018



Florida Voter Registration Application (handwritten form)

LEO 10423875 · MCNEIL, FORIEST B · 725 DUNN ST., TALLAHASSEE, SEC:

This is a: New Registration — Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) — Request to Replace Voter Information Card

OFFICIAL USE ONLY

1  Are you a citizen of the United States of America?   ☑ YES   ☐ NO
2  I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.
3  I affirm that I have not been adjudicated mentally incapacitated with respect to voting, or, if I have, my right to vote has been restored.
4  Date of Birth (mm-dd-yyyy)  0 4 - 1 2 - 1 9 6 1
5  Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

FVRS No: 104-233-875
Last 4 digits of Social Security Number _____   ☐ I have NONE of these numbers.

6  Last Name: MCNEIL   First Name: Forrest   Middle Name: Bradwell   Name Suffix (Jr., Sr., II, IV, etc.)
7  Address Where You Live (legal residence, no P.O. Box): 725 DUNN ST   Apt/Lot/Unit   City: TALL.   County: LEON   Zip Code: 32304
8  Mailing Address (if different from above address)   Apt/Lot/Unit   City:   State or Country:   Zip Code:
9  Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City:   State:   Telephone No. (optional) 1-850-408-7740
10 Former Name (if name is changed)   Gender: ☐ M ☐ F   State or County of Birth: USA
11 ☐ Email me SAMPLE BALLOTS if option is available in my county. My email address is:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty Uniformed Services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

12 Party Affiliation (Check only one. If left blank, you will be registered without party affiliation):
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): _____

Race/Ethnicity (Check only one):
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: _____

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE!

APP SUPERVISOR OF ELECTIONS
LEON COUNTY, FLA.
2018 MAY 31  P 1: 04

Date 5/01/18

VR Systems Voter Focus Version 20.0.26(0)
11/19/2019 2:41:10 PM
Operator = usztoks

App. 0920

10423-o75 MCNEIL, FORIEST BRADWELL (Doc Images)

LEO   10423875

ISSUE 002 - Document 3 of 5

Signed 3/29/14

725 DUN ST, TALLAHASSEE, 32304

MCNEIL, FORIEST 3

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

2. ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM-DD-YYYY)   0 4 - 1 2 - 1 9 6 1

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

6. Last Name: MCNeil   First Name: Foriest   Middle Name: [blank]   If no FL DL or FL ID, then provide... Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

7. Address Where I Live (No PO Box)   3570 BW Rd   Apt/Lot/Unit   Name Suffix (Jr, Sr, II, etc.)

8. Mailing Address (if different from above)   3590 Fred George Rd   Apt/Lot/Unit 315   City Quincy   State FL   Zip Code 32352

9. Address Where I was Last Registered to Vote   Apt/Lot/Unit   City TALL   State FL   Zip Code 32303

10. Former Name (if name is changed)   Gender ☐ M ☒ F   State or County of Birth Freeden

11. ☑ Email me SAMPLE BALLOTS if option is available in my county   (See Public Record Notice above)   My email address is: fmcneil@gmail.com

Telephone No. (optional) (850) 408-9440

Party Affiliation
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

Date 3/29/14

Scan Date = 04/04/2014

VR System's Voter Focus Version 20.0.26(0)
11/19/2019 2:41:29 PM
Operator = usztoks

App. 0921

10423»75  MCNEIL, FORIEST BRADWELL  (Doc Images)

LEO    10423875    MCNEIL, FORIEST B

DUNN, St TA, LA fASSEE, 3 2K

## VOTER'S CERTIFICATE: YOU MUST SIGN THIS OATH.

I, _____, do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

**Ballot must be received by the Supervisor of Elections no later than 7:00 pm on Election Day.**

**VOTER SIGNATURE REQUIRED:**

SIGN HERE    10/25/18

FORIEST B MCNEIL

9145

(POWER OF ATTORNEY CANNOT SIGN FOR VOTER)

☒ I want to continue to vote by mail

10423875 1503 C Eb 78 Sty 1503 #107

61940000407

11/16/2019 11:35 AM

VR Systems Voter Focus Version 20.0.26(0)
11/16/2019 2:42:23 PM
Operator = us22bks

Scan Date: 01/22/201

App. 0922

104233o75  MCNEIL, FORIEST BRADWELL  (Doc Images)

ISSUE 002 - Document 5 of 5
Signed 8/20/18

# VOTER'S CERTIFICATE: YOU MUST SIGN THIS OATH.

I, _Forrest B. McNeil_ , do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I am a qualified than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

**VOTER SIGNATURE REQUIRED:**

SIGN HERE

8/20/18
Date

☑ I want to continue to vote by mail

LEO  104233875    MCNEIL, FORIES  B

:. DUNI ST, .  .AHASSEE, 3233:

104233875 DEM 1503 O Ba 76 Sky 16030 #224-   FORIEST B MCNEIL

143

08/21/2018 02 07 PM

**Ballot must be received by the Supervisor of Elections no later than 7:00pm on Election Day.**

Scan Date   23/2018

VR Systems Voter Focus Version 20.0.:6(0)
11/19/2019 2:42:37 PM
Operator = us2l0kts

App. 0923

20-34
(voter David
Gallo )

# DUPLICATE ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **DAVID GALLO**   Day Phone **850-755-003** Evening Phone **504-206-7534**

Address **2055 Thomasville Rd, B306** City **Tallahassee**

County **LEON**   State **FL**   Zip Code **32308**

E-mail Address **dg4631@gmail.com**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **3P16-65**   Work Phone **305-754-0118**

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address **10800 BISCAYNE BLVD STE 1050**   City **MIAMI**

County **MIAMI-DADE**   State **FL**   Zip Code **3316l**

Have you filed this complaint with the (check all that apply):

|  |  | Yes | No |
|---|---|---|---|
| State Attorney's Office | | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | | ☑ Yes | ☐ No |
| Florida Department of Law Enforcement | | ☑ Yes | ☐ No |
| Florida Elections Commission | | ☑ Yes | ☐ No |
| Florida Commission on Ethics | | ☑ Yes | ☐ No |

# RECEIVED

MAR 11 2020

Office of the General Counsel

DS-DE #34 (rev. 07/2016)   Page 1   Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

_SEe  below_

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

_I Received my New Voter Registration indicating A Change in my political party affiliation. Upon Receiving this I contacted Leon County Elections office About my complaint. I would Like this complaint investigated And Appreciate the help From Leon County Elections_

☐ Check here if additional pages or documents are attached.

_David Gallo_                    _3-2-2020_
Signature of complainant                Date Signed

_David Gallo_
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

1123:17464  GALLO, DAVID (Doc Images)

LEO   1123:17464

DUPLICATE

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY

FVRS No: 1123:17464

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

2. I affirm I have never been convicted of a felony.
   ☑ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

3. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth   (MM-DD-YYYY)   | 1 | 2 | - | 2 | 9 | - | 1 | 9 | 4 | 8 |

5. Last Name   Gallo
   First Name   David   Middle Name   Leon   Name Suffix

6. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
   If (a) FL DL or FL ID Issue   ☐ I have   Last 4 digits of SSN / Social Security Number   ☐ I have NONE of these numbers

7. Address Where You Live (legal residence-no P O Box)
   Mailing Address (if different from above address)

8. Address Where You Were Last Registered to Vote
   Apt/Lot/Unit   City   State or County of Birth   State   Zip Code

9. Former Name (if name is changed)

10. ☐ Email me SAMPLE BALLOTS if option is available in my county.
    (See Public Record Notice above)   My email address is:

11. Race/Ethnicity (Check only one)
    ☐ American Indian/Alaskan Native
    ☐ Asian/Pacific Islander
    ☐ Black, not of Hispanic Origin
    ☐ Hispanic
    ☐ White, not of Hispanic Origin
    ☐ Multi-racial
    ☐ Other

    Gender   ☐ M   ☐ F

    (Check only one if applicable)
    ☐ I am an active duty Uniformed Services or Merchant Marine member
    ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
    ☐ I am a U.S. citizen residing outside the U.S.

    Telephone No. (optional)

12. Party Affiliation
    (Check only one. If left blank, you will be registered without party affiliation)
    ☐ Florida Democratic Party
    ☐ Republican Party of Florida
    ☐ No party affiliation
    ☐ Minor party (print party name):
    ☐ Other:

    Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

    ☐ I will provide transportation assistance
    ☐ I will assist with voting
    ☐ I am interested in becoming a poll worker.

    (SIGN)   (MARK)   HERE

    Date   2-5

3P16-65

App. 0926

Scan Date = 05/16/2008

LEO       112317464

112317464  GALLO, DAVID  (Doc Images)



Scan Date= 09/03/2014

LEO

11231746.4

112317464  GALLO, DAVID  (Doc Images)



Scan Date = 09/04/2015

LEO

112317464

1123I7464 GALLO, DAVID (Doc Images)



**112317464 GALLO, DAVID (Doc Images)**

LEO    112317464

Scan Date = 10/21/2015

Our records show this is your resident address:

112317464
DAVID GALLO
2055 THOMASVILLE RD APT B306
TALLAHASSEE FL 32308

**Check one:**

☑ I still live at the address shown above.

☐ I still live in the State of Florida, but have changed my legal residence address to:

Street Address

City                                    Zip Code

☐ I am active duty military, a dependent of active duty military, or a citizen living overseas, and no longer have a physical address in Leon County, Florida, but claim Leon County, Florida as my place of legal residence. (If you check this box, you must provide a mailing address.)

I swear or affirm under penalty of false swearing under the laws of the State of Florida that the information on this form is true and correct.

Sign or mark on line

Our records show this is your mailing address:

**Is your mailing address correct?**

☑ Yes        ☐ No

If you answered "NO" above, please give us your current mailing address:

Street Address

City                        State        Zip Code

☐ I NO LONGER LIVE IN THE STATE OF FLORIDA. Please cancel my Florida voter registration. I understand that it is my responsibility to register to vote where I reside. (To find your local voter registration agency, consult your telephone directory or the Internet for Voter Registration, Elections, or Town/City Clerk.)

2015 OCT 20 PM 2: 02

DIVISION OF ELECTIONS
LEON COUNTY, FLORIDA

Date: 10-8-15



EVID signature, 03/05/2016, 2016 Presidential Preference Primary Election



EVID signature, 08/23/2016, 2016 Primary Election



EVID signature, 10/24/2016, 2016 General Election



EVID signature, 08/28/2018, 2018 Primary Election



EVID signature, 10/24/2018, 2018 General Election



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration can be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** if you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
dos.myflorida.com/elections/for-voters/voter-registration

| # | | |
|---|---|---|
| | This is: ☐ New Registration ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card | |
| 1 | Are you a citizen of the United States of America? ☒ YES ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | **COPY** |
| 3 | ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY) 1 2 - 2 9 - 1 9 4 8 | FVRS No: 112-317-464 |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number ▇▇▇ | If no FL DL or FL ID, then provide ▶ Last 4 digits of Social Security Number ▇▇▇ ☐ I have NONE of these numbers. |
| 6 | Last Name GALLO   First Name David   Middle Name   Name Suffix (Jr., Sr., I, II, etc.): | |
| 7 | Address Where You Live (legal residence-no P.O. Box) 2055 Thomasville Rd, B306   Apt/Lot/Unit B306   City Tallahassee   County LEON   Zip Code 32308 | |
| 8 | Mailing Address (if different from above address) TALLAHASSEE   Apt/Lot/Unit   City   State or Country   Zip Code | |
| 9 | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code | |
| 10 | Former Name (if name is changed)   Gender ☒ M ☐ F   State or Country of Birth   Telephone No. (optional) ( ) | |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☒ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☒ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☒ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE ▶ ▇▇▇ | Date 3-2-202 |

EFC 20-41
re (Voter David Gallo)

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Mark S. Earley**

Day Phone **850-606-8683**   Evening Phone

Address **2990-1 Apalachee Pkwy**

City **Tallahassee**

County **Leon**   State **FL**   Zip Code **32301**

E-mail Address **vote@leoncountyfl.gov**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **New Florida Majority Education Fund**
**3PVRO #3P16-65**

Work Phone **305-754-0118**

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address **10800 Biscayne Blvd Ste 1050**

City **Miami**

County **Miami-Dade**   State **FL**   Zip Code **33161**

Have you filed this complaint with the (check all that apply):

| | | |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☑ Yes | ☐ No |
| Florida Department of Law Enforcement | ☑ Yes | ☐ No |
| Florida Elections Commission | ☑ Yes | ☐ No |
| Florida Commission on Ethics | ☑ Yes | ☐ No |

App. 0937

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

The Leon County Supervisor of Elections office believes that third party voter registration organization New Florida Majority Education Fund (3P16-65) is, in several instances, completing Florida Voter Registration Applications (FVRAs) without the consent of voters whose information appears on the form. Furthermore, the Leon County Supervisor of Elections believes that 3P16-65's voter registration agents are signing FVRAs for the voters.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

On Friday 2/28/2020, Mr. Gallo called The Leon County Supervisor of Elections office and initially spoke to our staff. He had received his voter information card in the mail with his new party affiliation. Our office had mailed the card in response to a voter registration application, received by our office on February 20, 2020, initially delivered to Gadsden County on February 13, 2020, and then forwarded to our office. The application was signed February 5, 2020. The application was collected by Third Party Voter Registration Organization 3P16-65. The application signed 2/5/2020 matches David Gallo's name, date of birth, address, and the last four digits of the social security number. The application indicates a change of party affiliation from the Republican Party of Florida to the Florida Democratic Party. The application is properly completed, signed, and received by our office, so our office processed the application making any changes as required by state law. Mr. Gallo however stated on Friday 2/28/2020 speaking to our staff that he did not complete the application. On Monday 3/2/2020, Mr. Gallo spoke with our staff again, and confirmed the same information, that he has no memory of filling out the form and that he had never changed his party affiliation from Republican to Democrat. Mr. Gallo has a consistent voting history, voting in Republican Primaries. Mr. Gallo's signature is consistent across previous elections since 2008. Upon review, we noted that his signature on file differed from the signature on the 3P16-65 application signed 2/5/2020. Previously, the office has filed a formal complaint to the State Attorney because we believe that 3P16-65 is fraudulently collecting voter registration forms.

---

☑ Check here if additional pages or documents are attached.

_(signature)_                                   03/02/2020

Signature of complainant                        Date Signed

**Mark S. Earley**

Print or type name of complainant

---

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

DS-DE #34 (rev. 07/2016)                   Page 2                   Rule 1S-2.025, F.A.C.

112317464 GALLO, DAVID (Doc Images)

LEO    112317464

DUPLICATE

OFFICIAL USE ONLY

☐ This is:  ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☑ Request to Replace Voter Information Card

FVRB No. 112317464

3P16-65

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

2. I affirm I have never been convicted of a felony.
   If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
   If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

6. Date of Birth (MM/DD/YYYY)   1 2 - 2 9 - 1 9 4 8

7. Last Name   Gallo
   First Name   David
   Middle Name   (Name Suffix)

8. Address Where You Live (legal residence-no P O Box)   2035 Andersville (Apt/Lot/Unit)   City Jacksonville   County   State FL   Zip Code 32202
   Mailing Address (if different from above address)   (Apt/Lot/Unit)   City   State or Country   Zip Code

9. Address Where You Were Last Registered to Vote

10. Former Name (if name is changed)

11. Email me SAMPLE BALLOTS if option is available in my county.   (See FVRB Record No. above.)   My email address is:

12. Party Affiliation:
   (Check only one. If left blank, you will be registered without party affiliation)
   ☑ Florida Democratic Party
   ☐ Republican Party of Florida
   ☐ No party affiliation
   ☐ Minor party (print party name):

   (Race/Ethnicity) (Check only one)
   ☐ American Indian/Alaskan Native
   ☐ Asian/Pacific Islander
   ☑ Black, not of Hispanic Origin
   ☐ Hispanic
   ☐ White, not of Hispanic Origin
   ☐ Multi-racial
   ☐ Other:

   (Gender)   ☑ M   ☐ F

   (Check only one if applicable)
   ☐ I am an active duty Uniformed Services or Merchant Marine member
   ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
   ☐ I am a U.S. citizen residing outside the U.S.

   (Telephone No. [optional])

   ☐ I will vote
   ☐ I will need assistance with voting
   ☐ I am interested in becoming a poll worker.
   ☐ I have NONE of these numbers.

   Last 4 digits of Social Security Number:

   Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

   ☐ (SIGN/MARK HERE)

   Date   2-5

App. 0939

Scan Date = 05/16/2008

LEO   112317464

112317464  GALLO, DAVID (Doc Images)



Scan Date = 09/03/2014

LEO
112317464

112317464 GALLO, DAVID (Doc Images)



Scan Date = 09/04/2015

LEO

112317464

112317464  GALLO, DAVID  (Doc Images)



112317464  GALLO, DAVID (Doc Images)

Scan Date = 10/21/2015

LEO    112317464

**Our records show this is your resident address:**

112317464
DAVID  GALLO
2065 THOMASVILLE RD APT B306
TALLAHASSEE FL 32308

**Check one:**

☒ I still live at the address shown above.

☐ I still live in the State of Florida, but have changed my legal residence address to:

_____
Street Address

_____
City                    Zip Code

☐ I am an active duty military, a dependent of active duty military, or a citizen living overseas, and no longer have a physical address in Leon County, Florida, but claim Leon County, Florida as my place of legal residence. *(If you check this box, you must provide a mailing address.)*

☐ I swear or affirm under penalty of false swearing under the laws of the State of Florida that the information on this form is true and correct.

Sign or mark on line

**Our records show this is your mailing address:**

Is your mailing address correct?

☒ Yes    ☐ No

If you answered "NO" above, please give us your current mailing address:

_____
Street Address

_____
City          State        Zip Code

☐ I NO LONGER LIVE IN THE STATE OF FLORIDA. Please cancel my Florida voter registration. I understand that it is my responsibility to register to vote where I reside. *(To find your local voter registration agency, consult your telephone directory or the Internet for Voter Registration, Elections, or Town/City Clerk.)*

2015 OCT 20 D 02

DIVISION OF ELECTIONS
LEON COUNTY, FLORIDA

Date: 10-8-15

App. 0943



EVID signature, 03/05/2016, 2016 Presidential Preference Primary Election

App. 0944



EVID signature, 08/23/2016, 2016 Primary Election



EVID signature, 10/24/2016, 2016 General Election



EVID signature, 08/28/2018, 2018 Primary Election



EVID signature, 10/24/2018, 2018 General Election



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security Number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) a *copy* of an ID that shows your name and photo (*acceptable IDs*–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A *copy* of an ID that shows your name and current residence address (*acceptable documents*–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: dos.myflorida.com/elections/for-voters/voter-registration

**This is:** ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|
| **1** | Are you a citizen of the United States of America?   ☒ YES   ☐ NO | **COPY** |
| **2** | ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| **4** | Date of Birth (MM-DD-YYYY)   1 2 - 2 9 - 1 9 4 8 | FVRS No. 112-317-464 |

| **5** | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| **6** | Last Name GALLO | First Name David | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| **7** | Address Where You Live (legal residence-no P.O. Box) 2055 Thomasville Rd, B306 | Apt/Lot/Unit B306 | City Tallahassee | County LEON | Zip Code 32308 |
|---|---|---|---|---|---|

| **8** | Mailing Address (if different from above address) TALLAHASSEE | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| **9** | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| **10** | Former Name (if name is changed) | Gender ☒ M ☐ F | State or Country of Birth | Telephone No. (optional) ( ) |
|---|---|---|---|---|

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record Notice above*)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☒ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☒ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| **12** | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE → | | Date 3-2-202 |
|---|---|---|---|---|

App. 0949

*20-109*   *Special Letter*

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

RECEIVED

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activity. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

RECEIVED
SUPERVISOR OF ELECTIONS
LEON COUNTY, FL

Please return the completed complaint form to:   Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name   Joshua Cable   Day (Laura)* Phone 850 321 1570   Evening (Don)* Phone 850 321 1338

Address   1946 Sagebrook Dr   City Tallahassee

County   Leon   State FL   Zip Code 32303

E-mail Address   DCABLECAR@gmail.com

* Legal guardians

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name   New Florida Majority Education Fund   Work Phone 305-754-0118
786-525-1540

*Person's title of office or position held or sought if applicable*

Name of Governmental Office or Private Entity/Office

Address   10800 Biscayne Blvd Suite 1050   City Miami

County   Miami-Dade   State FL   Zip Code 33161

Have you filed this complaint with the (check all that apply):

| | | Yes | No |
|---|---|---|---|
| State Attorney's Office | | ☐ | ☒ |
| Office of Statewide Prosecution | | ☐ | ☒ |
| Florida Department of Law Enforcement | | ☐ | ☒ |
| Florida Elections Commission | | ☐ | ☒ |
| Florida Commission on Ethics | | ☐ | ☒ |

RECEIVED

AUG 26 2020

Office of the General Counsel

DS-DE #34 (rev 07/2016)   Page 1   Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Someone ~~changed~~ submitted a change of party affiliation and forged signature on document

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

When voting on Aug 18th, 2020 He noticed he had been given the wrong ballot. When asking to get the right one discovered that party affiliation had changed from R to D. Sally Higgin witnessed everything that happened at the poll but I don't know anyone else's name. Josh submitted a provisional ballot. When asked, he said he didn't fill out a form or sign anything.

☐ Check here if additional pages or documents are attached.

Laura Cable                              8/20/2020
Signature of complainant                    Date Signed

Laura Cable  Legal Guardian for Joshua
Print or type name of complainant                 Cable

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

1146u0597  CABLE, JOSHUA MICHAEL  (Doc Images)

LEO  11460597

CABLE, JOSHUA M

1946 SAGEBROOK DR, TALLAHASSEE, 32303

Last Name: **Cable**
First Name: **Joshua**
Middle: **Michael**

Date of Birth: 3 / 5 / 1988

Address: 4202 Ben Blvd
City: Tallahassee
County of Legal Residence: Leon
State: FL  Zip Code: 32303

Phone Number: 850-888-3219

Date: 8/30/06

Scan Date = 09/04/2006

VR Systems Voter Focus Version 20.2.1.3(1)
09/20/2021 10:48:39 AM
Operator = uszizkis

App. 0952

114bᴜ0597 CABLE, JOSHUA MICHAEL (Doc Images)

LEO   114800597

CABLE, JOSHUA M          1945 SAGEBROOK DR, TALLAHASSEE, 323U3

of party

Primary

**OFFICIAL USE ONLY**

This is:  ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ NAMES TO HANDLE VOTER INFORMATION LINE

1   Are you a citizen of the United States of America?   ☒ YES   ☐ NO

2   ☐ I affirm I have never been convicted of a felony.
    ☐ I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
    ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including prison, parole, or probation.

3   ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4   Date of Birth (mm/dd/yyyy)   0 3 - 0 5 - 1 9 1 7

5   Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number
    If no FL DL or FL ID, then ☐ (none)
    Last 4 digits of Social Security Number   ☐ I have NONE of these numbers.

6   Last Name   CABLE
    First Name   JShua
    Middle Name   Name Suffix (Jr, Sr, I, II, III, etc.)

7   Address Where You Live (legal residence—no P.O. Box)   1945 Sage brook dr
    Apt/Unit/Lot   55   City   Tallahassee   County   Leon   Zip Code   329[?]2

8   Mailing Address (if different from above address)   Apt/Unit/Lot   City   State or Country   Zip Code

9   Address Where You Were Last Registered to Vote   Apt/Unit/Lot   City   State   Zip Code

10  Former Name (if name is changed)   Gender ☐ M ☐ F   State or Country of Birth   Telephone (No. optional) ( 750 ) 641 - [?]

11  ☐ Email me SAMPLE BALLOTS if option is available in my county.   My email address is:
    (See Public Record Notice above)

12  Party Affiliation   (Check only one. If left blank, you will be registered without party affiliation)
    ☐ Florida Democratic Party
    ☐ Republican Party of Florida
    ☐ No party affiliation
    ☐ Minor party (print party name):

    Race/Ethnicity (Check only one)
    ☐ American Indian/Alaskan Native
    ☐ Asian/Pacific Islander
    ☐ Black, not of Hispanic Origin
    ☐ Hispanic
    ☐ White, not of Hispanic Origin
    ☐ Multi-racial
    ☐ Other:

    (Check only one if applicable)
    ☐ I am in active duty uniformed Services or Merchant Marine member
    ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
    ☐ I am a U.S. citizen residing outside the U.S.

    ☐ I will need assistance with voting
    ☐ I am interested in becoming a poll worker.

    Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

    SIGN
    MARK
    HERE

    Date   3 - 3 - [?]

Scan Date = 02/28/2020

VR Systems Voter Focus Version 20.2.13(1)
02/28/2020 10:48:22 AM
Operator = usz0ks

3P*16-65

1146v0597 CABLE, JOSHUA MICHAEL (Doc Images)

LEO 114600597

CABLE, JOSHUA M

1948 SAGEBROOK DR. TALLAHASSEE, 32303

completed by FVRA

## Florida Voter Registration Application

The completed application-to this office-to this in writing as as.

☐ New Registration ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☑ Required to Replace Voter Information Card.

OFFICIAL USE ONLY

1. Are you a citizen of the United States of America? ☑ YES ☐ NO

2. ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have been, my right to vote has been restored.

4. Date of Birth, (MM/DD/YYYY) 03-05-1979/1818

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

Last Name: Cable
First Name: Joshua
Middle Name: Michael

6. Address Where You Live (legal residence) no P.O. Box: 1948 Sagebrook Dr
City: Tallahassee
County: Leon
Zip Code: 32303

7. Mailing Address (if different from above): 

8. Address Where You Were Last Registered to Vote: 1948 Sagebrook Dr.
City: Tallahassee
State: FL
Zip Code: 32303

9. Former Name (if name is changed):
State or Country of Birth: FL

10. Gender: ☑ M ☐ F
Telephone No. (optional)

11. ☐ Enroll me SAMPLE BALLOTS if option in available in my county.
Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☑ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

Party Affiliation:
☐ Florida Democratic Party
☐ Florida Republican Party
☑ No party affiliation
☐ Minor party (print party name):

(Check only one. If left blank, you will be registered without party affiliation)
☐ I am an active duty Uniformed Servicemember
☐ I am a spouse or a dependent of an active duty uniformed member
☑ I am a U.S. citizen residing outside the U.S.

12. SIGN/MARK HERE

☐ I have copies of these material.

☐ I will report destination with voting.

☐ I am interested in becoming a poll worker.

Date 8/20/2020 305

Scan Date = 08/20/2020

VR Systems Voter Focus Version 20.2.13(1)
08/20/2020 10:47:31 AM
Operator = usztckas

App. 0954



EViD captured signature:
Election 72 <2016 Pres Preference Primary>
Location ' 3471' Precinct '3469'
EViD CE55-15200098
Operator ME Check in at 03/15/16 03:33 PM

20- 490

*Already w/ LEO special letter?*

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Mark S. Earley**

Address **2990-1 Apalachee Pkwy**

County **Leon**

E-mail Address **vote@leoncountyfl.gov**

Day Phone **850-606-8683**          Evening Phone

City **Tallahassee**

State **FL**          Zip Code **32301**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **New Florida Majority Education Fund**

*Person's title of office or position held or sought if applicable*

Address **10800 Biscayne Blvd Ste 1050**

County **Miami-Dade**

Work Phone **305-754-0118**
**785-525-1540**

*Name of Governmental Office or Private Entity/Office*

City **Miami**

State **FL**          Zip Code **33161**

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☑ Yes | ☐ No |
| Florida Department of Law Enforcement | ☑ Yes | ☐ No |
| Florida Elections Commission | ☑ Yes | ☐ No |
| Florida Commission on Ethics | ☑ Yes | ☐ No |

RECEIVED

AUG 2 6 2020

Office of the General Counsel

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint.

My office believes that a third party voter registration agent working on behalf of third party voter registration organization 3P16-65 New Florida Majority Education Foundation submitted a fraudulent Florida Voter Registration Application on behalf of Leon County voter Joshua Cable (114600597). The fraudulent form changed Mr. Cable's political party affiliation without his consent.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

My office has submitted prior Election Fraud Complaint forms for similar instances. In this case, Mr. Joshua Cable arrived to vote at his assigned precinct during the August 18, 2020 Primary Election. Mr. Cable found that his party affiliation had been changed from Republican to Democrat without his knowledge or consent. The change was made on a Florida Voter Registration Application collected by 3P16-65 New Florida Majority Education Fund. However, on review, the signature on this application do not match the signature records on file with my office. Mr. Cable claims that he did not complete the Florida Voter Registration Form collected by 3P16-65. On August 20, 2020 Mr. Cable's parent and legal guardian Laura Cable visited my office in person to review scans of voter registration documents on file with my office. Ms. Cable confirmed that Mr. Cable did not sign the registration form submitted by 3P16-65. Ms. Cable completed her own Election Fraud Complaint form to document the incident. My office believes, after reviewing, that a voter registration agent working on behalf of 3P16-65 completed and signed a Florida Voter Registration Application in Joshua Cable's name. The form in question was signed February 21, 2020 and was originally submitted to the Gadsden County Supervisor of Elections on February 27, 2020. Mr. Cable voted a provisional ballot in the August 18, Primary. Attached with this complaint is a copy of the complaint form completed by Ms. Cable on August 20, 2020. Supporting documentation is also attached.

☑ Check here if additional pages or documents are attached.

_____   8/20/2020
Signature of complainant          Date Signed

Mark S. Earley
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

8.26.20

Supporting documents for EFC 20-110 is within the folder of EFC 20-109. Both are relating to the same matter.

TAB I

6/23/23, 1:17 AM

PRESS RELEASE: Florida Department of State Holds Third-Party Voter Registration Organizations Accountable for Repeated Violations of Law - Florida Department of State

# FLORIDA DEPARTMENT *of* STATE

Para español, seleccione de la lista  Select Language ▼   Powered by  **Translate**

Department of State  /  Communications  /  Press Releases  /  2023  /  PRESS RELEASE: Florida Department of State Holds Third-Party Voter Registration Organizations Accountable for Repeated Violations of Law



**For Immediate Release**
Wednesday, April 19, 2023

**Contact:** Mark Ard
850-245-6522
Mark.Ard@DOS.MyFlorida.com

# PRESS RELEASE: Florida Department of State Holds Third-Party Voter Registration Organizations Accountable for Repeated Violations of Law

App. 0960

6/23/23, 1:17 AM     PRESS RELEASE: Florida Department of State Holds Third-Party Voter Registration Organizations Accountable for Repeated Violations of Law - Florida Department of State

Case 4:23-cv-00218-MW-MAF Document 60-3 Filed 06/23/23 Page 134 of 147

## ~Announcement coincides with recent arrests of voter registration collection agents in Lee and Charlotte Counties~

**TALLAHASSEE, FLA. –** Secretary of State, Cord Byrd, announced today the Office of Election Crimes and Security (OECS) has secured payments of civil fines in the amount of $34,400.00 against Hard Knocks Strategies, LLC, a third-party voter registration organization, for repeated violations of third-party voter registration laws contained in section 97.0575, Florida Statutes (Fla. Stat.). Hard Knocks Strategies has also been fined an additional $12,200.00 for recent violations of 97.0575, Fla. Stat.

**"Floridians place a great deal of trust in third-party voter registration organizations to collect their personal information and submit their voter registration application to the appropriate Supervisor of Elections in a timely manner. This organization has shown a blatant disregard for the laws of this state and their illegal conduct undermines the confidence of Floridians in the elections process."** said Secretary of State Cord Byrd. **"We will protect the sanctity of Florida's elections and will continue to use any and all available methods to hold organizations and individual bad actors accountable for violations of Florida election law."**

The Office of Election Crimes and Security reviewed 2,868 voter registration applications collected by Hard Knocks Strategies, LLC's, agents, that were submitted to election officials after the statutory deadline. Of these registrations, at least 116 were collected before – but not delivered until after – book closing deadlines, subjecting Florida voters to potential disenfranchisement. Hard Knocks Strategies, LLC also repeatedly turned in registrations to the incorrect county supervisors of elections, and in one instance, submitted 21 Florida voter registrations presumed to be from Texas residents.

The Office of Election Crimes and Security's announcement of these fines coincides with a series of recent arrests in Charlotte and Lee Counties of Hard Knocks Strategies' voter registration collection agents who had submitted a large number of fraudulent voter registration applications from 2021-2022. These potential fraudulent registrations were first reported by Lee County Supervisor of Elections' office to the Florida Department of State and the Office of the State Attorney (SAO), 20th Judicial Circuit. The Department of State, Office of Election Crimes and Security is grateful to the Supervisors of Elections Offices in Charlotte and Lee Counties for their diligence in recognizing and reporting this fraud.

The SAO criminal investigation implicated six employees of Hard Knocks Strategies in Lee County, and a seventh in Charlotte County who had submitted to election officials in those counties at least 58 fraudulent voter registration applications using the personal identification of others without their consent. Further, the investigation found that Hard Knocks Strategies evidently does not conduct background checks on voter registration collection agents who handle sensitive information. According to arrest reports, one defendant, at the time of his employment with Hard Knocks Strategies, was a 15-time convicted felon; another defendant, also a convicted felon, has three prior convictions for crimes involving dishonesty. Thanks to the outstanding work by our partners at the Office of the State Attorney, 20th Judicial Circuit, the multiple defendants in this case will be forced to answer for attempting to corrupt Florida's voter registration process.

6/23/23, 1:17 AM

PRESS RELEASE: Florida Department of State Holds Third-Party Voter Registration Organizations Accountable for Repeated Violations of Law - Florida Department of State

Case 4:23-cv-00218-MW-MAF   Document 60-3   Filed 06/23/23   Page 135 of 147

Florida is a model for successful election administration.  The Florida Department of State, Office of Election Crimes and Security seeks to ensure that elections in this state are fair, secure and accurate.  Those who observe or witness a potential case of elections fraud can complete and submit an Elections Fraud Complaint Form (ENG/SPN) to OECS.  If, after a preliminary investigation by OECS, there is reason to believe that elections fraud may have occurred, OECS will refer the information to the statewide prosecutor, the relevant state attorney, or an appropriate law enforcement agency for further investigation and prosecution.

# # #



**Ron DeSantis, Governor**
**Cord Byrd, Secretary of State**

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Copyright © 2023 State of Florida, Florida Department of State.

**Florida Department of State**
**Phone: 850.245.6500**

R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399-0250

>

App. 0962

# Annette Taddeo applauds Travis Hutson for adding her amendment targeting voter registration fraud

**Third-party voter registration groups would be fined $1,000 per falsified form.**

Democratic Sen. **Annette Taddeo's** war on voter registration fraud has gained an ally in Republican Sen. **Travis Hutson**. Hutson signed off on language she suggested targeting unscrupulous third-party voter registration groups in a strike-all amendment he filed Tuesday.

**SB 524**, one of **several bills** by Hutson this Session which evoke consternation among his Democratic colleagues, would ban **ranked-choice voting**, **tighten vote-by-mail strictures** and create an "Office of Election Crimes and Security" to investigate voter fraud complaints.

If the Senate Appropriations Committee OK's Hutson's new strike-all **Thursday**, it also would fine third-party voter registration organizations $1,000 for every voter registration form its employees alter without a person's knowledge — an amendment Taddeo suggested Feb. 1, when the bill cleared the Senate Ethics and Election committee **along party lines**.

Taddeo said she withdrew her amendment at Hutson's request so the two could have "a good faith discussion." They did.

"I applaud Sen. Hutson and Senate President **(Wilton) Simpson** for including (my amendment) in the strike all," she said in a statement. "The severity of these reports coming in from all across Florida, of individuals having their party changed is not a partisan issue, and I would like to thank the bill sponsor for adding this language. It is imperative that we protect our citizens, protect our democracy and do whatever we must to make sure people are confident in our electoral process."



STATEWIDE.
STATE WISE.

The reports to which Taddeo referred stem from an exposé by WPLG Local 10's **Glenna Milberg**, who reported in December that residents of the Haley Sofge Towers in Miami's Little Havana neighborhood **had their voter registration changed from Democrat to Republican** without their consent.

Within days, Miami-Dade County State Attorney **Katherine Fernandez Rundle** promised to investigate the scheme, which appears to have targeted seniors who speak little or no English.

According to the **Miami Herald**, more than 100 people who live in the towers and a nearby building — all low-income housing communities — switched their political party affiliation to Republican in a recent four-month period.

Taddeo, who is running for Governor, has been conducting her own inquiry into the matter. It brought her to Hillsborough County, where she spoke with one woman who claimed she'd been paid by a **Donald Trump**-backed dark money group, **Florida First**, to trick elderly Democrats into changing parties. Taddeo's office said Tuesday she has since submitted information to Hillsborough State Attorney **Andrew Warren**.

The activity also has been linked to the **Republican Party of Florida**. Both Florida First and the RPOF have denied any involvement.



Taddeo has called it "**a concerted effort**" to slash Democratic voter rolls while artificially pumping up Republican voter numbers ahead of the November election — something that could hurt her chances of notching the Democratic nomination.

"If (these) Democrats are not able to vote — and they're mostly Hispanic who they're targeting — as the first Latina to run for Governor in Florida history, it would affect me directly as well," she said.

Her amendment to Hutson's bill won't go into effect until the next election cycle.

Jesse Scheckner

February 23, 2022

6 min

Andrew Warren

Annette Taddeo

Donald Trump

Florida First

Glenna Milberg

Hillsborough County

Katherine Fernandez
Rundle

Miami Dade County

Republican Party Of
Florida

SB 524

Travis Hutson

Voter Registration Fraud

Wilton Simpson

## Related Articles

INFLUENCE

**Florida Supreme Court rebuffs ex-Hillsborough State Attorney Andrew Warren's reinstatement bid**

INFLUENCE

**Gov. DeSantis sues Joe Biden administration, challenging college accreditation agencies**

INFLUENCE

**Federal judge orders Florida Medicaid to cover gender-affirming care**



# Jesse Scheckner

Jesse Scheckner has covered South Florida with a focus on Miami-Dade County since 2012. His work has been recognized by the Hearst Foundation, Society of Professional Journalists, Florida Society of News Editors, Florida MMA Awards and Miami New Times. Email him at Jesse@FloridaPolitics.com and follow him on Twitter @JesseScheckner.

PREVIOUS
**House poised to pass bills on telehealth, drug overdoses, peer specialists**

NEXT
**GOP challenger matches Frederica Wilson in Q4 fundraising, but trails far behind in on-hand cash**

Florida Politics is a statewide, new media platform covering campaigns, elections, government, policy, and lobbying in Florida. This platform and all of its content are owned by Extensive Enterprises Media.

Publisher: Peter Schorsch @PeterSchorschFL

Contributors & reporters: Phil Ammann, Roseanne Dunkelberger, A.G. Gancarski, Anne Geggis, Ryan Nicol, Jacob Ogles, Gray Rohrer, Jesse Scheckner, Christine Sexton, Drew Wilson, Wes Wolfe, and Mike Wright.

Email: Peterschorsch@floridapolitics.com
Twitter: @PeterSchorschFL
Phone: (727) 642-3162
Address: 204 37th Avenue North #182
St. Petersburg, Florida 33704

Email

Type your email address here

CAPTCHA

I'm not a robot

reCAPTCHA
Privacy - Terms

Subscribe

Coronavirus                          Legislative

Communities                          Federal

2024 – Down Ballot                   Emails & Opinions

Case 4:23-cv-00818-MW-MAF Document 60-3 Filed 06/23/23 Page 141 of 147



Donate

# Ex-Fort Myers man gets prison in SWFL voter registration case

WGCU | By **WGCU Staff**

Published June 9, 2023 at 12:38 PM EDT





WGCU
BBC World Service
WGCU
BBC World Service

App. 0968

A former Fort Myers man will serve 16 months in prison after he was found guilty of fraudulent voter registration activities.

Eugene Florence, 33, now of Moore Haven, was employed by an organization called "Hard Knocks," a company that claims to mobilize voters to get people to register to vote. Florence worked for the organization in 2021, knowingly submitted voter registrations of individuals who did not swear to the oath or contents.

Florence, who has a significant arrest and conviction record in Southwest Florida, was sentenced Thursday by Lee County Judge Edward J Volz Jr. to 16 months in prison which will be served concurrent to a five-year prison sentence he is serving on 2021 charges of burglary, grand theft and felony driving while license suspended or revoked.

An investigation by the State Attorney's Office, 20th Judicial Circuit, related to the activities of individuals employed by a third-party voter registration organization, has resulted in multiple arrests and a prison sentence this week for one of those involved.

Several "Hard Knocks" employees submitted voter registrations that drew the attention of the Lee and Charlotte County Supervisors of Elections.

The State Attorney's Office investigation determined fraudulent voter registration applications were submitted.

Three others have also been arrested as a result of this investigation.

Two other defendants have cases pending and a third defendant is currently in a diversion program due to not having any prior criminal history. That defendant was also ordered to pay court costs and testify truthfully in any case that may require such testimony.

In April, the Florida Office of Election Crimes and Security secured payments of civil fines in the amount of $34,400.00 against Hard Knocks Strategies for repeated

WGCU
BBC World Service
WGCU
BBC World Service

The company was also fined an additional $12,200.00 for recent violations of 97.0575, Fla. Stat.

The Office of Election Crimes and Security reviewed 2,868 voter registration applications collected by Hard Knocks Strategies agents, that were submitted to election officials after the statutory deadline. Of these registrations, at least 116 were collected before — but not delivered until after — book closing deadlines, subjecting Florida voters to potential disenfranchisement.

Hard Knocks Strategies also repeatedly turned in registrations to the incorrect county supervisors of elections, and in one instance, submitted 21 Florida voter registrations presumed to be from Texas residents.

The Office of Election Crimes and Security's announcement of the fines coincided with the arrests in Charlotte and Lee Counties of the Hard Knocks Strategies' voter registration collection agents who had submitted a large number of fraudulent voter registration applications from 2021-2022.

*WGCU is your trusted source for news and information in Southwest Florida. We are a nonprofit public service, and your support is more critical than ever. Keep public media strong and* donate *now. Thank you.*

**Tags**   Election | WGCU News | Crime | Voter Registration | Voter Registration Drives | voter fraud



## WGCU Staff

See stories by WGCU Staff

WGCU
**BBC World Service**
WGCU
**BBC World Service**

App. 0970

## Latest Stories


Judge temporarily blocks Wyoming's 1st-in-the-nation abortion pill ban


3M reaches $10.3 billion settlement over contamination of water systems


Kesha and Dr. Luke reach a settlement over rape and defamation claims


**Arts & Culture**
"Smoke on the Water" by Deep Purple: Song of the Day for June 23

© 2023 WGCU News

WGCU
BBC World Service
WGCU
BBC World Service

   

WGCU
**BBC World Service**
WGCU
**BBC World Service**

App. 0972

https://news.wgcu.org/election/2023-06-09/ex-fort-myers-man-gets-prison-in-swfl-voter-registration-case      5/5



Secretary of State Laurel Lee
Florida Department of State
R.A. Gray Building
500 South Bronough Street
Tallahassee, Florida 32399

February 3, 2022

Dear Secretary Lee:

I am writing to express grave concern regarding a recent report[1] that senior citizens in a Miami-Dade public housing complex, Haley Sofge Towers, unknowingly had their party registration changed after "updating" their voter registration with "people with clipboards and Republican Party of Florida hats." The report cites instances of voters who did not intend to register with the Republican Party of Florida and only found out they had registered as Republicans *after* receiving their voter registration cards. Notably, the report states that several residents at the public housing complex experienced the same unwitting change in their party affiliation.

This comes after a December 2021 report[2] finding that an 84-year-old resident of Little Havana, who had been a lifelong Democrat, had her voter registration unknowingly changed to Republican after being approached by a third-party voter registration agent working on behalf of the Republican Party of Florida. While the elderly resident signed the form, she allegedly did not intend or provide authority for her party affiliation to be changed.

Given that there have been multiple reports of voters having their party affiliation unwittingly changed after interacting with third-party voter registration agents working on behalf of the Republican Party of Florida, I call on you to exercise your authority under Section 97.102(15), Florida Statutes to "[c]onduct preliminary investigations into any irregularities or fraud involving voter registration…and report [your] findings to the statewide prosecutor or the state attorney for the judicial circuit in which the alleged violation occurred for prosecution, if warranted."

---

[1] Glenna Milburn, *South Florida Seniors Alarmed After Political Party Was Unknowingly Changed to Republican,* LOCAL 10 NEWS, (February 2, 2022,6:21 PM), https://www.local10.com/news/local/2022/02/02/south-florida-seniors-alarmed-after-political-party-was-unknowingly-changed-to-republican/

[2] Glenna Milburn, *Was a Little Havana 84-year-old lifelong Democrat duped into registering as a Republican?,* LOCAL 10 NEWS, (December 3, 2021,6:20 PM), https://www.local10.com/news/politics/2021/12/03/was-a-little-havana-84-year-old-lifelong-democrat-duped-into-registering-as-a-republican/.

# FL⟍DEMS

I trust that you are as alarmed as I am by these reports and will uphold your duty as Chief Elections Officer of the State of Florida by ensuring that Florida seniors are not duped or taken advantage of by third party voter registration organizations.

Sincerely,

Manuel A. Diaz
Chair, Florida Democratic Party

CC:
Governor Ron DeSantis
Mayor Daniella Levine-Cava
Supervisor of Elections Christina White
State Attorney Katherine Fernandez Rundle