# United States District Court
CIVIL MINUTES - GENERAL

Case #  4:23cv215-MW-MAF;　　　　　　Date　June 28, 2023
　　　　4:23cv216-MW-MAF;
　　　　4:23cv218-MW-MAF

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al. v. CORD BYRD, et al;
LEAGUE OF WOMEN VOTERS OF FLORIDA INC, et al. v. ASHLEY MOODY, et al.;
HISPANIC FEDERATION, et al. v. CORD BYRD, et al.

DOCKET ENTRY:  Preliminary Injunction Hearing Held   9:00 – 9:12 a.m.; 9:24 – 9:51 a.m.;
　　　　　　　　　　　　　　　　　　　　　　　　　　　10:09 – 11:25 a.m.;
　　　　　　　　　　　　　　　　　　　　　　　　　　　11:41 a.m. – 12:23 p.m.;
　　　　　　　　　　　　　　　　　　　　　　　　　　　12:31 - 12:34 p.m.

Court hears argument regarding Plaintiffs' [55], [27] & [32] Motions for Preliminary Injunction. Defendants' response to [33] Motion to Proceed Under Pseudonym (filed in 4:23cv218) due 7/10/23; Plaintiffs' reply due 7/13/23.  Parties to confer and file notice re: [7] Motion to Consolidate (filed in 4:23cv218) 21 days after Court's ruling on preliminary injunction and the parties' Rule 26 meeting deadline is extended same.  Plaintiff Hispanic Federation to file supplement by noon on 6/30/23.  Defendants' response due by 5:00 pm on 6/30/23.  Orders to follow.

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

　　Victoria Milton McGee　　　　　　Megan Hague
　　　　Deputy Clerk　　　　　　　　　Court Reporter

Attorney(s) for Plaintiff(s):　　　　　　　Attorney(s) for Defendant(s):
Abha Khanna, Frederick Wermuth and　　　Mohammad Jazil, Joshua Pratt and
Mindy Johnson (NAACP);　　　　　　　　Michael Beato (Byrd);
Brent Ferguson, Jonathan Diaz and　　　　Noah Sjostrom and Stephanie Morse (Moody)
Allison Walter (League);
Adriel Cepeda Derieux and
Cesar Ruiz (Federation)

PROCEEDINGS:　　Preliminary Injunction Hearing Held

9:00　　Court in session
　　　　Court addresses parties
9:03　　Court hears argument regarding Plaintiffs' [55], [27] & [32] Motions for Preliminary Injunction
9:11　　Plaintiff Hispanic Federation requests a break to confer with Plaintiffs' counsel (Cepeda Derieux)
9:12　　Court in recess

9:24　　Court in session
　　　　Argument continues

| | |
|---|---|
| 9:51 | Court in recess |
| 10:09 | Court in session |
| | Argument continues |
| 11:20 | Court addresses parties re: [33] Motion to Proceed Under Pseudonym and [7] Motion to Consolidate (filed in 4:23cv218) |
| 11:22 | Ruling by Court. Defendants' response to [33] Motion due 7/10/23; Plaintiffs' reply due 7/13/23. Parties to confer and file notice re: [7] Motion 21 days after Court's ruling on preliminary injunction and the parties' Rule 26 meeting deadline is extended same. |
| 11:25 | Court in recess |
| 11:41 | Court in session |
| | Argument continues |
| 12:22 | Court addresses parties |
| 12:23 | Plaintiff Hispanic Federation moves to supplement the record (Cepeda Derieux) |
| | Court in recess |
| 12:31 | Court in session |
| | Defendants respond (Jazil) |
| 12:32 | Ruling by Court: Plaintiff Hispanic Federation to file supplement by noon on 6/30/23. Defendants' response due by 5:00 pm on 6/30/23. Orders to follow. |
| 12:34 | Court adjourned |

Initials of Clerk: **VMM**