IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                            Case Nos.: 4:23cv215-MW/MAF
                                                                         4:23cv216-MW/MAF
**CORD BYRD, et al.,**                                      4:23cv218-MW/MAF

    *Defendants*.

_____/

## **ORDER SETTING DEADLINES**

Consistent with this Court's statements on the record at the conclusion of the hearing on June 28, 2023, the parties shall confer in these three cases and file a notice indicating their positions regarding consolidation of these cases **on or before twenty-one days after this Court enters an order ruling on the Plaintiffs' motions for preliminary injunction**. If the parties disagree about consolidation, they must also set forth a briefing schedule on the matter of consolidation along with their notice of positions by this deadline.

In addition, this Court reiterates that Defendants in these three cases shall file their responsive pleadings to the operative complaints **on or before twenty-one days after this Court enters an order ruling on the Plaintiffs' motions for preliminary injunction.**

Likewise, the parties' deadlines for conferring and filing their Rule 26 reports are extended to **on or before twenty-one days after this Court enters an order ruling on the Plaintiffs' motions for preliminary injunction.**

In Case No.: 4:23cv218, Defendants' response to Plaintiffs' motion to proceed anonymously is due **on or before July 10, 2023**, and Plaintiffs' reply, if any, is due **on or before July 13, 2023**.

Finally, without objection from Defendants, Plaintiffs in Case No.: 4:23cv218 may supplement the record with certified translations of their translated declarations **on or before 12:00 p.m. (ET) on June 30, 2023**. If Defendants need to be heard with respect to the certified translations, they must file a notice with this Court indicating the reason for which they wish to be heard **by 5:00 p.m. (ET) on June 30, 2023**.

**SO ORDERED on June 28, 2023.**

s/Mark E. Walker\
**Chief United States District Judge**
