# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## Declaration of Norka Martínez
### (Pursuant to 28 U.S.C. § 1746)

1. My name is Norka Martínez, and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

### Personal Background

2. I have lived in the United States since 2017.

3. I have lived in Florida since 2017.

4. I currently live in Kissimmee, Florida, in Osceola County.

5. I am a citizen of Venezuela.

6. I have had Temporary Protected Status in the United States since 2022.

7. I am authorized to work in the United States.

8. I have a college degree in computer science, having received qualifications in Venezuela.

## Voter Registration Work

9. I have been assisting with voter registration efforts since 2022.

10. I worked during the 2022 election cycle.

11. I have assisted with voter registration efforts in paid roles. In the past I have worked for both Hard Knocks and Mi Familia Vota as a canvasser. For the past 15 months I have served as a canvasser for Mi Vecino.

12. In each of those roles, I have provided eligible voters with voter registration applications, and have assisted eligible voters who are interested in registering to vote.

13. I have been trained by my organization to conduct voter registration outreach in the community and I am trained on a continuing basis as the rules and regulations change around my work as a field organizer helping register voters.

14. During my time as a canvasser, I have encountered many individuals with questions and concerns about how they can access their right to vote. Personally, I have built many relationships with members of the community, and I enjoy working in the field engaging them on how to access their right to vote.

15. Working as a canvasser and I have been able to provide for myself and loved ones. It serves as my primary occupation and without it I would struggle

to support myself and loved ones financially.

16. I think voter registration work is important because it is essential to being able to vote. Voting is essential because as citizens voters protect the interests of our whole community. Voting is necessary to defend democracy and voter registration work is important to me because it is crucial to protecting all of our rights.

## Impact of Florida SB 7050

17. If the law goes into effect, I will have to stop doing voter registration work.

18. If the law goes into effect, I will lose my current job.

19. I entered into an exclusive contract with my employer to perform my work as a canvasser for a permanent position with the organization.

20. The law will make it difficult for me to find work that my body can handle. I have physical limitations on my ability to perform hard or arduous labor, because I developed back and wrist issues from performing other types of work earlier in my career. Working in voter registration allows me to prioritize my health and avoid the strain of more physically taxing work. I enjoy speaking with people and it's the lightest non-physically taxing job I can do. In comparison to prior jobs I had, cleaning up construction sites where I injured my wrists and also when I previously worked in Amazon which carrying heavy boxes caused me a lot

of hip pain, my job as a canvasser limits my physical exposure which protects my health.

21. I will lose significant financial stability if I am not able to work as a canvasser. My job as a canvasser is my sole source of income and if I lose it, I will have trouble covering bills, medical costs, and other household expenses. I will also be less able to provide support for my family, including my sisters, niece, and their children, all of whom are in my home country Venezuela and who I currently help support financially.

22. I have gained valuable experience working in the field as a canvasser. By participating in this work, I have developed many skills which support my ability to effectively do my job and engage members of the community.

23. The law will severely limit my ability to engage with community-based organizations doing voter registration work and with the eligible citizens who I could be helping to register to vote, because I will not be able to volunteer or work as a canvasser, which primarily involves handling and collecting voter registration forms which is prohibited by the law given my status.

**DISCLAIMER:** This document has been translated into Spanish for the Affiant's review and approval. A copy of the translation is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2023

_____
Norka Martínez

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE FLORIDA
DIVISIÓN DE TALLAHASSEE**

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>*Demandantes,*<br><br>contra<br><br>CORD BYRD*, etc., et al.,*<br><br>*Acusados.* | Caso núm. 4:23-cv-218-AW-MAF |

**Declaración de Norka Martínez
(De conformidad con 28 U.S.C. § 1746)**

1. Mi nombre es Norka Martínez, soy mayor de 18 años y tengo plena capacidad para hacer esta declaración. Bajo pena de perjurio declaro lo siguiente:

**Antecedentes Personales**

2. He vivido en los Estados Unidos desde el 2017.

3. He vivido en la Florida desde el 2017.

4. Actualmente vivo en Kissimmee, Florida, en el condado de Osceola.

5. Soy de Venezuela.

6. He tenido Estatus de Protección Temporal (TPS) en los Estados Unidos desde el 2022.

7. Estoy autorizada para trabajar en los Estados Unidos.

8.  Tengo un título universitario de informática, recibí mis cualificaciones en Venezuela.

### Trabajo de Registro de Votante

9.  He asistido con los esfuerzos de registro de votantes desde el 2022.

10. Trabajé durante el ciclo de elecciones del 2022.

11. He asistido con esfuerzos de registro de votantes en empleos remunerados. Anteriormente, trabajé en Hard Knocks y Mi Familia Vota como promotora. En los últimos 15 meses he trabajado como promotora para Mi Vecino.

12. En cada uno de estos trabajos, le he proporcionado formularios de registro para votar a votantes elegibles y he asistido a votantes elegibles interesados en registrarse para votar.

13. He sido capacitada por mi organización para dirigir esfuerzos de registro de votantes en la comunidad y soy entrenada continuamente sobre los cambios en la normativa y regulaciones relacionados con mi trabajo como organizadora de campo ayudando a registrar a los votantes.

14. Durante mi tiempo como promotora, me he encontrado con muchas personas que tienen preguntas o inquietudes sobre cómo pueden acceder su derecho a votar. Personalmente, yo he creado muchas relaciones con miembros de la comunidad y disfruto trabajar en el campo explicando cómo pueden acceder su derecho a votar.

15. Trabajando como promotora he podido proveer para mi familia y para mí. Este trabajo es mi ocupación principal, y sin él, se me haría difícil proveer económicamente para mis seres queridos para mí.

16. Pienso que el trabajo de registro de votante es importante porque es esencial para poder votar. Votar es esencial porque, como ciudadanos, los votantes protegen los intereses de toda la comunidad. Es necesario votar para defender la democracia y, para mí, el trabajo de registro de votantes es esencial para proteger todos nuestros derechos.

## Impacto de la Ley de Florida SB7050

17. Si la ley entra en vigencia, tendré que dejar de hacer el trabajo de registro de votante.

18. Si la ley entra en vigencia, perderé mi trabajo actual.

19. Entré en un contrato exclusivo con mi empleador para hacer el trabajo de promotora en un puesto permanente en la organización.

20. La ley hará que tenga dificultades encontrando un trabajo con el que pueda lidiar físicamente. Tengo ciertas limitaciones físicas en mi habilidad de hacer labores difíciles o arduas porque desarrollé problemas en la espalda y muñeca trabajando en otros puestos al principio de mi carrera. Trabajar en el registro de votantes me permite priorizar mi salud y evitar el estrés de un trabajo que sería más agotador físicamente. Me gusta hablar con las personas y es el trabajo menos agotador físicamente que puedo hacer.

En comparación con otros trabajos que he tenido anteriormente, como limpieza de sitios de construcciones, donde me lesioné las dos muñecas, y también cuando anteriormente trabajaba en Amazon, el cargar cajas pesadas me causó mucho dolor en la cadera. Mi trabajo como promotora limita el tener que exponerme a trabajos muy físicos y protege mi salud.

21. Perderé una estabilidad económica significativa si no puedo trabajar como promotora. Mi trabajo como promotora es mi única fuente de ingresos, y si lo pierdo, tendré dificultades para cubrir mis gastos, costos médicos, y otros gastos del hogar. Tampoco podré proporcionar apoyo para mi familia, incluyendo mis hermanas, sobrina, y sus hijos, que todos viven en Venezuela y a quienes apoyo económicamente actualmente.

22. He adquirido una valiosa experiencia trabajando en el campo como promotora. Al formar parte de este trabajo, he desarrollado muchas habilidades que respaldan mi capacidad para hacer mi trabajo eficazmente y lograr la participación de miembros de la comunidad.

23. La ley limitará severamente mi capacidad de involucrarme con organizaciones comunitarias que apoyan el trabajo de registro de votantes y con los ciudadanos elegibles que puedo ayudar a registrarse a votar porque no podré ser voluntaria ni trabajar como promotora, lo cual principalmente implica manejar y recopilar solicitudes del registro de votante, lo cual ahora está prohibido por la ley debido a mi estatus.

**DESCARGO DE RESPONSABILIDAD:** Este documento ha sido traducido al español para la revisión y aprobación del declarante. Se adjunta una copia de la declaración.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el 6 de junio de 2023

_____

Norka Martínez



## Vanan Online Services, Inc.
### Think Service Think Vanan

## Certificate of Translation

Translation of **"Affidavit of Norka Martinez"**

from **"English"** to **"Spanish"**

We, Vanan Online Services, Inc. a professional Translation company, hereby certify that the above-mentioned document(s) has/have been translated by our qualified and experienced translator(s) is/are accurate and true translation of the original document(s).

This is to certify the correctness of the Translation only. We cannot guarantee the veracity of the original document. Our translator is in no way related, by immediate family ties or marriage, to any parties related to the materials translated.

A copy of the Translation is attached to certification.

TAMERA LYNN NELSON
Notary Public
Commonwealth of Virginia
Registration No. 7731006
My Commission Expires Jun 30, 2025

_Crystal Nichols_

**Crystal Nichols, Production Manager.**
Date: 29ᵗʰ day of June 2023

Certificate of Acknowledgment:

Commonwealth of Virginia County of _Orange_

The foregoing instrument was acknowledged before me this _29_ day of _June_, 20_23_ by _Crystal Nichols_

_Tamera Nelson_ Notary Public's signature

My registration number: _7731006_

My commission expires: _06/30/2025_

Vanan Online Services, Inc.
ATA Member #266532
ISO 9001:2015

10711 Spotsylvania Ave., Suite A
Fredericksburg VA 22408
Office: (888) 535-5668
Email: support@vananservices.com
Website: www.vananservices.com