IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-AW-MAF

**Declaration of Plaintiff A. Doe**
**(Pursuant to 28 U.S.C. § 1746)**

1.    My name is Plaintiff A. Doe and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

**Personal Background**

2.    I have lived in the United States since December 2017.

3.    I have lived in Florida since 2017.

4.    I currently live in Kissimmee, Florida, in Osceola County.

5.    I am a citizen of Venezuela.

6.    I came to the United States because I feel this country respects people's rights. Security is nonexistent in Venezuela. In Venezuela I faced difficult economic circumstances and feared persecution by the government,

because of my work in the country. I came to the United States seeking protection from the government.

7. I applied for Temporary Protected Status in 2021 and it was granted in 2022.

8. I am authorized to work in the United States.

9. I have an educational background in marketing administration, having received a degree for that specialization in Venezuela.

10. I am invested in working with communities and interacting with others to learn about their cultures. My past professional experience as a vendor contributes to my ability to educate and effectively communicate the importance of not only registering, but also casting a ballot. Although I am limited English proficient, I am able to make connections with the Hispanic community which, I believe, is the most misinformed about voting.

11. I feel a deep sense of connection to the community I serve which I am every bit a part of. Aside from voter registration I engage deeply with the issues impacting the community and provide emotional support to these individuals who often have no one else to speak to.

## Voter Registration Work

12. I have been assisting with voter registration efforts since 2019.

13. I have worked during portions of the 2019, 2020, 2021 and 2022

election cycles. This included voter registration work alongside phone banking, educating individuals on COVID protocols and census work.

14. I have assisted with voter registration efforts in paid and volunteer roles. I canvassed for Poder Latinx in 2019, 2020 and 2021. The times I canvassed for Poder Latinx ranged from as little as 2-3 months to extended periods of time in the range of 7-8 months. I currently work as a canvasser at Mi Vecino, a community-based organization that focuses on registering voters throughout Florida. I have worked here since November 2021 until the present.

15. In each of those roles, I have provided eligible voters with voter registration applications, and have assisted eligible voters who are interested in registering to vote.

16. I have been trained by my organization to conduct voter registration outreach in the community and I am trained on a continuing basis as the rules and regulations change around my work as a canvasser helping register voters. I have also trained other canvassers on how to register voters in the state. I also review voter registration applications that we obtain from voters to determine whether any errors were made in completing the form.

17. My role as a canvasser involves a lot of social interaction with members of the community. Many members of our community are not informed about voting, to inform them requires that we build trust and listen to them. In my

role as a canvasser, I go to them and provide critical information on their rights to ensure they can go and vote. Through my work as a canvasser, I have built many relationships which help me provide education and serve my community.

18. Working as a canvasser has allowed me to provide for myself and my loved ones. It serves as my primary occupation and accounts for 90% of my income. Without my job as a canvasser, I would struggle to support myself financially and would not be able to cover basic necessities.

19. I believe registering to vote is important because as a citizen it is your civic duty. As a citizen you have rights and responsibilities, and voting is an important part of them. Without registering to vote you cannot vote which means you cannot ensure you have representation which means our democracy does not truly represent all of our community.

20. Promoting civic engagement is important to me. In the past I have also volunteered for civic engagement organizations to be a poll monitor and have assisted on workshops conducted by Hispanic Federation and Poder Latinx on naturalization efforts and educating individuals on their rights.

## **Impact of Florida SB 7050**

21. If the law goes into effect, I will have to stop doing voter registration work.

22. If the law goes into effect, I will lose my current job.

23.     The law will make finding work for myself incredibly difficult for several reasons. First, employment in the state of Florida is seasonal and it will be difficult to find work on such short notice. Second, I have built my skills in this area, and it would be difficult to transfer my expertise to a different job within the state. Third, this job is incomparable to other jobs I could pursue, even if I was able to find work on such short notice it would not necessarily be precisely what my responsibilities are in my role as a canvasser. Lastly, I do not have the ability to pick up and leave or travel long distances to perform similar work.

24.     If I lose my job, I will lose financial stability because my canvassing work accounts for 90% of my income. I will be unable to cover my rent and the cost of basic necessities. I do not have any additional safety nets and rely on my income from my work as a canvasser to cover my living costs. I will also be less able to provide support for my family, including my brothers and niece who I currently help support financially.

25.     I have built key skills working as a canvasser. These skills include communication and community engagement skills which are essential to the work I do. Building up these skills has contributed to me being able to effectively connect and motivate individuals to register to vote and go out and vote. The law will severely limit my ability to engage with community-based organizations doing voter registration work and with the eligible citizens who I could be helping to

register to vote, because I will not be able to volunteer or work as a canvasser, which primarily involves handling and collecting voter registration forms which is prohibited by the law given my status.

26. I feel discriminated against because when I was granted work authorization there were no such limitations on my ability to engage in this work but now that has changed for reasons that I do not understand. As individuals with work authorization, we contribute greatly to the United States, and we value participating in its economy. The restrictions imposed by the law unfairly restrict me from doing a job that I care for and value and this distinction causes unjust harm to me and other individuals with work authorization who want to be productive members of this country and provide for ourselves.

27. I am concerned that pursuing this case under my name may pose risks to my personal safety and pending asylum application. I fear that, despite my temporary protected status, I could face additional scrutiny and harassment by state and local officials in retaliation for challenging this law. I also fear that, in the current highly charged political environment, I may be harassed by individuals online and by individuals in the media due to anti-immigrant sentiments. I believe proceeding under a pseudonym will allow me to be protected and avoid unnecessary complications.

**DISCLAIMER:** This document has been translated into Spanish for the Affiant's review and approval. A copy of the translation is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8th, 2023.

*A. Doe*
Plaintiff A. Doe

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE FLORIDA
DIVISIÓN DE TALLAHASSEE**

| | |
|---|---|
| **HISPANIC FEDERATION,** *et al.*, *Demandantes,* **contra** **CORD BYRD**, *etc., et al.*, *Acusados.* | Caso núm. 4:23-cv-218-AW-MAF |

**Declaración de Demandante A. Doe
(De conformidad con 28 U.S.C. § 1746)**

1. Mi nombre es Demandante A. Doe y soy mayor de 18 años y tengo plena capacidad para hacer esta declaración. Bajo pena de perjurio declaro lo siguiente:

**Antecedentes Personales**

2. He vivido en los Estados Unidos desde diciembre de 2017.

3. He vivido en Florida desde el 2017.

4. Actualmente vivo en Kissimmee, Florida, en el condado de Osceola.

5. Soy de Venezuela.

6. Vine a los Estados Unidos porque siento que este país respeta los derechos humanos. La seguridad es inexistente en Venezuela. En Venezuela yo enfrenté circunstancias económicas difíciles y temía persecución por parte del gobierno debido a mi trabajo en el país.

Vine a los Estados Unidos buscando protección del gobierno.

7. Solicité Estatus de Protección Temporal (TPS) en el 2021 y fue otorgado en el 2022.

8. Estoy autorizada para trabajar en los Estados Unidos.

9. Me eduqué en administración del área de mercado y recibí un título universitario de esa especialización en Venezuela.

10. Estoy dedicada a trabajar con la comunidad e interactuando con otros para aprender de sus culturas. Mis experiencias profesionales anteriores como vendedora contribuyen a mi capacidad para educar y comunicar eficazmente la importancia de, no solo registrarse, sino también votar. Aunque mi habilidad en inglés es limitada, tengo la capacidad de establecer conexiones con la comunidad Hispana, la cual pienso es la que está más mal informada sobre la votación.

11. Siento un gran sentido de conexión con la comunidad a la que sirvo y de cual soy parte. Aparte del registro de votantes, yo conecto profundamente con los problemas que afectan a la comunidad y le proporciono apoyo emocional a los individuos que no tienen con quien hablar.

### Trabajo de Registro de Votante

12. He asistido con los esfuerzos de registro de votantes desde el 2019.

13. He trabajado en porciones de las elecciones del 2019, 2020, 2021, y 2022. Esto ha incluido registro de votantes y trabajo en maratones telefónicos educando a los individuos sobre los protocolos de COVID y trabajo de censo.

14. Yo he asistido con los esfuerzos de registro de votantes en puestos remunerados y también como voluntaria. He sido promotora para Poder Latinx en el 2019, 2020, y 2021. Las veces que he sido promotora para Poder Latinx han sido desde periodos de 2-3 meses y por periodos extendidos de 7-8 meses. Actualmente trabajo como promotora en Mi Vecino, una organización comunitaria que se centra en registrar a los votantes a lo largo de la Florida. He trabajado ahí desde noviembre del 2021 hasta ahora.

15. En cada una de estas posiciones, le he proporcionado formularios de registro a votantes elegibles y he asistido a los votantes interesados en registrarse para votar.

16. He sido capacitada por mi organización para dirigir esfuerzos de registro de votantes en la comunidad y soy entrenada continuamente sobre los cambios en las normativas y regulaciones relacionados a mi trabajo como promotora ayudado a registrar los votantes. También he capacitado a otros promotores sobre cómo registrar votantes en el estado. También reviso las solicitudes de registro de votantes que obtenemos para determinar si se cometió algún error al llenar el formulario.

17. Mi posición como promotora requiere mucha interacción social con miembros de la comunidad. Muchos miembros de la comunidad no están informados sobre el voto, y para informarlos tengo que establecer confianza y escucharlos. En mi puesto como promotora, yo voy y le proveo información esencial sobre su derecho al voto y me aseguro de que puedan ir a votar. Como promotora, he creado muchas relaciones, las cuales me han ayudado a proporcionar educación y servir a mi comunidad.

18. Trabajar como promotora me ha permitido proveer para mis seres queridos para mí. Esta es mi ocupación primaria y es la fuente del 90% de mis ingresos. Sin mi trabajo como promotora, se me haría difícil mantenerme económicamente y no pudiera cubrir las necesidades básicas.

19. Pienso que registrarse a votar es importante porque es tu deber cívico como ciudadano. Como ciudadano tienes derechos y deberes, y votar es una parte importante de esos deberes. Si no te registras para votar, no puedes votar, lo cual significa que no puedes asegurarte de que tendrás representación y significa que nuestra democracia no es realmente representativa para todos en nuestra comunidad.

20. Promocionar la participación civil es importante para mí. Anteriormente también he sido voluntaria para organizaciones de participación civil como observadora de elecciones y he asistido a talleres dictados por Hispanic Federation y Poder Latinx sobre los esfuerzos para obtener ciudadanía

y educar a los individuos sobre sus derechos.

## Impacto de la Ley de Florida SB7050

21. Si la ley entra en vigencia, tendré que dejar de hacer el trabajo de registro de votantes.

22. Si la ley entra en vigor, perderé mi trabajo actual.

23. Con esta ley se me hará increíblemente difícil encontrar trabajo por varias razones. Para empezar, el empleo en el estado de la Florida es por temporadas y se me hará difícil encontrar trabajo en tan corto plazo. Segundo, he desarrollado mis habilidades en esta área y se me haría difícil transferir mis competencias a un trabajo distinto en el estado. Tercero, este trabajo es incomparable a otros trabajos que pueda buscar, y aunque encuentre trabajo en tan corto plazo no sería precisamente con las responsabilidades de mi trabajo como promotora. Por último, no tengo la capacidad de recoger e irme o viajar a largas distancias para hacer un trabajo similar.

24. Si pierdo mi trabajo, perderé la estabilidad económica porque mi trabajo como promotora es la fuente del 90% de mis ingresos. No podré cubrir el pago del alquiler y los costos de necesidades básicas. Yo no tengo otros apoyos de seguridad económica y dependo de mi ingreso del trabajo de promotora para

cubrir mis gastos. También tendré menos oportunidad para apoyar a mi familia, incluyendo a mis hermanos y sobrina, a quienes ayudo económicamente.

25. He desarrollado habilidades clave para el trabajo de promotora. Estas habilidades incluyen comunicación y participación en la comunidad, y son habilidades esenciales a el trabajo que hago. Desarrollar estas habilidades ha contribuido a que me conecte de forma más eficaz y motive a las personas para que se registren para votar y que vayan a votar. La ley limitaría severamente mi capacidad de participar en organizaciones comunitarias que realizan el trabajo de registro de votantes, y de involucrarme con los ciudadanos elegibles a quienes podría estar ayudando a registrarse para votar, porque no podré ser voluntaria o trabajar como promotora, lo cual principalmente implica manejar y recopilar formularios de registros de votantes, lo cual ahora está prohibido bajo la ley debido a mi estatus.

26. Me siento discriminada ya que, cuando me otorgaron el permiso de trabajo, estas limitaciones en la capacidad de hacer este trabajo no existían y ahora eso ha cambiado por razones que no entiendo. Como individuos con permiso de trabajo, nosotros contribuimos grandemente a los Estados Unidos, y valoramos poder participar en la economía. Estas restricciones impuestas por la ley, me restringen injustamente de hacer un trabajo que aprecio y valoro, y esta distinción me causa un daño injusto a mí, y a otros individuos con permiso de trabajo que quieren ser miembros productivos de este país y poder mantenerse.

27. Estoy preocupada que ser parte de este caso con mi nombre pueda poner en riesgo mi seguridad personal y mi solicitud de asilo que está pendiente. Temo que, aunque tenga estatus de protección temporal (TPS), pueda enfrentar escrutinio adicional y acoso por parte de los oficiales estatales y locales en represalia por impugnar la ley. También temo que, en un ambiente político tan cargado, pueda ser acosada por individuos en internet y por personas en las redes que tengan sentimientos contra los inmigrantes. Creo que proceder bajo un seudónimo me permitirá estar protegida y evitar complicaciones innecesarias.

**DESCARGO DE RESPONSABILIDAD:** Este documento ha sido traducido al español para la revisión y aprobación del declarante. Se adjunta una copia de la declaración.

Declaro bajo pena de perjurio que lo anterior es verdadero y correcto.

Ejecutado el 8 de junio de 2023

_____
    Denunciante A. Doe



**Vanan Online Services, Inc.**
Think Service Think Vanan

## Certificate of Translation

Translation of **"Affidavit of A. Doe"**

from **"English"** to **"Spanish"**

We, Vanan Online Services, Inc. a professional Translation company, hereby certify that the above-mentioned document(s) has/have been translated by our qualified and experienced translator(s) is/are accurate and true translation of the original document(s).

This is to certify the correctness of the Translation only. We cannot guarantee the veracity of the original document. Our translator is in no way related, by immediate family ties or marriage, to any parties related to the materials translated.

A copy of the Translation is attached to certification.

TAMERA LYNN NELSON
Notary Public
Commonwealth of Virginia
Registration No. 7731006
My Commission Expires Jun 30, 2025

_____
**Crystal Nichols, Production Manager.**
Date: 29th day of June 2023

Vanan Online Services, Inc.
ATA Member #266532
ISO 9001:2015

Certificate of Acknowledgment:

Commonwealth of Virginia County of _Orange_

The foregoing instrument was acknowledged before me this

_29_ day of _June_, 20_23_

by _Crystal Nichols_

_Tamera Nelson_ Notary Public's signature

My registration number: _7731006_

My commission expires: _06/30/2025_

10711 Spotsylvania Ave., Suite A
Fredericksburg VA 22408
Office: (888) 535-5668
Email: support@vananservices.com
Website: www.vananservices.com