# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, *et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

## DECLARATION OF ROBERTO CRUZ IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD

Pursuant to 28 U.S.C. § 1746, I, Roberto Cruz, declare as follows:

1. My name is Roberto Cruz. I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the statements made in this affidavit and each is true and correct.

2. I am an attorney at LatinoJustice PRLDEF, and I am a member of the Plaintiffs' counsel team in this case. I am submitting this declaration to explain on the record how the declarations were translated in this case.

3. Spanish-speaking attorneys on Plaintiffs' counsel team conducted the interviews of the individual Plaintiffs. The Spanish-speaking members of the counsel team used their attorney work product privileged notes to convert the Plaintiffs'

declarations into English, and then drafted Spanish versions of those same declarations for the clients to review and confirm their accuracy. The clients confirmed their accuracy and signed the declarations.

4. I was born in Puerto Rico and am a native Spanish speaker, as well as a member of the Florida (FBN 18436) and Puerto Rico (PRN 12447) Bars. I was one of the attorneys who interviewed our individual clients, and I also assisted with the translation of their declarations. I affirm that the translations are accurate.

5. After the preliminary injunction hearing before the Court, Plaintiffs' counsel retained a third-party translator to confirm that the English and Spanish translations are materially identical. The translator submitted minor red line edits that affect the grammatical structure of the Spanish declarations, but not their substance.

6. Our clients have affirmed that the edits submitted by the translator do not change the meaning of the declarations they previously submitted to this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2023.

LatinoJustice PRLDEF
Roberto Cruz
523 W. Colonial Drive
Orlando, FL 32804
(321) 250-2853
rcruz@latinojustice.org