IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                              Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO SUPPLEMENT RECORD

This Court has considered, without hearing, Plaintiffs' motion for leave to supplement the record with certified translations of the declarations that were previously filed. ECF No. 66. As this Court noted on the record at the hearing on June 28, 2023, Plaintiffs' motion, ECF No. 66, is **GRANTED** subject to any objections from Defendants filed by 5:00 p.m. (ET) on June 30, 2023.

**SO ORDERED** on June 30, 2023.

                                              s/Mark E. Walker
                                              **Chief United States District Judge**