IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

v.                                  Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendants*.

_____/

## **NOTICE OF APPEAL**

Defendant Secretary of State Cord Byrd and Defendant Attorney General Ashley Moody appeal to the U.S. Court of Appeals for the Eleventh Circuit the preliminary-injunction order entered on July 3, 2023. Doc.68.

1

Dated: July 11, 2023

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/s/ Michael Beato
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendant Secretary Byrd*

Respectfully submitted,

/s/ Stephanie A. Morse
Stephanie A. Morse (FBN 68713)
stephanie.morse@myfloridalegal.com
Noah T. Sjostrom (FBN 1039142)
noah.sjostrom@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
PL-01 The Capitol
Tallahassee, FL 32399-1050

*Counsel for Defendant Attorney General Moody*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Michael Beato
Michael Beato