UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs,*

v.   Case No. 4:23-cv-00218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendants.*

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of undersigned as counsel for Defendant ASHLEY MOODY in her official capacity as FLORIDA ATTORNEY GENERAL. Please serve copies of all filings, orders, and other correspondence at the addresses listed below:

Primary email address: William.Chappell@myfloridalegal.com

Secondary email address: ComplexLitigation.eservice@myfloridalegal.com

      Respectfully submitted,

      ASHLEY MOODY
      ATTORNEY GENERAL

/s/*W. David Chappell*
William David Chappell (FBN120449)
Senior Assistant Attorney General
Complex Litigation Division
Office of the Attorney General
PL - 01, The Capitol
Tallahassee, Florida 32399-1050
William.Chappell@myfloridalegal.com
850-414-3665

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2023, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

/s/*W. David Chappell*
William David Chappell