IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

# FIRST JOINT STATUS REPORT

Pursuant to this Court's order on June 13th, 2023 (ECF No. 44) Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, A. Doe; Defendant Cord Byrd, in his official capacity as the Florida Secretary of State ("Secretary") and Defendant Ashley Moody, in her official capacity as the Florida Attorney General ("Attorney General") (herein collectively referred to as the "Parties"), respectfully submit their Joint Status Report and state:

1. On June 9, 2023, Plaintiffs filed their Motion for Preliminary Injunction (ECF No. 32), to which the Secretary filed his Response in Opposition (ECF No. 60) and the Attorney General filed a Notice of Joinder (ECF No. 59) on June 23, 2023. Plaintiffs filed a Reply in Support of Motion for Preliminary Injunction (ECF No. 62) on June 26, 2023.

2. On June 28, 2023, this Court heard argument on Plaintiffs' motion for preliminary injunction.

3. On July 3, 2023 this court granted Plaintiff's motion for preliminary injunction (ECF No. 68).

4. Plaintiffs intend to issue their First Set of Requests for Production to the Secretary, Attorney General, and Supervisors of Elections Defendants within the next several weeks.

5. The Secretary and Attorney General intend to serve discovery requests on the Plaintiffs at the appropriate time.

Respectfully submitted this 13th day of July, 2023.

                                                                                                   */s/ Julie A. Ebenstein*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger*
Rayne Ellis*
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

*Attorneys for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and A. Doe*

*\*Admitted pro hac vice*
*† Motion for leave to appear pro hac vice forthcoming*

3

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Secretary Cord Byrd*

/s/ Stephanie A. Morse
Stephanie A. Morse (FBN 0068713
Noah Sjostrom (FBN 1039142)
William David Chappell (FBN120449)
**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com
William.Chappell@myfloridalegal.com
*Counsel for Ashley Moody*