IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                                                                  Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## SECRETARY OF STATE'S INITIAL DISCLOSURE

Under Federal Rule of Civil Procedure 26(a)(1), Defendant Florida Secretary of State Cord Byrd makes the following initial disclosure:

A.    <u>Individuals Likely to Have Discoverable Information that Defendant May Use to Support Its Claims or Defenses</u>.

    Andrew Darlington
    Director, Office of Election Crimes and Security, Florida Department of State
    c/o Holtzman Vogel
    119 South Monroe Street, Suite 500
    Tallahassee, Florida 32301
    850-270-5938
    <u>Subjects</u>: state justifications for chapter 2023-120, Laws of Florida ("SB 7050"), knowledge of the Office of Election Crimes and Security, and knowledge of 3PVRO complaints received, 3PVRO fine letters issued, and 3PVRO referrals made by the Department of State.

    Maria Matthews
    Director, Division of Elections, Florida Department of State
    c/o Holtzman Vogel
    119 South Monroe Street, Suite 500

Tallahassee, Florida 32301
850-270-5938
Subjects: state justifications for chapter 2023-120, Laws of Florida ("SB 7050") and knowledge of the Division of Elections.

All 67 Supervisors of Elections
Contact Information[1]
Subjects: knowledge of their respective Offices, including but not limited to complaints received and the vote-by-mail process.

All 20 State Attorneys and the Statewide Prosecutor
Contact Information[2,3]
Subjects: knowledge of election fraud and irregularities.

Organizational Plaintiffs
c/o ACLU Foundation of Florida
336 East College Avenue, Suite 203
Tallahassee, FL 32301
786-363-1769
Subjects: standing to sue, knowledge of Plaintiffs' 3PVRO activities, and knowledge of any 3PVRO complaints directed at Plaintiffs.

Individual Plaintiffs
c/o ACLU Foundation of Florida
336 East College Avenue, Suite 203
Tallahassee, FL 32301
786-363-1769
Subjects: standing to sue, knowledge of Plaintiffs' 3PVRO activities, and knowledge of any 3PVRO complaints directed at Plaintiffs.

B. Description of Documents, Electronically Stored Information, and Tangible Things in the Possession, Custody, or Control of Defendant that Defendant May Use to Support Its Claims or Defenses.

Documents, Electronically Stored Information, and Tangible Things: SB 7050; Fla. Admin. Code R. 1S-2.042 and its administrative record; Fla. Admin. Code R. 1S-2.055 and its administrative record; all documents contained in the

---

[1] https://dos.myflorida.com/elections/contacts/supervisor-of-elections/.
[2] https://yourfpaa.org/public-information/state-attorneys/.
[3] https://www.myfloridalegal.com/statewide-prosecution.

2

appendix to Defendant's response in opposition to Plaintiff's motion for preliminary injunction filed in this case; all 3PVRO complaints received, 3PVRO fine letters issued, and 3PVRO referrals made by the Department of State; all documents used by Defendant to support its defenses in the SB 90 cases.

C. <u>Damages</u>.

Plaintiffs are not seeking damages.

D. <u>Insurance Agreements</u>.

Not applicable.

E. <u>Reservation of Defendant's Right to Supplement</u>.

Defendant reserves the right to supplement this initial disclosure.

Dated: August 3, 2023                                   Respectfully submitted,

Bradley R. McVay (FBN 79034)              /s/ Mohammad O. Jazil
brad.mcvay@dos.myflorida.com              Mohammad O. Jazil (FBN 72556)
Joseph S. Van de Bogart (FBN 84764)       mjazil@holtzmanvogel.com
joseph.vandebogart@dos.myflorida.com      Joshua E. Pratt (FBN 119347)
Ashley Davis (FBN 48032)                  jpratt@holtzmanvogel.com
ashley.davis@dos.myflorida.com            Michael Beato (FBN 1017715)
FLORIDA DEPARTMENT OF STATE               mbeato@holtzmanvogel.com
R.A. Gray Building                        zbennington@holtzmanvogel.com
500 S. Bronough St.                       HOLTZMAN VOGEL BARAN
Tallahassee, FL 32399                     TORCHINSKY & JOSEFIAK
(850) 245-6536                            119 S. Monroe St. Suite 500
                                          Tallahassee, FL 32301
                                          (850) 270-5938

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Additionally, I certify that the forgoing document was served via email on the following counsel:

Adriel I. Cepeda Derieux*
Julie A. Ebenstein (FBN 91033)
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
American Civil Liberties
Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
acepedaderieux@aclu.org
jebenstein@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Roberto Cruz (FBN 18436)
LatinoJustice PRLDEF
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Cesar Ruiz*
Fulvia Vargas De-Leon*
Ghita Schwarz*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

John A. Freedman*
Jeremy Karpatkin*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com

Nicholas L.V. Warren (FBN 1019018)
ACLU Foundation of Florida
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1019018)
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Estee M. Konor*
Dēmos
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger*
Rayne Ellis*
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

jeremy.karpatkin@arnoldporter.com

*Admitted Pro Hac Vice*

/s/ Mohammad O. Jazil  
Mohammad O. Jazil
