# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

Plaintiffs,

v.                                                                        Case No. 4:23-cv-218-AW-MAF

CORD BYRD, et al.,

Defendants.
_____/

### ATTORNEY GENERAL'S INITIAL RULE 26(a)(1) DISCLOSURES

Ashley Moody, Florida Attorney General, hereby serves her initial disclosures pursuant to Rule 26 (a)(1), Fed. R. Civ. P. These disclosures are based on the information reasonably available at this time and are made without waiving objections as to relevance, materiality, or admissibility of evidence. The Attorney General reserves the right to revise, correct, supplement, or clarify these disclosures at any time.

### Rule 26(a)(1)(A)(i)

The following individuals are likely to have discoverable information that the Attorney General may use to support her claims or defenses:

1. Any individual identified in any Party's Rule 26(a)(1) disclosures.

2. Any individuals identified through discovery in this matter.

## Rule 26(a)(1)(A)(ii)

The following documents, electronically stored information, and tangible things may be used by the Attorney General to support her claims or defenses:

1. Senate Bill 7050 (2023), which is publicly available on the Florida Senate website,

2. The legislative history of SB 7050, which includes, but is not limited to:

    a. Committee and subcommittee hearings and legislative sessions at which SB 7050 was discussed, recordings of which are publicly available on the Florida Channel website,

    b. Legislative staff analyses of SB 7050, which are publicly available on the Florida Senate website,

    c. Drafts of SB 7050, which are publicly available on the Florida Senate website,

    d. Voting record of SB 7050, which is publicly available on the Florida Senate website,

3. Any document, electronically stored information, or tangible thing identified in any Party's Rule 26(a)(1) disclosures,

4. Any document, electronically stored information, or tangible thing identified or produced by any Party in discovery in this matter,

5. Any document attached to any pleading or motion filed by any Party in this matter.

### Rule 26(a)(1)(A)(iii)

The Attorney General does not seek damages in this case.

### Rule 26(a)(1)(A)(iv)

The Attorney General is not aware of any insurance agreement relevant to this case.

Respectfully Submitted,
**ASHLEY MOODY**
**ATTORNEY GENERAL**

*/s/ Noah T. Sjostrom*
Noah T. Sjostrom (FBN 1039142)
Stephanie A. Morse (FBN 0068713)
William David Chappell (FBN120449)
**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Noah.Sjostrom@myfloridalegal.com
Stephanie.Morse@myfloridalegal.com
William.Chappell@myfloridalegal.com
***Counsel for Ashley Moody***

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of August 2023, I filed a copy of the foregoing with the Clerk of Court through the CM/ECF system, which will send notification of such filing to all counsel of record. Additionally, the foregoing document was served via email on the following counsel:

Adriel I. Cepeda Derieux*
Julie A. Ebenstein (FBN 91033)
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
American Civil Liberties
Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
acepedaderieux@aclu.org
jebenstein@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Roberto Cruz (FBN 18436)
LatinoJustice PRLDEF
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Cesar Ruiz*
Fulvia Vargas De-Leon*
Ghita Schwarz*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Nicholas L.V. Warren (FBN 1019018)
ACLU Foundation of Florida
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1019018)
ACLU Foundation of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Estee M. Konor*
Dēmos
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger*
Rayne Ellis*
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

John A. Freedman*  
Jeremy Karpatkin*  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Avenue, N.W.  
Washington, DC 20001  
(202) 942-5316  
john.freedman@arnoldporter.com  
Jeremy.karpatkin@arnoldporter.com  

*Admitted Pro Hac Vice

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

/s/ Noah T. Sjostrom  
Noah T. Sjostrom

5