### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

|  |  |
|---|---|
| HISPANIC FEDERATION, et al., | |
| Plaintiffs, | Case No. 4:23-cv-218-MW-MAF |
| v. | |
| CORD BYRD, et. al, | |
| Defendants. | |

### UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' RULE 26 DISCLOSURES OUT OF TIME

Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico (collectively, "Plaintiffs"), by and through the undersigned counsel, respectfully request that the Court grant them leave to file Plaintiffs' Rule 26 Disclosures (attached as Exhibit 1) out-of-time.

1.       On June 13, 2023, the Court entered an Initial Scheduling Order (ECF No. 44) setting forth various obligations and deadlines.

2.      Plaintiffs served their initial disclosures on Defendants on August 3, 2023, consistent with Section 2(b) of the Court's Initial Scheduling Order, Fed. R. Civ. P. 5(1)(A) and 26(a)(1)(C), and Local Rule 26.1.  *See* Exhibit 2.

3.      Due to the inadvertence of counsel, Plaintiffs overlooked the requirement in Section 11 of the Court's Initial Scheduling Order, which specified that "[c]ontrary to standard practice under Rule 5(d)(1), the parties must file disclosures under Federal Rules of Civil Procedure 26(a)(1) and 26(a)(2) . . . no later than 7 days from the date the disclosure is served on the opposing party."  ECF No. 44, at 11-12.

4.      Plaintiffs apologize to the Court for their oversight, and seek leave to file their Rule 26 disclosures out of time.

5.      Plaintiffs have conferred with Defendants, who do not oppose this Motion.

Respectfully submitted this 24th day of August, 2023.

*/s/ Julie A. Ebenstein*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**

Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties
Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger*
Rayne Ellis*
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

3

475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

John A. Freedman[†]
Jeremy Karpatkin[†]
**Arnold & Porter Kaye Scholer
LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

*Attorneys for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico.*

*\*Admitted pro hac vice*
[†] *Motion for leave to appear pro hac vice forthcoming*