# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

<u>**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**</u>

Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizbeth Pico (hereinafter "Plaintiffs"), by and through undersigned counsel, hereby make the following initial disclosures as required by Federal Rule of Civil Procedure 26(a).

**A. Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.**

Each of the following individuals are likely to have discoverable information supporting assertions made in Plaintiffs initial pleadings. The listed individuals may be reached via Plaintiffs' counsel.

1. The following individuals may have information regarding Plaintiff Hispanic Federation's standing and injury:

    a. Frederick Velez III Burgos
       Hispanic Federation, National Civic Engagement Director
       1650 Sand Lake RD Suite 390
       Orlando, FL 32809

    b. Laudi Campo
       Hispanic Federation, Florida Office State Director
       1650 Sand Lake RD Suite 390
       Orlando, FL 32809

2. The following individuals may have information regarding Plaintiff Poder Latinx's standing and injury:

    a. Yadira Sanchez
       Poder Latinx, Executive Director
       5449 S. Semoran Blvd
       Suite #232,
       Orlando, Florida 32822

    b. Nancy Batista
       Poder Latinx, National Field Director
       5449 S. Semoran Blvd
       Suite #232,
       Orlando, Florida 32822

    c. Carolina Wassmer
       Poder Latinx, Florida State Program Director
       5449 S. Semoran Blvd
       Suite #232,
       Orlando, Florida 32822

3. The following individuals may have information regarding individual Plaintiffs standing and injury:

    a. Veronica Herrera-Lucha

    b. Norka Martinez

    c. Elizabeth Pico

4. All of the members of the Florida Legislature in 2023 are likely to have discoverable information on the adoption of Senate Bill 7050 (S.B. 7050), including the information and bases considered in drafting and passing such legislation, as well as its legislative history.

5. Defendant Secretary of State Cord Boyd, Florida Department of State Director of Division of Elections Maria Matthews, and Florida Department of State Director of Office of Election Crimes and Security Andrew

Darlington are likely to have discoverable information regarding 3PVRO activities and/or the Florida Legislature's alleged bases for passing S.B. 7050.

6. County Supervisors of Elections are likely to have discoverable information regarding 3PVRO activities and/or the Florida Legislature's alleged bases for passing S.B. 7050.

**B. Description of documents that may be relevant to disputed facts alleged with particularity in the pleadings**

All documents appended to Plaintiffs motion for preliminary injunction, including plaintiffs' declarations.

**C. A Computation of Each Category of Damages Claimed**

This is an action for declaratory and injunctive relief, and costs and fees, such a computation is not applicable to the case at bar.

**D. Disclosure of Insurance Agreements**

Not applicable in this matter.

**E. Reservation of Plaintiffs Right to Supplement**

Plaintiffs reserve the right to supplement this initial disclosure.

Respectfully submitted this 3rd day of August, 2023.

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*/s/* Cesar Z. Ruiz
Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org


John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org


Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Evan Preminger*
Rayne Ellis*
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
(212) 836-7786
evan.preminger@arnoldporter.com
rayne.ellis@arnoldporter.com

*Attorneys for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico.*

*\*Admitted pro hac vice*
*† Motion for leave to appear pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3rd, 2023, the forgoing document was served via email on the following counsel:

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
**FLORIDA DEPARTMENT OF STATE**
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Secretary Cord Byrd*

Stephanie A. Morse (FBN 0068713
Noah Sjostrom (FBN 1039142)
William David Chappell (FBN120449)
**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com
William.Chappell@myfloridalegal.com
*Counsel for Ashley Moody*

/s/ Cesar Z. Ruiz
Cesar Z. Ruiz