| | |
|---|---|
| From: | Cesar Ruiz |
| To: | Brad R.; joseph.vandebogart@dos.myflorida.com; Mohammad O. Jazil; Davis, Ashley E.; Michael Beato; jpratt@holtzmanvogel.com; SB7050; Stephanie Morse; Noah Sjostrom; William Chappell; Zack Bennington |
| Cc: | SB7050; Adriel I. Cepeda Derieux; Julie Ebenstein |
| Subject: | SERVICE OF COURT DOCUMENT(S) - Hispanic Federation v Cord Byrd - Case No. 4:23-cv-218-MW/MAF |
| Date: | Thursday, August 3, 2023 12:18:42 PM |
| Attachments: | image157210.png<br>image703901.png<br>image299289.png<br>image043861.png<br>image102974.png<br>image727021.png<br>image728311.png<br>Hispanic Federation Plaintiffs Initial Disclosures.pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Good afternoon Counsel,

| Court: | United States District Court, Northern District of Florida |
|---|---|
| Case No.: | 4:23-cv-218-MW/MAF |
| Case Style: | HISPANIC FEDERATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, IN HIS OFFICIAL CAPACITY AS FLORIDA SECRETARY OF STATE, ET AL.,<br><br>Defendants. |
| Documents being served: | Plaintiffs Initial Disclosure |
| Sender's name: | Cesar Z. Ruiz, on behalf of Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez and Elizabeth Pico. |
| Sender's phone number: | 212-392-4752 |

**Cesar Z. Ruiz, Esq.** | Equal Justice Works Fellow Sponsored by the Lavan‐Harris Family (He/him/el)
D: 212.392.4752




 Charity Navigator Four Star Charity 2021   Guidestar Platinum Transparency Seal 2021

E-mails from LatinoJustice PRLDEF may contain confidential and privileged materials; they are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attachments. After informing the sender you received the e-mail in error, please delete the e-mail, all attachments, and any copies of them. Thank you.