IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.                                                    Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

   *Defendants*.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
PLAINTIFFS' RULE 26 DISCLOSURES OUT OF TIME**

This Court has considered, without hearing, Plaintiffs' unopposed motion for leave to file their Rule 26 disclosures out of time. ECF No. 95. The unopposed motion is **GRANTED**. Plaintiffs shall file their Rule 26 disclosures as a separate docket entry **on or before August 25, 2023**.

**SO ORDERED** on August 24, 2023.

                                                                s/Mark E. Walker
                                                                 **Chief United States District Judge**