# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al*.,

     *Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Florida Secretary of State, *et al*.,

     *Defendants*.

Case No.:  4:23-cv-218-MW-MAF

## NOTICE OF APPEARANCE

The undersigned attorney, Janine M. Lopez, enters her appearance in this matter on behalf of all Plaintiffs.

Date:  August 29, 2023

Respectfully submitted,

*/s/ Janine M. Lopez*
**Janine M. Lopez**
Florida Bar No. 1038560
American Civil Liberties Union
   Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, FL 33134
786.363.2707
jlopez@aclufl.org

*Attorney for Plaintiffs*