# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 11.1, John A. Freedman, as counsel for Plaintiffs in the above-captioned matter, hereby moves this Court for permission to participate in the case *pro hac vice*, and in support thereof states:

1. I am Senior Pro Bono Counsel at Arnold & Porter Kaye Scholer LLP in Washington DC, where I regularly practice law.

2. I am admitted to the District of Columbia Bar and am an active member in good standing. A true and correct copy of a certificate of good standing from the District of Columbia Court of Appeals is attached to this application.

3. I have completed the required online Local Rules tutorial exam. My confirmation number is **FLND1693402721904**.

4. I have completed the required online CM/ECF tutorials.

US 174096662v1

5. In connection with this motion, I have made a payment of this Court's $208 *pro hac vice* admission fee.

6. Nicholas L.V. Warren (FBN 1019018) at ACLU Foundation of Florida is admitted to practice in this district and serves as Plaintiffs' local counsel in this case.

Respectfully submitted this 30th day of August, 2023,

           /s/ *John A. Freedman*

John A. Freedman*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com

*Attorney for Plaintiffs*

\* *Pro hac vice pending/forthcoming*