IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.                          Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

   *Defendants*.

_____/

### ORDER ADMITTING JOHN A. FREEDMAN *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit John A. Freedman *pro hac vice.* ECF No. 99. The motion is **GRANTED**. Mr. Freedman has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on August 31, 2023.**

                                          s/Mark E. Walker                   
                                          **Chief United States District Judge**