UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

## JOINT STATUS REPORT

Pursuant to this Court's Initial Scheduling Order dated June 1, 2023 (ECF No. 44), Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Plaintiffs"); Defendant Cord Byrd, in his official capacity as the Florida Secretary of State ("Secretary") and Defendant Ashley Moody, in her official capacity as the Florida Attorney General ("Attorney General") respectfully submit this Joint Status Report:

1. Plaintiffs issued responses to the Secretary's First Set of Requests for Production and Interrogatories on August 24, 2023.

2. Plaintiffs produced documents responsive to the Secretary's First Set of Requests for Production on August 24, 2023, to both the Secretary and the Attorney General, and will continue to produce responsive documents on a rolling basis to each respective party.

3. Plaintiffs received a response to their First Set of Requests for Production

from the Secretary on August 28, 2023.

4. The Secretary produced documents responsive to Plaintiffs' First Set of Requests for Production on September 8, 2023, and will continue to produce responsive documents on a rolling basis.

5. Plaintiffs received responses to their First Set of Interrogatories from the Secretary on September 7, 2023.

6. Plaintiffs received responses to their First Set of Requests for Production from the Attorney General on September 1, 2023.

7. Plaintiffs received responses to their First Set of Interrogatories from the Attorney General on September 7, 2023.

8. Plaintiffs met and conferred with the Attorney General on September 8, 2023, to discuss Plaintiffs' Initial Requests for Production, and the parties remain in discussion about the Attorney General's production of documents responsive to Plaintiffs' requests.

9. Plaintiffs met and conferred with the Secretary on September 8, 2023, to discuss both Plaintiffs' and the Secretary's First Set of Requests for Productions and remain in discussion about each parties' production of documents responsive to their respective requests.

10. The Attorney General issued a Supplemental Response to Plaintiffs' First Set of Requests for Production on September 13, 2023.

11. The Attorney General issued their First Set of Interrogatories and First Request for Productions to Plaintiffs on September 13, 2023, and anticipate

responses no later than October 13, 2023.

12. The parties are currently gathering information and collecting documents responsive to the First Set of Requests for Production issued to them.

13. The parties plan to meet and confer in the near future to resolve any outstanding issues relating to the First Set of Requests for Production issued to them.

Respectfully submitted this 21st day of September 2023.

*/s/ Cesar Z. Ruiz*
Cesar Z. Ruiz*
Fulvia Vargas De-Leon[†]
Miranda Galindo[†]
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
mgalindo@latinojustice.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive

/s/ *Mohammad Jazil*
Mohammad Jazil
Florida Bar No. 72556
Michael Beato
Florida Bar No. 1017715
Joshua Pratt
Florida Bar No. 119347
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK**
119 S. Monroe Street, Ste. 500
Tallahassee, FL 32301
Telephone: (850) 274-1690
mjazil@holtzmanvogel.com
mbeato@hotlmanvogel.com
Jpratt@holtzmanvogel.com

Joseph Van de Bogart
Florida Bar No. 84764
Ashely E. Davis
Florida Bar No. 48302
**FLORIDA DEPARTMENT OF STATE**
500 S. Bronough Street
Tallahassee, Florida 32399
Phone: (850) 245-6519
Joseph.Vandebogart@dos.myflorida.com
Ashley.Davis@dos.myflorida.com

3

Orlando, FL 32804
(321) 418-6354
dalicea@latinojustice.org

Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134

*Counsel for Secretary Cord Byrd*

*/s/ Stephanie A. Morse*
Stephanie A. Morse
Fla. Bar No. 0068713
Noah Sjostrom
Fla. Bar No. 1039142
William D. Chappell
Fla. Bar No. 120449
**Office of the Attorney General**
Complex Litigation Bureau
PL 01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Stephanie.Morse@myfloridalegal.com
Noah.Sjostrom@myfloridalegal.com
William.Chappell@myfloridalegal.com

*Counsel for Ashley Moody*

4

(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman[†]
Jeremy Karpatkin[†]
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

*\* Admitted Pro Hac Vice*
[†] *Motion for leave to appear pro hac vice forthcoming*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21st, 2023 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Cesar Z. Ruiz*
Cesar Z. Ruiz
