# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, PODER LATINX, VERÓNICA GUADALUPE HERRERA-LUCHA, NORKA MARTÍNEZ, A. DOE, and B. DOE,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as the Secretary of State of Florida, and ASHLEY MOODY, in her official capacity as Florida Attorney General,<br><br>Defendants. | Case No. 4:23-cv-218-AW-MAF |

## NOTICE OF SERVICE OF EXPERT DISCLOSURES

Pursuant to the Court's Initial Scheduling Order, Plaintiffs hereby file this notice indicating that they served their initial expert disclosures on October 13, 2023, for the following expert witness, pursuant to Federal Rule of Civil Procedure 26(a)(2): Daniel A. Smith, Ph.D., Professor of Political Science, University of Florida.

Plaintiffs reserve the right of the expert to amend and/or supplement this report with opinions based on additional information becomes available, including but not limited to additional testimony and/or production of documents. Plaintiffs

also reserve the right of their experts to amend and/or supplement their opinions and reports in response to any expert reports and testimony provided by Defendants' experts.

Plaintiffs further reserve the right to rely on the reports and opinions of other experts who are disclosed by the plaintiffs in Case Nos. 4:23-cv-215 and 4:23-cv-216, with which this case has been consolidated.

Dated:  October 14, 2023

Cesar Z. Ruiz*
Fulvia Vargas De-Leon†
Ghita Schwarz†
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org
fvargasdeleon@latinojustice.org
gschwarz@latinojustice.org

Roberto Cruz (FBN 18436)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 418-6354

Respectfully submitted,

/s/ Julie A. Ebenstein
Julie A. Ebenstein (FBN 91033)
Adriel I. Cepeda Derieux*
Megan C. Keenan*
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
acepedaderieux@aclu.org
mkeenan@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

dalicea@latinojustice.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

3

4

## CERTIFICATE OF SERVICE

The foregoing notice has been served on Counsel for Defendants via CM/ECF.

Dated: October 14, 2023                           Respectfully submitted,

*/s/ Julie A. Ebenstein*
Julie A. Ebenstein (FBN 91033)