IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH UNITS OF THE NAACP, et al.,

    *Plaintiffs*,

v.                              Case Nos.:   4:23cv215-MW/MAF
                                                          4:23cv216-MW/MAF
                                                          4:23cv218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.
_____/

**THE SECRETARY AND ATTORNEY GENERAL'S MOTION
FOR AN EXTENSION OF TIME TO FILE EXPERT DISCLOSURES**

Defendants Secretary Byrd and Attorney General Moody ask this Court to extend their expert-disclosure deadline from November 13, 2023 to December 13, 2023. *See* Doc.120, 4:23-cv-215.

This extension would make the parties' expert-disclosure timelines fairer. Plaintiffs had roughly five months—from filing their complaints to their October 13 (extended) deadline—to find experts and to assist with the expert-report-drafting process.

1

On October 13, Plaintiffs collectively provided three expert reports: from Dr. Daniel Smith, Dr. Michael Herron, and Dr. Allan Lichtman. On October 15, corrected expert documentation relating to Dr. Herron was provided.

Dr. Smith's report is over 100 pages. Dr. Herron's report is over 100 pages and is accompanied by two Excel spreadsheets and over 800 pages of legislative transcripts. Dr. Lichtman's report is over 100 pages and is also accompanied by over 800 pages of legislative transcripts. Given the size of these documents, the Secretary and Attorney General are describing them, instead of attaching them to this motion. That said, should this Court request it, they will file these documents.

Without the deadline extension, the Secretary and Attorney General would have one month to review Plaintiffs' expert reports, find experts who can rebut those reports, and assist with the expert-report-drafting process. With the deadline extension, the Secretary and Attorney General would have a more reasonable two months to do so.

Granted, the expert-disclosure-deadline extension would affect other deadlines. Currently, Plaintiffs' reply-expert-report deadline is December 7, 2023; the discovery deadline is December 18, 2023; and the summary-judgment deadline is January 8, 2024. *See* Docs.117 & 120, 4:23-cv-215.

The Secretary and Attorney General ask this Court to extend: Plaintiffs' reply-expert-report deadline to January 8, 2024; the discovery deadline to January 19, 2024; and the summary-judgment deadline to February 9, 2024.

2

Counsel for the Secretary and Attorney General conferred with counsel for Plaintiffs; Plaintiffs oppose this motion.

For the reasons expressed above, the Secretary and Attorney General ask this Court to grant their motion.

| | |
|---|---|
| Dated: October 17, 2023 | Respectfully submitted, |
| ASHLEY MOODY<br>ATTORNEY GENERAL | Bradley R. McVay (FBN 79034)<br>  Deputy Secretary of State<br>brad.mcvay@dos.myflorida.com |
| /s/ Stephanie A. Morse<br>Noah T. Sjostrom (FBN 1039142)<br>Stephanie A. Morse (FBN 0068713)<br>OFFICE OF THE ATTORNEY GENERAL<br>Complex Litigation Bureau<br>PL 01 The Capitol<br>Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br>Noah.Sjostrom@myfloridalegal.com<br>Stephanie.Morse@myfloridalegal.com<br><br>*Counsel for Attorney General Moody* | Joseph Van de Bogart (FBN 84764)<br>  General Counsel<br>joseph.vandebogart@dos.myflorida.com<br>Ashley Davis (FBN 48032)<br>  Deputy General Counsel<br>ashley.davis@dos.myflorida.com<br>FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building<br>500 S. Bronough St.<br>Tallahassee, FL 32399<br>(850) 245-6536<br><br>/s/ Mohammad O. Jazil<br>Mohammad O. Jazil (FBN 72556)<br>Joshua E. Pratt (FBN 119347)<br>Michael Beato (FBN 1017715)<br>HOLTZMAN VOGEL BARAN<br>TORCHINSKY & JOSEFIAK PLLC<br>119 S. Monroe St. Suite 500<br>Tallahassee, FL 32301<br>mjazil@holtzmanvogel.com<br>jpratt@holtzmanvogel.com<br>mbeato@holtzmanvogel.com<br>zbennington@holtzmanvogel.com<br>Telephone: (850) 270-5938 |

John J. Cycon (NYB 5261912)*  
HOLTZMAN VOGEL BARAN  
TORCHINSKY & JOSEFIAK PLLC  
15405 John Marshall Hwy  
Haymarket, VA 20169  
jcycon@holtzmanvogel.com  
Telephone: (212) 701-3402  

*Admitted *pro hac vice*                                    *Counsel for Secretary Byrd*

## LOCAL RULE 7.1(B) CERTIFICATION

Counsel for the Secretary and Attorney General conferred with counsel for Plaintiffs; Plaintiffs oppose this motion.

/s/ Mohammad O. Jazil  
Mohammad O. Jazil

## LOCAL RULE 7.1(F) CERTIFICATION

Pursuant to Local Rule 7.1(F), this motion contains 337 words, excluding the case style, signature block, and required certificates.

/s/ Mohammad O. Jazil  
Mohammad O. Jazil

## CERTIFICATE OF SERVICE

I certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil  
Mohammad O. Jazil
