IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

 *Plaintiffs*,

v.

CORD BYRD, *etc., et al.*,

 *Defendants*.

Case No. 4:23-cv-218-AW-MAF

## **MOTION TO APPEAR *PRO HAC VICE***

Pursuant to local Rule 11.1(C), plaintiffs, Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico through the undersigned counsel, respectfully move for the admission *pro hac vice* of Fulvia Vargas-De Leon, a licensed member of the New York State Bar. Mrs. Vargas-De Leon has taken on representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Mrs. Vargas-De Leon resides in New York, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

2. Mrs. Vargas-De Leon is counsel with the non-profit legal organization LatinoJustice Puerto Rican Legal Defense and Education Fund (PRLDEF), 475 Riverside Drive Suite # 1901, New York, New York 10115 and regularly practices law in New York.

3. Mrs.Vargas-De Leon is admitted and is an active member in good standing of the New York Bar. A Certificate of Good Standing is attached as **Exhibit A**.

4. Mrs. Vargas-De Leon has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF online tutorials on June 8, 2023. The confirmation number is **FLND1686237806637**.

5. Mrs.Vargas-De Leon studied and is familiar with the Local Rules of this District.

6. Mrs. Vargas-De Leon has an active, upgraded PACER account. She requests authorization to receive electronic notices of filing. Her email is fvargasdeleon@latinojustice.org.

7. Mrs. Vargas-De Leon will pay the required $208.00 *pro hac vice* fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Fulvia Vargas-De Leon to appear *pro hac vice*.

Respectfully submitted,

/s/ Fulvia Vargas-De Leon
Fulvia Vargas-De Leon
LatinoJustice PRLDEF
475 Riverside Suite # 1901
New York, NY 10115
Fvargasdeleon@latinojustice.org
Phone: 212-739-7580

*Counsel for Plaintiffs*

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York
## Fourth Judicial Department

I, Ann Dillon Flynn, Clerk of the Appellate Division of the Supreme Court of the State of New York, Fourth Judicial Department, do hereby certify that

## Fulvia Lorraine Vargas-De Leon

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 22, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Rochester on October 23, 2023.

*Ann Dillon Flynn*
Clerk of the Court

CertID-00143412

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2023 I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/* Fulvia Vargas-De Leon
Fulvia Vargas-De Leon
LatinoJustice PRLDEF
475 Riverside Suite #1901
NY, NY 10115
fvargasdeleon@latinojustice.org
Phone: 212-739-7580
