IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.                                                           Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

   *Defendants*.

_____/

**ORDER ADMITTING FULVIA VARGAS-DE LEON *PRO HAC VICE***

   This Court has considered, without hearing, the motion to admit Fulvia Vargas-De Leon *pro hac vice*. ECF No. 112. The motion is **GRANTED**. Mrs. Vargas-De Leon has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

   **SO ORDERED on October 24, 2023.**

                                                      s/Mark E. Walker               
                                                      **Chief United States District Judge**