## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,
    *Plaintiffs*,

v.                                                                          CASE NO: 4:23-cv-00218-MW-MAF

CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,
    *Defendants*.
_____/

## NOTICE OF APPEARANCE

Bradley R. McVay gives notice of his appearance on behalf of CORD BYRD, in his official capacity as Florida Secretary of State, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

Dated: November 21, 2023                    Respectfully submitted,

                                                    */s/ Bradley R. McVay*
                                                  BRADLEY R. MCVAY (FBN 79034)
                                                  *Deputy Secretary of State*
                                                  *for Legal Affairs & Election Integrity*
                                                  brad.mcvay@dos.myflorida.com
                                                  FLORIDA DEPARTMENT OF STATE
                                                  R.A. Gray Building, Suite 100
                                                  500 South Bronough Street
                                                  Tallahassee, Florida 32399-0250
                                                  Phone: (850) 245-6511
                                                  Fax: (850) 245-6127

                                                  *Counsel for Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2023, a true copy of the foregoing was filed electronically with the Clerk of Court by using CM/ECF, which shall serve a copy to all counsel of record.

/s/ Bradley R. McVay
Bradley R. McVay