UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

   v.                                Case No. 4:23-cv-218-AW-MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendants*.

_____ /

## **MOTION TO WITHDRAW AS COUNSEL**

    Pursuant to Local Rule 11.1(H), Fulvia Vargas-De Leon moves to withdraw as counsel of record for Plaintiffs, Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico. As of January 8, 2024, Ms. Vargas-De Leon will no longer be employed by LatinoJustice PRLDEF. Plaintiffs continue to be represented in this case through counsel from LatinoJustice PRLDEF, American Civil Liberties Union (ACLU), ACLU Foundation of Florida, Demos, and Arnold & Porter LLP. Given their continued representation of plaintiffs in this matter, withdrawal as counsel should not cause any delay or prejudice to any party to this action. Future correspondence and documents should be served to remaining counsel on record for Plaintiffs.

                        Respectfully submitted,

                        /s/ Fulvia Vargas-De Leon
                        Fulvia Vargas-De Leon
                        LatinoJustice PRLDEF
                        475 Riverside Suite #1901 NY, NY 10115
                        fvargasdeleon@latinojustice.org
                        Phone: 212-739-7580

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 8, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Fulvia Vargas-De Leon
Fulvia Vargas-De Leon
LatinoJustice PRLDEF
475 Riverside Suite #1901 NY, NY 10115
fvargasdeleon@latinojustice.org
Phone: 212-739-7580