IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.   Case Nos.: 4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

   *Defendants*.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, Fulvia Vargas-De Leon's motion to withdraw as counsel for Plaintiffs in the above-captioned case. ECF No. 119. Plaintiffs continue to be represented by counsel, and their representation will continue uninterrupted. Ms. Vargas-De Leon's motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Vargas-De Leon from CM/ECF in this case.

**SO ORDERED on January 8, 2024.**

s/Mark E. Walker  
**Chief United States District Judge**