IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                                                  Case. No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## EXHIBITS TO THE SECRETARY OF STATE'S MOTION FOR SUMMARY JUDGMENT ON COUNT VI AND MEMORANDUM IN SUPPORT

In accordance with this Court's instructions, Doc.117, this document contains Secretary of State Cord Byrd's exhibits to his summary-judgment motion and memorandum.

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Director Darlington's Declaration |
| 2 | Fla. Admin. Code R. 1S-2.042 (Final) |
| 3 | 3PVRO-Declaration Form (Final) |

1

| | |
|---|---|
| Dated: January 18, 2024 | Respectfully submitted, |
| | |
| Bradley R. McVay (FBN 79034) | /s/ *Mohammad O. Jazil* |
| brad.mcvay@dos.myflorida.com | Mohammad O. Jazil (FBN 72556) |
| Joseph Van de Bogart (FBN 84764) | mjazil@holtzmanvogel.com |
| joseph.vandebogart@dos.myflorida.com | Joshua E. Pratt (FB 119347) |
| Ashley Davis (FBN 48032) | jpratt@holtzmanvogel.com |
| ashley.davis@dos.myflorida.com | Michael Beato (FBN 1017715) |
| FLORIDA DEPARTMENT OF STATE | mbeato@holtzmanvogel.com |
| R.A. Gray Building | zbennington@holtzmanvogel.com |
| 500 S. Bronough St. | HOLTZMAN VOGEL BARAN |
| Tallahassee, FL 32399 | TORCHINSKY & JOSEFIAK |
| (850) 245-6536 | 119 S. Monroe St. Suite 500 |
| | Tallahassee, FL 32301 |
| | (850) 270-5938 |
| | |
| | John J. Cycon (NYBN 5261912)* |
| | HOLTZMAN VOGEL BARAN |
| | TORCHINSKY & JOSEFIAK |
| | 15405 John Marshall Hwy |
| | Haymarket, VA 20169 |
| | Telephone: (212) 701-3402 |
| | jcycon@holtzmanvogel.com |
| | |
| | *Counsel for Secretary Byrd* |
| | |
| | **Admitted pro hac vice* |

## Certificate of Compliance

I certify that this document complies with the typeface and formatting requirements in Local Rule 5.1.

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil

## Certificate of Service

I certify that on January 18, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil