UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

Case No. 4:23-cv-00218-MW-MAF

# EXHIBITS TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Hispanic Federation Plaintiffs") submit the following exhibits to their partial motion for summary judgment that have not yet been filed on the Court's docket:

Exhibit 1: Deposition of Tiffany Morley

Exhibit 2: Expert Report of Daniel A. Smith, Ph. D.

Exhibit 3: Deposition of Robert Stein, Ph. D.

Exhibit 4: Deposition of John Alford, Ph. D.

Exhibit 5: Rebuttal Expert Report of Daniel A. Smith, Ph. D.

Exhibit 6: Deposition of Elizabeth Guzzo, Designated 30(b)(6) Witness for the Attorney General

1

Exhibit 7: Certified Transcript of Committee on Fiscal Policy Meeting on S.B. 7050 (April 20, 2023)

Exhibit 8: Certified Transcript of Senate Session on S.B. 7050 (April 26, 2023)

Exhibit 9: Certified Transcript of House Session on S.B. 7050 (April 28, 2023)

Exhibit 10: Deposition of Andrew Darlington, Designated 30(b)(6) Witness for the Secretary of State

Exhibit 11: Deposition of Mark Earley, Designated 30(b)(6) Witness for the Leon County Supervisor of Elections

Exhibit 12: Deposition of Nicholas Cox, Designated 30(b)(6) Witness for the Attorney General

Exhibit 13: Deposition of Frederick Velez, Designated 30(b)(6) Witness for Hispanic Federation

Exhibit 14: Deposition of Carolina Wassmer, Designated 30(b)(6) Witness for Hispanic Federation

Exhibit 15: Michael C. Herron & Daniel A. Smith, *The Effects of House Bill 1355 on Voter Registration in Florida*, 13 State Politics & Policy Quarterly 279 (2013) (Exhibit 5 to Stein Dep.)

Exhibit 16: Deposition of Norka Martínez

Exhibit 17: Deposition of Elizabeth Pico

Exhibit 18: Deposition of Verónica Herrera-Lucha

Exhibit 19: Stipulation by the Office of the Attorney General

All portions of these exhibits that are cited in Plaintiffs' motion are highlighted in the attached documents, in accordance with this Court's rules.

Dated: January 23, 2024

Respectfully submitted,

/s/ *Megan C. Keenan*

| | |
|---|---|
| Roberto Cruz (FBN 18436) | Megan C. Keenan* |
| Miranda Galindo (FBN 1039848) | Adriel I. Cepeda Derieux* |
| Delmarie Alicea (FBN 1024650) | **American Civil Liberties** |
| **LatinoJustice PRLDEF** | **Union Foundation** |
| 523 West Colonial Drive | 915 15th Street NW |
| Orlando, FL 32804 | Washington, DC 20005 |
| (321) 754-1935 | (212) 549-2500 |
| rcruz@latinojustice.org | acepedaderieux@aclu.org |
| mgalindo@latinojustice.org | mkeenan@aclu.org |
| dalicea@latinojustice.org | |

Cesar Z. Ruiz*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties**
**Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

John A. Freedman†
Jeremy Karpatkin†
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

\* *Admitted Pro Hac Vice*

3

4

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

4