

# Transcript of Tiffany Morley

**Date:** January 12, 2024
**Case:** League of Women Voters of Florida, Inc., et al. -v- Byrd, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1           UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF FLORIDA

3               TALLAHASSEE DIVISION

4    - - - - - - - - - - - - - x

5    LEAGUE OF WOMEN VOTERS      :

6    OF FLORIDA, INC., et        :   Case No.

7    al.,                        :   4:23-cv-215-MW/MAF

8           Plaintiffs,          :

9       v.                       :

10   CORD BYRD, in his           :

11   official capacity as        :

12   Secretary of State of       :

13   Florida, et al.,            :

14          Defendants.          :

15   - - - - - - - - - - - - - x

16

17           Deposition of TIFFANY MORLEY

18           Conducted Remotely via Zoom

19             Friday, January 12, 2024

20                  10:12 a.m.

21

22    Job No.:  519677

23    Pages:  1 - 177

24   Stenographically Reported By:

25          Amy L. Stryker, CCR

1          Deposition of TIFFANY MORLEY, conducted

2     remotely.

3

4

5          Pursuant to subpoena, before AMY L.

6     STRYKER, Certified Court Reporter and Notary

7     Public of the State of Maryland.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFF, LEAGUE OF WOMEN

 4   VOTERS:

 5       MICHAEL ORTEGA, ESQ.

 6       ELLEN BOETTCHER, ESQ.

 7       ALEXANDRA COPPER, ESQ.

 8       LAUREN SUTHERLAND, ESQ.

 9       CAMPAIGN LEGAL CENTER

10       1101 14th Street NW, Suite 400

11       Washington, D.C. 20005

12       (202) 736-2200

13       mortega@campaignlegal.org

14

15   ON BEHALF OF THE PLAINTIFF, NAACP:

16       MAKEBA RUTAHINDURWA, ESQ.

17       RENATA O'DONNELL, ESQ.

18       ELIAS LAW GROUP

19       250 Massachusetts Avenue NW

20       Suite 400

21       Washington, D.C. 20001

22       (202) 968-4490

23        Mrutahindurwa@elias.law

24

25
```

```
 1   A P P E A R A N C E S    C O N T I N U E D

 2

 3   ON BEHALF OF THE PLAINTIFF, HISPANIC

 4   FEDERATION:

 5        ESTEE KONOR, ESQ.

 6        DEMOS

 7        80 Broad Street,  4th Floor

 8        New York, New York 10004

 9         (212) 633-1405

10        ekonor@demos.org

11            and

12        MIRANDA GALINDO, ESQ.

13        LATINOJUSTICE PRLDEF

14        99 Hudson Street, 14th Floor

15         New York, New York 10013

16         (212) 219-3360

17

18   ON BEHALF OF THE DEFENDANT, CORD BYRD:

19        JOHN CYCON, ESQ.

20        HOLTZMAN VOGEL

21        15405 John Marshall Highway

22         Haymarket, Virginia 20169

23        (540) 341-8808

24        jcycon@holtzmanvogel.com

25
```

```
 1      A P P E A R A N C E S    C O N T I N U E D

 2

 3   ALSO PRESENT:

 4          GENEVIEVE McNALIS, ESQ.

 5

 6          STEPHANIE MORSE, ESQ.

 7          EMILY WITTHOEFT, ESQ

 8          FLORIDA OFFICE OF THE ATTORNEY GENERAL

 9

10          ASHLEY DAVIS, ESQ.

11          DEPARTMENT OF THE STATE

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                  C O N T E N T S

2   EXAMINATION OF TIFFANY MORLEY           PAGE

3        By Mr. Ortega                         7

4        By Ms. Rutahindurwa                 124

5                  E X H I B I T S
                (Attached to transcript.)
6
    Exhibit 1  SB 7050                         30
7
    Exhibit 2  Bureau of Voter                 68
8              Registration Services
               slideshow
9
    Exhibit 3  March and April 2018            91
10             e-mail chain, Bates Nos.
               SB7050_SOS_00029677
11             through
               SB7050_SOS_00029680
12
    Exhibit 4  9/6/16 letter and             100
13             supporting documents,
               Bates Nos.
14             SB7050_SOS_00002123
               through
15             SB7050_SOS_00002156

16  Exhibit 5  Voter registration data      117

17  Exhibit 6  2/6/17 letter and            141
               supporting documents,
18             Bates Nos. SB7050_
               SOS_00003247 through
19             SB7050_SOS_00003273

20  Exhibit 7  6/14/23 Internal             150
               Memorandum, Bates Nos.
21             SB7050_SOS_00007803 and
               SB7050_SOS_00007804
22
    Exhibit 8  4/21/23 e-mail, Bates No.    158
23             SB7050_SOS_00087514

24  Exhibit 9  (Proposed Bill) SPB 7050     159

25  Exhibit 10 Spreadsheet                  160

1                    P R O C E E D I N G S

2                        TIFFANY MORLEY,

3        after having been duly sworn, testified as

4                            follows:

5                          EXAMINATION

6    BY MR. ORTEGA:

7        Q  Good morning, Ms. Morley.  My name is

8    Michael Ortega, and I represent the League of

9    Women Voters in this case.  With me are Alex

10   Copper and Ellen Boettcher from -- also from

11   Campaign Legal Center.  They may be dropping

12   some exhibits in the Chat, and we'll get to

13   that in a second.  And then lawyers

14   representing other plaintiffs in this case may

15   ask you some questions when I'm done.

16       A  Okay.

17          MR. ORTEGA:  Before we get started, can

18   everyone mute their audios.

19       Q  Can you please state your full name and

20   job title.

21       A  Tiffany Morley.  I'm an operations

22   management consultant II.

23       Q  So before we start, I'm just going to

24   go over some ground rules for the deposition

25   today so that we have a kind of shared

1    understanding of how things work.  All right?

2        A  Okay.

3        Q  So I'm going to be asking you a number

4    of questions today.  In order to have a clear

5    transcript of your answers, please wait for me

6    to finish responding -- to finish before

7    responding so we don't speak over each other.

8    And I will try my best to do the same.

9            If you can also try to please respond

10   clearly and audibly to all of my questions, so

11   a head nod or a shake or an "uh-uh," "uh-huh,"

12   is not going to show up on the record, so

13   please try to stick to clear yeses or noes.

14           And then for the sake of our wonderful

15   court reporter, Ms. Stryker, if you could

16   please try to not speak so quickly so that she

17   can capture everything you've said.  And,

18   again, I will do my best to do the very same.

19   Does that all make sense?

20       A  Yes.

21       Q  If there's anything that I ask you that

22   you do not understand, please let me know, and

23   I will be happy to rephrase the question.

24   Otherwise, I will assume that you understand

25   the question.  Does that make sense?

1      A  Yes.

2      Q  If, at any time, you need a break, let

3   me or John know, and we'll be happy to

4   accommodate you.  The only thing that I ask is

5   that if there is a question pending, that you

6   answer the question before we go on break.

7   Does that make sense?

8      A  Yes.

9      Q  Your counsel may object to my

10  questions.  But unless he specifically

11  instructs you not to answer, please go ahead

12  and answer my question.

13     A  Okay.

14     Q  Like I mentioned earlier, I'll be

15  showing you some documents as exhibits today.

16  I will be showing them via screen share.  If

17  you cannot see them on the screen, let me

18  know, and, regardless, one of my colleagues

19  will be putting the documents into the Chat on

20  Zoom so you can open them on your computer.

21     A  Okay.

22     Q  And lastly, Ms. Stryker has put you

23  under oath, meaning that you are under an

24  obligation to tell the truth.  Do you

25  understand that obligation?

1     A  Yes.

2     Q  Is there any reason that you cannot

3  testify truthfully and accurately today?

4     A  No.

5     Q  Do you have any conditions that impair

6  your memory?

7     A  No.

8     Q  Are you taking any medications that

9  impair your memory?

10     A  No.

11     Q  Okay.  Next we're going to go through

12  just some questions about the remote aspects

13  of this deposition.  Are you alone today?  Is

14  anybody in the room with you?

15     A  I'm alone.

16     Q  Do you have any documents or papers in

17  front of you?

18     A  No.

19     Q  Do you have any other windows or tabs

20  open on your computer right now?

21     A  No.

22     Q  Do you have any e-mail accounts or

23  messaging applications open on your computer?

24     A  No.

25     Q  Are you able to see any sort of

1   messages on any device, including your phone?

2       A  No.

3       Q  Great.  Have you ever been deposed

4   before?

5       A  Yes.

6       Q  How many times?

7       A  Just once.

8       Q  When was that?

9       A  I believe it was in 2021.

10      Q  What type of case was it?

11      A  It was an employee relations case.

12      Q  What were you deposed about in that

13  case?

14      A  I was a supervisor or a previous

15  supervisor for the employee that was bringing

16  the case.

17      Q  Was that within the Division of

18  Elections?

19      A  Yes.

20      Q  What was -- can you tell me more about

21  that.

22          MR. CYCON:  Counsel, I don't see how

23  this is relevant.  I mean, we're talking about

24  an employment matter within the division.  It

25  has nothing to do with SB 7050.

1          MR. ORTEGA:  Fair enough.  I'll

2   withdraw.

3   BY MR. ORTEGA:

4       Q  Have you testified in court before?

5       A  No.

6       Q  Have you ever been a party to a

7   lawsuit?

8       A  No.

9       Q  Are you aware that the Secretary of

10  State's office has responded to written

11  discovery requests which asked the Division of

12  Elections to produce documents relevant to

13  this case?

14      A  I would assume that they have, but I

15  have not been involved in them.

16      Q  So you were not asked to search for or

17  produce any documents for this case?

18      A  I was asked if I had any, like,

19  outside, if I had any text message or anything

20  that would not have been found out, you know,

21  in their regular search of e-mails and things

22  they do.

23      Q  Okay.  As part of your preparation for

24  this deposition, did you meet with your

25  counsel?

1        A   Yes.

2        Q   Without sharing what you discussed, how

3   many times did you meet?

4        A   Twice.

5        Q   For how long?

6        A   About three hours total.

7        Q   Who else was there?

8        A   Just our outside counsel and a -- some

9   of our general counsel.

10       Q   Besides meeting with counsel, did you

11  do anything else to prepare for the deposition

12  today?

13       A   No.

14       Q   You didn't review any documents for

15  this case?

16       A   No.

17       Q   Did you have any conversations with

18  anyone else in your office about your

19  deposition?

20       A   No.

21       Q   Switching gears a little bit.  I want

22  to learn a little bit more about you and your

23  background and how you got to the Division of

24  Elections.

25       A   Okay.

1      Q  Can you tell me a little bit about your

2  educational background starting after high

3  school.

4      A  I have a bachelor's of science degree

5  in English language arts education from the

6  University of Central Florida.

7      Q  That was education, you said?

8      A  Yes.

9      Q  My mom is a middle school guidance

10  counselor in Miami, and so -- yeah, that --

11  that hits home.

12         Can you summarize your work history

13  before joining the division.

14      A  Before joining the division, it was

15  kind of your typical jobs during college.  I

16  was a -- I was a summer camp counselor for

17  many years during college and the years right

18  after college.  And before that, you know,

19  retail.

20      Q  Did you have any prior experience in

21  elections before joining the division?

22      A  No.

23      Q  And when did you start working at the

24  division?

25      A  2012.

1      Q   How many positions have you had within

2   the Division of Elections?

3      A   I don't know the number off the top of

4   my head, but I've been in the same bureau the

5   whole time, the Bureau of Voter Registration

6   Services, and I've kind of held every position

7   up to now progressively.

8      Q   Can you walk through those positions?

9      A   Sure.  So I started as an OPS.  I was

10   full time.  And then I became a regulatory

11   specialist I, regulatory specialist II,

12   regulatory specialist III.  I became a

13   supervisor, a senior management analyst I,

14   that supervises the lower level staff.  And

15   then was promoted to -- I don't remember the

16   title at the time because it's changed so

17   much, but, basically, like, a senior section

18   administrator.  That's kind of like an

19   assistant bureau chief.  And now I'm in this

20   supervisory position over our kind of

21   mid-level staff, the regulatory specialist

22   IIIs.

23      Q   That's a lot of roles.  No, that's

24   really cool.

25          We'll get into the specifics in a

1    little bit.  How long have you served in your

2    current role, that supervisory position over

3    regulatory specialist III?

4        A  I believe it was effective June 1st of

5    2023.

6        Q  Given all of your experience in the

7    division, would you say you're familiar with

8    the work of the division as a whole?

9        A  I wouldn't say the whole division.

10   I've been in the same bureau this whole time.

11   So certainly, I'm aware of what goes on in the

12   other bureaus, but I'm -- don't know any

13   details about what they do or how they do it.

14       Q  Sure.  But within the bureau, would you

15   say you have a good sense of what the bureau

16   does?

17       A  Yes.

18       Q  In your current supervisory role, what

19   are your typical duties and responsibilities?

20       A  I, you know, have the administrative

21   responsibilities of, you know, monitoring my

22   staff and their work, their attendance and

23   leave, any sort of disputes that they have.

24   But I also have regular, you know,

25   responsibility to respond to Supervisor of

1   Elections inquiries about any given number of

2   topics, to assist staff who may have questions

3   forwarded to them through the shared e-mail

4   boxes that they monitor or through the voter

5   assistance hotline that they, you know, can't

6   otherwise handle.

7       Q   So would you say that you're, like, the

8   point of contact, would you say, for, like, if

9   someone in the course of their job at the

10  bureau has a question or an issue that they

11  don't know how to handle, would they turn to

12  you?

13      A   Yes.  I'm one of a few people that they

14  could come to.

15      Q   Who are the other people that they

16  could go to?

17      A   Depending on the question, they would

18  go to the person who trained them or to one of

19  the other supervisors in the bureau.

20      Q   How many other supervisors are in the

21  bureau?

22      A   Currently, there are three over

23  ineligibility, and there is a vacant position

24  for the lower-level staff.

25      Q   When you say "over ineligibility," what

1   do you mean?

2       A   So recently we restructured our bureau

3   so now the bureau itself is divided into three

4   sections.  So there's ineligibility, which is

5   usually to do with, you know, felon

6   convictions, voter services, and then special

7   programs, and I'm over special programs.

8       Q   Sorry, ineligibility, voter services,

9   and special programs?

10      A   Correct.

11      Q   When was this -- when did the bureau do

12  this restructuring?

13      A   I don't know an exact date.  It was

14  sort of a -- certainly a process to get all of

15  the position descriptions and everything

16  situated.  It was last year, certainly.

17      Q   And what do you oversee in -- or what

18  does the special programs section within the

19  bureau oversee?

20      A   Third-party voter registration

21  organizations, the National Voter Registration

22  Act, and voter registration agencies, clerk of

23  court reports, non-citizen files.

24      Q   What do you mean, "non-citizen files"?

25      A   We take information that is provided

1   typically from driver's license renewals or --

2   or new driver's license where the person has

3   stated there that they're -- they've declined

4   to vote because they're not a citizen, and

5   then we make sure that they're not already

6   registered to vote.  And if they are, check

7   and see if they've received some sort of

8   naturalization since they registered at the

9   DMV.

10      Q   What are your duties and

11  responsibilities regarding the ineligibility

12  section?

13      A   Currently, I'm not over that.  I, you

14  know, still have the ability to answer

15  questions because I have that experience.  But

16  the other three supervisors are responsible

17  for that section.

18      Q   And so you said that third-party voter

19  registration organizations are within special

20  programs?

21      A   Correct.

22      Q   So are you the person in the bureau

23  responsible for all matters regarding 3PVROs?

24      A   Yes.

25      Q   Who do you report to in your current

1    role?

2        A   I report to our bureau chief, which is

3    currently Gina McLeod.

4        Q   And did you discuss this deposition

5    with Ms. McLeod?

6        A   No.  Only to tell her that I had one.

7        Q   You said that you supervise the tier of

8    regulatory specialists.  How many -- or so are

9    those your direct reports?

10       A   Yes.

11       Q   How many direct reports do you have?

12       A   I have seven positions that are

13   assigned to direct report to me.  Currently,

14   only three of them are filled.

15       Q   How long have the other positions been

16   vacant?

17       A   I'm not sure off the top of my head for

18   two of them.  The other two were just given to

19   us by the legislature this past year.

20       Q   Are the four that you -- the four

21   direct reports that you do have that are

22   currently filled, what are their names and

23   titles?

24       A   There's three that are currently

25   filled.

1     Q   Three.  Sorry.

2     A   You asked for their name and what else?

3     Q   Title.

4     A   Title.  They're all regulatory

5   specialist IIIs, all of my direct reports are

6   regulatory specialist IIIs.  And they are

7   Jennifer White, Terry Raines, and Ricky

8   Cotton.

9     Q   And what are their typical duties and

10  responsibilities?

11    A   Jennifer White was our third-party

12  voter registration coordinator.  Ricky Cotton

13  has been working on the non-citizens, and he

14  also handles our suspense queue and our BVRS

15  help e-mail inbox.  And Terry Raines is over

16  our mental incomp cases and restoration cases

17  and the clerk of court reports and our

18  internal employee statistics.

19    Q   And you said the new positions that you

20  just got by the legislature, what are those

21  positions?

22    A   They are regulatory specialist IIIs.

23    Q   And what roles -- what duties and

24  responsibilities would those -- the occupants

25  of those positions have once filled?

1      A  They would be another third-party

2  coordinator and another non-citizen examiner.

3      Q  Were those positions given in

4  connection with SB 7050?

5      A  I have no idea.

6      Q  You said that Jennifer White is already

7  working on 3PVROs; is that correct?

8      A  Correct.

9      Q  What would this additional position

10  regarding 3PVROs be responsible for that

11  Jennifer White is not already?

12      A  They would share responsibilities.  I

13  don't know yet how we would set that up to

14  work, whether it would be both delving into

15  everything together, or if they would divide

16  it, you know, along county lines or along

17  physical incoming stuff, physically whether

18  it's by mail or fax versus operating out of

19  the e-mail inbox.

20      Q  Do you think that there's a need within

21  the bureau for additional staff that are

22  focused on 3PVROs?

23      A  I don't believe so.  I think one or two

24  people are able to handle the workload.

25      Q  Would you say that -- would you agree

1    that Jennifer White is the only -- is Jennifer

2    White the only other person who works on

3    3PVROs?

4         A  Currently, no.

5         Q  Who else works on 3PVRO issues within

6    the bureau?

7         A  So currently, other than myself, nobody

8    else in the bureau does.  But because we don't

9    have a second person, there is a person in the

10   director's office who assists us.

11        Q  Who is that person?

12        A  Jessica Lin (ph).

13        Q  And what's her title?

14        A  I'm not positive of her title.  I think

15   it's a grant specialist.

16        Q  You said earlier that between one or

17   two people -- that one or two people can cover

18   the work produced by 3PVRO issues in the

19   bureau.  And right now that's -- you and

20   Jennifer White would be, like, those two

21   people?

22        A  Primarily it would be Jennifer and

23   Jessica doing the actual processing.

24   Certainly, I can help out if I need to, but I

25   don't typically get involved until it gets to

1  my part.

2      Q  Can you tell me in your own words what

3  is a 3PVRO.

4      A  So 3PVRO, third-party voter

5  registration organization, is either an

6  individual or a group who would like to assist

7  people with the voter registration process.

8      Q  And if I use the term "3PVRO"

9  throughout this deposition to refer to

10  third-party voter registration organizations,

11  will you understand what I mean?  Are you okay

12  with that acronym?

13      A  Yes; that's how we refer to it.  It's

14  quicker.

15      Q  Yeah.  Yeah, it's quite a mouthful, I

16  imagine.

17      A  Yes.

18      Q  In your opinion, do 3PVROs play an

19  important role in registering voters in

20  Florida?

21      A  Yeah.  I think they do.

22      Q  Why?

23      A  I think they can reach people that

24  otherwise haven't thought about voter

25  registration.  They have the ability to target

1   who they think, you know, who they feel are
2   underserved.  Certainly, it's not the only way
3   for them to register to vote, but it offers
4   another opportunity.
5       Q  Do you think 3PVROs are particularly
6   important for registering the -- for
7   registering voters in underserved communities?
8       A  I think that -- well, I think that
9   everybody has the -- would have the same
10  opportunity, you know, to register at the DMV
11  if they get their license or they go to the
12  library.  They can register online.  They can
13  walk into a Supervisor of Elections office.
14  And third parties should help -- be able to
15  help everybody which certainly includes those
16  populations that they feel are underserved.
17      Q  But would you say that 3PVROs are well
18  positioned to reach voters that wouldn't
19  otherwise register through one of those
20  methods?
21      A  I don't know that I can have any
22  information, you know, statistically that says
23  one way or the other.
24      Q  Just in your experience.
25      A  I really can't say because I don't know

1    if -- if there really is a significant portion

2    of those populations that aren't already being

3    reached or have got those opportunities

4    without a third-party organization.

5        Q  Is it true that thousands of Floridians

6    each year register to vote and, thus, take the

7    first step to participating in elections in

8    our democracy by registering to vote with the

9    3PVRO?

10       A  Possibly.  I don't have information

11   on -- of those registrations that come from a

12   third-party organization, how many of them are

13   first-time registrations that are successfully

14   processed.  You know, they could be updates to

15   an already existing registration.

16       Q  But thousands of registrations come

17   through 3PVROs, right?

18       A  Yes.

19       Q  I'd like to show you now what -- oh,

20   sorry about that.  I'd like to show you what

21   will now be -- actually, sorry.  Scratch that.

22       We talked about your supervisory

23   responsibilities regarding Ms. White and

24   3PVROs.  Do you have any other duties or

25   responsibilities related to 3PVROs besides

1    that supervision?

2         A  I -- when we process third-party

3    violations, they come through me as the second

4    signature on our internal checklist before we

5    pass them off to the Office of Election Crimes

6    and Security.

7         Q  So you are the person who signs off for

8    the bureau on third-party voter registration

9    or violations?

10        A  Yes.

11        Q  Did you have different responsibilities

12   related to 3PVROs in your previous roles

13   within the division?

14        A  Yes.  When I was a regulatory

15   specialist II and III, I was actually Jennifer

16   White's equivalent at the time.

17        Q  And when was that?

18        A  I don't have exact dates off the top of

19   my head.  I believe it was between, like, 2014

20   and 2018.

21        Q  And what exactly was your role with

22   respect to 3PVROs in those positions?

23        A  So I -- I monitored that shared e-mail

24   inbox and responded to those e-mails, and

25   that's typically the way that the third

1    parties send in their initial registration and

2    any updates or terminations and ask any

3    questions.  We also have a fax line that they

4    send them to, so I'd monitor that.  And was

5    the first person, if we received any voter

6    applications, either through the mail or

7    hand-delivered to our office, to review for

8    third-party violations and then pass them.  At

9    the time, it went to the bureau chief to

10   review.

11       Q  Does anyone still use the fax line?

12       A  Surprisingly, yes.  Not so much with

13   the third-party stuff.  Occasionally, we do

14   get some, but most -- mostly with the

15   third-party scope of things, if it's coming

16   through fax, it's probably the Supervisor of

17   Elections' daily report.

18       Q  Can you tell me more about the

19   Supervisor of Elections' daily report?

20       A  Yes.  So every day that they have

21   received voter applications from a third

22   party, whether that's in the mail or

23   hand-delivered, they are supposed to send us

24   this report page that kind of has totals for

25   each third party, whether they were state

1    forms or federal forms, and if they were blank

2    and if they provided any blank forms to a

3    third party.

4        Q   You said the supervisors of elections

5    are supposed to send these daily reports.  Do

6    they actually send these reports every day?

7        A   They do, yeah.  We only get them if

8    they had some sort of activity.  So they don't

9    send a zero report every day.

10       Q   And what does the bureau do with the

11   information from the daily reports?

12       A   The reports are saved, and then the

13   totals from them are input into our

14   third-party database on the administrative

15   side that's publicly available on our website.

16       Q   So then anybody can see how many voter

17   registration applications were assisted to get

18   to your office via a 3PVRO?

19       A   Yes.

20       Q   You mentioned a shared e-mail inbox.

21   Can you tell me more about that.

22       A   Sure.  It's 3PVRO@dos.myflorida.com,

23   and it, you know, functions like a regular

24   e-mail, but only certain people have access to

25   it and kind of work out of it.

1          (Exhibit 1, SB 7050, was marked for

2      identification.)

3      Q  I'd like to show now what will be

4      marked as Exhibit 1.  Let me share my screen.

5      Can you see my screen, Ms. Morley?

6      A  Yes.

7      Q  Okay.  So this is a copy of the text of

8      SB 7050 from the Florida State Legislature's

9      website.  Does that look right to you?

10     A  Yes.

11     Q  Okay.  I'm going to scroll down to

12     where the 3PVROs language starts.

13         Do you know, in your experience at the

14     bureau, are these kinds of long bills common?

15     A  We do see quite a lot of bills.  I feel

16     like this one is very overarching of elections

17     than what I've seen in the past.

18     Q  So in the past how would -- how would

19     election bills -- about how long would

20     election bills be?

21         MR. CYCON:  Object to form.

22     Q  You can go ahead and answer,

23     Ms. Morley.

24     A  I -- I don't know off the top of my

25     head to say a number of length of lines.

1      Q  When you said SB --

2         So you're familiar with SB 7050?

3      A  Yes.

4      Q  When you said SB 7050 was overarching,

5   what did you mean?

6      A  From what I've glanced over trying to

7   get to the part that we're getting to, it

8   looks like it touches on a lot of elections

9   topics that deal with all three of our

10  bureaus' functions.

11     Q  How did you become familiar with

12  SB 7050 and what it requires?

13     A  As typical, when there's a new bill

14  that concerns elections or our bureau in

15  particular, Director Matthews kind of sends

16  the language to those of us that are higher up

17  in each bureau and asks us to see if it --

18  give an opinion on if it would affect our

19  bureau's function in any way, whether that's

20  positively or negatively, from a procedure

21  standard or financially for the department.

22     Q  What would it mean for a bill to have a

23  positive effect on the division?

24     A  I mean, it could take several forms.

25  It could mean making it less time consuming to

1   do what we need to do.  Maybe it says

2   something that provides a legal basis for us

3   to get information from another Florida agency

4   in order to do our job more effectively.

5       Q  And what would a bill with a negative

6   effect look like?

7       A  Typically, that would be from a

8   financial standpoint of -- or a time consuming

9   standpoint where it would significant -- make

10  us have to make significant changes to a

11  program or a database that we already use,

12  that IT staff would have to have, you know, a

13  special project and would -- hopefully, we

14  would get funding in order to do that.

15  Typically, the legislature in making changes

16  doesn't provide that funding.

17      Q  What does the division do when it gets

18  these unfunded mandates from the legislature?

19          MR. CYCON:  Object to form.

20          THE WITNESS:  That's a little bit above

21  my level.  I do know, of course, typically, it

22  has a start date where it becomes effective,

23  and we try to work with any of the parties

24  involved that it might affect, whether that's

25  with another agency or with our IT staff, to

1    try and see how we can implement it within the

2    deadline as effectively as possible.  A lot of

3    times that means taking a program we already

4    have and maybe just adjusting it a little

5    instead of creating, really, the ideal program

6    that we would like to have to do the job.

7    BY MR. ORTEGA:

8        Q  You said that SB 7050 touches on work

9    across all three divisions.  I'm curious about

10   the ways that SB 7050 affected the bureau in

11   particular.  Can you tell me about that?

12       A  I -- I haven't read it word for word in

13   a while.  Certainly, there's an e-mail that

14   exists that has all of my opinions, how I

15   think it could affect the bureau.  I do know,

16   obviously, we had to change some of the

17   understanding -- our employees had to adjust.

18   When we're looking for violations, you know,

19   the time frames changed.  I think it became --

20   I believe it became more specific that things

21   had to be put on the front of the form rather

22   than the back of the form.

23           And going forward, of course, one of

24   the big changes is the third parties having to

25   reregister after the general election which

1  would cause a needed change in our

2  administrative side of our third-party

3  database, because right now it's just a simple

4  you're registered or you've been terminated

5  switch.

6      Q  Can you say that again about the --

7  about the third-party database?

8      A  So right now, you know, when they get

9  registered, and they're assigned their

10  third-party number, their record is in there,

11  and we make updates to it as they're sent in

12  to us, and then if they request to be

13  terminated, it becomes inactive, and there's a

14  toggle on that website so you can see active

15  organizations and inactive organizations.

16         And with this, the -- it's --

17  current- -- well, before the law, if they

18  terminated and then decided to reregister

19  again, they would just -- it's a new

20  registration.  Whereas with this they would be

21  reassigned their new number.  And, of course,

22  there's going to be more that may choose to --

23  that will go through that process of being

24  terminated and then choosing to reregister

25  again for the next election.

1     Q   How has SB 7050 affected your work

2   within the bureau?

3     A   So far, I don't think my work has

4   really changed.  It's yet to be seen, you

5   know, as we get into an election cycle how

6   that might pick up.  If anything, it doesn't

7   affect my work necessarily so much, but more

8   third-party voter registrations are sending us

9   their voter apps rather than sending them to

10  the supervisors of elections.

11    Q   So you haven't noticed any changes with

12  respect to 3PVRO registrations?

13    A   I mean, that doesn't affect my work as

14  the supervisor.

15    Q   What about violations related to

16  3PVROs, have you noticed any changes since

17  SB 7050's effective date?

18    A   Certainly, right now we have more

19  violations that we're passing on to the Office

20  of Election Crimes just for the formatting,

21  having it put on the front of the application.

22    Q   Have any of your direct reports

23  reported any changes in their work based on

24  SB 7050?

25    A   No.

1        Q  You mentioned more referrals to the

2   Office of Election Crimes and Security.  Can

3   you talk more about that.

4        A  It's -- I wouldn't say more referrals

5   in general.  But the trend of what type of

6   violations that we're seeing right now is

7   really just to do with having the information

8   on the front of the application rather than

9   putting it on the back-side like they used to.

10       Q  Is that a change -- is that change --

11   well, let me back up.

12            What do you mean when you say

13   information on the front versus the back?

14       A  The third party's information and the

15   information that is based on the collection

16   date and their registration agent that

17   collected it, having to have their initials

18   and the date of collection if the voter didn't

19   put a date.  And, of course, having their

20   third-party number on the front.  Most of them

21   have the third-party number on the front.

22       Q  What was the trend of 3PVRO violations

23   like before SB 7050?

24            MR. CYCON:  Object to form.

25            THE WITNESS:  In recent years, I -- I

1   wasn't involved in the third party until June.

2   And I know it went into effect after that.

3   But I wasn't really involved in seeing that

4   trend.  But certainly, when I was doing it in

5   years past, a lot of the violations were more

6   so the untimely violations.

7   BY MR. ORTEGA:

8       Q  You mentioned that the bureau's

9   third-party database has to be updated to

10  comply with SB 7050; is that right?

11      A  Yes.

12      Q  Have you had any meetings with IT about

13  what those changes would look like?

14      A  I have not had any formal meetings.

15  We've had brief discussions about it just in

16  the course of business, kind of tossing out

17  some ideas.

18      Q  Do you know if the IT department has

19  been working to update the database and make

20  the changes necessary for 7050?

21      A  I don't know.

22      Q  You said earlier that there's a -- that

23  you sent an e-mail with your opinion on how

24  the changes in 7050 could affect the work of

25  the office.  Is that right?

1     A   Correct.

2     Q   Do you know if that e-mail was produced

3   to us?

4     A   I don't know.

5         MR. ORTEGA:  John, do you know?

6         MR. CYCON:  We've produced thousands of

7   documents.  I'd need to check.

8         MR. ORTEGA:  Could you check and

9   confirm that with us?

10        MR. CYCON:  I mean, you have access to

11  the productions.  You can check as well.

12        MR. ORTEGA:  Could you check?

13        MR. CYCON:  Let's discuss this offline.

14        MR. ORTEGA:  Fair enough.

15    Q   Ms. Morley, how are we doing?  Would

16  you like a break?

17    A   Yes.

18    Q   Okay.  I'm seeing 11:02 now.  How about

19  we come back at 11:12, ten minutes?

20    A   Okay.

21        MR. ORTEGA:  Off the record.

22        (Recess was held.)

23  BY MR. ORTEGA:

24    Q   Ms. Morley, we've talked about the work

25  with the Bureau of Voter Registration

1    Services.  And you mentioned work with the

2    Office of Election Crimes and Security.  How

3    much do you work with the Office of Election

4    Crimes and Security?

5        A   I would say on a daily basis, but it's

6    in a transitive way.  We're passing the

7    information off to them to handle further.

8        Q   And the information you're handing off,

9    that's the information related to 3PVRO --

10   potential 3PVRO violations?

11       A   Correct.

12       Q   Does the Office of Election Crimes and

13   Security make the final determination as to

14   whether there was a violation?

15       A   I don't know if it's solely them or if

16   they have any dealing with general counsel in

17   any way before they send a notice out.

18       Q   Is there any other information being

19   handed off by your office for investigation?

20       A   If we were to get a complaint about a

21   third party or a Supervisor of Elections

22   office or anything related, I guess, that

23   would be handed off, we typically don't get

24   them directly to us.  They're typically sent

25   to a Supervisor of Elections office or to the

1    Office of Election Crimes or the Secretary of

2    State's office, AG's office.

3        Q  Can you tell me more about those

4    complaints against 3PVROs and how they might

5    come in.

6        A  If we receive them, sometimes it's just

7    a voter calling, and we direct them to fill

8    out the form that's available on our website

9    and send it in.  You know, we don't want to

10   interpret what they're claiming.  They need to

11   put it down first person what they feel

12   happened and what they experienced.  If we

13   receive a form by mail to our office, we just

14   stamp it in and interoffice it to the Office

15   of Election Crimes.

16       Q  You said that the complaints regarding

17   3PVROs don't tend to come to you.  They go to

18   all sorts of different entities.  Can you help

19   me understand who usually handles complaints

20   regarding 3PVROs?

21           MR. CYCON:  Object to form.

22           MR. ORTEGA:  Let me rephrase.

23       Q  Who usually handles complaints

24   regarding 3PVROs?

25           MR. CYCON:  Object to form.

1        Q  You can answer, Ms. Morley.

2        A  As far as handling them, it's certainly

3   not us.  We pass it to Office of Election

4   Crimes, and I don't know where it goes from

5   there.

6        Q  What do you mean by "handling them"?

7        A  If we receive them.  Like, physically

8   handling them.

9        Q  Does the Office of Election Crimes and

10  Security reach out to you when conducting

11  investigations?

12       A  They have not reached out to me

13  personally.  I don't know if they have contact

14  with the department -- or I mean the division,

15  if they have questions about anything they've

16  received.

17       Q  So there's no process in place by which

18  the Office of Election Crimes and Security

19  reaches out to the Bureau of Voter

20  Registration Services or the Division of

21  Elections when they're conducting

22  investigations?

23       MR. CYCON:  Object to form.

24       THE WITNESS:  I don't know their

25  internal process.  I just know I haven't been

1    contacted about anything that we've sent them

2    in that regard to the third-party complaints.

3    BY MR. ORTEGA:

4        Q   Switching gears to the Office of the

5    Attorney General.  How much do you work with

6    the Office of the Attorney General?

7        A   In my current role, I don't really work

8    with them at all.  In previous, it was more to

9    do with ACP, voters' Address Confidentiality

10   Program, and that was not my primary role, but

11   to help on a yearly basis with kind of

12   reconciling our records versus their records.

13       Q   Do you ever refer cases to the Office

14   of the Attorney General?

15       A   Our bureau -- our office does not, as

16   far as I know.

17       Q   Does the Office of the Attorney General

18   reach out to you when conducting

19   investigations?

20       MR. CYCON:  Object to form.

21       Q   You can answer, Ms. Morley.

22       A   I have not personally been contacted,

23   no.

24       Q   Do you know if the bureau has?

25       A   I don't know.

1      Q   Or the Division of Elections more

2   broadly?

3      A   Yeah, I don't know.

4      Q   Now let's talk about your office's work

5   with supervisors of elections.  You mentioned

6   earlier that you are the point person for

7   supervisors of elections; is that right?

8      A   Yes, for various topics.

9      Q   What topics are you the point person on

10  for local -- for supervisors of elections?

11     A   Currently, a lot of their outreach is

12  because I'm kind of taking over the supervisor

13  role that's vacant that deals more with voter

14  registration.  So a lot of their inquiries now

15  that I helped them with are about deceased

16  matches and if there's any issues with

17  verifications, you know, verifying the new

18  registrations coming in and, you know, they

19  still reach out to me if they have

20  felon-related questions as well.

21     Q   What kind of felon-related questions?

22     A   Usually it is more a process.  Maybe

23  they've received a match, but then they were

24  working on the same person at the same time,

25  how to handle it in the system.  Those kind of

1    things.  But even though I can't answer that

2    stuff, I try and direct them to those

3    supervisors because that's not my area

4    anymore.  So even if I can answer them on a

5    broader sense of just the knowledge of it, I

6    don't know the specifics of what they're

7    talking about, you know.  The other

8    supervisors can look in and research and help

9    them get whatever they need accomplished.

10       Q  Are felon-related questions concerning

11    the eligibility of people to vote?

12       A  No.  It's more so with the process of

13    it's been electronically sent to them, and

14    maybe they had one already started in the

15    process and what we need to do to work

16    together to make sure that whichever one they

17    started first is the one that continues to

18    follow that removal timeline and make sure

19    that both of our records are correct.

20       Q  I'm a little confused.  When you say

21    there might be two different ones, what are

22    you referring to?

23       A  So with the change in law, the

24    Supervisor of Elections are directed to start

25    looking at their own records, and they get the

1    convicted felon reports monthly from their

2    clerk of court and start creating their own

3    matches that we call county match.  So it's

4    possible that they're investigating the same

5    voter at the same time we have an electronic

6    match that we're working on.

7        Q  Have you ever received a question from

8    a Supervisor of Elections related to 3PVRO

9    volunteers?

10       A  Not that I can recall any recently.

11   When I was in the regulatory specialist

12   II/regulatory specialist III capacity, I do

13   remember certain Supervisor of Elections

14   offices would sometimes inquire if a third

15   party was still registered or if this was the

16   registered agent or a registration agent that

17   had, like, hand-delivered applications to them

18   to verify, I guess, who they claimed to be

19   representing.

20       Q  But no questions related to the

21   criminal history of 3PVRO volunteers?

22       A  No.

23       Q  How many staff members are there in the

24   Bureau of Voter Registration Services?

25       A  I can't say off the top of my head.  I

1   have a phone list I can look at if you want me

2   to count them.

3       Q   That's all right.  Can you ballpark it?

4       A   You said in the bureau?  Between 30 and

5   40.  And those are positions.  It doesn't mean

6   that they're all filled.  Those are the

7   positions.

8       Q   How many positions are filled right

9   now?

10      A   Well, because I don't know the actual

11  total number, I can't tell you how many are

12  filled.  I can tell you I have, let's see, my

13  four that we already talked about that are in

14  the process of being filled, and the

15  lower-level positions, I believe there are the

16  four more of those, so eight that are vacant.

17      Q   What's the process for filling one of

18  those positions?

19      A   They'd apply through the People First

20  jobs just like any other state position.  And

21  when we get those candidates, we screen them

22  to make sure that they meet the minimum

23  qualifications.  They come in for an interview

24  which can take different forms.  And then if

25  they meet a minimum score, we choose our

1    candidates from there.  They work with HR to

2    get background screening and fill out some

3    extra paperwork, and then if they pass their

4    background screening and everything's good, we

5    offer them the position.

6        Q  What are the minimum qualifications to

7    hold a position in a bureau?

8        A  It depends on the position.

9        Q  Can you say more?

10       A  I mean, if we're talking the minimum

11   for the lowest position, would be a high

12   school diploma or GED equivalent, and I

13   believe -- I think right now it is six months

14   of experience working in an office

15   environment.

16       Q  What about for -- what are the minimum

17   qualifications for your position?

18       A  I don't know off the top of my head

19   because I wasn't responsible for hiring

20   myself.

21       Q  Fair enough.

22          What are the minimum qualifications for

23   the direct reports that you have?

24       A  The -- they still have to have a high

25   school diploma or GED.  I believe we upped

1    them to having an associate's degree or

2    equivalent years of experience in a, you know,

3    related field with elections.

4        Q  What are the minimum qualifications for

5    the bureau chief?

6            MR. CYCON:  Object to form.

7            THE WITNESS:  I don't know.

8        Q  What are the minimum qualifications for

9    the head of the Division of Elections?

10           MR. CYCON:  Object to form.

11           THE WITNESS:  I don't -- I don't know.

12       Q  Do you know if you have to be a U.S.

13   citizen to hold your position?

14       A  I don't believe that the State has that

15   as a qualification.

16       Q  Do you know if there are any

17   non-citizens working within the Bureau of

18   Voter Registration Services?

19       A  I don't know currently.

20       Q  Can you hold a position in the bureau

21   if you have a criminal record?

22       A  No.  Like I said, part of the hiring

23   process is doing a background screening.  It's

24   a Level 2 background screening.  And nobody

25   with a felony conviction is hired and certain

1  misdemeanor crimes as well.

2      Q  All right.  That Level 2 background

3  screening, is that for any felony or only

4  specific felonies?

5      A  I don't know a hundred percent for

6  sure, but I believe it returns any of their

7  background, and we don't hire for any felony.

8      Q  Is that a policy of the bureau?

9      A  Yes.

10     Q  What if a person with a felony

11  conviction receives a pardon, do they still --

12  could they then hold a position in the bureau?

13         MR. CYCON:  Object to form.

14         MR. ORTEGA:  Let me rephrase.

15         THE WITNESS:  I don't know.

16     Q  If a person has been convicted of a

17  felony and then pardoned, would that felony

18  conviction still bar their employment in the

19  bureau?

20         MR. CYCON:  Object to form.

21     Q  You can answer, Ms. Morley.

22     A  I don't know how we would receive that

23  information and what it would look like,

24  whether it was from a background screening or

25  if the pardon happened later.  But if it

1  happened later, they wouldn't be working for

2  us currently.  But I would assume that would

3  have to be something that the director and/or

4  the secretary's office or general counsel

5  would decide.

6      Q  And they would decide that on a

7  case-by-case basis?

8          MR. CYCON:  Object to form.

9          THE WITNESS:  I would assume so.  I

10  mean...

11      Q  I'd like to switch gears a little bit

12  and talk about Florida's process for

13  registering voters in the Florida Voter

14  Registration System.

15      A  Okay.

16      Q  Florida maintains a statewide voter

17  registration list; is that correct?

18      A  Correct.

19      Q  Do counties maintain their own voter

20  registration list, or do they use the

21  statewide list when determining who's

22  registered?

23      A  That is a complicated IT question, and

24  it's hard to explain, especially not being

25  from an IT background.  But we house the

1    statewide Voter Registration System at the

2    state level, and the county supervisors of

3    elections have theirs that interfaces with

4    ours.  So anybody, whether they're at the

5    county level, or us at the state level, should

6    be seeing the same information as far as their

7    main registration, but at the state level, we

8    may not see, like, all of the documents and

9    things that -- the history behind the record.

10       Q  I see.

11       A  And we don't at the state level

12   change -- input any record or change an

13   existing record.  That's done at the county

14   level.

15       Q  So the -- can you repeat that again.

16       A  Just the last statement?

17       Q  Uh-hum.

18       A  We at the state level don't input voter

19   registrations or change the voter registration

20   record.  That's done at the county level.

21       Q  So are all the voter registrations on

22   the statewide list input or changed by

23   supervisors of elections at the county level?

24       A  Yes.

25       Q  What does your office do to maintain

1    the voter registration list?

2        A   They do a number of things.  On a daily

3    basis, our staff is verifying new

4    registrations if they don't get automatically

5    verified based on the IDs they provided and

6    information that's already on the application.

7    We also process daily deceased matches that we

8    get from the Bureau of Vital Statistics.  We,

9    of course, have the ineligibility files'

10   ongoing process for felony convictions and

11   mental incomp.

12          And we also process what we call

13   cancellations.  And those go two ways.  One is

14   people who have -- have been registered in

15   another state and have moved to Florida and

16   registered.  We send that previous state a

17   report every week letting them know that this

18   person is now registered in Florida, to remove

19   them from their voter rolls.  And, similarly,

20   we constantly receive reports from other

21   states or their counties or cities, however

22   they designated to send them.  And we send

23   those weekly to the county Supervisor of

24   Elections in Florida to remove voters that

25   they have on their record that have moved to

1    other states.

2        Q   What's your office's process for

3    verifying registrations?

4        A   The new registrations?

5        Q   Yes.

6        A   So we -- our office only sees the ones

7    that didn't automatically verify with the

8    computer system matching up their information.

9    We get the voter record and a potential match

10   to the Department of Highway Safety and Motor

11   Vehicles driver's license information.  And

12   then we go into that system and kind of

13   research and see if we can find and look into

14   the voter record.

15          If the county has scanned their

16   application, maybe there's a data entry error

17   that threw things off.  Maybe the voter might

18   have used a nickname or an abbreviation of

19   their name that's really not their legal name

20   that couldn't be matched up to their driver's

21   license or Social because we have the ability

22   to search, like, by address or partial names

23   or things that the computer is not searching

24   for.  It's searching for hard matches.  And if

25   we can find a match, we can verify it or maybe

1   suggest a correction that the county has to

2   approve to change the record.

3     Q  That's a correction to the voter

4   registration application?

5     A  Yes.  If we can see that the voter

6   actually put the correct information that

7   matches to the DAVID system on their

8   application, it was just a data entry error at

9   the county level, to prompt them to correct

10   that typo.

11     Q  Okay.  Does it happen often that voters

12   submit applications, voter registration

13   applications with errors in them?

14       MR. CYCON:  Object to form.

15       THE WITNESS:  I can't really say

16   anything solidly statistically of which ones

17   have errors and which ones don't, especially

18   because we only see the ones that can't be

19   automatically verified.  But there are quite a

20   number that we do see where it's not

21   necessarily that the voter submitted erroneous

22   information.  It's trouble reading the

23   handwriting, or it was just a human error on

24   the county side entering the information.

25       We do see a lot with generally younger

1  people.  They have the ability -- if you don't

2  have a driver's license or the last four of

3  the Social, that you can mark a box saying I

4  have none of these.  And if we can find one

5  that contra- -- if we can find a driver's

6  license record that contradicts that, it

7  doesn't get verified because they need to

8  provide the ID.  We see that happen a lot, and

9  I don't know if that's because they didn't

10  have it with them, they don't have -- you

11  know, know that number to put down at the

12  time, or if they're just going quickly.  I

13  don't know.  That's typically what I see as a

14  reason that somebody doesn't get verified, is

15  because they don't provide the information

16  that's required.  But it does exist.

17  BY MR. ORTEGA:

18      Q  In your time at the bureau, have you

19  seen a lot of voter errors in their -- or

20  errors in the voter registration applications

21  that people submit?

22          MR. CYCON:  Object to form.

23          THE WITNESS:  I don't know that I would

24  say there's a lot of errors that they're

25  putting in.  It's more so a leaving off of

1    information.

2    BY MR. ORTEGA:

3       Q   What do you mean?

4       A   Like I said, where they don't provide a

5    driver's license or a Social, or they're not

6    providing their actual legal name.  It's not

7    that it's wrong or an error, but it's not

8    going to match.

9       Q   What about the errors at the county

10   level?  You said you've seen those?

11      A   Yes.

12      Q   And so those are errors where the

13   county is misinputting information from the

14   voter registration applications into the

15   statewide system; is that right?

16      A   Yes.  Yes.  In a human error, fat

17   fingering a button, or not being able to read

18   the handwriting of the person who was filling

19   out the form.

20      Q   When you instruct a county -- when you

21   instruct a Supervisor of Elections to correct

22   an entry, what's that process like?

23          MR. CYCON:  Object to form.

24          THE WITNESS:  So it would be in the

25   course of the verification that we're working

1    electronically.  And the only time that we

2    would -- would say that they need to do a

3    correction is if we can see the scanned app

4    that the voter put in, that they filled out,

5    and can verify it in the DAVID system.

6    BY MR. ORTEGA:

7        Q  And what is the DAVID system?

8        A  It's the Driver and Vehicle Information

9    Database.  It's a driver's license database

10   that the Department of Highway Safety and

11   Motor Vehicles uses.

12       Q  Does your office ever contact an

13   applicant directly to fix a problem with their

14   voter registration application?

15       A  No.  Our office does not.  That would

16   be handled by their county Supervisor of

17   Elections.

18       Q  And do supervisors of elections reach

19   out to voters to -- reach out to people to

20   correct errors in their voter registration

21   applications?

22       A  As far as I know, yes.  They -- if

23   something's missing, especially if it's a form

24   of ID that's missing, they reach out to them

25   to, you know, fill out a complete application.

1    Otherwise, they're incomplete in the system.

2        Q   What's the process for removing people

3    from the voter registration list?

4        A   There's several different reasons that

5    they might be removed.  So I'm sure those

6    processes look different, and our involvement

7    is not to the point where we're actually

8    removing them.  We're making recommendations,

9    based on what we've researched, to the county

10   Supervisor of Elections, and it's up to them

11   to start their process for removal.

12       Q   How do you identify voters that should

13   be removed from the voter registration list?

14       A   It depends on the reason that the

15   removal would be based on.

16       Q   Can you say more about that?

17       A   I mean, we've already talked about some

18   of them.  But -- so, like, the deceased

19   matches, we get those from the Bureau of Vital

20   Statistics.  That's just a death record, like

21   the death certificate.  And there's a computer

22   code in place that automatically creates

23   matches that are fed to our staff, and we

24   research them further to see if the

25   recommended match does appear to be the same

1  person that matches a voter.  And if it -- we

2  feel that it's a strong enough match, we send

3  those electronically to the Supervisor of

4  Elections.  And if not, you know, we say it's

5  an invalid match.  For lack of more

6  understanding about what happens, it goes

7  away.

8      Q  When you say "it goes away," it goes to

9  the county Supervisor of Elections?

10     A  No.  If it's invalid, it just kind of

11 is off in the system.  It's kind of done.  We

12 do have, as far as I understand it, the

13 ability to take another look at those at a

14 later date should we ever need to -- at the

15 invalid matches and review them.  But there's

16 no further action at the time.

17     Q  If a voter is removed from the

18 registration list, does your office notify

19 them of their removal?

20     A  No.  Our office does not contact them.

21 It would be the Supervisor of Elections.

22     Q  Can you tell me about the process for

23 removing voters from the list based on

24 citizenship status?

25     A  So, currently, as far as I'm aware, the

1   only source that we're getting that from right

2   now is from the Department of Highway Safety

3   and Motor Vehicles.  I think it's on a monthly

4   basis.  Of people who have either gotten a

5   driver's license or ID or renewed a driver's

6   license or ID at their office who have

7   declined to register or -- well, I can't even

8   say that.  I don't know if it's actually just

9   declinations or if it's anybody who's

10  registered and is still registered with them

11  as being a non-citizen or nonimmigrant.

12          And then we take that information --

13  it's more of a manual process currently.  We

14  don't get the electronic matching behind the

15  scenes.  So we take that information and see

16  if we can find a person in our Voter

17  Registration System that matches that driver's

18  license or ID record.  And if they are

19  registered to vote, we submit inquiries to

20  SAVE, which is through immigration services,

21  to see if they actually are still classified

22  with them as a non-citizen or a nonimmigrant

23  or whatever their classification is.

24      Q  And what about the removal process for

25  people with felony convictions?

1       A   Felony convictions are a lot more

2   involved, complicated process because there's

3   a lot of decision-making that happens along

4   the way.  If I find this, then I do this kind

5   of decision-making.  But they come to us

6   either electronically from FDLE or department

7   of corrections.  We get matches just like we

8   do with the death matches.  There are a lot

9   more complicated matches because it involves

10  multiple felony cases.  Oftentimes they can be

11  very old.

12       But we also receive reports from the

13  clerks of courts now monthly, people who have

14  been convicted in the last month, and we also

15  get matches -- well, not matches.  We get a

16  report from FDLE that are specifically sex

17  offenders and predators that are typically --

18  have been convicted from other states and are

19  maybe on parole here.

20       And we also get reports from the

21  federal government that we process manually to

22  see if we have any people registered in

23  Florida from them.  And that process involves,

24  you know, an examiner researching all that

25  stuff, and it goes to a reviewer that, you

1    know, verifies everything's there and is sent.

2    All of them are sent electronically at some

3    point.  It just -- what we call manual, it's

4    not coming through our application that we

5    have set up to do that.  We're having to just

6    put together a file and send it through our

7    file transfer utility to the county.

8        Q  Has your office ever recommended

9    removing a voter from the registration list

10   after they were assisted in registering by a

11   3PVRO?

12       MR. CYCON:  Counsel, I'm going to

13   object.  I mean, removals are not at issue in

14   this litigation.  I don't see how it's

15   relevant at all.  I mean, I don't know why

16   we're getting into any of this.

17       Q  Ms. Morley, can you answer it, please.

18       A  Can you repeat it?

19       MR. CYCON:  Counsel, can you articulate

20   a basis for relevance to this case?  I mean,

21   the fact is it has no bearing on the

22   legislation, the issues.  I've already given

23   you a lot of leeway.  I mean...

24       MR. ORTEGA:  I'm trying to figure out

25   which -- the -- let me start over.  I'm trying

1    to figure out the process -- the processes

2    that affect voters who are assisted in

3    registering through 3PVROs.

4    BY MR. ORTEGA:

5        Q  So I'll ask the question again,

6    Ms. Morley.  Have you ever removed a voter

7    from the rolls after they were assisted in

8    registering by a 3PVRO?

9            MR. CYCON:  Object to form.

10           THE WITNESS:  At the point that we're

11   looking at them and researching whether or not

12   we would recommend anybody for removal for any

13   reason, we are -- we don't know or pay

14   attention to the way they were registered,

15   whether it's third party or otherwise.  Has

16   somebody been removed?  Probably, because

17   people get registered in all sorts of ways.

18       Q  And if someone is registered -- is

19   assisted in registering by a 3PVRO, and then

20   that person dies, you would remove them from

21   the rolls?

22       A  Yes.

23       Q  Right.  So you -- strike that.

24           The bureau would -- would the bureau

25   ever recommend to a Supervisor of Elections

1    that they should remove a voter from the rolls

2    because they were assisted by a 3PVRO?

3          MR. CYCON:  Object to form.

4          THE WITNESS:  Simply being registered

5    by a third party doesn't have any bearing on

6    whether or not they're eligible to vote.  So,

7    I mean, the basis wouldn't be the method that

8    they were registered.

9       Q  And then same question regarding adding

10   a voter to the rolls.  Have you ever

11   recommended refusing to add a voter to the

12   rolls because they were registered by a 3PVRO?

13         MR. CYCON:  Object to form.

14         THE WITNESS:  No.

15      Q  Can you repeat --

16      A  When -- when they come through our

17   verification, it -- the method that they

18   registered has no bearing.  We're trying to

19   verify that they are a real person and that

20   their information that the voter provided on

21   the form does match their legal name and

22   identifying information.

23      Q  If the 3PVRO that assists someone in

24   registering to vote violates the -- violates

25   Florida law in its -- in its registration

1    activities, what are the implications for the

2    person that 3PVRO helped?

3        A   So what I'm understanding you to say

4    is, say, for example, if the application was

5    submitted untimely, how does that affect the

6    voter?

7        Q   Yes.

8        A   Regardless of the actions the third

9    party took, the voter is always going to be

10   our primary concern.  So if they filled out a

11   voter application, that voter application is

12   going to be processed.  You know, it doesn't

13   matter that the third party didn't submit it

14   timely.  It's still going to be processed.

15   But, of course, there are instances where if

16   it is -- the violation is untimely, it limits

17   the Supervisor of Elections' ability to get

18   that person registered on time depending on

19   how late it is.

20       Q   So a voter registration application

21   would still be processed even if it's

22   submitted outside the ten-day window that SB

23   7050 gives third parties to deliver the

24   applications?

25       A   Yes.  The voter does not get penalized

1    for the actions of the third party.

2        Q   What are the penalties for the 3PVRO?

3        MR. CYCON:  Object to form.

4        THE WITNESS:  I -- since we're not the

5    ones who actually notify them of their

6    violation and processing of that, I don't know

7    the specifics of how it changed.  I know they

8    went up.  But I do know the items for which

9    the violations can be, which we've kind of

10   already gone over, is, you know, if they don't

11   have their third-party number on it and it has

12   to be on the front, if the registration agent

13   doesn't have their initials on the front, if

14   it doesn't have their date of collection, and

15   the applicant did not date their signature

16   either, it has the date of collection, and

17   submitting them timely within the ten-day

18   window, or before book closing if that comes

19   before the ten days --

20       Q   And who --

21       A   -- and submitting them to the

22   appropriate county.  Sorry.

23       Q   You're okay.

24           Who notifies the 3PVRO of the

25   violation?

1          A   I believe the Office of Election Crimes

2     and Security sends those notifications out.

3          Q   Is that a change due to 7050?

4          MR. CYCON:  Object to form.

5          THE WITNESS:  I don't think so.  I

6     think that was changed with the creation of

7     that office.

8          Q   And that would be SB 90, correct?

9          MR. CYCON:  Object to form.

10          THE WITNESS:  I don't recall.  We have

11     legislation every year.  I don't know.  I

12     can't keep track of them at this point.

13          Q   Who notified 3PVROs of violations

14     before the creation of the Office of Election

15     Crimes and Security?

16          MR. CYCON:  Object to form.

17          THE WITNESS:  I believe our general

18     counsel's office sent those notices out.

19          Q   The general counsel of the Division of

20     Elections?

21          A   Department of State.

22          Q   We're at noon, and I'd like to show one

23     exhibit and run through a few other questions

24     about voter registration, and then maybe we

25     break for lunch.  How does that sound?

1      A   Okay.   Fine with me.

2          (Exhibit 2, Bureau of Voter

3   Registration Services slideshow, was marked

4   for identification.)

5      Q  I'll show you what will now be marked

6   as Exhibit 2.  Let me share my screen.  Can

7   you see my screen, Ms. Morley?

8      A  Yes.

9      Q  This is a slideshow presentation

10  entitled Bureau of Voter Registration Services

11  Overview dated February 6 and 7, 2023 that I

12  accessed from the Division of Elections

13  website earlier this week.  Does that look

14  correct to you?

15     A  I have never seen this presentation

16  myself.

17     Q  Are you involved in training new

18  supervisors of elections?

19     A  No.

20     Q  Who is within the Division of

21  Elections?

22     A  I don't know for -- if there's

23  different topics.  But I would assume the

24  director and the three bureau chiefs.

25     Q  Do you know if this presentation has

1  been updated to account for the changes of SB

2  7050?

3      A  I don't know because I don't even know

4  what was in this presentation.

5      Q  Fair enough.

6          I'm going to scroll down now to

7  page 22.

8          Before we get into this, just a quick

9  follow-up.  Do you know if training generally

10 for supervisors of elections has been updated

11 since 7050?

12     A  I don't know.

13     Q  Can you take a minute to review this

14 slide and let me know when you're done.

15     A  Okay.

16     Q  Can you see everything okay?  I know

17 the text is a little small.

18     A  Yeah, it's a little blurry on my

19 screen, but I can read it.

20     Q  It's a little blurry on my end as well.

21     A  Okay.

22     Q  Is this still the process for

23 registering new voters?

24     A  As far as I understand it.  This gets

25 into some behind-the-scenes, you know, IT

1    processes that happen.  But yes, in general,

2    this looks correct to me.

3        Q  Okay.  Starting from the top left, it

4    looks like the Supervisor of Elections'

5    Offices would receive a voter registration

6    application, and I see third-party voter

7    registration organizations in that box as

8    well.  Do you see that?

9        A  Yes.

10       Q  How does a Supervisor of Elections

11   input a voter registration application into

12   the Florida Voter Registration System?

13          MR. CYCON:  Object to form.

14          THE WITNESS:  I don't know what their

15   interface looks like because I've never worked

16   at a Supervisor of Elections office.  But

17   interface -- we use the same -- the same

18   interface to access this -- the FVRS.  So from

19   what I understand, it kind of follows the form

20   of the current voter application, and you're

21   literally just transferring information into

22   the database.

23       Q  Can any Supervisor of Elections input

24   new applications into FVRS, the Florida Voter

25   Registration System?

1         MR. CYCON:  Object to form.

2         THE WITNESS:  Did you say any

3   Supervisor of Elections, is that what you

4   said?

5   BY MR. ORTEGA:

6      Q  Yes.

7         MR. CYCON:  Object to form.

8         THE WITNESS:  Yes.

9      Q  What if the registration is for a

10  different county than where the application

11  was submitted?  Could a Supervisor of

12  Elections from the county where the

13  application was received still input that new

14  registration into FVRS?

15        MR. CYCON:  Object to form.  And,

16  Counsel, I'm also going to object, the

17  supervisors of elections are parties to the

18  NAACP consolidated case, and the witness today

19  is not a 30(b)(6) witness, so we're getting

20  pretty far afield of her personal knowledge.

21        MR. ORTEGA:  Ms. Morley testified to

22  having lots of experience within the Division

23  of Elections, and so I'm just trying to

24  understand how she sees the process and

25  whether -- and whether my understanding of the

1  new voter registration process is correct.

2      MR. CYCON:  You're asking questions

3  from the supervisor's perspective and what

4  they input, not from her perspective in her

5  position.

6      MR. ORTEGA:  I'm asking for her

7  understanding of the processes that the

8  supervisors use to input voter registrations.

9  BY MR. ORTEGA:

10     Q  So, Ms. Morley, I'll ask again:  Can a

11  Supervisor of Elections who receives a voter

12  registration application for a voter that

13  lives in a different county still process and

14  input that new registration into the Florida

15  Voter Registration System?

16     MR. CYCON:  Object to form.

17     THE WITNESS:  As far as I understand

18  it, yes, they can input them locally, and they

19  have to suspend them to the correct county

20  that would accept them and import them into

21  their county.

22     Q  Do you know what that process -- that

23  suspend process looks like?

24     MR. CYCON:  Object to form.

25     THE WITNESS:  Not from the supervisors'

1   interface and how that looks and the processes

2   they have in place internally.  Our staff

3   deals with suspense as well, but in a

4   different way, where if they're coming from a

5   registration that was submitted to Department

6   of Highway Safety and Motor Vehicles

7   electronically, it -- most people don't know

8   this, but you can have on out-of-state address

9   on your driver's license in Florida.  So if it

10  carries that out-of-state address or an

11  address that for some reason isn't recognized

12  by our voter records system and the -- the

13  streets that are being used, it comes to us,

14  and we have to decide what county to suspend

15  it to.

16  BY MR. ORTEGA:

17      Q  Is that suspension process related to

18  the Makes Active arrow on the right-hand side

19  of this flowchart?

20          MR. CYCON:  Object to form.

21          THE WITNESS:  I believe so.  It's in a

22  pending status until it is, one, in the

23  appropriate county and their information has

24  been verified that it's complete and accurate.

25      Q  If a 3PVRO delivers a voter

1   registration application to the wrong county,

2   to a county where the applicant does not

3   reside, and that Supervisor of Elections

4   processes that application, will that voter be

5   able to vote, that person that was helped?

6       A   It's hard to say in hypothetical

7   situations because it could -- there's other

8   variables that can factor in.

9       Q   So say, for instance, a 3PVRO drops off

10  or delivers voter registration applications to

11  the Miami Dade County Supervisor of Elections,

12  and some of those applications include voters

13  that live in Broward or Monroe County.  Would

14  the voters -- would the applications that the

15  3PVRO submitted to Miami-Dade County be

16  processed and input into the Voter

17  Registration System, the statewide system?

18  Yeah.

19      A   They would be processed.  Like we

20  discussed before, the -- nothing's going to

21  prevent the voter from getting into the system

22  other than something not matching, they can't

23  be verified, or it's not complete.  But the

24  timeliness of that being entered and then

25  getting suspended to the correct county and

1     going through that process is delayed that

2     much further rather than it being submitted

3     directly to the appropriate county.  And it

4     depends on how many applications were

5     submitted by that third party and any other

6     third parties or individual voters or online

7     registrations or electronic registrations

8     through the DMV that have been submitted to

9     that particular county in that day if they're

10    going to be able to process it in a timely

11    manner.

12          Plus, depending on which hypothetical a

13    Supervisor of Elections office that we're

14    talking about, some of them are very large and

15    have an enormous staff and hire a lot of

16    temporary staff going into an election to

17    assist with these kind of processes, like you

18    said, Miami-Dade.  But if the same thing

19    happened to a smaller county, say, Jefferson

20    County, they would not be able to process

21    those applications in the same time frame as a

22    presumably larger county would.

23      Q  I think that's all the questions I have

24    regarding this exhibit.  Ms. Morley, how are

25    you doing?  Would you like a break for lunch,

1  or would you like to keep going?

2      A  I think it depends on how much further

3  we might be.

4      Q  I'd say I have at least a couple hours'

5  more worth of questions.  And other

6  co-plaintiff groups, like I said earlier, may

7  have additional questions after me.

8      A  Okay.  Then I would say yes, probably,

9  to have a lunch break.

10     Q  Okay.  How about we meet back at 12:45,

11  in 30 minutes?

12     A  I don't know that 30 minutes is long

13  enough for me to leave and go get lunch and

14  come back in time.

15     Q  No worries.  Would 1:00 work?

16     A  That should be okay.

17     Q  How long do you need?

18     A  I mean, generally, we get an hour for

19  lunch at the State.

20     Q  Okay.  We can meet at 1:15 if you would

21  like.

22     A  I think that's probably best.

23     Q  Okay.

24         MR. ORTEGA:  Let's meet back at 1:15.

25  And then we'll go off the record now.

1          (Lunch recess was held.)

2    BY MR. ORTEGA:

3       Q  Ms. Morley, I'm going to start asking

4    some questions about SB 7050 and your office's

5    role in implementing 7050.  Prior to SB 7050,

6    to your knowledge, did the State ever track

7    the citizenship status of who submitted a

8    voter registration application on behalf of a

9    3PVRO?

10      A  No.

11      Q  Prior to SB 7050, when investigating

12   late applications, did you ever track the

13   citizenship status of who submitted a late

14   application on behalf of a 3PVRO?

15      A  No.

16      Q  Prior to SB 7050, to your knowledge,

17   did the State ever track the criminal history

18   of who submitted a voter registration

19   application on behalf of a 3PVRO?

20      A  No.

21      Q  Prior to SB 7050, when investigating

22   late applications, did you ever track the

23   criminal history of who submitted a late

24   application on behalf of a 3PVRO?

25      A  No, because our office doesn't look at

1   who submitted them in the first place as far

2   as an individual person.  We don't do any of

3   that investigation.  It's just whether or not

4   their information's on the form or not.

5        Q  Do you know if any other entity within

6   the division of -- or within the Secretary of

7   State's office would do that?

8        A  I don't know what any of their

9   processes are.

10       Q  Are you aware that SB 7050 changed the

11  deadlines for 3PVROs to deliver registration

12  applications from 14 days to ten days?

13       A  Yes.

14       Q  Do you know why SB 7050 made this

15  change?

16       A  I can't put myself in the shoes of the

17  legislators that, you know, change that.  But

18  I believe it had prior -- it had been ten days

19  in previous years.

20       Q  Was it ten days when you started at the

21  Division of Elections?

22       A  I don't know when I started.  I wasn't

23  involved in it at that point.  But I believe

24  when I was doing third party myself, that it

25  was.

1      Q  When you were -- are you referring to

2   when you were a registration specialist?

3      A  Yes.

4      Q  So when you were a registration

5   specialist, the deadline for third-party

6   submissions of voter registration applications

7   was ten days?

8      A  I believe so.

9      Q  Is there a difference in your office

10  between an application delivered on the tenth

11  day after collection as opposed to the 14th

12  day after collection?

13     A  As far as it being delivered to our

14  office, because we're not the ones who input

15  them, it just prolongs the amount of time that

16  that person has not been registered and if

17  there's any sort of deadline for book closing

18  coming up.  It just makes it that much longer

19  to get to the Supervisor of Elections that can

20  actually input it or update their information.

21     Q  What if it's nowhere near a book

22  closing deadline?  Is there a difference

23  between the ten-day submission and the 14-day

24  submission?

25     A  Not that I can think of.

1      Q  Are there any downsides, from your

2   perspective, to the shorter time frame?

3      A  From my perspective, the only thing is

4   if they're mailing it in, if -- you can't

5   count on the mail to be running smoothly.  But

6   that being said, they don't have to mail them,

7   and they don't have to mail them to us.  They

8   can walk them into a Supervisor of Elections'

9   office, and I don't know why it would take

10  even ten days to do that.

11     Q  And the 3PVRO could walk into any

12  Supervisor of Elections' office and submit the

13  applications; is that right?

14        MR. CYCON:  Object to the form.

15        THE WITNESS:  Well, with the change in

16  law, it would -- they would need to go to the

17  Supervisor of Elections where the person who

18  registered, registered.

19     Q  So to clarify, under the new law, to

20  avoid any fines, the 3PVRO volunteer would

21  have to -- or those 3PVRO would have to

22  deliver the application to the county of

23  residence?

24     A  Yes.

25     Q  If a 3PVRO does a voter registration

1    drive and collects applications from people

2    who live in 20 different counties, would they

3    have to go to each county's supervisor -- each

4    applicant's county of residence to submit

5    those applications to avoid fines?

6        A   I -- I don't know if there's a fine

7    associated with that.  I'm not familiar with

8    that portion of it at that end.  But the --

9    yes, according to the law the way I understand

10   it is they have to take it to the county of

11   residence or mail it to the county of

12   residence, or they can deliver it to the

13   State.

14       Q   And they would -- when you say "deliver

15   it to the State," do you mean mail to the

16   State?

17       A   Mail or hand deliver.

18       Q   If a 3PVRO has to crisscross the State

19   to get all of these counties -- get all of

20   these applications in to the right county, do

21   you think that would be difficult for the

22   3PVRO?

23           MR. CYCON:   Object to form.

24       Q   Let me --

25       A   I don't know -- go ahead.

1        Q   Sorry, Ms. Morley, let me rephrase.   If

2   a 3PVRO receives applications from all over

3   the state, is it possible that hand delivery

4   to all of those counties might be difficult

5   for the 3PVRO?

6            MR. CYCON:   Object to form.

7        Q   You can answer.

8        A   Yes, but they're not required to hand

9   deliver it.   They can mail them.

10       Q   And can they rely on the mail?

11           MR. CYCON:   Object to form.

12           THE WITNESS:   I think we should be able

13   to rely on the mail, but I think we've all

14   experienced times where the mail is delayed

15   for whatever reason.

16       Q   As you mentioned earlier, given the

17   ten-day -- you mentioned earlier some issues

18   with relying on the mail and -- so given the

19   ten-day deadline, there could be delays

20   that -- there could be delays that make the

21   application untimely.

22           MR. CYCON:   Object to form.

23       Q   Is that right?

24           Let me rephrase.

25           As you mentioned, relying on the mail,

1    given the ten-day deadline, there could be

2    delays that negatively impact timely delivery

3    of applications by 3PVROs; is that right?

4        A  Yes, I suppose they could.  But we have

5    to set some sort of deadline or people's voter

6    registrations could not get to us for a year,

7    you know.

8        Q  The deadline was 14 days previously,

9    right?

10       A  Yes.  And I believe before that it was

11   ten days.

12       Q  You talked about earlier -- scratch

13   that.  Let me rephrase.

14          Would 14 days give the -- give more

15   time or allow -- let me rephrase.

16          Would 14 days allow more time to deal

17   with any potential slowness of mail delivery?

18       A  I think, certainly, additional days are

19   additional days.  Even at 14 days, it could

20   still be affected.

21       Q  You talked earlier about the kinds of

22   errors that people filling out voter

23   registration applications might make on those

24   applications.  In your time in the bureau,

25   have you seen voter registration applications

1    in which the voter has listed a county on

2    their application that they don't reside in?

3        A   Yes.

4        Q   So would you agree that then the -- if

5    the 3PVRO just followed what was on the voter

6    registration application and submitted to the

7    county that the person who filled out the

8    application put in, that they would be fined

9    just for following what that person wrote on

10   the application?

11           MR. CYCON:   Object to form.

12           THE WITNESS:   I don't know as far as

13   the Office of Election Crimes following up on

14   that side of the investigation and if they

15   would decide to pursue that or not.   In my

16   personal opinion, no.   I mean, if the voter

17   doesn't know where they live, I don't know

18   that another person is expected to know where

19   they live.

20       Q   Do voters sometimes write USA in the

21   county box?

22       A   I don't know that I've ever seen that.

23   But I'm sure it's possible.

24       Q   Do voters sometimes leave the county

25   line blank?

1      A   I don't know that I've seen that, but,

2  again, it's possible.

3      Q   You mentioned earlier that you're aware

4  that SB 7050 requires 3PVROs to reregister

5  every election cycle; is that right?

6      A   Correct.

7      Q   And prior to 7050, 3PVROs already had

8  some updating requirements; is that right?

9      A   Yes.

10     Q   Can you walk me through the kind of

11 information that 3PVROs have to update the

12 Division of Elections with?

13     A   So I believe they're supposed to update

14 us within ten days of any changes to the

15 registration, anything that's on that

16 DS-DE-119 form.

17     Q   So what kind of information is that?

18     A   Their address, contact information,

19 registered agent, officers, registration

20 agents.

21     Q   And that's the same information that a

22 3PVRO has to submit when they first register

23 as an organization?

24     A   Yes, it's the same form.

25     Q   So what information, then, does the

1    State get from an organization reregistering

2    as a 3PVRO that it wouldn't already have from

3    the updates that -- from the updates you

4    described?

5        A   So they're required to update us within

6    ten days of a change.  But if they have a

7    change, there's no way for us to know that

8    unless they update us.  So reregistering

9    periodically ensures that if they want to

10   continue, that their information is as up to

11   date as that latest registration.

12       Q   Based on your understanding, what has

13   SB 7050 changed about the reporting

14   requirements for 3PVROs?

15       A   What do you mean by "reporting

16   requirements"?

17       Q   I mean the kinds of things the 3PVRO

18   has to report to the State.

19           MR. CYCON:  Object to form.

20           THE WITNESS:  I don't know if you're

21   referring to, like, the new forms that were

22   created, like, the receipts or the affidavits

23   of having non- -- no non-citizens or felons

24   working for them.

25       Q   3PVROs have to report when they change

1    their address, right?

2         A   Okay.   So they're updated information

3    they have to report is what you're referring

4    to?

5         Q   Yeah.

6         A   I don't -- I don't think that changed.

7         Q   Do you think reregistering every

8    election cycle is necessary?

9         A   I think to ensure that it's up to date

10   as much as possible for us to -- if there's

11   any law changes, for example, to reach out to

12   the third-party organization and not have a

13   bunch of undeliverable e-mails or

14   undeliverable mail returned back to us, that

15   that is beneficial.

16        Q   But 3PVROs are already required to

17   update the State with new contact information,

18   correct?

19        A   Yes, they're required to within ten

20   days.   But as we saw with this law change,

21   when we tried to reach out, we had that

22   scenario happen where they're not able to be

23   contacted.

24        Q   Isn't it possible that reregistering

25   every election cycle is really burdensome for

1    3PVROs when they are already providing updated

2    information as required by law?

3         MR. CYCON:  Object to form.

4         THE WITNESS:  I don't think it requires

5    any extra time.  It's the same form for every

6    update.  It's the same form for the

7    registration.  And if it is -- if they are

8    updating it every time there is a change

9    within ten days, then, theoretically, they

10   could fill out the same form again and re-sign

11   it and -- if nothing's changed.

12       Q  Are you aware that SB 7050 requires

13   volunteers with -- requires people collecting

14   applications on behalf of 3PVROs to provide a

15   receipt to the potential voter?

16       A  Yes.

17       Q  Do you know the information that the

18   person working with the 3PVRO has to provide

19   on that receipt?

20       A  No.  I'm not very familiar with that.

21       Q  Are you aware that the volunteer has to

22   provide their name on that receipt?

23         MR. CYCON:  Object to form.

24         THE WITNESS:  No.  I can't even picture

25   in my head what that looks like.  I haven't

1    looked at it very much.

2        Q   In your opinion -- scratch that.

3            So to be clear, you're not aware that

4    3PVRO -- you are not aware that people working

5    with -- people collecting voter registration

6    applications on behalf of 3PVROs have to

7    provide their names to every voter they assist

8    in registering?

9            MR. CYCON:  Object to form.

10           THE WITNESS:  No.  I'm not familiar

11   with all the fields on that form.

12       Q   In your opinion, what, if anything,

13   does the receipt requirement accomplish?

14           MR. CYCON:  Object to form.

15           THE WITNESS:  Well, since I don't know

16   all the fields that are on it, I can't really

17   say.  I would think, especially since you're

18   saying that it has the person's name, that it

19   would help identify, if there was some issue,

20   which registration agent was the one that was

21   assisting that person.

22       Q   But you agree that the State already

23   knows which 3PVROs submitted which voter

24   registration applications, correct?

25       A   Yeah.  If the -- yes, if the

1   third-party ID is on there, if we could see

2   the image of it.

3       Q  If you can see the voter registration

4   application, then you can see which 3PVRO

5   assisted in delivering that application?

6       A  Right.

7       Q  In your opinion, isn't it possible that

8   having to provide a volunteer's full name to

9   every person they assist in registering could

10  deter some people from volunteering with

11  3PVROs?

12      A  It could, but in the same way, they're

13  collecting not only the name, but the home

14  address and driver's license or Social

15  Security number and a copy of the signature of

16  all of the people that they're helping, and

17  that could also deter somebody from choosing

18  to register with a third party rather than

19  submitting it directly to their Supervisor of

20  Elections themselves.

21      Q  It's possible, though, that the

22  volunteers could be deterred, correct?

23          MR. CYCON:  Object to form.

24      Q  You can answer, Ms. Morley.

25      A  I mean, I can see where somebody

1    wouldn't want to give out their information,

2    but in my opinion, then they shouldn't expect

3    to collect anybody's information.

4        Q  In your opinion, isn't it possible that

5    having to provide a full name to -- your full

6    name to every voter you assist might raise

7    safety or harassment concerns for that person?

8        A  I can see where somebody might not want

9    to provide that information to another person,

10   and that goes both ways.

11       Q  Do you know if any of SB 7050's

12   penalties apply to the people that assist

13   3PVROs with voter registration applications

14   rather than just the 3PVRO?

15       A  I'm not -- I don't know how that

16   applies to one or the other.

17       Q  I'd like to move on to now to what will

18   be marked as Exhibit 3.  Let me share my

19   screen.

20           (Exhibit 3, March and April 2018 e-mail

21   chain, Bates Nos. SB7050_SOS_00029677 through

22   SB7050_SOS_00029680, was marked for

23   identification.)

24       Q  Ms. Morley, can you see my screen?

25       A  Yes.

1      Q  I'll represent to you that this is an

2   e-mail thread from March and April 2018

3   between Amber Marconnet and Maria Matthews

4   cc'ing you, Ms. Virgie Madrigal, and

5   Ms. Toshia Brown.  The document starts at

6   Bates No. SB7050_SOS_00029677.  There are a

7   couple of e-mails from Louise McGirr, the

8   Okaloosa County Supervisor of Elections?  I'm

9   going to scroll through this document so that

10  you can review it, and you let me know --

11  well, you let me know when -- will you let me

12  know when you are done?

13     A  You want me to read everything as you

14  scroll, is what you're saying?

15     Q  Yes.  Or you can open up the document

16  in the Chat.  It should be in the Chat.

17     A  Okay.

18     Q  Just let me know when you're done

19  reading through the whole document.  Sorry, I

20  know there's a lot.

21     A  Can you scroll down?

22     Q  Uh-hum.

23     A  Too far.

24        I would get it for myself, but I don't

25  know where it popped up at.

1      Q  Do you need me to scroll down?

2      A  I'm back up on the end of that first

3  e-mail.

4      Q  Okay.

5      A  I'm up farther.  I mean, I wasn't able

6  to open it and read it myself so I'm looking

7  at the one you're showing.

8      Q  Oh, I'm sorry.  Why don't we --

9         Well, first let me ask:  Does my

10  description of this document look right to

11  you, that this is an e-mail thread from March

12  and April 2018 between Amber Marconnet and

13  Maria Matthews cc'ing you, Ms. Virgie

14  Madrigal, and Ms. Toshia Brown, and that there

15  are at the bottom -- I'll scroll there -- some

16  e-mails from Louise McGirr, who is the

17  Okaloosa County Supervisor of Elections.  Does

18  that all look right to you?

19      A  Yes.

20      Q  Can you tell me, who are Virgie

21  Madrigal and Toshia Brown?

22      A  Virgie was employed with the Division

23  of Elections during this time period, but she

24  left to work for a Supervisor of Elections

25  office, and now, I believe, doesn't work there

1    anymore either.  And Toshia Brown was the

2    previous bureau chief for the Bureau of

3    Registration Services.

4        Q   Was Brown the bureau chief at the time

5    these e-mails were sent?

6        A   Yes.

7        Q   And what was Virgie's role in the

8    Division of Elections at this time?

9        A   If I remember correctly, she would have

10   been in the position that I'm in now.

11       Q   And do you remember this e-mail

12   exchange?

13       A   No.

14       Q   Ms. Marconnet is identified in her

15   signature block as a senior management analyst

16   supervisor in the Division of Elections.  I

17   know we talked about a lot of the different

18   positions within the bureau, but can you

19   remind me what that role entails?

20       A   So that role has actually changed

21   titles a few times while I was in that

22   position.  They're essentially like an

23   assistant bureau chief, for lack of a better

24   way to explain it.

25       Q   So I'll just scroll down to the bottom

1   of this document.  This is -- there's nothing

2   else here.  So this is the e-mail that starts

3   this chain.  Can you take a few minutes to

4   review this e-mail and let me know when you're

5   done?

6       A  Yes.  I wish I knew where the one that

7   I downloaded from the Chat went so I could

8   read it myself.

9       Q  You should be able to just click on the

10  document in the Chat, and it will open again.

11      A  Ah-ha.  Okay.

12      Q  So I'm looking at page 4 of the

13  document.

14      A  Okay.  I read page 4.

15      Q  This e-mail thread concerns when a

16  voter registration application is considered

17  delivered; is that right?

18      A  It sounds like there's a -- they're

19  talking about the disrupting between -- I'm

20  hearing myself.  We can consider it delivered

21  versus the date that the person gets put in

22  the system and they're marked as the

23  registration date.

24      Q  So this is about the date that somebody

25  would be considered registered?

1      A   I think that's what she's trying to

2   discern, is the difference between the date

3   that someone's registered or has a party

4   change versus the date it was delivered or

5   postmarked.

6      Q   Do you see a question here for advice

7   from the Division of Elections?

8      A   There's not a question spelled outright

9   and clearly not with a question mark as any

10   punctuation here, but I think that she's

11   sending this -- these two points is probably

12   inquiring, making sure that what she has

13   stated is how it should be.

14      Q   Do you understand this e-mail to be

15   asking the Division of Elections whether this

16   is the correct interpretation of Florida law?

17          MR. CYCON:  Object to form.

18          THE WITNESS:  I think it's -- it's

19   questioning that specific example, which isn't

20   here, if it was done the way that we all

21   understand that those laws say that it should

22   be done that she references.

23      Q   I'm going to scroll up now.  Page 2 of

24   the document.

25      A   Okay.

1      Q  So turning to page 2, the first full
2  e-mail, I'll give you some time to review
3  that.  Will you let me know when you're done?
4      A  You said to review page 2 and 3 or just
5  2?
6      Q  Just page 2.
7      A  Okay.
8      Q  In this e-mail Ms. Marconnet asks
9  Ms. Matthews for guidance on what
10  constitutes -- for guidance on Louise's
11  e-mail.  And then she writes, quote, Virgie
12  was talking to me today and indicated that we
13  do not go by statute on this so Louise's
14  comments below would not be accurate.
15         Did I read that correctly?
16     A  Yes.
17     Q  When Ms. Marconnet says "we" in this
18  e-mail, do you understand her to be referring
19  to the Division of Elections?
20     A  I don't even remember this e-mail, so I
21  don't know what she is saying here, and I
22  don't know what Virgie would have said to her.
23  I would -- I think that means the collective
24  we as a division.
25     Q  What do you think she means by "we do

1  not go by statute on this"?

2     A  It's my understanding that when there's

3  a rule, that the rule supersedes the statute.

4     Q  Do you know what rule applies here that

5  supersedes the statute?

6     A  I don't.

7     Q  Are you aware of any other circumstance

8  when the division would deviate from statute?

9        MR. CYCON:  Object to form.

10        THE WITNESS:  I -- I don't know.  I

11  assume if what I said is true, that the

12  statute supersedes or gives more detail than

13  the statute does, that any rule that we have

14  would be applied that way.

15     Q  What if the rule and the statute

16  conflict, which would the Division of

17  Elections follow?

18        MR. CYCON:  Object to form.

19     Q  You can answer the question,

20  Ms. Morley.

21     A  I don't know.  I certainly don't make

22  that decision myself.

23     Q  What do you think the division should

24  do --

25        MR. CYCON:  Object to --

1      Q  -- when rules and statutes conflict?

2          MR. CYCON:  Object to form.

3          THE WITNESS:  I don't have a legal

4   background, so I don't know.  I don't have an

5   expertise in which one should be held to a

6   higher standard.

7      Q  Who in the Division of Elections would

8   make the decision on when the division would

9   deviate from statute?

10          MR. CYCON:  Object to form.

11          THE WITNESS:  I don't know.  I would

12   assume that that would be to the director

13   level or to the general counsel or Secretary

14   of State's office.

15      Q  From a superseding rule, you're not

16   aware of any other circumstance under which

17   the division deviates from statute?

18          MR. CYCON:  Object to form.

19          THE WITNESS:  No.

20      Q  I'd like to move to what will now be

21   marked as Exhibit 4 beginning at Bates

22   No. SB7050_SOS_00002123.  This is a set of

23   documents that was produced to us by the

24   Secretary of State's office regarding a

25   3PVRO's noncompliance in 2016.  There's a lot

1    here, though, Ms. Morley, so I'm not going to

2    have you review all of it.  Do you have the

3    document open on your computer?

4         A  No.

5            MR. CYCON:  I don't believe it's been

6    added to the Chat.

7            MR. ORTEGA:  Oh, I'm sorry.  There it

8    is.

9            (Exhibit 4, 9/6/16 letter and

10   supporting documents, Bates Nos.

11   SB7050_SOS_00002123 through

12   SB7050_SOS_00002156, was marked for

13   identification.)

14        Q  Do you have the document open now,

15   Ms. Morley?

16        A  Almost.  There it is.  Okay.

17        Q  Perfect.  Can you please take a minute

18   to review just the first two pages of this

19   document and let me know when you're done.

20        A  Okay.

21        Q  This is a warning letter from the

22   Florida Department of State to Miami Country

23   Day School; is that right?

24        A  It appears so.

25        Q  It's dated September 6, 2016; is that

1    correct?

2        A   Correct.

3        Q   And it's signed by Ken Detzner, the

4    Secretary of State at that time; is that

5    correct?

6        A   Correct.

7        Q   Page 2 at the end of the first

8    paragraph, the secretary wrote that Miami

9    Country Day School was liable for a $1,000

10   fine.  Do you see that?

11       A   Yes.

12       Q   And then the next paragraph begins:

13   However, please consider this letter as a

14   warning.

15           Do you see that?

16       A   Yes.

17       Q   Do you know if there was a fine issued

18   in this case?

19       A   I do not.

20       Q   Do you think a 3PVRO receiving this

21   letter could understand themselves to owe a

22   fine?

23       A   You're saying if this organization had

24   been registered as a third-party organization?

25       Q   I'm sorry, say that again.

1        A   You're saying if this organization was

2     registered as a third-party organization, that

3     they would understand that they're liable for

4     a fine?

5        Q   Let me rephrase.

6            If a -- as I understand this letter,

7     they're liable for a fine for not registering

8     as a 3PVRO; is that right?

9        A   No.  I believe it says because 25

10    applications were delivered outside the

11    ten-day time period, they were liable for the

12    fine.

13       Q   So could a 3PVRO that receives this

14    letter or a letter like this understand

15    themselves to owe a fine?

16           MR. CYCON:  Object to form.

17           THE WITNESS:  If they were registered

18    as a third-party organization, when they're

19    registered and that they're even aware that

20    third-party voter registration organizations

21    is a thing, I presume they have gone to the

22    website, our website, and seen this

23    information already, and it's provided to them

24    again when they register in their

25    acknowledgment letter that they've been

1   registered as a third party, that they know

2   that these laws apply to them and that they

3   should expect a fine if anything is returned

4   untimely.

5       Q   I'm going to scroll back up to page 1,

6   paragraph 1.  Are you aware in the letter the

7   secretary says, quote, We have received

8   information from the Miami-Dade County

9   Supervisor of Elections indicating that Miami

10  Country Day School has violated Section

11  97.0575, Florida Statutes, by failing to

12  properly register as a third-party voter

13  registration organization and by failing to

14  deliver voter registration applications within

15  the applicable deadlines?

16      A   Yes.

17      Q   So if Miami Country Day School was not

18  properly registered as a 3PVRO, do you think

19  it would have reason to know about the

20  potential liability of fines?

21          MR. CYCON:  Object to form.

22          THE WITNESS:  I can't say what this

23  particular organization may or may not have

24  been aware of before they submitted those

25  applications.  But, certainly, I can say from

1   experience most members of the general public

2   aren't aware of all this minutiae that goes

3   on, which is why it also states in here that

4   it's a warning.  It says, Now you're aware,

5   and he provided the applicable laws and rules

6   to let them know how to go about registering

7   and conducting business further.

8   BY MR. ORTEGA:

9       Q  Do you understand this letter to mean

10  that even though the school was liable for a

11  fine, it was being given only a warning

12  instead?

13      A  Yes, that's how I understand it.

14      Q  And, again, just to confirm, the fine

15  that the school is liable for is for failing

16  to deliver timely applications, not for

17  failing to register as a 3PVRO?

18          MR. CYCON:  Object to form.

19          THE WITNESS:  Based on what's written

20  on the -- that first paragraph of the second

21  page, it states it's because 25 applications

22  were delivered to the Supervisor of Elections

23  outside the 10-day time period, you are liable

24  for a fine in the amount of $1,000.

25      Q  To your knowledge, at the time of -- at

1   the time this letter was sent, was there a

2   separate fine possible for failing to register

3   as a 3PVRO?

4        A  I don't recall if there was or not.

5        Q  As you understand it now, 3PVROs might

6   be subject to fines for failing to register

7   based on SB 7050; is that right?

8        A  I don't know what the applicable fines

9   are for those various items because that's not

10  our portion of the process in our office.

11       Q  But you know that they may be fined,

12  right, even if you don't know what those fines

13  are?

14           MR. CYCON:  Object to form.

15           THE WITNESS:  I don't know whether or

16  not registering is -- I don't know if the

17  consequences of not registering it results in

18  a fine.

19       Q  I'm going to scroll now to page 3.

20  This appears, based on the title at the top,

21  to be a 3PVRO Department of State Internal

22  Checklist for Potential Referral to Attorney

23  General for Violation of Section 97.0575,

24  Florida Statutes; is that correct?

25       A  Yes.

1      Q   Since SB 7050 went into effect, do you

2   still use a form like this for potential

3   referrals?

4      A   We do have an internal checklist that

5   gets signed at different levels.  It does not

6   look like this anymore.

7      Q   What does it look like now?

8      A   Do you want me to describe it?

9      Q   Sure.  I guess, how does the form now

10   differ from this form here?

11      A   I mean, it -- it would be best just to

12   have the example and compare them.

13      Q   Do you know if the current version of

14   this form was produced to us?

15      A   I don't know.

16      Q   Who was the director of the Division of

17   Elections in 2016?

18      A   Maria Matthews.

19      Q   Ms. Matthews wrote in the comments

20   section here, quote, Q for legal - Whose

21   responsibility, if any, is it to reach out to

22   3PVROs and nonregistered individual for

23   follow-up when we get these?  Should it be

24   done by SOE, DOE, or let general counsel

25   investigate?

1        Did I read that right?

2    A  Yes.

3    Q  Do you know if Ms. Matthews received an

4  answer to this question?

5    A  I don't know.

6    Q  Whose responsibility is it now to reach

7  out to 3PVROs and nonregistered individuals

8  for follow-up?

9        MR. CYCON:  Object to form.

10        THE WITNESS:  I don't know if we

11  received a response, and I don't know that

12  we've -- at least in my time back in this

13  position so far dealing with third parties, if

14  we've had any come up like this where I would

15  have questioned this.  So I don't know.

16        I know if somebody was looking to

17  register as a third party, and they're not

18  already registered, that would be directed,

19  you know, as a question to our third-party

20  coordinator or myself or the third-party

21  inbox.  But as far as receiving them --

22  receiving actual voter applications, without

23  somebody being registered, I don't know that

24  that has happened since I've been back in this

25  position.

1    BY MR. ORTEGA:

2        Q   And when was that?  What do you mean

3    when you say "back in this position"?

4        A   In a position that deals with

5    third-party voter registration organizations.

6        Q   I see.

7            And so you're not aware of this issue

8    of nonregistered individuals submitting voter

9    registration applications -- you're not aware

10   of this as an issue in the Division of

11   Elections right now?

12       A   I have not seen any potential

13   violations come across my desk, either from an

14   SOE or any that we've received, where we've

15   received a bulk submission of voter

16   registration applications that don't have a

17   3PVRO indicated as the one being submitted --

18   submitting them.

19       Q   So there's no policy in place on who

20   would reach out to these 3PVROs and

21   nonregistered individuals if this case comes

22   up?

23           MR. CYCON:  Object to form.

24           THE WITNESS:  Not that I'm aware of.

25       Q   You're not aware of any policy --

1  scratch that.

2        Looking at the comment from the general

3  counsel's office, it appears that the

4  Secretary of State issued a warning letter in

5  this case and put "fine" in parentheses.  Does

6  that look right?

7     A  Yes.

8     Q  What do you understand that comment to

9  mean?

10        MR. CYCON:  Object to form.

11        THE WITNESS:  Yeah, I have no basis for

12  trying to interpret what they're -- what they

13  meant by this.

14     Q  If you came across a comment like this

15  from general counsel's office, how would you

16  interpret it?

17        MR. CYCON:  Object to form.

18        THE WITNESS:  If I just saw this, I --

19  it could be seen one way or the other, either

20  the fine's included with the warning letter or

21  in lieu of a fine.

22     Q  And based on the letter that we

23  reviewed on pages 1 and 2, a warning was

24  issued in this case but not a fine; is that

25  correct?

1          MR. CYCON:  Object to form.

2          THE WITNESS:  That's what I understood

3     from the letter.

4     BY MR. ORTEGA:

5          Q  Does the general counsel's office still

6     decide whether someone gets a warning letter

7     or a fine?

8          MR. CYCON:  Object to form.

9          THE WITNESS:  I don't know.  That's

10    past where it leaves my desk.

11         Q  Do you know if that decision on whether

12    someone gets a warning letter or a fine is

13    made by the general counsel's office or the

14    Office of Election Crimes and Security?

15         A  I don't know.

16         Q  So who decides whether a 3PVRO gets a

17    warning letter or fine?

18         MR. CYCON:  Object to form.

19         Q  To your knowledge, how is it decided?

20         MR. CYCON:  Object to form.

21         THE WITNESS:  I have no knowledge of

22    their process so I can't suppose whose job

23    that is.

24         Q  To your knowledge, how is it decided

25    whether someone gets a warning letter, a fine,

1  or both?

2       MR. CYCON:  Object to form.

3       THE WITNESS:  I don't have any

4  knowledge of that decision-making process.

5       Q  I'm going to scroll now to page 4.  Can

6  you see page 4, Ms. Morley?

7       A  Yes.

8       Q  I'll give you a few minutes to review.

9  Can you let me know when you're done.

10      A  Okay.

11      Q  This looks like an e-mail from Imaltzin

12  Molina to 3PVRO; is that correct?

13      A  Correct.

14      Q  Is that the e-mail inbox you were

15  referring to earlier in this deposition?

16      A  Yes.

17      Q  At the time this e-mail was sent, you

18  were responsible for super- -- responding to

19  e-mails that came from -- that came into that

20  inbox; is that correct?

21      A  Yes.

22      Q  It looks like from this e-mail the

23  Miami-Dade County elections department

24  processed the applications received from

25  someone who is not registered as a 3PVRO or

1    with a 3PVRO; is that correct?

2        A  Yes.

3        Q  When a Supervisor of Elections receives

4    third-party voter registration applications

5    from someone not registered as a 3PVRO, is it

6    your understanding that the Supervisor of

7    Elections would still have to process those

8    applications?

9        A  Yes.  As we said before, the voter's

10   not penalized for the actions of the person

11   submitting their form.  They're still going to

12   be registered.

13       Q  Would -- in your knowledge, would the

14   Supervisor of Elections check the citizenship

15   status of the person who delivered the voter

16   registration applications before processing

17   them?

18       A  I don't believe so.

19       Q  And based on your understanding, would

20   the Supervisor of Elections check the criminal

21   history of the person delivering voter

22   registration applications before processing

23   them?

24       A  No.

25       Q  Turning to page 6 of this document.

1    I'll give you a second to review, Ms. Morley.

2    Can you let me know when you're done.

3        A   Okay.

4        Q   This looks to be a letter issued by the

5    Florida Department of State to Miami Country

6    Day School on June 15, 2016, and signed by

7    you; is that correct?

8        A   Correct.

9        Q   In the last sentence of the second

10   paragraph, you wrote that because the

11   organization wasn't registered as a 3PVRO,

12   you, quote, must forward this report to our

13   General Counsel for [verbatim] review that

14   will most likely result in a warning letter,

15   end quote.

16        Do you see that?

17        A   Yes.

18        Q   What about this case made you think a

19   warning letter would most likely result?

20        A   I don't know -- I don't remember the

21   order that this all happened in, so I don't

22   know if we had heard back about them

23   submitting a warning letter and that we would

24   reach out to them to let them know how to

25   register or how that took place.  Yeah, I

1    don't remember if I was told that that was

2    what was gonna happen or not.

3        Q  Do you know if any -- do you know any

4    of the consequences for -- of failing to

5    register as a 3PVRO?

6            MR. CYCON:  Object to form.

7            THE WITNESS:  No, I don't -- I don't

8    know what -- if there's any fine or anything.

9    I don't know what the consequences are.

10       Q  Can you describe any circumstances that

11   you're aware of where a warning letter was

12   issued in lieu of a fine?

13           MR. CYCON:  Object to form.

14           THE WITNESS:  I don't know what the

15   final result is typically, currently.  I'm not

16   part of that process.  I think back then we

17   were copied on those letters, like the one

18   that Secretary of State sent to them, the

19   warning letter, once it was sent.

20       Q  Were you part of the decision-making

21   process for -- let me strike that.  Let me

22   rephrase.

23           Were you part of the process in

24   deciding whether a 3PVRO would get a warning

25   letter or a fine in any of your positions at

1  the Division of Elections?

2       A  No.

3       Q  Now you're no longer kept apprised of

4  the outcome of 3PVRO investigations?

5          MR. CYCON:  Object to form.

6          THE WITNESS:  In my current position, I

7  have not seen any results come back to me.

8       Q  At the beginning of the third

9  paragraph, you wrote that, quote, Registering

10  and encouraging young adults to vote is a

11  laudable pursuit and I hope your staff

12  continues to do so.

13          Is that correct?

14      A  Following state guidelines.

15      Q  Following state guidelines, correct.

16          Is the SB 7050 now in effect?  Has the

17  process for -- how has the process for

18  deciding on whether warning or fines are

19  likely to result changed, if at all?

20          MR. CYCON:  Object to form.

21          THE WITNESS:  I'm not involved in that

22  decision-making process.  I don't know how

23  that might have been changed.

24      Q  For your position and office, there was

25  no change regarding whether warnings or fines

1  would be issued?

2      MR. CYCON:  Counsel, how many times are

3  you going to ask the same question about which

4  she has no personal knowledge?  Object to

5  form.  But she repeatedly says she has no

6  knowledge whatsoever of this process.

7      MR. ORTEGA:  All right.  I'll withdraw.

8    Q  Ms. Morley, in your opinion, are 3PVROs

9  effective at registering voters?

10   A  I don't have any statistics to show one

11  way or the other how effective they are

12  compared to other forms of registration.

13   Q  In your opinion, do you think they're

14  effective?  Do you think 3PVROs are effective

15  at registering voters?

16      MR. CYCON:  Object to form.

17      THE WITNESS:  I -- I couldn't say.

18   Q  Wouldn't you agree that fewer people

19  would be registered to vote if there were no

20  3PVROs?

21   A  Again, I don't have any statistics.

22   Q  Do you think that fewer people would

23  register to vote if there were fewer 3PVROs?

24   A  I don't have any statistics to suggest

25  one way or the other that more -- more

1   third-party organizations are more effective

2   than a small number of highly effective

3   organizations.  I think it's kind of a moot

4   point.

5           (Exhibit 5, Voter registration data,

6   was marked for identification.)

7       Q   Okay.  I'd like to pull up what will

8   now be marked as Exhibit 5.  This is voter

9   registration data from the Secretary of

10  State's website broken down by method of

11  registration and by year.  Does this look

12  correct to you?

13      A   I don't know about the correctness.

14  But, yes, that looks familiar, how the website

15  looks.

16      Q   I'll give you a second to review these

17  numbers.  Can you let me know when you're

18  done.

19      A   Okay.

20      Q   Based on your understanding of these

21  statistics, do 3PVROs register thousands of

22  voters in Florida?

23      A   Yes.

24      Q   Do you see that in 2023 there were only

25  5,058 registration applications submitted by

1    3PVROs?

2        A   I don't know from this exactly what

3    that number refers to as far as if those are

4    just active registrations, new time -- you

5    know, first-time registrations.

6        Q   So I'll direct you to the top of the

7    page just under the Webpage last updated that

8    says, quote, The totals reflect the number of

9    new registered and pre-registered voters by

10   method and location in Florida as of November

11   30, 2023.

12       A   Okay.

13       Q   So would you agree that 3PVROs are an

14   effective tool for registering voters?

15       A   I will say yes, that they do register

16   thousands of new voters.  Voters themselves

17   submitting them by mail are three times more

18   effective, according to this.

19       Q   I'm not asking about mail, though.

20           Do you know if there are more 3PVROs

21   active in 2023 than there were in any of the

22   other years on this chart?

23       A   If there are more third parties that

24   are active than in previous years?

25       Q   Yeah.

1      A  I can tell you there are probably more

2  third-party voter registration organizations

3  that are registered than in previous years

4  because they just build upon themselves unless

5  they terminate.  But as far as that are

6  actually active in conducting voter

7  registration drives, I don't know.

8      Q  Why do you think there are so many

9  fewer registrations in 2023 from 3PVROs

10  compared to before then, in your opinion?

11      A  I don't know that I can pinpoint a

12  reason.  I don't know that I have that

13  insight, except that this is new

14  registrations.

15      Q  Do you think it's possible that SB 7050

16  contributed to a decrease in registrations by

17  3PVROs?

18      A  I can't say, but it didn't go into

19  effect until the middle of this [verbatim]

20  year, right?

21      Q  SB 7050 went into effect in July of

22  this [verbatim] year.  But, again, do you

23  think it's possible that SB 7050 contributed

24  to a decrease in registrations by 3PVROs?

25      A  It could be possible.  I mean, I'm sure

1    there are several factors.

2        Q  Are you aware that the League of Women

3    Voters of Florida had to stop its 3PVRO

4    activities this year out of fear of being

5    fined under SB 7050?

6           MR. CYCON:  Object to form.

7           THE WITNESS:  No.  I'm not aware of any

8    third party's decisions to hold registrations

9    or not.

10       Q  What do you think is the impact on

11   voters of 3PVROs like the League no longer

12   being able to provide voter registration

13   services, in your opinion?

14          MR. CYCON:  Object to form.

15          THE WITNESS:  I can't say because I

16   don't know specifically the -- how many that

17   they're registering or if they're new or

18   updates or what have you.  But certainly, by

19   this, there's other methods that those people

20   can register to vote.

21       Q  If 3PVROs like the League of Women

22   Voters are no longer able to provide voter

23   registration services, couldn't that result in

24   fewer Floridians registering to vote?

25       A  It's possible that they would not

1  register to vote, but there are these other

2  options for them to have that opportunity.

3      Q  So it's possible that -- scratch that.

4         And just to confirm, you agree that

5  registering to vote and participating in our

6  democracy is a good thing, right?

7      A  Yes.

8      Q  Okay.  Scrolling down this document to

9  page 3, this is the same data or the same

10  source, but instead of the years 2018 to

11  present, for the years 1995 all the way up to

12  2017.  Does that look right to you?

13      A  Yes.

14      Q  Do you know why 3PVROs are not broken

15  out before 2017?

16      A  I don't.

17      Q  Do you know if anything changed within

18  the Division of Elections that led to breaking

19  out 3PVRO registrations in 2018 when

20  publishing this data?

21      A  No, I don't.

22      Q  Who in the Division of Elections would

23  know?

24         MR. CYCON:  Object to form.

25         THE WITNESS:  I would assume that

1    Director Matthews or possibly the bureau chief

2    at the time would know why.  Maybe somebody in

3    IT.  It was for some sort of reason that

4    involves them.

5    BY MR. ORTEGA:

6        Q   And are these statistics handled by

7    your bureau?

8        A   Posting them to the Web is handled by

9    our bureau.

10       Q   What unit within the Division of

11   Elections is responsible for compiling this

12   information?

13       A   It's not done by anybody in the

14   division.  It's a generated report that

15   happens every month and needs to get updated

16   every month.

17       Q   So who collects the actual information

18   that goes into these reports?

19       A   From my understanding, and, again, I'm

20   not an IT person, it's pulled directly from

21   voter registrations that are being entered in

22   the system for the previous month.

23       Q   And those applications submitted to the

24   system are submitted by supervisors of

25   elections?

```
1        A   Yes, yes.

2            MR. ORTEGA:  That's all the questions

3    that I have for you, Ms. Morley.  So why don't

4    we take a break, a quick break, and then we'll

5    come back and see if the other groups have any

6    questions for you.  Is that all right?

7            THE WITNESS:  Okay.

8            MR. CYCON:  Counsel, I suggest that we

9    maybe take, like, a ten-minute break and shut

10   off Zoom, and then everybody log back in and

11   see if that helps the feed.  I'm getting a lot

12   of feedback and cutouts.

13           MR. ORTEGA:  Sure, that's okay with me.

14   So it's 2:44 now.  Why don't we come -- log

15   off of Zoom and come back on at 3:00 p.m.

16   Does that work?

17           MR. CYCON:  That's great.  Thank you

18   very much.

19           MR. ORTEGA:  Off the record.

20           (Recess was held.)

21           MR. ORTEGA:  Back on the record.

22           Thank you again, Ms. Morley, for

23   answering all of my questions.  I'm going to

24   turn you over now to co-plaintiffs to ask you

25   some questions of their own.
```

```
1          THE WITNESS:  Okay.
2          MR. ORTEGA:  Take it away.
3
4                    EXAMINATION
5  BY MS. RUTAHINDURWA:
6      Q  Hi, Ms. Morley.  Can you hear me okay?
7      A  I can.  My audio is a little delayed
8  and choppy still.
9      Q  Okay.  I've called in through my cell
10 phone.  Just let me know if you're having any
11 trouble hearing me, and I'll do my best to
12 figure out what's going on.
13     A  Okay.
14     Q  As counsel mentioned, my name's Makeba
15 Rutahindurwa.  I represent the NAACP
16 plaintiffs in this litigation.  Thank you so
17 much for your time and for being here today.
18 I will do my best not to repeat or -- any of
19 the questions that you've already been asked.
20 Although some of it may sound familiar, I
21 might be following up on some of the things
22 that you've already touched on today.  So I'm
23 just going to go ahead and get started unless
24 you have any questions for me.
25     A  Okay.
```

1     Q   Okay.  You testified earlier that
2  you've been with BVRS since 2012; is that
3  right?
4     A   Yes.
5     Q   In your time at BVRS, have you ever
6  encountered an issue with a non-citizen
7  canvasser or volunteer that's working on
8  behalf of a 3PVRO?
9     A   Not that I'm aware of.
10    Q   And you also mentioned that you sent an
11  e-mail explaining what you believe to be the
12  impacts of SB 7050 to your bureau chief; is
13  that right?
14    A   Yeah.  It was a response to a request
15  for my opinion.
16    Q   And who else was on that e-mail?
17    A   I don't remember.  It was requested by
18  Director Matthews.  I would assume she sent it
19  to all the bureau chiefs and their second-in-
20  command at the time.
21    Q   And would that have been before the
22  passage of SB 7050 while it was still
23  introduced in the legislature?
24    A   I believe so.  I think it was somewhere
25  in the process before it passed.

1     Q  Do you know if that e-mail was passed

2  on to anyone in the legislature?

3     A  I don't know.

4     Q  Do you remember receiving any

5  follow-ups from Director Matthews about your

6  input?

7     A  I don't remember.  The only person I

8  remember saying something else about it was

9  Janet Modrow who works in IT.

10     Q  And what did she say?

11     A  I don't remember.

12     Q  You just have a recollection that she

13  followed up in some capacity, but you don't

14  remember what --

15     A  Yeah, it just sticks in my mind that

16  Janet said something back.

17     Q  Have you ever worked with the

18  legislative affairs department within the

19  Department of State?

20     A  No.

21     Q  Have you ever been cc'd on an e-mail

22  that was included -- that included members of

23  the legislature or their staff?

24     A  I don't believe so.

25     Q  Do you believe any state interest is

1    furthered by banning non-citizens from

2    handling or collecting voter registration

3    applications on behalf of 3PVROs?

4          MR. CYCON:  Object to form.

5          THE WITNESS:  I don't know what the

6    State's interests are.

7       Q  In your opinion, is there any reason,

8    as someone working as a 3PVRO coordinator and

9    throughout the BVRS, why banning non-citizens

10   from collecting or handling voter registration

11   applications on behalf of 3PVROs would be a

12   good idea?

13         MR. CYCON:  Object to form.

14         THE WITNESS:  Yeah, I don't know.

15      Q  Do you have any idea whether it would

16   be a bad idea?

17         MR. CYCON:  Object to form.

18         THE WITNESS:  I can't say whether it

19   would be good or bad.

20      Q  Do you think it would have any impact

21   on the 3PVROs that you work with?

22         MR. CYCON:  Object to form.

23         THE WITNESS:  What do you mean by

24   "impact"?

25      Q  Do you think it would impact the type

1    of volunteers and canvassers that 3PVROs work

2    with?

3        A  Well, I mean, if they can't have those

4    types of people working for them.  But as far

5    as who that applies to, I don't know.

6        Q  Do you believe banning non-citizens

7    from handling or collecting voter registration

8    applicants -- applications would make that

9    process safer in any way?

10       A  I don't know one way or the other.

11       Q  So sitting here today, you don't have

12   an opinion one way or the other whether or not

13   there is a state interest -- scratch that.

14          Sitting here, you have no opinion one

15   way or another about non-citizens collecting

16   and handling voter registration applications

17   on behalf of 3PVROs; is that right?

18       A  No.  Yeah, no.

19       Q  Do you believe any state interest is

20   furthered by banning 3PVROs from retaining

21   voters' information from voter registration

22   applications?

23          MR. CYCON:  Object to form.

24          THE WITNESS:  Again, I don't know what

25   the State's interests there are.

1     Q   Same line of questioning:  In your

2   opinion, do you believe there's any benefit to

3   banning 3PVROs from retaining voters'

4   information from voter registration

5   applications?

6     A   As far as I understand the law in

7   regards to 3PVROs, the purpose of a third

8   party is to assist a voter with registering to

9   vote.  So in my opinion, I don't see why a

10  third party needs to retain that information.

11  I understand maybe that you'd get, you know,

12  grant money, but I don't know why you would

13  have to know all those details about a person

14  because I've never experienced that.

15    Q   Do you know whether third-party voter

16  registration organizations like to follow up

17  with the voters they help to register to make

18  sure they received their voter registration

19  cards?

20    A   I have heard, in my experience, about

21  the desire to do that, but as far as I'm

22  concerned in my capacity, in my job, that

23  that's not the purpose of a third party, to

24  follow up and make sure they get registered.

25    Q   What is the purpose of a third party,

1    in your opinion?

2        A   From what I understand of the law, it's

3    just to help more people get registered to

4    vote and offer a different opportunity than

5    what's already out there, a different means.

6        Q   And making sure that the people they're

7    trying to help register to vote are actually

8    registered is not part of that purpose, in

9    your opinion?

10           MR. CYCON:   Objection.

11           THE WITNESS:   I can see where -- I can

12   see where a third party's mission might be to

13   make sure that they're being effective.  But

14   as far as I understand the law, it's not up to

15   the third party to have to do that or have a

16   need to do that.

17       Q   In your opinion, do you believe there's

18   any benefit to increasing fines on delivery of

19   voter registration applications after ten days

20   by third-party voter registration

21   organizations?

22       A   That's a mouthful.

23       Q   Yeah.

24       A   I -- I know over the years the fines

25   have fluctuated, I'm assuming with the

1   different legislative participants.  In my

2   experience, the larger organizations have a

3   ton of funding and seemingly, you know, I

4   think it was before it was, like, $10,000 it

5   was capped at, was kind of like, Well, let's

6   just write that off the top and proceed.  And

7   they can afford to do that.  Not all

8   organizations can do that.  But I think

9   increasing the fine makes it a stronger point

10  that it -- the integrity is taken seriously

11  and that just because you've reached a smaller

12  amount, like, you can't just keep on

13  registering people late.  And so I can see

14  where it would be a deterrent.

15      Q  And does your opinion apply to the

16  increased cap of $250,000 as well, that it's a

17  deterrent effect?

18      A  Yes, that it's -- it's a more -- it

19  makes it a more serious offense, for lack of a

20  better word.

21      Q  In your experience at BVRS, did you see

22  a trend where a 3PVRO received a fine and then

23  never made a mistake again on an application

24  such that the deterrent effect worked

25  perfectly?

1          MR. CYCON:  Object to form.

2          THE WITNESS:  I didn't -- since I

3     didn't typically see the end result of that, I

4     don't know which ones necessarily reached a

5     fine cap.  I don't know that I can say.

6     BY MS. RUTAHINDURWA:

7          Q  Do you have any experience working with

8     3PVROs who have told you that the mistakes

9     were unintentional?

10         A  I do recall some third parties

11    submitting, like, cover letters sometimes with

12    their applications that they've turned in when

13    maybe it was discovered, like, a registration

14    agent that was working for them was doing

15    something not according to how they've been

16    trained to do it and kind of explaining that,

17    of maybe why they were late.  Yeah, I think

18    that's the extent of that communication from

19    them about that.

20         Q  So why would increasing fines deter

21    that organization who made an unintentional

22    mistake from doing -- from doing that in the

23    future?

24         A  I think it might spur that organization

25    to maybe review their internal procedures,

1  whether that's their hiring practices or their

2  training practices, to try and prevent that

3  from happening further.

4      Q  Do you believe any -- in your opinion,

5  do you believe increasing fines for delivery

6  of applications to the wrong county also

7  serves that deterrent effect that you were

8  talking about earlier?

9      A  I don't know what the fine or the

10  change in fine is for that.  I think that's a

11  new thing, so I don't know that there was an

12  increase.  I think there it is maybe

13  encouragement to help get things to the right

14  place so that the voter's registered in time

15  for book closing and prevent any further delay

16  by getting it to the correct county to start

17  with instead of it hopping around the state.

18      Q  And in an exchange you had with counsel

19  earlier in today's deposition, you agreed that

20  sometimes voters are the ones that write the

21  wrong county down on the voter application

22  form, right?

23      A  Yes, I have seen that.

24      Q  And so if a 3PVRO delivers a voter

25  registration application to the county that

1    the voter says is the county they live in, and

2    then they are fined, does that have any

3    deterrent effect on that that you've discussed

4    prior?

5         A  I don't know if the third party -- how

6    they would react to it.

7         Q  Does it seem to make sense to you?

8         A  Pardon?

9         Q  Does it seem to make sense to you that

10   the 3PVRO would be fined for the voter's

11   mistake?

12        MR. CYCON:  Object to form.

13        THE WITNESS:  I -- I don't know if

14   they're being fined or not.  Obviously, with

15   the law, we would recommend it as a violation

16   because it happened.  I can say the ones I

17   have seen that I reviewed, I've written little

18   notes on there saying, you know, most of the

19   time it's because there's a new subdivision or

20   something that's created that's split between

21   counties, and that my personal opinion is,

22   Well, I don't -- I don't think there's an

23   issue there.  At least they got it to an

24   election official at some point.  But the way

25   the law is currently, that that's the

1  violation, whether or not I disagree with it.

2      Q  Are all violations -- scratch that.

3          You said you would recommend it to be a

4  violation because there was a violation in the

5  law.  So every violation has to be reported up

6  from BVRS to either OECS or general counsel;

7  is that right?

8          MR. CYCON:  Object to form.

9          THE WITNESS:  Every violation that we

10 recognize that comes through our office, we

11 complete the noncompliance form and then our

12 internal checklist, and then I forward that to

13 the Office of Election Crimes.

14     Q  So you don't have any discretion in,

15 like, whether or not to forward something, you

16 realize this is an unintentional mistake,

17 we're not going to forward it to OECS?  You

18 don't have the discretion to do that?

19     A  No, I don't.  Like I said, I put a

20 little notation on there of if I've, you know,

21 looked at the address, and I -- I think even

22 on one earlier I put a map showing it just to

23 show.  But, yes, but it still gets forwarded

24 to Office of Election Crimes, and it's up to

25 them to proceed from there.

1    Q  And before Office of Election Crimes

2  existed, it was forwarded to the general

3  counsel's office; is that right?

4    A  Correct.  But back then that wasn't

5  part of the law, that they had to submit it to

6  the appropriate county that I'm aware of.

7    Q  Okay.  Great.

8       But fines and violations of the statute

9  would be forwarded to the general counsel's

10  office?

11    A  Yeah.  Yes.

12    Q  Did your office have any role in

13  implementing the citizenship requirement?

14       MR. CYCON:  Object to form.

15       THE WITNESS:  I'm not aware one way or

16  the other.

17    Q  Have you consulted with any other

18  offices in order to determine how to interpret

19  the citizenship requirement in any way?

20    A  Not that I'm aware of.

21    Q  Does your office have a role in

22  tracking the citizenship status of volunteers

23  and canvassers to 3PVROs?

24    A  Not that I'm aware of.

25    Q  Does your office reach out to 3PVROs to

1    let them know about updates to laws or

2    policies surrounding their work?

3       A   Yes.  Like, when this law changed, we

4    did an outreach to all the ones who were

5    currently registered.

6       Q   And what does that outreach look like?

7       A   This one was a letter, and I was

8    actually out of the office when it happened so

9    I wasn't involved myself.  But I know there

10   was a letter, and I believe they attached the

11   statute, and if the third-party organization

12   had an e-mail on file, they'd send it to that

13   e-mail.  If not, they sent it by mail.

14      Q   And did your office receive any

15   responses from 3PVROs about concerns about the

16   new law?

17      A   I don't know.

18      Q   Do you know who in your office would

19   know or have that information?

20      A   I would assume Director Matthews would

21   be the point of contact for that.

22      Q   To date, have there been any formal or

23   informal instructions about the administration

24   or enforcement of the citizenship provision in

25   your office?

1      A   I don't believe so.

2      Q   To date, have there been any formal or

3   informal instructions about banning the

4   retention of voters' personal information in

5   your office?

6          MR. CYCON:  Object to form.

7          THE WITNESS:  I don't believe so.

8      Q   Does your office have any role in

9   implementing or regulating this ban?

10         MR. CYCON:  Object to form.

11         THE WITNESS:  The requirement that's in

12   law, you're asking?  Do we have any role in

13   that?

14     Q   I can rephrase.

15         So there's a provision in the law that

16   prohibits 3PVROs from retaining voters'

17   personal information.  Do you understand that

18   to be correct?

19     A   Yes.

20     Q   So does your office have any role in

21   implementing this provision?

22     A   I'm not aware of any involvement.

23     Q   And to date, there hasn't been any

24   policies or instructions about how to enforce

25   or implement that provision in your office,

1  right?

2      A  I don't believe so.

3      Q  Are you aware of any investigations or

4  prosecutions that your office referred up to

5  OECS that related to non-citizens working on

6  behalf of 3PVROs?

7          MR. CYCON:  Object to form.

8          THE WITNESS:  I am not aware.

9      Q  Are you aware of any investigations or

10  prosecutions that your office has referred to

11  OECS that involves the misuse of voters'

12  information by 3PVROs?

13          MR. CYCON:  Object to form.

14          THE WITNESS:  I'm not aware of any.

15      Q  So is it fair to say that you come to

16  learn about issues involving 3PVROs through

17  supervisors of elections?

18      A  Yes.  That -- that is a way that they

19  get passed to us.

20      Q  What are the other ways that they get

21  passed to you?

22      A  Well, specifically, if it's violations,

23  they're either coming directly from stuff

24  we've received or from a Supervisor of

25  Elections as it involves the submitting of

1    applications.  If there's some sort of

2    complaint against a third party, like I said

3    previously, those generally don't come through

4    our office.  If they do, we pass them along to

5    Office of Election Crimes, you know, but they

6    can be submitted to a Supervisor of Elections'

7    office, Office of Election Crimes, general

8    counsel, Secretary of State, AG's office.

9        Q  You said that the supervisors of

10   elections -- sorry.  Scratch that.

11          You said sometimes they come

12   directly to -- applications come directly to

13   your office.  Is that 3PVROs submitting

14   applications that they've collected directly

15   to your office?

16       A  Yes, it could be third-party

17   applications or a voter just mailing them in

18   on their own.

19       Q  I'm going to put my phone down.

20   Apologies if I become more quiet.  I'm going

21   to share with you an exhibit.

22          MS. RUTAHINDURWA:  Madam Court

23   Reporter, can you let us know what exhibit

24   this is to mark it?

25          THE REPORTER:  I think we're on 7.  6.

1          MS. RUTAHINDURWA:  So this will be

2     marked as Exhibit 6.  And then I also sent it

3     in the Chat.

4          (Exhibit 6, 2/6/17 letter and

5     supporting documents, Bates Nos. SB7050

6     _SOS_00003247 through SB7050_SOS_00003273, was

7     marked for identification.)

8     Q  Are you able to see this document?

9     A  Yes.

10     Q  I'm going to put my phone up to my

11     mouth again.

12          So you discussed with counsel earlier

13     in the deposition that there's an internal

14     review and referral checklist, that it might

15     be updated or different, but that it still

16     exists, right?

17     A  Yes.

18     Q  I'm representing to you that this is a

19     DOS Internal Review and Referral Checklist, it

20     appears, from July 2016.  On the signature for

21     3PVRO coordinator, that's your name, right?

22     A  Yes.

23     Q  And so you were the first person to

24     receive a noncompliance form and review it,

25     right?

1    A  Yes.

2    Q  And then based on our -- your testimony

3  earlier, if there is noncompliance, you don't

4  have discretion to check box "no action,"

5  right, it has to be checked for further

6  review?

7    A  Yeah.  I don't think I've ever marked

8  no action on anything.

9    Q  And then when you're done, do you

10  e-mail this form to the chief of BVRS, or do

11  you -- is there an internal mechanism by which

12  the document is shared with all of the

13  required folks?

14    A  It's generally old school passed

15  around, real signatures.

16    Q  Even during COVID, even during the

17  pandemic?

18    A  I was not involved in third party

19  during COVID shutdown times when we had people

20  teleworking.  But I will say most of the time

21  all of our upper-level staff were still in the

22  office.  But kind of going along with your

23  questioning, though, currently, we're at a

24  different building than the Office of Election

25  Crimes, so once it gets to me, and I sign off

1    now to send it to Office of Election Crimes,

2    it does get interofficed to them.

3         Q  So these are all handwritten

4    signatures, then; is that right?

5         A  As far as I -- as far as I know, yes.

6         Q  So apologies if you already stated

7    this, but who is the chief -- the current

8    chief of BVRS?

9         A  The current chief of BVRS is Gina

10   McLeod.

11        Q  And are you taking her place and

12   signing off on this?  Are you now the second

13   level of review or...

14        A  Yeah.  On the new form it -- it's the

15   third-party coordinator, and then I don't

16   remember the phrase that it uses, but it is

17   me.

18        Q  And then from you, you pass it along to

19   the director of DOE?

20        A  No.  Now it goes to the Office of

21   Election Crimes.

22        Q  Okay.  So it skips this level of

23   review.  It no longer goes to the general

24   counsel.  It goes straight to the Office of

25   Election Crimes; is that right?

1       A   Yes.

2       Q   And then does the Deputy Secretary of

3   State receive it, or does it stay with the

4   Office of Election Crimes?

5       A   I'd have to look at the bottom of that

6   form again.  I don't think that particular

7   form goes anywhere else.

8       Q   That was my next question.  Does this

9   go with the letter that 3PVROs receive, or is

10  this purely internal?

11      A   I don't know because I'm not

12  responsible for sending that letter, but I

13  don't believe so.  I think it's just an

14  internal checklist.

15      Q   And is OECS now responsible for sending

16  letters, to your knowledge?

17      A   I'm not a hundred percent sure.  That's

18  what I would assume.

19      Q   Do you know, is it typical for

20  something to take over six months of review

21  for a 3PVRO noncompliance form?

22          MR. CYCON:  Object to form.

23          THE WITNESS:  I -- I don't know, once

24  it's out of my hands, how long it took or why.

25      Q   And just for the record, you signed

1    this on July 26, 2016, right?

2        A   Correct.

3        Q   And then the Secretary of State wasn't

4    able to sign it until January 3, 2017?

5            MR. CYCON:   Object to form.

6        Q   Right?

7        A   That is the date there.

8        Q   I'm going to go up to the first page of

9    this document.  It's dated February 6, 2017.

10   And this is the letter.  If you go down to the

11   second page, you see it was signed by the

12   Secretary of State.  This is the letter that

13   was provided to the 3PVRO; is that right?

14       A   I don't know without reviewing the rest

15   of it.

16       Q   I'll represent to you that this is a

17   letter dated February 6, 2017 about violation

18   of Section 97.0575 to the Indian River County

19   NAACP branch.  And that is part of the same

20   document that we just reviewed the internal

21   checklist for.  And so they would have

22   received that letter over six months after you

23   initially saw the violation -- or the

24   noncompliance, right?

25           MR. CYCON:   Object to form.

1          THE WITNESS:  I -- I don't know what --

2   I mean, the dates say that, yes.

3   BY MS. RUTAHINDURWA:

4      Q  I'm going to go down to page 6.  So

5   this is the DS-DE 148 form, right?

6      A  Yes.

7      Q  Who fills out this form?

8      A  It depends on what office receives

9   them.  So it's whoever is receiving the

10  applications.  If they're received in our

11  office, it's someone here.  If it's the

12  Supervisor of Elections, they should be

13  filling it out.

14     Q  Okay.  So if this is -- the name of the

15  person completing the form is you here.  So if

16  this is you, it means that the applications

17  were submitted directly to BVRS in this

18  instance?

19     A  Yes, it should be.

20     Q  We can take that exhibit down.

21        Do you inform 3PVROs every time they're

22  being investigated for noncompliance of the

23  law?

24        MR. CYCON:  Object to form.

25        THE WITNESS:  My office doesn't do the

1   actual investigations.  We just recommend them

2   to Office of Election Crimes.  So no, we don't

3   contact them here.

4   BY MS. RUTAHINDURWA:

5       Q  Do you contact them every time you

6   forward or refer noncompliance to OECS?

7       A  No.

8       Q  But you do sometimes; is that right?

9       A  No.  Repeat the question.

10      Q  Do you sometimes reach out to 3PVROs to

11  let them know that they've -- they were

12  noncompliant in some way and that you're

13  referring them to the Office of Election

14  Crimes for further review or action?

15      A  No.

16      Q  Do you know what it means in the

17  statute to act willfully?

18          MR. CYCON:  Object to form.

19          THE WITNESS:  It -- I'm not a legal

20  expert.

21      Q  So if you are reviewing a form for

22  non- -- 3PVRO applications, voter registration

23  applications that were submitted for

24  noncompliance, you don't have to explain that

25  you think the 3PVRO acted willfully in turning

1    the applications in late.  Is that fair to

2    say?

3        A   Yeah.  When we refer them, it just was

4    something not in compliance.  If, as in that

5    previous example, that whoever submitted them

6    submitted something explaining it, that gets

7    put in there for the information, but it's not

8    part of our office's job to determine whether

9    or not it was intentional.

10       Q   Are you aware that the statute that

11   regulates 3PVROs was unchanged from May 2011

12   through May 2021?

13       MR. CYCON:  Object to form.

14       THE WITNESS:  Honestly, I -- I don't

15   know one way or the other.  There's so many

16   laws that come out as in elections.

17       Q   Fair.

18       Do you know if your office saw anything

19   happen related to 3PVROs in 2020 or 2021 that

20   would have needed or resulted in a change in

21   the law?

22       MR. CYCON:  Object to form.

23       THE WITNESS:  I don't know.  During

24   that time, I wasn't involved in third party.

25   If I remember the timeline correctly at that

1  time, the director's office actually had that

2  task.  It had been taken out of our bureau.

3      Q  Do you know why it had been taken out

4  of your bureau?

5      A  I don't.

6      Q  And I assume that means you don't know

7  why it was placed back in your bureau?

8      A  No.

9      Q  And how long -- do you know how long

10  that task was with the director's office for?

11      A  I don't know specifics.

12      Q  You mentioned earlier that some of the

13  larger 3PVROs have big budgets, right?

14      A  Yes.

15      Q  Do you know how many 3PVROs in Florida

16  have funding that exceeds $250,000?

17      A  No.  I don't know their exact budgets.

18      Q  I'm going to share this exhibit which I

19  forgot.

20          MS. RUTAHINDURWA:  I think it will be

21  marked as Exhibit 7 or 8.

22          MR. CYCON:  Exhibit 7.

23          MS. RUTAHINDURWA:  Thank you, John.  So

24  this will be marked as Exhibit 7.  And I'll

25  also share my screen.

1         (Exhibit 7, 6/14/23 Internal

2    Memorandum, Bates Nos. SB7050_SOS_00007803 and

3    SB7050_SOS_00007804, was marked for

4    identification.)

5    BY MS. RUTAHINDURWA:

6         Q  Are you able to see the document?

7         A  Yes.

8         Q  So this is an Internal Memorandum to

9    the Bureau of Planning, Budget and Financial

10   Services from Office of the General Counsel

11   and you're cc'd as well, right?

12        A  I'm listed there.

13        Q  And the subject is Third Party Voter

14   Registration Organization -- Fine Fee (Revenue

15   Deposit).  And it basically just shares that a

16   check was received from a third-party voter

17   registration organization to the Department of

18   State.  Is that a fair characterization of

19   this memo?

20        A  I believe so.

21        Q  Do you know why you're cc'd on this

22   internal memorandum?

23        A  I assume so that we can save it to the

24   third party's record that we have in our

25   office.

1       Q  And when you say the third party's

2    record that you have in your office, do you

3    keep a record for every third-party voter

4    registration organization in some database?

5       A  Yes.  We have a third-party database

6    that their registration information is put

7    into, and it's publicly available, and the

8    daily reports that are submitted showing

9    whether they've requested apps or submitted

10   applications, those total numbers are put in

11   there.  What this would be saved in is the

12   file that's just for the third party that has

13   all of their forms that they've submitted and

14   any correspondence that's been sent.

15      Q  So there would be, like, a folder that

16   says Florida NAACP, and in it there would be

17   subfolders with, like, applications received,

18   fines received.  Is that a fair

19   characterization?  Can you just explain a

20   little bit more what you mean by how it would

21   be part of the file for the third-party voter

22   registration organization?

23          MR. CYCON:  Object to form.

24          THE WITNESS:  Yeah.  Yeah, it would

25   just be saved in there.  I -- I don't know how

1   the actual files are organized electronically

2   for each one.  But, you know, it would get its

3   own label, and you can see in order the

4   history of the organization.

5   BY MS. RUTAHINDURWA:

6       Q   Okay.  So if I wanted to -- if I were

7   you, and I wanted to know everything there was

8   about Mi Familia Vota's third-party voter

9   registration organization efforts that you've

10  collected, anything about that organization,

11  there would be a folder that you could access

12  with that information?

13      A   Yes, yes, anything that --

14      Q   And what kind of information would

15  be -- sorry, I didn't mean to speak over you.

16  Go ahead.

17      A   That's okay.  I was going to say yes,

18  anything that we've received for them or that

19  has come back to us through the department.

20      Q   And what kinds of information would be

21  in there?  Just give me some examples.

22      A   Their registration -- their original

23  registration, if they had, you know, a problem

24  with it, we do an internal checklist to make

25  sure that their form is completed like it's

1   supposed to be.  Their initial what we call

2   acknowledgment letter saying, you know, You've

3   been registered successfully, and here's your

4   third-party ID and all that.  And then the --

5   if there's any noncompliance forms like you

6   showed previously, they would all be in there.

7   And then if we were provided any sort of

8   result back from the department like this.

9        Q  Okay.  So do you think you would be

10  cc'd on all deposits received from 3PVRO fines

11  in order to store that information with the

12  proper third party?

13       A  I don't know what the procedure is in

14  Office of Election Crimes as far as giving

15  those back to us as kind of a conclusion.

16       Q  So this one, it was actually given to

17  you from office of the general counsel, right?

18       A  Yes.

19       Q  So are you saying that you would expect

20  the Office of Election Crimes to be the one

21  usually transmitting this kind of information?

22       A  I don't know.  I don't know who is

23  responsible for each of those items.

24       Q  Okay.  Do you know what happens after

25  the check is deposited?

1      A  I don't.

2      Q  So do you know whether the money is set

3  aside to assist with BVRS work?

4      A  I don't know anything about the

5  financial aspect of it.

6      Q  Are there ever any instances where you

7  would refer a case of noncompliance to the

8  Attorney General's Office instead of Office of

9  Election Crimes?

10     A  Not that I'm aware of.  We would refer

11  everything to the Office of Election Crimes.

12     Q  Is there ever an instance where you

13  would refer a case to the state attorney

14  instead of Office of Election Crimes?

15     A  Not at this step from our office, no.

16  Then we'd send it to election crimes.

17     Q  Apart from your office and Office of

18  Election Crimes, do you know what other

19  offices within the Department of State worked

20  on cases related to 3PVROs?

21     A  I don't.  I mean, obviously, general

22  counsel is probably involved.

23     Q  You mentioned there's a specific 3PVRO

24  e-mail account, right?

25     A  Yes.

1      Q   Who has access to that e-mail account?

2      A   There's a couple of us currently.

3  Jennifer White had access to it.  She was

4  recently taken off of that, and I do I believe

5  the new bureau chief has now gotten access to

6  it.  I haven't confirmed that yet, though.

7  And then I believe Director Matthews does and

8  Jennifer Lin who has been assisting with third

9  party recently.

10      Q   And Jennifer is within Director

11  Matthews' office?

12      A   I mean, sorry, not Jennifer Lin,

13  Jessica Lin.  Yes, she's in the director's

14  office.

15      Q   And Jennifer used to be the 3PVRO

16  coordinator?

17      A   Jennifer White?

18      Q   Yes.

19      A   Yes.

20      Q   Is there a 3PVRO coordinator now?

21      A   No.

22      Q   Is it still Jennifer?

23      A   No.

24      Q   So is that one of the positions that

25  are open?

1      A  Yes.

2      Q  Why -- is there a reason why Jennifer's

3  no longer the 3PVRO coordinator?

4          MR. CYCON:  Object to form.

5          THE WITNESS:  She --

6          MR. CYCON:  Counsel, is this really

7  relevant?

8      Q  You can answer.

9          MS. RUTAHINDURWA:  Yeah, it's relevant.

10     Q  You can answer.

11     A  She was not successfully completing her

12  tasks on time.

13     Q  Do you ever -- does your office ever

14  receive misconduct related to 3PVROs that are

15  not directly related to noncompliance based on

16  late delivery or delivery to the wrong county,

17  stuff like that?

18          MR. CYCON:  Object to form.

19          THE WITNESS:  The only thing I can

20  think of would be if it's, like, a caller, you

21  know, a voter calling the -- our voter

22  assistance hotline or if they've already

23  completed a complaint form.  And as I said

24  before, we don't see many of those in our

25  office.

1      Q  To your knowledge, is 3PVRO-related

2   misconduct rare?

3           MR. CYCON:  Object to form.

4           THE WITNESS:  I couldn't hear the

5   middle of your question.

6      Q  Is 3PVRO-related misconduct rare?

7           MR. CYCON:  Object to form.

8           THE WITNESS:  Is 3PVRO-related conduct

9   rare -- misconduct rare?  Okay.  I can't say

10   so one way or the other.  There's -- I don't

11   have any statistics on that.

12      Q  Were you personally consulted during

13   the drafting of SB 7050 apart from that e-mail

14   that we already discussed?

15      A  No.

16      Q  Do you know if anyone else in the

17   secretary's office was consulted during the

18   introduction and passage of SB 7050?

19      A  I don't know.

20           MR. CYCON:  Counsel, I'm also going to

21   use this time to designate the transcript as

22   confidential.

23           MS. RUTAHINDURWA:  I'm sorry, I didn't

24   actually hear that, John.

25           MR. CYCON:  Because there was a little

1  break.  I'm going to use this opportunity to

2  designate the transcript as confidential.

3       MS. RUTAHINDURWA:  The entire

4  transcript or just the portion related to that

5  employment matter?

6       MR. CYCON:  Just the portion related to

7  that employment matter.

8       MS. RUTAHINDURWA:  Okay.  No objection

9  here.

10  BY MS. RUTAHINDURWA:

11     Q  Okay.  I put in the Chat -- I'm

12  actually going to do -- this is -- it's an

13  exhibit and an attachment to an exhibit so I'm

14  going to put both of them in the Chat.  And

15  we're going to start with the PDF.

16       MS. RUTAHINDURWA:  And let's mark this

17  as Exhibit 8.

18       (Exhibit 8, 4/21/23 e-mail, Bates No.

19  SB7050_SOS_00087514, was marked for

20  identification.)

21     Q  So this is an e-mail from the

22  legislative affairs director in the Florida

23  Department of State.  Do you know who

24  Katherine Woodby is?

25     A  No.

1      Q   Do you know who Stephanie is?

2      A   No.

3      Q   And do you know who Peter is?

4      A   No.

5      Q   And the subject is Spreadsheet, the

6   attachments said Spreadsheet Suggestions

7   SB 7050 April 7th, right?  Did I read that

8   correctly?

9      A   Yes.

10     Q   Do you know when the first version of

11  SB 7050 was filed?

12     A   No.

13     Q   If I represent to you that it was

14  shortly before April 7th, do you have any

15  reason to disagree?

16     A   No.

17     Q   Did you ever review or receive the

18  original version of SB 7050?

19     A   I don't believe so.  I'm not sure what

20  iteration we received to review in the

21  previous e-mail we discussed.

22     Q   Okay.  Let me actually give to you --

23         MS. RUTAHINDURWA:  And we'll mark this

24  as Exhibit 9.

25         (Exhibit 9, (Proposed Bill) SPB 7050,

1   was marked for identification.)

2       MR. CYCON:  Sorry, Counsel, so the

3   spreadsheet, will that be part of Exhibit 8?

4       MS. RUTAHINDURWA:  We can make it part

5   of Exhibit 8, or we can make it Exhibit 10

6   separately.  I have no preference.

7       MR. CYCON:  I'm fine with whatever

8   works for you.  Just for clarity.

9       MS. RUTAHINDURWA:  Yeah, let's make it

10  Exhibit 10.

11      (Exhibit 10, Spreadsheet, was marked

12  for identification.)

13  BY MS. RUTAHINDURWA:

14   Q  So this is the proposed bill, the

15  proposed version of SB 7050.  And I'll

16  represent to you that this is the first bill

17  text version that was available on the

18  floridasenate.gov website for SB 7050.  And

19  I'm going to turn to page 18.  Line 501 is

20  where it starts.  This is Section 97.0575,

21  Third-party voter registration organizations.

22  And between 18 and 19 are proposed changes

23  which are the underlines.  So I'm going to

24  have you just read (d) and (d)(2), and then

25  let me know when you're finished.

1    A  Okay.

2    Q  Any mention of the not allowing

3  non-citizens to collect or handle voter

4  registration applications in this version?

5    A  Not in this section that I just read.

6    Q  Would you feel more comfortable

7  answering that if you were able to read the

8  entire -- this entire section which goes just

9  through here?  And it's in the Chat so I'm

10  happy to let you read it or -- are you aware

11  whether or not non-citizens -- there was a

12  requirement that non-citizens were unable to

13  collect or handle voter registration

14  applications prior to SB 7050?

15    A  I don't believe so.

16    Q  And I'm going to control F.  What does

17  it say?  So I controlled F for citizen.  The

18  only thing I see here is basis for

19  ineligibility.  That's not relevant to 3PVROs,

20  right?

21    MR. CYCON:  Counsel, I'm just going to

22  object.  The document speaks for itself.  Your

23  questions leading up to this firmly

24  demonstrated that she has no personal

25  knowledge.  So I don't understand why we're

1   asking the witness to read through a document.

2          MS. RUTAHINDURWA:  And I respectfully

3   disagree.  I ask that you not provide speaking

4   objections in a way that is not beneficial to

5   this deposition.  I'm asking relevant

6   questions about 3PVROs and the statute related

7   to it, which she has indicated she is part of

8   the 3PVRO process.  She's a coordinator for

9   3PVROs.  Now she is a supervisor.  So all of

10  this information is relevant to what knowledge

11  she has as someone who's been part of the

12  department for a while.  Again, I understand

13  why you're stating speaking objections, but I

14  ask that you not in any way indicate to the

15  witness that somehow she wouldn't have to

16  answer this.

17         MR. CYCON:  Counsel, I don't appreciate

18  that, and we can let this lie.  But we're

19  going to cut this off at some point, so go

20  ahead and ask your questions.

21         MS. RUTAHINDURWA:  Great.  I will.

22  Thank you.

23  BY MS. RUTAHINDURWA:

24     Q  So, again, basis for ineligibility,

25  this has nothing to do with 3PVROs, right?

1    A  It has -- yeah, it has to do with the

2  actual voters' eligibility to vote.

3    Q  And then here, again, this has nothing

4  to do with 3PVROs, this is vote-by-mail stuff,

5  right?

6        MR. CYCON:  Object to form.

7        THE WITNESS:  I don't know from

8  glancing at this.

9    Q  Again, we're now on page 45.  So going

10  back to page 18, with respect to third-party

11  voter registration organizations.  Do you see

12  anything here related to non-citizens being

13  able to collect or handle voter registration

14  applications?  And I'm happy to let you read

15  it all.  Feel free to scroll down and let me

16  know.

17    A  From what I've seen, it doesn't, but --

18  it says what it says.

19    Q  And then going to page 21 of this

20  original bill, the aggregate fine which may be

21  assessed here is 100,000, up from 50,000.  Do

22  you see that?

23    A  Yes.

24    Q  And then in the law that was passed it

25  was 250,000; is that right?

1      MR. CYCON:  Object to form.

2      THE WITNESS:  As far as I know.

3   BY MS. RUTAHINDURWA:

4      Q  I'm going to share the spreadsheet

5   which is Exhibit 10.  So this spreadsheet was

6   attached to that e-mail.  I'd like to take a

7   look at Row 5.  This relates to third-party

8   voter registration organizations.  I'm going

9   to read the description in this box.  It says:

10  Clarifying the requirements to register as a

11  third-party voter registration organization

12  (3PVRO) in Florida.  Providing for expiration

13  of 3PVRO registration after applicable

14  election cycle for which they registered and

15  providing exceptions for registered affiliates

16  of a registered political party.  Requiring

17  3PVROs to provide receipt to application for

18  each application.  Granting Department of

19  State rulemaking authority pertaining to

20  receipts form.  Reducing the number of days in

21  which a collected voter registration

22  application must be submitted.  Increasing

23  fines for late submission of collected voter

24  applications.  Providing for maximum

25  aggregated fines of $100,000 per calendar

1  year.  Creating a 3rd-degree felony office for

2  the copying of voting -- office is a typo, I

3  assume, that means offense -- for the copying

4  of voter registration applications or

5  retention of personal identifying information

6  such as Florida driver's license, state

7  identification card number, Social Security

8  card number or signature for any reason other

9  than as necessary to comply with law.

10  Requesting 3PVROs to not mail or provide

11  registration applications upon which any

12  information about an applicant has been filled

13  out.

14         Did I read that correctly?

15     A  Yes.

16     Q  And then scrolling back to the top, the

17  next column, it says:  Suggested

18  Changes/Follow-up Notes in this header, right?

19     A  Yes.

20     Q  And in the box it says:  Recommend

21  putting back in cause of action for aggrieved

22  citizen, and prohibiting felon or non-citizen

23  from collecting applications.  Increasing fine

24  threshold to 250K.

25         Do you see that in the first line?

1      A  Yes.

2      Q  So do you understand this document to

3  include recommendations from the Secretary of

4  State's office to the legislature about

5  changes to make to SB 7050?

6          MR. CYCON:  Object to form.

7          THE WITNESS:  I -- I don't know what

8  this is because this is nothing I've ever seen

9  before and have no involvement in.

10      Q  Okay.  So you had no involvement in the

11  making of this spreadsheet, right?

12      A  Right.

13      Q  But the e-mail that I showed you

14  demonstrates that it was sent from the

15  Department of State legislative affairs

16  department, right?

17      A  Yes.

18      Q  Okay.  And so these suggested changes

19  and follow-up notes would be from the

20  Department of State.

21          MR. CYCON:  Object to form.

22      Q  Right?

23      A  I don't -- I don't know.  I don't know

24  how these -- this is created or where it comes

25  from.

```
1        Q  Was your office asked to -- in any way

2   to provide input into -- scratch that.  You

3   mentioned earlier that you sent an e-mail

4   about the impact that SB 7050 would have on

5   your office, right?

6        A  Yes.  I sent a response when asked for

7   my opinion.

8        Q  In that e-mail, did you mention a cause

9   of action for an aggrieved citizen?

10       A  I don't believe so, but it's all

11  contained in that e-mail.

12       Q  And based on your recollection today in

13  that e-mail, any information about prohibiting

14  a felon or a non-citizen from collecting

15  applications?

16       A  Not that I recall.

17       Q  Sitting here today, based on your

18  recollection, any information or response

19  about increasing the fine threshold?

20       A  No.  I was not asked to give

21  recommendations for how to change the law in

22  any way.  I was just asked to give my opinion

23  on how -- what was currently in the document

24  we were reviewing, how that might impact our

25  procedures.
```

1      Q   Okay.  So you weren't asked to provide

2  any recommendations about how to word or

3  change SB 7050?

4      A   No.

5      Q   Is that fair to say?

6      A   Correct.

7      Q   Do you think as the office that has a

8  relationship with and works with 3PVROs you

9  should have been involved in making these

10  recommendations?

11          MR. CYCON:  Object to form.

12          THE WITNESS:  I don't think that our

13  office is responsible for making the law.  We

14  just follow what is -- ends up being put in

15  law.

16      Q   But you have firsthand knowledge of how

17  3PVROs work, how they turn in voter

18  registration applications, how they work with

19  supervisors of elections, right?

20      A   From my specific standpoint, not from a

21  third-party's standpoint.

22      Q   Right.  And so do you think that you

23  would provide insight as to any laws that

24  would regulate 3PVROs?  Do you think you would

25  have helpful insights in your decades of

1   experience?

2          MR. CYCON:  Object to form.

3          THE WITNESS:  I -- I think, certainly,

4   we all have opinions.  That's what brings us

5   here today, is a difference of opinions, I

6   assume.  But I don't have a legal background

7   to say what should be put in law or how it's

8   interpreted.

9      Q  Do you think you have the background to

10  say what kinds of regulations would help

11  3PVROs function in the best way possible?

12         MR. CYCON:  Object to form.

13         THE WITNESS:  I -- I don't believe my

14  opinion really is shaped on experience of

15  being a third party, so no.

16     Q  Does anyone from your office -- did

17  anyone from your office testify before the

18  legislature relating to SB 7050?

19         MR. CYCON:  Object to form.

20         THE WITNESS:  I don't know.

21     Q  Do you know if there were any

22  communications between your office and the

23  Florida governor or his staff regarding

24  SB 7050?

25     A  I don't know.

1    Q  Did you personally have any

2  communications with the Florida governor

3  regarding SB 7050?

4    A  No.  That is way above me.

5    Q  So you testified earlier that you

6  maintain, like, voter registration data,

7  right, and you collect that information?

8    A  No.

9    MR. CYCON:  Object to form.

10   Q  Who in your office --

11   So how do you track the third-party --

12  which voters are registered via third-party

13  registration organizations?

14   MR. CYCON:  Object to form.

15   THE WITNESS:  So our office doesn't

16  track which voters register a third party.

17  It's entered by the Supervisor of Elections.

18  When they enter that application, there's a

19  status.  I mean, not a status, a source, a

20  registration source of third party just for

21  that one instance of registration.

22   Q  Okay.  So do you have a -- like, a

23  spreadsheet of every 3PVRO and how many voters

24  they've helped register in your office?

25   A  No.  The -- the statistics on the

1   number of voter apps that are submitted by a

2   third party is accounted for on the daily

3   report that we submit, and that's put into the

4   third-party database that's publicly available

5   online.  But it's not linked to the -- a

6   specific voter for any sort of tracking of

7   that specific person.

8       Q   Okay.  So your office doesn't track the

9   number of voters who registered in a given

10  year and how they registered?

11      A   The Voter Registration System

12  produces -- we generate monthly reports of new

13  registrations, which is one of the exhibits we

14  saw earlier.  It gets posted online every

15  month, based on the registration source.  But

16  that's just that instance of a new

17  registration.

18      Q   Oak.  And in that tracking of a new

19  registration, what information is inputted in

20  the monthly report?

21      A   The monthly report is a -- is actually

22  four reports that are automatically generated,

23  and the source is just one of them.  They're

24  all on the voter registration statistics page

25  of the website.

1    Q  Okay.  And that page of the website is

2    maintained by your office?

3    A  It's maintained by IT staff.  But we

4    submit service requests to have them update

5    specific information.

6    Q  Does your office track the racial

7    breakdown of the voters who are newly

8    registered?

9    A  I don't believe so.  I mean, certainly,

10   that's contained in their voter record of

11   whatever they chose to put on the form.

12   Q  Has your office undertaken any analysis

13   of the race of the voter and registration by

14   3PVRO?

15        MR. CYCON:  Object to form.

16        THE WITNESS:  Not -- not that I'm aware

17   of.  We -- we're not concerned with that

18   ourselves.  We're just concerned with getting

19   people registered to vote who are eligible.

20        MS. RUTAHINDURWA:  I think those are

21   all my questions.  Thank you very much.

22        THE WITNESS:  You're welcome.

23        MR. ORTEGA:  Makeba, do you know if any

24   other Plaintiff groups wanted to ask

25   questions?

1       MS. KONOR:  This is Estee Konor from

2   Demos.  I'm on with Miranda Galindo for the

3   Hispanic Federation Plaintiffs.  We do not

4   have any questions at this time.

5       MR. CYCON:  I do not have any questions

6   for Ms. Morley.

7       MR. ORTEGA:  All right.  Great.  Before

8   we get off the record, I just want to touch

9   base on one more thing.  The e-mail that

10  Ms. Morley mentioned that talked about -- that

11  she mentioned in the deposition referring to

12  her thoughts on SB 7050 impacts, of course, we

13  will go through the production and look for

14  that document.  John, could you -- we just ask

15  that you also do the same, and in the

16  alternative, if it's easier, if Ms. Morley has

17  that e-mail handy or can find it more easily,

18  she can produce it to you, and you can produce

19  it to us.

20      MR. CYCON:  I will work with Ms. Morley

21  to locate the document.

22      MR. ORTEGA:  Great.  Thank you.  With

23  that, I think we can go off the record.

24      MR. CYCON:  Madam Court Reporter, we'll

25  read and sign.

1          THE REPORTER:  Got it.

2          I know this is a Florida case.  Do you

3   want to have this transcribed, Mr. Ortega?

4          MR. ORTEGA:  Yes, please.

5          THE REPORTER:  Regular delivery, ten

6   business days?

7          MR. ORTEGA:  Yeah.

8          MS. KONOR:  Madam Court Reporter, the

9   Hispanic Federation Plaintiffs would like to

10  request a rush final.  And we wanted to ask if

11  you could give us an estimate of how long it

12  would take to get a rush final done, because

13  if it goes beyond a certain point, we would

14  request a rough.

15         THE REPORTER:  You can tell me when you

16  need it by and I'll have it for you.

17         MS. KONOR:  Okay.  Could you have it to

18  us by Monday, Tuesday?

19         THE REPORTER:  Sure can.  I can do

20  Monday or Tuesday.

21         MS. KONOR:  I think Tuesday would be

22  fine, yes.

23         THE REPORTER:  Okay.  No problem.

24         Anyone else?

25         MR. CYCON:  Standard delivery is fine

1   for us.

2          MR. ORTEGA:  Us, too.

3          (Off the record at 4:22 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              ACKNOWLEDGMENT OF DEPONENT

2        I, TIFFANY MORLEY, do hereby

3   acknowledge that I have read and examined the

4   foregoing testimony, and the same is a true,

5   correct and complete transcription of the

6   testimony given by me and any corrections

7   appear on the attached Errata sheet signed by

8   me.

9

10

11   _____

12    (DATE)                    (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          CERTIFICATE OF SHORTHAND REPORTER

 2                  NOTARY PUBLIC

 3          I, AMY STRYKER, Certified Court

 4    Reporter and Notary Public, the officer before

 5    whom the foregoing deposition was taken, do

 6    hereby certify that the foregoing transcript

 7    is a true and correct record of the

 8    proceedings; that said testimony was taken by

 9    me stenographically and thereafter reduced to

10    typewriting under my supervision; that reading

11    and signing was requested; and that I am

12    neither counsel for nor related to, nor

13    employed by any of the parties to this case

14    and have no interest, financial or otherwise,

15    in its outcome.

16          IN WITNESS WHEREOF, I have hereunto set

17    my hand and affixed my notarial seal this 16th

18    day of January, 2024.

19          My commission expires December 15,

20    2027.

21

22    _____

23          NOTARY PUBLIC IN AND FOR

24          THE STATE OF MARYLAND

25
```

| A |
|---|

**abbreviation**
53:18
**ability**
19:14, 24:25,
53:21, 55:1,
59:13, 65:17
**able**
10:25, 22:24,
25:14, 56:17,
74:5, 75:10,
75:20, 82:12,
87:22, 93:5,
95:9, 120:12,
120:22, 141:8,
145:4, 150:6,
161:7, 163:13
**about**
10:12, 11:12,
11:20, 11:23,
13:6, 13:18,
13:22, 14:1,
16:13, 17:1,
24:24, 26:20,
26:22, 28:18,
29:21, 30:19,
33:9, 33:11,
34:6, 34:7,
35:15, 36:3,
37:12, 37:15,
38:18, 38:24,
39:20, 40:3,
41:15, 42:1,
43:4, 43:15,
44:7, 46:13,
47:16, 50:12,
56:9, 58:16,
58:17, 59:6,
59:22, 60:24,
67:24, 75:14,
76:10, 77:4,
83:12, 83:21,
86:13, 94:17,
95:19, 95:24,
103:19, 104:6,
113:18, 113:22,
116:3, 117:13,

118:19, 126:5,
126:8, 128:15,
129:13, 129:20,
132:19, 133:8,
137:1, 137:15,
137:23, 138:3,
138:24, 139:16,
145:17, 152:8,
152:10, 154:4,
162:6, 165:12,
166:4, 167:4,
167:13, 167:19,
168:2, 173:10
**above**
32:20, 170:4
**accept**
72:20
**access**
29:24, 38:10,
70:18, 152:11,
155:1, 155:3,
155:5
**accessed**
68:12
**accommodate**
9:4
**accomplish**
89:13
**accomplished**
44:9
**according**
81:9, 118:18,
132:15
**account**
69:1, 154:24,
155:1
**accounted**
171:2
**accounts**
10:22
**accurate**
73:24, 97:14
**accurately**
10:3
**acknowledge**
176:3
**acknowledgment**
102:25, 153:2,

176:1
**acp**
42:9
**acronym**
24:12
**across**
33:9, 108:13,
109:14
**act**
18:22, 147:17
**acted**
147:25
**action**
59:16, 142:4,
142:8, 147:14,
165:21, 167:9
**actions**
65:8, 66:1,
112:10
**active**
34:14, 73:18,
118:4, 118:21,
118:24, 119:6
**activities**
65:1, 120:4
**activity**
29:8
**actual**
23:23, 46:10,
56:6, 107:22,
122:17, 147:1,
152:1, 163:2
**actually**
26:21, 27:15,
29:6, 54:6,
58:7, 60:8,
60:21, 66:5,
79:20, 94:20,
119:6, 130:7,
137:8, 149:1,
153:16, 157:24,
158:12, 159:22,
171:21
**add**
64:11
**added**
100:6
**adding**
64:9

**additional**
22:9, 22:21,
76:7, 83:18,
83:19
**address**
42:9, 53:22,
73:8, 73:10,
73:11, 85:18,
87:1, 90:14,
135:21
**adjust**
33:17
**adjusting**
33:4
**administration**
137:23
**administrative**
16:20, 29:14,
34:2
**administrator**
15:18
**adults**
115:10
**advice**
96:6
**affairs**
126:18, 158:22,
166:15
**affect**
31:18, 32:24,
33:15, 35:7,
35:13, 37:24,
63:2, 65:5
**affected**
33:10, 35:1,
83:20
**affidavits**
86:22
**affiliates**
164:15
**affixed**
177:17
**afford**
131:7
**afield**
71:20
**after**
7:3, 14:2,

14:18, 33:25,
37:2, 62:10,
63:7, 76:7,
79:11, 79:12,
130:19, 145:22,
153:24, 164:13
**ag's**
40:2, 140:8
**again**
8:18, 34:6,
34:19, 34:25,
51:15, 63:5,
72:10, 85:2,
88:10, 95:10,
101:25, 102:24,
104:14, 116:21,
119:22, 122:19,
123:22, 128:24,
131:23, 141:11,
144:6, 162:12,
162:24, 163:3,
163:9
**against**
40:4, 140:2
**agencies**
18:22
**agency**
32:3, 32:25
**agent**
36:16, 45:16,
66:12, 85:19,
89:20, 132:14
**agents**
85:20
**aggregate**
163:20
**aggregated**
164:25
**aggrieved**
165:21, 167:9
**agree**
22:25, 84:4,
89:22, 116:18,
118:13, 121:4
**agreed**
133:19
**ah-ha**
95:11

**ahead**
9:11, 30:22,
81:25, 124:23,
152:16, 162:20
**al**
1:7, 1:13
**alex**
7:9
**alexandra**
3:7
**all**
8:1, 8:10,
8:19, 16:6,
18:14, 19:23,
21:4, 21:5,
31:9, 33:9,
33:14, 40:18,
42:8, 46:3,
46:6, 49:2,
51:8, 51:21,
61:24, 62:2,
62:15, 63:17,
75:23, 81:19,
82:2, 82:4,
82:13, 89:11,
89:16, 90:16,
93:18, 96:20,
100:2, 104:2,
113:21, 115:19,
116:7, 121:11,
123:2, 123:6,
123:23, 125:19,
129:13, 131:7,
135:2, 137:4,
142:12, 142:21,
143:3, 151:13,
153:4, 153:6,
153:10, 162:9,
163:15, 167:10,
169:4, 171:24,
172:21, 173:7
**allow**
83:15, 83:16
**allowing**
161:2
**almost**
100:16
**alone**
10:13, 10:15

**along**
22:16, 61:3,
140:4, 142:22,
143:18
**already**
19:5, 22:6,
22:11, 26:2,
26:15, 32:11,
33:3, 44:14,
46:13, 52:6,
58:17, 62:22,
66:10, 85:7,
86:2, 87:16,
88:1, 89:22,
102:23, 107:18,
124:19, 124:22,
130:5, 143:6,
156:22, 157:14
**also**
5:3, 7:10, 8:9,
16:24, 21:14,
28:3, 52:7,
52:12, 61:12,
61:14, 61:20,
71:16, 90:17,
104:3, 125:10,
133:6, 141:2,
149:25, 157:20,
173:15
**alternative**
173:16
**although**
124:20
**always**
65:9
**amber**
92:3, 93:12
**amount**
79:15, 104:24,
131:12
**amy**
1:25, 2:5,
177:3
**analysis**
172:12
**analyst**
15:13, 94:15
**another**
22:1, 22:2,

25:4, 32:3,
32:25, 52:15,
59:13, 84:18,
91:9, 128:15
**answer**
9:6, 9:11,
9:12, 19:14,
30:22, 41:1,
42:21, 44:1,
44:4, 49:21,
62:17, 82:7,
90:24, 98:19,
107:4, 156:8,
156:10, 162:16
**answering**
123:23, 161:7
**answers**
8:5
**anybody**
10:14, 29:16,
51:4, 60:9,
63:12, 122:13
**anybody's**
91:3
**anymore**
44:4, 94:1,
106:6
**anyone**
13:18, 28:11,
126:2, 157:16,
169:16, 169:17,
174:24
**anything**
8:21, 12:19,
13:11, 35:6,
39:22, 41:15,
42:1, 54:16,
85:15, 89:12,
103:3, 114:8,
121:17, 142:8,
148:18, 152:10,
152:13, 152:18,
154:4, 163:12
**anywhere**
144:7
**apart**
154:17, 157:13
**apologies**
140:20, 143:6

app
57:3
appear
58:25, 176:7
appears
100:24, 105:20,
109:3, 141:20
applicable
103:15, 104:5,
105:8, 164:13
applicant
57:13, 66:15,
74:2, 165:12
applicant's
81:4
applicants
128:8
application
35:21, 36:8,
52:6, 53:16,
54:4, 54:8,
57:14, 57:25,
62:4, 65:4,
65:11, 65:20,
70:6, 70:11,
70:20, 71:10,
71:13, 72:12,
74:1, 74:4,
77:8, 77:14,
77:19, 77:24,
79:10, 80:22,
82:21, 84:2,
84:6, 84:8,
84:10, 90:4,
90:5, 95:16,
131:23, 133:21,
133:25, 164:17,
164:18, 164:22,
170:18
applications
10:23, 28:6,
28:21, 29:17,
45:17, 54:12,
54:13, 55:20,
56:14, 57:21,
65:24, 70:24,
74:10, 74:12,
74:14, 75:4,

75:21, 77:12,
77:22, 78:12,
79:6, 80:13,
81:1, 81:5,
81:20, 82:2,
83:3, 83:23,
83:24, 83:25,
88:14, 89:6,
89:24, 91:13,
102:10, 103:14,
103:25, 104:16,
104:21, 107:22,
108:9, 108:16,
111:24, 112:4,
112:8, 112:16,
112:22, 117:25,
122:23, 127:3,
127:11, 128:8,
128:16, 128:22,
129:5, 130:19,
132:12, 133:6,
140:1, 140:12,
140:14, 140:17,
146:10, 146:16,
147:22, 147:23,
148:1, 151:10,
151:17, 161:4,
161:14, 163:14,
164:24, 165:4,
165:11, 165:23,
167:15, 168:18
applied
98:14
applies
91:16, 98:4,
128:5
apply
46:19, 91:12,
103:2, 131:15
appreciate
162:17
apprised
115:3
appropriate
66:22, 73:23,
75:3, 136:6
approve
54:2

apps
35:9, 151:9,
171:1
april
6:14, 91:20,
92:2, 93:12,
159:7, 159:14
area
44:3
aren't
26:2, 104:2
around
133:17, 142:15
arrow
73:18
articulate
62:19
arts
14:5
ashley
5:10
aside
154:3
asked
12:11, 12:16,
12:18, 21:2,
124:19, 167:1,
167:6, 167:20,
167:22, 168:1
asking
8:3, 72:2,
72:6, 77:3,
96:15, 118:19,
138:12, 162:1,
162:5
asks
31:17, 97:8
aspect
154:5
aspects
10:12
assessed
163:21
assigned
20:13, 34:9
assist
17:2, 24:6,
75:17, 89:7,

90:9, 91:6,
91:12, 129:8,
154:3
assistance
17:5, 156:22
assistant
15:19, 94:23
assisted
29:17, 62:10,
63:2, 63:7,
63:19, 64:2,
90:5
assisting
89:21, 155:8
assists
23:10, 64:23
associate's
48:1
associated
81:7
assume
8:24, 12:14,
50:2, 50:9,
68:23, 98:11,
99:12, 121:25,
125:18, 137:20,
144:18, 149:6,
150:23, 165:3,
169:6
assuming
130:25
attached
6:6, 137:10,
164:6, 176:7
attachment
158:13
attachments
159:6
attendance
16:22
attention
63:14
attorney
5:8, 42:5,
42:6, 42:14,
42:17, 105:22,
154:8, 154:13
audibly
8:10

audio
124:7
audios
7:18
authority
164:19
automatically
52:4, 53:7,
54:19, 58:22,
171:22
available
29:15, 40:8,
151:7, 160:17,
171:4
avenue
3:19
avoid
80:20, 81:5
aware
12:9, 16:11,
59:25, 78:10,
85:3, 88:12,
88:21, 89:3,
89:4, 98:7,
99:16, 102:19,
103:6, 103:24,
104:2, 104:4,
108:7, 108:9,
108:24, 108:25,
114:11, 120:2,
120:7, 125:9,
136:6, 136:15,
136:20, 136:24,
138:22, 139:3,
139:8, 139:9,
139:14, 148:10,
154:10, 161:10,
172:16
away
59:7, 59:8,
124:2

**B**

b) (6
71:19
bachelor's
14:4
back
33:22, 36:11,

36:13, 38:19,
76:10, 76:14,
76:24, 87:14,
93:2, 103:5,
107:12, 107:24,
108:3, 113:22,
114:16, 115:7,
123:5, 123:10,
123:15, 123:21,
126:16, 136:4,
149:7, 152:19,
153:8, 153:15,
163:10, 165:16,
165:21
back-side
36:9
background
13:23, 14:2,
47:2, 47:4,
48:23, 48:24,
49:2, 49:7,
49:24, 50:25,
99:4, 169:6,
169:9
bad
127:16, 127:19
ballpark
46:3
ban
138:9
banning
127:1, 127:9,
128:6, 128:20,
129:3, 138:3
bar
49:18
base
173:9
based
35:23, 36:15,
52:5, 58:9,
58:15, 59:23,
86:12, 104:19,
105:7, 105:20,
109:22, 112:19,
117:20, 142:2,
156:15, 167:12,
167:17, 171:15

basically
15:17, 150:15
basis
32:2, 39:5,
42:11, 50:7,
52:3, 60:4,
62:20, 64:7,
109:11, 161:18,
162:24
bates
6:15, 6:22,
6:29, 6:33,
6:37, 91:21,
92:6, 99:21,
100:10, 141:5,
150:2, 158:18
bearing
62:21, 64:5,
64:18
became
15:10, 15:12,
33:19, 33:20
because
15:16, 19:4,
19:15, 23:8,
25:25, 34:3,
43:12, 44:3,
46:10, 47:19,
53:21, 54:18,
55:7, 55:9,
55:15, 61:2,
61:9, 63:16,
64:2, 64:12,
69:3, 70:15,
74:7, 77:25,
79:14, 102:9,
104:21, 105:9,
113:10, 119:4,
120:15, 129:14,
131:11, 134:16,
134:19, 135:4,
144:11, 157:25,
166:8, 174:12
become
31:11, 140:20
becomes
32:22, 34:13
been
7:3, 11:3,

12:6, 12:15,
12:20, 15:4,
16:10, 20:15,
21:13, 34:4,
37:19, 41:25,
42:22, 44:13,
49:16, 52:14,
61:14, 61:18,
63:16, 69:1,
69:10, 73:24,
75:8, 78:18,
79:16, 94:10,
100:5, 101:24,
102:25, 103:24,
107:24, 115:23,
124:19, 125:2,
125:21, 126:21,
132:15, 137:22,
138:2, 138:23,
149:2, 149:3,
151:14, 153:3,
155:8, 162:11,
165:12, 168:9
before
2:5, 7:17,
7:23, 8:6, 9:6,
11:4, 12:4,
14:13, 14:14,
14:18, 14:21,
27:4, 34:17,
36:23, 39:17,
66:18, 66:19,
67:14, 69:8,
74:20, 83:10,
103:24, 112:9,
112:16, 112:22,
119:10, 121:15,
125:21, 125:25,
131:4, 136:1,
156:24, 159:14,
166:9, 169:17,
173:7, 177:4
beginning
99:21, 115:8
begins
101:12
behalf
3:3, 3:15, 4:3,

4:18, 77:8,
77:14, 77:19,
77:24, 88:14,
89:6, 125:8,
127:3, 127:11,
128:17, 139:6
**behind**
51:9, 60:14
**behind-the-scenes**
69:25
**being**
26:2, 34:23,
39:18, 46:14,
50:24, 56:17,
60:11, 64:4,
73:13, 74:24,
75:2, 79:13,
80:6, 104:11,
107:23, 108:17,
120:4, 120:12,
122:21, 124:17,
130:13, 134:14,
146:22, 163:12,
168:14, 169:15
**believe**
11:9, 16:4,
22:23, 27:19,
33:20, 46:15,
47:13, 47:25,
48:14, 49:6,
67:1, 67:17,
73:21, 78:18,
78:23, 79:8,
83:10, 85:13,
93:25, 100:5,
102:9, 112:18,
125:11, 125:24,
126:24, 126:25,
128:6, 128:19,
129:2, 130:17,
133:4, 133:5,
137:10, 138:1,
138:7, 139:2,
144:13, 150:20,
155:4, 155:7,
159:19, 161:15,
167:10, 169:13,
172:9

**below**
97:14
**beneficial**
87:15, 162:4
**benefit**
129:2, 130:18
**besides**
13:10, 26:25
**best**
8:8, 8:18,
76:22, 106:11,
124:11, 124:18,
169:11
**better**
94:23, 131:20
**between**
23:16, 27:19,
46:4, 79:10,
79:23, 92:3,
93:12, 95:19,
96:2, 134:20,
160:22, 169:22
**beyond**
174:13
**big**
33:24, 149:13
**bill**
6:39, 31:13,
31:22, 32:5,
159:25, 160:14,
160:16, 163:20
**bills**
30:14, 30:15,
30:19, 30:20
**bit**
13:21, 13:22,
14:1, 16:1,
32:20, 50:11,
151:20
**blank**
29:1, 29:2,
84:25
**block**
94:15
**blurry**
69:18, 69:20
**boettcher**
3:6, 7:10

**book**
66:18, 79:17,
79:21, 133:15
**both**
22:14, 44:19,
91:10, 111:1,
158:14
**bottom**
93:15, 94:25,
144:5
**box**
55:3, 70:7,
84:21, 142:4,
164:9, 165:20
**boxes**
17:4
**branch**
145:19
**break**
9:2, 9:6,
38:16, 67:25,
75:25, 76:9,
123:4, 123:9,
158:1
**breakdown**
172:7
**breaking**
121:18
**brief**
37:15
**bringing**
11:15
**brings**
169:4
**broad**
4:7
**broader**
44:5
**broadly**
43:2
**broken**
117:10, 121:14
**broward**
74:13
**brown**
92:5, 93:14,
93:21, 94:1,
94:4

**budget**
150:9
**budgets**
149:13, 149:17
**build**
119:4
**building**
142:24
**bulk**
108:15
**bunch**
87:13
**burdensome**
87:25
**bureau**
6:10, 15:4,
15:5, 15:19,
16:10, 16:14,
16:15, 17:10,
17:19, 17:21,
18:2, 18:3,
18:11, 18:19,
19:22, 20:2,
22:21, 23:6,
23:8, 23:19,
27:8, 28:9,
29:10, 30:14,
31:14, 31:17,
33:10, 33:15,
35:2, 38:25,
41:19, 42:15,
42:24, 45:24,
46:4, 47:7,
48:5, 48:17,
48:20, 49:8,
49:12, 49:19,
52:8, 55:18,
58:19, 63:24,
68:2, 68:10,
68:24, 83:24,
94:2, 94:4,
94:18, 94:23,
122:1, 122:7,
122:9, 125:12,
125:19, 149:2,
149:4, 149:7,
150:9, 155:5
**bureau's**
31:19, 37:8

bureaus
16:12, 31:10
business
37:16, 104:7,
174:6
button
56:17
bvrs
21:14, 125:2,
125:5, 127:9,
131:21, 135:6,
142:10, 143:8,
143:9, 146:17,
154:3
byrd
1:10, 4:18

**C**

calendar
164:25
call
45:3, 52:12,
62:3, 153:1
called
124:9
caller
156:20
calling
40:7, 156:21
came
109:14, 111:19
camp
14:16
campaign
3:9, 7:11
can't
17:5, 25:25,
44:1, 45:25,
46:11, 54:15,
54:18, 60:7,
67:12, 74:22,
78:16, 80:4,
88:24, 89:16,
103:22, 110:22,
119:18, 120:15,
127:18, 128:3,
131:12, 157:9
cancellations
52:13

candidates
46:21, 47:1
cannot
9:17, 10:2
canvasser
125:7
canvassers
128:1, 136:23
cap
131:16, 132:5
capacity
1:11, 45:12,
126:13, 129:22
capped
131:5
capture
8:17
card
165:7, 165:8
cards
129:19
carries
73:10
case
1:6, 7:9, 7:14,
11:10, 11:11,
11:13, 11:16,
12:13, 12:17,
13:15, 62:20,
71:18, 101:18,
108:21, 109:5,
109:24, 113:18,
154:7, 154:13,
174:2, 177:13
case-by-case
50:7
cases
21:16, 42:13,
61:10, 154:20
cause
34:1, 165:21,
167:8
cc'd
126:21, 150:11,
150:21, 153:10
cc'ing
92:4, 93:13
ccr
1:25

cell
124:9
center
3:9, 7:11
central
14:6
certain
29:24, 45:13,
48:25, 174:13
certainly
16:11, 18:14,
18:16, 23:24,
25:2, 25:15,
33:13, 35:18,
37:4, 41:2,
83:18, 98:21,
103:25, 120:18,
169:3, 172:9
certificate
58:21, 177:1
certified
2:6, 177:3
certify
177:6
chain
6:15, 91:21,
95:3
change
33:16, 34:1,
36:10, 44:23,
51:12, 51:19,
54:2, 67:3,
78:15, 78:17,
80:15, 86:6,
86:7, 86:25,
87:20, 88:8,
96:4, 115:25,
133:10, 148:20,
167:21, 168:3
changed
15:16, 33:19,
35:4, 51:22,
66:7, 67:6,
78:10, 86:13,
87:6, 88:11,
94:20, 115:19,
115:23, 121:17,
137:3

changes
32:10, 32:15,
33:24, 35:11,
35:16, 35:23,
37:13, 37:20,
37:24, 69:1,
85:14, 87:11,
160:22, 165:18,
166:5, 166:18
characterization
150:18, 151:19
chart
118:22
chat
7:12, 9:19,
92:16, 95:7,
95:10, 100:6,
141:3, 158:11,
158:14, 161:9
check
19:6, 38:7,
38:8, 38:11,
38:12, 112:14,
112:20, 142:4,
150:16, 153:25
checked
142:5
checklist
27:4, 105:22,
106:4, 135:12,
141:14, 141:19,
144:14, 145:21,
152:24
chief
15:19, 20:2,
28:9, 48:5,
94:2, 94:4,
94:23, 122:1,
125:12, 142:10,
143:7, 143:8,
143:9, 155:5
chiefs
68:24, 125:19
choose
34:22, 46:25
choosing
34:24, 90:17
choppy
124:8

chose
172:11
circumstance
98:7, 99:16
circumstances
114:10
cities
52:21
citizen
19:4, 48:13,
161:17, 165:22,
167:9
citizenship
59:24, 77:7,
77:13, 112:14,
136:13, 136:19,
136:22, 137:24
claimed
45:18
claiming
40:10
clarify
80:19
clarifying
164:10
clarity
160:8
classification
60:23
classified
60:21
clear
8:4, 8:13, 89:3
clearly
8:10, 96:9
clerk
18:22, 21:17,
45:2
clerks
61:13
click
95:9
closing
66:18, 79:17,
79:22, 133:15
co-plaintiff
76:6
co-plaintiffs
123:24

code
58:22
colleagues
9:18
collect
91:3, 161:3,
161:13, 163:13,
170:7
collected
36:17, 140:14,
152:10, 164:21,
164:23
collecting
88:13, 89:5,
90:13, 127:2,
127:10, 128:7,
128:15, 165:23,
167:14
collection
36:15, 36:18,
66:14, 66:16,
79:11, 79:12
collective
97:23
collects
81:1, 122:17
college
14:15, 14:17,
14:18
column
165:17
com
4:24, 29:22
come
17:14, 26:11,
26:16, 27:3,
38:19, 40:5,
40:17, 46:23,
61:5, 64:16,
76:14, 107:14,
108:13, 115:7,
123:5, 123:14,
123:15, 139:15,
140:3, 140:11,
140:12, 148:16,
152:19
comes
66:18, 73:13,

108:21, 135:10,
166:24
comfortable
161:6
coming
28:15, 43:18,
62:4, 73:4,
79:18, 139:23
command
125:20
comment
109:2, 109:8,
109:14
comments
97:14, 106:19
commission
177:19
common
30:14
communication
132:18
communications
169:22, 170:2
communities
25:7
compare
106:12
compared
116:12, 119:10
compiling
122:11
complaint
39:20, 140:2,
156:23
complaints
40:4, 40:16,
40:19, 40:23,
42:2
complete
57:25, 73:24,
74:23, 135:11,
176:5
completed
152:25, 156:23
completing
146:15, 156:11
compliance
148:4

complicated
50:23, 61:2,
61:9
comply
37:10, 165:9
computer
9:20, 10:20,
10:23, 53:8,
53:23, 58:21,
100:3
concern
65:10
concerned
129:22, 172:17,
172:18
concerning
44:10
concerns
31:14, 91:7,
95:15, 137:15
conclusion
153:15
conditions
10:5
conduct
157:8
conducted
1:18, 2:1
conducting
41:10, 41:21,
42:18, 104:7,
119:6
confidential
157:22, 158:2
confidentiality
42:9
confirm
38:9, 104:14,
121:4
confirmed
155:6
conflict
98:16, 99:1
confused
44:20
connection
22:4
consequences
105:17, 114:4,

114:9
**consider**
95:20, 101:13
**considered**
95:16, 95:25
**consolidated**
71:18
**constantly**
52:20
**constitutes**
97:10
**consultant**
7:22
**consulted**
136:17, 157:12,
157:17
**consuming**
31:25, 32:8
**contact**
17:8, 41:13,
57:12, 59:20,
85:18, 87:17,
137:21, 147:3,
147:5
**contacted**
42:1, 42:22,
87:23
**contained**
167:11, 172:10
**continue**
86:10
**continues**
44:17, 115:12
**contra**
55:5
**contradicts**
55:6
**contributed**
119:16, 119:23
**control**
161:16
**controlled**
161:17
**conversations**
13:17
**convicted**
45:1, 49:16,
61:14, 61:18

**conviction**
48:25, 49:11,
49:18
**convictions**
18:6, 52:10,
60:25, 61:1
**cool**
15:24
**coordinator**
21:12, 22:2,
107:20, 127:8,
141:21, 143:15,
155:16, 155:20,
156:3, 162:8
**copied**
114:17
**copper**
3:7, 7:10
**copy**
30:7, 90:15
**copying**
165:2, 165:3
**cord**
1:10, 4:18
**correct**
18:10, 19:21,
22:7, 22:8,
38:1, 39:11,
44:19, 50:17,
50:18, 54:6,
54:9, 56:21,
57:20, 67:8,
68:14, 70:2,
72:1, 72:19,
74:25, 85:6,
87:18, 89:24,
90:22, 96:16,
101:1, 101:2,
101:5, 101:6,
105:24, 109:25,
111:12, 111:13,
111:20, 112:1,
113:7, 113:8,
115:13, 115:15,
117:12, 133:16,
136:4, 138:18,
145:2, 168:6,
176:5, 177:7

**correction**
54:1, 54:3,
57:3
**corrections**
61:7, 176:6
**correctly**
94:9, 97:15,
148:25, 159:8,
165:14
**correctness**
117:13
**correspondence**
151:14
**cotton**
21:8, 21:12
**could**
8:15, 17:14,
17:16, 26:14,
31:24, 31:25,
33:15, 37:24,
38:8, 38:12,
49:12, 71:11,
74:7, 80:11,
82:19, 82:20,
83:1, 83:4,
83:6, 83:19,
88:10, 90:1,
90:9, 90:12,
90:17, 90:22,
95:7, 101:21,
102:13, 109:19,
119:25, 140:16,
152:11, 173:14,
174:11, 174:17
**couldn't**
53:20, 116:17,
120:23, 157:4
**counsel**
9:9, 11:22,
12:25, 13:8,
13:9, 13:10,
39:16, 50:4,
62:12, 62:19,
67:19, 71:16,
99:13, 106:24,
113:13, 116:2,
123:8, 124:14,
133:18, 135:6,

140:8, 141:12,
143:24, 150:10,
153:17, 154:22,
156:6, 157:20,
160:2, 161:21,
162:17, 177:12
**counsel's**
67:18, 109:3,
109:15, 110:5,
110:13, 136:3,
136:9
**counselor**
14:10, 14:16
**count**
46:2, 80:5
**counties**
50:19, 52:21,
81:2, 81:19,
82:4, 134:21
**country**
100:22, 101:9,
103:10, 103:17,
113:5
**county**
22:16, 45:3,
51:2, 51:5,
51:13, 51:20,
51:23, 52:23,
53:15, 54:1,
54:9, 54:24,
56:9, 56:13,
56:20, 57:16,
58:9, 59:9,
62:7, 66:22,
71:10, 71:12,
72:13, 72:19,
72:21, 73:14,
73:23, 74:1,
74:2, 74:11,
74:13, 74:15,
74:25, 75:3,
75:9, 75:19,
75:20, 75:22,
80:22, 81:4,
81:10, 81:11,
81:20, 84:1,
84:7, 84:21,
84:24, 92:8,

93:17, 103:8,
111:23, 133:6,
133:16, 133:21,
133:25, 134:1,
136:6, 145:18,
156:16
**county's**
81:3
**couple**
76:4, 92:7,
155:2
**course**
17:9, 32:21,
33:23, 34:21,
36:19, 37:16,
52:9, 56:25,
65:15, 173:12
**court**
1:1, 2:6, 8:15,
12:4, 18:23,
21:17, 45:2,
140:22, 173:24,
174:8, 177:3
**courts**
61:13
**cover**
23:17, 132:11
**covid**
142:16, 142:19
**created**
86:22, 134:20,
166:24
**creates**
58:22
**creating**
33:5, 45:2,
165:1
**creation**
67:6, 67:14
**crimes**
27:5, 35:20,
36:2, 39:2,
39:4, 39:12,
40:1, 40:15,
41:4, 41:9,
41:18, 49:1,
67:1, 67:15,
84:13, 110:14,

135:13, 135:24,
136:1, 140:5,
140:7, 142:25,
143:1, 143:21,
143:25, 144:4,
147:2, 147:14,
153:14, 153:20,
154:9, 154:11,
154:14, 154:16,
154:18
**criminal**
45:21, 48:21,
77:17, 77:23,
112:20
**crisscross**
81:18
**curious**
33:9
**current**
16:2, 16:18,
19:25, 34:17,
42:7, 70:20,
106:13, 115:6,
143:7, 143:9
**currently**
17:22, 19:13,
20:3, 20:13,
20:22, 20:24,
23:4, 23:7,
43:11, 48:19,
50:2, 59:25,
60:13, 114:15,
134:25, 137:5,
142:23, 155:2,
167:23
**cut**
162:19
**cutouts**
123:12
**cycle**
35:5, 85:5,
87:8, 87:25,
164:14

## D

**d**
160:24
**d) (2**
160:24

**dade**
74:11
**daily**
28:17, 28:19,
29:5, 29:11,
39:5, 52:2,
52:7, 151:8,
171:2
**data**
6:26, 53:16,
54:8, 117:5,
117:9, 121:9,
121:20, 170:6
**database**
29:14, 32:11,
34:3, 34:7,
37:9, 37:19,
57:9, 70:22,
151:4, 151:5,
171:4
**date**
18:13, 32:22,
35:17, 36:16,
36:18, 36:19,
59:14, 66:14,
66:15, 66:16,
86:11, 87:9,
95:21, 95:23,
95:24, 96:2,
96:4, 137:22,
138:2, 138:23,
145:7, 176:12
**dated**
68:11, 100:25,
145:9, 145:17
**dates**
27:18, 146:2
**david**
54:7, 57:5,
57:7
**davis**
5:10
**day**
28:20, 29:6,
29:9, 75:9,
79:11, 79:12,
79:23, 100:23,
101:9, 103:10,

103:17, 104:23,
113:6, 177:18
**days**
66:19, 78:12,
78:18, 78:20,
79:7, 80:10,
83:8, 83:11,
83:14, 83:16,
83:18, 83:19,
85:14, 86:6,
87:20, 88:9,
130:19, 164:20,
174:6
**deadline**
33:2, 79:5,
79:17, 79:22,
82:19, 83:1,
83:5, 83:8
**deadlines**
78:11, 103:15
**deal**
31:9, 83:16
**dealing**
39:16, 107:13
**deals**
43:13, 73:3,
108:4
**death**
58:20, 58:21,
61:8
**decades**
168:25
**deceased**
43:15, 52:7,
58:18
**december**
177:19
**decide**
50:5, 50:6,
73:14, 84:15,
110:6
**decided**
34:18, 110:19,
110:24
**decides**
110:16
**deciding**
114:24, 115:18

**decision**
98:22, 99:8,
110:11
**decision-making**
61:3, 61:5,
111:4, 114:20,
115:22
**decisions**
120:8
**declinations**
60:9
**declined**
19:3, 60:7
**decrease**
119:16, 119:24
**defendant**
4:18
**defendants**
1:14
**degree**
14:4, 48:1
**delay**
133:15
**delayed**
75:1, 82:14,
124:7
**delays**
82:19, 82:20,
83:2
**deliver**
65:23, 78:11,
80:22, 81:12,
81:14, 81:17,
82:9, 103:14,
104:16
**delivered**
79:10, 79:13,
95:17, 95:20,
96:4, 102:10,
104:22, 112:15
**delivering**
90:5, 112:21
**delivers**
73:25, 74:10,
133:24
**delivery**
82:3, 83:2,
83:17, 130:18,

133:5, 156:16,
174:5, 174:25
**delving**
22:14
**democracy**
26:8, 121:6
**demonstrated**
161:24
**demonstrates**
166:14
**demos**
4:6, 173:2
**department**
5:11, 31:21,
37:18, 41:14,
53:10, 57:10,
60:2, 61:6,
67:21, 73:5,
100:22, 105:21,
111:23, 113:5,
126:18, 126:19,
150:17, 152:19,
153:8, 154:19,
158:23, 162:12,
164:18, 166:15,
166:16, 166:20
**depending**
17:17, 65:18,
75:12
**depends**
47:8, 58:14,
75:4, 76:2,
146:8
**deponent**
176:1
**deposed**
11:3, 11:12
**deposit**
150:15
**deposited**
153:25
**deposition**
1:17, 2:1,
7:24, 10:13,
12:24, 13:11,
13:19, 20:4,
24:9, 111:15,
133:19, 141:13,

162:5, 173:11,
177:5
**deposits**
153:10
**deputy**
144:2
**describe**
106:8, 114:10
**described**
86:4
**description**
93:10, 164:9
**descriptions**
18:15
**designate**
157:21, 158:2
**designated**
52:22
**desire**
129:21
**desk**
108:13, 110:10
**detail**
98:12
**details**
16:13, 129:13
**deter**
90:10, 90:17,
132:20
**determination**
39:13
**determine**
136:18, 148:8
**determining**
50:21
**deterred**
90:22
**deterrent**
131:14, 131:17,
131:24, 133:7,
134:3
**detzner**
101:3
**deviate**
98:8, 99:9
**deviates**
99:17
**device**
11:1

**dies**
63:20
**differ**
106:10
**difference**
79:9, 79:22,
96:2, 169:5
**different**
27:11, 40:18,
44:21, 46:24,
58:4, 58:6,
68:23, 71:10,
72:13, 73:4,
81:2, 94:17,
106:5, 130:4,
130:5, 131:1,
141:15, 142:24
**difficult**
81:21, 82:4
**diploma**
47:12, 47:25
**direct**
20:9, 20:11,
20:13, 20:21,
21:5, 35:22,
40:7, 44:2,
47:23, 118:6
**directed**
44:24, 107:18
**directly**
39:24, 57:13,
75:3, 90:19,
122:20, 139:23,
140:12, 140:14,
146:17, 156:15
**director**
31:15, 50:3,
68:24, 99:12,
106:16, 122:1,
125:18, 126:5,
137:20, 143:19,
155:7, 155:10,
158:22
**director's**
23:10, 149:1,
149:10, 155:13
**disagree**
135:1, 159:15,

162:3
**discern**
96:2
**discovered**
132:13
**discovery**
12:11
**discretion**
135:14, 135:18,
142:4
**discuss**
20:4, 38:13
**discussed**
13:2, 74:20,
134:3, 141:12,
157:14, 159:21
**discussions**
37:15
**disputes**
16:23
**disrupting**
95:19
**district**
1:1, 1:2
**divide**
22:15
**divided**
18:3
**division**
1:3, 11:17,
11:24, 12:11,
13:23, 14:13,
14:14, 14:21,
14:24, 15:2,
16:7, 16:8,
16:9, 27:13,
31:23, 32:17,
41:14, 41:20,
43:1, 48:9,
67:19, 68:12,
68:20, 71:22,
78:6, 78:21,
85:12, 93:22,
94:8, 94:16,
96:7, 96:15,
97:19, 97:24,
98:8, 98:16,
98:23, 99:7,

99:8, 99:17,
106:16, 108:10,
115:1, 121:18,
121:22, 122:10,
122:14
**divisions**
33:9
**dmv**
19:9, 25:10,
75:8
**document**
92:5, 92:9,
92:15, 92:19,
93:10, 95:1,
95:10, 95:13,
96:24, 100:3,
100:14, 100:19,
112:25, 121:8,
141:8, 142:12,
145:9, 145:20,
150:6, 161:22,
162:1, 166:2,
167:23, 173:14,
173:21
**documents**
6:21, 6:28,
9:15, 9:19,
10:16, 12:12,
12:17, 13:14,
38:7, 51:8,
99:23, 100:10,
141:5
**doe**
106:24, 143:19
**doing**
23:23, 37:4,
38:15, 48:23,
75:25, 78:24,
132:14, 132:22
**done**
7:15, 51:13,
51:20, 59:11,
69:14, 92:12,
92:18, 95:5,
96:20, 96:22,
97:3, 100:19,
106:24, 111:9,
113:2, 117:18,

122:13, 142:9,
174:12
**dos**
141:19
**down**
30:11, 40:11,
55:11, 69:6,
92:21, 93:1,
94:25, 117:10,
121:8, 133:21,
140:19, 145:10,
146:4, 146:20,
163:15
**downloaded**
95:7
**downsides**
80:1
**drafting**
157:13
**drive**
81:1
**driver**
57:8
**driver's**
19:1, 19:2,
53:11, 53:20,
55:2, 55:5,
56:5, 57:9,
60:5, 60:17,
73:9, 90:14,
165:6
**drives**
119:7
**dropping**
7:11
**drops**
74:9
**ds-de**
85:16, 146:5
**due**
67:3
**duly**
7:3
**during**
14:15, 14:17,
93:23, 142:16,
142:19, 148:23,
157:12, 157:17

**duties**
16:19, 19:10,
21:9, 21:23,
26:24

**E**

**e-mail**
6:15, 6:37,
10:22, 17:3,
21:15, 22:19,
27:23, 29:20,
29:24, 33:13,
37:23, 38:2,
91:20, 92:2,
93:3, 93:11,
94:11, 95:2,
95:4, 95:15,
96:14, 97:2,
97:8, 97:11,
97:18, 97:20,
111:11, 111:14,
111:17, 111:22,
125:11, 125:16,
126:1, 126:21,
137:12, 137:13,
142:10, 154:24,
155:1, 157:13,
158:18, 158:21,
159:21, 164:6,
166:13, 167:3,
167:8, 167:11,
167:13, 173:9,
173:17
**e-mails**
12:21, 27:24,
87:13, 92:7,
93:16, 94:5,
111:19
**each**
8:7, 26:6,
28:25, 31:17,
81:3, 152:2,
153:23, 164:18
**earlier**
9:14, 23:16,
37:22, 43:6,
68:13, 76:6,
82:16, 82:17,

83:12, 83:21,
85:3, 111:15,
125:1, 133:8,
133:19, 135:22,
141:12, 142:3,
149:12, 167:3,
170:5, 171:14
**easier**
173:16
**easily**
173:17
**education**
14:5, 14:7
**educational**
14:2
**effect**
31:23, 32:6,
37:2, 106:1,
115:16, 119:19,
119:21, 131:17,
131:24, 133:7,
134:3
**effective**
16:4, 32:22,
35:17, 116:9,
116:11, 116:14,
117:1, 117:2,
118:14, 118:18,
130:13
**effectively**
32:4, 33:2
**efforts**
152:9
**eight**
46:16
**either**
24:5, 28:6,
60:4, 61:6,
66:16, 94:1,
108:13, 109:19,
135:6, 139:23
**ekonor@demos**
4:10
**election**
27:5, 30:19,
30:20, 33:25,
34:25, 35:5,
35:20, 36:2,

39:2, 39:3,
39:12, 40:1,
40:15, 41:3,
41:9, 41:18,
67:1, 67:14,
75:16, 84:13,
85:5, 87:8,
87:25, 110:14,
134:24, 135:13,
135:24, 136:1,
140:5, 140:7,
142:24, 143:1,
143:21, 143:25,
144:4, 147:2,
147:13, 153:14,
153:20, 154:9,
154:11, 154:14,
154:16, 154:18,
164:14
**elections**
11:18, 12:12,
13:24, 14:21,
15:2, 17:1,
25:13, 26:7,
28:17, 28:19,
29:4, 30:16,
31:8, 31:14,
35:10, 39:21,
39:25, 41:21,
43:1, 43:5,
43:7, 43:10,
44:24, 45:8,
45:13, 48:3,
48:9, 51:3,
51:23, 52:24,
56:21, 57:17,
57:18, 58:10,
59:4, 59:9,
59:21, 63:25,
65:17, 67:20,
68:12, 68:18,
68:21, 69:10,
70:4, 70:10,
70:16, 70:23,
71:3, 71:12,
71:17, 71:23,
72:11, 74:3,
74:11, 75:13,

78:21, 79:19,
80:8, 80:12,
80:17, 85:12,
90:20, 92:8,
93:17, 93:23,
93:24, 94:8,
94:16, 96:7,
96:15, 97:19,
98:17, 99:7,
103:9, 104:22,
106:17, 108:11,
111:23, 112:3,
112:7, 112:14,
112:20, 115:1,
121:18, 121:22,
122:11, 122:25,
139:17, 139:25,
140:6, 140:10,
146:12, 148:16,
168:19, 170:17
**electronic**
45:5, 60:14,
75:7
**electronically**
44:13, 57:1,
59:3, 61:6,
62:2, 73:7,
152:1
**elias**
3:18
**eligibility**
44:11, 163:2
**eligible**
64:6, 172:19
**ellen**
3:6, 7:10
**else**
13:7, 13:11,
13:18, 21:2,
23:5, 23:8,
95:2, 125:16,
126:8, 144:7,
157:16, 174:24
**emily**
5:7
**employed**
93:22, 177:13
**employee**
11:11, 11:15,

21:18
**employees**
33:17
**employment**
11:24, 49:18,
158:5, 158:7
**encountered**
125:6
**encouragement**
133:13
**encouraging**
115:10
**end**
69:20, 81:8,
93:2, 101:7,
113:15, 132:3
**ends**
168:14
**enforce**
138:24
**enforcement**
137:24
**english**
14:5
**enormous**
75:15
**enough**
12:1, 38:14,
47:21, 59:2,
69:5, 76:13
**ensure**
87:9
**ensures**
86:9
**entails**
94:19
**enter**
170:18
**entered**
74:24, 122:21,
170:17
**entering**
54:24
**entire**
158:3, 161:8
**entities**
40:18
**entitled**
68:10

entity
78:5
entry
53:16, 54:8,
56:22
environment
47:15
equivalent
27:16, 47:12,
48:2
errata
176:7
erroneous
54:21
error
53:16, 54:8,
54:23, 56:7,
56:16
errors
54:13, 54:17,
55:19, 55:20,
55:24, 56:9,
56:12, 57:20,
83:22
especially
50:24, 54:17,
57:23, 89:17
esq
3:5, 3:6, 3:7,
3:8, 3:16, 3:17,
4:5, 4:12, 4:19,
5:4, 5:6, 5:7,
5:10
essentially
94:22
estee
4:5, 173:1
estimate
174:11
et
1:6, 1:13
even
44:1, 44:4,
60:7, 65:21,
69:3, 80:10,
83:19, 88:24,
97:20, 102:19,
104:10, 105:12,

135:21, 142:16
ever
11:3, 12:6,
42:13, 45:7,
57:12, 59:14,
62:8, 63:6,
63:25, 64:10,
77:6, 77:12,
77:17, 77:22,
84:22, 125:5,
126:17, 126:21,
142:7, 154:6,
154:12, 156:13,
159:17, 166:8
every
15:6, 28:20,
29:6, 29:9,
52:17, 67:11,
85:5, 87:7,
87:25, 88:5,
88:8, 89:7,
90:9, 91:6,
122:15, 122:16,
135:5, 135:9,
146:21, 147:5,
151:3, 170:23,
171:14
everybody
25:9, 25:15,
123:10
everyone
7:18
everything
8:17, 18:15,
22:15, 69:16,
92:13, 152:7,
154:11
everything's
47:4, 62:1
exact
18:13, 27:18,
149:17
exactly
27:21, 118:2
examination
6:2, 7:5, 124:4
examined
176:3

examiner
22:2, 61:24
example
65:4, 87:11,
96:19, 106:12,
148:5
examples
152:21
exceeds
149:16
except
119:13
exceptions
164:15
exchange
94:12, 133:18
exhibit
6:8, 6:10,
6:14, 6:20,
6:26, 6:27,
6:32, 6:37,
6:39, 6:40,
30:1, 30:4,
67:23, 68:2,
68:6, 75:24,
91:18, 91:20,
99:21, 100:9,
117:5, 117:8,
140:21, 140:23,
141:2, 141:4,
146:20, 149:18,
149:21, 149:22,
149:24, 150:1,
158:13, 158:17,
158:18, 159:24,
159:25, 160:3,
160:5, 160:10,
160:11, 164:5
exhibits
7:12, 9:15,
171:13
exist
55:16
existed
136:2
existing
26:15, 51:13
exists
33:14, 141:16

expect
91:2, 103:3,
153:19
expected
84:18
experience
14:20, 16:6,
19:15, 25:24,
30:13, 47:14,
48:2, 71:22,
104:1, 129:20,
131:2, 131:21,
132:7, 169:1,
169:14
experienced
40:12, 82:14,
129:14
expert
147:20
expertise
99:5
expiration
164:12
expires
177:19
explain
50:24, 94:24,
147:24, 151:19
explaining
125:11, 132:16,
148:6
extent
132:18
extra
47:3, 88:5

F

fact
62:21
factor
74:8
factors
120:1
failing
103:11, 103:13,
104:15, 104:17,
105:2, 105:6,
114:4

**fair**
12:1, 38:14,
47:21, 69:5,
139:15, 148:1,
148:17, 150:18,
151:18, 168:5
**familia**
152:8
**familiar**
16:7, 31:2,
31:11, 81:7,
88:20, 89:10,
117:14, 124:20
**far**
35:3, 41:2,
42:16, 51:6,
57:22, 59:12,
59:25, 69:24,
71:20, 72:17,
78:1, 79:13,
84:12, 92:23,
107:13, 107:21,
118:3, 119:5,
128:4, 129:6,
129:21, 130:14,
143:5, 153:14,
164:2
**farther**
93:5
**fat**
56:16
**fax**
22:18, 28:3,
28:11, 28:16
**fdle**
61:6, 61:16
**fear**
120:4
**february**
68:11, 145:9,
145:17
**fed**
58:23
**federal**
29:1, 61:21
**federation**
4:4, 173:3,
174:9

**fee**
150:14
**feed**
123:11
**feedback**
123:12
**feel**
25:1, 25:16,
30:15, 40:11,
59:2, 161:6,
163:15
**felon**
18:5, 45:1,
165:22, 167:14
**felon-related**
43:20, 43:21,
44:10
**felonies**
49:4
**felons**
86:23
**felony**
48:25, 49:3,
49:7, 49:10,
49:17, 52:10,
60:25, 61:1,
61:10, 165:1
**few**
17:13, 67:23,
94:21, 95:3,
111:8
**fewer**
116:18, 116:22,
116:23, 119:9,
120:24
**field**
48:3
**fields**
89:11, 89:16
**figure**
62:24, 63:1,
124:12
**file**
62:6, 62:7,
137:12, 151:12,
151:21
**filed**
159:11

**files**
18:23, 18:24,
52:9, 152:1
**fill**
40:7, 47:2,
57:25, 88:10
**filled**
20:14, 20:22,
20:25, 21:25,
46:6, 46:8,
46:12, 46:14,
57:4, 65:10,
84:7, 165:12
**filling**
46:17, 56:18,
83:22, 146:13
**fills**
146:7
**final**
39:13, 114:15,
174:10, 174:12
**financial**
32:8, 150:9,
154:5, 177:14
**financially**
31:21
**find**
53:13, 53:25,
55:4, 55:5,
60:16, 61:4,
173:17
**fine**
68:1, 81:6,
101:10, 101:17,
101:22, 102:4,
102:7, 102:12,
102:15, 103:3,
104:11, 104:14,
104:24, 105:2,
105:18, 109:5,
109:21, 109:24,
110:7, 110:12,
110:17, 110:25,
114:8, 114:12,
114:25, 131:9,
131:22, 132:5,
133:9, 133:10,
150:14, 160:7,

163:20, 165:23,
167:19, 174:22,
174:25
**fine's**
109:20
**fined**
84:8, 105:11,
120:5, 134:2,
134:10, 134:14
**fines**
80:20, 81:5,
103:20, 105:6,
105:8, 105:12,
115:18, 115:25,
130:18, 130:24,
132:20, 133:5,
136:8, 151:18,
153:10, 164:23,
164:25
**fingering**
56:17
**finish**
8:6
**finished**
160:25
**firmly**
161:23
**first**
26:7, 28:5,
40:11, 44:17,
46:19, 78:1,
85:22, 93:2,
93:9, 97:1,
100:18, 101:7,
104:20, 141:23,
145:8, 159:10,
160:16, 165:25
**first-time**
26:13, 118:5
**firsthand**
168:16
**fix**
57:13
**floor**
4:7, 4:14
**florida**
1:2, 1:6, 1:13,
5:8, 14:6,

24:20, 30:8,
32:3, 50:13,
50:16, 52:15,
52:18, 52:24,
61:23, 64:25,
70:12, 70:24,
72:14, 73:9,
96:16, 100:22,
103:11, 105:24,
113:5, 117:22,
118:10, 120:3,
149:15, 151:16,
158:22, 164:12,
165:6, 169:23,
170:2, 174:2

**florida's**
50:12

**floridasenate**
160:18

**floridians**
26:5, 120:24

**flowchart**
73:19

**fluctuated**
130:25

**focused**
22:22

**folder**
151:15, 152:11

**folks**
142:13

**follow**
44:18, 98:17,
129:16, 129:24,
168:14

**follow-up**
69:9, 106:23,
107:8, 165:18,
166:19

**follow-ups**
126:5

**followed**
84:5, 126:13

**following**
84:9, 84:13,
115:14, 115:15,
124:21

**follows**
7:4, 70:19

**foregoing**
176:4, 177:5,
177:6

**forgot**
149:19

**formal**
37:14, 137:22,
138:2

**formatting**
35:20

**forms**
29:1, 29:2,
31:24, 46:24,
86:21, 116:12,
151:13, 153:5

**forward**
33:23, 113:12,
135:12, 135:15,
135:17, 147:6

**forwarded**
17:3, 135:23,
136:2, 136:9

**found**
12:20

**four**
20:20, 46:13,
46:16, 55:2,
171:22

**frame**
75:21, 80:2

**frames**
33:19

**free**
163:15

**friday**
1:19

**front**
10:17, 33:21,
35:21, 36:8,
36:13, 36:20,
36:21, 66:12,
66:13

**full**
7:19, 15:10,
90:8, 91:5, 97:1

**function**
31:19, 169:11

**functions**
29:23, 31:10

**funding**
32:14, 32:16,
131:3, 149:16

**further**
39:7, 58:24,
59:16, 75:2,
76:2, 104:7,
133:3, 133:15,
142:5, 147:14

**furthered**
127:1, 128:20

**future**
132:23

**fvrs**
70:18, 70:24,
71:14

**G**

**galindo**
4:12, 173:2

**gears**
13:21, 42:4,
50:11

**ged**
47:12, 47:25

**general**
5:8, 13:9,
33:25, 36:5,
39:16, 42:5,
42:6, 42:14,
42:17, 50:4,
67:17, 67:19,
70:1, 99:13,
104:1, 105:23,
106:24, 109:2,
109:15, 110:5,
110:13, 113:13,
135:6, 136:2,
136:9, 140:7,
143:23, 150:10,
153:17, 154:21

**general's**
154:8

**generally**
54:25, 69:9,
76:18, 140:3,
142:14

**generate**
171:12

**generated**
122:14, 171:22

**genevieve**
5:4

**getting**
31:7, 60:1,
62:16, 71:19,
74:21, 74:25,
123:11, 133:16,
172:18

**gina**
20:3, 143:9

**give**
31:18, 83:14,
91:1, 97:2,
111:8, 113:1,
117:16, 152:21,
159:22, 167:20,
167:22, 174:11

**given**
16:6, 17:1,
20:18, 22:3,
62:22, 82:16,
82:18, 83:1,
104:11, 153:16,
171:9, 176:6

**gives**
65:23, 98:12

**giving**
153:14

**glanced**
31:6

**glancing**
163:8

**go**
7:24, 9:6,
9:11, 10:11,
17:16, 17:18,
25:11, 30:22,
34:23, 40:17,
52:13, 53:12,
76:13, 76:25,
80:16, 81:3,
81:25, 97:13,
98:1, 104:6,
119:18, 124:23,
144:9, 145:8,
145:10, 146:4,

152:16, 162:19,
173:13, 173:23

**goes**
16:11, 41:4,
59:6, 59:8,
61:25, 91:10,
104:2, 122:18,
143:20, 143:23,
143:24, 144:7,
161:8, 174:13

**going**
7:23, 8:3,
8:12, 10:11,
30:11, 33:23,
34:22, 55:12,
56:8, 62:12,
65:9, 65:12,
65:14, 69:6,
71:16, 74:20,
75:1, 75:10,
75:16, 76:1,
77:3, 92:9,
96:23, 100:1,
103:5, 105:19,
111:5, 112:11,
116:3, 123:23,
124:12, 124:23,
135:17, 140:19,
140:20, 141:10,
142:22, 145:8,
146:4, 149:18,
152:17, 157:20,
158:1, 158:12,
158:14, 158:15,
160:19, 160:23,
161:16, 161:21,
162:19, 163:9,
163:19, 164:4,
164:8

**gone**
66:10, 102:21

**gonna**
114:2

**good**
7:7, 16:15,
47:4, 121:6,
127:12, 127:19

**gotten**
60:4, 155:5

**gov**
160:18

**government**
61:21

**governor**
169:23, 170:2

**grant**
23:15, 129:12

**granting**
164:18

**great**
11:3, 123:17,
136:7, 162:21,
173:7, 173:22

**ground**
7:24

**group**
3:18, 24:6

**groups**
76:6, 123:5,
172:24

**guess**
39:22, 45:18,
106:9

**guidance**
14:9, 97:9,
97:10

**guidelines**
115:14, 115:15

## H

**hand**
81:17, 82:3,
82:8, 177:17

**hand-delivered**
28:7, 28:23,
45:17

**handed**
39:19, 39:23

**handing**
39:8

**handle**
17:6, 17:11,
22:24, 39:7,
43:25, 161:3,
161:13, 163:13

**handled**
57:16, 122:6,

122:8

**handles**
21:14, 40:19,
40:23

**handling**
41:2, 41:6,
41:8, 127:2,
127:10, 128:7,
128:16

**hands**
144:24

**handwriting**
54:23, 56:18

**handwritten**
143:3

**handy**
173:17

**happen**
54:11, 55:8,
70:1, 87:22,
114:2, 148:19

**happened**
40:12, 49:25,
50:1, 75:19,
107:24, 113:21,
134:16, 137:8

**happening**
133:3

**happens**
59:6, 61:3,
122:15, 153:24

**happy**
8:23, 9:3,
161:10, 163:14

**harassment**
91:7

**hard**
50:24, 53:24,
74:6

**haymarket**
4:22

**head**
8:11, 15:4,
20:17, 27:19,
30:25, 45:25,
47:18, 48:9,
88:25

**header**
165:18

**hear**
124:6, 157:4,
157:24

**heard**
113:22, 129:20

**hearing**
95:20, 124:11

**held**
15:6, 38:22,
77:1, 99:5,
123:20

**help**
21:15, 23:24,
25:14, 25:15,
40:18, 42:11,
44:8, 89:19,
129:17, 130:3,
130:7, 133:13,
169:10

**helped**
43:15, 65:2,
74:5, 170:24

**helpful**
168:25

**helping**
90:16

**helps**
123:11

**here**
61:19, 95:2,
96:6, 96:10,
96:20, 97:21,
98:4, 100:1,
104:3, 106:10,
106:20, 124:17,
128:11, 128:14,
146:11, 146:15,
147:3, 158:9,
161:9, 161:18,
163:3, 163:12,
163:21, 167:17,
169:5

**here's**
153:3

**hereby**
176:2, 177:6

**hereunto**
177:16

hi
124:6
high
14:2, 47:11,
47:24
higher
31:16, 99:6
highly
117:2
highway
4:21, 53:10,
57:10, 60:2,
73:6
hire
49:7, 75:15
hired
48:25
hiring
47:19, 48:22,
133:1
hispanic
4:3, 173:3,
174:9
history
14:12, 45:21,
51:9, 77:17,
77:23, 112:21,
152:4
hits
14:11
hold
47:7, 48:13,
48:20, 49:12,
120:8
holtzman
4:20
home
14:11, 90:13
honestly
148:14
hope
115:11
hopefully
32:13
hopping
133:17
hotline
17:5, 156:22

hour
76:18
hours
13:6, 76:4
house
50:25
however
52:21, 101:13
hr
47:1
hudson
4:14
human
54:23, 56:16
hundred
49:5, 144:17
hypothetical
74:6, 75:12

**I**

id
55:8, 57:24,
60:5, 60:6,
60:18, 90:1,
153:4
idea
22:5, 127:12,
127:15, 127:16
ideal
33:5
ideas
37:17
identification
30:2, 68:4,
91:23, 100:13,
117:6, 141:7,
150:4, 158:20,
160:1, 160:12,
165:7
identified
94:14
identify
58:12, 89:19
identifying
64:22, 165:5
ids
52:5
ii
7:22, 15:11,

27:15, 45:12
iii
15:12, 16:3,
27:15, 45:12
iiis
15:22, 21:5,
21:6, 21:22
image
90:2
imagine
24:16
imaltzin
111:11
immigration
60:20
impact
83:2, 120:10,
127:20, 127:24,
127:25, 167:4,
167:24
impacts
125:12, 173:12
impair
10:5, 10:9
implement
33:1, 138:25
implementing
77:5, 136:13,
138:9, 138:21
implications
65:1
import
72:20
important
24:19, 25:6
inactive
34:13, 34:15
inbox
21:15, 22:19,
27:24, 29:20,
107:21, 111:14,
111:20
inc
1:6
include
74:12, 166:3
included
109:20, 126:22

includes
25:15
including
11:1
incoming
22:17
incomp
21:16, 52:11
incomplete
58:1
increase
133:12
increased
131:16
increasing
130:18, 131:9,
132:20, 133:5,
164:22, 165:23,
167:19
indian
145:18
indicate
162:14
indicated
97:12, 108:17,
162:7
indicating
103:9
individual
24:6, 75:6,
78:2, 106:22
individuals
107:7, 108:8,
108:21
ineligibility
17:23, 17:25,
18:4, 18:8,
19:11, 52:9,
161:19, 162:24
inform
146:21
informal
137:23, 138:3
information
18:25, 25:22,
26:10, 29:11,
32:3, 36:7,
36:13, 36:14,

36:15, 39:7,
39:8, 39:9,
39:18, 49:23,
51:6, 52:6,
53:8, 53:11,
54:6, 54:22,
54:24, 55:15,
56:1, 56:13,
57:8, 60:12,
60:15, 64:20,
64:22, 70:21,
73:23, 79:20,
85:11, 85:17,
85:18, 85:21,
85:25, 86:10,
87:2, 87:17,
88:2, 88:17,
91:1, 91:3,
91:9, 102:23,
103:8, 122:12,
122:17, 128:21,
129:4, 129:10,
137:19, 138:4,
138:17, 139:12,
148:7, 151:6,
152:12, 152:14,
152:20, 153:11,
153:21, 162:10,
165:5, 165:12,
167:13, 167:18,
170:7, 171:19,
172:5
**information's**
78:4
**initial**
28:1, 153:1
**initially**
145:23
**initials**
36:17, 66:13
**input**
29:13, 51:12,
51:18, 51:22,
70:11, 70:23,
71:13, 72:4,
72:8, 72:14,
72:18, 74:16,
79:14, 79:20,

126:6, 167:2
**inputted**
171:19
**inquire**
45:14
**inquiries**
17:1, 43:14,
60:19
**inquiring**
96:12
**insight**
119:13, 168:23
**insights**
168:25
**instance**
74:9, 146:18,
154:12, 170:21,
171:16
**instances**
65:15, 154:6
**instead**
33:5, 104:12,
121:10, 133:17,
154:8, 154:14
**instruct**
56:20, 56:21
**instructions**
137:23, 138:3,
138:24
**instructs**
9:11
**integrity**
131:10
**intentional**
148:9
**interest**
126:25, 128:13,
128:19, 177:14
**interests**
127:6, 128:25
**interface**
70:15, 70:17,
70:18, 73:1
**interfaces**
51:3
**internal**
6:32, 21:18,
27:4, 41:25,

105:21, 106:4,
132:25, 135:12,
141:13, 141:19,
142:11, 144:10,
144:14, 145:20,
150:1, 150:8,
150:22, 152:24
**internally**
73:2
**interoffice**
40:14
**interofficed**
143:2
**interpret**
40:10, 109:12,
109:16, 136:18
**interpretation**
96:16
**interpreted**
169:8
**interview**
46:23
**introduced**
125:23
**introduction**
157:18
**invalid**
59:5, 59:10,
59:15
**investigate**
106:25
**investigated**
146:22
**investigating**
45:4, 77:11,
77:21
**investigation**
39:19, 78:3,
84:14
**investigations**
41:11, 41:22,
42:19, 115:4,
139:3, 139:9,
147:1
**involved**
12:15, 23:25,
32:24, 37:1,
37:3, 61:2,

68:17, 78:23,
115:21, 137:9,
142:18, 148:24,
154:22, 168:9
**involvement**
58:6, 138:22,
166:9, 166:10
**involves**
61:9, 61:23,
122:4, 139:11,
139:25
**involving**
139:16
**issue**
17:10, 62:13,
89:19, 108:7,
108:10, 125:6,
134:23
**issued**
101:17, 109:4,
109:24, 113:4,
114:12, 116:1
**issues**
23:5, 23:18,
43:16, 62:22,
82:17, 139:16
**items**
66:8, 105:9,
153:23
**iteration**
159:20
**itself**
18:3, 161:22

**J**

**janet**
126:9, 126:16
**january**
1:19, 145:4,
177:18
**jcycon@holtzmanv-ogel**
4:24
**jefferson**
75:19
**jennifer**
21:7, 21:11,
22:6, 22:11,

23:1, 23:20,
23:22, 27:15,
155:3, 155:8,
155:10, 155:12,
155:15, 155:17,
155:22
**jennifer's**
156:2
**jessica**
23:12, 23:23,
155:13
**job**
1:22, 7:20,
17:9, 32:4,
33:6, 110:22,
129:22, 148:8
**jobs**
14:15, 46:20
**john**
4:19, 4:21,
9:3, 38:5,
149:23, 157:24,
173:14
**joining**
14:13, 14:14,
14:21
**july**
119:21, 141:20,
145:1
**june**
16:4, 37:1,
113:6

**K**

**katherine**
158:24
**keep**
67:12, 76:1,
131:12, 151:3
**ken**
101:3
**kept**
115:3
**kind**
7:25, 14:15,
15:6, 15:18,
15:20, 28:24,
29:25, 31:15,

37:16, 42:11,
43:12, 43:21,
43:25, 53:12,
59:10, 59:11,
61:4, 66:9,
70:19, 75:17,
85:10, 85:17,
117:3, 131:5,
132:16, 142:22,
152:14, 153:15,
153:21
**kinds**
30:14, 83:21,
86:17, 152:20,
169:10
**knew**
95:6
**knowledge**
44:5, 71:20,
77:6, 77:16,
104:25, 110:19,
110:21, 110:24,
111:4, 112:13,
116:4, 116:6,
144:16, 157:1,
161:25, 162:10,
168:16
**knows**
89:23
**konor**
4:5, 173:1,
174:8, 174:17,
174:21

**L**

**label**
152:3
**lack**
59:5, 94:23,
131:19
**language**
14:5, 30:12,
31:16
**large**
75:14
**larger**
75:22, 131:2,
149:13

**last**
18:16, 51:16,
55:2, 61:14,
113:9, 118:7
**lastly**
9:22
**late**
65:19, 77:12,
77:13, 77:22,
77:23, 131:13,
132:17, 148:1,
156:16, 164:23
**later**
49:25, 50:1,
59:14
**latest**
86:11
**latinojustice**
4:13
**laudable**
115:11
**lauren**
3:8
**law**
3:18, 3:23,
34:17, 44:23,
64:25, 80:16,
80:19, 81:9,
87:11, 87:20,
88:2, 96:16,
129:6, 130:2,
130:14, 134:15,
134:25, 135:5,
136:5, 137:3,
137:16, 138:12,
138:15, 146:23,
148:21, 163:24,
165:9, 167:21,
168:13, 168:15,
169:7
**laws**
96:21, 103:2,
104:5, 137:1,
148:16, 168:23
**lawsuit**
12:7
**lawyers**
7:13

**leading**
161:23
**league**
1:5, 3:3, 7:8,
120:2, 120:11,
120:21
**learn**
13:22, 139:16
**least**
76:4, 107:12,
134:23
**leave**
16:23, 76:13,
84:24
**leaves**
110:10
**leaving**
55:25
**led**
121:18
**leeway**
62:23
**left**
70:3, 93:24
**legal**
3:9, 7:11,
32:2, 53:19,
56:6, 64:21,
99:3, 106:20,
147:19, 169:6
**legislation**
62:22, 67:11
**legislative**
126:18, 131:1,
158:22, 166:15
**legislators**
78:17
**legislature**
20:19, 21:20,
32:15, 32:18,
125:23, 126:2,
126:23, 166:4,
169:18
**legislature's**
30:8
**length**
30:25
**less**
31:25

**let's**
38:13, 43:4,
46:12, 76:24,
131:5, 158:16,
160:9
**letter**
6:20, 6:27,
100:9, 100:21,
101:13, 101:21,
102:6, 102:14,
102:25, 103:6,
104:9, 105:1,
109:4, 109:20,
109:22, 110:3,
110:6, 110:12,
110:17, 110:25,
113:4, 113:14,
113:19, 113:23,
114:11, 114:19,
114:25, 137:7,
137:10, 141:4,
144:9, 144:12,
145:10, 145:12,
145:17, 145:22,
153:2
**letters**
114:17, 132:11,
144:16
**letting**
52:17
**level**
15:14, 32:21,
48:24, 49:2,
51:2, 51:5,
51:7, 51:11,
51:14, 51:18,
51:20, 51:23,
54:9, 56:10,
99:13, 143:13,
143:22
**levels**
106:5
**liability**
103:20
**liable**
101:9, 102:3,
102:7, 102:11,
104:10, 104:15,

104:23
**library**
25:12
**license**
19:1, 19:2,
25:11, 53:11,
53:21, 55:2,
55:6, 56:5,
57:9, 60:5,
60:6, 60:18,
73:9, 90:14,
165:6
**lie**
162:18
**lieu**
109:21, 114:12
**likely**
113:14, 113:19,
115:19
**limits**
65:16
**lin**
23:12, 155:8,
155:12, 155:13
**line**
28:3, 28:11,
84:25, 129:1,
160:19, 165:25
**lines**
22:16, 30:25
**linked**
171:5
**list**
46:1, 50:17,
50:20, 50:21,
51:22, 52:1,
58:3, 58:13,
59:18, 59:23,
62:9
**listed**
84:1, 150:12
**literally**
70:21
**litigation**
62:14, 124:16
**little**
13:21, 13:22,
14:1, 16:1,

32:20, 33:4,
44:20, 50:11,
69:17, 69:18,
69:20, 124:7,
134:17, 135:20,
151:20, 157:25
**live**
74:13, 81:2,
84:17, 84:19,
134:1
**lives**
72:13
**local**
43:10
**locally**
72:18
**locate**
173:21
**location**
118:10
**log**
123:10, 123:14
**long**
13:5, 16:1,
20:15, 30:14,
30:19, 76:12,
76:17, 144:24,
149:9, 174:11
**longer**
79:18, 115:3,
120:11, 120:22,
143:23, 156:3
**look**
30:9, 32:6,
37:13, 44:8,
46:1, 49:23,
53:13, 58:6,
59:13, 68:13,
77:25, 93:10,
93:18, 106:6,
106:7, 109:6,
117:11, 121:12,
137:6, 144:5,
164:7, 173:13
**looked**
89:1, 135:21
**looking**
33:18, 44:25,

63:11, 93:6,
95:12, 107:16,
109:2
**looks**
31:8, 70:2,
70:4, 70:15,
72:23, 73:1,
88:25, 111:11,
111:22, 113:4,
117:14, 117:15
**lot**
15:23, 30:15,
31:8, 33:2,
37:5, 43:11,
43:14, 54:25,
55:8, 55:19,
55:24, 61:1,
61:3, 61:8,
62:23, 75:15,
92:20, 94:17,
99:25, 123:11
**lots**
71:22
**louise**
92:7, 93:16
**louise's**
97:10, 97:13
**lower**
15:14
**lower-level**
17:24, 46:15
**lowest**
47:11
**lunch**
67:25, 75:25,
76:9, 76:13,
76:19, 77:1

**M**

**madam**
140:22, 173:24,
174:8
**made**
78:14, 110:13,
113:18, 131:23,
132:21
**madrigal**
92:4, 93:14,

93:21
**maf**
1:7
**mail**
22:18, 28:6,
28:22, 40:13,
80:5, 80:6,
80:7, 81:11,
81:15, 81:17,
82:9, 82:10,
82:13, 82:14,
82:18, 82:25,
83:17, 87:14,
118:17, 118:19,
137:13, 165:10
**mailing**
80:4, 140:17
**main**
51:7
**maintain**
50:19, 51:25,
170:6
**maintained**
172:2, 172:3
**maintains**
50:16
**make**
8:19, 8:25,
9:7, 19:5, 32:9,
32:10, 34:11,
37:19, 39:13,
44:16, 44:18,
46:22, 82:20,
83:23, 98:21,
99:8, 128:8,
129:17, 129:24,
130:13, 134:7,
134:9, 152:24,
160:4, 160:5,
160:9, 166:5
**makeba**
3:16, 124:14,
172:23
**makes**
73:18, 79:18,
131:9, 131:19
**making**
31:25, 32:15,

58:8, 96:12,
130:6, 166:11,
168:9, 168:13
**management**
7:22, 15:13,
94:15
**mandates**
32:18
**manner**
75:11
**manual**
60:13, 62:3
**manually**
61:21
**many**
11:6, 13:3,
14:17, 15:1,
17:20, 20:8,
20:11, 26:12,
29:16, 45:23,
46:8, 46:11,
75:4, 116:2,
119:8, 120:16,
148:15, 149:15,
156:24, 170:23
**map**
135:22
**march**
6:14, 91:20,
92:2, 93:11
**marconnet**
92:3, 93:12,
94:14, 97:8,
97:17
**maria**
92:3, 93:13,
106:18
**mark**
55:3, 96:9,
140:24, 158:16,
159:23
**marked**
30:1, 30:4,
68:3, 68:5,
91:18, 91:22,
95:22, 99:21,
100:12, 117:6,
117:8, 141:2,

141:7, 142:7,
149:21, 149:24,
150:3, 158:19,
160:1, 160:11
**marshall**
4:21
**maryland**
2:7, 177:24
**massachusetts**
3:19
**match**
43:23, 45:3,
45:6, 53:9,
53:25, 56:8,
58:25, 59:2,
59:5, 64:21
**matched**
53:20
**matches**
43:16, 45:3,
52:7, 53:24,
54:7, 58:19,
58:23, 59:1,
59:15, 60:17,
61:7, 61:8,
61:9, 61:15
**matching**
53:8, 60:14,
74:22
**matter**
11:24, 65:13,
158:5, 158:7
**matters**
19:23
**matthews**
31:15, 92:3,
93:13, 97:9,
106:18, 106:19,
107:3, 122:1,
125:18, 126:5,
137:20, 155:7,
155:11
**maximum**
164:24
**maybe**
32:1, 33:4,
43:22, 44:14,
53:16, 53:17,

53:25, 61:19,
67:24, 122:2,
123:9, 129:11,
132:13, 132:17,
132:25, 133:12
**mcgirr**
92:7, 93:16
**mcleod**
20:3, 20:5,
143:10
**mcnalis**
5:4
**mean**
11:23, 18:1,
18:24, 24:11,
31:5, 31:22,
31:24, 31:25,
35:13, 36:12,
38:10, 41:6,
41:14, 46:5,
47:10, 50:10,
56:3, 58:17,
62:13, 62:15,
62:20, 62:23,
64:7, 76:18,
81:15, 84:16,
86:15, 86:17,
90:25, 93:5,
104:9, 106:11,
108:2, 109:9,
119:25, 127:23,
128:3, 146:2,
151:20, 152:15,
154:21, 155:12,
170:19, 172:9
**meaning**
9:23
**means**
33:3, 97:23,
97:25, 130:5,
146:16, 147:16,
149:6, 165:3
**meant**
109:13
**mechanism**
142:11
**medications**
10:8

meet
12:24, 13:3,
46:22, 46:25,
76:10, 76:20,
76:24
meeting
13:10
meetings
37:12, 37:14
members
45:23, 104:1,
126:22
memo
150:19
memorandum
6:33, 150:2,
150:8, 150:22
memory
10:6, 10:9
mental
21:16, 52:11
mention
161:2, 167:8
mentioned
9:14, 29:20,
36:1, 37:8,
39:1, 43:5,
82:16, 82:17,
82:25, 85:3,
124:14, 125:10,
149:12, 154:23,
167:3, 173:10,
173:11
message
12:19
messages
11:1
messaging
10:23
method
64:7, 64:17,
117:10, 118:10
methods
25:20, 120:19
mi
152:8
miami
14:10, 74:11,

100:22, 101:8,
103:9, 103:17,
113:5
miami-dade
74:15, 75:18,
103:8, 111:23
michael
3:5, 7:8
mid-level
15:21
middle
14:9, 119:19,
157:5
might
32:24, 35:6,
40:4, 44:21,
53:17, 58:5,
76:3, 82:4,
83:23, 91:6,
91:8, 105:5,
115:23, 124:21,
130:12, 132:24,
141:14, 167:24
mind
126:15
minimum
46:22, 46:25,
47:6, 47:10,
47:16, 47:22,
48:4, 48:8
minute
69:13, 100:17
minutes
38:19, 76:11,
76:12, 95:3,
111:8
minutiae
104:2
miranda
4:12, 173:2
misconduct
156:14, 157:2,
157:6, 157:9
misdemeanor
49:1
misinputting
56:13
missing
57:23, 57:24

mission
130:12
mistake
131:23, 132:22,
134:11, 135:16
mistakes
132:8
misuse
139:11
modrow
126:9
molina
111:12
mom
14:9
monday
174:18, 174:20
money
129:12, 154:2
monitor
17:4, 28:4
monitored
27:23
monitoring
16:21
monroe
74:13
month
61:14, 122:15,
122:16, 122:22,
171:15
monthly
45:1, 60:3,
61:13, 171:12,
171:20, 171:21
months
47:13, 144:20,
145:22
moot
117:3
more
11:20, 13:22,
28:18, 29:21,
32:4, 33:20,
34:22, 35:7,
35:18, 36:1,
36:3, 36:4,
37:5, 40:3,

42:8, 43:1,
43:13, 43:22,
44:12, 46:16,
47:9, 55:25,
58:16, 59:5,
60:13, 61:1,
61:9, 76:5,
83:14, 83:16,
98:12, 116:25,
117:1, 118:17,
118:20, 118:23,
119:1, 130:3,
131:18, 131:19,
140:20, 151:20,
161:6, 173:9,
173:17
morley
1:17, 2:1, 6:2,
7:2, 7:7, 7:21,
30:5, 30:23,
38:15, 38:24,
41:1, 42:21,
49:21, 62:17,
63:6, 68:7,
71:21, 72:10,
75:24, 77:3,
82:1, 90:24,
91:24, 98:20,
100:1, 100:15,
111:6, 113:1,
116:8, 123:3,
123:22, 124:6,
173:6, 173:10,
173:16, 173:20,
176:2
morning
7:7
morse
5:6
mortega@campaign-
legal
3:13
most
28:14, 36:20,
73:7, 104:1,
113:14, 113:19,
134:18, 142:20
mostly
28:14

motor
53:10, 57:11,
60:3, 73:6
mouth
141:11
mouthful
24:15, 130:22
move
91:17, 99:20
moved
52:15, 52:25
mrutahindurwa@el-
ias
3:23
much
15:17, 28:12,
35:7, 39:3,
42:5, 75:2,
76:2, 79:18,
87:10, 89:1,
123:18, 124:17,
172:21
multiple
61:10
must
113:12, 164:22
mute
7:18
myflorida
29:22
myself
23:7, 47:20,
68:16, 78:16,
78:24, 92:24,
93:6, 95:8,
95:20, 98:22,
107:20, 137:9

**N**

naacp
3:15, 71:18,
124:15, 145:19,
151:16
name
7:7, 7:19,
21:2, 53:19,
56:6, 64:21,
88:22, 89:18,

90:8, 90:13,
91:5, 91:6,
141:21, 146:14
name's
124:14
names
20:22, 53:22,
89:7
national
18:21
naturalization
19:8
near
79:21
necessarily
35:7, 54:21,
132:4
necessary
37:20, 87:8,
165:9
need
9:2, 22:20,
23:24, 32:1,
38:7, 40:10,
44:9, 44:15,
55:7, 57:2,
59:14, 76:17,
80:16, 93:1,
130:16, 174:16
needed
34:1, 148:20
needs
122:15, 129:10
negative
32:5
negatively
31:20, 83:2
neither
177:12
never
68:15, 70:15,
129:14, 131:23
new
4:8, 4:15,
19:2, 21:19,
31:13, 34:19,
34:21, 43:17,
52:3, 53:4,

68:17, 69:23,
70:24, 71:13,
72:1, 72:14,
80:19, 86:21,
87:17, 118:4,
118:9, 118:16,
119:13, 120:17,
133:11, 134:19,
137:16, 143:14,
155:5, 171:12,
171:16, 171:18
newly
172:7
next
10:11, 34:25,
101:12, 144:8,
165:17
nickname
53:18
nobody
23:7, 48:24
nod
8:11
noes
8:13
non
86:23, 147:22
non-citizen
18:23, 18:24,
22:2, 60:11,
60:22, 125:6,
165:22, 167:14
non-citizens
21:13, 48:17,
86:23, 127:1,
127:9, 128:6,
128:15, 139:5,
161:3, 161:11,
161:12, 163:12
noncompliance
99:25, 135:11,
141:24, 142:3,
144:21, 145:24,
146:22, 147:6,
147:24, 153:5,
154:7, 156:15
noncompliant
147:12

none
55:4
nonimmigrant
60:11, 60:22
nonregistered
106:22, 107:7,
108:8, 108:21
noon
67:22
northern
1:2
nos
6:15, 6:22,
6:29, 6:33,
91:21, 100:10,
141:5, 150:2
notarial
177:17
notary
2:6, 177:2,
177:4, 177:23
notation
135:20
notes
134:18, 165:18,
166:19
nothing
11:25, 95:1,
162:25, 163:3,
166:8
nothing's
74:20, 88:11
notice
39:17
noticed
35:11, 35:16
notices
67:18
notifications
67:2
notified
67:13
notifies
66:24
notify
59:18, 66:5
november
118:10

**nowhere**
79:21
**number**
8:3, 15:3,
17:1, 30:25,
34:10, 34:21,
36:20, 36:21,
46:11, 52:2,
54:20, 55:11,
66:11, 90:15,
117:2, 118:3,
118:8, 164:20,
165:7, 165:8,
171:1, 171:9
**numbers**
117:17, 151:10
**nw**
3:10, 3:19

**O**

**o'donnell**
3:17
**oak**
171:18
**oath**
9:23
**objection**
130:10, 158:8
**objections**
162:4, 162:13
**obligation**
9:24, 9:25
**obviously**
33:16, 134:14,
154:21
**occasionally**
28:13
**occupants**
21:24
**oecs**
135:6, 135:17,
139:5, 139:11,
144:15, 147:6
**offenders**
61:17
**offense**
131:19, 165:3
**offer**
47:5, 130:4

**offers**
25:3
**office's**
43:4, 53:2,
77:4, 148:8
**officer**
177:4
**officers**
85:19
**offices**
45:14, 70:5,
136:18, 154:19
**official**
1:11, 134:24
**offline**
38:13
**often**
54:11
**oftentimes**
61:10
**oh**
26:19, 93:8,
100:7
**okaloosa**
92:8, 93:17
**okay**
7:16, 8:2,
9:13, 9:21,
10:11, 12:23,
13:25, 24:11,
30:7, 30:11,
38:18, 38:20,
50:15, 54:11,
66:23, 68:1,
69:15, 69:16,
69:21, 70:3,
76:8, 76:10,
76:16, 76:20,
76:23, 87:2,
92:17, 93:4,
95:11, 95:14,
96:25, 97:7,
100:16, 100:20,
111:10, 113:3,
117:7, 117:19,
118:12, 121:8,
123:7, 123:13,
124:1, 124:6,

124:9, 124:13,
124:25, 125:1,
136:7, 143:22,
146:14, 152:6,
152:17, 153:9,
153:24, 157:9,
158:8, 158:11,
159:22, 161:1,
166:10, 166:18,
168:1, 170:22,
171:8, 172:1,
174:17, 174:23
**old**
61:11, 142:14
**once**
11:7, 21:25,
114:19, 142:25,
144:23
**one**
9:18, 17:13,
17:18, 20:6,
22:23, 23:16,
23:17, 25:19,
25:23, 30:16,
33:23, 44:14,
44:16, 44:17,
46:17, 52:13,
55:4, 67:22,
73:22, 89:20,
91:16, 93:7,
95:6, 99:5,
108:17, 109:19,
114:17, 116:10,
116:25, 128:10,
128:12, 128:14,
135:22, 136:15,
137:7, 148:15,
152:2, 153:16,
153:20, 155:24,
157:10, 170:21,
171:13, 171:23,
173:9
**ones**
44:21, 53:6,
54:16, 54:17,
54:18, 66:5,
79:14, 132:4,
133:20, 134:16,

137:4
**ongoing**
52:10
**online**
25:12, 75:6,
171:5, 171:14
**only**
9:4, 20:6,
20:14, 23:1,
23:2, 25:2,
29:7, 29:24,
49:3, 53:6,
54:18, 57:1,
60:1, 80:3,
90:13, 104:11,
117:24, 126:7,
156:19, 161:18
**open**
9:20, 10:20,
10:23, 92:15,
93:6, 95:10,
100:3, 100:14,
155:25
**operating**
22:18
**operations**
7:21
**opinion**
24:18, 31:18,
37:23, 84:16,
89:2, 89:12,
90:7, 91:2,
91:4, 116:8,
116:13, 119:10,
120:13, 125:15,
127:7, 128:12,
128:14, 129:2,
129:9, 130:1,
130:9, 130:17,
131:15, 133:4,
134:21, 167:7,
167:22, 169:14
**opinions**
33:14, 169:4,
169:5
**opportunities**
26:3
**opportunity**
25:4, 25:10,

121:2, 130:4,
158:1
**opposed**
79:11
**ops**
15:9
**options**
121:2
**order**
8:4, 32:4,
32:14, 113:21,
136:18, 152:3,
153:11
**org**
3:13, 4:10
**organization**
24:5, 26:4,
26:12, 85:23,
86:1, 87:12,
101:23, 101:24,
102:1, 102:2,
102:18, 103:13,
103:23, 113:11,
132:21, 132:24,
137:11, 150:14,
150:17, 151:4,
151:22, 152:4,
152:9, 152:10,
164:11
**organizations**
18:21, 19:19,
24:10, 34:15,
70:7, 102:20,
108:5, 117:1,
117:3, 119:2,
129:16, 130:21,
131:2, 131:8,
160:21, 163:11,
164:8, 170:13
**organized**
152:1
**original**
152:22, 159:18,
163:20
**ortega**
3:5, 6:3, 7:6,
7:8, 7:17, 12:1,
12:3, 33:7,

37:7, 38:5,
38:8, 38:12,
38:14, 38:21,
38:23, 40:22,
42:3, 49:14,
55:17, 56:2,
57:6, 62:24,
63:4, 71:5,
71:21, 72:6,
72:9, 73:16,
76:24, 77:2,
100:7, 104:8,
108:1, 110:4,
116:7, 122:5,
123:2, 123:13,
123:19, 123:21,
124:2, 172:23,
173:7, 173:22,
174:3, 174:4,
174:7, 175:2
**other**
7:14, 8:7,
10:19, 16:12,
17:15, 17:19,
17:20, 19:16,
20:15, 20:18,
23:2, 23:7,
25:23, 26:24,
39:18, 44:7,
46:20, 52:20,
53:1, 61:18,
67:23, 74:7,
74:22, 75:5,
76:5, 78:5,
91:16, 98:7,
99:16, 109:19,
116:11, 116:12,
116:25, 118:22,
120:19, 121:1,
123:5, 128:10,
128:12, 136:16,
136:17, 139:20,
148:15, 154:18,
157:10, 165:8,
172:24
**otherwise**
8:24, 17:6,
24:24, 25:19,

58:1, 63:15,
177:14
**ourselves**
172:18
**out**
12:20, 22:18,
23:24, 29:25,
37:16, 39:17,
40:8, 41:10,
41:12, 41:19,
42:18, 43:19,
47:2, 56:19,
57:4, 57:19,
57:24, 57:25,
62:24, 63:1,
65:10, 67:2,
67:18, 83:22,
84:7, 87:11,
87:21, 88:10,
91:1, 106:21,
107:7, 108:20,
113:24, 120:4,
121:15, 121:19,
124:12, 130:5,
136:25, 137:8,
144:24, 146:7,
146:13, 147:10,
148:16, 149:2,
149:3, 165:13
**out-of-state**
73:8, 73:10
**outcome**
115:4, 177:15
**outreach**
43:11, 137:4,
137:6
**outright**
96:8
**outside**
12:19, 13:8,
65:22, 102:10,
104:23
**over**
7:24, 8:7,
15:20, 16:2,
17:22, 17:25,
18:7, 19:13,
21:15, 31:6,

43:12, 62:25,
66:10, 82:2,
123:24, 130:24,
144:20, 145:22,
152:15
**overarching**
30:16, 31:4
**oversee**
18:17, 18:19
**overview**
68:11
**owe**
101:21, 102:15
**own**
24:2, 44:25,
45:2, 50:19,
123:25, 140:18,
152:3

| P |
| --- |

**page**
6:2, 28:24,
69:7, 95:12,
95:14, 96:23,
97:1, 97:4,
97:6, 101:7,
103:5, 104:21,
105:19, 111:5,
111:6, 112:25,
118:7, 121:9,
145:8, 145:11,
146:4, 160:19,
163:9, 163:10,
163:19, 171:24,
172:1
**pages**
1:23, 100:18,
109:23
**pandemic**
142:17
**papers**
10:16
**paperwork**
47:3
**paragraph**
101:8, 101:12,
103:6, 104:20,
113:10, 115:9

**pardon**
49:11, 49:25,
134:8
**pardoned**
49:17
**parentheses**
109:5
**parole**
61:19
**part**
12:23, 24:1,
31:7, 48:22,
114:16, 114:20,
114:23, 130:8,
136:5, 145:19,
148:8, 151:21,
160:3, 160:4,
162:7, 162:11
**partial**
53:22
**participants**
131:1
**participating**
26:7, 121:5
**particular**
31:15, 33:11,
75:9, 103:23,
144:6
**particularly**
25:5
**parties**
25:14, 28:1,
32:23, 33:24,
65:23, 71:17,
75:6, 107:13,
118:23, 132:10,
177:13
**party**
12:6, 28:22,
28:25, 29:3,
37:1, 39:21,
45:15, 63:15,
64:5, 65:9,
65:13, 66:1,
75:5, 78:24,
90:18, 96:3,
103:1, 107:17,
129:8, 129:10,

129:23, 129:25,
130:15, 134:5,
140:2, 142:18,
148:24, 150:13,
151:12, 153:12,
155:9, 164:16,
169:15, 170:16,
170:20, 171:2
**party's**
36:14, 120:8,
130:12, 150:24,
151:1
**pass**
27:5, 28:8,
41:3, 47:3,
140:4, 143:18
**passage**
125:22, 157:18
**passed**
125:25, 126:1,
139:19, 139:21,
142:14, 163:24
**passing**
35:19, 39:6
**past**
20:19, 30:17,
30:18, 37:5,
110:10
**pay**
63:13
**pdf**
158:15
**penalized**
65:25, 112:10
**penalties**
66:2, 91:12
**pending**
9:5, 73:22
**people**
17:13, 17:15,
22:24, 23:17,
23:21, 24:7,
24:23, 29:24,
44:11, 46:19,
52:14, 55:1,
55:21, 57:19,
58:2, 60:4,
60:25, 61:13,

61:22, 63:17,
73:7, 81:1,
83:22, 88:13,
89:4, 89:5,
90:10, 90:16,
91:12, 116:18,
116:22, 120:19,
128:4, 130:3,
130:6, 131:13,
142:19, 172:19
**people's**
83:5
**percent**
49:5, 144:17
**perfect**
100:17
**perfectly**
131:25
**period**
93:23, 102:11,
104:23
**periodically**
86:9
**person**
17:18, 19:2,
19:22, 23:2,
23:9, 23:11,
27:7, 28:5,
40:11, 43:6,
43:9, 43:24,
49:10, 49:16,
52:18, 56:18,
59:1, 60:16,
63:20, 64:19,
65:2, 65:18,
74:5, 78:2,
79:16, 80:17,
84:7, 84:9,
84:18, 88:18,
89:21, 90:9,
91:7, 91:9,
95:21, 112:10,
112:15, 112:21,
122:20, 126:7,
129:13, 141:23,
146:15, 171:7
**person's**
89:18

**personal**
71:20, 84:16,
116:4, 134:21,
138:4, 138:17,
161:24, 165:5
**personally**
41:13, 42:22,
157:12, 170:1
**perspective**
72:3, 72:4,
80:2, 80:3
**pertaining**
164:19
**peter**
159:3
**ph**
23:12
**phone**
11:1, 46:1,
124:10, 140:19,
141:10
**phrase**
143:16
**physical**
22:17
**physically**
22:17, 41:7
**pick**
35:6
**picture**
88:24
**pinpoint**
119:11
**place**
41:17, 58:22,
73:2, 78:1,
108:19, 113:25,
133:14, 143:11
**placed**
149:7
**plaintiff**
3:3, 3:15, 4:3,
172:24
**plaintiffs**
1:8, 7:14,
124:16, 173:3,
174:9
**planning**
150:9

play
24:18
please
7:19, 8:5, 8:9,
8:13, 8:16,
8:22, 9:11,
62:17, 100:17,
101:13, 174:4
plus
75:12
point
17:8, 43:6,
43:9, 58:7,
62:3, 63:10,
67:12, 78:23,
117:4, 131:9,
134:24, 137:21,
162:19, 174:13
points
96:11
policies
137:2, 138:24
policy
49:8, 108:19,
108:25
political
164:16
popped
92:25
populations
25:16, 26:2
portion
26:1, 81:8,
105:10, 158:4,
158:6
position
15:6, 15:20,
16:2, 17:23,
18:15, 22:9,
46:20, 47:5,
47:7, 47:8,
47:11, 47:17,
48:13, 48:20,
49:12, 72:5,
94:10, 94:22,
107:13, 107:25,
108:3, 108:4,
115:6, 115:24

positioned
25:18
positions
15:1, 15:8,
20:12, 20:15,
21:19, 21:21,
21:25, 22:3,
27:22, 46:5,
46:7, 46:8,
46:15, 46:18,
94:18, 114:25,
155:24
positive
23:14, 31:23
positively
31:20
possible
33:2, 45:4,
82:3, 84:23,
85:2, 87:10,
87:24, 90:7,
90:21, 91:4,
105:2, 119:15,
119:23, 119:25,
120:25, 121:3,
169:11
possibly
26:10, 122:1
posted
171:14
posting
122:8
postmarked
96:5
potential
39:10, 53:9,
83:17, 88:15,
103:20, 105:22,
106:2, 108:12
practices
133:1, 133:2
pre-registered
118:9
predators
61:17
preference
160:6
preparation
12:23

prepare
13:11
present
5:3, 121:11
presentation
68:9, 68:15,
68:25, 69:4
presumably
75:22
presume
102:21
pretty
71:20
prevent
74:21, 133:2,
133:15
previous
11:14, 27:12,
42:8, 52:16,
78:19, 94:2,
118:24, 119:3,
122:22, 148:5,
159:21
previously
83:8, 140:3,
153:6
primarily
23:22
primary
42:10, 65:10
prior
14:20, 77:5,
77:11, 77:16,
77:21, 78:18,
85:7, 134:4,
161:14
prldef
4:13
probably
28:16, 63:16,
76:8, 76:22,
96:11, 119:1,
154:22
problem
57:13, 152:23,
174:23
procedure
31:20, 153:13

procedures
132:25, 167:25
proceed
131:6, 135:25
proceedings
177:8
process
18:14, 24:7,
27:2, 34:23,
41:17, 41:25,
43:22, 44:12,
44:15, 46:14,
46:17, 48:23,
50:12, 52:7,
52:10, 52:12,
53:2, 56:22,
58:2, 58:11,
59:22, 60:13,
60:24, 61:2,
61:21, 61:23,
63:1, 69:22,
71:24, 72:1,
72:13, 72:22,
72:23, 73:17,
75:1, 75:10,
75:20, 105:10,
110:22, 111:4,
112:7, 114:16,
114:21, 114:23,
115:17, 115:22,
116:6, 125:25,
128:9, 162:8
processed
26:14, 65:12,
65:14, 65:21,
74:16, 74:19,
111:24
processes
58:6, 63:1,
70:1, 72:7,
73:1, 74:4,
75:17, 78:9
processing
23:23, 66:6,
112:16, 112:22
produce
12:12, 12:17,
173:18

produced
23:18, 38:2,
38:6, 99:23,
106:14
produces
171:12
production
173:13
productions
38:11
program
32:11, 33:3,
33:5, 42:10
programs
18:7, 18:9,
18:18, 19:20
progressively
15:7
prohibiting
165:22, 167:13
prohibits
138:16
project
32:13
prolongs
79:15
promoted
15:15
prompt
54:9
proper
153:12
properly
103:12, 103:18
proposed
6:39, 159:25,
160:14, 160:15,
160:22
prosecutions
139:4, 139:10
provide
32:16, 55:8,
55:15, 56:4,
88:14, 88:18,
88:22, 89:7,
90:8, 91:5,
91:9, 120:12,
120:22, 162:3,

164:17, 165:10,
167:2, 168:1,
168:23
provided
18:25, 29:2,
52:5, 64:20,
102:23, 104:5,
145:13, 153:7
provides
32:2
providing
56:6, 88:1,
164:12, 164:15,
164:24
provision
137:24, 138:15,
138:21, 138:25
public
2:7, 104:1,
177:2, 177:4,
177:23
publicly
29:15, 151:7,
171:4
publishing
121:20
pull
117:7
pulled
122:20
punctuation
96:10
purely
144:10
purpose
129:7, 129:23,
129:25, 130:8
pursuant
2:5
pursue
84:15
pursuit
115:11
put
9:22, 33:21,
35:21, 36:19,
40:11, 54:6,
55:11, 57:4,

62:6, 78:16,
84:8, 95:21,
109:5, 135:19,
135:22, 140:19,
141:10, 148:7,
151:6, 151:10,
158:11, 158:14,
168:14, 169:7,
171:3, 172:11
putting
9:19, 36:9,
55:25, 165:21

**Q**

qualification
48:15
qualifications
46:23, 47:6,
47:17, 47:22,
48:4, 48:8
question
8:23, 8:25,
9:5, 9:6, 9:12,
17:10, 17:17,
45:7, 50:23,
63:5, 64:9,
96:6, 96:8,
96:9, 98:19,
107:4, 107:19,
116:3, 144:8,
147:9, 157:5
questioned
107:15
questioning
96:19, 129:1,
142:23
questions
7:15, 8:4,
8:10, 9:10,
10:12, 17:2,
19:15, 28:3,
41:15, 43:20,
43:21, 44:10,
45:20, 67:23,
72:2, 75:23,
76:5, 76:7,
77:4, 123:2,
123:6, 123:23,

123:25, 124:19,
124:24, 161:23,
162:6, 162:20,
172:21, 172:25,
173:4, 173:5
queue
21:14
quick
69:8, 123:4
quicker
24:14
quickly
8:16, 55:12
quiet
140:20
quite
24:15, 30:15,
54:19
quote
97:11, 103:7,
106:20, 113:12,
113:15, 115:9,
118:8

**R**

race
172:13
racial
172:6
raines
21:7, 21:15
raise
91:6
rare
157:2, 157:6,
157:9
rather
33:21, 35:9,
36:8, 75:2,
90:18, 91:14
re-sign
88:10
reach
24:23, 25:18,
41:10, 42:18,
43:19, 57:18,
57:19, 57:24,
87:11, 87:21,

106:21, 107:6,
108:20, 113:24,
136:25, 147:10
**reached**
26:3, 41:12,
131:11, 132:4
**reaches**
41:19
**react**
134:6
**read**
33:12, 56:17,
69:19, 92:13,
93:6, 95:8,
95:14, 97:15,
107:1, 159:7,
160:24, 161:5,
161:7, 161:10,
162:1, 163:14,
164:9, 165:14,
173:25, 176:3
**reading**
54:22, 92:19,
177:10
**real**
64:19, 142:15
**realize**
135:16
**really**
15:24, 25:25,
26:1, 33:5,
35:4, 36:7,
37:3, 42:7,
53:19, 54:15,
87:25, 89:16,
156:6, 169:14
**reason**
10:2, 55:14,
58:14, 63:13,
73:11, 82:15,
103:19, 119:12,
122:3, 127:7,
156:2, 159:15,
165:8
**reasons**
58:4
**reassigned**
34:21

**recall**
45:10, 67:10,
105:4, 132:10,
167:16
**receipt**
88:15, 88:19,
88:22, 89:13,
164:17
**receipts**
86:22, 164:20
**receive**
40:6, 40:13,
41:7, 49:22,
52:20, 61:12,
70:5, 137:14,
141:24, 144:3,
144:9, 156:14,
159:17
**received**
19:7, 28:5,
28:21, 41:16,
43:23, 45:7,
71:13, 103:7,
107:3, 107:11,
108:14, 108:15,
111:24, 129:18,
131:22, 139:24,
145:22, 146:10,
150:16, 151:17,
151:18, 152:18,
153:10, 159:20
**receives**
49:11, 72:11,
82:2, 102:13,
112:3, 146:8
**receiving**
101:20, 107:21,
107:22, 126:4,
146:9
**recent**
36:25
**recently**
18:2, 45:10,
155:4, 155:9
**recess**
38:22, 77:1,
123:20
**recognize**
135:10

**recognized**
73:11
**recollection**
126:12, 167:12,
167:18
**recommend**
63:12, 63:25,
134:15, 135:3,
147:1, 165:20
**recommendations**
58:8, 166:3,
167:21, 168:2,
168:10
**recommended**
58:25, 62:8,
64:11
**reconciling**
42:12
**record**
8:12, 34:10,
38:21, 48:21,
51:9, 51:12,
51:13, 51:20,
52:25, 53:9,
53:14, 54:2,
55:6, 58:20,
60:18, 76:25,
123:19, 123:21,
144:25, 150:24,
151:2, 151:3,
172:10, 173:8,
173:23, 175:3,
177:7
**records**
42:12, 44:19,
44:25, 73:12
**reduced**
177:9
**reducing**
164:20
**refer**
24:9, 24:13,
42:13, 147:6,
148:3, 154:7,
154:10, 154:13
**references**
96:22
**referral**
105:22, 141:14,

141:19
**referrals**
36:1, 36:4,
106:3
**referred**
139:4, 139:10
**referring**
44:22, 79:1,
86:21, 87:3,
97:18, 111:15,
147:13, 173:11
**refers**
118:3
**reflect**
118:8
**refusing**
64:11
**regard**
42:2
**regarding**
19:11, 19:23,
22:10, 26:23,
40:16, 40:20,
40:24, 64:9,
75:24, 99:24,
115:25, 169:23,
170:3
**regardless**
9:18, 65:8
**regards**
129:7
**register**
25:3, 25:10,
25:12, 25:19,
26:6, 60:7,
85:22, 90:18,
102:24, 103:12,
104:17, 105:2,
105:6, 107:17,
113:25, 114:5,
116:23, 117:21,
118:15, 120:20,
121:1, 129:17,
130:7, 164:10,
170:16, 170:24
**registered**
19:6, 19:8,
34:4, 34:9,

45:15, 45:16,
50:22, 52:14,
52:16, 52:18,
60:10, 60:19,
61:22, 63:14,
63:17, 63:18,
64:4, 64:8,
64:12, 64:18,
65:18, 79:16,
80:18, 85:19,
95:25, 96:3,
101:24, 102:2,
102:17, 102:19,
103:1, 103:18,
107:18, 107:23,
111:25, 112:5,
112:12, 113:11,
116:19, 118:9,
119:3, 129:24,
130:3, 130:8,
133:14, 137:5,
153:3, 164:14,
164:15, 164:16,
170:12, 171:9,
171:10, 172:8,
172:19

**registering**
24:19, 25:6,
25:7, 26:8,
50:13, 62:10,
63:3, 63:8,
63:19, 64:24,
69:23, 89:8,
90:9, 102:7,
104:6, 105:16,
105:17, 115:9,
116:9, 116:15,
118:14, 120:17,
120:24, 121:5,
129:8, 131:13

**registrations**
26:11, 26:13,
26:16, 35:8,
35:12, 43:18,
51:19, 51:21,
52:4, 53:3,
53:4, 72:8,
75:7, 83:6,

118:4, 118:5,
119:9, 119:14,
119:16, 119:24,
120:8, 121:19,
122:21, 171:13

**regular**
12:21, 16:24,
29:23, 174:5

**regulate**
168:24

**regulates**
148:11

**regulating**
138:9

**regulations**
169:10

**regulatory**
15:10, 15:11,
15:12, 15:21,
16:3, 20:8,
21:4, 21:6,
21:22, 27:14,
45:11, 45:12

**related**
26:25, 27:12,
35:15, 39:9,
39:22, 45:8,
45:20, 48:3,
73:17, 139:5,
148:19, 154:20,
156:14, 156:15,
158:4, 158:6,
162:6, 163:12,
177:12

**relates**
164:7

**relating**
169:18

**relations**
11:11

**relationship**
168:8

**relevance**
62:20

**relevant**
11:23, 12:12,
62:15, 156:7,
156:9, 161:19,

162:5, 162:10

**rely**
82:10, 82:13

**relying**
82:18, 82:25

**remember**
15:15, 45:13,
94:9, 94:11,
97:20, 113:20,
114:1, 125:17,
126:4, 126:7,
126:8, 126:11,
126:14, 143:16,
148:25

**remind**
94:19

**remote**
10:12

**remotely**
1:18, 2:2

**removal**
44:18, 58:11,
58:15, 59:19,
60:24, 63:12

**removals**
62:13

**remove**
52:18, 52:24,
63:20, 64:1

**removed**
58:5, 58:13,
59:17, 63:6,
63:16

**removing**
58:2, 58:8,
59:23, 62:9

**renata**
3:17

**renewals**
19:1

**renewed**
60:5

**repeat**
51:15, 62:18,
64:15, 124:18,
147:9

**repeatedly**
116:5

**rephrase**
8:23, 40:22,
49:14, 82:1,
82:24, 83:13,
83:15, 102:5,
114:22, 138:14

**report**
19:25, 20:2,
20:13, 28:17,
28:19, 28:24,
29:9, 52:17,
61:16, 86:18,
86:25, 87:3,
113:12, 122:14,
171:3, 171:20,
171:21

**reported**
1:24, 35:23,
135:5

**reporter**
2:6, 8:15,
140:23, 140:25,
173:24, 174:1,
174:5, 174:8,
174:15, 174:19,
174:23, 177:1,
177:4

**reporting**
86:13, 86:15

**reports**
18:23, 20:9,
20:11, 20:21,
21:5, 21:17,
29:5, 29:6,
29:11, 29:12,
35:22, 45:1,
47:23, 52:20,
61:12, 61:20,
122:18, 151:8,
171:12, 171:22

**represent**
7:8, 92:1,
124:15, 145:16,
159:13, 160:16

**representing**
7:14, 45:19,
141:18

**request**
34:12, 125:14,

174:10, 174:14
**requested**
125:17, 151:9,
177:11
**requesting**
165:10
**requests**
12:11, 172:4
**required**
55:16, 82:8,
86:5, 87:16,
87:19, 88:2,
142:13
**requirement**
89:13, 136:13,
136:19, 138:11,
161:12
**requirements**
85:8, 86:14,
86:16, 164:10
**requires**
31:12, 85:4,
88:4, 88:12,
88:13
**requiring**
164:16
**reregister**
33:25, 34:18,
34:24, 85:4
**reregistering**
86:1, 86:8,
87:7, 87:24
**research**
44:8, 53:13,
58:24
**researched**
58:9
**researching**
61:24, 63:11
**reside**
74:3, 84:2
**residence**
80:23, 81:4,
81:11, 81:12
**respect**
27:22, 35:12,
163:10
**respectfully**
162:2

**respond**
8:9, 16:25
**responded**
12:10, 27:24
**responding**
8:6, 8:7,
111:18
**response**
107:11, 125:14,
167:6, 167:18
**responses**
137:15
**responsibilities**
16:19, 16:21,
19:11, 21:10,
21:24, 22:12,
26:23, 26:25,
27:11
**responsibility**
16:25, 106:21,
107:6
**responsible**
19:16, 19:23,
22:10, 47:19,
111:18, 122:11,
144:12, 144:15,
153:23, 168:13
**rest**
145:14
**restoration**
21:16
**restructured**
18:2
**restructuring**
18:12
**result**
113:14, 113:19,
114:15, 115:19,
120:23, 132:3,
153:8
**resulted**
148:20
**results**
105:17, 115:7
**retail**
14:19
**retain**
129:10

**retaining**
128:20, 129:3,
138:16
**retention**
138:4, 165:5
**returned**
87:14, 103:3
**returns**
49:6
**revenue**
150:14
**review**
13:14, 28:7,
28:10, 59:15,
69:13, 92:10,
95:4, 97:2,
97:4, 100:2,
100:18, 111:8,
113:1, 113:13,
117:16, 132:25,
141:14, 141:19,
141:24, 142:6,
143:13, 143:23,
144:20, 147:14,
159:17, 159:20
**reviewed**
109:23, 134:17,
145:20
**reviewer**
61:25
**reviewing**
145:14, 147:21,
167:24
**ricky**
21:7, 21:12
**right**
8:1, 10:20,
14:17, 23:19,
26:17, 30:9,
34:3, 34:8,
35:18, 36:6,
37:10, 37:25,
43:7, 46:3,
46:8, 47:13,
49:2, 56:15,
60:1, 63:23,
80:13, 81:20,
82:23, 83:3,

83:9, 85:5,
85:8, 87:1,
90:6, 93:10,
93:18, 95:17,
100:23, 102:8,
105:7, 105:12,
107:1, 108:11,
109:6, 116:7,
119:20, 121:6,
121:12, 123:6,
125:3, 125:13,
128:17, 133:13,
133:22, 135:7,
136:3, 139:1,
141:16, 141:21,
141:25, 142:5,
143:4, 143:25,
145:1, 145:6,
145:13, 145:24,
146:5, 147:8,
149:13, 150:11,
153:17, 154:24,
159:7, 161:20,
162:25, 163:5,
163:25, 165:18,
166:11, 166:12,
166:16, 166:22,
167:5, 168:19,
168:22, 170:7,
173:7
**right-hand**
73:18
**river**
145:18
**role**
16:2, 16:18,
20:1, 24:19,
27:21, 42:7,
42:10, 43:13,
77:5, 94:7,
94:19, 94:20,
136:12, 136:21,
138:8, 138:12,
138:20
**roles**
15:23, 21:23,
27:12
**rolls**
52:19, 63:7,

63:21, 64:1,
64:10, 64:12
**room**
10:14
**rough**
174:14
**row**
164:7
**rule**
98:3, 98:4,
98:13, 98:15,
99:15
**rulemaking**
164:19
**rules**
7:24, 99:1,
104:5
**run**
67:23
**running**
80:5
**rush**
174:10, 174:12
**rutahindurwa**
3:16, 6:4,
124:5, 124:15,
132:6, 140:22,
141:1, 146:3,
147:4, 149:20,
149:23, 150:5,
152:5, 156:9,
157:23, 158:3,
158:8, 158:10,
158:16, 159:23,
160:4, 160:9,
160:13, 162:2,
162:21, 162:23,
164:3, 172:20

**S**

**s**
35:17, 91:11
**safer**
128:9
**safety**
53:10, 57:10,
60:2, 73:6, 91:7
**said**
8:17, 14:7,

19:18, 20:7,
21:19, 22:6,
23:16, 29:4,
31:1, 31:4,
33:8, 37:22,
40:16, 46:4,
48:22, 56:4,
56:10, 71:4,
75:18, 76:6,
80:6, 97:4,
97:22, 98:11,
112:9, 126:16,
135:3, 135:19,
140:2, 140:9,
140:11, 156:23,
159:6, 177:8
**sake**
8:14
**same**
8:8, 8:18,
15:4, 16:10,
25:9, 43:24,
45:4, 45:5,
51:6, 58:25,
64:9, 70:17,
75:18, 75:21,
85:21, 85:24,
88:5, 88:6,
88:10, 90:12,
116:3, 121:9,
129:1, 145:19,
173:15, 176:4
**save**
60:20, 150:23
**saved**
29:12, 151:11,
151:25
**saw**
87:20, 109:18,
145:23, 148:18,
171:14
**say**
16:7, 16:9,
16:15, 17:7,
17:8, 17:25,
22:25, 25:17,
25:25, 30:25,
34:6, 36:4,

36:12, 39:5,
44:20, 45:25,
47:9, 54:15,
55:24, 57:2,
58:16, 59:4,
59:8, 60:8,
65:3, 65:4,
71:2, 74:6,
74:9, 75:19,
76:4, 76:8,
81:14, 89:17,
96:21, 101:25,
103:22, 103:25,
108:3, 116:17,
118:15, 119:18,
120:15, 126:10,
127:18, 132:5,
134:16, 139:15,
142:20, 146:2,
148:2, 151:1,
152:17, 157:9,
161:17, 168:5,
169:7, 169:10
**saying**
55:3, 89:18,
92:14, 97:21,
101:23, 102:1,
126:8, 134:18,
153:2, 153:19
**says**
25:22, 32:1,
97:17, 102:9,
103:7, 104:4,
116:5, 118:8,
134:1, 151:16,
163:18, 164:9,
165:17, 165:20
**sb**
6:8, 6:29,
11:25, 22:4,
30:1, 30:8,
31:1, 31:2,
31:4, 31:12,
33:8, 33:10,
35:1, 35:17,
35:24, 36:23,
37:10, 65:22,
67:8, 69:1,

77:4, 77:5,
77:11, 77:16,
77:21, 78:10,
78:14, 85:4,
86:13, 88:12,
91:11, 105:7,
106:1, 115:16,
119:15, 119:21,
119:23, 120:5,
125:12, 125:22,
141:5, 157:13,
157:18, 159:7,
159:11, 159:18,
160:15, 160:18,
161:14, 166:5,
167:4, 168:3,
169:18, 169:24,
170:3, 173:12
**sb_sos**
6:16, 6:18,
6:23, 6:25,
6:31, 6:34,
6:35, 6:38,
91:21, 91:22,
92:6, 99:22,
100:11, 100:12,
141:6, 150:2,
150:3, 158:19
**scanned**
53:15, 57:3
**scenario**
87:22
**scenes**
60:15
**school**
14:3, 14:9,
47:12, 47:25,
100:23, 101:9,
103:10, 103:17,
104:10, 104:15,
113:6, 142:14
**science**
14:4
**scope**
28:15
**score**
46:25
**scratch**
26:21, 83:12,

89:2, 109:1,
121:3, 128:13,
135:2, 140:10,
167:2
**screen**
9:16, 9:17,
30:4, 30:5,
46:21, 68:6,
68:7, 69:19,
91:19, 91:24,
149:25
**screening**
47:2, 47:4,
48:23, 48:24,
49:3, 49:24
**scroll**
30:11, 69:6,
92:9, 92:14,
92:21, 93:1,
93:15, 94:25,
96:23, 103:5,
105:19, 111:5,
163:15
**scrolling**
121:8, 165:16
**seal**
177:17
**search**
12:16, 12:21,
53:22
**searching**
53:23, 53:24
**second**
7:13, 23:9,
27:3, 104:20,
113:1, 113:9,
117:16, 143:12,
145:11
**second-in**
125:19
**secretary**
1:12, 12:9,
40:1, 78:6,
99:13, 99:24,
101:4, 101:8,
103:7, 109:4,
114:18, 117:9,
140:8, 144:2,

145:3, 145:12,
166:3
**secretary's**
50:4, 157:17
**section**
15:17, 18:18,
19:12, 19:17,
103:10, 105:23,
106:20, 145:18,
160:20, 161:5,
161:8
**sections**
18:4
**security**
27:6, 36:2,
39:2, 39:4,
39:13, 41:10,
41:18, 67:2,
67:15, 90:15,
110:14, 165:7
**see**
9:17, 10:25,
11:22, 19:7,
29:16, 30:5,
30:15, 31:17,
33:1, 34:14,
46:12, 51:8,
51:10, 53:13,
54:5, 54:18,
54:20, 54:25,
55:8, 55:13,
57:3, 58:24,
60:15, 60:21,
61:22, 62:14,
68:7, 69:16,
70:6, 70:8,
90:1, 90:3,
90:4, 90:25,
91:8, 91:24,
96:6, 101:10,
101:15, 108:6,
111:6, 113:16,
117:24, 123:5,
123:11, 129:9,
130:11, 130:12,
131:13, 131:21,
132:3, 141:8,
145:11, 150:6,

152:3, 156:24,
161:18, 163:11,
163:22, 165:25
**seeing**
36:6, 37:3,
38:18, 51:6
**seem**
134:7, 134:9
**seemingly**
131:3
**seen**
30:17, 35:4,
55:19, 56:10,
68:15, 83:25,
84:22, 85:1,
102:22, 108:12,
109:19, 115:7,
133:23, 134:17,
163:17, 166:8
**sees**
53:6, 71:24
**send**
28:1, 28:4,
28:23, 29:5,
29:6, 29:9,
39:17, 40:9,
52:16, 52:22,
59:2, 62:6,
137:12, 143:1,
154:16
**sending**
35:8, 35:9,
96:11, 144:12,
144:15
**sends**
31:15, 67:2
**senior**
15:13, 15:17,
94:15
**sense**
8:19, 8:25,
9:7, 16:15,
44:5, 134:7,
134:9
**sent**
34:11, 37:23,
39:24, 42:1,
44:13, 62:1,

62:2, 67:18,
94:5, 105:1,
111:17, 114:18,
114:19, 125:10,
125:18, 137:13,
141:2, 151:14,
166:14, 167:3,
167:6
**sentence**
113:9
**separate**
105:2
**separately**
160:6
**september**
100:25
**serious**
131:19
**seriously**
131:10
**served**
16:1
**serves**
133:7
**service**
172:4
**services**
6:11, 15:6,
18:6, 18:8,
39:1, 41:20,
45:24, 48:18,
60:20, 68:3,
68:10, 94:3,
120:13, 120:23,
150:10
**set**
22:13, 62:5,
83:5, 99:22,
154:2, 177:16
**seven**
20:12
**several**
31:24, 58:4,
120:1
**sex**
61:16
**shake**
8:11

shaped
169:14
share
9:16, 22:12,
30:4, 68:6,
91:18, 140:21,
149:18, 149:25,
164:4
shared
7:25, 17:3,
27:23, 29:20,
142:12
shares
150:15
sharing
13:2
sheet
176:7
shoes
78:16
shorter
80:2
shorthand
177:1
shortly
159:14
should
25:14, 51:5,
58:12, 59:14,
64:1, 76:16,
82:12, 92:16,
95:9, 96:13,
96:21, 98:23,
99:5, 103:3,
106:23, 146:12,
146:19, 168:9,
169:7
shouldn't
91:2
show
8:12, 26:19,
26:20, 30:3,
67:22, 68:5,
116:10, 135:23
showed
153:6, 166:13
showing
9:15, 9:16,

93:7, 135:22,
151:8
shut
123:9
shutdown
142:19
side
29:15, 34:2,
54:24, 73:18,
84:14
sign
142:25, 145:4,
173:25
signature
27:4, 66:15,
90:15, 94:15,
141:20, 165:8,
176:12
signature-bi6ds
177:21
signatures
142:15, 143:4
signed
101:3, 106:5,
113:6, 144:25,
145:11, 176:7
significant
26:1, 32:9,
32:10
signing
143:12, 177:11
signs
27:7
similarly
52:19
simple
34:3
simply
64:4
since
19:8, 35:16,
66:4, 69:11,
89:15, 89:17,
106:1, 107:24,
125:2, 132:2
sitting
128:11, 128:14,
167:17

situated
18:16
situations
74:7
six
47:13, 144:20,
145:22
skips
143:22
slide
69:14
slideshow
6:12, 68:3,
68:9
slowness
83:17
small
69:17, 117:2
smaller
75:19, 131:11
smoothly
80:5
social
53:21, 55:3,
56:5, 90:14,
165:7
soe
106:24, 108:14
solely
39:15
solidly
54:16
some
7:12, 7:15,
7:24, 9:15,
10:12, 13:8,
19:7, 28:14,
29:8, 33:16,
37:17, 47:2,
58:17, 62:2,
69:25, 73:11,
74:12, 75:14,
77:4, 82:17,
83:5, 85:8,
89:19, 90:10,
93:15, 97:2,
122:3, 123:25,
124:20, 124:21,

126:13, 132:10,
134:24, 140:1,
147:12, 149:12,
151:4, 152:21,
162:19
somebody
55:14, 63:16,
90:17, 90:25,
91:8, 95:24,
107:16, 107:23,
122:2
somehow
162:15
someone
17:9, 63:18,
64:23, 110:6,
110:12, 110:25,
111:25, 112:5,
127:8, 146:11,
162:11
someone's
96:3
something
32:2, 50:3,
74:22, 126:8,
126:16, 132:15,
134:20, 135:15,
144:20, 148:4,
148:6
something's
57:23
sometimes
40:6, 45:14,
84:20, 84:24,
132:11, 133:20,
140:11, 147:8,
147:10
somewhere
125:24
sorry
18:8, 21:1,
26:20, 26:21,
66:22, 82:1,
92:19, 93:8,
100:7, 101:25,
140:10, 152:15,
155:12, 157:23,
160:2

**sort**
10:25, 16:23,
18:14, 19:7,
29:8, 79:17,
83:5, 122:3,
140:1, 153:7,
171:6
**sorts**
40:18, 63:17
**sos**
6:30, 141:6
**sound**
67:25, 124:20
**sounds**
95:18
**source**
60:1, 121:10,
170:19, 170:20,
171:15, 171:23
**spb**
6:39, 159:25
**speak**
8:7, 8:16,
152:15
**speaking**
162:3, 162:13
**speaks**
161:22
**special**
18:6, 18:7,
18:9, 18:18,
19:19, 32:13
**specialist**
15:11, 15:12,
15:21, 16:3,
21:5, 21:6,
21:22, 23:15,
27:15, 45:11,
45:12, 79:2,
79:5
**specialists**
20:8
**specific**
33:20, 49:4,
96:19, 154:23,
168:20, 171:6,
171:7, 172:5
**specifically**
9:10, 61:16,

120:16, 139:22
**specifics**
15:25, 44:6,
66:7, 149:11
**spelled**
96:8
**split**
134:20
**spreadsheet**
6:40, 159:5,
159:6, 160:3,
160:11, 164:4,
164:5, 166:11,
170:23
**spur**
132:24
**staff**
15:14, 15:21,
16:22, 17:2,
17:24, 22:21,
32:12, 32:25,
45:23, 52:3,
58:23, 73:2,
75:15, 75:16,
115:11, 126:23,
142:21, 169:23,
172:3
**stamp**
40:14
**standard**
31:21, 99:6,
174:25
**standpoint**
32:8, 32:9,
168:20, 168:21
**start**
7:23, 14:23,
32:22, 44:24,
45:2, 58:11,
62:25, 77:3,
133:16, 158:15
**started**
7:17, 15:9,
44:14, 44:17,
78:20, 78:22,
124:23
**starting**
14:2, 70:3

**starts**
30:12, 92:5,
95:2, 160:20
**state**
1:12, 2:7,
5:11, 7:19,
28:25, 30:8,
46:20, 48:14,
51:2, 51:5,
51:7, 51:11,
51:18, 52:15,
52:16, 67:21,
76:19, 77:6,
77:17, 81:13,
81:15, 81:16,
81:18, 82:3,
86:1, 86:18,
87:17, 89:22,
100:22, 101:4,
105:21, 109:4,
113:5, 114:18,
115:14, 115:15,
126:19, 126:25,
128:13, 128:19,
133:17, 140:8,
144:3, 145:3,
145:12, 150:18,
154:13, 154:19,
158:23, 164:19,
165:6, 166:15,
166:20, 177:24
**state's**
12:10, 40:2,
78:7, 99:14,
99:24, 117:10,
127:6, 128:25,
166:4
**stated**
19:3, 96:13,
143:6
**statement**
51:16
**states**
1:1, 52:21,
53:1, 61:18,
104:3, 104:21
**statewide**
50:16, 50:21,

51:1, 51:22,
56:15, 74:17
**stating**
162:13
**statistically**
25:22, 54:16
**statistics**
21:18, 52:8,
58:20, 116:10,
116:21, 116:24,
117:21, 122:6,
157:11, 170:25,
171:24
**status**
59:24, 73:22,
77:7, 77:13,
112:15, 136:22,
170:19
**statute**
97:13, 98:1,
98:3, 98:5,
98:8, 98:12,
98:13, 98:15,
99:9, 99:17,
136:8, 137:11,
147:17, 148:10,
162:6
**statutes**
99:1, 103:11,
105:24
**stay**
144:3
**stenographically**
1:24, 177:9
**step**
26:7, 154:15
**stephanie**
5:6, 159:1
**stick**
8:13
**sticks**
126:15
**still**
19:14, 28:11,
43:19, 45:15,
47:24, 49:11,
49:18, 60:10,
60:21, 65:14,

65:21, 69:22,
71:13, 72:13,
83:20, 106:2,
110:5, 112:7,
112:11, 124:8,
125:22, 135:23,
141:15, 142:21,
155:22
**stop**
120:3
**store**
153:11
**straight**
143:24
**street**
3:10, 4:7, 4:14
**streets**
73:13
**strike**
63:23, 114:21
**strong**
59:2
**stronger**
131:9
**stryker**
1:25, 2:6,
8:15, 9:22,
177:3
**stuff**
22:17, 28:13,
44:2, 61:25,
139:23, 156:17,
163:4
**subdivision**
134:19
**subfolders**
151:17
**subject**
105:6, 150:13,
159:5
**submission**
79:23, 79:24,
108:15, 164:23
**submissions**
79:6
**submit**
54:12, 55:21,
60:19, 65:13,

80:12, 81:4,
85:22, 136:5,
171:3, 172:4
**submitted**
54:21, 65:5,
65:22, 71:11,
73:5, 74:15,
75:2, 75:5,
75:8, 77:7,
77:13, 77:18,
77:23, 78:1,
84:6, 89:23,
103:24, 108:17,
117:25, 122:23,
122:24, 140:6,
146:17, 147:23,
148:5, 148:6,
151:8, 151:9,
151:13, 164:22,
171:1
**submitting**
66:17, 66:21,
90:19, 108:8,
108:18, 112:11,
113:23, 118:17,
132:11, 139:25,
140:13
**subpoena**
2:5
**successfully**
26:13, 153:3,
156:11
**suggest**
54:1, 116:24,
123:8
**suggested**
165:17, 166:18
**suggestions**
159:6
**suite**
3:10, 3:20
**summarize**
14:12
**summer**
14:16
**super**
111:18
**supersedes**
98:3, 98:5,

98:12
**superseding**
99:15
**supervise**
20:7
**supervises**
15:14
**supervision**
27:1, 177:10
**supervisor**
11:14, 11:15,
15:13, 16:25,
25:13, 28:16,
28:19, 35:14,
39:21, 39:25,
43:12, 44:24,
45:8, 45:13,
52:23, 56:21,
57:16, 58:10,
59:3, 59:9,
59:21, 63:25,
65:17, 70:4,
70:10, 70:16,
70:23, 71:3,
71:11, 72:11,
74:3, 74:11,
75:13, 79:19,
80:8, 80:12,
80:17, 81:3,
90:19, 92:8,
93:17, 93:24,
94:16, 103:9,
104:22, 112:3,
112:6, 112:14,
112:20, 139:24,
140:6, 146:12,
162:9, 170:17
**supervisor's**
72:3
**supervisors**
17:19, 17:20,
19:16, 29:4,
35:10, 43:5,
43:7, 43:10,
44:3, 44:8,
51:2, 51:23,
57:18, 68:18,
69:10, 71:17,

72:8, 72:25,
122:24, 139:17,
140:9, 168:19
**supervisory**
15:20, 16:2,
16:18, 26:22
**supporting**
6:21, 6:28,
100:10, 141:5
**suppose**
83:4, 110:22
**supposed**
28:23, 29:5,
85:13, 153:1
**sure**
15:9, 16:14,
19:5, 20:17,
29:22, 44:16,
44:18, 46:22,
49:6, 58:5,
84:23, 96:12,
106:9, 119:25,
123:13, 129:18,
129:24, 130:6,
130:13, 144:17,
152:25, 159:19,
174:19
**surprisingly**
28:12
**surrounding**
137:2
**suspend**
72:19, 72:23,
73:14
**suspended**
74:25
**suspense**
21:14, 73:3
**suspension**
73:17
**sutherland**
3:8
**switch**
34:5, 50:11
**switching**
13:21, 42:4
**sworn**
7:3

system
43:25, 50:14,
51:1, 53:8,
53:12, 54:7,
56:15, 57:5,
57:7, 58:1,
59:11, 60:17,
70:12, 70:25,
72:15, 73:12,
74:17, 74:21,
95:22, 122:22,
122:24, 171:11

**T**

tabs
10:19
take
18:25, 26:6,
31:24, 46:24,
59:13, 60:12,
60:15, 69:13,
80:9, 81:10,
95:3, 100:17,
123:4, 123:9,
124:2, 144:20,
146:20, 164:6,
174:12
taken
131:10, 149:2,
149:3, 155:4,
177:5, 177:8
taking
10:8, 33:3,
43:12, 143:11
talk
36:3, 43:4,
50:12
talked
26:22, 38:24,
46:13, 58:17,
83:12, 83:21,
94:17, 173:10
talking
11:23, 44:7,
47:10, 75:14,
95:19, 97:12,
133:8
tallahassee
1:3

target
24:25
task
149:2, 149:10
tasks
156:12
teleworking
142:20
tell
9:24, 11:20,
14:1, 20:6,
24:2, 28:18,
29:21, 33:11,
40:3, 46:11,
46:12, 59:22,
93:20, 119:1,
174:15
temporary
75:16
ten
38:19, 66:19,
78:12, 78:18,
78:20, 79:7,
80:10, 83:11,
85:14, 86:6,
87:19, 88:9,
130:19, 174:5
ten-day
65:22, 66:17,
79:23, 82:17,
82:19, 83:1,
102:11
ten-minute
123:9
tend
40:17
tenth
79:10
term
24:8
terminate
119:5
terminated
34:4, 34:13,
34:18, 34:24
terminations
28:2
terry
21:7, 21:15

testified
7:3, 12:4,
71:21, 125:1,
170:5
testify
10:3, 169:17
testimony
142:2, 176:4,
176:6, 177:8
text
12:19, 30:7,
69:17, 160:17
th
3:10, 4:14,
79:11, 177:17
thank
123:17, 123:22,
124:16, 149:23,
162:22, 172:21,
173:22
theirs
51:3
themselves
90:20, 101:21,
102:15, 118:16,
119:4
theoretically
88:9
thereafter
177:9
they'd
46:19, 137:12
thing
9:4, 75:18,
80:3, 102:21,
121:6, 133:11,
156:19, 161:18,
173:9
things
8:1, 12:21,
28:15, 33:20,
44:1, 51:9,
52:2, 53:17,
53:23, 86:17,
124:21, 133:13
think
22:20, 22:23,
23:14, 24:21,

24:23, 25:1,
25:5, 25:8,
33:15, 33:19,
35:3, 47:13,
60:3, 67:5,
67:6, 75:23,
76:2, 76:22,
79:25, 81:21,
82:12, 82:13,
83:18, 87:6,
87:7, 87:9,
88:4, 89:17,
96:1, 96:10,
96:18, 97:23,
97:25, 98:23,
101:20, 103:18,
113:18, 114:16,
116:13, 116:14,
116:22, 117:3,
119:8, 119:15,
119:23, 120:10,
125:24, 127:20,
127:25, 131:4,
131:8, 132:17,
132:24, 133:10,
133:12, 134:22,
135:21, 140:25,
142:7, 144:6,
144:13, 147:25,
149:20, 153:9,
156:20, 168:7,
168:12, 168:22,
168:24, 169:3,
169:9, 172:20,
173:23, 174:21
third
25:14, 27:25,
28:21, 28:25,
29:3, 33:24,
36:14, 37:1,
39:21, 45:14,
63:15, 64:5,
65:8, 65:13,
65:23, 66:1,
75:5, 75:6,
78:24, 90:18,
103:1, 107:13,
107:17, 115:8,

118:23, 120:8,
129:7, 129:10,
129:23, 129:25,
130:12, 130:15,
132:10, 134:5,
140:2, 142:18,
148:24, 150:13,
150:24, 151:1,
151:12, 153:12,
155:8, 169:15,
170:16, 170:20,
171:2

**third-party**
18:20, 19:18,
21:11, 22:1,
24:4, 24:10,
26:4, 26:12,
27:2, 27:8,
28:8, 28:13,
28:15, 29:14,
34:2, 34:7,
34:10, 35:8,
36:20, 36:21,
37:9, 42:2,
66:11, 70:6,
79:5, 87:12,
90:1, 101:24,
102:2, 102:18,
102:20, 103:12,
107:19, 107:20,
108:5, 112:4,
117:1, 119:2,
129:15, 130:20,
137:11, 140:16,
143:15, 150:16,
151:3, 151:5,
151:21, 152:8,
153:4, 160:21,
163:10, 164:7,
164:11, 170:11,
170:12, 171:4

**third-party's**
168:21

**thought**
24:24

**thoughts**
173:12

**thousands**
26:5, 26:16,

38:6, 117:21,
118:16

**thread**
92:2, 93:11,
95:15

**three**
13:6, 17:22,
18:3, 19:16,
20:14, 20:24,
21:1, 31:9,
33:9, 68:24,
118:17

**threshold**
165:24, 167:19

**threw**
53:17

**through**
6:17, 6:24,
6:30, 10:11,
15:8, 17:3,
17:4, 25:19,
26:17, 27:3,
28:6, 28:16,
34:23, 46:19,
60:20, 62:4,
62:6, 63:3,
64:16, 67:23,
75:1, 75:8,
85:10, 91:21,
92:9, 92:19,
100:11, 124:9,
135:10, 139:16,
140:3, 141:6,
148:12, 152:19,
161:9, 162:1,
173:13

**throughout**
24:9, 127:9

**tier**
20:7

**tiffany**
1:17, 2:1, 6:2,
7:2, 7:21, 176:2

**time**
9:2, 15:5,
15:10, 15:16,
16:10, 27:16,
28:9, 31:25,

32:8, 33:19,
43:24, 45:5,
55:12, 55:18,
57:1, 59:16,
65:18, 75:21,
76:14, 79:15,
80:2, 83:15,
83:16, 83:24,
88:5, 88:8,
93:23, 94:4,
94:8, 97:2,
101:4, 102:11,
104:23, 104:25,
105:1, 107:12,
111:17, 118:4,
122:2, 124:17,
125:5, 125:20,
133:14, 134:19,
142:20, 146:21,
147:5, 148:24,
149:1, 156:12,
157:21, 173:4

**timeline**
44:18, 148:25

**timeliness**
74:24

**timely**
65:14, 66:17,
75:10, 83:2,
104:16

**times**
11:6, 13:3,
33:4, 82:14,
94:21, 116:2,
118:17, 142:19

**title**
7:20, 15:16,
21:3, 21:4,
23:13, 23:14,
105:20

**titles**
20:23, 94:21

**today**
7:25, 8:4,
9:15, 10:3,
10:13, 13:12,
71:18, 97:12,
124:17, 124:22,

128:11, 167:12,
167:17, 169:5

**today's**
133:19

**together**
22:15, 44:16,
62:6

**toggle**
34:14

**told**
114:1, 132:8

**ton**
131:3

**took**
65:9, 113:25,
144:24

**tool**
118:14

**top**
15:3, 20:17,
27:18, 30:24,
45:25, 47:18,
70:3, 105:20,
118:6, 131:6,
165:16

**topics**
17:2, 31:9,
43:8, 43:9,
68:23

**toshia**
92:5, 93:14,
93:21, 94:1

**tossing**
37:16

**total**
13:6, 46:11,
151:10

**totals**
28:24, 29:13,
118:8

**touch**
173:8

**touched**
124:22

**touches**
31:8, 33:8

**track**
67:12, 77:6,

77:12, 77:17,
77:22, 170:11,
170:16, 171:8,
172:6
**tracking**
136:22, 171:6,
171:18
**trained**
17:18, 132:16
**training**
68:17, 69:9,
133:2
**transcribed**
174:3
**transcript**
6:6, 8:5,
157:21, 158:2,
158:4, 177:6
**transcription**
176:5
**transfer**
62:7
**transferring**
70:21
**transitive**
39:6
**transmitting**
153:21
**trend**
36:5, 36:22,
37:4, 131:22
**tried**
87:21
**trouble**
54:22, 124:11
**true**
26:5, 98:11,
176:4, 177:7
**truth**
9:24
**truthfully**
10:3
**try**
8:8, 8:9, 8:13,
8:16, 32:23,
33:1, 44:2,
133:2
**trying**
31:6, 62:24,

62:25, 64:18,
71:23, 96:1,
109:12, 130:7
**tuesday**
174:18, 174:20,
174:21
**turn**
17:11, 123:24,
160:19, 168:17
**turned**
132:12
**turning**
97:1, 112:25,
147:25
**twice**
13:4
**two**
20:18, 22:23,
23:17, 23:20,
44:21, 52:13,
96:11, 100:18
**type**
11:10, 36:5,
127:25
**types**
128:4
**typewriting**
177:10
**typical**
14:15, 16:19,
21:9, 31:13,
144:19
**typically**
19:1, 23:25,
27:25, 32:7,
32:15, 32:21,
39:23, 39:24,
55:13, 61:17,
114:15, 132:3
**typo**
54:10, 165:2

---
**U**
---

**uh-huh**
8:11
**uh-hum**
51:17, 92:22
**uh-uh**
8:11

**unable**
161:12
**unchanged**
148:11
**undeliverable**
87:13, 87:14
**under**
9:23, 80:19,
99:16, 118:7,
120:5, 177:10
**underlines**
160:23
**underserved**
25:2, 25:7,
25:16
**understand**
8:22, 8:24,
9:25, 24:11,
40:19, 59:12,
69:24, 70:19,
71:24, 72:17,
81:9, 96:14,
96:21, 97:18,
101:21, 102:3,
102:6, 102:14,
104:9, 104:13,
105:5, 109:8,
129:6, 129:11,
130:2, 130:14,
138:17, 161:25,
162:12, 166:2
**understanding**
8:1, 33:17,
59:6, 65:3,
71:25, 72:7,
86:12, 98:2,
112:6, 112:19,
117:20, 122:19
**understood**
110:2
**undertaken**
172:12
**unfunded**
32:18
**unintentional**
132:9, 132:21,
135:16
**unit**
122:10

**united**
1:1
**university**
14:6
**unless**
9:10, 86:8,
119:4, 124:23
**until**
23:25, 37:1,
73:22, 119:19,
145:4
**untimely**
37:6, 65:5,
65:16, 82:21,
103:4
**update**
37:19, 79:20,
85:11, 85:13,
86:5, 86:8,
87:17, 88:6,
172:4
**updated**
37:9, 69:1,
69:10, 87:2,
88:1, 118:7,
122:15, 141:15
**updates**
26:14, 28:2,
34:11, 86:3,
120:18, 137:1
**updating**
85:8, 88:8
**upped**
47:25
**upper-level**
142:21
**usa**
84:20
**use**
24:8, 28:11,
32:11, 50:20,
70:17, 72:8,
106:2, 157:21,
158:1
**uses**
57:11, 143:16
**usually**
18:5, 40:19,

40:23, 43:22,
153:21
**utility**
62:7

---
**V**
---

**vacant**
17:23, 20:16,
43:13, 46:16
**variables**
74:8
**various**
43:8, 105:9
**vehicle**
57:8
**vehicles**
53:11, 57:11,
60:3, 73:6
**verbatim**
113:13, 119:19,
119:22
**verification**
56:25, 64:17
**verifications**
43:17
**verified**
52:5, 54:19,
55:7, 55:14,
73:24, 74:23
**verifies**
62:1
**verify**
45:18, 53:7,
53:25, 57:5,
64:19
**verifying**
43:17, 52:3,
53:3
**version**
106:13, 159:10,
159:18, 160:15,
160:17, 161:4
**versus**
22:18, 36:13,
42:12, 95:21,
96:4
**via**
1:18, 9:16,

29:18, 170:12
**violated**
103:10
**violates**
64:24
**violation**
39:14, 65:16,
66:6, 66:25,
105:23, 134:15,
135:1, 135:4,
135:5, 135:9,
145:17, 145:23
**violations**
27:3, 27:9,
28:8, 33:18,
35:15, 35:19,
36:6, 36:22,
37:5, 37:6,
39:10, 66:9,
67:13, 108:13,
135:2, 136:8,
139:22
**virgie**
92:4, 93:13,
93:20, 93:22,
97:11, 97:22
**virgie's**
94:7
**virginia**
4:22
**vital**
52:8, 58:19
**vogel**
4:20
**volunteer**
80:20, 88:21,
125:7
**volunteer's**
90:8
**volunteering**
90:10
**volunteers**
45:9, 45:21,
88:13, 90:22,
128:1, 136:22
**vota's**
152:8
**vote**
19:4, 19:6,

25:3, 26:6,
26:8, 44:11,
60:19, 64:6,
64:24, 74:5,
115:10, 116:19,
116:23, 120:20,
120:24, 121:1,
121:5, 129:9,
130:4, 130:7,
163:2, 172:19
**vote-by-mail**
163:4
**voter's**
112:9, 133:14,
134:10
**voters**
1:5, 3:4, 7:9,
24:19, 25:7,
25:18, 42:9,
50:13, 52:24,
54:11, 57:19,
58:12, 59:23,
63:2, 69:23,
74:12, 74:14,
75:6, 84:20,
84:24, 116:9,
116:15, 117:22,
118:9, 118:14,
118:16, 120:3,
120:11, 120:22,
128:21, 129:3,
129:17, 133:20,
138:4, 138:16,
139:11, 163:2,
170:12, 170:16,
170:23, 171:9,
172:7
**voting**
165:2

---
**W**
---

**wait**
8:5
**walk**
15:8, 25:13,
80:8, 80:11,
85:10
**want**
13:21, 40:9,

46:1, 86:9,
91:1, 91:8,
92:13, 106:8,
173:8, 174:3
**wanted**
152:6, 152:7,
172:24, 174:10
**warning**
100:21, 101:14,
104:4, 104:11,
109:4, 109:20,
109:23, 110:6,
110:12, 110:17,
110:25, 113:14,
113:19, 113:23,
114:11, 114:19,
114:24, 115:18
**warnings**
115:25
**washington**
3:11, 3:21
**way**
25:2, 25:23,
27:25, 31:19,
39:6, 39:17,
61:4, 63:14,
73:4, 81:9,
86:7, 90:12,
94:24, 96:20,
98:14, 109:19,
116:11, 116:25,
121:11, 128:9,
128:10, 128:12,
128:15, 134:24,
136:15, 136:19,
139:18, 147:12,
148:15, 157:10,
162:4, 162:14,
167:1, 167:22,
169:11, 170:4
**ways**
33:10, 52:13,
63:17, 91:10,
139:20
**we'll**
7:12, 9:3,
15:25, 76:25,
123:4, 159:23,

173:24
**we're**
10:11, 11:23,
31:7, 33:18,
35:19, 36:6,
39:6, 45:6,
47:10, 56:25,
58:7, 58:8,
60:1, 62:5,
62:16, 63:10,
64:18, 66:4,
67:22, 71:19,
75:13, 79:14,
135:17, 140:25,
142:23, 158:15,
161:25, 162:18,
163:9, 172:17,
172:18
**we've**
37:15, 38:6,
38:24, 42:1,
58:9, 58:17,
66:9, 82:13,
107:12, 107:14,
108:14, 139:24,
152:18
**web**
122:8
**webpage**
118:7
**website**
29:15, 30:9,
34:14, 40:8,
68:13, 102:22,
117:10, 117:14,
160:18, 171:25,
172:1
**week**
52:17, 68:13
**weekly**
52:23
**welcome**
172:22
**went**
28:9, 37:2,
66:8, 95:7,
106:1, 119:21
**weren't**
168:1

**whatever**
44:9, 60:23,
82:15, 160:7,
172:11
**whatsoever**
116:6
**whereas**
34:20
**whereof**
177:16
**whether**
22:14, 22:17,
28:22, 28:25,
31:19, 32:24,
39:14, 49:24,
51:4, 63:11,
63:15, 64:6,
71:25, 78:3,
96:15, 105:15,
110:6, 110:11,
110:16, 110:25,
114:24, 115:18,
115:25, 127:15,
127:18, 128:12,
129:15, 133:1,
135:1, 135:15,
148:8, 151:9,
154:2, 161:11
**whichever**
44:16
**white**
21:7, 21:11,
22:6, 22:11,
23:1, 23:2,
23:20, 26:23,
155:3, 155:17
**white's**
27:16
**whoever**
146:9, 148:5
**whole**
15:5, 16:8,
16:9, 16:10,
92:19
**willfully**
147:17, 147:25
**window**
65:22, 66:18

**windows**
10:19
**wish**
95:6
**withdraw**
12:2, 116:7
**within**
11:17, 11:24,
15:1, 16:14,
18:18, 19:19,
22:20, 23:5,
27:13, 33:1,
35:2, 48:17,
66:17, 68:20,
71:22, 78:5,
78:6, 85:14,
86:5, 87:19,
88:9, 94:18,
103:14, 121:17,
122:10, 126:18,
154:19, 155:10
**without**
13:2, 26:4,
107:22, 145:14
**witness**
32:20, 36:25,
41:24, 48:7,
48:11, 49:15,
50:9, 54:15,
55:23, 56:24,
63:10, 64:4,
64:14, 66:4,
67:5, 67:10,
67:17, 70:14,
71:2, 71:8,
71:18, 71:19,
72:17, 72:25,
73:21, 80:15,
82:12, 84:12,
86:20, 88:4,
88:24, 89:10,
89:15, 96:18,
98:10, 99:3,
99:11, 99:19,
102:17, 103:22,
104:19, 105:15,
107:10, 108:24,
109:11, 109:18,

110:2, 110:9,
110:21, 111:3,
114:7, 114:14,
115:6, 115:21,
116:17, 120:7,
120:15, 121:25,
123:7, 124:1,
127:5, 127:14,
127:18, 127:23,
128:24, 130:11,
132:2, 134:13,
135:9, 136:15,
138:7, 138:11,
139:8, 139:14,
144:23, 146:1,
146:25, 147:19,
148:14, 148:23,
151:24, 156:5,
156:19, 157:4,
157:8, 162:1,
162:15, 163:7,
164:2, 166:7,
168:12, 169:3,
169:13, 169:20,
170:15, 172:16,
172:22, 177:16
**witthoeft**
5:7
**women**
1:5, 3:3, 7:9,
120:2, 120:21
**wonderful**
8:14
**woodby**
158:24
**word**
33:12, 131:20,
168:2
**words**
24:2
**work**
8:1, 14:12,
16:8, 16:22,
22:14, 23:18,
29:25, 32:23,
33:8, 35:1,
35:3, 35:7,
35:13, 35:23,

37:24, 38:24,
39:1, 39:3,
42:5, 42:7,
43:4, 44:15,
47:1, 76:15,
93:24, 93:25,
123:16, 127:21,
128:1, 137:2,
154:3, 168:17,
168:18, 173:20
**worked**
70:15, 126:17,
131:24, 154:19
**working**
14:23, 21:13,
22:7, 37:19,
43:24, 45:6,
47:14, 48:17,
50:1, 56:25,
86:24, 88:18,
89:4, 125:7,
127:8, 128:4,
132:7, 132:14,
139:5
**workload**
22:24
**works**
23:2, 23:5,
126:9, 160:8,
168:8
**worries**
76:15
**worth**
76:5
**wouldn't**
16:9, 25:18,
36:4, 50:1,
64:7, 86:2,
91:1, 116:18,
162:15
**write**
84:20, 131:6,
133:20
**writes**
97:11
**written**
12:10, 104:19,
134:17

**wrong**
56:7, 74:1,
133:6, 133:21,
156:16
**wrote**
84:9, 101:8,
106:19, 113:10,
115:9

**Y**

**yeah**
14:10, 24:15,
24:21, 29:7,
43:3, 69:18,
74:18, 87:5,
89:25, 109:11,
113:25, 118:25,
125:14, 126:15,
127:14, 128:18,
130:23, 132:17,
136:11, 142:7,
143:14, 148:3,
151:24, 156:9,
160:9, 163:1,
174:7
**year**
18:16, 20:19,
26:6, 67:11,
83:6, 117:11,
119:20, 119:22,
120:4, 165:1,
171:10
**yearly**
42:11
**years**
14:17, 36:25,
37:5, 48:2,
78:19, 118:22,
118:24, 119:3,
121:10, 121:11,
130:24
**yeses**
8:13
**york**
4:8, 4:15
**young**
115:10
**younger**
54:25

**Z**

**zero**
29:9
**zoom**
1:18, 9:20,
123:10, 123:15

**$**

**$1,000**
101:9, 104:24
**$10,000**
131:4
**$100,000**
164:25
**$250,000**
131:16, 149:16

**0**

**00**
76:15, 123:15
**00002123**
6:23, 99:22,
100:11
**00002156**
6:25, 100:12
**00003247**
6:30, 141:6
**00003273**
6:31, 141:6
**00007803**
6:34, 150:2
**00007804**
6:35, 150:3
**00029677**
6:16, 91:21,
92:6
**00029680**
6:18, 91:22
**00087514**
6:38, 158:19
**02**
38:18

**1**

**1**
76:15, 76:20,
76:24

**10**
1:20, 6:40,
104:23, 160:5,
160:10, 160:11,
164:5
**100**
6:20
**100,000**
163:21
**10004**
4:8
**10013**
4:15
**11**
38:18, 38:19
**1101**
3:10
**117**
6:26
**119**
85:16
**12**
1:19, 1:20,
38:19, 76:10
**124**
6:4
**14**
3:10, 4:14,
6:32, 78:12,
79:11, 79:23,
83:8, 83:14,
83:16, 83:19,
150:1
**1405**
4:9
**141**
6:27
**148**
146:5
**15**
76:20, 76:24,
113:6, 177:19
**150**
6:32
**15405**
4:21
**158**
6:37

**159**
6:39
**16**
177:17
**160**
6:40
**177**
1:23
**18**
160:19, 160:22,
163:10
**19**
160:22
**1995**
121:11
**1st**
16:4

---

**2**

**2**
123:14
**2/6/17**
6:27, 141:4
**20**
81:2
**20001**
3:21
**20005**
3:11
**2011**
148:11
**2012**
14:25, 125:2
**2014**
27:19
**2016**
99:25, 100:25,
106:17, 113:6,
141:20, 145:1
**20169**
4:22
**2017**
121:12, 121:15,
145:4, 145:9,
145:17
**2018**
6:14, 27:20,
91:20, 92:2,

93:12, 121:10,
121:19
**202**
3:12, 3:22
**2020**
148:19
**2021**
11:9, 148:12,
148:19
**2023**
16:5, 68:11,
117:24, 118:11,
118:21, 119:9
**2024**
1:19, 177:18
**2027**
177:20
**21**
6:37, 158:18,
163:19
**212**
4:9, 4:16
**215**
1:7
**219**
4:16
**22**
69:7, 175:3
**2200**
3:12
**23**
1:7, 6:32,
6:37, 150:1,
158:18
**25**
102:9, 104:21
**250**
3:19, 165:24
**250,000**
163:25
**26**
145:1

---

**3**

**3**
123:15
**30**
6:8, 46:4,

71:19, 76:11,
76:12, 118:11
**3360**
4:16
**341**
4:23
**3pvro**
23:5, 23:18,
24:3, 24:4,
24:8, 26:9,
29:18, 35:12,
36:22, 39:9,
39:10, 45:8,
45:21, 62:11,
63:8, 63:19,
64:2, 64:12,
64:23, 65:2,
66:2, 66:24,
73:25, 74:9,
74:15, 77:9,
77:14, 77:19,
77:24, 80:11,
80:20, 80:21,
80:25, 81:18,
81:22, 82:2,
82:5, 84:5,
85:22, 86:2,
86:17, 88:18,
89:4, 90:4,
91:14, 101:20,
102:8, 102:13,
103:18, 104:17,
105:3, 105:21,
108:17, 110:16,
111:12, 111:25,
112:1, 112:5,
113:11, 114:5,
114:24, 115:4,
120:3, 121:19,
125:8, 127:8,
131:22, 133:24,
134:10, 141:21,
144:21, 145:13,
147:22, 147:25,
153:10, 154:23,
155:15, 155:20,
156:3, 162:8,
164:12, 164:13,

170:23, 172:14
**3pvro's**
99:25
**3pvro-related**
157:1, 157:6,
157:8
**3pvro@dos**
29:22
**3pvros**
19:23, 22:7,
22:10, 22:22,
23:3, 24:18,
25:5, 25:17,
26:17, 26:24,
26:25, 27:12,
27:22, 30:12,
35:16, 40:4,
40:17, 40:20,
40:24, 63:3,
67:13, 78:11,
83:3, 85:4,
85:7, 85:11,
86:14, 86:25,
87:16, 88:1,
88:14, 89:6,
89:23, 90:11,
91:13, 105:5,
106:22, 107:7,
108:20, 116:8,
116:14, 116:20,
116:23, 117:21,
118:1, 118:13,
118:20, 119:9,
119:17, 119:24,
120:11, 120:21,
121:14, 127:3,
127:11, 127:21,
128:1, 128:17,
128:20, 129:3,
129:7, 132:8,
136:23, 136:25,
137:15, 138:16,
139:6, 139:12,
139:16, 140:13,
144:9, 146:21,
147:10, 148:11,
148:19, 149:13,
149:15, 154:20,

156:14, 161:19,
162:6, 162:9,
162:25, 163:4,
164:17, 165:10,
168:8, 168:17,
168:24, 169:11
**3rd-degree**
165:1

---
**4**
---

**4**
175:3
**40**
46:5
**400**
3:10, 3:20
**44**
123:14
**4490**
3:22
**45**
76:10, 163:9
**4:-cv--mw**
1:7
**4th**
4:7

---
**5**
---

**5,058**
117:25
**50,000**
163:21
**501**
160:19
**519677**
1:22
**540**
4:23

---
**6**
---

**633**
4:9
**68**
6:10

---
**7**
---

**7050**
6:8, 6:16,

6:18, 6:23,
6:25, 6:29,
6:31, 6:34,
6:35, 6:38,
6:39, 11:25,
22:4, 30:1,
30:8, 31:2,
31:4, 31:12,
33:8, 33:10,
35:1, 35:17,
35:24, 36:23,
37:10, 37:20,
37:24, 65:23,
67:3, 69:2,
69:11, 77:4,
77:5, 77:11,
77:16, 77:21,
78:10, 78:14,
85:4, 85:7,
86:13, 88:12,
91:11, 91:21,
91:22, 92:6,
99:22, 100:11,
100:12, 105:7,
106:1, 115:16,
119:15, 119:21,
119:23, 120:5,
125:12, 125:22,
141:5, 141:6,
150:2, 150:3,
157:13, 157:18,
158:19, 159:7,
159:11, 159:18,
159:25, 160:15,
160:18, 161:14,
166:5, 167:4,
168:3, 169:18,
169:24, 170:3,
173:12
**736**
3:12
**7th**
159:7, 159:14

---
**8**
---

**80**
4:7
**8808**
4:23

---
**9**
---

**9/6/16**
6:20, 100:9
**90**
67:8
**91**
6:14
**968**
3:22
**97.0575**
103:11, 105:23,
145:18, 160:20
**99**
4:14