# Rebuttal Expert Report Submitted on Behalf of

# *Hispanic Federation v. Byrd*, 4:23-cv-00218-AW-MAF

Daniel A. Smith, Ph.D.[*]

December 21, 2023

Daniel A. Smith

---

[*]Professor and Chair of Political Science, University of Florida (for identification purposes only), and President, ElectionSmith.

# Contents

I   Introduction                                                                                           3

II  Conclusions from my October 13, 2023 Report not challenged by the Stein
    & Alford Report                                                                                        4

III Dr. Stein and Dr. Alford Mischaracterize and Misinterpret the Findings
    of my 2013 *SPPQ* article with Dr. Herron                                                              7

IV  The Discussion by Dr. Stein and Dr. Alford of "Cost Benefit Theories of
    Voter Registration and Turnout" is Irrelevant and Ignores Scholarship on
    3PVROs                                                                                                 9

V   Conclusion                                                                                            11

# I   Introduction

**1**       In the matter of *Hispanic Federation v. Byrd*, 4:23-cv-00218-AW-MAF, I authored an Expert Report dated October 13, 2023.

**2**       Defendants submitted an expert report by Dr. Stein and Dr. Alford that touches on my October 13, 2023 Expert Report. I refer to their report as the Stein & Alford Report.

**3**       Here, I begin by summarizing the key conclusions regarding SB 7050 in my October 13, 2023 Report, none of which are challenged by the Stein & Alford Report. I then respond to the misreading by Dr. Stein and Dr. Alford of my *State Politics and Policy Quarterly* (*SPPQ*) journal article with Dr. Michael Herron (Herron & Smith (2013)) on the effects of HB 1355 on voter registration in Florida, a law passed by the Florida state legislature in 2011.[1] Finally, I respond briefly to the lengthy discussion in the Stein & Alford Report on selected scholarly literature that assesses the cost of voting as it relates to changes in election administration, albeit none that examine registering to vote or the role Third Party Voter Registration Organizations (hereafter "3PVROs") play in assisting eligible citizens register to vote and update their voter registrations. Nothing in the Stein & Alford Report changes the opinions or conclusions of my original Report.

**4**       In formulating my opinions, I utilize the same methods as in my October 13, 2023 Report. These methods are informed by standard sources and methodologies used in political science analyses. My background and qualifications, in addition to my curriculum vitae and

---

[1]Michael C. Herron & Daniel A. Smith.  2013.  "The effects of House Bill 1355 on voter registration in Florida." State Politics & Policy Quarterly 13(3):279–305.

rate of pay, are included in my original Report. My compensation is contingent neither on the results of the analyses described herein nor on the contents of my Report.

## II  Conclusions from my October 13, 2023 Report not challenged by the Stein & Alford Report

**5**   I begin by restating the findings in my October 13, 2023 Report (paragraphs 8-15) concerning the role 3PVROs play in registering and updating the voter registrations of Floridians. My findings are not challenged in the Stein & Alford Report. Drawing on data produced in discovery by the Florida Division of Elections (FDOE), my October 13, 2023 Report finds that:

A. According to FDOE data, over 730 thousand voters (as of September 1, 2023) were registered in Florida due to the activities of 3PVROs, as they either assisted these voters to successfully register to vote or assisted these voters to update their existing voter registrations.

B. According to FDOE data, over 145 thousand voters (as of August 1, 2021) who most recently registered in Florida with the assistance of 3PVROs, successfully updated their voter registrations using a different method of registration over the two-year period ending September 1, 2023. This is in addition to the 730 thousand voters (as of September 1, 2023) who were most recently registered in Florida with the assistance of 3PVROs.

C. According to FDOE data, nearly 109 thousand voters, who as of August 1, 2021, were most recently registered in Florida through some other means than 3PVROs, successfully updated their voter registrations with the assistance of 3PVROs over the two-year period ending September 1, 2023.

D.  According to FDOE data, over 250 thousand Floridians who initially registered to vote *prior* to the state regulating 3PVROs in 2012, which includes voters who initially registered to vote more than a half a century ago, have been assisted recently by 3PVROs to update their voter registrations.

E.  According to FDOE data, the rate of voters who initially registered to vote in Florida in 2012 or later, and who most recently (as of September 1, 2023) were recorded by the FDOE as having been assisted by a 3PVRO, is even higher than the overall rate of voters most recently registered by 3PVROs.

F.  According to FDOE data, as of September 1, 2023, at least one in 20 of the 15.1 million registered voters in Florida have relied on 3PVROs to assist them to register to vote or update their voter registrations.

G.  According to data provided by FDOE every two years to the United States Election Assistance Commission (EAC), these figures are likely an under count, as the total number of registered voters in Florida who have been assisted by 3PVROs since 2013 could exceed 2.1 million.

H.  According to FDOE data, voters of color and voters living in a dozen counties (that account for more than 7 million registered voters in Florida) rely most heavily on 3PVROs. Furthermore, as Table 5 and Table 6 in my Report show, Black and Hispanic registered voters across the state of Florida rely more on 3PVROs than do White registered voters.

**6**     Page 9 of the Stein & Alford Report provides a list of these conclusions in my October 13, 2023 Report. Dr. Stein and Dr. Alford state that, "Dr. Smith's conclusions detail various statistics that support the conclusion the 3PVROs register a non-trivial number of Florida citizens." I am in full agreement with their statement.

**7**      Although they do not offer any empirical data or evidence of their own, on page 9-10 of the Stein & Alford Report, Dr. Stein and Dr. Alford assert, "However, neither his conclusions nor his analysis in the body of the report, provide empirical evidence of an actual demonstrated disparate impact, if any, of SB 7050 on Black or Hispanic citizens registering to vote or updating their existing voter registrations through 3PVROs."

**8**      In my October 13, 2023 Report (Section VIII), I provide clear evidence from data provided by the FDOE that Black and Hispanic registered voters in Florida are more than five times more likely than White registered voters in Florida to register with, or update their registration, with 3PVROs. Roughly one in 10 Black and Hispanic registered voters in Florida most recently relied on a 3PVRO to register or update their registration; less than one in 50 White registered voters in Florida most recently relied on a 3PVRO to register or update their registration. Logically, any additional restrictions placed on the activities of 3PVROs will impact the hundreds of thousands of Florida voters who rely on 3PVROs, and will disproportionately affect Black and Hispanic voters' ability to register to vote or update their voter registrations more than White voters.

**9**      In short, Dr. Stein and Dr. Alford do not challenge any of the findings in my October 13, 2023 Report.

# III   Dr. Stein and Dr. Alford Mischaracterize and Misinterpret the Findings of my 2013 *SPPQ* article with Dr. Herron

**10**      On pages 11-12 of the Stein & Alford Report, Dr. Stein and Dr. Alford state that in Figure 4 of my 2013 *SPPQ* article with Dr. Herron on Florida's HB 1355 (which they reproduce on p. 13) shows "similar impacts" on "Blacks, Hispanics, and Whites," concluding that there "is no evidence of statistically significant differences in registration rates among Whites, Blacks of Hispanics after the adoption of HB 1355" (p. 12).

**11**      The interpretation of Figure 4 offered by Dr. Stein and Dr. Alford is *not* accurate. Indeed, as we clearly write in our *SPPQ* article, in the text on page 297 which immediately precedes Figure 4 (which appears on page 298), Dr. Herron and I write (**bold** text added for emphasis):

> Visually speaking, one takes from Figure 4 the idea that the three main racial groups in Florida all suffered from drops in voter registrations in late 2011 as compared with late 2007. **Nonetheless, when we fit regressions to the registration differences in the three panels of Figure 4, out of the six estimate coefficients (two time indicator variables per regression), the only statistically significant estimate is that for the post–August 17 variable in the African American regression. This is evidence that HB 1355's effects varied by racial/ethnic group and were particularly pronounced for a group that in Florida is closely tied to the Democratic Party.** This raises the specter of what might befall nonregistered African Americans residing in Florida if Section 5 of the VRA is curtailed or eliminated.

7

**12**     Thus, contrary to what Dr. Stein and Dr. Alford write on page 12 of the Stein & Alford Report, it is clear from our 2013 *SPPQ* article that HB 1355 *did* have a statistically significant negative impact on Black (African American) voter registration in Florida. Dr. Stein and Dr. Alford are incorrect when they state (p. 12): that "1355 has similar impacts for each group of voters." Dr. Stein and Dr. Alford are also incorrect when they state (p. 12): "There is no evidence of statistically significant differences in registration rates among Whites, Blacks, or Hispanics after the adoption of HB 1355."

**13**     In short, Dr. Herron and I are quite explicit on page 297 of our *SPPQ* article that a reader should *not* be fooled by the visuals presented in Figure 4 that show the "drops in voter registrations in late 2011 as compared with late 2007" for White, Black, and Hispanic voters. Because the patterns in Figure 4 look similar—"[v]isually speaking"—a less-than-careful reader might assume that there are no statistically significant differences in the rates of voter registrations across groups across the two time periods. The reason that the three panels in Figure 4 *appear* to be similar is because the vertical (Y-axis) in all three panels are identically scaled using absolute numbers of registrations. But in 2007 and 2011, the number of White registered voters in Florida was nearly seven times greater than either Black or Hispanic registered voters in the state. As such, the absolute decline shown in Figure 4 in the number of voter registrations among Black and Hispanic registered voters—which was similar to the absolute decline in the number of voter registrations among White registered voters—had, in relative terms, a much greater impact on the smaller number of Black and Hispanic voters registered in Florida. Indeed, when Dr. Herron and I "fit regressions to the registration differences in the three panels of Figure 4" (as we clearly state on page 297), we find that the difference-in-difference in registrations over the two time periods is negative and statistically significant for Black registrants compared to White registrants.

**14**     In sum, Dr. Stein and Dr. Alford misinterpret and mischaracterize the findings of my 2013 *SPPQ* article with Dr. Herron.

## IV   The Discussion by Dr. Stein and Dr. Alford of "Cost Benefit Theories of Voter Registration and Turnout" is Irrelevant and Ignores Scholarship on 3PVROs

**15**     Dr. Stein and Dr. Alford write in the Stein & Alford Report that my October 13, 2023 Report relies on "rational choice theory."  They write on page 14 of the Stein & Alford Report, "Thus, their reliance on rational choice theory to predict the impact of SB 7050 is incomplete and overlooks research that offers alternative explanations about how this legislation might impact voter registration and voting."

**16**     Rational choice theory is well established in the discipline of Political Science. That said, I never once mention rational choice theory in my Report, nor do I rely upon it for my empirical analysis that shows which groups of voters rely on 3PVROs to register or register to vote in Florida.  In my October 13, 2023 Report, I offer a single paragraph (paragraph 16) on "costs of voting," which includes restrictions placed on eligible citizens to register to vote or update their registrations.

**17**     Furthermore, in the Stein & Alford Report, Dr. Stein and Dr. Alford cite studies that examine the effects of election reforms on voter *turnout*, not voter *registration*. On pages 13 through 20 of the Stein & Alford Report, they offer a prolonged review of selected scholarly studies that assesses the cost of voting as it relates to changes in election administration and voter turnout.  With the exception of my 2013 *SPPQ* article with Dr. Herron as discussed

above, none of the studies they cite have any relevance to the impact SB 7050 will likely have on 3PVROs, or on how restrictions on 3PVROs will impact voter registration. In short, the studies Dr. Stein and Dr. Alford cite are not relevant because they address early voting laws and voter turnout, voter ID requirements and voter turnout, and Election Day vote centers and voter turnout, not how election rules affect voter registration. My October 13, 2023 Report does not touch on any of these election administration reforms in the articles cited by Dr. Stein and Dr. Alford; indeed, I never mention or opine on voter turnout in my Report. The seven pages of the Stein & Alford Report devoted to election rules and voter turnout are irrelevant to and have no bearing on my Report.

18    Dr. Stein and Dr. Alford cite no studies in their literature review that examine the role of third party organizations in registering eligible but unregistered voters. Nor do they challenge what I write in my October 13, 2023 Report (paragraph 28): "Groups on both the right and left of the political ideology spectrum, as well as political parties, church groups, and students attending high schools, colleges, universities, as well as other groups, help to fill in the registration gap in Florida (Merivaki 2021)." In addition to the book by Merivaki (2021) on voter registration, other scholars have documented the importance of voter registration efforts by third party groups. For example, (Wang 2012, p. 63) notes how "the concept of third-party voter registration drives" has long been bipartisan; indeed, she writes, "partisan politics led to a push for voter inclusion and the registration of more eligible voters."

19    In sum, the lengthy discussion by Dr. Stein and Dr. Alford of "cost benefit theories of voter registration and turnout" is irrelevant to my Report and it ignores the scholarly literature that does examine the role that 3PVROs have on registering voters.

10

# V   Conclusion

**20**     The Stein & Alford Report does not challenge any of the findings in my October 13, 2023 Report on the impact that SB 7050 will likely have on the reliance of eligible citizens in Florida, including eligible Black and Hispanic citizens, to register or update their voter registrations with the assistance of 3PVROs. The Stein & Alford Report misinterprets and mischaracterizes the findings from my 2013 *SPPQ* article with Dr. Herron, namely that HB 1355 did have a statistically significant negative impact on Black (African American) voter registration in Florida. Finally, the Stein & Alford Report offers a prolonged review of selected scholarly studies on the impact of various election administration laws and voter turnout which have no relevance to 3PVROs and voter registration in Florida.

**21**     In conclusion, there is nothing in the Stein & Alford Report that causes me to change any of the opinions I offer in my October 13, 2023 Report.

**22**     I reserve the right to continue to supplement my declaration in light of additional facts, data, and testimony.

# References

Herron, Michael C. & Daniel A. Smith. 2013. "The Effects of House Bill 1355 on Voter Registration in Florida." *State Politics & Policy Quarterly* 13(3):279–305.

Merivaki, Thessalia. 2021. *The Administration of Voter Registration: Expanding the Electorate Across and Within the States.* New York: Palgrave.

Wang, Tova Andrea. 2012. *The politics of voter suppression: Defending and expanding Americans' right to vote.* Cornell University Press.