The Florida Senate
Committee on Fiscal Policy
SB 7050
April 20, 2023

Link:
https://www.flsenate.gov/media/VideoPlayer?EventID=1_zc8d1g0v-
202304200930&Redirect=true

Time marks:5:40:43-7:53:15 video link

Delivered September 11, 2023 by:
Ace Transcription Service

The Florida Senate
Committee on Fiscal Policy
April 20, 2023

1  (Start of transcript – 5:40:43)

2    Travis Hutson:  Members, we're going to tab 36, Senate Bill

3  7050 on Elections by Ethics and Elections.  There is a proposed

4  committee substitute on the bill.  Senator Burgess moves to take

5  up PCS barcode 880856.  Without objection, show that done.

6  Senator Burgess, you're recognized to explain the PCS.

7    Danny Burgess:  Thank you, Mr. Chair.  Senators, good

8  afternoon.  I had morning on my script here.  Good afternoon.

9  We have a PCS before us and I'm going to explain a few things

10  before getting -- I had just kind of been out there and before

11  getting into the explanation of the PCS.

12    So before I get into a more detailed explanation of what

13  we're doing differently in this PCS and how it differs from the

14  original SB 7050 as it came out of Ethics and Elections, I

15  wanted to clarify what the underlying bill and the proposed

16  committee substitute do not do.  Based on some of the comments

17  and reporting on the elections package since it's presentation

18  in our Committee on Ethics and Elections, I'm compelled to set

19  some of the record straight.

20    First and foremost on that, there's nothing in this bill or

21  this PCS that dismantles the current process used by the

22  Department of State when it comes to determining the eligibility

23  for a returning citizen to register to vote.  There's absolutely

1    nothing in here that changes Section 98.075 of paragraph 1 which

2    states the department shall protect the integrity of the

3    electoral process by ensuring the maintenance of accurate and

4    current voter registration records.

5        We are not amending that paragraph and we're also not

6    changing Section 98.075 which states the department shall

7    identify those registered voters who have been convicted of a

8    felony and those whose voting rights have not been restored by

9    comparing information received from but not limited to -- and

10   then it goes through the various iterations in the statute.  We

11   are not amending that subparagraph.

12       Later, in my explanation of the proposed committee

13   substitute, I'll explain how we are adding another opportunity

14   for timely information to flow directly from the clerk of courts

15   to the respective supervisors of elections and how those two can

16   work together for more efficiency.

17       With respect to third-party voter registration

18   organizations, nothing in this bill or in the proposed committee

19   substitute is intended to do away with these organizations and

20   the most important civic activities that they engage in.

21   Rather, because of the important role they play as a fiduciary,

22   we are adding additional guardrails which I will go into more

23   detail in a couple of moments.

1      We often hear people talk about not resting on our laurels

2   when it comes to election laws, but what does that actually

3   mean?  It means to be so satisfied with what one has already

4   achieved that one makes no further effort.  Good should never be

5   the enemy of greatness, it was said before.  Now with saying

6   those opening remarks, I would like to go into the details of

7   the proposed committee substitute.

8      In this one, we're removing a few things and clarifying a

9   couple of things.  First we're removing the clarification of the

10  authority of the Election Crimes and Security and the duties of

11  the statewide prosecutor.  We're removing the portion that

12  requires all new voters who have never been issued a specified

13  Florida voter identification or, I'm sorry, a Florida

14  identification or a Social Security number to vote in person for

15  the first time.  We're removing the provision creating a new

16  penalty for the harassment of election workers.  We're also

17  removing the provision providing an additional option for

18  discretionary early voting days.

19     The PCS revises the original bill's third-party voter

20  registration organization provisions to clarify effective dates,

21  eliminating exception to the re-registration requirement for

22  political parties, revised the maximum aggregate fine from

23  $100,000 to $250,000, adding a prohibition against voter

24  registration application collection or handling by a person

4

1  convicted of certain felonies that were related to election

2  crimes or identity theft or by a non-citizen.

3      The PCS revises the original bill's address list

4  maintenance provisions.  Working with the supervisors of

5  elections, we've really I think landed in some good spots there.

6  So I want to give them a shoutout and say thank you for all that

7  you've done with our team to get this right.  And we're removing

8  a current law requirement that address a confirmation request be

9  sent to a voter's address of legal residence first since some

10  people get their mail at P.O. boxes.  This would create

11  efficiencies.

12      We're requiring each annual list maintenance program to

13  begin by April 1st for consistency and a consistent time in

14  adopting what is already an annual list maintenance program.

15  We're deleting a current law requirement that voters respond to

16  an address confirmation request within 30 days.  And to maintain

17  the original bill's provisions regarding the annual review of

18  the legal residential addresses, coordination between the

19  department and supervisor to complete required address list

20  maintenance activities.  We also do some further clarification

21  throughout the original bill and retain other provisions in the

22  original bill.

23      That is the bulk of the changes in the PCS, Mr. Chair.

24      Travis Hutson:  Great.  Thank you.

1       Danny Burgess:  Mr. Chair, if I may?

2       Travis Hutson:  Keep going.

3       Danny Burgess:  Thank you.  I forgot one of the most

4   important parts that may help the function and flow of this

5   meeting.  So this is obviously a 93-page bill, hyper-technical

6   topic, very industry-specific terms and very mechanical.  I'd

7   like to think I can take on a challenge.  But understanding some

8   of the things in here, in the 43 to 49 different components

9   certainly contest you to some extent.  I have some experts with

10  me as well that are flanking me and so the senators would feel

11  comfortable citing a section or a page number when asking a

12  question.  If you're able --

13      Sorry.  The mic just went out.  That's probably a sign I'm

14  done.  If you're able to do so, I think that would help

15  facilitate the conversation as we navigate through this bill.

16  Essentially every other page of this bill is a new section and

17  so, because of that, it's just hard to keep track of that flow

18  without some context.  Thank you.

19      Travis Hutson:  Thank you.  Are you sure there's nothing

20  else?

21      Danny Burgess:  I've been sitting back here doing

22  handwritten amendments while we're waiting to be heard, sir.

23  So --

1     Travis Hutson:  I'm eager to see what you came up with.

2  Members, if you would like, we have an amendment in front of us.

3  First, do you want to do that and then we'd go back to questions

4  on the bill?

5     The amendment without objection was taken up.  That is

6  barcode 896348 by Senator Thompson.  Senator Thompson, you are

7  recognized to explain the amendment.

8     Geraldine Thompson:  Thank you, Mr. Chair.  My amendment

9  would delete lines 463 through 470 which relates to the fine for

10  third-party voter registration organizations.  That is the

11  amendment.

12     Danny Burgess:  Do you mind repeating the question, Senator

13  Thompson?  Oh, this is the amendment.  I apologize.

14     Travis Hutson:  She just explained her amendment.  Having

15  explained your amendment, are there any questions on the

16  amendment?  Seeing no questions on the amendment, I have a

17  couple of appearance forms.

18     Oh, I'm sorry.  The appearance forms on Senator Thompson's

19  amendment.  This is Cecile Scoon, with the League of Women

20  Voters, here to speak.  I'm sorry.  Cecile.  Cecile.  Thank you

21  for coming.  You are recognized.

22     Cecile Scoon:  Thank you.  I'm Cecile Scoon.  I'm the

23  president of the League of Women Voters of Florida.  We feel

24  that we have taken on assisting the state with one of the most

1   important things that the state can do, which is to facilitate

2   and register citizens to be able to vote.  We are very concerned

3   with the attitude that Senate Bill 7050 and the strike all

4   version of it of elevating fines and fees.  It went on a group

5   that is trying to help citizens perform one of the most basic

6   things that Americans hold dear, which is the ability to vote

7   and have their voice be heard.

8       So we speak in favor of Senator Thompson's bill removing

9   some of the fines.  But there are many, many others in the bill

10   that should be removed.  The idea of a quarter of a million

11   dollar maximum fine for the League -- which is 99 percent

12   voluntary.  We have one or two employees, but people are just

13   giving their time.

14       I myself started as -- I was active duty captain on base at

15   Tyndall.  And I just wanted, you know, like committed.  I was an

16   assistant staff judge advocate.  I said I want to help people

17   register to vote.  So I started helping people register to vote

18   in Florida almost 40 years ago, when I first stepped on there

19   with my brand new bars.

20       I feel that the state has taken a really negative attitude

21   towards groups that are trying to help people with their

22   fundamental citizenship.  So I speak in favor of the amendment.

23   Thank you.

1     Travis Hutson:  Thank you.  That was all the appearance
2  cards I have.  We're now on debate on the amendment.  Seeing no
3  debate, Senate Burgess, you're recognized to opine on the
4  amendment.

5     Danny Burgess:  Thank you, Mr. Chair.  Thank you for this
6  amendment, Senator Thompson, and the discussion.  As drafted, it
7  would remove any penalty and consequence for a third-party voter
8  registration organization.  And there are current fines on the
9  statute, folks.  We're upping those fines in certain areas based
10  on data and information that we have and some of the feedback
11  we're uncovering with some bad actors.  So for those reasons,
12  I'd ask that we not support the amendment and I would consider
13  it unfriendly.

14     Travis Hutson:  All right.  Thank you, Senator Burgess.
15  Senator Thompson, you are recognized to close on your amendment.

16     Geraldine Thompson:  Thank you, Mr. Chair.  Senators,
17  participating in our democracy is so important.  I think we
18  ought to be encouraging people to register, encouraging people
19  to vote rather they're making it difficult for individuals to
20  vote.  And when we have third-party organizations such as the
21  League of Women Voters -- we have many social groups,
22  sororities, fraternities that have voter registration drives.  I
23  don't think that they should be stymied with the imposition of

9

1  fines for helping people to register to vote.  I would ask you

2  to support this amendment.  Thank you, Mr. Chair.

3      Travis Hutson:  Thank you.  Having closed on your

4  amendment, all those in favor, signify by saying yea.

5      Voices:  Yea.

6      Travis Hutson:  All those opposed, nay.

7      Voices:  Nay.

8      Travis Hutson:  No.  So the amendment fails.  Okay.  We are

9  now back on the PCS barcode 880856.  Are there any questions on

10  the PCS?  You are recognized, Senator Jones, for a series.  I'll

11  open it up.  You can go back and forth.

12      Shevrin Jones:  Thank you so much, Mr. Chair.  Thank you,

13  Senator Burgess.  Senator Burgess, I want to look at section 3,

14  section 24, section 25 and 26 talking about the first-time

15  voters.  This first question is just to clarify the question

16  about the first-time voters.  What about the first-time voters

17  who are out of state who probably turned 18 and they're not in

18  state?

19      Danny Burgess:  Thank you, Mr. Chair.  Thank you, Senator

20  Jones.  I believe we might be referring to a section of the bill

21  that we actually just removed.

22      Shevrin Jones:  You removed it?

23      Danny Burgess:  Yes.

1      Travis Hutson:  You can go back and forth with this because

2  you are --

3      Shevrin Jones:  Okay.

4      Travis Hutson:  Go ahead.

5      Shevrin Jones:  Okay.  Thank you.  All right.  Thank you so

6  much, Senator Burgess.  I'm just going based off of some

7  questions that I wrote down in the amendment.  And I apologize,

8  Senator Burgess.  Did you also take out the timeframe in which

9  an application must be submitted for the party voter register

10  organizations from 14 to 10 days or that's still in the bill?

11      Danny Burgess:  Thank you, Senator Jones.  That part is

12  still in the bill, yes.  Actually, that is current law.  Or, I'm

13  sorry, current rule.  If you give me a second, I'm going to pull

14  the rule.  So all applications must be delivered to the division

15  or a supervisor of elections, or postmarked within ten calendar

16  days of the collection by an organization or any of its

17  registered agents.  So it's actually current rule, we came to

18  find out, and so we're just codifying that in statute.

19      Shevrin Jones:  Okay.  And the rule is set by the Secretary

20  of State.  Right?

21      Danny Burgess:  Yes.

22      Shevrin Jones:  Okay.  Who is here.  Good to see you, Cord.

23  And also within -- I'm going with section 5 still.  It said,

24  additionally, a person can be charged with a third-degree felony

1  if said person collected applications on behalf of the

2  organization and copies the personal information.  What about,

3  and I wrote this down, I'm asking about online voter

4  registration portals that may allow the user to voluntarily

5  share their information.  What happens with that type of

6  collecting of information?

7      Danny Burgess:  Do you mind rephrasing the question,

8  Senator Jones?

9      Shevrin Jones:  Yes.  No problem.  Because it says that,

10 basically it says it's a third-degree felony, if a person

11 collected applications on behalf of the organization and copies

12 the personal information of the voter for any purpose other than

13 compliance within the section.  So my question is what about

14 those online voter registration portals that are used to do

15 voter registration and if someone voluntarily gives their

16 information?

17     Danny Burgess:  Thank you, Senator Jones.  This is speaking

18 to a situation where you have a registered agent with a third-

19 party voter registration organization and they're collecting

20 3PVRO application or, I'm sorry, voter registration

21 applications.  Instead of just returning them within the

22 required time frame of ten days, you know, they're making copies

23 or retaining specific information which there's no purpose for.

24 Obviously, we've run into situations with identity theft and

1  other various instances and so we're speaking to that as a new

2  third-degree felony.

3  Shevrin Jones:  It makes sense.  Okay.  Got you.  I'm

4  moving on to section 9 that speaks of the supervisor of election

5  and removing the name of the deceased voter from the voter

6  registration system within seven days.  Have we taken into

7  consideration the amount of time that the death certificate for

8  individuals are produced?

9  Danny Burgess:  Thank you, Senator Jones.  It's taking

10  action after they receive it would be how that works.

11  Shevrin Jones:  Okay.  After they receive it.  Okay.  I

12  want to look at section, going back to section 375.  I'm sorry,

13  section 4 - my apologies - lines 375 and 401 that speaks thus --

14  it says we must register each election cycle.  The registration

15  expires at the end of the election cycle, which is on line 398,

16  beginning January 1, 2025.

17  Do you think that this probably will create an unnecessary

18  burden for organizations who already will submit forms with

19  their third-party voter registration number on them?

20  Danny Burgess:  Thank you, Senator Jones.  Currently there

21  is close to 2,000 3PVROs in existence and some actually are

22  dating back to 2009.  So this is an effort to, obviously, if

23  there's inactive organizations, to uncover those and to ensure

24  that we have accurate information related to these organizations

1    that are actively registering voters.  So it makes sense to

2    periodically re-register to ensure they're actively working

3    within the world of voter registration.

4        Shevrin Jones:  Okay.  Then, in section 4, I'm going to go

5    to line 493.  That it creates a third-degree felony for copying

6    or retaining -- well, we already just talked about that.  So let

7    me just ask the question.  How will this prevent organizations

8    from following up with who they registered with?  I think I have

9    asked that when I was talking about the portal.  I should have

10   been clear in how I asked.  So I apologize.

11       Danny Burgess:  Thank you so much, Senator Jones.  I

12   appreciate that.  Actually, that kind of speaks to another new

13   provision within the third-party voter registration world that I

14   think is important.  This is an opportunity to highlight that

15   and that's where the receipt comes into play.  So, number one,

16   when you take somebody's voter registration application, you

17   know, you're becoming a fiduciary.  You're asking me to carry

18   somebody's right to vote.

19       There's wanting to seek out their civic duty or affording

20   the Department of State their ability to create rules or adopt

21   rules that are related to how the printed receipt and the

22   uniform nature of that will go into effect.  Obviously, I would

23   expect that potentially.  I would allow the Secretary to speak

24   on this if he feels inclined.  I'm sure he submitted a card.

1  But I would anticipate that there would be an opportunity for a

2  copy of that receipt for a 3PVRO to be able to have that as

3  proof of registration.

4      Shevrin Jones:  Okay.  I want to go to section 24, lines

5  1782 to 1784.  It reduces the time to request a vote-by-mail

6  ballot by two days.  It sets a deadline to request a vote-by-

7  mail ballot.  It's currently 5:00 p.m. on the tenth day before

8  an election.  So the bill changes it to 5:00 p.m. on the 12th

9  day before the elections.  Supervisors of election wouldn't be

10  able to mail the vote-by-mail ballot out later than ten days

11  before the election.

12      Do you not believe or think that this reduces the window

13  for voters to request a vote-by-mail ballot and for the SOEs to

14  mail them thereby reducing the access to them?

15      Danny Burgess:  Thank you, Senator Jones.  I think it's a

16  fair question, a good question on why we're making these

17  changes.  I think, number one, it's going to afford a voter an

18  opportunity to have more time to obviously fill out, submit, and

19  process their VBM.  But I think the principle behind this is

20  ensuring sufficient time to return, that supervisors are able to

21  sufficiently focus on the early voting and election day seasons.

22  I think we have phases and seasons in our elections.  This is

23  signifying a clear shift and less blurring of those seasons.

1     So we are shifting to the left two days.  But I mean we

2  have a significant -- you could request your VBM today

3  obviously.  So we have a significant amount of time that you're

4  able to afford to do that.  The shift from the 11th to 12th day

5  before is more of a function of the fact that that would fall on

6  a Sunday which obviously would complicate things with the mail

7  and not really any other reason other than what I've just

8  described.

9     Shevrin Jones:  Thank you so much, Senator Burgess.  I'm

10  going to jump over to section 26 on line 1894 where it says that

11  the supervisor of election must reject all ballots if a vote-by-

12  mail envelope contains more than one ballot.

13     I know some seniors who, the husband and the wife,

14  sometimes mail their ballot in all at the same time.

15     I guess my first question would be does that mean that some

16  voters may, like if they place -- many of them probably put it

17  in the ballot, I mean the same envelope, to save money.  How do

18  we convey that to some of our seniors when it comes to them

19  mailing in both ballots in the same envelope?

20     Danny Burgess:  Thank you, Senator Jones.  This is a really

21  important area to highlight and why we're doing this.  So

22  obviously the policy cover we're making is that if two or more

23  VBM ballots are returned in one mailing envelope for the same

1   election, then both ballots won't be counted.  Why?  The reason

2   is there's no cure and there's --

3        Actually, the Secretary pointed this out in my discussions

4   with them.  I think he mentioned it in committee too.  There are

5   actually nearly 67 different ways of kind of determining which

6   vote counts, which one doesn't, and how you handle this.

7   Obviously we impress and hold in a very important level the need

8   to have the signature match, that the voter is who they are, and

9   there's actually --

10       Based on how they open the envelope and then they separate

11  the ballots required by law, there's no way to determine whose

12  was whose.  So which signature goes to what.  Also even more

13  unsettling is there's no way to determine if maybe somebody did

14  vote twice which obviously is an issue in and of itself.

15       So with supervisors of elections and the Department of

16  State, there was an ask for clarification.  The uniform approach

17  from the state is how do we handle the sacred ballot?

18  Unfortunately there isn't an easy answer to this one.  The

19  cleanest answer, the only answer that can avoid a potential

20  fraudulent situation is to reject both ballots.

21       Shevrin Jones:  Thank you, Senator Burgess.  I know the

22  secretary is here.  I want him -- well, let me ask the question

23  first.  So if there's enough time, will the SOE let them know

24  that their vote, their ballot wasn't counted?

1    Danny Burgess:  Thank you, Senator Jones.  The ultimate

2    issue is, once they're separated from the mailing envelope, you

3    don't know whose ballot it is.  The Secretary can clarify this

4    or if there's a supervisor out there.  But my understanding is

5    that they have to separate them upon receipt.  So that's kind of

6    the ultimate issue and why --

7    Actually, there's not an easy cure solution here.  I would

8    defer to the experts in the field as to maybe some of their

9    experiences when they've received something like this.  But

10   unfortunately the safest play and probably the most integral

11   part of protecting a ballot and ensuring there is no fraud or

12   per se a signature mismatch, is to reject both ballots if they

13   were returned that way.

14   Shevrin Jones:  Thank you so much, Senator Burgess.

15   Senator Burgess, it's my understanding that there's a number

16   that come behind each ballot.  Therefore, shouldn't you be able

17   to identify whose ballot it is or no?

18   Danny Burgess:  Based on feedback from the supervisors,

19   once they remove the ballot and aren't able to match the

20   signature, there is just no way to determine that.  But I would

21   be happy obviously to defer any testimony from somebody in the

22   field there and to the Secretary.

23   Shevrin Jones:  Thank you so much, Senator Burgess.  Before

24   I get to my next one, can I just make a suggestion?  I know the

1   Secretary is here, and to you also, if possibly in the language

2   that we could -- if in a certain amount of time, do you think we

3   can add some language possibly where it gives SOEs some time to

4   notify the voter/voters to let them know that their ballot was

5   rejected and they need to, (a) come to the voting location?  Or

6   -- well, you won't be able to request a new ballot, but they're

7   going to have to basically vote in person.

8       Danny Burgess:  Thank you, Senator Jones.  I think that's a

9   very fair suggestion.  I'll be honest.  I had those discussions

10  and kind of sought to flesh that out as well.  And I know other

11  folks have.  So I think it's a good question for when the

12  Secretary comes up.  Maybe he can clarify it if there are any

13  possibilities there.

14      But based on what we've been digging in on this and talking

15  about that, it didn't seem like we could uncover a way to do

16  that because of the uncertainty of whose ballot was whose and

17  one, even at all since there's only one name on the return

18  envelope.  So there is some difficulty here.  It's just one of

19  those tough situations where we're trying to make the best call

20  we can with a situation where somebody submitted two ballots and

21  they can't be verified.  But it's certainly a very fair

22  suggestion and I'm happy to defer to the secretary.

23      Shevrin Jones:  Thank you so much.  My final question is

24  probably the most concerning one.  It's about the nicknames on

19

1    the ballot.  Nobody called me Chevron anymore.  So I put Chevron

2    there.  So what does that -- I know you have to fill out an

3    affidavit if you desire to use your nickname on your ballot.

4    But all jokes aside, how does that look?  What do we mean when

5    we speak of filling out the affidavit if you're using your

6    nickname?

7        Danny Burgess:  Thank you, Senator Jones.  So we're

8    creating a statutory framework for that.  I guess there are

9    really no guidelines or parameters that are clear.  It's a case-

10   by-case basis across the state.  So we've been asked to set a

11   uniform standard and this just improves that consistency

12   regarding the use of candidate nicknames.  But I would say Shev

13   is strong, good, fitting and probably a-OK under the standard.

14       Shevrin Jones:  All right.  Thank you.

15       Travis Hutson:  Thank you, Senator Jones.  Other questions?

16   Senator Thompson, you're recognized.

17       Geraldine Thompson:  Thank you, Mr. Chair.  Senator

18   Burgess, on line 381, it indicates that anyone collecting or

19   handling registration applications hasn't been convicted of a

20   felony violation.  How would a third-party registration

21   organization verify that?

22       Travis Hutson:  As before, feel free to go back and forth.

23       Danny Burgess:  Thank you, Senator Thompson.  I appreciate

24   the question.  A third-party voter registration organization is

1   supposed to register agents.  I believe the technical name is

2   actually registered agents - registered agents of the third-

3   party voter registration.  That's current law.  So they would

4   have to affirm that that individual is not a convicted felon or

5   related to identity fraud or elections crime code-related

6   felonies.

7       Geraldine Thompson:  Thank you, Senator Burgess.  What I'm

8   trying to get at is verification.  The third-party voter

9   registration organization has to verify that any person handling

10  applications hasn't been convicted of a felony.  How would the

11  third-party voter registration organization confirm that?

12      Danny Burgess:  Thank you, Senator Thompson.  That would be

13  at the discretion and choice of the organization.

14      Geraldine Thompson:  Thank you.  Would you define handling

15  for me?  It's not defined anywhere in the bill.  What does that

16  word mean, handling?

17      Danny Burgess:  Thank you, Senator Thompson.  I appreciate

18  that.  So if I understand the question correctly, I apologize if

19  I don't, but I believe we might be talking about kind of the

20  difference between soliciting or collecting an application.

21      So with the two provisions in this bill that relate to an

22  individual convicted of felony and certain offenses that have an

23  access to the collection of information, or an election's

24  violation, or needing to be a citizen of the United States, both

1    of those do not prohibit those individuals from soliciting

2    applications.  In other words, standing outside Publix and

3    handing them out.

4         What this speaks to is the collection of applications and

5    the submission of those.  Handling the -- it isn't just a blank

6    form.  It's a form that's been filled out.  It's got an immense

7    amount of personal information on the application.  They've

8    become a fiduciary and are now basically in charge of that

9    person's ability to be registered to vote in elections in the

10   state and in our country.  So that's the distinction between how

11   they would be able to participate and what they would be able to

12   do.

13        Geraldine Thompson:  Thank you, Senator Burgess.  I'm still

14   not clear.  The language says collecting and handling.  What I'm

15   trying to understand is what constitutes handling.

16        Danny Burgess:  Thank you, Senator Thompson.  Essentially

17   interchangeable sorts of terms.  So I would say then, based on

18   that line of questioning, that it would be the difference

19   between solicitation and collecting and handling.  Those would

20   be similar functions and essentially talking about the same

21   thing.

22        Geraldine Thompson:  Thank you.  And with regard to the

23   conviction of a felony violation, would this exclude individuals

1   who've had their rights restored?  Would they now not be able to
2   collect or handle voter registration applications?

3       Danny Burgess:  Thank you, Senator Thompson.  I'm going to
4   need to double check on that.  If you would give me an
5   opportunity to get back to you on that question, I will be happy
6   to do so.

7       Geraldine Thompson:  Thank you.  While you're researching
8   that, I'd like to continue to focus on that area particularly as
9   it relates to making sure that these individuals are U.S.
10  citizens.  How would a third-party voter registration
11  organization confirm that a person is a U.S. citizen?

12      Danny Burgess:  Thank you, Senator Thompson.  The same way
13  that they might confirm -- related to a felony conviction in
14  that it would be up to their discretion and they would obviously
15  need to be able to affirm that.

16      Geraldine Thompson:  Thank you, Senator Burgess.  The
17  penalty - $50,000 per person per violation - why did you set the
18  penalty at $50,000?

19      Danny Burgess:  Thank you, Senator Thompson.  That's a
20  policy call.  Just in line with how we're increasing other
21  penalties and providing penalties and ramifications for
22  violations of certain other areas.  That was a decision that we
23  made when we put this provision on the bill.

1      Geraldine Thompson:  Thank you.  Would you consider that to

2  be excessive?

3      Danny Burgess:  Thank you, Senator Thompson.  I don't

4  consider it to be excessive.  I believe that it's consistent

5  with the amounts in other areas of the fines and fees.  We're

6  increasing the aggregate from 100,000 from the original bill, to

7  the 250,000 area.  Just shy or just north of that line, on line

8  475.  So I believe that we're sticking in line with the ballpark

9  that we're at within fines in the third-party voter registration

10  space.

11      Geraldine Thompson:  Thank you.  Another question before he

12  gets back to me with the other question.

13      Danny Burgess:  Feel free.

14      Geraldine Thompson:  Thank you.  The third-party voter

15  registration organization must provide a receipt when they

16  receive an application.  This is on line 419.  However, they're

17  unable to keep any record of the voter's information.  How are

18  they going to be able to do that?

19      Danny Burgess:  Thank you, Senator Thompson.  I believe the

20  Department of State will in their rulemaking create a uniform

21  receipt and anticipate they will put in all the information

22  related to the boundaries and guidelines of a receipt and what

23  information they might be able to retain on a receipt themselves

24  as evidence and proof.

1    Geraldine Thompson:  Thank you.  So to make sure that I'm

2    understanding, you have to issue a receipt.  However, you cannot

3    keep a copy of any of the voter's or the applicant's records.

4    And that is the sticking point for me in terms of how the third-

5    party voter registration organization could confirm that they

6    have provided a receipt.  How would do they do that?

7    Danny Burgess:  Thank you, Senator Thompson.  So we're

8    speaking to personal identifying information that are being

9    copied or retained from an application that somebody has filled

10   out as the new third degree felony.  Obviously, the receipt

11   would be an opportunity to evidence that they in fact did

12   register a certain individual.  You know, we're cracking down on

13   a crime where there's an intent to retain information.  That's

14   sort of separate and distinct, I believe, from keeping a

15   receipt.  What is on the receipt is going to be determined

16   through the rulemaking process, but there will be a clear

17   delineation and there is I believe between the purpose of a

18   receipt and also obviously the retention of information that is

19   akin to an identity theft crime.

20   Geraldine Thompson:  Thank you.  Were you able to get the

21   answer for me from the earlier question?

22   Danny Burgess:  I don't have an answer at this time.  I've

23   been diligently answering the subsequent questions.  I

1   apologize.  But I will.  As soon as I do, I will certainly get

2   that.

3        Geraldine Thompson:  Thank you very much.  Thank you, Mr.

4   Chair.

5        Travis Hutson:  Any other questions?  Senator Osgood,

6   seriously the floor is open for you and Burgess to go back and

7   forth.

8        Rosalind Osgood:  Thank you, Mr. Chair.  Senator Burgess,

9   just a couple of questions.  I saw somewhere -- I'm sorry I

10  don't have mine all broke up.  Well, let me attempt to do what

11  you asked me to do.

12       In a few sections, like in section 118 to 125, there are

13  numerous places where it talks about reporting.  Right?  The

14  Department of Health reporting, the Supervisor of Elections

15  reporting.  I understand the need for those reports.  But as I

16  think about implementation, what kind of fiscal impact is that

17  going to have on those organizations now having to do that

18  weekly reporting?

19       Danny Burgess:  Thank you, Senator Thompson.  I'm so sorry.

20  Senator Osgood.  We're shifting.  Thank you, Senator Osgood.  So

21  I believe we're talking about the weekly reports that the clerks

22  would be providing the supervisors of elections.  Is that right?

23       Rosalind Osgood:  Yeah.  On one page it talks about weekly

24  reports from the Department of Health, weekly reports from the

1   clerk of court to the supervisor of election for persons who are

2   not eligible to vote.  There was several places that talked

3   about reporting, weekly reporting.

4       Danny Burgess:  Thank you, Senator Osgood.  I appreciate

5   that clarification.  We haven't heard any concern related to the

6   frequency increase on that and what would be required.  This is

7   already information that's being disseminated and required to be

8   obtained.  We're just putting some time parameters around that

9   to ensure that we have accuracy on a consistent basis.  But we

10  haven't heard any feedback that would lead us to believe that

11  this is not implementable or able to meet that frequency.

12      Rosalind Osgood:  Okay.  I apologize, Senator Burgess, I

13  wasn't questioning your frequency.  I'm just thinking about

14  reporting and I know that it takes individuals.  So let me ask

15  you this way.  Do we anticipate any increases in FTER (phonetic)

16  with these organizations?

17      Danny Burgess:  Thank you, Senator Osgood.  We haven't

18  heard any request for that at this time.

19      Rosalind Osgood:  Okay.  And there was another place where

20  it talked about the supervisor conducting annual reviews of

21  voter registration records to identify a voter that may be

22  registered at an address that is not his or her legal residence.

23  How do we anticipate that being done?  How is the supervisor

24  going to conduct those reviews?

1    Danny Burgess:  Thank you very much, Senator Osgood.  So

2    right now there's no specific duty and an affirmative annual

3    duty to do such.  They are required to be done.  So you may have

4    voters that are registered at non-residential addresses and

5    that's kind of the purpose of this provision.  So we're putting

6    a frequency on that to ensure that it's done annually which is

7    consistent with some other areas of list maintenance.

8    Travis Hutson:  Senator Osgood and members, we do have the

9    Secretary here.  If you like, I could bring the Secretary up.

10   We can ask questions to the Secretary and then come back to the

11   bill if that may be of help to you.

12   Rosalind Osgood:  I actually would like because I see a lot

13   of the things.  I'm just thinking about the implementation.

14   Travis Hutson:  I think when we get to that point of the

15   implementation, the Secretary is probably the best to talk about

16   how to do that.  So if you don't mind, Secretary Byrd, why don't

17   you come up and speak to us?  We may have some questions for you

18   on implementation.  Then we'll go back to questions on the bill.

19   If that's all right with you guys.

20   Rosalind Osgood:  Thank you, Chair.

21   Travis Hutson:  You, sir, are recognized.

22   Cord Byrd:  Definitely.  Chairman, thank you, and members

23   of the Committee.  I appreciate the time.

28

1      Senator Burgess is doing a fantastic job on a very
2  technical area and subject.  I just wanted to let the members
3  know that after being appointed by the Governor I traveled to
4  all 67 counties.  I visited with the supervisors in their
5  offices.
6      So this bill is a collaborative work of not only the
7  legislature and the Department of State but also the 67
8  supervisors of elections.  So this bill is the wisdom, the
9  collective wisdom of the elections' administrators and the
10  lawmakers of this state.  I think that's important at the outset
11  to make that known.
12      Also we do take pride that we had very good elections,
13  clean elections in 2020 and 2022.  But as Senator Burgess
14  stated, the reason we have that is because we're continually
15  looking to improve.  We don't rest on our laurels.  We're always
16  looking ahead, seeing the trends.  Because trends in voting
17  change, voter patterns change, and that's why this bill is
18  focused on some of those processes.  I'm more than happy to
19  answer any questions that members may have.
20      Travis Hutson:  Thank you.  Do you want to start with
21  Senator Osgood, because she was in a series?  So you can go
22  first.  We're going to open the floor up so you can go back and
23  forth, you don't have to go through the chair, to try and
24  expedite.

1    Cord Byrd:  Thank you, Chair.

2    Rosalind Osgood:  Thank you, Mr. Chair.  Mr. Secretary, do

3    you anticipate or do you have any idea of the fiscal impact that

4    this is going to cause for the Supervisor of Elections Offices?

5    Cord Byrd:  Thank you, Senator.  So are you referring back

6    to the data transfer?  Because I know that was part of where we

7    were, it was on the data transfer.

8    Rosalind Osgood:  So since you're the secretary, I'm asking

9    it in general.  You know, Senator Burgess is not going to be --

10   since you are the administrator.  Just overall we're trying to

11   improve our election system and there are various components as

12   to why the bill from the reporting to just the different ways

13   that we're trying to do things.  Oftentimes I feel like in the

14   Supervisor of Elections Office that they're grossly understaffed

15   and sometimes - no pun intended to anybody - lean a little too

16   much on volunteers when we should have people, paid people that

17   we can hold accountable.  I'm trying to get an answer so that,

18   if there is something that's needed.  We have that as part of

19   the conversation.

20   Cord Byrd:  Thank you.  I mean the supervisors, and they're

21   here today with their representatives, they're funded at the

22   county level for providing the work that they do.  Certainly, we

23   work in collaboration with them.  This is a team effort between

24   the 67 supervisors and the state.  This is not shifting the

30

1  burden to them.  It's having them cooperate with us in sharing

2  information.

3       For example, in the section of the bill that deals with the

4  clerks of court within that county sharing fresh data with the

5  supervisor in that county, the state will continue to do our

6  work.  But the more they can help us with that -- I mean the

7  goal here, I think for everybody, is to make sure that every

8  person who is legally allowed to vote can vote and so we don't

9  run into the situations where we're missing someone.

10      Rosalind Osgood:  Okay.  So respectfully, we don't have

11  that answer.  I'm aware of how the supervisor of elections are

12  funded.  A lot of times we impose stuff and the county does not

13  come along with the adequate funding.  So I'll move to another

14  question.  That's something for me to talk to my colleagues more

15  about.

16      I asked Senator Burgess another question about this part

17  that talks about this annual review of the supervisors.  The

18  bill mandates the supervisors conduct the annual reviews of

19  voter registration records to identify a voter that may be

20  registered at an address that is not his or her legal residence.

21  My question is how is that going to be done?

22      Cord Byrd:  Senator, I mean, currently the supervisors are

23  doing that.  So what we want to make clear in the law -- because

24  sometimes someone may be, for example, registered at a place of

1  business that on its face doesn't appear to be a residential

2  address but there actually is where the person lives.

3  Sometimes, for the United States Postal Service, they will have

4  a zip code where their zip code coding shows that that is an

5  undeliverable address but the supervisors have verified that

6  someone actually lives on a property that isn't a deliverable

7  address.

8      So there are a lot of anomalies that people identify in

9  where people actually live.  We're trying to ensure that, when

10  we're mailing a ballot to a voter, that it is a valid

11  residential address and that the person who is requesting that

12  vote-by-mail ballot actually lives at that address.  Because we

13  do have examples of multiple ballots being mailed to an address

14  and the homeowner calling the supervisor of elections and

15  saying: I'm getting vote-by-mail ballots at this address and I

16  don't know any of these people.

17      List maintenance is critical for the integrity of our

18  elections and that's one of the critical components of this

19  bill, is to make sure that not only the state but the

20  supervisors are conducting that list maintenance on a regular

21  schedule.

22      Rosalind Osgood:  How are they doing those lists now?  How

23  are they determining -- how are they looking and identifying a

1  voter that may be registered at an address that is not his or

2  her legal residence?  How do they do that now?

3       Cord Byrd:  There are multiple different ways they can do

4  it.  Many of them use their county 911 data because the county

5  collects that information.  So an emergency call comes in,

6  that's very reliable data.  You can use national change of

7  address information, United States Postal Service Information.

8  So there are multiple different ways, but most of them I think

9  are using the 911 data.

10      Rosalind Osgood:  Okay.  Then another question that I have

11  is there was a part in the bill that talked about the analysis

12  for the state that the annual list maintenance program is to

13  start on April.  And maybe I missed it.  I was reading in the

14  wee hours of this morning, but I didn't see like April when.  Is

15  it April --?

16      Cord Byrd:  It's April 1st.

17      Rosalind Osgood:  This April 1st?

18      Cord Byrd:  It is April 1st.  The reason we wanted to do

19  that is because in a presidential election year we wanted to

20  make sure they're having not to do that work during the PPP.

21  Because there's certain restrictions under federal law of when

22  list maintenance activities can occur, so we picked the month of

23  April on an annual basis because that seemed to be the safest

24  month.  So that's the basis for picking April.

1    Rosalind Osgood:  I have two final questions, Mr. Chair.

2    There's a part that speaks about petitions and fees for

3    signature.  Right now, when a candidate is running, they pay a

4    fee when they submit petitions.  If I'm understanding this

5    correctly, is there not going to be another fee for the purpose

6    of verifying signatures?

7    Cord Byrd:  Can you direct me to a page and line of the

8    bill?  I'm sorry, I'm not -- that was not jumping out at me.

9    Rosalind Osgood:  I apologize.  I did not do my notes that

10   way, but I will look for it and find it.  I was reading early

11   this morning.  But it's the part that talks about petitions and

12   fees, and it talks about paying fees for signatures and

13   petitions.

14   You can go to someone else, Mr. Chair.  I'll find it and

15   come back.

16   Cord Byrd:  Thank you.

17   Danny Burgess:  I don't have the bill in front of me

18   either.  But it may be the candidates, when they're trying to do

19   the petitions to qualify.  Is that what you're talking about?

20   Rosalind Osgood:  Yeah.  That's exactly what I'm talking

21   about.  As a candidate, when you do petitions to qualify, you

22   pay for each petition.  Now it talks about a fee on verifying

23   signatures.  So what I'm trying to ask is, are there two fees

24   now - one for the petition and one for verifying the signature?

1        Danny Burgess:  I think we'll get that answer to you.

2        Cord Byrd:  We'll get that answer to you.

3        Rosalind Osgood:  Thank you.

4        Travis Hutson:  All right.  Senator, yeah, thank you.

5    Senator Jones, you have one or a couple?  Go ahead.  I open it

6    up for a series.  You can go back and forth.

7        Shevrin Jones:  Thank you so much.  Good to see you again,

8    Cord.

9        Cord Byrd:  Good to see you, Shev.

10       Shevrin Jones:  Well, Secretary, I apologize.  I'm bad.

11       Cord Byrd:  We're friends.  You can call me Cord.

12       Shevrin Jones:  I appreciate that.  I just want to -- I

13   know what we were talking about - on section 26.  We were

14   talking about the supervisor of elections as far as curing the

15   ballots.  If there are two ballots inside the envelope, is there

16   a way that we can put in this language to where if it's in a

17   certain amount of time that the supervisor of election should

18   notify those families to let them know that they need to come in

19   person to vote?  Is that something that we could entertain?

20       Cord Byrd:  It's a very valid question.  I will tell you

21   the good news is, is that this is a very small number of

22   ballots.  But when I did my tour around the state, it is one of

23   the questions that I asked the supervisors: what do you do in

24   this situation?  There were vastly different ways of handling

that situation.  What I think is important is that we have
consistency and that ballots in one county are being treated the
same as the ballot in another county.

I will tell you this.  Sometimes the election code, just
like the laws in certain areas, have harsh results.  For
example, if you show up to vote in person, under current law, if
you spoil three ballots, it's three strikes and you're out.  You
don't get to vote.  So we want to make clear, because of the
reasons that Senator Burgess stated, that if there's two ballots
and one signature, you don't know which person did that.

I understand, and we thought very carefully, and we had
lots of conversations with the supervisors if there was another
way to handle that.  It didn't work because then there's
exceptions upon exceptions, and deadlines, and when does it
happen.  So at the end of the day we decided that the best thing
to do because we have two ballots and one signature, we can't
verify that.  Only signature matching is really the only way we
currently have of verifying a vote by mail if that's to happen.

So we as the Department of State, the supervisors, we're
going to have to message to people that, listen, it's one ballot
per envelope.  It happens even in the counties that pay for
postage.  There are still people who will put two in one.  But
once those ballots are separated and some of the supervisors --
and they have different processes of when the vote by mails come

1  in.  But once those ballots are separated from the envelope,

2  there is no way to go back and verify that.

3       And some of them don't have the capability of knowing right

4  away that there are two envelopes and they're going ahead and

5  separating them out.  So even though it may result in some harsh

6  or may have a harsh result, it was the best way that we found.

7       Shevrin Jones:  Cord, I mean, Mr. Secretary, do you think

8  it is possible -- well, and I'm sure you all did.  On top of the

9  envelope, does it say that one ballot per envelope?  Will it say

10  that?  Or can we put that on the envelope possibly?

11      Cord Byrd:  I don't know if some of the supervisors are

12  currently doing that, but I'm certain that that's something that

13  we can discuss with them in ballot design and to make that

14  clear.  I think that's a great idea.

15      Shevrin Jones:  I appreciate that.  I think that will be

16  all for me.  Thank you so much.

17      Travis Hutson:  Senator Berman.  And if it's a series, I'll

18  open it up and you can go back and forth.

19      Lori Berman:  Thank you, Mr. Chair.  Hi.

20      Cord Byrd:  Hi.  Good afternoon.

21      Lori Berman:  So on line 557, it talks about this statement

22  that we're now going to put on the card saying that it doesn't

23  give you eligibility to vote.  So how is the department going to

1    determine eligibility if the card itself when the people apply

2    for the card were not doing eligibility?

3        Cord Byrd:  Thank you for the question.  I think it's

4    really important because I think this whole topic of the voter

5    information card - which is what it's always been called under

6    statute - is an information card.  It has never been considered

7    a legal document or legal identification for a voter.  It is for

8    informational purposes.  So by law, when someone registers to

9    vote, they go on to the voter rolls before their eligibility is

10   determined.  So that person goes on the rolls.  The supervisor

11   sends them out the voter information card which has their name,

12   the address of their polling place, their precinct, their

13   congressional district.

14       After last year, when the operation of election crimes went

15   into effect, we heard people saying, well, I got this card, I

16   didn't know.  How am I supposed to know?  We thought, well,

17   we'll solve that problem.  We'll tell the person that it's still

18   -- this is not a legal verification that you are allowed to

19   vote.  That is still your obligation to do that.  We at the

20   Department of State will help people make that determination.

21   The supervisors can help them make that determination.  So we

22   were trying to take what was said to be a confusing situation

23   and bring clarity to it.  But the card itself, we're not

1   changing anything regarding the legal validity of that

2   information card.

3        Lori Berman:  Thank you.  I understand that, but how is the

4   person who is applying and how are you going to give them notice

5   that they are or not, or can or cannot vote?  If I don't know -

6   I may have been a felon - I don't know if all my fees were paid.

7   How do I find out?

8        Cord Byrd:  They can do it in a couple of different ways.

9   They can go to the clerk of court on the county in which they

10  were convicted.  They can come to the Department of State and we

11  will -- somebody mentioned yesterday that people don't have the

12  ability to pay high-priced lawyers.  We have lawyers at the

13  Department of State that will provide that information for free.

14  We will do it if we are asked.  We will give them that.  I will

15  repeat this for the umpteenth time.  If anybody has any doubt as

16  to their eligibility, we at the Department of State, our lawyers

17  will do the research for them and give them an advisory opinion

18  on their ability to be eligible to vote.

19       Lori Berman:  Are you getting those requests now?  Are

20  people asking you to do that?

21       Cord Byrd:  Very few.

22       Lori Berman:  Really?

23       Cord Byrd:  Very, very few.  That's why you as the elected

24  officials can help get that message out to the voters in your

1  community that if they have doubt.  We do not want to create

2  felons.  That is not what we are in the business to do.  We want

3  people who are eligible to vote, to vote.  And if people are

4  uncertain, to give them that clarity and information.

5      Lori Berman:  Thank you.  Moving on to a different issue,

6  and it sort of relates to what Senator Osgood -- are you going

7  to now be verifying the signatures on petitions the same way you

8  verified on our petitions when we run for office and submit

9  petitions or a constitutional amendment, I guess the same thing,

10  the same way that you verify the signatures of voters as they

11  come in for the vote-by-mail ballots?

12      Cord Byrd:  The supervisors will be doing that the same

13  way.  They're signature-matching.

14      Lori Berman:  So that will be a new part of the

15  requirement?  In the past, have petition signatures been

16  verified in that same manner?

17      Cord Byrd:  Yes.

18      Lori Berman:  Oh, okay.  I didn't know that.  Okay.  And

19  then moving on to line 2675 having to do with political

20  committees.  There is now a requirement that -- we're going to

21  attach some liability to the treasurer and the person and the

22  chair of the political committee or any other person with

23  control.  Shouldn't we maybe look into a knowing and willful

1 violation because some of those people might not have even been

2 aware of the issue?

3      Danny Burgess:  Mr. Secretary, if you'd like me to --

4      Cord Byrd:  Yes, I would because that wasn't one of the

5 state's recommendations.  I think that came from the

6 legislators.  So, Senator, I will defer to you on that one.

7      Danny Burgess:  I'll be your wingman any day.  This is

8 great.  Thank you for being here.

9      Senator Berman, I appreciate the question.  Actually, this

10 piece I'll freely admit is a work in progress.  The intent is,

11 my understanding, when a fine is levied against a PC --

12 currently there are PCs that are just shutting down and they're

13 just opening up another one and, thereby, kind of circularly

14 continuously circumventing the fine that's levied against them

15 for a valid reason.

16      So the purpose here is to essentially try to find a way to

17 treat how we do with campaign finance accounts in that the fine

18 will personally attach to somebody.  That way it's paid and it

19 gets paid.  We'll find a way to do that in the world of PCs

20 because we do have some bad actors out there and of course they

21 ruin it for everybody.  But there needs to be a mechanism in

22 place to be able to ensure that we can collect that fine and

23 that they just can't avoid a penalty for a wrongdoing and

24 continue to act going forward.

1    So that's the intent.  We did put in a 30-day language

2  piece in the PCS that makes it so that it doesn't personally

3  attach to the officers until after the 30 days, but we are

4  continuing -- based on some feedback, we are continuing to look

5  at that provision too, to see if there are components to it that

6  might have unintended consequences.

7    Lori Berman:  Okay.  That's all I have.  Thank you.

8    Travis Hutson:  Senator Jones, who are you directing that

9  to?  Mr. Secretary?

10   Shevrin Jones:  Well, I guess they are working on this

11 together.  So I'm just going to ask the question and somebody

12 can answer.

13   Travis Hutson:  Sure.

14   Shevrin Jones:  Mr. Secretary, on the civil penalties, I

15 just went on the website and on the third-party voter

16 registration summary.  It's dated May 2022.  And I know I asked

17 about the civil penalties.  Under the section of the civil

18 penalties of a third-party organization, on the site it still

19 says 14 days - not ten days - to submit the application.  So I

20 just probably want to get clarification.  Or have that not been

21 updated yet on the website?

22   Cord Byrd:  It may not have been updated.  I'll double

23 check that when we leave.

24   Shevrin Jones:  Okay.  All right.  Thank you.

1      Travis Hutson:  Senator Torres for Mr. Secretary, I'm

2   opening it up for a series.

3      Victor Torres:  Thank you.  Thank you, Mr. Chair.  Mr.

4   Secretary, are we currently using ERIC?

5      Cord Byrd:  We're not, Senator.

6      Victor Torres:  Why?

7      Cord Byrd:  That's a very lengthy conversation and

8   discussion.  We made the decision back a few months ago to

9   withdraw from ERIC as a member state.  We were members of the

10  board, the governing board of ERIC, which at that time was 30-

11  member states.  By the bylaws, we were able to make changes.

12  The member states were able to make changes.  Unfortunately, we

13  had a working group that was unsuccessful in making those

14  changes because it does take a super majority of the member

15  states.  After that we made the decision to withdraw from ERIC

16  along with West Virginia, Missouri, Ohio, Iowa, Alabama, other

17  states that decided to withdraw.

18     I mean our first obligation is to protect the data of the

19  people of Florida.  There's currently a lawsuit against ERIC

20  where I think it will be revealed at the end of that lawsuit

21  that they were sharing information outside of the membership

22  agreement which is a violation.  We have member states, one in

23  particular, who is being sued right now in federal court for

24  having 26,000 dead people on their rolls.  Unfortunately, there

1  are other states that don't value voter integrity the way that

2  we do in Florida and the decision was made to withdraw.  But we

3  are able to continue to do the list maintenance work and so we

4  haven't missed a beat.

5      Danny Burgess:  Mr. Chair and Senator Torres, we do retain

6  a public records exemption.  There's nothing related to ERIC in

7  the bill.  However, we do retain an OGSR in discussions with the

8  stakeholders related to voter information in our local agreement

9  for voter sharing.  But it's not specific to ERIC.

10     Victor Torres:  Okay.  Thank you.  Thank you, sir.

11     Travis Hutson:  Any other questions for the Secretary?

12  Senator Stewart.

13     Linda Stewart:  Thank you, Mr. Chair.  Just one.  Does the

14  supervisor of elections have full access to the state's

15  databases?

16     Cord Byrd:  They want to increase the access for such as

17  the DAVID database.  There are different versions, so I'm

18  getting a nod that this bill will give them additional access to

19  the full DAVID information so that they can assist the state in

20  doing some of that work.

21     Travis Hutson:  Great.  Senator Berman, you had a series.

22  Go ahead.

23     Lori Berman:  No.  I just -- thank you, Mr. Chair.  Just

24  one quick question, you talked about the Department helping

44

1   people figure out if they can vote.  Can you get me the phone

2   number and information where -- so we can spread it out and let

3   people know.

4       Cord Byrd:  Absolutely.  I'll have my legislative affairs

5   director send that to all the members of the committee.

6       Lori Berman:  Great.  Thank you.

7       Travis Hutson:  Any other questions?  Senator Thompson for

8   a series.

9       Geraldine Thompson:  Thank you, Mr. Chair.  Mr. Secretary,

10  I asked earlier about the $50,000 fine for Third-Party Voter

11  Registration Organizations.  Why was the fine set at that level?

12      Cord Byrd:  Thank you.  And it's a good question.  And I

13  know if the Members may have not seen, but yesterday, we put out

14  a press release regarding a Third-Party Voter Registration

15  Organization that we fined $34,400 in one instance and then

16  $12,200 in another instance.  That Third-Party Voter

17  Registration Organization disenfranchised 116 voters.  Meaning,

18  they collected 116 voter registration applications before

19  election day and turned them in after the book closed, which

20  means there was 116 Floridians didn't get to vote.  And I was

21  surprised because when I read in the press, there's been a lot

22  of concern for the Third-Party Voter Registrations but not a lot

23  of concern for those 116 voters.

1      So in that criminal investigation that was conducted by the

2  20th Judicial Circuit, so this was not by my office, and we

3  applaud any help we get from other law enforcement agencies

4  around the state, they had at least 58 fraudulent voter

5  registration applications using the personal identification of

6  others without their consent, and one of their employees was a

7  15-time convicted felon and another had three prior convictions

8  for crimes involving dishonesty.

9      And what we found when I came in and I looked at our third-

10  party voter registration, what we were doing to investigate

11  them, the fines were so low that some of them viewed it as a

12  cost of doing business.  That once they have submitted

13  fraudulent applications or submitted registrations late, they're

14  more than willing to pay the fine because they've already had

15  the influence over the election.  So all we want to do --

16      There are many good actors and, let be clear, there are

17  many good third-party voter registration organizations who are

18  not violating the law.  But there are some who are frequent

19  violators.  We want to hold them accountable because, when they

20  mess up, it disenfranchises a voter.  And if we're going to take

21  that seriously, that it's one person one vote, we want to make

22  sure that there is not a single Floridian who's disenfranchised

23  because a third-party voter registration organization either by

1   neglect or intent didn't do the fiduciary job that they told

2   that registrant that they were going to do.

3        So we thought by increasing the penalties, we would

4   emphasize to everyone involved in that process - and I encourage

5   people to help register people to vote - that we take it

6   seriously at the state and that we expect to uphold your

7   obligation under the law.

8        Geraldine Thompson:  Thank you, Mr. Secretary.  On line 524

9   of the bill, it indicates that no portion of the application can

10  be filled in prior to the voter actually filling it in.  What

11  impact will this have on individuals who have disabilities?

12       Danny Burgess:  Mr. Secretary --

13       Cord Byrd:  Yeah.  Go ahead.

14       Danny Burgess:  Senator Thompson, I believe this might have

15  been a recommendation from the supervisors potentially.  So I

16  don't mean to jump in, but the idea here is -- and this is a

17  great question.  So this relates to sending a pre-filled out

18  voter registration application to somebody.  There's a

19  difference between obviously sending and assisting.  The form

20  must be blank because that voter has to swear that everything on

21  there is correct.  If you're just data dumping and then sending

22  a pre-filled out form, you can't swear to the accuracy of that

23  which is required on the form.

1      People needing assistance with forms certainly can be

2  helped and can ask because they're still the ones inputting that

3  information ultimately.  But we're speaking to a situation where

4  that information is gathered prior to that being with that

5  person in-person.

6      Geraldine Thompson:  Thank you very much.  That's very

7  helpful.  With regard to reducing the time for the vote-by-mail

8  ballot to two days, why was that put in place?

9      Cord Byrd:  So we're reducing the time by two days.  So

10  once again - and I think the Senator in his opening did an

11  excellent job of explaining that - we're trying to go to more of

12  a voting season where there's a delineated vote-by-mail season.

13  Then we get into the early voting season.  Then obviously

14  election day would be the third part of that.

15      That was borne out by some of the conversations with

16  supervisors of making a clear delineation and also a clear

17  delineation for the voters.  Like this is the window for vote-

18  by-mail and, if you're going to request a ballot and return it,

19  that it needs to be returned by a certain time.  So that was the

20  reason.

21      Geraldine Thompson:  Mr. Secretary, all of the supervisors

22  of elections agreed to that - to reduce it by two days.

23      Cord Byrd:  I don't know if all 67 agreed with that.  I

24  mean I'll let the Florida Supervisors of Elections organization

48

1    that's here speak to that.  But I haven't heard any objection

2    from them over that issue.

3        Geraldine Thompson:  Thank you.  Thank you, Mr. Chair.

4        Travis Hutson:  Thank you.  Senator Osgood, you got one

5    more?

6        Rosalind Osgood:  I'm just going to clarify.  I had asked

7    you earlier a question.  It was on page 48.  Line is 1386.  It

8    talks about the supervisor being paid in advance the sum of

9    $0.10 for each signature checked or actual cost of checking such

10   signatures.  Then it goes on to talk about placing a petition on

11   the ballot.  So when I was reading about 2:00 a.m. this morning,

12   I run them together so I got my answer.  I just what that

13   clarified.

14       Cord Byrd:  Very good.  I'm glad.  Thank you.

15       Travis Hutson:  Any other questions?  Senator Davis, you

16   are recognized for a couple of questions.

17       Tracie Davis:  Thank you.  I just have a couple.  Hey,

18   Secretary, in the bill starting from I guess page 34 -- I kind

19   of got lost myself.  Maybe 36.  It talks about a number of

20   agencies.  I'm looking at it, Senator Burgess, too.  Department

21   of Corrections, Department of Highway Safety and Motor Vehicle,

22   the U.S. State Attorney's Office, Department of Law Enforcement,

23   and the Florida Commission on Offender Review.  Underlining and

24   indicating these are new agencies that will be reporting I guess

1  on a weekly basis to the supervisors of elections.  Is that

2  correct?

3      Danny Burgess:  Let me see here.

4      Tracie Davis:  Starting on page 35 going into 36 and 37.

5      Danny Burgess:  Senator?

6      Cord Byrd:  Got it.

7      Danny Burgess:  Oh, sorry.

8      Cord Byrd:  No.  You go ahead.

9      Danny Burgess:  This is awesome because I know I got the

10 expert in the wings.  But I feel bad putting all this on you, so

11 I'm going to jump in if I can.

12     These are current agencies that information sharing is

13 happening between.  It appears new.  That's the way it's drafted

14 in the bill because it's been reorganized in the way it's been

15 put in there.  But my understanding is that this is already

16 being done and that these are already agencies that are

17 accessed.

18     Tracie Davis:  Follow up?

19     Travis Hutson:  Yeah.  You're recognized.

20     Tracie Davis:  Thank you.  So the supervisors are already

21 receiving information from these various agencies.  Correct?

22     Danny Burgess:  Yes.

23     Tracie Davis:  That would be a yes or a no.

24     Danny Burgess:  Yes.  Yes.

1    Tracie Davis:  Okay.  That's fine.  So the follow up to

2    that is going back - and someone else, one of my colleagues

3    brought it up - about the voter information card.  The

4    supervisors are receiving information from these five agencies

5    already.

6        I heard you, Secretary, say that the card was never really

7    a verification of eligibility.  I hate to pull out a statue that

8    I kind of disagree with in '97.  I'm asking anyone to correct

9    me, but in 97.073, the line basically says: A voter information

10   card sent to an applicant constitutes notice of approval of

11   registration.

12       So that line goes back to, with those agencies reporting

13   and the technology that we have available to us, would it not be

14   more efficient to have a system, a database of eligibility

15   created set up by way of the Department of State or somewhere

16   for folks to find out on their own their eligibility if we're

17   trying to go down a road that now the eligibility onus is on the

18   person and not the supervisor of elections?

19       Cord Byrd:  Let me back up because I need to correct one

20   prior answer.  So when you asked me those agencies, those are

21   reporting to the department and not the SOE.  So I just want to

22   make that clear.  It is the department that we're getting that

23   information and then we filter that down or send that down to

24   the SOEs.

51

1    In my almost one year as secretary, I would love to see a

2    statewide database.  It is beyond my technical ability to

3    explain how that works because you have many different entities

4    - including the Department of Corrections, FTLE, the Clerks of

5    Court, the Department of State, the Supervisors of Elections -

6    where all of that would need to be housed and all of that data

7    transferred.

8    I will not even begin to express my frustration sometimes

9    with the differing ways in which data is contained in different

10   agency's code and identify different things.  I have entire

11   teams of people that have to spend all day discerning that

12   because, before we remove a voter from the rolls, we want to

13   make sure we try to get it 100 percent right.  We don't want to

14   remove anybody from the rolls unless we're absolutely certain.

15   So I can envision a day that the State of Florida takes the

16   lead and has a one centralized way that we can do this.  But

17   until that day comes, we have to continue to do it the way we're

18   doing it.  Just try to continue doing it to improve that

19   process, but I wouldn't even guess what the fiscal on that type

20   of system would be.

21   Tracie Davis:  Last question for you, Secretary.  Then I'll

22   turn it back over because I am visiting.

23   There's some language in here and I'm not sure if you want

24   to take it.  Section 10, lines 940 through 942, is talking about

1   a second day review of VBM ballots.  I know we have supervisors

2   of elections in the room and I want to make sure we all get a

3   chance to hear them.  So Senator Burgess or Secretary Byrd, can

4   you kind of talk us through what the intent of those lines are

5   in Section 10, from 940 through 942, limiting the use of

6   signatures?  Because I think in SB 90 or SB 524, I can't

7   remember which, we were able to go back a few years to use

8   signatures or review signatures.  But you all can correct me or

9   give me the answer for that.

10  Cord Byrd:  Do you want to take that one, Senator?

11  Danny Burgess:  Mr. Secretary, thank you.  Senator Davis,

12  thank you.  I believe this provision is just speaking to the

13  ability of some -- to be able to use older signatures from

14  previous registration updates in certain circumstances to be

15  able to verify.  Mr. Secretary, I don't know if --

16  Cord Byrd:  No.  That's how I read it as well.  I mean it

17  says for those requiring secondary or tertiary review, older

18  signatures from previous registration updates may be used.  So

19  as I read that, you would be able to use older signatures or

20  look at the -- I think many of the supervisors are doing that

21  now or canvassing boards.  They're looking at the full list of

22  signatures on file to see if they can find a match.

23  Tracie Davis:  Last question, I promise.  So with this

24  section right here -- I'm just thinking.  It's been a while for

1   me.  If someone is, I hate to use this word, removed in list

2   maintenance -- and the supervisors are probably able to answer

3   this a little bit.  When a person is removed, is all of that

4   information removed with them?  And when they register, is all

5   the information removed?  But I think that's kind of housed in

6   the system?

7       Cord Byrd:  Well, yeah, I'll defer it to the supervisors on

8   how they do it individually on that.

9       Tracie Davis:  They can answer when they come up.  Thank

10  you.  That's all I have for right now.

11      Travis Hutson:  All right.  Secretary, than you for being

12  here today.

13      Cord Byrd:  Thank you, Chairman and members of the

14  Committee.  I appreciate it.

15      Travis Hutson:  All right.  I think we've exhausted a lot

16  of questions.  But do we still have maybe one or two more for

17  Senator Burgess, Senator Stewart?.

18      Linda Stewart:  Thank you, Chair.  Yeah.  I was trying to

19  get around to him too.  So the Secretary did mention when I

20  asked my question about whether the supervisor of elections had

21  access to the state database, and he said DAVID.  Well, then

22  DAVID I understand.  Senator Burgess, you can maybe give me a

23  larger explanation.  The driver's license, that's the only one

24  they have access to right now, the supervisor of election?

1    Because like, even the Secretary said, it would be really

2    great if we could find a way to combine all these into one

3    place.  But what is the option for the supervisors when they

4    have to go independently to the clemency, and FDLE, and the

5    corrections and felon?  Like they only get DAVID, but then they

6    have to go look at those other databases on their own?  I'm not

7    sure how they do that.

8    Danny Burgess:  Thank you.  Thank you, Senator Stewart.  I

9    appreciate the question.  So no.  All the information the

10   Department of State says, as the Secretary I believe mentioned,

11   does flow down to the supervisors of elections as they receive

12   it.  We're creating additional pathways for supervisors to be

13   able to also receive information.  Obviously, one of those being

14   the clerks of court with weekly reporting as well as the access

15   to the DAVID system which I believe was a supervisor request.

16   Linda Stewart:  Okay.  I understand about the DAVID part.

17   Then I understand you're expanding the options for -- certainly

18   that was a good one with the clerk of the courts and things like

19   that.  But do you think that would pick up what FDLE has or the

20   clemency board or the -- I know, with the felon status, they

21   would get it through the --

22   Danny Burgess:  Thank you, Senator Stewart.  The FDLE

23   information would go to the Department of State.  Then all that

1  information does flow down to the supervisors.  Currently, we'd
2  continue to do so.

3      Linda Stewart:  Okay.  I'm just trying to see where we are.
4  Thank you.

5      Travis Hutson:  All right.  Any other questions for Senator
6  Burgess?

7      Okay.  We are now in public comment.  I know some people
8  put -- they want to speak on the amendment, which is what we're
9  on right now, but also some people want to speak on the bill.
10 It's all the same thing.  So I'm just going to bring you up for
11 those who want to speak.  I have Amy Keith wanting to speak
12 against.  Then what we'll do, while you're coming up, I'll give
13 a second person and a third person.  If you can stand on the
14 back, that way we could get you here quicker.

15     So Amy is first, then Mikki Sackson, and then Candace
16 Rojas.  So, Amy, you're recognized.

17     Amy Keith:  Thank you, Chair and Committee members.  My
18 name is Amy Keith with Common Cause in Florida.

19     We oppose this bill.  It's not hard to notice that, with
20 this bill, the legislator is making things a bit easier for
21 themselves by reducing campaign reporting requirements from
22 monthly to quarterly but making things harder for voters and for
23 community organizations.  This bill makes it harder for

56

1  community-based voter registration organizations to do their

2  work by imposing a harsher fines and deadlines.

3      I'll note that SB 90 passed in 2021 changed the law to the

4  current 14 days to return applications, and that is current law,

5  even if the rule hasn't been updated to match the law yet.  By

6  cracking down on third-party voter registration Organizations,

7  that in turn makes it harder for any Floridian without a

8  driver's license or a state ID to register to vote because they

9  can't use online voter registration.  They rely on that

10 community outreach and we're not seeing an added investment in

11 that community outreach while we're cracking down on the

12 community organizations who do it.

13     This bill makes it harder for organizations to recruit

14 volunteers and harder for immigrants, including legal residents,

15 to support their communities by banning all none citizens from

16 even touching voter registration forms.  This bill also makes it

17 harder for any Floridian who works long or unpredictable hours

18 by requiring them to fill out cumbersome and confusing

19 paperwork, which might not even be accepted, if for example they

20 have a sudden shift change and they need to ask somebody to go

21 down during early voting and pick up a vote-by-mail ballot for

22 them.

23     By changing the voting rules for the third year in a row

24 without an investment in community education, voter education

1    and voter outreach, this bill is fundamentally making it harder

2    for all Floridians who are trying to vote and participate in our

3    system.  If we want a democracy that works for everyone, we

4    should be making it harder for money to influence politics and

5    easier for eligible voters to register and cast their ballot.

6    But this bill gets it backwards, I ask you to vote no.

7        Travis Hutson:  Thank you.  Mikki Sackson.  Yes.  Okay.

8    Thank you.  Then following will be Candace Rojas and Pastor

9    Marcus McCay, Jr.  You're recognized.

10       Mikki Sackson:  Thank you.  Good afternoon, Florida

11   Senators.  My name is Mikki Sackson and I am a citizen of Palm

12   Beach County.  I'm here to say no to SB 7050.  If I did my job

13   correctly.  I sent you the sworn statement, to my state reps,

14   governor, secretary of state, FDLE officials, Election Crime

15   Department.

16       I have never been involved in politics before 2022.  Then

17   God whispered to me to do something.  Fortunately, I found

18   myself meeting other like-minded people who were participating

19   in election integrity and ultimately found my way to the SOE

20   tabulation center in Riviera, West Palm Beach, during the

21   midterm and general '22 elections and the municipal in '23.

22       I have no books or data and photos of what I saw and

23   experienced and that would shock me to the core.  Not only is

24   the public not welcome.  But if they try to get involved in any

part, they will be met with an offensive disregard and
disrespect from the very official they meet or every official
they meet along the way.  Sadly, I met sheriffs that were sent
to protect SOE Wendy Link from the public when they should have
been protecting the public from Wendy Link.

During the elections I saw:

LNA tests that are able to pre-program the machines to give
out a report of a pre-programmed race.  Public viewing of
ballots with hidden precinct numbers and ballot counts from
view.  Signatures being accepted that didn't match and once
being rejected that matched.  Ballots jamming the machines in
the tabulation area.  Clear [sounds like] ballot machines being
used that have software in them to change the votes without
having to change a physical ballot.

Oversized sorting machines that were not set to sort by a
precinct.  No chain of custody and the ballots were picked and
dropped off from the supposed post office.  Drop box stations
unsecured to accept ballots before voting day.  400 ExpressVote
machines used during two weeks of early vote with unofficial
ballot paper with bar codes.  USBs from ExpressVote Machines,
DS200 machines, and even checking machines handed out in the
tabulation area by ES&S official in place.

Ballot curing that did not signature match, race runoffs
that were questionable.  Inability to do a hand count audit in

1   record time.  Ballots rejected by a machine so that they could

2   viewed by a contracted work to then be duplicated and changed

3   without supervision of the canvassing board member.

4       (Indiscernible) cover that exposed voter names and how they

5   voted.  Public record requests that was either denied or an

6   invoice was provided for prohibited amounts.  Election night

7   where candidates lost by 860 votes after 10:00 p.m.  When they

8   were winning, the last three precincts (sounds like) came in.

9   And 1,300 ballots dead in their cure [sounds like].  Throughout

10  the general election and the election night there were GOP

11  representatives and over seven DeSantis attorneys showing up to

12  make sure DeSantis and Rubio won the election.

13      Officials, you work for the people.  We expect you to take

14  this seriously and do something to protect our country, our

15  freedom, and the security of the people.  You are not entitled

16  to sit up there and ignore what the people are telling you and

17  communicating to you.  It is your job to look into everything

18  that has been shared beyond the right side of history because

19  God is watching.

20      We expect and will accept nothing less than same day

21  voting, legal valid IDs, paper ballots, no machines, hand count

22  at the precincts, our officials selected or elected, make our

23  election safe and restore our republic.  May God empower you to

1    do what is necessary and proper for the people you represent and

2    bless you and our country as a result.  Vote no on SB 7050.

3        And I would like to leave this.  For whoever didn't get my

4    email, you can have the actual document here.

5        Travis Hutson:  If you leave it over there at the

6    Sergeant's Office, if you leave it right there by that seat, the

7    Sergeant's Officer will get it and bring it up to us.

8        Mikki Sackson:  Where would you like it?

9        Travis Hutson:  Right there.  That's fine.  Thank you.

10   Next I have Candace Rojas and then Pastor -- I believe it's

11   Marcus McCay.

12       Candace Rojas:  Thank you.  Greetings, Florida Senate.  My

13   name is Candace Rojas.  I'm chairman of the Palm Beach Patriots

14   which is a grassroots group of volunteers which supports the

15   U.S. Constitution.  Our core values include faith, family,

16   freedom, free speech, and fair elections.

17       I'm speaking here today as an unpaid messenger to say that

18   many citizens who are active in the election integrity process

19   have lost all confidence in our current election process since

20   the stolen 2020 election.  We believe, including myself, that

21   all politicians now are selected and not elected for a variety

22   of reasons.  And in response to the movie *2000 Mules* which

23   exposed ballot harvesting, our Governor DeSantis enforced SB 60

24   and I believe SB 90 but we have not heard of any updates or any

1  progress.  I understand his deputy that was in charge of the

2  election integrity process died, that's very sad, but we have no

3  updates.

4       During the 2022 and 2023 elections many of our grassroots

5  team members were volunteers and spent months at our Palm Beach

6  SOE Tabulation Center.  In my own personal observations, it's

7  evident to me that the novice runback duplicator machines

8  purchased with Zuckerbucks (phonetic) are very questionable to

9  say the least and can very easily be used for cheating by

10 switching the votes with an USB and Wi-Fi access.  So I'm here

11 to urge all of you to fix the election process.

12      I want make a special thank you to our representative, Rick

13 Roth, who I understand made amendments to the SB 7050.  He

14 removed language that originally made it a third degree felon

15 for the citizens who show up to public viewing that are

16 supposedly harassing the SOE.  That we would get a third degree

17 felony and not actually addressing those who are cheating and

18 scamming the elections.  I think that is very sad.

19      So I'm here to ask and strongly recommend that you include

20 the specific language that would drastically minimize the

21 cheating which every citizen knows is happening:

22      Same day voting.  Hopefully, one day it's a federal

23 holiday.  Legal valid ID required to vote.  No electronic voting

24 machines.  Paper ballots, hand count ballots at the precinct

1  level.  Public transparency through a 24-hour camera

2  livestreaming placed at the Supervisor of Election Department.

3  And, yes, vote-by-mail for military and the disabled.  But even

4  they need a copy of an ID that is required in order for them to

5  mail in those mail in ballots.

6      I thank you each for being brave leaders and amending the

7  bill to include the language that I just stated.  Otherwise, I

8  say no to SB 7050.  I will conclude with a famous quote: It does

9  not matter who votes.  It matters who counts the votes.  Thank

10  you.

11      Travis Hutson:  Thank you.  Pastor, is that Marcus McCay?

12  You are recognized.  Following you will be Teresa Miller,

13  Jonathan Webber, and Michael Dobson.  You're recognized.

14      Marcus McCay:  Thank you so much.  Good afternoon to all

15  the senators, special on or in deference to my very own Senator

16  Geraldine Thompson.

17      My name is Pastor Marcus McCay.  I serve as the Faith

18  Outreach director for Equal Grounds Education Action Fund.  I'm

19  the senior pastor of the historic Greater Refuge Memorial Church

20  in Downtown Orlando.

21      We live in a country that was founded in the principles of

22  freedom and democracy, and the right to vote is at the very

23  heart of that democracy.  It is a sacred right that we much

24  cherish and protect because it is the means by which we express

63

1   our voice and shape our future, of our community, states, and

2   our country.

3       SB 7050 is an unwarranted attack on voting rights and makes

4   it more difficult for faith-based organizations from being able

5   to organize and assist those who rely on us for assistance.

6   When we deny someone the right to vote, we deny their voice.  We

7   deny them the ability to shape their policies that affect their

8   lives, their families, and their communities.  We deny them the

9   opportunity to make an impact in our world.

10      As a pastor, I know that every person has an inherent value

11  and worth and every person has a unique contribution to make to

12  our society.  So today I call on you to stand up for voting

13  rights and vote no on SB 7050.  Thank you and God bless.

14      Travis Hutson:  Thank you.  Teresa Miller is up next.

15  Followed by Jonathan Webber and Michael Dobson.  You're

16  recognized.

17      Teresa Miller:  Thank you.  Well, like many of you, I wear

18  multiple hats.  This is my election hat.  I'm from Hillsborough

19  County.  This year we engaged over 300 people to be poll

20  watchers, many of whom had never been involved.  One of the

21  reasons I got involved was I knew there were a lot of people

22  anxious about elections and wanting to make sure they went well.

23  And I'm an organized person.

1     So I really want to thank you for the hard work you put

2  into this.  I've been listening, and following, and supporting

3  election changed bills since SB 90.  I want to say to me it's

4  not a change as much as it is an upgrade, the same way our

5  phones and softwares gets upgraded.  We learn something every

6  year that's maybe not going the way we intended and it needs to

7  be upgraded or modified.

8     I am very thankful you took out the harassment.  I can't

9  tell you how many poll watchers and said they were offended by

10  what a poll clerk said.  Some of these people have never really

11  been out doing too much in the community, so I try to calm them

12  down and say, look, it's new to have this many poll watchers

13  there, so just be kind and respectful.  And by the end of the

14  election season, because many of them worked early voting,

15  everyone was fine.  Everyone knew where they were supposed to

16  be.  But if myself and our other team hadn't really calmed

17  people down, I could see where this harassment -- some people

18  took it as harassment.  For me, I was like, you know, you just

19  have to be more patient.

20     However, there are a few other things.  The vote by mail --

21  that can be what we call in Hillsborough over-the-counter vote

22  by mails.  So on election day I was going into the election

23  office to volunteer for my four hours.  As I'm going in I see

24  all this commotion over near the SBI's (phonetic) box and I

1  thought it was people coming to vote.  The staff was out there

2  with their iPads.  I just assumed they were re-directing them to

3  the precinct they needed to go to because in Hillsborough we

4  have lots of precincts and almost everyone could actually walk

5  to their voting place.

6      But afterwards, when I'm looking at the data, I saw that

7  over a thousand people on Monday and Tuesday of election week

8  got vote by mails.  I scratched my head.  I called and said how

9  did that happen.  Well, people were walking up, I have no idea

10  of the reason, but they would -- it's supposed to be an

11  emergency with an affidavit.  They would walk up and then be

12  plugged in to go into the SOE office and get a ballot.  I don't

13  understand why when they could easily have gone.

14      To me that's just a little suspicious.  When I notice

15  groups I'm not going to say I pay too much attention, but it was

16  just odd that there were people that would come up.  I sort of

17  thought it was families coming to vote that were disoriented.

18  It opens potential when we do that for people to be persuaded on

19  how to vote when they don't have that privacy and when they are

20  potentially herded to the SOE office to get their vote by mail

21  that day.  I really hope we can take that out where they can't

22  just come up and request and get it that day.

23      Another great concern is when I go into vote, because I

24  vote in person, there's me, there's my ID, and my signature.

1 But the vote by mail with only requiring a signature is really

2 not verifying who it is.

3     Travis Hutson:  Ms. Miller, if we could bring this into an

4 ending here.

5     Teresa Miller:  Okay.  Sorry.

6     Travis Hutson:  Yes.  That's all right.

7     Teresa Miller:  So I really hope that we are able to have a

8 two-step verification.  With COVID, I had to help several people

9 get their funds for rent and there was no problem for them

10 providing an ID and sending it online.  Let's see.  There are

11 websites out there that encourage people to sign up without any

12 Florida ID.

13     The last thing is a little personal thing and another

14 reason why we need to modify how SOEs interpret the statutes.

15 It's our badges for poll watchers have all the poll watchers'

16 first and last names.  And you guys can tell.  For me, it really

17 doesn't matter.  With my last name, Miller, you're really going

18 to have a hard time finding me.  But I had four women who were

19 recent widows that volunteered and four times I asked our SOE

20 could you please take the last names off.  But because it wasn't

21 in the statute, he wouldn't do it.  However, the poll workers

22 only had a little badge with their first name on it.

23     So I really hope some of these suggestions we are able to

24 take and fine tune these and make it so that, everyone, it's

1  easy vote and hard to cheat and that we're not going to

2  disenfranchise people from helping either be poll watchers or

3  voting.  Thank you so much.

4      Travis Hutson:  Thank you very much.  Next is Jonathan

5  Webber with SPLC Action Fund.  How are you doing?  You're

6  recognized.

7      Jonathan Webber:  Thank you so much.  Good afternoon.  I'm

8  Jonathan Webber, Florida policy director for the SPLC Action

9  Fund.  I do urge you to vote no on this bill today.  Registering

10 to vote and voting itself should be quick, easy, and intuitive.

11 Maximum voter turnout and free and fair elections are what give

12 our system of government its legitimacy.

13      However, since the earliest days of our country those in

14 power, especially in the South, use the most extreme forms of

15 violence and every bureaucratic gimmick, trick, and gotcha game

16 in the book to prevent people - especially people of color -

17 from exercising their right to participate in our elections.  To

18 make up for decades of anti-democratic abuse by the state,

19 community-based organizations have picked up the difficult job

20 of helping people to register.  We are concerned that the

21 extreme regulations and penalties proposed in this bill on

22 community-based voter registration organizations will have a

23 chilling effect on registration efforts across the state.

1    To be clear, eligible black and Hispanic votes are roughly

2    five times more likely than white voters to rely on community-

3    based voter registration organizations like the ones targeted in

4    this bill.  These organizations are vital for black and brown

5    communities across the state to participate fully in our

6    democracy.

7    We're also uncomfortable with the section on the bill

8    related to prohibiting non-citizens from collecting or handling

9    voter registration applications on lines 393 to 400.  Not only

10   is this discriminatory towards a certain group of people -

11   especially people of color - from work or volunteer

12   opportunities, but we feel this could have a chilling effect on

13   voters from reaching out to the individuals of their choice to

14   help them with the voting and registration process.  This could

15   be a violation of the Federal Voting Rights Act as it relates to

16   language barriers in Section 203 or assistance to vote by

17   reasons of blindness, disability, or inability to read or write

18   in Section 208.

19   If the problem was an inherent mistrust of third-party

20   voter registration efforts, implementing same day registration

21   would be a much more straightforward and effective fix.  Twenty-

22   two states and Washington D.C. have implemented same day

23   registration.  I'm sure we can figure it out here.  Thank you.

1    Travis Hutson:  Thank you.  Michael Dobson of The Dream

2    Foundation.  As you're coming up, I'm going to read some names

3    off.  Laura Watkins is waiving against.  Ken Williams is

4    against.  Higel Bonus (phonetic) is waiving against.  Caitlin

5    Waters is against.  Natasha Henderson is against.  Carol

6    Darlonsk (phonetic) is against.  And Candace Churchill is

7    against.  Candace is with the United Faculty of Florida.

8        You, sir, are recognized.

9    Michael Dobson:  Thank you, Mr. Chair, and members.  I just

10   have just a few comments to make.

11       You know this is such an important bill and I would start

12   by saying in early March I took my 22-year-old daughter to Selma

13   in Alabama on a father/daughter trip to experience that event,

14   walking across the Eddie Pettus Bridge.  When I think about this

15   bill, I think about the arc of our country's history regarding

16   voting particularly for the African-American community.  Myself

17   born in the late '50s, I remember those fights.  I remember the

18   pride I took with finally having a voter's registration card

19   being able to vote for the first time in 1976.

20       There are so many things about this bill that I think at

21   the end of day what it does is make a good number of people

22   afraid to vote.  It's really what it does.  I saw this one thing

23   that really stuck out with me with regards to the pride I felt

24   as a young man getting my voter's registration card for the

1  first time.  It's the issue of the voter's registration card

2  itself.  It says a specified statement, that the card is a proof

3  of registration, but it is not a legal verification of

4  eligibility to vote which makes the voter's registration card

5  meaningless.  It was that card that I took so much pride in when

6  I was a young man.

7        What this bill also does, it eradicates Amendment 4 in so

8  many levels.  Again, it makes people afraid to vote and it

9  empowers a new office, the Office of Election Crimes and

10 Security, for Florida elections in a variety of ways and taking

11 those powers away from other agencies to validate certain items.

12 It seems to be an overwhelming amount of legislation to address

13 what would notably a very rare instance of any one purposely

14 voting illegally.

15       In the year 2000, I lived probably about five minutes away

16 from the Capitol.  I remember looking at the election results

17 that night and realizing that Florida, the nation frankly, was

18 in a tie.  I got in my car and I drove here and I hung out for a

19 couple of days, like everybody else, with my signs in front of

20 the Supreme Court supporting the candidate of my choice.

21       Since then Florida I think had done a terrific job in

22 showing the nation what good elections are like, and how safe

23 our elections are, and how great they've been.  In fact, I think

24 others had looked up to Florida.

1   So I feel like we're in search of a problem that don't

2   exist.  What it ends up doing at the end of the day is it

3   becomes voter suppression.  Some don't like that word, or that

4   term, or that allegation.  But because it makes people afraid to

5   vote and because it particularly discourages voting by mail

6   completely almost, I have a lot of concerns.  I hope that you

7   think about the arc of the history of this nation with regards

8   to voting and try and make this a better bill as we continue

9   move it through.

10  Travis Hutson:  Thank you for your time.  Next, I have Mark

11  Earley up with the Florida Supervisors of Election and Brad

12  Ashwell on deck.  Mark, while you're coming up, I have Jamie

13  Merchant waiving in support.  Neil Volz of Florida Rights

14  Restoration Coalition waiving against.  Dr. Inna Sozisco

15  (phonetic) waiving against.  Constance Higginbottom (phonetic)

16  waiving against.  Karen Woodall, with the Florida Center of

17  Fiscal Economic Policy, waiving against.  Kim Labergefort

18  (phonetic), with the NAACP Florida State Conference, waiving

19  against.

20  And you, sir, are recognized.

21  Mark Earley:  Thank you, Chairman.  Thanks for the

22  opportunity to come up and speak.  Certainly, if there are any

23  questions, I'd be happy to answer any.  I'd also like to thank

24  Senator Burgess for allowing the open communication and having a

1  lot of input especially for some of the more technical aspects

2  of the bill.  I think we've had a lot of work done and a lot of

3  work accomplished.

4       I would say in general we support this bill.  We still have

5  a few tweaks we would like to see made and, hopefully, we'll get

6  the opportunity to do that before it reach the floor.  I could

7  go over a couple and there are many.  Some of the list

8  maintenance sections, I think some fine details, they need to be

9  ironed out there.  Maybe go back to some of the paragraphs in 2

10  of 9065 and then in the PCS versions paren 4 and 5.  Just a few

11  tweaks to comport with that.

12       One of the bigger ones, there's been a lot of discussion

13  about the clerks sending the felons' data directly to the

14  supervisors of elections.  We started digging really into that.

15  On the surface, even to many of us it appeared like it would be

16  a fairly easy lift because these are felons who are newly

17  convicted.  Therefore, it should be pretty straightforward.

18  They haven't completed their sentencing.

19       I am digging deeper.  There are some nuances there that may

20  take a little bit of a deeper dive than we expected.  Well, we

21  definitely would like to get better availability for DAVID.  We

22  go down that, but as we stand now we're pretty united that

23  that's not one of the better aspects of the bill.

73

1       Then the 2VBM, the two ballots in one envelope, that is a

2   very tough nut to crack without a doubt.  If you're using

3   machines or whatever to separate the envelopes, it becomes very

4   difficult to catch it while that envelope is still there.  So we

5   prefer maybe that to be handled in a rule so that we could

6   explore some of the different options.  Sometimes, you can catch

7   it.  There are two signatures on the envelope and there are two

8   ballots, the signatures match, it's husband and wife.  It's

9   pretty straightforward.  Or sometimes there's one signature, but

10  the ballots are marked perfectly the same.  You can count one of

11  those.  So there's different iterations, but a lot of times you

12  can't catch it.  I absolutely can see that point.  It's a very

13  tough nut to crack there.  So that's basically where we're stand

14  on that.

15      Travis Hutson:  Thank you.  I don't want to belabor the

16  point with questions but, members, you certainly can ask

17  questions.  But I think the biggest things some of my colleagues

18  had, just very simple implementation, was a big common thread.

19  With this bill, does the supervisors believe - outside of maybe

20  the ballot - that there's any implementation issues that you're

21  going to have?  And I know you've got a lot of input in this

22  bill, so if you would address that for us.

23      Mark Earley:  Yeah, absolutely.  To me, the biggest areas

24  of implementation, and that gets to some of the tweaks I was

talking about, are in the list maintenance.  There are still
some areas there.  I think it's fairly straightforward and
simple.  But this is very complex stuff and I think, in our
communications, some of that have just been miscommunications.
So we would like to iron some of that out.

Travis Hutson:  Let's go with Senator Osgood.  Hopefully,
it can be pretty quick back and forth series.

Rosalind Osgood:  Thank you.  Really quick, sir.  I'm going
to ask you the question I asked earlier.  You said you're okay
with the maintenance, but I know supervisors of elections are
funded by the county.  I don't want this to be what ends up
being an unfunded mandate and then supervisors are struggling to
implement it because they're not getting the funds.  So do you
feel comfortable that the supervisors will have the adequate
funding from the county to implement these changes?

Mark Earley:  For the list maintenance, I do.  For some of
the other aspects, I'm a little more concerned.  Part of that
felons' review that comes from the clerks of court, that may be
a little more complicated in a technical manner where there's an
anticipation that the registration software will have to be
updated and some changes there.  They're already behind in
getting some of that done from the previous bills, so that could
be a struggle.

1    Rosalind Osgood:  Well, I'm sure Senator Burgess will talk

2  more to you about that.

3    Travis Hutson:  Any other questions?  No more?  Okay.

4  Thank you.  Thank you for coming up.

5    Mark Earley:  Thank you.

6    Travis Hutson:  All right.  Okay.  Brad Ashwell is next.

7  Following Brad would be Dr. Rich Templin and then Olivia Babis.

8  You're recognized.

9    Brad Ashwell:  Okay.  Thank you, Chair.  Thank you,

10  Committee.  My name is Brad Ashwell.  I'm the Florida State

11  director for All Voting is Local.  We're a nonpartisan advocacy

12  group.  We focus on eliminating discriminatory barriers for

13  voting.  Before they happen, we spend a lot of our time working

14  with supervisors just to make sure elections work for everybody.

15    We do not support the bill in its current form.  Our main

16  concerns really revolve around the provisions in Section 4

17  relating to third-party voter registration groups.  We believe

18  democracy is best when everybody participates.  These groups do

19  huge service by engaging a lot of voters in the process.  One in

20  ten black and Hispanic voters are registered by third-party

21  voter registration groups.  The aggregate annual fines being

22  raised to $250,000, this alone will discourage these groups and

23  have a chilling effect.  We would probably oppose every

24  provision against third-party voter registration groups.

1      It was mentioned earlier that the reduction in time to

2   return the applications was not a reduction because it matched

3   the rule.  Common cause, I think (indiscernible) into this

4   earlier but ran by really quickly.  This will make clear that

5   SB90, which I'm sure you all remember, moved the deadline to 14

6   days.  The department just hasn't caught up with rulemaking.

7   They are fairly behind in implementing the last two bills.  So

8   this is a reduction.

9      We have some research about the vote by mail provisions as

10   well.  We do believe the reduction in time will impact voters.

11   As far as request for vote-by-mail ballots, we worry about the

12   ability to request applications to pick them up and also

13   inserting the requirement of filing an emergency affidavit.

14   This creates another hurdle and doesn't really make sense

15   outside of election day.  Last, we do have big concerns about

16   just rejecting ballot or envelopes that contain more than one

17   ballot.  We would echo Supervisor Mr. Earley and the supervisors

18   in their call to push that to rulemaking where the nuances could

19   be addressed.

20      Last, I'd like to highlight we do have concerns about this

21   language in line 557 dealing with the voter information card.

22   We think this will send a mixed message to voters.  It's clearly

23   intended to just sort of the onus in determining eligibilities

24   of the voter while at the same time leading the voter to believe

1    they are eligible by the act of sending a voter card to begin

2    with.  You're not given a driver's license until you can drive.

3    You don't receive an insurance card until you can have insurance

4    with triple A.  I could go on.  But this provision also seems to

5    conflict with 97.73 in the statute.

6        We appreciate you listening.  I'll take any questions, but

7    I'm guessing there's probably none.

8        Travis Hutson:  Thank you.

9        Brad Ashwell:  Thank you.

10       Travis Hutson:  Dr. Rich Templin.  Following Dr. Templin

11   will be Olivia Babis.  And while you're coming up, Tara Wiener

12   is against.  Eli Knight is against.  Nancy W. Smith is against.

13   And Melinda Stanwood is against.

14       Go ahead.

15       Rich Templin:  Thank you, Mr. Chairman.  You folks have

16   been here a long time.  I actually commented to a friend a

17   little while ago that it's like a really well-dressed version of

18   one of those occupy protests.

19       First one, I thank Chair Burgess for allowing me to go

20   through some of these concerns that we have in his office.  I

21   guess he'll let just about anybody in his office.  So I really

22   appreciate the time, Senator.  Thank you.

23       So when we talk about the third-party voter registration

24   organizations, they're a relatively new animal.  When I first

1  started doing this work in the labor movement, we have

2  constituency groups.  So they're kind of like clubs within our

3  organization and they serve different constituency groups.

4      One of the first elections I've ever worked on, the A.

5  Philip Randolph Institute, they were heavily involved in black

6  communities, Miami-Dade, Broward County.  I went to an event and

7  one of the things that they did, all volunteers, is they

8  registered people to vote.  They would get college student

9  volunteers from the nearby campuses.  They'd go out.  They'd

10 talk to potential voters.  They'd get them registered to vote.

11 They'd feed them pizza at the end of the day.  Sometimes, they

12 had festivals on weekends and people came.  "Come register to

13 vote."  They'd have the supervisors of elections out there.

14 That was all happening and there was never any problems with it.

15 It wasn't that complicated.

16     But then we created the third-party voter registration

17 organization.  That's what the A. Philip Randolph Institute had

18 to turn into.  Then over the years we put more, and more, and

19 more regulations which I know this is not a group that likes

20 overly regulated things.  But we put more and more regulations

21 on these organizations to where they had to become akin to

22 businesses.  I think the Secretary mentioned earlier that the

23 fines were low enough that they considered it a cost of doing

24 business.

1    So if there is anything that we can do to move that back in

2    the other direction and allow community organizations, let

3    neighbors to help neighbors register to vote, there's nothing

4    more American than that.  But unfortunately the provisions in

5    this legislation - to be honest, I don't disagree with all of

6    them - 160 people that were disenfranchised, that's egregious.

7    I completely agree with that.

8    But a couple of the things in this bill.  Let's just put

9    the fines aside.  The receipt requirement: now that is going to

10   be incredibly difficult to implement.  And what if a voter has a

11   receipt, may they make their own copy and say, hey, I have a

12   receipt that says they took my ballot?  And then the third-party

13   group says, no, we didn't register you to vote.  Oh, let's go

14   back and look at the records.  But you can't go back and look at

15   the records because you're not allowed to keep any records.  So

16   that is going -- I mean we are really regulating these

17   organizations that are trying to register voters out of

18   existence.

19   Every other year there's another big elections' re-write,

20   so I'm confident that we'll be back here again soon.  But,

21   Senators, if in your wisdom you could be thinking about this

22   problem -- because it has become a problem.  If we could somehow

23   get back to good nonprofit 501(c)(3) organizations that aren't

24   doing it for money, that aren't getting big grants, that are

1  simply out there volunteering to help people register to vote,

2  if we could somehow get back to that, I think it would improve

3  the entire process in Florida.

4       Mr. Chairman, thank you for your indulgence as always.

5       Travis Hutson:  Thank you.  Olivia Babis is up.  Then

6  Abdelilah Skhir is following her, and then Cecile Scoon.  You're

7  recognized.

8       Olivia Babis:  Thank you, Chair.  We have some of the same

9  concerns regarding the third-party voter registration

10 organizations.  We are a 3PVRO as well and we are a statewide

11 organization.  So if we have an event in Tampa and we have to

12 get the forms to Miami in ten days, we're usually mailing them.

13 I know it took me three weeks to get a birthday card from my

14 grandmother back in December, six months ago, in Tallahassee.

15 So we do have concerns when we're mailing forms across the state

16 to counties where that person lives, that they're not going to

17 get there in time even if we put them in the envelope that day

18 to make sure that they're going to be there in ten days.  So we

19 do have concerns around that.

20      There are parts of the bill that we do support though.  The

21 signature matching training requirement.  People with

22 disabilities often have their ballots flagged for signature

23 mismatch.  Someone who is blind or has a traumatic brain injury

24 or degenerative neuromuscular impairment, their signature may

1    look different every time they sign their name.  So having

2    training in that hopefully will decrease some of that.

3         We do appreciate the universal vote by mail application

4    form.  Right now these forms are completed on 67 different

5    Supervisor of Elections' website.  It is far easier to ensure

6    one form is accessible versus trying to ensure 67 different

7    forms are accessible.

8         But one of the points that we do want to raise, we've heard

9    people talking and then there are comments about voting

10   privately.  People with disabilities also have the right to vote

11   privately and independently.  Someone who is blind cannot fill

12   out a paper ballot.  So when COVID hit in 2020, for people who

13   are blind and people with other apparent disabilities - maybe

14   they're quadriplegic, traumatic brain injuries - the only

15   accessible method they had to vote was through a ballot-marking

16   device.

17        We've heard people reference the ExpressVote machines.

18   These do print out paper ballots, by the way, after someone has

19   marked their ballot.  But that was the only accessible method

20   people had to vote.  They didn't want to go to the polling

21   location and risk catching COVID.  Oftentimes, people with

22   disabilities have dual diagnosis, so they may have been

23   immunocompromised.  They didn't want to go to the polling

24   location.  It has actually been in statute for 20 years,

1  101.662, that Florida was supposed to develop an accessible vote

2  by mail program.  That never happened.  The Florida Council of

3  the Blind filed a litigation in 2020 and, per the settlement

4  agreement, all 67 supervisors of elections must have an

5  accessible vote by mail program as of March 2022.  So this was

6  implemented for this last election.  As far as we're aware, all

7  67 counties had done this.

8       I apparently read Senator Burgess' mind when he wanted

9  references to page numbers.  So in Section 24 of the strike all

10  amending Section 101.62, where we're starting really on 3(d)

11  which is Line 1785 on page 62, one of the methods that needs to

12  be added to that list of ways that a supervisor of elections can

13  deliver a ballot is through electronic ballot delivery.

14       There is the reference to facsimile and email, but that is

15  specifically for UOCAVA voters and email in and of itself is not

16  adequate.  Some of the supervisors do email the ballot

17  electronically to people with disabilities that sign up for

18  accessible vote by mail, but oftentimes they are sending them in

19  a secure link that they go to and they download.  So we need to

20  make sure that that is being included in statute as well as an

21  acceptable form of delivery for a ballot.  Thank you.

22       Travis Hutson:  Thank you very much.  And I see that

23  Senator Burgess was taking notes, so I'm sure he'll look into

24  that.

1    Next, we have Abdelilah Skhir with ACLU of Florida.   Then

2  after you will be Cecile Scoon.

3    Abdelilah Skhir:  Thank you, Chair.  Good morning.  Good

4  afternoon, Senators.  I have that problem again.

5    My name is Abdelilah Skhir.  I'm with the ACLU of Florida.

6  We oppose this bill.  It directly harms community-based groups

7  that conduct voter registration.  Continuing to significantly

8  raise the financial penalties by such a significant amount will

9  all but squeeze them out of performing the service altogether.

10 And it's a vital service because a lot of these communities that

11 they reach are - no offense to you all - communities that

12 political campaigns just traditionally don't reach.

13   Some other speakers mentioned some statistics.  One out of

14 every ten black voter and one out of every ten Hispanic voters

15 are registered by a third-party voter registration organization.

16 That's just not a number that's coming out of thin air.  That

17 was done after statistical analysis by Dr. Daniel Smith during

18 the SB90 federal litigation.  I'm not going to cite the page

19 number.  I can't remember off the top of my head.  Sorry.  I'm

20 not that good.

21   But, additionally, some of the restrictions around these

22 groups are extremely cumbersome and could lead to them just

23 ceasing operations altogether.  For example, the requirements

24 around undocumented and - I'm sorry - non-citizens conducting

84

1   voter registration.  First of all, green card holders and

2   undocumented Floridians have as much a right as anyone to assist

3   people in their communities with registering to vote.

4       Additionally, how are these groups supposed to verify that?

5   Are they supposed to conduct background checks on everyone who

6   signs up to be a volunteer?  The majority of these groups are

7   just local community groups registering their friends, and their

8   family, and their neighbors to vote.

9       I also have to point out, it was discussed earlier, this is

10  yet another election bill.  Now we're not providing Floridians

11  with felony convictions a quick and easy way to determine if

12  they're eligible to vote.  The advisory opinion process was

13  mentioned in questioning.  However, it's inadequate.  If you ask

14  me, you can check all of the posted opinions online.  The last

15  five from date of request to date of issuance, the length of

16  time was three months, three months, three months, three months

17  and four months.  So that's just simply not timely.

18      I will also point out that this does make changes to the

19  vote by mail process when just this past February the Florida

20  Supervisors of Elections had a vote by mail workgroup and

21  unanimously recommended that this legislature not make any

22  changes to the vote by mail process.  And if they absolutely

23  must, have them take effect after the 2024 presidential

24  election.

1    There are some other specific problem areas.  The language

2 regarding voter information cards sends a mixed message and it's

3 continuing the state's behavior of abdicating its responsibility

4 when it comes to verifying voter eligibility.  When a voter's

5 eligibility is in question --

6    Travis Hutson:  (Indiscernible)

7    Abdelilah Skhir:  Yes, Chair.  Thank you.

8    If a voter is waiting on determination of their eligibility

9 to vote and they vote provisionally, it does not provide a way

10 for them to not be criminalized with voting as an unqualified

11 elector, as the 20 arrests in August were.  I could go on, but

12 I'm out of time.  So thank you, Chair.  And please vote no.

13    Travis Hutson:  I appreciate it.  Thank you.  Cecile Scoon,

14 you are my last speaker to be coming up.  You are recognized.

15    Cecile Scoon:  Thank you very much.  Cecile Scoon,

16 President of the League of Women Voters of Florida.

17    I just want to say that voting is always supposed to be an

18 on-ramp bring people in, register them to vote, and there's an

19 off-ramp for all the reasons that have been discussed already.

20 Under ERIC, you are required when you joined ERIC to do the on-

21 ramp by sending postcards to people with the Division of Motor

22 Vehicles to bring them in.  The state did do that the first

23 time.  They sent hundreds of thousands of postcards.  They

1    followed that.  Without ERIC and this bill, it's all cutting

2    people off and making the whole process much more difficult.

3         I heard comments about concern of the 106 voters I believe.

4    That is very concerning and something that everybody should look

5    at.  But this whole scheme, 7050, is actually going to hurt

6    hundreds of thousands of voters by dissuading them, by not

7    allowing them to vote.  What about those people?  I mean this is

8    going to have such a negative impact.

9         It's been testified to by and established in the Senate

10   Bill 90 litigation that the impacts of limiting things on third-

11   party voter registrants has bigger impact on black and brown.

12   That has been brought out before.  Why?  A lot of black and

13   brown people have blue collar jobs.  They have to work two jobs

14   to take care of their family.  They live in multi-generational

15   homes.  They've got to pick up grandma because the baby or the

16   grandbaby is out there.  So they're just really busy and it

17   works for them if we're at the library or at the supermarket,

18   oh, yeah, let me come at the table and I can get more

19   information.

20        I personally have done so many voter registrations, and

21   that's the difference.  When you raise a penalty to a quarter of

22   a million dollars, that is going to impact any group.  That is

23   not fixing the problem.  That's what you call overkill.  If you

24   have fines against groups that are not doing things properly, by

1   all means go after them.  You don't say the whole barrel is bad.

2   Deal with the people who are breaking the rules.  Do more

3   education.  Whatever needs to be done.  But to raise those fines

4   and fees like that I think is simply telling third-party voter

5   registration organizations to go away.

6       There are some internal conflicts also.  I'd just mention a

7   few.  I know it has been a long day.

8       Travis Hutson:  Yes, ma'am.

9       Cecile Scoon:  I'm quite in admiration of all of you to be

10  honest.

11      Travis Hutson:  If you could be as brief as you can with a

12  couple of those.

13      Cecile Scoon:  Okay.  This is something that's been

14  mentioned before, but there is actually a direct and implicit

15  conflict.  That is the provision that say - I guess it's found

16  at line 378 - the third-party voter registration organizations

17  cannot keep copies of personal information, things like that,

18  unless it's to make sure that you're helping with this bill.

19      I think that's really confusing because I might think I'm

20  helping, to comply with the bill, to keep that information.  And

21  in the eyes of an investigator, they may think that's not.

22  Right?  But that does give you a little window to kind of figure

23  it out.  A little bit grey and murky, but a little window.  But

24  guess what?  In the exact same bill, it has at line 381 --

1      Travis Hutson:  Ma'am, if you could wrap this up within the

2  next 30 seconds?

3      Cecile Scoon:  Sure.  It says there that the simple

4  possession of the personal information, the exact same personal

5  information that you could possibly keep - the exact same - that

6  you could possibly keep to show compliance, that would be a

7  felony.  So one section says possibly and the other one says no.

8  That's confusing and I think that will lead to unexpected

9  confusion.  Basically, we're saying please vote no.  This is

10  overkill.

11      Travis Hutson:  Thank you very much.

12      Cecile Scoon:  Thank you.

13      Travis Hutson:  I appreciate you coming.  Members, we are

14  in debate.  Senator Jones' in debate.

15      Shevrin Jones:  Thirty seconds.  All I'm going to ask do a

16  full debate on the floor.  I just want to thank Secretary Byrd

17  for coming.

18      And just to put a suggestion out there, for the ballot

19  design suggestion, Secretary, if we can look at that, that would

20  be my suggestion.  And thank you.  I'm voting no, but I just

21  wanted to quickly --

22      Travis Hutson:  Senator Berman in debate.

23      Lori Berman:  Thank you, Mr. Chair.  I'm a no vote also.  A

24  lot of the things people came up and said, but I do want to

1 clarify one record.  I live in Palm Beach County.  I had spoken

2 with my supervisor of election.  She told me that she had the

3 Secretary come to Palm Beach County and look at her procedures,

4 and that her procedures were absolutely 100 percent proper.  So

5 I just want to clarify that for the record.  Thank you.

6     Travis Hutson:  Senator Osgood in debate.

7     Rosalind Osgood:  Thank you, Mr. Chair.  I'm still going to

8 be a no.  I'm really concerned even more now, after listening to

9 the Secretary, about implementation from the perspective of

10 having the money.  And when I hear that the clerk of court is

11 already behind, I'm just trying to figure out how we're now

12 going to add this on.  But I also am willing to work with

13 Senator Burgess about that amendment that I talked about earlier

14 with those cards.  I just think it's a major setup to send

15 someone a card even with a little note saying that it's not an

16 actual card.  Thank you.

17     Travis Hutson:  Thank you.  Any other debates?  Senator

18 Thompson in debate.

19     Geraldine Thompson:  Thank you, Mr. Chair.  I think the

20 fines that are being imposed on the third-party voter

21 registration organizations are designed, as was already said, to

22 put them out of business, make them go away.  And those are the

23 organizations that have helped increase participation in

24 democracy.  I would think that's what we want.  So the fines,

1  the lack of clarity regarding handling registration

2  applications, verifying citizenship, verifying that they're not

3  felons, it's just overkill and I won't be supporting the bill.

4  Thank you, Mr. Chair.

5      Travis Hutson:  All right.  Members, just so we know where

6  we're at, we're on the PCS.  Is there any other debate before I

7  go further?  I'm sorry.  Senator Torres in debate.  Go ahead

8      Victor Torres:  Thank you, Mr. Chair.  I just feel that

9  we're imposing on those third-party groups.  The gentleman that

10  spoke, he says when he got the card he was so proud.  I know

11  that.  In my neighborhood I remember some of the parents with

12  their kids who were turning their age to vote, they were so

13  proud of getting the card and going out and voting.  First times

14  people who are citizens, U.S. citizens, were going out to vote.

15  How proud they were.

16      I think that we are overstepping.  The procedure has been

17  working for years.  ERIC worked.  I remember when that was

18  passed in the Senate here and I think that we need to continue.

19  Those who commit fraud, yeah, we go after them.  But, otherwise,

20  there is no fraud.  We have a good election system here.  So I'm

21  going to vote no on this bill right now.

22      Travis Hutson:  All right.  Any other debate?  Members,

23  we're going to --

1      Senator Burgess, you're recognized to close on this.  But

2  we also are going to be able to close on the bill.  Do you want

3  to waive close here so we can do the --

4      Danny Burgess:  Waive closed, Mr. Chair.

5      Travis Hutson:  Okay.  Thank you for waiving close.

6  Members, all in favor of the PCS, signify by saying yea.

7      Members:  Yea.

8      Travis Hutson:  Yea.  All opposed, nay.

9      Members:  Nay.

10     Travis Hutson:  Show the PCS as adopted.  We're back on the

11  bill as amended.  We've already had questions, public comment,

12  and debate.  Senator Burgess, you are recognized to close on the

13  PCS which is now the bill.

14     Danny Burgess:  Thank you, Mr. Chair.  I know we have other

15  bills.  I'm certainly one of the reasons there's more bills

16  after this too.  There's a series after this, so I'll try to be

17  brief.  But there's quite a few things I do need to mention,

18  I'll do that swiftly.

19     Thank you to all the senators.  To those who referenced

20  sections and page numbers, as you've probably been able to tell

21  at this point, this is an incredibly complicated area of work.

22  I have the utmost respect for the Department of State, and the

23  Division of Elections, and our supervisors of elections.  I have

24  a much better understanding as of late as to all that you do

1   every day and not just when it's on election day.  So hats off

2   to you.  Good job.

3       I'm doing all that I can to try to get to even a modicum of

4   level of understanding that you all have and hopefully I

5   somewhat, maybe, try to demonstrate that today.  But that brings

6   me to Secretary Byrd.  I am very thankful for my wingman there.

7   Incredibly impressive, sir.  You've literally sat through this

8   entire day waiting for this bill.  That's a testament to who you

9   are and how seriously you take your job.  I appreciate you being

10  there to talk about the command of the issues.  Thank you to my

11  staff that is flanking me, the Senate staff that has helped me

12  through this.

13      But let me make some things clear.  The bill does not and

14  will not hinder anybody's right to vote.  There is absolutely

15  zero, like negative zero provision, that could reasonably be

16  construed to conclude that there is any voter suppression in

17  this bill within any language on the page.  The charge is

18  leveled every time we pass any type of election reform; yet,

19  voter turnout in the 2022 midterm election was over 53 percent.

20  Since 1998, that's the third highest voter turnout for a midterm

21  in Florida.  Saint John's County had over 65 percent voter

22  turnout.  Gadsden County had nearly 60 percent voter turnout.

23  And in raw numbers, that's over 7.7-million people voting in our

24  state.

1    There is nothing in this bill that makes it harder for a

2  lawfully-registered voter to cast their ballot.  In fact, in

3  Florida, I would argue it's actually very easy to figure out how

4  to vote and where to go.  It's hard not to vote in Florida.  We

5  have over 40 days of possibilities.

6    Testimony on the bill sounds sometimes a little bit more

7  what people are fearing than what's actually the words on the

8  page.  This bill makes it harder for bad actors to be bad

9  actors.  That's what we've heard.  As the Secretary mentioned,

10  there are 3PVROs that are denied.  They are the ones or some of

11  the bad actors that are denying people the right to vote by

12  taking that right and not delivering on that fiduciary promise.

13  The cases mentioned - the two - everyone in this room should

14  want to address that.  And you don't just have to register with

15  the 3PVRO.  You can register online.  You can register by mail.

16  A paper copy, a hand delivery.  Regulations on these

17  organizations aren't new either.  This is something that we've

18  been working on through the years and are trying to address as

19  we're uncovering new information and new issues that are popping

20  up.

21    Regarding non-citizens, there are certain rights in our

22  country that only citizens get to enjoy.  That includes serving

23  on a jury, running for office, and voting.  We're just adding

24  and ensuring that your right to vote is one of them as well.

94

1       Regarding receipts, the Department of State will come up

2   with a uniform receipt and we have put deadlines in the bill for

3   the Department to come up with those.  If a receipt is good

4   enough for the UPS package, it should be good enough for a

5   person who hands over their voter registration to a third party.

6       Taking away two extra vote-by-mail days.  We're trying to

7   make it clear that supervisors of elections, there are seasons.

8   They have a lot on their plate as we've just discussed.  So we

9   want to make sure that there are clear seasons and delineations.

10      With reporting requirements, frankly our reporting

11  requirements are -- and this is related to the Campaign Finance

12  and Political Committee quarterly financing reports.  It was

13  mentioned that it should be harder for money to influence

14  politics.  Well, I think we all agree.  But the reality is that

15  monthly reporting has also infused more money into politics.

16      So there's a policy call being made here that until

17  qualifying, when you're a qualified candidate and people are

18  really paying attention in the election season, then that

19  candidate or an official candidate, that way a qualified

20  candidate, that's when the monthly reporting would kick because

21  that's when most of the activity kicks in.  Our reporting

22  requirements currently have infused more money into politics.

23  If you have to meet a fundraising goal every month instead of

1  every quarter, you're going to be asking for more money more

2  often.

3      Why are we making these changes?  Well, we're doing a great

4  job, but we can always improve in our process.  The team that

5  wins the playoff doesn't just stop watching the film after the

6  game.  For those reasons, I ask that you vote for this bill.

7      Travis Hutson:  Michelle, please call the roll on CS for SB

8  7050.

9      Michelle Grimes:  Senator Albritton.

10     Ben Albritton:  Yes.

11     Michelle Grimes:  Senator Berman.  Senator Boyd.

12     Jim Boyd:  Yeah.

13     Michelle Grimes:  Senator Burton.

14     Colleen Burton:  Yeah.

15     Michelle Grimes:  Senator Calatuyud.

16     Alexis Calatuyud:  Yes.

17     Michelle Grimes:  Senator Collins.

18     Jay Collins:  Yes.

19     Michelle Grimes:  Senator DiCeglie.

20     Nick DiCeglie:  Yes.

21     Michelle Grimes:  Senator Garcia.

22     Ileana Garcia:  Yes.

23     Michelle Grimes:  Senator Jones.

24     Shevrin Jones:  Yes.

1    Michelle Grimes:  Senator Mayfield.

2    Debbie Mayfield:  Yes.

3    Michelle Grimes:  Senator Osgood.

4    Rosalind Osgood:  No.

5    Michelle Grimes:  Senator Rodriguez.

6    Ana Maria Rodriguez:  Yes

7    Michelle Grimes:  Senator Simon.

8    Corey Simon:  Yes.

9    Michelle Grimes:  Senator Thompson.

10   Geraldine Thompson:  No.

11   Michelle Grimes:  Senator Torres.

12   Victor Torres:  Yes.

13   Michelle Grimes:  Senator Trumbull.

14   Jay Trumbull:  Yes.

15   Michelle Grimes:  Senator Wright.

16   Tom Wright:  Yes.

17   Michelle Grimes:  Senator Yarborough.

18   Clay Yarborough:  Yes.

19   Michelle Grimes:  Vice Chair Stewart.

20   Linda Stewart:  Yes.

21   Michelle Grimes:  And Chair Hutson.

22   Travis Hutson:  Yes.  By your votes, CS for SB 7050 is

23 reported favorably.  I'm going to move to Senator Yarborough to

24 give Senator Burgess a quick break. (End of file/transcript)

1
2                              C E R T I F I C A T E

3      I, Steve Young, certify that the foregoing transcript of

| Florida Legislature Session |
| Committee on Fiscal Policy |
| Tuesday – April 20, 2023 |
| Senate Bill 7050 |
| SB 7050 Committee on Fical Policy VIDEO April 20, 2023<br>5:40:43-7:53:15 (2 hour, 12 minutes, 32 seconds) |
| Link:<br>https://www.flsenate.gov/media/VideoPlayer?EventID=1_zc8d1g0v-<br>202304200930&Redirect=true |

4

5      is a true and correct transcript of the audio recording provided to Ace Transcription Service, Inc.
6

7
8
9                                                          September 11, 2023
10     Steve Young
11     President
12     Ace Transcription Service
13
14
15

16
17