Florida Senate in Session
Monday – April 26, 2023
Senate Bill 7050

Link:
https://www.flsenate.gov/media/VideoPlayer?EventID=1_nty0d3lq-202304261000&Redirect=true

Time marks: 34:22-4:38:53

Delivered September 13, 2023 by:
Ace Transcription Service

Florida Senate in Session
Monday – April 26, 2023
Senate Bill 7050

1  (Start of transcript - 00:34:22)

2      The Clerk:  Committee Substitute for Senate Bill 7050.  A

3  bill to be entitled: An Act Relating to Elections.

4      Kathleen Passidomo:  Senators, there is a delete all

5  amendment filed to the bill.  We're going to go to the delete

6  all amendment first.  Read the amendment.

7      The Clerk:  Amendment barcode 333316 by Senator Hutson.

8  Delete everything after the enacting clause and insert

9  amendment.

10     Kathleen Passidomo:  Senator Hutson, you are recognized to

11  explain the amendment.

12     Travis Hutson:  Thank you, Madam President.  The delete all

13  is really technical in clarifying from what the original bill

14  did.  Hats off to the bill's sponsor, Senator Burgess, who has

15  worked his tail off getting the bill to where it is today.

16     What this amendment does is, with some third-party voter

17  registration, we move the date of implementation to after the

18  general election.  We increase some fines to that third-party

19  voter registration.  We clarify a provision in resign to run for

20  someone running for president or vice president.  We add an

21  early voting location at government buildings which was a

22  problem some of our supervisors were having.  So we clarified

23  that.  Then we clarified that fines or fees specifically to PAC

2

1  chairs only and not treasurers.  That was in the bill.  So we've

2  taken that piece out.

3        That, Madam President, is a brief summary of the delete

4  all.

5        Kathleen Passidomo:  Are there questions on the delete all?

6  Senator Polsky, you're recognized.

7        Tina Polsky:  Madam Chair, are we going to do questions at

8  the end for the bill as amended or better now?

9        Kathleen Passidomo:  I think it would be better now.  We'll

10  get that out of the way.  There are also other amendments.  We

11  have 10 or 15 amendments.  We'll do them one at a time but let's

12  do questions on this amendment.  Assuming this goes forward,

13  then it will be pro forma at the end.

14        Tina Polsky:  Got it.  Okay.  I do have some questions.

15  Thank you.

16        When I was looking at like line 62 of the delete all, that

17  starts about the third-party voter registration relating to an

18  affirmation.  Each person collecting or handling voter

19  registration has not been involved or convicted of a felony

20  violation of the Election Code, a felony violation of various

21  statutes.  Can you tell us what those other offenses are

22  specifically?

23        Kathleen Passidomo:  You're recognized.

24        Travis Hutson:  Thank you, Madam President.  Just to

3

1  clarify, Senator Polsky, are you asking what the other felonies

2  may be that's subject to the language in the bill?  Is that what

3  you're getting at?

4      (Inaudible)

5      Thank you, Madam President.  So the felonies that

6  disqualify people from voting, which is already current law, and

7  then also any type of fraud felony.  So if you're getting any

8  fraudulent, that would also be part of that.

9      Kathleen Passidomo:  Senator Polsky.

10     Tina Polsky:  Thank you, Madam President.  So I guess in

11  general, with the restrictions that we are looking to put on

12  third-party voter registration organizations, have there been

13  instances where there are felons or noncitizens who have done

14  anything wrong when they have collected these registrations?

15     Kathleen Passidomo:  Senator Hutson.

16     Travis Hutson:  Thank you, Madam President.  That's a great

17  question.  So we have -- and I can give it to you because I

18  believe it was an article from the Secretary of State or

19  something from the Secretary.  But we've had people register

20  folks and not turning the ballots -- or the registration.  So

21  people thought that they were registered to go vote and,

22  coincidentally, it was not turned in so they weren't registered.

23     We've had other parties take information and change their

24  information after they signed the form.  That was I believe last

4

1    year with the bill that we did with elections that was brought

2    up from an incident in Miami-Dade.  So what we're trying to do

3    with the third-party stuff, Senator Polsky, is -- this is very

4    serious, to register someone to vote.  It's very serious to make

5    sure that their vote does count.  We want to make sure that we

6    have higher scrutiny on those that are doing this so that,

7    obviously, if you get a third-party registration -- a third-

8    party registration gets someone's information to the supervisor.

9    We want it to be done correct.  We want it to be done right.

10   And we want those people to be able to vote.

11       Kathleen Passidomo:  Senator Polsky.

12       Tina Polsky:  Thank you, Madam President.  I understand,

13   and I think we all probably agree, I guess the issue is: Is

14   there any reason to think that a felon has done those acts or a

15   noncitizen has done those acts more than the average Joe

16   criminal, or excuse me, the average Joe person who just didn't

17   do the job correctly?

18       Kathleen Passidomo:  Senator Hutson.

19       Travis Hutson:  Thank you, Madam President.  I know what

20   you meant.  Senator Burgess had actually done a lot on this

21   particular section.  So if you don't mind, I'm going to kick it

22   over to him because he's got a little bit more facts and data

23   than I do.

24       Kathleen Passidomo:  Senator Burgess.

1   Danny Burgess:  Thank you very much, Madam President.

2   Thank you for the question, Senator Polsky.  I appreciate that.

3   The answer is yes.  And not just a little bit, a lot.  Some of

4   the organizations that the Department of State has been

5   investigating had 15-time convicted felons.  A couple other

6   felons who had multiple felony counts against them, so the

7   answer is, yes, this has been a problem.  And that's also why

8   we're trying to provide that these felonies have a nexus (sounds

9   like) to the handling of personal information and the potential

10  for identity theft.

11  Kathleen Passidomo:  Senator Polsky.

12  Tina Polsky:  Thank you.  Moving on to whether someone

13  knows that they are eligible to vote post-conviction.  The

14  wording on the card that was sent out says this does not declare

15  that you are eligible to vote, but it says you should check with

16  the Department of State.  How does the Department of State know

17  if someone is eligible to vote if all fines have been paid, et

18  cetera?

19  Kathleen Passidomo:  Senator Hutson.

20  Travis Hutson:  Thank you, Madam President.  That's a great

21  question.  Senator Polsky, if you're in a bi-committee on this

22  bill, Secretary Byrd did come up and he's the one who suggested

23  the exact information that you're talking about.  On that

24  information sheet, call the Secretary of State.  He said that

6

1    they have a lot of lawyers, a lot of good legal team.  They can

2    help people find out whether they paid all their fines and fees

3    so they don't go commit a felony.

4         So it was something he requested, but essentially, it's not

5    that easy.  It takes some time to figure out whether you may

6    have outstanding fines and fees by different counties.  So what

7    we wanted to do is make sure those individuals could talk to the

8    Secretary, talk to the legal teams, and make sure that they

9    truly can vote and not accidentally commit a felony.

10        Kathleen Passidomo:  Senator Polsky.

11        Tina Polsky:  Thank you, Madam President.  Okay.  Let's

12   move on to something that's not going to get a lot of attention,

13   the resign-to-run piece of this.  Can you tell us why we need

14   this in the bill and why now?

15        Kathleen Passidomo:  Senator Hutson.

16        Travis Hutson:  Thank you, Madam President.  I'm shocked

17   you think it's controversial.  All we're doing is clarifying.

18   So when we did the original resign-to-run law and actually

19   passed that in the State of Florida, we had several discussions

20   on our floor - both me and members of the majority and minority

21   party - and we talked about what happens if you're running for

22   president.

23        The law to me is very, very clear and I think you've

24   probably seen from scholars on both sides of the aisle, both

7

1  political parties, saying that anybody could run for president

2  and vice president without having to resign.  But it's been

3  talked about so much when I did this delete all because I wanted

4  to do some other things in this delete all and I thought why

5  don't we just go ahead and clarify it one step further.  So if

6  you're running for president or vice president, some of the

7  highest office in the land, you do not need to resign.  That's

8  the way I see it as the current law is written, but the

9  clarification is in this delete all.

10  Kathleen Passidomo:  Senator Polsky.

11  Tina Polsky:  Thank you, Madam President.  If we talk about

12  the policy behind why we had prior resign-to-run laws -- and

13  when we had them, we kept changing them sometimes politically

14  motivated.  You know, let's be honest.  Wasn't it for a reason

15  that we want people to focus on their current job and, if they

16  choose to run for a different office, then stop that job and run

17  for the other?  Isn't there a reason behind resign-to-run laws?

18  Kathleen Passidomo:  Senator Hutson.

19  Travis Hutson:  Thank you, Madam President.  Yes, there is.

20  I was on the record and I stand by it today, if you're running

21  for a higher office, a federal office, like you want to run for

22  Congress or you're a state or local wanting to run up, I don't

23  think you should.  I think my quote was you should window shop

24  and be safe for the seat.

8

1    I was very clear.  I thought I was very clear in terms of

2    how I drafted it.  The president and vice president are two

3    totally different things, but I stand by what I said on the

4    floor.  Senator Polsky, the easiest thing for me to do today

5    would have been to just repeal the statute that I put in place.

6    We're not doing that.  We're just clarifying the statute.  I

7    still believe in it 100 percent.  I just think when you run for

8    a federal office or when you run for a national office,

9    president or vice president, it should be clear that you should

10   not have to resign to run.  Which again I think is already in

11   the law, but we're clarifying it little more.

12       Kathleen Passidomo:  Senator Polsky.

13       Tina Polsky:  Thank you.  I agree with you about clarity.

14   I think that's important.  But if you think about the reasons

15   why we had resign-to-run laws and why you supported them in the

16   past is I think so people could focus on their campaign and not,

17   you know, be negligent about their current office.  So how is it

18   that --

19       Okay, let's be honest.  The governor of 23 million people

20   is going to spend a year-and-a-half going around this entire

21   huge country and not govern the state.  Isn't that a dereliction

22   of duty and we are giving him the pathway to do so?

23       Kathleen Passidomo:  Senator Hutson.

24       Travis Hutson:  Thank you, Madam President.  I don't think

9

1    it's a dereliction of duty, Senator Polsky.  I think I disagree

2    with that.  I think he already has the pathway to run for

3    president without the clarification in there, without the

4    resign-to-run clarification.  But what I would say is, and it's

5    probably me being a little selfish here, if for some reason the

6    governor is not going to win the president of the United States,

7    I think he's done a great job as our governor and I think he

8    should stay here as our governor.

9        Kathleen Passidomo:  Senator Polsky.

10       Tina Polsky:  Thank you.  Don't you have a concern that

11   there will not be a governor over a year-and-a-half because he

12   will be campaigning?  Isn't that the point of resign-to-run law?

13       Kathleen Passidomo:  Senator Hutson.

14       Travis Hutson:  Thank you, Madam President.  No.  I think

15   he will be -- while he may be campaigning, and I don't know what

16   that campaign looks like, I still think he himself and the

17   people that are in place right now, he would still be able to

18   run the state without any issues.

19       Kathleen Passidomo:  Senator Polsky.

20       Tina Polsky:  Thank you, Madam President.  Okay.  Moving to

21   line 1618 of the amendment.  It talks about if two or more vote-

22   by-mail ballots for the same election are returned in one

23   mailing envelope, the ballots may not be counted.  I spoke to

24   some supervisors of election about this.  We all have people in

1   our -- you know, a lot of seniors.  They think they're saving

2   postage.  They both sign.  They stick it one envelope.  I've

3   been told that some supervisors do not have a problem counting

4   those ballots if the signatures are verified.  Other supervisors

5   may not.  Why don't we want to count every vote that's possible?

6       Kathleen Passidomo:  Senator Hutson.

7       Travis Hutson:  Thank you, Madam President.  Senator

8   Polsky, this one is actually a really great question.  I went

9   around with our staff.  I called the lobbyists for the

10  supervisors.  Unfortunately, I don't know how we're going to fix

11  this today.  Because the way the law is written, when it comes

12  in, they have to put the ballots and the identifier separate.

13  So they mix it in a batch separately without knowing who the

14  identifier is to try and cure it.

15      My understanding with the supervisors is it's not really as

16  uniform as we probably would like it to be.  But it's something

17  that I know I've talked to the supervisors and the Secretary on.

18  We've got to figure this out in the future.  But the way the

19  current law is written, I don't know if we can figure it out

20  today.  But it is a serious issue where we want to make sure

21  every vote is counted.

22      Dennis Baxley:  No further questions, Senator Polsky.

23  We'll move to Senator Jones.  You're recognized in questions on

24  the election bill.

1        Shevrin Jones:  Thank you so much, Mr. President.  And

2  thank you, Senator Hutson.

3        I want to go back to some questions that Senator Polsky was

4  asking when it came to the requirement relating to citizenship.

5  In Section 4, whereas the requirement for relating to

6  citizenship, can you explain what this does?

7        Dennis Baxley:  Senator Hutson, you're recognized to

8  respond.

9        Travis Hutson:  Thank you, Mr. President.  Can you give me

10  a line item or line number please, Senator?

11       Dennis Baxley:  Senator Jones, you're recognized.

12       Shevrin Jones:  Thank you so much, Mr. President.  Page 4,

13  line 77.

14       Dennis Baxley:  You're recognized to respond, Senator

15  Hutson.

16       Travis Hutson:  Thank you, Mr. President.  This goes back

17  to the third-party voter registration.  We wanted to make sure

18  you are, if I remember correctly, that you are a legal citizen

19  handling the list and you aren't an illegal doing third-party

20  voter registration.  Again, that data is pretty private and

21  sensitive.  So we want to make sure, if there's any person out

22  there that is a felon or has fraudulent stuff they'd done in

23  their past, they're not handling sensitive information.

24       Dennis Baxley:  Senator Jones, you're recognized for

1    another question to the sponsor to the amendment.

2         Shevrin Jones:  Thank you so much, Mr. President.  Thank

3    you, Senator Hutson.  So why does the prohibition apply to all

4    who aren't U.S. citizens?

5         Dennis Baxley:  Senator Hutson, you're recognized to

6    respond.

7         Travis Hutson:  Thank you.  I'm going to actually let

8    Senator Burgess take this part because, again, he's done a lot

9    on this third-party voter registration.

10        Dennis Baxley:  Senator Burgess, you're recognized for

11   response.

12        Danny Burgess:  Thank you, Mr. President.  Thank you,

13   Senator Hutson.  You're doing a heck of a job as always.  Thank

14   you, Senator Jones.  It's a good question.  It's fair question.

15   An opportunity to provide some clarification and justification

16   as to why this is in that provision.

17        First and foremost, it kind of dovetails in line with

18   ensuring that we're protecting the sensitive information that

19   we're collecting from a voter if they are requesting all of that

20   on a voter registration form.  Secondly, I think the policy call

21   here is that we recognize already that there are certain rights

22   in our country that only citizens get to enjoy including serving

23   on a jury, running for office, and voting.  We're just adding

24   and ensuring that somebody else's right to vote is not one of

1   those.

2        In doing so, I think it's important -- and this was a topic

3   of conversation in the last Committee and with staff to kind of

4   clarify this.  There's a difference between the solicitation and

5   the collection.  So 3PVRO, absolutely, you know, people can

6   volunteer and hand out the forms, the registration forms.  And

7   this is current law.  There's a different requirement when it

8   comes to collecting the forms.  The people that are collecting

9   the forms have to be -- I think it's called registered agents.

10  The registered agents are reported up to the Department of

11  State, again current law.  So a noncitizen in theory could

12  solicit, could hand these forms out.  They just wouldn't be able

13  to collect them.  And by collect, I mean the filled-out

14  application.

15       Dennis Baxley:  Recognized, Senator Jones, for another

16  question.

17       Shevrin Jones:  Thank you, Mr. President.  This is for

18  Senator Burgess to stay on this line of questioning.  Yes?

19       Dennis Baxley:  Very good.  You're recognized for questions

20  to the sponsor of the amendment.

21       Shevrin Jones:  Thank you so much, Mr. President.  And I

22  appreciate that, Senator Burgess.  So if the concern is about

23  security, why wouldn't you allow non-U.S. citizens who have been

24  vetted like legal permanent residents to collect handwritten

14

1    registration applications with the 3PVROs.

2        Dennis Baxley:  Senator Burgess, you're recognized to

3    respond to the question.

4        Danny Burges:  Thank you very much, Mr. President.  Thank

5    you, Senator Jones, for the question.  I think I'll fall back on

6    my previous answer kind of related to the decision why.  It's

7    ultimately a policy call.  But those are the reasons why we

8    decided to land on sticking with non-U.S. citizens.

9        Dennis Baxley:  Senator Jones, you're recognized for

10   another question.

11       Shevrin Jones:  Thank you so much, Mr. President.  Senator

12   Burgess, isn't it true that non-U.S. citizens are allowed to

13   work for the Division of Elections?

14       Dennis Baxley:  Senator Burgess, you are recognized to

15   respond.

16       Danny Burges:  Thank you very much, Mr. President.  So yes

17   to the extent that that is accurate information.  I think that's

18   why we're also making sure to delineate between the ability to

19   solicit and hand out forms and volunteer for the organization as

20   opposed to collecting and obtaining it.  So that's where we're

21   drawing that distinction to recognize some of those factors.

22       Dennis Baxley:  Senator Jones, you're recognized.

23       Shevrin Jones:  Thank you so much, Mr. President and

24   Senator Burgess.  Senator Burgess, knowing that --

1    So the answer is definitely, yes, that noncitizens can

2    work.  As long they have the work authorization, they can be

3    hired by the state.  So are we saying that a non-U.S. citizen

4    who's employed by the Divisions of Elections or the Department

5    of Highway Safety Motor Vehicles or let's say at the Tax

6    Collector's Office, could see voter registration applications,

7    go over voter personal information all day long at their job but

8    would be prohibited from volunteering at a voter registration

9    drive with 3PVROs where they'd be collecting or handling voter

10   registration applications?

11   Dennis Baxley:  Senator Burgess, you are recognized to

12   respond to the question.

13   Danny Burges:  Thank you, Mr. President.  And thank you,

14   Senator Jones, for the question.  I appreciate the opportunity

15   to answer.

16   So I think that what we're drawing now is the distinction

17   between an employee who's been vetted, obviously hired, probably

18   gone through different background checks and official channel

19   situations.  Whereas we're talking about, with the third-party

20   voter registration organization, it's just that - it's an

21   organization.  It's a volunteer organization assuming.  So I

22   think there's a distinction there between official employment

23   and being a volunteer for a group.

24   Dennis Baxley:  Senator Jones, you're recognized for

16

1  another question to the sponsor.

2     Shevrin Jones:  Thank you so much, Mr. President.  So can

3  you explain why this bill makes that distinction based simply on

4  whether someone is a U.S. citizen?

5     Dennis Baxley:  Senator Burgess, you're recognized to

6  respond.

7     Danny Burgess:  Mr. President, I apologize.  Senator Jones,

8  do you mind repeating the question?

9     Dennis Baxley:  You're recognized to repeat the question.

10    Shevrin Jones:  Thank you so much, Mr. President.  I just

11 want to see if you can explain why the bill makes this

12 distinction based simply on whether someone is a U.S. citizen.

13    Dennis Baxley:  Senator Burgess, you are recognized to

14 respond.

15    Danny Burges:  Thank you very much, Mr. President.  I think

16 I answered kind of our justification behind why we laid this out

17 in the bill as such.  That it was a policy call and that's where

18 we landed.  I think it makes sense, but I understand if there's

19 some differences of opinion there.

20    Dennis Baxley:  Senator Jones, you're recognized for

21 another question.

22    Shevrin Jones:  Thank you so much, Mr. President.  And can

23 we talk about the $50,000 per person proportionate to the

24 violation.  Why is the $50,000 per person proportionate to the

17

1  violation?

2     Dennis Baxley:  Senator Burgess, you're recognized to

3  respond.

4     Danny Burgess:  Thank you so much, Mr. President.  So we

5  are increasing fines across the third-party voter registration

6  organization sphere.  Fines are not a new function of law.

7  They're in current law.  But what we are seeing is that there

8  are certain third-party voter registration organizations and I

9  certainly don't want to paint -- they serve a great civic

10  purpose.  I'm not trying to paint with a broad brush here and

11  malign the organizations who probably overwhelmingly do this

12  right and follow the law and adhere to it.

13      So regulation of third-party voter registration

14  organizations is current practice, but with recent information

15  and what we are learning and realizing is that to some third-

16  party voter registration organizations, some of the bad actors

17  that we're uncovering in investigations, is that they look at

18  fines as ultimately the cause of doing business essentially.

19  They're just like I'll put it on the tab and we'll keep doing

20  what we're doing.

21     That's been uncovered in a number of circumstances which is

22  why we're going through in ensuring that these fines have teeth

23  and that these organizations that are violating the law have

24  notice and understand that we are serious and that there are

1  certain requirements that they must adhere to if they choose to

2  operate as a 3PVRO.

3  Dennis Baxley:  Senator Jones, do you have another

4  question?

5  Shevrin Jones:  Thank you so much, Mr. President.  And

6  thank you, Senator Burgess.  This question is, to go back to

7  Senator Hutson, looking at the resign-to-run law.  Can you talk

8  to us, Senator Hutson, in the beginning why did we repeal the

9  resign-to-run law some years ago?  Why was it repealed?

10  Dennis Baxley:  Thank you.  I would remind you we are on

11  the amendment and Senator Hutson is its sponsor.  So thank you

12  for getting us back on target and then he'll utilize the bill's

13  sponsor as he wishes to refer.  Just for the crowd to know where

14  we're going here.  You're recognized, Senator Hutson, to

15  respond.

16  Travis Hutson:  Thank you, Mr. President.  I appreciate

17  that.  I may need you to clarify on -- I think you said the word

18  repeal.  We've gone back and forth on resign-to-run throughout

19  Florida's history.  But the most recent resign-to-run that was

20  passed said, if you're running for a federal office, you have to

21  resign.

22  We already had resign-to-run in state office, so from local

23  to state.  All we did is move it up to the fed as well.  So

24  that's current law.  Then what I do in current law is clarify

1  that, if you're running for national office, some of the highest

2  office in the land, president or vice president, you do not have

3  to resign.  As I said before, I think we have scholars on both

4  sides of the aisle from political parties that agree with

5  current law that there wouldn't have to be resignation, but

6  we're clarifying it even further within this delete all.

7      Dennis Baxley:  Senator Jones, you're recognized.

8      Shevrin Jones:  Thank you so much, Mr. President.  Actually

9  I do want to ask, as it pertains to the dereliction of duty, do

10  you believe that an individual who is running for a higher

11  office - especially someone who's running for president and also

12  who runs a state of 23 million people - could do both jobs at

13  the same time even considering the fact that there are even

14  things that have gone and is going neglected right now as our

15  administrator is not here in state?

16      Dennis Baxley:  Senator Hutson, you're recognized to

17  respond to the question.

18      Travis Hutson:  Thank you, Mr. President.  I appreciate

19  your question.  Yes, I do.  Others that are governors in the

20  past of other states as well, not just ours, have run for

21  president.  They had been able to a governor of their state and

22  running for president at the same time.  There hasn't been any

23  issues that I'm aware of.

24      Dennis Baxley:  Senator Jones, you're recognized for

1    another question.

2        Shevrin Jones:  I think, Mr. President, I will yield and

3    allow my other colleagues to ask questions.

4        Dennis Baxley:  Okay.  With that move, I'll recognize

5    Senator Thompson.  You're recognized for questions of Senator

6    Hutson, the sponsor of the amendment.

7        Geraldine Thompson:  Thank you, Mr. President.  Senator

8    Hutson, under the bill, a person, the third-party voter

9    registration individual has to provide a receipt.  If an

10   individual has a receipt, can that person register to vote after

11   the books are closed because they have a receipt?

12       Dennis Baxley:  You're recognized to respond, from the

13   sponsors.

14       Travis Hutson:  Thank you.  Again, this is some third-party

15   stuff.  I'm going to give this to Senator Burgess.  He's done

16   probably eight weeks' worth of work on this and he's been with

17   Secretary Byrd a lot more than I have on this particular piece.

18       Dennis Baxley:  Okay.  Senator Burgess, the question is

19   referred to you and you're recognized to respond.

20       Danny Burgess:  Thank you, Mr. President.  Every day I'm

21   doing election stuff in the last few weeks.  I'm realizing I

22   don't know a whole lot.  This is probably one of the more

23   complicated areas of law that there could be.  But thank you for

24   your question, Senator Thompson.  I appreciate the opportunity

1    to address it.

2         I think what your question does speak to though is the

3    importance as to why we are enhancing regulation around the

4    third-party voter registration organization.  The reality is, if

5    a third-party voter registration organization fails to submit

6    timely somebody's voter registration, that voter is

7    disenfranchised.  So they have chosen to be the fiduciary for

8    that voter.

9         If they fail to deliver on their promise to that potential

10   voter who thought that they would be registered, then that voter

11   is disenfranchised and unbale to vote regardless of the receipt

12   because the registration didn't get in on time.  That's a whole

13   separate process.  That's why it's important that we continue to

14   ensure that 3PVROs are adhering to their mission and meeting a

15   standard that we're laying out in law to protect their fiduciary

16   responsibility that they voluntarily seek by asking for voter

17   registrants through these regulations.

18        A receipt is certainly a great way to prove that, for a

19   voter and for a 3PVRO, they did in fact get this person's voter

20   registration application.  So I think that that's a good thing.

21   The Department of State will lay out in a rule-making what that

22   looks like.  But I would say that your question speaks to the

23   importance of why we are enhancing the requirements around these

24   organizations.

1    Dennis Baxley:  Senator Thompson, you're recognized for
2    another question.

3    Geraldine Thompson:  Thank you, Mr. President.  Senator
4    Burgess, what then is the purpose of the receipt?  You want the
5    person who assumes that they're registering to have confirmation
6    of this.  So if the receipt doesn't allow them to vote when they
7    discover they're not on the rolls, what's the purpose of the
8    receipt?

9    Dennis Baxley:  Okay.  Senator Burgess, you're recognized
10   to respond.

11   Danny Burgess:  Thank you, Mr. President.  Thank you,
12   Senator Thompson.  It is a new piece of policy.  I think it's
13   one of the ones that I honestly am most excited to see in the
14   bill because it's essentially a rebuttable presumption not just
15   for the potential voter, the applicant if you will, but also for
16   the 3PVRO.  It's good for UPS tracking number.  And I think for
17   your voter registration application, having so much sensitive
18   information on it and you're entrusting somebody else with that,
19   it's critical that you can prove that you gave it to them.

20   Honestly, obviously if a 3PV -- and this is current law.
21   We're just upping the fines.  If a 3PVRO fails to submit that
22   application within a certain period of time, they're fined.  And
23   that's current law.  So the receipt actually would help
24   evidenced whether or not that information was taken.  If one was

1  failed to be delivered, then obviously that would assist in the

2  investigation against the 3PVRO and also be able to demonstrate

3  whether or not they did in fact take that voter's application.

4      Dennis Baxley:  Senator Thompson, you're recognized for

5  another question.

6      Geraldine Thompson:  Thank you, Mr. President.  And thank

7  you for your response, Senator Burgess.  I want to stay on the

8  third-party voter registration organizations.  Is there a plan

9  to allow these organizations to use the state's online platform

10  to register voters through a portal?

11      Dennis Baxley:  Senator Burgess, you're recognized to

12  respond.

13      Danny Burgess:  Thank you very much, Mr. President.

14  Senator Thompson, that is not contemplated in the delete all or

15  the bill.  To the extent that there are any plans for that down

16  the road, I'm not aware of any.  But that's not contemplated in

17  the legislation that's before us.

18      Dennis Baxley:  Senator Thompson for a question.

19      Geraldine Thompson:  Thank you, Mr. President.  And thank

20  you, Senator.  Would that not solve the problem since the

21  platform can't be lost while a receipt could be lost?

22      Dennis Baxley:  Senator Burgess, you can respond to the

23  question.

24      Danny Burgess:  Thank you, Mr. President.  I think a good

1  answer to your question, Senator Thompson, is that the online

2  portal is available to any individual voter.  Thereby, they

3  wouldn't -- like a third-party voter registration organization

4  is not the only pathway to register to vote.  You could request

5  a voter application.  A voter can do it themselves.  They do it

6  in person.

7      So 3PVRO is an entity that facilitates this, but it's just

8  as simple for somebody if they're going to request it from a

9  3PRVO.  They'd be able to request it directly from the portal

10  themselves.

11      Dennis Baxley:  Senator Thompson, you're recognized for

12  question.

13      Geraldine Thompson:  Thank you, Mr. President.  Senator

14  Burgess, I represent a lot of people who are more comfortable

15  with individuals that they know.  So, many times a sorority, a

16  fraternity, a church, or League of Women Voters will register

17  people to vote.  So I understand that there are other means to

18  register.  That's really why I wanted to continue to focus on

19  the voter registration organizations.

20      In terms of accountability, would not the portal and can --

21  is that something that could be considered?  Would not the

22  third-party group registering through the portal provide the

23  accountability that I think you're looking for with this bill?

24      Dennis Baxley:  Senator Burgess, you're recognized to

1   respond to the question.

2       Danny Burgess:  Thank you, Mr. President.  And thank you,

3   Senator Thompson.  Being that we're not contemplating that

4   particular question in the legislation before us, that is

5   something I'd have to dig into a little bit on the side.

6   Outside of what we have before us today.  So if we could have

7   that conversation later, I'd be happy to do so.

8       Dennis Baxley:  Senator Thompson, you're recognized for

9   another question.

10      Geraldine Thompson:  Thank you, Mr. President.  Senator

11  Burgess, what information does the Department of State have?  Or

12  is there something that the department has learned that

13  justifies raising fines to a quarter of a million dollars?

14      Dennis Baxley:  Representative Burgess, you're recognized

15  to respond.

16      Danny Burgess:  Thank you very much, Mr. President.  Yes,

17  Senator Thompson.  And if you'll bear with me as I sift through

18  some of the paperwork before me, I can go ahead and get you some

19  specific information.

20      First and foremost, in a previous line of questioning I

21  think I had answered that.  To some organizations that are sort

22  of the ones prompting and becoming the face of sort of the bad

23  actors we'll call them -- which is of course not all of them.

24  Nobody should be maligned with those who ruin it for everybody.

26

1    Right?

2          But there are organizations that look at this as the cost

3    of doing business, and so you just kind of put it on the tab.

4    It's part of the fine.  So we are putting teeth in our fines to

5    ensure that that is not the case for these organizations, just

6    to continue to circumvent that to seek whatever ends they're

7    looking to achieve otherwise regardless of the fine.

8          But in 2022 the Office of Election Crimes and Security

9    reviewed approximately 3,077 voter registration applications

10   that were collected and submitted untimely by a 3PVRO in

11   violation of current law.  The office assessed statutory fines

12   in excess or close to $50,000.  Most recently there were over 50

13   fraudulent registrations and at least 18 identified victims of

14   identity theft.

15         That kind of brings us back to why we're also not allowing

16   certain convicted felons to collect this information.  Because

17   in this situation there actually was a 15-time convicted felon

18   that was the subject of this crime, as well as another

19   individual that had three felonies.  So there is well-documented

20   evidence as to the need to enhance and tighten down on some of

21   the registration requirements but also the fines that these

22   organizations would need to pay.

23         Dennis Baxley:  Senator Thompson, you're recognized for

24   another question.

1    Geraldine Thompson:  Thank you, Mr. President.  Senator

2  Burgess, what is the percentage of the bad actors out of the

3  total third-party voter registration organizations?

4    Dennis Baxley:  Senator Burgess, you're recognized to

5  respond.

6    Danny Burgess:  Thank you, Mr. President.  And thank you,

7  Senator Thompson, for the question.  I don't have that

8  percentage offhand.  But one disenfranchised voter is one too

9  many to the extent that we can make sure that these

10  organizations understand that what they're seeking and

11  volunteering to do is that important.  Also becoming the

12  fiduciary of somebody's right to vote and that, in doing so,

13  they must adhere to the law.

14    Dennis Baxley:  Senator Thompson, you're recognized for

15  another question.

16    Geraldine Thompson:  Thank you, Mr. President.  Senator

17  Burgess, has the state gathered any data to show that the

18  $250,000, a quarter of a million dollars, would be an effective

19  deterrent?

20    Dennis Baxley:  Senator Burgess, you're recognized to

21  respond to the question.

22    Danny Burgess:  Thank you, Mr. President.  I think it was

23  said before, in a previous committee, by maybe somebody sitting

24  in front of me that criminals are going to criminal.  So I don't

1    know that any fine is going to completely eradicate crime.

2    However, we are doing a weekend by making policy calls to ensure

3    that -- we are making people think twice before they steal

4    somebody's identity through a 3PVRO application or otherwise.

5         So this is a policy call.  We heard extensively from

6    Secretary Byrd.  We just confirmed unanimously in the Department

7    of State that this is an important piece of policy and that this

8    deterrent is needed to crack down on some pretty serious

9    offenses that we're uncovering through these investigations.

10    Dennis Baxley:  Senator Thompson, you're recognized for a

11    question.

12    Geraldine Thompson:  Thank you, Mr. President.  Senator

13    Burgess, over the last couple of sessions we've seen these fines

14    increased year after year and session after session.  Is this

15    meant to be a deterrent or is it being used as a tool to shut

16    down the third-party voter registration organizations?

17    Dennis Baxley:  Senator Burgess, you're recognized to

18    respond.

19    Danny Burgess:  Thank you very much, Mr. President.

20    Absolutely not a deterrent.  This is hopefully a deterrent for

21    the bad actors, but those who follow the law currently will

22    continue to follow the law and they will be just fine.

23    Dennis Baxley:  Senator Thompson for a question.

24    Geraldine Thompson:  Thank you.  This is my final question.

1  Senator Burgess, with regard to the prohibition on prefilling

2  out any of the voter registration applications, is this going to

3  be a hardship for elderly people and people with physical

4  disabilities?

5      Dennis Baxley:  Senator Burgess, you're recognized to

6  respond.

7      Danny Burgess:  Thank you, Mr. President.  And thank you,

8  Senator Thompson.  This is a really good question and a great

9  opportunity to make sure that we're all tracking this correctly.

10  There's a difference between sending and assisting.  So I want

11  to make sure that it's abundantly clear that in this provision

12  we're talking about the sending of a prefilled-out application.

13      In other words, a volunteer takes anecdotal information

14  they find online.  They've never met that person face-to-face.

15  They grab all that information, get it to that person, and then

16  have it fill it out.  Whether or not that information is

17  accurate, we don't know.  Really the only person that is able to

18  attest and has to swear to an oath when they fill out this

19  application is the voter themselves.  That's why it's critical

20  that we make sure that it's a blank form when that voter is

21  ready to fill it out.

22      Now to your point and this is the really important part, if

23  somebody has a disability or an elderly individual that needs

24  assistance, that is A-okay.  So if that person is present and

30

1    they're saying, hey, I can't do X, would you help me with this,

2    that's a different scenario.  So I just want to make sure that

3    our understanding is that there is a difference between sending

4    a pre-filled out application and obviously assisting somebody

5    that's before you with the information that they're providing.

6        Dennis Baxley:  Are you okay?  Any other question?  Okay.

7    Senator Osgood, you're recognized for questions.

8        Rosalind Osgood:  Thank you, Mr. President.  I'm not sure

9    at this point if I'm addressing my question to -- I guess to

10   Senator Hutson.

11       Senator Hutson, from a former background of teaching public

12   policy evaluation in Nova Southeastern University, public policy

13   is only as effective as its implementation process.  So I'm

14   always focused on the actual implementation.  You know, in

15   public administration, it's a feel of ambiguity.  You have the

16   implementation, and then you have the theory and the

17   implementation.  I'll admit, before I ask my question, I'm often

18   guilty of starting with the end in mind.  So as I'm thinking

19   about what we're trying to do to enhance our voting process in

20   the great State of Florida, just a couple of questions.  Is the

21   state working on a system that voters can use to check their

22   eligibility right now?

23       Dennis Baxley:  Senator Hutson, you're recognized to

24   respond to this question.

1    Travis Hutson:  Thank you, Mr. President.  Senator Osgood,

2  I think it's important to note in this bill, again starting with

3  Senator Burgess, he's been a great partner communicating all the

4  way through on this piece of legislation.  But most of the stuff

5  you see in this bill came from the supervisors, the Secretary of

6  State, or some other form of either legislature or us that have

7  seen problems that we're trying to enhance.  Number one, people

8  being able to vote legally.  Number two, a streamlined process

9  to vote.  So when you ask these questions on implementation,

10 we're asking the experts on how we implement this stuff.

11   The goal of this bill is quite simple and the amendment is

12 to make sure we're doing it right.  I know there's a lot of

13 third-party voter registration comments.  But I would say to

14 those that had asked him, and I think Senator Burgess did a

15 great job, I think you guys would all admit if - you guys being

16 everyone in this room - would all admit if somebody is

17 registering you to vote and you think you're being registered to

18 vote and then they throw that away so it never makes it in,

19 that's pretty deceitful.  There are some things that we're

20 trying to do to make sure that we're going to get people on the

21 voter rolls that want to participate in our elections, but also

22 make it seamless and as streamlined as possible.

23   Dennis Baxley:  Senator Osgood, you're recognized for

24 another question.

32

1    Rosalind Osgood:  Thank you, sir.  I feel that third-party

2  voter registration organization is critically important.  But I

3  want to be clear, as I'm trying not to be duplicative in my

4  questions to you, I'm focused on the actual voter.  When I think

5  about how important it is for all of us to be civically engaged

6  to exercise our right to vote, we have to meet people where they

7  are.  So that's why I'm talking about a process for someone

8  being able to determine their eligibility.

9    I know we make the policy and you explained all the

10  different groups you're working with to implement.  But as

11  policymakers, do you not feel that we have the onus of providing

12  the resources in helping with the tools that they need to

13  actually do what we're collectively seeing need to be done?

14    Dennis Baxley:  Senator Hutson, you're recognized to

15  respond.

16    Travis Hutson:  Thank you, Mr. President.  That's a great

17  question, Senator Osgood.  First, I think if you look at our

18  bill, we allow more transparency and data going back and forth

19  between the Department of Highway Motor Vehicles to the

20  Secretary of State.  Then we go a step further and we ask the

21  clerks to share information with the Secretary of State so that,

22  if there is someone that has outstanding fines and fees, we will

23  hopefully know about it based on the data sharing.

24    But more importantly, in terms of your first question in

1   the implementation, that's why we have in this bill you need to

2   call the Secretary of State.  They have all this information.

3   He has come to our Committee and said he's got plenty of lawyers

4   on standby to help inform those that, if they are possibly

5   felons and they're trying to get back in the voter to be able to

6   vote, they have outstanding fines.  He wants to work with them

7   to try and get them their eligibility back.

8        So we do have things in place to assure those that have

9   questions, that need help, that need services and want to be

10  able to vote can do so with not only the Secretary of State

11  helping but also the data that we're sharing back and forth from

12  our clerks and our other department agencies.

13       Dennis Baxley:  Senator Osgood, you're recognized for

14  another question.

15       Rosalind Osgood:  Thank you, sir.  So I'm going to switch

16  and ask some more like specific questions and details.  I work

17  with this organization called Faith in Florida.  They had some

18  specific questions for me and I want to make sure that I'm

19  giving them the correct answer.

20       So when we look at the strike all amendment, lines 307 to

21  lines 314, it reads: The supervisor shall at minimum conduct an

22  annual review of voter registration records to identify

23  registration records in which a voter is registered at an

24  address that may not be an address of legal residence for the

34

1    voter.  For those registration records with such addresses that

2    the supervisor has reasonable belief are not legal residential

3    addresses, the supervisor shall initiate list maintenance

4    activities pursuant to the statute 98.07 (6) and (7).

5         Can you help us understand what this is referring to?

6         Dennis Baxley:  Senator Hutson, you're recognized to

7    respond.

8         Travis Hutson:  Thank you, Mr. President.  Yes, it's a

9    great question.

10        People move throughout the State of Florida.  Some move to

11   other states.  Some move county by county or city by city.  When

12   they move, they sometimes update their driver's license.  So

13   with this data that we talked about sharing, if they happen to

14   have an old address on their registration file, all we're asking

15   the supervisor to do is do some list maintenance.  There are

16   several tools they have to figure out whether the voter is on

17   their list or their address is wrong.  But the goal is to

18   contact the voter and try to make sure that they have accurate

19   information.  So that's part of that list maintenance we're

20   talking about as people move around throughout the state.

21        Dennis Baxley:  Thank you.  Do you have another question?

22   Senator Osgood, you're recognized.

23        Rosalind Osgood:  Yes, sir.  Thank you.  Just a few more

24   questions.  Listening to you makes me think about it.

35

1     I love boats.  I spend a lot of time around marinas.  You

2  know, maybe I'll meet a rich guy who owns a boat one day and

3  become an owner of one.  But I think about this bill in what I

4  would consider to be unhoused voters.  You know, people that

5  live at marinas and locations like that.  How would this affect

6  them?

7     Dennis Baxley:  You're recognized to respond, Senator

8  Hutson.

9     Travis Hutson:  Thank you, Mr. President.  I think I'm

10 following the line of questions.  If you live in a marina, I

11 believe you would have some type of address where you're getting

12 your mail or some type of place attached that would tie you to a

13 physical address.  If that's the case, this bill will not affect

14 them if they've got a physical address or P.O. Box.

15    Dennis Baxley:  Senator Osgood, you have another question?

16    Rosalind Osgood:  Thank you, sir.  I need to just ask this

17 question directly so that we can kind of get this on the record.

18 Again I told you I work with this group Faith in Florida.  Many

19 people that work grassroots in communities are just trying to

20 really understand why the State Department is not taking

21 responsibility for determining eligibility of voters.

22    Dennis Baxley:  Senator Hutson, you can respond.

23    Travis Hutson:  Thank you.

24    Dennis Baxley:  You're recognized.

1        Travis Hutson:  Yes.  Thank you, Mr. President.  So the

2   onus of whether you're eligible or not is on you, the

3   individual.  So if I have registered and I haven't committed any

4   crimes or haven't any outstanding fees, I'm able to vote in the

5   State of Florida.  That's our current law.  But what we're doing

6   is -- again the onus is on the individual.  But with all this

7   data that we share and on the information card, we're allowing

8   them to contact the Secretary of State so that the Secretary of

9   State can help them prove whether they are qualified or not.  So

10  while the onus is on the individual, we've got a lot of tools in

11  the toolbelt I should say for our Secretary and our other

12  agencies to help determine whether that individual is eligible

13  and can vote.

14       Dennis Baxley:  Do you have another question?

15       Rosalind Osgood:  Thank you, Mr. President.

16       Dennis Baxley:  You're recognized.

17       Rosalind Osgood:  So right now I'm in agreement with

18  improving our voting and trying to make sure that we don't have

19  fraudulent activity.  Sometimes conversations of the media make

20  it worse than what it is.  But I can say to you that there are

21  many responsible and hardworking people who have been voters,

22  who are looking to vote, that are really scared right now to the

23  extent that I was asked another question about -- and I'm going

24  to ask it to you.  When people are to the extent that they feel

1 like now they might even have to hire a lawyer to just make sure

2 that they are eligible to vote so that they don't risk going to

3 jail, are we concerned that that's putting an undue burden on

4 such individuals?

5      Dennis Baxley:  Senator Hutson, you're recognized to

6 respond.

7      Travis Hutson:  Thank you, Mr. President.  Senator Osgood,

8 I think you sat through the Committee when the Secretary came up

9 and we asked him some of these frank questions.  The Secretary

10 has told us that they have lawyers on staff so no one needs to

11 hire a lawyer.  We've put it in the bill to contact the

12 Secretary if you think your eligibility is in question.  They

13 could start right now, today or tomorrow, and make a call to the

14 Secretary and they can go through this process before our

15 elections happen in August or November of 2024 to figure out

16 whether they're eligible or not to vote.

17      So everything is in place for them.  Hopefully they don't

18 hire their own attorneys because the Secretary is willing to

19 step up - and he has mentioned that at the meeting - and help

20 people figure out their eligibility if they're in question.

21      Dennis Baxley:  Would you like to respond, Senator Burgess,

22 as the bill sponsor?

23      Danny Burgess:  Mr. President, thank you.  Just to add

24 Senator Hutson's answer was right on point.  So there's not a

1    lot to say here other than, Senator Osgood, thank you for your

2    questions.

3        So address list maintenance and voter ineligibility

4    determinations, these are all processes that are currently in

5    place.  So we're not adding some new -- list maintenance is not

6    new.  It's happening now.  It's happening in an annual

7    frequency.  In working honestly extensively with the supervisors

8    of elections on this one, we wanted to get this right because

9    obviously this is a lot that somebody that is in that world

10   would have to keep up with.

11       The original bill had some other things in it that the

12   supervisors came back and said that's completely unworkable.  We

13   worked with them and the Department of State to kind of make the

14   mechanics of what we're doing here better, more efficient, and

15   processible.  So the provisions in the list maintenance as well

16   as the voter ineligibility parts were in large part based on the

17   feedback that we received from both of those key and critical

18   stakeholders in the elections' world and process.

19       To answer your question, to those who may fear something

20   that's not there, these are processes that are currently in

21   place.  We're putting some efficiencies around them.  We're

22   working through some mechanical and technical parts of that

23   which honestly makes this bill just that big and somewhat

24   complicated because it's so much of mechanics and

                                    39

1   technicalities.  But these are processes that are happening

2   right now.  In some areas we're putting around specific days,

3   clarifying timeframes, and just cleaning up some stuff to make

4   this a more efficient process.

5       Dennis Baxley:  Senator Osgood, you have another question?

6   Just flip your mic up a little bit so I know you're ready to be

7   recognized.  Thank you.

8       Rosalind Osgood:  Thank you, Mr. President.  And thank you

9   so much, Brother Burgess, for responding and giving me that

10  extra answer.

11      I will just say there are people, after seeing people being

12  arrested for voting, that are literally afraid.  We know as a

13  government we are still struggling to build trust.  So let me

14  ask this question.  If you could help me understand this

15  statement, which the bill places on the voter information card,

16  and its consistency with state statute.  So the card is proof of

17  registration, but is not legal verification of eligibility to

18  vote.  It is the responsibility of a voter to keep his or her

19  eligibility status current.

20      In the statute 97.07, it says: A voter information card

21  sent to an applicant constitutes notice of approval of

22  registration.  If the application is incomplete, the supervisor

23  must request that the applicant supply the missing information

24  using a voter registration application signed by the applicant.

1    A notice of denial must inform the applicant of the reason that

2    the application was denied.

3         What is the difference between approval of registration and

4    legal verification of eligibility to vote?

5         Dennis Baxley:  Senator Burgess, you're recognized to

6    respond.

7         Danny Burgess:  Thank you, Mr. President.  And thank you,

8    Senator Osgood.  These are great questions and these

9    opportunities to provide clarification, and so I'm really

10   appreciative for putting this on the record for us.  That way we

11   can help answer that and provide that to those who are watching

12   back home.

13        A voter's eligibility may change.  So what this voter

14   information card, by adding this disclaimer on there, we're

15   putting notice of present policy.  It's kind of another great

16   example of maybe what I was saying just a couple of minutes ago.

17   Here's an example of something that's already present policy.

18        We want to make sure that voters know that you may not be

19   eligible just because you have that card.  There wouldn't be a

20   new category of ineligibility per se.  It's just putting that

21   voter on notice of current law or current policy in that, if

22   their address change and it wasn't updated or there's some other

23   thing that hadn't been cured yet, that could be one of those

24   circumstances where that arises.

41

1          We also based on the feedback in our last committee added

2     in -- and I believe it's in the delete all that Senator Hutson

3     has.  We added in the provision that it lets a voter know that

4     they can contact the Department of State if they are questioning

5     their own eligibility.  Maybe an upcoming election is nigh and

6     they want to make sure that this is accurate information because

7     they think that there could have been a substantive change that

8     could determine them ineligible.  We want to make sure to also

9     put them on that notice.  So that was a good suggestion.  The

10    Secretary has made it very clear that he has staff on standby

11    who are at the ready to help verify that eligibility if it's

12    ever in question.

13         Dennis Baxley:  Senator Osgood, you're recognized for

14    another question.

15         Rosalind Osgood:  Thank you, Mr. President.  And thank you

16    so much, Brother Burgess, for that response.  Can you see where

17    it can be a little misleading to send a voter a voter

18    information card if they're not eligible to vote?

19         Dennis Baxley:  Senator Burgess, you're recognized to

20    respond.

21         Danny Burgess:  Thank you very much, Mr. President.

22    Senator Osgood, I think best answer I could give to that very

23    good question is that that really is the purpose behind the

24    disclaimer - to make sure that they are aware and that there

42

1    isn't misleading information.  If they maybe don't show up on

2    election day but think that they're eligible to vote, then

3    they're like, hey, what happened?  So this hopefully provides

4    that notice of present policy and help avoid maybe potential

5    confusion that could ultimately prevent somebody from voting.

6        Dennis Baxley:  Senator Osgood, you're recognized for

7    another question.

8        Rosalind Osgood:  Thank you, Mr. President.  As you

9    mentioned earlier about existing policy, you know we're the

10   Florida Senate, we change policy all the time.  So I don't want

11   to just subscribe to the thought because there's existent

12   statute.  That's what we do.  We change it.  We improve it.  We

13   give and we take away.

14       As I continue to listen, I'm going to go back to where I

15   started with implementation because we're doing a lot of

16   changing and it could possibly help us.  But I am concerned

17   about the responsibilities with the supervisor of election and

18   these groups who have to go through the county to get their

19   funding.  So let me ask this question.  Will supervisors of

20   elections have to print and mail new cards to every voter?

21       Dennis Baxley:  Senator Burgess recognized for response.

22       Danny Burgess:  Thank you very much, Mr. President.  A good

23   question, Senator Osgood.  The answer is no.

24       Dennis Baxley:  Senator Osgood, for another question,

1   you're recognized.

2       Rosalind Osgood:  Thank you.  That ends my questions at

3   this moment.

4       Dennis Baxley:  Thank you very much.  Senator Powell is

5   missing from the floor.  Senator Book, you're recognized in

6   questions.

7       Lauren Book:  Thank you, Mr. President.  And thank you both

8   for all of your hard work.  I know it's a lot when we're doing a

9   marathon bill.

10      I'm going to focus on voter eligibility, so I think Senator

11  Hutson is my guy.  If these have been asked in different ways, I

12  apologize.  I just want to make sure that I'm setting myself up

13  for an amendment that I've been talking to different supervisors

14  on.

15      If a voter, Senator Hutson, has an eligibility case pending

16  and is legally allowed to vote and then votes, can they be

17  prosecuted for voting illegally if it comes to be that there was

18  an issue?

19      Dennis Baxley:  Senator Hutson, you're recognized to

20  respond to the question.

21      Travis Hutson:  Thank you, Mr. President.  That one's

22  really technical, so give me one second.

23      Thank you.  Just to be clear, the bill clarifies that if

24  they are under review, they can vote provisionally and they're

1   not subject to prosecution.

2       Dennis Baxley:  Senator Book, you're recognized for another

3   question.

4       Lauren Book:  Okay.  A follow-up to that, will those

5   permitted to cast those provisional ballots be prosecuted?  No

6   under the language of this bill.  That statute relates to

7   something, that someone voting with a counterfeit ballot, under

8   Florida Statute 104.15?

9       Dennis Baxley:  Senator Hutson, you're recognized to

10  respond to that question.

11      Travis Hutson:  I'm going to look that up and get back to

12  you.  I'm not answering that one because I want to make sure

13  we're very clear.  Because we're talking about folks that are

14  voting, I want to make sure that whatever I say is accurate on

15  that.

16      Dennis Baxley:  Senator Burgess, would you like to address

17  that?  I know we're kind of playing ping-pong here.  One is the

18  amendment sponsor and one is -- and this is overlapping.  So I

19  hope you're all right, folks, that we're moving back and forth

20  to make sure we give you the best answer.

21      Senator Burgess, you're recognized.

22      Danny Burgess:  Thank you so much, Mr. President, for the

23  opportunity.  Senator Hutson's provided the answer.  To the

24  extent that I might be able to provide some clarification,

1  Senator Book, I don't know if maybe this helps answer --

2      So the purpose of, I believe it's Section 38, is to clarify

3  and ensure that a person who is undergoing eligibility review is

4  entitled to vote provisionally and that they wouldn't be subject

5  to the penalty of the crime.  If I missed a follow-up to the

6  previous question, I apologize.

7      Dennis Baxley:  Senator Book, you're recognized.

8      Lauren Book:  I think that Senator Hutson may have a

9  statute that maybe I cited incorrectly.  I just want to make

10 sure that we're on the same page.

11     Dennis Baxley:  Senator Hutson, you're recognized to

12 respond.

13     Travis Hutson:  Thank you, Mr. President.  I just talked to

14 staff on this.  I want to make sure I was completely accurate.

15 But in our bill I think it's clear what's willful intent and

16 what's not willful intent.  So if they're willfully trying to do

17 something fraudulent, then obviously they will be heard.  But if

18 they're not and they're going through the provisional and the

19 cure, then there's no prosecution.  It would have to be

20 something that they know they're doing on purpose.

21     Dennis Baxley:  Senator Book, you're recognized for another

22 question.

23     Lauren Book:  Thank you, Mr. President.  Is there a plan,

24 Senator Hutson, to increase the amount of money provided to the

46

1  supervisors every year given the increased responsibility placed

2  on them by some of the provisions in this bill should it pass?

3     Dennis Baxley:  Senator Hutson, you're recognized to

4  respond.

5     Travis Hutson:  Thank you, Mr. President.  There is no

6  dollar amount in this bill contemplated.  I believe most of what

7  we're doing in here, we're putting the burden more on the

8  Secretary of State and our agencies rather than the supervisors.

9  We do put some burdens on the clerks.  There's another clerk

10  bill out there with dollars attached to it.  But I don't think

11  we're going to see within what we're doing today an

12  overburdening of someone without additional fundings needed.

13     Dennis Baxley:  Senator Book, you're recognized for another

14  question.

15     Lauren Book:  Thank you, Mr. President.  On lines 307 to

16  314, in the strike all, it indicates initiating list maintenance

17  activities for addresses that the supervisor has reasonable

18  belief are not legal residential addresses.  Can you explain

19  what that is referring to?

20     Dennis Baxley:  You're recognized, Senator Hutson.

21     Travis Hutson:  Thank you, Mr. President.  Senator Osgood

22  kind of touched on this a little bit.  But people move around

23  the state, move around different counties and cities.  Like they

24  move all the time.  Because we're sharing a lot of data between

1   agencies now, it may ping back to the supervisor that this

2   person doesn't live there anymore.  So when they do their list

3   maintenance, we want to make sure that they are aware that maybe

4   the person moved and updated their driver's license or updated

5   their address so that the supervisor can then go check on the

6   eligibility of the individual.  Maybe update it or clear it

7   altogether from the list maintenance in the books.

8       Dennis Baxley:  Senator Book, you're recognized for another

9   question.

10      Lauren Book:  I think that goes to perhaps some of the

11  burden that perhaps some of the supervisors have expressed

12  concern about.

13      But now to the list maintenance in Section 7.  Again, if

14  this has been touched upon in a different way, I just want to

15  make sure that again we're not repeating.  But I want to make

16  sure that we're thorough.  Line 293 requires supervisors of

17  elections to conduct list maintenance program each year

18  beginning no later than April 1st and it must be completed at

19  least 90 days prior to any federal election.

20      How will this requirement affect the presidential

21  preference primary in March?

22      Dennis Baxley:  Senator Hutson, you're recognized to

23  respond.

24      Travis Hutson:  Thank you.  The answer is it won't.  I

1  think it's important to note, I think Senator Burgess hit on it

2  a little bit, that supervisors already do list maintenance.

3  With the provision you mentioned in the previous question, it

4  would be up to the Secretary of State or the Department of

5  Highway and Motor Vehicles.  Within the data that we've seen

6  that we're collecting and pinging back and forth, we would then

7  alert the supervisor.  So we're not really putting the burden on

8  the supervisor to see who's moving where all the time.  It would

9  be us and our collection of data letting them know, hey, this

10  may be inaccurate in your books and you may want to look into

11  it.

12      Dennis Baxley:  Senator Book, you're recognized for a

13  question.

14      Lauren Book:  Thank you, Mr. President.  This we talked a

15  little bit about, but that is that fiscal impact to the clerk of

16  courts.  And I know you mentioned that bill with the required

17  weekly reporting of convicted felons to the supervisors of

18  elections.  Do we know or do we have an idea of what that cost

19  might be?

20      Dennis Baxley:  Senator Hutson, you're recognized for a

21  response.

22      Travis Hutson:  Thank you.  I do not know exactly what the

23  cost would be.  It'd be the data that they currently get

24  normally when there's fines and fees, whether it's paid or not

49

1  paid.  But within the normal daily operations, they've already

2  got it recorded and keep records of that.  So all we're saying

3  is take those records, send it up to the Department of State,

4  and it will help us determine the eligibility of the voter a

5  little quicker.  Because some folks may have already paid off

6  all their fines the day before and the Secretary, when they call

7  to try and figure out whether they're eligible or not, would

8  have that information almost in real time so that they can get

9  an answer back to him quickly.

10  Dennis Baxley:  Senator Book, you're recognized for a

11  question.

12  Lauren Book:  Just the last follow-up.  What is the reason

13  behind the policy to shift that away from the state currently?

14  This is not done currently?

15  Dennis Baxley:  Senator Hutson, you can respond.

16  Travis Hutson:  I may have to clarify.  I don't think we've

17  asked the clerks to send that data up before.  I think when we

18  first started with Senator Burgess' bill, we asked the clerks to

19  share the data with the supervisors.  But I think implementing

20  that is a problem in the sense that, if I did something in

21  another county and that clerk recorded that and sent it to his

22  or her supervisor, I may be voting in a completely separate

23  county and the information is not shared back and forth

24  correctly to where it needs to go.

1    So we've decided in the strike all we're going to send it

2    up to the state.  Let the Secretary figure it out and then ping

3    back down to our local elective if there's a problem.

4    Dennis Baxley:  Seeing no other questions, next we

5    recognize - Senator Powell, you're recognized for question on

6    the bill.  Actually, the amendment.

7    Bobby Powell:  Thank you, Mr. President.  Senator Hutson,

8    as it relates to the signature matching training, is there a

9    standard training for everyone in the State of Florida in terms

10   of signature matching?  How do we know that the persons who are

11   training people to signature match are going to be accurate in

12   their determination that all of the signatures are accurate?

13   Dennis Baxley:  Senator Hutson, you're recognized to

14   respond to the question.

15   Travis Hutson:  Thank you.  And thank you for the question.

16   The Department of State has this today.  What we're trying to do

17   is make sure it's uniform.  Everyone that matches signatures is

18   have to take this course so we're all on a uniform method and

19   will be consistent county by county.

20   Dennis Baxley:  Senator Powell, you're recognized for

21   another question.

22   Bobby Powell:  Yes, sir.  Thank you, Mr. President.  Will

23   that level of training in accuracy be able to measure up in the

24   case of testifying before a trial that these signatures are

1   accurate?

2       Dennis Baxley:  Senator Hutson, you're recognized to

3   respond.

4       Travis Hutson:  Thank you, Mr. President.  It should.

5   That's the goal.

6       Dennis Baxley:  Senator Powell, for another question,

7   you're recognized.

8       Bobby Powell:  Thank you, Mr. President.  The question is

9   related to third-party voters registration organizations and

10  their ending at the end of each election cycle.  I know there is

11  a question about that, but what is the impetus for that

12  happening?  If they end at each election cycle to reregister,

13  what's the impetus behind that?

14      Dennis Baxley:  You're recognized to respond.

15      Travis Hutson:  I'm going to send that over to Senator

16  Burgess, Mr. President.

17      Dennis Baxley:  Thank you.  Senator Burgess, you're

18  recognized to respond to this question.

19      Danny Burgess:  Thank you very much, Mr. President.  And

20  thank you, Senator Powell, for the question.  It's a very good

21  one.

22      In reviewing this, there's close to 2,000 registered 3PVRO

23  organizations within the state.  We know a number of these are

24  inactive.  This is a way to determine who's active, who's not,

1   and make sure we have accurate information based on current

2   election cycles.  So that's why we're looking to put in a

3   registration requirement there, because some of these have been

4   registered since the inception - I think it was 2005 - of

5   3PVROs.

6       Dennis Baxley:  Senator Powell, you're recognized for

7   another question.

8       Bobby Powell:  Thank you, Mr. President.  In order to

9   determine which organizations are active or inactive, is it

10  absolutely necessary that they end at each election cycle?  Why

11  not the same amount of time as the vote by mail which is every

12  other election cycle?  What was the impetus behind the one

13  cycle?

14      Dennis Baxley:  Senator Burgess, you're recognized to

15  respond to the question.

16      Danny Burgess:  Thank you, Mr. President.  Thank you,

17  Senator Powell, for the question.  We're making a policy call.

18  We keep it specific to the general election cycle.  I don't know

19  if this can be a question, but some folks have asked does that

20  encompass maybe some local elections, like municipals, and would

21  they have to register specifically or would that be captured

22  within that specific general cycle.  The answer is, yes, it

23  would.  I don't know if that was something on your mind either,

24  but I thought I'd throw it out there.

1    Dennis Baxley:  Senator Powell, you're recognized for

2    another question.

3    Bobby Powell:  Thank you, Mr. President.  I appreciate the

4    response with regard to a policy call.  To kind of follow-up

5    with that, when coming up with that policy call, is there an

6    impetus behind it?  Or the impetus, is there a science behind it

7    – that's what I'm trying to say - or data, documents, or

8    evidence that would show that this is a proven method?

9    Dennis Baxley:  Senator Burgess, you're recognized to

10   respond to the question.

11   Danny Burgess:  Thank you, Mr. President.  And thank you,

12   Senator Powell.  Like a lot of things we do, I think this is a

13   sensible method.  I think it makes sense.  It's specific to the

14   general election cycle for which somebody would be seeking voter

15   applicants for.  So I think it's sensible and consistent in that

16   sense, but also important because of the fact that there are

17   close to 2,000 current voter registration organizations and we

18   don't know who's active and who's not.

19   Dennis Baxley:  Senator Powell, you're recognized for

20   another question.

21   Bobby Powell:  Thank you, Mr. President.  Senator Burgess,

22   earlier you indicated that these voter registration

23   organizations look at these fines as cost of doing business.

24   Are there for-profit organizations that are registering people

54

1   to vote as third-party voters organizations?

2       Dennis Baxley:  Senator Burgess, you're recognized to

3   respond.

4       Danny Burgess:  Thank you, Mr. President.  And thank you,

5   Senator Powell.  I think we had this discussion in our first

6   Committee in Ethics and Elections.  In saying that, I'm

7   obviously referring to sort of in the colloquial sense of

8   they're looking at it as like, hey, put it on the tab.  You

9   know, my end goal is this.  That's the cost of doing business,

10  is I'm fined $50,000, but we achieved our stated mission goal -

11  whatever it may be.  It's probably an illegal goal and,

12  therefore, they are willing to take the risk and roll the dice

13  on the fine.  I don't mean that in a literal business sense but

14  in a figurative sense.

15      Dennis Baxley:  Senator Powell, you're recognized for

16  another question.

17      Bobby Powell:  Thank you, Mr. President.  And thank you,

18  Senator Burgess, for that.  Just for clarity purposes, I know

19  that some of these things we did discuss in Committee.  However,

20  not every senator was in Committee.  So I want to make sure that

21  we are kind of building upon what we talked about so everyone

22  understands.

23      Earlier you talked about UPS and the tracking system with

24  UPS.  Have you ever thought about the fact that, when we're

1   talking about third-party voter registration organizations

2   issuing receipts, drivers who work for UPS do receive

3   compensation for delivering packages.  Correct?

4       Dennis Baxley:  Senator Burgess, you're recognized to

5   respond.

6       Danny Burgess:  Thank you, Mr. President.  I'm not an

7   expert on UPS, but I think the principle behind a receipt is a

8   sound one.  Obviously rulemaking will be determined by the

9   Department of State.  I don't know the relevance to a paid UPS

10  driver though to the bill.

11      Dennis Baxley:  Senator Powell, you're recognized for

12  another question.

13      Bobby Powell:  Thank you, Mr. President.  As an indication,

14  you were the one who did bring up UPS drivers.  And the follow-

15  up to that is, being paid, there's an opportunity in this

16  legislation that we're going to hold third-party voter

17  registration organizations to the same standard that we'd hold

18  UPS drivers too.

19      I would ask the following question, which is: Is there an

20  impetus or an opportunity for third-party voter registration

21  organizations to receive funding to deliver the services that

22  we're adding measurable variables onto in terms of we're adding

23  additional fines, we're adding additional timelines, and

24  deadlines for them to get these organizations in?

1        Clearly earlier you said they're not-for-profit
2    organizations.  Is there an opportunity for us to -- or have you
3    thought about that?  Are you against third-party voter
4    organizations receiving funding to complete the duties that
5    they're being tasked with?
6        Dennis Baxley:  Senator Burgess, you're recognized to
7    respond to the question.
8        Danny Burgess:  Thank you, Mr. President.  Thank you,
9    Senator Powell.  I think there are some conclusions that were
10   drawn based upon the parallel that I was simply seeking to
11   provide in the importance of a tracking number for a shipping
12   package and the critical importance for a receipt when you're
13   giving out such personal and sensitive information on a voter
14   application.  I think that parallel is drawn conclusively and in
15   the intent and spirit that it was given.
16       But I think it's important to be clear that third-party
17   voter registration organizations are not being tasked with
18   anything.  They themselves are standing themselves up.  So if by
19   choice they're choosing to conduct themselves accordingly, they
20   must conduct themselves accordingly to the law.
21       Dennis Baxley:  Senator Powell, you're recognized for
22   another question.
23       Bobby Powell:  Thank you, Mr. President.  Senator Burgess,
24   as you created the parallel or the nexus with regard to that, I

1    want to just follow up to make sure that, if we're going to make

2    it more strenuous for voters registration organizations to

3    deliver their duties, that we provide some type of mechanism

4    that would allow that to be a little bit easier.

5        I think if we provide it in this legislation, maybe in the

6    budget some funding to do that, it might help to get these

7    organizations' applications in a little bit quicker.  Would you

8    be amenable to us providing funds for third-party voter

9    organizations?

10   Dennis Baxley:  Senator Burgess, you're recognized to

11   respond to the question.

12   Danny Burgess:  Thank you, Mr. President.  We do not

13   currently provide funding for third-party voter registration

14   organizations.  At this time I'm not amenable to that and it's

15   not contemplated by the legislation.  I don't think the onus of

16   a receipt, based upon what the department will come up with the

17   standards in their rulemaking process, would be so really

18   burdensome that this would not be accomplished with current

19   resources.

20   Dennis Baxley:  Senator Powell, you're recognized for

21   another question.

22   Bobby Powell:  Thank you, Mr. President.  Senator Burgess,

23   Senator Hutson, earlier --

24   Dennis Baxley:  Senator Hutson.

1    Bobby Powell:  Senator Hutson, earlier, Senator Burgess

2    indicated that one disenfranchised voter is one too many.

3    Frequently in my elections -- I've been elected for ten years.

4    In every election cycle, whether it be local or national,

5    whatever, I receive a phone call from someone or a few people on

6    my cell phone who had gone to vote.  They had been removed from

7    the rolls.  They don't know when the last time they voted, but

8    they do know they were registered and they voted before.  And

9    now they've been removed.

10    One disenfranchised voter is one too many.  What do we do

11    to alleviate or mitigate the issues where somebody has been

12    removed from the rolls because they are a voter and they want to

13    vote but they haven't voted in a number of election cycles that

14    are required?  Is that the same as then those individuals being

15    disenfranchised?

16    Dennis Baxley:  Senator Hutson, you're recognized to

17    respond to the question.

18    Travis Hutson:  Thank you.  I think that's an important

19    question because, you know, we are talking about list

20    maintenance that the supervisors are doing.  If an individual

21    has been removed because they haven't voted in a long time, we

22    should encourage those individuals to reach out to their

23    supervisors and reregister to vote.  I don't know in the cases

24    you're talking about whether they had moved or whether they stay

1    in same place, but it's not hard to contact your supervisor and

2    find out your eligibility.  Or contact the Secretary of State if

3    you think there are some issues with felony and fines that would

4    have removed you.

5         So like I said, Secretary Byrd came to our committee.  He's

6    willing to start today with anybody that calls him trying to

7    figure out their eligibility.  If they're eligible but they're

8    not registered because of some list maintenance problem, I would

9    encourage them, if it were my constituents, to reach out to the

10   supervisor.  Let's get you back on the bus.

11        Dennis Baxley:  You're recognized for another question.

12        Bobby Powell:  Thank you, Mr. President.  Senator Hutson,

13   with regard to confirming eligibility, I know that's on line 246

14   and it even talks about -- which is a change from the original

15   bill we saw.  Now it states in the bill they can call the

16   Secretary of State's office.  Is there a specific phone number

17   or a hotline?  I've heard it said several times, but I have not

18   heard a phone number yet.  What number should individuals call?

19        Dennis Baxley:  You're recognized to respond.

20        Travis Hutson:  That is a great question.  I can get you a

21   phone number.  If you want, we'll look it up.  We didn't put a

22   specific number in the bill or the website itself.  Those

23   numbers could change sometimes.  We didn't want a statute to be

24   specific to a number to call and then that number changes.  Then

1   obviously our statute is telling you to do something that's

2   wrong or confusing the voter itself.  But we can look up the

3   Secretary of State's website and get you an actual number that

4   we can get to you, your constituents, or anybody that needs to

5   know.  We can get that for you.

6       Dennis Baxley:  Senator Powell, you're recognized for a

7   question.

8       Bobby Powell:  Thank you, Mr. President.  As it's been

9   indicated several times in this particular transgression of us

10  discussing this bill, there is the opportunity to call the

11  Secretary of State.  There has not been a number given.  As well

12  as throughout this bill I don't see an information campaign, a

13  public relations campaign, and a marketing strategy that allow

14  people who are concerned with this particular issue to have a

15  number or to have a direct path.

16      Is there an opportunity that we create a marketing

17  opportunity for those individuals who want to call the Secretary

18  of State, who may not know, to be able to have that information

19  widespread and available?

20      The secretary did say that he has or will do that at the

21  committee meeting.  However, there's no indication within

22  statute or within law that there's widespread appeal to

23  providing a campaign, if people want to know, that the

24  information will be available even if it is sending out this

1   phone number that you can give me later.  But it would be great

2   if we can put that number out in the public domain so that

3   individuals are able to contact the Secretary.

4       Dennis Baxley:  Senator Hutson, you're recognized to

5   respond to the question.

6       Travis Hutson:  Thank you.  Senator Powell, great question.

7   Like I said, we'll get you the numbers, the website, and

8   everything.  We didn't anticipate a marketing campaign because

9   we didn't believe within Florida there are hundreds of thousands

10  of voters that don't know whether they're eligible or not.  And

11  I'm talking specifically with the felony and paying off their

12  fees.  If that is the case, we could contemplate something like

13  that, Senator Powell.  But I don't want to spend hundreds of

14  thousands of dollars if we're only talking about a handful of

15  people.  So that's why it wasn't contemplated in the bill.

16      Dennis Baxley:  Are there further questions, Senator

17  Powell?  You're recognized.

18      Bobby Powell:  Thank you, Mr. President.  There is a

19  process in law now that, if someone does not respond to the

20  request for address verification, they can be removed.  Many

21  people move around and don't update their address.  But if they

22  move around without updating their address, are they still

23  registered?

24      Dennis Baxley:  Senator Hutson, you're recognized to

1  respond.

2    Travis Hutson:  Senator Powell, I may have to have you ask

3  that again.  I've got your information right here.  The phone

4  number you wanted is (866) 308-6739 and the website is

5  pvrshelp@dos.myflorida.com (phonetic).  Then if you can ask your

6  other question, I'd be happy to answer it.

7    Dennis Baxley:  You're recognized, Senator Powell.  If

8  you'd repeat the question.

9    Bobby Powell:  Thank you, Mr. President.  Senator Hutson,

10 if you don't mind, if you could just one more time repeat that

11 number.  And then the question is: Is there a process in law now

12 that, if somebody doesn't respond to a request for an address

13 verification, they can be removed?  Many people move around

14 without updating.

15   Dennis Baxley:  Senator Hutson, you're recognized to

16 respond to the question.

17   Travis Hutson:  Thank you.  For a second bite at the apple,

18 the number is (866) 308-6739.  And to answer your question,

19 Senator Powell, there's a whole process to do list maintenance

20 to remove you from a voter roll if you are to be removed.  But

21 when you do move, all that information goes up to the Secretary.

22 You know, with the data that we're sharing, to go back down to

23 the supervisor.  So that if I move ten streets over, for

24 example, and I change my driver's license, it would be on me to

1  call the supervisor and say, hey, I've changed my address, I

2  need to update my voter verification.

3      But at the same time, because this data's being shared with

4  the state, the Secretary of State could ping or the department

5  could ping down to the supervisor that this person's address may

6  have changed and you need to look into it.

7      Dennis Baxley:  Senator Powell, you're recognized for

8  another question.

9      Bobby Powell:  Thank you, Mr. President.  Thank you for

10  that answer.  Legal residents on addresses, on line 312, could

11  it be interpreted that the intent behind this -- I know you

12  explained it earlier in terms of residential addresses.  Now let

13  me get back to 312.  But can it be interpreted that, if an

14  individual address may not be determined to be residential, that

15  they are not let's say --

16      In 312, it says: For the registration records, with such

17  addresses that the supervisor has reasonable belief they are not

18  legal residential addresses, the supervisor shall initiate list

19  maintenance activities pursuant to Statute 98.075 (6) and (7).

20      When you say legal residential addresses -- I come from the

21  world of planning.  Right?  And you as well know that when we

22  talk about residential addresses, an address can be commercial,

23  general commercial, light commercial, industrial, heavy, light.

24  If someone's address is not zoned residential, can it be

1  interpreted through this particular language that the supervisor

2  could interpret that as that not being a legal residential

3  address?

4      Dennis Baxley:  You're recognized to respond, Senator

5  Hutson.

6      Travis Hutson:  The supervisors have a process that they do

7  now in which they determine all this.  If for some reason that

8  example you just gave were to happen where someone is living in

9  an area that may not be zoned residential, there is a process

10  that they could work with the supervisor on to make sure that

11  they're eligible to vote.

12      Dennis Baxley:  Senator Powell, are you finished?  Thank

13  you, sir.  Senator Berman, you're recognized for questions.

14  Okay.  Senator Rouson, you're recognized for questions to the

15  sponsor.

16      Darryl Rouson:  Thank you very much, Mr. President.  Most

17  of the questions I had have been asked and answered, so I'd like

18  to concentrate on a particular area.  In response to Senator

19  Osgood's question, you indicated that much of this amendment and

20  bill came from the supervisors of elections.  Did the

21  supervisors and the clerk ask to coordinate in order to compare

22  a list of felons convicted on a weekly basis or was that just

23  something that was a creation of the legislature?

24      Kathleen Passidomo:  Senator Hutson.

65

1      Travis Hutson:  Thank you, Madam President.  Welcome back.

2      Kathleen Passidomo:  I'm just moving around.

3      Travis Hutson:  Senator Rouson, that's a great question.

4  Let me just clarify, in case it was misinterpreted or I said it

5  incorrectly, the bill and the strike all came from three

6  different types of groups.  Right?  One was the Secretary of

7  State and some of the things that he's seen where he wants to

8  address problems.  One part was from the supervisors where they

9  gave us a list, a wish list, and I think Senator Burgess did a

10  good job incorporating a lot of that wish list.  And the other

11  came from members of the legislature - whether it's myself,

12  Senator Burgess, others - that say, hey, here's a problem I'm

13  seeing.

14      In terms of the piece you're talking about with the clerks,

15  I believe that was an attempt in coordinating with the Secretary

16  of State on how do we make sure that those that may have paid

17  their outstanding fines and fees can be eligible to vote and get

18  their eligibility back before election day happens.

19      In terms of how we kind of arrived there, Senator Rouson,

20  at first the bill had the clerks sending the information to

21  their local supervisor.  And in terms of what I was telling

22  Senator Osgood on implementation, that wasn't going to work

23  because you could have done something in another county where

24  you're not registered to vote.  Your fines and fees from that

1   that you've paid would go to that local supervisor who has no

2   record of you being eligible to vote because you're in a

3   different county.

4       It was a collective idea for us to send it to the Secretary

5   of State.  We let them figure it out and get it back down to the

6   local supervisor so that we know who has maybe have paid their

7   fines and fees and can try and get eligibility back before

8   election day.

9       Kathleen Passidomo:  Senator Rouson.

10      Darryl Rouson:  Well, the delete all amendment changed what

11  was originally in the bill to make it more centralized in the

12  Secretary of State's office.  Is that correct?

13      Kathleen Passidomo:  Senator Hutson.

14      Travis Hutson:  Thank you, Madam President.  Yes.  The

15  delete all changes what's in the bill.  It clarifies that we're

16  going to use the Secretary of State, the department, to get this

17  information in order to check eligibility.

18      Kathleen Passidomo:  Senator Pizzo, you're up.

19      Jason Pizzo:  Thank you, Madam President.  Senator Hutson,

20  I took the liberty of dialing (866) 308-6739.  A very nice

21  gentleman and very patient with me on the phone said: Do not

22  call this number.  Under no circumstances can we tell you

23  whether or not as a returning citizen you are eligible to

24  register to vote.

1      I just want to be clear, in fairness, because a lot of

2   people will see this - the number we've given out.  My question

3   is are you sure that the proper procedure -- did it get to that

4   interrogative part?

5      Kathleen Passidomo:  Yes, it has.

6      Jason Pizzo:  I felt it.  Are you sure that the public

7   should be calling (866) 308-6739 as a returning citizen as to

8   whether or not they're eligible to vote, they're eligible to

9   register to vote?

10      Kathleen Passidomo:  Senator Hutson.

11      Travis Hutson:  Thank you.  And this is why we don't put

12   numbers in the bill.  Thank you for calling that.  That is the

13   voter assistance hotline that I gave you.  If that's not the

14   correct place to call, I thought the hotline would be the

15   correct place to call, I'll get an actual number from the

16   Secretary before we leave today.  I'll probably text him right

17   after we're done with Q&A, when we get to the next amendment,

18   and get you a correct number from the Secretary.  But we're --

19      Kathleen Passidomo:  I'll give him Senator Byrd's cell

20   phone.  Senator Pizzo.

21      Jason Pizzo:  Thank you, Madam President.  It's a big time

22   difference between here and Japan.  I just want to be mindful of

23   Secretary Byrd's schedule.  So maybe somebody else might have

24   it.

1    Here's my next question.  A few years ago, after we passed
2    Amendment 4, the enabling statute on Amendment 4, I actually
3    flew back up here at Tallahassee with Representative Grant.  We
4    appeared in front of Secretary Lee on a very otherwise simple
5    sort of solution to a lot of this.
6        So here's my question.  It wasn't contemplated.  The issue
7    is certain agencies, my understanding, cannot share certain
8    types of information between.  One of those is like getting
9    NCICs.  Right?  You know, search of a database of criminal
10   history which is a one-stop shop.  Prosecutors very often will
11   order the NCIC to see where their particular defendant in an
12   instant case has cases all over the country.  It's a one-stop
13   shop to see all those things.
14       One of the sort of holdups that would make it so much more
15   efficient – and I'm wondering if this is contemplated and might
16   we consider it – to allow the Division of Elections to be able
17   to access NCICs and they can within minutes be able to tell a
18   caller, a resident, every single thing in their background and
19   provide that information.  I think it's like $48 a report.
20   Wouldn't that make sense so we don't have to go through any of
21   this?  Just allow, by statute, to allow the Secretary of State
22   to have access to those NCICs which they cannot now share or get
23   that information shared from FDLE.
24       Kathleen Passidomo:  Senator Hutson.

1      Travis Hutson:  Thank you, Senator Pizzo.  I assume you

2   know a lot more about this than I do.  But in terms of where we

3   are and how we landed in this particular section of the bill

4   with the clerks was a coordinated conversation between me,

5   Senator Burgess, the Secretary of trying to get information to

6   them so they can fulfil their duties.  If there's a better way

7   to do it, that was not contemplated between me and the

8   conversations that we had.

9      Kathleen Passidomo:  Senator Pizzo.

10     Jason Pizzo:  Can I ask you to invite or include other

11  people in these future conversations so we don't get to this

12  point where -- that's a really good idea.  We should take that

13  up next session.

14     Kathleen Passidomo:  Senator Hutson.

15     Travis Hutson:  Sure.  Thank you, Madam President.  You

16  know, I think I have a pretty open-door policy.  We can easily

17  talk about some of this stuff.  But the bill went through

18  several committees and I think this is the first time I've heard

19  that particular provision brought up.  I don't know if Senator

20  Burgess has.  But it's kind of the first time we're hearing

21  about it.

22     Kathleen Passidomo:  Senator Pizzo.

23     Jason Pizzo:  Thank you, Madam President.  I really wasn't

24  going to ask any number of questions in particular.  But one

1   sort of jumped out at me, the topic, when you said and

2   characterized it as this doesn't contemplate a large number of

3   people.  The pool of people sort of involved in this situation

4   is not very large.

5        But I mean, even though we're the model for elections, we

6   passed a bill - if you recall - that developed the election

7   police.  There were press conferences.  There were arrests and

8   all that stuff.  What is to you a significant number of people

9   or a potential pool -- I would argue the loss of liberty for one

10  individual for a misunderstanding.  But what to you do you think

11  is a threshold amount of people to make this considerable or

12  substantial enough?

13       Kathleen Passidomo:  Senator Hutson.

14       Travis Hutson:  Thank you, Madam President.  I just want to

15  clarify the response was to Senator Powell's question who asked

16  if we should spend dollars in a marketing campaign to educate

17  voters.

18       I think what I've seen in terms of what you're talking

19  about, those that have voted that may not have known if they

20  voted legally or not, has been maybe a couple or handful of

21  folks.  I think it's 20 or 30.  Maybe 50.  And I don't know if

22  we want to spend significant dollars on a marketing campaign for

23  50 individuals.  If it's hundreds of thousands of people that

24  feel like they're in jeopardy, then that would be something we'd

1   consider.  I just don't know if the number is that large because

2   all I'm seeing is what our friends in the media report, which

3   was what you and I had both read.

4        Kathleen Passidomo:  Senator Pizzo.

5        Jason Pizzo:  Thank you, Madam President.  Senator, I know

6   you well.  We've known each other for five years.  I know you're

7   not suggesting, even if it's just 20 or 30 people whose doors

8   are getting knocked on at 6:00 a.m. or ripped out in their

9   underwear and arrested, that that's not significant enough.  We

10  do bills in here all the time following tragedies for individual

11  cases.

12       I guess to Senator Powell's question should we be doing

13  more, could resources be directed more efficiently -- let me

14  back up.  I apologize for not coming to you on this, on the NCIC

15  thing.  It would obviate a lot of the process and issues.  Do

16  you think this product that you have here is the most efficient

17  way to adequately and effectively educate the public on what the

18  parameters or guidelines are for voter registration?

19       Kathleen Passidomo:  Senator Hutson.

20       Travis Hutson:  Thank you, Madam President.  And thank you,

21  Senator Pizzo, for giving me a chance to clarify myself.  I'm

22  certainly not trying to make light of any situation that

23  happened at anyone's house for something that they either

24  willfully or did not know that they did wrong.

1       All I was getting at in terms of the conversation with

2  Senator Powell was I didn't contemplate thinking general revenue

3  budget dollar items in doing a massive marketing campaign for

4  elections if the attempt in this bill is, those that don't know

5  whether they can vote or not, to be able to call a number or go

6  on a website to get some information from the Secretary and find

7  out if they are eligible to vote.  That is the attempt.

8       In terms of streamlining this, Senator Pizzo, we're doing

9  our best that we can in terms of streamlining this process and

10  in terms of making sure those that are in question can find out

11  an actual answer before they go vote and possibly do something

12  wrong.  And that's in coordination of, like I said, with the

13  Secretary, with supervisors, with other members.  We're trying

14  to get there because we want to make sure individuals have the

15  ability to vote legally – right - and that their vote does

16  count.  That was all contemplated in everything we had done up

17  to today.

18       Kathleen Passidomo:  Senator Pizzo.

19       Jason Pizzo:  Thank you.  Senator Hutson, let me ask you

20  this.  If the legislature were to allow and we have the

21  authority to do so the Secretary of State, the Division of

22  Elections within -- I want to narrowly tailor this within the

23  Secretary of State's office and the Division of Elections.  If I

24  was able to call that (866) 308-6739 number and I was able to

1    provide proof of my identity and they were able to run an NCIC
2    search on me nationally on each and everything I've ever done
3    since I first hit my carbon footprint in society and they were
4    able to provide that information and email it to me or mail it
5    to me obviating all of the 30 days and the 7 days for the
6    hearing and all this back and forth, would you be okay with
7    that?

8         Kathleen Passidomo:  Senator Hutson.

9         Travis Hutson:  Thank you, Madam President.  I'm going to
10   answer this as best as I can, sir, because I have not talked --
11   I don't know about this program.  I've not talked to the
12   Secretary on whether he could even establish this program.  It's
13   a conversation that I just have not had.

14        If there's a better way for the division and the Secretary
15   to do something that's not contemplated in the bill, I'd be open
16   into listening to.  As I said, and I hate to say this, but this
17   is the first time I'm hearing about this particular piece and
18   whether it would be more effective or not.  The Secretary may
19   have problems with it.  I don't know.

20        So if there's a better way to do things, I'd certainly be
21   open to it.  But without having those conversations with our
22   agencies, I can't give you an answer on whether I would accept
23   it or not until I talk to them.

24        Kathleen Passidomo:  Senator Davis, you have questions?

1    We're not eating yet.  We got time.  Except you've the last

2    questions before lunch.

3        Tracie Davis:  I do.  Thank you, Madam Chair.

4        Kathleen Passidomo:  Okay.  (Interposing)

5        Tracie Davis:  Thank you, Madam President.  Just waiting

6    and a lot of questions had been asked.  So I want to thank my

7    colleagues for getting a lot of answers.  I'll start off with

8    some things that I heard just for clarification purposes.

9        So a number of members have asked about the advisory

10   opinion and you talked about this isn't one of the many --

11   exactly the words were a hundred thousand folks.  We don't want

12   to put money into the system.  But the advisory opinion, one of

13   the I guess tools in the toolbox, so do you have an idea?

14   Because I heard the Secretary of State tell us how long that

15   would take.  Do you have an idea of, when someone requests an

16   advisory opinion of their eligibility, how long that would take?

17       Kathleen Passidomo:  Senator Hutson.

18       Travis Hutson:  Thank you, Madam President.  Senator Pizzo,

19   we have just told -- staff just told me there's a new number to

20   call.  That is (850) 245-6536.  It looks like that's the General

21   Counsel's Office within the division.  Again that's (850) 245-

22   6536.  If you want to call that and tell me if it's the right

23   number or not, I'd appreciate it.

24       And then, Senator Davis, it could take up to a couple of

1   months which is why I'm glad we're giving this out now because
2   elections are going to be in 2024.  So people could start
3   calling and figure out whether -- if there's questions about
4   their eligibility, they can call and we can try and start
5   working on figuring that out.
6         Kathleen Passidomo:  Senator Davis.
7         Tracie Davis:  Thank you, Madam President.  I'm not going
8   to stay too long on this.  Do you know in your county how
9   someone would -- some of the supervisors have this information
10  on their websites.  But do you know if this information is on
11  the website in your county?  Is it on the website of any of the
12  67 counties?
13        Kathleen Passidomo:  Senator Hutson.
14        Travis Hutson:  I'm not aware if it's on particular
15  counties I represent, but the Secretary of State and the
16  supervisors already have information to try and educate the
17  public on some of these matters.  I don't know specifically if
18  there's a link on my four supervisors' websites or if it's in
19  anywhere else, but we're supposed to have some type of
20  information for the public within their daily operations.
21        Kathleen Passidomo:  Senator Davis.
22        Tracie Davis:  Thank you, Madam President.  The statute
23  talks about early voting.  I look at voting as being what we're
24  trying to do as an ease and convenience for people.  So with

76

1    that respect of what we're trying to do here.  I will publicly

2    say there are some decent things happening here, but there's

3    more that's creating burdens and hurdles that we're going to

4    talk about.

5         So with that ease and convenience, going back down that

6    road, I know my colleagues had talked about the database.  In

7    Committee we talked about several agencies reporting to the

8    state.  It was said that that was something that was already

9    being done.  I keep hearing this conversation that you've had

10   with many members.  You know my background.  So I know some of

11   the supervisors personally as well.

12        In your strike all, lines 404 through 414, you keep saying

13   we've talked to the supervisors and we made these policy

14   decisions.  But this is a section that I simply say to you

15   because I've asked them how will they make this happen.  There's

16   no database for them to use to find these answers.  This is a

17   very costly venture.  But how will they do this?

18        Kathleen Passidomo:  Senator Hutson.

19        Travis Hutson:  Thank you very much for that question,

20   Senator Davis.  The department already does this.  They keep the

21   requirements.  This just gives more up-to-date information to

22   the supervisors.  And when I say we spoke to the supervisors, I

23   don't mean every single particular section in the bill.  They

24   gave us a wish list before we started.  I know Senator Byrd just

1   got that wish list.  Some of that wish list, not all, some of it

2   is in our bill and our strike all.

3        So it's a collaborative approach on a wish list from

4   various different folks and, like I said, not everybody got

5   everything they wanted.  But we did as best we could to get

6   everything in the bill in order to make sure that we're not

7   confusing people.  We've got the list available.  If they have

8   questions about eligibility, we're collaborating back and forth

9   with all of our agents back down to our supervisors.

10       So we're trying to do the best we can with what we have

11  and, like I said, we got their wish list.  Maybe not everything

12  is in there, but that particular section the department's

13  already doing.  This is just trying to make sure that everything

14  is up to date as fast as possible.

15       Kathleen Passidomo:  Senator Davis.

16       Tracie Davis:  Thank you, Madam President.  I'm going to

17  ask this again.  Lines 404 to 414.  I'm not going to stay on

18  this measure, but in talking with several of the supervisors -

19  and it's 67, we all know that, I've talked to more than three -

20  this is not something they're doing.  What you are talking

21  about, there are parts of the bill that had been taken out.  You

22  kept referring I think to this area, lines 404 to 414.  This

23  specific area is not something they're doing now.  So I want to

24  make that clear.

1    I understood what you said to me, but my question was how

2    will they do this.  Because lines 404 through lines 414 is not

3    something our SOEs are doing right now, so how will they put

4    this in place?

5    Kathleen Passidomo:  Senator Davis, please ask questions.

6    Not statements.  And Senator Burgess has an answer to your

7    questions.  You're recognized.

8    Danny Burgess:  Thank you, Madam President.  Thank you,

9    Senator Hutson.  And thank you, Senator Davis.  You're correct,

10   this is new data-sharing at the local level.  Local-to-local.  I

11   don't know that I'm going to be able to satisfy the concern or

12   maybe answer the entirety of the question because this is new.

13   But what we're not doing is removing the pattern of information

14   -- and correct me if I'm wrong in the delete all, Senator

15   Hutson.  We're not taking away the reporting that clerks

16   currently do monthly to the Department of State.  What we are

17   doing now is saying, clerks with that same information that

18   you're already providing to the Department of State, we're going

19   to increase the frequency weekly to again that local-to-local

20   interaction between their supervisors of elections.

21   That information at the Department of State level does

22   travel down.  And I know that you know all these because you

23   lived in this world.  I'm not trying to educate you on something

24   you could educate me on.  But what I am trying to do is point

1  out that, although this is a new provision, it's not a provision

2  that isn't currently being processed in some way, shape, or

3  form.  What we're trying to do is increase data sharing and

4  efficiencies.  Whether it's at the Department of State's level

5  or whether it's at the clerk of court and the supervisors'

6  level, that information will be shared accordingly.

7      I do understand that there are concerns related to some of

8  the implementation of this and Senator Hutson I believe is

9  trying to address that in the delete all.  But we're not

10  shooting in the dark here.  This is information that is

11  currently being shared.  We're just dealing with frequency and

12  sort of the how and where you can also deliver that information.

13      Kathleen Passidomo:  Senator Hutson, did you want to add to

14  that?

15      Travis Hutson:  Thank you, Madam President.  I just want to

16  clarify, when I said they're already doing it, I mean the

17  department already does it.  The department does this.  They vet

18  it and then they're now under our bill going to send it down to

19  the local supervisors of elections.  So they're going to have

20  additional information that they normally didn't have.  But the

21  implementation and the vetting is handled at the state level, so

22  we're not trying to put any undue burdens on the locals.

23      Kathleen Passidomo:  Senator Davis.

24      Tracie Davis:  Thank you, Madam President.  The only thing,

1  because we're in question zone, I want us to have this

2  conversation.  Because if that is the case -- and, you're right,

3  that is what they're doing now.  The Department of State is

4  vetting and they're sending the information down to the 67

5  counties.  Correct.  And it's working.  But this, and the reason

6  I stay on this piece, it's not saying that the Department of

7  State will continue to send it down.  It's now saying the

8  information will come from the clerk of courts and that is

9  problematic.

10      Do you see that as being problematic?  That's my question

11  and I'll move on.

12      Kathleen Passidomo:  Senator Hutson, you're recognized.

13      Travis Hutson:  Thank you.  If you want to look at the

14  strike all, lines 698 to 701, that's where it says the clerk

15  shall provide the information to the department in order to

16  assist the supervisors.  So the clerks will send it up.  It will

17  get vetted by our department and sent back down to the

18  supervisors.  So all of the burden and onus is on the state once

19  it's sent to us before it goes back down to the supervisors for

20  more information.  So that's addressed in that part of the

21  strike all.

22      Kathleen Passidomo:  Senator Davis.

23      Tracie Davis:  Thank you, Madam President.  I hear what

24  you're saying.  It's just I went to review 404 through 414.

81

1      I'll go into just some more technical things with the vote

2  by mail.  We're now deciding to reduce the number of days that

3  someone can request a vote-by-mail ballot.  What is the intent

4  or the thought process behind that?

5      Kathleen Passidomo:  Senator Hutson.

6      Travis Hutson:  Thank you, Madam President.  That was in

7  the original bill.  I think Senator Burgess may be able to chime

8  in.  But I think when you looked at it, there are people -- and

9  I know this from my own supervisor because she told me that

10  vote-by-mail ballots come in days after the election and

11  obviously you can't count them.  So I think we are trying to put

12  a hard stop on when you send it in so that people know, if you

13  send it in, we're going to be able to count it.

14      Senator Burgess, if you want to add to that.

15      Kathleen Passidomo:  Senator Burgess.

16      Danny Burgess:  Thank you, Madam President.  Thank you,

17  Senator Hutson.  And thank you, Senator Davis.  To add to

18  Senator Hutson's answer, we haven't heard any objection.

19  There's been some input.  We're obviously with the supervisors

20  of elections on this.  What we're trying to do is identify the

21  clear phases and seasons within the election cycle.  Obviously

22  we have multiple phases, and seasons, and many opportunities in

23  Florida to get out and vote and we're proud of that.  So we just

24  want to make sure that we don't -- we have less blurring and we

1  have a clear shift in that focus.

2      The original bill did provide for one day to the right and

3  I know that we moved now two days to the left.  But that two-day

4  shift is merely just to help emphasize the need for less

5  blurring in that clear delineation of the season.  But also,

6  honestly, the big change between the original bill and now where

7  we are today on this date is because it fell on a Sunday.  We

8  had some mailing issues, of course, with delivery of mail

9  potentially on a Sunday.  So we wanted to make sure that we

10  address that situation.

11      Kathleen Passidomo:  Senator Davis.

12      Tracie Davis:  Thank you, Madam President.  I think we're

13  going back and forth because I've some questions for the strike

14  all, but most is for the underlying bill.  Going back to Senator

15  Burgess, I think you said we went down to account for the

16  Sunday.  Why did we not go up?  Because originally I think the

17  bill stated 11 days.  Or I may be confused.  But instead of

18  going down to eight days, why do we not take it up?

19      Kathleen Passidomo:  Senator Burgess.

20      Danny Burgess:  Thank you, Madam President.  Again to

21  account for the phases, the clear shift in the season, now we're

22  entering early voting and now we're entering -- you know.  So

23  the policy call is to have that clear shift of focus and afford

24  the supervisors the opportunity to be able to zero in on those

1   targets as they need to efficiently and effectively.

2        Kathleen Passidomo:  Senator Davis.

3        Tracie Davis:  Thank you, Madam Chair.  I'll probably stay

4   a little bit on the bill now talking about some VBM stuff.  Do

5   we know how many ballots are arriving after election as to why

6   we're doing this shift with our VBMs?

7        Kathleen Passidomo:  Senator Hutson.

8        Travis Hutson:  Thank you, Madam President.  I'll just stay

9   specific to Saint Johns County and my supervisor.  I believe in

10  the last conversation I had with her again after, this was the

11  primary, I think it was a couple of hundred ballots that came in

12  the following next couple of days.  Obviously, it's sad to hear.

13  But the election is over.  You can't count those votes.

14       So I think with some of the provisions and what Senator

15  Burgess is trying to do is make sure people know clearly to get

16  your VBM by this date so that we can count them as part of the

17  election.

18       Kathleen Passidomo:  Senator Davis.

19       Tracie Davis:  Thank you, Madam President.  So let's stay

20  right there.  Would it not make more sense or just have a

21  thought of consideration to extend that period of time for a

22  longer cure period than shorten it, the time for people to

23  request VBM ballots be mailed?

24       Kathleen Passidomo:  Who would like -- yes, Senator

                                84

1  Burgess.

2     Danny Burgess:  Thank you very much, Madam President.

3  Thank you, Senator Hutson.  I'm trying to find it here on my

4  list, but I know that we are actually indeed extending the cure

5  period by a certain period of time.  I want to make sure to get

6  you that exact period of time.  Of course, it's probably not in

7  front of me at this second.  But stand by one second, I might be

8  able to answer that question for you.

9     Thank you.  It's striking the balance between election

10  results and the cure period.  We are for certain ballots

11  extending the cure period to 5:00 p.m. on the second day

12  following the election.  However, again there's over 40 days of

13  opportunities to vote in Florida.  You can request the vote-by-

14  mail ballot now if you wanted to.  You know, it's a two-day

15  shift.  But that's a pretty nominal change in the grand scheme

16  of the opportunity to obtain or register and elect to receive a

17  VBM.

18     Kathleen Passidomo:  Senator Davis.

19     Tracie Davis:  Thank you, Madam President.  So on lines

20  1553 -- I think that's in the bill.  Let's deal with that, 1553

21  to 1565.  I'm still in the VBM phase.  It's saying that a voter

22  will not be able to pick up a VBM ballot during the mandatory or

23  early voting period in addition to election day unless they have

24  an emergency.  Can you tell me what determines an emergency?

1   What are we identifying as an emergency?  Because it's not

2   identified in the bill.

3        Kathleen Passidomo:  Senator Burgess.

4        Danny Burgess:  Thank you very much, Madam President.

5   Thank you, Senator Davis.  The definition of emergency would be

6   the same under the current status of emergency that would allow

7   for that opportunity.

8        Kathleen Passidomo:  Senator Davis.

9        Tracie Davis:  Thank you, Madam President.  It keeps going

10  back to funding with these extensions of -- now we're shortening

11  the period VBMs can be requested.  We are adding more

12  significant things that you tell me the supervisors are already

13  doing.  It seems like it would be helpful if we have those five

14  agencies reporting to a database versus what we're doing now.

15       But just going back to VBM, in lines 1618 to 1620, the

16  supervisors are rejecting -- I think someone has already talked

17  about this before.  The supervisors are rejecting two ballots if

18  they come back in one envelope.  We make a huge issue about

19  secrecy envelopes, which aren't necessary.  But why is the

20  thought process to reject both of those ballots?

21       Kathleen Passidomo:  Senator Hutson.

22       Travis Hutson:  Thank you.  That was a question that, I

23  think it was Senator Polsky, in the beginning was brought up.

24  We talked to representatives of the supervisors.  In current law

1    there's what you sign on the ballot.  Then your ballot comes out
2    and gets mixed in the pile.  So there's no way to call anybody
3    to cure them.  So some supervisors -- there's again you said 67
4    doing different things.  So this was just to be more uniform.
5    Statewide this is going to be the policy.  But I think talking
6    to a lot of folks and wanting to hear more from the supervisors,
7    we want to find an answer and a solution to this.  This is just
8    where we landed as of right now.
9         Kathleen Passidomo:  Senator Davis.
10        Tracie Davis:  Having 67, when you have that vote -- I'm
11   just going to bring it back in.  When you have this vote-by-mail
12   ballot returned, it's not necessarily put in a pile and just
13   kind of mixed up.  So there's a process and you guys know that.
14   Right?  So when this ballot is grabbed, this is a manual
15   process.  Somebody is doing this.  So it's handled.  The machine
16   is opening the envelopes, but the envelopes are taken out
17   manually.  My issue is why can we not count one of those ballots
18   because it's coming back in an envelope that has been signed and
19   the signature has been verified.
20        Kathleen Passidomo:  Senator Hutson.  Senator Burgess, you
21   want to answer?
22        Danny Burgess:  If that's okay.  Thank you, Madam President
23   and Senator Hutson.  Just to add to that a little bit, I mean
24   this is -- Senator Hutson just laid it out.  Right?  This is one

1   of those ones that we've really kind of wrestled with.  We've

2   tried to determine what the least bad option might be in this

3   circumstance considering what's before us.  What we know is

4   before us is that we have a per se signature matching issue in

5   the sense that we have two ballots in one envelope and we don't

6   know whose is whose.

7          We've been told by the supervisors, regardless of how it

8   happens, that there is that separation.  And that further

9   complicates the ability to try to cure this or determine this.

10  Considering the per se signature matching issue and the fact

11  that we haven't been able to identify a true cure, we don't know

12  whose ballot is whose.  There may be not, but in theory there

13  could be 67 different ways of determining a ballot, a vote,

14  counts.

15         Let's put it this way, 67 ways of counting a vote in this

16  circumstance.  If a vote is sacrosanct and if a vote we hold

17  that to be true, we should have a very consistent process when

18  it comes to actually determining if a vote counts.  So we've

19  been tasked with that difficult job.  I think ultimately, and

20  this is really one that I follow on, it's a crime to vote twice.

21  That's a current crime.  We can't tell if perhaps somebody has

22  actually attempted to vote twice in doing so.  So for all those

23  reasons, that's kind of why we had to land on this result to be

24  consistent more than anything.

1       Kathleen Passidomo:  Senator Hutson, would you like to --

2       Travis Hutson:  May I add to that?  Thank you, Madam

3  President.  This is why it's so difficult too.  If I vote a

4  certain way and my spouse votes completely opposite and there's

5  only one signature that went in, which one do you count?  So

6  we're trying to figure that out with the supervisors.  Like I

7  said, this is something that we are probably going to have to

8  keep working on.  In coordination with them, it's been difficult

9  and this is the policy decision we make.

10      Kathleen Passidomo:  Senator Davis.

11      Tracie Davis:  Thank you, Madam President.  So we know this

12  body of people whether you're in the Senate or you're in the

13  House.  When we make a decision, we hardly ever come back to

14  correct it especially when it comes to elections.  So my

15  challenge with this one is and my question to you is -- I know

16  you're working and this is something that you're going to be

17  working on.  But we have two ballots.  If we decide today, which

18  it feels like we're going to do without really considering the

19  majority of the counties and how they do it, you can identify

20  one person.  But if we decide today, according to how this is

21  written, we're negating both people.  So how does that feel if

22  today we're talking about making sure folks that are voting are

23  eligible?

24      Like I started off, this is about ease and convenience, so

1   we're still negating that person that signed the envelope.  And

2   so many counties count one ballot if it's the same.  Do you all

3   think about -- would you think about considering that

4   today for the amendment?

5        Kathleen Passidomo:  Senator Hutson.

6        Travis Hutson:  Thank you, Madam President.  Again I worked

7   with staff late last night.  Like we're here until about 9:30 to

8   10:00.  We called the supervisors – and when I say supervisors,

9   the lobbyists of the supervisors – to try and figure out if

10  there's a way to make this work.  Unfortunately, we haven't

11  gotten there yet.

12       I know you said we don't come back when we passed stuff.

13  But this is the third year we're doing elections in a row, so I

14  think we're going to continue to come back and make tweaks and

15  changes on our elections to be for the good in my opinion.  I

16  would love to get with the supervisors and figure out what's the

17  best possible solution for this, but I just -- like I said, last

18  night around 9:00, 9:30, 10:00 we just didn't get there.  That's

19  why you don't see an amendment to my strike all, because I have

20  been working on this with them to try and find a good place to

21  land.  Every time we start down that path, there are so many

22  what ifs.  We come back to we just can't get it done this year.

23  We'll get it as we go forward.

24       Kathleen Passidomo:  Senator Davis.

90

1    Tracie Davis:  Thank you, Madam President.  I know it's

2    12:40, 12:45.  You know, I've got plenty more.  I don't want to

3    stop.

4    Kathleen Passidomo:  Keep going.  As an aside, we have

5    three conference committee meetings coming up.  I think I just

6    got notice that it's 1:15, 1:30, and then maybe -- so I'm going

7    to go until you're done and Senator Torres is done.  Then we'll

8    come back for the nine amendments we have on this bill after the

9    conference committees.  You know, we can probably go until about

10    1:00.

11    Tracie Davis:  So we're not breaking at 12:45 for lunch?

12    Kathleen Passidomo:  No.  But you may get in trouble for

13    it.  Whatever.  I'm only kidding.

14    Tracie Davis:  I was just making sure.  Colleagues, I was

15    just making sure I'm not the holdup between you and lunch.

16    So in reading the report that was submitted by the

17    supervisors I think to the Secretary of State, one of the things

18    they asked when I talked to staff about this -- and you guys can

19    correct me.  One of the things they asked and one of the reasons

20    I kind of stayed in this vote-by-mail realm is in that report

21    they asked about major changes being made and, if we're going

22    down this route, please don't do it before 2024.  So why are we

23    here making these changes to the vote-by-mail process in this

24    way when the supervisors asked us not to do it before 2024?

1      Kathleen Passidomo:  Senator Hutson.

2      Travis Hutson:  Thank you, Madam President.  I know Senator

3  Burgess had worked really hard on this, so I may be stealing his

4  thunder here.  But what we asked for was a study from last

5  year's bill on what do we do, how do we keep the ballots more

6  secure, and make sure that the individual voters are protected.

7  If you remember, we were talking about three envelopes - like an

8  envelope inside an envelope - or two flaps or what's the best

9  way to do that.  Much like this other issues you talked about,

10  we couldn't come to a consensus.  So the supervisors asked if

11  they could get with the Secretary and come up with a plan for

12  us.  So that was a result.

13      What they've asked for 2024 was a result of should we do

14  two envelopes or three envelopes, should we do a flap.  That's

15  what I believe they were telling us.  It's whatever we do there,

16  they haven't come to a consensus even meeting with the

17  Secretary.  But if we do anything along that route with multiple

18  envelopes or multiple flaps to implement it before the

19  presidential election is not doable.  That's why you don't see

20  that particular piece in this bill.

21      Kathleen Passidomo:  Senator Davis.

22      Tracie Davis:  Thank you, Madam President.  Yes.  I will

23  further state in that statement, while the FSE workgroup

24  recommended unanimously to make any further changes to the vote-

1  by-mail process as suggested in the legislative proposal, it is

2  asked that any such legislative changes that are proposed, that

3  implementation of such changes be postponed until after the 2024

4  presidential cycle.  So if the supervisors are asking for us to

5  postpone the VBM changes that we're doing, why are we not

6  listening to them?

7       Kathleen Passidomo:  Senator Burgess.

8       Danny Burgess:  Thank you, Madam President.  Senator Hutson

9  may have an answer as well.  So I'll just jump on in here.  My

10  understanding was that was specific to a very specific

11  suggestion that was looked at within the report and that we

12  actually did not end up pursuing.  Senator Hutson may be able to

13  expound on that.  But that particular ask was tied to something

14  that we actually didn't end up doing at all.

15      Kathleen Passidomo:  Senator Hutson.

16      Travis Hutson:  Yes, Madam President.  Not to belabor it,

17  but we tasked them to look at something very specific and they

18  came back with that report.  We have some of their

19  recommendations in here and my understanding is, throughout this

20  whole process of VBM in the committees that we had, the

21  supervisors have not brought up any concerns with what's in the

22  bill and the VBM side of things.  That other issue that you and

23  I spoke about, we were trying to get there but we just couldn't

24  come to conclusions with the supervisors.

1        Kathleen Passidomo:  Senator Davis.

2        Tracie Davis:  I'm going to stay on this report a little

3   bit because, coming from this industry, I have a fondness for

4   all 67 supervisors and so I like when they're at the table.  And

5   there are pieces of this bill that I know they haven't been at

6   the table with.  So when you tell me that the report was

7   something that they suggested, this is a report by the

8   Department of State on voting by mail solely on security,

9   privacy, and election transparency.

10       There are only two counties and you said that that

11  statement I read was for a specific deal.  It was

12  recommendations.  You're right, it was about all the VBM

13  envelopes at that time, but we're still changing the VBM

14  processes.  So again, even with those processes and with that

15  bill, I want to say it was SB 90 and SB 524.  Yes, it was

16  suggested major changes.  They came back and said, any changes

17  that we do, well, we can do it after 2024.

18       So there are only two counties that did all of that that we

19  suggested, anyway, and Duval is one of them.  So again my

20  question is: Why is VBM even in the midst of this if the

21  supervisors asked us to just stay away from it?

22       Kathleen Passidomo:  Senator Hutson.

23       Travis Hutson:  Thank you, Madam President.  Again I don't

24  want to belabor it but, as the architect of both of those

1   motions mentioned, when we got to that specific study and

2   recommendation from the supervisors, we were very, very clear on

3   we want you to look at the flaps versus the envelopes and tell

4   us if you can do it and how that would look.

5       In terms of other VBM stuff, if they didn't want to touch

6   it, that's fine.  They put it in the report.  But that was not

7   the intent of me, the architect of the legislation.  My intent

8   was find me a solution which they just didn't do.  So that's

9   fine.  But that's why it's not in the bill, because they

10  couldn't come up with a solution.  So that's --

11      The other part of the bill is something that I think that

12  Senator Burgess has worked hard on and believes in.  That's why

13  we've kept that in there.  But we tasked the supervisors

14  specifically about the envelopes or the flaps themselves and

15  they did not come up with a solution to get that done as we

16  asked them to try and find out.

17      Kathleen Passidomo:  Senator Davis.

18      Tracie Davis:  Thank you.  So the answer to that is we'll

19  never do the envelopes as you suggested in SB 90 and SB 524.

20  Correct?

21      Kathleen Passidomo:  Senator Hutson.

22      Travis Hutson:  Say that one more time, Madam President, if

23  you don't mind.  I'm sorry.

24      Kathleen Passidomo:  Senator Davis.

95

1    Tracie Davis:  Thank you, Madam President.  I just wanted

2  you to say yes.

3      Kathleen Passidomo:  Senator Davis.

4      Tracie Davis:  Thank you.  So the answer to that is we'll

5  never do the envelopes as you suggested in SB 90 and SB 524,

6  correct?

7      Kathleen Passidomo:  Senator Hutson.

8      Travis Hutson:  Say that one more time, Madam President, if

9  you don't mind.  I'm sorry.

10     Kathleen Passidomo:  Senator Davis.

11     Tracie Davis:  Thank you, Madam President.  I just wanted

12  you to say yes.  So with that, you're saying to me hopefully

13  today that we're not going to revisit SB 90 and SB 524.  And the

14  idea of the unique identifying information on those envelopes,

15  no, it's not a part of this.  It's not a part of what we're

16  dealing with.  But it is the VBM situation.  So you're saying

17  we're not going to revisit that ever again.  Correct?

18     Kathleen Passidomo:  Senator Hutson.

19     Travis Hutson:  Thank you, Madam President.  Certainly,

20  when I'm gone from here, I don't want to make any promises that

21  you guys can't go mess with whatever I've done.  But as far as

22  today and this year is going I do not contemplate, Senator

23  Burgess does not contemplate, the Florida House does not

24  contemplate doing those unique identifiers on the ballots as

1  suggested in previous legislation.

2     Kathleen Passidomo:  Senator Davis, I appreciate the line

3  of questioning.  But we're talking about a bill and not about

4  what's going to happen in the future.  And we've got a lot of

5  people that might want to ask some questions.  So if you could

6  stick with questions.  Thank you.  You're recognized.

7     Tracie Davis:  Thank you, Madam President.  Let's jump

8  right back into it.  Hopefully, you guys see that I am trying to

9  be friendly today.  I really am.  But in Section 21 of the bill

10 there is some issue about precinct boundaries.  We have some of

11 that going on.  So I want to talk about why -- kind of explain

12 the thought process of the precinct boundary information knowing

13 how some of the supervisors use boundaries to drop precincts.

14    Kathleen Passidomo:  Senator Burgess, you're recognized.

15    Danny Burgess:  Thank you very much, Madam President.  It's

16 an interesting section within the bill, Senator Davis.  I

17 appreciate you asking.  Are we talking about the GIS formatting,

18 the Geographical Information System Interactive, the

19 downloadable maps that we're putting into the bill?

20    Kathleen Passidomo:  Senator Davis.

21    Tracie Davis:  Thank you, Madam President.  I'm actually on

22 I think between Pages 43 and 44.  Specifically, 44.  I'm

23 wondering why you took out the information about the precinct

24 boundaries, the census blocks within precincts, and things like

1   that.  How do we get to the point of removing that knowing

2   that's how some of our supervisors draw their precincts locally?

3        Kathleen Passidomo:  Senator Burgess.

4        Danny Burgess:  Thank you, Madam President.  Thank you,

5   Senator Davis.  We're requiring that they use census block

6   information or any political subdivision for boundary.  This is

7   a very technical area, so I was just getting into the lifeline

8   there.

9        Kathleen Passidomo:  Senator Davis.

10       Tracie Davis:  I was waiting on Senator Burgess.  No, no.

11  Go ahead.

12       Kathleen Passidomo:  I thought he answered.  He did answer

13  the question.

14       Tracie Davis:  I'm sorry, I didn't hear the answer.  Just

15  it's a technical area.  Is that what you said?

16       Kathleen Passidomo:  Senator Burgess.

17       Danny Burgess:  Thank you, Madam President.  No.  I was

18  calling it a lifeline because it is a very technical area.  So

19  what we're using is census block information as well as any

20  political boundary, precinct boundary.  Or, I'm sorry, removing

21  visible features in boundaries from types of boundaries that may

22  be used as a precinct boundary.  Kind of eliminating open spaces

23  and things like that.  It's any political or municipal

24  subdivision boundaries, there's the technical definition.

1        Kathleen Passidomo:  Senator Davis.

2        Tracie Davis:  Thank you, Madam President.  I'm going to

3   close it out.  I'm wrapping it up.  Do you see that this could

4   be a potential problem for the supervisors in drawing their

5   boundaries and districts when we're not using the county

6   commission, the school board or the city commissions, their

7   boundaries?  And so just trying to clarify what we're doing here

8   because I think we're creating an issue for them.

9        Kathleen Passidomo:  Senator Burgess.

10        Danny Burgess:  Thank you so much, Madam President.  I

11   apologize if I answer this incorrectly.  We are using those.

12   We're telling them that they have to use those.

13        Kathleen Passidomo:  Senator Davis.

14        Tracie Davis:  I'll come back and clarify it a little bit.

15   I'll stop for now.

16        Kathleen Passidomo:  Senator Torres.

17        Victor Torres:  Gracias, Madam President.

18        Kathleen Passidomo:  I ask can you be.

19        Victor Torres:  I'm going to go down a different route

20   because, as a Hispanic, we have voters and we have registration

21   forms that are in two languages - English and Spanish.  Am I

22   correct?

23        Kathleen Passidomo:  Senator Hutson.

24        Travis Hutson:  Thank you, Madam President.  Yes, in some

1  way, shape, or form.  Or in some type of scale, yes.

2      Kathleen Passidomo:  Sorry.  I'm getting some vicious

3  (phonetic) meddling by Senator Pizzo.  Senator Torres, you're

4  recognized.

5      Victor Torres:  Thank you, Madam President.  So my question

6  to you is, you gave out a telephone number, (866) 308-6739,

7  Secretary of State.  Correct?

8      Kathleen Passidomo:  Senator Hutson.

9      Travis Hutson:  Thank you, Madam President.  That was the

10  Voter Information Hotline.  But if you want to know about

11  whether you're a felon and you can vote because you've made all

12  payments, there is a new number.  (850) 245-6536.

13      Kathleen Passidomo:  Senator Torres.

14      Victor Torres:  Okay.  But I had one of my staff call up in

15  Spanish and request to get information in Spanish.  They told

16  them that nobody up there that speaks Spanish at all.  Can you

17  address that?

18      Kathleen Passidomo:  Senator Hutson.

19      Travis Hutson:  Thank you, Madam President.  I assume it's

20  the 850 number, the second one.

21      Kathleen Passidomo:  We'll go through it with the chair.

22  Could you limit your questions to the bill?  Although I like the

23  phone number thing.  Senator Hutson, you're recognized.

24      Travis Hutson:  Again I think I gave out what I thought was

100

1   the correct number.  I just gave you the new number.  I don't

2   know what language the general counsel and their office speaks,

3   but I've given the numbers that I've been told to give.

4        Kathleen Passidomo:  Senator Torres.

5        Victor Torres:  The question I'm asking is: Does this bill

6   address, in Hispanic or other languages, concerns in addressing

7   the eligibility to vote?

8        Kathleen Passidomo:  Senator Hutson.

9        Travis Hutson:  Thank you, Madam President.  I think I'm

10  trying to understand the question.  If you're trying to figure

11  out whether you're eligible to vote or not, there are different

12  ways to do so - whether it's through the supervisor or through

13  the Department of Elections.  And if you need help or an

14  individual constituent needs help in terms of translations, I

15  think our offices, our offices being my constituents if they

16  call me, will try and help them with that.  So if they need some

17  type of help with the language barrier, we'll do the best we can

18  to try and figure out whether they can vote or not.

19       Kathleen Passidomo:  Senator Torres.

20       Victor Torres:  Okay.  Is there a plan to increase the

21  amount of money provided to the SOEs every year given the

22  increase in responsibility on this bill?

23       Kathleen Passidomo:  Senator Hutson.

24       Travis Hutson:  Thank you, Madam President.  I believe the

1  SOEs are funded at the county level.  It is not funded by the

2  state.  So let's not contemplate it.

3      Kathleen Passidomo:  Senator Torres.

4      Travis Torres:  You talked about bad actors and specified

5  there was three.  Am I correct?

6      Kathleen Passidomo:  Senator Hutson.

7      Travis Hutson:  That might have been something Senator

8  Burgess said.  If you're talking about the third-party

9  registration, yeah, I don't know how many bad actors there are.

10  But Senator Burgess would be better to answer the third-party

11  registration.

12      Kathleen Passidomo:  Senator Torres, do you have a question

13  to Senator Burgess?

14      Victor Torres:  The question was: It was stated here that

15  there were bad actors and the reason why we increased the

16  penalties.  Or maybe I misunderstood there were three bad actors

17  involved in this.  And that's my question.

18      Kathleen Passidomo:  Senator Burgess.

19      Danny Burgess:  Thank you, Madam President.  Thank you,

20  Senator Torres, for the question.  So no.  I cited a couple of

21  egregious examples of reasons why we're putting in provisions

22  for certain felons to be able to collect voter applications,

23  very recent ones too that were significant issues, and obviously

24  illegal activity.  But in 2002 I also cited that there were over

1   3,000 voter registration applications that were collected and

2   submitted untimely by various 3PVROs.  The exact number of how

3   many different 3PVROs were in violation I don't know nor could I

4   provide that at this time.

5        Kathleen Passidomo:  Senator Torres.

6        Victor Torres:  The question I have then, if it was so

7   small of a group of bad actors, why are we trying to punish the

8   other organizations that are legitimate?

9        Kathleen Passidomo:  Senator Burgess.

10       Danny Burgess:  Thank you.  Thank you, Madam President.  In

11  this bill, the only thing we're doing is making it harder for

12  bad actors to do illegal activity.  We are in no way, shape, or

13  form hurting those who are doing things right.  One is one too

14  many.  I would mention that a lot, that there are a lot more

15  than three or just a handful of three 3PVROs who have violated

16  provisions of the law.  But remember there are over 2,000 active

17  3PVROs or 2,000 registered 3PVROs which is another reason why

18  we're needing to make sure that we're determining who's active

19  and who's not so we can get a better grasp of that.

20       Kathleen Passidomo:  Senator Torres.

21       Victor Torres:  These 3PVROs, are they registered to the

22  state?

23       Kathleen Passidomo:  Senator Burgess.

24       Danny Burgess:  Thank you, Madam President.  Yes, to the

1  Department of State.

2      Kathleen Passidomo:  Senator Torres.

3      Victor Torres:  Okay.  I want to ask you, if a person lives

4  in Miami and moves to Central Florida to Orlando or Osceola,

5  they're registered to vote in Miami and now they move to a new

6  location, would your bill affect them in getting reregistered in

7  Central Florida?

8      Kathleen Passidomo:  Senator Burgess.

9      Danny Burgess:  Thank you very much, Madam President.

10  Their address update change would happen in the same way it

11  would conduct now.  Nothing would change that process at all.

12      Kathleen Passidomo:  Senator Torres.

13      Victor Torres:  I'm done.

14      Kathleen Passidomo:  Okay.  Members, before I call on the

15  rules' chair, I just want to let you know that we have our first

16  conference committee meeting at 1:15.  There are nine

17  amendments.  When we come back after the conference meeting,

18  we'll take up those amendments.

19      Senator of the 19th District, Rules Chair Mayfield, you're

20  recognized.

21      Debbie Mayfield:  Thank you, Madam President.  I move the

22  Senate stand in recess upon the call of the President.

23      Kathleen Passidomo:  Show the motion adopted and CS for SB

24  7050 temporarily postponed with the amendment pending.  The

1   Senate will stand in recess until around 2:00 p.m.  Sergeant,

2   please secure the chamber.

3        The Clerk:  Quorum call.  All senators indicate your

4   presence.  All senators indicate your presence.  A quorum is

5   present, Madam President.

6        Kathleen Passidomo:  The Senate will be in order.  Rules

7   Chair Mayfield, you are recognized for an introduction.

8        [Off topic 2:52:30-3:01:11]

9        Kathleen Passidomo:  We will now return to the special

10  order.  Calendar reads CS for SB 7050, the pending amendment and

11  the first amendment to the amendment.

12       The Clerk:  Committee substitute for Senate Bill 7050, a

13  bill to be entitled: An Act Relating to Elections.  Amendment

14  barcode 333316 by Senator Hutson, delete everything after the

15  enacting clause and insert amendment.  Amendment to the

16  amendment barcode 492750 by Senator Osgood, delete Lines 230 to

17  249 and insert amendment.

18       Kathleen Passidomo:  All right.  Members, where we're at,

19  we finished the explanation of the amendment that Senator Hutson

20  had filed.  We have gone through questions to that amendment.

21  There are nine amendments to that amendment, the first being

22  Senator Osgood's amendment.  I think we'll temporarily postpone

23  that amendment.  Read the next amendment.

24       The Clerk:  Amendment to the amendment barcode 713846 by

1  Senator Book.  Delete Line 385 to 414 and insert amendment.

2      Kathleen Passidomo:  Senator Book, you're recognized to

3  explain the amendment.

4      Lauren Book:  Thank you so much, Madam President.  Members,

5  if you haven't heard from your supervisors of elections on this

6  bill yet, you likely will.  But if you accept this amendment,

7  they should be much relieved.

8      This amendment removes language in the bill that requires

9  supervisors to identify registered voters convicted of a felony

10  whose rights haven't been restored each week.  This is a state

11  responsibility and it should be.  It is implemented with

12  consistency by highly trained professionals and it is checked

13  and double checked.  Without this amendment, we're putting –

14  sorry.

15      That responsibility and workload on our local supervisors

16  of election, 67 different offices with different resources, some

17  with very small offices.  I'm told that it would add hundreds of

18  hours for medium-sized supervisors' office.  Some have said that

19  it could cost as much as $18,000,000 to $20,000,000 annually,

20  requiring additional staff funding and resources.  That is the

21  amendment.

22      Kathleen Passidomo:  Are there any questions on Senator

23  Book's amendment?  Is there any debate on the amendment?

24  Senator Hutson or Burgess on the amendment.  Take your pick.

1   Senator Burgess on the amendment, or Senator Hutson, or both of

2   you.  Senator Hutson, you are recognized.

3       Travis Hutson:  Thank you, Madam President.  I've just been

4   coordinating with our staff.  What we are trying to do in our

5   strike all is information from the clerks go up to the state and

6   over to the supervisor.  The state vets it and sends it down to

7   the supervisor.  I think what we're doing is a good thing, and

8   right now I would call this amendment unfriendly.

9       Kathleen Passidomo:  Any other debate?  Senator Book, you

10  are recognized to close on the amendment.  Oh, Senator Davis.

11      Tracie Davis:  Thank you, Madam President.  As I stated

12  earlier, when you're looking at lines 404 through 414, that is

13  something that's not happening.  Senator Book's amendment would

14  address the fact that the supervisors could handle this idea,

15  this motion, this movement with information continuing to come

16  down from the Department of State instead of going from the

17  clerk's office.

18      This is not happening now.  We have spoken to many

19  supervisors of elections that are saying they don't know how to

20  do this.  So I understand this may be good policy, but this is a

21  policy that the supervisors will have to figure out.  It's an

22  unfunded mandate as to how they will figure it out.  It's a

23  mandate that we're putting on them to the tune of $16,000,000.

24  So we're good at putting things on the books that we don't have

1   a solve for and we want the supervisors to solve it, but this is

2   not something they should be trying to implement and solve

3   without any starting point.

4        With that, colleagues, I hope you vote up on the amendment

5   and down on the bill.

6        Kathleen Passidomo:  Is there any other debate on the

7   amendment?  Senator Book, you're recognized to close on the

8   amendment.

9        Lauren Book:  Thank you so much, Madam President.  Members,

10  if we feel so strongly about voting integrity that we have

11  created elections police, it makes no sense to add this

12  tremendous responsibility on our 67 supervisors of elections who

13  have no training and very, very little resources to do these

14  detailed and complicated investigations.

15       In fact, if it's so important for these investigations to

16  be done every week, perhaps this is a good responsibility for

17  the Office of Elections Crimes and Security.  They have their

18  training and the resources.  And it doesn't seem that they have

19  much to do if this is being put on the supervisors.  So I ask,

20  please, for your favorable support.

21       Kathleen Passidomo:  All in favor of the amendment, say

22  yea.

23       Members:  Yea.

24       Kathleen Passidomo:  All opposed, say nay.

108

1       Members:  Nay.

2       Kathleen Passidomo:  The amendment is not adopted.  Please

3   read the next amendment.

4       The Clerk:  Amendment to the amendment barcode 294206 by

5   Senator Davis, delete lines 451 through 547 and insert

6   amendment.

7       Kathleen Passidomo:  Senator Davis, you're recognized to

8   explain your amendment.

9       Tracie Davis:  Thank you, Madam Chair.  Under the bill, a

10  voter who receives a notice of potential ineligibility from the

11  SOE can either admit or deny the accuracy of the information of

12  the SOE alleges that makes them ineligible to vote.  In some

13  cases the SOE's information will be accurate, but it won't be

14  actually rendered to the voter ineligibility under this law.

15      For example, if someone may have a felony conviction from

16  another state and the conviction may be a fact that the voter

17  has to admit to but that state doesn't revoke your right to vote

18  after the felony conviction, that voter is eligible to vote in

19  Florida.

20      This amendment simply would give the voter an opportunity

21  to contest whether the information underlying the notice of

22  potential ineligibility actually means that they are ineligible

23  to vote.  That is the amendment, Madam President.

24      Kathleen Passidomo:  Are there any questions on the

109

1    amendment?  Is there any debate on the amendment?  Senator

2    Hutson or Senator Burgess on the amendment.  Senator Burgess.

3        Danny Burgess:  Thank you, Madam President.  Thank you,

4    Senator Davis, for offering the amendment.  The hearing that is

5    contemplated in the bill is not a judicial proceeding in the

6    courtroom.  It's just simply providing the voter with an

7    opportunity to present information supporting their eligibility

8    to the supervisor.  So for those reasons, I ask that we not

9    adopt the amendment to the bill.

10       Kathleen Passidomo:  Senator Davis, you're recognized to

11   close on the amendment.

12       Tracie Davis:  Thank you, Madam President.  The supervisor

13   does have the ability to have hearings in order to identify the

14   fact of someone's final determination of eligibility.  I just

15   wanted to make sure that was out there.

16       But this legislature has made eligibility rules for

17   returning citizens simply confusing.  Voters should be given the

18   opportunity to clear up any confusion and engage with their SOE

19   at any point during the eligibility determination process

20   including by having an attorney present to present arguments to

21   the SOE.  Due process requires that much before a voter is

22   removed from the rolls.

23       We're always talking about doing the right thing.  As I was

24   talking earlier, we're doing all of this for the purpose of

1  eligibility and hopefully we're doing this for the ease and

2  convenience for voters to be able to know their eligibility and

3  be able to vote.  But instead it feels like we're doing

4  everything else, but not making or allowing the voter to find an

5  ease or convenience when it comes to proving their eligibility

6  instead of just identifying them as ineligible without due

7  process.

8       So that is the amendment.  Colleagues, I hope I have your

9  support with this amendment.

10      Kathleen Passidomo:  All in favor with the amendment, say

11  yea.

12      Members:  Yea.

13      Kathleen Passidomo:  All opposed, say nay.

14      Members:  Nay.

15      Kathleen Passidomo:  The amendment is not adopted.  Read

16  the next amendment.

17      The Secretary:  Amendment to the amendment, barcode 118732,

18  by Senator Davis.  Between lines 2144 and 2145, insert

19  amendment.

20      Kathleen Passidomo:  Senator Davis, you're recognized to

21  explain the amendment.

22      Tracie Davis:  Thank you, Madam President.  Again under

23  current law, under this bill, if there's a question around

24  someone's voter eligibility, the SOE can send a notice to that

1   voter and then make a final determination of that person's

2   eligibility after giving the person due process.

3        The bill also provides that in that period, after the voter

4   receives a notice of potential ineligibility, but before the SOE

5   makes a final determination, the voter can cast a provisional

6   ballot.  That's good, to allow the voter to cast a provisional

7   ballot is great.  You all need to understand that.

8        If a voter turns out to be ineligible, this amendment

9   simply provides an immunity from prosecution under current

10  Statute 104.16.  However, that statute which dates to the 1800s

11  is the crime of voting with a counterfeit ballot.  So I hope the

12  folks that are helping write this understand what I'm putting

13  out in the atmosphere.  We are dealing with a statute that

14  hasn't been used since the 1800s.  And we are dealing with a

15  statute that's from voting with a counterfeit ballot.

16       So 104.16 is titled, voting fraudulent ballots.  But it's

17  really the ballot that is fraudulent, not the act of voting.

18  This section, as referred to, has been referring to someone who

19  is bringing a fake ballot in with them into the polling place

20  and using it to vote.  And I can count on one hand the number of

21  times that's happened, but I balled up that hand because people

22  just don't have that ability with the technology we have in

23  place.  So they take the real ballot home with them, most likely

24  to copy it, and use it to stuff ballot boxes somewhere else.  I

1   promise you all, this is not happening.  Thirteen years in the

2   election's office, I promise you.

3       So, granting immunity from prosecution under 104.16, in

4   reality, is counter-productive.  In fact, we should want to be

5   able to prosecute someone who casts a counterfeit ballot

6   regardless of whether they fall into a provisional window that

7   creates the bill.

8       An immunity from prosecution under 104.16 does nothing to

9   protect a voter who casts a provisional ballot when they believe

10  they are eligible but turn out not to be.  That is the

11  amendment, Madam President.

12      Kathleen Passidomo:  Are there any questions on the

13  amendment?  Is there any debate on the amendment?  Senator

14  Burgess on the amendment.

15      Danny Burgess:  Thank you, Madam President.  These sections

16  create felonies for willfully swearing false information on

17  their voter registration application or on a provision ballot

18  affidavit.  Carving them out of the willful standard is, if they

19  are undergoing eligibility review, is problematic and would

20  basically allow somebody to potentially lie, and then vote with

21  a provisional ballot without consequence.  For those reasons, I

22  ask that we not adopt the amendment.

23      Kathleen Passidomo:  Any other debate on the amendment?

24  Senator Davis, you're recognized to close briefly on the

1    amendment.

2       Tracie Davis:  Thank you, Madam President.  I politely but

3    strongly disagree with the comments that were made by my

4    colleague and that this was willful intent.  Where I was going

5    with this is everyone that the state has charged recently, and

6    we all are familiar with those people receiving those voter

7    information cards inaccurately to tell them where to go vote.

8    But yeah, we want to keep this language in the bill.  Everyone

9    who the state has charged for voting recently was charged under

10   104.15, unqualified electors willfully voting, not 104.16.  And

11   they were also charged at 104.011, false swearing.  No one has

12   been charged under 104.16.

13      So the amendment we have in front of us is actually trying

14   to protect those Floridians who believe that they are eligible

15   to vote, and they cast a provisional in good faith under the

16   window that's created under this bill.  Voting should not be a

17   gotcha game, and this is what is happening right here, and this

18   amendment protects that person, of provisional voters from being

19   prosecuted with a genuine situation and making a simple mistake.

20   This amendment deletes the immunity for casting a counterfeit

21   ballot under 104.16, which I will repeat, no one is being

22   charged with this by the state because anyone who tries to cast

23   a counterfeit ballot probably should be investigated.  And that

24   is the close on the amendment, Madam President.

1          Kathleen Passidomo:  All those in favor of the amendment,

2    say yea.

3          Members:  Yea.

4          Kathleen Passidomo:  All opposed, say nay.

5          Members:  Nay.

6          Kathleen Passidomo:  Amendment is not adopted.  Read the

7    next amendment.

8          The Clerk:  Late filed amendment to the amendment, barcode

9    402662 by Senator Davis.  Delete lines 639 to 785 and insert

10   amendment.

11         Kathleen Passidomo:  Senator Davis, you're recognized to

12   explain the amendment.

13         Tracie Davis:  Thank you, Madam President.  This amendment

14   simply creates affirmative defenses to voter fraud crimes, if

15   the state does not notify the individual of their ineligibility

16   before they register or vote.  It also requires various state

17   agencies to provide monthly updates to the SOE instead of

18   weekly, so that voters can be removed from the rolls if they

19   have to be at all, but agencies have sufficient time to provide

20   the necessary information.  That's the amendment.

21         Kathleen Passidomo:  Are there any questions on the

22   amendment?  Any debate on the amendment?  Senator Burgess,

23   you're recognized.

24         Danny Burgess:  Thank you, Madam President.  Thank you,

1    Senator Davis, for the amendment.  I appreciate the opportunity

2    and the discussion.  I appreciate the spirit it's brought in.

3    We're seeking to enhance and increase frequency of information

4    sharing and this amendment would essentially reduce what our

5    stated goals are.  For those reasons, I ask that we not adopt

6    the amendment into the bill.

7        Kathleen Passidomo:  Senator Davis, you're recognized to

8    close on the amendment.

9        Tracie Davis:  Thank you, Madam President.  I heard my

10   colleague say, "We're here to enhance the frequency of

11   information."  What happened to helping voters become eligible?

12   What happened to helping voters, give them time enough to find

13   out the final determination of their eligibility or

14   ineligibility?  Because that's what I thought we were here.

15   Like I said, when I first started, there are things in this bill

16   that are decent, but when we are closing the window from where

17   someone can identify whether they're eligible or not, and not

18   providing them with any resources as to find it, I don't know

19   what we're doing here.  So that's the amendment, Madam

20   President.  I hope I can get my colleagues to support this one.

21       Kathleen Passidomo:  All in favor of the amendment, say

22   yea.

23       Members:  Yea.

24       Kathleen Passidomo:  Opposed, say nay.

116

1        Members:  Nay.

2        Kathleen Passidomo:  The amendment is not adopted.  Read

3    the next amendment.

4        The Clerk:  Late filed amendment to the amendment, barcode

5    222724 by Senator Davis.  Delete lines 1513 through 1517 and

6    insert amendment.

7        Kathleen Passidomo:  Senator Davis, you're recognized to

8    explain your amendment.

9        Tracie Davis:  Thank you, Madam President.  This is

10   technical.  I promise you.  This is one I know we'll all like

11   and it didn't even come from me.  This amendment actually was

12   brought to us by the young lady who -- I think she is part of

13   the Disabled Rights of Florida community.  It's simple.  It's a

14   technical amendment that revises the lines 1657 to say

15   electronically.  The reason we need that word – electronically –

16   is to include electronic delivery for accessible vote by mail as

17   a deliver method.  Otherwise, the language simply doesn't

18   encapsulate the voters who request a VBM ballot through the

19   accessible program.

20       Several disability groups sued in 2020 - this everyone

21   knows - over this.  Now, it's required as an option for voters

22   in all counties.  That is the amendment, Madam President.

23       Kathleen Passidomo:  Are there any questions on the

24   amendment?  Is there any debate on the amendment?  Senator Book,

1   you're recognized.

2        Lauren Book:  Thank you, Madam President.  Let's give it up

3   for Senator Davis.  She's a one-woman show and we're so proud to

4   have her do all of the incredible work.  Nine times out of ten,

5   when she's talking to me about elections, I smile and nod, and

6   know that she's saying, guys, this is a really simple amendment.

7   It helps people and the communities who need it the most, those

8   who are most vulnerable among us, those that have

9   exceptionalities and need a little extra help to vote.  We want

10  everybody to exercise their right to vote.

11       This is easy.  It's a word, electronic.  I'm not wearing my

12  glasses, but I think that's all it says.  Let's support this

13  amendment and support the community who need it the most, those

14  who have exceptionalities.  Thank you, Senator Davis, for this

15  good amendment.

16       Kathleen Passidomo:  Any other debate?  Senator Burgess.

17       Danny Burgess:  Thank you, Madam President.  In fairness,

18  I've been spending a little time wrestling with this one because

19  the sphere in which it's brought in, obviously, the goals that

20  it's seeking to accomplish are incredibly noble and worthy of

21  discussion.  It's an idea worthy of consideration.

22       This idea though, the way it is drafted I've been told can

23  be potentially too broad and unable to be implemented.  And my

24  understanding is that there was a task force that was created in

1   the past that actually has looked at issues just like this, and

2   they weren't able to come up with a determination.  Because an

3   extensive amount of time has been spent on these ideas, I don't

4   know that putting a late filed amendment on our bill now in this

5   posture that might not potentially be implementable since this

6   has been looked at in the past is the right approach.

7       I say that with a heavy heart because we want to do all

8   that we can to accommodate our disabled community and those with

9   special needs.  So you have my continued commitment as we move

10  forward to look into this next year if this is something that we

11  can do.

12      Kathleen Passidomo:  Senator Davis, you're recognized to

13  close on the amendment.

14      Tracie Davis:  Thank you, Madam President.  Thank you for

15  that, Senator Burgess.  I'm reading the lines that I suggested

16  in the amendment where the word, electronically, would go.  I

17  have to beg to differ.  But this really isn't mine.  It's not

18  even about me.  This is about people with disabilities.  So, I

19  just really, honestly, do not know where we are if we can't look

20  at a word.  I don't see how electronically expands this.  Let's

21  deal with the word inclusion.  But let's try that.

22      So, again, I really don't know where we are.  If we're

23  trying to come up with techniques for eligibility, we're here

24  to, I guess, work together to ensure that people have ease and

1   convenience of voting.  But to deny a population, a disabled

2   population of simply including a word, at this point, I'm

3   baffled.

4        But colleagues, support me.  Support this amendment, not

5   for me, for the Disability Rights of Florida, and those people.

6   Before I close, I remind you, this was a lawsuit.  So it's not

7   something that we want to engage in.  Do we want to continue to

8   be sued as a state over and over by people simply wanting to be

9   included?  It's an option and the word should be included.

10  Colleagues, support the amendment, please.

11       Kathleen Passidomo:  All those in favor of the amendment,

12  say yea.

13       Members:  Yea.

14       Kathleen Passidomo:  Opposed, say nay.

15       Members:  Nay.

16       Kathleen Passidomo:  The amendment is not adopted.  Read

17  the next amendment.

18       The Clerk:  Late filed amendment to the amendment, barcode

19  211618 by Senator Davis.  Delete lines 1258 through 1272 and

20  insert amendment.

21       Kathleen Passidomo:  Senator Davis, you're recognized to

22  explain your amendment.

23       Tracie Davis:  Thank you, Madam President.  I think this is

24  my last one, but this is a little bit more technical.  While we

1  were questioning Senator Burgess, we were going back and forth,

2  I mentioned the precinct boundaries.  I bring that up again

3  because this amendment simply -- I want to help.  I'm trying to

4  be friendly.  And so this amendment, under the strike all, will

5  help this bill align.

6      There is a comment by a couple of the supervisors that say

7  we need to deal with this.  The problem is that local government

8  district boundaries, district defined lines for county

9  commissions, school board and city commission and councils do

10 not always align with the bill's enumerated list of allowable

11 boundaries.

12     So I know I'm kind of talking over everyone's head, but for

13 instance, we all have been through redistricting, right?  So we

14 have redistricting on the state level, we had our congressional

15 maps, and we also have our supervisors that do redistricting on

16 a local level.

17     In a county where a particular county commission district

18 follows a property line instead of a census block, the SOE will

19 be forced to draw a precinct that deviates from the county

20 commission district.  This will force the SOE to create a sub-

21 precinct and may result in administrative difficulties.

22     Now, that's technical.  The supervisors know exactly what

23 I'm talking about, and so do people that deal with

24 redistricting.

1      So all I'm asking you to do is look at this amendment, the
2   folks that are writing this, and understand what we're dealing
3   with.  I'll give you three examples.  You have commissions and
4   school board districts that do not align with the census block
5   right now which causes these districts problems and it's
6   Franklin, Jackson and Bradford.  All I'm trying to do is help
7   make sure the SOEs help make sure we are not creating issues
8   when it comes to redistricting for the SOEs on the local level.
9   That's the amendment.

10      Kathleen Passidomo:  Are there questions on the amendment?
11   Is there a debate on the amendment?  Senator Burgess, you're
12   recognized.

13      Danny Burgess:  Thank you, Madam President.  And just some
14   clarification, thank you, Senator Davis.  I know this is the
15   really hyper-technical area.  I actually looked into this too in
16   some of our downtime in between our questions and to the present
17   with the amendments.  So the way the bill is drafted, it allows
18   for a broader list than is offered in the amendment.  So the
19   amendment would actually potentially make this more restrictive.
20   So for those reasons, I ask that we not adopt this although it
21   is brought with the friendliest of spirit and intent.

22      Kathleen Passidomo:  Senator Davis, you're recognized to
23   close on your amendment.

24      Tracie Davis:  Thank you, Madam President.  I'm trying to

1  clarify what is not defined in the bill and that's political

2  subdivisions.  That is how a precinct is created.  So when

3  you're not defining things like this in a bill of 97 pages

4  whether it's a strike all or your underlying bill, you have the

5  area where you're leaving -- it is broad.  I have to disagree

6  with you.  It's broad in its state now, and we're trying to make

7  sure things are defined as close and narrowly as it possibly can

8  be, so we're not causing issues for the supervisors at the local

9  level when it comes back down to redistricting.

10  We do a lot of things up here, policy-wise, where we're not

11  paying attention or listening to our locals.  All I'm asking you

12  to do is consider this and listen to them when it comes to these

13  census blocks.  They work with those drawing their precincts, we

14  do not up here.

15  So that's the amendment.  Hopefully, I can get all of my

16  colleagues on board.  It's technical.  You think I'm the expert

17  with this and I'm really not, but I play the expert now.  So I'm

18  just asking for everyone to support this amendment.

19  Kathleen Passidomo:  All those in favor of the amendment,

20  say yea.

21  Members:  Yea.

22  Kathleen Passidomo:  Opposed, say nay.

23  Members:  Nay.

24  Kathleen Passidomo:  The amendment is not adopted.  Read

123

1    the next amendment.

2         The Clerk:  Late filed amendment to the amendment, barcode

3    888296 by Senator Pizzo.  Delete lines 1026 to 1047 and insert

4    amendment.

5         Kathleen Passidomo:  Senator Pizzo, you are recognized to

6    explain your amendment.

7         Jason Pizzo:  Thank you, Madam President.  I will candidly

8    tell you, folks, that this amendment is probably not as friendly

9    and well-spirited as Senator Davis who knows a heck of a lot

10   more than anybody else in the room on this subject.

11        Folks, I don't think the governor should be able to be

12   politically married but continue to date, which is what we're

13   doing for him.  So I think we should have parity with everybody

14   here in the Capitol Complex.  And I think under Subsection

15   (4)(a), under Florida Statute 99, that subsection, I think

16   anyone should be able to run for federal office and not have to

17   resign.  Why -- and I -- sorry, I'll close my eyes, so I don't

18   see all of the faces looking at me, agreeing with me.  I don't

19   know how you have to vote, but it's the truth.  I think everyone

20   in here -- listen.  You guys are in the super majority, okay?

21   You want to land somewhere maybe after you leave here.  So why

22   shouldn't you guys, why shouldn't you be able to enjoy an

23   endeavor to follow your ambitions but to hold your office the

24   same way and in the same regard that we're making a special and

124

1   extraordinary provision for the governor?  A vote against this

2   amendment is a vote against yourself.  And you all agree with

3   it.  So that's my amendment.  So someone say it's unfriendly,

4   but say why it's unfriendly.

5       Kathleen Passidomo:  Any questions on the amendment?  Is

6   there any debate on the amendment?  Senator Hutson, you're

7   recognized.

8       Travis Hutson:  Hey.  Thank you, Madam President.  Members,

9   I ran the original resign-to-run a couple of years ago, maybe it

10  was three years ago, four years ago, with the thought in mind of

11  if you are going to run to the federal level, that you should

12  have to resign much like we do at the state level right now.  If

13  you run for state office from locals, you have to resign.  The

14  same thing at the fed.  I wanted to keep us all uniform, all the

15  same.  Everyone, if they're going to go to another seat, should

16  resign so voters can pick the next person up for them.

17      It was very clear in that bill, and I did it to me and to

18  any expert that has weighed in on this issue, that if you're

19  running for president or vice president, you do not have to

20  resign.  All I've done with this amendment and the delete all is

21  just clarify that.  That's all I've done.

22      But if you ask any expert out there, the president and vice

23  president, if you ran for that office, you would not have to

24  resign for that.  That's the clarification of it, but I believe

1   in the wholehearted spirit of the resign-to-run law that we all
2   should be treated the same no matter whether you're running for
3   state or federal government, which is why I did not file this
4   amendment -- I filed this amendment as a clarifying amendment
5   instead of doing the easy thing, which is strip it out.  Like I
6   said, I don't want to go after a piece of legislation that I
7   believe so much in.  And that's why my amendment was drafted the
8   way it was, and at this time, I would call this unfriendly.
9        Kathleen Passidomo:  Senator Pizzo, you're recognized to
10   close.  Anybody else on the debate?
11       Jason Pizzo:  Anybody else?  Thank you, Ma'am.
12       Kathleen Passidomo:  Senator Pizzo, I'm up here, you're
13   not.  You're recognized to close.
14       Jason Pizzo:  I was hoping somebody else would debate.
15   Thank you, Madam President.  If Senator Hutson really believes
16   that everybody should be treated equally, then your amendment to
17   this bill should take out the ability for the governor not to
18   have to resign.  That if you're wedded to the position, if
19   you've made a commitment to the people, if you've looked into
20   the camera during debate and said, "If I'm re-elected, I will
21   serve out my term."  And if you choose not to, if you choose to
22   follow your own personal, political ambition, to seek another
23   office outside of the State of Florida, then if we're really
24   being treated equally, then with the super majority, you guys

126

1    could go ahead and say that the governor or the lieutenant

2    governor has to resign.  But that's not what you're doing.

3        What you're doing is clarifying, so there is no legal

4    challenge that the guy can go ahead and dip his toes into other

5    waters, but still retain his ability to serve here.  I think

6    that if we're going to go ahead and buttress his argument and

7    any challenge thereto, that you and I should be able to enjoy

8    that same parity, and truly be treated equal.

9        This amendment simply says that that is the case.  Your

10   bill from a few years ago, I think was targeted at one

11   particular member, a former state senator here, Senator Hutson.

12   You're talking about equality or equity actually, you filed a

13   bill that went after one of my members.

14       Kathleen Passidomo:  Senator Pizzo, that's not -- off the

15   floor, please.  Stay on your amendment.

16       Jason Pizzo:  I am.  We're talking about equity and

17   equality and treating everybody equally.  And I'm being told

18   it's unfriendly but one of the bill sponsors targeted one

19   particular member of this body, Madam President.  So let's be

20   honest.  You're doing this for one guy; you should do it for

21   160.  That's the amendment.  A vote of no, a nay, is a vote

22   against common sense.  We have reached the tipping point of

23   silliness.

24       Kathleen Passidomo:  All those in favor of the amendment,

1    say yea.

2         Members:  Yea.

3         Kathleen Passidomo:  All opposed, say nay.

4         Members:  Nay.

5         Kathleen Passidomo:  The amendment is not adopted.  We're

6    back on -- open the board and vote.  Unlock the board and record

7    the vote.

8         The Clerk:  Twelve yeas, twenty-seven nays, Madam

9    President.

10        Kathleen Passidomo:  The amendment does not pass.  We are

11   back on Senator Osgood's amendment.  Let's see, 492750.  Please

12   read the amendment.

13        The Clerk:  Amendment to the amendment, barcode 492750 by

14   Senator Osgood.  Delete lines 230 to 249, and insert amendment.

15        Kathleen Passidomo:  Senator Osgood, you're recognized to

16   explain your amendment.

17        Rosalind Osgood:  Thank you, Madam President.  As I have

18   just continued to listen and thinking about what we're actually

19   trying to achieve in listening through the various committees at

20   this bill, in the strike all amendment, we say that a voter

21   information card must be furnished by the supervisor to all

22   registered voters residing in the supervisor's county.  And then

23   we list what should be placed on that card.  And I am very

24   concerned because we say that we're going to place on that card

128

1    that this card is proof of registration, but is not legal

2    verification of eligibility to vote.  It is the responsibility

3    of the voter to keep his or her eligibility status current.

4         I believe that that statement is inconsistent with State

5    Statute 97.073 that says, "A voter information card sent to an

6    applicant constitutes notice of approval of registration.  If

7    the application is incomplete, the supervisor must request that

8    the applicant supply the missing information using a voter's

9    registration application signed by the applicant.  A notice of

10   denial must inform the applicant of the reason the application

11   was denied."

12        So we have this wording going on with approval of

13   registration and legal verification, in which I believe can be

14   very confusing to someone who really wants to do the right thing

15   and register to vote, and receive a card with our little

16   inscription, and think that they are actually eligible to vote

17   because if they go to the statute, the statute says that this is

18   a notice of approved registration.  So the semantics between

19   approval of registration and legal verification can be very

20   confusing.

21        So I'm proposing this amendment to change the language and

22   remove it from the card to make it clear that we are intending

23   to make sure that only people that are registered and eligible

24   to vote, vote.  So I'm suggesting in this amendment that we

1   delete that verbiage and change it to verbiage that says in this

2   policy that a voter information card may not be furnished by a

3   supervisor to a voter unless the supervisor or the division has

4   determined that the voter is eligible to vote.

5        If we're going to have the clerk of court supplying the

6   information that's going to go up to the department, which we

7   learned in this conversation earlier today, then we have a

8   process where it can be determined if someone is eligible to

9   vote or not before we send them a card.  That is the amendment.

10       Kathleen Passidomo:  Are there any questions on the

11  amendment?  Is there any debate on the amendment?  Senator

12  Burgess, you're recognized.

13       Danny Burgess:  Thank you, Madam President.  And thank you,

14  Senator Osgood.  I appreciate you bringing this amendment and

15  the opportunity to discuss whether or not these are changes that

16  we should pursue in the bill.

17       So under current law, voter information cards are issued

18  when an application is approved as complete.  Obviously, what

19  we're doing in our bill is simply providing the disclaimer

20  because the reality is eligibility can evolve.  It can change.

21  Somebody can become ineligible based on a circumstance.  So

22  mandating a full eligibility review prior to issuance could be

23  -- it could be eligible at the time or ineligible at the time.

24  But that could also change later down the road and could result

130

1    in lengthy delays between an applicant's registration and their

2    approval, depending on the complexity of a particular case.

3         So for those reasons, I ask that we stick with our present

4    policy under current law without the bill.  I think that adding

5    the disclaimer is a good notice to the voter of stuff that could

6    potentially happen today as is.

7         Kathleen Passidomo:  Any other debate?  Senator Osgood,

8    you're recognized to close.

9         Rosalind Osgood:  Thank you, Madam President.  So I really

10   would like to continue to build on this success of Florida's

11   best practices as it relates to voting.  We can't settle for

12   anything less than fraud-free elections, elections that allow

13   all citizens to exercise their right to vote without barriers.

14   We have to be real clear in our verbiage.  We may often times

15   understand the different wording but a lot of our people that

16   are just common people that don't do this per se every day can

17   be misled if we're not clear and concise in our communication.

18        We all also know that our nation has had a history of voter

19   suppression - Jim Crow laws and other bad policies and practices

20   that suppress the vote.  As a proud member of this Florida

21   Senate body, I'm so glad that we're working intentionally to

22   move forward, and we would never allow such practices to take

23   place on our watch.  We set policy.  We are legislators.

24        However, policy has to be implemented.  And implementation

1    will determine the success or failure of the policy.  And we all

2    agree that implementation is multi-leveled and multi-faceted.

3    It involves people, places, and context.  It involves

4    interpretation, intentionality and then implementation.  We have

5    to concern ourselves with the implementation of this policy,

6    particularly, as it relates to a voter's registration card that

7    we're going to give to some people who are voting for the very

8    first time, other people that may be elderly and replacing their

9    cards, and then we will have some bad actors.

10        But at the end of the day, unintentional consequences

11   matter.  Our intentions must be turned into the true results

12   that we're desiring with our policy.  As we set policy, we must

13   work through the implementation phase and determine if policy

14   support is needed.

15        We've talked a lot today about the different supports and

16   how the bill sponsor has communicated with the supervisors of

17   election, and I commend that.  We've talked about the clerk of

18   the court in the process and the Secretary of Education, but we

19   haven't spent a lot of time, in my opinion, in talking about

20   ways to support voters.  And as we are making this policy, I

21   really believe that we could do better about supporting voters

22   by being clear when someone receives a voter registration card

23   that they can then take it and go vote, that there is not a lot

24   of other additional steps that they now have to do that can

132

1  become barriers and consequently diminish their vote or suppress

2  their vote instead of helping them exercise their right to vote

3  which we say is our intent.

4       So for those reasons, I'm asking you to support this great

5  amendment to show support for all of the voters that want to

6  participate in this great process in the great State of Florida

7  with the best practice paradigm for voting.

8       Kathleen Passidomo:  All those in favor of the amendment,

9  say, yea.

10      Members:  Yea.

11      Kathleen Passidomo:  Opposed, say nay.

12      Members:  Nay.

13      Kathleen Passidomo:  The amendment is not adopted.  Are

14  there any other amendments to the amendment?

15      The Clerk:  No further amendments to the amendment, Madam

16  President.

17      Kathleen Passidomo:  So we are back on the amendment number

18  - the delete all - 333316 by Senator Hutson.  He's explained the

19  amendment.  We've had questions.  Are there any further

20  questions on the amendment, the delete all amendment?

21      Okay, then we are now on debate on the amendment, the

22  Hutson amendment.  Senator Polsky, you're recognized.

23      Tina Polsky:  Thank you, Madam President.  I will be very

24  brief because I know my colleagues have a few things to say.

1      As Senator Pizzo pointed out, we've had resign-to-run laws,

2    then we took away resign-to-run laws, we've put them back all

3    for individuals that they were trying to either help get to

4    office or hurt to go to office.  And now, we are helping the

5    governor run for president.

6      I understand why -- as I said in my questions,

7    clarification is okay.  But providing an avenue for the governor

8    to run for president, to literally be away from his office, just

9    like he is now, for a year and a half, running around this

10   entire huge country is not the right position of this

11   legislature.  We are basically saying it's okay, as I said

12   before, for dereliction of duty.  I don't think that's right.

13   This is exactly why we had resign-to-run laws in the first

14   place, is to make sure that people who are in positions of

15   authority stay there, and if they choose not to, they resign and

16   seek another one.

17     Campaigning takes a lot of time.  Maybe we've never had

18   anyone run for president, but it's a big country.  When you go

19   to all the primary states and the caucuses, there's just not

20   going to be the focus that we need on our state.  We have so

21   many crises going on that we are not addressing.  I know we're

22   trying to do every single bill this session to get it out of the

23   way, but there's so many crises that have not been resolved.  So

24   I personally am very uncomfortable with the fact that our

1    governor would be gone for about a year and a half.  And we are

2    giving him the avenue to do that.

3         With respect to the rest of the bill, I think the biggest

4    standout to me is basically, discrimination directly against

5    third-party voting organizations.  Every year that I've seen an

6    election bill since I've been in, this is my fifth year, they

7    have been designed to hurt the minority party.  They take

8    something that the Democrats have been using that's helpful and

9    change it.

10        This is what happened two years ago with vote by mail.  The

11   Democrats voted in greater numbers for vote by mail, and so we

12   made it that you had to register every single year if you wanted

13   to vote by mail.  I know now we switched it to two years.  But

14   that was clearly designed to hurt the Democrats.

15        So, if the Democrats are the ones who are getting

16   registered more often by third-party voter organizations, which

17   I don't know it to be the case, but it must be because

18   otherwise, we wouldn't have this bill in front of us.  There's

19   no way if they were registering Republicans that we would be

20   standing here debating third-party voter organizations because

21   we would want them to do everything they could do to get people

22   registered.

23        So I am just very uncomfortable voting for a bill that has

24   been targeted to hurt the Democratic Party, and to help our

1   governor not do his job while he's running for president.  Thank

2   you.

3        Kathleen Passidomo:  Senator Stewart, would you like to

4   debate?  You're on the list.

5        Linda Stewart:  I didn't know we were on debate already.  I

6   was still waiting for all the amendments.  You've taken me by

7   surprise.  Well, I think that most of the amendments addressed

8   the concerns that we had had all along, and expressed in the

9   committees.  And of course, I think that it's not necessary to

10  put in place these many changes.  We've heard in the committee,

11  from various groups, their concerns about handling of the

12  absentee ballots, of the registration.  I think that if you go

13  and look back at all of those comments from the public, there's

14  some things in here that they do like, but it's not enough to

15  vote yes on the bill because there are so many things that

16  really, I just don't think is necessary.  So that's where I

17  stand.  I'm a no.  Thanks.

18       Kathleen Passidomo:  Senator Berman.

19       Lori Berman:  Thank you, Madam President.  This bill is a

20  solution to a non-existing problem.  We've heard we had perfect

21  elections in 2020, in 2022.  In fact, the only problems we've

22  had are things that this bill doesn't deal with.  We've had

23  issues of false candidates who have been funded with dark and

24  possibly, illegal money.  We've had harassment of election

1    workers which we took that out of the law.  And we've had

2    returning citizens who don't know if they're allowed to vote,

3    and we did try to address that in here.  And I truly hope that

4    this phone number which has been pretty controversial, trying to

5    find the exact phone number, but I hope that that turns out to

6    be the correct situation.

7         What I really object to in this bill is what you've heard

8    some of my colleagues say, and that's the third-party voter

9    registration.  We're trying to make it harder for people who

10   want to make the ability to vote available to the citizens of

11   our state.  I think one of the bill sponsors used the word,

12   sacrosanct, and we know the right to vote is sacrosanct.  Why

13   would we make it harder for people to vote?  When you raise the

14   fine to $250,000 that's going to have a chilling effect on all

15   these organizations that are just trying to make sure that our

16   citizens can exercise their civic duty.  So I find it really

17   troubling that those are the kinds of things that we do in this

18   legislation which aren't even necessary.

19        And the last thing I do want to talk about is the resign-

20   to-run act.  We elected our governor to be the governor for four

21   years, not two years, not three years.  How can he fulfill his

22   requirements when he's running around the country?  We just saw

23   it now with the flooding in Fort Lauderdale.  Well, instead, he

24   was speaking in Ohio and at Liberty University.

137

1    So I really find it troubling, and I don't think that we

2  should be passing a law or clarifying a law because I don't

3  necessarily believe that the law in place as the way it is

4  allows him to run.  But we want to make sure that this state is

5  governed properly, and passing the resign-to-run law is

6  antithetical to that.  So I ask all of you to vote no today on

7  this bill which is a solution to a non-existing problem.  Thank

8  you.

9    Dennis Baxley:  Senator Powell, you are recognized in

10  debate.

11    Bobby Powell:  Thank you, Mr. President.  I rise in

12  opposition to this bill for several of the reasons that I asked

13  during the question and answer period.  One of the main factors

14  with regard to my opposition is we're instituting a number of

15  penalties and restrictions on third-party voter's registration

16  organizations.  However, we don't provide any funding mechanism

17  or any alleviation.

18    Also, in this legislation, we talk about the idea that a

19  3PVRO, a third-party voter's registration organization is

20  required to issue a receipt to the person who has applied or has

21  registered to vote.  But nowhere in this legislation is that

22  receipt supposed to be issued to the third-party voter's

23  registration organization when they turn those applications in

24  to the supervisor.  They don't get a receipt.  There's nothing

1    in here.  The sponsor has not indicated that that's even

2    something that should be considered, as well as the idea that

3    these additional provisions are applied to third-party voter's

4    registration organizations.

5        However, there's no funding mechanism to implement these

6    strategies to make sure that it does get done.  If we're making

7    this easier for them, and making it more streamlined for the

8    voters, then the indication would be that we would help assist

9    in this process in ways that will make it a little bit easier.

10   If they register, can we make sure that they register online?

11   There's a provision where applications can't be pre-filled.  How

12   do you know if it's pre-filled?  If it's done electronically?

13   What if somebody handwrites it?  There's too many things in this

14   broad-scale legislation that are problematic.

15       In addition, Senator Pizzo talked about the resign-to-run,

16   as well as some of my other colleagues.  I'm not against not

17   resigning to run.  As you saw right here, in this Senate

18   chamber, and over in the House, last year, several members of

19   the legislature resigned their positions to run for an office.

20   Senator Hutson, you indicated that you believe that the governor

21   is the good governor, and if he indeed wants to run for

22   president, we should not lose the governor.

23       I believe that argument also works for individuals who sat

24   in this chamber and at least one of the individuals who resigned

139

1  from the House chamber.  They were good legislators who left

2  their constituents over there, 175,000 people, without

3  representation.  Over here, half a million people were left

4  without representation for a long period of time while myself,

5  Senator Berman, and Senator Polsky, and others picked up the

6  slack.

7       So if we're going do it, I'm not going to say that E word -

8  equity.  Sorry, I was trying not to say it.  But if we're going

9  to do it, if there's a nexus, let's do it.  With that, for those

10  very important and I believe critical reasons, I can't support

11  this bill in its present form.  However, if you would attach

12  some money to this and perhaps add that resign-to-run or take it

13  out completely, I'd be up on it.

14      With that, I rise in opposition to this bill today, Senator

15  Hutson, by way of Burgess.  Thank you.

16      Dennis Baxley:  Senator Thompson, you are recognized in

17  debate.

18      Geraldine Thompson:  Thank you, Mr. President.  Senators,

19  we're told that this bill is about elections integrity and

20  security.  What the bill really is about is elections outcome.

21  The individuals who have worked on this legislation, and they're

22  bringing it to you, want particular outcomes.  And if they are

23  concerned that they may not get the outcome that they want,

24  they'd put some things in place.

1        Now, when it comes to voting, I think that we ought to be

2   encouraging access to voting.  In fact, when I was in this

3   chamber before, I sponsored Senate Bill 1112, which allowed

4   anyone to vote by mail.  We got rid of absentee ballots and

5   anyone who wanted to vote by mail could vote by mail.  And there

6   has been a continual attack on vote by mail because in order to

7   increase access, people took advantage of the opportunity to

8   vote by mail.

9        So let's call this what it is.  We're dealing with the

10  desire for certain outcomes of elections.  And in order to

11  accomplish that, we're talking about fining third-party voter

12  registration organizations, like the women's guild at the

13  church, like sororities, like fraternities, like the League of

14  Women Voters who help people get registered to vote, people who

15  might have questions, people who may be hesitant.  They help

16  people get registered to vote.  And we're saying now that we're

17  going to fine them a quarter of a million dollars for failure to

18  turn in the ballot by a prescribed time.  And not only do they

19  have to turn it in by a particular time, they have to determine

20  if anyone who is collecting or handling -- I asked for a

21  definition of handling.  I didn't get a definition of handling.

22  But anyone who collects or handles voter registration

23  applications, they have to determine that those people have not

24  been convicted of a felony.  How are they supposed to do that?

141

1    So it really is a larger effort to make sure that certain

2    outcomes are what are achieved and to make it difficult for

3    people who want greater access to accomplish that.  They also

4    have to determine if the person who is collecting and handling

5    the voter registration application is a U.S. citizen.  How are

6    they supposed to do that?

7    So this really is suppression.  It is suppression just like

8    poll taxes, that was suppression.  Just like violence against

9    people who wanted to vote was suppression.  Just like

10   intimidation when you had the Ku Klux Klan march through certain

11   communities before voting day.  That was suppression, and so is

12   this.  So I see different characters but the same objective.

13   And that's to make sure that only certain people voted.

14   Now, a very high-ranking adviser to the Republican Party

15   said that what Republicans needed to do was to stop kids from

16   voting on college campuses.  Can you imagine that that is the

17   objective - to stop kids from voting on college campuses?  Why

18   do we not want to encourage young people to exercise their civic

19   responsibility and to vote?  But that was what was said with

20   regard to not wanting young people to vote on college campuses.

21   So we have a bill that's been brought to us under the guise

22   of elections integrity and security, but which is really about

23   elections outcomes, and to achieve the outcomes that the people

24   in power want.  Frederick Douglass said that power never

142

1    concedes anything.  It has to be demanded.  It never has

2    conceded anything.  Never has and never will.  So this just

3    proves that Frederick Douglass who said those words in the 1800s

4    was right on point, and he could be here in 2023 looking at what

5    we're looking at, and power not conceding anything.

6         And the whole resign-to-run, if we're going to say that you

7    don't have to resign-to-run, let our city commissioners who want

8    to be county commissioners, let them run without resigning.  Let

9    everybody run.  But we're not about leveling the playing field.

10   We're saying that only those people who run for president and

11   vice president should not have to resign-to-run.

12        So let's not be confused about what this bill is all about.

13   It's about elections outcomes.  That's what it's about.  And

14   when Senator Osgood questioned why we're doing this the way that

15   we're doing it and offered amendments, and those amendments were

16   rejected to maintain the status quo and to make it more

17   difficult for individuals to vote.

18        I have lived in America for over 70 years.  So I know the

19   patterns that repeat themselves whenever there's the possibility

20   of the people in power no longer being in power.  And it may be

21   a different version, but it's the same game.  Different players,

22   the same game.  So I will not be supporting this bill today, and

23   I'm asking individuals who really are about fairness, who really

24   are about integrity, who really are about security, to reject

1  this bill which is really about elections outcome.  Thank you,

2  Mr. President.

3      Dennis Baxley:  Thank you.  Senator Jones, you are

4  recognized in debate.

5      Shevrin Jones:  Thank you so much, Mr. President.  And to

6  Senator Hutson, for your amendment.  So I asked a series of

7  questions and I'm just going to stick particularly to the area

8  where I was asking questions.  That was on the non-U.S. citizens

9  as far as the work because in the amendment, we prohibit non-

10  U.S. citizens with work authorizations from being able to

11  collect and handle registration applications with third-party

12  voter registration organizations.  And when I asked Senator

13  Burgess the reasoning, his response was they were just a policy

14  decision.

15      So there was no reason because there is none while we're

16  doing this.  Because if an authorized person could work in the

17  Division of Election, they could work in the DMV, or even at the

18  tax collector's office, but suddenly they can't work for a

19  third-party voter registration organization because now, it's

20  all of a sudden, a security issue, what are we talking about?

21      Then to add insult to injury, we fine the third-party voter

22  registration organizations $50,000 per person when this is

23  violated.  Going back to something that Senator Osgood made

24  mention of, of the organizations who are third-party voter

144

1   registration organizations, who are in many of our communities

2   who do this work, all this is going to do is discourage them

3   from doing any type of voter registration because they're not

4   going to want to pay that type of fine.

5       When asked why the $50,000, it was stated that there are

6   many instances in statute where we fine violations.  That's

7   true.  That is an actual fact.  But we don't have one that has

8   the potential to invoke or fearmonger among organizations that's

9   involved in people in the democratic process.

10      Senator Hutson stated that the amendment for the resign-to-

11  run is intended to clarify existing law.  I'm with Senator

12  Polsky.  I have no problem with clarification because I think we

13  do clarification quite often whether it's the amendment process,

14  whether it's through the bill process, and things from last

15  year.  But let's be honest.  That is not the case we're talking

16  about.  This is not just a clarification.  This is an

17  intentional move to curry a favor in what we're doing.  Because

18  if it was just for clarification, why do we have to clarify it

19  now?  We shouldn't have to clarify it if it's just a simple

20  clarification.

21      So let's be honest.  You're not doing this because it's the

22  right thing to do.  You're doing it because you can.  That's

23  why.  You're doing it because you can.  It was because you can

24  in 2008 when then Republican Governor Charlie Crist was on the

145

1   shortlist to be the running mate to GOP nominee, John McCain.

2   It was because you can in 2018 when former Governor Rick Scott

3   signed a law that reactivated the requirement because why?

4   Senator Pizzo made known of it.  Because it was against José

5   Javier Rodriguez.

6        So and the last thing Senator Hutson said that he's not

7   concerned with the governor not fulfilling his duties.  I can

8   tell you, you might not be concerned, but Floridians on both

9   sides of the aisle are concerned.  They are making it extremely

10  clear that this is not what they have elected the governor do,

11  to serve two years, and now he pick up and run for president,

12  especially when we have so many issues that need to be attacked

13  here within the State of Florida, i.e., Fort Lauderdale; i.e.,

14  property insurance.  Should we continue to go down the list?

15       Here's my thing, and I'm going to close.  If the governor

16  or anyone in this chamber, anyone, because I believe all of you

17  are qualified to run for any federal office.  So if the governor

18  or anyone in this chamber is privileged enough to run for

19  president, and he or she believes that they could win, then do

20  it.  If you believe that you could win, then go ahead and do it.

21  But don't hold us hostage while you fulfill your ambitions

22  because you cannot have your cake and eat it too.  Be confident

23  that you're going to win, but don't change the law because we

24  all are a part of your fallback plan.  If you can win, go win,

1  and allow the next person, and of course, it would be someone

2  within your party, which I'm sure you all have lined up, allow

3  that person to serve and allow the governor to go run for

4  president.

5      So I won't be supporting this amendment because you cannot

6  have your cake and eat it too.  You have to pick one.  Thank

7  you.

8      Dennis Baxley:  Senator Torres, you're recognized in

9  debate.

10     Victor Torres:  One moment, sir.  Thank you, Mr. President.

11 You know, I'm hearing the debate, and it's good.  It's getting

12 energized.  As a Latino who has been out there in the community

13 trying to get people to come out and vote, and seeing the

14 struggles that they've had on prior elections and voting by

15 mail, and then we come with this bill, and they still -- my

16 question was, are we actively engaging with people who speak

17 other languages?  I asked about the Hispanics because

18 registration is in English and in Spanish.  But somebody came by

19 my office after I asked the question, and they had told me, "You

20 know, in Miami, we have Creole and other languages that the

21 supervisor of election provides.  Why don't we do that

22 throughout the state? "

23     I asked how come we don't have money appropriated for the

24 SOEs with the changing of laws?  That's easy.  We've got money

1  up here.  Provide the money, you're passing legislation, you

2  want to make sure.  For me, it's like how do we help the

3  community?  Or, do you really want to help our community come

4  out and vote?

5      Because, you know, the third-party organizations, it's not

6  Democrats alone.  Because I'll tell you right now there are

7  Republican third-party organizations in Central Florida as we

8  speak, knocking on doors, registering for Republicans.  That's

9  right.

10     If you know of a bad actor and you know who they are, why

11  would you let them reregister to go out and get voter

12  registrations?  It don't make sense.  We fine this amount of

13  $50,000 or whatever, $250,000, why?  Target the ones who are bad

14  actors.  Go after them.  Leave the other ones that are doing the

15  right way, League of Women Voters and other organizations.

16     But when you have bad actors, name the bad actors.  I want

17  to know who they are, not that, "I hear, well, you know, since

18  2003, we had some reports."  We are in 2023, not 2003.  We've

19  got to look at today, not back then.  We are today.  This should

20  be one of the things that we target.

21     And also, I remember when I first got elected.  It says, we

22  are elected officials, part-time legislators.  Many of us have

23  other full -- some of you have many full-time jobs in addition

24  to legislative duties.  The governor was elected to a full-time

148

1   job, not a part-time job.  Right?  We get paid less than $30,000

2   a year.  Right?  Yeah, 29-something, I don't know.  It's $14 an

3   hour or something like that.  Who's counting?  The governor gets

4   paid $140,000.  That's a nice chunk of change.  But when my

5   colleague said, "To run for president is a full-time job.  It

6   takes all your energy to run for office, for the presidency.

7   Remember that."  Because when we run for office, we dedicate

8   ourselves to our constituents, that we're accountable for them.

9         And let me tell you, this legislation has stood up to

10  constituents with pandemic, unemployment, all the things that we

11  had encountered.  As elected officials, we've been there for our

12  people.  I might be getting off the topic a little bit, but you

13  know what?  It makes me feel -- that's what we get elected for.

14  That's why we're here.  Yeah, they say we hit two months out of

15  60 days, two months, but we've been called up here for special

16  session after special session.  Drop everything, come back up

17  here.  We've got to vote on issues.  Homeowners.

18        What I'm getting at, folks, elections are important, and

19  important to our new people.  These young folks back here.  Look

20  at them.  It's their future.  They're going to be voting.

21  They're looking at us, and they say, "Why are they passing this?

22  What went wrong?"  Nothing went wrong.  We did it right.  I know

23  that in my community, I look at my neighbors with their kids,

24  and how their kids are excited, voting for the first time,

149

1   registering to vote.  I think there are veterans look at this

2   and wondering, "Would I be able to vote next year?"  You've got

3   to think about them.

4        I come from the public servant.  I come from them out there

5   the everyday citizen, the mom and pop, the grandfather, *abuelo*,

6   *abuela*, everybody - grandmother, grandfathers - who encourage

7   our kids to vote.  And we maintain an integrity when we go and

8   vote.  And I ask you with this bill today, it's up to you -

9   you're going to pass it.  But I would say, this does not help

10  our community and I'll be voting against the bill.  Thank you,

11  Mr. President.

12       Dennis Baxley:  Thank you, Senator Torres.  Senator Davis,

13  you are recognized in debate.

14       Tracie Davis:  Thank you, Mr. President.  There's been a

15  lot said.  I have to repeat over and over to you, guys, that I

16  was in this industry for 13 years with the supervisor of

17  elections' office in Duval County.  That's why a lot of my

18  colleagues will say, "Senator Davis, you know this probably

19  better than I do."  No.  Sometimes I'm learning too, and I've

20  been out of the -- out of pocket for a minute.  But elections

21  for me is like riding a bike for you all.  Once you learn how to

22  do it, it just never leaves you.

23       So I'm very protective of those 67 supervisors and the

24  processes that they have to do.  I am even more protective of

150

1   the voter that we are saying is at the forefront of this

2   conversation.  A lot has been said today.  I'm not going to

3   repeat everything that's been said, but when I started the

4   conversation, I started off talking about eligibility versus

5   ineligibility.  And that's what this bill is about.

6        You know, elections should be fair, should be accurate, and

7   should be accessible.  I say that because that's the motto that

8   we had operated by in Duval County.  And most of the counties,

9   if not all of them, have some similar type of model that they

10  operate off of.

11       The supervisors of elections in this state want to do

12  everything they possibly can for every single person, whether

13  they're registered or not.  They want to register them for them

14  to become an elector or a voter as it's stated in this bill, and

15  they want that person to be eligible, not ineligible.  And

16  they're going to do everything they possibly can to make sure

17  they are following the rules and guidelines that we are putting

18  before them, and also ensuring that that registered person is

19  having a great experience when they vote.  That they have had an

20  experience that exudes accurate, accessible, and a fair

21  election.

22       My colleagues have talked about the voter information card.

23  I heard my colleagues push back on that but 97.073 says what it

24  says.  And I heard my colleagues say today, "Well, no.  It

1   doesn't mean approval upon registration." But it does.  It's in

2   the statute.  So while we're changing things, I guess that will

3   be the next thing we change.  That it simply says a voter

4   information card sent to an applicant constitutes notice of

5   approval - notice of approval of the registration.  And so

6   that's important and it has been a heartburn for me.  But again,

7   it's eligible versus ineligible, and we've talked about that all

8   day long.

9        There are decent things in this bill, and I will say that.

10  I will say that.  When someone is given the opportunity to be

11  given a provisional ballot, for most of you, you know what that

12  means.  When someone is given a provisional ballot, they are

13  given this ballot not to be told you're ineligible.  That

14  literally is we're giving you this ballot until final

15  determination has been made.  That's giving this person a chance

16  for this ballot to be counted.  That's fair.

17       But there are a lot of things in this bill that are unfair.

18  Starting with the fact that it's unfair to require the

19  supervisors of elections to do a process that you're not telling

20  them how to implement.  It's unfair to add excessive fines to

21  voter registration groups and then require them to have some

22  type of receipt.  And then tell the Department of State, you've

23  got to figure it out in rulemaking.  I don't know if you all

24  know, but rulemaking is a couple of years behind.  Not one, not

1    two, a couple of years behind.  They're still working on rules

2    from SB 90, from SB 524.  So it's nothing that's going to happen

3    right away.  But we're adding something else for them to do, and

4    we're telling them you need to make rules for the supervisors of

5    elections, and they're years behind already.

6        Accessible.  We should be talking about making voting

7    accessible.  Remember, I said accurate, accessible and fair.

8    Accessible as when we don't give out numbers to say, oh, just

9    call the Department of State, and they'll be able to help you

10   with that advisory opinion.  That's, number one, not going to

11   come back for three to four months.  And number two, the numbers

12   that were given out on this floor today are not accessible.  And

13   you can only call those numbers during the weekdays.  So if

14   voter registration groups are out doing voter registration on

15   the weekend, they're not going to access anyone.

16       So those are things that are unfair but we're talking about

17   helping people become eligible.  And we're doing everything we

18   possibly can to not put things in place, to help our supervisors

19   of elections do the job they have been elected and most elected

20   to do.  We're not giving them any resources to do this, but yet,

21   all we heard today was they already do those processes.  Those

22   five agencies already report to them.  That is true to a certain

23   extent, but the process is not in place to identify the

24   information coming from the clerk's office.  It's not.  It's not

1    there.  And the bill sponsors admitted to not having that

2    process in place.

3          We've talked about non-citizens versus felons working for

4    us.  We've talked about the excessive fines.  I mean, we can go

5    on and on and on.  And all I want to say to finish this because

6    everything really has been said, when I come to you and tell you

7    I'm trying to be a friendly, I really am trying to be a

8    friendly.

9          When I offered up the amendment for the Disability Rights

10   of Florida, that was something we could have done.  When I

11   offered up the amendment for the precinct boundaries, that's

12   something we could have done also.  Because that piece that we

13   are talking about simply would have permitted the SOEs to align

14   precincts with local districts, that's it, when they have to

15   deviate from the census block.  Then I know I'm talking to the

16   wall, and nobody gets that.  But I want to make sure we

17   understand when we're talking to our teams, and we're not

18   bringing those supervisors to the table.  It's consequences

19   behind that.  It's consequences.  And they're going to come back

20   to us and say, hey, we tried to tell you.  Why do we want to be

21   in that position where they have to look at us and say, hey, I

22   tried to tell you?

23         So I know we'll work on it, Senator Hutson, before you

24   leave.  I know we'll work on it.  But I have to just stress when

1   we're lessening the days that we're doing vote by mail, when

2   we're lessening opportunities for people to actually pick up

3   ballots, and all of this is in this strike all.  We were

4   lessening and not expanding.  We are creating hurdles and

5   barriers.  I know you all hate to hear that.  But we're not

6   expanding access to voting, we are crippling certain

7   communities.

8        I have a 92-year-old mother-in-law that I do everything

9   for.  And when I'm here, my husband has to do it.  But when it's

10  voting, I do all of that.  I do all of that.  But that's my

11  mother-in-law at 92 years old.  When I go and pick up her

12  ballot, if I have to, because now if I forget to reregister her,

13  she's not going to get a vote-by-mail ballot.

14       So we are missing the point.  We are missing the mark with

15  our elderly people.  We've missed the mark with our disabled

16  population today.  We've missed it.  So we're missing the mark

17  with people we should be providing access to, along with

18  accurate and fair elections.

19       I'm going to finish with this because I'm going to join my

20  colleagues.  It really doesn't matter to me and I'm going to say

21  it.  The resign-to-run is unnecessary, but I appreciate your

22  clarity.  I do.  But the comment I will leave you with is, and

23  I've said it already, so I'll repeat it.  Just like my

24  colleagues, I agree with all of them.  We don't need a governor

155

1    who has his foot, one foot in Florida, and another foot wading

2    in the waters throughout this country.  So that's what resign-

3    to-run is about.  You never actually had to add it in here

4    because it really is unnecessary.  But because you did, you

5    allowed all of us to address it.  And because you did, which we

6    knew it was coming, you allowed all of us to express that.  But

7    this bill shouldn't have been about that.  We had an opportunity

8    right here to have a bipartisan product that provided access,

9    accurate and fair elections for the Floridians in this state,

10   and we missed the mark.

11       Kathleen Passidomo:  Senator Pizzo.

12       Jason Pizzo:  Thank you, Madam President.  This is another

13   in a series over the past few years where I keep coming back to,

14   and I think I've mentioned this to a couple of members.  It's

15   from *A Few Good Men*.  "If you gave the order that Santiago was

16   to be left alone, and your orders are always followed, then why

17   did he have to be transferred off the base?"

18       So when the governor is on TV and he says to the national

19   audience, he's asked, the looting and the rioting, that wouldn't

20   happen in your state?  And he goes, "No.  We're a law and order

21   state.  None of that stuff that you saw happening in other

22   states would ever happen in Florida."

23       And then we had HB 1.  And then 26, 27 months ago, the

24   governor tweets, "Through lessons learned and hard work from

156

1    previous years, Florida's 2020 election season was a resounding

2    success and model for the nation."  But then we have more

3    elections bills and election police.  We had more people at a

4    press conference in Fort Lauderdale standing behind the podium

5    than were actually validly arrested.

6        So I go back to *A Few Good Men* that if we're really so

7    great, then why is it always necessary to have these subsequent

8    bills?  That's a question to pose.

9        There's something incredibly inequitable about the

10   following concept.  That if I wanted to run for president of the

11   United States in 2024, I don't have to resign my seat here.  But

12   if I want to run for the United States Senate to represent the

13   same state, I do.  If I want to run for United States Congress,

14   I have to resign.

15       Our colleagues on both sides of the aisle in both chambers

16   have got to do the following.  What's the extraordinary

17   exception for the presidency?  It's because the qualifying

18   period is not uniform and codified here like it is in other

19   states.  Just think about that.  If I want to run against Joe

20   Biden, I don't have to resign.  But if I want to run against

21   Rick Scott, I do.  That's not fair.

22       I'm not on the Rules Committee, but I watch it from time to

23   time.  And you even said at the last meeting that if the

24   governor called you and asked you to change something, you

1   would.  It's a lot of numbers though with the country code.

2   There's been a lot of stuff today though.  But here's what I'm

3   saying.  Please don't out of one side of our mouth say we put so

4   much work into it, and I don't discount.  I know staff has to

5   deal with all of these things - tremendous, tremendous

6   consideration for the task, responsibilities that our staff

7   members have.

8        But then you go and you file a delete all at the very end.

9   So where is that contemplation, deliberation, vetting of ideas?

10  Two popped up today, one from the resident expert, Senator

11  Davis, on these issues because I certainly am not one.  And I

12  would think that -- listen, not think.  I know that we have

13  deference for the specialties that are people in this chamber.

14  I wouldn't even pretend to know more than Senator Gruters about

15  accounting.  I wouldn't know anything about undertaking like

16  Senator Baxley would, selling insurance like Senator Rouson or

17  Senator Boyd.  I wouldn't even pretend to.  And on a non-

18  partisan truly equitable issue, we should seek out the expertise

19  of our colleagues on a non-partisan issue.

20       So this is probably the line you're going to hear from the

21  former president.  You filed the resign-to-run which is designed

22  to lose.  The governor is going to lose, and you just gave him a

23  soft landing to come back, to ignore and forget us, to seek

24  greener and greater pastures, but be able to come back with a

1  soft landing.  I beg all of you, my colleagues on the other side

2  of the aisle, when he comes back angry, when he wants to scorch

3  earth with all of you, push back and let's get back to the

4  business of running the state the way we should.

5      Kathleen Passidomo:  Any other debate?  Okay.  Senator

6  Burgess, you're recognized.

7      Danny Burgess:  Thank you, Madam President.  And very

8  briefly, I'm going to speak to the amendment and yield my time

9  for the close on the entirety of the bill after we get into the

10  proper posture that's agreeable.

11      Thank you.  And first of all, I want to thank Senator

12  Hutson for his work on this amendment.  If there's anyone I

13  trust to partner with on a bill like this, it's him.  He worked

14  on resign-to-run back in 2018, so this is natural, and in a way,

15  a culmination of his efforts through the years.  I honestly look

16  at this as a five-year glitch fix in the works.  So thanks for

17  bringing it forward today.  I appreciate that.

18      This is a friendly amendment for a couple of reasons, and

19  the most important reason is that it brings about clarity to a

20  question, an important question that many have been asking for

21  quite some time now.  This amendment is important because of the

22  unique way that a president and a vice president is chosen.

23  They do not qualify like a member of Congress or Senate. This is

24  the legislature doing our job, making laws and deciding policy.

159

1  Let the courts figure it out is not how we should be conducting

2  policy.  That isn't the judicial branch's responsibility.  That

3  is the responsibility of this legislature.  So let's do our job

4  and not shirk the responsibility.  Support this amendment.

5      Kathleen Passidomo:  Senator Hutson, you're recognized to

6  close on the amendment.

7      Travis Hutson:  Thank you, Madam President.  This is a

8  result of all the hard work with our staff, with committees,

9  through the committee process.  Senator Burgess gave me ideas

10  and we worked on getting the strike all to the proper posture.

11  I'm sure he would have found it himself had it not been for the

12  fact that I wanted to clarify something that I worked on in

13  2018.

14      I also want to clarify because some of us were here and

15  some of us weren't.  But the reason that I filed the original

16  resign-to-run is I had two locals, one was the county

17  commissioner and one was a school board member, I  believe,

18  wanting to run for Congress and both of them told me, "There's

19  no harm, no foul, if I lose."  So I thought that wasn't fair.  I

20  thought that we have resign-to-run in the state level, why don't

21  we do it at the federal level?  I will admit that it does affect

22  us as senators, and it affects everyone throughout the rest of

23  the state.  But that was the original intent behind the bill

24  when I filed it.

1          Members, and it's been said, I think, by everybody in here

2    that we're just trying to clarify something.  That's really all

3    I'm trying to do.  Some of you mentioned why it needs to be

4    clarified.  Because of the registration and the different

5    qualification time periods.  But that's all it is.  I'm not

6    trying to do anything more nefarious or anything like that.  It

7    is not a sleight of hand.  We're just going to make sure that

8    it's clarified in this amendment.

9          And with that, I look forward to your favorable support.

10         Kathleen Passidomo:  All those in favor of the amendment,

11   say yea.

12         Members:  Yea.

13         Kathleen Passidomo:  Opposed, say nay.

14         Members:  Nay.

15         Kathleen Passidomo:  The amendment is adopted.  Okay,

16   members, so here's where we're at.  Because Senator Hutson's

17   amendment was adopted the following amendments which were with

18   the original bill – they're out of order: 199302, 951904,

19   401954, 802016, 371368, 298244, 201756, 154344, and 471674 –

20   we'll probably begin the amendments to the amendment.

21         So are there any further questions on the bill of Senator

22   Burgess, on the bill as amended by Senator Hutson's amendment?

23         Okay.  The senator of the 23rd District, Senator Burgess,

24   moves the bill be read a third time.  All in favor in the motion

1  to read the bill a third time, say yea.

2      Members:  Yea.

3      Kathleen Passidomo:  Opposed, say nay.  The motion is

4  adopted.  Read the bill.

5      The Clerk:  Committee substitute for Senate Bill 7050.  A

6  bill to be entitled: An Act Relating to Elections.

7      Kathleen Passidomo:  Is there a debate on the bill as

8  amended that hasn't already been said by everyone?  The senator

9  of the 23rd District, Senator Burgess, is recognized.  Oops,

10  Senator Powell, you want to debate again?  You're recognized.

11      Bobby Powell:  Thank you, Madam President.  I just want to

12  reiterate the point that I'm all for this.  If we come back - I

13  know we do elections bill every year - and we change that

14  resign-to-run, I'm with it.  I say that because this could be a

15  really good bill.  We've got to change some of that other stuff

16  but that resign-to-run, we lost some good members in this

17  chamber and maybe in the House.  So think about that as we do

18  future iterations of this legislation.  Maybe we can make it

19  bipartisan next year.  Thank you.

20      Kathleen Passidomo:  Any other debate on the bill?  Senator

21  Pizzo, you're recognized for another debate.

22      Jason Pizzo:  Yes, Madam President.  For the limited

23  purpose of the 2024 GOP primary, I'll be endorsing Trump over

24  DeSantis.

1    Kathleen Passidomo:  That's not -- any other real debate on

2    the bill?  The senator of the 23rd District, Senator Burgess, is

3    recognized to close on the bill.

4    Danny Burgess:  Thank you very much, Madam President.

5    First I want to thank you for giving me the opportunity to work

6    on this important legislation.  This is a new area for me, but

7    I've learned a lot and I feel a little bit wiser on this topic.

8    But every day I'm realizing that I actually don't know nearly as

9    much as I should.  This is a complicated area.  It's a very

10   technical and mechanical area and I have the utmost respect for

11   those who operate in it every day.

12       I would also like to say thank you to our staff, to Dawn

13   and Sara and Jay who are with us, and to our team members who

14   are not in the chamber right now.  Hats off to you.  You all

15   have or gotten more about elections than I'll ever know, most of

16   us.  So I appreciate you all very much.  They had been a great

17   help and guide to me through this process and in this bill and I

18   couldn't have asked for a better team.

19       I want to say thank you to the various stakeholders who had

20   contributed to the bill, including our supervisors of elections

21   for their insights and suggestions.  In particular, I want to

22   take a moment to say hat off and salute Secretary Cord Byrd, the

23   Secretary of State, who has been a true partner in this

24   endeavor.  I have the utmost faith in his confidence and

1  abilities, as I know we all do because we voted for him to

2  confirm him unanimously today.  I appreciate his input,

3  feedback, and partnership in this legislation.

4       There are experts in this room.  We have two former party

5  chairs for our state.  We have a former dynamic supervisor of

6  elections employee in Senator Davis.  We have people in this

7  room who know so much more about this than I do, and so I

8  appreciate your input.

9       Last but not least, I want to say thank you to Senator

10  Hutson whose work on these issues over the last couple of years

11  and to this point has led us to this moment.  You've been a

12  leader on these issues through the years.  You're a great friend

13  and mentor in the process and I appreciate you.

14       There's a lot in this bill.  I want to go through some of

15  the more important sections and some of the themes of this bill.

16  We've heard a lot about making it harder to vote mostly in

17  public testimony.  The conversations today were in earnest and I

18  think were very fruitful.  I appreciate that very much.

19       But let me make something very clear.  This bill does not

20  and will not hinder anyone's right to vote.  Nor would I ever

21  subscribe my name to something that could even remotely be

22  concluded to be voter suppression.  There is nothing in this

23  bill that makes it harder for a lawfully registered voter to

24  cast their ballot.  If anything, we're making it harder for bad

1  actors to do bad things.

2     In fact, I would argue that today in Florida it's hard not

3  to vote.  We have over 40 days of possibilities.  That's

4  incredible and we should be proud of that.  In the 2022 midterm

5  election, turnout was 53 percent.  Since 1998 that's the third

6  highest voter turnout for a midterm.  Gadsden County had 58

7  percent voter turnout and St. Johns had 65 percent voter

8  turnout.  To put it into raw numbers, that's over 7.7 million

9  people in our state that voted in 2022.  If the goal has been to

10  hinder people's rights to vote, we've done a remarkably poor job

11  at that.

12     Related to third-party voter registration organizations,

13  since 2005 there have been regulations on 3PVROs.  In every

14  election cycle there are issues with certain actors within these

15  organizations.  In the 2022 cycle, in Lee and Charlotte

16  Counties, two different 3PVROs were caught stealing voter IDs.

17  That should outrage everyone on this floor.  Those actions are

18  denying people the right to vote more than anything in our

19  legislation.

20     I agree that voting is a sacred part of our democracy.

21  That's why our bill holds those who are custodians of a person's

22  access to voting to a very high standard.  There's been

23  conversation about taking away two extra vote-by-mail days.  We

24  are trying to make it clear for our supervisors of elections

165

1   that there are clear seasons during the election timeframe.  A

2   time for vote by mail, a time for early voting, and a time for

3   election day.  That is all that that does.

4       Regarding resign-to-run, we're offering clarity on this

5   issue.  The legislature needs to legislate and not allow the

6   lawyers to litigate.  So Senator Hutson, thank you for bringing

7   that forward.

8       Regarding two ballots in one envelope, we worked as hard as

9   we could to find a way to count these ballots, but it just could

10  not be brought forward in a meaningful way that could truly

11  identify that there wasn't a signature matching issue or

12  potentially a situation where we have somebody who has voted

13  twice.  Discounting both is the least bad option that was

14  available.  I believe our diligent supervisors will let the

15  voters know not to do this.

16      We can always improve on our processes and we shouldn't

17  rest on our laurels.  A team that wins the playoff game doesn't

18  stop watching the film.  They watch the film after the playoff

19  game to get better.  Members, this is an important bill for a

20  lot of reasons some of which have gotten lost in the discussion.

21  It gives our elections workers more training on signature

22  matching, sets up further guardrails for 3PVROs, adopts many

23  recommendations of our supervisors of elections.

24      We let voters know they have a duty to confirm if they are

1   registered to vote and include a way for them to verify that

2   with the Department of State.  We make voter list maintenance

3   cleaner.  We help to find clear seasons for elections.  It

4   provides the voters with more information about candidates by

5   requiring further disclosures.

6       Our elections are a critical part of our democracy.

7   Everyone on this floor agrees with that.  And if we agree on

8   that, then there are some things that we should agree on.

9   Eligible voters deserve the right to vote in an available manner

10  that they choose within the timeframe we have established.  For

11  voters to have faith in our elections, they need to be safe and

12  secure.  Voter confidence is key.  Those who are helping people

13  access their right to vote need to be held to high standards.

14      This bill seeks to do all these things and more.  It is a

15  big package, but it is a big package of responsibility.  Florida

16  is the gold standard for elections in this country.  Even our

17  critics have to admit we've come a long way from using

18  magnifying glasses looking at hanging chads a couple of decades

19  ago.  From a laughing stock to a gold standard, that's what

20  we've done for elections in the state.

21      Madam President, Senators, let's keep up the good work.

22  Let's keep our progress going.  Let's show the rest of the

23  country how the gold standard stays golden.  Last but not least,

24  let's vote.

1    Kathleen Passidomo:  The secretary will unlock the board

2  and senators will proceed to vote.

3    Have all senators voted?  Lock the board and record the

4  vote.

5    The Clerk:  Twenty-eight yeas, twelve nays, Madam

6  President.

7    Kathleen Passidomo:  Show the bill passes.  Read the next

8  bill.

9    (End of file)

10    (End of transcript)

11

1
2                        C E R T I F I C A T E

3    I, Steve Young, certify that the foregoing transcript of

| Florida Legislature Session |
| --- |
| Senate Floor Session |
| Tuesday – April 26, 2023 |
| Senate Bill 7050 |
| SB 7050 Senate Floor Session VIDEO April 26, 2023 34:22-4:38:53 (4 hour, 04 minutes, 31 seconds) |
| Link: https://www.flsenate.gov/media/VideoPlayer?EventID=1_nty0d3lq-202304261000&Redirect=true |

4

5    is a true and correct transcript of the audio recording provided to Ace Transcription Service, Inc.
6

7
8
9                                                    September 13, 2023
10   Steve Young
11   President
12   Ace Transcription Service
13
14
15

16
17


169