The Florida Legislature
House in Session
April 28, 2023
SB 7050

Link:
https://www.flsenate.gov/media/VideoPlayer?EventID=1_6lzzc253-
202304281000&Redirect=true

Time marks: 16:50-2:49:24

Delivered September 13 by:
Ace Transcription Service

The Florida Legislature
House in Session
April 28, 2023
SB7050

1    [Start of transcript - 00:16:50]

2    The Clerk:  CS for Senate Bill 7050, a bill to be entitled

3   An Act Relating to Elections.

4    Paul Renner:  All right.  Now, Representative McClure,

5   you're recognized to explain the Senate Bill.

6    Lawrence McClure:  Thank you, Mr. Speaker and members.

7   Florida has been a model of election integrity and efficiency,

8   but there is always room for improvement.  This bill seeks to

9   continue Florida's success in these areas by streamlining

10   certain provisions of the Florida election code while ensuring

11   bad actors are held accountable.  The bill specifically requires

12   everyone who compares signatures to undergo signature matching

13   training, implement certain recommendations from the Department

14   of State's vote-by-mail report, require supervisors of elections

15   to coordinate with the local clerk of court to receive updates

16   on persons convicted of felonies.  It creates methods for

17   candidates to use nicknames on the ballot, revises reporting

18   frequency for political committees, candidates, and

19   electioneering and communication organizations to once each

20   calendar quarter until qualifying at which time the current

21   reporting requirements resume.

22    It requires the candidate qualification oath to contain a

23   statement about whether the candidate owes certain ethics and

1    campaign finance fines.  It requires voter information cards to
2    include certain information regarding proof of registration and
3    eligibility to vote.  It requires a disclaimer on certain voter
4    guides to make it clear to voters who developed the voter guide.

5        It attaches fines and fees to the chair of the political
6    committee and increases fines for election law violations.  It
7    increases accountability for third-party voter registration
8    organizations.  And I'm going to hand it over to my co-sponsor,
9    Representative Salzman to explain the rest of the bill.

10       Michelle Salzman:  Thank you, Representative.  Members, the
11   resign-to-run law has been a popular topic of conversation,
12   primarily driven by the media.  I researched the current resign-
13   to-run provisions of Florida law.  In my view, while it is
14   apparent that the resign-to-run does not apply to presidential
15   and vice-presidential candidates, there is some ambiguity in the
16   qualifying portion, specifically the timeline for resigning.  It
17   is entirely based upon qualifying.

18       For clarity, presidential and vice-presidential candidates
19   do not have to qualify.  Presidential and vice-presidential
20   nominees are decided by their respective political parties at
21   national conventions.  Currently, they do not have to complete
22   any of the qualifying documentation and paperwork required of
23   candidates for the other offices.

1    Florida has been in the spotlight for several years now,

2    and the media and nation all have their eyes on us.  They all

3    agree that we lead the nation in many things, but this issue,

4    the resign-to-run issue is not a topic of conversation in almost

5    every other state.  Why is that?  Because Florida is only one of

6    five states in the union that have a resign-to-run provision.

7    Members, the nomination and election process for president

8    and vice president is unique.  It is the only office elected

9    through an electoral college and much of the process is governed

10   by the individual political parties outside of statute.  The

11   resign-to-run provision in the Florida election code and chapter

12   of law that deals with qualifying for office.  So when

13   candidates for federal, state, and local office are running for

14   office, that chapter of law describes the things you have to

15   submit - the oath of office, the filing fees, financial

16   disclosures, et cetera.

17   Although I believe the current resign-to-run law as

18   written, does not apply to persons seeking the office of

19   president or vice president, I believe the law could be

20   clarified so it is absolutely clear.  The Senate bill settles

21   the issue by making it abundantly clear that the resign-to-run

22   law does not apply to persons seeking the office of president or

23   vice president.  The bill explicitly exempts candidates running

24   for president or vice president from the resign-to-run law and

4

1   defines the term qualify to mean all offices other than

2   president or vice president.

3       Mr. Speaker, that's the bill.

4       Paul Renner:  Are there questions to the sponsor?

5   Representative Hinson in questions.

6       Yvonne Hinson:  Thank you, Mr. Speaker.  Representatives,

7   Section 4 of the strike-all on page 4, line 77, and I'm talking

8   about the House bill, adds a requirement relating to

9   citizenship.  Can you explain what this does?

10      Paul Renner:  Representative McClure.

11      Lawrence McClure:  Thank you, Mr. Speaker.  Thanks for that

12  question.  Yes, as it relates to third-party voter registration

13  organizations -- okay.  Yeah, we're on the same place.

14      So what we're saying is for those folks that are out

15  soliciting, advocating, encouraging folks to register to vote,

16  that doesn't apply to them.  It's only at the moment where

17  they're going to collect and handle that potential voter's

18  personal information that we want you to be a U.S. citizen.

19      Paul Renner:  Representative Hinson.

20      Yvonne Hinson:  Thank you, Mr. Speaker.  Why does this

21  prohibition apply to all people who aren't U.S. citizens?

22      Paul Renner:  Representative McClure.

23      Lawrence McClure:  Thank you, Mr. Speaker.  Well, I would

24  say that there's another portion that discusses other folks that

1  we don't want handling it.  But specifically for the U.S.

2  citizenship, these are U.S. elections.  And again, we're not

3  prohibiting someone's First Amendment right to go and advocate

4  and solicit and be a part of a team that's encouraging folks to

5  register.  We're just simply saying, in an abundance of caution

6  for that potential voter's personal information, that the time

7  they hand over that sacred information, that it goes to a U.S.

8  citizen for collection and handling purposes only.

9      Paul Renner:  Other questions of the sponsor?

10  Representative Bartleman, in questions.

11      Robin Bartleman:  Thank you, Mr. Speaker.  If your concern

12  is about security, why wouldn't you allow non-U.S. citizens who

13  have been vetted like legal permanent residents to collect and

14  handle registration applications?  They have other jobs where

15  they get the same sensitive information.

16      Paul Renner:  Representative McClure.

17      Lawrence McClure:  Thank you, Mr. Speaker.  Well, as it

18  relates to other jobs, I would imagine there's processes and

19  protocol in place, whereas with third-party organizations or any

20  organization that may or may not have that.  So, again, not

21  prohibiting them from participating.  I would imagine to the

22  extent that a third-party voter registration organization is

23  wanting to, their mission is to register voters, having folks

24  advocate, that's wonderful.  It's just at the moment of

6

1   collection and handling that we're going to ask them to be a

2   U.S. citizen.

3        Paul Renner:  Representative Waldron, I think I saw your

4   hand.  I see Representative Woodson.  Okay.  Representative

5   Woodson, we'll go to you next.  You're recognized.

6        Marie Woodson:  Thank you, Mr. Speaker.  Representative

7   McClure, can you clarify for me this question?  Are non-U.S.

8   citizens allowed to work for the Department of Elections -- for

9   the Divisions of Elections?

10       Paul Renner:  Representative, is that a question to the

11   bill?  You're asking him whether non-citizens are allowed to

12   work for the Department of Corrections?

13       Marie Woodson:  Elections.

14       Paul Renner:  I'm sorry.  Representative McClure.

15       Lawrence McClure:  Thank you, Mr. Speaker.  The bill

16   doesn't contemplate that but I believe they are, yes.

17       Paul Renner:  Representative Woodson.

18       Marie Woodson:  Thank you, Mr. Speaker.  Can you explain

19   why this bill makes this distinction based simply on whether

20   someone is a U.S. citizen?

21       Paul Renner:  Representative McClure, I think that's been

22   asked and answered, but if you'd like to take another stab at an

23   answer.

7

1    Lawrence McClure:  Thank you, Mr. Speaker.  Yes, sir.  I

2  think it has been asked and answered.  But, again, we're not

3  saying that you can't advocate, solicit, be a part of a team to

4  get folks to register.  We're just saying when that voter --

5  this is to protect the voter's personal information.  At the

6  moment that they submit that information to a third-party

7  organization, we want it to go in the hands of a U.S. citizen.

8    Paul Renner:  Further questions?  Representative Waldron.

9    Katherine Waldron:  Thank you, Mr. Speaker.  So are you

10  saying that a non-U.S. citizen who is employed by the Division

11  of Elections or the Department of Highway Safety and Motor

12  Vehicles or the county tax collector's office could be seen in

13  processing voter registration applications with voter's personal

14  information for their job, but they would be prohibited from

15  volunteering at a voter registration drive with a third-party

16  voter registration organization where they'd be collecting and

17  handling this information?

18    Paul Renner:  Representative McClure.

19    Lawrence McClure:  Thank you, Mr. Speaker.  What I would

20  say is, I think in those specific instances that you referred

21  to, whether at the Department of State or the DMV, et cetera,

22  there's processes, procedures, sometimes background checks.

23  There's clear operating procedures on how you are to comport

24  yourself when handling that sensitive information.

1       In contrast, with a third-party voter organization, none of

2   those processes are prescribed here.  And so I think the safest

3   thing for us to do, again, in an abundance of caution, for that

4   potential voter to protect their personal information.  You

5   know, there's plenty of law elsewhere on the books where we take

6   personal information theft, identity theft.  That's something

7   that we take very seriously.  And so we want to protect that

8   voter's information.  And so as a function of that, we make that

9   distinction here that when they collect and handle, we want it

10  to be in a U.S. citizen's hands.

11      Paul Renner:  Further questions?  Representative Nixon.

12      Angela Nixon:  Thank you, Mr. Speaker.  Hi, Rep. McClure

13  and Rep. Salzman, I have a question.  Why is the $50,000 per

14  person proportional to the violation?

15      Paul Renner:  Representative McClure.

16      Lawrence McClure:  Thank you, Mr. Speaker.  That fine is

17  $50,000.  I think if I'm going to take a leap here that there's

18  an emphasis being placed there, it's a high dollar amount.  I

19  think it shows the sincerity that we want this information to be

20  collected and handled properly in the hands as prescribed within

21  the bill.

22      Paul Renner:  Representative Nixon.

1     Angela Nixon:  Thank you.  One last question for me.  Will

2     those permitted to cast provisional ballots be prosecuted for

3     voting if it's later determined they were ineligible?

4     Paul Renner:  Representative McClure.

5     Lawrence McClure:  Thank you, Mr. Speaker.  No.  Wherever

6     you see those provisional ballots in that entire section of the

7     bill, really, the intent of that is to ensure that that voter

8     has every opportunity for their vote to be counted, all the way

9     up until it's determined that they are ineligible.  So we want

10    there to be options to make sure that that voter's vote is

11    counted and heard.  But if it's deemed ineligible - and

12    specifically to your question now - no, it would not result in

13    prosecution.

14    Paul Renner:  Further questions?  Representative Robinson.

15    Felicia Simone Robinson:  Thank you, Mr. Speaker.

16    Representative McClure, this version of the bill adds a line to

17    the voter information card stating that a voter may confirm his

18    or her eligibility to vote with the Department of State.

19    Currently, Florida Statute 106.23(2) in the rule defines the

20    process for advisory opinions.  And this information is listed

21    on the division's website for seeking individuals about

22    eligibility.  As the statute states, advisory opinion cannot be

23    done over the phone.  Neither the statute nor the rule mentioned

24    eligibility specifically.

1     Is the process that you intend for questions under this new

2  voter information card statements?

3     Paul Renner:  Representative McClure.

4     Lawrence McClure:  Thank you, Mr. Speaker.  Let's start

5  with the statement that's on the voter information card.  It is

6  a little bit different as you mentioned from the original House

7  version.  The intent of that additional language specifically

8  saying that this card - and I'm going to paraphrase – does not

9  explicitly mean that you are eligible to vote and then has the

10  directive to go to the Department of State to check your

11  eligibility.

12     That came out of a concern that folks would potentially be

13  confused by the fact that they have a voter information card and

14  that card would assume eligibility.  They're two very different

15  things.  Registration and eligibility are two wildly different

16  things.

17     Now, to your question on the process, we heard from

18  Secretary Byrd that he intends to streamline this process, to

19  move it along quickly, and so the Department of State will work

20  potentially in rulemaking to expedite that process.

21     Paul Renner:  Representative Robinson.

22     Felicia Simone Robinson:  Thank you for your answer,

23  because that is very confusing as far as with the card thing.

1  My next question is, is the state working on a system that

2  voters can use to check their eligibility?  And if --

3      Paul Renner:  Is that the question?

4      Felicia Simone Robinson:  Well, I have another part, but

5  yes.  Are we working on something?

6      Paul Renner:  Representative McClure, did you understand

7  the first part of that question?  You're recognized.

8      Lawrence McClure:  Thank you, Mr. Speaker.  This bill

9  doesn't contemplate a potential system, so the simple answer is

10 no.

11     Paul Renner:  Representative Robinson, F.

12     Felicia Simone Robinson:  I'll save the rest of that for

13 debate.  We need to.

14     Paul Renner:  Representative Cross.

15     Lindsay Cross:  Thank you, Mr. Speaker.  Representative, on

16 line 570, the bill states that this card is for information

17 purposes only.  This card is proof of registration but is not

18 legal verification of eligibility to vote.  I was wondering how

19 that aligns with current Statute 97.073, subparagraph 1, which

20 states, a voter information card sent to an applicant

21 constitutes notice of approval of registration.

22     Paul Renner:  Representative McClure.

23     Lawrence McClure:  Thank you, Mr. Speaker.  There's a

24 fundamental difference between registration and eligibility.  So

1    registering and in that voter card identification card being

2    sent is proof of registration.  It is not verification of

3    eligibility.  In addition, that's exactly what we set out to do

4    with this new language.  It is to clearly illustrate that

5    because you have this card it does not mean you are eligible to

6    vote.  It is incumbent upon you to check your eligibility.

7        Paul Renner:  Representative Cross.

8        Lindsay Cross:  Can you describe then what constitutes

9    legal verification of eligibility to vote?

10       Paul Renner:  Representative McClure.

11       Lawrence McClure:  Thank you, Mr. Speaker.  An example

12   would be contacting the Department of State to check your

13   eligibility if you're in question.

14       Paul Renner:  Representative Cross.

15       Lindsay Cross:  Do you foresee that if this bill passes,

16   the supervisors will have to print and mail new cards to every

17   voter?  And if so, what is the fiscal on that?

18       Paul Renner:  Representative McClure.

19       Lawrence McClure:  Thank you, Mr. Speaker.  I direct you to

20   lines 584 through 586.  Now, I'll read it verbatim, "The

21   amendments made to Statute 97.071 in Florida statutes by this

22   act only apply to new and replacement voter information cards

23   issued on or after July 1, 2023."

1     So the fiscal, I would assume would be neutral as a

2  function of it's only for new and replacement cards.  We're not

3  asking the supervisors to print out new cards and send it across

4  the entire constituency.

5     Paul Renner:  Representative Cross.

6     Lindsay Cross:  Thank you, Mr. Speaker.  Last follow-up.

7  Do you think that this is misleading to voters to receive a card

8  from the supervisor of election but not actually be eligible to

9  vote?

10     Paul Renner:  Representative McClure.

11     Lawrence McClure:  Thank you, Mr. Speaker.  Only to the

12  extent that they don't read that the card clearly does not

13  indicate that they are eligible.

14     Paul Renner:  Further questions?  Representative Hinson.

15     Yvonne Hinson:  Thank you, Mr. Speaker.  I can only refer

16  to House Bill lines 1618 to 1620 requires supervisors to reject

17  vote-by-mail ballots if more than one is returned in an

18  envelope.  Why is this bill making the rejection of ballots the

19  default when these ballots could be run through the canvassing

20  boards and outreach could be done to at least the voter who

21  signed the envelope?

22     Paul Renner:  Representative McClure.

23     Lawrence McClure:  Thank you, Mr. Speaker.  What we're

24  clearly saying here is if there's more than one ballot, and

14

1  let's kind of stop and take a look at the instructions.  It's

2  going to clearly say don't put more than one ballot in there.

3  If you do, they're not going to be cured.  They're not going to

4  be counted.  But it is hard to cure more than one ballot.

5  Remember, on the back of a vote-by-mail envelope, there's a

6  place for a signature, one signature.  So if there's multiple

7  ballots, now you can't cure the additional ballots.

8      Paul Renner:  Representative Hinson.

9      Yvonne Hinson:  Thank you, Mr. Speaker.  It doesn't take

10  into account the different reading levels and other ability

11  levels of our citizenship.

12      Paul Renner:  Representative Hinson --

13      Yvonne Hinson:  A follow-up question.  Why can't --

14      Paul Renner:  State your question.

15      Yvonne Hinson:  Thank you, Mr. Speaker.  Why can't the

16  state be directed to develop a process through rulemaking?

17      Paul Renner:  Representative McClure.

18      Lawrence McClure:  Thank you, Mr. Speaker.  I haven't

19  contemplated that and the bill doesn't contemplate that.  I

20  think it said we want a uniform procedure that doesn't change

21  from supervisor to supervisor.  It's very clear that across all

22  of our counties, if more than one ballot is included in vote by

23  mail that they won't be cured or considered.

24      Paul Renner:  Representative Hinson.

1    Yvonne Hinson:  Thank you, Mr. Speaker.  Finally,

2  supervisors across the state are saying clearly, they want this

3  taken out of the bill or for it to be directed to rulemaking.

4    Paul Renner:  Representative Hinson, is there a question

5  there?  I think that was a statement.  Do you have a question

6  for Representative McClure?

7    Yvonne Hinson:  Can we do that?

8    Paul Renner:  Representative McClure.

9  Lawrence McClure:  Thank you, Mr. Speaker.  What we are

10  doing within this bill is making a uniform policy across the

11  state crystal clear that if more than one ballot is included in

12  a vote-by-mail envelope, those ballots won't be counted.

13    I can't speak to each supervisor of elections' position on

14  this across the state.  I would imagine, there is a handful that

15  like it, a handful that don't like it, and a bunch that are in

16  between.  But as it relates to this state and how we're going to

17  contemplate that because of the challenges presented, by being

18  unable to cure those ballots, we're clearly saying don't put

19  more than one ballot in there because we can't cure it.

20    Paul Renner:  Representative Eskamani.

21    Anna Eskamani:  Thank you, Mr. Speaker.  Hello, Reps.

22  Okay.  Why are we changing the campaign finance reporting from

23  monthly to quarterly during those off years?

24    Paul Renner:  Representative McClure.

16

1     Lawrence McClure:  Thank you, Mr. Speaker.  To streamline

2  and make more efficient the administrative process.

3     Paul Renner:  Representative Eskamani.

4     Anna Eskamani:  Thank you, Mr. Speaker.  And I just have

5  one more and I'll pass it to my colleague.  The resign-to-run

6  changes, are we only doing it for president and vice president?

7  If so, why not apply it to every elected official?

8     Paul Renner:  Representative McClure.

9     Lawrence McClure:  Thank you, Mr. Speaker.  Yes, we are

10  only applying it to a president and vice president because the

11  qualification status of those specific offices are unique and

12  different than all others.

13     Paul Renner:  Representative Bracy Davis.

14     LaVon Bracy Davis:  Thank you, Mr. Speaker.  How will voter

15  registration groups be providing a receipt that help voters if

16  the application is turned in past the deadline?

17     Paul Renner:  Representative McClure.

18     Lawrence McClure:  I'm so sorry.  Do you mind resaying the

19  question?  I missed the first part.

20     Paul Renner:  You're recognized.  You're recognized.

21     LaVon Bracy Davis:  Recognized.  Thank you.  How are voter

22  registration groups be providing a receipt that help voters if

23  the application is turned in past the deadline?

24     Paul Renner:  Representative McClure.

1     Lawrence McClure:  Thank you, Mr. Speaker.  The receipt is

2 provided at the time that the information is provided by the

3 registrant or the voter.  And it's at that time, whenever it

4 occurs, that there's going to be a receipt provided to them by

5 the third-party voter organization.  And the purpose of that

6 receipt is to date stamp the moment in time where that

7 information was collected so that the voter and presumably the

8 third-party organization as well understands that they're on the

9 clock to get that in.  If you go kind of further down the bill,

10 we have a need to get it in there - to the supervisor - within

11 ten days.  And then if they don't do that and don't get it by

12 book closing or they never turn it in, you know, different

13 situations that apply.

14     Paul Renner:  Representative Bracy Davis.

15     LaVon Bracy Davis:  Thank you, Mr. Speaker.  Is the bill's

16 prohibition on pre-filled registration applications intended to

17 make it harder for elderly people or disabled people to get

18 physical help filling out registration forms in real time with

19 the applicant's approval?

20     Paul Renner:  Representative McClure.

21     Lawrence McClure:  Thank you, Mr. Speaker.  No.

22     Paul Renner:  Representative Bracy Davis.

1    LaVon Bracy Davis:  Thank you, Mr. Speaker.  Would you be

2  open to amendment on this bill to make sure people who need help

3  can get it?

4    Paul Renner:  Representative McClure.

5    Lawrence McClure:  Thank you, Mr. Speaker.  I don't believe

6  there's anything prohibitive within the framework of this bill

7  for folks that need help to get it, so no.

8    Paul Renner:  Representative Bracy Davis.

9    LaVon Bracy Davis:  Thank you, Mr. Speaker.  Regarding

10  third-party voter registration group fines - the $50,000 penalty

11  for voter registration organizations - who have non-citizen

12  volunteer as canvassers.  What evidence is there that non-

13  citizens, including permanent legal residents, are any less

14  honest or more likely to misuse information than U.S. citizens?

15    Paul Renner:  Representative McClure.

16    Lawrence McClure:  Thank you, Mr. Speaker.  It doesn't.

17  The purpose of that doesn't contemplate the premise of your

18  question.  And instead as it relates to the fines, we are

19  emphasizing and prioritizing that voter's information.

20    Paul Renner:  Representative Bracy Davis, any further

21  questions?  Representative Waldron, any questions?

22    Katherine Waldron:   Thank you, Mr. Speaker.  What's the

23  financial impact to the clerk of court with the required weekly

24  reporting of convicted felons to the supervisor of elections?

1        Paul Renner:  Representative McClure.

2        Lawrence McClure:  Thank you, Mr. Speaker.  I believe the

3   scoring (sounds like) was indeterminate.  I would say neutral.

4   They're going to gather that information currently on a monthly

5   basis, we're moving it to weekly.  But a pro rata time in

6   gathering that information, I believe, is negligible.  It's de

7   minimis in nature, so not much if any at all.

8        Paul Renner:  Representative Eskamani.

9        Anna Eskamani:  Thank you, Mr. Speaker.  We talked about

10  this in committee, Rep. McClure.  I'm not sure of the answer,

11  but there are some organizations that have portals on their

12  website that pre-populate parts of the voter registration form

13  and then mail you that pre-populated copy.  Does your bill

14  impact those organizations that provide that online service?

15       Paul Renner:  Representative McClure, you're recognized.

16       Lawrence McClure:  Thank you, Mr. Speaker.  I don't believe

17  so, Representative Eskamani.  We did have a discussion in

18  committee and then a subsequent conversation.  So when you look

19  at the language, it specifically says pre-filled out.  If that

20  person is putting the information in themselves - and I'll get

21  with you after because it gets very specific - but it suggests

22  that, you know, information -- what we're trying to do, I should

23  say, is get away from broadcast registration being sent out with

24  everything but the personal information being filled in, right?

20

1   But we'll get together and make sure you're crystal clear.  But,

2   no, I don't believe so.  On those portals where you can fill it

3   all out online and then it mails it to you, that voter is typing

4   it in.  What I would say to that end though is, I would want

5   some sort of I'm not a robot or some sort of verification to

6   ensure that it is that person.

7        Paul Renner:  And the time for questions having expired,

8   members, we're about to start the amendatory process on this

9   bill.  There are 34 non-sponsor amendments that have been filed

10  pursuant to our procedures and our special-order report.  That

11  means we will spend 2 minutes and 39 seconds on each amendment.

12  Are there amendments?

13       The Clerk:  On the desk, Mr. Speaker.

14       Paul Renner:  Read the first amendment.

15       The Clerk:  Representative Joseph offered the following

16  amendment with title amendment barcode 489919, between lines 357

17  and 358, insert an amendment.

18       Paul Renner:  Representative Joseph, you are recognized to

19  explain your amendment.

20       Dotie Joseph:  Thank you, Mr. Speaker.  This amendment was

21  originally drafted to the House version of the bill.  It allows

22  for first-time voters who specifically have educational and

23  medical obligations to be able to make sure that they can

24  participate in the voting process.  The House version of the

1   bill originally required that they show up in person only on

2   election day.

3        So the amendment would have provided that notwithstanding

4   any law to the contrary, a first-time voter who is unable to

5   vote in person at his or her precinct on election day due to the

6   educational or medical issue may vote during early voting in the

7   main branch or at the supervisors of election.  As we know, we

8   have now taken up the Senate version and it's my understanding

9   that this language no longer applies; therefore, I'm withdrawing

10  this amendment, Mr. Speaker.

11       Paul Renner:  Show the amendment withdrawn.  Read the next

12  amendment.

13       The Clerk:  Representative Woodson offered the following

14  amendment with title amendment barcode 516227, between lines 357

15  and 358, insert an amendment.

16       Paul Renner:  Representative Woodson, you're recognized to

17  explain your amendment.

18       Marie Woodson:  Thank you, Mr. Speaker.  This amendment

19  allows for same-day voter registration provided the person who

20  meets certain requirement to register to vote at an early voting

21  site or at his or her polling place, and to immediately,

22  thereafter, cast a ballot.  This is the amendment, Mr. Speaker.

23       Paul Renner:  Are there questions to the sponsor?  Seeing

24  none, are there amendments to the amendment?

1      The Clerk:  None at the desk, Mr. Speaker.

2      Paul Renner:  Are there substitute amendments?

3      The Clerk:  None at the desk, Mr. Speaker.

4      Paul Renner:  Is there debate?  Seeing none, you're

5  recognized to close.

6      Marie Woodson:  Thank you, Mr. Speaker.  In order to make

7  it easier and to make the process more efficient, we should

8  allow people to register on the same day and be able to cast

9  their ballot.  For the sake of efficiency, we know there could

10  be several circumstances that could prevent someone from not

11  only registering to vote, but to also cast their ballot.  So I'm

12  just asking for a common sense amendment to make the process

13  easier and more efficient for everyone.  Thank you.

14      Paul Renner:  Having closed on the amendment, all those in

15  favor of the adoption of the amendment, signify my saying yea.

16      Members:  Yea.

17      Paul Renner:  Opposed, no.

18      Members:  No.

19      Paul Renner:  Show the amendment fails.  Read the next

20  amendment.

21      The Clerk:  Representative Skidmore offered the following

22  amendment barcode 210825, remove lines 390 through 412, and

23  insert an amendment.

1    Paul Renner:  Representative Skidmore, you're recognized to
2    explain your amendment.

3    Kelly Skidmore:  Thank you, Mr. Speaker.  This amendment
4    removes lines 390 to 412.  And it requires an affirmation that
5    each person collecting or handling voter registration
6    applications on behalf of the third-party voter registration
7    organization has not been convicted of certain felonies.  That
8    is the amendment.

9    Paul Renner:  Thank you.  Are there questions to the
10   sponsor?  Are there amendments to the amendment?

11   The Clerk:  None on the desk, Mr. Speaker.

12   Paul Renner:  Are there substitute amendments?

13   The Clerk:  None on the desk, Mr. Speaker.

14   Paul Renner:  Is there debate?  Seeing none, you're
15   recognized to close.

16   Kelly Skidmore:  Thank you, Mr. Speaker.  Members, this
17   keeps the prohibition on non-citizens and those with certain
18   felony convictions from handling or collecting voter
19   registration applications, but clarifies that it is in the
20   organization's best knowledge.  Otherwise, voter registration
21   organizations likely have no choice but to conduct full criminal
22   background checks and immigration checks on anyone who even
23   volunteers to assist with voter registration drives.  This is an
24   undue burden and will lead to many organizations ceasing voter

1    registration activities altogether.  I urge your support of this

2    good amendment.

3        Paul Renner:  Having closed on the amendment, all those in

4    favor of the adoption of the amendment, signify by saying yea.

5        Members:  Yea.

6        Paul Renner:  Opposed, no.

7        Members:  No.

8        Paul Renner:  Show the amendment fails.  Read the next

9    amendment.

10       The Clerk:  Representative Joseph offered the following

11   amendment with title amendment barcode 947595, remove lines 405

12   through 412, and insert an amendment.

13       Paul Renner:  Representative Joseph, you're recognized to

14   explain your amendment.

15       Dotie Joseph:  Thank you, Mr. Speaker.  This amendment is

16   designed to remove language in the bill that intentionally or

17   unintentionally discriminates based on national origin.  As you

18   may or may not know, I happen to be an employment discrimination

19   attorney and have litigated class actions all around the United

20   States, some of which went all the way up to the Supreme Court.

21   Title VII provides that you cannot discriminate based on

22   national origin.

23       This amendment removes parts of line 405 that say that the

24   third-party voter registration organization has to employ

1    somebody who is a United States citizen.  As this body may

2    recognize, there are lots of people who are legally authorized

3    to work in this country such as lawful permanent residents,

4    green card holders, some of which may have been engaged to you

5    all at some point.  And these people should be allowed to work

6    for these organizations.  And we should not force these

7    organizations to illegally discriminate against people in

8    contravention of this country's antidiscrimination laws.  So

9    this language tries to help you to make sure that that illegal

10   employment discriminatory action is removed from the bill.

11        Further, I will add that it has a disproportionate impact

12   on immigrant communities, which is a direct concern as it

13   relates to voting rights when we're looking at immigrant

14   populations, people who speak English as a secondary language,

15   whether we're talking about people who speak primarily Spanish

16   or Haitian Creole in the State of Florida, and it will have a

17   disproportionate adverse impact on these communities which

18   directly impacts our ability to engage in the voting process.

19   That is the amendment.

20        Paul Renner:  Any questions to the sponsor?  Questions to

21   the sponsor?  Any questions to the sponsor?  You have questions

22   to the sponsor?  I can't get any questions for the sponsor.  All

23   right.  All right.  Any amendments to the amendment?

24        The Clerk:  None on the desk, Mr. Speaker.

1      Paul Renner:  Are there any substitute amendments?

2      The Clerk:  None on the desk, Mr. Speaker.

3      Paul Renner:  Any debates?  Any debate?  Representative

4   Eskamani, you're recognized.

5      Anna Eskamani:  Thank you, Mr. Speaker.  I just want to say

6   thank you to Representative Joseph for this amendment.  I

7   wholeheartedly agree with you.  I'm a first generation kid.  My

8   parents were immigrants who came to this country from Iran.  And

9   when I was at UCF, we have so many international students that

10  weren't able to vote but wanted to help in the democratic

11  process.  They came to this country because they admire our

12  freedom.  They admire an electoral process where your vote does

13  count.  And for so many of those cases, we were able to plug in

14  those students to helping us do voter registration.

15      It just doesn't make sense that we set restrictions because

16  someone doesn't have citizenship status when we have all of

17  these other statuses and well-vetted programs that ensure that

18  these are individuals who we trust to work in our country.  We

19  trust them to be our pharmacists.  We trust them to be our

20  doctors.  We trust them to handle sensitive data in research.

21  Yet, now we're saying they can't hold a voter registration form?

22  It does not make sense and it echoes the points Representative

23  Joseph made.  So I encourage folks to support this amendment.

27

1       Chuck Clemons:   Time having concluded on debate, you're

2   recognized to close on your amendment.

3       Dotie Joseph:   Thank you, Mr. Speaker.   I don't how to make

4   it more plain.   This language in the bill discriminates based on

5   national origin.   That is a protected class under Title VII of

6   our antidiscrimination laws, both at the federal level and at

7   the state level.   It may not matter to some of us, but I am

8   pointing it out.   It will have a disproportionate and negative

9   impact on the Cuban American population, on the Haitian American

10  population, on the Venezuelan American population, and all

11  populations where English is not the primary language.   And not

12  just English is not the primary language, where U.S. citizenship

13  is not the basis.

14      There are lots of other legal statuses that allow people to

15  work legally in this country, we should recognize that and not

16  force these third-party voter registration groups to engage in

17  this discrimination as well as add a fine.

18      Chuck Clemons:   Representative Joseph having closed on her

19  amendment, all those in favor of said amendment, please say,

20  yea.

21      Members:   Yea.

22      Chuck Clemons:   All those opposed, no.

23      Members:   No.

1      Chuck Clemons:  Show the amendment fails.  Read the next

2  amendment.

3      The Clerk:  Representative Bartleman offered the following

4  amendment, barcode 003387, remove lines 408 through 410, and

5  insert an amendment.

6      Chuck Clemons:  Representative, before I call on you, I'm

7  just getting into the saddle.  Ladies and gentlemen, we have two

8  minutes and 39 seconds total – not for each but total for the

9  entire amendment.  So Representative Bartleman, when you start,

10  it will begin the two minutes and 39 seconds.  You may begin.

11      Robin Bartleman:  Thank you, Mr. Speaker.  As written, this

12  bill would prevent individuals who are legally authorized in the

13  United States from being employed to collect or handle voter

14  registration applications.  This is a large segment of our

15  workforce and hundreds if not thousands of Floridians who are

16  legally authorized to work will lose employment opportunities.

17  This is discriminatory in nature.

18      The speaker in questioning said we don't want these people

19  to collect the paperwork.  Well, these individuals are legally

20  authorized to work in the United States, and they work for our

21  local election offices, the Florida Department of Highway Safety

22  and Motor Vehicles where they collect or handle voter

23  registration applications.  Let me start that again.  Where they

1  collect and handle voter registration applications.  And some

2  may even work at the state's Division of Elections.

3      So why are they allowed to work for all of these government

4  entities and not be allowed to work for a third party?  This

5  doesn't make sense.  So this amendment would ensure that

6  individuals who are not U.S. citizens but are legally authorized

7  to work in the United States are able to collect or handle voter

8  registration applications on behalf of the organization.  And I

9  ask for your support.

10      Chuck Clemons:  Questions?  Questions about the amendments?

11      The Clerk:  None on the desk, Mr. Speaker.

12      Chuck Clemons:  Any substitute amendments?

13      The Clerk:  None on the desk, Mr. Speaker.

14      Chuck Clemons:  We're in debate.  Representative Rayner-

15  Goolsby.

16      Michele Rayner:  Thank you so much.

17      Chuck Clemons:  One minute, 12 seconds.

18      Michele Rayner:  Thank you so much, Mr. Speaker.  Real

19  quickly, Representative Bartleman, I think that this amendment

20  is a great amendment.  This is what we've talked about in

21  committee.  And once again, this portion of this amendment isn't

22  accepted.  It's discriminatory on its face.  So, thank you.

23      Chuck Clemons:  Other debate?  Other members in debate?

24  Representative Bartleman, you're recognized to close.

1    Robin Bartleman:  Thank you, Mr. Speaker.  This is

2    discriminatory.  These are people who are working in our banks

3    with sensitive information.  They are your accountants.  They're

4    performing heart surgery on you.  They're working in your

5    hospitals.  They're taking care of your children.  Those are the

6    most important things in our lives.  You propose that they're

7    not qualified or can't be trusted to collect paperwork?  And by

8    the way, at the DMV, they're collecting this paperwork anyway.

9    So why don't you just accept this amendment so we're not

10   discriminating against hardworking people who are legally

11   authorized to work in this country.  Thank you very much.

12        Chuck Clemons:  Representative Bartleman having closed on

13   the amendment, barcode 003387, all those in favor say yea.

14        Members:  Yea.

15        Chuck Clemons:  All those opposed say no.

16        Members:  No.

17        Chuck Clemons:  Show the amendment fails.  Read the next

18   amendment.

19        The Clerk:  Representative Hart offered the following

20   amendment with title amendment barcode 978727, remove lines 432

21   through 543 and insert an amendment.

22        Chuck Clemons:  Representative Hart, you're recognized.

23        Dianne Hart:  Thank you, Mr. Speaker.  In this bill, we

24   require third-party organizations to provide receipts.  I

1  believe that that is going to handicap many organizations.  And

2  it's interesting that we're doing this and I really would like

3  to know what do we plan to have in it.  But this amendment

4  removes the requirement for third-party voter registration

5  organizations to provide a receipt to voters because this

6  creates an administrative burden that could discourage voter

7  registration drives and provides no real benefit to the voters

8  and could be used to unfairly attack community groups by bad

9  actors.  That is the amendment.

10       Chuck Clemons:  Questions to the sponsor?  Any questions to

11  the sponsor?  Any amendments to the amendment?

12       The Clerk:  None on the desk, Mr. Speaker.

13       Chuck Clemons:  Substitute amendments?

14       The Clerk:  None on the desk, Mr. Speaker.

15       Chuck Clemons:  We're open for debate.  Any member wishing

16  to debate?  Representative Hart, you're recognized to close.

17       Dianne Hart:  Thank you, Mr. Speaker.  My question is,

18  who's going to create the receipt?  What's going to be required

19  to be on the receipt?  Who's going to be responsible for

20  ensuring that the receipt gets to whomever it is that we're

21  asking?  Is it the voter?  Is it the supervisor of elections

22  office where this receipt must be turned in?  Who's going to be

23  the person responsible for holding on to that receipt book or

24  form until it gets to the right location?  So for me I think

1  that this is an unnecessary step that will burden organizations,

2  third-party organizations.  Who's going to pay for them to be

3  able to hire people just to keep up with the receipts?

4      So I'm asking for your favorable support on this amendment.

5  I just believe that this is an unnecessary part in this bill.

6  So thank you and I ask for your favorable support.

7      Chuck Clemons:  Representative Hart having closed on her

8  amendment, barcode 978727, all those in favor say yea.

9      Members:  Yea.

10     Chuck Clemons:  All those opposed say no.

11     Members:  No.

12     Chuck Clemons:  Show the amendment fails.  Read the next

13  amendment.

14     The Clerk:  Representative Eskamani offered the following

15  amendment with title amendment barcode 955301, remove line 441,

16  insert an amendment.

17     Chuck Clemons:  Representative Eskamani, you're recognized.

18     Anna Eskamani:  Thank you, Mr. Speaker.  Okay, members, so

19  you just heard about the receipts that will be developed by the

20  Department of State Division of Elections that third-party voter

21  registration organizations have to pass out when they register

22  you to vote as documentation that they register you to vote with

23  the intent, as the bill sponsor enumerated, so you know if some

1  situation happens and your form was not submitted, there is a

2  paper trail, if you will.

3      So one of my concerns that I brought up in committee when I

4  saw this in State Affairs was what happens when an organization

5  is falsely accused of registering someone to vote or falsely

6  accused, not giving them with a receipt?  Because the way I

7  interpret the bill is that there's nothing preventing someone

8  with ill intent to say, well, this organization registered me to

9  vote.  I never got registered.  It's your fault that I wasn't

10  registered.  I wasn't given a receipt.

11      Basically, they create a scenario where social media could

12  erupt and it goes viral.  Accusing an organization of not doing

13  their job when they never actually met that person, never

14  actually registered the person to vote.  And really it just

15  becomes a she said/they said type of situation.

16      So what this amendment does is that it does create

17  penalties if someone falsely accuses a third-party voter

18  registration organization of not giving them a receipt.  So

19  that's all this amendment does.  Thank you, Mr. Speaker.

20      Chuck Clemons:  Any questions?  Any questions of the

21  sponsor?  Questions of the sponsor?  Seeing no questions, are

22  there any amendments to the amendment?

23      The Clerk:  None on the desk, Mr. Speaker.

24      Chuck Clemons:  Any substitute amendments?

34

1        The Clerk:  None on the desk, Mr. Speaker.

2        Chuck Clemons:  Any debate?  Any debate?  You're recognized

3   to close, Representative Eskamani.

4        Anna Eskamani:  Thank you, Mr. Speaker.  Again, members,

5   this amendment does not change anything in the bill, but it just

6   adds to it that if someone falsely accuses a third-party voter

7   registration organization of not providing them with a receipt,

8   and they were never actually registered by that group.  They

9   don't even know the group.  They're just throwing accusations

10  out there to tarnish their brand, to potentially try to get an

11  investigation, you know, commenced on them for no reason, which

12  by the way can pull an organization away from their job of

13  registering people to vote.  It can be an expense of resources.

14  We're just creating some sort of penalty to stop someone, to

15  disincentivize someone from doing that.

16       So I do hope, folks, you know, support this amendment and

17  thank you, Mr. Speaker for the time.

18       Chuck Clemons:  Representative Eskamani having closed on

19  her amendment, barcode 955301, all those in favor say yea.

20       Members:  Yea.

21       Chuck Clemons:  All those opposed say no.

22       Members:  No.

23       Chuck Clemons:  Show the amendment fails.  Read the next

24  amendment.

1      The Clerk:  Representative Skidmore offered the following

2   amendment with title amendment barcode 520495, remove line 441,

3   and insert an amendment.

4      Chuck Clemons:  Representative Skidmore, you are recognized

5   to present your amendment.

6      Kelly Skidmore:  Thank you, Mr. Speaker.  Please show it

7   withdrawn.

8      Chuck Clemons:  Show the amendment withdrawn.  Read the

9   next amendment.

10     The Clerk:  Representative Hinson offered the following

11  amendment, barcode 385157, remove lines 456 through 457, and

12  insert an amendment.

13     Chuck Clemons:  Representative Hinson, you are recognized

14  to present your amendment.

15     Yvette Hinson:  Thank you, Mr. Speaker.  I believe that

16  amendment was withdrawn.  I have another amendment.

17     Chuck Clemons:  Show the amendment barcode 385157 has been

18  withdrawn by the sponsor.  Read the next amendment.

19     The Clerk:  Representative Skidmore offered the following

20  amendment, barcode 189875, remove line 48, and insert an

21  amendment.

22     Chuck Clemons:  Representative Skidmore, you're recognized.

23     Kelly Skidmore:  Thank you, Mr. Speaker.  This amendment

24  removes line 488 and adds as an additional part - 10 percent of

36

1  the third-party voter registration organization operating budget

2  as an alternative fine.  The amendment still keeps the financial

3  penalties for voter registration organizations that do break the

4  law.  But prevents organizations from being bankrupted with

5  these financial penalties, and it holds those who break the law

6  accountable while ensuring that organizations who make genuine

7  mistakes are not shuttered.  That is the amendment, Mr. Speaker.

8      Chuck Clemons:  Any questions to Representative Skidmore?

9  Any questions of the sponsor?  Seeing no questions to the

10 sponsor, any amendments to the amendment?

11     The Clerk:  None on the desk, Mr. Speaker.

12     Chuck Clemons:  Any substitute amendments?

13     The Clerk:  None on the desk, Mr. Speaker.

14     Chuck Clemons:  We're open for debate.  Debate on

15 Representative Skidmore's amendment.  Seeing no debate, you're

16 recognized to close on your amendment.

17     Kelly Skidmore:  Thank you, Mr. Speaker.  You know members,

18 some of these third-party voter registration organizations are

19 just small organizations trying to do their civic duty.  This is

20 an alternative fine of just 10 percent of their voter

21 registration operating budget, which is still a significant fine

22 for a small organization.  So if what you're trying to do is

23 punish those who are doing things intentionally wrong – fine.

24 But for those who make a mistake and don't have the resources to

1    pay these exorbitant fines, at least you have the ability to

2    punish them with a 10 percent fine of their operating budget.

3    It's good business sense.  It's good fiscal policy, and you

4    should adopt this amendment.  Thank you, Mr. Speaker.

5        Chuck Clemons:  Representative Skidmore having closed on

6    her amendment, barcode 189875, all those in favor say yea.

7        Members:  Yea.

8        Chuck Clemons:  All those opposed say nay.

9        Members:  No.

10       Chuck Clemons:  Show the amendment fails.  Read the next

11   amendment.

12       The Clerk:  Representative Driskell offered the following

13   amendment, barcode 738893, remove line 48, and insert an

14   amendment.

15       Chuck Clemons:  Leader Driskell.

16       Fentrice Driskell:  Thank you, Mr. Speaker, and good

17   morning.  Members, this is a simple amendment that changes the

18   aggregate fines from $250,000 back to $60,000.  Because the

19   current bill raises the aggregate annual fines for voter

20   registration organizations to $250,000.  This amendment would

21   still raise it from $50,000 to $60,000 to deter bad actors.

22   However, what we're trying to do is make sure that we don't

23   punish good actors who play a vital role in our democratic

1    process.  Fines were raised from $1,000 to $50,000 in 2021.

2    That's part of what we did as Senate Bill 90.

3         So if this bill were to pass today, what it means is that

4    we would have raised fines from $1,000 to $250,000 in two years.

5    That's way too much.  It's onerous.  Mr. Speaker, that's the

6    amendment.

7         Chuck Clemons:  Having explained her amendment, are there

8    any questions of the sponsor?  Any questions of the sponsor?

9    Any amendments to the amendment?

10        The Clerk:  None on the desk, Mr. Speaker.

11        Chuck Clemons:  Are there any substitute amendments?

12        The Clerk:  None on the desk, Mr. Speaker.

13        Chuck Clemons:  Debate.  Members wishing to debate?  Leader

14   Driskell, you're recognized to close on your amendment.

15        Fentrice Driskell:  Thank you, Mr. Speaker, and I would say

16   that we live in times where we can all understand and feel the

17   shared pain of rising costs.  But to go from $1,000 to $250,000

18   for fines in two years is just unconscionable.  We know that

19   many of these organizations simply don't have the budget for

20   those types of fines.  Now, we do want fines.  You know, if you

21   want fines to be meaningful rather, then you should vote for

22   this amendment.  Because like I said, it does raise it to

23   $60,000 which is a meaningful fine.  But I think anything else

24   is really just tantamount to wanting to put these organizations

1   out of business, which is something that we should not do.  It

2   will have a chilling effect on volunteer registration

3   organizations.

4       One in ten black and Hispanic voters are registered by

5   third-party voter registration groups according to research by

6   the University of Florida, which I know many of you love.  So

7   let's listen to University of Florida and their data and let's

8   make sure that we're still allowing a pathway for people to get

9   registered to vote.  Thank you.

10      Chuck Clemons:  Representative Driskell having closed on

11  her amendment and cheering the University of Florida, we know

12  proceed to vote on the amendment, barcode 738893.  All those in

13  favor say yea.

14      Members:  Yea.

15      Chuck Clemons:  All those opposed say no.

16      Members:  No.

17      Chuck Clemons:  Show the amendment fails.  Read the next

18  amendment.

19      The Clerk:  Representative Cassel offered the following

20  amendment, barcode 799541, remove line 540, and insert an

21  amendment.

22      Chuck Clemons:  Representative Cassel, you're recognized to

23  explain your amendment.

1 Hillary Cassel:  Thank you, Mr. Speaker.  This is a pretty

2 simple amendment.  It makes it clear that third-party

3 organizations who fill out forms with applicants' permission are

4 exempt from the bill's prohibition on providing prefilled out

5 forms.  The reason for this amendment is to prevent confusion

6 and make sure people are not afraid to provide or seek

7 assistance on filling out these forms.  That is the amendment,

8 Mr. Speaker.

9 Chuck Clemons:  Questions to the sponsor?  Any member

10 having questions to the sponsor?  Seeing no questions, are there

11 any amendments to the amendment?

12 The Clerk:  None on the desk, Mr. Speaker.

13 Chuck Clemons:  Are there any substitute amendments?

14 The Clerk:  None on the desk, Mr. Speaker.

15 Chuck Clemons:  Any debate?  No debate?  Representative

16 Cassel, you're recognized to close on your amendment.

17 Hillary Cassel:  Thank you, Mr. Speaker.  I'll keep my

18 debate short.  We know that these forms can be complicated.

19 They're not always in the native language of all applicants.  So

20 to be able to have assistance with their consent to fill out

21 these forms, it's a simple and great amendment to make sure our

22 constituents have the right to register to vote when they're

23 ready to.  So I urge you all to support it.

1      Chuck Clemons:  Representative Cassel, she has closed on

2  her amendment, barcode 799541.  All those in favor say yea.

3      Members:  Yea.

4      Chuck Clemons:  All those opposed say no.

5      Members:  No.

6      Chuck Clemons:  Show the amendment fails.  Read the next

7  amendment.

8      The Clerk:  Representative Skidmore offered the following

9  amendment with title amendment barcode 841973, remove line 542

10  and insert an amendment.

11      Chuck Clemons:  Representative Skidmore, you're recognized.

12      Kelly Skidmore:  Thank you, Mr. Speaker.  Would you please

13  show that amendment withdrawn?

14      Chuck Clemons:  Show the amendment withdrawn, barcode

15  841973.  Read the next amendment.

16      The Clerk:  Representative Arrington offered the following

17  amendment, barcode 978145, remove line 575 and insert an

18  amendment.

19      Chuck Clemons:  Representative Arrington, you are

20  recognized.

21      Kristen Arrington:  Thank you, Mr. Speaker.  In November

22  2018, nearly 65 percent of Florida voters approved Amendment 4,

23  a constitutional amendment that automatically restored voting

24  rights to most Floridians with past convictions who had

1   completed their terms of sentence.  The change to the state

2   constitution was estimated to impact an estimated 1.5 million

3   Floridians according to the Sentencing Project and the Brennan

4   Center for Justice.

5       I went online to the Florida Division of Elections website

6   to research how a returning citizen would find out if they are

7   eligible to have their voter rights restored and if they are

8   eligible to vote.  There wasn't a clear answer.  But a person

9   can ask for an advisory opinion from the Florida Division of

10  Elections, and they have to follow a specific and tedious list

11  of how they request that opinion.  We are making it hard for

12  returning citizens to vote even though the voters of Florida

13  overwhelmingly supported this initiative.

14      We are voting on legislation today that will basically make

15  a voter registration card a useless piece of paper.  It's not a

16  guarantee to vote, and it's not a guarantee you are eligible to

17  vote.  My amendment would add to the items included on new voter

18  registration cards that if someone has questions about their

19  eligibility, they are to call the Secretary of State, Cord Byrd,

20  at (850) 245-6500, and that the voter is entitled to assistance

21  in his or her primary language.  That is the amendment, Mr.

22  Speaker.

1     Chuck Clemons:  The sponsor has explained her amendment.

2  Are there any questions?  Any questions to Representative

3  Arrington?  Seeing no questions, any amendment to the amendment?

4     The Clerk:  None on the desk, Mr. Speaker.

5     Chuck Clemons:  Are there any substitute amendments?

6     The Clerk:  None on the desk, Mr. Speaker.

7     Chuck Clemons:  Open for debate.  Representative Harris,

8  you're recognized in debate.

9     Rita Harris:  Thank you, Mr. Speaker.  Representative

10  Arrington, I think this is such a good amendment.  I do believe

11  that people do get confused when they receive a card.  The

12  assumption is that they are eligible to vote.  And I think by

13  putting that number on there, people can call directly and find

14  out about their eligibility status, and therefore prevent

15  getting, you know, accused of a crime.  So thank you so much for

16  this good amendment.

17     Chuck Clemons:  Representative Hunschofsky, you've got 30

18  seconds.  You're recognized.

19     Christine Hunschofsky:  Thank you so much, Representative

20  Arrington for this.  Just to make sure that the onus, the burden

21  is not shifted on to the people.  So thank you so much for this

22  good amendment.

1        Chuck Clemons:  Any further debate?  Further debate?

2   Representative Arrington, you're recognized to close on your

3   amendment.

4        Kristen Arrington:  Thank you, Mr. Speaker.  Besides us

5   needing to provide an option for folks to find out if they're

6   eligible, we also want to make sure that this information is

7   available to them in their primary language.  With that I close.

8        Chuck Clemons:  Representative Arrington having closed on

9   her amendment, barcode 978145, all those in favor say yea.

10       Members:  Yea.

11       Chuck Clemons:  All those opposed say no.

12       Members:  No.

13       Chuck Clemons:  By your vote show the amendment fails.

14       [Off topic 1:08:47- 1:09:28]

15       Read the next amendment.

16       The Clerk:  Representative Williams offered the following

17   amendment, barcode 022435, remove line 634 and insert an

18   amendment.

19       Chuck Clemons:  Representative Williams, you're recognized

20   to explain your amendment.

21       Patricia Williams:  Thank you, Mr. Speaker.  This amendment

22   will require the supervisor of election to notify voters by

23   mail, phone, and email when there is a question about their

24   address.

1    Chuck Clemons:  Any questions to the sponsor?  Are there

2    any amendments to the amendment?

3    The Clerk:  None on the desk, Mr. Speaker.

4    Chuck Clemons:  Are there any substitute amendments?

5    The Clerk:  None on the desk, Mr. Speaker.

6    Chuck Clemons:  We're open for debate.  Representative

7    Eskamani wishes to debate.  You're recognized.

8    Anna Eskamani:  Thank you, Mr. Speaker.  I just want to

9    thank my seatmate, Rep. Williams, for this amendment.  This is a

10   good simple amendment.  Folks are transient.  Folks are always

11   moving.  You want to make sure you have different contact

12   options to check in on someone, see what their voter status is,

13   and so I think this is a good amendment to support.  Thank you,

14   Mr. Speaker.

15   Chuck Clemons:  Representative Williams, you are welcome to

16   close on your amendment.

17   Patricia Williams:  Thank you, Mr. Speaker.  Due to the

18   housing crisis that Florida is under, if you move from the

19   location that you are originally registered to vote at, you

20   would have the opportunity to change your address and make sure

21   that you still have the opportunity to participate in this

22   process.  That's the bill.

23   Chuck Clemons:  Representative Williams having closed on

24   her amendment, barcode 022435, all those in favor say yea.

1        Members:  Yea.

2        Chuck Clemons:  All those opposed say no.

3        Members:  No.

4        Chuck Clemons:  Members, by your vote show the amendment

5    fails.  Read the next amendment please.

6        The Clerk:  Representative Skidmore offered the following

7    amendment, barcode 883951, remove line 634 and insert an

8    amendment.

9        Chuck Clemons:  Representative Skidmore.

10       Kelly Skidmore:  Thank you, Mr. Speaker.  Show the

11   amendment withdrawn.

12       Chuck Clemons:  Representative Skidmore withdraws her

13   amendment, barcode 883951.  Please read the next amendment.

14       The Clerk:  Representative Woodson offered the following

15   amendment with title amendment barcode 146751.

16       Chuck Clemons:  Representative Woodson, you are recognized.

17       Marie Woodson:  Thank you, Mr. Speaker.  This amendment is

18   a simple amendment.  It really – we should not put more burden

19   on the supervisor of election.  The amendment is asking to

20   remove lines 732 to 742 because of redundancy purposes.  This is

21   our amendment, Mr. Speaker.

22       Chuck Clemons:  Any questions of Representative Woodson?

23   Representative Daniels, you rise for a question.  You're

1    standing up holding your microphone.  Okay.  If you don't want

2    to talk, sit down and put your microphone up.  It would be good.

3         Anybody who would like to ask Representative Woodson

4    questions, please stand?  Seeing no questions.  Are there any

5    amendments to the amendment?

6         The Clerk:  None on the desk, Mr. Speaker.

7         Chuck Clemons:  Are there any substitute amendments?

8         The Clerk:  None on the desk, Mr. Speaker.

9         Chuck Clemons:  Any debate?  Representative Daniels, you're

10   recognized for a debate.

11        Kimberly Daniels:  Thank you very much, Mr. Speaker.  I

12   just would like to say that this is a great amendment.  We don't

13   want to put more work on our supervisor of election offices and

14   vote up on this amendment.

15        Chuck Clemons:  Any further debate on Representative

16   Woodson's amendment?  Representative Woodson, you are welcome to

17   close on your amendment.

18        Marie Woodson:  Thank you, Mr. Speaker.  We know that the

19   supervisor of election is already doing what is requested in the

20   bill by coordinating with the other entities in order to provide

21   that information.  It's there and we know they are overworked as

22   well.  So why are we trying to put an undue burden on the

23   supervisor of election?  So members, this is a common sense

48

1  amendment.  I'm asking for your support on it.  Let's vote up on

2  this amendment.  Thank you, Mr. Speaker.

3       Chuck Clemons:  Representative Woodson having closed on her

4  amendment, barcode 146751, all those in favor say yea.

5       Members:  Yea.

6       Chuck Clemons:  All those opposed say no.

7       Members:  No.

8       Chuck Clemons:  Members by your vote show the amendment

9  fails.  Before we go to the next amendment, Representative

10  Shoaf, I'm sorry I stole his thunder.  You're recognized for

11  some fantastic introductions.

12       [Off topic 1:13:24-1:14:45]

13       Chuck Clemons:  Read the next amendment.

14       The Clerk:  Representative Williams offered the following

15  amendment, barcode 237207, remove lines 767 through 804, and

16  insert an amendment.

17       Chuck Clemons:  Representative Williams, you're recognized.

18       Patricia Williams:  Thank you, Mr. Speaker.  This amendment

19  will require the supervisor of election to notify voters by

20  mail, phone, and email when they are being taken off the voter's

21  roll.

22       Chuck Clemons:  Any questions of the sponsor?  Are there

23  any amendments to the amendment?

24       The Clerk:  None on the desk, Mr. Speaker.

49

1        Chuck Clemons:  Are there any substitute amendments?

2        The Clerk:  None on the desk, Mr. Speaker.

3        Chuck Clemons:  We are open for debate.  Representative

4    Rayner-Goolsby from Representative Hunschofsky's desk, you're

5    recognized.

6        Michele Rayner:  Thank you so much, Mr. Speaker.  And Rep.

7    Williams, this is such a good amendment because the issue of

8    notice has been such a deep concern, and we have seen especially

9    with our people, black and brown folks, that they are getting

10   arrested, and they had no idea that they did anything wrong.  So

11   I love that you are keeping the burden on the state in order to

12   make sure they notify folks.  So I think everyone should vote up

13   on this very good amendment.

14       Chuck Clemons:  Representative Hinson.

15       Yvette Hinson:  Thank you, Mr. Speaker.  Rep. Williams,

16   this is a great amendment.  Members, this is a great amendment

17   because there literally chaos can exist at supervisors of

18   elections on voting day because people arrive not knowing

19   they've been purged from the polls.  We need to find a way to

20   let them know, give notice, that they need to update their

21   registration.  Thank you, thank you so much, Representative.

22       Chuck Clemons:  For the debate?  For the debate?

23   Representative Harris in debate.

1      Rita Harris:  Thank you, Mr. Speaker.  Representative, this

2   is, I would say, probably one of the best amendments.  Because I

3   think knowing if you're able to vote is really important.  And

4   having an email sent or a text alert letting you know that

5   you've been purged off the rolls allows you to go in and re-

6   register.  Because voting is the basic, a foundation of this

7   democracy and being able to vote is so important, and knowing if

8   you're not able at that moment to vote is also very important.

9   So thank you for this very good amendment.

10     Chuck Clemons:  Any further debate?  Representative

11  Williams, you're recognized.

12     Patricia Williams:  Thank you, Mr. Speaker.  Life is so

13  short.  We have no idea what people are going through.  We have

14  mental health crisis going around.  We have people being

15  displaced.  This will give everyone the opportunity to still be

16  able to participate in the voting process.  That's the

17  amendment, Mr. Speaker.

18     Chuck Clemons:  All right.  As time expires, Representative

19  Williams have closed on her amendment, barcode 237207.  All

20  those in favor, please say yea.

21     Members:  Yea.

22     Chuck Clemons:  All those opposed say no.

23     Members:  No.

1      Chuck Clemons:  Show the amendment fails.  Read the next

2   amendment, please.

3      The Clerk:  Representative Skidmore offered the following

4   amendment, barcode 179121, remove line 875 and insert an

5   amendment.

6      Chuck Clemons:  Representative Skidmore.

7      Kelly Skidmore:  Thank you, Mr. Speaker.  This amendment

8   removes the affidavit requirement that someone needs to provide

9   to the supervisor of elections if they can't attend a

10   determination of eligibility.  And it allows them to submit a

11   written or oral request with information as to why they cannot

12   physically attend the hearing.  That is the amendment, Mr.

13   Speaker.

14      Chuck Clemons:  Questions to the sponsor?  Are there any

15   questions for Representative Skidmore?  Seeing no questions, are

16   there any amendments to the amendment?

17      The Clerk:  None on the desk, Mr. Speaker.

18      Chuck Clemons:  Are there any substitute amendments?

19      The Clerk:  None on the desk, Mr. Speaker.

20      Chuck Clemons:  Any debate?  Seeing no debate -- oh, there

21   is debate.  Representative Gantt, you're recognized in debate.

22      Ashley Gantt:  Thank you, Mr. Speaker.  Thank you, Rep.

23   Skidmore for this common sense amendment.  Why is it common

24   sense?  When you have an affidavit, it needs to be signed by a

1 notary.  That is going to create an undue burden on the process

2 of having someone be able to access their ballot.  And it's

3 going to create an undue burden on the supervisors of elections

4 office because if there already aren't notaries in the office,

5 they will have to pay for employees to become notaries.

6      And, also, there is already a hard task for supervisors of

7 elections for getting employees.  So adding this extra layer of

8 having to have a sworn notary present at all times because you

9 never know when someone is going to come and need to fill out

10 the affidavit, it's just an undue burden.  And we're not

11 providing any additional funding to supervisor of elections.

12 We're not providing any additional grants or anything for the

13 notary process to be able to facilitate this new requirement for

14 an affidavit.

15      So I encourage everyone to think about the common sense

16 practicality and applicability of this provision and vote up on

17 this very great amendment.  Thank you.

18      Chuck Clemons:  Other debates?  Other debate?  Seeing none,

19 Representative Skidmore, you're recognized.

20      Kelly Skidmore:  Thank you, Mr. Speaker.  And thank you for

21 that, Rep. Gantt.  It is not easy to get an affidavit.  It is

22 not.  And if you are going to miss a hearing because you picked

23 up another shift at work, you have a sick child, you have an

24 emergency, you are not going to have enough time as a voter to

1  get that affidavit signed and into the supervisor of elections.

2  You should be able to call.  You should be able to submit

3  something in writing that gives the reason of the emergency of

4  why you cannot attend that hearing.

5       Please vote up on this common sense amendment.

6       Chuck Clemons:  Having closed on her amendment, we will now

7  proceed to vote on Representative Skidmore's barcode 865037.

8  All those in favor, say yea.

9       Members:  Yea.

10       Chuck Clemons:  All those opposed, no.

11       Members:  No.

12       Chuck Clemons:  Members, by your votes, it shows the

13  amendment fails.  Please read the next amendment.

14       The Clerk:  Representative Skidmore offered the following

15  amendment with directory and title amendment, barcode 865037,

16  between lines 928 and 929 insert an amendment.

17       Chuck Clemons:  Representative Skidmore.

18       Kelly Skidmore:  Thank you, Mr. Speaker.  Members, this is

19  a complicated process that you're creating for voters.  You're

20  putting obstacles and burdens in every step of the way.  For

21  voters, it can be very frightening.  They may not understand the

22  process, like many of my colleagues say, especially if their

23  first language is not English.  This amendment gives voters the

1    right to have an attorney during a determination of eligibility

2    hearing.

3         Chuck Clemons:  Any questions for the sponsor?  Any

4    questions for the sponsor?  Seeing no questions, are there any

5    amendments?

6         The Clerk:  None on the desk, Mr. Speaker.

7         Chuck Clemons:  Any substitute amendments?

8         The Clerk:  None on the desk, Mr. Speaker.

9         Chuck Clemons:  We're open for debate.  Open for debate.

10   Seeing no debate, Representative Skidmore, you're recognized.

11        Kelly Skidmore:  Thank you, Mr. Speaker.  You know the

12   harder you make it for people to be able to register to vote,

13   the harder you make it for people to be able to vote, the more

14   help they need.  This amendment makes sure that in an

15   eligibility hearing, a hearing, that that voter has the right to

16   have an attorney present.  It's fundamental.  It's American.

17   It's the most American, as we like to say in this chamber, to

18   have – I see you laughing with me, Rep. Salzman - to have

19   representation with you when you are in a hearing.  This

20   amendment does that.  Please vote yes on this amendment.

21        Chuck Clemons:  Representative Skidmore, having closed on

22   her amendment, this is barcode 865037, all those in favor say

23   yea.

24        Members:  Yea.

1      Chuck Clemons:  All those opposed say no.

2      Members:  No.

3      Chuck Clemons:  By your vote, show the amendment fails.

4  Please read the next amendment from Representative Skidmore.

5      The Clerk:  Representative Skidmore offered the following

6  amendment and title amendment, barcode 112319, between lines 928

7  and 929 insert the amendment.

8      Chuck Clemons:  Representative Skidmore.

9      Kelly Skidmore:  Thank you, Mr. Speaker.  So in the same

10  vein, members, if someone does not have the ability to

11  physically attend a hearing of eligibility, we should allow them

12  to be there with audio/video appearance.  So it just adds, in

13  addition to being able to physically be there, if you're unable

14  to physically be there, we live in a world of Zoom.  We are

15  still using Zoom, and GoTo Meeting, and all these different

16  technologies that help us be in several places at one time.  If

17  you're going to force voters into these eligibility hearings,

18  then you just need to let them be able to appear by video.

19  That's the amendment, Mr. Speaker.

20      Chuck Clemons:  Any questions of the sponsor?  Any

21  questions of the sponsor?  Seeing no questions, amendments to

22  the amendment?

23      The Clerk:  None on the desk, Mr. Speaker.

24      Chuck Clemons:  Are there any substitute amendments?

1        The Clerk:  None on the desk, Mr. Speaker.

2        Chuck Clemons:  Any debate?  We're open for debate.  Seeing

3    no debate, Representative Skidmore, you're recognized to close.

4        Kelly Skidmore:  Thank you, Mr. Speaker.  You know, guys,

5    this is like telehealth.  This is just like all these bills that

6    we've heard during this session that help people get the care

7    they need via telehealth.  This is the same situation where

8    someone needs to attend an eligibility hearing to be able to

9    vote.  The most sacrosanct thing that you allow an American to

10   do and they should be able to appear in that eligibility hearing

11   with video.

12       It is not 1981.  It is 2023.  We need to make sure we are

13   using and availing ourselves of all technology available to help

14   voters be able to vote.  They can't vote if they're ineligible.

15   And if they can't get to their hearing, they can't become

16   eligible.  So please just think about telehealth, how everybody

17   supports it, and make sure you're applying your values and

18   principles across the spectrum of policies that we are

19   discussing, debating, and putting into law.  Please vote yes on

20   this amendment.

21       Chuck Clemons:  Representative Skidmore, having closed on

22   barcode 112319, all those in favor say yea.

23       Members:  Yea.

24       Chuck Clemons:  All those opposed say no.

1      Members:  No.

2      Chuck Clemons:  Show the amendment fails.  Please read the

3   next amendment.

4      The Clerk:  Representative Nixon offers the following

5   amendment with directory and title amendments, barcode 338677,

6   remove lines 1361 through 1375 and insert an amendment.

7      Chuck Clemons:  Representative Nixon, you're recognized.

8      Angela Nixon:  Thank you, Mr. Speaker.  Members, this

9   amendment is about ensuring we protect our democracy and ensure

10  we are doing what the Floridians want and the voters elected us

11  to do.

12     When I was in school, we learned about the separation of

13  powers.  Separation of powers refers to the division of the

14  states, government, and subbranches each with separate

15  independent powers and responsibilities so that the powers of

16  one branch are not in conflict with those of the other branches.

17     This amendment seeks to ensure we have a clear separation

18  of powers by not doing Governor DeSantis' bidding.  This

19  amendment ensures that, if anyone wants to run for president and

20  vice president of the United States, they have to in fact resign

21  to run for office based on them qualifying.

22     Why is this needed?  Simply put, Floridians are concerned.

23  They're concerned that our governor has already launched an

24  unofficial presidential campaign.  If he is not forced to resign

58

1   to run, he will continue to neglect his duties, i.e., be out of

2   the state and pandering to Ohio voters when part of this state

3   is under water.  Last time I checked, being governor was a

4   fulltime job.  Running for president takes a lot of work.  We

5   need the governor of Florida to focus on Florida which is what

6   he took an oath to do.  That is the amendment.

7        Chuck Clemons:  Any questions of the sponsor?  Questions of

8   the sponsor?  Seeing no questions, are there any amendments to

9   the amendment?

10       The Clerk:  None on the desk, Mr. Speaker.

11       Chuck Clemons:  Any substitute amendments?

12       The Clerk:  None on the desk, Mr. Speaker.

13       Chuck Clemons:  We're in debate.  Representative Rayner-

14  Goolsby, from her own desk, you're recognized.

15       Michele Rayner:  Thank you so much, Mr. Speaker.  Yes,

16  surprise, surprise.

17       Representative Nixon, this is such a great amendment

18  because, much like Representative Gantt likes to say, I don't

19  like when we're being played in our faces.  Right?  And I think

20  that, you know, we have to call a thing a thing.  And if you

21  want to run for an office, you should have to resign the seat

22  that you're in and be able to do that.  That's what democracy

23  looks like.  So I think this really will ensure that people will

1   stop playing in our faces and playing in the faces of the

2   Floridian residents.  Thank you.

3        Chuck Clemons:  Representative Harris.

4        Rita Harris:  Thank you, Mr. Speaker.

5        Rep. Nixon, this is such an important amendment.  First of

6   all, there's a conflict of interest.  You know, how can you run

7   for president and also be a governor of any state?  But

8   especially a state that holds so many electoral votes.  So there

9   is impropriety with the illusion of it whether it's happening or

10  not.  Also, like you said, how do you run?  How do you put on a

11  whole campaign, run for president, and also do what you need to

12  do?

13       Chuck Clemons:  Representative Harris, time has expired.

14  Members, we will proceed to vote.  All those in favor of --

15  Representative Nixon, there we go.  There's a bunch of

16  amendments here, ladies and gentlemen.  So we're now going to

17  vote on barcode 338677.  All those in favor, say yea.

18       Members:  Yea.

19       Chuck Clemons:  All those opposed say no.

20       Members:  No.

21       Chuck Clemons:  Show the amendment fails.  But I see five

22  hands.  The clerk will unlock the machine and all members will

23  proceed to vote.

1        All members, have you voted?  Have all members voted?

2   Members, we will lock the machine and record the vote.

3        The Clerk:  Thirty-one yeas, 77 nays, Mr. Speaker.

4        Chuck Clemons:  Show the amendment fails.  Read the next

5   amendment.

6        The Clerk:  Representative Skidmore offered the following

7   amendment with directory and title amendments, barcode 802863,

8   between lines 1366 and 1367 insert an amendment.

9        Chuck Clemons:  Show that amendment withdrawn by the

10  sponsor.  Please read the next bill -- or next amendment.

11       The Clerk:  Representative Bartleman offered the following

12  amendment, barcode 597647, remove lines 1853 through 1883 and

13  insert an amendment.

14       Chuck Clemons:  Representative Bartleman.

15       Robin Bartleman:  Thank you, Mr. Speaker.  This is a very

16  important amendment because it has to do with individuals with

17  disabilities.  Each supervisor of election is required to have

18  an accessible vote-by-mail program.  This requirement was

19  established in March of 2022 due to the settlement of a

20  litigation suit between the State of Florida and the Florida

21  Council of the Blind.

22       All 67 counties have a remote electronic delivery method

23  for voters with disabilities.  Currently, the SOE send vote-by-

24  mail ballots to disabled voters who have requested them and are

1   able to send it back through their personal computer, or using

2   assistive technology, or drop it off.  So we have this in place

3   now.

4        The only thing that this recommended language would do is

5   clarify another Florida statute which already exists, 101.662,

6   which requires Florida to establish an accessible vote-by-mail

7   program for voters with disabilities.

8        This amendment is very necessary and that is because, in

9   line 1853, you list who is allowed to receive ballots

10  electronically and the only people you include are oversea

11  voters.  I mean the oversea voters and uniformed service voters.

12  Individuals with disabilities are not on this list and they

13  should be added to codify existing law.  That's all this

14  amendment does.  It does not narrow it.  It does not limit it.

15  It's putting a group of individuals in the statute so that they

16  can have their vote-by-mail ballots sent electronically.

17       Chuck Clemons:  Any questions of the sponsor?  Any

18  questions of the sponsor?  Any amendments to the amendment?

19       The Clerk:  None on the desk, Mr. Speaker.

20       Chuck Clemons:  Are there any substitute amendments?

21       The Clerk:  None on the desk, Mr. Speaker.

22       Chuck Clemons:  We're in debate.  Representative Snyder,

23  you're recognized in debate.  Forty seconds.

1    John Snyder:  Thank you, Mr. Speaker.  And thank you,

2    Representative Bartleman, for this amendment.  On the face this

3    is one of those issues where we have unanimous agreement that

4    our individuals in the disability community should have every

5    right and have full access to a variety of different alternative

6    formats.

7        Under current statute, the Department of State is required

8    to work with the disability community.  This is an area where we

9    need the innovators to come in.  It's again multiple formats

10   that could be needed depending on the severity of the

11   disability.  So while this is an extremely friendly member, your

12   amendment would in fact make it more difficult for folks with

13   disabilities to vote.

14       Chuck Clemons:  Members, time having expired in our

15   arranged limit, we will now proceed to vote on Representative

16   Bartleman's barcode 597647.  All those in favor say yea.

17       Members:  Yea.

18       Chuck Clemons:  All those opposed say no.

19       Members:  No.

20       Chuck Clemons:  Show the amendment fails.  Please read the

21   next amendment.

22       The Clerk:  Representative Skidmore offered the following

23   amendment with title amendment, barcode 650351, remove lines

24   1889 through 1892 and insert an amendment.

1    Chuck Clemons:  Representative Skidmore, you're recognized.

2    Kelly Skidmore:  Thank you, Mr. Speaker.  This amendment

3    removes lines 1889 through 1892 and requires the validity of an

4    emergency resulting in the delivery of a vote-by-mail ballot to

5    be reviewed by the canvassing board.  That's the amendment.

6    [Off topic 1:33:48-1:35:28

7    Chuck Clemons:  Representative Skidmore, we have resumed

8    the timeclock.  You're recognized.

9    Kelly Skidmore:  Thank you, Mr. Speaker.  I have explained

10   the amendment.

11   Chuck Clemons:  All right.  We're open for questions.

12   Questions?  Are there any amendments to the amendment?

13   The Clerk:  None on the desk, Mr. Speaker.

14   Chuck Clemons:  Are there any substitute amendments?

15   The Clerk:  None on the desk, Mr. Speaker.

16   Chuck Clemons:  We're open for debate.  Any member wishing

17   to debate?  Seeing no debate, Representative Skidmore, you're

18   welcome to close.

19   Kelly Skidmore:  Thank you, Mr. Speaker.  Members, this

20   amendment would direct supervisors of elections to issue an

21   emergency vote-by-mail ballot if a voter needs one and direct

22   the canvassing board to determine if the emergency request is

23   valid.  Currently, the supervisor of election staff determines

24   whether or not to issue an emergency vote by ballot which is not

1   uniform.  So allowing the canvassing board to do this, requiring

2   the canvassing board to do this, is the most appropriate thing.

3   Thank you, Mr. Speaker.

4       Chuck Clemons:  Representative Skidmore, having closed on

5   her amendment, barcode 650351, all those in favor say yea.

6       Members:  Yea.

7       Chuck Clemons:  All those opposed say no.

8       Members:  No.

9       Chuck Clemons:  By your vote, show the amendment fails.

10  Please read the next amendment.

11      The Clerk:  Representative Driskell offer the following

12  amendment with title amendment, barcode 888663, between lines

13  1906 and 1907 insert an amendment.

14      Chuck Clemons:  Leader Driskell, you are recognized to

15  explain your amendment.

16      Fentrice Driskell:  Thank you, Mr. Speaker.  Sorry.  Just a

17  moment.  I'm trying to multitask a little bit too much.

18      Chuck Clemons:  Can you stop the clock and give Leader

19  Driskell a moment to collect her notes.  All right.  Leader

20  Driskell, you're recognized.

21      Fentrice Driskell:  Thank you, Mr. Speaker.  I appreciate

22  that courtesy.

23      So the current bill requires that when the supervisor of

24  elections receives a vote-by-mail ballot envelope returned by a

1   voter with more than one ballot, that the supervisor has to

2   reject both or all of those ballots.  This amendment aims to

3   ensure that voters are contacted and given the opportunity to

4   cure their ballot if they incorrectly submit several ballots or

5   one or more ballots in the same envelope.

6        It would ensure that only one ballot is counted in

7   association with the signed vote-by-mail envelope and would

8   direct the Department of State to develop procedures by rules

9   that consider differences in how various counties process vote-

10  by-mail ballots and determining eligibility with input from our

11  67 supervisors of elections and other interested parties.  And

12  that is the amendment.

13       Chuck Clemons:  Any questions for Leader Driskell?  Any

14  questions of Leader Driskell?  Any amendments to the amendment?

15       The Clerk:  None on the desk, Mr. Speaker.

16       Chuck Clemons:  Any substitute amendments?

17       The Clerk:  None on the desk, Mr. Speaker.

18       Chuck Clemons:  Open for debate.  We're open for debate.

19  Anyone wishing to debate?  Leader Driskell, you're recognized to

20  close on your amendment.

21       Fentrice Driskell:  Thank you, Mr. Speaker.  You know,

22  oftentimes it's said that to be human is to err.  We know that

23  while those of us in this body, the 119 of us here, are very

24  engaged in the civic process and we are following everything

1   that's happening in state government and probably nationally and

2   locally too, most Floridians are just trying to work their day

3   job.  They just want to be able to save for retirement and take

4   care of their family.  And maybe they do like to vote in

5   elections, but maybe sometimes they just happen to get some

6   things wrong.

7        I can imagine an elderly couple filling out their vote-by-

8   mail ballots together and trying to, in a way of efficiency,

9   including both of their ballots in an envelope.  The way that

10  the bill is drafted right now, the supervisor of elections would

11  have to reject both of those ballots.  But surely, we could

12  develop simple rules to find a curative process to count the

13  ballot that should have been associated with that envelope.  It

14  wouldn't be very difficult to do.

15       Maybe it require a phone call.  Maybe it might require an

16  email.  If it's far enough in advance, it could include written

17  mail.  We would certainly leave that to the providence of the

18  Department of State to work out those procedures.  But the point

19  of it is, is that, for our representative democracy to work as

20  well as it can, we need as much participation as possible.  So

21  let's not just automatically discount when people might make a

22  simple mistake of including more than one ballot.  Let's find a

23  pathway to have as many ballots count as possible.  And with

24  that, please vote up on the amendment.

1      Chuck Clemons:  Leader Driskell, having closed on her

2  amendment, barcode 888663, all those in favor say yea.

3      Members:  Yea.

4      Chuck Clemons:  All those opposed say no.

5      Members:  No.

6      Chuck Clemons:  Members, by your vote show the amendment

7  fails.  Please read the next amendment.

8      The Clerk:  Representative Eskamani offer the following

9  amendment with title amendment, barcode 571571, remove lines

10  2547 through 2657 and insert an amendment.

11      Chuck Clemons:  Representative Eskamani, you're recognized.

12      Anna Eskamani:  Thank you so much, Mr. Speaker.  Okay.

13  This might just be my favorite amendment, members, not just

14  because it's mine.  But what it does is returns the campaign

15  finance reporting to be monthly versus the changes where it

16  shakes things up and allows for some of the reporting to be

17  quarterly.

18      The reason why I filed this amendment is that I'm a big fan

19  of transparency and I do think our current campaign finance laws

20  do just that.  They allow for the public to see who gives to us.

21  You know, we have that filing the 10th day of the following

22  month.  It's not something that's too burdensome.  We do it

23  today.  There are fines and fees if you're late or doing it

24  incorrectly.  So we have some good accountability there.

1     I just don't think that this does need to change.  The only

2  people who benefit from changing it are politicians.  I think

3  it's better to keep it accessible to the public, and that's why

4  I want to restore it back to monthly reporting.  Thank you, Mr.

5  Speaker.

6     Chuck Clemons:  Having explained her amendment, are there

7  any questions?  Any questions of the sponsor?  Seeing no

8  questions, any amendments to the amendment?

9     The Clerk:  None on the desk, Mr. Speaker.

10    Chuck Clemons:  Are there any substitute amendments?

11    The Clerk:  None on the desk, Mr. Speaker.

12    Chuck Clemons:  Open for debate.  We're open for debate.

13  Representative Skidmore in debate, you're recognized.

14    Kelly Skidmore:  Thank you, Mr. Speaker.  And thank Rep.

15  Eskamani for this amendment.  You know my daughter and I have a

16  motto: There is no minute like the last minute.  And that's how

17  we get things done sometimes.  You know, one-month worth of

18  contributions is a lot easier to manage than three months' worth

19  of contributions and expenses.  So I appreciate the amendment.

20  I think it keeps us on track.  It gets the job done.  It gives

21  that transparency to our voters and our constituents.  So I

22  appreciate the amendment and I'll be voting up.  Thank you.

1    Chuck Clemons:  Speaking of the last minute, are there any

2    more debate in the last minute?  Seeing none, Representative

3    Eskamani for the last 49 seconds.

4    Anna Eskamani:  Thank you, Mr. Speaker.  I just want to

5    remind folks that, you know, there is always that rush to the

6    session deadline for fundraising.  So when we post our numbers,

7    for example this upcoming session starts in January, the public

8    will see our data, you know February 10th.  Right?  With this

9    bill, they're not going to see our data until the quarter is

10   over.  The session is basically done by then.  That is not

11   transparent for the public.

12   Especially when we have the influence and special interest

13   in this process, folks deserve accessing to the information to

14   see what might be influencing the bills in front of us.  So I

15   encourage folks to vote up on this good transparent amendment.

16   Thank you, Mr. Speaker.

17   Chuck Clemons:  Representative Eskamani, having closed on

18   her amendment, barcode 571571, all those in favor say yea.

19   Members:  Yea.

20   Chuck Clemons:  All those opposed say no.

21   Members:  No.

22   Chuck Clemons:  By your vote, show the amendment fails.

23   Please read the next amendment.

1      The Clerk:  Representative Skidmore offered the following

2   amendment with directory and title amendments, barcode 563761,

3   between lines 2676 and 2677 insert an amendment.

4      Chuck Clemons:  Representative Skidmore, you're recognized.

5      Kelly Skidmore:  Thank you, Mr. Speaker.  Members, this

6   amendment eliminates the contribution limit to a political

7   committee for or against a constitutional amendment.

8      Chuck Clemons:  Stop the clock for just a moment.  You

9   know, there's probably nothing worse for young children just to

10  sit idly on their hands.  We have some in some great blue

11  blazers in the back.  So no punks today.  No punks today, but

12  mash the button if you have some legitimate needs.  So give them

13  something to do.  Thank you so much.

14     Are there any questions of the sponsor?  Any questions of

15  the sponsor?  No questions.  Any amendments to the amendment?

16     The Clerk:  None on the desk, Mr. Speaker.

17     Chuck Clemons:  Any substitute amendments?

18     The Clerk:  None on the desk, Mr. Speaker.

19     Chuck Clemons:  Debate.  We're open for debate.  Open for

20  debate.  Representative Skidmore, you're recognized.  You have

21  the full two minutes and 13 seconds.

22     Kelly Skidmore:  Thank you, Mr. Speaker.  I won't take that

23  long.

1      Members, in 2021 the legislature passed Senate Bill 1890

2   which imposed a $3,000 contribution limit on individuals

3   donating to sponsors of state ballot initiatives.  In 2022, the

4   legislature passed HB 921 to modify that $3,000 limit to apply

5   only to out-of-state contributors.  Both of these laws were

6   ruled unconstitutional limits on free speech by a Trump-

7   appointed federal judge.  The state did not choose to appeal the

8   ruling.  Therefore, members, we need to eliminate this

9   contribution limit in order to be compliant.  I urge your

10  favorable support.

11      Chuck Clemons:  Representative Skidmore, having closed on

12  barcode 563761, all those in favor say yea.

13      Members:  Yea.

14      Chuck Clemons:  All those opposed say nay.

15      Members:  No.

16      Chuck Clemons:  All those opposed say nay.

17      Members:  Nay.

18      Chuck Clemons:  By your vote, show the amendment fails.

19  Please read the next amendment and pay attention.

20      The Clerk:  Representative Skidmore offered the following

21  amendment with directory and title amendments, barcode 329923,

22  between lines 2693 and 2694 insert an amendment.

23      Chuck Clemons:  Representative Skidmore-day, you're

24  recognized.

1    Kelly Skidmore:  Thank you, Mr. Speaker.  And thanks for

2    the attention to detail.  I love that.

3    A local government may enact or adopt a limit on

4    contributions which is rationally related to limiting conflicts

5    of interest of an elected official.  So this amendment repeals

6    portions of Senate Bill 1890s preemption of all local campaign

7    finance regulations restoring to local voters the right to

8    regulate money in politics.  That is the amendment.

9    Chuck Clemons:  Any questions of the sponsor?  Questions

10   for Representative Skidmore?  Seeing no questions, are there any

11   amendments to the amendment?

12   The Clerk:  None on the desk, Mr. Speaker.

13   Chuck Clemons:  Are there any substitute amendments?

14   The Clerk:  None on the desk, Mr. Speaker.

15   Chuck Clemons:  We're in debate.  Members wishing to

16   debate?  Seeing no debate, Representative Skidmore, you're

17   recognized.

18   Kelly Skidmore:  Thank you, Mr. Speaker.  If communities

19   decide they want to limit the influence of money in politics,

20   they should be able to do so.  Please vote for this amendment.

21   Chuck Clemons:  Representative Skidmore, having closed

22   barcode 329933, all those in favor say yea.

23   Members:  Yea.

24   Chuck Clemons:  All those opposed, say no.

1    Members:  No.

2    Chuck Clemons:  By your vote, show the amendment fails.

3  Please read the next amendment.

4    The Clerk:  Representative Skidmore offer the following

5  amendment with directory and title amendment, barcode 922361,

6  between lines 2693 and 2694 insert an amendment.

7    Chuck Clemons:  Representative Skidmore, you are

8  recognized.

9    Kelly Skidmore:  Thank you, Mr. Speaker.  Members, this is

10  my last amendment.  So this is the one to vote on.  This

11  amendment removes provisions relating to the preemption of

12  specified local government legislation.

13    Chuck Clemons:  Questions for the sponsor?  Anyone have

14  questions for the sponsor?  This is your last chance to question

15  the sponsor because this is her last amendment on this body of

16  work.  Seeing no questions, amendments to the amendment?

17    The Clerk:  None on the desk, Mr. Speaker.

18    Chuck Clemons:  Are there any substitute amendments?

19    The Clerk:  None on the desk, Mr. Speaker.

20    Chuck Clemons:  Debate.  Anyone like to debate on

21  Representative Skidmore's last amendment?  Seeing no debate,

22  Representative Skidmore, no takers.  You're welcome to close.

23    Kelly Skidmore:  Thank you, Mr. Speaker.  It doesn't hurt

24  my feelings.  This gives local voters more limited authority to

1    adopt campaign finance restrictions aimed at limiting conflicts

2    of interest.  This is good public policy.  I appreciate your

3    vote, yes.

4        Chuck Clemons:  We've closed on her amendment, barcode

5    922361, all those in favor say yes.

6        Members:  Yes.

7        Chuck Clemons:  All those opposed say no.

8        Members:  No.

9        Chuck Clemons:  I'm sorry, Representative Skidmore, show

10   that last amendment failed.  Read the next amendment.

11       The Clerk:  Representative Harris offers the following

12   amendment with title amendment, barcode 428031, between lines

13   2726 and 2727 insert an amendment.

14       Chuck Clemons:  Representative Harris, you're up.  You're

15   recognized to explain your amendment.

16       Rita Harris:  Thank you, Mr. Speaker.  So the Division of

17   Elections provides advisory opinions per the website.  These

18   opinions are given to supervisors of elections, candidates,

19   local officers, political parties, affiliated party committees

20   or any person or organization engaged in political activity.

21       My amendment would require that the Division of Elections

22   would provide in writing these advisory opinions regarding any

23   provisions or violations of Florida election laws within 90 days

24   of a request or advise if it is not authorized to respond.

1  Because right now, as it stands, it could take a very long time

2  to get a response back.  In some cases, feasibly it could take

3  years.  So any person or organization acting in good faith won't

4  be subjected to certain criminal opinions.  That is the

5  amendment.

6      Chuck Clemons:  Representative Harris, having explained her

7  amendment, are there any questions for Representative Harris?

8  Any amendments to the amendment?

9      The Clerk:  None on the desk, Mr. Speaker.

10      Chuck Clemons:  Are there any substitute amendments?

11      The Clerk:  None on the desk, Mr. Speaker.

12      Chuck Clemons:  We are in debate.  Members, we are in

13  debate.  Seeing no debate -- there is debate.  Representative

14  Woodson, you're recognized in debate.

15      Marie Woodson:  Thank you, Mr. Speaker.  Rep. Harris, this

16  is a very good amendment.  Members, you need to give Rep. Harris

17  some grace today because we are putting a bill in place.  We

18  have to make sure that there is no confusion when it comes to

19  timeline.  Because if you don't put things in writing and you

20  don't put a timeline that is feasible and that is reasonable,

21  then you miss the chance of the same confusion that people are

22  going through right now.

23      So this is a very thoughtful amendment, Rep. Harris.  I

24  hope all my colleagues would understand our amendment and decide

1  to go green on that or to support her amendment.  So thank you

2  very much, Rep. Harris.

3  Chuck Clemons:  Further debate?  Members wishing to debate?

4  Seeing no debate, Representative Harris, you are recognized.

5  Rita Harris:  Thank you so much, Mr. Speaker.  So as I

6  said, this amendment would ensure that requests to the advisory

7  opinions are answered in a timely manner.  Any person or

8  organization acting in good faith upon an advisory opinion shall

9  not be subject to criminal penalties.  That is my amendment.

10  Thank you.

11  Chuck Clemons:  Representative Harris, having closed on

12  amendment, barcode 428031, all those in favor say yea.

13  Members:  Yea.

14  Chuck Clemons:  All those opposed, say no.

15  Members:  No.

16  Chuck Clemons:  Show the amendment fails.  Members, we are

17  on CS for SB 7050.  This is the last amendment.  So please read

18  the next amendment.

19  The Clerk:  Representative Nixon offered the following

20  amendment, barcode 822721, remove lines 2762 through 2763 and

21  insert an amendment.

22  Chuck Clemons:  Representative Nixon.

23  Angela Nixon:  Thank you, Mr. Speaker.  This amendment

24  simply changes the effective date of this bill to take place

1  after the 2024 election.  Instead on January 1, 2025 the SOEs,

2  the supervisor of elections, in a report said that the

3  legislature should wait until an act further changes to vote by

4  mail until after the 2024 election.  Voters are currently still

5  struggling with the changes of law that we passed last session

6  and the session before.  That's the amendment.

7      Chuck Clemons:  Any questions for the sponsor?  Questions

8  for the sponsor?  Seeing no questions, are there any amendments

9  to the amendment?

10     The Clerk:  None on the desk, Mr. Speaker.

11     Chuck Clemons:  Are there any substitute amendments?

12     The Clerk:  None on the desk, Mr. Speaker.

13     Chuck Clemons:  We are in debate.  Any debate?  Any

14  debates?  Are you rising for debate, Representative Daley?  No

15  debate.  You're recognized to close on your amendment, Rep.

16  Nixon.

17     Angela Nixon:  Waive close.

18     Chuck Clemons:  Waiving closed on barcode 822721.  All

19  those in favor, say yea.

20     Members:  Yea.

21     Chuck Clemons:  All those opposed, say no.

22     Members:  No.

23     Chuck Clemons:  Show the amendment fails.  I think that

24  concludes all of our amendments.  Show the bill rolled over to

1   third reading.  Representative Salzman, you are recognized for a

2   motion.

3       Michelle Salzman:  Mr. Speaker, I move that the rules be

4   waived in CS for SB 7050 be read a third time by title and

5   placed on final passage.

6       Chuck Clemons:  Representative Salzman moves that the rules

7   be waived and that CS for SB 7050 be read a third time by title

8   and placed on final passage.  All those in favor, say yea.

9       Members:  Yea.

10      Chuck Clemons:  All those opposed, say no.

11      Members:  No.

12      Chuck Clemons:  Show the -- you said yes.  So show the

13  amendment adopted.  Read the bill third time just by the title.

14      The Clerk:  By Fiscal Policy and Ethics and Elections and

15  others, CS for Senate Bill 7050, a bill to be entitled: An Act

16  Relating to Elections.

17      Chuck Clemons:  Are there any amendments?  Members, we're

18  now going into structured debate on CS for SB 7050.  Our debate

19  will be limited to 40 minutes per side in 10-minute increments

20  with total debate time not to exceed 80 minutes.  I believe

21  Representative Daley, you're recognized to begin the debate.

22  The clerk will start the debate clock.

23      Dan Daley:  Thank you, Mr. Speaker.  I yield to

24  Representative Gantt.

1      Chuck Clemons:  Representative Gantt, you're recognized.

2      Ashley Gantt:  Thank you, Mr. Speaker.  As an all American

3  who believes in democracy and believes in the process of

4  citizens being enfranchised instead of disenfranchised, I

5  believe that this bill seeks to disenfranchise Floridians

6  particularly making it more difficult to get access to the

7  ballot.

8      I spoke in debate on Representative Skidmore's amendment

9  about the affidavit portion.  We are not being logical or

10  fiscally logical when we're asking the supervisors of elections

11  to now be required to have an affidavit submitted but we're not

12  providing any type of fiscal support to the supervisors of

13  elections or any type of measures to ensure that they can comply

14  with this request.

15      Again, in my debate on Representative Skidmore's amendment,

16  who is going to be the notary?  Who's going to supply or who's

17  going to create the program or give the funds, the hours, the

18  time for current employees to become notaries?  Then how are

19  they going to be trained in how to properly identify an

20  affidavit?  Further, is there going to be a template form for

21  the affidavit?  If there is a template form for the affidavit,

22  what kind of training is going to be provided on that?  There

23  are so many questions and so many outstanding answers for that

24  particular provision that's going to make it difficult for

1    supervisors of elections and it's going to make it difficult for

2    voters to access their ballots.

3        I then want to speak briefly about the resign to run.  I

4    actually looked up the 2018 bill, Senate Bill 186, that revised

5    the resign to run provisions.  There are eight members currently

6    in this chamber who voted for this law in 2018.  Okay?  In

7    Senate Bill 186, we heard in the opening that it was a

8    clarification of the resign to run.  But I am at a loss at how

9    it can be a clarification because in the language of Senate Bill

10   186, subsection 4A -- so it's statute 99.012.

11       Subsection 4A says: Any officer who qualifies for federal

12   public office must resign.  And it goes on to say more.  Then

13   when you go down to the new subsection 8 -- and I'll share this

14   to whomever is interested and I'll also post it.  The language

15   in the former subsection 7 -- the new subsection 8 says

16   subsections 3 to 4 do not apply to persons holding a federal

17   office.  Then it stops there.  And that's what we see in the

18   current statute, Statute 99.012.

19       But what the previous language was which was stricken out,

20   meaning that it was an intentional act by the legislature to

21   exclude this language that was already present, it says nothing

22   contained in subsection 3 relates to a person holding any

23   federal office or – and this is the stricken language - or

1    seeking the office of president or vice president.  It doesn't

2    say presidente, but it says president.  Okay?

3         So this is an intentional act to exclude that language that

4    was already included.  How are we now coming back and saying, oh

5    no, we want to clarify.  It seems that what we are doing is just

6    building the plane while we're flying it and changing things as

7    we go and saying, oh no, we want to clarify.  But it's not

8    really a clarification because it was already in there.  So my

9    deduction from the stricken language that struck president or

10   vice president means that it included federal public office,

11   which means president and vice president was already included in

12   there.  So why are we here now?  Okay?

13        So I think that we need to definitely make sure that we are

14   consistent and that we make sure that we don't change the rules

15   for who we like or who we don't like.  The greater point of it

16   all is we need to make sure that we continue to make Floridians

17   or half-Floridians have the ability to have access to the

18   ballots.  Thank you, Mr. Speaker.

19        Chuck Clemons:  Representative Daley.

20        Dan Daley:  Thank you, Mr. Speaker.  I yield to

21   Representative Chambliss.

22        Chuck Clemons:  Representative Chambliss, you're

23   recognized.

1      Kevin Chambliss:  Thank you, Mr. Speaker.  You know, living

2  in Florida seems to get harder and harder every day with rising

3  rents, the Florida housing crisis, and wages that don't seem to

4  be matching the cost of living in some areas.  So we have people

5  in the state who are working two and three jobs just to make

6  ends meet.  When it comes to working class families, I know that

7  we have Democrats and Republicans who support working class

8  families.  But every time we work on an election bill, it seems

9  like we're making the process harder and we are not creating

10  more availability to the ballot box for those working-class

11  families.

12      For example, when it comes to people in my district, many

13  of them are renters.  People who are very, very transient.  As a

14  matter of fact, in the United States of America, one in eight

15  Americans move every day.  So I'm very concerned about some of

16  the language as it relates to trying to confirm someone's last

17  known address, as well as the process in which we are taking

18  voters off the rolls.  You know, people have it hard as it is.

19  It seems that we want to make sure that we keep as many people

20  on the rolls and not taking them off.

21      We already know that the process to remove voters from

22  rolls is a flawed process.  Back in around 2012 and 2013 we

23  realized that there were over 100,000 people who were

24  inaccurately taken off the rows because they were thought to be

1    noncitizens.  We found out that they actually were citizens, so

2    we know that it's a flawed process.  We just want to make sure

3    that, as we're doing these types of election bills, that we're

4    being sensitive to the fact we don't want to get it wrong.  So

5    we need to create a better process.  Because what it shows is

6    that or what our data shows is that, when we're taking voters

7    off the row, it seems that inadequately black Floridians and

8    Hispanic Floridians seem to be taken off the row at a higher

9    level than other communities.

10        We want to make sure that everyone has access to the ballot

11   box.  We want to make sure that we're making the right decisions

12   at the ballot box.  The only way that we can do that is that we

13   have representation from everybody throughout the state at the

14   ballot box.  So for those reasons, I cannot support that bill.

15   We need to make sure that we get it right.  I don't think that

16   this bill goes far enough.  Thank you.

17        Chuck Clemons:  Representative Daley.

18        Dan Daley:  Thank you, Mr. Speaker.  I would yield to

19   Representative Robinson.

20        Chuck Clemons:  Representative Robinson F.  You're

21   recognized in debate.

22        Felicia Simone Robinson:  Thank you, Mr. Speaker.  I want

23   to start off because we talk a lot about what bills are

24   American.  Well, as I sit here and I look at here, I believe

84

1    that America is built upon democracy.  When I read through this

2    piece of legislation, I look at the things that it's doing, I

3    have to say that this would be the most un-American bill in this

4    legislative session that we pass.  I say that because there are

5    so many restrictions that are put in here that is going to make

6    it difficult for Floridians to actually have the democracy that

7    America is built on.

8        Voting is an essential democratic tool by which citizens

9    are given an opportunity to voice their opinions on the laws

10   that we create.  This bill 7067 will make it substantially more

11   difficult for those citizens to do that.  It limits

12   transparency.  How does it do that?  Up until this point our

13   campaign funds have been reported monthly.  It works.  People

14   are able to go and see it.

15       Now we want to change that to three months.  It's affecting

16   voter registration.  It's affecting vote-by-mail.  This is,

17   what, the third year that we have come back to attack people's

18   voting rights.  I just totally do not understand it.  We say

19   that we love America.  We love the premise that we have

20   democracy.  But yet we're doing something different.  Let our

21   actions follow our words is what I'm asking us to do today here.

22       I was really thankful for my colleague, Representative

23   Gantt, on what she stated.  How are we going to do that?  And

24   for us, if we look up at all of us as representatives, we have

1  to what?  Resign to run.  Actually, in one of the bills that we

2  passed earlier, when it comes to the Form 6, we just said we use

3  the Form 6.  We're asking for our other elected people to use

4  Form 6.  When it comes back to resign to run, we resign to run.

5  But now we're going to make special provisions for one person?

6  We need to cut it out.

7      Chuck Clemons:  Representative Robinson, time has expired.

8  We'll go to the next segment.  We call on Leader Grant.  You're

9  recognized.

10     Michael Grant:  Waiving our time in the segments.

11     Chuck Clemons:  Waiving the time in the segment.  Back up,

12  Rep. Daley.  You're recognized for debate.

13     Dan Daley:  Thank you, Mr. Speaker.  I yield to

14  Representative Lopez.

15     Chuck Clemons:  Representative Lopez, you're recognized in

16  debate.

17     Johanna Lopez:  Thank you, Mr. Speaker.  I want to start by

18  saying there are a number of things wrong with this bill.  One

19  of which directly affects my community, the Latinos who are

20  encouraging civic engagements in our state.  There are a number

21  of Latino's voter registration organizations doing amazing work

22  for our communities like UnidosUS, Mi Familia Vota, Mi Vecino

23  Hispanic Federation and more.  These organizations are

24  nonpartisan.  They do not tell people how to vote and they are

86

1  mostly made up of people who immigrated to this country lawfully

2  in search of a better future.

3      Rather than encouraging civic engagement and lawful

4  immigration, this Legislature wants to fine organizations tens

5  of thousands of dollars for providing opportunities to lawful

6  noncitizens that are working to establish a new life in the U.S.

7  Lawful residents who did everything they were supposed to do to

8  come to the United States would not be able to practice

9  democracy by encouraging voter registration and civic

10 engagement.

11      This Florida Legislature is trying to make away the

12 opportunity for these Floridians to leave comfortably and

13 provide for their families.  Not to mention, this nonpartisan

14 Latino voter registration organizations are some of the only

15 sources of bilingual voter education for the Hispanic community

16 in my district and many others across the entire state.

17      This bill already makes it more difficult for immigrants

18 who recently received citizenship to register to vote and

19 utilize their voting rights.  Putting stricter regulation on

20 organizations that educate the Latino community will make next

21 to impossible for newly-naturalized citizens to access the

22 resources they need to exercise their right and responsibility

23 to vote.

87

1    Members, there may only be a few Latino members in the

2    Democratic caucus, but there are many of us in this body as a

3    whole.  Latinos represent both sides of the aisle, so

4    suppressing the Latino vote harms us all.  To all of the Latino

5    representatives, I want to think about your experiences with

6    civic engagement.  Think about the time that you first

7    registered or registered someone to vote.  Are you really in

8    support of taking away the opportunity for the people from our

9    community?  Do you really want to suppress the Latino vote?

10   I know that I personally want to uplift Latino voices and

11   encourage engagement within my community.  So I will continue to

12   advocate for the organizations and encourage voting within my

13   community because I am their voice in this house.  And to all of

14   the Latinos here today and watching right now, it is so

15   important that you vote for the people who will protect your

16   rights.  I'll be voting no today and encourage you all to the

17   same.  Thank you, Mr. Speaker.

18   Chuck Clemons:  Representative Daley.

19   Dan Daley:  Thank you, Mr. Speaker.  I yield to

20   Representative Eskamani.

21   Chuck Clemons:  Representative Eskamani, you're recognized.

22   Anna Eskamani:  Thank you so much, Mr. Speaker.  So I think

23   I just want to start with telling the story of how I got

24   registered to vote because I think we all remember that process.

1    Sometimes, it is your parents that helps you fill that form and
2    makes sure you got your driver's license, that you're also pre-
3    registered to vote.  Maybe you did it in a different state and
4    when you came to Florida it was just one of those automatic
5    things you did at the DMV.
6         In my case it was my summer school teacher back in 2007 at
7    the University High School - go Cougars – where he actually was
8    also the AP Government teacher at the time.  But he was teaching
9    some of those summer classes you take in order to graduate and
10   he made sure that all students there were pre-registered to
11   vote.  Myself included.  So by the time I turned 18 I was ready
12   to vote.  I registered NPA, in fact.  My parents were Democrats,
13   so I wanted to figure myself who I wanted to be and what my
14   values were.
15        It wasn't until 2010 at the University of Central Florida
16   where I registered to vote a Democrat.  It was mainly because
17   the only two groups tabling (sounds like) that hot summer at UCF
18   was the Iranian Student Organization, which I was a part of, and
19   the College Dems.  I was collecting human rights petitions and
20   they were doing voter reg.  I just felt such in alliance with
21   these young leaders that were talking about issues that matter
22   to me.  I build so many friendships from that, but of course
23   also got registered to vote as a Democrat.  And the rest is kind
24   of history.

1      That same year this legislative body passed a bill to make

2   it harder to register people to vote.  In fact, that legislation

3   created the third-party voter reg system we have today.  I

4   remember it very clearly because I was one of those students who

5   was registering her classmates to vote, and when that

6   legislation passed back in 2011, it upended the entire structure

7   of voter registration where organizations just stopped doing

8   voter reg.

9      It wasn't until a lawsuit was filed and then a court

10   decided that the laws the legislature placed were restrictive

11   that some of those requirements were pulled back, including back

12   then there was a 48-hour deadline to turn in voter registration

13   forms which is absolutely absurd.

14      Honestly, I'm sad.  You know, I'm sad to be in the chamber

15   now facing a bill that it just reminds me of what took place a

16   decade ago.  And by the way, it was 2011, right before the 2012

17   election cycle.  This very much is like deja vu.  We're back at

18   it again making it more difficult to register people to vote

19   under false pretenses.

20      Now I want to say there are many fines, fees, penalties,

21   and requirements for third-party voter registration

22   organizations.  What we are doing with this bill are

23   unnecessary.  Requiring that 3PVROs have to expire after every

24   election cycle - administrative burden, bureaucratic in nature,

1    unnecessary.  Setting these restrictions on who can volunteer

2    for your organization, discriminatory in nature and again

3    unnecessary.

4         I think it's really frustrating in a state that believes in

5    second chances, in a state that is so diverse and has so many

6    immigrant communities that we think our fellow Floridians are

7    able or trustworthy to hold a clipboard with forms and help

8    support their fellow Floridian and getting registered to vote.

9    Especially when the bill has penalties in place if anyone copies

10   that information.  It's one thing to have those type of

11   penalties which I totally get.  But it's something else when

12   you're drawn these discriminatory factors and saying that people

13   can't be trusted to hold a clipboard.

14        It's purely designed to intimidate third-party voter

15   registration organizations.  Many who are scrappy.  Many who

16   have small budgets.  Many who are volunteer-driven.  You're

17   basically creating an environment where they're going to have to

18   do background checks, where they're going to have to ask pointed

19   questions of volunteers on their immigration status.  I mean

20   that's wild, members.  It's so wild and unnecessary.

21        As a reminder, third-party voter registration

22   organizations, they do what government doesn't do or what

23   government won't do.  They go into churches.  They go into

24   college campuses.  They go into community events and Farmer's

1    Markets.  They meet folks belly-to-belly and to encourage them

2    to get them activated to register to vote.  The government

3    doesn't do that.  In a state that really preaches small

4    government, you would think supporting 3PVROs, that

5    decentralization with safety metrics in mind and accountability

6    in mind would be our approach.

7        But this is clearly designed to deter specifically black

8    and brown volunteers from being able to participate in the

9    process because we all know that, when it comes to incarceration

10   rates and especially when it comes to targeting those who aren't

11   U.S. citizens, that it's directly impacting a very select group

12   of people over others.

13       I also, of course, want to elevate this resign to run

14   repeal.  I mean, lol, members.  I thought there were checks and

15   balances in government.  I thought we were in a structure where

16   we hold other branches accountable and not bend over backwards

17   to do as we're told by one branch of government.  The fact that

18   it's specifically for a president or vice-president, I think we

19   all know the elephant in the room and what that is for.  That is

20   for Governor DeSantis and his path to run for president.  The

21   rest of us don't have that type of benefit.

22       We've had multiple special elections in the past years

23   because many of our colleagues ran for Congress.  Those seats

24   were empty despite them not winning their races.  I mean if

1  we're going to do it, you should really consider at least

2  evening the playfield for others and not selectively carving it

3  out for one man.  Members, I don't wait for one man.  I am not

4  going to change the law for one man.

5      So with that said, I really encourage everyone to vote down

6  on this bill.  Please think about the organizations who are

7  directly impacted.  Think about our fundamental American values,

8  the importance of democracy and civic engagement.  Let's vote

9  down this bill.  Thank you, Mr. Speaker.

10     Chuck Clemons:  Leader Grant, you're recognized in debate.

11     Michael Grant:  Thank you, Mr. Speaker.  I waive our time

12  in this segment.

13     Chuck Clemons:  Waiving time in this segment.

14  Representative Daley, you are recognized for debate.

15     Dan Daley:  Thank you, Mr. Speaker.  I yield to

16  Representative Rayner-Goolsby.

17     Chuck Clemons:  Representative Rayner-Goolsby, you're

18  recognized.

19     Michele Rayner-Goolsby:  Thank you so much, Mr. Speaker.

20     Chair McClure, I know that you and I, what I do appreciate

21  about you is that you will talk with me through these bills.  We

22  will talk about and have open dialogue.  But with that said,

23  Chair McClure, I have to tell you why this bill is very

24  problematic.  I think that we have to think about intent versus

1   impact.  I understand that your intent may not be to be

2   discriminatory, may not be to be restrictive, but we have to

3   look at the impact of the legislation that we are passing.

4        One of the things is, I believe Representative Eskamani

5   pointed this out in her debate and I believe Representative

6   Gantt pointed this out in her debate as well, we have third-

7   party voter organizations that register black and brown people.

8   Let me just walk you through a little bit of history.  Black

9   folks were actually able to vote without any restrictions in

10  August 6, 1965.  There are people in this room that were born in

11  1965.  That is recent history.  So I'm just unclear why we are

12  not making the path easier for folks to register to vote.

13       But also many of these third-party organizations, they also

14  educate voters.  They stay in the community.  These are people

15  who live in their community and they are educating their

16  neighbors and their friends on a day-to-day basis.  So when you

17  have the restriction in here, that they have to expire after

18  every election cycle, it's not just registering voters but it's

19  also educating them on off-cycle years.  So once again it's the

20  intent versus the impact, and that's what we have to think

21  about.  I don't want to go into like, well, you're doing this.

22  No.  It's just I don't think we're just thinking about that

23  impact.

1    Also, I want to talk about the burden shifting to the

2    actual voter.  I know that we've had this conversation in

3    Committee.  When I am licensed to drive, when I get a ticket,

4    when they tell me I don't pay that ticket on time and the people

5    are about to take my license, guess what happens?  The State of

6    Florida sends me a notice.  The State of Florida says, Rayner-

7    Goolsby, you're one seatbelt fraction away of losing your

8    license.  I mean my father did say that.  It's kind of a fact I

9    like to speed.  But whatever.

10    But, listen, the State of Florida does that.  So why in the

11    State of Florida we can alert folks to everything else, but we

12    can't seem to alert them to this actual American duty and

13    privilege that we have to vote?  I have a problem with the

14    burden shifting because in the last election cycle we saw people

15    not realizing they weren't able to vote.  They're being used as

16    a political pawn.  They're being used as gamesmanship.  Not the

17    fact that they have real lives.  Once again, it's the intent

18    versus impact.

19    We have to look at the impact we're having with this

20    legislation.  I don't know anyone and no one who is this chamber

21    should ever want to make it harder for people to vote.  We

22    should all want everybody to get out and vote.  So once again,

23    members, it is the intent versus the impact.

1       Also, I'm going to touch on the resign to run.  I don't

2  like when people play in my face.  My mama would tell when I was

3  about to get in trouble and I would act like I didn't really

4  know what's going on, she would say I have more degrees than you

5  and I'm not stupid.  And I say, yes, ma'am.  That's how I feel

6  in this moment.  We know what this is about.  We have already

7  said the quiet part out loud.  In fact, with the resign to run

8  provision, you all have said the quiet part out loud.  You all

9  have said that we're willing to bend to political wiles and

10 wills.  We are willing to do that.  Members, the intent versus

11 the impact.  How can we ask our people to trust in democracy if

12 we are willing to just give it away if someone asks us to?  That

13 is not democracy.

14      Members, I know that this bill will pass.  But I'm talking

15 to the people that are watching.  I and the back rows understand

16 what the impact of this legislation will do.  It's just building

17 upon more and more restrictive voting legislation that is really

18 trying to silence people to vote.  I know that may not be the

19 intent but, guess what, that is the impact.

20      Chuck Clemons:  Representative Daley, you're recognized.

21      Dan Daley:  Thank you, Mr. Speaker.  I yield to

22 Representative Woodson.

23      Chuck Clemons:  Representative Woodson, you are now

24 recognized for debate.

1    Marie Woodson:  Thank you, Mr. Speaker.  Members, one of

2   the most important rights of an American citizen is the right to

3   vote.  As a Haitian-American, this is one of the most important

4   rights that I have heard in the United States.  Voting is such

5   an important part of any democracy.  We have an obligation to

6   make it easier for people to participate in the democratic

7   process by exercising the right to vote.

8        The citizens of Florida voted for us to represent them and

9   their ideas and for us to support their interest, the interest

10   of the people of Florida.  In this bill we are placing a lot of

11   barriers that will hinder Floridian from exercising this most

12   important right.  Registering to vote should be the simplest and

13   easiest thing to do and it should not be a hassle.

14        The requirements on the voter card to contain an

15   explanation statement is really baseless and senseless.  For

16   several requirements throughout the Florida Election Code, we

17   are saying that certain notices won't be published in newspaper

18   or general circulation or on certain official website.  Do we

19   know how many people do not read the newspaper nor are going to

20   those websites?  Have we ever tried to navigate our way around

21   some of those websites?  Even the most technologically savvy

22   person have a hard time going in some of those websites.

23        In our community sometime people get those types of

24   information.  I would tell you in the African-American

97

1   communities, or in the Hatian communities, even some of the

2   Hispanic communities as well people get information through the

3   churches, through the radios, through the whatever means that

4   they can get those information or on the T.V. stations.  Going

5   to those websites or just in newspaper do not cut it for some

6   people.

7        When it comes to third-party voters registration, most of

8   the time it's made up of volunteers who want to use their time

9   to help out in the democratic process.  So why are we putting

10  burden or barriers for third-party voter registration people who

11  take that precious time to provide a service so we can get more

12  people to register to vote?

13       We are asking them to register with the Department of State

14  for each specific general election cycle.  And also that the

15  registration expires after each cycle.  Now, if I'm a volunteer,

16  why do I want to do all that?  Why would I take the time to go

17  for each election cycle knowing that my duties are the same?

18  Nothing has changed.  Come on, members.  Let's try to do better.

19  Let's not try to waste people's time who want to help in the

20  process.

21       When it comes to the supervisor of elections, my Broward

22  Supervisor of Elections, Joe Scott, he got elected in 2020.  The

23  man has done such a fantastic job putting measures in place,

24  putting the proper measures in place in order to make sure that

1  everyone can have access to his office, can come in and register

2  to vote, can go out and cast a vote.

3      Now we are putting more burden, more work on them.  We want

4  those offices to work efficiently.  By putting all those

5  barriers in this bill, we are putting an undue burden on the

6  supervisor of elections officers.  And I cannot do that.  In

7  good conscience, this is not something that we would want to do.

8      Thomas Jefferson said, "We do not have government by the

9  majority.  We have government by the majority of people who

10  participate in the process."  This is what we need to do.  We

11  need to make sure we have more people participating in the

12  process.  So I'm asking you all to vote down on this bill.

13  Thank you.

14      Chuck Clemons:  Leader Grant, you're recognized.

15      Michael Grant:  Thank you, Mr. Speaker.  Please recognize

16  Representative Overdorf in debate.

17      Chuck Clemons:   Representative Overdorf, you're recognized

18  in debate.

19      Toby Overdorf:  Thank you, Mr. Speaker.  Last time this

20  body modified the election law, we heard many of the same

21  arguments we're hearing today.  Quote: This will make it harder

22  for people to vote.  Quote: This will restrict access to vote.

23  Quote: This will disproportionally affect one group or another.

24  Unquote.

1       Today, as I said during the last election process, I again

2   say show me.  Show me the person who is not allowed to vote.

3   Show me the person who is a qualified voter and can't vote.  I

4   have every confidence that the results of this challenge this

5   next election will be the same as the last.  Not one person who

6   is qualified to vote will not have the opportunity to vote - not

7   one person.

8       I have every confidence that the bill sponsor and other

9   debaters will further address the, quote/unquote, restrictions.

10  Therefore, I want to address some items where there has been a

11  fair amount of hype and hyperbole from various political

12  factions within the State of Florida and from around the

13  country.

14      After actually reading the bill, listening to questions and

15  talking with the sponsor, I'd like to specifically address

16  concerns of some constituents from around the state.  Does this

17  bill allow the Department of Motor Vehicles to more easily

18  register voters who are not U.S. citizens and does the bill no

19  longer require voters to be registered at their, quote, legal

20  residence?  The answer is no.

21      Does the bill limits citizen access to voter data and

22  results?  The answer is no.  Does the bill mandate machines,

23  tabulators, and outlaw hand counts?  The answer is no.  Does the

24  bill negate signature verification?  The answer is no.  Does the

1  bill loosen ID requirements for mail-in ballots?  The answer is
2  no.  When the official results of an election are completed,
3  does the bill change or loosen the way the results can be
4  challenged?  The answer is no.  How will I be voting on this
5  bill?  The answer is yes.  Please join me in supporting this.

6      Chuck Clemons:  Leader Grant, you're recognized in debate.

7      Michael Grant:  Thank you, Mr. Speaker, waive our time in
8  the remainder of this segment.

9      Chuck Clemons:  Having waived the remainder of the time in
10  this segment, Representative Daley, you're recognized.

11      Dan Daley:  Thank you, Mr. Speaker.  I yield to
12  Representative Nixon.

13      Chuck Clemons:  Representative Nixon, you're recognized in
14  debate.

15      Angela Nixon:  Thank you, Mr. Speaker.  This bill affects
16  the fundamental rights of citizens to have access to the ballot
17  box.  There are a lot of alternatives and methods other than
18  what is in this bill.  This bill is suppressive and we need to
19  be real about it.  This punitive fines and harsh deadlines will
20  have a chilling effect on voter registration groups.  They will
21  significantly impact smaller organizations closest to
22  marginalized communities.  Or maybe that's the goal of it all,
23  to stifle true democracy and strip the voices of those whose

1  ancestors had to fight and often die for the very right to vote.
2  This bill is voter suppression through and through.

3       Everytime groups of people that aren't against are the
4  majority and those in power go out to vote in record numbers or
5  you all cause - I ain't going to say me because I vote against a
6  lot of these bills - or you all cause and pass policies that
7  devastate marginalized communities, black communities, brown
8  communities, women or young people, LGBT communities, you
9  realize, uh-oh, we may have overstepped and overreached.

10      Doing things like providing kickbacks in the amounts of $3
11  billion to insurance companies who are now jacking up property
12  insurance rights and forcing our residents out of Florida
13  because they can no longer afford to live here.  Uh-oh, these
14  people may be pissed at us.  They may realize that their life is
15  harder and we're hurting them with these policies so we need to
16  make it harder for them to vote us out of office.  Again, you
17  changed the rules again and again and again.

18      Many of you all have proposed even more restrictive and
19  confusing vote-by-mail policies.  Confusion is a form of voter
20  suppression.  We should be making it easier for our seniors and
21  our veterans to vote.  Can you all please tell me why you all
22  are making it harder for seniors to vote, I just really want to
23  know, by requiring things like emergency excuses and more
24  restrictive timelines?  That ain't right.

1    Now let's get to the crux of what I really want to talk

2    about in this bill.  Many parts of this bill are

3    unconstitutional.  Many bills that pass off this chamber floor

4    are unconstitutional.  Many lawsuits the State of Florida

5    passed, that they go after and file are unconstitutional and

6    they are all under the direction of Ron DeSantis.  Why do we add

7    this exemption to the resign to run for a presidential

8    candidate?  Why are we signing off on allowing Ron DeSantis the

9    ability to not do his job?

10    Separation of power, people.  What are we afraid of?  Why

11    can't this body stand up to the governor and do what's right?

12    Why won't you all question the fact that he's hurting people?

13    Why aren't we doing our jobs checking the governor based on the

14    checks and balances due to the separation of powers?

15    Floridians are hurting.  They're leaving the State of

16    Florida because they're being priced out of the state and many

17    in this body are doing the governor's bidding.  If someone wants

18    to run for president, let them.  But don't let the governor hold

19    our state or hold Floridians hostage because of blind and drunk

20    political ambition which restricts our ability as a state to

21    ensure Floridians can prosper.  He needs to resign to run if he

22    wants to run for president - period.  As a stated earlier, the

23    last time I checked being governor was a fulltime job.  Running

1    for president takes a lot of work.  We need him to focus on

2    Florida.

3        America, look at our state.  It's beautiful.  But it's

4    clear that we are under attack.  Diversity, equity, and our

5    ability to be inclusive is under attack.  A democracy works best

6    when all who are in it and are involved in it can fully

7    participate in it and be engaged in it.  This bill ain't what

8    democracy looks like.  It's actually a clear attack on our

9    democracy.  It's designed, like many of these other bills that

10   passed off this floor, to silence and erase certain communities.

11   It's designed to keep communities down, and apathetic, and

12   hopeless and like their lives will never improve.

13       But I'm here to tell all the folks that have communicated

14   with me and my colleagues on the back rows that want to leave

15   this state, do not leave Florida.  Stand up and fight back.

16   Push back against these oppressive bills because all Floridians

17   deserve the right to live healthy, prosperous and safe, and to

18   no longer just survive but to thrive and to flourish.  Vote this

19   bill down.

20       Chuck Clemons:  Representative Daley, you're recognized.

21       Dan Daley:  Thank you, Mr. Speaker.  I yield to Leader

22   Driskell.

23       Chuck Clemons:  Leader Driskell, you're recognized.

104

1    Fentrice Driskell:  Thank you, Mr. Speaker.  Members, here

2    we are again.  After the 2000 presidential election, Florida

3    spent years trying to correct its reputation for election

4    disasters.  For years election officials worked really hard to

5    show the world that Florida is safe, secure, and well-run when

6    it comes to our elections.  But slowly we shed the shameful

7    reputation of dangling chads and the Brooks Brothers riot.

8        By the 2020 election our reputation had been repaired so

9    much so that Governor DeSantis said that Florida is a model for

10   the rest of the nation.  But then right after that we

11   immediately begin attacking voter access through legislation

12   that made it more difficult for people to vote.  But why?

13   Nothing had happened in Florida to indicate that our elections

14   were not running smoothly.  But some individuals with political

15   motivations wanted to cashed out on the American election system

16   overall and an effort begin to make it harder for certain people

17   to vote in states across the country.

18       The reality is that in Florida, Republican voters outpaced

19   Democratic voters through the vote-by-mail system for years.

20   Every election thousands or more Republicans than Democrats

21   voted by mail.  Then Trump said not to trust it.  At the same

22   time Democrats finally embraced it because we were going through

23   a pandemic and it was a safe and effective way to vote.

1    But now, after years of expanding vote-by-mail, I see us

2    attacking it.  Nonpartisan third-party voter registration

3    organizations have worked in Florida for years helping our

4    neighbors join the democratic process by getting them onto the

5    voter rolls and involved in their government.

6    But a certain kind of people who tend to vote a certain

7    kind of way are disproportionately helped by these groups.

8    Black and brown voters are far more likely than white voters to

9    get registered by third-party voter registration organization.

10   That is one important reason why it is problematic to attack

11   nonpartisan voter registration organizations through the

12   policies in this bill.

13   With these new penalties and restriction, some of these

14   groups might not be able to continue working in Florida.  That

15   doesn't make our elections better.  It makes it more difficult

16   for the communities that they help.  They are already heavily

17   regulated with sufficient penalties for violating the rules.

18   The impact of these new penalties will be punitive and the

19   practical effect will not be to regulate but to eliminate these

20   organizations that have helped Florida voters for years.

21   In Florida, election crimes are extremely rare.  But one of

22   the most common one is for someone to vote in two different

23   states.  The best way to prevent this is a system and program

24   called ERIC, an interstate database system that lets states

1   check for this kind of fraudulent double voting.  But

2   unfortunately just last month Florida left ERIC because of a

3   conspiracy theory from a right-wing blog.  There's no other way

4   to describe that.  Maybe we should address this obvious blind

5   spot in our election security instead of attacking problems that

6   don't exist.

7       Members, our supervisor of elections don't need more

8   burdensome rules and regulations.  Our nonpartisan voter

9   organizations don't need new crushing punitive penalties and we

10  don't need to make it harder for hardworking Floridians to cast

11  their vote.  But new law after new law, this legislature makes

12  it harder and harder to vote.  We make it less convenient, more

13  complicated, less accessible, and more intimidating.

14      I think it's important to note that many of the policies we

15  pass here, just like the ones in this bill, don't happen in a

16  vacuum.  You can look at the research.  It shows in states in

17  odd number years voting restrictions tend to get tighter before

18  you head into a general election.  Florida is not alone in this.

19      Our democracy functions best when elections have as much

20  participation as possible.  Our democracy functions best when

21  every corner of a community is invested in its future.  And our

22  democracy functions best when casting a secure ballot in a fair

23  election is as easy as possible.

1        This bill would move Florida backwards.  Members, let's not

2    move backwards.  In Florida we haven't even waited to see what

3    last year's bill does before we have proposed the next set of

4    changes.  It seems to me and a lot of people to be about power

5    and control, and about making things harder for certain people.

6    I think to the voters this feels very aggressive.  Everyone can

7    see that this is undemocratic and it's wrong.

8        Casting a ballot is powerful and we should not take that

9    away from people.  We must make it as easy as possible for

10   Floridians to be able to cast their vote.  Each and every

11   potential voter in the state deserves nothing less.  Please vote

12   down on this bill.  Thank you. .

13   Chuck Clemons:  Leader Grant, you're recognized.

14   Michael Grant:  Thank you, Mr. Speaker.  Please recognize

15   Representative Sirois in debate.

16   Chuck Clemons:  Representative Sirois, you're recognized.

17   Tyler Sirois:  Thank you very much, Mr. Speaker.  Thank

18   you, Mr. Majority Leader.  First, I want to thank the two

19   sponsors.  You know, these are complex bills.  I want to thank

20   you both for bringing it forward and your mastery of the subject

21   matter.

22       One of the aspects of the bill that I think I like the most

23   and I appreciate is this idea of a registration receipt.  You

24   used the example of being on a college campus.  Maybe some of us

1   have been approached by the folks with a clipboard.  They come

2   and they take your registration.  What's to say at the end of

3   the day, after collecting a hundred registrations, they go

4   through them.  Maybe they don't like which box you checked, so

5   some of them end up in the trash.  I think having a chain of

6   custody in place when it comes to voter registration is a good

7   thing.

8        The other thing that I want to touch on is one of the

9   comments made in the chamber today.  I think somebody said the

10  government has to help people get registered to vote.  The

11  government has to do this.  If the government doesn't do it, if

12  the government doesn't step in, who's going to be involved here?

13  And I would argue back it's not the government's role to

14  register people to vote.  It's the citizen's responsibility to

15  go and to register to vote.

16       Now these laws are the foundation of our democracy.  They

17  are the absolute bedrock that this whole thing is built on.

18  Election reform should be something that we look at every

19  session.  It shouldn't be something special because we take it

20  up one year over another that somehow, we're doing something

21  tricky.  It should be something that we look at every year.

22       I also want to push back on the comments that we've heard

23  today regarding resign to run.  I want to point to a quote that

24  I am familiar with.  It's a Woodrow Wilson quote.  I hope some

1    of my colleagues in the back rows appreciate that.  He said that

2    the president is at liberty both in law and conscience to be as

3    big a man as he can be.  His capacity will set the limit.

4        I would argue and I would suggest that for a moment take

5    off your political hat.  We've all run for office, everyone

6    sitting in here.  It's an enormous decision that you make.  You

7    go down the boxes that you're going to check.  How does it

8    affect your business?  How does it affect your family?  How does

9    it affect your future?

10       These are the decisions that I imagine our governor is

11   going through now.  How is this going to affect my family?  How

12   is it going to affect our future?  What do I have to offer our

13   country?  I hope that by passing this in some small measure we

14   can clear up the ambiguity and help make a path forward maybe a

15   little bit more clear.  I think that that's something very

16   important.

17       The last point that I will make is it's been said, you

18   know, you can't do both jobs.  You can't campaign for governor -

19   - or you can't campaign for president and be a governor of a

20   state like ours.  I will tell you that Florida is a state of 20

21   million people.  We're the 15th largest economy in the world.

22   We have a law and order that is second to none.  We have a

23   balanced budget.  We have a 2.6 unemployment rate.  And the

24   presidency is so much bigger.  I can't think of a better

1   training ground than the State of Florida for a future potential

2   commander-in-chief.  I yield back.

3       Chuck Clemons:  Leader Grant, you're recognized.

4       Michael Grant:  Thank you, Mr. Speaker.  Please recognize

5   Representative Snyder.

6       Chuck Clemons:  Representative Snyder, you're recognized in

7   debate.

8       John Snyder:  Thank you, Mr. Speaker.  You know, members, I

9   think one thing that we can all agree on is that Florida runs

10  the best elections in the country.  The good thing about being

11  the standard bearer is that it's our responsibility to not stand

12  idly by when we know that in the last 2020 elections there were

13  over 75 complaints that received criminal referrals.  Because

14  that's the way that fraud and bad actors operate, they

15  understand the rules and the laws and begin to figure out how

16  can we circumvent those to achieve our ultimate goal.

17      I can't help but think back to two years ago when we sat

18  here and had again a rigorous debate on election reform as we

19  debated at the time Senate Bill 90.  Many of the same attacks

20  that we here today were made back then.  And like our system

21  does, it works just right when there was a challenge that went

22  to the courts.  Originally there was a flawed ruling that was

23  made, but yesterday one of the things that we have not heard

1   come up was that the 11th District Circuit Court of Appeals made

2   a ruling.

3        Again the system showed, and I quote, Florida's more recent

4   history does not support a finding of discriminatory intent.  I

5   think they could have said it any plainer as that as, again,

6   that legislation was upheld because there is no more sacred

7   thing than our vote.  In this state, when it comes to our

8   elections, we want to be crystal clear, it should be easy to

9   vote and hard to cheat.  Members, please vote up on this good

10  bill.

11       Chuck Clemons:  Leader Grant, you're recognized.

12       Michael Grant:  Thank you, Mr. Speaker.  Please recognize

13  Representative Massullo.

14       Chuck Clemons:  Representative Massullo, you are recognized

15  in debate.

16       Ralph Massullo:  Thank you, Mr. Speaker.  Members, we've

17  heard that voting is our sacred right.  You know in America we

18  haven't always gotten it right.  We have four different

19  amendments to our Constitution to try to get voting right - the

20  15th Amendment in 1870, the 19th Amendment in 1920, the 24th in

21  1964 that I think Representative Rayner-Goolsby referred to, the

22  26th Amendment in 1971.  And we're constantly working to make

23  our elections freer and better for everybody.

1    I've heard today from the back rows that what this bill

2    does is suppress votes.  It makes it more difficult for people

3    to vote particularly minorities and those of lower socioeconomic

4    class.  It's just not true.  When you look at the statistics of

5    the percent of eligible voters that vote in elections, they have

6    not changed since the '60s.  In a general presidential election,

7    we usually have 77 percent of people to vote.  In off-year

8    elections, we usually get about 55 percent.  And primary, sadly

9    we only get 30 percent.  We need more people to vote.  In

10   Singapore, they have 96 percent of people to vote.  We need more

11   people to vote.

12       So what does this bill do?  This bill basically follows the

13   duty that we have of making our elections fairer and safer for

14   the individuals to vote.  Signature verifications, making sure

15   our rolls are clean and represent the people that are eligible.

16   Knowing the candidates that are actually up for election, what

17   their qualifications are, and whether or not they've had any

18   incidences that would possibly disqualify them, their fines.

19   This bill protects voter's rights and it's important that we try

20   to see that in each and every line.

21       I want to talk just a minute about the resign to run.  I

22   personally believe that this is just a clarification in law, but

23   let's talk about the policy itself.  When you look at the

24   presidential elections, almost 20 percent more of Americans

1  vote.  It is an individual office that is unique to any office

2  that we have.  It is the chief executive of our country.

3  There's no better place to have that chief executive come from

4  as from a political system where they understand the workings of

5  the government.

6      This isn't just for our governor.  This is for any one in

7  politics.  It could be for anyone of you.  So we need to

8  consider that when we vote up on this bill because voting is a

9  sacred trust and our duty is to protect it.  This bill does that

10  and makes voting easier.  I ask each of you to vote up on it.  I

11  waive the rest of my time.

12      Chuck Clemons:  Leader Grant, you're recognized.

13      Michael Grant:  We waive the remainder of our time in the

14  segment.

15      Chuck Clemons:  Having waived the remainder of the time,

16  Representative McClure or Representative Salzman, you're

17  recognized to close.

18      Michelle Lynn Salzman:  Thank you, Mr. Speaker.  I first

19  like to thank the leadership team for giving me the opportunity

20  to prime co with Representative McClure.  It's been an honor.

21      The resign to run law needs to be changed.  The law is

22  ambiguous as it applies to candidates for president and vice-

23  president as there is no clear date that triggers the

24  candidate's resignation.  Currently, as our law is written, the

114

1  date a candidate qualifies is what triggers the resign to run

2  law.  Candidates for president and vice-president, unlike all

3  other candidates, do not appear to have a clear qualification

4  period under the election code.

5       Running for president is a completely unique process.  It

6  is the only office elected by an electoral college process and

7  it is the only federal office in which a candidate must run in

8  all 50 states simultaneously.  Because of this complex process

9  with all of its moving parts, it's difficult to pinpoint an

10 exact date as to when somebody qualifies for president or vice-

11 president.

12      We can't simply set a specific date for a presidential

13 qualification in our election code because their qualification

14 system is unique, because it would be very difficult to

15 determine when qualification occurs as the systems for electing

16 president and vice-president is just unique.  So the Office is

17 President is the only office elected via an electoral college

18 process and the only federal office in which a candidate must

19 run in all 50 states.

20      We have been the example to the nation in this past few

21 years in the election process.  This entire bill is simply

22 building on an already noted process.  Thank you.

23      Michael Grant:  Representative Salzman, thank you.  You've

24 been a phenomenal partner on this bill as well.  Obviously, I

1  want to thank staff and colleagues in the back rows and also up

2  front for all of the conversations we've had about this bill.

3       Outside of resign to run, the intent of this bill is very

4  clear.  And I'll start with the third-party voter registration

5  organizations.  We are putting a priority on that voter's

6  personal information.  It should be the most sacred part of the

7  entire interaction.  Other parts of the bill are asking our

8  state agencies to operate more efficiently, to have

9  inoperability and have a more updated real-time accurate role of

10  who's eligible to vote.  Those are all things we talk about on a

11  regular basis, making government more efficient.

12       This bill protects the Florida voter while making sure our

13  elections remain the best of the nation.  And for that, I ask

14  for your favorable support.

15       Chuck Clemons:  Members, the question now recurs on final

16  passage of CS for SB 7050.  The clerk will lock the machine and

17  the members will proceed to vote.

18       Have all members voted?  Have all members voted?  The clerk

19  will lock the machine and announce the vote.

20       The Clerk:  Seventy-six yeas, 34 nays, Mr. Speaker.

21  (End of file 2:49:24)

22  (End of transcript)

23

1
2                          C E R T I F I C A T E

3      I, Steve Young, certify that the foregoing transcript of

| Florida Legislature Session |
| --- |
| House Floor Session |
| Friday – April 28, 2023 |
| Senate Bill 7050 |
| SB 7050 House Floor Session VIDEO April 28, 2023<br>16:50-2:49:24 (2 hour, 32 minutes, 34 seconds) |
| Link:<br>https://www.flsenate.gov/media/VideoPlayer?EventID=1_6lzzc253-202304281000&Redirect=true |

4

5      is a true and correct transcript of the audio recording provided to Ace Transcription Service, Inc.
6

7
8
9      _Steve Young_                              September 13, 2023
10     Steve Young
11     President
12     Ace Transcription Service
13
14
15

16
17