

# Transcript of Mark Earley, Designated Representative

**Date:** December 13, 2023
**Case:** Florida State Conference of Branches, et al. -v- Byrd

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF FLORIDA

 3                 TALLAHASSEE DIVISION

 4    - - - - - - - - - - - -x

 5   FLORIDA STATE              :

 6   CONFERENCE OF              :

 7   BRANCHES AND YOUTH         :

 8   UNITS OF THE NAACP,        :

 9   et al.,                    :

10      PLAINTIFFS,             :

11   V.                         :   CASE NO.

12   CORD BYRD, IN HIS          :   4:23-CV-215-MW/MAF

13   OFFICIAL CAPACITY          :   4:23-CV-216-MW/MAF

14   AS FLORIDA SECRETARY       :   4:23-CV-218-MW/MAF

15   OF STATE, ET AL.,          :

16      DEFENDANTS.             :

17   --------------------       :

18   LEAGUE OF WOMEN            :

19   VOTERS OF FLORIDA,         :

20   INC., ET AL.               :

21      PLAINTIFFS,             :

22   V.                         :

23   ASHLEY MOODY, IN HER       :

24   OFFICIAL CAPACITY AS       :

25   ATTORNEY GENERAL OF        :
```

```
1    FLORIDA, ET AL.,          :
2       DEFENDANTS.            :
3    --------------------      :
4    HISPANIC FEDERATION,      :
5    ET AL.,                   :
6       PLAINTIFFS,            :
7    V.                        :
8    CORD BYRD, IN HIS         :
9    OFFICIAL CAPACITY         :
10   AS THE SECRETARY OF       :
11   STATE OF FLORIDA, ET      :
12   AL.,                      :
13      DEFENDANTS.            :
14    - - - - - - - - - - - - X
15
16            DEPOSITION OF MARK EARLEY,
17            DESIGNATED REPRESENTATIVE
18              Conducted Virtually
19          Wednesday, December 13, 2023
20                 9:03 a.m. EST
21
22
23   Job No.: 518511
24   Pages: 1 - 183
25   Reported By: Paul Smakula
```

1    Deposition of MARK EARLEY, conducted virtually:

2

3

4

5

6

7

8

9    Pursuant to notice, before Paul Smakula, Notary

10   Public in and for the State of Maryland.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S

 2       ON BEHALF OF PLAINTIFFS NAACP:

 3            RENATA O'DONNELL, ESQUIRE

 4            ELIAS LAW GROUP, LLP

 5            Suite 400

 6            250 Massachusetts Avenue Northwest

 7            Washington, D.C. 20001

 8            (202) 968-4490

 9

10       ON BEHALF OF PLAINTIFFS LEAGUE OF WOMEN

11    VOTERS OF FLORIDA:

12            BRENT FERGUSON, ESQUIRE

13            CAMPAIGN LEGAL CENTER

14            Suite 400

15            1101 14th Street Northwest

16            Washington, D.C. 20005

17            (202) 736-2200

18

19

20            SARA JONES, ESQUIRE

21            SARA JONES LAW, P.A.

22            922 Florida Highway 60

23            Lake Wales, Florida 33853

24            (863) 455-4811

25
```

1      A P P E A R A N C E S   C O N T I N U E D

2    ON BEHALF OF HISPANIC FEDERATION:

3        CESAR Z. RUIZ, ESQUIRE

4        MIRANDA GALINDO, ESQUIRE

5        LATINO JUSTICE

6

7    ON BEHALF OF FLORIDA NAACP:

8        FREDERICK S. WERMUTH, ESQUIRE

9        KING, BLACKWELL, ZEHNDER & WERMUTH, P.A.

10       P.O. Box 1631

11       Orlando, Florida 32802

12       (407) 422-2472

13

14   ON BEHALF OF LEON COUNTY:

15       MARK HERRON, ESQUIRE

16       MESSER CAPARELLO P.A.

17       2618 Centennial Place

18       Tallahassee, Florida 32308

19       (850) 222-0720

20

21

22

23

24

25

1      A P P E A R A N C E S   C O N T I N U E D

2      ON BEHALF OF SUPERVISORS OF ELECTIONS FOR

3   BREVARD, DESOTO, FLAGLER, GILCHRIST, HIGHLANDS,

4   JEFFERSON, AND MADISON COUNTIES:

5           FRANK M. MARI, ESQUIRE

6           DALE A. SCOTT, ESQUIRE

7           ROPER, P.A.

8           2707 East Jefferson Street

9           Orlando, Florida 32803

10          (407) 897-5150

11

12      ON BEHALF OF ALACHUA COUNTY:

13          ROBERT CHARLES SWAIN, ESQUIRE

14          ALACHUA COUNTY ATTORNEY'S OFFICE

15          12 SE 1st Street

16          Floor 2

17          Gainesville, Florida 32601

18          (352) 374-5218

19

20

21

22

23

24

25

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2      ON BEHALF OF GLADES, HARDEE, HENDRY, HOLMES,
 3   LEVY, AND OKEECHOBEE COUNTY SUPERVISOR OF
 4   ELECTIONS:
 5           GERALDO F. OLIVO, III, ESQUIRE
 6           HENDERSON FRANKLIN ATTORNEYS AT LAW
 7           Post Office Box 280
 8           1715 Monroe Street
 9           Fort Myers, Florida 33901
10           (239) 344-1168
11
12      ON BEHALF OF ATTORNEY GENERAL ASHLEY
13   MOODY:
14           NOAH TEMPLE SJOSTROM, ESQUIRE
15           OFFICE OF THE ATTORNEY GENERAL
16           PL-01 The Capitol
17           Tallahassee, Florida 32399
18           (850) 414-3635
19
20
21
22
23
24
25
```

1        A P P E A R A N C E S   C O N T I N U E D

2      ON BEHALF OF BROWARD COUNTY:

3          DEVONA ALICIA REYNOLDS PEREZ, ESQUIRE

4          BROWARD COUNTY ATTORNEY'S OFFICE

5          115 South Andrews Avenue

6          Suite 423

7          Fort Lauderdale, Florida 33301

8          (954) 357-7600

9

10      ON BEHALF OF SUPERVISORS OF ELECTION FOR BAKER,

11    BAY, BRADFORD, CALHOUN, COLUMBIA, DIXIE, FRANKLIN,

12    GADSDEN, GULF, HAMILTON, JACKSON, LAFAYETTE,

13    LIBERTY, NASSAU, PUTNAM, SANTA ROSA, ST. JOHNS,

14    SUMTER, SUWANNEE, TAYLOR, UNION, WAKULLA, WALTON,

15    AND WASHINGTON COUNTIES:

16          LEIGH F. ROSENBLOOM, ESQUIRE

17          MARKS GRAY, P.A.

18          1200 Riverplace Boulevard

19          Suite 800

20          Jacksonville, Florida 32207

21          (904) 399-8440

22

23

24

25

```
 1     A P P E A R A N C E S   C O N T I N U E D

 2   ON BEHALF OF PINELLAS COUNTY:

 3        JARED DOUGLAS KAHN, ESQUIRE

 4        MATTHEW M. SMITH, ESQUIRE

 5        PINELLAS COUNTY ATTORNEY'S OFFICE

 6        315 Court Street

 7        Clearwater, Florida 33756

 8        (727) 464-3354

 9

10   ON BEHALF OF SECRETARY BYRD:

11        JOHN CYCON, ESQUIRE

12        HOLTZMAN VOGEL

13        Suite 500

14        119 South Monroe Street

15        Tallahassee, Florida 32301

16        (850) 270-5938

17

18

19        ASHLEY E. DAVIS, ESQUIRE

20        CHIEF DEPUTY GENERAL COUNSEL

21        FLORIDA DEPARTMENT OF STATE

22        500 South Bronough Street

23        Suite 100

24        Tallahassee, Florida 32399-0250

25        (850) 245-6531
```

```
 1        A P P E A R A N C E S   C O N T I N U E D

 2      ON BEHALF OF HILLS. COUNTY SUPERVISOR OF

 3   ELECTIONS:

 4          STEPHEN TODD, ESQUIRE

 5          HILLS. COUNTY SUPERVISOR OF ELECTIONS

 6          601 East Kennedy Boulevard

 7          Floor 16

 8          Tampa, Florida 33602

 9          (813) 574-1285

10

11      ON BEHALF OF MIAMI-DADE COUNTY:

12          SOPHIA MARIE GUZZO, ESQUIRE

13          MIAMI-DADE COUNTY ATTORNEY

14          Suite 2810

15          111 Northwest 1st Street

16          Miami, Florida 33128

17          (305) 375-1314

18

19

20

21

22

23

24

25
```

```
 1                    C O N T E N T S

 2    EXAMINATION OF MARK EARLEY                    PAGE

 3    By Ms. O'Donnell                               12

 4    By Mr. Ruiz                                   130

 5    By Ms. Davis                                  137

 6    By Mr. Sjostrom                               165

 7    By Ms. O'Donnell                              167

 8    By Mr. Ruiz                                   176

 9    By Mr. Ferguson                               177

10

11

12                    E X H I B I T S

13               (Attached to transcript.)

14      EARLEY DEPOSITION EXHIBITS                  PAGE

15    Exhibit 1    Deposition Notice                 16

16    Exhibit 2    Answers to Interrogatories        36

17    Exhibit 3    SB7050                            55

18    Exhibit 4    Training Document                 74

19    Exhibit 5    Interrogatories                   78

20    Exhibit 6    Mosca Email                       86

21    Exhibit 7    Rule 2.042                        92

22    Exhibit 8    Section 3H                       102

23    Exhibit 9    Email Chain                      104

24

25
```

1            P R O C E E D I N G S

2                MARK EARLEY,

3  having been duly sworn, testified as follows:

4        EXAMINATION BY COUNSEL FOR NAACP

5  BY MS. O'DONNELL:

6     Q  All right.  Thank you so much, Supervisor

7  Earley, for taking the time today.

8     A  Excuse me.  You're coming through very

9  softly.  Just give us a second.  We want to make

10  sure we hear you clearly.

11        MR. WERMUTH:  We might want to take a roll

12  call to make sure we have everyone here on the

13  record.  This is Fritz Wermuth.  I'm here on

14  behalf of the NAACP plaintiffs as well.  And,

15  Paul, if you could post your information to the

16  chat, maybe we could all just e-mail our names so

17  you can see who is on the record.

18        THE REPORTER:  Yeah, that's no problem.

19     Q  All right.  So, I don't know if you heard

20  me at the top, but, like I said, my name is Renata

21  O'Donnell, and I represent several individuals and

22  organizational plaintiffs in this matter.  For

23  easy reference, I'm going to refer to those

24  plaintiffs collectively as the NAACP plaintiffs.

25  And unless I specify that I'm talking about just

1   one of those plaintiffs that I represent, please

2   understand me to use that term NAACP plaintiffs to

3   refer to all plaintiffs that I represent.

4           Does that make sense?

5       A   As much as we heard, you're representing

6   some plaintiffs.

7       Q   Okay.

8       A   Give us a second.

9           (Off the record from 9:05 a.m. to 9:07

10   a.m.)

11   BY MS. O'DONNELL:

12       Q   So, what I said at the outset was that I'm

13   representing what I'll refer to collectively as

14   the NAACP plaintiffs. That's a number of the

15   individual plaintiffs and organizational

16   plaintiffs. Unless I'm speaking about just one of

17   those plaintiffs that I represent, you can

18   understand me to mean the term NAACP plaintiffs to

19   refer to all of the plaintiffs that I represent.

20           Does that make sense?

21       A   Yes.

22       Q   Can you please state your name for the

23   record.

24       A   Mark Earley, M-A-R-K E-A-R-L-E-Y.

25       Q   And did you bring anything with you to the

1  deposition today?

2      A  I have a staff member here who focuses on

3  these items, Stephen Eustock, and I've got a few

4  notes here, but mostly it's your questions -- your

5  topics.

6      Q  And have you been deposed before?

7      A  Yes.  Yes.

8      Q  Can you estimate how many times?

9      A  Six.  For this case or others?

10         MR. HERRON:  Others.

11     Q  In general?

12     A  Yeah, sixish.

13         MR. HERRON:  Six, eight, ten, something

14  like that.  He's been here a number of times.

15     A  Yeah, this is not the first time I've been

16  deposed.

17     Q  When was the most recent time you were

18  deposed, if you remember?

19     A  Last year.  We've had interviews, too,

20  I've had.  So it's hard to keep track of the

21  interview versus the depositions.

22     Q  Okay.

23     A  It's been probably a year ago.

24     Q  I'll go over some ground rules for today's

25  deposition, but since you've been deposed multiple

1    times you'll be familiar with those rules?

2        A  Yeah, I'm familiar with the rules.

3        Q  So, for the sake of the court reporter,

4    please just wait for me to finish my question

5    before you answer, that way we'll be sure that

6    there's a clear record.  For when you're being

7    deposed today, you're being deposed as a

8    representative of the office of the Leon County

9    Supervisor of Elections, so your answers are made

10   as a representative of that office and will bind

11   the office; do you understand that?

12       A  Yes.

13       Q  If my question is unclear to you in any

14   way, please just let me know and I will try to

15   clarify.  If you answer a question, I'll assume

16   you understood the question; does that sound good?

17       A  Yes.

18       Q  Your attorney might object to some of the

19   questions that I have.  These objections are for

20   the judge to consider later.  You still must

21   answer the question that's asked unless your

22   attorney specifically tells you not to; does that

23   make sense?

24       A  It does.

25       Q  And finally, if you need to take any break

1    at any time, please just say so.  I'll just ask

2    that if I've asked a question and it's pending,

3    you answer my question before we go on a break;

4    does that make sense?

5        A   Yes.

6        Q   Okay.  Great.  So, now I'm going to put a

7    document into the chat and also share my screen

8    here.

9            Everyone has just received a document.

10   I'm going to ask the court reporter to mark that

11   document as Exhibit 1.  And I'm going to put it on

12   the screen.

13           You should be able to see it now on my

14   screen.  Can you see that?

15           (EARLEY Deposition Exhibit 1 marked for

16   identification and attached to the transcript.)

17       A   We see it now, yes.

18       Q   Okay.  So, do you recognize this document?

19       A   It looks like a lot of different court

20   documents, but yeah, I think I've seen it.

21       Q   Is this the deposition notice that we

22   prepared for today?

23       A   It looks like it, yes.

24       Q   And have you had the opportunity to see

25   this notice?

1       A   I will, frankly, say barely.  I thought

2    this deposition was taking place next week instead

3    of this week.  So I very briefly reviewed it, but

4    that's where I'm at.

5       Q   Understood.  Thank you, Supervisor Earley.

6       A   I was at a conference, and I have an

7    active role in our conferences so I had to leave

8    early yesterday.  I was going to be there through

9    today.  So I drove back late last night.

10      Q   I'm so sorry to hear that, Supervisor

11   Earley.  We really appreciate you taking the time,

12   and I apologize that you had to drive back early

13   from a conference.

14          Do you understand that you are taking part

15   in this deposition based on this deposition

16   notice; is that right?

17      A   Yes.

18      Q   And the notice specifies the topics that

19   we're going to be covering today; correct?

20      A   It does, yes.

21      Q   Based on the review that you had the

22   opportunity to engage in, are you prepared to

23   testify to those topics?

24      A   To the best of my ability.

25      Q   I will stop sharing my screen now.

1       Did you review any documents in

2  preparation for today's deposition?

3     A  Minimally.  We've seen some RFAs in that.

4  We're still preparing our answers, which I think

5  does somewhat cover the same topics.  I would say

6  that's about it.

7     Q  Okay.  I'm going to just talk briefly

8  about your background and your history in working

9  in elections.

10       Could you tell me a little bit about how

11 long you've been the supervisor of elections for

12 Leon County?

13    A  I was sworn in, I believe, it was

14 January 3rd or what have you, 2017, early

15 January 2017.

16    Q  How long have you been doing work with

17 elections more broadly?

18    A  Since 1986.  September of 1986.

19    Q  What were you doing in September of 1986?

20    A  I came on board then as -- actually as

21 manpower, temporary help, for the voting machines

22 in the elections warehouse in 1986.  I was quickly

23 brought on as full-time and was the voting machine

24 custodian.  And served in that role through a lot

25 of different iterations of voting systems until

1   late 2001, at which time I -- that's the answer to

2   that one, I guess.

3       Q  And what was your role after that, after

4   late 2001?

5       A  Yeah.  So, then I was hired after the 2000

6   elections by a voting systems vendor.  I did

7   election support.  I was part of the senior

8   support staff all across the country doing

9   installations and certifications of voting

10  systems.  And through June of 2008, at which time

11  I came back to the elections office here and

12  resumed my previous role.

13      Q  To be clear, you've been working in

14  elections for upwards of 35 years?

15      A  37 years and a few months.

16      Q  And for the -- for the majority of that

17  time, that's been elections that have been ongoing

18  in Florida; is that right?

19      A  Correct.  Yes.

20      Q  In these roles that you've had to think

21  about and comment on laws and policies concerning

22  voting?

23      A  Yes.

24      Q  Has that included voter registration as

25  well?

1      A   Some, yes.  Not as much.  More the

2   technical areas, but yes, some voter registration.

3      Q   Turning to your role now as supervisor.

4          What are your responsibilities as the

5   supervisor of elections for Leon County?

6      A   To administer the election laws with the

7   State of Florida for the voters of Leon County,

8   Florida.

9      Q   If I refer to a third party voter

10  registration organization; do you know what I

11  mean?

12     A   Yes.

13     Q   What is a -- excuse me, as a 3PVRO?

14     A   Sure.

15     Q   What is a 3PVRO, in your words?

16     A   A 3PVRO is a third party voter

17  registration organization.  They have always

18  been -- I guess, their definition's evolved

19  somewhat over the years.  It's -- originally, it

20  was just a group of people that would go out and

21  register voters and turn the voter registration

22  applications over to us.  Typically the parties

23  took that role.  It became more formalized over

24  the years where they had to -- they were actually

25  designated as 3PVROs and had to register with the

1    state.  Their agents had to be established.  We

2    tracked what those different registration

3    organizations were.

4         And they were tasked -- like I said, the

5    whole process was more formalized where they would

6    have to get voter registration applications from

7    us, typically numbered applications.  We would

8    track how many we gave out.  We had to get them

9    back.

10        And certainly timelines were involved,

11   circulator numbers were involved so that we could

12   -- so that it was possible, sometimes it was very

13   difficult to track which registration applications

14   came from which circulators across multiple

15   batches.  Other statutes were put in place where

16   there were fines for late submission.  And that

17   whole thing has been evolving, and that's where we

18   are now.

19    Q  And so you covered a little bit of this in

20   your response there, but what are your

21   responsibilities as you currently understand them

22   related to 3PVROs?

23    A  To provide the voter registration

24   applications where we're asked.  We track -- like,

25   in the beginning, these are serialized, so they

1   have beginning and ending numbers.  And we

2   designate those to go out to certain 3PVRO groups.

3   And we are also the receiving agent.  Once they

4   get the completed voter registration applications,

5   they bring it back to us.  They certainly have

6   deadlines to follow from the time that they are

7   completed by a voter.

8         That's changed over the years.  And so we

9   monitor that and we have to timely process these.

10  And if there are any problems, you know, late

11  submissions and what have you, we alert the

12  Division of Elections to that.

13     Q  As the receiver of these applications, how

14  do you keep track of the voter registration

15  applications that you do receive from 3PVROs?

16     A  That's evolved a little bit over time,

17  too.  But, frankly, we essentially just record it

18  in a log or a ledger.  And then we start

19  processing them and if we see that there are some

20  that were either signed late or what have you --

21  signed outside of the window, we track that based

22  upon when we received the batch.

23     Q  And what happens -- so, taking that a

24  little bit more step by step, what happens when a

25  3PVRO comes to your office and drops off the forms

1   or mails the forms to your office?

2         A   Well, we record when they arrive, there's

3   usually a cover letter we timestamp, and -- I

4   guess that's roughly it.

5         Q   Who would be receiving them and time

6   stamping them, putting them in the log?

7         A   My front office staff.

8         Q   Okay.  And would you say that this process

9   of receiving applications and logging them is

10  helpful for holding 3PRVOs accountable for

11  returning registration forms?

12        A   Yes.  Yes.  Sure.

13        Q   Are you familiar with Voter Focus?

14        A   Yes.

15        Q   What is Voter Focus?

16        A   Voter Focus is a software package that, at

17  this point, all county supervisors of elections

18  offices in Florida employ or contract with the

19  vendor, VR Systems, to maintain the voter

20  registration logs.

21        Q   And when does information get input into

22  Voter Focus from your office?

23        A   When we open up the interface and start

24  putting information in.

25        Q   Does information from 3PRVOs get put into

1    Voter Focus?

2        A   Sure.  Yes.  I would have to -- I don't

3    believe we track the batches in Voter Focus, but

4    as we input a voter registration application into

5    the system, we denote which 3PVRO has submitted

6    it.  Not all counties, I believe, actually track

7    it that way.  Most counties, I think, track it --

8    and I don't want to speak for all the other

9    counties.  Just as whether there was a 3PRVO or

10   not, we have used some other fields that are

11   really kind of older and timed out for other

12   reasons, branch office fields to track a little

13   bit more closely which 3PRVOs have submitted which

14   batches --

15       Q   Do you know what the -- I'm sorry,

16   Supervisor Earley.  I didn't mean to cut you off.

17   Could say again?

18       A   Just to track that essentially by each

19   voter registration application.  We designate that

20   on there.

21       Q   Do you know what information, if any, is

22   redacted before information goes up into Voter

23   Focus?

24       A   Is redacted?

25       Q   So --

1      A  I'm not sure what you mean.

2      Q  Is information like the driver's license

3  number from an application, could that be saved on

4  Voter Focus?

5      A  It's absolutely recorded in Voter Focus.

6  That's part of the voter registration record.

7      Q  And the signature of the voter, would that

8  be recorded in Voter Focus?

9      A  Absolutely.  It's all -- yes, we scan the

10  voter registration applications in, it clips the

11  signatures so that we can view that on the screen.

12  That is --  I wouldn't say anything is really

13  redacted.  It's not so easy, necessarily, to track

14  the circulator's initials or signature or what

15  have you, but nothing's redacted from Voter Focus.

16      Q  Shifting gears a little bit.

17         Do you know of any supervisor's offices

18  that employ noncitizens with legal employment

19  authorization in their offices?

20      A  I don't know of any of that.  I couldn't

21  answer that really.

22      Q  Are you aware of any state or federal law

23  that would bar noncitizens with legal employment

24  authorization from working in supervisors'

25  offices?

1      A  Not off the top of my head.  I mean, there

2   might be policies, but I don't know that there's

3   any restrictions against that.

4      Q  Are you aware of any specific law or

5   policy against having noncitizens in offices --

6   excuse me.

7         Are you aware of any policies,

8   specifically, against having noncitizens with

9   lawful employment authorization in offices?

10     A  For other counties, I'm not aware of that,

11  no.

12     Q  And for Leon County, are you aware of that

13  either?

14     A  We tend to hire registered voters, so they

15  would be citizens.

16     Q  But it's not -- it's not to your knowledge

17  against a policy to hire noncitizens?

18     A  I don't remember a policy about that,

19  frankly.  But, like I say, we hire registered

20  voters, so I think it's a corollary to that

21  policy.

22     Q  Is it against any law or policy, to your

23  knowledge, for a supervisor to have noncitizens

24  with legal employment authorization handling voter

25  registration information, such as the information

1    that would go in Voter Focus?

2        A   No, it's not a law that I know of.

3        Q   Do you know who, if anyone, has engaged in

4    a contract with Voter Focus?

5        A   Who, if anyone, is engaged in a contract

6    with Voter Focus?

7        Q   So how it -- how it is --

8        A   (Indiscernible) County.

9        Q   -- (indiscernible) software for voters?

10   Is there a contract that enables it to be used as

11   the software in the state of Florida?

12       A   We have a contract with Voter Focus.  Each

13   county has their own independent contract with VR

14   Systems to use the Voter Focus software.  At

15   least, I imagine they do.  We do.

16       Q   Do you know who owns and operates Voter

17   Focus?

18       A   VR Systems.  VR Systems.

19       Q   Do you know what happens with information

20   on the VR Systems side once it's uploaded to Voter

21   Focus?

22       A   What happens on the VR Systems side once

23   it's uploaded?  I'm not sure I understand the

24   question.

25       Q   Is VR Systems a privately owned company?

1        A   It is.

2        Q   Do you know what happens within that

3   privately owned company once the voter information

4   is uploaded to Voter Focus and in the hands of VR

5   Systems?

6        A   I don't know that I would say it's

7   necessarily in the hands of VR Systems.  The data

8   resides on our servers here.  We back it up to the

9   cloud, through secure backups in case there's a

10   failure, but -- and certainly data is transmitted

11   through secure VPN and that, from my office, and

12   it interfaces with FVRS, the Florida Voter

13   Registration System.

14        Q   Absolutely.  Understood.

15            Would you agree that in addition to it

16   being housed on your servers, once it's on Voter

17   Focus, it is also accessible to VR Systems?

18        A   I'm not sure I would agree with that.

19        Q   Do you have any reason to believe that

20   that wouldn't be the case?

21        A   Repeat the question then.

22        Q   Do you have any reason to believe it

23   wouldn't be the case that VR Systems has access to

24   that information?

25        A   To the voter data?

1      Q   Correct.

2      A   I don't think they have access to that

3   data.

4      Q   What makes you think that?

5      A   Because we secure it.  They -- if we allow

6   them access to our system for maintenance or

7   things like that, that's a very controlled manner.

8   They have access to essentially updating the

9   software when we give them access, but they don't

10  have access to our voter data, to the best of my

11  knowledge.

12     Q   Is that in the language of the contract,

13  to your knowledge?

14     A   I'd have to review the contract.  I

15  haven't done that preparation for this.

16     Q   Understood.  Are you familiar with how an

17  organization becomes a 3PVRO in Florida?

18     A   Somewhat.

19     Q   And you're aware that 3PRVOs are subject

20  to regulations in Florida; right?

21     A   Yes.

22     Q   Are you aware that they're also subject to

23  fines for failure to abide by those regulations?

24     A   Yes.

25     Q   Does your office run trainings for 3PRVOs?

1      A   We do, if they ask.  Yes.

2      Q   Do you find that 3PRVOs participate in

3   those trainings?

4      A   Some of them do, certainly, yes.

5      Q   Do you find that 3PVROs benefit from those

6   trainings?

7      A   I should say you should ask them, but they

8   ask us to do the trainings, so I would assume they

9   do.

10     Q   And do you have an approximate estimate of

11  how many times you've had to run those trainings

12  for 3PVROs that have asked?

13     A   I couldn't give that.  Frequently.  But

14  it's not every single day or anything like that,

15  yes.

16     Q   And the process is prompted by the 3PVRO

17  asking your office for additional training; is

18  that right?

19     A   In general, yes.  In general, yeah.

20     Q   Shifting gears a little bit, what does it

21  mean for a 3PVRO to submit a voter registration

22  application late to your office?

23     A   What does it mean for them to submit it

24  late?

25     Q   Yes.

1      A  They haven't submitted it within the

2  timeframe and from my -- the way I view that --

3  and I might ask staff to clarify this too, but --

4  staff -- it's not a real pleasant way to say my

5  staff team member here, Stephen Eustock.  But I

6  take that to mean that from the time, the date the

7  voter signs the application.  I think at this

8  point you have 10 days.  It went from 14 to 10.

9      Q  How does your office identify late

10  applications when they're received?

11      A  When we receive them, we receive them as a

12  batch.  So that's the date they are received and

13  then we -- as we start processing the batch, we

14  compare that date from the date that's signed on

15  the voter register application.

16      Q  And who would identify late voter

17  registration applications?

18      A  Whichever staff member happens to be

19  inputting that information.

20      Q  And would that be the front office folks

21  that you --

22      A  Yeah, the voter services team is really

23  the proper way to refer to that.  But yes, the

24  voter services team member.

25      Q  What happens if you receive a voter

1    registration application after the cutoff?

2         A  I'm sorry, I was clearing my throat, I

3    didn't hear the last part.

4         Q  No problem.  What happens when if you

5    receive a voter registration application after

6    that 10-day cutoff that we just talked about?

7         A  We still process it, but we notate and

8    that -- that might be partially automated within

9    VR Systems software, Voter Focus, because we know

10   the batch submission date and we put in when the

11   registration application was signed, so I think

12   that probably tracks us and notifies us.  But once

13   we've put it in, we track that and we turn late

14   submissions over to the Division of Elections.

15        Q  And when you say that you still process

16   it, does that mean that the person who's voter

17   registration application it is will still be

18   registered to vote?

19        A  Absolutely, yeah.

20        Q  So, a voter registration application can

21   also be considered late if it comes in after the

22   book closing deadline; is that right?

23        A  Yes.

24        Q  And what is the book closing deadline?

25        A  29 days before an election, voters cannot

1    make changes -- depends on which election type,

2    but the main part is that they cannot become a new

3    registered voter.  But there's also issues around

4    party changes in primary elections.

5        Q   What happens if someone would come to the

6    polls and you received their applications after

7    the book closing deadline?

8        A   I guess it depends on you who it came from

9    and what the processing time is.  But for a voter,

10   if they haven't submitted their voter registration

11   application until after the book closing deadline,

12   we would not be able to register them to vote.

13       Q   Could that person vote provisionally?

14       A   Yes.

15       Q   And so when you say it matters who the

16   person is that submitted it, what do -- that

17   submitted the ballot, what -- oh, excuse me, the

18   registration, what do you mean by that?

19       A   3PVROs, if we receive them and I'd have to

20   -- I guess, I'm not exactly up to speed on that

21   for this right now, but I believe we can receive

22   them maybe within the day.  It seems like there's

23   some kind of little delay there and we have to

24   process them still timely, but if they get a voter

25   registration application on the book closing

1   deadline, it's tough for them to get it to us

2   immediately.

3       Q   Understood.  And so --

4       A   I'm sure everybody else on this call is

5   much more familiar than I am at this point.

6       Q   On your end, though, if you received an

7   application from a 3PVRO after the book closing

8   deadline, the person whose application is could

9   still vote provisionally on election day; is that

10  right?

11      A   Yes.

12      Q   And would you count that provisional

13  ballot?

14      A   It depends on the status of their

15  application, but there's a good chance we would

16  not.

17      Q   And what would it depend -- in what way

18  would it depend on the status of their

19  application?

20      A   If the receipt of that voter registration

21  application adhered to the requirements of

22  statute.

23      Q   So, if it -- can you clarify what you mean

24  by adhering to the requirements of the statute?

25      A   If a voter submitted it and we didn't

1   receive it in time, then obviously we couldn't

2   count it.  And to answer that more fully with

3   respect to 3PVROs, I'd have to review.

4       Q  Sorry.  When you say, it, do you mean the

5   registration or the ballot?

6       A  The registration application.

7       Q  Understood.  So, just to clarify, if an

8   individual came to the polls and a 3PVRO had

9   submitted their registration late, that voter

10  could vote provisionally; right?

11      A  Yes.

12      Q  And you could count that provisional

13  ballot; correct?

14      A  It would -- first of all, it would be a

15  decision on the canvassing board's part, because

16  it would be reviewed by the canvassing board.  And

17  my staff would do an initial review, but we would

18  review all those ourselves and compare that with

19  the statutes.  And at this point, like I say, I

20  cannot remember off the top of my head exactly

21  what the timeframes are because things have been

22  changing a bit with respect to 3PVROs and the

23  deadline for a book closing.

24      Q  Understood.  But when someone votes

25  provisionally, you can count a provisional ballot;

1    is that right?

2        A   In certain circumstances, yes.

3        Q   Going back to --

4        A   That's why it's called provisional.  I'm

5    sorry.  That's why it's called provisional.

6    They're voting provisionally, and there's not a

7    guarantee that it will be counted.

8        Q   Circling back to the broader question

9    about late applications.

10           How do you report late applications to the

11   State?

12       A   I don't know if that's just an email.  I

13   think there's a form that we fill out that does

14   this by batch and circulator and the 3PVRO number

15   or group, and we submit those.  It's done through

16   our secure portal.

17       Q   I'm going to just share a document here.

18   And I'll ask the court reporter to mark as

19   Exhibit 2.  And I'll also share it on my screen

20   here.

21           (EARLEY Deposition Exhibit 2 marked for

22   identification and attached to the transcript.)

23       Q   Can you see that on my screen?

24       A   Mostly.

25       Q   I'll make it a bit bigger here.

1      A   That would be good.  That's better, yes.

2      Q   Okay.  Great.  Hopefully that's a bit

3  better.

4      A   Yeah, I can read that.

5      Q   Okay.  Great.

6          Sir, do you know what this document is?

7      A   Yeah.  I think it's the form I was

8  referring to.  It's been a while since I've seen

9  it, but yeah, that's it.

10     Q   And do you know why these types of

11  noncompliance forms get filled out?

12     A   Because the applications aren't in

13  compliance.  I'm not sure I understand the

14  question.

15     Q   Does it get filled out when an application

16  is late, for instance?

17     A   Yes.

18     Q   Does it also get filled out when an

19  application is submitted to the wrong county?

20     A   Yes.

21     Q   Does it also get filled out when an

22  application might have a 3PVRO ID number in the

23  wrong place?

24     A   I'm not sure if that would be the case,

25  no.  I guess some counties may do it -- there was

1   some discussion that some counties have maybe a

2   slightly different interpretation with some of

3   those other aspects about it.  You'd have to ask

4   them.

5        Q   Do you know if your office would fill it

6   out if the date was in the wrong place on an

7   application?

8        A   No, I don't think we would.

9        Q   Would your office fill it out if there was

10  no date at all on the application?

11       A   No, that's more the voter's issue.

12       Q   Okay.  And scrolling down here -- and I

13  know this text is a little bit smaller.

14       A   I can read it.

15       Q   There's a portion here for the SOE's

16  explanatory statement about 3PVRO's noncompliance;

17  is that right?

18       A   Yes.

19       Q   And it asks for your office to include

20  reasons for the 3PVRO's noncompliance; is that

21  right?

22       A   I'd have to review that, but yeah, I'm

23  sure that's where it's for, yeah.  Explanatory

24  statement about their noncompliance, yes.  That's

25  why we're submitting the form, basically.  What we

1    saw, there was a problem.

2        Q  Can you explain how your office typically

3    gathers information to fill out this section?

4        A  I feel like I have explained that.  But

5    we -- you know, as the batches come in, we record

6    the date we receive the batch, we are certainly

7    monitoring as we are imputing the voter

8    registration applications, if it's for our county

9    or not.  If we find one that's not for our county,

10   that would qualify as a noncompliant voter

11   registration application that we would report

12   here.  So, essentially it's, like you enumerated

13   in the beginning, the date or not coming to the

14   right county.

15       Q  And it says here:  Include reasons cited

16   by 3PVORO for noncompliance.

17           Does your office reach out to 3PVROs to

18   understand the reason for the noncompliance?

19       A  When we're intaking them, if we can see on

20   first glance that there's a problem, we'll ask

21   what the problem was.  But I'm not sure how much

22   we ask them about that.

23       Q  And so would that typically be just if

24   they come to submit it in person, submit the batch

25   in person?

1    A   Yeah.  A lot frequently this is a person

2    to person transaction where they have somebody

3    that's dropping them you off.

4    Q   So, if instead the 3PVRO submitted the

5    batch by mail, is it less likely that you would

6    provide a statement about the noncompliance from

7    the 3PVRO?

8    A   Yes.

9    Q   Is it still possible that you would reach

10   out to them and provide a statement about the

11   noncompliance from the 3PVRO?

12   A   I don't know that we would do that.

13   Q   Do you know who you sent those forms on

14   to, the noncompliance forms?

15   A   The Division of Elections.  I'm not sure

16   exactly what staffer.

17   Q   And is the Division of Elections housed

18   within the secretary's office?

19   A   Yes.  Well, I mean it's part of the

20   secretary's office, yes, structurally.

21   Q   Do you know if you also send the

22   noncompliance forms to the Office of Election

23   Crimes and Security?

24   A   Not immediately we don't, no.  No.  If we

25   see some kind of systemic error that might concern

1    me, I might file it there.

2        Q   And can you tell me a little bit more

3    about the way that your office interacts with the

4    Office of Election Crimes and Security?

5        A   The way we interact, it's usually through

6    email.

7        Q   And what would prompt you to reach out to

8    the Office of Elections Crimes and Security?

9        A   If I saw something that was troubling

10   systemically.  And it's -- I would say it's

11   probably less about compliance and more about when

12   staff is processing the forms, we see something

13   that looks -- to me, noncompliance is not fraud.

14   You know, timely submission, there's a whole

15   process there, and this Division of Elections

16   handles that, essentially, once we submit it.

17       But if I see instances where it looks like

18   someone is forging signatures, or records are

19   incomplete, or non-verifiable in a very systemic

20   manner with a large number of those -- we get some

21   of that over time.  People make mistakes or what

22   have you, especially voters.  But if we see

23   something along the lines of fraud, that would

24   indicate fraud, and that's a bit of a vague

25   statement, I understand, but that's when we

1    involve the OECS.

2        Q   And how often would you say you've reached

3    out to the OECS?

4        A   It's not infrequently, but it's not as

5    part of the standard operation.  It's certainly an

6    exception.

7        Q   And when you reach out to the OECS, do

8    they interact with you over the course of their

9    investigation?

10       A   No.  Who does the investigation, I don't

11   know.  So, we don't only submit it to the OECS, we

12   also submit it to FDLE.  So I tend to send these

13   to OECS, FDLE, the Division of Elections, notify

14   all those folks.  And it's sometimes our State

15   Attorney, our local State Attorney, but primarily

16   I submit these to the State.

17       Q   Can you clarify, what's the FDLE?

18       A   Florida Department of Law Enforcement.

19       Q   And when you submit these to those various

20   entities, do you ever hear back from those various

21   entities?

22       A   Yes.

23       Q   Circling back to what happens with these

24   noncompliant forms.

25           What happens once the DOE receives the

1   noncompliance forms?  Do you know who reviews them

2   and what happens next?

3       A  I don't really know who reviews them.

4       Q  Do you know what the DOE does with the

5   forms?

6       A  I assume they assess fines.

7       Q  Does the DOE -- or has the DOE ever

8   informed your office of errors that have been on

9   noncompliance forms that you've submitted?

10      A  Possibly.  I don't think we make many

11  errors.  I'm not sure what you mean errors on the

12  form.  Like, we filled out a form incorrectly?

13  I'm not sure what would you mean by errors.

14      Q  Sure.  So, maybe it was perceived that

15  applications came in after the 14-day deadline,

16  but, in fact, they'd come in on the 13th day.

17          Has a situation like that ever occurred?

18      A  Not to my knowledge, no.

19      Q  Do voters ever submit their own voter

20  registration applications directly to your office?

21      A  Sure.

22      Q  Does this ever happen in person?

23      A  Yes.

24      Q  What would happen if an individual voter

25  printed off a voter registration form from the

1    State website and submitted it to your office more

2    than 10 days after they'd signed the application?

3        A   Nothing.  We would register them to vote.

4        Q   I'm sorry, I cut you off, Supervisor

5    Earley.  What were you saying?

6        A   We would register them to vote.

7        Q   And would there be any sort of penalty for

8    them for submitting the voter registration?

9        A   No.  No.

10       Q   What would happen if that person submitted

11   the form after the book closing deadline?

12       A   We wouldn't be able to register them

13   because we received it after book closing.

14       Q   And so what would happened if that person

15   showed up at the polls?

16       A   They would vote a provisional ballot, and

17   we probably wouldn't count it.

18       Q   And can you explain why you probably

19   wouldn't count that ballot?

20       A   Because it was received after book

21   closing.  Assuming it was a new voter registration

22   application though.  If it was an address change

23   or something we would process it, and that can

24   happen after book closing.

25       Q   Would you say that -- would you say that

1  late applications from 3PVROs are rare?

2     A  Yes, I would say that that's accurate.

3     Q  And that was true prior to SB7050;

4  correct?

5     A  Yes, I would say -- yeah, I would say it

6  was -- yes, still rare.

7     Q  And for the applications that you received

8  after book closing, as you explained, they

9  wouldn't be registered for that immediate

10  election.

11        Would they be registered for future

12  elections?

13     A  Yes.  Yes.

14     Q  So they could vote normally in future

15  elections?

16     A  Assuming everything was accurate on their

17  registration application, yes.

18     Q  Switching gears a little bit again here.

19        How does your office identify applications

20  submitted to the wrong county?

21     A  If their address of residence is not

22  within Leon County.

23     Q  And whose job is to identify whether that

24  address is not within the confines of Leon County?

25     A  Well, certainly, it's somewhat built into

1    Voter Focus, because we have a set of addresses,

2    we have what's called the street index or street

3    cable -- at least that's what it used to be

4    called, I'm not sure what it's called now.  And if

5    the street's not there, it puts a flag up when

6    we're inputting the registration application.

7            Sometimes that means our data is wrong,

8    but it's extremely rare.  And if that's the case,

9    it's usually a street range issue, but it's still

10   on the street.  But through that interaction with

11   our software and our database, it tells us that

12   this is not Leon County.

13      Q  And so even the software can get confused

14   about whether or not it's the right county in

15   certain instances; is that right?

16      A  I wouldn't say it gets confused.  I would

17   say the data of the resident's address doesn't

18   match what we have, and when we see that, first we

19   make sure that our data is correct.  But if our

20   data is correct, it essentially always is, then

21   that would be the wrong county.

22      Q  Are you aware of when the law was changed

23   to require 3PVROs to submit applications to the

24   correct county or risk a fine?

25      A  Well, it was within the last couple of

1    years.  There's been several big election bills,

2    so I couldn't tell you exactly which one.

3        Q  In your experience, has a voter ever

4    listed their county incorrectly on an application?

5        A  Sure.

6        Q  And why do you think that might happen?

7        A  People are human.  They make mistakes.

8        Q  Are there some cities that border multiple

9    counties in Florida?

10       A  Yes, I assume so, not in Leon County.

11       Q  And are there some cities that span

12   multiple counties in Florida?

13       A  Yes.

14       Q  And because people are human and they make

15   mistakes, when they're in those kinds of

16   situations where they're in a confusing county,

17   they might list the wrong county; right?

18       A  I guess it's possible.

19       Q  If a 3PVRO submits a voter registration

20   application to the wrong county, can that person

21   still be registered to vote in the upcoming

22   election?

23       A  Yes.

24       Q  What would happen if an individual

25   submitted a voter registration application to the

1    wrong county?

2        A   We would forward it to the right county.

3        Q   And would you say that wrong county

4    applications from 3PVROs are rare?

5        A   Speaking for Leon County.  Somewhat rare.

6    Certainly there's a lot of, you know, movement

7    back and forth we have voter registration drives

8    and -- sorry, my alarm is going off for some

9    reason.  Let me turn this down.

10           So, it happens.  The majority are not from

11   the wrong county, but it occasionally happens,

12   certainly.

13       Q   Would you say they were rare even prior to

14   the passage of SB7050?

15       A   Would I say they were rare?

16       Q   Yes.

17       A   Prior to 7050?

18       Q   Yes.

19       A   I don't know that the incidence has

20   changed dramatically.

21       Q   So they were somewhat rare, as you've said

22   before?

23       A   Yes.

24       Q   Are you familiar with the substance of

25   SB7050?

1        A   Most of it.

2        Q   And are you specifically familiar with the

3    portions regarding 3PVROs?

4        A   I would say less so that area, because

5    that's not -- a lot of that was fines and all that

6    kind of thing, which more than less maintenance

7    and eligibility parts.

8        Q   And so focusing on those parts for just a

9    minute, would you say that SB7050 adds some new

10   duties to your office to handle?

11       A   To the 3PVRO part?

12       Q   No, actually focusing on the list

13   maintenance portion and eligibility.

14       A   Okay.  I wouldn't say that that adds a lot

15   of new duties.  Mostly that kind of tweaked the

16   statutes to make it work better.

17       Q   And does understanding those tweaks take

18   time and resources for your office to address?

19       A   Sure.

20       Q   Do even small changes to your processes

21   take up staff time and resources?

22       A   Some.  I would say, frankly, 7050 in these

23   areas we're talking about, made it simpler for us,

24   dramatically simpler.

25       Q   The State has changed the logs around

1  voter registration multiple times in recent years;

2  is that right?

3      A  Somewhat, yes.  Yes.  Certainly the last

4  several bills have changed some of that.

5      Q  Have those multiple changes affected your

6  office?

7      A  Yes.  Especially in previous bills.  It

8  was difficult to administer because it didn't

9  always form a cohesive hole.  That's why I say

10  7050 was an improvement in these areas.

11      Q  Can you explain just a little bit why 7050

12  was an improvement?

13      A  Some of the procedures that were in some

14  of the immediately previous bills, the Senate bill

15  90 and 524 made some changes that, frankly, didn't

16  really make much sense, and so it was hard to

17  administer those aspects.  As far as when address

18  change final notices went out versus address

19  change or address confirmation requests.  I mean,

20  I could go into this, but it would take forever.

21  And we had to send to multiple addresses,

22  residents' addresses, mailing addresses.  At the

23  same time, when we knew a residence address

24  wouldn't necessarily get delivered because it was,

25  you know, vacant or mailed at a post office box.

1    And so there was a lot of problems there, but we

2    rectified that I think for the most part very well

3    in 7050.

4        Q   Do you agree that your office is juggling

5    a great deal of responsibility as it pertains to

6    election administration?

7        A   No, it's an easy job.  Everybody should do

8    it.

9            Yeah, definitely.

10       Q   And you're navigating new and existing

11   laws that are being implemented around election

12   administration in Florida; right?

13       A   Sure.

14       Q   You're helping voters to navigate those

15   laws as well, right?

16       A   Sure.  Yes.

17       Q   And you're doing the business of

18   administering elections; right?

19       A   Yes.

20       Q   And all of that takes a good deal of time

21   and resources from your office; correct?

22       A   Absolutely.

23       Q   Does your office ever engage in voter

24   registration outreach?

25       A   Yes.

1      Q  Do you feel that your office has the time
2   and resources to fully focus on voter registration
3   outreach?
4      A  Fully focus?  I mean, we have a lot of
5   duties, so we don't just focus on that.  But I
6   think we do a good job with voter registration
7   outreach, yes.
8      Q  And how often do you do voter
9   registration?
10     A  Well, every day we do voter registration.
11  But as far as --
12     Q  How often do you do voter outreach?
13     A  Outreach, it's usually in big events,
14  where there's going to be a going of people that
15  come in especially in certain communities.
16  Sometimes we get asked to go do voter outreach at,
17  like I say, an event or in a community where
18  there's going to be some kind of an occasion when
19  people would come out.
20     Q  Could you give me an estimate of how many
21  voters you've registered through voter
22  registration outreach in your office?
23     A  Like, you know, hundreds, thousands.  I
24  couldn't give you a perfect number on that, no.
25     Q  Do you think it was less than a thousand?

1          A   In 2023?

2          Q   Yes.

3          A   In 20 -- maybe.  Maybe less than a

4     thousand.  I don't recall.

5          MR. HERRON:  I want to interpose an

6     objection here to the degree that we're way afield

7     of topics in the notice.  We're kind of going all

8     around the world here.  We sent the topics, and

9     we're talking about things that aren't in the

10    topics.

11         MS. O'DONNELL:  I'll hew closer to the

12    topics, switching gears a little bit now.

13         Q   Moving into talking about 3PVROs, do you

14    generally have a favorable view of 3PVROs,

15    Supervisor Earley?

16         A   In general, I do, yes.

17         Q   And why do you have a favorable view of

18    3PVROs?

19         A   I think they supplement our outreach

20    efforts.  I think -- I know many of them go door

21    to door, which we don't have the staff to do.  So,

22    I think they do reach voters that our outreach

23    efforts do not reach -- or potential voters, I

24    would say.

25         Q   Do you think that 3PVROs are helpful to

1    Floridians?

2         A   Yes.  In general, I do.  In general.

3         Q   And in what ways?

4         A   Like I just said, I think they are able to

5    reach some potential voters out there that it's

6    very difficult for my office to reach.

7         Q   Why would it be difficult for your office

8    to reach those voters?

9         A   Especially when it's door to door, I don't

10   have the resources to go door to door all across

11   the county to do that.

12        Q   And do you think that they reach specific

13   communities that your office might not reach?

14        A   I think it's likely.  Yeah, I think that's

15   probably what they tend to focus on, is what they

16   might consider to be underserved -- or, you know,

17   some 3PVROs have a focus, they want to register

18   folks from this community or this party or what

19   have you.  So, you know, every -- there's a broad

20   spectrum of motivations, I'm sure, for the 3PVROs.

21        Q   And why do you think it might be easier

22   for them to reach some of those communities?

23        A   I think in many instances they are more of

24   the trusted folks from that community.  That's

25   what I tend to see in some of instances.

1     Q  Do you have any thoughts on why they might

2  be the more trusted folks from that community?

3     A  They could be the neighbors of those

4  people or members of the church or what have you.

5     Q  Do you know the demographics of who 3PVROs

6  help register to vote in Florida?

7     A  Not off the top of my head, no.

8     Q  Do you have an estimate of the number of

9  people that 3PVROs have helped register in Leon

10  County?

11     A  I think it's substantial, but I couldn't

12  give you the exact numbers, no.

13     Q  I'm going to show you another document

14  that I'll ask the court reporter to mark as

15  Exhibit 3.

16        (EARLEY Deposition Exhibit 3 marked for

17  identification and attached to the transcript.)

18     Q  Okay.  Can you see that on my screen?

19     A  Yes, it's small, but I can see it.

20        That's better.

21     Q  Okay.  Are you familiar with this

22  document?  And I know it's lengthy and I haven't

23  given you time --

24     A  Scroll back.

25     Q  -- to engage with it, but can you see from

1  the document?

2      A  Sure.  Yes.

3      Q  And what is it?

4      A  That's the final version of 7050 that was

5  -- senate bill 7050 that was signed by the

6  governor.

7      Q  Okay.

8      A  I assume.  That's what it says it is.

9      Q  And I'm going to scroll down to page 16,

10  for those who are following along.

11     A  It's a very big bill.

12     Q  So, looking here, I'm on line 442.

13     A  Okay.

14     Q  And I think we already touched on this a

15  bit before, but are you aware that SB7050

16  shortened the period for what's considered a late

17  application?

18     A  Yeah, I thought it did.  I think it went

19  from 14 to 10, but I guess we'll see it right here

20  -- yeah, there it is right there, 449.

21     Q  So, as you stated, previously an

22  application was considered late if it was

23  submitted to you more than 14 days after it was

24  submitted to a 3PVRO; is that right?

25     A  Correct.

1     Q   And now it's considered late if it's
2   submitted more than 10 days after it was collected
3   by the 3PVRO; is that right?
4     A   Correct.
5     Q   Okay.  In your view, was receiving
6   applications 14 days from the time that the 3PVRO
7   received them from voters a workable timeline for
8   processing applications?
9     A   14 days?
10    Q   Correct.
11    A   Sure.
12    Q   And why was that a workable timeline?
13    A   I'm not sure.  It's whenever we receive
14  it, we process them.  So, 14 days is workable for
15  us, 10 days is workable for us.  When we get them,
16  we process them.
17    Q   So, when you were receiving them on a
18  14-day timeline, your office didn't have any
19  administrative issues with processing those
20  applications; correct?
21    A   Correct.
22    Q   Would you say that you rarely received
23  late applications that were after the 14-day
24  deadline from 3PVROs when that was the law?
25    A   I would say it was, you know, relatively

1   rare.  It happened.

2       Q   What about when applications did come in

3   after the 14-day deadline?  Did receiving them

4   more than 14 days after the deadline pose a burden

5   on your office?

6       A   The only time it might pose a burden is if

7   it was getting close to the book closing deadline,

8   because we tend to get a lot of applications

9   coming in then.  So that's when this kind of thing

10  gets to be a bit of a burden.  You know, the

11  sooner we get them before the election, the easier

12  it is to get them processed in time for the

13  election.

14      Q   And so as long as you received them within

15  the -- even if they came after the 14-day

16  deadline, but came in advance of the election,

17  your office didn't have any burden with processing

18  those applications; is that right?

19      A   I would say that was correct.

20      Q   Under SB7050, would applications be

21  considered late if you receive them 11 days after

22  the 3PVRO collected them even if they're submitted

23  well in advance of the election?

24      A   If we got them 11 days instead of 10?

25      Q   Correct.

1      A   That's late.

2      Q   And would those applications still be

3   accepted to register voters?

4      A   Yes.

5      Q   Does receiving applications more than 10

6   days after they're submitted to a 3PVRO burden

7   your office if those applications are submitted in

8   advance of the election?

9      A   No, not really.

10      Q   And can you explain a little bit why that

11   wouldn't really burden your office?

12      A   Because we still have to process them and

13   so no, I don't see that that's a big difference to

14   us.

15      Q   You'd still have the resources and means

16   to process them even if you received them more

17   than 10 days after they're submitted to the 3PVRO;

18   is that right?

19      A   I would say in general, that's correct.

20   Now, you know, if there was a huge batch, you

21   know, maybe getting them 10 days decreases the

22   batch size slightly, but I don't think that's a

23   really significant factor.  But that's really all

24   I can see along those lines.

25      Q   Do you think that it's important for

1    3PVROs to engage in a quality control check on

2    applications before submitting them to your

3    office?

4        A  I'd say it's in their best interests to do

5    so.  And in general, it helps the voter I would

6    say, yes.

7        Q  Are you aware that sometimes a voter might

8    leave an application -- some application

9    information blank and a 3PVRO might need to follow

10   up with voters before submitting the application?

11       A  I guess so.  I would, frankly, think that

12   that's why they asked us for training, is so that

13   they would be monitoring that as they were

14   collecting the voter registration application.

15   I'm not sure I like the idea of them holding

16   these, reviewing them later on, and then asking.

17   I guess they might do that, but, you know, that's

18   something we would do also.

19       Q  Do you think that 3PVRO quality control

20   processes make your job easier?

21       A  Lack of quality control makes it harder.

22       Q  And in what ways does a lack of quality

23   control make your job harder?

24       A  Well, some of the problems we have turned

25   over is when 3PVROs submit incomplete applications

1    or, I guess, also invalid applications where the

2    voter doesn't match up with the ID number.  When

3    we start seeing that in a systemic basis, it tends

4    to look more like fraud on the 3PVRO's part than

5    errors on the voter's part, if that makes sense.

6        Q  But circling back to the question.

7            You do think that quality control from a

8    3PVRO can be helpful in order to --

9        A  Yes.  Yes, that's why we like to give

10   training when they ask it.

11       Q  Do you think that quality control

12   processes for the 3PVROs might take additional

13   time?

14       A  In some respects, possibly.  Mainly I

15   would say making sure they submit it to the right

16   county.  But, again, I would hope that most of the

17   quality QA or QC is happening at the time they're

18   interfacing with the voter.

19       Q  So, there is a chance that a quality

20   control process can take additional time; is that

21   right?

22       A  I guess it's possible, yeah.  You'd have

23   to ask them.

24       Q  For instance, confirming addresses could

25   take additional time?

1      A   Confirming addresses?  What do mean by

2   confirming addresses?

3      Q   Confirming they're in a particular county

4   might not be something someone knows off the top

5   of their head?

6      A   I guess so.

7      Q   Do you think that shortening the window

8   for returning applications might lead to receiving

9   more incomplete applications in your office?

10      A   I would tend to, frankly, doubt that.

11      Q   Why would you doubt that?

12      A   Again, like I say, the completeness or

13   incompleteness is something I would hope that the

14   circulator is doing that as they're interfacing

15   with the voter.  And that's less of a thing that I

16   would put in the hands of a 3PVRO.  Because we do

17   outreach, too.  If we get an incomplete, we reach

18   out to the voter ourselves.

19      Q   And when you conduct voter registration

20   outreach in your office, do you do a quality

21   control check in real time on those applications?

22      A   Sure.  Absolutely.

23      Q   Do you also do a quality control check

24   back in your office?

25      A   Somewhat.  But really that's at the time

1   it's being input if there's, you know, a missing

2   field.  But that's extremely rare, because we do

3   it at the time with the voter.

4        Q  Do you ever have to reach back out to

5   voters during that process?

6        A  Define the process again.  Are we talking

7   about 3PVROs or my staff's collected?

8        Q  When your staff collects voter

9   registration applications in voter outreach

10  processes, do you ever have to reach back out to

11  voters for protocol purposes?

12       A  Very infrequently.

13       Q  And does that process take time?

14       A  Some.  Sure.

15       Q  Are there ways in which shortening the

16  window for turning in applications might make your

17  job harder?

18       A  Shortening -- say that again, I'm sorry,

19  repeat that.

20       Q  Shortening that window from 14 days to 10,

21  are there ways in which shortening it might make

22  your job harder?

23       A  I would say only with respect to

24  getting -- It's kind of a stretch for me to find a

25  reason that makes my job harder, frankly.

1      Q   And in respect to getting applications,

2   would you say that there are -- would you say that

3   if you received incomplete or non-quality

4   controlled applications, that would make your job

5   harder?

6      A   Yes.  I get that.

7      Q   And you do get those kind of applications;

8   is that right?

9      A   Yeah.  So, I'm going to talk more to the

10   overall concept here.  With 3PVROs, most of the

11   time they're good.  Some 3PVROs are not good.

12   We've had some 3PVROs, especially from certain

13   circulators, it appears from 3PVROs, where the

14   quality control is so bad it looks like fraud, and

15   that's what we turn over.  So when that happens,

16   that's a big problem.  But in general -- in

17   general, 3PVRO applications are good.

18      Q   And you would say those instances where it

19   looks like fraud are very rare; correct?

20      A   I would say they're certainly not the

21   majority.  They're pretty rare, yeah.  They're

22   definitely the exception versus the rule.

23      Q   Do you ever receive incomplete

24   applications from voters who come to your office

25   and turn in voter registration applications?

1      A   Yes, but we tend to review that with the

2    voter.  If we receive it by mail, I guess it's a

3    little bit more likely.  But we don't get many by

4    mail anymore it's mostly from OVR, online voter

5    registration.

6      Q   Circling back to what we talked about

7    before.  You mentioned --

8          MR. HERRON:  Excuse me, can we take a

9    break?

10         MS. O'DONNELL:  Of course, yes.

11         We'll go off the record.

12         (Off the record from 10:06 a.m. to 10:14

13    a.m.)

14    BY MS. O'DONNELL:

15     Q   All right.  So, finishing up on this

16    particular line of questioning.  I'm just curious,

17    you mentioned that receiving large batches might

18    be less likely if there are four days less of a

19    window to receive 3PVRO applications; is that

20    right?

21     A   Yeah, just -- I mean, that's a bit of a --

22    there's not really anything fact or experience

23    based on that, but yeah, it seems the shorter time

24    you have, the fewer you have in a batch.

25     Q   So that's just a guess; right?

1        A   Yeah.

2        Q   It's not based on any experience that

3    you've had?

4        A   Correct.

5        Q   Can you think of any benefits to

6    shortening the window from 14 to 10 days?

7        A   From 14 to 10 benefits?  Not really.

8        Q   Okay.  Now I'm going to talk to you a

9    little bit about the fines that are associated

10   with 3PVROs in SB7050.

11        So, are you aware that SB7050 dramatically

12   increases the fines for late returned

13   applications?

14        A   Yes.  Yes, I knew one of the bills did.  I

15   couldn't remember exactly which one, but it's

16   likely 7050, yeah.

17        Q   And I'll share my screen again to take us

18   back to 7050.

19        And I'm looking at line 456.

20        Do you see where it says that a fine in

21   the amount of $50 per each day late, up to $2,500

22   for each application received by the division or

23   supervisor in that county in which the applicant

24   resides, more than 10 days after the application

25   was delivered to the third party voter

1    registration organization will receive a fine?

2         So, it's $50 for each day that it's late;

3    is that correct?

4        A  Yes.

5        Q  And so previously based on this language,

6    it was just a $50 fine; correct -- flat?

7        A  I believe so, yeah.

8        Q  Okay.  I'm going to stop sharing my

9    screen.

10        Do you think that this increase in fines

11   was necessary from the perspective of you as a

12   supervisor?

13        A  From my perspective?  I would tend to say

14   no.

15        Q  Do you think that the increase in fines

16   will decrease the rare number of instances in

17   which 3PVROs turn in applications late?

18        A  Well, yes, because we're getting a lot

19   fewer 3PVROs working.

20        Q  So, it will decrease the number of 3PVROs

21   that are able to register people to vote?

22        A  Willing to register people to vote because

23   of the concern.  So, as a corollary, it decreases

24   the number we get late.

25        Q  Can you explain those concerns?

1      A   I would suggest you ask them, but, I mean,
2  it seems pretty obvious.
3      Q   That they would be concerned about the
4  fines is the thought?
5      A   Yes.
6      Q   Are you aware that SB7050 also increases
7  fines for applications returned to the wrong
8  county?
9      A   I think it -- yeah, that seems right.
10     Q   How would you say -- how often would you
11  say 3PVROs end up returning applications to the
12  wrong county?
13     A   That certainly happens, I think that's
14  probably a harder thing for the 3PVROs to manage
15  than the timeliness.
16     Q   Would you say that it is somewhat rare?
17     A   Again, rare is a subjective term, but
18  yeah, it's not the norm, certainly.  The majority
19  don't come to the wrong county, at least in my
20  office.
21     Q   What does Leon County do when it receives
22  applications that are meant for another county?
23     A   We've -- well, first, we record them as
24  coming to the wrong county, but I believe we
25  forward it onto the other county.  At some point

1    -- and so let me clarify here.  There's been some

2    different language in the laws, the various laws,

3    and now processes have changed, I can't remember

4    explicitly.  But at one point, we would return it

5    back to the 3PVRO, but I think now I believe we're

6    sending it on to the right county.

7        Q  And --

8        A  I'd like to phone a friend.

9        Q  Do you know if that process requires a

10   great deal of your time and resources as an

11   office?

12       A  Certainly it's outside the normal

13   processing, so anytime you interrupt the big batch

14   processing it slow things down, but I don't think

15   it's a tremendous problem.

16       Q  In your view are fines necessary to

17   address forms submitted to the wrong county by

18   3PVROs?

19       A  Are they necessary?  I think they're

20   helpful, because it's an incentive, I think --

21   but, you know, that's a subjective determination,

22   I would say.

23       Q  And can you explain what you mean by an

24   incentive?

25       A  As you pointed out, I think there's more

1   incentive to do better quality control and make

2   sure their people are better trained and make sure

3   that they don't make mistakes on their end.  But

4   it's also a disincentive to be in the job of

5   getting applications too.

6        Q   And can we agree then that that kind of

7   quality control around checking the correct county

8   might require back end quality control after the

9   application is received?

10       A   Some.  Again, with the addressing, yes.

11  And making sure it's submitted to the right

12  county, but I think most of the QA or QC,

13  whatever, should go with the voter interface.

14       Q   So, in order to avoid fines for wrong

15  county applications, 3PVROs might need to engage

16  in more quality control on the back end to avoid

17  those fines?

18       A   They might, yes, I can see that.

19       Q   Do you think that SB7050 will decrease the

20  number of instances in this 3PVROs submit

21  applications to the wrong county?

22       A   Again, I think so, but mostly because

23  there's less 3PVROs working out there.

24       Q   And are you seeing less 3PVRO activity

25  since the passage of SB7050 in your office,

1    Supervisor Earley?

2         A  I believe we are, yes.

3         Q  And does that mean that less Florida

4    voters are being registered by 3PVROs?

5         A  Yes.

6         Q  And does it mean that they're reaching

7    less people in the communities that 3PVROs

8    typically reach?

9         A  I'd say that's accurate, yes.

10         Q  When you have to forward wrong county

11   applications onto the correct county, does the

12   time that the application spends in the mail count

13   towards the fine that a 3PVRO would receive for

14   submitting an application after the 10-day

15   deadline?

16         A  Can you say that a little slower?  I think

17   the answer's no, But let me hear that again.

18         Q  Sure.  Let me put some facts on it.  That

19   might help.  So, let's say a 3PVRO submits an

20   application to you but it should have gone to

21   Jefferson County, and the application was received

22   10 days after the 3PVRO collected it, that 3PVRO

23   is going to be fined for submitting to the wrong

24   county; right?

25         A  Yes.

1          Q   And then let's say it takes three days by

2    USPS for the application to be sent from your

3    office to Jefferson County.  So that puts the

4    application at 13 days past the collection date

5    when it gets to the correct county.

6          Do you know if the 3PVRO will be fined $50

7    for the three days that the application spent in

8    the mail to Jefferson County?

9          A   I don't think it does.  Yeah, I don't

10   believe that that's the case, because I think it's

11   when we receive it initially.

12         Q   Okay.  And do you know if your office

13   doesn't get around to sending the application for

14   a few days, would those additional days be a day

15   that the 3PVRO could be fined $50?

16         A   I'd have to double-check.  I couldn't say

17   for sure.

18         Q   Okay.  So you can't say for sure if those

19   additional days would be counted towards the fines

20   that the 3PVROs would receive?

21         A   Right.  I'd have to double-check.

22         Q   Are you aware that the aggregate fines for

23   noncompliant applications were previously capped

24   at $1,000 for 3PVROs?

25         A   Not specifically, but yeah, there was a

1    cap.

2        Q  And then did you know that cap went up to

3    $50,000 in 2022?

4        A  I know it went up pretty dramatically,

5    yes.

6        Q  Are you aware that the cap under SB7050 is

7    now $250,000?

8        A  I trust that your numbers are accurate.

9        Q  And what do you think of that level of an

10   aggregate fine?

11       A  I think it's decreasing the number of

12   3PVROs out there helping the voters.

13       Q  And what do you mean by helping the

14   voters?

15       A  As I say, out there in the community

16   getting people registered.

17       Q  Are you aware that SB7050 implements a

18   $50,000 on 3PVROs for each noncitizen who collects

19   or handles a voter registration application on

20   behalf of a 3PVRO?

21       A  I think I've heard that number, yes.  Or

22   read it.

23       Q  Have you ever had an issue with a

24   noncitizen handling a voter registration form on

25   behalf of a 3PVRO in your office?

1     A   Have I had an issue with it?  I don't know

2   that we've experienced that.

3     Q   In your view, are fines necessary to

4   address registration forms collected and handled

5   by noncitizens on behalf of 3PVROs?

6     A   Is it necessary?  I don't know that there

7   was a problem that that solves.

8     Q   I'm going to show you another document

9   that I'll ask the court reporter to mark as

10  Exhibit 4.

11        (EARLEY Deposition Exhibit 4 marked for

12  identification and attached to the transcript.)

13     Q   And I'll share my screen again here.

14        Do you recognize this document?

15     A   Let's see here.  Not explicitly recognize,

16  but, I mean, it looks like a training document,

17  maybe from my office.

18     Q   That was my next question.

19        Do you know if it was prepared by your

20  office?

21     A   It looks like something we have.  But I

22  don't see anything that says Leon County

23  explicitly, but it looks like one of our training

24  documents.

25     Q   And is it entitled:  SB7050 Summary and

1    Impacts?

2        A   Yes, it is.

3        Q   I want to scroll to the bottom here, for

4    folks who are following along on their own

5    screens, and look at this portion that reads:

6    Increased fines for 3PVROs.

7            Do you see that portion here?

8        A   Yes.

9        Q   So, first, it says next to impact,

10   minimal.

11           Do you know what this document means by

12   minimal impact?  Is that on your office?  On the

13   State?

14       A   I think it means to my office.

15       Q   And then there's a note that it says:  May

16   result in decreased 3PVRO activity; correct?

17       A   I see that, yeah.  And can I ask you to

18   scroll back up to the top?  Maybe I'm starting to

19   remember this more.

20           Okay.  Yeah, so this is actually a staff

21   document that was prepared as 7050 was going

22   through the legislature.  It's ringing a bell now.

23   So this was drawn up from our perspective of what

24   the impacts would be to our office specifically by

25   one of my staff.  And so, yeah, this was all in

1    reference to our workload.  But it did note that

2    with these significant increases, that 3PVRO

3    activity -- which is what we've seen -- would

4    decrease.

5        Q  Do you think that -- so, would that mean

6    that as there are more fines, 3PVROs are less

7    likely to continue to engage in voter

8    registration?

9        A  That was our expectation.  And I think

10   that's what we've seen as a real life result, yes.

11       Q  And do you know why you expected to see

12   that?

13       A  Because people don't have the money to pay

14   the fines.

15       Q  I'll stop sharing my screen.

16          And what impact could less 3PVRO activity

17   have on Florida voters, to your mind, as

18   supervisor?

19       A  What could it have?  I think that there's

20   a likelihood that there's less outreach to some of

21   these communities that the standard traditional

22   methods of voter registration don't necessarily

23   capture.

24       Q  And before you stated that those

25   communities could include underserved communities;

1 correct?

2      A  They could, certainly, yes.

3      Q  Could you explain what you mean by

4 underserved communities?

5      A  Certainly, I would say from the poor

6 communities, people of color -- nowadays we get

7 most of our voter registration through either

8 highway safety motor vehicles or online voter

9 registration.  That's where we get most of our

10 voter registration.  Not everybody has a driver's

11 license or goes to the DMV, and not everybody has

12 online access.  Or feels comfortable with the

13 online process for many reasons, connectivity or

14 what have you.

15         And there's just some people out there, to

16 be my experience, especially as the felons and all

17 that that just -- I've learned more, that just

18 don't feel comfortable interacting with a

19 government office.

20      Q  And 3PVROs are helpful in serving those

21 particular communities?

22      A  I feel they are, yes.

23      Q  And that's based on your experience as the

24 supervisor of elections; correct?

25      A  Yes.

1    Q  All right.  I'm going to show another

2    document here that I will ask the court reporter

3    to mark as Exhibit 5.

4         (EARLEY Deposition Exhibit 5 marked for

5    identification and attached to the transcript.)

6    Q  Does this document look familiar to you?

7    A  It looks like every other court document I

8    receive.  So yes, I assume it's our

9    interrogatories, yes.

10   Q  Yes.  And are you familiar with this

11   document?

12   A  Yes.  I haven't reviewed it recently, but

13   yes, I certainly reviewed it at the time.

14   Q  And did you help to prepare the responses

15   for this document?

16   A  Yes.

17   Q  Do you know who else assisted you in

18   responding, outside of your counsel?

19   A  Some of my staff.  Stephen, primarily.

20   Also -- primarily Stephen, I would say, actually.

21   Q  And did you verify that the information in

22   the responses is accurate?

23   A  To the best of our ability, yes.

24   Q  Okay.  So, for those following along, I'm

25   going to take us to page 19 of the document.

1    Turning to the first page, I'm looking at the

2    first paragraph here.  And you note that you

3    discussed --

4        A  Can we see the question --

5           MR. HERRON:  Can we see the question,

6    please?

7           MS. O'DONNELL:  Of course.  I'm sorry

8    about that.  Yes.

9        Q  So, the interrogatory here was number 11:

10   Identify and describe any communications between

11   you and any person, including but not limited to

12   the Florida governor, Florida legislature, Florida

13   Secretary of State, and Florida Attorney General

14   regarding interest or issues SB7050 addresses.

15          And scrolling down to this paragraph at

16   the top of the page here.  I'll give you a moment

17   to review the paragraph and then we can discuss.

18       A  I would say that's pretty consistent with

19   what I've been saying here today.  Yes, that seems

20   like my overall opinion of this whole thing.

21       Q  And so in the first paragraph, you explain

22   that you discussed with many at the state level

23   that your office regards the work of 3PVROs to be

24   helpful and complementary to your own voter

25   outreach and registration efforts.

1        Can you expand on that in any way?

2     A   I think it's essentially what I said

3  today, that we can't reach everybody and that in

4  general 3PVROs do good work.  Certainly there's

5  been some problems, as I note in that last

6  sentence there.  And that's a fraudulent issue,

7  and I take that extremely seriously, because that

8  hurts.  And we we've seen certainly some

9  significant fraud among party circulators, and

10 we've tried to track that very carefully and make

11 sure that was investigated.

12    Q   And when you say circulators, Supervisor

13 Earley, do you mean those who are circulating

14 petitions as opposed to third party voter

15 registration organization voter registration

16 applications?

17    A   Yeah.  And circulators may not be the

18 exact right term for this, because the processes

19 are somewhat similar as far as it impacts our

20 office, but yeah, the people working on behalf of

21 the 3PVRO organization themselves.  The people

22 that are in the field talking to potential voters

23 or voters and collecting the voter registration

24 applications.

25    Q   And as you stated here, the majority of

1  3PVROs are not engaged in any kind of fraud and

2  are doing good work; is that right?

3      A  Correct.

4      Q  You also state that you made clear to the

5  State that you were concerned that the increases

6  in fines could have a detrimental impact.

7          Could you please explain what you mean by

8  that?

9      A  That a lot of 3PVROs are small and just,

10 you know, little -- you know, a group within a

11 community, a church or something like that, and

12 people can make mistakes, so these fines can be

13 overwhelming to a group and then distancing them

14 to do that work.

15     Q  And do you know who at the State level you

16 made this clear to?

17     A  I can't remember exactly.  There was a lot

18 of discussions all around.  So, likely staff at

19 the legislature, verbal communications.  And

20 likely maybe some staff at the Division of

21 Elections, but I can't really remember.  We don't

22 talk to the division about election bills,

23 frankly.  It's more with the legislature.

24     Q  Do you remember who at the legislature you

25 might have made this clear to?

1      A  Not specifically, no.  It could have been

2  legislators, because people would ask me, and

3  maybe staff.

4      Q  Do you remember how those to whom you

5  expressed these sentiments responded?

6      A  Not really I don't, no.

7      Q  And to be clear, when you talk about

8  instances of fraud, SB7050 hasn't made it any

9  easier to detect instances of fraud for the issues

10  that you've mentioned; is that right?

11     A  Yes, I would say that that is accurate.  I

12  don't know that 7050 has improved our ability to

13  detect fraud.  No, it has not.

14     Q  Okay.  We already touched a bit on this

15  before when we discussed the fines provisions

16  earlier, but I want to turn back to what I'll call

17  the citizenship requirement.

18        Are you aware that SB7050 mandates that

19  each 3PRVO must provide an affirmation that every

20  person collecting or handling voter registration

21  applications on their behalf is a citizen of the

22  United States?

23     A  Yeah.  I think I remember, yeah, something

24  along those lines in the provision of 7050.

25     Q  And why do you think the State enacted

1    that law?

2         A   I don't know.  It would be a guess.

3         Q   And as you stated before, you had never

4    had any issue with noncitizens in handling voter

5    registration applications?

6         A   Correct.  Not that I was aware of.

7         Q   Prior to 7050, to your knowledge did the

8    State ever track the citizenship status of who

9    submitted a voter registration application on

10   behalf of a 3PRVO?

11        A   I couldn't say.  I don't think they did,

12   but I don't know.

13        Q   When investigating late applications, did

14   you ever track the citizenship status of who

15   submitted a late application on behalf of a 3PRVO?

16        A   Did we try and determine if they were a

17   citizen or not?  No, we did not.  No.

18        Q   When investigating wrong county

19   applications, did you ever track the citizenship

20   status of the canvasser who submitted a wrong

21   county application on behalf of a 3PRVO?

22        A   No.

23        Q   When investigating suspicious

24   applications, did you ever track the citizenship

25   status of a canvasser who submitted a suspicious

1  application on behalf of a 3PRVO?

2      A  No.

3      Q  So, when the State enacted SB7050, it

4  didn't have any data from you, as a supervisor of

5  elections, that demonstrated noncitizens were

6  involved in collecting noncompliant or suspicious

7  applications; right?

8      A  That's a lot of fine print, but we never

9  had turned any information over as to the

10  citizenship status of anybody collecting voter

11  registration applications, to my knowledge.

12      Q  And so the State had no data from you, as

13  a supervisor of elections, to the effect that

14  noncitizens were collecting noncompliant or

15  suspicious voter registration applications; is

16  that right?

17      A  I think that's accurate.  We would let

18  them know who we thought was doing this, and they

19  may have been able to determine on their own if

20  there was a problem with the citizenship, but it's

21  not in any of the data we submitted, certainly.

22      Q  And you wouldn't have known the citizen

23  status of that individual; correct?

24      A  Correct.  It could come as if they were a

25  registered voter or not, which has the presumption

1    of a citizen.

2        Q   But there are some citizens who are not

3    registered voters; correct?

4        A   Say that again.

5        Q   There are some citizens who are not

6    registered voters in Florida; correct?

7        A   Yes, unfortunately.

8        Q   To your knowledge, has your office ever

9    received reports of noncitizens handling voter

10   registration applications on behalf of any 3PVROs?

11       A   Not that I've heard of, no.

12       Q   That means no unlawful incidents that

13   you've heard of; correct?

14       A   Not as it related to a citizenship status

15   or not.

16       Q   Are you aware of any other county that

17   you've heard of where there have been incidents

18   that have occurred because of noncitizens handling

19   voter registration applications?

20       A   I've not heard of any such thing.

21       Q   Turning back to the actual language of

22   SB7050.  The citizenship requirement, as we're

23   calling it, speaks that there will be a $50,000

24   fine for each such person who is not a citizen

25   collecting or handling registration applications

1   on behalf of a 3PVRO.

2        How would your office or the State know

3   the citizenship status of a person who collects or

4   handles a voter registration application on behalf

5   of a 3PVRO?

6    A  At this point there's not a way for us to

7   really know that, that I know of.

8    Q  Do you think it could be useful for some

9   Florida 3PVROs to employ non-citizen canvassers?

10   A  I would recommend you ask them.

11   Q  Do you think it could help them access the

12   communities that we spoke about earlier?

13   A  I could see that might be possible, I

14   guess.  Again, I don't know if I'm qualified to

15   answer that, specifically.

16   Q  I'm going to show you another document,

17   and I'd ask the court reporter to mark this

18   Exhibit 6.

19        (EARLEY Deposition Exhibit 6 marked for

20   identification and attached to the transcript.)

21   Q  I'm going to want to talk about the email

22   that's on the middle of the page, for those who

23   are following.

24        So, first, can you identify who this email

25   is from?  Who is Alex Mosca?

1      A  He's on my staff here.  I guess his

2  official title is public information officer, but

3  he knows State law pretty well, too.

4      Q  Do you know where we Mr. Mosca was

5  previously employed?

6      A  At the Division of Elections.

7      Q  And when did he leave the Division of

8  Elections, to your knowledge?

9      A  Several years ago.  I hired him.  I'd have

10  to double-check the date and the year.

11      Q  And can you identify the folks who are in

12  the to and CC fields as well?

13      A  Yeah.  Stephen Eustock is the CC.

14  Alesandra Shirina, she is one of my senior staff

15  here, she oversees the voter services team and

16  vote by mail and all.  That Mark Earley guy, he's

17  a pretty good guy.  Chris Moore is my chief

18  deputy.  He's been working with me for many, many

19  years.  Laurine Osborn is now in charge of my poll

20  workers and polling places.  She's very

21  phenomenal, too.

22      Q  And scrolling down.

23      A  I see it says sac one.  I can't remember

24  what sac one is, S-A-C.  I completed my review of

25  sac one.  That seems to be important for me to

1    know what that is.

2        Q   Okay.  Looking at the first -- excuse me,

3    the second paragraph here, the first sentence.  It

4    looks like Mr. Mosca says, the language is

5    markedly improved from the senate version.

6            Do you know what he's referencing here?

7        A   I imagine this is the bills going back and

8    forth between the House and the Senate.  So sac

9    one is probably -- I should remember what that is,

10   but I believe it's probably a legislature term,

11   it's for the House's version of that.

12       Q   And is it likely that he's referring to

13   the list maintenance and eligibility maintenance

14   provisions that are markedly improved?

15       A   Possibly.  I'd have to -- it's been a long

16   time since I've seen this.

17       Q   Scrolling down to the last page here.  I'd

18   like to look at some other observations.

19       A   Okay.

20       Q   So, it looks like Mr. Mosca noted, each

21   person collecting applications for a 3PRVO must be

22   a U.S. citizen.  This is likely unenforceable

23   under federal law.  Immigration & Nationality

24   precludes employment discrimination based on

25   citizenship status.

1          Do you know if this observation was ever

2    relayed to any legislators?

3        A  I don't think it was actually, no.

4        Q  Do you know if this observation was ever

5    relayed to the Secretary of State?

6        A  I don't think it was, no.

7        Q  Do you remember --

8        A  Wait.  Wait.  I'm sorry.  Not by my

9    office.  So, if it was from someone else, I do not

10   know.

11       Q  Do you remember when you saw this note?

12       A  Likely on April -- in April of 2023.

13   That's when that email date is.

14       Q  Do you remember what you did when you saw

15   this note?

16       A  I mostly reviewed it for the things above

17   this point, because the 3PVROs were less our

18   issue.  Certainly some of the items in here I

19   tended to agree with.  Some I thought were a bit

20   outside our purview, because I tend to comment,

21   for the most part, on administrative function in

22   statute.  But, you know, as I said, some of the

23   concerns I had with some of the new status of

24   3PVROs I thought might impact our voters adversely

25   because there would be less activity out in the

1   communities from these 3PVROs.

2       Q   I'm going to direct your attention back to

3   the language of the statute itself.  And I can

4   share my screen again to make that a bit easier.

5   So, I'm looking at page 15 through 16, beginning

6   on lines 405 here.  Excuse me, 14 through 15.

7   This is what we've been reviewing as the

8   citizenship provision.  In your experience as a

9   supervisor, do you believe that this term

10  collecting or handling, as used in the statute is

11  clear?  And I'll give you a moment to review the

12  statute.  Let me know if you need me to scroll.

13      A   Can you scroll higher up so I can see

14  above?  So, this is F of what?

15      Q   This is F of --

16      A   97057, okay.  575.

17      Q   And 1F.  And let me know if you want me to

18  scroll.

19      A   Can you go to one, above 1A?

20      Q   Yes.

21      A   Stop right there.  You can scroll on down.

22      Q   Okay.

23      A   I tend to spend a lot of time -- in this

24  section, I haven't reviewed tremendously because

25  we were into list maintenance and eligibility and

1   all that, but I did look over this a bit.

2       Q  Can I scroll down to F?

3       A  Hang on there.

4       Q  You just let me know.

5       A  Okay.  You can scroll some.  You can keep

6   going.

7           I'm ready.  I'm sorry.

8       Q  Thank you for your thorough review.

9           And so based on your review, in your

10  experience as a supervisor of elections, do you

11  think that the definition of collecting and

12  handling is clear here in this document?

13      A  Not necessarily.  It seems pretty obvious

14  on the face of it, but I guess legally, I guess

15  you all are more of an authority on that than I

16  am.

17      Q  Can you tell me what you take it to mean

18  on the face of it?

19      A  That anyone who works for 3PRVO that

20  touches a voter registration application or is

21  handling a batch -- you know, entrusted with batch

22  of them needs to be a U.S. citizen.

23      Q  I'm going to introduce another document

24  that I will ask the court reporter to mark as

25  Exhibit 7.

1          (EARLEY Deposition Exhibit 7 marked for

2     identification and attached to the transcript.)

3          Q   So, are you familiar with this document?

4          A   Can you make it a little bit bigger?  It

5     looks like one of those standard rules.  2.042, it

6     seems, but it's really tiny.

7          Q   And I'll represent to you that this is a

8     document that was produced to us in discovery.

9          A   Okay.  Yeah.  So, that's a proposed rule.

10    I'm not sure where we are as far as this rule goes

11    through the rulemaking process.  There's a lot of

12    rules being hit right now.

13         Q   Sure.  I will scroll down a bit.  This is

14    a document that was marked up that was produced to

15    us by your office.

16         A   Okay.

17         Q   Scrolling here.

18         A   These are suggested changes.

19         Q   So, scrolling down, it looks like this

20    language is attempting to define collecting and

21    handling; is that right?

22         A   Yes, it does.

23         Q   Would you say that that's because the

24    terms collecting and handling in the statute might

25    have been confusing?

1       A   Rules often clarify what statute -- or the

2   implementation of statute, so it's hard for me to

3   read this, because you got the comment on the

4   side.  I guess you can't make it any bigger.

5           That's better.

6           So, let me read this part over.

7           And sometimes I have to read this several

8   times to make sense of it.

9       Q   Understood.

10      A   So, it does not include distributing blank

11  voter registration applications.  It does not

12  include supervising and collecting or handling of

13  voter registration applications, so supervising

14  that.  Assisting -- it doesn't include assisting

15  in voter -- so that was a suggested change on our

16  part, it appears from Alex.  AM is Alex Mosca.

17      Q   So AM is Alex Mosca, Mr. Mosca that we

18  discussed before?

19      A   Right.

20      Q   And Mr. Mosca says, we suggested this

21  wording change, and they've taken it up.  And that

22  was in regard to assisting a voter who requests

23  assistance to fill out a voter registration

24  application; is that right?

25      A   That's what it says there.  I'd have to

1    double-check that it actually implements that in

2    the rule.  I didn't make the rule.  It's not even

3    finished yet, I'm not sure.

4        Q  Mr. Mosca says about the rule, this is a

5    welcome addition/clarification; correct?

6        A  Right.

7        Q  And I'm going to ask, so, if a rulemaking

8    and a statute conflict, which does the

9    supervisor's office abide by?

10       A  Statute.

11       Q  The rulemaking defines collecting and

12   handling as exercising physical custody; is that

13   what you see here?

14       A  Yes.

15       Q  Does exercising --

16       A  Once it's got the voter's information in

17   it.

18       Q  Does exercising physical custody mean

19   driving a car that has filled out voter

20   registration application forms in the back of it?

21       A  Say that part again, please.

22       Q  Do you think it would be exercising

23   physical custody if someone drove a car that had

24   voter registration forms that were filled out in

25   that car?

1      A  To me it would, yeah, because you have

2   custody of them, you're in your vehicle, and

3   you're the only one there, I would imagine.

4      Q  Do you think someone would be exercising

5   physical custody if they put filled out voter

6   registration forms in envelopes to send to your

7   office as supervisor?

8      A  If someone else was there, possibly that's

9   not custody, they could be helping.  But I would

10   tend to think that that would be contrary to the

11   rule, if someone that was not a citizen was

12   handling the completed forms.  But really that's

13   not necessarily within my authority to determine,

14   I would say, really.

15      Q  And can we agree it's hard to answer these

16   questions of what constitutes physical custody?

17      A  Somewhat.  Somewhat.  Again, if it's in a

18   car with a citizen and the driver is not a

19   citizen, I would say that it's not necessarily in

20   their custody.  I'm not sure who has the authority

21   there.  But if you were taking an Uber and the

22   driver was not a citizen but you were a citizen,

23   then I would say it's not in the Uber driver's

24   custody, it's in the 3PRVO's person's custody.

25   You see what I'm saying?

1     Q   But these are difficult calls to make;

2   right, Supervisor Earley?  They're very

3   subjective, wouldn't you say?

4     A   Possibly.

5     Q   And answering one of these questions wrong

6   could lead to a $50,000 fine for a 3PRVO; right?

7     A   Yes, it could.

8     Q   And these are questions that are somewhat

9   difficult to answer even for you, and you've been

10  in elections for nearly 40 years; right?

11    A   Yeah.  I've never been a 3PRVO, but yes.

12  We address some of these concerns in our chain of

13  custody for ballots and things like that.

14    Q   But you agree they could be difficult

15  questions for 3PVROs to answer; right?

16    A   Somewhat, yes.

17    Q   I want to turn back to the actual language

18  of SB7050, and I'll pull up the provision again to

19  make it a little easier for all of us.  I'm going

20  to line 506.

21        Okay.  So, looking at 506 -- I'll give you

22  a moment to read this provision.  Please let me

23  know if you'd like me to scroll up.

24    A   Okay.

25    Q   So, I'll call this the information

1    retention ban for short.

2         Is it clear to you what personal

3    information being retained means from this

4    provision?

5      A  I think in general it's pretty clear.

6    It's specifying really the information that we are

7    not allowed to divulge or is exempt from public

8    records requests, the driver's license number, the

9    Social Security number, ID number, or their

10   signature.

11     Q  Would you say that personal information is

12   expressly limited to Social Security number,

13   driver's license number, and signature by the text

14   of the law?

15     A  For the most part.  The "such as" maybe

16   makes it a little bit vague, but birthday, such as

17   -- so it's a bit vague with the word "such as" in

18   there.

19     Q  Does the "such as" clause suggest that the

20   list might not be exclusive?

21     A  It might not be comprehensive, yes.

22     Q  Is it clear to you what in compliance in

23   this section might mean here?

24     A  All right.  Let me look at that again.

25         Not wholly.  I'm try to think of a

1   reason -- it says for any reason other than to

2   provide such application or information to the

3   third party voter registration register

4   organization.  To me, that's a bit more uncertain.

5   I'm not sure why they would need to make copies of

6   that to provide to the 3PRVO.

7          What's above seven?

8      Q  Would you like me to scroll to the top?

9      A  Yeah.  Seven of -- sub seven of what?  Are

10  we back up to that, 757 or whatever it was?

11     Q  Yes.

12     A  All right.  It's all part of that.  Just

13  the overarching thing about 3PRVOs.  All right.

14  You can go back down, sorry.

15     Q  Okay.  So, for instance, is a 3PRVO

16  retaining a copy of a voter registration

17  application, if they keep it so that they can call

18  the voter registration and follow up on an

19  incomplete application to get the complete

20  application to your office, would that be

21  considered a violation, do you think, of the

22  information retention ban?

23     A  Frankly, I'm not sure.  I would -- my

24  answer to these questions in general are that I am

25  uncomfortable with 3PRVOs having the -- a copy of

1    the driver's license number, the Social Security

2    number, or the signature because that potentially

3    opens up the voter to identity theft, and at that

4    that's why we don't give that information out in

5    relation to public records requests.  And we get

6    requests for that, and we don't give it out.  So

7    the wording in here may not be perfect, but I am

8    in favor of them not making these copies, or if

9    they are making copies, somehow redact that from

10   the copy.

11       Q  So, to the extent that they redacted

12   Social Security number, driver's license number,

13   and Social Security -- excuse me.  To the extent

14   they redacted Social Security number, driver's

15   license number, and signature, you would be fine

16   with the 3PRVO retaining voter information?

17       A  Yes.

18       Q  And to be clear, in terms of instances of

19   identity fraud, have you ever had any confirmed

20   instances of identity fraud from 3PVROs?

21       A  To that explicit question, I would say no.

22   I would say, though, that some of the fraud we

23   have seen looks like people are collecting some of

24   the driver's license numbers and other identifying

25   information and altering it, potentially.  This is

1  somewhat of a guess, but it's based on a lot of --

2  you know, looking deep into some of the fraud

3  we've seen where they just change some of those

4  numbers slightly and it doesn't look like the

5  voter's signature.  And that gets -- we've

6  certainly spent time debating where they're

7  getting this information from the first part.  And

8  so that has been a concern.

9      Q  You would be speculating by saying that

10  that's derived from that process; right,

11  Supervisor Earley?

12     A  I would say based on my experience, that

13  looks likely.

14     Q  But again, it's a guess; correct?

15     A  It is.  A lot of things I'm saying are

16  based on experience, and I can't really confirm

17  exactly why I get to that conclusion.

18     Q  And again, for 3PVROs that redact that

19  information and use this information to follow up

20  with voters, you would be comfortable with them

21  retaining applications; correct?

22     A  Yes.  Because it's the same data we would

23  give out anyway.

24     Q  Is a 3PRVO retaining a copy of a voter

25  registration application to follow up on issues

1   that your office or the Division of Elections

2   flags for the 3PRVO as noncompliant or as an

3   issue, do you think that would be considered a

4   violation of this provision?

5       A  If they have a copy that didn't include

6   the data that's explicitly stated there?  I don't

7   --

8       Q  So, if it's being retained so that the

9   3PRVOs could be in compliance with the section,

10  right, to ensure they're not submitting late

11  applications, to ensure they're submitting

12  applications to the right county, and they retain

13  it for that purpose, is that considered a

14  violation of this provision under your

15  interpretation?

16      A  If they've redacted this information.  I

17  can't remember hearing if you said that in there.

18  But yeah, if they had it redacted, I don't think

19  it would be a violation.

20      Q  And do you think that's clear based on the

21  in compliance with this section language?

22      A  I'd say for the most part.  I can see why

23  the concept of -- let me find it again.  For any

24  reason other than to provide such application in

25  compliance with this section, to me it's pretty

1  clear you shouldn't be retaining that information.

2  I would say that.

3      Q  But you agree the in compliance with this

4  section portion is confusing?

5      A  That's what makes it -- you have to read

6  it several times, and I would tend to -- faced

7  with a $50,000 fine or whatever the fine might be,

8  I would say let's be safe and not keep that

9  information.

10      Q  Because this provision is vague?

11      A  Sure.

12      MR. HERRON:  Calls for a legal conclusion.

13      A  Yeah.  I don't really know that I would

14  say why, but I would say the risk is not worth the

15  reward.  Or I would ask for an opinion.

16      Q  I'm going to show you an additional

17  document here.  And I'll ask the court reporter to

18  mark this as Exhibit 8.

19      (EARLEY Deposition Exhibit 8 marked for

20  identification and attached to the transcript.)

21      Q  Do you know what this document is?

22      A  It looks like the same rule.  I'm not sure

23  what iteration of it it might be.

24      Q  And scrolling down to Section 3H.

25      A  Can you tell me what you think it is?

1       Q   Yes.  I'm sorry, Supervisor Earley.  I'll

2    represent to you that this is the finalized

3    version of the rule.

4       A   Okay.  Thanks.

5       Q   Scrolling down to 3H, for those following.

6           So, under Section 3H, does this clarify

7    what constitutes personal information based on

8    what we just discussed?

9       A   It would help if it was bigger, but yes, I

10   think it does.

11      Q   So, it reads:  Voters' personal

12   information means a voter's private information

13   that is not generally available to the public,

14   including the voter's driver's license number,

15   Florida identification card, Social Security

16   number, or signature.  It doesn't include the

17   information contained in a form DSDE129?

18      A   Yeah.  I'd have to see what 129 was, but

19   yeah, in general, it's the information that we

20   aren't giving out.  It's exempted from public

21   records request.

22      Q   And again, if a statute conflicts with a

23   rulemaking, which do you follow?

24      A   Statute.

25      Q   I'm going to stop sharing my screen and

1    share with you one additional document here.  And

2    I'll ask the court reporter to mark this as

3    Exhibit 9.

4         (EARLEY Deposition Exhibit 9 marked for

5    identification and attached to the transcript.)

6         Q  Do you recognize this document?  I'll

7    represent to you that you produced it to us in the

8    course of the discovery.

9         A  Right.  Yeah, that's emails back and

10   forth.  It looks like it's probably during the

11   consideration of the rule.

12        Q  As we established, Alex Mosca works in

13   your office; correct?

14        A  Correct.

15        Q  And this is a set of messages between he

16   and Stephen; right?

17        A  Correct.

18        Q  So, scrolling down here, it looks like the

19   topic is Rule 1S, 2.042.  That's what we were just

20   discussing; right?

21        A  Right.

22        Q  And Alex asks, can they retain a copy?

23   What if they redact the personal information?  Do

24   you know who "they" are in this context?

25        A  I think it's 3PRVO.

1      Q   And then Mr. Mosca notes that the language

2   is really vague here; is that right?

3      A   Yes, ma'am.  Let me read in between there.

4         Okay.  And so what's the question?

5      Q   Is he referencing -- do you know what

6   language he's referencing when he says it's really

7   vague here?

8      A   I think what they mean by the word copy.

9      Q   So, the question is whether or not 3PVROs

10   can copy voter registration forms is vague, based

11   on your understanding?

12      A   Well, that was what they were saying

13   there.  I think it's not quite as vague as maybe

14   my staff is saying here, frankly.  But we get into

15   a lot of esoteric conversations about what copy

16   means in lots of areas, as, like, valid retention,

17   that temporary image captured into RAM or what

18   have you, is that a copy?  So it gets pretty

19   esoteric here and not just on the plain

20   understanding of some of these terms.

21      Q   To be clear, members of your staff did

22   think that it was vague whether or not 3PVROs

23   could retain voter registration applications

24   through copies based on the language of the rule;

25   is that right?

1      A   I think they were suggesting the rule

2   should've been a little bit clearer.

3      Q   Do you think there are any ways in which

4   retaining voters' information could be useful for

5   3PVROs?

6      A   Absolutely.  I think that's part of why

7   they're in business also.

8      Q   Do you think they could use it for get out

9   to vote purposes?

10      A   Yes.

11      Q   Do you think they could use it for quality

12   control purposes?

13      A   Some, yes.

14      Q   Do you think they could use it for

15   verifying applications reported to the State that

16   were submitted late?

17      A   Possibly.

18      Q   Do you think they could use it for

19   verifying applications that were reported to the

20   State for being submitted to the wrong county?

21      A   I guess, possibly.  Sure.

22      Q   Do you think they could use it to

23   understand why those mistakes happen and fix them

24   in the future?

25      A   I could see that having some of that

1    information would be helpful for just making sure

2    their processes were better.

3        Q   And in that way, in making their processes

4    better, would that make your job a little bit

5    easier for receiving better applications?

6        A   Certainly.  Sure.  I can concede that.

7        Q   Does your office ever have to contact a

8    3PRVO to run down missing or incorrect

9    information?

10       A   I don't know that we would contact -- what

11   do you mean missing or incomplete information?

12       Q   On a voter registration form.

13       A   No.  What's on the form is what's on the

14   form, so we wouldn't contact them for that.

15       Q   When you've said that you do quality

16   control on the back end for noncompliant

17   applications, do you contact the voter if

18   information is missing?

19       A   Yes.

20       Q   Okay.  Rather than just contact the 3PRVO

21   directly?

22       A   Right.  We would only contact the 3PRVO if

23   we saw a systemic problem and we'd say, look,

24   clean up your act.

25       Q   Would that process of reaching out to the

1  voter be any easier if the 3PRVO retained the

2  voter's information?

3      A  I don't know that it would impact that at

4  all.

5      Q  And I know we've been going for a little

6  over an hour again.  I'm wrapping up with my

7  questions.  I shouldn't have too much left, but do

8  you want to take another break before we continue?

9          MR. HERRON:  We can keep going.

10     A  I'm good, I think.

11     Q  So.  Before SB7050 -- shifting gears a

12 little bit here -- do you know who could request a

13 vote by mail ballot on behalf of a voter?

14     A  Say that again.

15     Q  Do you know who could request a vote by

16 mail ballot on behalf of voter before SB7050?

17     A  With all the different bills, I would have

18 to review that.  But it was restricted, I believe,

19 in SB90, and then it was clarified in some of the

20 later bills.  I'd have to double-check that.

21     Q  Do you know the process for how

22 individuals request vote by mail ballots?

23     A  Do I know the process?  Yes.  They can

24 either call our office or fill out the form or

25 there's an online form.  There's many ways to

1    request a vote by mail ballot.

2        Q  So, just so I understand, someone can call

3    your office and say, I'm asking a vote by mail

4    ballot; is that right?

5        A  Yes.

6        Q  Or they can also go online and request a

7    vote by mail ballot; is that right?

8        A  Yes.

9        Q  And they can also fill out a form and

10   request it in the mail; right?

11       A  Correct.

12       Q  How would someone designate another person

13   to request their ballot on their behalf?

14       A  There is a designee form.

15       Q  And that's for requesting vote by mail

16   ballots?

17       A  Right.

18       Q  Okay.  I want to take us back to the

19   language of SB7050 itself briefly.  And I'll be

20   going to page 59, line 1704.

21          So, I'm on line 1704.  And I'll just zoom

22   out a bit so you can see the entire thing.

23          So I'll allow you to review this provision

24   and then I'll ask you some questions about it.

25       A  Okay.

1      Q  Okay.  And I can just scroll down.

2      A  So is this that -- okay, yeah.  So this is

3  the final -- all right.  And enrolled and all

4  that, yes.

5      Q  So, only the underlined portion is what

6  I'll be asking you about here.

7      A  Can you scroll up so I can see the

8  beginning?

9      Q  Yes.

10      A  Okay.  Gotcha.

11      Q  So, based on your reading of this, is --

12  does SB7050 change and limit the number of people

13  who can request a vote by mail ballot on behalf of

14  a voter?

15      A  I'm trying to remember what it was before

16  7050, which is what struck through there.  Only

17  from a voter -- directly instructed by the voter,

18  a member of the voter's immediate family or

19  voter's legal guardian from elector in person or

20  in writing.

21         I think they consolidated a couple

22  sections here, because I know there was an issue

23  -- you were allowed to do it with a designee

24  before, but it seems like that might have been

25  another section, because right here it says

1   elector, in person, or in writing.

2       Q   Based on this language, a voter can only

3   have an immediately family member or their legal

4   guardian request a ballot on their behalf, a mail

5   ballot; is that right?

6       A   Correct.  I'm just not 100 percent certain

7   that only was initiated in 7050.

8       Q   Do you know of any Florida voters who

9   don't have immediate family or a legal guardian?

10      A   Sure.

11      Q   Could those include elderly individuals?

12      A   Say that last part again.

13      Q   Could those include elderly individuals?

14      A   Sure.  There's definitely going to be

15  people that don't have a legal guardian or

16  immediate family.

17      Q   Could that also include people who are

18  disabled?

19      A   Yes.

20      Q   Are there any other people who come to

21  mind who might be likely not have immediate family

22  or a legal guardian?

23      A   A young person could not have a legal

24  guardian or family.  A lot of different people

25  cannot have those other avenues for a designee.

1    Q   And under this provision, what options

2   would those people have for requesting a vote by

3   mail ballot, other than requesting it themselves?

4    A   Other than themselves, I don't know that

5   they have many options for that.

6    Q   Now, we've talked about suspicious

7   applications over the course of the deposition.

8   So, there are complaint forms that can be filed

9   against 3PVROs; is that right?

10    A   Yes.

11    Q   Has your office ever received one of those

12   forms?

13    A   Received a complaint form?

14    Q   Yes.

15    A   I don't know what you mean.  Those don't

16   come to us.  No, we wouldn't receive them.  We

17   receive blank ones so we can fill them out.

18    Q   Who would receive those forms?

19    A   I guess whoever we send them to.  Tell me

20   the form again.  Your question makes it confusing.

21   I may not understand what you're actually talking

22   about.

23    Q   I'm sorry.  I'll clarify.  I believe it's

24   the DSDE121 form; is that the election complaint

25   form?

1    A   So, it's the fraud form we would fill out

2   against a 3PVRO if we saw evidence of fraud that

3   we were concerned about.  Is that what you're

4   talking about?

5    Q   Correct.

6    A   So whoever we send them to, FDLE or the

7   OECS or the Division of Elections, our State

8   Attorney or our sheriff, we would send it to them.

9    Q   And has your office ever received one of

10   those from an individual voter who had those

11   concerns?

12    A   We may have, actually, but only I think

13   when we've contacted the voter and said, look, we

14   see a problem here.  I'm stretching back into my

15   memory.  It seems like we have asked voters if

16   they would like to fill something like that out.

17   So I think we possibly have.

18    Q   And just to be clear, that's only when

19   you've prompted someone to fill it out?

20    A   I think so, yeah.  There could've been

21   other instances, but that's the way I tend to

22   remember it.  Again, I'm going back a few years

23   here.

24    Q   Sure.  And we've talked about you received

25   applications that your office would deem

1    suspicious; correct?

2         A   Yes.

3         Q   Would you say these types of applications

4    are rare?

5         A   In general, I would say they're rare.  But

6    they tend to be grouped, you know, if that makes

7    sense.

8         Q   Are they from a limited number of 3PVROs?

9         A   Yes.  That's what our experience has

10   indicated and made us suspicious about, yes.

11        Q   I'm going to go back to the

12   interrogatories just to provide us a little guide

13   post here.  And I'm going to be looking at

14   page 13.  And I'll share my screen.  And you

15   mentioned here, between 2018 and 2023 our office

16   encountered suspicious applications from 3PVROs

17   1665, 21-5, 21-56, 19-53, 21-9, and 11-89.  So

18   that's six 3PVROs; correct?

19        A   Yes.

20        Q   And can you estimate how many 3PVROs are

21   in Florida, to your knowledge, or operating in

22   Florida?

23        A   Hundreds or thousands.

24        Q   And so between 2018 and 2023, you've

25   received suspicious applications from six of them;

1    is that right?

2        A    Yes.

3        Q    What would you say constitutes suspicious

4    applications?

5        A    Like I've said before, either data that

6    appeared to be for a registered voter, but just

7    little bits of data were changed; data where the

8    signature looks similar across multiple

9    applications, some of the words; a voter

10   registered application for someone that was dead

11   and has now -- we received a voter registration

12   application for them.

13            One of them, the person was essentially --

14   we received an application for someone who passed

15   away, the signature didn't like look like the

16   previous signature, and it looked like a signature

17   on an application for that person's mother also,

18   and that signature didn't look like the mother's

19   previous signature.

20            But there's been instances where one or

21   two numbers of the driver's license or social was

22   changed, birth dates were changed slightly,

23   addresses were slightly changed.  And some of it

24   -- if you see that occasionally, sometimes people

25   make mistakes, but if you see it systemically

1  across what I've been calling a circulator's

2  applications in multiple batches, that's a big

3  problem.

4        But also we've received batches where

5  either all of the -- 90 percent of the

6  applications or much more than 90 percent, if it's

7  possible to get much more, 99 percent of the

8  applications or all but one out of a several

9  100 percent didn't seem to represent a real

10 person, either incomplete or the validation data

11 like the ID numbers didn't match up with the name

12 or the birthday.

13    Q  And again, these applications were limited

14 to six of the three 3PVROs in Florida; correct?

15    A  Yeah.  To a level where it became

16 concerning about fraud.  Certainly we have some

17 instances of incompletes and things like that, but

18 it didn't seem to be a systemic effort.

19    Q  Right.  To be clear, everything else has

20 been just noncompliance, nothing that rises to the

21 level of fraud; correct?

22    A  Yeah.  And I wouldn't even call it

23 necessarily noncompliance.  I mean, they might

24 have been turned in on time and to the right

25 county, but there's background noise of

1    applications that we can't fully process, but they

2    didn't seem like a systemic effort to defraud.

3        Q  And are you aware of the ultimate outcome

4    related to the applications for those six 3PVROs

5    that you did flag for the State?

6        A  I think some of them are still under

7    investigation.  Some of them I think were

8    investigated but could not be prosecuted because

9    it was difficult to find witnesses that could

10   remember enough.  Some of those I think may have

11   actually been reopened.

12       Q  Do you know whether voters whose

13   applications were deemed suspicious were still

14   able to vote?

15       A  Well, if there was really a voter there.

16   I mean, that's a difficult question.  Certainly if

17   there was -- we wouldn't disenfranchise a voter

18   because we received something -- we wouldn't do it

19   intentionally because we've received a fraudulent

20   application that sort of involved them in some

21   manner.  But it's possible that they were

22   disenfranchised because we couldn't process the

23   application, too.  Or because we made a change,

24   maybe it impacted their ability to actually show

25   up and vote.

1    Q   Do you have an estimate for how many

2   voters that might have disenfranchised?

3    A   I do not.  I would hope it would be low.

4   But we received hundreds, and likely a few

5   thousand applications that may or may not have

6   been a real voter.

7    Q   And these are from the six 3PVROs that you

8   referenced that had suspicious applications;

9   correct?

10    A   Correct.

11    Q   So, your office was able to identify

12   suspicious conduct by 3PVROs prior to the

13   enactment of SB7050; right?

14    A   Yes.  Certainly.

15    Q   It sounds like you have supremely

16   professional staff; right?

17    A   I have a damn good staff.  And I think we

18   are more capable on this than other counties.  Not

19   to ring our bell, but I think we found some ways

20   to track some of this that other counties may not

21   have even thought they should be doing.

22    Q   It sounds like your staff was capable of

23   handling these investigations prior to SB7050;

24   correct?

25    A   Yeah.  There was certainly a learning

1    curve.  It's been a difficult process.

2        Q  And does SB7050 in any way enhance your

3    ability to engage in these kinds of

4    investigations?

5        A  This specifically, to kind of identify

6    this, no, I don't think that it does.

7        Q  Turning back to the interrogatories.  You

8    explained that your office received several

9    complaints from voters who felt that their

10   confidential information was obtained using

11   knowledge or consented forged registration

12   applications.

13       Was that limited again to just these six

14   3PVROs that we've discussed already?

15       A  I think so, but you maybe have to say that

16   a little slower.

17       Q  So, any concerns about voters whose

18   confidential information was obtained and used

19   without their knowledge, that you received

20   allegations of that, was that limited to the six

21   3PVROs that we talked about, whose alleged fraud

22   you flagged for the State?

23       A  Probably.  Yeah.  I don't know that unless

24   there's some 3PVROs that we turned over that you

25   didn't list there that weren't in that, but I

1  think that that's accurate.  Because that was

2  actually the data we assembled, yes, so I'm sure

3  that's true.  Yeah.

4     Q  And do you know how many voters you would

5  estimate 3PVROs helped register in Leon County

6  between 2018 and the present?

7     A  Many, many hundreds, if not thousands,

8  likely.

9     Q  Do you know how many individuals came

10  forward with information saying that their

11  allegations that their confidential information

12  was obtained and used without their knowledge or

13  consent?

14     A  I think that was a small number.  And let

15  me just clarify.  When I say hundreds or

16  thousands, that includes changes to the

17  registration or updates, it's not all new.

18     Q  Thank you for that clarification.

19        Would that number of folks who came

20  forward with those allegations of misuse of their

21  confidential information be limited to about four

22  people; does that sound right?

23     A  It could be.

24     Q  And that's out of hundreds of thousands of

25  people that have been helped with the registration

1   process from --

2       A   Hundreds or low thousands.  Not hundreds

3   of thousands, but yes.

4       Q   That was a misstatement on my part.

5   That's four out of hundreds or low thousands of

6   people who've been helped through the registration

7   process by 3PVROs; is that right?

8       A   I would say that's accurate.  But I would

9   also clarify that we've turned some in where the

10  voter did not fill out the form.  We filled out

11  the form.

12      Q   Understood.  Now, do you know you've had

13  any issues of this sort of with applications from

14  Unidose U.S.?

15      A   I can't remember -- tell me what that is.

16  I don't know what that is.

17      Q   It's one of the 3PVROs that's a plaintiff

18  in this case.

19      A   So, one of those.  I tend to think of them

20  by the numbers.  Is it one of those numbers there?

21      Q   It is not one of the numbers listed.

22      A   Probably not.

23      Q   Just to be clear, those numbers are the

24  exhaustive list of individuals -- excuse me, of

25  3PVROs that you flagged for fraudulent issues, and

1    for the issues that you flagged on behalf of these

2    four individuals; is that right?

3       A  As I glare at my staff members saying you

4    better get that right, yeah, I believe that's

5    accurate, yes.

6       Q  And do you know if you communicated these

7    issues to the 3PVROs, these issues of alleged

8    fraud?

9       A  I think for the most part.  Especially in

10   the beginning, we were getting with them to say,

11   look, it looks like you have a problem here.  But

12   I think we've communicated that to all of them,

13   yes.

14      Q  Were they responsive?

15      A  Yeah, I think so.

16      Q  In what ways do you remember that they

17   were responsive, if you recall?

18      A  They seemed very concerned that this could

19   get them in trouble.  And in general, I think they

20   wanted to correct the issue.  Because we were

21   concerned that maybe it was the higher levels, and

22   generally with it seemed like it wasn't

23   necessarily the 3PVRO administrators, the higher

24   echelons of the group.  It seemed to be resolved

25   down to it was someone they contracted with to

1  actually do the fieldwork or what have you.

2      Q  So you found that this was not a systemic

3  issue within the 3PVROs, that it was not up at the

4  higher levels?

5      A  In general, it seemed that way to us.  But

6  I would not say that that's the final exclusive

7  answer on those without a doubt.

8      Q  Based on the 3PVROs responses, did it seem

9  that it was limited to a small number of

10  individuals within the 3PVRO that were causing the

11  issue?

12      A  Typically I would say yes, that's what it

13  appeared from my perspective to be.  But again, I

14  didn't conduct the deeper investigations and

15  things like that.

16      Q  Would you agree that it's possible to have

17  a limited number of bad actors in any field?

18      A  Yes.

19      Q  And do you think that this would

20  constitute a small isolated set of 3PVROs who have

21  had alleged issues with fraud in voter

22  registration?

23      A  Yes, I think it is.

24      Q  Do you think that it's a small isolated

25  set of 3PVROs who make consistent mistakes with

1    voter registrations?

2        A   Yes.

3        Q   And had you already identified the

4    isolated incident of alleged fraud and passed that

5    information along to relevant authorities before

6    the passage of SB7050?

7        A   Yes.

8        Q   Does SB7050 make it impossible for such

9    isolated issues to occur?

10       A   No.

11       Q   All right.  I'm going to just switch gears

12   a little bit to talk about background.  And just

13   the Florida State Association of Supervisors of

14   Elections.

15           Are you familiar with that?

16       A   Yes.

17       Q   And do you participate in the FSE, if I

18   can call it that?

19       A   I'm the past president.

20       Q   And when were you the president?

21       A   Last year.  Essentially, June 1st of 2022

22   to June 1st of 2023.  And subsequent to that I was

23   the treasurer and the secretary and the vice

24   president and the president-elect and chairman and

25   people of different committees, all kinds of

1    stuff.  I'm very involved with FSE.

2        Q  And are you still on the executive

3    committee?

4        A  Yeah.  That's where I should be right now.

5        Q  I'm sorry we're taking you away from it.

6    We'll be giving you back your time shortly.

7            What, if any, role does the executive

8    committee have in reviewing legislation that

9    concerns voting?

10       A  We have a legislative committee that does

11   this.  But the executive committee also has a part

12   of that, and sometimes folks that aren't even on

13   the legislative committee.  We're a very

14   communicative group.  We tend to ask questions of

15   each other, how does it impact you?  Do you got

16   any better ideas on how this could be worded?

17   This seems confusing.  So we take a pretty active

18   role, but not just the executive committee, I

19   guess is what I'm trying to so say in proposed

20   legislation that might impact us.

21       Q  And does the executive committee have some

22   kind of communications with legislators around the

23   legislation that they review?

24       A  Sure.  We've done conference calls

25   occasionally although I'm not sure it's explicitly

1   the legislative committee per se, but various

2   groups of supervisors.  There was more a work

3   group on this, and our legislative committee and a

4   few choice counties that volunteered to do some of

5   the lifting on this.  But like I said, either Zoom

6   calls or in-person meetings or phone calls, maybe

7   an occasional email.

8       Q  And would you say the FSE was focused

9   largely on the provision concerning list

10  maintenance and eligibility for SB7050?

11      A  Definitely.  There might be a few other

12  provisions, it's a huge bill, so I think we chimed

13  in on some other areas, but that was the main area

14  without a doubt.

15          MS. O'DONNELL:  All right.  I'm going to

16  suggest that we go off the record and take a

17  break.  I just want to contact counsel, and then

18  we'll probably wrap.  I'll see if anybody else has

19  any questions.  But I just want to take a quick

20  break and go off the record now.

21          (Off the record from 11:31 a.m. to 11:39

22  a.m.)

23  BY MS. O'DONNELL:

24      Q  So, just one final question, but maybe a

25  follow up.

1          To confirm, the SFP did not ask for any of

2     the provisions that we've talked about today to be

3     implemented in SB7050; is that right?  Meaning,

4     the citizenship provision, the fines provision,

5     any information retention ban?

6         A  Correct.  That was not in our legislative

7     priorities.  Now, I guess it's possible some

8     supervisor out there might have done that on our

9     own, but I don't know of anything along those

10    lines, and I would probably know.

11        Q  And to be clear, none of those provisions

12    were on your legislative priorities; right?

13        A  I'm pretty sure that's true, yes.  I'm

14    pretty certain that's true.

15        Q  Okay.  Thank you so much for your time,

16    Supervisor Earley.  I think that there might be

17    some additional parties here who have questions.

18    I know this deposition was cross noticed by

19    another set of co-plaintiffs here, but I am so

20    grateful for your time taking it away from your

21    conference.  So thank you.

22        A  Yeah.  When we broke, it turns out I was

23    speaking about some form -- you were asking me if

24    we received a form from a voter about a 3PVRO, and

25    my staff member here reminded me that -- or

1    informed me I was not talking about the form you

2    were talking about.  We receive fraud complaints

3    from voters, but that other form, I think, if

4    we're still -- unless I'm messing it up even more

5    is something we wouldn't normally ever see, and I

6    frankly didn't even really know existed.

7        Q  Okay.  And have you received -- backing up

8    --

9        A  Right.  Let's rewind that a bit.

10       Q  So, you're talking about a fraud complaint

11   form that is what you discussed on the break; is

12   that right?

13       A  That's what I said we've received from

14   voters, because we reach out to voters

15   occasionally to say, would you like to fill out a

16   fraud complaint about this.

17       Q  And --

18       A  I think that's a different form than what

19   you were referencing, likely.

20       Q  Okay.  So, to be clear, you've only

21   received those fraud forms when you've reached out

22   to voters.  That's still the case; is that right?

23       A  Yes, that is correct.

24       Q  And you've only had four voters who

25   specifically discussed the issue of confidential

1    information being potentially shared by 3PVROs; is

2    that right?

3        A  I believe that's accurate, yes.

4        MS. O'DONNELL:  Thank you so much for

5    clarifying, I sincerely appreciate it.  And I very

6    much appreciate your time.  I'll turn it over to

7    anyone else on the call who might have questions.

8        MR. RUIZ:  Good morning, Supervisor

9    Earley.  My name is Cesar Ruiz.  I'm counsel for

10   Hispanic Federation plaintiffs.  I have a very

11   small limited one line of questioning.  I

12   anticipate it will take 20 minutes.  Thank you for

13   your time.  I know you're very busy.

14       And the topic area is focuses on the voter

15   registration forms by your office.  So, again, my

16   first question --

17       THE WITNESS:  I may at some point ask

18   Stephen to chime in also, because he's more

19   familiar with the day-to-day.

20       MS. DAVIS:  And before we get started,

21   Mr. Ruiz, I just want to make sure that we can

22   have the availability for cross examination.  It's

23   fine for you both to do your directs if we can

24   then come back with the defendants to do crosses

25   of each of those rather than crossing off what

1    Ms. O'Donnell just did.

2          Is that your understanding?

3          MR. RUIZ:  Yeah.  That works for me.

4          MS. O'DONNELL:  Yes.

5          MS. DAVIS:  Thanks.

6          EXAMINATION BY COUNSEL FOR HISPANIC

7    FEDERATION

8    BY MR. RUIZ:

9        Q  The first question I have is:  What are

10   the ways your office has received, filled out, or

11   completed voter registration applications?

12       A  Either in person drop off or through the

13   mail.

14       Q  Okay.  What does your office do with the

15   filled out or completed voter registration

16   applications it receives?

17       A  Well, we take them in.  So, there's

18   usually a cover sheet.  We time stamp the cover

19   sheet.  I think it's likely we try and somewhat

20   validate the quantity of petitions that are in

21   there, although that may be difficult if they're

22   in multiple boxes.  Sometimes we get a lot at one

23   time.

24          MR. EUSTOCK:  Registration forms.

25       A  Yeah.  I said petitions.  I meant to say

1    registration forms.  So, we batch them up and we

2    begin to process them.

3        Q  Do your employees review the filled out or

4    completed voter registration forms submitted to

5    your office?

6        A  As we process them, we do.  I should say

7    we scan them in and then we begin processing them.

8    Because we scan them in and work from the images.

9        Q  What are the job titles of staff that

10   handle and process completed or filled out voter

11   registration forms?

12       A  I would say they are our voter services

13   team members.

14       Q  Okay.  Is that one position or multiple

15   positions?

16       A  Multiple.

17       Q  And do they carry out the same functions

18   or duties?

19       A  As it relates to processing the forms,

20   yes.  If they tend to see some kind of concerning

21   thing, they'll elevate that up to Stephen or

22   potentially Alesandra or myself.

23       Q  Okay.  And just to clarify, all of these

24   individuals handle the completed, filled out

25   forms; correct?

1        A   Yes.  Although most of them are only

2    working with the images.

3        Q   Okay.

4        A   We're talking specifically paper.  It's

5    mostly the images.

6        Q   Okay.  Is there a quality control process

7    to flag issues with the voter registration forms?

8        A   Issues in what way?  As we process them

9    we're noting if there's a problem or if they're

10   late, like we've discussed earlier.

11       Q   Yeah.  Similar to that line of processing.

12   So, missing dates, wrong county, missing voter

13   information, is there quality control process that

14   accounts for that that the employees engage in?

15       A   Yeah.  We're monitoring that.  And I

16   think, actually, I believe the system is tracking

17   some of that, too.  Like I said, too, with the

18   address and if it's late, it's -- you know, that's

19   noted to us.

20       Q   How are the voter registration forms that

21   are filled out stored?  You alluded to that they

22   were stored digitally.

23           Was there anything beyond that?

24       A   The paper forms are stored in boxes by

25   batch.  When I say batch, it's like we receive a

1    group of ballots, and that's a batch, basically.

2        Q   So, there is physical storage on premises;

3    correct?

4        A   Yes.

5        Q   And generally online as well; correct?

6        A   You froze up there for a bit.

7        Q   It's also stored online; correct?

8        A   Online?  I mean, it's stored digitally on

9    our servers.

10       Q   Thank you for clarifying that.

11           And which employees have access to the

12   physical stored forms?

13       A   Some of our voter services team members.

14   I think it's likely a smaller group of them.  Some

15   of the heads there.  At some point they go on to

16   our retention shelves.  So, that's our operations.

17   But I think generally they're sealed.  I don't

18   know if they're sealed with a tracking seal

19   exactly, but they're stored in a secure area of

20   our facility.

21       Q   And what employees have access to those

22   that are stored digitally?

23       A   The voter services team.  And I guess

24   myself if I wanted to go look at it.

25       Q   I want to shift gears a little bit.

1        Are you familiar with the hiring criteria

2    for the voter services team positions?

3        A  Yes.  In general, yes.

4        Q  What are the hiring criteria for those

5    positions?

6        A  Well, everybody goes through an interview,

7    but we try to get qualified people.  We put them

8    through a pretty extensive background check.  We

9    try and make sure we have registered voters.  I

10   guess there's been times maybe when we didn't have

11   a registered voter in Leon County, because

12   occasionally we'll get someone from another county

13   that works here that commutes in.  But there's

14   outstanding folks.

15       Q  Okay.  Is this criteria mandated by law?

16       A  In general, I would say no.

17       Q  Do you know of any restrictions on your

18   hiring criteria?

19       A  In some aspects of my office there's

20   requirements for background checks and that, but

21   we tend to just do it blank, so I would have to

22   double-check about who is required to undergo a

23   background check and who may not be, but we do

24   that pretty much across the board.  So other than

25   that, I don't know that there's a requirement for

1   citizenship or what have you.

2      Q  Okay.  Is work authorization a hiring

3   criteria?

4      A  Define that, work authorization.

5      Q  I-9 work authorization?

6      A  No.  I don't know.  I'm not sure.  I can't

7   say that I know exactly what an I-9 form is.  I've

8   heard of it.

9      Q  Okay.

10     A  I know that we have to do the -- there's a

11  process where we have to make sure that everyone

12  is authorized to work.

13        MR. EUSTOCK:  Verify.

14     A  Verify.  We verify.  I did phone a friend

15  and you didn't let me, but I did it anyway.  We

16  verify.

17     Q  Thank you for addressing that.

18        So, I want to --

19     A  That may not be what you're asking, I'm

20  not sure.

21     Q  Thank you for clarifying that.  We

22  certainly welcome a phone a friend.

23        Is there any criteria that restricts you

24  from hiring noncitizens who have work

25  authorization for the voter services team

1    position?

2        A   Not to my knowledge.  There may be,

3    frankly, but that's not something I've stumbled

4    upon or across.

5        Q   Do you know if there's any law that

6    restricts you from hiring noncitizens who

7    otherwise meet the criteria that you would

8    normally have for individuals on the voter

9    services team?

10       A   Other than they're allowed to work in the

11   United States, no, not that I can say specifically

12   for the voter services team.

13       Q   Okay.  And my last question.  To your

14   knowledge there's no legal prohibition on hiring

15   noncitizens who meet your criteria; is that

16   correct?

17       A   Correct.

18       Q   Okay.  That concludes my line of

19   questions.  I want to thank you for your time.

20   Sorry that we had to pull you away from your

21   meeting.  But I also want to say that we

22   appreciate all the work that you do, and greatly

23   appreciate your time.

24       A   You're welcome.  Thanks.

25           EXAMINATION BY COUNSEL FOR FLORIDA

1    SECRETARY OF STATE

2    BY MS. DAVIS:

3        Q  Supervisor, do you need a break before we

4    start cross?

5        A  No, I'm good.

6        MS. O'DONNELL:  Unless any other

7    defendants want to go first, I'll happily ask

8    Supervisor Earley some questions.

9        Q  I think it's been established, I'm Ashley

10   Davis.  I'm counsel for the Florida Secretary of

11   State.  We know each other in that capacity.  But

12   for anybody else watching, that's who I am.  Thank

13   you for making time today.  And I'm going to try

14   to just ask you a few questions based on what

15   you've been asked on direct.

16       I wanted to talk first about the voter

17   information that's contained on a voter

18   registration application.  If I could just say

19   application, can we agree that application is the

20   Florida voter registration application?

21       A  Absolutely.

22       Q  So, let's talk about vote by mail ballots.

23       What information does someone need to

24   request a vote by mail ballot?

25       A  What do they have to provide my office to

1  be confirmed?  It's their name, we need an

2  address, their birthday, some kind of ID number,

3  social security, driver's license.

4      Q  Is it the same information that's

5  solicited on an application, voter registration

6  application?

7      A  It's a subset of that, yes.

8      Q  Okay.  So, if I had someone's voter

9  registration application, I'd have the information

10 that I need to make a request for a VBM, vote by

11 mail ballot as that person; correct?

12     MS. O'DONNELL:  Objection to form.

13     A  Absolutely.

14     Q  Regardless of whether I had permission or

15 not?

16     A  Right.  We don't want to give that

17 information out.

18     Q  Yeah.  And I could just call your office

19 if I had Mr. Herron's voter registration

20 application, I could call your office and

21 successfully make a request for a vote by mail

22 ballot for him; right?

23     A  If you had a copy of his voter

24 registration application.  Because it contains the

25 data necessary to make such a request you could do

1   so, yes.

2          MS. O'DONNELL:  Objection to form.

3      Q   And if I made a vote by mail ballot

4   request in writing using Mr. Herron's voter

5   registration application, I could have the vote by

6   mail ballot sent to my address instead of his

7   that's on file with your office; right?

8          MS. O'DONNELL:  Object to the form.

9      A   Yeah.  We would tend to look at the

10  signature there, so it might be a bit more

11  difficult.

12     Q   But Mr. Herron's signature is on his voter

13  registration application; correct?

14     A   Yeah.  So you could potentially scan it

15  and print it and it may not be obvious to us that

16  it was printed.  So yes, that's true.

17         MS. O'DONNELL:  Sorry to interrupt.  Did

18  everyone hear me?  I objected to the form there a

19  couple times.  I just want to make it clear for

20  the record.

21         MS. DAVIS:  I'm sorry, Ms. O'Donnell.  It

22  wasn't clear, and you're a little bit more muffled

23  now.

24         MS. O'DONNELL:  Just to make clear that I

25  did object to the form.

1          MS. DAVIS:  And if you just raise your

2    hand maybe that's helpful to the court reporter

3    and me.  I don't want to talk over you either.

4        Q  All right.  Supervisor Earley, I think I

5    heard you testify earlier that you're

6    uncomfortable with a 3PVRO retaining the

7    information from an application; correct?

8        A  I'm uncomfortable with him retaining the

9    application information that we were just talking

10   about, the driver's license, the signature, it's

11   concerns about identity theft, voters, that makes

12   me uncomfortable, for some of the reasons we just

13   discussed there, there's too much you can do with

14   that information.

15       Q  Okay.  But I think you also testified that

16   it would be okay for a 3PVRO to keep a copy of an

17   application with redactions; right?

18       A  Yeah, I did say that that would cause me

19   less concern.  I think that that is problematic.

20       Q  Okay.  And a 3PVRO, though, they have the

21   voters unredacted application; correct?

22       A  Until they turn it over to us, they have

23   the original document.

24       Q  Right.  And they deliver to you an

25   unredacted application; correct?

1         A   Correct.

2         Q   So before they deliver an application to

3    you, they'd have to make a copy of the voter's

4    application to then redact that copy --

5             MS. O'DONNELL:   Object.

6         Q   -- correct?

7         A   I would say no.   If they had a template

8    that fit over the top of the form that blocked out

9    those they could make a copy of that way.   But as

10   I see difficulties in making copies of the form

11   that doesn't somehow capture that data.   And I

12   prefer they didn't have that data, because that

13   opens up problems.   And that's why the data is not

14   something my office gives out.   All the other data

15   on there is.   So I don't know if that answers

16   anybody's question, but that's where I stand on

17   it.

18        Q   I think I understand.   If a 3PVRO wanted a

19   redacted copy of anyone's application, they could

20   just ask your office; correct?

21        A   Yes.   And people do that every day.

22        Q   Right.   I think you testified earlier that

23   any quality control by a 3PVRO should be done

24   while interfacing with the voter and not after

25   collection.

1       Did I get that right?

2       MS. O'DONNELL:  Object to the form.

3    A  Yeah.  So, that's what I said, yes.  With

4  the caveat that I can see where sending it to the

5  wrong office might be something that would happen

6  outside of interfacing with the voter.  But really

7  if you're doing quality control with the data

8  that's on the form, the best way to do that, the

9  way we try to train them, them being the 3PVRO

10  folks is that they need to be talking to the voter

11  and making sure all the fields are complete and

12  they understand what residency address means

13  versus mailing address and ambiguities about

14  whether you need to file with a party and what

15  happens if you don't and all of that are things we

16  train our staff, I do it when I'm doing with

17  voters, and we want 3PVRO folks to do with voters,

18  too, in person with the voter.

19    Q  Right.  And any corrections or incomplete

20  fields on an application that's delivered to you,

21  your office would take care of that directly with

22  the voter; correct?

23    A  When we receive it, we would contact the

24  voter, if it was a required piece of data.  And,

25  frankly, I wouldn't want somebody adding data to a

1    form unless it was the voter or to their record,

2    yeah.

3        Q  So you wouldn't want the 3PVRO to contract

4    the voter and fill in incomplete information for

5    the voter; correct?

6        A  Correct.  I'd rather have that happen with

7    the voter in person.

8        Q  With your office; correct?

9        A  Well, either the 3PVRO in person with the

10   voter or we contact the voter later on.  And we

11   wouldn't add it to the form either.  We would add

12   it to the voter's record either as a new form, if

13   it was an incomplete, or if they're telling us

14   something over the phone and we were sure they

15   were the right person.  But typically that

16   requires a new form.  If we get an incomplete

17   form, we have to send them a new form because it's

18   a self-contained document.

19       Q  You would be uncomfortable with a 3PVRO

20   filling in missing information outside of that

21   interface with the voter --

22       A  Yes.

23       Q  -- after the collection?

24          I'm sorry?  Yes?

25       A  Yes.

1      Q  All right.  I think you testified that

2  some of the folks don't trust registering through

3  the government; correct?

4      A  Yeah.  It's something I've become more

5  aware in dealing with the whole amendment four

6  felon process.  I guess it's something that I was

7  maybe vaguely aware might be an issue, but, yeah,

8  I think there's certainly communities out there

9  that, you know, on all different versions of our

10  world and our voters who -- you know, it's the

11  man, and I'm from West Virginia, there's a lot of

12  people in West Virginia that don't like to deal

13  with the man.  There's people that have had

14  trouble with the law that don't like to deal with

15  that.  So, yeah, I think oftentimes 3PVROs are a

16  more comfortable interface with the potential

17  voters than government entities, even though I

18  have a smiling staff.

19      Q  Do you ever hear of voters complaining

20  about not trusting a 3PVRO with their application

21  or that information?

22         MS. O'DONNELL:  Object to the form.

23      A  Only after they've talked to them.  I

24  haven't really heard that as a first blush kind of

25  a conversation.

1      Q   Okay.  I'm going to try daringly try to

2   share my screen.  And, Court Reporter, I can,

3   after this, send this, I'll email you each of the

4   documents.  I don't know that I can really share

5   them in the chat.

6          Okay.  Can you see -- this is an email we

7   received from your productions from your office.

8   It looks like it's from a Karen Williams.

9          Is that someone in your office?

10     A   She used to work for us, yes.  She was

11  head of our voter services team.

12     Q   It's dated May 15th, 2018, and it looks

13  like it's addressed to you, Christopher Moore, and

14  Holly Thompson.  I believe we've talked about

15  Mr. Moore, he's your chief deputy.

16         Who's Holly Thompson?

17     A   She was head of our -- well, she ran a lot

18  of -- she was one of my senior staff is an easy

19  way to say it.  She doesn't work here anymore, but

20  she was part of my trusted staff, as was Karen.

21     Q   Okay.  Well, it looks like -- let me just

22  read the first part of the paragraph just in case

23  you can't really see it.  But it looks like Karen

24  is writing, we also had another individual come

25  into the office reporting that he was told at

1   church that he needed a new voter registration

2   card because there is a new supervisor.  This

3   person said that they did not complete an

4   application with these people as they did not seem

5   official and he didn't trust the group with the

6   information that the FVRA requires.  And I'm

7   assuming FVRA is the Florida Voter Registration

8   Application; do you see that?

9       A   Yes.  I had forgotten about this, but

10  you're right, that obviously shows that we have

11  had some of that.  And that does ring a bell now

12  that we've had some of that, certainly.  And I

13  think in -- well, I won't say what I think because

14  you'll probably show me where I was wrong, but

15  this absolutely rings a bell.  I remember this

16  now.

17      Q   Okay.  So, there are some voters who have

18  complained to your office about not trusting

19  3PVROs with the application information; correct?

20      A   Yes.

21      MS. O'DONNELL:  Object to form.  I'm sorry

22  to interrupt.  Would you mind sharing it with at

23  least us through email so we can have the

24  document?

25      MS. DAVIS:  Yes.  I just can't do all the

1    things at once.  I'm not as in-depth as you all

2    with sharing in the chat and making sure all of my

3    PDFs and everything are organized.

4         MS. O'DONNELL:  Thank you.  If you're

5    going to ask any follow up questions, if you could

6    send it to us in the course of the deposition?

7         MS. DAVIS:  Yes.  We'll take a break and

8    I'll get this sent to you.

9         MS. O'DONNELL:  Thank you.

10        A  It'd be interesting to know whether 18-6,

11   I think is what was referenced in that, that's

12   probably a 3PVRO number, was one of the ones we

13   turned over, but I can't remember.

14        Q  It might be.  But if it was, it would

15   appear in our records on one of those

16   noncompliance forms or an election fraud form

17   complaint form; correct?

18        A  I would think so, yeah.

19        Q  All right.  Let's talk about felons, just

20   quickly.

21        Do you have any felons working in your

22   office who have access to registration

23   applications or the information?

24        MS. O'DONNELL:  Objection.

25        A  Not that I know of.  We do background

1    checks.  I don't believe I have any felons working

2    in the office.

3         Q   Do you know what level background check

4    that you do?

5         A   I think it's called a Level 2.

6         Q   Okay.  Would you want a felon working in

7    your office with access to applications or the

8    information on those applications?

9             MS. O'DONNELL:  Object to the form.

10        A   I would say I would be concerned about

11   what the felony might be, and it would take quite

12   a high hurdle to get over that.

13        Q   So, how about someone convicted of

14   requesting or voting someone else's vote by mail

15   ballot, would you want them working in your office

16   with the application information?

17        A   Certainly not.  No.  Correct.  No, I would

18   not.

19        Q   What about someone convicted of election

20   fraud, would you want them accessing information

21   in your office?

22        A   No.

23        Q   Okay.  And what about someone convicted of

24   opening a credit card using someone else's

25   information, would you want them working in your

1    office working with application information?

2        A   I would not.

3        MS. O'DONNELL:  Object to the form.

4        Q   Okay.  And let's talk about the late

5    filings.  I want to be clear about the deadlines

6    that 3PVROs have been under throughout the years.

7    SB7050 just shortened the time for 3PVROs to

8    deliver applications to you from 14 days down to

9    10 days; correct?

10        A   Correct.

11        Q   And that 14-day deadline, it was set by

12   SB90 in 2021; right?

13        A   I'm sure that's correct.  Yes.  It was one

14   of those bills, so I'm sure that's it.

15        Q   And before SB90, the delivery deadline was

16   in statute was 48 hours, but in reality it was

17   really 10 days, wasn't it?

18        MS. O'DONNELL:  Object to the form.

19        A   Yeah, there was some ambiguity there and

20   it was a little confusing.

21        Q   Before SB90, the rule governing 3PVROs set

22   a 10-day deadline for the delivery; is that --

23        A   Yeah.  I think there was a court

24   challenge, if I'm remembering the right thing, so

25   that superseded the rule, yes.

1       MS. O'DONNELL:  I apologize it wasn't

2  caught, but I objected there.

3       Q  Right.  So -- and the 3PVRO statute and

4  the deadlines were put into place -- the deadlines

5  have changed over the years, but that statute and

6  the deadlines were put into place around 2007;

7  right?

8       MS. O'DONNELL:  Object to the form.

9       A  Yeah, I can't remember.  In 2007, I was

10  working in the vendor world, so I can't remember

11  exactly.

12       Q  That's okay.  So, since the 3PVRO statute

13  set deadlines and a fine schedule for 3PVROs, up

14  until 2021 when SB90 set a 14-day deadline, the

15  deadline was largely 10 days during that time

16  frame, about 2007 to about 2021?

17       MS. O'DONNELL:  Object to the form.

18       A  I believe that's correct, yes.

19       Q  And the 14-day deadline that we just

20  rolled back from, that was the deadline just for

21  about two years, from 2021, SB90, to SB7050;

22  correct?

23       MS. O'DONNELL:  Object to the form.

24       A  Right.  That occurred between the two

25  bills.

1      Q  So, in your experience as supervisor and
2   receiving 3PVROs -- applications from 3PVROs, the
3   deadline has been by in large about 10 days?
4      A  Correct.
5      Q  Right.  Okay.  In your experience, how
6   long does it take a 3PVRO in general to deliver
7   its applications to you?
8      A  Within the window, you mean?
9         MS. O'DONNELL:  Objection.
10     Q  Yeah.  Do you notice any sort of -- you
11   know, it takes two or three days or it looks like
12   they usually take five, do you notice any sort of
13   average?
14        MS. O'DONNELL:  Objection.
15     A  I'd have to review it.
16     Q  Okay.  That's fair.  But it's -- I think
17   you testified that it's rare for a 3PVRO to
18   deliver applications late; correct?
19     A  Yes.  Correct.
20     Q  And it's just a few 3PVROs who turn in
21   their applications late; correct?
22     A  I would say it's a few that have fraud,
23   which is different.  So I would have to double
24   check and see how that disburses across the 3PVROs
25   universe, the lateness factor.

1     Q   Right.  Do you intend to see the same

2   3PVROs delivering late?

3     A   I would ask Stephen to help me with that

4   question.  Is that okay?

5         MR. HERRON:  He asked for a lifeline.  Can

6   he take his lifeline?

7         MS. DAVIS:  I'm fine with it.

8     Q   Supervisor Earley, you can phone a friend.

9     A   What do you say there, Stephen?

10        MR. EUSTOCK:  I would say we would want to

11  check the data to make sure that we give a

12  completely accurate answer.  The gut check

13  impression is no, there's not a particular

14  individual group that does it.  I think there's --

15  any group, there's a possibility that you hire

16  someone new who doesn't understand their

17  responsibilities in the area or a new group that

18  is the first time dropping off their forms.

19  That's where we've seen probably the biggest fine

20  we've ever assessed is someone who wasn't familiar

21  with what they're doing.

22    A   Yeah.  We had a group of students who took

23  this on, and they were late and there was quite a

24  fine there for a group of students trying to

25  register their student fellows.

1        Q   I think you testified earlier, and I think

2    there was some discussion just now about it might

3    be these individual folks who are working for

4    different 3PVROs that might be the problem; is

5    that accurate?

6        A   Again, I guess it depends on the 3PVRO.

7    Some of them I think bring stuff in and process it

8    a lot more, and then other ones are a lot less

9    organized and don't quite understanding what their

10   obligations and fine scenario is, and they have

11   maybe had some more problems here lately.

12       Q   Okay.  Do you know who Royal Sheppard is?

13       A   Yes, I -- well, I certainly know the name.

14       Q   You'd say it rings a bell?

15       A   Yes.

16       Q   I'm going to share my screen again.

17           Can you see that what I'm showing you an

18   elections fraud complaint form, it looks like it?

19       A   Yes.

20       Q   And it says the person bringing the

21   complaint is you, do you see that?

22       A   Yes.

23       Q   Against a Royal Sheppard?

24       A   Yes.

25       Q   And it looks like the date, I'll scroll

1   down to the second page.

2          Is that your signature?

3      A  It is.

4      Q  And the date is 4/19/22; correct?

5      A  Correct.

6      Q  I'll try to capture the content of the

7   complaint.  I don't know that you can really

8   review it or read it.

9      A  I can read it.  I remember Royal very

10  well.

11     Q  Okay.

12     A  He's operated under several different or

13  as an agent of or however you want to phrase that,

14  for several different 3PVROs.  I think it's listed

15  21-9, 11-89, 16-65, which is where I think he

16  first came into our knowledge or our notice.  And

17  he submitted a lot of forms that we are very

18  concerned had a lot of fraud.

19     Q  All right.  So, Royal Sheppard is at least

20  one instance of the same person working under the

21  umbrellas of multiple 3PVROs; right?

22     A  Yes.

23     Q  Are there other people or entities who

24  work under other 3PVROs' ID?

25          MS. O'DONNELL:  Object to the form.

1      A  Say that again.  Are there other persons

2  or entities working under multiple 3PVROs and then

3  I couldn't understand what you said.

4      Q  Yeah.  Are there any other persons or

5  entities like Royal Sheppard who will work for

6  multiple 3PVROs?

7      A  Yes.

8      Q  Okay.  And do you know of unregistered

9  entities who will work under a registered 3PVROs

10  ID in your county?

11      MS. O'DONNELL:  Object to the form.

12      A  Any unregistered entities.  You mean

13  organizations that are contracted with the

14  registered 3PVRO, is that essentially -- I just

15  want to clarify.  Yeah, I think that definitely

16  happens.  We've learned that in talked with the

17  3PVROs that we've had concerns about.

18      Q  Okay.  I'm going to show you another one.

19  I'm going to start at the bottom of this email

20  chain.  It looks like it's from Stephen Eustock to

21  Christopher Moore, you, some other individuals in

22  your office; correct?

23      A  Yes.

24      Q  It looks like -- let me read this -- two

25  representatives, Moneisha and JaJa visited the

1    office today at 3:45 p.m.  They dropped off 248

2    completed applications for 3P1189.

3           Do you know whose number 3P1189 is?

4       A  I can't remember off the top of my head,

5    no.

6       Q  I think it's referenced in the next

7    paragraph, FDP?

8       A  Is that the Florida Democratic Party?  I

9    don't know if that's them.  That doesn't ring a

10   bell, frankly, either.

11      Q  Okay.  Do you think FDP could stand for

12   Florida Democratic Party?

13          MS. O'DONNELL:  Object to the form.

14      A  It possibly could.  I'm sure it's spelled

15   out somewhere.  I'd rather not guess.

16      Q  That's fine.  We can look it up.  But it

17   looks like these two representatives are dropping

18   off applications for 3P1189 --

19      A  11 is usually the year, so it's probably

20   the Florida Democratic Party, but again, I would

21   hate to say that definitively, yeah.

22      Q  So they are dropping off and requesting

23   applications under the 3P1189 number from what

24   this --

25      A  Correct.

1      Q  Okay.  And in the next paragraph, it says,

2   they stated they want to make introductions, and

3   that JaJa, at a particular email address, is the

4   new point of contact for Equal Grounds FVRA

5   canvassers working with FDP(3P11-89).

6          Did I read that right, basically?

7      A  Yes.

8      Q  So, it looks like Equal Ground works under

9   FDP's 3PVRO number; correct?

10     A  It looks like they were likely -- can you

11  make that wider or bigger?

12     Q  Yeah.  And in the last sentence it says,

13  they stated Royal Sheppard was no longer with

14  their organization, and that we should expect JaJa

15  to be picking up blank applications and dropping

16  off complete applications from now on.

17     A  Yes, I see that.

18     Q  So, it seems that Royal Sheppard was

19  working with either Equal Ground or FDP, is no

20  longer working with them, and now Equal Ground has

21  new representatives, JaJa and Moneisha.

22         Is that what you gather from what's being

23  communicated here?

24         MS. O'DONNELL:  Object to the form.

25     A  Yes.

1     Q   Okay.  And that was April 26th.

2     A   Of 2022, I believe.  Is that 2022?

3     Q   Yes.  And then I'm going to scroll back

4  up.  On April 26th, 2022, Christopher Moore writes

5  you all, you and members of your office that, I am

6  being told that Equal Ground's contract expired

7  last Sunday with FDP and they won't be picking up

8  forms under that number.  There's some comms

9  between the third parties to sort this out.  They

10 might come back under another number.  We will

11 continue to monitor all third party submissions to

12 our office for patterns of irregularities like we

13 normally do.

14    A   Correct.

15    Q   It seems as if there was some confusion

16 about whether Equal Ground, a couple of days

17 later, was authorized to work under FDPs 3PVRO

18 number; correct?

19        MS. O'DONNELL:  Object to the form.

20    A   I don't know -- authorized by FDP, yes.

21 That's not an authorization that I think that we

22 would necessarily verify unless FDP had told us,

23 don't take anything from Equal Ground anymore,

24 which may have been what's behind this, I do not

25 know.  But certainly there was a pattern, I think

1    -- I'm pretty certain that when Royal Sheppard was

2    there, the things we turned in earlier was when he

3    was working with Equal Ground, and now there's a

4    new person, and we're still concerned about the

5    Equal Ground's submissions.

6        Q   And whether Equal Ground was authorized by

7    FDP to use their number --

8        MS. O'DONNELL:  Object to the form.

9        Q   -- correct?

10       A   Yes.

11       Q   And then two days later, on April 28th,

12   2022, Corey Logan from your office emails you all,

13   JaJa from Equal Grounds picked up 300 FVRAs

14   yesterday, 4/27/22, with third party number 11-89.

15   Do we want to reach out to FDP and confirm Equal

16   Ground's still allowed to pick up forms under

17   11-89?

18       A   Yeah, I see that.

19       Q   So there seems to be some uncertainty by

20   members of your office?

21       A   Certainly we had concern about Equal

22   Ground in general and whether they were working

23   with FDP or with 11-89 and trying to figure this

24   all out.

25       Q   Sure.  And so sometimes there might be

1    seeming confusion between who is operating under

2    what entity's 3PVRO ID; correct?

3        A   Yes.

4        Q   Do you know how or whether 3PVROs vet the

5    folks that are using their numbers?

6        A   I do not know.  I think if there's

7    anything that should be tightened up, it's that,

8    but it's not in statute.

9        Q   But now at least they have to submit an

10   affirmation that they don't have a felon

11   collecting and handling; correct?

12       MS. O'DONNELL:  Object to the form.

13       A   They do.

14       Q   So that's one step?

15       A   I guess.  I'm not sure if that applies to

16   Equal Ground or not.  I guess it would because

17   they're the people collecting it on behalf of the

18   3PVRO.

19       Q   Yeah, that's a good point.

20           I think you touched on this, but have you

21   ever had a voter complain to you that a 3PVRO

22   registered them or changed their registration

23   without their consent?

24       MS. O'DONNELL:  Object to the form.

25       A   I'm trying to think of the various ways

1    this could manifest.  I noted in our processing of

2    forms, we've reached out to voters, and if they

3    were concerned that that had been the case, that

4    they had not filled out the form.  Certainly we've

5    encountered that.  I think there may be instances

6    of when a voter shows up to vote and our data was

7    different than what the data they understood

8    should be in the records was there, and then it

9    turned out it was a 3PVRO.  But we've had some

10   instances where it was the voter and they just

11   didn't remember it, too.

12       Q  But however you discover the information,

13   you are aware of instances where you suspect a

14   3PVRO has registered or changed the information of

15   the voter without the voter's consent; correct?

16       MS. O'DONNELL:  Object to the form.

17       A  Yes.  Correct.

18       Q  Okay.  Have you ever -- have any of the

19   voters who have had their information changed or

20   been registered without their consent, have they

21   ever been able to tell you the name of the person

22   who collected their application?

23       A  In general, no.

24       Q  And in order to prosecute a person

25   responsible for forging or fraudulently submitting

1    an application, you need to know the name of a

2    person who collected it.  That would be a good

3    start; right?

4        MS. O'DONNELL:  Objection.

5        A  I would ask the investigators, but I think

6    that's a likely ingredient for success.

7        Q  Okay.  I'll share my screen.

8            Showing you an email from Mr. Eustock to

9    you and several other members of your staff, dated

10   September 29th, 2022; does that look right?

11       A  Right.  Yes.

12       Q  And it says the subject is, phone call

13   from FDLE:  Bruce Tierney, EFC; right?

14       A  Uh-huh.

15       Q  In the body of the email that Mr. Eustock

16   sent says, Troy Cope, inspector with FDLE working

17   with the office of election crimes and security

18   called in regards to Bruce Tierney's election

19   fraud complaint form packet that our office filed.

20           Tierney was the gentleman who appeared in

21   person to vote at our office during early voting,

22   but his party had been changed, and he was

23   concerned the 3PVRO had changed his party without

24   his consent and forged his signature.  He wound up

25   voting a provisional ballot with his original

1    party affiliation that was accepted at canvassing.

2            We're investigating and had a few

3    questions about 3PVRO drop offs.  He mentioned he

4    would be working similar cases and wanted to make

5    sure he understood how some elements of the drop

6    off of form by 3PVROs works?

7            He also mentioned in passing that this

8    might not be actionable if they cannot identify

9    the individual canvasser with the third party

10   group involved who might have forged the

11   signature.

12           And then it goes on to discuss some other

13   things.

14           But does that at all jog your memory?

15       A  I think that's essentially what I was just

16   saying, that it sounds like it's obviously a part

17   of a successful investigation.  Did it mention on

18   there that they're supposed to initial the form?

19   I think in that last sentence the down there, we

20   recommend they check that or we check that.

21   That's how we've always been able to at least

22   somewhat identify who's person was.  It's not

23   always initialed, too, though, so that can be a

24   problem both ways.

25       Q  Right.  So would the receipt provision of

1   1750 help identify the individual personal

2   collecting the application, if that's what it

3   turns out to be?

4          MS. O'DONNELL:  Object to the form.

5       A  It might possibly.  I would ask the

6   investigators again.

7       Q  Okay.  But just based on your own common

8   sense experience, having someone's full name would

9   be better than no name or just initials --

10         MS. O'DONNELL:  Object to the form.

11      Q  -- in collecting the application; correct?

12      A  Assuming the slip was accurate and was

13  given to the voter, yeah, I could see how that

14  would be helpful.

15         MS. DAVIS:  Okay.  Let's take just a

16  10-minute break and I think I'm finished.

17         MS. O'DONNELL:  Just make a request on the

18  record.  Would you mind sending us those exhibits?

19         MS. DAVIS:  Yes.  I'll do that right now.

20         MS. O'DONNELL:  Thank you.

21         MR. FERGUSON:  Can you send that to all

22  counsel, please?

23         MS. DAVIS:  Yes.  I'll see if I can put it

24  in the chat at this point.  Let's come back at

25  12:40.

1          MS. O'DONNELL:  Sounds good.

2          MS. DAVIS:  Thank you.

3          (Off the record from 12:29 p.m. to 12:40

4     p.m.)

5          MS. DAVIS:  Supervisor Earley, I

6     appreciate you letting me asking you rapid fire

7     questions.  Thank you for your time.  I don't have

8     anything further.  I assume Ms. O'Donnell or

9     Mr. Ruiz might have something or perhaps

10    Mr. Sjostrom.

11         MR. SJOSTROM:  I do have a couple short

12    questions.

13         EXAMINATION BY COUNSEL FOR ATTORNEY

14    GENERAL MOODY

15    BY MR. SJOSTROM:

16      Q  Supervisor Earley, my name is Noah

17    Sjostrom.  I represent the Attorney General of

18    Florida, Ashley Moody.  I just want to quickly

19    revisit some of the discussion on the forgery of

20    signatures that your office has observed.

21         Has your office observed forged signatures

22    or reported forged signatures on any election

23    forms submitted to you other than voter

24    registration applications?

25         MS. O'DONNELL:  Object to the form.

1      A   Election forms.  I guess you mean -- I see

2   that as anything that passes through this office,

3   I guess.  So we've seen very, very small numbers,

4   maybe over the many years small numbers on vote by

5   mail ballots, but that's really small.  Likely on

6   petitions, but I can't say exactly how many or

7   anything like that.  Not a lot, but yeah, we've

8   seen it.

9      Q   How do you identify those potential forged

10  or fraudulent signatures?

11     A   Well, in general it's because we're

12  comparing it to our signature on record, which is

13  on the voter registration application.

14     Q   Understood.  So, the signature on record

15  you would be comparing against, one of those would

16  be the signature from the application?

17     A   Correct.  Yes.  Absolutely.

18     Q   And that's how your staff is trained to

19  identify or match signatures that they're

20  evaluating?

21     A   Yes, that's usually the document of

22  record.  When we're doing VBM, sometimes we'll go

23  into previous vote by mail or earlier signature

24  versions, yeah.

25     Q   Would it be fair to say if an individual

1    could accurately recreate that signature on the

2    application, that it would be incredibly difficult

3    for your office to detect fraudulent or forged

4    signature on, for example, an initiative

5    provision?

6         MS. O'DONNELL:  Object to the form.

7         A   If I understand the question properly, if

8    someone had copies of the signatures and could

9    print them on some of these other forms we get, it

10   would be very difficult for us to detect that.

11        Q   All right.  Thank you, Supervisor Earley.

12   That's all the questions I had.

13        A   You're welcome.

14        MS. O'DONNELL:  I do have a couple of

15   additional questions for you, Supervisor Earley,

16   and then -- I will be brief.

17        EXAMINATION BY COUNSEL FOR NAACP

18   BY MS. O'DONNELL:

19        Q   Okay.  So, I just want to talk to you a

20   little bit by talking about the colloquy that you

21   had with Ms. Davis around felons.  To be clear,

22   that did not involve -- that colloquy only

23   involved people convicted of a felony; right?  It

24   did not involve anyone who's a noncitizen,

25   correct, to your understanding?

1        A   Correct.

2        Q   I want to talk to you a little bit about

3    the 14-day deadline.  So, under the previous

4    regime of laws, you would not have recorded an

5    application that came to you after -- or, excuse

6    me, on the 14th day after a 3PVRO had collected a

7    voter registration application; is that right?

8        A   Say that in between, in between 90 and

9    7050, if 14 was okay?

10       Q   Correct.

11       A   Yes, that is correct.

12       Q   So, prior to SB 7050, you would not have

13   recorded an application that came in on the 14th

14   day after it was collected by a 3PVRO; is that

15   right?

16       A   Between 90 and 7050, so prior to up until

17   90.

18       Q   Okay.  I want to talk to you about quality

19   control again.

20           So, would you agree that there are valid

21   reasons that a 3PVRO could engage in quality

22   control?

23       A   Sure.  As we've said, yes.

24       Q   Would that include checking that an

25   application is complete and accurate?

1       A  The simple answer is yes.  In front of the

2  voters, the best way to do that, absolutely, yes.

3       Q  And you recognize that 3PVROs sometimes

4  engage in voter registration events; correct?

5       A  Yes.

6       Q  This might lead to a high volume of people

7  registering to vote with a 3PVRO at a given time;

8  right?

9       A  As we do, yes.  With great power comes

10  great responsibility.

11       Q  And so it might be challenging to engage

12  in quality control in person with the voter at the

13  time that people are being registered to vote at

14  those kinds of events; right?

15       A  My experience, it can be challenging.

16       Q  Now, Supervisor Earley, you've explained

17  that there are instances in which people make

18  mistakes and do submit noncompliant applications

19  on behalf of 3PVROs; right?

20       A  Yes.

21       Q  And in part, you've identified that that's

22  because people are just making honest mistakes in

23  many instances; correct?

24       A  Yes.

25       Q  And voters also make honest mistakes when

1  they submit voter registration applications to

2  your office; right?

3      A  Yes.

4      Q  And it's a good thing to be able to verify

5  that those voters have made mistakes and be able

6  to correct their voter registration application;

7  right?

8      A  Yes.  We want to data to be accurate.

9      Q  And you want to be able to register as

10 many people to vote as possible; correct?

11      A  As many eligible people, yes.

12      Q  3PVROs, we can agree, engage in

13 challenging work, including sending people out to

14 knock on doors to register people; right?

15      A  Yes, that's challenging.

16      Q  And that can lead to some turnover in that

17 type of work, would you agree?

18      A  I imagine it would.  I don't do that

19 myself, so -- but probably.

20      Q  Your office doesn't engage in that kind of

21 work; is that right?

22      A  Correct.  We don't go door to door.

23      Q  And so when there's turnover or when

24 there's turnover in these types of organizations,

25 that means new people are starting on a regular

1    basis; right?

2        A   I guess so, yes.  Probably.

3        Q   And, as you said, people are human, and

4    new people on a job are bound to make mistakes;

5    correct?

6        A   Yes.  We try to limit it on my part here,

7    yes.

8        Q   And so it's a good thing for 3PVROs to

9    have good internal quality control to catch those

10   mistakes; correct?

11       A   I leave it to them how they want to do

12   their quality control.  When we're doing it, we

13   have someone looking over their shoulder when its

14   comes to FVRAs.  And frequently it's me looking

15   over their shoulder to make sure that as they're

16   talking to the voter and while the voter is still

17   there, that it's accurate.

18       Q   But as we've agreed, it's not possible to

19   always be doing that in person, especially if

20   you're registering a high volume of people; is

21   that right?

22       A   I'm not sure I agree to that.  We do that

23   here.  That's what we do.

24       Q   Is it more challenging to engage in that

25   kind of quality control when you're registering a

1    high volume of people, in your experience as

2    supervisor?

3        A   Sure.

4        Q   And is it good to have internal quality

5    control processes to identify people who are

6    making honest mistakes on a regular basis so that

7    you can correct those mistakes?

8        A   Yeah.  I would not want people making

9    regular mistakes -- I mean mistakes on a regular

10   basis.  I would tend to get rid of them.

11       Q   And would it be useful to have a quality

12   control process to identify that person so that

13   you could get rid of them?

14       A   Absolutely.  That's why -- and I've

15   recommended my style of QC checks in person at the

16   voter interface.

17       Q   I want to talk a little bit about that

18   equal ground FTP email exchange.

19       A   Yes.

20       Q   So, there was some confusion there, as

21   Ms. Davis highlighted, between equal ground and

22   FTP and the registration number that they -- or,

23   excuse me, the 3PVRO number they were operating

24   under; is that right?

25       A   Yeah.  I think at first there wasn't

1    confusion, but then FTP may be -- I'm trying to

2    remember all.  This was also during session and

3    prepping for the 2022 elections.  But yeah, there

4    was some uncertainty back and forth after I think

5    there was some communication with FTP maybe

6    saying, look, we're getting rid out of equal

7    ground, or I don't really know what was going on

8    there off the top of my head.

9        Q  And would it have been useful for equal

10   ground and FTP to be able to engage in quality

11   control to identify what went wrong in that

12   process?

13       A  I guess.  Or maybe just process control or

14   something, yes.  It would.

15       Q  Would that --

16       A  There's other ways to do that, too.

17       Q  I'm sorry, Supervisor Earley, I didn't

18   mean to cut you off there.

19       A  I was saying there's other ways to ensure

20   that, too.  Good background checks on the people

21   you have working and establish what the ground

22   rules are and how you should operate.

23       Q  And for 3PVRO that do have those

24   institutions in place, those processes in place,

25   is quality control an additional measure that they

1  can use to ensure that they avoid as many mistakes

2  as possible?

3      A  Yes.  There's better types of quality

4  control than others, yes.

5      Q  And if FTP and Equal Ground had engaged in

6  some kind of quality control, could that have made

7  your job easier and made it such that you didn't

8  have this issue on the back end?

9      A  This issue -- I think the primary issue we

10 were finding was likely fraud.  So I'm not sure

11 quality control -- I guess quality control can

12 capture fraud, but this seems like a calculated

13 endeavor by individuals working for whomever to do

14 the fraud.  So I'm not sure that -- but I can

15 concede that, I guess, yeah.

16     Q  So, just to tease out that one particular

17 part of your answer, quality control from the

18 3PVROs can help identify individuals who are

19 engaging in fraud within the organization; is that

20 right?

21     A  Possibly.  I ask others to comment on

22 that.  I'm more engaged with the fraud

23 investigation process.

24     Q  When you say that you would concede that

25 point, you mean that quality control can be

1    helpful for identifying issues that might make

2    your job a little bit easier; am I understanding

3    that correctly?

4        A  Sure.

5        Q  Going back to the discussion about Royal

6    Sheppard.

7            Is Royal Sheppard one of the few people

8    that you would say was engaging in some kind of

9    alleged misconduct within the 3PVRO, as we talked

10   about earlier today?

11       A  He was certainly one of the prime figures

12   in that evolution over those few years, yes.

13       Q  And, as we discussed, that was limited to

14   a very select number of people; correct?

15       A  Yes.  It seemed to be a select number of

16   people, and he bounced around a little bit.

17       Q  Right.  He was operating multiple -- I'm

18   sorry, Supervisor Earley, I didn't mean to cut you

19   off.  What were you saying?

20       A  To different 3PVROs.

21       Q  Right.  So, he was operating on behalf of

22   multiple 3PVROs; correct?

23       A  Maybe not at the same time, but we had

24   evidence that, yes, he had worked for one, then

25   another, then another.

1    Q   Would you say -- and to your knowledge,

2   did you subsequently report Royal Sheppard's

3   behavior to those 3PVROs?

4    A   Yes.

5    Q   Do you know how those 3PVROs responded?

6    A   I don't think he continued to work for

7   them.  But oftentimes he wasn't really working for

8   the 3PVRO, he was working for the company they

9   contracted with.

10    Q   So, to your knowledge, Royal Sheppard no

11   longer collects voter registration applications on

12   behalf of 3PVROs and submits them to Leon County;

13   is that right?

14    A   I think that's probably accurate, yeah.  I

15   hope so.

16    Q   I have nothing further at this time.  And

17   I turn it over to either of the other coplaintiff

18   groups that might have any questions.  Thank you

19   so much for your time, Supervisor Earley, we

20   tremendously appreciate it.

21    A   Sure.

22        MR. RUIZ:  I have one very brief question.

23        EXAMINATION BY COUNSEL FOR HISPANIC

24   FEDERATION

25   BY MR. RUIZ:

1      Q   Is fraud a common occurrence in your

2   experience when you're processing voter

3   registration forms?

4      A   I think I've answered that before, but I

5   would say in general fraud is not something that

6   is common.  We've seen it, but it seems to be

7   isolated in, like I say, concentrated in groups

8   because it seems to be a few individuals bouncing

9   around.

10          MR. RUIZ:  Thank you.  No further

11   questions.

12          EXAMINATION BY COUNSEL FOR LEAGUE OF WOMEN

13   VOTERS OF FLORIDA

14   BY MR. FERGUSON:

15      Q   My name is Brent Ferguson.  I represent

16   the League of Women Voters of Florida, plaintiffs,

17   and I just have a handful of questions to follow

18   up to Ms. Davis's questions.

19          Supervisor Earley, you talked a little bit

20   with several people about 3PVRO volunteers and the

21   instances in which they might want to commit

22   fraud, including Royal Sheppard, and I believe you

23   testified you think that in those situations it

24   seemed like a calculated endeavor; is that

25   correct?

1      A  Yes.

2      Q  And you also talked about the receipt

3  requirement a little bit in SB 7050; do you recall

4  that?

5      A  Yes.

6      Q  Do you think in a situation where someone

7  plans to engage in fraud, in that calculated

8  endeavor they would likely comply with SB 7050 and

9  provide a receipt with their real name on it?

10     A  I think it would not be an intelligent

11  choice.

12     Q  Thank you.

13     A  But if you're doing the fraud, it's not

14  really the best choice either.  But yes, I see

15  where you're getting at.  Yeah, I think a receipt

16  can be faked.

17     Q  And in your experience, is it common for

18  voters to ask your office for the individual

19  identity of a 3PVRO volunteer who has helped them

20  register to vote?

21     A  Ask my office?  No.

22     Q  Okay.  And are you aware of them asking

23  any other office?

24     A  A voter asking an office who the 3PVRO

25  circulated, no.  Not that I know of.  I guess it's

1    possible, but I doubt it.

2        Q   Okay.   Thank you.   And you also talked a

3    little bit with Ms. Davis about whether you would

4    want to hire people convicted of felonies to work

5    in your office.

6            Do you recall that?

7        A   I do.

8        Q   And I believe you generally said that, no,

9    you wouldn't want people with felonies -- with

10   felony convictions to be hired.

11           Does that apply across the board to all

12   felonies?

13       A   There's lots of felonies, and I believe

14   that you can serve your time and, you know,

15   reenter society and be a trustworthy individual,

16   so I don't know that I would have a blanket

17   prohibition against that, but again, some of that

18   I'm sure would be subjective, and I don't know,

19   that might cause problems in the HR world, but I

20   have to feel comfortable with who's working for

21   me.

22       Q   Sure.   But as a general matter, you would

23   probably make that decision based on the type of

24   felony and the person's life after they had been

25   convicted of the felony and factors like that; is

1    that correct?

2        A   Yeah.   Checking references, yes, exactly.

3        Q   Okay.   If someone were convicted of a

4    felony for unlawfully subleasing their car, for

5    example, they leased a car and they subleased it

6    to someone else but that was against the law,

7    would you forever prohibit them from working in

8    your office?

9        A   Possibly not.   That wouldn't necessarily

10   preclude me saying, yeah, we'll hire you.

11       Q   Okay.   Similar question if someone was

12   convicted of a felony for being a financial

13   adviser for an elderly person and they didn't use

14   the assets correctly or they wasted the assets,

15   same answer to that question?

16       A   Maybe, I don't know.   We can go through a

17   lot of hypotheticals.   That gets a little more

18   concerning, frankly, but there would be other

19   factors.

20       Q   Okay.   And so going back to people who you

21   believe may have committed fraud while working for

22   a 3PVRO.

23           Do you have any idea whether any of those

24   people were convicted of felonies previously

25   before they engaged in whatever activity they did

1    with the 3PVRO?

2        A   I do not know.

3        Q   Okay.  Those are all my questions.  Thanks

4    very much.

5        A   You're welcome.

6            MS. DAVIS:  I don't have anything further.

7    Thank you, Supervisor.

8            MR. SJOSTROM:  Nothing here.

9            MR. HERRON:  At this point in time,

10   somebody usually asks if he wants to read the

11   deposition.  And I think in this case we'd like to

12   read the deposition if anybody orders the

13   transcript.

14           MS. O'DONNELL:  Okay.  And we'll be

15   ordering a transcript.

16           MR. CYCON:  This is John Cycon from

17   Holtzman Vogel.  We will be ordering a transcript

18   as well.

19           MR. SJOSTROM:  The attorney general would

20   like a copy of the transcript as well.

21           MR. FERGUSON:  Same for the League of

22   Women Voters.

23           MR. RUIZ:  Same for Hispanic Federation

24   plaintiffs.

25           (Off the record at 12:59 p.m.)

1                  ACKNOWLEDGMENT OF DEPONENT

2          I, MARK EARLEY, do hereby acknowledge that

3     I have read and examined the foregoing testimony

4     and the same is a true, correct and complete

5     transcription of the testimony given by me and any

6     corrections appear on the attached errata sheet

7     signed by me.

8

9     _____      _____

10          (SIGNATURE)              (DATE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
 2         I, PAUL P. SMAKULA, the officer before whom
 3    the foregoing deposition was taken, do hereby
 4    certify that the foregoing transcript is a true
 5    and correct record of the testimony given; that
 6    said testimony was taken by me stenographically
 7    and thereafter reduced to typewriting under my
 8    direction; that reading and signing was requested;
 9    and that I am neither counsel for, related to, nor
10    employed by any of the parties to this case and
11    have no interest, financial or otherwise, in its
12    outcome.
13
14    IN WITNESS WHEREOF, I have hereunto set my hand
15    and affixed my notarial seal this 13th day of
16    December, 2023.
17
18    My commission expires:  June 18, 2027.
19
20    _____
21    NOTARY PUBLIC IN AND FOR
22    THE STATE OF MARYLAND
23
24
25
```

## A

**abide**
29:23, 94:9
**ability**
17:24, 78:23,
82:12, 117:24,
119:3
**able**
16:13, 33:12,
44:12, 54:4,
67:21, 84:19,
117:14, 118:11,
161:21, 163:21,
170:4, 170:5,
170:9, 173:10
**about**
12:25, 13:16,
18:6, 18:8,
18:10, 19:21,
26:18, 32:6,
36:9, 38:3,
38:16, 38:24,
39:22, 40:6,
40:10, 41:3,
41:11, 46:14,
49:23, 53:9,
53:13, 58:2,
63:7, 65:6,
66:9, 68:3,
79:8, 81:22,
82:7, 86:12,
86:21, 94:4,
98:13, 105:15,
109:24, 110:6,
112:6, 112:22,
113:3, 113:4,
113:24, 114:10,
116:16, 119:17,
119:21, 120:21,
124:12, 127:2,
127:23, 127:24,
128:1, 128:2,
128:10, 128:16,
134:22, 137:16,
137:22, 140:10,
140:11, 142:13,
144:20, 145:14,

146:9, 146:18,
147:19, 148:10,
148:13, 148:19,
148:23, 149:4,
149:5, 150:16,
150:21, 151:3,
153:2, 155:17,
158:16, 159:4,
159:21, 163:3,
167:20, 168:2,
168:18, 172:17,
175:5, 175:10,
177:20, 178:2,
179:3
**above**
89:16, 90:14,
90:19, 98:7
**absolutely**
25:5, 25:9,
28:14, 32:19,
51:22, 62:22,
106:6, 137:21,
138:13, 146:15,
166:17, 169:2,
172:14
**accepted**
59:3, 163:1
**access**
28:23, 29:2,
29:6, 29:8,
29:9, 29:10,
77:12, 86:11,
133:11, 133:21,
147:22, 148:7
**accessible**
28:17
**accessing**
148:20
**accountable**
23:10
**accounts**
132:14
**accurate**
45:2, 45:16,
71:9, 73:8,
78:22, 82:11,
84:17, 120:1,
121:8, 122:5,

129:3, 152:12,
153:5, 164:12,
168:25, 170:8,
171:17, 176:14
**accurately**
167:1
**acknowledge**
182:2
**acknowledgment**
182:1
**across**
19:8, 21:14,
54:10, 115:8,
116:1, 134:24,
136:4, 151:24,
179:11
**act**
107:24
**actionable**
163:8
**active**
17:7, 125:17
**activity**
70:24, 75:16,
76:3, 76:16,
89:25, 180:25
**actors**
123:17
**actual**
85:21, 96:17
**actually**
18:20, 20:24,
24:6, 49:12,
75:20, 78:20,
89:3, 94:1,
112:21, 113:12,
117:11, 117:24,
120:2, 123:1,
132:16
**add**
143:11
**adding**
142:25
**addition**
28:15, 94:5
**additional**
30:17, 61:12,
61:20, 61:25,

72:14, 72:19,
102:16, 104:1,
127:17, 167:15,
173:25
**address**
44:22, 45:21,
45:24, 46:17,
49:18, 50:17,
50:18, 50:19,
50:23, 69:17,
74:4, 96:12,
132:18, 138:2,
139:6, 142:12,
142:13, 157:3
**addressed**
145:13
**addresses**
46:1, 50:21,
50:22, 61:24,
62:1, 62:2,
79:14, 115:23
**addressing**
70:10, 135:17
**adds**
49:9, 49:14
**adhered**
34:21
**adhering**
34:24
**administer**
20:6, 50:8,
50:17
**administering**
51:18
**administration**
51:6, 51:12
**administrative**
57:19, 89:21
**administrators**
122:23
**advance**
58:16, 58:23,
59:8
**adversely**
89:24
**adviser**
180:13
**affected**
50:5

**affiliation**
163:1
**affirmation**
82:19, 160:10
**affixed**
183:15
**afield**
53:6
**after**
19:3, 19:5,
32:1, 32:5,
32:21, 33:6,
33:11, 34:7,
43:15, 44:2,
44:11, 44:13,
44:20, 44:24,
45:8, 56:23,
57:2, 57:23,
58:3, 58:4,
58:15, 58:21,
59:6, 59:17,
66:24, 70:8,
71:14, 71:22,
141:24, 143:23,
144:23, 145:3,
168:5, 168:6,
168:14, 173:4,
179:24
**again**
24:17, 45:18,
61:16, 62:12,
63:6, 63:18,
66:17, 68:17,
70:10, 70:22,
71:17, 74:13,
85:4, 86:14,
90:4, 94:21,
95:17, 96:18,
97:24, 100:14,
100:18, 101:23,
103:22, 108:6,
108:14, 111:12,
112:20, 113:22,
116:13, 119:13,
123:13, 129:15,
153:6, 153:16,
155:1, 156:20,
164:6, 168:19,

179:17
**against**
26:3, 26:5,
26:8, 26:17,
26:22, 112:9,
113:2, 153:23,
166:15, 179:17,
180:6
**agent**
22:3, 154:13
**agents**
21:1
**aggregate**
72:22, 73:10
**ago**
14:23, 87:9
**agree**
28:15, 28:18,
51:4, 70:6,
89:19, 95:15,
96:14, 102:3,
123:16, 137:19,
168:20, 170:12,
170:17, 171:22
**agreed**
171:18
**al**
1:9, 1:15,
1:20, 2:1, 2:5,
2:12
**alachua**
6:12, 6:14
**alarm**
48:8
**alert**
22:11
**alesandra**
87:14, 131:22
**alex**
86:25, 93:16,
93:17, 104:12,
104:22
**alicia**
8:3
**all**
12:6, 12:16,
12:19, 13:3,
13:19, 19:8,

23:17, 24:6,
24:8, 25:9,
35:14, 35:18,
38:10, 42:14,
49:5, 51:20,
53:7, 54:10,
59:23, 65:15,
75:25, 77:16,
78:1, 81:18,
87:16, 91:1,
91:15, 96:19,
97:24, 98:12,
98:13, 108:4,
108:17, 110:3,
116:5, 116:8,
120:17, 122:12,
124:11, 124:25,
126:15, 131:23,
136:22, 140:4,
141:14, 142:11,
142:15, 144:1,
144:9, 146:25,
147:1, 147:2,
147:19, 154:19,
158:5, 158:11,
159:12, 159:24,
163:14, 164:21,
167:11, 167:12,
173:2, 179:11,
181:3
**allegations**
119:20, 120:11,
120:20
**alleged**
119:21, 122:7,
123:21, 124:4,
175:9
**allow**
29:5, 109:23
**allowed**
97:7, 110:23,
136:10, 159:16
**alluded**
132:21
**along**
41:23, 56:10,
59:24, 75:4,
78:24, 82:24,

124:5, 127:9
**already**
56:14, 82:14,
119:14, 124:3
**also**
16:7, 22:3,
28:17, 29:22,
32:21, 33:3,
36:19, 37:18,
37:21, 40:21,
42:12, 60:18,
61:1, 62:23,
68:6, 70:4,
78:20, 81:4,
106:7, 109:6,
109:9, 111:17,
115:17, 116:4,
121:9, 125:11,
129:18, 133:7,
136:21, 140:15,
145:24, 163:7,
169:25, 173:2,
178:2, 179:2
**altering**
99:25
**although**
125:25, 130:21,
132:1
**always**
20:17, 46:20,
50:9, 163:21,
163:23, 171:19
**ambiguities**
142:13
**ambiguity**
149:19
**amendment**
144:5
**among**
80:9
**amount**
66:21
**andrews**
8:5
**another**
55:13, 68:22,
74:8, 78:1,
86:16, 91:23,

108:8, 109:12,
110:25, 127:19,
134:12, 145:24,
155:18, 158:10,
175:25
**answer**
15:5, 15:15,
15:21, 16:3,
19:1, 25:21,
35:2, 86:15,
95:15, 96:9,
96:15, 98:24,
123:7, 152:12,
169:1, 174:17,
180:15
**answer's**
71:17
**answered**
177:4
**answering**
96:5
**answers**
11:16, 15:9,
18:4, 141:15
**anticipate**
129:12
**any**
15:13, 15:25,
16:1, 18:1,
22:10, 24:21,
25:17, 25:20,
25:22, 26:3,
26:4, 26:7,
26:22, 28:19,
28:22, 44:7,
55:1, 57:18,
58:17, 66:2,
66:5, 79:10,
79:11, 80:1,
81:1, 82:8,
83:4, 84:4,
84:9, 84:21,
85:10, 85:16,
85:20, 89:2,
93:4, 98:1,
99:19, 101:23,
106:3, 108:1,
111:8, 111:20,

119:2, 119:17,
121:13, 123:17,
125:7, 125:16,
126:19, 127:1,
127:5, 134:17,
135:23, 136:5,
137:6, 141:23,
142:19, 147:5,
147:21, 148:1,
151:10, 151:12,
152:15, 155:4,
155:12, 161:18,
165:22, 176:18,
178:23, 180:23,
182:5, 183:10
**anybody**
84:10, 126:18,
137:12, 181:12
**anybody's**
141:16
**anymore**
65:4, 145:19,
158:23
**anyone**
27:3, 27:5,
91:19, 129:7,
167:24
**anyone's**
141:19
**anything**
13:25, 25:12,
30:14, 65:22,
74:22, 127:9,
132:23, 158:23,
160:7, 165:8,
166:2, 166:7,
181:6
**anytime**
69:13
**anyway**
100:23, 135:15
**apologize**
17:12, 150:1
**appear**
147:15, 182:6
**appeared**
115:6, 123:13,
162:20

**appears**
64:13, 93:16
**applicant**
66:23
**applies**
160:15
**apply**
179:11
**appreciate**
17:11, 129:5,
129:6, 136:22,
136:23, 165:6,
176:20
**approximate**
30:10
**april**
89:12, 158:1,
158:4, 159:11
**area**
49:4, 126:13,
129:14, 133:19,
152:17
**areas**
20:2, 49:23,
50:10, 105:16,
126:13
**aren't**
37:12, 53:9,
103:20, 125:12
**around**
33:3, 49:25,
51:11, 53:8,
70:7, 72:13,
81:18, 125:22,
150:6, 167:21,
175:16, 177:9
**arrive**
23:2
**ashley**
1:23, 7:12,
9:19, 137:9,
165:18
**asked**
15:21, 16:2,
21:24, 30:12,
52:16, 60:12,
113:15, 137:15,
152:5

**asking**
30:17, 60:16,
109:3, 110:6,
127:23, 135:19,
165:6, 178:22,
178:24
**asks**
38:19, 104:22,
181:10
**aspects**
38:3, 50:17,
134:19
**assembled**
120:2
**assess**
43:6
**assessed**
152:20
**assets**
180:14
**assistance**
93:23
**assisted**
78:17
**assisting**
93:14, 93:22
**associated**
66:9
**association**
124:13
**assume**
15:15, 30:8,
43:6, 47:10,
56:8, 78:8,
165:8
**assuming**
44:21, 45:16,
146:7, 164:12
**attached**
11:13, 16:16,
36:22, 55:17,
74:12, 78:5,
86:20, 92:2,
102:20, 104:5,
182:6
**attempting**
92:20
**attention**
90:2

**attorney**
1:25, 7:12,
7:15, 10:13,
15:18, 15:22,
42:15, 79:13,
113:8, 165:13,
165:17, 181:19
**attorney's**
6:14, 8:4, 9:5
**attorneys**
7:6
**authorities**
124:5
**authority**
91:15, 95:13,
95:20
**authorization**
25:19, 25:24,
26:9, 26:24,
135:2, 135:4,
135:5, 135:25,
158:21
**authorized**
135:12, 158:17,
158:20, 159:6
**automated**
32:8
**availability**
129:22
**available**
103:13
**avenue**
4:6, 8:5
**avenues**
111:25
**average**
151:13
**avoid**
70:14, 70:16,
174:1
**aware**
25:22, 26:4,
26:7, 26:10,
26:12, 29:19,
29:22, 46:22,
56:15, 60:7,
66:11, 68:6,
72:22, 73:6,

73:17, 82:18,
83:6, 85:16,
117:3, 144:5,
144:7, 161:13,
178:22
**away**
115:15, 125:5,
127:20, 136:20

---
**B**
---

**back**
17:9, 17:12,
19:11, 21:9,
22:5, 28:8,
36:3, 36:8,
42:20, 42:23,
48:7, 55:24,
61:6, 62:24,
63:4, 63:10,
65:6, 66:18,
69:5, 70:8,
70:16, 75:18,
82:16, 85:21,
88:7, 90:2,
94:20, 96:17,
98:10, 98:14,
104:9, 107:16,
109:18, 113:14,
113:22, 114:11,
119:7, 125:6,
129:24, 150:20,
158:3, 158:10,
164:24, 173:4,
174:8, 175:5,
180:20
**background**
18:8, 116:25,
124:12, 134:8,
134:20, 134:23,
147:25, 148:3,
173:20
**backing**
128:7
**backups**
28:9
**bad**
64:14, 123:17
**baker**
8:10

**ballot**
33:17, 34:13,
35:5, 35:13,
35:25, 44:16,
44:19, 108:13,
108:16, 109:1,
109:4, 109:7,
109:13, 110:13,
111:4, 111:5,
112:3, 137:24,
138:11, 138:22,
139:3, 139:6,
148:15, 162:25
**ballots**
96:13, 108:22,
109:16, 133:1,
137:22, 166:5
**ban**
97:1, 98:22,
127:5
**bar**
25:23
**barely**
17:1
**based**
17:15, 17:21,
22:21, 65:23,
66:2, 67:5,
77:23, 88:24,
91:9, 100:1,
100:12, 100:16,
101:20, 103:7,
105:10, 105:24,
110:11, 111:2,
123:8, 137:14,
164:7, 179:23
**basically**
38:25, 133:1,
157:6
**basis**
61:3, 171:1,
172:6, 172:10
**batch**
22:22, 31:12,
31:13, 32:10,
36:14, 39:6,
39:24, 40:5,
59:20, 59:22,

65:24, 69:13,
91:21, 131:1,
132:25, 133:1
**batches**
21:15, 24:3,
24:14, 39:5,
65:17, 116:2,
116:4
**bay**
8:11
**became**
20:23, 116:15
**because**
29:5, 32:9,
35:15, 35:21,
37:12, 44:13,
44:20, 46:1,
47:14, 49:4,
50:8, 50:24,
58:8, 59:12,
62:16, 63:2,
67:18, 67:22,
69:20, 70:22,
72:10, 76:13,
80:7, 80:18,
82:2, 85:18,
89:17, 89:20,
89:25, 90:24,
92:23, 93:3,
95:1, 99:2,
100:22, 102:10,
110:22, 110:25,
117:8, 117:18,
117:19, 117:22,
117:23, 120:1,
122:20, 128:14,
129:18, 131:8,
134:11, 138:24,
141:12, 143:17,
146:2, 146:13,
160:16, 166:11,
169:22, 177:8
**become**
33:2, 144:4
**becomes**
29:17
**been**
12:3, 14:6,

14:14, 14:15,
14:23, 14:25,
18:11, 18:16,
19:13, 19:17,
20:18, 21:17,
35:21, 37:8,
43:8, 47:1,
69:1, 79:19,
80:5, 82:1,
84:19, 85:17,
87:18, 88:15,
90:7, 92:25,
96:9, 96:11,
100:8, 106:2,
108:5, 110:24,
113:20, 115:20,
116:1, 116:20,
116:24, 117:11,
118:6, 119:1,
120:25, 121:6,
134:10, 137:9,
137:15, 149:6,
151:3, 158:24,
161:3, 161:20,
161:21, 162:22,
163:21, 173:9,
179:24
**before**
3:9, 14:6,
15:5, 16:3,
24:22, 32:25,
48:22, 56:15,
58:11, 60:2,
60:10, 65:7,
76:24, 82:15,
83:3, 93:18,
108:8, 108:11,
108:16, 110:15,
110:24, 115:5,
124:5, 129:20,
137:3, 141:2,
149:15, 149:21,
177:4, 180:25,
183:2
**begin**
131:2, 131:7
**beginning**
21:25, 22:1,

39:13, 90:5,
110:8, 122:10
**behalf**
4:2, 4:10, 5:2,
5:7, 5:14, 6:2,
6:12, 7:2, 7:12,
8:2, 8:10, 9:2,
9:10, 10:2,
10:11, 12:14,
73:20, 73:25,
74:5, 80:20,
82:21, 83:10,
83:15, 83:21,
84:1, 85:10,
86:1, 86:4,
108:13, 108:16,
109:13, 110:13,
111:4, 122:1,
160:17, 169:19,
175:21, 176:12
**behavior**
176:3
**behind**
158:24
**being**
15:6, 15:7,
28:16, 51:11,
63:1, 71:4,
92:12, 97:3,
101:8, 106:20,
129:1, 142:9,
157:22, 158:6,
169:13, 180:12
**believe**
18:13, 24:3,
24:6, 28:19,
28:22, 33:21,
67:7, 68:24,
69:5, 71:2,
72:10, 88:10,
90:9, 108:18,
112:23, 122:4,
129:3, 132:16,
145:14, 148:1,
150:18, 158:2,
177:22, 179:8,
179:13, 180:21
**bell**
75:22, 118:19,

146:11, 146:15,
153:14, 156:10
**benefit**
30:5
**benefits**
66:5, 66:7
**best**
17:24, 29:10,
60:4, 78:23,
142:8, 169:2,
178:14
**better**
37:1, 37:3,
49:16, 55:20,
70:1, 70:2,
93:5, 107:2,
107:4, 107:5,
122:4, 125:16,
164:9, 174:3
**between**
79:10, 88:8,
104:15, 105:3,
114:15, 114:24,
120:6, 150:24,
158:9, 160:1,
168:8, 168:16,
172:21
**beyond**
132:23
**big**
47:1, 52:13,
56:11, 59:13,
64:16, 69:13,
116:2
**bigger**
36:25, 92:4,
93:4, 103:9,
157:11
**biggest**
152:19
**bill**
50:14, 56:5,
56:11, 126:12
**bills**
47:1, 50:4,
50:7, 50:14,
66:14, 81:22,
88:7, 108:17,

108:20, 149:14,
150:25
**bind**
15:10
**birth**
115:22
**birthday**
97:16, 116:12,
138:2
**bit**
18:10, 21:19,
22:16, 22:24,
24:13, 25:16,
30:20, 35:22,
36:25, 37:2,
38:13, 41:2,
41:24, 45:18,
50:11, 53:12,
56:15, 58:10,
59:10, 65:3,
65:21, 66:9,
82:14, 89:19,
90:4, 91:1,
92:4, 92:13,
97:16, 97:17,
98:4, 106:2,
107:4, 108:12,
109:22, 124:12,
128:9, 133:6,
133:25, 139:10,
139:22, 167:20,
168:2, 172:17,
175:2, 175:16,
177:19, 178:3,
179:3
**bits**
115:7
**blackwell**
5:9
**blank**
60:9, 93:10,
112:17, 134:21,
157:15
**blanket**
179:16
**blocked**
141:8
**blush**
144:24

board
18:20, 35:16,
134:24, 179:11
board's
35:15
body
162:15
book
32:22, 32:24,
33:7, 33:11,
33:25, 34:7,
35:23, 44:11,
44:13, 44:20,
44:24, 45:8,
58:7
border
47:8
both
129:23, 163:24
bottom
75:3, 155:19
boulevard
8:18, 10:6
bounced
175:16
bouncing
177:8
bound
171:4
box
5:10, 7:7,
50:25
boxes
130:22, 132:24
bradford
8:11
branch
24:12
branches
1:7
break
15:25, 16:3,
65:9, 108:8,
126:17, 126:20,
128:11, 137:3,
147:7, 164:16
brent
4:12, 177:15

brevard
6:3
brief
167:16, 176:22
briefly
17:3, 18:7,
109:19
bring
13:25, 22:5,
153:7
bringing
153:20
broad
54:19
broader
36:8
broadly
18:17
broke
127:22
bronough
9:22
brought
18:23
broward
8:2, 8:4
bruce
162:13, 162:18
built
45:25
burden
58:4, 58:6,
58:10, 58:17,
59:6, 59:11
business
51:17, 106:7
busy
129:13
byrd
1:12, 2:8, 9:10

---
**C**
---
cable
46:3
calculated
174:12, 177:24,
178:7
calhoun
8:11

call
12:12, 34:4,
82:16, 96:25,
98:17, 108:24,
109:2, 116:22,
124:18, 129:7,
138:18, 138:20,
162:12
called
36:4, 36:5,
46:2, 46:4,
148:5, 162:18
calling
85:23, 116:1
calls
96:1, 102:12,
125:24, 126:6
came
18:20, 19:11,
21:14, 33:8,
35:8, 43:15,
58:15, 58:16,
120:9, 120:19,
154:16, 168:5,
168:13
campaign
4:13
can't
69:3, 72:18,
80:3, 81:17,
81:21, 87:23,
93:4, 100:16,
101:17, 117:1,
121:15, 135:6,
145:23, 146:25,
147:13, 150:9,
150:10, 156:4,
166:6
cannot
32:25, 33:2,
35:20, 111:25,
163:8
canvasser
83:20, 83:25,
163:9
canvassers
86:9, 157:5
canvassing
35:15, 35:16,

163:1
cap
73:1, 73:2,
73:6
capable
118:18, 118:22
capacity
1:13, 1:24,
2:9, 137:11
caparello
5:16
capitol
7:16
capped
72:23
capture
76:23, 141:11,
154:6, 174:12
captured
105:17
car
94:19, 94:23,
94:25, 95:18,
180:4, 180:5
card
103:15, 146:2,
148:24
care
142:21
carefully
80:10
carry
131:17
case
1:11, 14:9,
28:9, 28:20,
28:23, 37:24,
46:8, 72:10,
121:18, 128:22,
145:22, 161:3,
181:11, 183:10
cases
163:4
catch
171:9
caught
150:2
cause
140:18, 179:19

causing
123:10
caveat
142:4
cc
87:12, 87:13
centennial
5:17
center
4:13
certain
22:2, 36:2,
46:15, 52:15,
64:12, 111:6,
127:14, 159:1
certainly
21:10, 22:5,
28:10, 30:4,
39:6, 42:5,
45:25, 48:6,
48:12, 50:3,
64:20, 68:13,
68:18, 69:12,
77:2, 77:5,
78:13, 80:4,
80:8, 84:21,
89:18, 100:6,
107:6, 116:16,
117:16, 118:14,
118:25, 135:22,
144:8, 146:12,
148:17, 153:13,
158:25, 159:21,
161:4, 175:11
certificate
183:1
certifications
19:9
certify
183:4
cesar
5:3, 129:9
chain
11:23, 96:12,
155:20
chairman
124:24
challenge
149:24

challenging
169:11, 169:15,
170:13, 170:15,
171:24
chance
34:15, 61:19
change
44:22, 50:18,
50:19, 93:15,
93:21, 100:3,
110:12, 117:23
changed
22:8, 46:22,
48:20, 49:25,
50:4, 69:3,
115:7, 115:22,
115:23, 150:5,
160:22, 161:14,
161:19, 162:22,
162:23
changes
33:1, 33:4,
49:20, 50:5,
50:15, 92:18,
120:16
changing
35:22
charge
87:19
charles
6:13
chat
12:16, 16:7,
145:5, 147:2,
164:24
check
60:1, 62:21,
62:23, 134:8,
134:23, 148:3,
151:24, 152:11,
152:12, 163:20
checking
70:7, 168:24,
180:2
checks
134:20, 148:1,
172:15, 173:20
chief
9:20, 87:17,

145:15
chime
129:18
chimed
126:12
choice
126:4, 178:11,
178:14
chris
87:17
christopher
145:13, 155:21,
158:4
church
55:4, 81:11,
146:1
circling
36:8, 42:23,
61:6, 65:6
circulated
178:25
circulating
80:13
circulator
21:11, 36:14,
62:14
circulator's
25:14, 116:1
circulators
21:14, 64:13,
80:9, 80:12,
80:17
circumstances
36:2
cited
39:15
cities
47:8, 47:11
citizen
82:21, 83:17,
84:22, 85:1,
85:24, 88:22,
91:22, 95:11,
95:18, 95:19,
95:22
citizens
26:15, 85:2,
85:5

citizenship
82:17, 83:8,
83:14, 83:19,
83:24, 84:10,
84:20, 85:14,
85:22, 86:3,
88:25, 90:8,
127:4, 135:1
clarification
94:5, 120:18
clarified
108:19
clarify
15:15, 31:3,
34:23, 35:7,
42:17, 69:1,
93:1, 103:6,
112:23, 120:15,
121:9, 131:23,
155:15
clarifying
129:5, 133:10,
135:21
clause
97:19
clean
107:24
clear
15:6, 19:13,
81:4, 81:16,
81:25, 82:7,
90:11, 91:12,
97:2, 97:5,
97:22, 99:18,
101:20, 102:1,
105:21, 113:18,
116:19, 121:23,
127:11, 128:20,
139:19, 139:22,
139:24, 149:5,
167:21
clearer
106:2
clearing
32:2
clearly
12:10
clearwater
9:7

clips
25:10
close
58:7
closely
24:13
closer
53:11
closing
32:22, 32:24,
33:7, 33:11,
33:25, 34:7,
35:23, 44:11,
44:13, 44:21,
44:24, 45:8,
58:7
cloud
28:9
co-plaintiffs
127:19
cohesive
50:9
collected
57:2, 58:22,
63:7, 71:22,
74:4, 161:22,
162:2, 168:6,
168:14
collecting
60:14, 80:23,
82:20, 84:6,
84:10, 84:14,
85:25, 88:21,
90:10, 91:11,
92:20, 92:24,
93:12, 94:11,
99:23, 160:11,
160:17, 164:2,
164:11
collection
72:4, 141:25,
143:23
collectively
12:24, 13:13
collects
63:8, 73:18,
86:3, 176:11
colloquy
167:20, 167:22

color
77:6
columbia
8:11
come
33:5, 39:5,
39:24, 43:16,
52:15, 52:19,
58:2, 64:24,
68:19, 84:24,
111:20, 112:16,
129:24, 145:24,
158:10, 164:24
comes
22:25, 32:21,
169:9, 171:14
comfortable
77:12, 77:18,
100:20, 144:16,
179:20
coming
12:8, 39:13,
58:9, 68:24
comment
19:21, 89:20,
93:3, 174:21
commission
183:18
commit
177:21
committed
180:21
committee
125:3, 125:8,
125:10, 125:11,
125:13, 125:18,
125:21, 126:1,
126:3
committees
124:25
common
164:7, 177:1,
177:6, 178:17
comms
158:8
communicated
122:6, 122:12,
157:23

communication
173:5
communications
79:10, 81:19,
125:22
communicative
125:14
communities
52:15, 54:13,
54:22, 71:7,
76:21, 76:25,
77:4, 77:6,
77:21, 86:12,
90:1, 144:8
community
52:17, 54:18,
54:24, 55:2,
73:15, 81:11
commutes
134:13
company
27:25, 28:3,
176:8
compare
31:14, 35:18
comparing
166:12, 166:15
complain
160:21
complained
146:18
complaining
144:19
complaint
112:8, 112:13,
112:24, 128:10,
128:16, 147:17,
153:18, 153:21,
154:7, 162:19
complaints
119:9, 128:2
complementary
79:24
complete
98:19, 142:11,
146:3, 157:16,
168:25, 182:4
completed
22:4, 22:7,

87:24, 95:12,
130:11, 130:15,
131:4, 131:10,
131:24, 156:2
completely
152:12
completeness
62:12
compliance
37:13, 41:11,
97:22, 101:9,
101:21, 101:25,
102:3
comply
178:8
comprehensive
97:21
concede
107:6, 174:15,
174:24
concentrated
177:7
concept
64:10, 101:23
concern
40:25, 67:23,
100:8, 140:19,
159:21
concerned
68:3, 81:5,
113:3, 122:18,
122:21, 148:10,
154:18, 159:4,
161:3, 162:23
concerning
19:21, 116:16,
126:9, 131:20,
180:18
concerns
67:25, 89:23,
96:12, 113:11,
119:17, 125:9,
140:11, 155:17
concludes
136:18
conclusion
100:17, 102:12
conduct
62:19, 118:12,

123:14
**conducted**
2:18, 3:1
**conference**
1:6, 17:6,
17:13, 125:24,
127:21
**conferences**
17:7
**confidential**
119:10, 119:18,
120:11, 120:21,
128:25
**confines**
45:24
**confirm**
100:16, 127:1,
159:15
**confirmation**
50:19
**confirmed**
99:19, 138:1
**confirming**
61:24, 62:1,
62:2, 62:3
**conflict**
94:8
**conflicts**
103:22
**confused**
46:13, 46:16
**confusing**
47:16, 92:25,
102:4, 112:20,
125:17, 149:20
**confusion**
158:15, 160:1,
172:20, 173:1
**connectivity**
77:13
**consent**
120:13, 160:23,
161:15, 161:20,
162:24
**consented**
119:11
**consider**
15:20, 54:16

**consideration**
104:11
**considered**
32:21, 56:16,
56:22, 57:1,
58:21, 98:21,
101:3, 101:13
**consistent**
79:18, 123:25
**consolidated**
110:21
**constitute**
123:20
**constitutes**
95:16, 103:7,
115:3
**contact**
107:7, 107:10,
107:14, 107:17,
107:20, 107:22,
126:17, 142:23,
143:10, 157:4
**contacted**
113:13
**contained**
103:17, 137:17
**contains**
138:24
**content**
154:6
**context**
104:24
**continue**
76:7, 108:8,
158:11
**continued**
176:6
**contract**
23:18, 27:4,
27:5, 27:10,
27:12, 27:13,
29:12, 29:14,
143:3, 158:6
**contracted**
122:25, 155:13,
176:9
**contrary**
95:10

**control**
60:1, 60:19,
60:21, 60:23,
61:7, 61:11,
61:20, 62:21,
62:23, 64:14,
70:1, 70:7,
70:8, 70:16,
106:12, 107:16,
132:6, 132:13,
141:23, 142:7,
168:19, 168:22,
169:12, 171:9,
171:12, 171:25,
172:5, 172:12,
173:11, 173:13,
173:25, 174:4,
174:6, 174:11,
174:17, 174:25
**controlled**
29:7, 64:4
**conversation**
144:25
**conversations**
105:15
**convicted**
148:13, 148:19,
148:23, 167:23,
179:4, 179:25,
180:3, 180:12,
180:24
**convictions**
179:10
**cope**
162:16
**copies**
98:5, 99:8,
99:9, 105:24,
141:10, 167:8
**coplaintiff**
176:17
**copy**
98:16, 98:25,
99:10, 100:24,
101:5, 104:22,
105:8, 105:10,
105:15, 105:18,
138:23, 140:16,

141:3, 141:4,
141:9, 141:19,
181:20
**cord**
1:12, 2:8
**corey**
159:12
**corollary**
26:20, 67:23
**corrections**
142:19, 182:6
**correctly**
175:3, 180:14
**could**
12:15, 12:16,
18:10, 21:11,
24:17, 25:3,
33:13, 34:8,
35:10, 35:12,
45:14, 50:20,
52:20, 55:3,
61:24, 72:15,
76:16, 76:19,
76:25, 77:2,
77:3, 81:6,
81:7, 82:1,
84:24, 86:8,
86:11, 86:13,
95:9, 96:6,
96:7, 96:14,
101:9, 105:23,
106:4, 106:8,
106:11, 106:14,
106:18, 106:22,
106:25, 108:12,
108:15, 111:11,
111:13, 111:17,
111:23, 117:8,
117:9, 120:23,
122:18, 125:16,
137:18, 138:18,
138:20, 138:25,
139:5, 139:14,
141:9, 141:19,
147:5, 156:11,
156:14, 161:1,
164:13, 167:1,
167:8, 168:21,

172:13, 174:6
**could've**
113:20
**couldn't**
25:20, 30:13,
35:1, 47:2,
52:24, 55:11,
66:15, 72:16,
83:11, 117:22,
155:3
**counsel**
9:20, 12:4,
78:18, 126:17,
129:9, 130:6,
136:25, 137:10,
164:22, 165:13,
167:17, 176:23,
177:12, 183:9
**count**
34:12, 35:2,
35:12, 35:25,
44:17, 44:19,
71:12
**counted**
36:7, 72:19
**counties**
6:4, 8:15,
24:6, 24:7,
24:9, 26:10,
37:25, 38:1,
47:9, 47:12,
118:18, 118:20,
126:4
**country**
19:8
**county**
5:14, 6:12,
6:14, 7:3, 8:2,
8:4, 9:2, 9:5,
10:2, 10:5,
10:11, 10:13,
15:8, 18:12,
20:5, 20:7,
23:17, 26:12,
27:8, 27:13,
37:19, 39:8,
39:9, 39:14,
45:20, 45:22,

45:24, 46:12,
46:14, 46:21,
46:24, 47:4,
47:10, 47:16,
47:17, 47:20,
48:1, 48:2,
48:3, 48:5,
48:11, 54:11,
55:10, 61:16,
62:3, 66:23,
68:8, 68:12,
68:19, 68:21,
68:22, 68:24,
68:25, 69:6,
69:17, 70:7,
70:12, 70:15,
70:21, 71:10,
71:11, 71:21,
71:24, 72:3,
72:5, 72:8,
74:22, 83:18,
83:21, 85:16,
101:12, 106:20,
116:25, 120:5,
132:12, 134:11,
134:12, 155:10,
176:12
**couple**
46:25, 110:21,
139:19, 158:16,
165:11, 167:14
**course**
42:8, 65:10,
79:7, 104:8,
112:7, 147:6
**court**
1:1, 9:6, 15:3,
16:10, 16:19,
36:18, 55:14,
74:9, 78:2,
78:7, 86:17,
91:24, 102:17,
104:2, 140:2,
145:2, 149:23
**cover**
18:5, 23:3,
130:18
**covered**
21:19

**covering**
17:19
**credit**
148:24
**crimes**
40:23, 41:4,
41:8, 162:17
**criteria**
134:1, 134:4,
134:15, 134:18,
135:3, 135:23,
136:7, 136:15
**cross**
127:18, 129:22,
137:4
**crosses**
129:24
**crossing**
129:25
**curious**
65:16
**currently**
21:21
**curve**
119:1
**custodian**
18:24
**custody**
94:12, 94:18,
94:23, 95:2,
95:5, 95:9,
95:16, 95:20,
95:24, 96:13
**cut**
24:16, 44:4,
173:18, 175:18
**cutoff**
32:1, 32:6
**cycon**
9:11, 181:16

**D**

**dale**
6:6
**damn**
118:17
**daringly**
145:1

**data**
28:7, 28:10,
28:25, 29:3,
29:10, 46:7,
46:17, 46:19,
46:20, 84:4,
84:12, 84:21,
100:22, 101:6,
115:5, 115:7,
116:10, 120:2,
138:25, 141:11,
141:12, 141:13,
141:14, 142:7,
142:24, 142:25,
152:11, 161:6,
161:7, 170:8
**database**
46:11
**date**
31:6, 31:12,
31:14, 32:10,
38:6, 38:10,
39:6, 39:13,
72:4, 87:10,
89:13, 153:25,
154:4, 182:10
**dated**
145:12, 162:9
**dates**
115:22, 132:12
**davis**
9:19, 11:5,
129:20, 130:5,
137:2, 137:10,
139:21, 140:1,
146:25, 147:7,
152:7, 164:15,
164:19, 164:23,
165:2, 165:5,
167:21, 172:21,
179:3, 181:6
**davis's**
177:18
**day**
30:14, 32:6,
33:22, 34:9,
43:15, 43:16,
52:10, 57:18,

57:23, 58:3,
58:15, 66:21,
67:2, 71:14,
72:14, 141:21,
149:11, 149:22,
150:14, 150:19,
168:3, 168:6,
168:14, 183:15
**day-to-day**
129:19
**days**
31:8, 32:25,
44:2, 56:23,
57:2, 57:6,
57:9, 57:14,
57:15, 58:4,
58:21, 58:24,
59:6, 59:17,
59:21, 63:20,
65:18, 66:6,
66:24, 71:22,
72:1, 72:4,
72:7, 72:14,
72:19, 149:8,
149:9, 149:17,
150:15, 151:3,
151:11, 158:16,
159:11
**dead**
115:10
**deadline**
32:22, 32:24,
33:7, 33:11,
34:1, 34:8,
35:23, 43:15,
44:11, 57:24,
58:3, 58:4,
58:7, 58:16,
71:15, 149:11,
149:15, 149:22,
150:14, 150:15,
150:19, 150:20,
151:3, 168:3
**deadlines**
22:6, 149:5,
150:4, 150:6,
150:13
**deal**
51:5, 51:20,

69:10, 144:12,
144:14
**dealing**
144:5
**debating**
100:6
**december**
2:19, 183:16
**decision**
35:15, 179:23
**decrease**
67:16, 67:20,
70:19, 76:4
**decreased**
75:16
**decreases**
59:21, 67:23
**decreasing**
73:11
**deem**
113:25
**deemed**
117:13
**deep**
100:2
**deeper**
123:14
**defendants**
1:16, 2:2,
2:13, 129:24,
137:7
**define**
63:6, 92:20,
135:4
**defines**
94:11
**definitely**
51:9, 64:22,
111:14, 126:11,
155:15
**definition**
91:11
**definition's**
20:18
**definitively**
156:21
**defraud**
117:2

**degree**
53:6
**delay**
33:23
**deliver**
140:24, 141:2,
149:8, 151:6,
151:18
**delivered**
50:24, 66:25,
142:20
**delivering**
152:2
**delivery**
149:15, 149:22
**democratic**
156:8, 156:12,
156:20
**demographics**
55:5
**demonstrated**
84:5
**denote**
24:5
**department**
9:21, 42:18
**depend**
34:17, 34:18
**depends**
33:1, 33:8,
34:14, 153:6
**deponent**
182:1
**deposed**
14:6, 14:16,
14:18, 14:25,
15:7
**deposition**
2:16, 3:1,
11:14, 11:15,
14:1, 14:25,
16:15, 16:21,
17:2, 17:15,
18:2, 36:21,
55:16, 74:11,
78:4, 86:19,
92:1, 102:19,
104:4, 112:7,

127:18, 147:6,
181:11, 181:12,
183:3
**depositions**
14:21
**deputy**
9:20, 87:18,
145:15
**derived**
100:10
**describe**
79:10
**designate**
22:2, 24:19,
109:12
**designated**
2:17, 20:25
**designee**
109:14, 110:23,
111:25
**desoto**
6:3
**detect**
82:9, 82:13,
167:3, 167:10
**determination**
69:21
**determine**
83:16, 84:19,
95:13
**detrimental**
81:6
**devona**
8:3
**difference**
59:13
**different**
16:19, 18:25,
21:2, 38:2,
69:2, 108:17,
111:24, 124:25,
128:18, 144:9,
151:23, 153:4,
154:12, 154:14,
161:7, 175:20
**difficult**
21:13, 50:8,
54:6, 54:7,

96:1, 96:9,
96:14, 117:9,
117:16, 119:1,
130:21, 139:11,
167:2, 167:10
**difficulties**
141:10
**digitally**
132:22, 133:8,
133:22
**direct**
90:2, 137:15
**direction**
183:8
**directly**
43:20, 107:21,
110:17, 142:21
**directs**
129:23
**disabled**
111:18
**disburses**
151:24
**discover**
161:12
**discovery**
92:8, 104:8
**discrimination**
88:24
**discuss**
79:17, 163:12
**discussed**
79:3, 79:22,
82:15, 93:18,
103:8, 119:14,
128:11, 128:25,
132:10, 140:13,
175:13
**discussing**
104:20
**discussion**
38:1, 153:2,
165:19, 175:5
**discussions**
81:18
**disenfranchise**
117:17
**disenfranchised**
117:22, 118:2

**disincentive**
70:4
**distancing**
81:13
**distributing**
93:10
**district**
1:1, 1:2
**division**
1:3, 22:12,
32:14, 40:15,
40:17, 41:15,
42:13, 66:22,
81:20, 81:22,
87:6, 87:7,
101:1, 113:7
**divulge**
97:7
**dixie**
8:11
**dmv**
77:11
**document**
11:18, 16:7,
16:9, 16:11,
16:18, 36:17,
37:6, 55:13,
55:22, 56:1,
74:8, 74:14,
74:16, 75:11,
75:21, 78:2,
78:6, 78:7,
78:11, 78:15,
78:25, 86:16,
91:12, 91:23,
92:3, 92:8,
92:14, 102:17,
102:21, 104:1,
104:6, 140:23,
143:18, 146:24,
166:21
**documents**
16:20, 18:1,
74:24, 145:4
**doe**
42:25, 43:4,
43:7
**doing**
18:16, 18:19,

19:8, 51:17,
62:14, 81:2,
84:18, 118:21,
142:7, 142:16,
152:21, 166:22,
171:12, 171:19,
178:13
**done**
29:15, 36:15,
125:24, 127:8,
141:23
**door**
53:20, 53:21,
54:9, 54:10,
170:22
**doors**
170:14
**double**
151:23
**double-check**
72:16, 72:21,
87:10, 94:1,
108:20, 134:22
**doubt**
62:10, 62:11,
123:7, 126:14,
179:1
**douglas**
9:3
**down**
38:12, 48:9,
56:9, 69:14,
79:15, 87:22,
88:17, 90:21,
91:2, 92:13,
92:19, 98:14,
102:24, 103:5,
104:18, 107:8,
110:1, 122:25,
149:8, 154:1,
163:19
**dramatically**
48:20, 49:24,
66:11, 73:4
**drawn**
75:23
**drive**
17:12

**driver**
95:18, 95:22
**driver's**
25:2, 77:10,
95:23, 97:8,
97:13, 99:1,
99:12, 99:14,
99:24, 103:14,
115:21, 138:3,
140:10
**drives**
48:7
**driving**
94:19
**drop**
130:12, 163:3,
163:5
**dropped**
156:1
**dropping**
40:3, 152:18,
156:17, 156:22,
157:15
**drops**
22:25
**drove**
17:9, 94:23
**dsde**
103:17, 112:24
**duly**
12:3
**during**
63:5, 104:10,
150:15, 162:21,
173:2
**duties**
49:10, 49:15,
52:5, 131:18

**E**

**e-a-r-l-e-y**
13:24
**e-mail**
12:16
**each**
24:18, 27:12,
66:21, 66:22,
67:2, 73:18,

82:19, 85:24,
88:20, 125:15,
129:25, 137:11,
145:3
**earley**
2:16, 3:1,
11:2, 11:14,
12:2, 12:7,
13:24, 16:15,
17:5, 17:11,
24:16, 36:21,
44:5, 53:15,
55:16, 71:1,
74:11, 78:4,
80:13, 86:19,
87:16, 92:1,
96:2, 100:11,
102:19, 103:1,
104:4, 127:16,
129:9, 137:8,
140:4, 152:8,
165:5, 165:16,
167:11, 167:15,
169:16, 173:17,
175:18, 176:19,
177:19, 182:2
**earlier**
82:16, 86:12,
132:10, 140:5,
141:22, 153:1,
159:2, 166:23,
175:10
**early**
17:8, 17:12,
18:14, 162:21
**easier**
54:21, 58:11,
60:20, 82:9,
90:4, 96:19,
107:5, 108:1,
174:7, 175:2
**east**
6:8, 10:6
**easy**
12:23, 25:13,
51:7, 145:18
**echelons**
122:24

**efc**
162:13
**effect**
84:13
**effort**
116:18, 117:2
**efforts**
53:20, 53:23,
79:25
**eight**
14:13
**either**
22:20, 26:13,
77:7, 108:24,
115:5, 116:5,
116:10, 126:5,
130:12, 140:3,
143:9, 143:11,
143:12, 156:10,
157:19, 176:17,
178:14
**elderly**
111:11, 111:13,
180:13
**election**
8:10, 19:7,
20:6, 32:25,
33:1, 34:9,
40:22, 41:4,
45:10, 47:1,
47:22, 51:6,
51:11, 58:11,
58:13, 58:16,
58:23, 59:8,
81:22, 112:24,
147:16, 148:19,
162:17, 162:18,
165:22, 166:1
**elections**
6:2, 7:4, 10:3,
10:5, 15:9,
18:9, 18:11,
18:17, 18:22,
19:6, 19:11,
19:14, 19:17,
20:5, 22:12,
23:17, 32:14,
33:4, 40:15,

40:17, 41:8,
41:15, 42:13,
45:12, 45:15,
51:18, 77:24,
81:21, 84:5,
84:13, 87:6,
87:8, 91:10,
96:10, 101:1,
113:7, 124:14,
153:18, 173:3
**elector**
110:19, 111:1
**elements**
163:5
**elevate**
131:21
**elias**
4:4
**eligibility**
49:7, 49:13,
88:13, 90:25,
126:10
**eligible**
170:11
**else**
34:4, 78:17,
89:9, 95:8,
116:19, 126:18,
129:7, 137:12,
180:6
**else's**
148:14, 148:24
**email**
11:20, 11:23,
36:12, 41:6,
86:21, 86:24,
89:13, 126:7,
145:3, 145:6,
146:23, 155:19,
157:3, 162:8,
162:15, 172:18
**emails**
104:9, 159:12
**employ**
23:18, 25:18,
86:9
**employed**
87:5, 183:10

**employees**
131:3, 132:14,
133:11, 133:21
**employment**
25:18, 25:23,
26:9, 26:24,
88:24
**enables**
27:10
**enacted**
82:25, 84:3
**enactment**
118:13
**encountered**
114:16, 161:5
**end**
34:6, 68:11,
70:3, 70:8,
70:16, 107:16,
174:8
**endeavor**
174:13, 177:24,
178:8
**ending**
22:1
**enforcement**
42:18
**engage**
17:22, 51:23,
55:25, 60:1,
70:15, 76:7,
119:3, 132:14,
168:21, 169:4,
169:11, 170:12,
170:20, 171:24,
173:10, 178:7
**engaged**
27:3, 27:5,
81:1, 174:5,
174:22, 180:25
**engaging**
174:19, 175:8
**enhance**
119:2
**enough**
117:10
**enrolled**
110:3

ensure
101:10, 101:11,
173:19, 174:1
entire
109:22
entities
42:20, 42:21,
144:17, 154:23,
155:2, 155:5,
155:9, 155:12
entitled
74:25
entity's
160:2
entrusted
91:21
enumerated
39:12
envelopes
95:6
equal
157:4, 157:8,
157:19, 157:20,
158:6, 158:16,
158:23, 159:3,
159:5, 159:6,
159:13, 159:15,
159:21, 160:16,
172:18, 172:21,
173:6, 173:9,
174:5
errata
182:6
error
40:25
errors
43:8, 43:11,
43:13, 61:5
esoteric
105:15, 105:19
especially
41:22, 50:7,
52:15, 54:9,
64:12, 77:16,
122:9, 171:19
esquire
4:3, 4:12,
4:20, 5:3, 5:4,

5:8, 5:15, 6:5,
6:6, 6:13, 7:5,
7:14, 8:3, 8:16,
9:3, 9:4, 9:11,
9:19, 10:4,
10:12
essentially
22:17, 24:18,
29:8, 39:12,
41:16, 46:20,
80:2, 115:13,
124:21, 155:14,
163:15
est
2:20
establish
173:21
established
21:1, 104:12,
137:9
estimate
14:8, 30:10,
52:20, 55:8,
114:20, 118:1,
120:5
et
1:9, 1:15,
1:20, 2:1, 2:5,
2:11
eustock
14:3, 31:5,
87:13, 130:24,
135:13, 152:10,
155:20, 162:8,
162:15
evaluating
166:20
even
46:13, 48:13,
49:20, 58:15,
58:22, 59:16,
94:2, 96:9,
116:22, 118:21,
125:12, 128:4,
128:6, 144:17
event
52:17
events
52:13, 169:4,

169:14
ever
42:20, 43:7,
43:17, 43:19,
43:22, 47:3,
51:23, 63:4,
63:10, 64:23,
73:23, 83:8,
83:14, 83:19,
83:24, 85:8,
89:1, 89:4,
99:19, 107:7,
112:11, 113:9,
128:5, 144:19,
152:20, 160:21,
161:18, 161:21
every
30:14, 52:10,
54:19, 78:7,
82:19, 141:21
everybody
34:4, 51:7,
77:10, 77:11,
80:3, 134:6
everyone
12:12, 16:9,
135:11, 139:18
everything
45:16, 116:19,
147:3
evidence
113:2, 175:24
evolution
175:12
evolved
20:18, 22:16
evolving
21:17
exact
55:12, 80:18
exactly
33:20, 35:20,
40:16, 47:2,
66:15, 81:17,
100:17, 133:19,
135:7, 150:11,
166:6, 180:2
examination
11:2, 12:4,

129:22, 130:6,
136:25, 165:13,
167:17, 176:23,
177:12
examined
182:3
example
167:4, 180:5
exception
42:6, 64:22
exchange
172:18
exclusive
97:20, 123:6
excuse
12:8, 20:13,
26:6, 33:17,
65:8, 88:2,
90:6, 99:13,
121:24, 168:5,
172:23
executive
125:2, 125:7,
125:11, 125:18,
125:21
exempt
97:7
exempted
103:20
exercising
94:12, 94:15,
94:18, 94:22,
95:4
exhaustive
121:24
exhibit
11:15, 11:16,
11:17, 11:18,
11:19, 11:20,
11:21, 11:22,
11:23, 16:11,
16:15, 36:19,
36:21, 55:15,
55:16, 74:10,
74:11, 78:3,
78:4, 86:18,
86:19, 91:25,
92:1, 102:18,

102:19, 104:3,
104:4
**exhibits**
11:14, 164:18
**existed**
128:6
**existing**
51:10
**expand**
80:1
**expect**
157:14
**expectation**
76:9
**expected**
76:11
**experience**
47:3, 65:22,
66:2, 77:16,
77:23, 90:8,
91:10, 100:12,
100:16, 114:9,
151:1, 151:5,
164:8, 169:15,
172:1, 177:2,
178:17
**experienced**
74:2
**expired**
158:6
**expires**
183:18
**explain**
39:2, 44:18,
50:11, 59:10,
67:25, 69:23,
77:3, 79:21,
81:7
**explained**
39:4, 45:8,
119:8, 169:16
**explanatory**
38:16, 38:23
**explicit**
99:21
**explicitly**
69:4, 74:15,
74:23, 101:6,

125:25
**expressed**
82:5
**expressly**
97:12
**extensive**
134:8
**extent**
99:11, 99:13
**extremely**
46:8, 63:2,
80:7

**F**

**face**
91:14, 91:18
**faced**
102:6
**facility**
133:20
**fact**
43:16, 65:22
**factor**
59:23, 151:25
**factors**
179:25, 180:19
**facts**
71:18
**failure**
28:10, 29:23
**fair**
151:16, 166:25
**faked**
178:16
**familiar**
15:1, 15:2,
23:13, 29:16,
34:5, 48:24,
49:2, 55:21,
78:6, 78:10,
92:3, 124:15,
129:19, 134:1,
152:20
**family**
110:18, 111:3,
111:9, 111:16,
111:21, 111:24
**far**
50:17, 52:11,

80:19, 92:10
**favor**
99:8
**favorable**
53:14, 53:17
**fdle**
42:12, 42:13,
42:17, 113:6,
162:13, 162:16
**fdp**
156:7, 156:11,
157:19, 158:7,
158:20, 158:22,
159:7, 159:15,
159:23
**fdp's**
157:9
**fdp(3p**
157:5
**fdps**
158:17
**federal**
25:22, 88:23
**federation**
2:4, 5:2,
129:10, 130:7,
176:24, 181:23
**feel**
39:4, 52:1,
77:18, 77:22,
179:20
**feels**
77:12
**fellows**
152:25
**felon**
144:6, 148:6,
160:10
**felonies**
179:4, 179:9,
179:12, 179:13,
180:24
**felons**
77:16, 147:19,
147:21, 148:1,
167:21
**felony**
148:11, 167:23,

179:10, 179:24,
179:25, 180:4,
180:12
**felt**
119:9
**ferguson**
4:12, 11:9,
164:21, 177:14,
177:15, 181:21
**few**
14:3, 19:15,
72:14, 113:22,
118:4, 126:4,
126:11, 137:14,
151:20, 151:22,
163:2, 175:7,
175:12, 177:8
**fewer**
65:24, 67:19
**field**
63:2, 80:22,
123:17
**fields**
24:10, 24:12,
87:12, 142:11,
142:20
**fieldwork**
123:1
**figure**
159:23
**figures**
175:11
**file**
41:1, 139:7,
142:14
**filed**
112:8, 162:19
**filings**
149:5
**fill**
36:13, 38:5,
38:9, 39:3,
93:23, 108:24,
109:9, 112:17,
113:1, 113:16,
113:19, 121:10,
128:15, 143:4
**filled**
37:11, 37:15,

37:18, 37:21,
43:12, 94:19,
94:24, 95:5,
121:10, 130:10,
130:15, 131:3,
131:10, 131:24,
132:21, 161:4
**filling**
143:20
**final**
50:18, 56:4,
110:3, 123:6,
126:24
**finalized**
103:2
**finally**
15:25
**financial**
180:12, 183:11
**find**
30:2, 30:5,
39:9, 63:24,
101:23, 117:9
**finding**
174:10
**fine**
46:24, 66:20,
67:1, 67:6,
71:13, 73:10,
84:8, 85:24,
96:6, 99:15,
102:7, 129:23,
150:13, 152:7,
152:19, 152:24,
153:10, 156:16
**fined**
71:23, 72:6,
72:15
**fines**
21:16, 29:23,
43:6, 49:5,
66:9, 66:12,
67:10, 67:15,
68:4, 68:7,
69:16, 70:14,
70:17, 72:19,
72:22, 74:3,
75:6, 76:6,

76:14, 81:6,
81:12, 82:15,
127:4
**finish**
15:4
**finished**
94:3, 164:16
**finishing**
65:15
**fire**
165:6
**first**
14:15, 35:14,
39:20, 46:18,
68:23, 75:9,
79:1, 79:2,
79:21, 86:24,
88:2, 88:3,
100:7, 129:16,
130:9, 137:7,
137:16, 144:24,
145:22, 152:18,
154:16, 172:25
**fit**
141:8
**five**
151:12
**fix**
106:23
**flag**
46:5, 117:5,
132:7
**flagged**
119:22, 121:25,
122:1
**flagler**
6:3
**flags**
101:2
**flat**
67:6
**floor**
6:16, 10:7
**florida**
1:2, 1:5, 1:14,
1:19, 2:1, 2:11,
4:11, 4:22,
4:23, 5:7, 5:11,

5:18, 6:9, 6:17,
7:9, 7:17, 8:7,
8:20, 9:7, 9:15,
9:21, 9:24,
10:8, 10:16,
19:18, 20:7,
20:8, 23:18,
27:11, 28:12,
29:17, 29:20,
42:18, 47:9,
47:12, 51:12,
55:6, 71:3,
76:17, 79:12,
79:13, 85:6,
86:9, 103:15,
111:8, 114:21,
114:22, 116:14,
124:13, 136:25,
137:10, 137:20,
146:7, 156:8,
156:12, 156:20,
165:18, 177:13,
177:16
**floridians**
54:1
**focus**
23:13, 23:15,
23:16, 23:22,
24:1, 24:3,
24:23, 25:4,
25:5, 25:8,
25:15, 27:1,
27:4, 27:6,
27:12, 27:14,
27:17, 27:21,
28:4, 28:17,
32:9, 46:1,
52:2, 52:4,
52:5, 54:15,
54:17
**focused**
126:8
**focuses**
14:2, 129:14
**focusing**
49:8, 49:12
**folks**
31:20, 42:14,

54:18, 54:24,
55:2, 75:4,
87:11, 120:19,
125:12, 134:14,
142:10, 142:17,
144:2, 153:3,
160:5
**follow**
22:6, 60:9,
98:18, 100:19,
100:25, 103:23,
126:25, 147:5,
177:17
**following**
56:10, 75:4,
78:24, 86:23,
103:5
**follows**
12:3
**foregoing**
182:3, 183:3,
183:4
**forever**
50:20, 180:7
**forged**
119:11, 162:24,
163:10, 165:21,
165:22, 166:9,
167:3
**forgery**
165:19
**forging**
41:18, 161:25
**forgotten**
146:9
**form**
36:13, 37:7,
38:25, 43:12,
43:25, 44:11,
50:9, 73:24,
103:17, 107:12,
107:13, 107:14,
108:24, 108:25,
109:9, 109:14,
112:13, 112:20,
112:24, 112:25,
113:1, 121:10,
121:11, 127:23,

127:24, 128:1,
128:3, 128:11,
128:18, 135:7,
138:12, 139:2,
139:8, 139:18,
139:25, 141:8,
141:10, 142:2,
142:8, 143:1,
143:11, 143:12,
143:16, 143:17,
144:22, 146:21,
147:16, 147:17,
148:9, 149:3,
149:18, 150:8,
150:17, 150:23,
153:18, 154:25,
155:11, 156:13,
157:24, 158:19,
159:8, 160:12,
160:24, 161:4,
161:16, 162:19,
163:6, 163:18,
164:4, 164:10,
165:25, 167:6
**formalized**
20:23, 21:5
**forms**
22:25, 23:1,
23:11, 37:11,
40:13, 40:14,
40:22, 41:12,
42:24, 43:1,
43:5, 43:9,
69:17, 74:4,
94:20, 94:24,
95:6, 95:12,
105:10, 112:8,
112:12, 112:18,
128:21, 129:15,
130:24, 131:1,
131:4, 131:11,
131:19, 131:25,
132:7, 132:20,
132:24, 133:12,
147:16, 152:18,
154:17, 158:8,
159:16, 161:2,
165:23, 166:1,

167:9, 177:3
**fort**
7:9, 8:7
**forth**
48:7, 88:8,
104:10, 173:4
**forward**
48:2, 68:25,
71:10, 120:10,
120:20
**found**
118:19, 123:2
**four**
65:18, 120:21,
121:5, 122:2,
128:24, 144:5
**frame**
150:16
**frank**
6:5
**franklin**
7:6, 8:11
**frankly**
17:1, 22:17,
26:19, 49:22,
50:15, 60:11,
62:10, 63:25,
81:23, 98:23,
105:14, 128:6,
136:3, 142:25,
156:10, 180:18
**fraud**
41:13, 41:23,
41:24, 61:4,
64:14, 64:19,
80:9, 81:1,
82:8, 82:9,
82:13, 99:19,
99:20, 99:22,
100:2, 113:1,
113:2, 116:16,
116:21, 119:21,
122:8, 123:21,
124:4, 128:2,
128:10, 128:16,
128:21, 147:16,
148:20, 151:22,
153:18, 154:18,

162:19, 174:10,
174:12, 174:14,
174:19, 174:22,
177:1, 177:5,
177:22, 178:7,
178:13, 180:21
**fraudulent**
80:6, 117:19,
121:25, 166:10,
167:3
**fraudulently**
161:25
**frederick**
5:8
**frequently**
30:13, 40:1,
171:14
**friend**
69:8, 135:14,
135:22, 152:8
**fritz**
12:13
**front**
23:7, 31:20,
169:1
**froze**
133:6
**fse**
124:17, 125:1,
126:8
**ftp**
172:18, 172:22,
173:1, 173:5,
173:10, 174:5
**full**
164:8
**full-time**
18:23
**fully**
35:2, 52:2,
52:4, 117:1
**function**
89:21
**functions**
131:17
**further**
165:8, 176:16,
177:10, 181:6

**future**
45:11, 45:14,
106:24
**fvra**
146:6, 146:7,
157:4
**fvras**
159:13, 171:14
**fvrs**
28:12

---
**G**
---

**gadsden**
8:12
**gainesville**
6:17
**galindo**
5:4
**gather**
157:22
**gathers**
39:3
**gave**
21:8
**gears**
25:16, 30:20,
45:18, 53:12,
108:11, 124:11,
133:25
**general**
1:25, 7:12,
7:15, 9:20,
14:11, 30:19,
53:16, 54:2,
59:19, 60:5,
64:16, 64:17,
79:13, 80:4,
97:5, 98:24,
103:19, 114:5,
122:19, 123:5,
134:3, 134:16,
151:6, 159:22,
161:23, 165:14,
165:17, 166:11,
177:5, 179:22,
181:19
**generally**
53:14, 103:13,

122:22, 133:5,
133:17, 179:8
**gentleman**
162:20
**geraldo**
7:5
**getting**
58:7, 59:21,
63:24, 64:1,
67:18, 70:5,
73:16, 100:7,
122:10, 173:6,
178:15
**gilchrist**
6:3
**give**
12:9, 13:8,
29:9, 30:13,
52:20, 52:24,
55:12, 61:9,
79:16, 90:11,
96:21, 99:4,
99:6, 100:23,
138:16, 152:11
**given**
55:23, 164:13,
169:7, 182:5,
183:5
**gives**
141:14
**giving**
103:20, 125:6
**glades**
7:2
**glance**
39:20
**glare**
122:3
**go**
14:24, 16:3,
20:20, 22:2,
27:1, 50:20,
52:16, 53:20,
54:10, 65:11,
70:13, 90:19,
98:14, 109:6,
114:11, 126:16,
126:20, 133:15,

133:24, 137:7,
166:22, 170:22,
180:16
**goes**
24:22, 77:11,
92:10, 134:6,
163:12
**going**
12:23, 16:6,
16:10, 16:11,
17:8, 17:19,
18:7, 36:3,
36:17, 48:8,
52:14, 52:18,
53:7, 55:13,
56:9, 64:9,
66:8, 67:8,
71:23, 74:8,
75:21, 78:1,
78:25, 86:16,
86:21, 88:7,
90:2, 91:6,
91:23, 94:7,
96:19, 102:16,
103:25, 108:5,
108:9, 109:20,
111:14, 113:22,
114:11, 114:13,
124:11, 126:15,
137:13, 145:1,
147:5, 153:16,
155:18, 155:19,
158:3, 173:7,
175:5, 180:20
**gone**
71:20
**good**
15:16, 34:15,
37:1, 51:20,
52:6, 64:11,
64:17, 80:4,
81:2, 87:17,
108:10, 118:17,
129:8, 137:5,
160:19, 162:2,
165:1, 170:4,
171:8, 171:9,
172:4, 173:20

**gotcha**
110:10
**governing**
149:21
**government**
77:19, 144:3,
144:17
**governor**
56:6, 79:12
**grateful**
127:20
**gray**
8:17
**great**
16:6, 37:2,
37:5, 51:5,
69:10, 169:9,
169:10
**greatly**
136:22
**ground**
14:24, 157:8,
157:19, 157:20,
158:16, 158:23,
159:3, 159:6,
159:22, 160:16,
172:18, 172:21,
173:7, 173:10,
173:21, 174:5
**ground's**
158:6, 159:5,
159:16
**grounds**
157:4, 159:13
**group**
4:4, 20:20,
36:15, 81:10,
81:13, 122:24,
125:14, 126:3,
133:1, 133:14,
146:5, 152:14,
152:15, 152:17,
152:22, 152:24,
163:10
**grouped**
114:6
**groups**
22:2, 126:2,

176:18, 177:7
**guarantee**
36:7
**guardian**
110:19, 111:4,
111:9, 111:15,
111:22, 111:24
**guess**
19:2, 20:18,
23:4, 33:8,
33:20, 37:25,
47:18, 56:19,
60:11, 60:17,
61:1, 61:22,
62:6, 65:2,
65:25, 83:2,
86:14, 87:1,
91:14, 93:4,
100:1, 100:14,
106:21, 112:19,
125:19, 127:7,
133:23, 134:10,
144:6, 153:6,
156:15, 160:15,
160:16, 166:1,
166:3, 171:2,
173:13, 174:11,
174:15, 178:25
**guide**
114:12
**gulf**
8:12
**gut**
152:12
**guy**
87:16, 87:17
**guzzo**
10:12

---
**H**
---

**hamilton**
8:12
**hand**
140:2, 183:14
**handful**
177:17
**handle**
49:10, 131:10,

131:24
**handled**
74:4
**handles**
41:16, 73:19,
86:4
**handling**
26:24, 73:24,
82:20, 83:4,
85:9, 85:18,
85:25, 90:10,
91:12, 91:21,
92:21, 92:24,
93:12, 94:12,
95:12, 118:23,
160:11
**hands**
28:4, 28:7,
62:16
**hang**
91:3
**happen**
43:22, 43:24,
44:10, 44:24,
47:6, 47:24,
106:23, 142:5,
143:6
**happened**
44:14, 58:1
**happening**
61:17
**happens**
22:23, 22:24,
27:19, 27:22,
28:2, 31:18,
31:25, 32:4,
33:5, 42:23,
42:25, 43:2,
48:10, 48:11,
64:15, 68:13,
142:15, 155:16
**happily**
137:7
**hard**
14:20, 50:16,
93:2, 95:15
**hardee**
7:2

**harder**
60:21, 60:23,
63:17, 63:22,
63:25, 64:5,
68:14
**hate**
156:21
**head**
26:1, 35:20,
55:7, 62:5,
145:11, 145:17,
156:4, 173:8
**heads**
133:15
**hear**
12:10, 17:10,
32:3, 42:20,
71:17, 139:18,
144:19
**heard**
12:19, 13:5,
73:21, 85:11,
85:13, 85:17,
85:20, 135:8,
140:5, 144:24
**hearing**
101:17
**help**
18:21, 55:6,
71:19, 78:14,
86:11, 103:9,
152:3, 164:1,
174:18
**helped**
55:9, 120:5,
120:25, 121:6,
178:19
**helpful**
23:10, 53:25,
61:8, 69:20,
77:20, 79:24,
107:1, 140:2,
164:14, 175:1
**helping**
51:14, 73:12,
73:13, 95:9
**helps**
60:5

**henderson**
7:6
**hendry**
7:2
**here**
12:12, 12:13,
14:2, 14:4,
14:14, 16:8,
19:11, 28:8,
31:5, 36:17,
36:20, 36:25,
38:12, 38:15,
39:12, 39:15,
45:18, 53:6,
53:8, 56:12,
56:19, 64:10,
69:1, 74:13,
74:15, 75:3,
75:7, 78:2,
79:2, 79:9,
79:16, 79:19,
80:25, 87:1,
87:15, 88:3,
88:6, 88:17,
89:18, 90:6,
91:12, 92:17,
94:13, 97:23,
99:7, 102:17,
104:1, 104:18,
105:2, 105:7,
105:14, 105:19,
108:12, 110:6,
110:22, 110:25,
113:14, 113:23,
114:13, 114:15,
122:11, 127:17,
127:19, 127:25,
134:13, 145:19,
153:11, 157:23,
171:6, 171:23,
181:8
**hereby**
182:2, 183:3
**hereunto**
183:14
**herron**
5:15, 14:10,
14:13, 53:5,

65:8, 79:5,
102:12, 108:9,
152:5, 181:9
**herron's**
138:19, 139:4,
139:12
**hew**
53:11
**high**
148:12, 169:6,
171:20, 172:1
**higher**
90:13, 122:21,
122:23, 123:4
**highlands**
6:3
**highlighted**
172:21
**highway**
4:22, 77:8
**hills**
10:2, 10:5
**hire**
26:14, 26:17,
26:19, 152:15,
179:4, 180:10
**hired**
19:5, 87:9,
179:10
**hiring**
134:1, 134:4,
134:18, 135:2,
135:24, 136:6,
136:14
**hispanic**
2:4, 5:2,
129:10, 130:6,
176:23, 181:23
**history**
18:8
**hit**
92:12
**holding**
23:10, 60:15
**hole**
50:9
**holly**
145:14, 145:16

holmes
7:2
holtzman
9:12, 181:17
honest
169:22, 169:25,
172:6
hope
61:16, 62:13,
118:3, 176:15
hopefully
37:2
hour
108:6
hours
149:16
house
88:8
house's
88:11
housed
28:16, 40:17
however
154:13, 161:12
hr
179:19
huge
59:20, 126:12
human
47:7, 47:14,
171:3
hundreds
52:23, 114:23,
118:4, 120:7,
120:15, 120:24,
121:2, 121:5
hurdle
148:12
hurts
80:8
hypotheticals
180:17

**I**

i-9
135:5, 135:7
id
37:22, 61:2,

97:9, 116:11,
138:2, 154:24,
155:10, 160:2
idea
60:15, 180:23
ideas
125:16
identification
16:16, 36:22,
55:17, 74:12,
78:5, 86:20,
92:2, 102:20,
103:15, 104:5
identified
124:3, 169:21
identify
31:9, 31:16,
45:19, 45:23,
79:10, 86:24,
87:11, 118:11,
119:5, 163:8,
163:22, 164:1,
166:9, 166:19,
172:5, 172:12,
173:11, 174:18
identifying
99:24, 175:1
identity
99:3, 99:19,
99:20, 140:11,
178:19
iii
7:5
image
105:17
images
131:8, 132:2,
132:5
imagine
27:15, 88:7,
95:3, 170:18
immediate
45:9, 110:18,
111:9, 111:16,
111:21
immediately
34:2, 40:24,
50:14, 111:3

immigration
88:23
impact
75:9, 75:12,
76:16, 81:6,
89:24, 108:3,
125:15, 125:20
impacted
117:24
impacts
75:1, 75:24,
80:19
implementation
93:2
implemented
51:11, 127:3
implements
73:17, 94:1
important
59:25, 87:25
impossible
124:8
impression
152:13
improved
82:12, 88:5,
88:14
improvement
50:10, 50:12
imputing
39:7
in-depth
147:1
in-person
126:6
inc
1:20
incentive
69:20, 69:24,
70:1
incidence
48:19
incident
124:4
incidents
85:12, 85:17
include
38:19, 39:15,

76:25, 93:10,
93:12, 93:14,
101:5, 103:16,
111:11, 111:13,
111:17, 168:24
included
19:24
includes
120:16
including
79:11, 103:14,
170:13, 177:22
incomplete
41:19, 60:25,
62:9, 62:17,
64:3, 64:23,
98:19, 107:11,
116:10, 142:19,
143:4, 143:13,
143:16
incompleteness
62:13
incompletes
116:17
incorrect
107:8
incorrectly
43:12, 47:4
increase
67:10, 67:15
increased
75:6
increases
66:12, 68:6,
76:2, 81:5
incredibly
167:2
independent
27:13
index
46:2
indicate
41:24
indicated
114:10
individual
13:15, 35:8,
43:24, 47:24,

84:23, 113:10,
145:24, 152:14,
153:3, 163:9,
164:1, 166:25,
178:18, 179:15
**individuals**
12:21, 108:22,
111:11, 111:13,
120:9, 121:24,
122:2, 123:10,
131:24, 136:8,
155:21, 174:13,
174:18, 177:8
**information**
12:15, 23:21,
23:24, 23:25,
24:21, 24:22,
25:2, 26:25,
27:19, 28:3,
28:24, 31:19,
39:3, 60:9,
78:21, 84:9,
87:2, 94:16,
96:25, 97:3,
97:6, 97:11,
98:2, 98:22,
99:4, 99:16,
99:25, 100:7,
100:19, 101:16,
102:1, 102:9,
103:7, 103:12,
103:17, 103:19,
104:23, 106:4,
107:1, 107:9,
107:11, 107:18,
108:2, 119:10,
119:18, 120:10,
120:11, 120:21,
124:5, 127:5,
129:1, 132:13,
137:17, 137:23,
138:4, 138:9,
138:17, 140:7,
140:9, 140:14,
143:4, 143:20,
144:21, 146:6,
146:19, 147:23,
148:8, 148:16,

148:20, 148:25,
149:1, 161:12,
161:14, 161:19
**informed**
43:8, 128:1
**infrequently**
42:4, 63:12
**ingredient**
162:6
**initial**
35:17, 163:18
**initialed**
163:23
**initially**
72:11
**initials**
25:14, 164:9
**initiated**
111:7
**initiative**
167:4
**input**
23:21, 24:4,
63:1
**inputting**
31:19, 46:6
**inspector**
162:16
**installations**
19:9
**instance**
37:16, 61:24,
98:15, 154:20
**instances**
41:17, 46:15,
54:23, 54:25,
64:18, 67:16,
70:20, 82:8,
82:9, 99:18,
99:20, 113:21,
115:20, 116:17,
161:5, 161:10,
161:13, 169:17,
169:23, 177:21
**instead**
17:2, 40:4,
58:24, 139:6
**institutions**
173:24

**instructed**
110:17
**intaking**
39:19
**intelligent**
178:10
**intend**
152:1
**intentionally**
117:19
**interact**
41:5, 42:8
**interacting**
77:18
**interaction**
46:10
**interacts**
41:3
**interest**
79:14, 183:11
**interesting**
147:10
**interests**
60:4
**interface**
23:23, 70:13,
143:21, 144:16,
172:16
**interfaces**
28:12
**interfacing**
61:18, 62:14,
141:24, 142:6
**internal**
171:9, 172:4
**interpose**
53:5
**interpretation**
38:2, 101:15
**interrogatories**
11:16, 11:19,
78:9, 114:12,
119:7
**interrogatory**
79:9
**interrupt**
69:13, 139:17,
146:22

**interview**
14:21, 134:6
**interviews**
14:19
**introduce**
91:23
**introductions**
157:2
**invalid**
61:1
**investigated**
80:11, 117:8
**investigating**
83:13, 83:18,
83:23, 163:2
**investigation**
42:9, 42:10,
117:7, 163:17,
174:23
**investigations**
118:23, 119:4,
123:14
**investigators**
162:5, 164:6
**involve**
42:1, 167:22,
167:24
**involved**
21:10, 21:11,
84:6, 117:20,
125:1, 163:10,
167:23
**irregularities**
158:12
**isolated**
123:20, 123:24,
124:4, 124:9,
177:7
**issue**
38:11, 46:9,
73:23, 74:1,
80:6, 83:4,
89:18, 101:3,
110:22, 122:20,
123:3, 123:11,
128:25, 144:7,
174:8, 174:9
**issues**
33:3, 57:19,

79:14, 82:9,
100:25, 121:13,
121:25, 122:1,
122:7, 123:21,
124:9, 132:7,
132:8, 175:1
**it'd**
147:10
**items**
14:3, 89:18
**iteration**
102:23
**iterations**
18:25
**itself**
90:3, 109:19

### J

**jackson**
8:12
**jacksonville**
8:20
**jaja**
155:25, 157:3,
157:14, 157:21,
159:13
**january**
18:14, 18:15
**jared**
9:3
**jefferson**
6:4, 6:8,
71:21, 72:3,
72:8
**job**
2:23, 45:23,
51:7, 52:6,
60:20, 60:23,
63:17, 63:22,
63:25, 64:4,
70:4, 107:4,
131:9, 171:4,
174:7, 175:2
**jog**
163:14
**john**
9:11, 181:16
**johns**
8:13

**jones**
4:20, 4:21
**judge**
15:20
**juggling**
51:4
**june**
19:10, 124:21,
124:22, 183:18
**justice**
5:5

### K

**kahn**
9:3
**karen**
145:8, 145:20,
145:23
**keep**
14:20, 22:14,
91:5, 98:17,
102:8, 108:9,
140:16
**kennedy**
10:6
**kind**
24:11, 33:23,
40:25, 49:6,
49:15, 52:18,
53:7, 58:9,
63:24, 64:7,
70:6, 81:1,
119:5, 125:22,
131:20, 138:2,
144:24, 170:20,
171:25, 174:6,
175:8
**kinds**
47:15, 119:3,
124:25, 169:14
**king**
5:9
**knew**
50:23, 66:14
**knock**
170:14
**knowledge**
26:16, 26:23,

29:11, 29:13,
43:18, 83:7,
84:11, 85:8,
87:8, 114:21,
119:11, 119:19,
120:12, 136:2,
136:14, 154:16,
176:1, 176:10
**known**
84:22
**knows**
62:4, 87:3

### L

**lack**
60:21, 60:22
**lafayette**
8:12
**lake**
4:23
**language**
29:12, 67:5,
69:2, 85:21,
88:4, 90:3,
92:20, 96:17,
101:21, 105:1,
105:6, 105:24,
109:19, 111:2
**large**
41:20, 65:17,
151:3
**largely**
126:9, 150:15
**last**
14:19, 17:9,
32:3, 46:25,
50:3, 80:5,
88:17, 111:12,
124:21, 136:13,
157:12, 158:7,
163:19
**late**
17:9, 19:1,
19:4, 21:16,
22:10, 22:20,
30:22, 30:24,
31:9, 31:16,
32:13, 32:21,

35:9, 36:9,
36:10, 37:16,
45:1, 56:16,
56:22, 57:1,
57:23, 58:21,
59:1, 66:12,
66:21, 67:2,
67:17, 67:24,
83:13, 83:15,
101:10, 106:16,
132:10, 132:18,
149:4, 151:18,
151:21, 152:2,
152:23
**lately**
153:11
**lateness**
151:25
**later**
15:20, 60:16,
108:20, 143:10,
158:17, 159:11
**latino**
5:5
**lauderdale**
8:7
**laurine**
87:19
**law**
4:4, 4:21, 7:6,
25:22, 26:4,
26:22, 27:2,
42:18, 46:22,
57:24, 83:1,
87:3, 88:23,
97:14, 134:15,
136:5, 144:14,
180:6
**lawful**
26:9
**laws**
19:21, 20:6,
51:11, 51:15,
69:2, 168:4
**lead**
62:8, 96:6,
169:6, 170:16
**league**
1:18, 4:10,

177:12, 177:16,
181:21
**learned**
77:17, 155:16
**learning**
118:25
**leased**
180:5
**least**
27:15, 46:3,
68:19, 146:23,
154:19, 160:9,
163:21
**leave**
17:7, 60:8,
87:7, 171:11
**ledger**
22:18
**left**
108:7
**legal**
4:13, 25:18,
25:23, 26:24,
102:12, 110:19,
111:3, 111:9,
111:15, 111:22,
111:23, 136:14
**legally**
91:14
**legislation**
125:8, 125:20,
125:23
**legislative**
125:10, 125:13,
126:1, 126:3,
127:6, 127:12
**legislators**
82:2, 89:2,
125:22
**legislature**
75:22, 79:12,
81:19, 81:23,
81:24, 88:10
**leigh**
8:16
**lengthy**
55:22
**leon**
5:14, 15:8,

18:12, 20:5,
20:7, 26:12,
45:22, 45:24,
46:12, 47:10,
48:5, 55:9,
68:21, 74:22,
120:5, 134:11,
176:12
**less**
40:5, 41:11,
49:4, 49:6,
52:25, 53:3,
62:15, 65:18,
70:23, 70:24,
71:3, 71:7,
76:6, 76:16,
76:20, 89:17,
89:25, 140:19,
153:8
**let's**
71:19, 72:1,
74:15, 102:8,
128:9, 137:22,
147:19, 149:4,
164:15, 164:24
**letter**
23:3
**letting**
165:6
**level**
73:9, 79:22,
81:15, 116:15,
116:21, 148:3,
148:5
**levels**
122:21, 123:4
**levy**
7:3
**liberty**
8:13
**license**
25:2, 77:11,
97:8, 97:13,
99:1, 99:12,
99:15, 99:24,
103:14, 115:21,
138:3, 140:10
**life**
76:10, 179:24

**lifeline**
152:5, 152:6
**lifting**
126:5
**likelihood**
76:20
**likely**
40:5, 54:14,
65:3, 65:18,
66:16, 76:7,
81:18, 81:20,
88:12, 88:22,
89:12, 100:13,
111:21, 118:4,
120:8, 128:19,
130:19, 133:14,
157:10, 162:6,
166:5, 174:10,
178:8
**limit**
110:12, 171:6
**limited**
79:11, 97:12,
114:8, 116:13,
119:13, 119:20,
120:21, 123:9,
123:17, 129:11,
175:13
**line**
56:12, 65:16,
66:19, 96:20,
109:20, 109:21,
129:11, 132:11,
136:18
**lines**
41:23, 59:24,
82:24, 90:6,
127:10
**list**
47:17, 49:12,
88:13, 90:25,
97:20, 119:25,
121:24, 126:9
**listed**
47:4, 121:21,
154:14
**little**
18:10, 21:19,

22:16, 22:24,
24:12, 25:16,
30:20, 33:23,
38:13, 41:2,
45:18, 50:11,
53:12, 59:10,
65:3, 66:9,
71:16, 81:10,
92:4, 96:19,
97:16, 106:2,
107:4, 108:5,
108:12, 114:12,
115:7, 119:16,
124:12, 133:25,
139:22, 149:20,
167:20, 168:2,
172:17, 175:2,
175:16, 177:19,
178:3, 179:3,
180:17
**llp**
4:4
**local**
42:15
**log**
22:18, 23:6
**logan**
159:12
**logging**
23:9
**logs**
23:20, 49:25
**long**
18:11, 18:16,
58:14, 88:15,
151:6
**longer**
157:13, 157:20,
176:11
**look**
61:4, 75:5,
78:6, 88:18,
91:1, 97:24,
100:4, 107:23,
113:13, 115:15,
115:18, 122:11,
133:24, 139:9,
156:16, 162:10,

173:6
**looked**
115:16
**looking**
56:12, 66:19,
79:1, 88:2,
90:5, 96:21,
100:2, 114:13,
171:13, 171:14
**looks**
16:19, 16:23,
41:13, 41:17,
64:14, 64:19,
74:16, 74:21,
74:23, 78:7,
88:4, 88:20,
92:5, 92:19,
99:23, 100:13,
102:22, 104:10,
104:18, 115:8,
122:11, 145:8,
145:12, 145:21,
145:23, 151:11,
153:18, 153:25,
155:20, 155:24,
156:17, 157:8,
157:10
**lot**
16:19, 18:24,
40:1, 48:6,
49:5, 49:14,
51:1, 52:4,
58:8, 67:18,
81:9, 81:17,
84:8, 90:23,
92:11, 100:1,
100:15, 105:15,
111:24, 130:22,
144:11, 145:17,
153:8, 154:17,
154:18, 166:7,
180:17
**lots**
105:16, 179:13
**low**
118:3, 121:2,
121:5

**M**

**m-a-r-k**
13:24

**ma'am**
105:3
**machine**
18:23
**machines**
18:21
**made**
15:9, 49:23,
50:15, 81:4,
81:16, 81:25,
82:8, 114:10,
117:23, 139:3,
170:5, 174:6,
174:7
**madison**
6:4
**maf**
1:12, 1:13,
1:14
**mail**
40:5, 65:2,
65:4, 71:12,
72:8, 87:16,
108:13, 108:16,
108:22, 109:1,
109:3, 109:7,
109:10, 109:15,
110:13, 111:4,
112:3, 130:13,
137:22, 137:24,
138:11, 138:21,
139:3, 139:6,
148:14, 166:5,
166:23
**mailed**
50:25
**mailing**
50:22, 142:13
**mails**
23:1
**main**
33:2, 126:13
**mainly**
61:14
**maintain**
23:19
**maintenance**
29:6, 49:6,

49:13, 88:13,
90:25, 126:10
**majority**
19:16, 48:10,
64:21, 68:18,
80:25
**make**
12:9, 12:12,
13:4, 13:20,
15:23, 16:4,
33:1, 36:25,
41:21, 43:10,
46:19, 47:7,
47:14, 49:16,
50:16, 60:20,
60:23, 63:16,
63:21, 64:4,
70:1, 70:2,
70:3, 80:10,
81:12, 90:4,
92:4, 93:4,
93:8, 94:2,
96:1, 96:19,
98:5, 107:4,
115:25, 123:25,
124:8, 129:21,
134:9, 135:11,
138:10, 138:21,
138:25, 139:19,
139:24, 141:3,
141:9, 152:11,
157:2, 157:11,
163:4, 164:17,
169:17, 169:25,
171:4, 171:15,
175:1, 179:23
**makes**
29:4, 60:21,
61:5, 63:25,
97:16, 102:5,
112:20, 114:6,
140:11
**making**
61:15, 70:11,
99:8, 99:9,
107:1, 107:3,
137:13, 141:10,
142:11, 147:2,

169:22, 172:6,
172:8
**man**
144:11, 144:13
**manage**
68:14
**mandated**
134:15
**mandates**
82:18
**manifest**
161:1
**manner**
29:7, 41:20,
117:21
**manpower**
18:21
**many**
14:8, 21:8,
30:11, 43:10,
52:20, 53:20,
54:23, 65:3,
77:13, 79:22,
87:18, 108:25,
112:5, 114:20,
118:1, 120:4,
120:7, 120:9,
166:4, 166:6,
169:23, 170:10,
170:11, 174:1
**mari**
6:5
**marie**
10:12
**mark**
2:16, 3:1,
5:15, 11:2,
12:2, 13:24,
16:10, 36:18,
55:14, 74:9,
78:3, 86:17,
87:16, 91:24,
102:18, 104:2,
182:2
**marked**
16:15, 36:21,
55:16, 74:11,
78:4, 86:19,

92:1, 92:14,
102:19, 104:4
**markedly**
88:5, 88:14
**marks**
8:17
**maryland**
3:10, 183:22
**massachusetts**
4:6
**match**
46:18, 61:2,
116:11, 166:19
**matter**
12:22, 179:22
**matters**
33:15
**matthew**
9:4
**maybe**
12:16, 33:22,
38:1, 43:14,
53:3, 59:21,
74:17, 75:18,
81:20, 82:3,
97:15, 105:13,
117:24, 119:15,
122:21, 126:6,
126:24, 134:10,
140:2, 144:7,
153:11, 166:4,
173:5, 173:13,
175:23, 180:16
**mean**
13:18, 20:11,
24:16, 25:1,
26:1, 30:21,
30:23, 31:6,
32:16, 33:18,
34:23, 35:4,
40:19, 43:11,
43:13, 50:19,
52:4, 62:1,
65:21, 68:1,
69:23, 71:3,
71:6, 73:13,
74:16, 76:5,
77:3, 80:13,

81:7, 91:17,
94:18, 97:23,
105:8, 107:11,
112:15, 116:23,
117:16, 133:8,
151:8, 155:12,
166:1, 172:9,
173:18, 174:25,
175:18
**meaning**
127:3
**means**
46:7, 59:15,
75:11, 75:14,
85:12, 97:3,
103:12, 105:16,
142:12, 170:25
**meant**
68:22, 130:25
**measure**
173:25
**meet**
136:7, 136:15
**meeting**
136:21
**meetings**
126:6
**member**
14:2, 31:5,
31:18, 31:24,
110:18, 111:3,
127:25
**members**
55:4, 105:21,
122:3, 131:13,
133:13, 158:5,
159:20, 162:9
**memory**
113:15, 163:14
**mention**
163:17
**mentioned**
65:7, 65:17,
82:10, 114:15,
163:3, 163:7
**messages**
104:15
**messer**
5:16

**messing**
128:4
**methods**
76:22
**miami**
10:16
**miami-dade**
10:11, 10:13
**middle**
86:22
**might**
12:11, 15:18,
26:2, 31:3,
32:8, 37:22,
40:25, 41:1,
47:6, 47:17,
54:13, 54:16,
54:21, 55:1,
58:6, 60:7,
60:9, 60:17,
61:12, 62:4,
62:8, 63:16,
63:21, 65:17,
70:8, 70:15,
70:18, 71:19,
81:25, 86:13,
89:24, 92:24,
97:20, 97:21,
97:23, 102:7,
102:23, 110:24,
111:21, 116:23,
118:2, 125:20,
126:11, 127:8,
127:16, 129:7,
139:10, 142:5,
144:7, 147:14,
148:11, 153:2,
153:4, 158:10,
159:25, 163:8,
163:10, 164:5,
165:9, 169:6,
169:11, 175:1,
176:18, 177:21,
179:19
**mind**
76:17, 111:21,
146:22, 164:18
**minimal**
75:10, 75:12

**minimally**
18:3
**minute**
49:9, 164:16
**minutes**
129:12
**miranda**
5:4
**misconduct**
175:9
**missing**
63:1, 107:8,
107:11, 107:18,
132:12, 143:20
**misstatement**
121:4
**mistakes**
41:21, 47:7,
47:15, 70:3,
81:12, 106:23,
115:25, 123:25,
169:18, 169:22,
169:25, 170:5,
171:4, 171:10,
172:6, 172:7,
172:9, 174:1
**misuse**
120:20
**moment**
79:16, 90:11,
96:22
**moneisha**
155:25, 157:21
**money**
76:13
**monitor**
22:9, 158:11
**monitoring**
39:7, 60:13,
132:15
**monroe**
7:8, 9:14
**months**
19:15
**moody**
1:23, 7:13,
165:14, 165:18
**moore**
87:17, 145:13,

145:15, 155:21,
158:4
**more**
18:17, 20:1,
20:23, 21:5,
22:24, 24:13,
34:5, 35:2,
38:11, 41:2,
41:11, 44:1,
49:6, 54:23,
55:2, 56:23,
57:2, 58:4,
59:5, 59:16,
61:4, 62:9,
64:9, 65:3,
66:24, 69:25,
70:16, 75:19,
76:6, 77:17,
81:23, 91:15,
98:4, 116:6,
116:7, 118:18,
126:2, 128:4,
129:18, 139:10,
139:22, 144:4,
144:16, 153:8,
153:11, 171:24,
174:22, 180:17
**morning**
129:8
**mosca**
11:20, 86:25,
87:4, 88:4,
88:20, 93:16,
93:17, 93:20,
94:4, 104:12,
105:1
**most**
14:17, 24:7,
49:1, 51:2,
61:16, 64:10,
70:12, 77:7,
77:9, 89:21,
97:15, 101:22,
122:9, 132:1
**mostly**
14:4, 36:24,
49:15, 65:4,
70:22, 89:16,

132:5
**mother**
115:17
**mother's**
115:18
**motivations**
54:20
**motor**
77:8
**movement**
48:6
**moving**
53:13
**much**
12:6, 13:5,
20:1, 34:5,
39:21, 50:16,
108:7, 116:6,
116:7, 127:15,
129:4, 129:6,
134:24, 140:13,
176:19, 181:4
**muffled**
139:22
**multiple**
14:25, 21:14,
47:8, 47:12,
50:1, 50:5,
50:21, 115:8,
116:2, 130:22,
131:14, 131:16,
154:21, 155:2,
155:6, 175:17,
175:22
**must**
15:20, 82:19,
88:21
**myers**
7:9
**myself**
131:22, 133:24,
170:19

---
**N**
---
**naacp**
1:8, 4:2, 5:7,
12:4, 12:14,
12:24, 13:2,

13:14, 13:18,
167:17
**name**
12:20, 13:22,
116:11, 129:9,
138:1, 153:13,
161:21, 162:1,
164:8, 164:9,
165:16, 177:15,
178:9
**names**
12:16
**nassau**
8:13
**nationality**
88:23
**navigate**
51:14
**navigating**
51:10
**nearly**
96:10
**necessarily**
25:13, 28:7,
50:24, 76:22,
91:13, 95:13,
95:19, 116:23,
122:23, 158:22,
180:9
**necessary**
67:11, 69:16,
69:19, 74:3,
74:6, 138:25
**need**
15:25, 60:9,
70:15, 90:12,
98:5, 137:3,
137:23, 138:1,
138:10, 142:10,
142:14, 162:1
**needed**
146:1
**needs**
91:22
**neighbors**
55:3
**neither**
183:9

**never**
83:3, 84:8,
96:11
**new**
33:2, 44:21,
49:9, 49:15,
51:10, 89:23,
120:17, 143:12,
143:16, 143:17,
146:1, 146:2,
152:16, 152:17,
157:4, 157:21,
159:4, 170:25,
171:4
**next**
17:2, 43:2,
74:18, 75:9,
156:6, 157:1
**night**
17:9
**noah**
7:14, 165:16
**noise**
116:25
**non-citizen**
86:9
**non-quality**
64:3
**non-verifiable**
41:19
**noncitizen**
73:18, 73:24,
167:24
**noncitizens**
25:18, 25:23,
26:5, 26:8,
26:17, 26:23,
74:5, 83:4,
84:5, 84:14,
85:9, 85:18,
135:24, 136:6,
136:15
**noncompliance**
37:11, 38:16,
38:20, 38:24,
39:16, 39:18,
40:6, 40:11,
40:14, 40:22,

41:13, 43:1,
43:9, 116:20,
116:23, 147:16
**noncompliant**
39:10, 42:24,
72:23, 84:6,
84:14, 101:2,
107:16, 169:18
**none**
127:11
**norm**
68:18
**normal**
69:12
**normally**
45:14, 128:5,
136:8, 158:13
**northern**
1:2
**northwest**
4:6, 4:15,
10:15
**notarial**
183:15
**notary**
3:9, 183:21
**notate**
32:7
**note**
75:15, 76:1,
79:2, 80:5,
89:11, 89:15
**noted**
88:20, 132:19,
161:1
**notes**
14:4, 105:1
**nothing**
44:3, 116:20,
176:16, 181:8
**nothing's**
25:15
**notice**
3:9, 11:15,
16:21, 16:25,
17:16, 17:18,
53:7, 151:10,
151:12, 154:16

**noticed**
127:18
**notices**
50:18
**notifies**
32:12
**notify**
42:13
**noting**
132:9
**nowadays**
77:6
**number**
13:14, 14:14,
25:3, 36:14,
37:22, 41:20,
52:24, 55:8,
61:2, 67:16,
67:20, 67:24,
70:20, 73:11,
73:21, 79:9,
97:8, 97:9,
97:12, 97:13,
99:1, 99:2,
99:12, 99:14,
99:15, 103:14,
103:16, 110:12,
114:8, 120:14,
120:19, 123:9,
123:17, 138:2,
147:12, 156:3,
156:23, 157:9,
158:8, 158:10,
158:18, 159:7,
159:14, 172:22,
172:23, 175:14,
175:15
**numbered**
21:7
**numbers**
21:11, 22:1,
55:12, 73:8,
99:24, 100:4,
115:21, 116:11,
121:20, 121:21,
121:23, 160:5,
166:3, 166:4

---
**O**
---
**o'donnell**
4:3, 11:3,

11:7, 12:5,
12:21, 13:11,
53:11, 65:10,
65:14, 79:7,
126:15, 126:23,
129:4, 130:1,
130:4, 137:6,
138:12, 139:2,
139:8, 139:17,
139:21, 139:24,
141:5, 142:2,
144:22, 146:21,
147:4, 147:9,
147:24, 148:9,
149:3, 149:18,
150:1, 150:8,
150:17, 150:23,
151:9, 151:14,
154:25, 155:11,
156:13, 157:24,
158:19, 159:8,
160:12, 160:24,
161:16, 162:4,
164:4, 164:10,
164:17, 164:20,
165:1, 165:8,
165:25, 167:6,
167:14, 167:18,
181:14
**object**
15:18, 139:8,
139:25, 141:5,
142:2, 144:22,
146:21, 148:9,
149:3, 149:18,
150:8, 150:17,
150:23, 154:25,
155:11, 156:13,
157:24, 158:19,
159:8, 160:12,
160:24, 161:16,
164:4, 164:10,
165:25, 167:6
**objected**
139:18, 150:2
**objection**
53:6, 138:12,
139:2, 147:24,

151:9, 151:14,
162:4
**objections**
15:19
**obligations**
153:10
**observation**
89:1, 89:4
**observations**
88:18
**observed**
165:20, 165:21
**obtained**
119:10, 119:18,
120:12
**obvious**
68:2, 91:13,
139:15
**obviously**
35:1, 146:10,
163:16
**occasion**
52:18
**occasional**
126:7
**occasionally**
48:11, 115:24,
125:25, 128:15,
134:12
**occur**
124:9
**occurred**
43:17, 85:18,
150:24
**occurrence**
177:1
**oecs**
42:1, 42:3,
42:7, 42:11,
42:13, 113:7
**officer**
87:2, 183:2
**offices**
23:18, 25:17,
25:19, 25:25,
26:5, 26:9
**official**
1:13, 1:24,

2:9, 87:2, 146:5
**offs**
163:3
**often**
42:2, 52:8,
52:12, 68:10,
93:1
**oftentimes**
144:15, 176:7
**oh**
33:17
**okay**
13:7, 14:22,
16:6, 16:18,
18:7, 23:8,
37:2, 37:5,
38:12, 49:14,
55:18, 55:21,
56:7, 56:13,
57:5, 66:8,
67:8, 72:12,
72:18, 75:20,
78:24, 82:14,
88:2, 88:19,
90:16, 90:22,
91:5, 92:9,
92:16, 96:21,
96:24, 98:15,
103:4, 105:4,
107:20, 109:18,
109:25, 110:1,
110:2, 110:10,
127:15, 128:7,
128:20, 130:14,
131:14, 131:23,
132:3, 132:6,
134:15, 135:2,
135:9, 136:13,
136:18, 138:8,
140:15, 140:16,
140:20, 145:1,
145:6, 145:21,
146:17, 148:6,
148:23, 149:4,
150:12, 151:5,
151:16, 152:4,
153:12, 154:11,
155:8, 155:18,

156:11, 157:1,
158:1, 161:18,
162:7, 164:7,
164:15, 167:19,
168:9, 168:18,
178:22, 179:2,
180:3, 180:11,
180:20, 181:3,
181:14
**okeechobee**
7:3
**older**
24:11
**olivo**
7:5
**once**
22:3, 27:20,
27:22, 28:3,
28:16, 32:12,
41:16, 42:25,
94:16, 147:1
**one**
13:1, 13:16,
19:2, 39:9,
47:2, 66:14,
66:15, 69:4,
74:23, 75:25,
87:14, 87:23,
87:24, 87:25,
88:9, 90:19,
92:5, 95:3,
96:5, 104:1,
112:11, 113:9,
115:13, 115:20,
116:8, 121:17,
121:19, 121:20,
121:21, 126:24,
129:11, 130:22,
131:14, 145:18,
147:12, 147:15,
149:13, 154:20,
155:18, 160:14,
166:15, 174:16,
175:7, 175:11,
175:24, 176:22
**ones**
112:17, 147:12,
153:8

**ongoing**
19:17
**online**
65:4, 77:8,
77:12, 77:13,
108:25, 109:6,
133:5, 133:7,
133:8
**only**
42:11, 58:6,
63:23, 95:3,
107:22, 110:5,
110:16, 111:2,
111:7, 113:12,
113:18, 128:20,
128:24, 132:1,
144:23, 167:22
**open**
23:23
**opening**
148:24
**opens**
99:3, 141:13
**operate**
173:22
**operated**
154:12
**operates**
27:16
**operating**
114:21, 160:1,
172:23, 175:17,
175:21
**operation**
42:5
**operations**
133:16
**opinion**
79:20, 102:15
**opportunity**
16:24, 17:22
**opposed**
80:14
**options**
112:1, 112:5
**order**
61:8, 70:14,
161:24

**ordering**
181:15, 181:17
**orders**
181:12
**organization**
20:10, 20:17,
29:17, 67:1,
80:15, 80:21,
98:4, 157:14,
174:19
**organizational**
12:22, 13:15
**organizations**
21:3, 155:13,
170:24
**organized**
147:3, 153:9
**original**
140:23, 162:25
**originally**
20:19
**orlando**
5:11, 6:9
**osborn**
87:19
**other**
21:15, 24:8,
24:10, 24:11,
26:10, 38:3,
68:25, 78:7,
85:16, 88:18,
98:1, 99:24,
101:24, 111:20,
111:25, 112:3,
112:4, 113:21,
118:18, 118:20,
125:15, 126:11,
126:13, 128:3,
134:24, 136:10,
137:6, 137:11,
141:14, 153:8,
154:23, 154:24,
155:1, 155:4,
155:21, 162:9,
163:12, 165:23,
167:9, 173:16,
173:19, 176:17,
178:23, 180:18

**others**
14:9, 14:10,
174:4, 174:21
**otherwise**
136:7, 183:11
**ourselves**
35:18, 62:18
**out**
20:20, 21:8,
22:2, 24:11,
36:13, 37:11,
37:15, 37:18,
37:21, 38:6,
38:9, 39:3,
39:17, 40:10,
41:7, 42:3,
42:7, 43:12,
50:18, 52:19,
54:5, 62:18,
63:4, 63:10,
69:25, 70:23,
73:12, 73:15,
77:15, 89:25,
93:23, 94:19,
94:24, 95:5,
99:4, 99:6,
100:23, 103:20,
106:8, 107:25,
108:24, 109:9,
109:22, 112:17,
113:1, 113:16,
113:19, 116:8,
120:24, 121:5,
121:10, 127:8,
127:22, 128:14,
128:15, 128:21,
130:10, 130:15,
131:3, 131:10,
131:17, 131:24,
132:21, 138:17,
141:8, 141:14,
144:8, 156:15,
158:9, 159:15,
159:24, 161:2,
161:4, 161:9,
164:3, 170:13,
173:6, 174:16
**outcome**
117:3, 183:12

**outreach**
51:24, 52:3,
52:7, 52:12,
52:13, 52:16,
52:22, 53:19,
53:22, 62:17,
62:20, 63:9,
76:20, 79:25
**outset**
13:12
**outside**
22:21, 69:12,
78:18, 89:20,
142:6, 143:20
**outstanding**
134:14
**over**
14:24, 20:19,
20:22, 20:23,
22:8, 22:16,
32:14, 41:21,
42:8, 60:25,
64:15, 84:9,
91:1, 93:6,
108:6, 112:7,
119:24, 129:6,
140:3, 140:22,
141:8, 143:14,
147:13, 148:12,
150:5, 166:4,
171:13, 171:15,
175:12, 176:17
**overall**
64:10, 79:20
**overarching**
98:13
**oversees**
87:15
**overwhelming**
81:13
**ovr**
65:4
**own**
27:13, 43:19,
75:4, 79:24,
84:19, 127:9,
164:7
**owned**
27:25, 28:3

**owns**
27:16

## P

**package**
23:16
**packet**
162:19
**page**
11:2, 11:14,
56:9, 78:25,
79:1, 79:16,
86:22, 88:17,
90:5, 109:20,
114:14, 154:1
**pages**
2:24
**paper**
132:4, 132:24
**paragraph**
79:2, 79:15,
79:17, 79:21,
88:3, 145:22,
156:7, 157:1
**part**
17:14, 19:7,
25:6, 32:3,
33:2, 35:15,
40:19, 42:5,
49:11, 51:2,
61:4, 61:5,
89:21, 93:6,
93:16, 94:21,
97:15, 98:12,
100:7, 101:22,
106:6, 111:12,
121:4, 122:9,
125:11, 145:20,
145:22, 163:16,
169:21, 171:6,
174:17
**partially**
32:8
**participate**
30:2, 124:17
**particular**
62:3, 65:16,
77:21, 152:13,

157:3, 174:16
**parties**
20:22, 127:17,
158:9, 183:10
**parts**
49:7, 49:8
**party**
20:9, 20:16,
33:4, 54:18,
66:25, 80:9,
80:14, 98:3,
142:14, 156:8,
156:12, 156:20,
158:11, 159:14,
162:22, 162:23,
163:1, 163:9
**passage**
48:14, 70:25,
124:6
**passed**
115:14, 124:4
**passes**
166:2
**passing**
163:7
**past**
72:4, 124:19
**pattern**
158:25
**patterns**
158:12
**paul**
2:25, 3:9,
12:15, 183:2
**pay**
76:13
**pdfs**
147:3
**penalty**
44:7
**pending**
16:2
**people**
20:20, 41:21,
47:7, 47:14,
52:14, 52:19,
55:4, 55:9,
67:21, 67:22,

70:2, 71:7,
73:16, 76:13,
77:6, 77:15,
80:20, 80:21,
81:12, 82:2,
99:23, 110:12,
111:15, 111:17,
111:20, 111:24,
112:2, 115:24,
120:22, 120:25,
121:6, 124:25,
134:7, 141:21,
144:12, 144:13,
146:4, 154:23,
160:17, 167:23,
169:6, 169:13,
169:17, 169:22,
170:10, 170:11,
170:13, 170:14,
170:25, 171:3,
171:4, 171:20,
172:1, 172:5,
172:8, 173:20,
175:7, 175:14,
175:16, 177:20,
179:4, 179:9,
180:20, 180:24
**perceived**
43:14
**percent**
111:6, 116:5,
116:6, 116:7,
116:9
**perez**
8:3
**perfect**
52:24, 99:7
**perhaps**
165:9
**period**
56:16
**permission**
138:14
**person**
32:16, 33:13,
33:16, 34:8,
39:24, 39:25,
40:1, 40:2,

43:22, 44:10,
44:14, 47:20,
79:11, 82:20,
85:24, 86:3,
88:21, 109:12,
110:19, 111:1,
111:23, 115:13,
116:10, 130:12,
138:11, 142:18,
143:7, 143:9,
143:15, 146:3,
153:20, 154:20,
159:4, 161:21,
161:24, 162:2,
162:21, 163:22,
169:12, 171:19,
172:12, 172:15,
180:13
**person's**
95:24, 115:17,
179:24
**personal**
97:2, 97:11,
103:7, 103:11,
104:23, 164:1
**persons**
155:1, 155:4
**perspective**
67:11, 67:13,
75:23, 123:13
**pertains**
51:5
**petitions**
80:14, 130:20,
130:25, 166:6
**phenomenal**
87:21
**phone**
69:8, 126:6,
135:14, 135:22,
143:14, 152:8,
162:12
**phrase**
154:13
**physical**
94:12, 94:18,
94:23, 95:5,
95:16, 133:2,

133:12
**pick**
159:16
**picked**
159:13
**picking**
157:15, 158:7
**piece**
142:24
**pinellas**
9:2, 9:5
**pl**
7:16
**place**
5:17, 17:2,
21:15, 37:23,
38:6, 150:4,
150:6, 173:24
**places**
87:20
**plain**
105:19
**plaintiff**
121:17
**plaintiffs**
1:10, 1:21,
2:6, 4:2, 4:10,
12:14, 12:22,
12:24, 13:1,
13:2, 13:3,
13:6, 13:14,
13:15, 13:16,
13:17, 13:18,
13:19, 129:10,
177:16, 181:24
**plans**
178:7
**pleasant**
31:4
**please**
13:1, 13:22,
15:4, 15:14,
16:1, 79:6,
81:7, 94:21,
96:22, 164:22
**point**
23:17, 31:8,
34:5, 35:19,

68:25, 69:4,
86:6, 89:17,
129:17, 133:15,
157:4, 160:19,
164:24, 174:25,
181:9
**pointed**
69:25
**policies**
19:21, 26:2,
26:7
**policy**
26:5, 26:17,
26:18, 26:21,
26:22
**poll**
87:19
**polling**
87:20
**polls**
33:6, 35:8,
44:15
**poor**
77:5
**portal**
36:16
**portion**
38:15, 49:13,
75:5, 75:7,
102:4, 110:5
**portions**
49:3
**pose**
58:4, 58:6
**position**
131:14, 136:1
**positions**
131:15, 134:2,
134:5
**possibility**
152:15
**possible**
21:12, 40:9,
47:18, 61:22,
86:13, 116:7,
117:21, 123:16,
127:7, 170:10,
171:18, 174:2,

179:1
**possibly**
43:10, 61:14,
88:15, 95:8,
96:4, 106:17,
106:21, 113:17,
156:14, 164:5,
174:21, 180:9
**post**
7:7, 12:15,
50:25, 114:13
**potential**
53:23, 54:5,
80:22, 144:16,
166:9
**potentially**
99:2, 99:25,
129:1, 131:22,
139:14
**power**
169:9
**preclude**
180:10
**precludes**
88:24
**prefer**
141:12
**premises**
133:2
**preparation**
18:2, 29:15
**prepare**
78:14
**prepared**
16:22, 17:22,
74:19, 75:21
**preparing**
18:4
**prepping**
173:3
**present**
120:6
**president**
124:19, 124:20,
124:24
**president-elect**
124:24
**presumption**
84:25

**pretty**
64:21, 68:2,
73:4, 79:18,
87:3, 87:17,
91:13, 97:5,
101:25, 105:18,
125:17, 127:13,
127:14, 134:8,
134:24, 159:1
**previous**
19:12, 50:7,
50:14, 115:16,
115:19, 166:23,
168:3
**previously**
56:21, 67:5,
72:23, 87:5,
180:24
**primarily**
42:15, 78:19,
78:20
**primary**
33:4, 174:9
**prime**
175:11
**print**
84:8, 139:15,
167:9
**printed**
43:25, 139:16
**prior**
45:3, 48:13,
48:17, 83:7,
118:12, 118:23,
168:12, 168:16
**priorities**
127:7, 127:12
**private**
103:12
**privately**
27:25, 28:3
**probably**
14:23, 32:12,
41:11, 44:17,
44:18, 54:15,
68:14, 88:9,
88:10, 104:10,
119:23, 121:22,

126:18, 127:10,
146:14, 147:12,
152:19, 156:19,
170:19, 171:2,
176:14, 179:23
**problem**
12:18, 32:4,
39:1, 39:20,
39:21, 64:16,
69:15, 74:7,
84:20, 107:23,
113:14, 116:3,
122:11, 132:9,
153:4, 163:24
**problematic**
140:19
**problems**
22:10, 51:1,
60:24, 80:5,
141:13, 153:11,
179:19
**procedures**
50:13
**process**
21:5, 22:9,
23:8, 30:16,
32:7, 32:15,
33:24, 41:15,
44:23, 57:14,
57:16, 59:12,
59:16, 61:20,
63:5, 63:6,
63:13, 69:9,
77:13, 92:11,
100:10, 107:25,
108:21, 108:23,
117:1, 117:22,
119:1, 121:1,
121:7, 131:2,
131:6, 131:10,
132:6, 132:8,
132:13, 135:11,
144:6, 153:7,
172:12, 173:12,
173:13, 174:23
**processed**
58:12
**processes**
49:20, 60:20,

61:12, 63:10,
69:3, 80:18,
107:2, 107:3,
172:5, 173:24
**processing**
22:19, 31:13,
33:9, 41:12,
57:8, 57:19,
58:17, 69:13,
69:14, 131:7,
131:19, 132:11,
161:1, 177:2
**produced**
92:8, 92:14,
104:7
**productions**
145:7
**professional**
118:16
**prohibit**
180:7
**prohibition**
136:14, 179:17
**prompt**
41:7
**prompted**
30:16, 113:19
**proper**
31:23
**properly**
167:7
**proposed**
92:9, 125:19
**prosecute**
161:24
**prosecuted**
117:8
**protocol**
63:11
**provide**
21:23, 40:6,
40:10, 82:19,
98:2, 98:6,
101:24, 114:12,
137:25, 178:9
**provision**
82:24, 90:8,
96:18, 96:22,

97:4, 101:4,
101:14, 102:10,
109:23, 112:1,
126:9, 127:4,
163:25, 167:5
**provisional**
34:12, 35:12,
35:25, 36:4,
36:5, 44:16,
162:25
**provisionally**
33:13, 34:9,
35:10, 35:25,
36:6
**provisions**
82:15, 88:14,
126:12, 127:2,
127:11
**public**
3:10, 87:2,
97:7, 99:5,
103:13, 103:20,
183:1, 183:21
**pull**
96:18, 136:20
**purpose**
101:13
**purposes**
63:11, 106:9,
106:12
**pursuant**
3:9
**purview**
89:20
**put**
16:6, 16:11,
21:15, 23:25,
32:10, 32:13,
62:16, 71:18,
95:5, 134:7,
150:4, 150:6,
164:23
**putnam**
8:13
**puts**
46:5, 72:3
**putting**
23:6, 23:24

---

**Q**

**qa**
61:17, 70:12
**qc**
61:17, 70:12,
172:15
**qualified**
86:14, 134:7
**qualify**
39:10
**quality**
60:1, 60:19,
60:21, 60:22,
61:7, 61:11,
61:17, 61:19,
62:20, 62:23,
64:14, 70:1,
70:7, 70:8,
70:16, 106:11,
107:15, 132:6,
132:13, 141:23,
142:7, 168:18,
168:21, 169:12,
171:9, 171:12,
171:25, 172:4,
172:11, 173:10,
173:25, 174:3,
174:6, 174:11,
174:17, 174:25
**quantity**
130:20
**question**
15:4, 15:13,
15:15, 15:16,
15:21, 16:2,
16:3, 27:24,
28:21, 36:8,
37:14, 61:6,
74:18, 79:4,
79:5, 99:21,
105:4, 105:9,
112:20, 117:16,
126:24, 129:16,
130:9, 136:13,
141:16, 152:4,
167:7, 176:22,
180:11, 180:15

---

**questioning**
65:16, 129:11
**questions**
14:4, 15:19,
95:16, 96:5,
96:8, 96:15,
98:24, 108:7,
109:24, 125:14,
126:19, 127:17,
129:7, 136:19,
137:8, 137:14,
147:5, 163:3,
165:7, 165:12,
167:12, 167:15,
176:18, 177:11,
177:17, 177:18,
181:3
**quick**
126:19
**quickly**
18:22, 147:20,
165:18
**quite**
105:13, 148:11,
152:23, 153:9

---

**R**

**raise**
140:1
**ram**
105:17
**ran**
145:17
**range**
46:9
**rapid**
165:6
**rare**
45:1, 45:6,
46:8, 48:4,
48:5, 48:13,
48:15, 48:21,
58:1, 63:2,
64:19, 64:21,
67:16, 68:16,
68:17, 114:4,
114:5, 151:17
**rarely**
57:22

---

**rather**
107:20, 129:25,
143:6, 156:15
**reach**
39:17, 40:9,
41:7, 42:7,
53:22, 53:23,
54:5, 54:6,
54:8, 54:12,
54:13, 54:22,
62:17, 63:4,
63:10, 71:8,
80:3, 128:14,
159:15
**reached**
42:2, 128:21,
161:2
**reaching**
71:6, 107:25
**read**
37:4, 38:14,
73:22, 93:3,
93:6, 93:7,
96:22, 102:5,
105:3, 145:22,
154:8, 154:9,
155:24, 157:6,
181:10, 181:12,
182:3
**reading**
110:11, 183:8
**reads**
75:5, 103:11
**ready**
91:7
**real**
31:4, 62:21,
76:10, 116:9,
118:6, 178:9
**reality**
149:16
**really**
17:11, 24:11,
25:12, 25:21,
31:22, 43:3,
50:16, 59:9,
59:11, 59:23,
62:25, 65:22,

66:7, 81:21,
82:6, 86:7,
92:6, 95:12,
95:14, 97:6,
100:16, 102:13,
105:2, 105:6,
117:15, 128:6,
142:6, 144:24,
145:4, 145:23,
149:17, 154:7,
166:5, 173:7,
176:7, 178:14
**reason**
28:19, 28:22,
39:18, 48:9,
63:25, 98:1,
101:24
**reasons**
24:12, 38:20,
39:15, 77:13,
140:12, 168:21
**recall**
53:4, 122:17,
178:3, 179:6
**receipt**
34:20, 163:25,
178:2, 178:9,
178:15
**receive**
22:15, 31:11,
31:25, 32:5,
33:19, 33:21,
35:1, 39:6,
57:13, 58:21,
64:23, 65:2,
65:19, 67:1,
71:13, 72:11,
72:20, 78:8,
112:16, 112:17,
112:18, 128:2,
132:25, 142:23
**received**
16:9, 22:22,
31:10, 31:12,
33:6, 34:6,
44:13, 44:20,
45:7, 57:7,
57:22, 58:14,

59:16, 64:3,
66:22, 70:9,
71:21, 85:9,
112:11, 112:13,
113:9, 113:24,
114:25, 115:11,
115:14, 116:4,
117:18, 117:19,
118:4, 119:8,
119:19, 127:24,
128:7, 128:13,
128:21, 130:10,
145:7
**receiver**
22:13
**receives**
42:25, 68:21,
130:16
**receiving**
22:3, 23:5,
23:9, 57:5,
57:17, 58:3,
59:5, 62:8,
65:17, 107:5,
151:2
**recent**
14:17, 50:1
**recently**
78:12
**recognize**
16:18, 74:14,
74:15, 104:6,
169:3
**recommend**
86:10, 163:20
**recommended**
172:15
**record**
12:13, 12:17,
13:9, 13:23,
15:6, 22:17,
23:2, 25:6,
39:5, 65:11,
65:12, 68:23,
126:16, 126:20,
126:21, 139:20,
143:1, 143:12,
164:18, 165:3,

166:12, 166:14,
166:22, 181:25,
183:5
**recorded**
25:5, 25:8,
168:4, 168:13
**records**
41:18, 97:8,
99:5, 103:21,
147:15, 161:8
**recreate**
167:1
**rectified**
51:2
**redact**
99:9, 100:18,
104:23, 141:4
**redacted**
24:22, 24:24,
25:13, 25:15,
99:11, 99:14,
101:16, 101:18,
141:19
**redactions**
140:17
**reduced**
183:7
**reenter**
179:15
**refer**
12:23, 13:3,
13:13, 13:19,
20:9, 31:23
**reference**
12:23, 76:1
**referenced**
118:8, 147:11,
156:6
**references**
180:2
**referencing**
88:6, 105:5,
105:6, 128:19
**referring**
37:8, 88:12
**regard**
93:22
**regarding**
49:3, 79:14

**regardless**
138:14
**regards**
79:23, 162:18
**regime**
168:4
**register**
20:21, 20:25,
31:15, 33:12,
44:3, 44:6,
44:12, 54:17,
55:6, 55:9,
59:3, 67:21,
67:22, 98:3,
120:5, 152:25,
170:9, 170:14,
178:20
**registered**
26:14, 26:19,
32:18, 33:3,
45:9, 45:11,
47:21, 52:21,
71:4, 73:16,
84:25, 85:3,
85:6, 115:6,
115:10, 134:9,
134:11, 155:9,
155:14, 160:22,
161:14, 161:20,
169:13
**registering**
144:2, 169:7,
171:20, 171:25
**registrations**
124:1
**regular**
170:25, 172:6,
172:9
**regulations**
29:20, 29:23
**related**
21:22, 85:14,
117:4, 183:9
**relates**
131:19
**relation**
99:5
**relatively**
57:25

**relayed**
89:2, 89:5
**relevant**
124:5
**remember**
14:18, 26:18,
35:20, 66:15,
69:3, 75:19,
81:17, 81:21,
81:24, 82:4,
82:23, 87:23,
88:9, 89:7,
89:11, 89:14,
101:17, 110:15,
113:22, 117:10,
121:15, 122:16,
146:15, 147:13,
150:9, 150:10,
154:9, 156:4,
161:11, 173:2
**remembering**
149:24
**reminded**
127:25
**renata**
4:3, 12:20
**reopened**
117:11
**repeat**
28:21, 63:19
**report**
36:10, 39:11,
176:2
**reported**
2:25, 106:15,
106:19, 165:22
**reporter**
12:18, 15:3,
16:10, 36:18,
55:14, 74:9,
78:2, 86:17,
91:24, 102:17,
104:2, 140:2,
145:2
**reporter-notary**
183:1
**reporting**
145:25

**reports**
85:9
**represent**
12:21, 13:1,
13:3, 13:17,
13:19, 92:7,
103:2, 104:7,
116:9, 165:17,
177:15
**representative**
2:17, 15:8,
15:10
**representatives**
155:25, 156:17,
157:21
**representing**
13:5, 13:13
**request**
103:21, 108:12,
108:15, 108:22,
109:1, 109:6,
109:10, 109:13,
110:13, 111:4,
137:24, 138:10,
138:21, 138:25,
139:4, 164:17
**requested**
183:8
**requesting**
109:15, 112:2,
112:3, 148:14,
156:22
**requests**
50:19, 93:22,
97:8, 99:5, 99:6
**require**
46:23, 70:8
**required**
134:22, 142:24
**requirement**
82:17, 85:22,
134:25, 178:3
**requirements**
34:21, 34:24,
134:20
**requires**
69:9, 143:16,
146:6

**residence**
45:21, 50:23
**residency**
142:12
**resident's**
46:17
**residents**
50:22
**resides**
28:8, 66:24
**resolved**
122:24
**resources**
49:18, 49:21,
51:21, 52:2,
54:10, 59:15,
69:10
**respect**
35:3, 35:22,
63:23, 64:1
**respects**
61:14
**responded**
82:5, 176:5
**responding**
78:18
**response**
21:20
**responses**
78:14, 78:22,
123:8
**responsibilities**
20:4, 21:21,
152:17
**responsibility**
51:5, 169:10
**responsible**
161:25
**responsive**
122:14, 122:17
**restricted**
108:18
**restrictions**
26:3, 134:17
**restricts**
135:23, 136:6
**result**
75:16, 76:10

**resumed**
19:12
**retain**
101:12, 104:22,
105:23
**retained**
97:3, 101:8,
108:1
**retaining**
98:16, 99:16,
100:21, 100:24,
102:1, 106:4,
140:6, 140:8
**retention**
97:1, 98:22,
105:16, 127:5,
133:16
**return**
69:4
**returned**
66:12, 68:7
**returning**
23:11, 62:8,
68:11
**review**
17:21, 18:1,
29:14, 35:3,
35:17, 35:18,
38:22, 65:1,
79:17, 87:24,
90:11, 91:8,
91:9, 108:18,
109:23, 125:23,
131:3, 151:15,
154:8
**reviewed**
17:3, 35:16,
78:12, 78:13,
89:16, 90:24
**reviewing**
60:16, 90:7,
125:8
**reviews**
43:1, 43:3
**revisit**
165:19
**reward**
102:15

rewind
128:9
reynolds
8:3
rfas
18:3
rid
172:10, 172:13, 173:6
ring
118:19, 146:11, 156:9
ringing
75:22
rings
146:15, 153:14
rises
116:20
risk
46:24, 102:14
riverplace
8:18
robert
6:13
role
17:7, 18:24, 19:3, 19:12, 20:3, 20:23, 125:7, 125:18
roles
19:20
roll
12:11
rolled
150:20
roper
6:7
rosa
8:13
rosenbloom
8:16
roughly
23:4
royal
153:12, 153:23, 154:9, 154:19, 155:5, 157:13, 157:18, 159:1,

175:5, 175:7, 176:2, 176:10, 177:22
ruiz
5:3, 11:4, 11:8, 129:8, 129:9, 129:21, 130:3, 130:8, 165:9, 176:22, 176:25, 177:10, 181:23
rule
11:21, 64:22, 92:9, 92:10, 94:2, 94:4, 95:11, 102:22, 103:3, 104:11, 104:19, 105:24, 106:1, 149:21, 149:25
rulemaking
92:11, 94:7, 94:11, 103:23
rules
14:24, 15:1, 15:2, 92:5, 92:12, 93:1, 173:22
run
29:25, 30:11, 107:8

S

s-a-c
87:24
sac
87:23, 87:24, 87:25, 88:8
safe
102:8
safety
77:8
said
12:20, 13:12, 21:4, 48:21, 54:4, 80:2, 89:22, 101:17, 107:15, 113:13,

115:5, 126:5, 128:13, 130:25, 132:17, 142:3, 146:3, 155:3, 168:23, 171:3, 179:8, 183:6
sake
15:3
same
18:5, 50:23, 100:22, 102:22, 131:17, 138:4, 152:1, 154:20, 175:23, 180:15, 181:21, 181:23, 182:4
santa
8:13
sara
4:20, 4:21
saved
25:3
saw
39:1, 41:9, 89:11, 89:14, 107:23, 113:2
saying
44:5, 79:19, 95:25, 100:9, 100:15, 105:12, 105:14, 120:10, 122:3, 163:16, 173:6, 173:19, 175:19, 180:10
says
39:15, 56:8, 66:20, 74:22, 75:9, 75:15, 87:23, 88:4, 93:20, 93:25, 94:4, 98:1, 105:6, 110:25, 153:20, 157:1, 157:12, 162:12, 162:16
sb
11:17, 45:3, 48:14, 48:25,

49:9, 56:15, 58:20, 66:10, 66:11, 68:6, 70:19, 70:25, 73:6, 73:17, 74:25, 79:14, 82:8, 82:18, 84:3, 85:22, 96:18, 108:11, 108:16, 108:19, 109:19, 110:12, 118:13, 118:23, 119:2, 124:6, 124:8, 126:10, 127:3, 149:7, 149:12, 149:15, 149:21, 150:14, 150:21, 168:12, 178:3, 178:8
scan
25:9, 131:7, 131:8, 139:14
scenario
153:10
schedule
150:13
scott
6:6
screen
16:7, 16:12, 16:14, 17:25, 25:11, 36:19, 36:23, 55:18, 66:17, 67:9, 74:13, 76:15, 90:4, 103:25, 114:14, 145:2, 153:16, 162:7
screens
75:5
scroll
55:24, 56:9, 75:3, 75:18, 90:12, 90:13, 90:18, 90:21, 91:2, 91:5, 92:13, 96:23, 98:8, 110:1,

110:7, 153:25,
158:3
**scrolling**
38:12, 79:15,
87:22, 88:17,
92:17, 92:19,
102:24, 103:5,
104:18
**se**
6:15, 126:1
**seal**
133:18, 183:15
**sealed**
133:17, 133:18
**second**
12:9, 13:8,
88:3, 154:1
**secretary**
1:14, 2:10,
9:10, 79:13,
89:5, 124:23,
137:1, 137:10
**secretary's**
40:18, 40:20
**section**
11:22, 39:3,
90:24, 97:23,
101:9, 101:21,
101:25, 102:4,
102:24, 103:6,
110:25
**sections**
110:22
**secure**
28:9, 28:11,
29:5, 36:16,
133:19
**security**
40:23, 41:4,
41:8, 97:9,
97:12, 99:1,
99:12, 99:13,
99:14, 103:15,
138:3, 162:17
**see**
12:17, 16:13,
16:14, 16:17,
16:24, 22:19,

36:23, 39:19,
40:25, 41:12,
41:17, 41:22,
46:18, 54:25,
55:18, 55:19,
55:25, 56:19,
59:13, 59:24,
66:20, 70:18,
74:15, 74:22,
75:7, 75:17,
76:11, 79:4,
79:5, 86:13,
87:23, 90:13,
94:13, 95:25,
101:22, 103:18,
106:25, 109:22,
110:7, 113:14,
115:24, 115:25,
126:18, 128:5,
131:20, 141:10,
142:4, 145:6,
145:23, 146:8,
151:24, 152:1,
153:17, 153:21,
157:17, 159:18,
164:13, 164:23,
166:1, 178:14
**seeing**
61:3, 70:24
**seem**
116:9, 116:18,
117:2, 123:8,
146:4
**seemed**
122:18, 122:22,
122:24, 123:5,
175:15, 177:24
**seeming**
160:1
**seems**
33:22, 65:23,
68:2, 68:9,
79:19, 87:25,
91:13, 92:6,
110:24, 113:15,
125:17, 157:18,
158:15, 159:19,
174:12, 177:6,

177:8
**seen**
16:20, 18:3,
37:8, 76:3,
76:10, 80:8,
88:16, 99:23,
100:3, 152:19,
166:3, 166:8,
177:6
**select**
175:14, 175:15
**self-contained**
143:18
**senate**
50:14, 56:5,
88:5, 88:8
**send**
40:21, 42:12,
50:21, 95:6,
112:19, 113:6,
113:8, 143:17,
145:3, 147:6,
164:21
**sending**
69:6, 72:13,
142:4, 164:18,
170:13
**senior**
19:7, 87:14,
145:18
**sense**
13:4, 13:20,
15:23, 16:4,
50:16, 61:5,
93:8, 114:7,
164:8
**sent**
40:13, 53:8,
72:2, 139:6,
147:8, 162:16
**sentence**
80:6, 88:3,
157:12, 163:19
**sentiments**
82:5
**september**
18:18, 18:19,
162:10

**serialized**
21:25
**seriously**
80:7
**serve**
179:14
**served**
18:24
**servers**
28:8, 28:16,
133:9
**services**
31:22, 31:24,
87:15, 131:12,
133:13, 133:23,
134:2, 135:25,
136:9, 136:12,
145:11
**serving**
77:20
**session**
173:2
**set**
46:1, 104:15,
123:20, 123:25,
127:19, 149:11,
149:21, 150:13,
150:14, 183:14
**seven**
98:7, 98:9
**several**
12:21, 47:1,
50:4, 87:9,
93:7, 102:6,
116:8, 119:8,
154:12, 154:14,
162:9, 177:20
**sfp**
127:1
**share**
16:7, 36:17,
36:19, 66:17,
74:13, 90:4,
104:1, 114:14,
145:2, 145:4,
153:16, 162:7
**shared**
129:1

sharing
17:25, 67:8,
76:15, 103:25,
146:22, 147:2
sheet
130:18, 130:19,
182:6
shelves
133:16
sheppard
153:12, 153:23,
154:19, 155:5,
157:13, 157:18,
159:1, 175:6,
175:7, 176:10,
177:22
sheppard's
176:2
sheriff
113:8
shift
133:25
shifting
25:16, 30:20,
108:11
shirina
87:14
short
97:1, 165:11
shortened
56:16, 149:7
shortening
62:7, 63:15,
63:18, 63:20,
63:21, 66:6
shorter
65:23
shorthand
183:1
shortly
125:6
should
16:13, 30:7,
51:7, 70:13,
71:20, 88:9,
118:21, 125:4,
131:6, 141:23,
157:14, 160:7,

161:8, 173:22
should've
106:2
shoulder
171:13, 171:15
shouldn't
102:1, 108:7
show
55:13, 74:8,
78:1, 86:16,
102:16, 117:24,
146:14, 155:18
showed
44:15
showing
153:17, 162:8
shows
146:10, 161:6
side
27:20, 27:22,
93:4
signature
25:7, 25:14,
97:10, 97:13,
99:2, 99:15,
100:5, 103:16,
115:8, 115:15,
115:16, 115:18,
115:19, 139:10,
139:12, 140:10,
154:2, 162:24,
163:11, 166:12,
166:14, 166:16,
166:23, 167:1,
167:4, 182:10
signature-mig2k
183:19
signatures
25:11, 41:18,
165:20, 165:21,
165:22, 166:10,
166:19, 167:8
signed
22:20, 22:21,
31:14, 32:11,
44:2, 56:5,
182:7
significant
59:23, 76:2,

80:9
signing
183:8
signs
31:7
similar
80:19, 115:8,
132:11, 163:4,
180:11
simple
169:1
simpler
49:23, 49:24
since
14:25, 18:18,
37:8, 70:25,
88:16, 150:12
sincerely
129:5
single
30:14
sir
37:6
situation
43:17, 178:6
situations
47:16, 177:23
six
14:9, 14:13,
114:18, 114:25,
116:14, 117:4,
118:7, 119:13,
119:20
sixish
14:12
size
59:22
sjostrom
7:14, 11:6,
165:10, 165:11,
165:15, 165:17,
181:8, 181:19
slightly
38:2, 59:22,
100:4, 115:22,
115:23
slip
164:12

slow
69:14
slower
71:16, 119:16
smakula
2:25, 3:9,
183:2
small
49:20, 55:19,
81:9, 120:14,
123:9, 123:20,
123:24, 129:11,
166:3, 166:4,
166:5
smaller
38:13, 133:14
smiling
144:18
smith
9:4
social
97:9, 97:12,
99:1, 99:12,
99:13, 99:14,
103:15, 115:21,
138:3
society
179:15
soe's
38:15
softly
12:9
software
23:16, 27:9,
27:11, 27:14,
29:9, 32:9,
46:11, 46:13
solicited
138:5
solves
74:7
somebody
40:2, 142:25,
181:10
somehow
99:9, 141:11
someone
33:5, 35:24,

41:18, 62:4,
89:9, 94:23,
95:4, 95:8,
95:11, 109:2,
109:12, 113:19,
115:10, 115:14,
122:25, 134:12,
137:23, 145:9,
148:13, 148:14,
148:19, 148:23,
148:24, 152:16,
152:20, 167:8,
171:13, 178:6,
180:3, 180:6,
180:11
**someone's**
138:8, 164:8
**something**
14:13, 41:9,
41:12, 41:23,
44:23, 60:18,
62:4, 62:13,
74:21, 81:11,
82:23, 113:16,
117:18, 128:5,
136:3, 141:14,
142:5, 143:14,
144:4, 144:6,
165:9, 173:14,
177:5
**sometimes**
21:12, 42:14,
46:7, 52:16,
60:7, 93:7,
115:24, 125:12,
130:22, 159:25,
166:22, 169:3
**somewhat**
18:5, 20:19,
29:18, 45:25,
48:5, 48:21,
50:3, 62:25,
68:16, 80:19,
95:17, 96:8,
96:16, 100:1,
130:19, 163:22
**somewhere**
156:15

**sooner**
58:11
**sophia**
10:12
**sorry**
17:10, 24:15,
32:2, 35:4,
36:5, 44:4,
48:8, 63:18,
79:7, 89:8,
91:7, 98:14,
103:1, 112:23,
125:5, 136:20,
139:17, 139:21,
143:24, 146:21,
173:17, 175:18
**sort**
44:7, 117:20,
121:13, 151:10,
151:12, 158:9
**sound**
15:16, 120:22
**sounds**
118:15, 118:22,
163:16, 165:1
**south**
8:5, 9:14, 9:22
**span**
47:11
**speak**
24:8
**speaking**
13:16, 48:5,
127:23
**speaks**
85:23
**specific**
26:4, 54:12
**specifically**
15:22, 26:8,
49:2, 72:25,
75:24, 82:1,
86:15, 119:5,
128:25, 132:4,
136:11
**specifies**
17:18
**specify**
12:25

**specifying**
97:6
**spectrum**
54:20
**speculating**
100:9
**speed**
33:20
**spelled**
156:14
**spend**
90:23
**spends**
71:12
**spent**
72:7, 100:6
**spoke**
86:12
**st**
8:13
**staff**
14:2, 19:8,
23:7, 31:3,
31:4, 31:5,
31:18, 35:17,
41:12, 49:21,
53:21, 63:8,
75:20, 75:25,
78:19, 81:18,
81:20, 82:3,
87:1, 87:14,
105:14, 105:21,
118:16, 118:17,
118:22, 122:3,
127:25, 131:9,
142:16, 144:18,
145:18, 145:20,
162:9, 166:18
**staff's**
63:7
**staffer**
40:16
**stamp**
130:18
**stamping**
23:6
**stand**
141:16, 156:11

**standard**
42:5, 76:21,
92:5
**start**
22:18, 23:23,
31:13, 61:3,
137:4, 155:19,
162:3
**started**
129:20
**starting**
75:18, 170:25
**state**
1:5, 1:15,
2:11, 3:10,
9:21, 13:22,
20:7, 21:1,
25:22, 27:11,
36:11, 42:14,
42:15, 42:16,
44:1, 49:25,
75:13, 79:13,
79:22, 81:4,
81:5, 81:15,
82:25, 83:8,
84:3, 84:12,
86:2, 87:3,
89:5, 106:15,
106:20, 113:7,
117:5, 119:22,
124:13, 137:1,
137:11, 183:22
**stated**
56:21, 76:24,
80:25, 83:3,
101:6, 157:2,
157:13
**statement**
38:16, 38:24,
40:6, 40:10,
41:25
**states**
1:1, 82:22,
136:11
**status**
34:14, 34:18,
83:8, 83:14,
83:20, 83:25,

84:10, 84:23,
85:14, 86:3,
88:25, 89:23
**statute**
34:22, 34:24,
89:22, 90:3,
90:10, 90:12,
92:24, 93:1,
93:2, 94:8,
94:10, 103:22,
103:24, 149:16,
150:3, 150:5,
150:12, 160:8
**statutes**
21:15, 35:19,
49:16
**stenographically**
183:6
**step**
22:24, 160:14
**stephen**
10:4, 14:3,
31:5, 78:19,
78:20, 87:13,
104:16, 129:18,
131:21, 152:3,
152:9, 155:20
**still**
15:20, 18:4,
32:7, 32:15,
32:17, 33:24,
34:9, 40:9,
45:6, 46:9,
47:21, 59:2,
59:12, 59:15,
117:6, 117:13,
125:2, 128:4,
128:22, 159:4,
159:16, 171:16
**stop**
17:25, 67:8,
76:15, 90:21,
103:25
**storage**
133:2
**stored**
132:21, 132:22,
132:24, 133:7,

133:8, 133:12,
133:19, 133:22
**street**
4:15, 6:8,
6:15, 7:8, 9:6,
9:14, 9:22,
10:15, 46:2,
46:9, 46:10
**street's**
46:5
**stretch**
63:24
**stretching**
113:14
**struck**
110:16
**structurally**
40:20
**student**
152:25
**students**
152:22, 152:24
**stuff**
125:1, 153:7
**stumbled**
136:3
**style**
172:15
**sub**
98:9
**subject**
29:19, 29:22,
162:12
**subjective**
68:17, 69:21,
96:3, 179:18
**subleased**
180:5
**subleasing**
180:4
**submission**
21:16, 32:10,
41:14
**submissions**
22:11, 32:14,
158:11, 159:5
**submit**
30:21, 30:23,

36:15, 39:24,
41:16, 42:11,
42:12, 42:16,
42:19, 43:19,
46:23, 60:25,
61:15, 70:20,
160:9, 169:18,
170:1
**submits**
47:19, 71:19,
176:12
**submitted**
24:5, 24:13,
31:1, 33:10,
33:16, 33:17,
34:25, 35:9,
37:19, 40:4,
43:9, 44:1,
44:10, 45:20,
47:25, 56:23,
56:24, 57:2,
58:22, 59:6,
59:7, 59:17,
69:17, 70:11,
83:9, 83:15,
83:20, 83:25,
84:21, 106:16,
106:20, 131:4,
154:17, 165:23
**submitting**
38:25, 44:8,
60:2, 60:10,
71:14, 71:23,
101:10, 101:11,
161:25
**subsequent**
124:22
**subsequently**
176:2
**subset**
138:7
**substance**
48:24
**substantial**
55:11
**success**
162:6
**successful**
163:17

**successfully**
138:21
**suggest**
68:1, 97:19,
126:16
**suggested**
92:18, 93:15,
93:20
**suggesting**
106:1
**suite**
4:5, 4:14, 8:6,
8:19, 9:13,
9:23, 10:14
**summary**
74:25
**sumter**
8:14
**sunday**
158:7
**superseded**
149:25
**supervising**
93:12, 93:13
**supervisor**
7:3, 10:2,
10:5, 12:6,
15:9, 17:5,
17:10, 18:11,
20:3, 20:5,
24:16, 26:23,
44:4, 53:15,
66:23, 67:12,
71:1, 76:18,
77:24, 80:12,
84:4, 84:13,
90:9, 91:10,
95:7, 96:2,
100:11, 103:1,
127:8, 127:16,
129:8, 137:3,
137:8, 140:4,
146:2, 151:1,
152:8, 165:5,
165:16, 167:11,
167:15, 169:16,
172:2, 173:17,
175:18, 176:19,

177:19, 181:7
**supervisor's**
25:17, 94:9
**supervisors**
6:2, 8:10,
23:17, 25:24,
124:13, 126:2
**supplement**
53:19
**support**
19:7, 19:8
**supposed**
163:18
**supremely**
118:15
**sure**
12:10, 12:12,
15:5, 20:14,
23:12, 24:2,
25:1, 27:23,
28:18, 34:4,
37:13, 37:24,
38:23, 39:21,
40:15, 43:11,
43:13, 43:14,
43:21, 46:4,
46:19, 47:5,
49:19, 51:13,
51:16, 54:20,
56:2, 57:11,
57:13, 60:15,
61:15, 62:22,
63:14, 70:2,
70:11, 71:18,
72:17, 72:18,
80:11, 92:10,
92:13, 94:3,
95:20, 98:5,
98:23, 102:11,
102:22, 106:21,
107:1, 107:6,
111:10, 111:14,
113:24, 120:2,
125:24, 125:25,
127:13, 129:21,
134:9, 135:6,
135:11, 135:20,
142:11, 143:14,

147:2, 149:13,
149:14, 152:11,
156:14, 159:25,
160:15, 163:5,
168:23, 171:15,
171:22, 172:3,
174:10, 174:14,
175:4, 176:21,
179:18, 179:22
**suspect**
161:13
**suspicious**
83:23, 83:25,
84:6, 84:15,
112:6, 114:1,
114:10, 114:16,
114:25, 115:3,
117:13, 118:8,
118:12
**suwannee**
8:14
**swain**
6:13
**switch**
124:11
**switching**
45:18, 53:12
**sworn**
12:3, 18:13
**system**
24:5, 28:13,
29:6, 132:16
**systemic**
40:25, 41:19,
61:3, 107:23,
116:18, 117:2,
123:2
**systemically**
41:10, 115:25
**systems**
18:25, 19:6,
19:10, 23:19,
27:14, 27:18,
27:20, 27:22,
27:25, 28:5,
28:7, 28:17,
28:23, 32:9

---
**T**
---

**take**
12:11, 15:25,

31:6, 49:17,
49:21, 50:20,
61:12, 61:20,
61:25, 63:13,
65:8, 66:17,
78:25, 80:7,
91:17, 108:8,
109:18, 125:17,
126:16, 126:19,
129:12, 130:17,
142:21, 147:7,
148:11, 151:6,
151:12, 152:6,
158:23, 164:15
**taken**
93:21, 183:3,
183:6
**takes**
51:20, 72:1,
151:11
**taking**
12:7, 17:2,
17:11, 17:14,
22:23, 95:21,
125:5, 127:20
**talk**
18:7, 64:9,
66:8, 81:22,
82:7, 86:21,
124:12, 137:16,
137:22, 140:3,
147:19, 149:4,
167:19, 168:2,
168:18, 172:17
**talked**
32:6, 65:6,
112:6, 113:24,
119:21, 127:2,
144:23, 145:14,
155:16, 175:9,
177:19, 178:2,
179:2
**talking**
12:25, 49:23,
53:9, 53:13,
63:6, 80:22,
112:21, 113:4,
128:1, 128:2,

128:10, 132:4,
140:9, 142:10,
167:20, 171:16
**tallahassee**
1:3, 5:18,
7:17, 9:15, 9:24
**tampa**
10:8
**tasked**
21:4
**taylor**
8:14
**team**
31:5, 31:22,
31:24, 87:15,
131:13, 133:13,
133:23, 134:2,
135:25, 136:9,
136:12, 145:11
**tease**
174:16
**technical**
20:2
**tell**
18:10, 41:2,
47:2, 91:17,
102:25, 112:19,
121:15, 161:21
**telling**
143:13
**tells**
15:22, 46:11
**template**
141:7
**temple**
7:14
**temporary**
18:21, 105:17
**ten**
14:13
**tend**
26:14, 42:12,
54:15, 54:25,
58:8, 62:10,
65:1, 67:13,
89:20, 90:23,
95:10, 102:6,
113:21, 114:6,

121:19, 125:14,
131:20, 134:21,
139:9, 172:10
**tended**
89:19
**tends**
61:3
**term**
13:2, 13:18,
68:17, 80:18,
88:10, 90:9
**terms**
92:24, 99:18,
105:20
**testified**
12:3, 140:15,
141:22, 144:1,
151:17, 153:1,
177:23
**testify**
17:23, 140:5
**testimony**
182:3, 182:5,
183:5, 183:6
**text**
38:13, 97:13
**th**
4:15, 43:16,
145:12, 158:1,
158:4, 159:11,
162:10, 168:6,
168:13, 183:15
**thank**
12:6, 17:5,
91:8, 120:18,
127:15, 127:21,
129:4, 129:12,
133:10, 135:17,
135:21, 136:19,
137:12, 147:4,
147:9, 164:20,
165:2, 165:7,
167:11, 176:18,
177:10, 178:12,
179:2, 181:7
**thanks**
103:4, 130:5,
136:24, 181:3

**theft**
99:3, 140:11
**themselves**
80:21, 112:3,
112:4
**thereafter**
183:7
**they'd**
43:16, 44:2,
141:3
**thing**
21:17, 49:6,
58:9, 62:15,
68:14, 79:20,
85:20, 98:13,
109:22, 131:21,
149:24, 170:4,
171:8
**things**
29:7, 35:21,
53:9, 69:14,
89:16, 96:13,
100:15, 116:17,
123:15, 142:15,
147:1, 159:2,
163:13
**third**
20:9, 20:16,
66:25, 80:14,
98:3, 158:9,
158:11, 159:14,
163:9
**thompson**
145:14, 145:16
**thorough**
91:8
**thought**
17:1, 56:18,
68:4, 84:18,
89:19, 89:24,
118:21
**thoughts**
55:1
**thousand**
52:25, 53:4,
118:5
**thousands**
52:23, 114:23,

120:7, 120:16,
120:24, 121:2,
121:3, 121:5
**three**
72:1, 72:7,
116:14, 151:11
**throat**
32:2
**through**
12:8, 17:8,
18:24, 19:10,
28:9, 28:11,
36:15, 41:5,
46:10, 52:21,
75:22, 77:7,
90:5, 90:6,
92:11, 105:24,
110:16, 121:6,
130:12, 134:6,
134:8, 144:2,
146:23, 166:2,
180:16
**throughout**
149:6
**tierney**
162:13, 162:20
**tierney's**
162:18
**tightened**
160:7
**time**
12:7, 14:15,
14:17, 16:1,
17:11, 19:1,
19:10, 19:17,
22:6, 22:16,
23:5, 31:6,
33:9, 35:1,
41:21, 49:18,
49:21, 50:23,
51:20, 52:1,
55:23, 57:6,
58:6, 58:12,
61:13, 61:17,
61:20, 61:25,
62:21, 62:25,
63:3, 63:13,
64:11, 65:23,

69:10, 71:12,
78:13, 88:16,
90:23, 100:6,
116:24, 125:6,
127:15, 127:20,
129:6, 129:13,
130:18, 130:23,
136:19, 136:23,
137:13, 149:7,
150:15, 152:18,
165:7, 169:7,
169:13, 175:23,
176:16, 176:19,
179:14, 181:9
**timed**
24:11
**timeframe**
31:2
**timeframes**
35:21
**timeline**
57:7, 57:12,
57:18
**timelines**
21:10
**timeliness**
68:15
**timely**
22:9, 33:24,
41:14
**times**
14:8, 14:14,
15:1, 30:11,
50:1, 93:8,
102:6, 134:10,
139:19
**timestamp**
23:3
**tiny**
92:6
**title**
87:2
**titles**
131:9
**today**
12:7, 14:1,
15:7, 16:22,
17:9, 17:19,

79:19, 80:3,
127:2, 137:13,
156:1, 175:10
**today's**
14:24, 18:2
**todd**
10:4
**told**
145:25, 158:6,
158:22
**took**
20:23, 152:22
**top**
12:20, 26:1,
35:20, 55:7,
62:4, 75:18,
79:16, 98:8,
141:8, 156:4,
173:8
**topic**
104:19, 129:14
**topics**
14:5, 17:18,
17:23, 18:5,
53:7, 53:8,
53:10, 53:12
**touched**
56:14, 82:14,
160:20
**touches**
91:20
**tough**
34:1
**towards**
71:13, 72:19
**track**
14:20, 21:8,
21:13, 21:24,
22:14, 22:21,
24:3, 24:6,
24:7, 24:12,
24:18, 25:13,
32:13, 80:10,
83:8, 83:14,
83:19, 83:24,
118:20
**tracked**
21:2

**tracking**
132:16, 133:18
**tracks**
32:12
**traditional**
76:21
**train**
142:9, 142:16
**trained**
70:2, 166:18
**training**
11:18, 30:17,
60:12, 61:10,
74:16, 74:23
**trainings**
29:25, 30:3,
30:6, 30:8,
30:11
**transaction**
40:2
**transcript**
11:13, 16:16,
36:22, 55:17,
74:12, 78:5,
86:20, 92:2,
102:20, 104:5,
181:13, 181:15,
181:17, 181:20,
183:4
**transcription**
182:5
**transmitted**
28:10
**treasurer**
124:23
**tremendous**
69:15
**tremendously**
90:24, 176:20
**tried**
80:10
**trouble**
122:19, 144:14
**troubling**
41:9
**troy**
162:16
**true**
45:3, 120:3,

127:13, 127:14,
139:16, 182:4,
183:4
**trust**
73:8, 144:2,
146:5
**trusted**
54:24, 55:2,
145:20
**trusting**
144:20, 146:18
**trustworthy**
179:15
**try**
15:14, 83:16,
97:25, 130:19,
134:7, 134:9,
137:13, 142:9,
145:1, 154:6,
171:6
**trying**
110:15, 125:19,
152:24, 159:23,
160:25, 173:1
**turn**
20:21, 32:13,
48:9, 64:15,
64:25, 67:17,
82:16, 96:17,
129:6, 140:22,
151:20, 176:17
**turned**
60:24, 84:9,
116:24, 119:24,
121:9, 147:13,
159:2, 161:9
**turning**
20:3, 63:16,
79:1, 85:21,
119:7
**turnover**
170:16, 170:23,
170:24
**turns**
127:22, 164:3
**tweaked**
49:15
**tweaks**
49:17

**two**
115:21, 150:21,
150:24, 151:11,
155:24, 156:17,
159:11
**type**
33:1, 170:17,
179:23
**types**
37:10, 114:3,
170:24, 174:3
**typewriting**
183:7
**typically**
20:22, 21:7,
39:2, 39:23,
71:8, 123:12,
143:15

**U**

**uber**
95:21, 95:23
**uh-huh**
162:14
**ultimate**
117:3
**umbrellas**
154:21
**uncertain**
98:4
**uncertainty**
159:19, 173:4
**unclear**
15:13
**uncomfortable**
98:25, 140:6,
140:8, 140:12,
143:19
**under**
58:20, 73:6,
88:23, 101:14,
103:6, 112:1,
117:6, 149:6,
154:12, 154:20,
154:24, 155:2,
155:9, 156:23,
157:8, 158:8,
158:10, 158:17,

159:16, 160:1,
168:3, 172:24,
183:7
**undergo**
134:22
**underlined**
110:5
**underserved**
54:16, 76:25,
77:4
**understand**
13:2, 13:18,
15:11, 17:14,
21:21, 27:23,
37:13, 39:18,
41:25, 106:23,
109:2, 112:21,
141:18, 142:12,
152:16, 155:3,
167:7
**understanding**
49:17, 105:11,
105:20, 130:2,
153:9, 167:25,
175:2
**understood**
15:16, 17:5,
28:14, 29:16,
34:3, 35:7,
35:24, 93:9,
121:12, 161:7,
163:5, 166:14
**unenforceable**
88:22
**unfortunately**
85:7
**unidose**
121:14
**union**
8:14
**united**
1:1, 82:22,
136:11
**units**
1:8
**universe**
151:25
**unlawful**
85:12

**unlawfully**
180:4
**unless**
12:25, 13:16,
15:21, 119:23,
128:4, 137:6,
143:1, 158:22
**unredacted**
140:21, 140:25
**unregistered**
155:8, 155:12
**until**
18:25, 33:11,
140:22, 150:14,
168:16
**upcoming**
47:21
**updates**
120:17
**updating**
29:8
**uploaded**
27:20, 27:23,
28:4
**upwards**
19:14
**use**
13:2, 27:14,
100:19, 106:8,
106:11, 106:14,
106:18, 106:22,
159:7, 174:1,
180:13
**useful**
86:8, 106:4,
172:11, 173:9
**using**
119:10, 139:4,
148:24, 160:5
**usps**
72:2
**usually**
23:3, 41:5,
46:9, 52:13,
130:18, 151:12,
156:19, 166:21,
181:10

---
**V**
---

**vacant**
50:25

**vague**
41:24, 97:16,
97:17, 102:10,
105:2, 105:7,
105:10, 105:13,
105:22
**vaguely**
144:7
**valid**
105:16, 168:20
**validate**
130:20
**validation**
116:10
**various**
42:19, 42:20,
69:2, 126:1,
160:25
**vbm**
138:10, 166:22
**vehicle**
95:2
**vehicles**
77:8
**vendor**
19:6, 23:19,
150:10
**verbal**
81:19
**verify**
78:21, 135:13,
135:14, 135:16,
158:22, 170:4
**verifying**
106:15, 106:19
**version**
56:4, 88:5,
88:11, 103:3
**versions**
144:9, 166:24
**versus**
14:21, 50:18,
64:22, 142:13
**vet**
160:4
**vice**
124:23
**view**
25:11, 31:2,

53:14, 53:17,
57:5, 69:16,
74:3
**violation**
98:21, 101:4,
101:14, 101:19
**virginia**
144:11, 144:12
**virtually**
2:18, 3:1
**visited**
155:25
**vogel**
9:12, 181:17
**volume**
169:6, 171:20,
172:1
**volunteer**
178:19
**volunteered**
126:4
**volunteers**
177:20
**vote**
32:18, 33:12,
33:13, 34:9,
35:10, 44:3,
44:6, 44:16,
45:14, 47:21,
55:6, 67:21,
67:22, 87:16,
106:9, 108:13,
108:15, 108:22,
109:1, 109:3,
109:7, 109:15,
110:13, 112:2,
117:14, 117:25,
137:22, 137:24,
138:10, 138:21,
139:3, 139:5,
148:14, 161:6,
162:21, 166:4,
166:23, 169:7,
169:13, 170:10,
178:20
**voter's**
38:11, 61:5,
94:16, 100:5,

**voters**
1:19, 4:11,
20:7, 20:21,
26:14, 26:20,
27:9, 32:25,
41:22, 43:19,
51:14, 52:21,
53:22, 53:23,
54:5, 54:8,
57:7, 59:3,
60:10, 63:5,
63:11, 64:24,
71:4, 73:12,
73:14, 76:17,
80:22, 80:23,
85:3, 85:6,
89:24, 100:20,
103:11, 106:4,
111:8, 113:15,
117:12, 118:2,
119:9, 119:17,
120:4, 128:3,
128:14, 128:22,
128:24, 134:9,
140:11, 140:21,
142:17, 144:10,
144:17, 144:19,
146:17, 161:2,
161:19, 169:2,
169:25, 170:5,
177:13, 177:16,
178:18, 181:22
**votes**
35:24
**voting**
18:21, 18:23,
18:25, 19:6,
19:9, 19:22,
36:6, 125:9,
148:14, 162:21,
162:25
**vpn**
28:11
**vr**
23:19, 27:13,

103:12, 103:14,
108:2, 110:18,
110:19, 141:3,
143:12, 161:15

27:18, 27:20,
27:22, 27:25,
28:4, 28:7,
28:17, 28:23,
32:9

**W**

**wait**
15:4, 89:8
**wakulla**
8:14
**wales**
4:23
**walton**
8:14
**want**
12:9, 12:11,
24:8, 53:5,
54:17, 75:3,
82:16, 86:21,
90:17, 96:17,
108:8, 109:18,
126:17, 126:19,
129:21, 133:25,
135:18, 136:19,
136:21, 137:7,
138:16, 139:19,
140:3, 142:17,
142:25, 143:3,
148:6, 148:15,
148:20, 148:25,
149:5, 152:10,
154:13, 155:15,
157:2, 159:15,
165:18, 167:19,
168:2, 168:18,
170:8, 170:9,
171:11, 172:8,
172:17, 177:21,
179:4, 179:9
**wanted**
122:20, 133:24,
137:16, 141:18,
163:4
**wants**
181:10
**warehouse**
18:22

**washington**
4:7, 4:16, 8:15
**wasted**
180:14
**watching**
137:12
**way**
15:5, 15:14,
24:7, 31:2,
31:4, 31:23,
34:17, 41:3,
41:5, 53:6,
80:1, 86:6,
107:3, 113:21,
119:2, 123:5,
132:8, 141:9,
142:8, 142:9,
145:19, 169:2
**ways**
54:3, 60:22,
63:15, 63:21,
106:3, 108:25,
118:19, 122:16,
130:10, 160:25,
163:24, 173:16,
173:19
**we'll**
15:5, 39:20,
56:19, 65:11,
125:6, 126:18,
134:12, 147:7,
166:22, 180:10,
181:14
**we're**
17:19, 18:4,
21:24, 38:25,
39:19, 46:6,
49:23, 53:6,
53:7, 53:9,
67:18, 69:5,
85:22, 125:5,
125:13, 128:4,
132:4, 132:9,
132:15, 159:4,
163:2, 166:11,
166:22, 171:12,
173:6
**we've**
14:19, 18:3,

32:13, 64:12,
68:23, 74:2,
76:3, 76:10,
80:8, 80:10,
90:7, 100:3,
100:5, 108:5,
112:6, 113:13,
113:24, 116:4,
117:19, 119:14,
121:9, 122:12,
125:24, 127:2,
128:13, 132:10,
145:14, 146:12,
152:19, 152:20,
155:16, 155:17,
161:2, 161:4,
161:9, 163:21,
166:3, 166:7,
168:23, 171:18,
177:6
**website**
44:1
**wednesday**
2:19
**week**
17:2, 17:3
**welcome**
94:5, 135:22,
136:24, 167:13,
181:5
**went**
31:8, 50:18,
56:18, 73:2,
73:4, 173:11
**weren't**
119:25
**wermuth**
5:8, 5:9,
12:11, 12:13
**west**
144:11, 144:12
**whatever**
70:13, 98:10,
102:7, 180:25
**whenever**
57:13
**whereof**
183:14

**whether**
24:9, 45:23,
46:14, 105:9,
105:22, 117:12,
138:14, 142:14,
147:10, 158:16,
159:6, 159:22,
160:4, 179:3,
180:23
**whichever**
31:18
**who've**
121:6
**whoever**
112:19, 113:6
**whole**
21:5, 21:17,
41:14, 79:20,
144:5
**wholly**
97:25
**whomever**
174:13
**wider**
157:11
**williams**
145:8
**willing**
67:22
**window**
22:21, 62:7,
63:16, 63:20,
65:19, 66:6,
151:8
**within**
28:2, 31:1,
32:8, 33:22,
40:18, 45:22,
45:24, 46:25,
58:14, 81:10,
95:13, 123:3,
123:10, 151:8,
174:19, 175:9
**without**
119:19, 120:12,
123:7, 126:14,
160:23, 161:15,
161:20, 162:23

**witness**
129:17, 183:14
**witnesses**
117:9
**women**
1:18, 4:10,
177:12, 177:16,
181:22
**word**
97:17, 105:8
**worded**
125:16
**wording**
93:21, 99:7
**words**
20:15, 115:9
**work**
18:16, 49:16,
79:23, 80:4,
81:2, 81:14,
126:2, 131:8,
135:2, 135:4,
135:5, 135:12,
135:24, 136:10,
136:22, 145:10,
145:19, 154:24,
155:5, 155:9,
158:17, 170:13,
170:17, 170:21,
176:6, 179:4
**workable**
57:7, 57:12,
57:14, 57:15
**worked**
175:24
**workers**
87:20
**working**
18:8, 19:13,
25:24, 67:19,
70:23, 80:20,
87:18, 132:2,
147:21, 148:1,
148:6, 148:15,
148:25, 149:1,
150:10, 153:3,
154:20, 155:2,
157:5, 157:19,

157:20, 159:3,
159:22, 162:16,
163:4, 173:21,
174:13, 176:7,
176:8, 179:20,
180:7, 180:21
**workload**
76:1
**works**
91:19, 104:12,
130:3, 134:13,
157:8, 163:6
**world**
53:8, 144:10,
150:10, 179:19
**worth**
102:14
**wouldn't**
25:12, 28:20,
28:23, 44:12,
44:17, 44:19,
45:9, 46:16,
49:14, 50:24,
59:11, 84:22,
96:3, 107:14,
112:16, 116:22,
117:17, 117:18,
128:5, 142:25,
143:3, 143:11,
179:9, 180:9
**wound**
162:24
**wrap**
126:18
**wrapping**
108:6
**writes**
158:4
**writing**
110:20, 111:1,
139:4, 145:24
**wrong**
37:19, 37:23,
38:6, 45:20,
46:7, 46:21,
47:17, 47:20,
48:1, 48:3,
48:11, 68:7,

68:12, 68:19,
68:24, 69:17,
70:14, 70:21,
71:10, 71:23,
83:18, 83:20,
96:5, 106:20,
132:12, 142:5,
146:14, 173:11

**Y**

**yeah**
12:18, 14:12,
14:15, 15:2,
16:20, 19:5,
30:19, 31:22,
32:19, 37:4,
37:7, 37:9,
38:22, 38:23,
40:1, 45:5,
51:9, 54:14,
56:18, 56:20,
61:22, 64:9,
64:21, 65:21,
65:23, 66:1,
66:16, 67:7,
68:9, 68:18,
72:9, 72:25,
75:17, 75:20,
75:25, 80:17,
80:20, 82:23,
87:13, 92:9,
95:1, 96:11,
98:9, 101:18,
102:13, 103:18,
103:19, 104:9,
110:2, 113:20,
116:15, 116:22,
118:25, 119:23,
120:3, 122:4,
122:15, 125:4,
127:22, 130:3,
130:25, 132:11,
132:15, 138:18,
139:9, 139:14,
140:18, 142:3,
143:2, 144:4,
144:7, 144:15,
147:18, 149:19,

149:23, 150:9,
151:10, 152:22,
155:4, 155:15,
156:21, 157:12,
159:18, 160:19,
164:13, 166:7,
166:24, 172:8,
172:25, 173:3,
174:15, 176:14,
178:15, 180:2,
180:10

**year**
14:19, 14:23,
87:10, 124:21,
156:19

**years**
19:14, 19:15,
20:19, 20:24,
22:8, 47:1,
50:1, 87:9,
87:19, 96:10,
113:22, 149:6,
150:5, 150:21,
166:4, 175:12

**yesterday**
17:8, 159:14

**young**
111:23

**youth**
1:7

**Z**

**zehnder**
5:9

**zoom**
109:21, 126:5

**$**

**$1,000**
72:24

**$2,500**
66:21

**$250,000**
73:7

**$50**
66:21, 67:2,
67:6, 72:6,
72:15

**$50,000**
73:3, 73:18,
85:23, 96:6,
102:7

**0**

**01**
7:16

**0250**
9:24

**03**
2:20

**05**
13:9

**06**
65:12

**07**
13:9

**0720**
5:19

**1**

**10**
31:8, 32:6,
44:2, 56:19,
57:2, 57:15,
58:24, 59:5,
59:17, 59:21,
63:20, 65:12,
66:6, 66:7,
66:24, 71:14,
71:22, 149:9,
149:17, 149:22,
150:15, 151:3,
164:16

**100**
9:23, 111:6,
116:9

**102**
11:22

**104**
11:23

**11**
58:21, 58:24,
79:9, 114:17,
126:21, 154:15,
156:19, 157:5,
159:14, 159:17,

159:23

**1101**
4:15

**111**
10:15

**115**
8:5

**1168**
7:10

**1189**
156:2, 156:3,
156:18, 156:23

**119**
9:14

**12**
6:15, 11:3,
164:25, 165:3,
181:25

**1200**
8:18

**121**
112:24

**1285**
10:9

**129**
103:17, 103:18

**13**
2:19, 43:16,
72:4, 114:14,
183:15

**130**
11:4

**1314**
10:17

**137**
11:5

**14**
4:15, 31:8,
43:15, 56:19,
56:23, 57:6,
57:9, 57:14,
57:18, 57:23,
58:3, 58:4,
58:15, 63:20,
65:12, 66:6,
66:7, 90:6,
149:8, 149:11,
150:14, 150:19,

168:3, 168:6,
168:9, 168:13

**15**
90:5, 90:6,
145:12

**16**
10:7, 11:15,
56:9, 90:5,
154:15

**1631**
5:10

**165**
11:6

**1665**
114:17

**167**
11:7

**1704**
109:20, 109:21

**1715**
7:8

**1750**
164:1

**176**
11:8

**177**
11:9

**18**
147:10, 183:18

**183**
2:24

**19**
78:25, 114:17,
154:4

**1986**
18:18, 18:19,
18:22

**1a**
90:19

**1f**
90:17

**1s**
104:19

**1st**
6:15, 10:15,
124:21, 124:22

**2**

**2.042**
11:21, 92:5,

104:19
**20**
53:3, 129:12
**2000**
19:5
**20001**
4:7
**20005**
4:16
**2001**
19:1, 19:4
**2007**
150:6, 150:9,
150:16
**2008**
19:10
**2017**
18:14, 18:15
**2018**
114:15, 114:24,
120:6, 145:12
**202**
4:8, 4:17
**2021**
149:12, 150:14,
150:16, 150:21
**2022**
73:3, 124:21,
158:2, 158:4,
159:12, 162:10,
173:3
**2023**
2:19, 53:1,
89:12, 114:15,
114:24, 124:22,
183:16
**2027**
183:18
**21**
114:17, 154:15
**215**
1:12
**216**
1:13
**218**
1:14
**22**
154:4, 159:14

**2200**
4:17
**222**
5:19
**23**
1:12, 1:13,
1:14
**239**
7:10
**245**
9:25
**2472**
5:12
**248**
156:1
**250**
4:6
**26**
158:1, 158:4
**2618**
5:17
**27**
159:14
**270**
9:16
**2707**
6:8
**28**
159:11
**280**
7:7
**2810**
10:14
**29**
32:25, 162:10,
165:3

---
**3**
---

**3**
156:1
**300**
159:13
**305**
10:17
**31**
126:21
**315**
9:6

**32207**
8:20
**32301**
9:15
**32308**
5:18
**32399**
7:17, 9:24
**32601**
6:17
**32802**
5:11
**32803**
6:9
**33128**
10:16
**33301**
8:7
**3354**
9:8
**33602**
10:8
**33756**
9:7
**33853**
4:23
**33901**
7:9
**344**
7:10
**35**
19:14
**352**
6:18
**357**
8:8
**36**
11:16
**3635**
7:18
**37**
19:15
**374**
6:18
**375**
10:17
**39**
126:21

**399**
8:21
**3h**
11:22, 102:24,
103:5, 103:6
**3p**
156:2, 156:3,
156:18, 156:23
**3prvo**
24:9, 82:19,
83:10, 83:15,
83:21, 84:1,
88:21, 91:19,
96:6, 96:11,
98:6, 98:15,
99:16, 100:24,
101:2, 104:25,
107:8, 107:20,
107:22, 108:1
**3prvo's**
95:24
**3prvos**
23:10, 23:25,
24:13, 29:19,
29:25, 30:2,
98:13, 98:25,
101:9
**3pvoro**
39:16
**3pvro**
20:13, 20:15,
20:16, 22:2,
22:25, 24:5,
29:17, 30:16,
30:21, 34:7,
35:8, 36:14,
37:22, 40:4,
40:7, 40:11,
47:19, 49:11,
56:24, 57:3,
57:6, 58:22,
59:6, 59:17,
60:9, 60:19,
61:8, 62:16,
64:17, 65:19,
69:5, 70:24,
71:13, 71:19,
71:22, 72:6,

72:15, 73:20, 73:25, 75:16, 76:2, 76:16, 80:21, 86:1, 86:5, 113:2, 122:23, 123:10, 127:24, 140:6, 140:16, 140:20, 141:18, 141:23, 142:9, 142:17, 143:3, 143:9, 143:19, 144:20, 147:12, 150:3, 150:12, 151:6, 151:17, 153:6, 155:14, 157:9, 158:17, 160:2, 160:18, 160:21, 161:9, 161:14, 162:23, 163:3, 168:6, 168:14, 168:21, 169:7, 172:23, 173:23, 175:9, 176:8, 177:20, 178:19, 178:24, 180:22, 181:1

**3pvro's**
38:16, 38:20, 61:4

**3rd**
18:14

**— 4 —**

**40**
96:10, 164:25, 165:3
**400**
4:5, 4:14
**405**
90:6
**407**
5:12, 6:10
**414**
7:18
**422**
5:12
**423**
8:6

**442**
56:12
**449**
56:20
**4490**
4:8
**45**
156:1
**455**
4:24
**456**
66:19
**464**
9:8
**48**
149:16
**4811**
4:24
**4:-cv--mw**
1:12, 1:13, 1:14

**— 5 —**

**5**
114:17
**500**
9:13, 9:22
**506**
96:20, 96:21
**5150**
6:10
**518511**
2:23
**5218**
6:18
**524**
50:15
**53**
114:17
**55**
11:17
**56**
114:17
**574**
10:9
**575**
90:16
**59**
109:20, 181:25

**5938**
9:16

**— 6 —**

**6**
147:10
**60**
4:22
**601**
10:6
**65**
154:15
**6531**
9:25

**— 7 —**

**7050**
11:17, 45:3, 48:14, 48:17, 48:25, 49:9, 49:22, 50:10, 50:11, 51:3, 56:4, 56:5, 56:15, 58:20, 66:10, 66:11, 66:16, 66:18, 68:6, 70:19, 70:25, 73:6, 73:17, 74:25, 75:21, 79:14, 82:8, 82:12, 82:18, 82:24, 83:7, 84:3, 85:22, 96:18, 108:11, 108:16, 109:19, 110:12, 110:16, 111:7, 118:13, 118:23, 119:2, 124:6, 124:8, 126:10, 127:3, 149:7, 150:21, 168:9, 168:12, 168:16, 178:3, 178:8
**727**
9:8
**736**
4:17

**74**
11:18
**757**
98:10
**7600**
8:8
**78**
11:19

**— 8 —**

**800**
8:19
**813**
10:9
**8440**
8:21
**850**
5:19, 7:18, 9:16, 9:25
**86**
11:20
**863**
4:24
**89**
114:17, 154:15, 157:5, 159:14, 159:17, 159:23
**897**
6:10

**— 9 —**

**9**
2:20, 13:9, 114:17, 154:15
**90**
50:15, 108:19, 116:5, 116:6, 149:12, 149:15, 149:21, 150:14, 150:21, 168:8, 168:16, 168:17
**904**
8:21
**92**
11:21
**922**
4:22
**954**
8:8

**968**
4:8
**97057**
90:16
**99**
116:7