**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**CASE NOs. 4:23-cv-215-MW/MAF**
**4:23-cv-216-MW/MAF**
**4:23-cv-218-MW/MAF**

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

        Plaintiffs,

vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

        Defendants.

_____

**REMOTE 30(b)(6) DEPOSITION OF HISPANIC FEDERATION**

(Frederick Velez, III (Burgos)

Monday, December 18, 2023

10:00 a.m. - 2:19 p.m.

LOCATION OF WITNESS:

Via Zoom

Alexandria, Virginia


STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA

1    APPEARANCES: (All appearing via Zoom.)

2

     ON BEHALF OF PLAINTIFF HISPANIC FEDERATION:
3

     LATINOJUSTICE
4    4700 Millenia Boulevard, #500
     Orlando, FL 32839
5    321.250.2853
     BY: MIRANDA GALINDO, ESQUIRE
6    mgalindo@latinojustice.org

7    LATINOJUSTICE
     475 Riverside Drive, #1901
8    New York, NY 10115
     212.392.4752
9    BY: CESAR RUIZ, ESQUIRE
     cruiz@latinojustice.org
10   BY: FULVIA VARGAS-De LEON, ESQUIRE
     fvargasdeleon@latinojustice.org
11

12   ON BEHALF OF THE DEFENDANT SECRETARY OF STATE:

13

     HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
14   119 S. Monroe Street, #500
     Tallahassee, FL  32301
15   850.270.5938
     BY: JOSHUA ELLIOTT PRATT, ESQUIRE
16   jpratt@holtzmanvogel.com

17   ON BEHALF OF THE DEFENDANT DEPARTMENT OF STATE:

18

     FLORIDA DEPARTMENT OF STATE
19   500 S. Bronough Street, #100
     Tallahassee, FL  32399
20   850.245.6536
     BY: ASHLEY E. DAVIS, ESQUIRE
21   ashley.davis@myfloridalegal.com
     BY:  JOSEPH VAN de BOGART, ESQUIRE
22   joseph.vandebogart@dos.myflorida.com

23

24

25

1    APPEARANCES: (Continued.)

2    ON BEHALF OF DEFENDANT ASHLEY MOODY:

3        OFFICE OF ATTORNEY GENERAL
         PL-01 The Capitol
4        Tallahassee, FL  32399
         850.414.3300
5        BY: STEPHANIE MORSE, ESQUIRE
         stephanie.morse@myfloridalegal.com
6
      ON BEHALF OF SOE CITRUS COUNTY:
7
         ROPER, P.A.
8        2707 East Jefferson Street
         Orlando, FL  32803
9        407.897.5150
         BY:  DALE A. SCOTT, ESQUIRE
10       dscott@roperpa.com
         BY:  FRANK MARI, ESQUIRE
11       fmari@roperpa.com

12    ALSO PRESENT:

13       Zack Bennington, Holtzman Vogel

14

15

16

17

18

19

20

21

22

23

24

25

4

1              I N D E X

2   WITNESS                                    PAGE

3   30(b)(6) DEPOSITION OF HISPANIC FEDERATION
    Frederick Velez, III (Burgos)
4
        Direct Examination by Mr. Pratt          5
5       Cross Examination by Ms. Galindo       134
        Redirect Examination by Mr. Pratt      143
6
    CERTIFICATE OF OATH                         146
7
    CERTIFICATE OF REPORTER                     147
8
    READ AND SIGN LETTER                        148
9
    ERRATA SHEET                                149
10

11  (STENOGRAPHER'S NOTE:  All documents were sent to
    Stenographer electronically.  A digital exhibit
12  sticker was placed on the documents which were
    marked during the proceeding.)
13

14

15                INDEX OF EXHIBITS

16

17  NO.         DESCRIPTION                      ID

18
    1  Notice to Hispanic Federation            9
19  2  2022 training PowerPoint                 74
    3  Letter, SB7050-HF0000052                 75
20  4  Letter of termination, SB7050-HF-0000032 84
    5  Letter re: fine, 05-17-2023              87
21  6  Request for Production                   127

22

23

24

25

5

1    The following Zoom proceedings began at 10:00 a.m.

2            THE STENOGRAPHER:  Do you swear or affirm

3        that the testimony you are about to give will

4        be the truth, the whole truth, and nothing but

5        the truth?

6            THE WITNESS:  I do.

7            **THE STENOGRAPHER:**  Thank you.

8    Thereupon,

9        **FREDERICK VELEZ, III (Burgos) as 30(b)(6)**

10                    **representative of**

11                **HISPANIC FEDERATION**

12    having been first remotely duly sworn or affirmed,

13    as hereinafter certified, testified as follows:

14                    DIRECT EXAMINATION

15    BY MR. PRATT:

16        Q    Good morning, Mr. Burgos.  How are you

17    doing today?

18        A    Good.  How are you?

19        Q    Doing well.  And do you prefer to go by

20    Mr. Velez or Mr. Burgos?

21        A    Mr. Velez.

22        Q    Okay.  Well, if I accidently slip up, my

23    apologies.

24        A    No worries.

25        Q    And again, Mr. Velez, my name's Joshua

1    Pratt and I'm an attorney with the law firm Holtzman

2    Vogel, and we represent the Secretary of State in

3    this matter.  First off, thank for your time today.

4    I know you probably have a busy schedule, and we

5    appreciate you coming out to sit for a deposition in

6    this case.

7              To that end, you know, I'll try to keep

8    your deposition as short as reasonably possible.  I

9    anticipate it will probably go into sometime early

10   afternoon, but, of course, we'll get to break for

11   lunch and take breaks in between as needed.  So to

12   that end, if you need a break, feel free to let us

13   know.  I just ask you, if you could, to just finish

14   whatever question is on the table before we break.

15             Does that sound okay?

16   A    Yes.

17   Q    And, Mr. Velez, would you mind just

18   stating your full name and spelling it again for the

19   record?

20   A    Yes, my name is Frederick,

21   F-R-E-D-E-R-I-C-K, Velez III Burgos, and it's

22   spelled V, as in Victor, E-L-E-Z, the third, and

23   then Burgos, B-U-R-G-O-S.

24   Q    And, Mr. Velez, have you ever been deposed

25   before?

7

1      A    No.

2      Q    Okay.  Well, since this is your first

3   deposition, I'll give you just kind of a broad

4   overview, a little bit of ground rules to kind of

5   help orient you.  But, first off, I know we have a

6   stenographer on.

7          **MR. PRATT:**  Just to doublecheck, is anyone

8      else recording this deposition?

9   BY MR. PRATT:

10     Q    All right.  Hearing none, Mr. Velez, I

11  know that Zoom has a mute function, but I ask if you

12  could please not hit mute unless we're on a break or

13  unless you need to pause for a moment.

14         Does that sound okay?

15     A    Yes.

16     Q    And, Mr. Velez, is there anyone in the

17  room with you currently who's not on camera?

18     A    No.

19     Q    Understood.  Well, if anyone does come in

20  the room, if you wouldn't mind just letting us know,

21  we would appreciate it.

22     A    Yes.

23     Q    And, Mr. Velez, do you have any

24  applications open on your computer currently, or do

25  you have your phone in front of you?

1        A    I have my phone, but it's in airplane

2    mode.  I don't have any application open besides

3    Zoom.

4        Q    Perfect.  Thank you.  And do you happen to

5    have any documents with you today?

6        A    No.

7        Q    And since we're on Zoom, I just ask if you

8    could, we'll just try to, you know, take turns

9    asking and answering questions.  If my question is

10   ever unclear or you don't understand it, please feel

11   free to let me know and I'll be happy to rephrase

12   it.  Does that sound okay?

13       A    Yes.

14       Q    And, Mr. Velez, do you understand that

15   you're under oath today?

16       A    Yes.

17       Q    And that your oath has the same effect as

18   if you were testifying in court?

19       A    Yes.

20       Q    And if your attorney objects at any point

21   today, if you could maybe just wait to let them get

22   their objection on the record.  But unless they

23   instruct you not to answer, I'd ask you to answer

24   the question that's pending.

25            Does that sound okay?

1        A    Yes.

2        Q    And, Mr. Velez, are you on any medication

3   today, or are you aware of any other reason that you

4   would not be able to answer truthfully or fully in

5   this matter?

6        A    No.

7        Q    All right.  And the last of the

8   preliminaries:  If at any point during this

9   deposition you recall any information that was in

10  response to a prior question that you'd like to

11  update or clarify, feel free to let me know and I'll

12  give you that opportunity.

13       A    Okay.

14            **MR. PRATT:**  All right.  At this time, what

15       I'd like to do is drop in the Chat what will be

16       designated as Exhibit 1.

17            (Exhibit 1 was marked for identification.)

18  BY MR. PRATT:

19       Q    And if you could, Mr. Velez, please just

20  open it when you get the chance and let me know when

21  you're ready.

22       A    I opened it.

23       Q    Okay.  And do you recognize this document?

24       A    Yes.

25       Q    Is this the 30(b)(6) notice that the

1   Secretary of State's Office sent to Hispanic

2   Federation?

3       A    Yes.

4       Q    And, Mr. Velez, are you prepared today to

5   speak on each of the topics listed in this 30(b)(6)

6   notice?

7       A    Yes, I am.

8       Q    And to your knowledge, are you the person

9   best positioned at Hispanic Federation to speak to

10  these topics?

11      A    Yes.

12      Q    So, generally speaking, how did you go

13  about preparing for today's deposition?

14          **MS. GALINDO:**  Objection, privilege.  And I

15          instruct my client to not reveal the content of

16          his conversations with his counsel in his

17          answer.

18  BY MR. PRATT:

19      Q    Okay.  To clarify, I'm not asking for any

20  privileged communications you may have had with your

21  attorneys.  I'm just asking at a high level,

22  generally, how did you go about preparing?

23          Did you review documents?  Did you meet

24  with your attorneys?  Obviously not asking about any

25  conversations you specifically had.

1     A     Yes, I reviewed documents and also met

2   with our clients to prepare for the deposition

3   today.

4     Q     Okay.  How many separate meetings did you

5   have to prepare for this deposition?

6          **MS. GALINDO:**  Objection, form.

7   BY MR. PRATT:

8     Q     You can answer.

9     A     About five meetings.

10    Q     And about how long did each of those five

11  meetings approximately take?

12    A     About two hours each.

13    Q     And aside from your counsel, was anyone

14  else present at those meetings?

15    A     In one meeting our senior vice president

16  for policy was in the meeting for about the first

17  half of the meeting.

18    Q     And aside from your attorneys, did you

19  have any conversations with anyone regarding your

20  deposition?

21    A     I had conversations with some of our --

22  some of the Hispanic Federation team members.

23    Q     Generally speaking, what was the nature of

24  those conversations?

25    A     Most of it was just asking for information

1    that I would need for this.

2         Q    And were you able to receive any

3    information from those conversations that you wanted

4    for this deposition?

5         A    Yes.

6         Q    What sort of information were you able to

7    receive from those conversations with your

8    not-attorneys?

9         A    The information was mostly related to work

10   that was done in Hispanic Federation prior to me

11   working there, so basically information about 2018

12   and 2019.

13        Q    Understood.  So information primarily to

14   get you up to speed on the deposition topics?

15        A    Yes.

16        Q    And, Mr. Velez, I believe you made mention

17   that you reviewed some documents prior to this

18   deposition in preparation.  Aside from any

19   privileged documents that your attorneys would have

20   provided you, what documents did you review?

21        A    Basically budgets, training materials,

22   things like that.

23        Q    Do you know whether those budgets or

24   training materials have been produced in this

25   litigation?

1       **MS. GALINDO:**  Objection to the extent it

2   seeks privileged information.

3       A    So anything that was produced, we took

4   under advice of counsel.

5   BY MR. PRATT:

6       Q    Understood.  But the documents that you

7   just referred to that you reviewed in preparation

8   for this deposition, do you know whether those

9   documents were produced in this litigation?

10      A    Whatever we produced was under the advice

11  of counsel, every document.

12      Q    And aside from what we've discussed

13  already, did you conduct any other factual research

14  in preparation for this deposition?

15      A    Sorry, factual research?

16      Q    Sure.  Did you conduct any other research,

17  other than what we discussed, you know, into the

18  deposition topics to prepare for today?

19      A    Yes, I -- I looked up some information on,

20  like, Latinos in Florida, for example, and things

21  like.

22      Q    And by "looked up some information," are

23  you referring to online or some other form of

24  research?

25      A    Yes, online.

1    Q    Thank you.  Mr. Velez, just switching

2    gears a little bit, would you mind just walking me a

3    little bit through your educational background?

4    A    Yes.  So I completed -- you know, I was

5    graduated from high school in Puerto Rico, studied a

6    bachelor's or obtained a bachelor's in political

7    science and international relations from the

8    University of Puerto Rico, the Rio Piedras campus.

9    That's it.

10    Q    And what degrees did you receive there?

11    A    A bachelor of arts in political science

12    and international relations.

13    Q    And do you mind walking me through your

14    work background from college through today?

15    A    Yes.  I worked in Congress right out of

16    college from 2011 until 2017; 2017 to 2018, I worked

17    at a nonprofit called the Congressional Hispanic

18    Caucus Institute.

19        Afterwards, I -- in 2018, I worked for a

20    nonprofit called Alianza for Progress, and then in

21    2020, I started working for Hispanic Federation in

22    my current title.

23    Q    And you mentioned you worked in Congress

24    for several years.  Which Congressperson were you

25    working for at that time?

1      A     I worked for Congressman Jose Serrano from

2    The Bronx.

3      Q     And then, aside from what we discussed,

4    can you think of any other work employment history

5    you've had either during college or after?

6      A     In between Alianza for Progress and

7    working for Hispanic Federation, I worked for a

8    consulting firm called FBJ Solutions.

9      Q     And what is FBJ Solutions?

10     A     Just a general consulting firm.  They work

11   with nonprofits, mostly on communications

12   consulting.

13     Q     And then, would you mind walking us

14   through your volunteer background from college to

15   the present?

16     A     Yeah, I really don't volunteer much.  Most

17   of the time I spend in my current work.

18     Q     Understood.  Yeah, career life is busy.  I

19   guess, can you think of have you ever worked for --

20   or volunteered, rather, for any campaigns or for any

21   other sorts of entities that we haven't talked about

22   yet?

23     A     You know, I've not done the works as a

24   volunteer for, like, one or two campaigns for, like,

25   maybe a day.  But, to be honest, our local races, I

1    don't -- it's been a few.  But it's more, like,

2    mostly a day just to, you know, knock on doors and

3    say something.

4         Q    Sure.  And I guess, relatedly, have you

5    ever worked for any lobbying group or anything like

6    that?

7         A    No.

8         Q    And you mentioned that you first started

9    working with Hispanic Federation in 2020; is that

10   correct?

11        A    Yes.

12        Q    How'd you first become involved with

13   Hispanic Federation?

14        A    I mean, the first time I heard about them

15   was in 2016 when I was working for Alianza for

16   Progress.  They were doing -- I think they had just

17   gotten into Florida and they were doing some voter

18   registration campaigns.

19             But when I first got involved with them,

20   it was in February 2020 when they -- someone from

21   Atech (ph) called me to let me know that there was a

22   job opening that they thought I should apply for.

23        Q    And since you've been at Hispanic

24   Federation, what different positions have you held?

25        A    I've only had the same title since

1   February of 2020, which is national civic engagement

2   director.

3        Q    And as national civic engagement director,

4   what sort of duties do you have?

5        A    So my main job and responsibility is to

6   make sure that any type of civic engagement-related

7   operations or grants are completed.  This could

8   include voter registration, get out the vote, census

9   work, redistricting, voter education, voter rights,

10  and things like that.

11            And I think that's my main

12  responsibilities really.  Just work with the state

13  directors in the -- in the states where we have

14  state directors.  In other places, work with

15  partners and member agencies to make sure that

16  our -- or our civic engagement programs are

17  completed.

18       Q    And you mentioned your work in other

19  states.  You know, what states does Hispanic

20  Federation do different activities in?

21       A    Well, in terms of, like, overall

22  activities and programs, I believe we work in about

23  43 to 44 states.

24       Q    And does Hispanic Federation conduct voter

25  registration activities in all of those approximate

1    43 states or a lesser number?

2          A     No, a lesser number.

3          Q     Do you know which states specifically

4    Hispanic Federation conducts voter registration

5    activities in?

6          A     So currently we are registering voters in

7    New York and North Carolina and Florida.

8          Q     You mentioned that that's the current

9    states of registrations.  Has Hispanic Federation

10   previously registered voters in other states?

11         A     Besides the ones I mentioned?

12         Q     Yes, sir.

13         A     Yes.

14         Q     I guess maybe we'll just pick the year

15   2018 to present.  From 2018 onwards, you know, were

16   there any other states that Hispanic Federation

17   conducted voter registration activities in, other

18   than the three we've discussed?

19         A     So direct voter registration for our HF

20   staff members or staff members paid under HF that

21   have registered voters, I would have to include

22   Georgia, New Jersey, and Connecticut.  Those are the

23   places where HF personnel has registered voters.

24         Q     And then prior to 2018, other than the six

25   states we've discussed, can you think of any other

1  states that Hispanic Federation has conducted voter

2  registration activities in?

3       A     Not to my knowledge.

4       Q     I guess this is a natural point to ask,

5  you know, what is Hispanic Federation, generally

6  speaking?

7       A     So we're a 501(c)(3) nonprofit,

8  nonpartisan organization that's headquartered out of

9  New York.  We were founded in 1990.

10      Q     And what sort of things does Hispanic

11 Federation do or focus on?

12      A     So our mission is to advance and empower

13 the Latino community that lives in the United

14 States.  We do this through -- majorly through six

15 different departments that are the environmental

16 department, immigration department, economic

17 empowerment, health, civic engagement, and

18 education.

19      Q     And how is Hispanic Federation structured?

20      A     So we have a president and CEO, we have a

21 board of directors, and then we have about six

22 regional offices.  And then, you know, beneath the

23 presidency you have senior staff, state directors,

24 midlevel staff, and things like that.

25      Q     And does Hispanic Federation also have --

20

1    I guess, is that president part of what's called an

2    executive committee?

3        A    We would call it "senior team," but, yes,

4    we have a president, CEO and, you know, an executive

5    senior team, yes.

6        Q    Sure.  And do they serve at the pleasure

7    of the board of directors?

8        A    I believe they do.

9        Q    Now, does Hispanic Federation have -- I

10   guess what we've been talking about, would you

11   describe that as kind of the national organization?

12       A    Yes, we are a national organization.

13       Q    Does Hispanic Federation have any kind of

14   local chapters or state-specific chapters?

15       A    We don't call them "chapters," but we have

16   state offices in Connecticut.  We have one in

17   Washington, D.C.  We have one in Chicago; we have

18   one in Charlotte, North Carolina; one in Mount

19   Olive, North Carolina; in Orlando, Florida; and then

20   in San Juan, Puerto Rico.

21       Q    Understood.  So, no sub-entities then?

22   Everything that's Hispanic Federation is kind of

23   part of that national organization?

24       A    Correct.

25       Q    Generally speaking, are there policies

1    that govern Hispanic Federation?

2         A    Yes.

3         Q    What sort of policies come to mind?

4         A    I mean, we have a guidebook of about 40,

5    50 pages, but yeah.

6         Q    And when you say a "guidebook," is that an

7    employee handbook or something different?

8         A    Yeah, it's an employee manual.

9         Q    Aside from the employee manual, are there

10   any other sorts of policies at kind of a broad

11   national level that Hispanic Federation operates

12   under?

13        A    Not to my knowledge.

14        Q    And I guess maybe drilling down a little

15   bit, are there any specific policies with respect to

16   Hispanic Federation's voter registration activities

17   that you all maintain?

18        A    Yes, we have state-specific voter

19   registration policies for our operations.

20        Q    When you say "state-specific voter

21   registration policies," does that include policies

22   for Florida?

23        A    Yes.

24        Q    Does it include policies for New York?

25        A    Yes.

1      Q     And policies for North Carolina?

2      A     Yes.

3      Q     Are -- or I guess, what sort of policies

4  does Hispanic Federation maintain for Florida

5  specifically with respect to voter registration

6  activities?

7      A     Well, I would say that overall our process

8  is very similar in most of the states.  What changes

9  is that we have to take into consideration state

10  laws and regulations requiring -- regarding voter

11  registration.  I'll give you an example.

12          In North Carolina, there is no limit --

13  there's a voter registration deadline, but once you

14  collect the form, you're not required to, for

15  example, deliver it 10 days after collecting it,

16  like in Florida.  So the North Carolina handbook

17  doesn't specifically mention that you have to

18  deliver them 10 days because of the law.  So those

19  are kind of like some of the changes that you would

20  have.

21      Q     And you mentioned the North Carolina

22  handbook.  Is this something separate from kind of a

23  general handbook that the national entity would have

24  for all of its activities?

25      A     Well, the employee manual is given to

23

1    everyone in Hispanic Federation; however, if it's a

2    very small -- it's a smaller team that works with

3    civic engagement --

4         Q    Okay.

5         A    -- so these procedures would only be

6    provided to anyone that would work a voter

7    registration operation in this case, because even

8    voter registration and other civic engagement

9    operations are different.

10        Q    So then that means, or I understand that

11   to mean that that would be a separate document kind

12   of from the employee handbook?

13        A    Yes.

14        Q    And specific to Florida, that particular

15   policy document, is it just contained in one

16   document or multiple documents for voter

17   registration activities?

18        A    It's contained in basically a training

19   that we provide.

20        Q    So are Hispanic Federation's voter

21   registration, kind of, training materials for

22   Florida all contained in one document?

23        A    I would say yes, and it's because since

24   I've been employed by Hispanic Federation, we've had

25   to change the training materials every year because

1    laws and regulations have changed.  So basically

2    we've had to kind of like make sure people don't

3    have the wrong document.

4         Q    And I guess I'm drawing down a little bit

5    more in the Hispanic Federation kind of how it

6    operates.  So I understand that you have a national

7    structure, that there are not local chapters, but

8    does Hispanic Federation have, you know, what would

9    commonly be referred to as any members?

10        A    Can you define "members"?

11        Q    Sure.  So maybe not defining, but I guess

12   different entities kind of describe their membership

13   differently, so I guess my question is:  To your

14   knowledge, does Hispanic Federation have what it

15   considers to be members?

16        A    Yes, we have member organizations that are

17   part of our network.

18        Q    And are those membership organizations

19   separate entities with their own, kind of, governing

20   structures?

21        A    Yes.

22        Q    So are any of those membership entities

23   under the direct control or, kind of, authority of

24   Hispanic Federation?

25        A    No.

1      Q      And do those membership organizations work

2   on a variety of activities, including voter

3   registration activities?

4             **MS. GALINDO:**  Object to form.

5   BY MR. PRATT:

6      Q      You can answer.

7      A      So I would say that they work in, like,

8   different things, right?  They just serve the Latino

9   community, and a minority of them actually do voter

10  registration.

11     Q      To your knowledge, are any of those member

12  organization entities affiliated with Hispanic

13  Federation, are any of them third-party voter

14  registration organizations?

15     A      Not to my knowledge.  No, I don't think

16  so.

17     Q      And I guess separate from any member kind

18  of entities, are there any other types of

19  memberships of Hispanic Federation?  For example,

20  can an individual person sign up to be a member of

21  Hispanic Federation?

22     A      No.

23     Q      And then I'm setting aside kind of

24  membership organizations.  Does Hispanic Federation

25  have volunteers that are kind of under its authority

26

1   or control?

2        A    We work with volunteers sometimes in some

3   events but not for voter registration.  Like we

4   specifically don't allow volunteers to do voter

5   registration.

6        Q    Sure.  So no volunteers would do voter

7   registration activities for Hispanic Federation in

8   Florida?

9        A    No.

10       Q    And none in New York or North Carolina?

11       A    In North Carolina, I think we might have

12  worked with one or two volunteers in my time here.

13       Q    Okay.  So turning back to the employees of

14  Hispanic Federation, do some of them work on voter

15  registration activities?

16       A    Yes, some of our employees work on voter

17  registration activities.

18       Q    Approximately how many Hispanic Federation

19  employees work on such activities in Florida?

20       A    As of now, three.

21       Q    And is that number consistent with past

22  numbers or different in Florida?

23       A    Different.

24       Q    What number of employees has Hispanic

25  Federation employed in the past with respect to

1   voter registration activities in Florida?

2            **MS. GALINDO:**  Object to the form.

3   BY MR. PRATT:

4        Q    You can answer.

5        A    I would say that it depends on the year.

6   Last year, in 2022, our last operation I think at

7   our peak we had about 50, 70, between 50 to 70

8   people.  And I know in 2019, it was around that

9   number or even bigger.  So it varies, depending on

10  the election year.

11       Q    And since Hispanic Federation primarily,

12  at least in Florida, only uses employees for voter

13  registration activities, does it kind of take from

14  the pool of preexisting employees and kind of ramp

15  up as needed for those activities?

16           **MS. GALINDO:**  Object to the form.

17       A    No.  No.  We -- most of our civic

18  engagement -- most of the people that work in civic

19  engagement or voter registration I would say are --

20  only work in voter registration during their time

21  working at HF.

22  BY MR. PRATT:

23       Q    And are these employees that are employed

24  year round or does it depend on the election cycle?

25           **MS. GALINDO:**  Object to form.

1      A      It depends -- it depends on the election

2  cycle.

3  BY MR. PRATT:

4      Q      How does it depend on the election cycle

5  typically?

6      A      So I'll give you an example.

7             2022, you know, is a midterm election

8  year, and that normally brings in more funding than

9  in years that are not a midterm election.  So that

10 would mean that we would be able to hire more people

11 or that the campaign would be a little bit longer

12 versus a year like 2021 or a 2023 that there might

13 not be elections at the state level or Congressional

14 level, so campaigns tend to be shorter and with less

15 staff.

16     Q      Understood.  So what would you describe as

17 the reason for there being fewer employees this year

18 compared to last year at this point in time?

19             **MS. GALINDO:**  Objection to form.

20 BY MR. PRATT:

21     Q      You may answer.

22     A      So if we're talking about 2023

23 specifically compared to other years, we have seen a

24 sizable reduction in funding interest because of the

25 current environment towards voter registration in

1    the State of Florida.

2         You know, conversations were had at the

3    beginning of the year for funding, but then as

4    SB 7050 was rolled out, the sense was that funding

5    froze until, A, the bill was passed, but also the

6    rule-making process was completed because there was

7    a lot of -- a lot of uncertainty about how

8    operations could be run.

9         After rules, the rule making of SB 7050

10   was completed, that's when, kind of, funders came

11   back to the table.  And as a nonprofit, especially

12   for this type of work and the extent that we want to

13   do it, we definitely need funding support to be able

14   to do this work.

15        So I think that the number 1 reason why

16   it's different this year is because there was a lot

17   of uncertainty in how a third-party voter

18   registration organization could run a voter

19   registration program in Florida and that in its turn

20   froze funding opportunities.

21        Q    And then turning back to the canvassers

22   that Hispanic Federation employs, what sort of

23   materials do you all provide them when they're

24   onboarded?

25        A    Well, once they're onboarded, the first

1   thing that they do is that they go through a

2   training that's at least half a day that includes a

3   PowerPoint presentation, presentations from our

4   quality control staff, our civic engagement staff.

5   They are provided a copy of that PowerPoint.

6           They're also sent out on the field with

7   veteran canvassers for one or two days, and they're

8   provided checklists.

9           And we also -- you know, one of our

10  phrases is that when does training end?  It never

11  ends.  We do continuous training every single day,

12  just reminders to canvassers of a lot of the

13  different things that they need to do or that they

14  can't do when registering voters.

15      Q    And when you referenced PowerPoint

16  training, is that the kind of training document that

17  you were referring to earlier?

18      A    Yes.

19      Q    And aside from that training document, or

20  I think you mentioned checklists that you give to

21  the canvassers, are there any other documents that

22  are provided to 3PVRO canvassers by Hispanic

23  Federation?

24      A    Not related to training.  So we'll give

25  them, like, flyers explaining our work and things

1  like that --

2       Q    Sure.

3       A    -- in case people ask.

4       Q    And you mentioned a checklist, I think,

5  that's provided to them.  Would you mind describing

6  what that is?

7       A    Yeah, it's literally a checklist of, like,

8  hey, you know, you come in, report to the office,

9  make sure that you know where your canvass location

10 is going to be, make sure that you get your packet

11 for today, make sure that you count how many forms

12 we gave you at the beginning of the shift.

13          It lets them know that they need to report

14 their location every time they go to a location,

15 that at the end of the shift they need to, you know,

16 hand in all the forms that they both completed and

17 also -- you know, basically every form that we gave

18 them.  If we gave you 20 forms, you need to give us

19 back 20 forms.

20          So basically just kind of, like, details

21 their day.  It even lets them know, like hey, to

22 take a break and, you know, drink some water.

23      Q    And these two documents you've been

24 discussing, the PowerPoint and the checklist,

25 they're provided to Hispanic Federation's Florida

32

1  canvassers.  Are similar documents provided to its

2  canvassers in New York?

3      A    So New York is a little bit diff --

4      **MS. GALINDO:**  Objection.

5      A    Sorry.

6  BY MR. PRATT:

7      Q    You may answer.

8      A    New York is a little bit different because

9  we don't have canvassers.  It's our -- it's kind of

10 like our state director that has been doing it for a

11 long while.

12     Q    And what about for North Carolina?

13     **MS. GALINDO:**  Same objection.

14     A    Yes, we also provide them with a

15 checklist.

16 BY MR. PRATT:

17     Q    And aside from the PowerPoint and the

18 checklists, are there any other policies that

19 Hispanic Federation maintains with respect to voter

20 registration canvasser activities?

21     A    Not to my knowledge.  I know that we're

22 currently working on a new guide for processes.

23     Q    And when did Hispanic Federation's work

24 begin on that new guide?

25     A    Must have been like one or two weeks ago,

1   maybe.

2        Q    Okay.  So is there, I guess, a current,

3   kind of, draft form of that new guide in the works?

4        A    I would say that there are some of it that

5   have been drafted, yes.

6        Q    And then I guess looking at Florida

7   specifically, aside from the current, kind of,

8   PowerPoint guide that you all maintain for your

9   canvassers, do you maintain prior versions of that

10  guide?

11       A    I would really have to check.  We normally

12  try not to because since things have changed so

13  much -- and I'll give you an example.

14            In 2022, when we were running programs

15  before SB 7050 was passed, they had changed the

16  amount of days that you could deliver a form to

17  14 days, and then when SB 7050 was passed, they

18  changed that again back to 10 days.  So we try to

19  make sure that we don't have outdated copies out

20  there because we don't want people to, kind of,

21  like, confuse some of the new rules and regulations

22  and for us to face fines.

23            Another example is that SB 7050 is now

24  requiring receipts for you to be handed over to a

25  voter when they're registered, but under SB 90,

1    which was the law that was approved in 2021 and that

2    we were under in 2022, they had to sign -- it wasn't

3    a receipt, but they also had to sign what we called

4    an SB 90 form, which was basically letting --

5    confirming that you know that we -- our organization

6    may or may not hand in the voter registration late.

7              So, again, because of those changes, we

8    try not to have those old copies for people to find

9    because they might get confused and do something

10   that are not our new rules and procedures.

11        Q    Sure.  And does Hispanic Federation -- I

12   guess, do the employees have, kind of, official

13   e-mail accounts through Hispanic Federation?

14        A    Permanent employees do.  Canvassers do

15   not.

16        Q    And do Hispanic Federation employees ever

17   share, you know, training materials or policies

18   through their e-mail accounts?

19        A    Probably, yes.

20        Q    Do you know whether Hispanic Federation

21   searched its e-mail accounts for prior versions of

22   these policies we've been discussing?

23             **MS. GALINDO:**  Objection, to the extent

24        that it seeks any privileged information, and I

25        instruct my client not to reveal the content of

1      any conversations with attorneys in his

2      response.

3      A     So everything that we produced was through

4   the advice of counsel.

5   BY MR. PRATT:

6      Q     Understood.  But in your searching for

7   documents, did you -- did Hispanic Federation search

8   its e-mails for documents?

9           **MS. GALINDO:**  Same objection.

10     A     We talked to counsel about the process,

11   and they were the ones that worked with us to make

12   sure that we provided what was needed for discovery.

13   BY MR. PRATT:

14     Q     So what was Hispanic Federation's process

15   of searching; not asking for conversations with

16   counsel or advice they gave you on what was

17   privileged or not, but I guess just kind of a nuts

18   and bolts of it, how did Hispanic Federation search

19   for documents?

20     A     We worked with counsel for the search of

21   documents.  I believe there were some searches.

22     Q     Do you know whether the searches included

23   Hispanic Federation's work e-mail accounts?

24           **MS. GALINDO:**  Same objection.

25     A     I -- I think so.

1    BY MR. PRATT:

2        Q    Do you know whether the searches included

3    Hispanic Federation employees' personal phones?

4            **MS. GALINDO:**  Objection for privilege, and

5        I instruct my client not to reveal the subject

6        of any conversations with attorneys in his

7        response.  And also objection to form.

8        A    So for everything that we produced, we

9    made sure to work with our legal counsel to provide

10   the information.

11   BY MR. PRATT:

12       Q    And does Hispanic Federation maintain any

13   internal servers where it keeps documents?

14       A    I believe we have internal servers, yes.

15       Q    What sort of application do you all use?

16   Is it something like a SharePoint or a Google Drive

17   or something else to maintain documents?

18           **MS. GALINDO:**  Objection to the form.

19       A    I think it's SharePoint.  SharePoint and

20   OneDrive; I think it's the other -- the other one.

21   BY MR. PRATT:

22       Q    And without asking for any privileged

23   information, such as any conversations you may have

24   had with your counsel or instructions they may have

25   given you, do you know whether Hispanic Federation

1    searched its SharePoint files for documents produced

2    in this case?

3        A    I know that we worked with counsel to make

4    sure that we provided relevant documents for

5    discovery.

6        Q    And with respect to the 3PVRO canvassers

7    that Hispanic Federation employs, would you mind

8    describing for us kind of what that employment

9    relationship looks like or how it works?

10            **MS. GALINDO:**  Objection to form.

11   BY MR. PRATT:

12       Q    You may answer.

13       A    Normally canvassers, at least up until

14   this year, canvassers have worked with us normally

15   about 28 hours a week.  Some of them have worked

16   either 32 or 40 hours, depending on their position.

17   And mostly the employment lasts for -- at its most,

18   since I've been here, I would say the longest

19   campaign we've had was about five or six months.

20   Some canvassers start from the very beginning and

21   stay until the end.

22       Q    And what happens -- or does anything

23   happen after a campaign's finished with respect to

24   their employment?

25       A    Normally, contracts end right when the

1    voter registration campaign ends, which is around

2    the voter registration deadline.  Some of the

3    canvassers are retained to do get-out-the-vote work

4    if we're able to get funding, so that would extend

5    their work for about four more weeks.  So that's it.

6        Q    And the canvassers that Hispanic

7    Federation employs directly in Florida for voter

8    registration activities, are they employed directly

9    by Hispanic Federation?

10       A    Yes.

11       Q    So they're not employed through any third

12   party that you all contract with?

13       A    No.

14       Q    And then coming back to a little bit about

15   Hispanic Federation's voter registration-related

16   policies, does Hispanic Federation have a formal

17   investigation process for potential misconduct by

18   canvassers?

19           **MS. GALINDO:**  Objection to form.

20       A    Can you define "potential misconduct"?

21   BY MR. PRATT:

22       Q    I can perhaps rephrase.

23           Does Hispanic Federation, for its 3PVRO

24   canvasser employees in Florida, have any sort of

25   process for looking into any concerns it may have

1   with respect to those canvassers' voter registration

2   activities?

3          **MS. GALINDO:**  Objection to form.

4      A     I mean, we have a quality control process

5   whose, you know, main purpose is to catch any

6   irregularities if they happen.

7   BY MR. PRATT:

8      Q     And would you mind describing for us what

9   Hispanic Federation's quality control process is?

10     A     So I would say the quality control process

11  starts with training.  You know, we talk to

12  canvassers to make sure that they understand all the

13  rules and regulations when it comes to registering

14  voters in Florida.  We also let them know how to

15  answer any questions that voters may have when

16  voters are filling out the voter registration form,

17  and also how to let voters know, for example, what

18  are the fields that need to be completed to have a

19  complete voter registration form.

20          After the canvassers hand in the voter

21  registration forms after their shift, they do so in

22  what we call voter registration packets.  A packet

23  basically has a cover sheet that includes how many

24  voter registration forms that canvasser had on their

25  shift; how many they returned completed,

1   uncompleted, et cetera; and also the location where

2   canvassers were doing the collection.

3          Because of SB 7050, now that packet also

4   includes the receipts that we need to give to a

5   voter once they're registered to vote and complete

6   their voter registration form, plus the voter

7   registration forms that they collected.

8          Once they give us the packet, the packets

9   are scanned, redacted, and then uploaded into a

10  quality control and voter registration tracking

11  software.  The physical packet itself is kept

12  locked -- kept under lock and key, and only two

13  staff members -- or basically the quality control

14  staff members have access to those forms.

15         Once the quality control process is

16  completed, the forms are delivered.  And as part of

17  our quality control process, we also make sure to

18  keep a receipt from the Supervisor of Elections

19  office or confirmation -- in the case that we were

20  mailing out the forms to the Department of State --

21  confirmation that they were received through a

22  certified-mail receipt that's also uploaded into

23  that quality control and tracking software so that

24  we, again, have confirmation that those were

25  completed.

1          So that's basically how the process goes.

2          We also do what's called visual

3     inspection, right; make sure that, like, when a form

4     gets in that's completed, that there isn't anything

5     that might be wrong.

6          And we also -- our staff also does quality

7     control checks and calls, which are very similar to,

8     kind of, like a customer service call, right.  They

9     will call you and say, like, hey, did you register

10    in this location with one of our staff members; yes;

11    well, that's great; you know, did they treat you

12    well, is there any questions that you may have?

13         So that also helps us be able to contact

14    people just to make sure that they don't have any

15    questions about the process or anything else.

16    Q    And you mentioned that there are employees

17    at Hispanic Federation that kind of work on this

18    quality control aspect.  Do you know how many

19    employees perform that role?

20    A    It depends.  Every year it's going to

21    depend on the amount of voter registrations that we

22    collect.  In 2022, I believe we had a team of five

23    people.

24    Q    And the persons who work on this quality

25    control process, are they part of the canvassers

1   that Hispanic Federation hires to staff up for each,

2   kind of, election cycle?

3          **MS. GALINDO:**  Objection to form.

4          A    So they're part of our team, but they're

5   not canvassers, per se.  You know, we hire them as

6   part of the temporary hires that we do, but quality

7   control staff doesn't go out and register voters;

8   they just work on quality control.

9   BY MR. PRATT:

10         Q    Understood.  So these, kind of, temporary

11  hires for quality control, they're not, kind of,

12  staff members that are already on staff with

13  Hispanic Federation?

14         A    No, they're -- the only person that's a

15  permanent staff member is their supervisor.

16         Q    And when you refer to "supervisor," is

17  that just one person who supervises Florida's, kind

18  of, 3PVRO registration activities?

19         A    So technically, the way that we have it

20  structured, we have a community engagement director

21  as a position now that kind of oversees all of our

22  civic engagement operations.  However, quality

23  control staff -- because they're doing quality

24  control and we want them, kind of, removed from some

25  of those daily operations -- are supervised by the

1    national outreach manager even though that other

2    director also has, kind of, like, some supervisory

3    roles.

4        Q    Sure.  So just for clarity of the record,

5    would you mind just describing, kind of, Hispanic

6    Federation's, you know, for lack of a better term,

7    kind of, how the org chart works for, kind of,

8    overseeing, you know, from the ground up its

9    canvassers?

10            **MS. GALINDO:**  And, Mr. Pratt, when

11       convenient, may we have a quick restroom break

12       of like two minutes, but I understand there's a

13       question pending.

14        **MR. PRATT:**  I actually don't mind just

15       pausing this question and picking back up.

16            So, Madam Court Reporter, if you wouldn't

17       mind going off the record?

18            **THE STENOGRAPHER:**  Okay.

19            (A break was taken from 10:56 a.m. until

20       11:00 a.m.)

21            **THE STENOGRAPHER:**  On the record.

22        **MR. PRATT:**  Thank you.

23    BY MR. PRATT:

24        Q    Mr. Velez, just to, kind of, turn back to

25    the last question before we paused, would you mind

1    just explaining, kind of, how Hispanic Federation

2    oversees its 3PVRO canvassers in Florida,

3    particularly with, kind of, organizationally, kind

4    of, who oversees that in terms of their positions?

5         A    So it also depends on the election cycle,

6    right, but -- and to give you the example of 2022,

7    we had two, three, four -- we had about four

8    satellite offices -- one in Hillsborough, one in

9    Polk, one in Miami-Dade, and then -- well, three

10   satellite offices and then our main office in Orange

11   County.  In each of those offices, we had canvassers

12   who were supervised by canvass leads.  Normally we

13   try to keep canvass leads in, like, one for every

14   four to five canvassers ratio.

15              And then those canvass leads are

16   supervised, in turn, by the canvass director.  The

17   canvass director also supervises that region's

18   quality control staff because every region would

19   have a quality control staff.  All of the canvass

20   directors, in turn, are supervised by our community

21   engagement director, or civic engagement director,

22   depending on -- in previous years it was the civic

23   engagement director -- and then that person, in

24   turn, is supervised both by myself as the national

25   civic engagement director and the Florida state

1    directors.

2          And, as I had mentioned before, the

3    quality control staff also have, kind of, like a

4    supervisor that works hand in hand with the

5    community engagement director, who's the national

6    outreach manager and who's been doing quality

7    control for years, so she's been the person in

8    charge of working the day-to-day with canvass --

9    with quality control staff members.

10         Q    And speaking to the quality control

11   process that Hispanic Federation employs, I think

12   you mentioned that there's a process by which

13   completed voter registration applications are

14   uploaded; is that right?

15         A    We --

16         **MS. GALINDO:**  Objection to form.

17         A    We upload redacted voter registration

18   forms.

19   BY MR. PRATT:

20         Q    Sure.  Would you mind describing for us

21   what that process entails?

22         A    So when a packet comes in, after there's a

23   visual inspection done, the packet is scanned, then

24   we use redaction software to take out the voter's

25   signature or to -- I don't mean take out, to redact,

1    or, like, give basically a black block that you put

2    over it to the voter's signature, as well as their

3    driver's license and their Social Security number

4    because, you know, you only need to put in one, but

5    sometimes people add both.  So we redact those, and

6    then it's uploaded into the system.

7        Q    And when you say "uploaded into the

8    system," you know, what is that system?

9        A    It's a third-party voter registration

10   quality control and tracking software.

11       Q    So this third-party software, is that

12   something that you, kind of, have a business

13   contract relationship with a third-party vendor?

14       A    We don't have a contract directly with

15   them.

16       Q    So does another entity other than Hispanic

17   Federation have that contract with that third-party

18   entity?

19       **MS. GALINDO:**  Objection to form.

20       A    I don't know if they have a contract, but

21   we gain access to Blocks through the relationship

22   they have with our funders.

23   BY MR. PRATT:

24       Q    And this relationship they have, are they

25   a member organization of Hispanic Federation?

1              **MS. GALINDO:**  Objection to form.

2       A     Sorry, you mean -- I mean, none of those

3  are a member of the organization, but I don't know

4  if you mean the third-party organization or you mean

5  the funder?

6  BY MR. PRATT:

7       Q     The funder.

8       A     Yeah, they're not a member of the

9  organization of HF.

10      Q     So Hispanic Federation, does it have any

11 signed contract with this third-party entity that

12 you upload the voter registration applications to

13 for redaction?

14             **MS. GALINDO:**  Objection to form.

15      A     To the best of my knowledge, we don't have

16 a contract with them.

17 BY MR. PRATT:

18      Q     How does Hispanic Federation ensure that

19 that third-party organization maintains the

20 confidentiality of any completed voter registration

21 applications that are uploaded to it?

22             **MS. GALINDO:**  Objection to form.

23      A     When you mean -- when you mean

24 "confidentiality," like, what do you mean?  Are

25 there specific, like, you know --

1  BY MR. PRATT:

2      Q    Sure.  Maybe just I'll ask a question

3  about the process, that may help clear it up for me.

4           Does Hispanic Federation redact the voter

5  registration applications before uploading it to

6  this Blocks software?

7      A    Yes.

8      Q    Okay.  So looking at the Blocks software,

9  is that something that this third-party entity the

10 Hispanic Federation doesn't have a contract with, is

11 that something that they maintain?

12         **MS. GALINDO:**  Objection to form.

13     A    I -- I guess that that third-party

14 software, what they have access to is the redacted

15 voter registration application that we uploaded.

16 BY MR. PRATT:

17     Q    Understood.  That's helpful.  Thank you.

18         So the third-party software -- or I guess

19 the entity, what's their name?

20         **MS. GALINDO:**  Objection to form.

21     A    The software -- the software is called

22 Blocks.

23 BY MR. PRATT:

24     Q    Do you know who the vendor of Blocks is?

25     A    I think their name is Logi -- Logitech.

1      Q    So when the redacted voter registration

2  applications are uploaded by Hispanic Federation to

3  Blocks, who then is reviewing those to ensure that

4  the redactions are completed?

5           **MS. GALINDO:**  Objection to form.

6      A    I'm sorry, could you -- could you repeat

7  the question?

8  BY MR. PRATT:

9      Q    Sure.  And I'll rephrase.

10          So what is the purpose of uploading it to

11  the Blocks software?

12     A    So Blocks acts both as a quality control

13  software; it also acts as tracking.

14          So basically, you know, part of this is

15  not only registering folks, but making sure that

16  their voter registration is submitted in a timely

17  manner to the Supervisor of Elections so that that

18  person can be registered to vote.

19          So I would say the goal is -- it's dual --

20  it's two, right?  Goal number one is being able to

21  go through a quality control process through third

22  parties who are not in our operation, which is, you

23  know, that's always kind of like the gold standard

24  of quality control in customer service.

25          And then on the other side, it's also

1   confirming that everything that we collected or that

2   we said was collected was indeed, A, collected and,

3   B, was submitted to the SOE or to the Department of

4   State in the appropriate time that it had to be.

5       Q    And after the redacted voter registration

6   applications are uploaded to Blocks, is someone else

7   then looking at them to perform potential additional

8   redactions or to check the work?

9           **MS. GALINDO:**  Objection to form.

10      A    So I don't -- I'm unaware if they do

11  additional redactions; I don't think they do that.

12  I do know that they are able to view the contact

13  information.  Because I don't know if they're able

14  to view the form, I know that they are able to at

15  least view the contact information from a voter, as

16  well as, like, where they were approached to get

17  registered, because that's basically the basis of

18  the quality control process.

19  BY MR. PRATT:

20      Q    And does there come a point in time where

21  a registration application that's been uploaded is,

22  for-- lack of a better term, checked as being ready

23  to move to the next step of the process?

24          **MS. GALINDO:**  Objection to form.

25      A    Yes.  One of the statuses is "ready for

1    delivery," or basically the quality control process

2    has been done.

3    BY MR. PRATT:

4         Q    What happens after the quality control

5    process is done and something is checked "ready for

6    delivery"?

7         A    As I mentioned before, we deliver the

8    packets to -- well, now because of changes in

9    SB 7050 and SB 90, we mail the completed voter

10   application forms to the Department of State,

11   Division of Elections, with certified mail, and we

12   put that certified mail receipt, we upload a copy of

13   it into that software to, kind of, like keep track.

14        And then, depending if we ask for a

15   signature confirmation, we also will upload that

16   signature confirmation that the Department of State

17   received the copy.

18        Prior to this year, we would upload signed

19   receipts from the SOE's office confirming that they

20   received X number of applications.

21        Q    And how often does Hispanic Federation

22   send in these forms to the Division of Elections?

23        **MS. GALINDO:**  Objection to form.

24        A    Well, because there's now a 10-day

25   timeline, we normally are making these mailings at

1  least three times a week, two to three times a week.

2  BY MR. PRATT:

3      Q    And to your knowledge, has the -- or I

4  guess, let me scratch that.

5          What vendor service does Hispanic

6  Federation use to send these physical, completed

7  voter registration application forms to the

8  division?

9      A    We use USPS.

10      Q    Is that USPS with return receipt

11  requested?

12      A    Certified mail, return receipt, yes.

13      Q    To your knowledge, has the U.S. Post

14  Office ever not delivered a completed voter

15  registration application on your behalf to the

16  division?

17          **MS. GALINDO:**  Objection to form.

18      A    To my knowledge, that has never happened.

19  BY MR. PRATT:

20      Q    Then turning back to -- a little bit

21  related to the quality control process, once

22  completed voter registration applications have been

23  redacted by Hispanic Federation, does Hispanic

24  Federation -- okay, sorry, let me rephrase.

25          So after completed voter registration

1    applications have been sent to the division, does

2    Hispanic Federation retain those digital copies we

3    spoke about earlier?

4            **MS. GALINDO:**  Objection to form.

5        A    So we don't keep any copies.  Our

6    procedure is that once the voter registration forms

7    are scanned, they have to be redacted at that same

8    moment.  And the unredacted digital versions are

9    deleted and then deleted in the trash.

10            And then once we upload and confirm that

11   those redacted voter registration forms are in the

12   third-party software, then they're deleted also from

13   the computer.

14   BY MR. PRATT:

15       Q    And with respect to those latter redacted

16   forms being deleted from the computer, are they

17   maintained in any way by Hispanic Federation after

18   that deletion?

19       A    To the best of my understanding, the only

20   way that we can access those are through Blocks.

21       Q    So does Blocks still retain a copy of the

22   redacted voter registration applications?

23            **MS. GALINDO:**  Objection to form.

24       A    Yes.

25

1   BY MR. PRATT:

2       Q    But is my understanding correct -- or

3   perhaps not my understanding -- does Hispanic

4   Federation maintain or retain any completed voter

5   registration applications after delivery to the

6   division?

7           **MS. GALINDO:**  Objection to form.

8       A    Sorry, how would we retain a form if we

9   deleted it already?

10  BY MR. PRATT:

11      Q    The copy, additional copy?

12      A    No.  Again, so just to be clear of our

13  process, right, when we scan the completed voter

14  registration form, that scan is redacted.  Once it's

15  redacted, which has to happen in the same day, that

16  first digital scan that we do is deleted from the

17  computer and from the trash bin so that no one has

18  access to it.

19          Then that redacted form is uploaded into

20  Blocks, and the redacted form is also deleted from

21  our computers and our recycling bin so that the only

22  redacted -- the only access that we would have to

23  any type of copy of that voter registration form

24  would be the redacted version in Blocks, but it

25  wouldn't be in our computers.

55

1    Q    Understood.  Thank you.

2    A    Yeah.

3    Q    And when did Hispanic Federation adopt

4  this process of deleting completed voter

5  registration application digital copies?

6         MS. GALINDO:  Objection to form.

7    A    It's my understanding that from the very

8  first time we started using Blocks, we've had that

9  procedure.

10  BY MR. PRATT:

11   Q    And turning back to Hispanic Federation's

12  kind of canvasser-related voter registration

13  policies, does Hispanic Federation have a formal

14  process for investigating any complaints it may

15  receive regarding canvassers?

16   A    When you talk about "complaints," like any

17  type of complaints?

18   Q    Correct.  Yes.

19   A    To be honest, we don't receive complaints,

20  but if we did, I would say it would be on a

21  case-by-case basis.

22   Q    So no formal, kind of, internal documents

23  that, kind of, memorialize how Hispanic Federation

24  would handle any complaints it may receive with

25  respect to its canvassers?

56

1    A    I don't think there's a detailed process

2   that says, like, for each instance that, like,

3   explains how this happens, like, this will happen.

4   And I think the process is that, you know, on a

5   case-by-case basis, depending on what the complaint

6   is.

7         **MS. GALINDO:**  Belated objection to form.

8   BY MR. PRATT:

9    Q    And does Hispanic Federation have a

10  process for tracking any complaints it may receive

11  with respect to its canvasser employees?

12   A    It also will be on a, kind of, like a

13  case-by-case basis if we decide to keep internal

14  reports.

15   Q    Does Hispanic Federation have a phone

16  number or e-mail address where persons can relay any

17  concerns regarding canvassers to?

18   A    We have a hotline, and we also have phone

19  numbers that anyone can call to talk about HF or our

20  operations.  But I wouldn't say that it's

21  specifically for canvassers, just overall.

22   Q    And what are the consequences for a

23  canvasser who may violate any of Hispanic

24  Federation's voter registration-related policies?

25         **MS. GALINDO:**  Objection to form.

1      A     I would say, depending on which policies

2 are violated, it could be -- it could start from

3 retraining all the way to termination.

4 BY MR. PRATT:

5      Q     And how often does Hispanic Federation

6 revise its voter registration canvasser-related

7 policies?

8      A     Every time there's a change in

9 Florida-related voter registration rules and

10 regulations, which has been every year since I've

11 been here.

12      Q     And how does Hispanic Federation ensure

13 that those policies comply with the applicable laws?

14          **MS. GALINDO:**  Objection to form and calls

15      for a legal conclusion.

16 BY MR. PRATT:

17      Q     How does Hispanic Federation go about

18 revising policies subsequent to changes in law?

19          **MS. GALINDO:**  Same objection, and I also

20      have an objection to privilege and instruct my

21      client not to reveal the content of

22      conversations with any of his counsel in his

23      answer.

24 BY MR. PRATT:

25      Q     I'm requesting specific to the process of

58

1  how, not any conversations you may have had.  You

2  may answer.

3       A    We work with legal counsel to make sure

4  that we're following all rules and regulations.

5       Q    So each time that election legislation is

6  passed, does Hispanic Federation evaluate its

7  policies for compliance purposes?

8            MS. GALINDO:  Objection to form.

9       A    Each time they've done it in the last

10 three years, we've revised our policies and

11 procedures.

12 BY MR. PRATT:

13      Q    And is the same true for trainings related

14 to its employees who are canvassers?

15           MS. GALINDO:  Objection to form.

16      A    It's true to any type of rule, regulation,

17 or document that stipulates how we're going to be

18 registering voters in Florida.

19 BY MR. PRATT:

20      Q    And when was Hispanic Federation

21 registered as a 3PVRO in Florida?

22      A    I believe it was 2016.

23      Q    And what were the voter registration

24 policies for Hispanic Federation like after it first

25 became a 3PVRO in 2016?

1        **MS. GALINDO:**  Objection to form and to the

2     extent it calls for a legal conclusion.

3   BY MR. PRATT:

4        Q     You may answer.

5        A     So most of our process and procedures have

6   remained in place since the beginning of 2016 with

7   the changes and additions being related to changes

8   in Florida rules and regulations.

9             So, for example, ever since we started in

10  2016, one of our policies and procedures has been

11  that canvassers need to hand in their voter

12  registration forms at the end of their shift every

13  single day.  So that hasn't changed since 2016, but

14  one thing that has changed is the amount of days

15  that we have to drop off those voter registrations

16  to the SOE or to the Department of State.

17            Another procedure that has changed is that

18  we're no longer delivering the voter registration

19  forms to the Supervisor of Elections; we're mailing

20  them to the Department of State because of changes

21  in laws and regulations.

22            So I would say the overall skeleton of the

23  process is, kind of, like the same.  What we've

24  added in has been all these layers to make sure that

25  we're complying with the changes that the Florida

1   State legislature has done on our procedures.

2        Q    And is there any sort of formal revision

3   process for revising these canvasser-related voter

4   registration policies?

5        **MS. GALINDO:**  Objection to form.

6        A    I mean, when you say "formal," we don't

7   have it written down, but basically, you know, the

8   Florida -- the person who's leading at that time

9   civic engagement work in Florida will work with

10  their state director, with the legal counsel, and

11  with senior team and HR.  So it's a -- I would say

12  it's a review process by levels, I would say.

13  BY MR. PRATT:

14       Q    So aside from responding to any changes to

15  Florida law, does -- or has Hispanic Federation

16  updated its policies related to voter registration

17  activities for any other reasons?

18       A    I think there might have been some updates

19  on, kind of, like, you know, checking in, sending

20  your location, because there have been --

21  unfortunately, we live in a very polarized world and

22  I think -- well, I don't think, I've seen how every

23  year, like, things get a little less safe for

24  canvassers, so there have been some changes in

25  procedures that also have to do with safety or also,

1   like, we had to add, like -- suddenly what happens

2   is there's, like, an air quality control issue;

3   like, it happened to us in Charlotte last year.

4           So some things are added if something

5   happens, right, that we might not have thought of.

6   But the main reason for those procedures or changes

7   has been the policy changes to rules and regulations

8   regarding 3PVROs.

9       Q    And who at Hispanic Federation would be

10  involved in, kind of, the revision of policies

11  related to voter registration activities?

12      A    So currently, it would be the state

13  director; it would be me; our senior VP for policy

14  and communications would be involved; and also our

15  HR director, our COO, and our legal counsel.

16      Q    And when these policies are in the

17  revision process, is there ever a point where

18  they're presented to the executive committee for

19  review -- or not the executive committee, but the

20  officers of the organization?

21      A    So the COO is one of our officers, so they

22  would be the person, they would be the person in

23  senior team who would be overseeing it, along with

24  our senior VP.

25      Q    So switching to a little bit of a

1    different topic, how many employees does Hispanic

2    Federation have in Florida currently?

3        A    I believe it's 10.

4        Q    Okay.  And I believe you mentioned earlier

5    that currently, I think there are three Hispanic

6    Federation employees who focus on voter registration

7    activities in Florida; is that correct?

8        A    So I wouldn't say "focus on voter

9    registration activities" but are involved in our

10   voter registration activities because for -- not

11   any -- for -- like, that's not their only

12   responsibility for any of them.

13       Q    So for those three employees, are they a

14   subset of the 10 employees that you've referenced?

15       A    Yes.

16       Q    So currently does Hispanic Federation

17   employ any canvassers in Florida?

18       A    As of today, no.

19       Q    And does Hispanic Federation anticipate

20   onboarding 3PVRO canvassers for the 2024 cycle?

21           **MS. GALINDO:**  Objection to form.

22       A    Yes.

23   BY MR. PRATT:

24       Q    How many canvassers does Hispanic

25   Federation currently anticipate employing during the

1    2024 cycle?

2         A    You mean in Florida or nationally?

3         Q    Florida, yes, sir.

4         A    Again, I would say it depends on, like,

5    what our goals are going to be, what our funding is

6    going to look like.  But if it's similar to

7    presidential-year elections, I would say somewhere

8    around 60 to 70 canvassers.

9         Q    And when is that decision ordinarily made

10   in an election cycle in Florida by Hispanic

11   Federation?

12        **MS. GALINDO:**  Objection to form.

13        A    So it really depends.  I wish I could give

14   you, like, a specific date every year; it would

15   actually make my life easier if I knew a specific

16   date if we were going to get funding.

17             But, you know, there have been some years

18   where the decision we know about funding coming in

19   in the summer, there have been years when we've been

20   lucky and we've been able to know in February or

21   March, and there have been years where I actually

22   don't know until August or September.

23             What I will say is that this year has been

24   from -- since I've worked at Hispanic Federation --

25   this year -- and I'm including the years with the

1    pandemic -- has been the one that's the most -- that

2    there's the most uncertainty around when funding is

3    going to be available and how much is going to be

4    available in Florida.

5          So it really depends.  I'm hoping that we

6    can make a decision sooner rather than later.

7    BY MR. PRATT:

8          Q    And then, I guess speaking to Hispanic

9    Federation's employees more broadly, or potential

10   employees, rather, does it conduct background checks

11   for them?

12         **MS. GALINDO:**  Objection.  Relevance.

13   BY MR. PRATT:

14         Q    You may answer.

15         A    So for some employees we conduct

16   background checks.  Now, because of SB 7050, we now

17   have to conduct background checks for canvassers as

18   well, which we didn't do prior to this year.

19         **MS. GALINDO:**  And, Mr. Pratt, I just

20              wanted to highlight that the Hispanic

21              Federation plaintiffs aren't -- are only

22              challenging the non-citizen provision.  I know

23              the cases have been consolidated, but just to

24              let you know.

25         **MR. PRATT:**  Understood.  Thank you.

1    BY MR. PRATT:

2         Q    Would you mind describing for us what that

3    new policy is with respect to conducting background

4    checks?

5              **MS. GALINDO:**  Objection, relevance.

6         A    So from what I understand, every

7    prospective employee that would work on civic

8    engagement and voter registration in Florida will

9    now be subjected to a background check.  From what I

10   understand, it takes about two days for it to be

11   completed.  And we specifically look for federal

12   felonies and also some of the felonies that are

13   described there.

14   BY MR. PRATT:

15        Q    Turning back to Hispanic Federation's

16   canvassers that it employs in Florida, how many

17   canvassers were employed in the 2018 cycle?

18        A    So, question:  Are you asking how many we

19   employed, period, or, like, what was, like, our top,

20   because we -- you know, canvassers come in and

21   leave?

22        Q    Sure.  So I guess what was the total

23   number of canvassers that were employed by Hispanic

24   Federation in the 2018 general election cycle?

25        A    I would say more than a hundred.

1    Q    And same question for the 2020 general

2  election cycle in Florida?

3    A    For 2020 was about -- was about 40

4  canvassers because of the pandemic, and we switched

5  to remote work so we -- we hired less canvassers

6  than usual.

7    Q    And what about in the 2022 general

8  election cycle?

9    A    Well, in 2022 I know that we made offers

10  to at least 150 people, and at the most we had about

11  70 canvassers.

12    Q    And how does Hispanic Federation keep

13  track of what people are working on in Florida with

14  respect to its canvassing operations?

15    **MS. GALINDO:**  Objection to form.

16    A    We have a tracker through our HR provider.

17  BY MR. PRATT:

18    Q    And what sort of things does that tracker

19  keep track of?

20    A    Kind of, like, hours worked, you know, and

21  what region you're working under.  It's kind of,

22  like, our payroll system.  So, like, it helps us,

23  once our canvasser is no longer working with us,

24  that's updated.  So that, kind of, like, gives us

25  our real-time picture of who's working with us at

67

1  the moment.

2      Q    Does Hispanic Federation conduct periodic

3  reviews of its canvasser employees?

4      A    What do you mean by "reviews," like

5  performance reviews or a review of, like, who's

6  still working with us, is what you're asking?

7      Q    Any type of performance reviews during

8  their employment.

9      A    I don't -- I don't think we do performance

10 reviews; we just have some metrics we look at in

11 case and that, like, lets us know if, like, a

12 canvasser is not doing a good job, if we need to,

13 like, retrain them or reschedule them, or things

14 like that.

15     Q    What sort of metrics does Hispanic

16 Federation look at?

17     A    Percentage of forms completed, percentage

18 of forms that have a phone number so we can do

19 quality control, how many forms someone collected in

20 a field that were, like, forms per field hour,

21 things like that.

22     Q    And are those things that Hispanic

23 Federation keeps in documents?

24         **MS. GALINDO:**  Objection to form.

25     A    That's one of the things that Blocks also

1    tracks.

2    BY MR. PRATT:

3        Q    And what's the average length of time that

4    a canvasser remains with Hispanic Federation?

5        A    I would really say that it depends on the

6    cycle.  We've had canvassers that, you know, have

7    worked with us multiple cycles from day one to the

8    last day.  We've had canvassers who worked with us

9    for two or three days.

10            I would say, on average, it's just it's

11   hard to say, because it's -- yeah, I would say it's

12   hard to say, but usually some canvassers can stay up

13   to, like, four or six weeks.  Other canvassers can

14   just stay the whole program.

15       Q    And generally speaking, what types of

16   voter registration activities does Hispanic

17   Federation perform in Florida?

18       A    When you say "what type of voter

19   registration activities" --

20       Q    Sure.  Do the canvassers set up at tables?

21   Do they go to door to door?  Are there other methods

22   that they conduct their canvassing activities?

23       A    So I would say we conduct canvassing voter

24   registration activities in, like, two main ways.

25            The first one is that we go to either our

1   events or events from, like, member agencies or

2   partners or, you know, local festivals and things

3   like that to register Latino voters there.

4           And then the second way that we do it in

5   Florida usually is going to what we call "canvassing

6   locations," so you could be in front of like

7   Sedano's Supermarket, in front of like the DMV of

8   Osceola County.  We could go, you know, to a park.

9           So those are the two main ways that we

10  register voters.  We don't -- we've done it once or

11  twice, but we don't knock on doors or do, like, any

12  other type of voter registration.

13      Q    Does Hispanic Federation operate its

14  canvassing activities in all 67 Florida counties?

15      A    You mean for voter registration or for

16  other CE things, for other civic engagement

17  activities?

18      Q    Specifically voter registration, yes, sir.

19      A    So voter registration, since 2018, I think

20  we've been in about 12 to 14 counties.  We've done

21  work in Miami-Dade, Broward, and Palm Beach, and

22  then all of the counties in central Florida.  And in

23  some cases, I think we've gone to, you know, other

24  counties where we either have an event or a partner

25  has an event.  But I, like -- I know it's not all 67

1  of them, but I know it's more than like 14 or 15.

2       Q     And does Hispanic Federation provide paper

3  voter registration applications to individuals in

4  Florida?

5       A     Yes.

6       Q     Does it assist them in filling out

7  applications upon request?

8            **MS. GALINDO:**  Objection to form.

9       A     In some locations, upon request, our

10 canvassers have assisted voters with filling out the

11 form.

12 BY MR. PRATT:

13      Q     Would you mind describing for us what a --

14 what a canvasser's interaction with a voter would

15 typically look like when they're presenting them

16 with a paper voter registration application?

17           **MS. GALINDO:**  Objection to form.

18      A     Yeah.  So, you know, our canvassers are

19 trained to be in the staging locations, as I

20 mentioned, or canvassing locations, I should say, so

21 canvassing locations.  You know, sometimes it's a

22 grocery store or a pharmacy or an event like that.

23           So, like, we train our canvassers to make

24 sure, you know, they're being respectful, that when

25 they approach the person, and that they just let

1  them know that they're working with Hispanic

2  Federation and that they're here to help members of

3  the community who are eligible to vote, to get

4  registered, or to update their voter registration.

5  Because sometimes what people don't know is that --

6  you know, there's someone who's a new voter and has

7  never registered to vote.  And there's also people

8  who moved and need to update their voter

9  registration.

10          So we train them to let people know that

11  they can do both of that on the spot.  And, you

12  know, normally a canvasser will register 7 to

13  10 people on a shift.  Sometimes, you know, we've

14  had canvassers who've registered 30 people on a day

15  in a festival.

16          And normally the interaction is about two

17  to three minutes.  They, you know, will get the

18  clipboard to the person with a pen, and they'll just

19  go to the side and kind of, like, make sure the

20  person is filling out every one of the categories

21  that need to be filled out in the form to be

22  completed.

23  BY MR. PRATT:

24      Q    And you touched on this a little bit

25  earlier, but would you mind explaining what the

1    canvassers do with the completed registration forms

2    they receive once they've collected them at these

3    events?

4         A    Yeah.  So we give canvassers, like,

5    clipboards that are not just like the flat thing; we

6    give them one that will kind of like open and close,

7    if that makes sense.  They're kind of like plastic

8    ones that you can just open and close.

9              So once a canvasser -- once a voter

10   completes their voter registration form, we instruct

11   canvassers to put those forms inside the clipboard,

12   for many reasons, but to protect people's

13   information and to also make sure that, like, if it

14   rains -- in Florida it rains all the time -- or

15   anything happens, like the form doesn't get

16   destroyed or, you know, spilled or whatever.

17             So you know, once canvassers complete

18   their shift, they organize the voter registrations

19   they collected into packets, along with the receipts

20   that they collected or they provided to voters and a

21   cover sheet form.  And at the end of the shift, they

22   either -- they either give their packet to the

23   quality control staff or the canvass director,

24   depending on who greets them in the office.

25        Q    And after they've brought those -- I

1    guess, where would they bring the applications once

2    they're completed; is it a central location or is it

3    different offices?

4         A    So it would be their region office.  So if

5    they're working out of Miami-Dade, they would go

6    back to their Miami-Dade office to hand in the voter

7    registrations there.

8         Q    And at that point, is that when the forms

9    would be turned over for the quality control process

10   you described earlier?

11        A    Correct.

12        Q    Do the sorters and checkers of these, kind

13   of, completed voter registration applications

14   receive any training?

15        **MS. GALINDO:**  Objection to form.

16        A    I'm sorry, you said the "sorters and

17   checkers"?

18   BY MR. PRATT:

19        Q    Sure.  So upon the transfer of the

20   completed voter registration applications from the

21   canvasser to the central location, I imagine at that

22   point someone will have those completed voter

23   registration applications?

24        **MS. GALINDO:**  Objection to form.

25        A    Yes.  So the packet will have, you know,

1    when the canvasser hands him the packet, the packet

2    will say, you know, I received 20 voter registration

3    forms today, I went to Sedano's, I registered

4    10 people, and it's signed by the canvasser and it's

5    signed by the person who receives the packet because

6    they have to also verify that if the canvasser said

7    that they handed in 10 forms, there are 10 forms

8    there.

9             **MR. PRATT:**  Okay.  At this time, I think

10        I'm going to introduce what I'll designate as

11        Exhibit 2, and I'll drop it in the Chat for

12        y'all.

13             (Exhibit 2 was marked for identification.)

14   BY MR. PRATT:

15        Q    And please let me know once you're able to

16   open and see the document.

17        A    Yep, I can see it.

18        Q    And, Mr. Velez, do you recognize this

19   exhibit?

20        A    Yes.

21        Q    Is this the PowerPoint that we discussed

22   earlier that Hispanic Federation uses to train its

23   canvassers?

24        A    Yes, this is the PowerPoint we used in

25   2022 to register -- to train our canvassers.

1      Q    And I believe it's Bates-stamped

2   SB7050-HF-0000037, dash, and it's 049.  If you go

3   down to the bottom it's page -- where page 49 is.

4   Does that sound correct?

5      A    Yes, I can -- the numbers are pretty

6   small, but yes.

7      Q    And you said -- or you mentioned that this

8   document was from 2022?

9      A    Yes, this is the one that we used for

10  training canvassers in 2022.

11         **MR. PRATT:**  Okay.  We can take that

12         exhibit down, and I will drop in the Chat what

13         I will designate as Exhibit 3.

14             (Exhibit 3 was marked for identification.)

15  BY MR. PRATT:

16      Q    And when you are able to download it, feel

17  free to open it and let me know, please.

18      A    Yep, I was able to open it.

19      Q    Okay.  And, Mr. Velez, do you recognize

20  this document?

21      A    Yes.

22      Q    And this document was produced by Hispanic

23  Federation in this case; is that correct?

24      A    I believe so.

25      Q    And if you look down in the bottom right

1    corner, I believe it's Bates-labeled SB7050-HF,

2    followed by five zeros, and then the number 52; is

3    that correct?

4         A    Yes.

5         Q    Would you mind explaining for us, you

6    know, what this document is?

7         A    So this is a letter that was sent by our

8    Florida state director to the Hillsborough County

9    Supervisor's office, just letting them know that

10   while one of our canvassers was working, a potential

11   voter that they were registering decided to end the

12   process and also decided to take the form with them.

13        The reason why we're calling that to their

14   attention is because the voter registration forms

15   that were provided by the SOE or to the Department

16   of State have a third-party voter registration

17   organization identification number, which basically

18   says, you know, this form -- or basically identifies

19   the Hispanic Federation as the organization that I

20   guess is in custody or asked for the form.  So we

21   were just letting the Hillsborough supervisor know

22   that that particular form had been ripped away from

23   us, just in case that that voter later on decided to

24   hand in the form and there were any type of, like --

25   for example, it being late, we didn't want to be

1    fined.  So we were just alerting them to the fact.

2         Q    Sure.  And do you know the sentence where

3    it says, "when she was almost done filling out the

4    registration form, her son arrived and asked her why

5    she was giving out her personal information"?

6         A    Yes.

7         Q    Do you have any knowledge as to why her

8    son had a concern about that?

9              **MS. GALINDO:**  Objection to form.

10        A    No knowledge.

11   BY MR. PRATT:

12        Q    All right.  If we could briefly, I'd like

13   to go back to Exhibit 2, if that's okay?

14        A    Yes.

15        Q    And it's entitled "Registracion de

16   Votantes en Florida."

17             Does that roughly translate to "Voter

18   registration in Florida"?

19        A    Yes.

20        Q    Would you mind describing for us the

21   contents, generally, of this document?

22        A    Yeah, the PowerPoint basically explains,

23   you know, what Hispanic Federation is, what we do in

24   Florida, some, you know, how your day would look

25   like when you're a canvasser; and also goes over how

1    someone -- how a voter -- like, basically each field

2    that a voter would have to fill out for a form to be

3    completed.  We explain to the canvassers what each

4    field means so that they can also explain it to the

5    voter.

6           **MR. PRATT:**  Actually, this may be a

7        natural stopping point.  If we could maybe go

8        off the record, please, Madam Court Reporter?

9           **THE STENOGRAPHER:**  Off the record.

10          (Discussion off record.)

11          (A recess took place from 12 noon to

12      12:30 p.m.)

13          **THE STENOGRAPHER:**  On the record.

14          **MR. PRATT:**  Thank you very much.

15   BY MR. PRATT:

16      Q    Mr. Velez, I understand from Hispanic

17   Federation's complaint that you all typically employ

18   a number of non-citizens; is that correct, as

19   canvassers?

20      A    Yes.

21      Q    Typically, do you know what percentage of

22   your canvassers would be non-citizens?

23          **MS. GALINDO:**  Objection to form.

24      A    I would say it's a majority.  It's been

25   increasing since I started doing this type of work

1    in Florida.  And from what we've seen, it's been

2    increasing every year, but it's a majority.

3    BY MR. PRATT:

4         Q    And then these non-citizen canvassers, am

5    I right that they're all, kind of, part of that paid

6    canvasser group that we kind of discussed earlier?

7         A    Yes, but we -- I also know that we have

8    non-citizens in our HF staff, in general, both in

9    the Florida office and also our other offices as

10   well.

11        Q    Sure.  And for the non-citizen canvassers

12   that Hispanic Federation employs in Florida, are

13   they subject to, kind of, an I-9, kind of,

14   employment check?

15        A    Everyone that wants to work at HF has to

16   to go through an I-9 verification check.

17        Q    Understood.  And do you understand the

18   purpose, I guess, behind conducting the I-9 check?

19        **MS. GALINDO:**  Objection to the extent it

20        takes a legal conclusion, and objection to

21        form.

22        **MR. PRATT:**  I'll rephrase.

23   BY MR. PRATT:

24        Q    Why does Hispanic Federation conduct I-9

25   checks on prospective employees?

1    A    We conduct I-9 verification checks to make

2    sure that people have a work permit, and anyone who

3    wants to work with us has a work permit, basically.

4    Q    Uh-huh.

5    A    Or is authorized to work in the U.S., I

6    should say.

7    Q    Understood.  Thank you.  And I believe you

8    mentioned that a majority of the canvassers Hispanic

9    Federation employs are typically non-citizens.  Do

10   you know whether the canvassers you all typically

11   employ, are they Florida residents?

12   A    I mean, if you want to register voters in

13   Florida, you have to live in Florida, so yes.

14   Q    Thank you.  And I believe you mentioned

15   earlier that canvassers work for Hispanic Federation

16   for varying periods in a given election cycle; is

17   that right?

18   A    Yes.

19   Q    Are you aware of some of the sorts of

20   reasons why canvassers would work shorter or longer

21   in an election cycle for the Hispanic Federation?

22        **MS. GALINDO:**  Objection to form.

23   A    I mean, it depends.  For some canvassers,

24   it's their main job; for other canvassers, they see

25   it as an opportunity to earn some money while giving

81

1   back to the community.  You know, there are people

2   like in any job are offered a better paying job or a

3   job with more hours, so I think those are some of

4   the reasons.

5   BY MR. PRATT:

6       Q    Has or have any of Hispanic Federation's

7   non-citizen canvassers work authorization statuses

8   ever changed to Hispanic Federation's knowledge

9   during their employment?

10          **MS. GALINDO:**  Objection to form.

11      A    To my knowledge, there have been one or

12  two instances where the -- where, like, the work

13  authorization permit is set to expire, and I know

14  that, you know, we've let them know that they need

15  to make sure that their documents are up to date

16  before the deadline if they want to continue working

17  with us.

18  BY MR. PRATT:

19      Q    And have any of Hispanic Federation's

20  non-citizen canvassers ever left employment without

21  advising Hispanic Federation prior to them leaving?

22      A    I believe in every single case they've

23  told us beforehand, but there might have been a case

24  or two in the previous years where someone maybe,

25  like, just didn't show up for work.

1      Q     And do you -- or does Hispanic Federation

2  know how long, you know, on average, its non-citizen

3  canvassers have resided in Florida prior to engaging

4  in canvassing activities?

5      **MS. GALINDO:**  Objection to form and

6      relevance.

7  BY MR. PRATT:

8      Q     You may answer.

9      A     To my knowledge, we don't ask anyone how

10  long they've been residing in Florida or any other

11  state.

12      Q     And earlier we spoke about -- or you spoke

13  about some of the different types of ways in which

14  Hispanic Federation's canvassers broadly, you know,

15  reach out to Florida's voters, or voters in Florida,

16  for potential registration.  I'd like to ask, I

17  guess, more specifically, you know, what type of

18  voter registration activities did Hispanic

19  Federation perform in Florida in the 2018 cycle?

20      A     So 2018, 2019, 2020, every single cycle

21  that we've worked in Florida, it's been basically

22  the same thing.

23          We send canvassers to canvassing

24  locations, or we send them to HF events, partner

25  events, festivals, and things like that.  We

1   normally go to places where we know that our

2   community is going to be there and that there's

3   going to be also -- we call it, like, foot traffic,

4   you know, if there's going to be a lot of people

5   that canvassers will see in the time that they're

6   assigned to their shift.

7       Q    And during these voter registration

8   activities, did Hispanic Federation ever work with

9   any other registered third-party voter registration

10  organizations?

11      A    So, I mean, we've partnered with other

12  organizations that I know are 3PVROs for a lot of

13  events.  However, I don't think we've partnered

14  specifically to run our voter registration program.

15          Like, I think we might attend an

16  organization's events to register voters, but I

17  don't think there's ever been, kind of, like, a

18  coordinated voter registration campaign with another

19  3PVRO.  Most of the times when we talk to each

20  other, it's just to, kind of, like, let them know,

21  hey, I'll be at this place, so, kind of, like, we

22  don't duplicate efforts.

23      Q    Now I'm switching to a new topic.

24      **MR. PRATT:**  At this time, I'd like to pull

25      up Exhibit 4, and I'll drop it in the Chat for

1    you.

2              (Exhibit 4 was marked for identification.)

3    BY MR. PRATT:

4        Q    If you could please, just let me know when

5    you're able to open it and pull it up.

6        A    Yes.

7        Q    Okay.  Do you recognize this document?

8        A    Yes.

9        Q    What is it?

10       A    It's a letter of termination our HR

11   director sent to a canvasser.

12       Q    And do you know when this letter was

13   created?

14       A    According to the letter, it was sent in

15   July 2022, so I'm guessing it was created the day

16   before.

17       Q    I believe this is Bates-stamped as

18   SB7050-HF, dash, and then five zeros followed by the

19   numbers 32; does that look correct?

20       A    Yes.

21       Q    Okay.  And do you see the portion where it

22   says that, "Following an internal investigation, we

23   have decided to terminate your employment, effective

24   immediately.  It has been discovered that you failed

25   to collect multiple voter registration forms as

1    outlined by our protocols and procedures and have

2    submitted forms that were ultimately identified as

3    having inaccurate information in contravention to

4    our instructions and as required by law."

5            Is that a fair reading?

6        A    Yes.

7        Q    What can you tell us about the

8    circumstances that led to this canvasser, their

9    employment being rescinded?

10       A    Anytime that a canvasser fails to follow

11   protocol, especially during the first days of

12   employment, we terminate them.

13       Q    In particular to this circumstance, do you

14   know what those failures were by the employee?

15           **MS. GALINDO:**  Objection to form.

16       A    From what I understand, there was just

17   concerns over the information that was in the voter

18   registration forms, and also I believe the canvasser

19   was also not following instructions from one of our

20   veteran canvassers.

21   BY MR. PRATT:

22       Q    You mentioned concerns.  What type of

23   concerns were there?

24       A    I think there was missing information, you

25   know, incomplete forms with missing information that

1   were counted as complete.  And I think -- I think

2   the other one was, like, missing numbers in, like,

3   the driver's license number.

4        Q    And then you mentioned a failure to follow

5   instructions.  What sort of failures were those?

6        A    So in our process, in our training

7   process, we pair new canvassers with veteran

8   canvassers because they're able to, kind of, like,

9   just, like, show them the ropes, the processes, the

10  procedures, just letting them know, you know, how to

11  work, how to approach people.  And the reports were

12  that the canvasser was just not listening in terms

13  of, like, the right approach or just standing near

14  our veteran canvasser so that they could observe

15  their work.

16       Q    And I believe this document refers to an

17  internal investigation.  Do you know what prompted

18  that investigation by Hispanic Federation?

19       A    Our quality control process.

20       Q    Okay.  So is this something that Hispanic

21  Federation came across during its quality control

22  process independent of anyone reaching out to

23  Hispanic Federation?

24            **MS. GALINDO:**  Objection to form.

25       A    I believe that, yes, this is one of the

87

1    cases where our quality control process is the one

2    that led to this termination.

3    BY MR. PRATT:

4         Q    Do you know if Hispanic Federation has any

5    documents related to this internal investigation?

6         A    I don't believe we do.

7         Q    Okay.

8              **MR. PRATT:**  We can move on to the next

9         exhibit, which I will drop in the Chat and

10        designate as Exhibit 5.

11             (Exhibit 5 was marked for identification.)

12   BY MR. PRATT:

13        Q    If you can, please feel free to open it up

14   and let me know when you're able to see it.

15        A    Yes, I know -- I know what the document

16   is.

17        Q    Thank you.  Would you mind sharing with us

18   what this document is?

19        A    Yes, it's a letter from the Florida

20   Department of State informing Hispanic Federation

21   that we were fined $7,500 for delivering voter

22   registrations to the wrong counties's Supervisor of

23   Elections office.

24        Q    And this letter is dated May 17th, 2023;

25   is that correct?

1       A     Yes.

2       Q     Now, if you look at that first paragraph

3  in the first page, it says that, "The Florida

4  Department of State has received information from

5  the Polk and Miami-Dade County Supervisor of

6  Elections indicating that Hispanic Federation, which

7  was registered as a third-party voter registration

8  organization under ID number 3P17-58, has violated

9  Florida law."

10            And if you go on to the second page, I

11  think it's that first full paragraph on the page, it

12  says, "The records received from your organization

13  indicate that 15 voter registration applications

14  were delivered to the Polk County Supervisor of

15  Elections instead of the Division of Elections or

16  the supervisor's office where the voter resides."

17            And then it also goes on to say that, "In

18  addition to the violations outlined in the previous

19  paragraph, the Department also notes that many of

20  the applications were not submitted in accordance

21  with applicable regulations and that the third-party

22  voter registration ID number and/or the date of

23  collection were not included on the back of the

24  applications."

25            Is that a fair reading?

1    A    Yes.

2    Q    Why didn't Hispanic Federation deliver

3  those applications to the Division of Elections or

4  the supervisor's office where the voter resided?

5    A    Well, back in 2022, our standard procedure

6  was to deliver voter registrations to the

7  counties -- to the voter's county of residence.

8  Since then and because of this fine, I would note,

9  we have -- moving forward, we have decided that all

10  the forms are going to be mailed to the Department

11  of State, Division of Elections.

12        In this particular case, we did a

13  preliminary investigation and what we found is that

14  we indeed delivered -- delivered 15 voter

15  registration forms that were in the -- that were in

16  the counties -- the Supervisor of Elections of the

17  counties -- we delivered voter registrations to the

18  counties where the voter didn't live.

19        However, you know, this is something that

20  we sent a letter to the Department of State and to

21  the Supervisor of Elections, letting them know that

22  we would be paying the fine under protest.

23        We also found that most of the voters that

24  were fined -- well, most of the voters for which we

25  were fined, I should say, lived on the border from

1   Osceola and Polk.  So it's something that we were

2   fined, and we have since then changed our procedures

3   to make sure or to minimize the risk of that

4   happening again by just sending all of those forms

5   to the Department of State.

6       Q    Prior to paying the fine, did Hispanic

7   Federation seek a waiver from the Department of

8   State of the fine?

9           **MS. GALINDO:**  Object to form.

10      A    Not -- not to my knowledge.

11  BY MR. PRATT:

12      Q    And the letter, I guess, notes that some

13  of the applications submitted by Hispanic Federation

14  didn't contain the 3PVRO registration number or the

15  collection date.  Are you aware of anything with

16  relation to those issues?

17          **MS. GALINDO:**  Objection to form.

18      A    I'm aware of what the letter says.

19  BY MR. PRATT:

20      Q    Did Hispanic Federation make any changes

21  to its policies or its quality controls as a result

22  of this fine letter?

23      A    As I mentioned, we have decided that

24  moving forward our voter registration forms will be

25  mailed to the Department of State, Division of

1    Elections, instead of being delivered to the county

2    Supervisor of Elections office.

3        Q    Okay.  We can take down this exhibit.  And

4    then there isn't a particular exhibit for this, but

5    are you familiar with the circumstance that would

6    have been on or around March 30th, 2023, in which

7    Hispanic Federation was made aware of a complaint

8    against a former employee related to the collection

9    of voter registration forms?

10            **MS. GALINDO:**  Objection to form.

11       A    I'm sorry, just because of the date, yeah,

12   I don't know what case you're talking about.

13   BY MR. PRATT:

14       Q    Sure.  Are you aware of an incident from

15   early 2023 where a detective from Miami-Dade reached

16   out to Hispanic Federation about a complaint

17   regarding a former employee?

18       A    Yes, I am aware.

19       Q    Would you mind describing for us, you

20   know, what that interaction was about?

21       A    So we received, I believe it was a call

22   first and then an e-mail from a Miami-Dade police

23   detective, just stating that there had been a

24   complaint filed against a former employee.  They

25   requested information that we provided, and that's

1    what we've heard ever since been.

2         Q    Did the detective in that e-mail or

3    otherwise include a copy of that complaint?

4         A    I don't remember if he included a copy of

5    the complaint.  I know that he sent us, kind of,

6    like, some questions regarding the complaint.

7         Q    Do you know whether the e-mail you've

8    referenced was produced in discovery in this case?

9         **MS. GALINDO:**  Objection to the extent it

10        seeks privileged information, and I instruct my

11        client not to include any conversations with

12        his attorneys in his answer.

13        A    We worked with counsel to produce

14   everything that needed to be produced.

15   BY MR. PRATT:

16        Q    But was that document produced to the

17   Secretary of State in this case?

18        **MS. GALINDO:**  Same objection.

19        A    Again, like everything we produce, we work

20   with counsel.

21   BY MR. PRATT:

22        Q    So do you have any knowledge as to whether

23   it was produced to the Secretary of State in this

24   case?

25        A    I personally don't know.

1    Q    And then moving on to another matter, are

2    you familiar with an incident on or about May 22nd,

3    2022, where one of Hispanic Federation's canvasser

4    employees delivered three voter registrations one

5    day late to the Broward County Supervisor of

6    Elections?

7    A    Yes, I am aware of that incident.

8    Q    Would you mind describing for us, kind of,

9    what that incident entailed?

10   A    Yes.  So we had -- on one occasion, we

11   delivered three voter registration forms on the same

12   location -- sorry, on the 15th day after collection,

13   we immediately alerted the SOE.  I believe it was on

14   a Monday.  We let them know that the forms were

15   in -- that we thought the forms were in a day late.

16        I remember specifically from that date

17   that our canvass director actually stayed in the

18   office for about two hours with the Broward facility

19   staff because they didn't know if the clock for how

20   late our voter registration starts the day of

21   collection or the day after.  So they actually had

22   to deliberate between themselves and ask other staff

23   members, who then told their canvass director that,

24   you know, they would take in the three forms and

25   that then the Broward Supervisor of Elections would

1   contact us later if there was anything wrong or if

2   there was any type of, like, administrative process

3   started against us.

4         We never received any notice from the

5   Broward SOE after that, and at least on our side, we

6   terminated both the canvasser that handed in the

7   forms late and the canvass director.  And I was

8   assigned to supervise the region as the most senior

9   staff person on our Leam for at least two months to

10   make sure that everything -- to make sure it didn't

11   happen again, basically.

12     Q   And why did Hispanic Federation terminate

13   the employment of the canvasser and canvass

14   director?

15     A   Because both of them failed to follow our

16   procedures, which is -- which clearly state that you

17   hand in voter registrations the day that they were

18   collected to your supervisor.  So the canvasser

19   failed to deliver the voter registration forms, and

20   the supervisor failed to collect them.  So they were

21   both let go.

22     Q   And you referenced that they failed to

23   comply with the procedures that were clear.  Were

24   these written procedures that Hispanic Federation

25   maintains?

1    A    That's in that checklist.

2    Q    Gotcha.  So in the checklist, just to

3  refresh my recollection, is that separate from the

4  PowerPoint training that we discussed earlier?

5    A    Yes.

6    Q    Do you know whether that checklist was

7  produced to the Secretary of State in discovery in

8  this case?

9       **MS. GALINDO:**  Objection to the extent it

10      seeks privileged information.  I instruct my

11      client not to reveal conversations with his

12      attorneys in his answer.

13      **MR. PRATT:**  Understood.  My question, I

14      suppose, is with respect to specific knowledge

15      as to whether a document was produced, not to

16      any conversations he may have had with counsel.

17   A    We worked with our counsel to make sure

18  that everything that was needed to be produced was

19  produced.

20  BY MR. PRATT:

21   Q    So do you know whether the document was

22  produced, one way or another?

23   A    I don't.

24   Q    Now, for each of the incidents or

25  complaints or fine letters we've just discussed, did

1  Hispanic Federation communicate internally about any

2  of them?

3          **MS. GALINDO:**  Object to the form.  Also --

4      A    So just to --

5          **MS. GALINDO:**  Excuse me.  Also objection

6          to the extent it seeks any privileged

7          information and instruct my client not to

8          reveal the content of conversations with any of

9          his attorneys.

10     A    I'm sorry, we've been discussing, like,

11 three or four incidents.  Can we go one by one just

12 to make sure?

13 BY MR. PRATT:

14     Q    Sure, I can do that.

15          So the first would be Exhibit 4, when we

16 were talking about the internal investigation that

17 Hispanic Federation conducted and that terminated

18 the employment of a canvasser.  To your knowledge,

19 does Hispanic Federation maintain any internal

20 correspondence other than the letter regarding that

21 matter?

22     A    I don't think we maintain any

23 correspondence.  I think we just had like a Teams

24 meeting.

25          **MS. GALINDO:**  And belated objection to the

1    extent that it seeks privileged information.

2    BY MR. PRATT:

3         Q    And for clarity, this line of questioning

4    will not be seeking any privileged communications

5    you've had with your counsel or any advice that

6    they've given you.  Just strictly asking with

7    respect to whether documents exist or not.

8              So with respect to the fine letter we

9    discussed from 2023 that Hispanic Federation

10   received from Secretary of State's office, to your

11   knowledge, are there any documents pertaining to

12   this matter by Hispanic Federation, other than that

13   fine letter?

14        A    So for the fine letter, we might have sent

15   one or two e-mails.  But I also think for that one

16   specifically we had also, kind of, like, a meeting

17   to go over, you know, next steps.

18        Q    And then same question with respect to

19   that March 2023 incident where the detective from

20   Miami-Dade reached out to Hispanic Federation?

21        A    So for that one, I think e-mails, too,

22   since they sent us things by e-mail, we probably,

23   like, forwarded to each other just so they could see

24   the questions and what people were asking.

25        Q    And then lastly, the same question with

1    respect to the May 2022 incident where three voter

2    registration applications were delivered one day

3    late to the Broward supervisor.

4         A    So that one I also think we just had,

5    like, probably like a phone call and maybe, like --

6    yeah, I don't think we have any documents for that

7    one, actually.

8         Q    And are you aware that Hispanic Federation

9    hasn't produced any e-mails in this case?

10            **MS. GALINDO:**  Objection to the extent it

11        seeks any privileged information.

12        A    I'm not aware.

13   BY MR. PRATT:

14        Q    So the instances we just referred to or

15   talked about were from 2022 to 2023; is that

16   correct?

17        A    The voter registration --

18            **MS. GALINDO:**  Objection to form.

19        A    The voter registration activities happened

20   in 2022, but, for example, you know, the fines and

21   the e-mails from, like, the Miami PD and things like

22   that, those were in 2023.  But they're referring to

23   operations in 2022.

24   BY MR. PRATT:

25        Q    And outside of those incidents, were any

1  other complaints made against Hispanic Federation or

2  any issues reported to it regarding 3PVRO canvasser

3  activities subsequent to 2018?

4      **MS. GALINDO:**  Objection to form.

5      A    No, I would say in the Polk one that you

6  referred to where the SOE spoke with us, we also had

7  a visit by the department -- by two detectives from

8  the Department of State just asking about that Polk

9  report from the SOE.

10 BY MR. PRATT:

11     Q    And Hispanic Federation, does it have any

12 knowledge regarding any other 3PVRO's failing to

13 turn in completed voter registration applications in

14 the 2018 general election cycle?

15     **MS. GALINDO:**  Objection to form.

16     A    I'm sorry, can you rephrase the question?

17 You're asking if we know if any other organization

18 turned in forms late?

19 BY MR. PRATT:

20     Q    Yeah, does Hispanic Federation have any

21 personal knowledge as to any other 3PVROs turning in

22 forms late in the 2018 general election cycle?

23     **MS. GALINDO:**  Objection to form.

24     A    I mean, I personally don't from 2018.

25

1    BY MR. PRATT:

2         Q    And same question for 2020?

3              **MS. GALINDO:**  Same objection.

4         A    I personally don't know from 2020.

5    BY MR. PRATT:

6         Q    And same question for 2022?

7              **MS. GALINDO:**  Same objection.

8         A    Yes, in 2022, because there were reports

9    of organizations that were fined for delivering

10   voter registration forms late.

11   BY MR. PRATT:

12        Q    And do you have any personal knowledge of

13   any other third-party voter registration

14   organizations fraudulently completing voter

15   registration applications in 2018?

16             **MS. GALINDO:**  Objection to form.

17        A    I'm sorry, can you define, like,

18   "fraudulently completing"?

19   BY MR. PRATT:

20        Q    I'll withdraw the question and rephrase.

21             Are you aware of any other third-party

22   voter registration organizations completing voter

23   registration applications in 2018 without permission

24   from voters?

25             **MS. GALINDO:**  Objection to form.

1       A    Not to my knowledge.

2   BY MR. PRATT:

3       Q    And the same question as to personal

4   knowledge in the 2020 general election cycle?

5            **MS. GALINDO:**  Same objection.

6       A    Not in 2020.

7   BY MR. PRATT:

8       Q    And same for the 2022 general election

9   cycle?

10           **MS. GALINDO:**  Same objection.

11      A    So in the 2022 election cycle, I haven't

12  read or seen reports of a 3PVRO who -- how do you

13  say, who put information without the knowledge of

14  the voter, but I did hear of -- I did some reports

15  of individuals who did it, but not 3PVROs.

16  BY MR. PRATT:

17      Q    And then other than the voter registration

18  canvassing activities we've been discussing, did

19  Hispanic Federation do any other election-related

20  work in Florida in the 2018 general election cycle?

21           **MS. GALINDO:**  Object to form.

22      A    In 2018, we did -- apart from voter

23  registration, it was only get-out-the-vote

24  activities.

25

1    BY MR. PRATT:

2        Q    And same question for 2020, the 2020

3    general election cycle?

4            **MS. GALINDO:**  Same objection.

5        A    So in 2020, we added census work as well.

6    We did a lot of census work and get out the vote.

7    BY MR. PRATT:

8        Q    And same question for the 2022 general

9    election cycle?

10           **MS. GALINDO:**  Same objection.

11       A    2022, we also did, you know, voter

12   education, get out the vote, and I believe we also

13   did some work on redistricting.

14   BY MR. PRATT:

15       Q    And at a very high level, how is Hispanic

16   Federation generally funded?

17       A    Through a combination of federal, state,

18   and local government grants.  We also receive

19   donations from private foundations, and we receive

20   also some donations from both high net -- high net

21   worth individuals, small donors, as well as

22   corporation grants.

23       Q    And what sort of federal and state grants

24   does Hispanic Federation receive?

25           **MS. GALINDO:**  Object to form.

1    A    It's varied, but to give you one example

2  of a federal grant, we received a federal grant from

3  USDA, the United States Department of Agriculture,

4  to provide stipends to farm workers who were not

5  able to get benefits during COVID.

6         From the State of New York, we received

7  funding to help vaccinate individuals.  So it really

8  depends on the year and the type of work, but those

9  are generally some of the funding we've received.

10  BY MR. PRATT:

11    Q    And do any of the federal or state grants

12  allow for -- or let me rephrase.

13         Do any of the federal or state grants

14  provide allocations for use for Hispanic

15  Federation's voter registration activities?

16         **MS. GALINDO:**  Objection to form.

17    A    So each grant is different.  I would say

18  that in my time at HF, we -- I have not seen a

19  federal or state or local government grant that has

20  been or can be used because those grants have

21  restrictions on the ways that you have -- that you

22  can use funding.

23         So to the best of my knowledge, we haven't

24  received any grant from a public entity for us to be

25  able to do civic engagement work.  And that's not

1    only voter registration; I'm talking about get out

2    the vote and other things as well.

3    BY MR. PRATT:

4         Q    So then at a general high level, does --

5    or where does the monies for voter registration

6    activities come from?  Is it solely from private

7    donations?

8              **MS. GALINDO:**  Objection to form.

9         A    When it comes to voter registration

10   specifically, I would say the majority of funding

11   comes from private foundations.

12   BY MR. PRATT:

13        Q    Does Hispanic Federation have knowledge of

14   the specific level of funding it had for voter

15   registration activities in Florida in 2018?

16        A    Yes.

17        Q    What funding did Hispanic Federation

18   allocate for voter registration activities in

19   Florida in the 2018 general election cycle?

20        A    It was around $700,000, $800,000, around

21   there.

22        Q    And how about in the 2020 general election

23   cycle?

24              **MS. GALINDO:**  Objection to form.

25        A    So 2020 was different because of the

1    pandemic.  I think we ended up receiving about

2    $300,000, almost $400,000.

3    BY MR. PRATT:

4        Q    And then same question for the 2022

5    general election cycle?

6            **MS. GALINDO:**  Objection.

7        A    So 2022, I think it was, like, $740,000,

8    around there.

9    BY MR. PRATT:

10        Q    And does Hispanic Federation currently

11    have a budget for this fiscal year?

12        A    For our whole organization or for Florida

13    or for voter registration?

14        Q    Both.

15        A    So for the whole organization, our current

16    operating budget is, I believe, $65 million this

17    year.

18            I believe Florida's budget -- for the

19    whole state this year, the operating budget is about

20    $1.5 million.

21            And for voter registration this year,

22    right now we haven't been able to find funding for

23    2023.

24        Q    And how is Hispanic Federation's budget

25    prepared?

1          **MS. GALINDO:**  Objection to form.

2       A     Sorry for the question, but which budget?

3   BY MR. PRATT:

4       Q     Sure.  First the national and then the

5   Florida -- and maybe, I guess, it would help for

6   clarity for me, are they basically done at different

7   times or are they all part of the national budget?

8       A     So our national budget is prepared by our

9   finance team, the finance director, and the CFO.  It

10  changes, so sometimes we receive grants in the

11  middle of the year and we need to accommodate that

12  into the budget.

13          From what I understand, the Florida budget

14  is part of our national budget.  We just make sure

15  that we, kind of, like, categorize those expenses to

16  know that they are being part of the Florida

17  operations.

18          And then the Florida budget gets the same

19  thing; at the beginning of the year, we -- or I

20  would say the state director, not I -- the state

21  director works with the national finance team to,

22  kind of, project the expenses that we're going to

23  have.  They create a budget and fundraise for that.

24  If we receive any type of funding that significantly

25  changes the budget by increasing or decreasing the

1    amounts, those changes are made.  And our budgets

2    are audited at the end of the year.

3        Q    And how does Hispanic Federation respond

4    to budget shortfalls?

5            **MS. GALINDO:**  Objection to form.

6        A    So it depends on the program, but

7    basically the question is whether we can dip into

8    discretionary funding, and that decision is made by

9    our president, the CEO, and the board.

10   BY MR. PRATT:

11       Q    And how does Hispanic Federation track its

12   expenses?

13       A    We have a financial tracking system.  We

14   have some software, some processes.  As a director,

15   I need to track my expenses and also finance tracks

16   these expenses so we can do reconciliations.

17       Q    And has Hispanic Federation produced an

18   annual budget in this case?

19           **MS. GALINDO:**  Objection to the extent it

20       seeks any privileged information.

21       A    We worked with counsel to produce

22   everything that needed to be produced.

23   BY MR. PRATT:

24       Q    So do you have any knowledge as to whether

25   any annual budgets of Hispanic Federation were

1    produced in this case?

2         **MS. GALINDO:**  Same objection.

3         A    We worked with legal counsel to make sure

4    everything was produced.

5    BY MR. PRATT:

6         Q    And then switching a little bit from the

7    topic of budget, what would you say Hispanic

8    Federation's, kind of, overall mission is with

9    respect to voter registration activities?

10        **MS. GALINDO:**  Objection to form.

11        A    So I would say our voter registration

12   operations or motto or mission just falls into,

13   like, our bigger overall mission, which is to

14   advance and empower the Latino community.  And we

15   believe that cannot be done if our communities

16   aren't registered to vote and they're not

17   participating in the elections.  There's a direct

18   line between participating in the elections,

19   participation in government, and a community being

20   able to advance and empower -- be empowered.

21   BY MR. PRATT:

22        Q    And then earlier you mentioned that there

23   are a couple of other states, I believe New York and

24   North Carolina, where Hispanic Federation conducts

25   voter registration activities; is that correct?

1      A    Yes, we're currently registering voters in

2  North Carolina and New York as well.

3      Q    With respect to New York, has Hispanic

4  Federation ever received a complaint for any of its

5  voter registration activities in that state?

6           **MS. GALINDO:**  Objection to form and to the

7           extent it seeks any privileged information and

8           also calls for a legal conclusion.

9      A    To the best of my knowledge, we haven't

10 had any complaints from our New York voter

11 registration operations, although we need to know

12 that Florida has a lot of rules and regulations

13 regarding voter registration that New York doesn't

14 have.

15 BY MR. PRATT:

16     Q    And then same question with respect to

17 North Carolina:  Has Hispanic Federation received

18 any complaints regarding its voter registration

19 activities in that state?

20          **MS. GALINDO:**  Same objection.

21     A    To the best of my knowledge, we haven't

22 received any complaints either.

23 BY MR. PRATT:

24     Q    I believe you mentioned earlier that

25 Hispanic Federation used to conduct voter

1  registrac- -- registration activities in several

2  states, including Georgia, New Jersey, Connecticut;

3  does that sound right?

4      A    Yes.

5          **MS. GALINDO:**  Objection to relevance.

6  BY MR. PRATT:

7      Q    The same question with respect to Georgia.

8  Has Hispanic Federation -- has it ever received any

9  complaints regarding its voter registration

10  activities in that state when it was actively

11  registering voters?

12         **MS. GALINDO:**  Objection to form,

13         relevance, and to the extent it seeks

14         privileged information.

15     A    To the best of my knowledge, we haven't.

16  BY MR. PRATT:

17     Q    And same question with respect to New

18  Jersey?

19         **MS. GALINDO:**  Same objection.

20     A    To the best of my knowledge, we haven't

21  received any complaints.

22  BY MR. PRATT:

23     Q    And same question with respect to

24  Connecticut?

25         **MS. GALINDO:**  Same objection.

1       A    To the best of my knowledge, we have not

2  received any complaints.

3  BY MR. PRATT

4       Q    And did Hispanic Federation advocate for

5  or against any parts of SB 7050 while it was being

6  drafted?

7            **MS. GALINDO:**  Objection to form.

8       A    We joined letters that were addressed to

9  the state legislature asking them to do amendments

10  to SB 7050 as it was drafted.

11  BY MR. PRATT:

12       Q    And what amendments did Hispanic

13  Federation request?

14       A    I believe it wasn't amendments, but more

15  to not include certain provisions, including the

16  non-citizenship provision that we're challenging.

17       Q    And what has Hispanic Federation done to

18  inform its constituents about SB 7050 subsequent to

19  its enactment?

20            **MS. GALINDO:**  I'm sorry, would you mind --

21            I couldn't quite hear that question.  I don't

22            think -- if the court reporter could read back?

23            Or if you wanted to restate it?  I don't mean

24            to interrupt the flow; I just didn't quite

25            catch that.

1          **MR. PRATT:**  Okay.  No problem.

2    BY MR. PRATT:

3          Q     The question was just:  Subsequent to the

4    passage of SB 7050, you know, has Hispanic

5    Federation informed its constituents about the bill?

6          A     I think we might have either, like, you

7    know, posted our thoughts about it on social media

8    or a letter.  So I think that counts as informing

9    voters about changes in SB 7050.

10          And in one of the things that we used to

11   do -- so this also counts -- one of the things we

12   used to do is that we could -- people could call our

13   hotline and we could, kind of, like, prefill a voter

14   registration form that would be -- that would be

15   sent over to the voter's address and they would be

16   able to complete the voter registration form and

17   mail it back; but SB 7050 now fines organization $50

18   for each occasion.

19          So people started calling on National

20   Voter Registration Day and we had to inform them

21   that because of SB 7050, we couldn't do that

22   anymore.  But I think that also counts as informing

23   voters about SB 7050.

24          Q     And turning to some questions related to

25   employees and individuals, have any of Hispanic

1    Federation's employees indicated that they will

2    leave employment due to SB 7050?

3         A     Since they're not currently employed, we

4    haven't heard people say we're leaving Hispanic

5    Federation.  What we have heard is people that don't

6    want to apply because of the non-citizenship

7    provision, you know; they don't want to, you know,

8    be fined or face legal consequences.  So we've had

9    people who have actively said that they won't apply

10   this year.

11        Q     And has any individual indicated to

12   Hispanic Federation that they will not be able to

13   register to vote due to SB 7050?

14        A     Yes, actually.  The people that were

15   calling our national voter registration hotline

16   explicitly said that if we couldn't send them the

17   prefilled form because of SB 7050, they wouldn't be

18   able to get registered to vote because they didn't

19   have transportation to the places that they would be

20   able to register voters in.  So, yeah.

21        Q     And is Hispanic Federation challenging the

22   provision prohibiting 3PVROs from prefilling out

23   forms?

24            **MS. GALINDO:**  Objection to the extent it

25        calls for a legal conclusion.

1    A    I understand that we're not challenging

2  that -- that piece of the law.

3  BY MR. PRATT:

4    Q    Now turning to Hispanic Federation's

5  complaint, what I can do is I'll actually pull it up

6  for you.  Actually, I'll just ask you about it, and

7  if you recall, well enough.

8         You know, we don't have to provide the

9  complaint.  But if so, I can pull it up to refresh

10 your recollection.  But in the complaint in

11 paragraph 67, I'll represent to you that it states,

12 and I quote, "Plaintiffs will have to curtail their

13 voter registration activities and divert scarce

14 resources."

15        And it goes on to say that, "If plaintiffs

16 continue in voter registration efforts, the law will

17 force them to expend significant time and resources

18 towards hiring and training new staff and rebuilding

19 the community relationships that are necessary to

20 our work."

21        Do you recall seeing that part of the

22 complaint?

23     **MS. GALINDO:**  And if we could just have a

24     moment to pull it up?  I just want to see,

25     like, what section of the complaint that is to

1    be reading it alongside you.

2         **MR. PRATT:**  Sure.  Take your time.

3         **MS. GALINDO:**  And are you -- we're going

4    to look at it on our own and do you want the

5    witness to also look at it?  Or do you want to

6    share your screen or...

7         **MR. PRATT:**  Yeah, first, just asking

8    whether Mr. Velez recalls that section, and if

9    not, I can refresh his recollection.

10        **MS. GALINDO:**  You may answer that

11   question, Mr. Velez.

12        A    If you could -- sorry, if you could add

13   the text, I just want to make sure I can read.

14        Q    Okay.

15        **MR. PRATT:**  So I'm not introducing this as

16   an exhibit, but I'll pull it up to refresh your

17   recollection.  And I can share my screen with

18   you so you can see.

19   BY MR. PRATT:

20        Q    And, Mr. Velez, if you wouldn't mind, just

21   take a moment just to read paragraph 67, and let me

22   know when you're done.

23        A    (Witness complies) Uh-huh.

24        Q    Okay.

25        A    Yeah.

1      Q     Thank you.  Now if you recall seeing in

2   paragraph 67 of the complaint portions where it

3   talked about plaintiffs having to curtail their

4   voter registration activities and divert scarce

5   resources?

6      A     Yes.

7      Q     And do you recall seeing the section where

8   it talked about plaintiffs having to expend

9   significant time and resources towards hiring and

10  training new staff in light of SB 7050?

11     A     Yes.

12     Q     All right.  Can Hispanic Federation

13  quantify those anticipated diversions of resources?

14        **MS. GALINDO:**  Objection to form.

15     A     So you're asking how we think SB 7050 will

16  affect our resources?

17  BY MR. PRATT:

18     Q     Correct.  Yes, sir.

19     A     Okay.  Okay.  So I would say there's,

20  like, three main ways some of them can be quantified

21  into a line item in the budget.  Some of them, I

22  think it's a little bit harder for them.

23        I think the first big category is, kind

24  of, like, our reputation, our vision, our values.

25  Hispanic Federation works in the Latino community;

1    we understand that non-citizens should be able to

2    participate in the civic process, and for us it's a

3    little bit hard and it goes against our vision to

4    not be able to work with non-citizens in Florida but

5    to be able to work in other places.  So I think,

6    organizationally, that's one big way it affects us.

7            And, you know, for us, especially for

8    funders and for the work we do, living our values is

9    very important for us to be able to receive that

10   funding.

11           And, overall, it just goes against our

12   mission to be able to advance and empower the Latino

13   community.  So I think that's just our reputational

14   damage that will happen, especially if we're

15   providing, you know, the state a list of people that

16   are citizens or not.  Overall, that just goes

17   against our values and missions.

18           I think the second piece of this is what

19   we're calling "opportunity costs."  Being able to

20   have canvassers that have worked with us during

21   multiple election cycles allows us to ramp up fairly

22   quickly.  Knowing that they do quality work, that

23   what they need is refreshing -- a refresher training

24   on new rules and procedures allows us to ramp up

25   very quickly, allows us to start program, allows us

1  to focus our efforts in hiring the staff members

2  that we need to complete our whole team, and also

3  allows us to be able to pair these canvassers with

4  veteran canvassers that have done this work before.

5  So, overall, not being able -- not being able to

6  hire people that we have hired before, which also

7  consists a majority of our team, will affect us

8  in how quickly we can start working and how

9  efficient we can be at working.

10       And then I think the third piece, which

11  can be quantified into line items, include increases

12  in staff time because we have to verify in person a

13  person's documents to determine whether they're a

14  citizen or not.  We need to implement a citizenship

15  procedure or process that really hasn't been

16  invented at HF because what we screen for is work

17  authorization and not citizenship.

18       We'd have to redo all of our trainings and

19  booklets and operations to explicitly say that

20  non-citizens can't handle or collect voter

21  registrations, and that's without counting that --

22  the implementation piece of it.

23       I've had a couple of uncomfortable

24  conversations with our HR director on whether we

25  would need to establish what we're calling a

1    "citizens-only zone," which just coming out of my

2    mouth sounds horrible, but basically an area in the

3    office that only citizens can access because that's

4    where the voter registration forms are gonna be

5    located, and people can't collect or handle voter

6    registration forms if they're not a citizen.

7                And then also thinking about how we

8    implement that in every single office.  In Polk

9    County, for example, we've had an office that we've

10   used for the last two or three election cycles.

11   Members of the community know that that's our office

12   and that during voter registration season they can

13   go and get their services there.  But that office is

14   essentially one big room, so we would have to either

15   do construction to create that citizens-only space

16   or have to go to another place where the community

17   doesn't necessarily know that we're at.  So those

18   also can be quantified.

19                And then there's other provisions in

20   SB 7050 that have also increased our line items from

21   the budget, including printing costs because of the

22   receipts that we need to hand in because of SB 7050;

23   increases in postage because we have to mail out the

24   forms to the Department of State, Division of

25   Elections, so that we don't get fined for sending a

1    form to the wrong county; and then increases in

2    admin, recruitment, and communication costs because,

3    overall, what we've seen is that we can, you know,

4    for every 10 to 8 new people -- not people that have

5    worked with us before, but 10 -- 8 to 10 new people

6    that we talk about this job, we end up actually

7    hiring 1 to 2 in terms of their recruitment and how

8    it works.

9           So overall we would have to spend more

10   funding on making sure that we can communicate those

11   costs -- I'm sorry, that we can -- that we can

12   recruit from different places and that we can

13   recruit more people because, also, the other thing

14   that we've noticed is Latinos overall are the

15   number one population with the highest share of

16   non-citizens.  That's a fact in the United States;

17   that's also a fact in Florida.

18          So, overall, compared to other groups,

19   because we hire Latinos so that they can -- because

20   they're expert at talking to their own community, we

21   also would have a smaller pool of people that we can

22   recruit from compared to other groups that might

23   work with other demographics or other demographic

24   groups.

25          So again, as I mentioned, there are some

121

things that can be really quantified in terms of
staff time, training materials, printing, postage,
but there's also some opportunity costs and some
reputational damages that's a little bit harder to,
kind of, like, put into a budget, but that will
still affect our operations and our costs.

Q    And for some of those costs that you spoke
to, were they pertaining to provisions of SB 7050
other than the citizen canvasser provision?

A    Some of the examples I did do have to do
with other provisions, but, you know, we can't look
at SB 7050 in a vacuum as only one thing that's
affecting our budget.  We need to look at all the
provisions that were enacted and how they affect our
budget.

Q    Understood.  But is Hispanic Federation
challenging those other provisions of SB 7050, aside
from that citizen canvasser provision?

**MS. GALINDO:**  Objection to form.

A    No, we're --

**MS. GALINDO:**  Objection to form.  You can
answer the question.

A    No, we're not, but those are needed to
paint the full picture of how the budget is
affected.

1    BY MR. PRATT:

2         Q    Understood.  Thank you.

3              How will the challenge provision of

4    SB 7050, if it's upheld, require a diversion of

5    funds at the expense of other programs at Hispanic

6    Federation?

7         A    So the first thing I would say is any type

8    of staff time that's avoided by myself, the national

9    outreach manager, the community engagement director,

10   the Florida state director, our HR team, is staff

11   time that's taken from other programs and projects

12   that we could be leading.

13             Also, any type of funding that's diverted

14   to background checks and to other type of programs

15   would take away also from some of our operation's

16   funding if we need to tap into our discretionary

17   funding.

18             From what we've seen, voter registration

19   costs have increased, so it is likely that for us to

20   be able to fund these new expenditures related to

21   the non-citizenship provision, we're going to have

22   to ask our president/CEO to provide discretionary

23   funding, in which case that's funding that's

24   directly taken from other programs that could be put

25   to use by hiring other staff members, other admin

1    groups, or even subgrant funding, because at HF we

2    give away basically maybe 1 percent of our funding.

3    So everything that goes to how the state is funding

4    that we're not giving away to other programs and

5    organizations.

6         Q    And in terms of Hispanic Federation's

7    canvasser-led trainings in Florida, would you agree

8    that any time there is a change in Florida election

9    laws, that Hispanic Federation has to update its

10   materials to train its canvassers?

11        **MS. GALINDO:**  Objection to form and to the

12        extent it seeks a legal conclusion.

13        A    I would say that every year since I've

14   worked at HF, Florida has indeed changed voter

15   regulations -- regulations related to voter

16   registration, so we've had to change those.

17             However, the non-citizenship change

18   doesn't -- it's not only changes to our training

19   materials, but also changes to our operations, how

20   we recruit, who can we recruit, who can work.  So

21   it's a little bit different than just saying, hey,

22   instead of having 14 days, now you have 10 days.

23             So it's a process -- it's a procedure

24   that's changed a lot more than just, like, what we

25   would change if it was just a procedural or a

1    deadline thing.

2         **MR. PRATT:**  And, Madam Court Reporter, if

3    we can go off the record, please.

4         **THE STENOGRAPHER:**  Off the record.

5         (A recess took place from 1:41 p.m. to

6    1:46 p.m.)

7    BY MR. PRATT:

8    Q    Now, Mr. Velez, we'll move on from kind of

9    budget-related questions just to a few

10   document-related questions.

11        Does Hispanic Federation have an official

12   e-mail address that its employees use?

13   A    So we each, like, each permanent staff

14   member has an e-mail address, but I don't think the

15   organization as a whole has, like, an e-mail.

16   Q    Okay.  And do Hispanic Federation's

17   employees use personal e-mail addresses for Hispanic

18   Federation business?

19        **MS. GALINDO:**  Object to form.

20   A    I believe that's against our policies and

21   procedures, so everything's under our HF.org e-mail.

22   BY MR. PRATT:

23   Q    Sure.  And then for the canvasser

24   employees of Hispanic Federation, how do they

25   communicate with employees at Hispanic Federation

1    who have official e-mail addresses?

2            **MS. GALINDO:**  Objection to form.

3        A    So I believe that the e-mail communication

4    that we have with canvassers is limited to sending

5    them their offer of employment through e-mail.  Most

6    of the conversations have been through a WhatsApp

7    group.

8    BY MR. PRATT:

9        Q    And other than Hispanic Federation using a

10   WhatsApp group, does it use any other methods for

11   communicating directly with its canvassers?

12       A    I think in one or two occasions we've had,

13   kind of, like, check-in meetings through Teams, but

14   most of those -- most of those check-in meetings are

15   done in person.  So I would say, like, during the

16   pandemic, for example, we would have, like, you

17   know, a weekly Teams check-in through Teams, but

18   most of the conversation is done through the

19   WhatsApp group.

20       Q    And is this --

21       A    Or in person -- sorry -- or in person when

22   they're in the office.  You know, we'll be like,

23   hey, you know, state the location and things like

24   that.

25       Q    Thank you.  And is this a single WhatsApp

1    group for all of Hispanic Federation's Florida

2    canvassers?

3         A    No, I believe they're divided by region.

4         Q    And I believe you mentioned earlier that

5    you said that Hispanic Federation uses a SharePoint

6    network?

7         A    We use SharePoint and OneDrive.

8         Q    Aside from SharePoint and OneDrive, does

9    Hispanic Federation -- for its Florida operations,

10   does it use any other kind of drives or digital

11   repositories?

12        A    I also have Google Drive.

13        Q    Where do the 3PVRO-related documents that

14   Hispanic Federation maintains reside, in terms of

15   repositories?

16        **MS. GALINDO:**  Objection to form.

17        A    I would say in our SharePoint; that's

18   where we normally just have everything.

19   BY MR. PRATT:

20        Q    And does ShareDrive -- does Hispanic

21   Federation use something like Microsoft Outlook for

22   its e-mail communications?

23        A    Yes, that's what we use for e-mails.

24        Q    Do you know what the retention period is

25   for Hispanic Federation's e-mail communications by

1  Outlook?

2      A    I don't know, but I think that we retain

3  everything.  At least I've been here since 2020; I

4  have everything till then, so yeah.

5      Q    So to your knowledge, does Hispanic

6  Federation have any sort of automated process by

7  which e-mails are automatically deleted?

8      A    I think we don't delete e-mails.  I think

9  if we have something like that, it's archiving but

10  not deleting.

11         But, again, I've been at HF for four years

12  and I'm able to, you know, look up my emails from my

13  first day of employment without having to, like, go

14  into an archive or anything like that.

15         **MR. PRATT:**  Okay.  At this time, I'm going

16      to drop in the Chat what I'll designate as

17      Exhibit 6.

18         (Exhibit 6 was marked for identification.)

19  BY MR. PRATT:

20      Q    If you could, please feel free to open it,

21  and let me know when you're able to see it.

22      A    (Examining document.)  I'm able to see it.

23      Q    Okay.  I'll represent to you that this is

24  the Secretary of State's Request for Production to

25  Organizational Plaintiffs including Hispanic

1    Federation.  Have you seen this document before?

2         A    Yes, I have.

3         Q    And aside from what we discussed earlier

4    today, has Hispanic Federation done anything else to

5    respond to these requests for production?

6              **MS. GALINDO:**  Object to the extent it

7              seeks any privileged information, and I

8              instruct my client not to reveal the content of

9              any of the conversations he's had with his

10             attorneys in his answer.

11        A    So for this request for production and

12   every other one, we worked with counsel to produce

13   everything that was asked for.

14   BY MR. PRATT:

15        Q    Did Hispanic Federation issue a document

16   retention notice after receiving these requests for

17   production?

18             **MS. GALINDO:**  Objection to the extent it

19             seeks a legal conclusion.

20        A    I really don't know.  I don't know what

21   that means.  Sorry.

22   BY MR. PRATT:

23        Q    No problem.  Do you know where Hispanic

24   Federation is in the process of responding to the

25   request for production?

1          **MS. GALINDO:**  Objection to the extent it

2     seeks any privileged information.

3          A     I know that we've been working with our

4     legal counsel to produce what was asked.  So where

5     we are in the process, I don't know.

6     BY MR. PRATT:

7          Q     So do you have any knowledge as to whether

8     Hispanic Federation has concluded responding to the

9     request for production?

10          **MS. GALINDO:**  Same objection.

11          A     I don't.

12     BY MR. PRATT:

13          Q     Now, broadly speaking, how did Hispanic

14     Federation go about searching for responsive

15     documents?

16          **MS. GALINDO:**  Same objection.

17          A     So for this, we worked with our legal

18     counsel to look at the documents, make sure that we

19     produced what was asked for.

20     BY MR. PRATT:

21          Q     Did Hispanic Federation run its searches

22     across its SharePoint files?

23          **MS. GALINDO:**  Same objection.

24          A     We worked with legal counsel to identify

25     the places that we needed to search.

1  BY MR. PRATT:

2      Q    Did Hispanic Federation run its searches

3  across its Outlook e-mail accounts?

4          **MS. GALINDO:**  Same objection.

5      A    Again, we worked with counsel to identify

6  where we needed to look and what we needed to look

7  for.

8  BY MR. PRATT:

9      Q    And did Hispanic Federation search for

10  documents responsive, including in the WhatsApp

11  group chats that we discussed earlier?

12         **MS. GALINDO:**  Same objection.

13     A    For anything that's related to production,

14  we worked with our legal counsel on all the

15  searches.

16  BY MR. PRATT:

17     Q    Did Hispanic Federation seek for documents

18  prior to January 1, 2022?

19         **MS. GALINDO:**  Objection, same -- yeah, so,

20         excuse me, yes, same objection to privilege.

21     A    I'm sorry, I don't know the time frame.  I

22  know that we worked with legal counsel on this.

23  BY MR. PRATT:

24     Q    Sure.  Have you seen Hispanic Federation's

25  responses to the Secretary's Request for Production?

1      A    Yes.

2      Q    Do you recall a -- let me see, if I can

3  have just one moment, please.

4           Do you recall reading in there a general

5  objection stating, and I quote, "Plaintiff construes

6  such requests as seeking information regarding the

7  period between January 1st, 2022, and the date of

8  the filing of the complaint in this action"?

9      **MS. GALINDO:**  Objection to form and to the

10     extent that it seeks a legal conclusion.

11     A    So for all of this, including time period,

12  we worked with our legal counsel.

13  BY MR. PRATT:

14     Q    Okay.  I'll just clarify for the record,

15  the quote, immediately preceding what it said,

16  "except as otherwise noted, Plaintiff construes such

17  request as seeking information regarding a period

18  between January the 1st, 2022, and the date of the

19  filing of the complaint in this action."

20          In conducting Hispanic Federation searches

21  for documents, were documents searched for prior to

22  January 1st, 2022, to your knowledge?

23     **MS. GALINDO:**  Objection to the extent it

24     seeks any privileged information.

25     A    You mean if we searched documents for this

1   case before January 1, 2022?

2   BY MR. PRATT:

3       Q   Yes, sir.

4       A   I don't think we had filed the case before

5   January 1st, so I don't -- like, you know, if we

6   hadn't filed the case, we can't look up for it.  I

7   don't know if that makes sense.  I don't know if I'm

8   understanding the question, correctly.  Sorry.

9       Q   Sure, sure, I can rephrase.

10          It's my understanding that Hispanic

11  Federation conducted a search for documents in this

12  case in consultation with legal counsel.  So my

13  questions are not pertaining to any advice you

14  received from them, but it's more to the scope of

15  the search.

16          Did Hispanic Federation go back prior to

17  January 1st, 2022, and look for documents that may

18  be responsive prior to that date?

19          **MS. GALINDO:**  Same objection.

20      A   I don't know.  We -- again, we worked with

21  legal counsel for the time frame, and the documents

22  were produced.

23          **MR. PRATT:**  Okay.  Well, Mr. Velez, thank

24      you so much for your time today.  Those are all

25      the questions I have.

1      I am going to leave the deposition open

2    for now just due to it appears some outstanding

3    documents maybe weren't produced or maybe -- I

4    can discuss with counsel offline the status of

5    them and see if we can resolve that, but let's

6    leave it open for now.  But there's --

7      **MS. GALINDO:**  I'll be happy -- happy to

8    discuss that offline, and also, for the record,

9    we object to leaving it open, but we'll discuss

10   offline.

11     **MR. PRATT:**  Thank you.  And does the

12   Attorney General's Office or anyone else have

13   any questions of the witness at this time

14   before we turn it over to Ms. Galindo for any

15   questions?

16     **MS. MORSE:**  This is Stephanie Morse.  The

17   Attorney General doesn't have questions right

18   now.

19     **MS. GALINDO:**  If there are no more

20   questions for the witness, if I may have a

21   10-minute recess?  And I'm not sure yet if

22   we're going to have any redirect.

23     **MR. PRATT:**  Sure.  So we can come back at

24   2:10?

25     **MS. GALINDO:**  Yeah, thank you.

1          **MR. PRATT:**  Sounds great.

2          Off the record, please.

3          **THE STENOGRAPHER:**  Off the record.

4          (A recess took place from 2:00 p.m. to

5      2:10 p.m.)

6          **MS. GALINDO:**  I have just a few brief

7      questions on redirect.

8          **MR. PRATT:**  Sounds good.

9                   CROSS EXAMINATION

10     BY MS. GALINDO:

11         Q     Mr. Velez, I'd like to return to our

12     discussion of the non-citizen provision.  How has

13     the citizen provision impacted the start state of

14     Hispanic Federation's voter registration program for

15     the 2024 election cycle?

16         A     Can you hear me?

17         Q     Yes.

18         A     Okay.  Now I can hear.  I'm sorry, my

19     headphones died, and I couldn't listen to you.

20         Q     Would you like me repeat the question?

21         A     Yes, please, because I missed everything.

22     I was trying to, like, work on it.

23         Q     Let's talk about the non-citizen provision

24     that you're challenging in this lawsuit.

25              How has the non-citizen provision impacted

1    the start date of Hispanic Federation's voter

2    registration program for the 2024 election cycle?

3         A    So I would say that compared to previous

4    election cycles, you know, pre-presidential cycles,

5    we are starting significantly later.

6              In 2019 we started registering voters --

7    we started registering voters at the end of

8    September, beginning of October.  This year because

9    of -- because of SB 7050, the funding has been a

10   little bit more uncertain.  We also wanted to wait

11   until the rule-making process for SB 7050 was

12   completed so we could have, like, a clear idea of

13   how we could run operations.

14             And also just, overall, the concern of not

15   knowing whether non-citizens will be able to work

16   with us or not has significantly curtailed the start

17   date of our voter registration campaigns.  In normal

18   years, we would have already been registering people

19   already for a couple of weeks.

20        Q    And the recruitment concerns that you

21   raised in connection with the non-citizen provision,

22   do you recall those concerns that you mentioned?

23        A    Yes.

24        Q    How, if at all, do those impact the start

25   date?

1      A      Well, I mean, before we would just be able

2   to say, like, hey, we have a list of like

3   20 canvassers that we know are -- do great work, are

4   veteran canvassers, you know, we can count on them,

5   we can hire them, we can train them, and they can go

6   up pretty quickly.

7           Now I would say of those 20 canvassers, we

8   can hire 4.  So just overall we would have -- we

9   would have more trouble ramping up.

10          We would also have more trouble, kind of,

11  like, we would start later and we would have more

12  trouble ramping up.  So, like, overall, it would

13  just mean that, like, we're going to register less

14  people; because normally, you know, you start your

15  campaign, you hire more people, you train them, and

16  you keep registering.

17          So just spending more time in the

18  recruitment process and also the training process

19  and, overall, just having less canvassers will

20  result in less people registered, but also, you

21  know, starting a little bit later and being less

22  efficient.  So, overall, just less people getting

23  registered.

24      Q      Going back to the ways that the

25  non-citizen provision costs Hispanic Federation more

1   money for its voter registration program, on that

2   topic, you mentioned the need to have additional

3   staff time spent on verifying citizenship.  Do you

4   recall that?

5       A    Yes.

6       Q    What is the opportunity cost for that

7   additional staff time?

8       A    Well, as the HR director always reminds

9   me, we have about 30 open positions and, kind of,

10  like, every time that we have admin stuff, kind of,

11  like, figuring out or helping out operations for

12  canvassers, we significantly lose other

13  opportunities that we have to hire staff members for

14  other programs, which also suffer.

15           And then, apart from, like, the admin

16  staff, right, I want to make clear that we also have

17  staff members that work in other capacities but that

18  help or support civic engagement or voter

19  registration, and those are staff members that, as

20  well, would be using more of their time in a voter

21  registration program instead of, for example,

22  working on our asylum seeker programs, where we're

23  helping people, you know, submit their documents to

24  apply for asylum here.

25           Or even another person that has been

1  helping us a lot works with older folks in Florida,

2  taking them to, like, different places to get

3  their -- you know, to get everything done, to pay

4  the bills and get some food.  Like, it's called --

5  it's a program called -- it's in Spanish, but in

6  direct translation it's "I'll take you" because they

7  literally will take the person to a supermarket or

8  grocery store and all that stuff.  And that person

9  just spending more time with us working in admin

10  means that less people will be helped in that

11  program.

12      Q    You also mentioned that there is some

13  discretionary funding that may be moved around as a

14  result of the non-citizenship provision; do you

15  recall those statements?

16      A    Yes.

17      Q    And where would that discretionary funding

18  have gone if it wasn't being used to cover these

19  additional expenses related to the non-citizenship

20  provision?

21      A    So a lot of our funding is restricted,

22  meaning that, like, you really can just use it for

23  the purpose that the funding was granted.  However,

24  we do have some discretionary funding that is

25  normally used to -- in 2020, a lot of it was used to

1    help some nonprofit organizations stay afloat and

2    not close.  So that funding is normally used to

3    support other groups doing work.  It's used for us

4    to be able normally to -- in programs that have to

5    do with, like, food distribution, or type of, like,

6    direct assistance to our community members.  So

7    every time that we're taking funding out of the

8    discretionary funds for voter registration or any

9    other activity, it's normally those other programs

10   that directly provide services to members that are

11   affected.

12        Q    And how, if at all, has the non-citizen

13   provision affected the number of people Hispanic

14   Federation registered to vote in 2024?

15        A    So we use a formula, right?  On average,

16   our canvassers register about 1.6 people per field

17   hour.  They collect 1.6 forms per field hour.

18             So, overall, just, A, starting later, not

19   having the funding that we would normally have, it's

20   just -- I would say we've already lost thousands of

21   people that we would have registered during this

22   time period.

23             Then apart from that, having -- if we were

24   to have canvassers that aren't as veteran or as

25   trained or have as much experience, we've seen that

1   that number goes down, right?  Instead of being 1.6,

2   it'll be 1.1 or even below 1.  So that means that

3   overall we're, number one, less efficient, which is

4   something that's very important when you're running

5   voter registration campaigns, being efficient with

6   your resources.

7            But also, overall, the number of voters

8   that we're going to register is going to be lower,

9   but the amount of funding that we spend to register

10  those voters, a lower number, will be higher than

11  usual.  So it's just a way where, like, costs

12  increased, but also the amount of people that we

13  registered decreased, making the overall operation

14  more expensive when you take into account how much

15  money you've spent collecting those forms.

16       Q    I want to go back to the difference

17  between discretionary funding and funding that must

18  be used for a certain purpose.

19       A    Uh-huh.

20       Q    Do you recall talking about the civic

21  engagement budget for Florida?

22       A    Yes.

23       Q    Are any of -- and can you please describe

24  how are canvassers in the 2024 election cycle, where

25  will the funding for their salaries come from?

1       A    So -- so salaries for canvassers that are

2   doing voter registration work has to come from voter

3   registration-specific funding.

4           One thing that a lot of people don't know

5   is that because of federal laws, a lot of

6   foundations are prohibited from providing funding

7   that would go towards registering voters.

8   Government grants also have a lot of restrictions

9   and prohibitions of how you can use the funding.

10          So -- so, you know, if we were to need

11  more funding for voter registration activities, you

12  can just be, like, oh, we'll take whatever money we

13  have here.  We need to make sure that that money can

14  be used for voter registration, and that's why

15  normally it's discretionary funding, because

16  earmarked funding or restricted funding cannot be

17  used for those purposes.  So it would either come

18  from voter registration-specific funding that's been

19  fundraised or earmarked for that or from our

20  discretionary pool of funding that in that case

21  would take away from funding other opportunities or

22  also from helping us in an emergency, because that's

23  what discretionary funding is for as well.  If

24  there's any emergency -- you know, knock on wood

25  that nothing happens -- that's a fund that can help

1   us make sure that we stay afloat.

2        Q    And what, if any, additional expenses

3   caused by the non-citizen provision impact the

4   amount of funding that you have for the canvasser

5   budget in the 2024 election cycle?

6        A    So I would say if we're not able to

7   register a similar amount of people that we have

8   registered in the past, funding will probably go

9   down, right?  Because a lot of the funding is

10  predicated on what your current ability is to

11  register funders -- to register voters, but they

12  also look at historical trends.  Being less

13  efficient in funding means less funding overall.

14            And, again, I think there's some things in

15  SB 7050 specifically that just increase line items

16  that we're not accustomed to be spending money.  So

17  overall it just increases the costs compared to last

18  year.

19            If we had -- if we had a goal of

20  registering the same people that we registered last

21  year, the budget would -- there would be an increase

22  in the budget related to some things that were not

23  there last year.

24       **MS. GALINDO:**  No further questions.

25       Anything else from your side, Mr. Pratt?

143

1      **MR. PRATT:**  If I may just ask two very

2      brief follow-up questions.

3                   REDIRECT EXAMINATION

4    BY MR. PRATT:

5      Q    Mr. Velez, how much is Hispanic

6    Federation's discretionary funding for the 2023

7    fiscal year?

8      A    I -- I don't have the information.  I know

9    it's usually around 10 percent of our budget.  Right

10   now our budget is about $66 million, but the

11   discretionary portion is always the smallest amount

12   in our budget.

13     Q    Uh-huh.  And do you know how much, to

14   date, of that discretionary budget has been

15   allocated for specific projects?

16     A    I don't; it varies every year.

17     **MR. PRATT:**  All right.  No further

18   questions.

19          All right.  Well, again, thank you very

20   much, Mr. Velez, for your time.  We appreciate

21   it.

22          Before we go off the record, Ms. Galindo,

23   would you like to read or waive for your

24   client?

25     **MS. GALINDO:**  Would I like to what?

1    **MR. PRATT:**  Read or waive the reading of

2    the transcript?

3        **MS. GALINDO:**  We'd like to read it.

4        Is it also possible to get a rough?  I

5    know sometimes there's a more expedited rough

6    draft that's available.

7        **THE STENOGRAPHER:**  Sure.

8        **MS. GALINDO:**  Is that available in this

9    case?

10        **THE STENOGRAPHER:**  Sure, I can do that.

11        **MS. GALINDO:**  Should I put my e-mail in

12    the Chat?  What would be the best way to go?

13        **THE STENOGRAPHER:**  I have it.  I have your

14    e-mail.

15        **MR. SJOSTROM:**  Okay.

16        **THE STENOGRAPHER:**  And is the original

17    ordered?

18        **MR. PRATT:**  Pardon?

19        **THE STENOGRAPHER:**  You're ordering the

20    original regular delivery?

21        **MR. PRATT:**  Yes, ma'am, for the

22    Secretary's office, please.

23        **THE STENOGRAPHER:**  Okay.  Anyone else?

24        **MS. MORSE:**  The Attorney General would

25    like a copy.

1          **THE STENOGRAPHER:**  Very good.  Okay.

2     Thank you.

3          **MR. PRATT:**  All right.  Thank y'all.

4     Appreciate you.

5          **MS. GALINDO:**  Thanks, everyone.

6          **THE STENOGRAPHER:**  Bye.

7          (Proceedings concluded at 2:19 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5         I, the undersigned authority, certify that

6    Frederick Velez, III, as 30(b)(6) Representative of

7    HISPANIC FEDERATION, remotely appeared before me on

8    December 18, 2023, and was duly sworn.

9

10

11        SIGNED AND SEALED on December 21, 2023.

12   IDENTIFICATION: Driver's license.

13

14

15

16        SANDRA L. NARGIZ
          RPR, RMR, CRR, CRC, CCR-GA
17        snargiz@comcast.net
          Commission #HH239213
18        EXPIRES: APRIL 18TH, 2026

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA     )

 3    COUNTY OF LEON       )

 4              I, SANDRA L. NARGIZ, Registered

 5    Professional Reporter, certify that I was authorized

 6    to and did stenographically report the remote

 7    deposition of HISPANIC FEDERATION (Frederick Velez,

 8    III); that a review of the transcript was requested,

 9    and that the foregoing transcript, pages 1 through

10    145, is a true record of my stenographic notes.

11              I further certify that I am not a

12    relative, employee, attorney or counsel of any of

13    the parties, nor am I a relative or employee of any

14    of the parties' attorney or counsel connected with

15    the action, nor am I financially interested in the

16    action.

17              DATED on December 21, 2023.

18

19

20

21              SANDRA L. NARGIZ
                RPR, RMR, CRR, CRC, CCR-GA
22              Notary Public in Florida
                snargiz@comcast.net
23

24

25
```

1    December 21, 2023

2    MIRANDA GALINDO, ESQUIRE
     mgalindo@latinojustice.org

3

4
     RE:   FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
5          BYRD, et al.
           Case No.  4:23-cv-215-MW/MAF, et al.
6          Deposition of HISPANIC FEDERATION
           (Frederick Velez, III)
7          on December 18, 2023

8    Dear Counsel:

9    As your client/witness did not waive reading and
     signing, please arrange for them to read this copy
10   of the transcript.  The errata sheet for them to
     fill out, date and sign is on the following page.
11
     If the witness does not read and sign the transcript
12   within a reasonable amount of time (or 30 days if
     Federal), the original transcript may be
13   filed with the Clerk of the Court.  If the witness
     wishes to waive his/her signature now, please have
14   the witness sign in the blank at the bottom of this
     letter and return to the email address listed below.
15

16   Very truly yours,

17

18   Sandra L. Nargiz, RPR, RMR, CRR, CRC, CCR-GA
     snargiz@comcast.net

19   I do hereby waive my signature.

20
     _____
21   HISPANIC FEDERATION (Frederick Velez, III)

22

23

24

25

1          ERRATA SHEET

2     DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3   In Re:  FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
                    BYRD, et al.
4          Case No.: 4:23-cv-215-MW/MAF, et al.
                 HISPANIC FEDERATION
5              (Frederick Velez, III)

6              December 18, 2023

7   PAGE   LINE       CHANGE              REASON

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  Under penalties of perjury, I declare that I have
    read the foregoing transcript of the above
21  proceeding and I hereby swear that my testimony
    therein was true at the time it was given and is now
22  true and correct, including any corrections and/or
    amendments listed above.

23
    Signature of Witness:_____
24  Dated this    day of _____, 2023.
    email to: snargiz@comcast.net

25

MR. PRATT: [30]  7/7 9/14 43/14 43/22
64/25 74/9 75/11 78/6 78/14 79/22
83/24 87/8 95/13 112/1 115/2 115/7
115/15 124/2 127/15 132/23 133/11
133/23 134/1 134/8 143/1 143/17 144/1
144/18 144/21 145/3
MR. SJOSTROM: [1]  144/15
MS. GALINDO: [137]  10/14 11/6 13/1
25/4 27/2 27/16 27/25 28/19 32/4 32/13
34/23 35/9 35/24 36/4 36/18 37/10
38/19 39/3 42/3 43/10 45/16 46/19 47/1
47/14 47/22 48/12 48/20 49/5 50/9
50/24 51/23 52/17 53/4 53/23 54/7 55/6
56/7 56/25 57/14 57/19 58/8 58/15 59/1
60/5 62/21 63/12 64/12 64/19 65/5
66/15 67/24 70/8 70/17 73/15 73/24
77/9 78/23 79/19 80/22 81/10 82/5
85/15 86/24 90/19 91/7 91/10 92/9
92/18 95/9 96/3 96/5 96/25 98/10 98/18
99/4 99/15 99/23 100/3 100/7 100/16
100/25 101/5 101/10 101/21 102/4
102/10 102/25 103/16 104/8 104/24
105/6 106/1 107/5 107/19 108/2 108/10
109/6 109/20 110/5 110/12 110/19
110/25 111/7 111/20 113/24 114/23
115/3 115/10 116/14 121/19 121/21
123/11 124/19 125/2 126/16 128/6
128/18 129/1 129/10 129/16 129/23
130/4 130/12 130/19 131/9 131/23
132/19 133/7 133/19 133/25 134/6
142/24 143/25 144/3 144/8 144/11
145/5
MS. MORSE: [2]  133/16 144/24
THE STENOGRAPHER: [16]  5/2 5/7
43/18 43/21 78/9 78/13 124/4 134/3
144/7 144/10 144/13 144/16 144/19
144/23 145/1 145/6
THE WITNESS: [1]  5/6

$
---
$1.5 [1]  105/20
$1.5 million [1]  105/20
$300,000 [1]  105/2
$400,000 [1]  105/2
$50 [1]  112/17
$65 [1]  105/16
$65 million [1]  105/16
$66 [1]  143/10
$66 million [1]  143/10
$7,500 [1]  87/21
$700,000 [1]  104/20
$740,000 [1]  105/7
$800,000 [1]  104/20

0
---
0000032 [1]  4/20
0000037 [1]  75/2
01 [1]  3/3
049 [1]  75/2
05-17-2023 [1]  4/20

1
---
1 percent [1]  123/2
1.1 [1]  140/2
1.6 [3]  139/16 139/17 140/1
10 [7]  62/3 62/14 74/7 74/7 120/4 120/5
120/5

10-days [4]  22/15 22/18 33/18 123/22
10 people [2]  74/3 74/4
10 percent [1]  143/9
10-day [1]  51/24
10-minute [1]  133/21
100 [1]  2/19
10115 [1]  2/8
10:00 [2]  1/15 5/1
119 [1]  2/14
11:00 a.m [1]  43/20
12 [2]  69/20 78/11
12:30 p.m [1]  78/12
12 [2]  69/20 70/1
14 days [2]  33/17 123/22
145 [1]  147/10
15 [3]  70/1 88/13 89/14
150 [1]  66/10
15th [1]  93/12
17th [1]  87/24
18 [4]  1/14 146/8 148/7 149/6
18TH [1]  146/18
1901 [1]  2/7
1990 [1]  19/9
1:46 p.m [1]  124/6
1st [5]  131/7 131/18 131/22 132/5
132/17

2
---
20 [2]  31/18 74/2
20 canvassers [2]  136/3 136/7
20 forms [1]  31/19
2011 [1]  14/16
2016 [6]  16/15 58/22 58/25 59/6 59/10
59/13
2017 [2]  14/16 14/16
2018 [21]  12/11 14/16 14/19 18/15
18/15 18/24 65/17 65/24 69/19 82/19
82/20 99/3 99/14 99/22 99/24 100/15
100/23 101/20 101/22 104/15 104/19
2019 [4]  12/12 27/8 82/20 135/6
2020 [18]  14/21 16/9 16/20 17/1 66/1
66/3 82/20 100/2 100/4 101/4 101/6
102/2 102/2 102/5 104/22 104/25 127/3
138/25
2021 [2]  28/12 34/1
2022 [33]  4/19 27/6 28/7 33/14 34/2
41/22 44/6 66/7 66/9 74/25 75/8 75/10
84/15 89/5 93/3 98/1 98/15 98/20 98/23
100/6 100/8 101/8 101/11 102/8 102/11
105/4 105/7 130/18 131/7 131/18
131/22 132/1 132/17
2023 [20]  1/14 4/20 28/12 28/22 87/24
91/6 91/15 97/9 97/19 98/15 98/22
105/23 143/6 146/8 146/11 147/17
148/1 148/7 149/6 149/24
2024 [7]  62/20 63/1 134/15 135/2
139/14 140/24 142/5
2026 [1]  146/18
21 [3]  146/11 147/17 148/1
212.392.4752 [1]  2/8
22nd [1]  93/2
2707 [1]  3/8
28 hours [1]  37/15
2:10 [1]  133/24
2:10 p.m [1]  134/5
2:19 [1]  1/15

3
---
30 [9]  1/12 4/3 5/9 9/25 10/5 71/14

137/9 146/6 148/12
36th [1]  89/6
32 [2]  37/16 84/19
321.250.2853 [1]  2/5
32301 [1]  2/14
32399 [2]  2/19 3/4
32803 [1]  3/8
32839 [1]  2/4
3P17-58 [1]  88/8
3PVRO [12]  30/22 37/6 38/23 42/18
44/2 58/21 58/25 62/20 83/19 90/14
99/2 101/12
3PVRO's [1]  99/12
3PVRO-related [1]  126/13
3PVROs [5]  61/8 83/12 99/21 101/15
113/22

4
---
40 [2]  21/4 66/3
40 hours [1]  37/16
407.897.5150 [1]  3/9
43 [2]  17/23 18/1
44 [1]  17/23
4700 [1]  2/4
475 [1]  2/7
49 [1]  75/3
4:23-cv-215-MW/MAF [3]  1/3 148/5
149/4
4:23-cv-216-MW/MAF [1]  1/3
4:23-cv-218-MW/MAF [1]  1/4

5
---
50 [3]  21/5 27/7 27/7
500 [3]  2/4 2/14 2/19
501 [1]  19/7
52 [1]  76/2
58 [1]  88/8

6
---
60 [1]  63/8
67 [5]  69/14 69/25 114/11 115/21 116/2

7
---
70 [4]  27/7 27/7 63/8 66/11
7050 [30]  29/4 29/9 33/15 33/17 33/23
40/3 51/9 64/16 111/5 111/10 111/18
112/4 112/9 112/17 112/21 112/23
113/2 113/13 113/17 116/10 116/15
119/20 119/22 121/8 121/12 121/17
122/4 135/9 135/11 142/15

8
---
850.245.6536 [1]  2/20
850.270.5938 [1]  2/15
850.414.3300 [1]  3/4

9
---
90 [3]  33/25 34/4 51/9

A
---
a.m [4]  1/15 5/1 43/19 43/20
ability [1]  142/10
able [43]  9/4 12/2 12/6 28/10 29/13 38/4
41/13 49/20 50/12 50/13 50/14 63/20
74/15 75/16 75/18 84/5 86/8 87/14
103/5 103/25 105/22 108/20 112/16
113/12 113/18 113/20 117/1 117/4
117/5 117/9 117/12 117/19 118/3 118/5
118/5 122/20 127/12 127/21 127/22

able... [4]  135/15 136/1 139/4 142/6
about [72]  5/3 10/13 10/22 10/24 11/9
11/10 11/12 11/16 12/11 15/21 16/14
17/22 19/21 20/10 21/4 27/7 28/22 29/7
32/12 35/10 37/15 37/19 38/5 38/14
41/15 44/7 48/3 53/3 55/16 56/19 57/17
63/18 65/10 66/3 66/7 66/10 69/20
71/16 77/8 82/12 82/13 85/7 91/12
91/16 91/20 93/2 93/18 96/1 96/16
98/15 99/8 104/1 104/22 105/1 105/19
111/18 112/5 112/7 112/19 112/23 114/6
116/3 116/8 119/7 120/6 129/14 134/23
137/9 139/16 140/20 143/10
above [2]  149/20 149/22
access [7]  40/14 46/21 48/14 53/20
54/18 54/22 119/3
accidently [1]  5/22
accommodate [1]  106/11
accordance [1]  88/20
According [1]  84/14
account [1]  140/14
accounts [5]  34/13 34/18 34/21 35/23
130/3
accustomed [1]  142/16
across [3]  86/21 129/22 130/3
action [4]  131/8 131/19 147/15 147/16
actively [1]  110/10 113/9
activities [54]  17/20 17/22 17/25 18/5
18/17 19/2 21/16 22/6 22/24 23/17 25/2
25/3 26/7 26/15 26/17 26/19 27/1 27/13
27/15 32/20 38/8 39/2 42/18 60/17
61/11 62/7 62/9 62/10 68/16 68/19
68/22 68/24 69/14 69/17 82/4 82/18
83/8 98/19 99/3 101/18 101/24 103/15
104/6 104/15 104/18 108/9 108/25
109/5 109/19 110/1 110/10 114/13
116/4 141/11
activity [1]  139/9
acts [2]  49/12 49/13
actually [12]  25/9 43/14 63/15 63/21
78/6 93/17 93/21 98/7 113/14 114/5
114/6 120/6
add [3]  46/5 61/1 115/12
added [3]  59/24 61/4 102/5
addition [1]  88/18
additional [7]  50/7 50/11 54/11 137/2
137/7 138/19 142/2
additions [1]  59/7
address [5]  56/16 112/15 124/12 124/14
148/14
addressed [1]  111/8
addresses [2]  124/17 125/1
admin [5]  120/2 122/25 137/10 137/15
138/9
administrative [1]  94/2
adopt [1]  55/3
advance [4]  19/12 108/14 108/20
117/12
advice [6]  13/4 13/10 35/4 35/16 97/5
132/13
advising [1]  81/21
advocate [1]  111/4
affect [4]  116/16 118/7 121/6 121/14
affected [3]  121/25 139/11 139/13
affecting [1]  121/13
affects [1]  117/6
affiliated [1]  25/12

affirm [1]  5/2
affirmed [1]  5/12
afloat [2]  139/1 142/1
after [18]  15/5 22/15 29/9 37/23 39/20
39/21 45/22 50/5 51/4 52/25 53/17 54/5
58/24 72/25 93/12 93/21 94/5 128/16
afternoon [1]  6/10
Afterwards [1]  14/19
again [16]  5/25 6/18 33/18 34/7 40/24
54/12 63/4 90/4 92/19 94/11 120/25
127/11 130/5 132/20 142/14 143/19
against [19]  91/8 91/24 94/3 99/1 111/5
117/3 117/11 117/17 124/20
agencies [2]  17/15 69/1
ago [1]  32/25
agree [1]  123/7
Agriculture [1]  103/3
air [1]  61/2
airplane [1]  8/1
al [6]  1/6 1/9 148/5 148/5 149/3 149/4
alerted [1]  93/13
alerting [1]  77/1
Alexandria [1]  1/18
Alianza [3]  14/20 15/6 16/15
all [44]  2/1 4/11 7/10 9/7 9/14 17/25
21/17 22/24 23/22 29/23 31/16 33/8
36/15 38/12 39/12 42/21 44/19 57/3
58/4 59/24 69/14 69/22 69/25 72/14
77/12 78/7 79/5 80/10 89/9 90/4 106/7
116/12 118/18 121/13 126/1 130/14
131/11 132/24 135/24 138/8 139/12
143/17 143/19 145/3
allocate [1]  104/18
allocated [1]  143/15
allocations [1]  103/14
allow [2]  26/4 103/12
allows [5]  117/21 117/24 117/25 117/25
118/3
almost [2]  77/3 105/2
along [3]  61/23 72/19
alongside [1]  115/1
already [6]  13/13 42/12 54/9 135/18
135/19 139/20
also [94]  3/12 11/1 19/25 29/5 30/6 30/9
31/17 32/14 34/3 36/7 39/14 39/17 40/1
40/3 40/17 40/22 41/2 41/6 41/6 41/13
43/2 44/5 44/17 45/3 49/13 49/25 51/15
53/12 54/20 56/12 56/18 57/19 60/25
60/25 61/14 65/12 67/25 71/7 72/13
74/6 76/12 77/25 78/4 79/7 79/9 83/3
85/18 85/19 88/17 88/19 89/23 96/3
96/5 97/15 97/16 98/4 99/6 102/11
102/12 102/18 102/20 107/15 109/8
112/11 112/22 115/5 118/2 118/6 119/7
119/18 119/20 120/13 120/17 120/21
121/3 122/13 122/15 123/19 126/12
133/8 135/10 135/14 136/10 136/18
136/20 137/14 137/16 138/12 140/7
140/12 141/8 141/22 142/12 144/4
although [1]  109/11
always [3]  49/23 137/8 143/11
am [8]  10/7 79/4 91/18 93/7 133/1
147/11 147/13 147/15
amendments [4]  111/9 111/12 111/14
149/22
amount [9]  33/16 41/21 59/14 140/9
140/12 142/4 142/7 143/11 148/12
amounts [1]  107/1

annual [2]  107/18 107/25
another [6]  33/23 46/18 59/17 83/18
93/1 95/22 119/16 137/25
answer [21]  8/3 8/23 9/4 10/17 11/8
25/6 27/4 28/21 32/7 37/12 39/15 57/23
58/2 59/4 64/14 82/8 92/12 95/12
115/10 121/22 128/10
answering [1]  8/9
anticipate [3]  6/9 62/19 62/25
anticipated [1]  116/13
any [146]  7/23 8/2 8/5 8/20 9/2 9/3 9/8
9/9 10/19 10/24 11/19 12/2 12/18 13/13
13/16 15/4 15/20 15/20 16/5 17/6 18/16
18/25 20/13 21/10 21/15 24/9 24/22
25/11 25/13 25/17 25/18 30/21 32/18
34/24 35/1 36/6 36/12 36/22 36/23
38/11 38/24 38/25 39/5 39/15 41/12
41/14 47/10 47/20 53/5 53/17 54/4
54/23 55/14 55/16 55/24 56/10 56/16
56/23 57/22 58/1 58/16 60/2 60/14
60/17 62/11 62/12 62/17 67/7 67/11
73/14 76/24 77/7 81/2 81/6 81/19 82/10
83/9 87/4 90/20 92/11 92/22 94/2 94/4
95/16 96/1 96/6 96/19 96/22 97/4
97/5 97/11 98/6 98/9 98/11 98/25 99/2
99/11 99/12 99/17 99/20 99/21 100/12
100/13 100/21 101/19 103/11 103/13
103/24 106/24 107/20 107/24 107/25
109/4 109/7 109/10 109/18 109/22
110/8 110/21 111/2 111/5 112/25
113/11 122/7 122/13 123/8 125/10
126/10 127/6 128/7 128/9 129/2 129/7
131/24 132/13 133/13 133/14 133/22
139/8 140/23 141/24 142/2 147/12
147/13 149/22
anymore [1]  112/22
anyone [12]  7/7 7/16 7/19 11/13 11/19
23/6 56/19 80/2 82/9 86/22 133/12
144/23
anything [12]  13/3 16/5 37/22 41/4
41/15 72/15 90/15 94/1 127/14 128/4
130/13 142/25
Anytime [1]  85/10
apart [3]  101/22 137/15 139/23
apologies [1]  5/23
APPEARANCES [2]  1/24 2/22
appeared [1]  146/7
appearing [1]  2/1
appears [1]  133/2
applicable [2]  57/13 88/21
application [9]  8/2 36/15 48/15 50/21
51/10 52/7 52/15 55/5 70/16
applications [27]  7/24 45/13 47/12 47/21
48/5 49/2 50/6 51/20 52/22 53/1 53/22
54/5 70/3 70/7 73/1 73/13 73/20 73/23
88/13 88/20 88/24 89/3 90/13 98/2
99/13 100/15 100/23
apply [4]  16/22 113/6 113/9 137/24
appreciate [4]  6/5 7/21 143/20 145/4
approach [3]  70/25 86/11 86/13
approached [1]  50/16
appropriate [1]  50/4
approved [1]  34/1
approximate [1]  17/25
approximately [2]  11/11 26/18
APRIL [1]  146/18
archive [1]  127/14
archiving [1]  127/9

are [138]  5/3 5/16 5/18 9/2 9/3 10/4
10/8 13/22 17/7 17/16 18/6 18/22 19/15
20/12 20/25 21/9 21/15 22/3 22/19 23/9
23/20 24/7 24/16 24/18 24/22 25/11
25/13 25/18 25/25 27/19 27/23 27/23
28/9 30/5 30/21 30/22 32/1 32/18 33/4
34/10 38/3 38/8 39/16 39/18 40/9 40/16
41/7 41/16 41/25 42/12 42/25 44/15
44/20 45/13 46/24 47/3 47/21 47/24
49/2 49/4 49/22 50/6 50/12 50/14 51/25
53/7 53/8 53/11 53/16 53/20 56/22 57/2
58/14 61/4 61/16 62/5 62/9 62/13 63/5
64/21 65/12 65/18 66/13 67/22 68/21
69/9 70/18 71/3 72/5 74/7 75/5 75/16
79/12 80/9 80/11 80/19 81/1 81/2 81/3
81/15 83/12 89/10 90/15 91/5 91/14
93/1 97/11 98/8 100/21 103/9 106/6
106/7 106/16 107/1 107/2 108/23
114/19 115/3 117/16 119/4 120/14
120/25 121/23 125/14 127/7 129/5
132/13 132/24 133/19 135/5 136/3
136/3 137/19 139/10 140/23 140/24
141/1 141/6
area [1]  119/2
aren't [3]  64/21 108/16 139/24
around [10]  27/8 38/1 63/8 64/2 91/6
104/20 104/20 105/8 138/13 143/9
arrange [1]  148/9
arrived [1]  77/4
arts [1]  14/11
as [86]  1/9 5/9 5/13 5/13 6/8 6/8 6/11
6/22 8/17 9/16 15/23 17/3 20/11 24/9
26/20 27/15 28/16 29/3 29/11 36/23
40/16 42/5 42/21 44/24 45/2 46/2 46/2
49/12 49/13 50/15 50/16 50/22 51/7
58/21 62/18 64/17 70/19 74/10 75/13
76/19 77/7 78/18 79/9 80/25 84/17
84/25 85/2 85/4 86/1 87/10 88/7 90/21
90/23 92/22 94/8 95/15 99/21 101/3
102/5 102/21 102/21 104/2 107/14
107/24 109/2 111/10 112/8 112/22
115/15 120/25 121/12 124/15 127/16
129/7 131/6 131/16 131/17 137/8
137/19 138/13 139/24 139/24 139/25
141/23 146/6 148/9
ASHLEY [2]  2/20 3/2
ashley.davis [1]  2/21
aside [14]  11/13 11/18 12/18 13/12 15/3
21/9 25/23 30/19 32/17 33/7 60/14
121/17 126/18 128/3
ask [14]  6/13 7/11 8/7 8/23 19/4 31/3
48/2 51/14 82/9 82/16 93/22 114/6
122/22 143/1
asked [5]  76/20 77/4 128/13 129/4
129/19
asking [16]  8/9 10/19 10/21 10/24 11/25
35/15 36/22 65/18 67/6 97/6 97/24 99/8
99/17 111/9 115/7 116/15
aspect [1]  41/18
assigned [2]  83/6 94/8
assist [1]  70/6
assistance [1]  139/6
assisted [1]  70/10
asylum [2]  137/22 137/24
at [83]  5/1 8/20 9/8 9/14 10/9 10/21
11/14 14/17 14/25 16/23 20/6 21/10
27/6 27/12 27/21 28/13 28/18 29/2 30/2

31/12 31/15 33/6 37/13 37/17 41/17
45/8 50/7 50/14 51/25 53/7 58/12 60/8
61/9 63/24 66/10 66/10 66/25 67/10
67/16 68/20 72/2 72/21 73/8 73/21 74/9
79/15 83/21 83/24 88/2 94/5 94/9
102/15 103/18 104/4 106/6 106/19
107/2 115/4 115/5 118/9 118/16 119/17
120/20 121/12 121/13 122/5 122/5
123/1 123/14 124/25 127/3 127/11
127/15 129/18 133/13 133/23 135/7
135/24 139/12 142/12 145/7 148/14
149/21
at 2:19 p.m [1]  145/7
Atech [1]  16/21
attend [1]  83/15
attention [1]  76/14
attorney [8]  3/3 6/1 8/20 133/12 133/17
144/24 147/12 147/14
attorneys [11]  10/21 10/24 11/18 12/8
12/19 35/1 36/6 92/12 95/12 96/9
128/10
audited [1]  107/2
August [1]  63/22
authority [3]  24/23 25/25 146/5
authorization [3]  81/7 81/13 118/17
authorized [2]  80/5 147/5
automated [1]  127/6
automatically [1]  127/7
available [4]  64/3 64/4 144/6 144/8
average [4]  68/3 68/10 82/2 139/15
avoided [1]  122/8
aware [11]  9/3 80/19 90/15 90/18 91/7
91/14 91/18 93/7 98/8 98/12 100/21
away [5]  76/22 122/15 123/2 123/4
141/21

# B

B-U-R-G-O-S [1]  6/23
bachelor [1]  14/11
bachelor's [2]  14/6 14/6
back [22]  26/13 29/11 29/21 31/19
33/18 38/14 43/15 43/24 52/20 55/11
65/15 73/6 77/13 81/1 88/23 89/5
111/22 112/17 132/16 133/23 136/24
140/16
background [9]  14/3 14/14 15/14 64/10
64/16 64/17 65/3 65/9 122/14
BARAN [1]  2/13
basically [26]  12/11 12/21 23/18 24/1
31/17 31/20 34/4 39/23 40/13 41/1 46/1
49/14 50/17 51/1 60/7 76/17 76/18
77/22 78/1 80/3 82/21 94/11 106/6
107/7 119/2 123/2
basis [4]  50/17 55/21 56/5 56/13
Bates [3]  75/1 76/1 84/17
Bates-labeled [1]  76/1
Bates-stamped [2]  75/1 84/17
be [113]  5/4 8/11 9/4 9/15 15/25 23/5
23/11 24/9 24/15 25/20 28/10 28/11
28/13 28/14 29/8 29/13 31/10 33/24
39/18 41/5 41/13 49/18 50/4 53/7 54/12
54/24 54/25 55/19 55/20 56/12 57/2
58/17 61/9 61/12 61/13 61/14 61/22
61/22 61/23 63/5 64/3 64/3 65/9 65/10
69/6 70/19 71/21 71/21 73/4 73/9 76/25
78/2 78/6 78/22 83/2 83/3 83/4 83/21
89/10 89/22 90/24 92/14 95/18 96/15
97/4 103/20 103/24 107/22 108/15

108/20 112/14 112/14 112/15 113/8
113/12 113/17 113/19 115/9 115/11 116/20
117/1 117/4 117/5 117/9 117/12 118/3
118/9 118/11 119/4 119/18 121/1
122/12 122/20 122/24 125/22 132/18
133/7 135/15 136/1 137/20 138/10
138/13 139/4 140/2 140/8 140/10
140/18 141/12 141/14 141/16 142/16
142/21 144/12 148/12
Beach [1]  69/21
became [1]  58/25
because [62]  22/18 23/7 23/23 23/25
28/24 29/6 29/16 32/8 33/12 33/20 34/7
34/9 40/3 42/23 44/18 46/4 50/13 50/17
51/8 51/24 59/20 60/20 62/10 64/16
65/20 66/4 68/11 71/5 74/5 76/14 86/8
89/8 91/11 93/19 94/15 100/8 103/20
104/25 112/21 113/6 113/17 113/18
118/12 118/16 119/3 119/21 119/22
119/23 120/2 120/13 120/19 120/19
123/1 134/21 135/8 135/9 136/14 138/6
141/5 141/15 141/22 142/9
become [1]  16/12
been [62]  5/12 6/24 12/24 16/1 16/23
20/10 23/24 31/23 32/10 32/25 33/5
34/22 37/18 45/6 45/7 50/21 51/2 52/22
53/1 57/10 57/11 59/10 59/24 60/18
60/20 60/24 61/7 63/17 63/19 63/19
63/20 63/21 63/23 64/1 64/23 69/20
76/22 78/24 79/1 81/11 81/23 82/10
82/13 82/17 84/24 91/6 91/23 92/1
96/10 101/18 103/20 105/22 118/15
125/6 127/3 127/11 129/3 135/9 135/18
137/25 141/18 143/14
before [19]  6/14 6/25 33/15 43/25 45/2
48/5 51/7 81/16 84/16 118/4 118/6
120/5 128/1 132/1 132/4 133/14 136/1
143/22 146/7
beforehand [1]  81/23
began [1]  5/1
begin [1]  32/24
beginning [6]  29/3 31/12 37/20 59/6
106/19 135/8
behalf [6]  2/2 2/12 2/17 3/2 3/6 52/15
behind [1]  79/18
being [20]  28/17 49/20 50/22 53/16 59/7
70/24 76/25 85/9 91/1 106/16 108/19
111/5 117/19 118/5 118/5 136/21
138/18 140/1 140/5 142/12
belated [2]  56/7 96/25
believe [33]  12/16 17/22 20/8 35/21
36/14 41/22 58/22 62/3 62/4 75/1 75/24
76/1 80/7 80/14 81/22 84/17 85/18
86/16 86/25 87/6 91/21 93/13 102/12
105/16 105/18 108/15 108/23 109/24
111/14 124/20 125/3 126/3 126/4
below [2]  140/2 148/14
beneath [1]  19/22
benefits [1]  103/5
Bennington [1]  3/13
besides [2]  8/2 18/11
best [10]  10/9 47/15 53/19 103/23 109/9
109/21 115/10 110/20 111/1 144/12
better [3]  43/6 50/22 81/2
between [8]  6/11 15/6 27/7 93/22
108/18 131/7 131/18 140/17
big [3]  116/23 117/6 119/14
bigger [2]  27/9 108/13

**B**

bill [2]  29/5 112/5
bills [1]  138/4
bin [2]  54/17 54/21
bit [19]  7/4 14/2 14/3 21/15 24/4 28/21
 32/3 32/8 38/14 52/20 61/25 71/24
 108/6 116/22 117/3 121/4 123/21
 135/10 136/21
black [1]  46/1
blank [1]  148/14
block [1]  46/1
Blocks [15]  46/21 48/6 48/8 48/22 48/24
 49/3 49/11 49/12 50/6 53/20 53/21
 54/20 54/24 55/8 67/25
board [3]  19/21 20/7 107/9
BOGART [1]  2/21
bolts [1]  35/18
booklets [1]  118/19
border [1]  89/25
both [11]  31/16 44/24 46/5 49/12 71/11
 79/8 94/6 94/15 94/21 102/20 105/14
bottom [3]  75/3 75/25 148/14
Boulevard [1]  2/4
BRANCHES [1]  1/5
break [7]  6/10 6/12 6/14 7/12 31/22
 43/11 43/19
breaks [1]  6/11
brief [2]  134/6 143/2
briefly [1]  77/12
bring [1]  73/1
brings [1]  28/8
broad [2]  7/3 21/10
broadly [3]  64/9 82/14 129/13
Bronough [1]  2/19
Bronx [1]  15/2
brought [1]  72/25
Broward [6]  69/21 93/5 93/18 93/25
 94/5 98/3
budget [32]  105/11 105/16 105/18
 105/19 105/24 106/2 106/7 106/8
 106/12 106/13 106/14 106/18 106/23
 106/25 107/4 107/18 108/7 116/21
 119/21 121/5 121/12 121/15 121/24
 124/9 140/21 142/5 142/21 142/22
 143/9 143/10 143/12 143/14
budget-related [1]  124/9
budgets [4]  12/21 12/23 107/1 107/25
Burgos [7]  1/13 4/3 5/9 5/16 5/20 6/21
 6/23
business [2]  46/12 124/18
busy [2]  6/4 15/18
but [99]  5/4 6/10 7/5 7/11 8/1 8/22 13/6
 15/25 16/1 16/19 20/3 20/15 21/5 22/13
 24/7 24/11 26/3 29/3 29/5 33/25 34/3
 35/6 35/17 42/4 42/6 43/12 44/6 46/4
 46/20 47/3 49/15 54/2 54/24 55/20
 56/20 59/13 60/7 61/6 61/19 62/9 63/6
 63/17 64/23 68/12 69/19 69/25 70/1
 71/25 72/12 75/6 79/2 79/7 81/23 83/16
 91/4 92/16 97/15 98/20 98/22 101/14
 101/15 103/1 103/8 106/2 107/6 111/14
 112/17 112/22 114/9 114/10 115/16
 117/4 119/2 119/13 120/5 121/3 121/5
 125/13 125/17 127/2 127/9 127/11
 132/14 133/5 133/6 133/9 136/20
 137/17 138/5 140/7 140/9 140/12
 142/11 143/10

**Bye** [1]  145/6
BYRD [3]  1/17 148/5 149/3

**C**

call [11]  20/3 20/15 39/22 41/8 41/9
 56/19 69/5 83/3 91/21 98/5 112/12
called [10]  14/17 14/20 15/8 16/21 20/1
 34/3 41/2 48/21 138/4 138/5
calling [5]  76/13 112/19 113/15 117/19
 118/25
calls [5]  41/7 57/14 59/2 109/8 113/25
came [2]  29/10 86/21
camera [1]  7/17
campaign [5]  28/11 37/19 38/1 83/18
 136/15
campaign's [1]  37/23
campaigns [6]  15/20 15/24 16/18 28/14
 135/17 140/5
campus [1]  14/8
can [81]  11/8 15/4 15/19 18/25 24/10
 25/6 25/20 27/4 38/20 38/22 49/18
 53/20 56/16 56/19 64/6 67/18 68/12
 68/13 71/11 72/8 74/17 75/5 75/11 78/4
 85/7 87/8 87/13 91/3 96/11 96/14 99/16
 100/17 103/20 103/22 107/7 107/16
 114/5 114/9 115/9 115/13 115/17
 115/18 116/12 116/20 118/8 118/9
 118/11 119/3 119/12 119/18 120/3
 120/10 120/11 120/11 120/12 120/19
 120/21 121/1 121/21 123/20 123/20
 124/3 131/2 132/9 133/4 133/5 133/23
 134/16 134/18 136/4 136/5 136/5 136/5
 136/8 138/22 140/23 141/9 141/12
 141/13 141/25 144/10
can't [5]  30/14 118/20 119/5 121/11
 132/6
cannot [2]  108/15 141/16
canvass [13]  31/9 44/12 44/13 44/15
 44/16 44/17 44/19 45/8 72/23 93/17
 93/23 94/7 94/13
canvasser [37]  32/20 38/24 39/24 55/12
 56/11 56/23 57/6 60/3 66/23 67/3 67/12
 68/4 71/12 72/9 73/21 74/1 74/4 74/6
 77/25 79/6 84/11 85/8 85/10 85/18
 86/12 86/14 93/6 94/6 94/13 94/18
 96/18 99/2 121/9 121/18 123/7 124/23
 142/4
canvasser's [1]  70/14
canvasser-led [1]  123/7
canvasser-related [3]  55/12 57/6 60/3
canvassers [98]  29/21 30/7 30/12 30/21
 30/22 32/1 32/2 32/9 33/9 34/14 37/6
 37/13 37/14 37/20 38/3 38/6 38/18
 39/12 39/20 40/2 41/25 42/5 43/9 44/2
 44/11 44/14 55/15 55/25 56/17 56/21
 58/14 59/11 60/24 62/17 62/20 62/24
 63/8 64/17 65/16 65/17 65/20 65/23
 66/4 66/5 66/11 68/6 68/8 68/12 68/13
 68/20 70/10 70/18 70/23 71/14 72/1
 72/4 72/11 72/17 74/23 74/25 75/10
 76/10 78/3 78/19 78/22 79/4 79/11 80/8
 80/10 80/15 80/20 80/23 80/24 81/7
 81/20 82/3 82/14 82/23 83/5 85/20 86/7
 86/8 117/20 118/3 118/4 123/10 125/4
 125/11 126/2 136/3 136/4 136/7 136/19
 137/12 139/16 139/24 140/24 141/1
canvassers' [1]  39/1
canvassing [10]  66/14 68/22 68/23 69/5

**C**
capacities [1]  137/19
capacity [1]  1/9
Capitol [1]  3/3
career [1]  15/18
Carolina [13]  18/7 20/18 20/19 22/1
 22/12 22/16 22/21 26/10 26/11 32/12
 108/24 109/2 109/17
case [35]  1/3 6/6 23/7 31/3 37/2 40/19
 55/21 55/21 56/5 56/5 56/13 56/13
 67/11 75/23 76/23 81/22 81/23 89/12
 91/12 92/8 92/17 92/24 95/8 98/9
 107/18 108/1 122/23 132/1 132/4 132/6
 132/12 141/20 144/9 148/5 149/4
cases [3]  64/23 69/23 87/1
catch [2]  39/5 111/25
categories [1]  71/20
categorize [1]  106/15
category [1]  116/23
Caucus [1]  14/18
caused [1]  142/3
CCR [4]  1/21 146/16 147/21 148/17
CCR-GA [4]  1/21 146/16 147/21 148/17
CE [1]  69/16
census [3]  17/8 102/5 102/6
central [3]  69/22 73/2 73/21
CEO [4]  19/20 20/4 107/9 122/22
certain [2]  111/15 140/18
CERTIFICATE [2]  145/8 146/19
certified [5]  5/13 40/22 51/11 51/12
 52/12
certified-mail [1]  40/22
certify [3]  146/5 147/5 147/11
CESAR [1]  2/9
cetera [1]  40/1
CFO [1]  106/9
challenge [1]  122/3
challenging [6]  64/22 111/16 113/21
 114/1 121/17 134/24
chance [1]  9/20
change [7]  23/25 57/8 123/8 123/16
 123/17 123/25 149/7
changed [11]  24/1 33/12 33/15 33/18
 59/13 59/14 59/17 81/8 90/2 123/14
 123/24
changes [21]  22/8 22/19 34/7 51/8
 57/18 59/7 59/7 59/20 59/25 60/14
 60/24 61/6 61/7 90/20 106/10 106/25
 107/1 112/9 123/18 123/19 149/2
chapters [2]  20/14 20/14 20/15 24/7
charge [1]  45/8
Charlotte [2]  20/18 61/3
chart [1]  43/7
Chat [7]  9/15 74/11 75/12 83/25 87/9
 127/16 144/12
chats [1]  130/11
check [9]  33/11 50/8 65/9 79/14 79/16
 79/18 125/13 125/14 125/17
check-in [3]  125/13 125/14 125/17
checked [2]  50/22 51/5
checkers [2]  73/12 73/17
checking [1]  60/19
checklist [7]  31/4 31/7 31/24 32/15 95/1
 95/2 95/6
checklists [3]  30/8 30/20 32/18
checks [8]  41/7 64/10 64/16 64/17 65/4
 79/25 80/1 122/14
Chicago [1]  20/17

circumstance [2] 85/13 91/5
circumstances [1] 85/8
citizen [18] 64/22 79/4 79/11 81/7 81/20
82/2 118/14 119/6 121/9 121/18 134/12
134/13 134/23 134/25 135/21 136/25
139/12 142/3
citizens [13] 78/18 78/22 79/8 80/9
117/1 117/4 117/16 118/20 119/1 119/3
119/15 120/16 135/15
citizens-only [2] 119/1 119/15
citizenship [9] 111/16 113/6 118/14
118/17 122/21 123/17 137/3 138/14
138/19
CITRUS [1] 3/6
civic [21] 17/1 17/3 17/6 17/16 19/17
23/3 23/8 27/17 27/18 30/4 42/22 44/21
44/22 44/25 60/9 65/7 69/16 103/25
117/2 137/18 140/20
clarify [3] 9/11 10/19 131/14
clarity [3] 43/4 97/3 106/6
clear [5] 48/3 54/12 94/23 135/12
137/16
clearly [1] 94/16
Clerk [1] 148/13
client [10] 10/15 34/25 36/5 57/21 92/11
95/11 96/7 128/8 143/24 148/9
client/witness [1] 148/9
clients [1] 11/2
clipboard [2] 71/18 72/11
clipboards [1] 72/5
clock [1] 93/19
close [3] 72/6 72/8 139/2
CM [1] 1/21
collect [7] 22/14 41/22 84/25 94/20
118/20 119/5 139/17
collected [9] 40/7 50/1 50/2 50/2 67/19
72/2 72/19 72/20 94/18
collecting [2] 22/15 140/15
collection [6] 40/2 88/23 90/15 91/8
93/12 93/21
college [4] 14/14 14/16 15/5 15/14
combination [1] 102/17
comcast.net [4] 146/17 147/22 148/18
149/24
come [10] 7/19 21/3 31/8 50/20 65/20
104/6 133/23 140/25 141/2 141/17
comes [4] 39/13 45/22 104/9 104/11
coming [4] 6/5 38/14 63/18 119/1
Commission [1] 146/17
committee [3] 20/2 61/18 61/19
commonly [1] 24/9
communicate [3] 96/1 120/10 124/25
communicating [1] 125/11
communication [2] 120/2 125/3
communications [6] 10/20 15/11 61/14
97/4 126/22 126/25
communities [1] 108/15
community [18] 19/13 25/9 42/20 44/20
45/5 71/3 81/1 83/2 108/14 108/19
114/19 116/25 117/13 119/11 119/16
120/20 122/9 139/6
compared [6] 28/18 28/23 120/18
120/22 135/3 142/17
complaint [17] 56/5 78/17 91/7 91/16
91/24 92/3 92/5 92/6 109/4 114/5 114/9
114/10 114/22 114/25 116/2 131/8
131/19

complaints [14] 55/14 55/16 55/17
55/19 55/24 56/10 85/23 99/11 109/16
109/18 109/22 110/9 110/21 111/2
complete [6] 39/19 40/5 72/17 86/1
112/16 118/2
completed [33] 14/4 17/7 17/17 29/6
29/10 31/16 39/18 39/25 40/16 40/25
41/4 45/13 47/20 49/4 51/9 52/6 52/14
52/22 52/25 54/4 54/13 55/4 65/11
67/17 71/22 72/1 73/2 73/13 73/20
73/22 78/3 99/13 135/12
completes [1] 72/10
completing [3] 100/14 100/18 100/22
compliance [1] 58/7
complies [1] 115/23
comply [2] 57/13 94/23
complying [1] 59/25
computer [4] 7/24 53/13 53/16 54/17
computers [2] 54/21 54/25
concern [2] 77/8 135/14
concerns [7] 38/25 56/17 85/17 85/22
85/23 135/20 135/22
concluded [2] 129/8 145/7
conclusion [8] 57/15 59/2 79/20 109/8
113/25 123/12 128/19 131/10
conduct [12] 13/13 13/16 17/24 64/10
64/15 64/17 67/2 68/22 68/23 79/24
80/1 109/25
conducted [4] 18/17 19/1 96/17 132/11
conducting [3] 65/3 79/18 131/20
conducts [2] 18/4 108/24
CONFERENCE [3] 1/5 148/4 149/3
confidentiality [2] 47/20 47/24
confirm [1] 53/10
confirmation [5] 40/19 40/21 40/24
51/15 51/16
confirming [3] 34/5 50/1 51/19
confuse [1] 33/21
confused [1] 34/9
Congress [2] 14/15 14/23
Congressional [2] 14/17 28/13
Congressman [1] 15/1
Congressperson [1] 14/24
connected [1] 147/14
Connecticut [4] 18/22 20/16 110/2
110/24
connection [1] 135/21
consequences [2] 56/22 113/8
consideration [1] 22/9
considers [1] 24/15
consistent [1] 26/21
consists [1] 118/7
consolidated [1] 64/23
constituents [2] 111/18 112/5
construction [1] 119/15
construes [2] 131/5 131/16
consultation [1] 132/12
consulting [3] 15/8 15/10 15/12
contact [4] 41/13 50/12 50/15 94/1
contain [1] 90/14
contained [3] 23/15 23/18 23/22
content [5] 10/15 34/25 57/21 96/8
128/8
contents [1] 77/21
continue [2] 81/16 114/16
Continued [1] 3/1
continuous [1] 30/11
contract [8] 38/12 46/13 46/14 46/17

46/20 47/11 47/46 48/10
contracts [4] 37/25
contravention [1] 85/3
control [40] 24/23 26/1 30/4 39/4 39/9
39/10 40/10 40/13 40/15 40/17 40/23
41/7 41/18 41/25 42/7 42/8 42/11 42/23
42/24 44/18 44/19 45/3 45/7 45/9 45/10
46/10 49/12 49/21 49/24 50/18 51/1
51/4 52/21 61/2 67/19 72/23 73/9 86/19
86/21 87/1
controls [1] 90/21
convenient [1] 43/11
conversation [1] 125/18
conversations [21] 10/16 10/25 11/19
11/21 11/24 12/3 12/7 29/2 35/1 35/15
36/6 36/23 57/22 58/1 92/11 95/11
95/16 96/8 118/24 125/6 128/9
COO [2] 61/15 61/21
coordinated [1] 83/18
copies [5] 33/19 34/8 53/2 53/5 55/5
copy [11] 30/5 51/12 51/17 53/21 54/11
54/11 54/23 92/3 92/4 144/25 148/9
CORD [3] 1/8 148/4 149/3
corner [1] 76/1
corporation [1] 102/22
correct [16] 16/10 20/24 54/2 55/18
62/7 73/11 75/4 75/23 76/3 78/18 84/19
87/25 98/16 108/25 116/18 149/22
corrections [1] 149/22
correctly [1] 132/8
correspondence [2] 96/20 96/23
cost [1] 137/6
costs [11] 117/19 119/21 120/2 120/11
121/3 121/6 121/7 122/19 136/25
140/11 142/17
could [33] 6/13 7/12 8/8 8/21 9/19 17/7
29/8 29/18 33/16 49/6 49/6 57/2 57/2
63/13 69/6 69/8 77/12 78/7 84/4 86/14
97/23 111/22 112/12 112/12 112/13
114/23 115/12 115/12 122/12 122/24
127/20 135/12 135/13
couldn't [4] 111/21 112/21 113/16
134/19
counsel [36] 10/16 11/13 13/4 13/11
35/4 35/10 35/16 35/20 36/9 36/24 37/3
57/22 58/3 60/10 61/15 92/13 92/20
95/16 95/17 97/5 107/21 108/3 128/12
129/4 129/18 129/24 130/5 130/14
130/22 131/12 132/12 132/21 133/4
147/12 147/14 148/8
count [2] 31/11 136/4
counted [1] 86/1
counties [8] 69/14 69/20 69/22 69/24
89/7 89/16 89/17 89/18
counties's [1] 87/22
counting [1] 118/21
counts [3] 112/8 112/11 112/22
county [13] 3/6 44/11 69/8 76/8 88/5
88/14 89/7 91/1 93/5 119/9 120/1 146/4
147/3
couple [3] 108/23 118/23 135/19
course [1] 6/10
court [7] 1/1 8/18 43/16 78/8 111/22
124/2 148/13
cover [3] 39/23 72/21 138/18
COVID [1] 103/5
CRC [4] 1/21 146/16 147/21 148/17
create [2] 106/23 119/15

# C

created [2] 84/13 84/15
CROSS [1] 134/9
CRR [4] 1/21 146/16 147/21 148/17
cruiz [1] 2/9
current [8] 14/22 15/17 18/8 28/25 33/2 33/7 105/15 142/10
currently [12] 7/17 7/24 18/6 32/22 61/12 62/2 62/5 62/16 62/25 105/10 109/1 113/3
curtail [2] 114/12 116/3
curtailed [1] 135/16
custody [1] 76/20
customer [2] 41/8 49/24
cv [5] 1/3 1/3 1/4 148/5 149/4
cycle [32] 27/24 28/2 28/4 42/2 44/5 62/20 63/1 63/10 65/17 65/24 66/2 66/8 68/6 80/16 80/21 82/19 82/20 99/14 99/22 101/4 101/9 101/11 101/20 102/3 102/9 104/19 104/23 105/5 134/15 135/2 140/24 142/5
cycles [5] 68/7 117/21 119/10 135/4 135/4

# D

D.C [1] 20/17
Dade [8] 44/9 69/21 73/5 73/6 88/5 91/15 91/22 97/20
daily [1] 42/25
DALE [1] 3/9
damage [1] 117/14
damages [1] 121/4
dash [2] 75/2 84/18
date [15] 63/14 63/16 81/15 88/22 90/15 91/11 93/16 131/7 131/18 132/18 135/1 135/17 135/25 143/14 148/16
dated [3] 87/24 147/17 149/24
DAVIS [1] 2/20
day [25] 15/25 16/2 30/2 30/11 31/11 45/8 45/8 51/24 54/15 59/13 68/7 68/8 71/14 77/24 84/15 93/5 93/12 93/15 93/20 93/21 94/17 98/2 112/20 127/13 149/24
days [13] 22/15 22/18 30/7 33/16 33/17 33/18 59/14 65/10 68/9 85/11 123/22 123/22 148/12
de [3] 2/10 2/21 77/15
deadline [4] 22/13 38/2 81/16 124/1
Dear [1] 148/8
December [7] 1/14 146/8 146/11 147/17 147/23 148/7 149/6
decide [1] 56/13
decided [6] 76/11 76/12 76/23 84/23 89/9 90/23
decision [4] 63/9 63/18 64/6 107/8
declare [1] 149/20
decreased [1] 140/13
decreasing [1] 106/25
DEFENDANT [3] 2/12 2/17 3/2
Defendants [1] 1/10
define [3] 24/10 38/20 100/17
defining [1] 24/11
definitely [1] 29/13
degrees [1] 14/10
delete [1] 127/8
deleted [8] 53/9 53/9 53/12 53/16 54/9 54/16 54/20 127/7
deleting [2] 55/4 127/10

deletion [1] 53/18
deliberate [1] 93/22
deliver [7] 22/15 22/18 33/16 51/7 89/2 89/6 94/19
delivered [10] 40/16 52/14 88/14 89/14 89/14 89/17 91/1 93/4 93/11 98/2
delivering [3] 59/18 87/21 100/9
delivery [4] 51/1 51/6 54/5 144/20
demographic [1] 120/23
demographics [1] 120/23
department [23] 2/17 2/18 19/16 19/16 40/20 50/3 51/10 51/16 59/16 59/20 76/15 87/20 88/4 88/19 89/10 89/20 90/5 90/7 90/25 99/7 99/8 103/3 119/24
departments [1] 19/15
depend [3] 27/24 28/4 41/21
depending [7] 27/9 37/16 44/22 51/14 56/5 57/1 72/24
depends [12] 27/5 28/1 28/1 41/20 44/5 63/4 63/13 64/5 68/5 80/23 103/8 107/6
deposed [1] 6/24
deposition [20] 1/12 4/3 6/5 6/8 7/3 7/8 9/9 10/13 11/2 11/5 11/20 12/4 12/14 12/18 13/8 13/14 13/18 133/1 147/7 148/6
describe [4] 20/11 24/12 28/16 140/23
described [2] 65/13 73/10
describing [10] 31/5 37/8 39/8 43/5 45/20 65/2 70/13 77/20 91/19 93/8
DESCRIPTION [1] 4/17
designate [4] 74/10 75/13 87/10 127/16
designated [1] 9/16
destroyed [1] 72/16
detailed [1] 56/1
details [1] 31/20
detective [4] 91/15 91/23 92/2 97/19
detectives [1] 99/7
determine [1] 118/13
did [48] 10/12 10/22 10/23 10/23 11/4 11/10 11/18 12/20 13/13 13/16 14/10 32/23 35/7 35/7 35/18 41/9 41/11 55/3 55/20 82/18 83/8 89/12 90/6 90/20 92/2 94/12 95/25 101/14 101/14 101/15 101/18 101/22 102/6 102/11 102/13 104/17 111/4 111/12 121/10 128/15 129/13 129/21 130/2 130/9 130/17 132/16 147/6 148/9
didn't [10] 64/18 76/25 81/25 89/2 89/18 90/14 93/19 94/10 111/24 113/18
died [1] 134/19
diff [1] 32/3
difference [1] 140/16
different [21] 16/24 17/20 19/15 21/7 23/9 24/12 25/8 26/22 26/23 29/16 30/13 32/8 62/21 73/3 82/13 103/17 104/25 106/6 120/12 123/21 138/2
differently [1] 24/13
digital [6] 4/11 53/2 53/8 54/16 55/5 126/10
dip [1] 107/7
direct [6] 5/14 18/19 24/23 108/17 138/6 139/6
directly [6] 38/7 38/8 46/14 122/24 125/11 139/10
director [30] 17/2 17/3 32/10 42/20 43/2 44/16 44/17 44/21 44/21 44/23 44/25 45/5 60/10 61/13 61/15 72/23 76/8 84/11 93/17 93/23 94/7 94/14 106/9

deletion [1] 106/20 106/21 107/14 118/24 122/9
122/10 139/8
directors [7] 17/13 17/14 19/21 19/23 20/7 44/20 45/1
discovered [1] 84/24
discovery [4] 35/12 37/5 92/8 95/7
discretionary [14] 107/8 122/16 122/22 138/13 138/17 138/24 139/8 140/17 141/15 141/20 141/23 143/6 143/11 143/14
discuss [3] 133/4 133/8 133/9
discussed [12] 13/12 13/17 15/3 18/18 18/25 74/21 79/6 95/4 95/25 97/9 128/3 130/11
discussing [4] 31/24 34/22 96/10 101/18
discussion [2] 78/10 134/12
distribution [1] 139/5
DISTRICT [2] 1/1 1/1
diversion [1] 122/4
diversions [1] 116/13
divert [2] 114/13 116/4
diverted [1] 122/13
divided [1] 126/3
division [12] 1/2 51/11 51/22 52/8 52/16 53/1 54/6 88/15 89/3 89/11 90/25 119/24
DMV [1] 69/7
do [128] 5/2 5/6 5/19 7/23 7/24 8/4 8/14 9/15 9/23 12/23 13/8 14/13 17/4 17/20 18/3 19/11 19/14 20/6 20/8 25/1 25/9 26/4 26/6 26/14 29/13 29/14 29/23 30/1 30/11 30/13 30/14 33/9 34/9 34/12 34/14 34/14 34/16 34/20 35/22 36/2 36/15 36/25 38/3 39/21 41/2 41/18 42/6 47/24 48/24 50/10 50/11 50/12 54/16 60/25 64/18 67/4 67/9 67/18 68/20 68/21 69/4 69/11 71/1 72/1 73/12 74/18 75/19 77/2 77/7 77/23 78/21 79/17 80/9 82/1 84/7 84/12 84/21 85/13 87/17 87/4 87/6 92/7 92/22 95/6 95/21 96/14 100/12 101/12 101/19 103/11 103/13 103/25 107/16 107/24 111/9 112/11 112/12 112/21 114/5 114/21 115/4 115/5 116/7 117/8 117/22 119/15 121/10 121/10 124/16 124/24 126/13 126/24 128/23 129/7 131/2 131/4 135/22 135/24 136/3 137/3 138/14 138/24 139/5 140/20 143/13 144/10 148/19 149/2
document [27] 9/23 13/11 23/11 23/15 23/16 23/22 24/3 30/16 30/19 58/17 74/16 75/8 75/20 75/22 76/6 77/21 84/7 86/16 87/15 87/18 92/16 95/15 95/21 124/10 127/22 128/1 128/15
document-related [1] 124/10
documents [43] 4/11 4/12 8/5 10/23 11/1 12/17 12/19 12/20 13/6 13/9 13/26 30/21 31/23 32/1 35/7 35/8 35/19 35/21 36/13 36/17 37/1 37/4 37/25 55/22 57/23 81/15 87/5 97/7 97/11 98/6 118/13 126/13 129/15 129/18 130/10 130/17 131/21 131/21 131/25 132/11 132/17 132/21 133/3 137/23
does [84] 6/15 7/14 7/19 8/12 8/25 17/19 17/24 19/10 19/25 20/9 20/13 21/21 21/24 22/4 24/8 24/14 25/24 27/13 27/24 28/4 30/10 34/11 36/12 37/22 38/16 38/23 41/6 46/16 47/10

**D**

does... [55]  47/18 48/4 50/20 51/21 52/5 52/23 53/1 53/21 54/3 55/3 56/9 56/15 57/5 57/12 57/17 58/6 60/15 62/1 62/16 62/19 62/24 64/10 66/12 66/18 67/2 67/15 68/16 69/13 70/2 70/6 75/4 77/17 79/24 82/1 84/19 96/19 99/11 99/20 102/24 104/4 104/5 104/13 105/10 107/3 107/11 110/3 124/11 125/10 126/8 126/10 126/20 126/20 127/5 133/11 148/11
doesn't [8]  22/17 42/17 48/10 72/15 109/13 119/17 123/18 133/17
doing [12]  5/17 5/19 16/16 16/17 32/10 40/2 42/23 45/6 67/12 78/25 139/3 141/2
don't [67]  8/2 8/10 15/16 16/1 20/15 24/2 25/15 26/4 32/9 33/19 33/20 41/14 43/14 45/25 46/14 46/20 47/3 47/15 50/10 50/11 50/13 53/5 55/19 56/1 60/6 60/22 63/22 67/9 67/9 69/10 69/11 71/5 82/9 83/13 83/17 83/22 87/6 91/12 92/4 92/25 95/23 96/22 98/6 99/24 100/4 111/21 111/23 113/5 113/7 114/8 119/25 124/14 127/2 127/8 128/20 128/20 129/5 129/11 130/21 132/4 132/5 132/7 132/7 132/20 141/4 143/8 143/16
donations [3]  102/19 102/20 104/7
done [19]  12/10 15/23 45/23 51/2 51/5 58/9 60/1 69/10 69/20 77/3 106/6 108/15 111/17 115/22 118/4 125/15 125/18 128/4 138/3
donors [1]  102/21
door [2]  68/21 68/21
doors [2]  16/2 69/11
dos.myflorida.com [1]  2/22
doublecheck [1]  7/7
down [9]  21/14 24/4 60/7 75/3 75/12 75/25 91/3 140/1 142/9
download [1]  75/16
draft [2]  33/3 144/6
drafted [3]  33/5 111/6 111/10
drawing [1]  24/4
drilling [1]  21/14
drink [1]  31/22
Drive [3]  2/7 36/16 126/12
driver's [3]  46/3 86/3 146/12
drives [1]  126/10
drop [7]  9/15 59/15 74/11 75/12 83/25 87/9 127/16
dscott [1]  3/10
dual [1]  49/19
due [3]  113/2 113/13 133/2
duly [2]  5/12 146/8
duplicate [1]  83/22
during [15]  4/12 9/8 15/5 27/20 62/25 67/7 81/9 83/7 85/11 86/21 103/5 117/20 119/12 125/15 139/21
duties [1]  17/4

**E**

E-L-E-Z [1]  6/22
e-mail [22]  34/13 34/18 34/21 35/23 56/16 91/22 92/2 92/7 97/22 124/12 124/14 124/15 124/17 124/21 125/1 125/3 125/5 126/22 126/25 130/3 144/11 144/14

e-mails [8]  35/8 97/15 97/21 98/9 98/21 120/23 120/25 127/8

each [17]  10/5 11/10 11/12 42/1 44/11 56/2 58/5 58/9 78/1 78/3 83/19 95/24 97/23 103/17 112/18 124/13 124/13
earlier [15]  30/17 53/3 62/4 71/25 73/10 74/22 79/6 80/15 82/12 95/4 108/22 109/24 126/4 128/3 130/11
early [2]  6/9 91/15
earmarked [2]  141/16 141/19
earn [1]  80/25
easier [1]  63/15
East [1]  3/8
economic [1]  19/16
education [3]  17/9 19/18 102/12
educational [1]  14/3
effect [1]  8/17
effective [1]  84/23
efficient [5]  118/9 136/22 140/3 140/5 142/13
efforts [3]  83/22 114/16 118/1
either [10]  15/5 37/16 68/25 69/24 72/22 72/22 109/22 112/6 119/14 141/17
election [35]  27/10 27/24 28/1 28/4 28/7 28/9 42/2 44/5 58/5 63/10 65/24 66/2 66/8 80/16 80/21 99/14 99/22 101/4 101/8 101/11 101/19 101/20 102/3 102/9 104/19 104/22 105/5 117/21 119/10 123/8 134/15 135/2 135/4 140/24 142/5
election-related [1]  101/19
elections [22]  28/13 40/18 49/17 51/11 51/22 59/19 63/7 87/23 88/6 88/15 88/15 89/3 89/11 89/16 89/21 91/1 91/2 93/6 93/25 108/17 108/18 119/25
electronically [1]  4/11
eligible [1]  71/3
ELLIOTT [1]  2/15
else [9]  7/8 11/14 36/17 41/15 50/6 128/4 133/12 142/25 144/23
email [2]  148/14 149/24
emails [1]  127/12
emergency [2]  141/22 141/24
employ [3]  62/17 78/17 80/11
employed [9]  23/24 26/25 27/23 38/8 38/11 65/17 65/19 65/23 113/3
employee [12]  21/7 21/8 21/9 22/25 23/12 65/7 85/14 91/8 91/17 91/24 147/12 147/13
employees [32]  26/13 26/16 26/19 26/24 27/12 27/14 27/23 28/17 34/12 34/14 34/16 38/24 41/16 41/19 56/11 58/14 62/1 62/6 62/13 62/14 64/9 64/10 64/15 67/3 79/25 93/4 112/25 113/1 124/12 124/17 124/24 124/25
employees' [1]  36/3
employing [1]  62/25
employment [16]  15/4 37/8 37/17 37/24 67/8 79/14 81/9 81/20 84/23 85/9 85/12 94/13 96/18 113/2 125/5 127/13
employs [7]  29/22 37/7 38/7 45/11 65/16 79/12 80/9
empower [4]  19/12 108/14 108/20 117/12
empowered [1]  108/20
empowerment [1]  19/17
en [1]  77/16

enacted [1]  121/14
enactment [1]  121/19
end [12]  6/7 6/12 30/10 31/15 37/21 37/25 59/12 72/21 76/11 107/2 120/6 135/7
ended [1]  105/1
ends [2]  30/11 38/1
engagement [24]  17/1 17/3 17/6 17/16 19/17 23/3 28/8 27/18 27/19 30/4 42/20 42/22 44/21 44/21 44/23 44/25 45/5 60/9 65/8 69/16 103/25 122/9 137/18 140/21
engagement-related [1]  17/6
engaging [1]  82/3
enough [1]  114/7
ensure [3]  47/18 49/3 57/12
entailed [1]  93/9
entails [1]  45/21
ENTER [1]  149/2
entities [7]  15/21 20/21 24/12 24/19 24/22 25/12 25/18
entitled [1]  77/15
entity [7]  22/23 46/16 46/18 47/11 48/9 48/19 103/24
environment [1]  28/25
environmental [1]  19/15
errata [2]  148/10 148/21
especially [4]  29/11 85/11 117/7 117/14
ESQUIRE [10]  2/5 2/9 2/10 2/15 2/20 2/21 3/5 3/9 3/10 148/2
essentially [1]  119/14
establish [1]  118/25
et [7]  1/6 1/9 40/1 148/5 148/5 149/3 149/4
et cetera [1]  40/1
evaluate [1]  58/6
even [7]  23/7 27/9 31/21 43/1 123/1 137/25 140/2
event [3]  69/24 69/25 70/22
events [8]  26/3 69/1 69/1 72/3 82/24 82/25 83/13 83/16
ever [15]  6/24 8/10 15/19 16/5 34/16 52/14 59/9 61/17 81/8 81/20 83/8 83/17 92/1 109/4 110/8
every [25]  13/11 23/25 30/11 31/14 31/17 41/20 44/13 44/18 57/8 57/10 59/12 60/22 63/4 65/6 71/20 79/2 81/22 82/20 119/8 120/4 123/13 128/12 137/10 139/7 143/16
everyone [3]  23/1 79/15 145/5
everything [17]  20/22 35/3 36/8 50/1 92/14 92/19 94/10 95/18 107/22 108/4 123/3 126/18 127/3 127/4 128/13 134/21 138/3
everything's [1]  124/21
EXAMINATION [3]  5/14 134/9 143/3
Examining [1]  127/22
example [16]  13/20 22/11 22/15 25/19 28/6 33/13 33/23 39/17 44/6 59/9 76/25 98/20 103/1 119/9 125/16 137/21
examples [1]  121/10
except [1]  131/16
excuse [2]  96/5 130/20
executive [4]  20/2 20/4 61/18 61/19
exhibit [21]  4/11 9/16 9/17 74/11 74/13 74/19 75/12 75/13 75/14 77/13 83/25 84/2 87/9 87/10 87/11 91/3 91/4 96/15 115/16 127/17 127/18

**E**

Exhibit 1 [1]  9/16
Exhibit 2 [2]  74/11 77/13
Exhibit 3 [1]  75/13
Exhibit 4 [2]  83/25 96/15
Exhibit 5 [1]  87/10
Exhibit 6 [1]  127/17
EXHIBITS [1]  4/15
exist [1]  97/7
expedited [1]  144/5
expend [2]  114/17 116/8
expenditures [1]  122/20
expense [1]  122/5
expenses [7]  106/15 106/22 107/12
 107/15 107/16 138/19 142/2
expensive [1]  140/14
experience [1]  139/25
expert [1]  120/20
expire [1]  81/13
EXPIRES [1]  146/18
explain [2]  78/3 78/4
explaining [4]  30/25 44/1 71/25 76/5
explains [2]  56/3 77/22
explicitly [2]  113/16 118/19
extend [1]  38/4
extent [20]  13/1 29/12 34/23 59/2 79/19
 92/9 95/9 96/6 97/1 98/10 107/19 109/7
 110/13 113/24 123/12 128/6 128/18
 129/1 131/10 131/23

**F**

F-R-E-D-E-R-I-C-K [1]  6/21
face [2]  33/22 113/8
facility [1]  93/18
fact [3]  77/1 120/16 120/17
factual [2]  13/13 13/15
failed [5]  84/24 94/15 94/19 94/20 94/22
failing [1]  99/12
fails [1]  85/10
failure [1]  86/4
failures [2]  85/14 86/5
fair [2]  85/5 88/25
fairly [1]  117/21
falls [1]  108/12
familiar [2]  91/5 93/2
farm [1]  103/4
FBJ [2]  15/8 15/9
February [3]  16/20 17/1 63/20
February 2020 [1]  16/20
federal [10]  65/11 102/17 102/23 103/2
 103/2 103/11 103/13 103/19 141/5
 148/12
FEDERATION [206]
Federation's [32]  21/16 23/20 31/25
 32/23 35/14 35/23 38/15 39/9 43/6
 55/11 56/24 64/9 65/15 78/17 81/6 81/8
 81/19 82/14 93/3 103/15 105/24 108/8
 113/1 114/4 123/6 124/16 126/1 126/25
 130/24 134/14 135/1 143/6
feel [6]  6/12 8/10 9/11 75/16 87/13
 127/20
felonies [2]  65/12 65/12
festival [1]  71/15
festivals [2]  69/2 82/25
few [3]  16/1 124/9 134/6
fewer [1]  28/17
field [7]  30/6 67/20 67/20 78/1 78/4
 139/16 139/17

fields [1]  39/18
figuring [1]  137/11
filed [4]  91/24 132/4 132/6 148/13
files [2]  37/1 129/22
filing [2]  131/8 131/19
fill [2]  78/2 148/10
filled [1]  71/21
filling [5]  39/16 70/6 70/10 71/20 77/3
finance [4]  106/9 106/9 106/21 107/15
financial [1]  107/13
financially [1]  147/15
find [2]  34/8 105/22
fine [10]  4/20 89/8 89/22 90/6 90/8
 90/22 95/25 97/8 97/13 97/14
fined [8]  77/1 87/21 89/24 89/25 90/2
 100/9 113/8 119/25
fines [3]  33/22 98/20 112/17
finish [1]  6/13
finished [1]  37/23
firm [3]  6/1 15/8 15/10
first [25]  5/12 6/3 7/2 7/5 11/16 16/8
 16/12 16/14 16/19 29/25 54/16 55/8
 58/24 68/25 85/11 88/2 88/3 88/11
 91/22 96/15 106/4 115/7 116/23 122/7
 127/13
fiscal [2]  105/11 143/7
five [7]  11/9 11/10 37/19 41/22 44/14
 76/2 84/18
FL [5]  2/4 2/14 2/19 3/4 3/8
flat [1]  72/5
FLORIDA [94]  1/1 1/5 1/9 2/18 13/20
 16/17 18/7 20/19 21/22 22/4 22/16
 23/14 23/22 26/8 26/19 26/22 27/1
 27/12 29/1 29/19 31/25 33/6 38/7 38/24
 39/14 44/2 44/25 57/9 58/18 59/21 59/8
 59/25 60/8 60/9 60/15 62/2 62/7 62/17
 63/2 63/3 63/10 64/4 65/8 65/16 66/2
 66/13 68/17 69/5 69/14 69/22 70/4
 72/14 76/8 77/16 77/18 77/24 79/1 79/9
 79/12 80/11 80/13 80/13 82/3 82/10
 82/15 82/19 82/21 87/19 88/3 88/9
 101/20 104/15 104/19 105/12 106/5
 106/13 106/16 106/18 109/12 117/4
 120/17 122/10 123/7 123/8 123/14
 126/1 126/9 138/1 140/21 146/3 147/2
 147/22 148/4 149/3
Florida's [3]  42/17 82/15 105/18
Florida-related [1]  57/9
flow [1]  111/24
flyers [1]  30/25
fmari [1]  3/11
focus [4]  19/11 62/6 62/8 118/1
folks [2]  49/15 138/1
follow [4]  85/10 86/4 94/15 143/2
follow-up [1]  143/2
followed [2]  76/2 84/18
following [5]  5/1 58/4 84/22 85/19
 148/10
follows [1]  5/13
food [2]  138/4 139/5
foot [1]  83/3
force [1]  114/17
foregoing [2]  147/9 149/20
form [112]  11/6 13/23 22/14 25/4 27/2
 27/16 27/25 28/19 31/17 33/3 33/16
 34/4 36/7 36/18 37/10 38/19 39/3 39/16
 39/19 40/6 41/3 42/3 45/16 46/19 47/1
 47/14 47/22 48/12 48/20 49/5 50/9

50/14 50/24 51/23 52/17 53/4 53/23
 54/7 54/8 54/14 54/19 54/20 54/23 55/6
 56/7 56/25 57/14 58/8 58/15 59/1 60/5
 62/21 63/12 66/15 67/24 70/8 70/11
 70/17 71/21 72/10 72/15 72/21 73/15
 73/24 76/12 76/18 76/20 76/22 76/24
 77/4 77/9 78/2 78/23 79/21 80/22 81/10
 82/5 85/15 86/24 90/9 90/17 91/10 96/3
 98/18 99/4 99/15 99/23 100/16 100/25
 101/21 102/25 103/16 104/8 104/24
 106/1 107/5 108/10 109/6 110/12 111/7
 112/14 112/16 113/17 116/14 120/1
 121/19 121/21 123/11 124/19 125/2
 126/16 131/9
formal [5]  38/16 55/13 55/22 60/2 60/6
former [3]  91/8 91/17 91/24
forms [54]  31/11 31/16 31/18 31/19
 39/21 39/24 40/7 40/14 40/16 40/20
 45/18 51/10 51/22 52/7 53/6 53/11
 53/16 59/12 59/19 67/17 67/18 67/19
 67/20 72/1 72/11 73/8 74/3 74/7 74/7
 76/14 84/25 85/2 85/18 85/25 89/10
 89/15 90/4 90/24 91/9 93/11 93/14
 93/15 93/24 94/7 94/19 99/18 99/22
 100/10 113/23 119/4 119/6 119/24
 139/17 140/15
formula [1]  139/15
forward [2]  89/9 90/24
forwarded [1]  97/23
found [2]  89/13 89/23
foundations [3]  142/9 104/11 141/6
founded [1]  19/9
four [7]  38/5 44/7 44/7 44/14 68/13
 96/11 127/11
four years [1]  127/11
frame [2]  130/21 132/21
FRANK [1]  3/10
fraudulently [1]  100/14 100/18
Frederick [9]  1/13 4/3 5/9 6/20 146/6
 147/7 148/6 148/20 149/5
free [6]  6/12 8/11 9/11 75/17 87/13
 127/20
front [3]  7/25 69/6 69/7
froze [2]  29/5 29/20
full [3]  6/18 88/11 121/24
fully [1]  9/4
FULVIA [1]  2/10
function [1]  7/11
fund [2]  122/20 141/25
funded [1]  102/16
funder [2]  47/5 47/7
funders [4]  29/10 46/22 117/8 142/11
funding [60]  28/8 28/24 29/3 29/4 29/13
 29/20 38/4 63/5 63/16 63/18 64/2 103/7
 103/9 103/22 104/10 104/14 104/17
 105/22 106/24 107/8 117/10 120/10
 122/13 122/16 122/17 122/23 122/23
 123/1 123/2 123/3 135/9 138/13 138/17
 138/21 138/23 138/24 139/2 139/7
 139/19 140/9 140/17 140/17 140/25
 141/3 141/6 141/9 141/11 141/15
 141/16 141/16 141/18 141/20 141/21
 141/23 142/4 142/8 142/9 142/13
 142/13 143/9
fundraise [1]  106/23
fundraised [1]  141/19
funds [2]  122/5 139/8
further [3]  142/24 143/17 147/11

F
fvargasdeleon [1] 2/10

G
GA [4] 1/21 146/16 147/21 148/17
gain [1] 46/21
GALINDO [5] 2/5 4/5 133/14 143/22
148/2
gave [4] 31/12 31/17 31/18 35/16
gears [1] 14/2
general [21] 3/3 15/10 22/23 65/24 66/1
66/7 79/8 99/14 99/22 101/4 101/8
101/20 102/3 102/8 104/4 104/19
104/22 105/5 131/4 133/17 144/24
General's [1] 133/12
generally [9] 10/12 10/22 11/23 19/5
20/25 68/15 77/21 102/16 103/9
Georgia [3] 18/22 110/2 110/7
get [27] 6/10 8/21 9/20 12/14 17/8
31/10 34/9 38/3 38/4 50/16 60/23 63/16
71/3 71/17 72/15 101/23 102/6 102/12
103/5 104/1 113/18 119/13 119/25
138/2 138/3 138/4 144/4
gets [2] 41/4 106/18
getting [1] 136/22
give [19] 5/3 7/3 9/12 22/11 28/6 30/20
30/24 31/18 33/13 40/4 40/8 44/6 46/1
63/13 72/4 72/6 72/22 103/1 123/2
given [5] 22/25 36/25 80/16 97/6 149/21
gives [1] 66/24
giving [3] 77/5 80/25 123/4
go [35] 5/19 6/9 10/12 10/22 30/1 31/14
42/7 49/21 57/17 68/21 68/25 69/8
71/19 73/5 75/2 77/13 78/7 79/16 83/1
88/10 94/21 96/11 97/17 119/13 119/16
124/3 127/13 129/14 132/16 136/5
140/16 141/7 142/8 143/22 144/12
goal [3] 49/19 49/20 142/19
goals [1] 63/5
goes [9] 41/1 77/25 88/17 114/15 117/3
117/11 117/16 123/3 140/1
going [25] 31/10 41/20 43/17 58/17 63/5
63/6 63/16 64/3 64/3 69/5 74/10 83/2
83/3 83/4 89/10 106/22 115/3 122/21
127/15 133/1 133/22 136/13 136/24
140/8 140/8
gold [1] 49/23
gone [2] 69/23 138/18
gonna [1] 119/4
good [5] 5/16 5/18 67/12 134/8 145/1
Google [2] 36/16 126/12
got [1] 16/19
Gotcha [1] 95/2
gotten [1] 16/17
govern [1] 21/1
governing [1] 24/19
government [4] 102/18 103/19 108/19
141/8
graduated [1] 14/5
grant [5] 103/2 103/2 103/17 103/19
103/24
granted [1] 138/23
grants [9] 17/7 102/18 102/22 102/23
103/11 103/13 103/20 106/10 141/8
great [3] 41/11 134/1 136/3
greets [1] 72/24
grocery [2] 70/22 138/8
ground [2] 7/4 43/8

group [7] 16/5 79/6 125/7 125/10
125/18 126/1 132/1
groups [5] 120/18 120/22 120/24 123/1
139/3
guess [27] 15/19 16/4 18/14 19/4 20/1
20/10 21/14 22/3 24/4 24/11 24/13
25/17 33/2 33/6 34/12 35/17 48/13
48/18 52/4 64/8 65/22 73/1 76/20 79/18
82/17 90/12 106/5
guessing [1] 84/15
guide [5] 32/22 32/24 33/3 33/8 33/10
guidebook [2] 21/4 21/6

H
had [52] 10/20 10/25 11/21 15/5 16/16
16/25 23/24 24/2 27/7 29/2 33/15 34/2
34/3 36/24 37/19 39/24 41/22 44/7 44/7
44/11 45/2 50/4 55/8 58/1 61/1 66/10
68/6 68/8 71/14 76/22 77/8 91/23 93/10
93/21 95/16 96/23 97/5 97/16 98/4 99/6
104/14 109/10 112/20 113/8 118/23
119/9 123/16 125/12 128/9 132/4
142/19 142/19
hadn't [1] 132/6
half [2] 11/17 30/2
hand [10] 31/16 34/6 39/20 45/4 45/4
59/11 73/6 76/24 94/17 119/22
handbook [5] 21/7 22/16 22/22 22/23
23/12
handed [3] 33/24 74/7 94/6
handle [3] 52/18 118/20 119/5
hands [1] 74/1
happen [7] 8/4 37/23 39/6 54/15 56/3
94/11 117/14
happened [3] 52/18 61/3 98/19
happening [1] 90/4
happens [7] 37/22 51/4 56/3 61/1 61/5
72/15 141/25
happy [3] 8/11 133/7 133/7
hard [3] 68/11 68/12 117/3
harder [2] 116/22 121/4
has [58] 7/11 8/17 18/9 18/23 19/1
26/24 32/10 39/23 43/2 51/2 52/3 52/13
52/18 54/15 54/17 57/10 59/10 59/14
59/17 59/24 60/1 61/5 61/7 63/23 64/1
69/25 71/6 79/15 80/3 81/6 84/24 87/4
88/4 88/8 103/19 107/17 109/3 109/12
109/17 110/8 110/8 111/17 112/4
113/11 123/9 123/14 124/14 124/15
128/4 129/8 134/12 134/25 135/9
135/16 137/25 139/12 141/2 143/14
hasn't [3] 59/13 98/9 118/15
have [229]
haven't [9] 15/21 101/11 103/23 105/22
109/9 109/21 110/15 110/20 113/4
having [9] 5/12 85/3 116/3 116/8 123/22
127/13 136/19 139/19 139/23
he [3] 92/4 92/5 95/16
he's [1] 128/9
headphones [1] 134/19
headquartered [1] 19/8
health [1] 19/17
hear [4] 101/14 111/21 134/16 134/18
heard [4] 16/14 92/1 113/4 113/5
Hearing [1] 7/10
held [1] 16/24
help [8] 7/5 48/3 71/2 103/7 106/5
137/18 139/1 141/25

helped [1] 138/10
helping [4] 137/11 137/23 138/1 141/22
helps [2] 41/13 66/22
her [5] 77/4 77/4 77/5 77/7 148/13
here [8] 26/12 37/18 57/11 71/2 127/3
137/24 141/13 149/2
hereby [2] 148/19 149/21
hereinafter [1] 5/13
hey [7] 31/8 31/21 41/9 83/21 123/21
125/23 136/2
HF [18] 4/20 18/19 18/20 18/23 27/21
47/9 56/19 75/2 76/1 79/8 79/15 82/24
84/18 103/18 118/16 123/1 123/14
127/11
HF.org [1] 124/21
HF0000052 [1] 4/19
HH239213 [1] 146/17
high [6] 10/21 14/5 102/15 102/20
102/20 104/4
higher [1] 140/10
highest [1] 120/15
highlight [1] 64/20
Hillsborough [3] 44/8 76/8 76/21
him [1] 74/1
hire [8] 28/10 42/5 118/6 120/19 136/5
136/8 136/15 137/13
hired [2] 66/5 118/6
hires [3] 42/1 42/6 42/11
hiring [5] 114/18 116/9 118/1 120/7
122/25
his [17] 1/8 10/16 10/16 10/16 35/1 36/6
57/22 57/22 92/12 92/12 95/11 95/12
96/9 115/9 128/9 128/10 148/13
his/her [1] 148/13
HISPANIC [239]
historical [1] 142/12
history [1] 15/4
hit [1] 7/12
HOLTZMAN [3] 2/13 3/13 6/1
holtzmanvogel.com [1] 2/16
honest [2] 15/25 55/19
hoping [1] 64/5
horrible [1] 119/2
hotline [3] 56/18 112/13 113/15
hour [3] 67/20 139/17 139/17
hours [6] 11/12 37/15 37/16 66/20 81/3
93/18
how [77] 5/16 5/18 10/12 10/22 11/4
11/10 19/19 24/25 26/18 28/4 29/7 29/17
31/11 35/18 37/9 39/14 39/17 39/23
39/25 41/1 41/18 43/7 44/1 47/18 51/21
54/8 55/23 56/3 57/5 57/12 57/17 58/1
58/17 60/22 62/1 62/24 64/3 65/16
65/18 66/12 67/19 77/24 77/25 78/1
82/2 82/9 86/10 86/11 93/19 101/12
102/15 104/22 105/24 107/3 107/11
116/15 118/8 118/8 119/7 120/7 121/14
121/24 122/3 123/3 123/19 124/24
129/13 134/12 134/25 135/13 135/24
139/12 140/14 140/24 141/9 143/5
143/13
How'd [1] 16/12
however [6] 23/1 42/22 83/13 89/19
123/17 138/23
HR [7] 60/11 61/15 66/16 84/10 118/24
122/10 137/8
huh [4] 80/4 115/23 140/19 143/13

hundred [1] 65/25

**I**

I couldn't [1] 111/21
I'd [6] 8/23 9/15 77/12 82/16 83/24
134/11
I'll [24] 6/7 7/3 8/11 9/11 22/11 28/6
33/13 48/2 49/9 74/10 74/11 79/22
83/21 83/25 100/20 114/5 114/6 114/11
115/16 127/16 127/23 131/14 133/7
138/6
I'm [31] 6/1 10/19 10/21 24/4 25/23 49/6
50/10 57/25 63/25 64/5 73/16 74/10
83/23 84/15 90/18 91/11 96/10 98/12
99/16 100/7 104/1 111/20 115/15
120/11 127/12 127/15 127/22 130/21
132/7 133/21 134/18
I've [11] 15/23 16/25 23/24 37/18 57/10
60/22 63/24 123/8 123/13 127/3
127/11
I-9 [5] 79/13 79/16 79/18 79/24 80/1
ID [3] 4/17 88/8 88/22
idea [1] 135/12
identification [8] 9/17 74/13 75/14 76/17
84/2 87/11 127/18 146/12
identified [1] 85/2
identifies [1] 76/18
identify [2] 129/24 130/5
if [101] 5/22 6/12 6/13 7/11 7/19 7/20
8/7 8/9 8/18 8/20 8/21 9/9 9/19 23/1
28/22 31/18 38/4 39/6 43/16 46/20 47/4
50/10 50/13 51/14 54/8 55/20 56/13
61/4 63/6 63/15 63/16 67/11 67/12 72/7
72/13 73/4 74/6 75/2 75/25 77/12 77/13
78/7 80/12 81/16 83/4 84/4 87/4 87/13
88/2 88/10 92/4 93/19 94/1 94/1 99/17
99/17 106/24 108/15 111/22 111/23
113/16 114/7 114/9 114/15 114/23
115/8 115/12 115/12 115/20 116/1
117/14 119/6 122/16 123/25
124/2 127/9 127/20 131/2 131/25 132/5
132/7 132/7 133/5 133/19 133/20
133/21 135/24 138/18 139/12 139/23
141/10 141/23 142/2 142/6 142/19
142/19 143/1 148/11 148/12 148/13
III [9] 1/13 4/3 5/9 6/21 146/6 147/8
148/6 148/20 149/5
imagine [1] 73/21
immediately [3] 84/24 93/13 131/15
immigration [1] 19/16
impact [2] 135/24 142/3
impacted [2] 134/13 134/25
implement [2] 118/14 119/8
implementation [1] 118/22
important [2] 117/9 140/4
in [397]
inaccurate [1] 85/3
incident [6] 91/14 93/2 93/7 93/9 97/19
98/1
incidents [3] 95/24 96/11 98/25
include [5] 17/8 18/21 21/21 21/24 92/3
92/11 111/15 118/11
included [4] 35/22 36/2 88/23 92/4
includes [3] 30/2 39/23 40/4
including [9] 25/2 63/25 110/2 111/15
119/21 127/25 130/10 131/11 149/22
incomplete [1] 85/25

increase [2] 142/15 142/21
increased [3] 119/20 122/15 140/12
increases [4] 118/11 119/23 120/1
142/17
increasing [3] 78/25 79/2 106/25
indeed [3] 50/2 89/14 123/14
independent [1] 86/22
INDEX [1] 4/15
indicate [1] 88/13
indicated [2] 113/1 113/11
indicating [1] 88/6
individual [2] 25/20 113/11
individuals [5] 70/3 101/15 102/21 103/7
112/25
inform [2] 111/18 112/20
information [38] 9/9 11/25 12/3 12/6
12/9 12/11 12/13 13/2 13/19 13/22
34/24 36/10 36/23 50/13 50/15 72/13
77/5 85/3 85/17 85/24 85/25 88/4 91/25
92/10 95/10 96/7 97/1 98/11 101/13
107/20 109/7 110/14 128/7 129/2 131/6
131/17 131/24 143/8
informed [1] 112/5
informing [3] 87/20 112/8 112/22
inside [1] 72/11
inspection [2] 41/3 45/23
instance [1] 56/2
instances [2] 81/12 98/14
instead [5] 88/15 91/1 123/22 137/21
140/1
Institute [1] 14/18
instruct [10] 8/23 10/15 34/25 36/5
57/20 72/10 92/10 95/10 96/7 128/8
instructions [4] 36/24 85/4 85/19 86/5
interaction [3] 70/14 71/16 91/20
interest [1] 28/24
interested [1] 147/15
internal [9] 36/13 36/14 55/22 56/13
84/22 86/17 87/5 96/16 96/19
internally [1] 96/1
international [2] 14/7 14/12
interrupt [1] 111/24
into [21] 6/9 13/17 16/17 22/9 38/25
40/9 40/22 46/6 46/7 51/13 54/19 72/19
106/12 107/7 108/12 116/21 118/11
121/5 122/16 127/14 140/14
introduce [1] 74/10
introducing [1] 115/15
invented [1] 118/16
investigating [1] 55/14
investigation [7] 38/17 84/22 86/17
86/18 87/5 89/13 96/16
involved [5] 16/12 16/19 61/10 61/14
62/9
irregularities [1] 39/6
is [202]
isn't [2] 41/4 91/4
issue [2] 61/2 128/15
issues [2] 90/16 99/2
it [199]
it'll [1] 140/2
it's [76] 6/21 8/1 16/1 16/1 21/8 23/1
23/2 23/18 23/23 29/16 31/7 32/9 32/9
36/19 36/20 41/20 46/6 46/9 49/19
49/20 49/25 54/14 55/7 56/20 58/16
60/11 60/12 62/3 63/6 66/21 68/10
68/10 68/11 68/11 69/25 70/1 70/21
74/4 74/4 75/1 75/2 75/3 76/1 77/15

78/24 78/24 79/4 79/22 80/24 82/21
83/20 84/16 87/18 88/11 96/1 103/1
116/22 117/2 122/4 123/18 123/21
123/23 123/23 127/9 132/10 132/14
138/4 138/5 138/5 138/6 139/3 139/9
139/19 140/11 141/15 143/9
item [1] 116/21
items [3] 118/11 119/20 142/15
its [43] 22/24 25/25 29/19 32/1 34/21
35/8 37/1 37/17 38/23 43/8 44/2 55/25
56/11 57/6 58/6 58/14 60/16 66/14 67/3
69/13 74/22 82/2 86/21 90/21 90/21
107/11 109/4 109/18 110/9 111/18
111/19 112/5 123/9 123/10 124/12
125/11 126/9 126/22 129/21 129/22
130/2 130/3 137/1
itself [1] 40/11

**J**

January [7] 130/18 131/7 131/18 131/22
132/1 132/5 132/17
January 1 [2] 130/18 132/1
January 1st [4] 131/7 131/22 132/5
132/17
January the [1] 131/18
Jefferson [1] 3/8
Jersey [3] 18/22 110/2 110/18
job [8] 16/22 17/5 67/12 80/24 81/2 81/2
81/3 120/6
joined [1] 111/8
Jose [1] 15/1
JOSEFIAK [1] 2/13
JOSEPH [1] 2/21
joseph.vandebogart [1] 2/22
JOSHUA [2] 2/15 5/25
jpratt [1] 2/16
Juan [1] 20/20
July [1] 84/15
July 2022 [1] 84/15
just [110] 6/13 6/13 6/17 7/3 7/7 7/20
8/7 8/8 8/21 9/19 10/21 11/25 13/7 14/1
14/2 15/10 16/2 16/16 17/12 18/14
23/15 25/8 30/12 31/20 35/17 41/14
42/8 42/17 43/4 43/5 43/14 43/24 44/1
48/2 54/12 56/21 64/19 64/23 67/10
68/10 68/14 70/25 71/18 72/5 72/8 76/9
76/21 76/23 77/1 81/25 83/20 84/4
85/16 86/9 86/10 86/12 86/13 90/4
91/11 91/23 95/2 95/25 96/4 96/11
96/23 97/6 97/23 98/4 98/14 99/8
106/14 108/12 111/24 112/3 114/6
114/23 114/24 115/7 115/13 115/20
115/21 117/11 117/13 117/16 119/1
123/21 123/24 123/25 124/9 126/18
131/3 131/14 133/2 134/6 135/14 136/1
136/8 136/13 136/17 136/19 136/22
138/9 138/22 139/18 139/20 140/11
141/12 142/15 142/17 143/1

**K**

keep [9] 6/7 40/18 44/13 51/13 53/5
56/13 66/12 66/19 136/16
keeps [2] 36/13 67/23
kept [2] 40/11 40/12
key [1] 40/12
kind [87] 7/3 7/4 20/11 20/13 20/22
21/10 22/19 22/22 23/11 23/21 24/2
24/5 24/12 24/19 24/23 25/17 25/23
25/25 27/13 27/14 29/10 30/16 31/20

## K

kind... [64]  32/9 33/3 33/7 33/20 34/12
35/17 37/8 41/8 41/17 42/2 42/10 42/11
42/17 42/21 42/24 43/2 43/5 43/7 43/7
43/24 44/1 44/3 44/3 45/3 46/12 49/23
51/13 55/12 55/22 55/23 56/12 59/23
60/19 61/10 66/21 66/24 66/24 71/19
72/6 72/7 73/12 79/5 79/6 79/13 79/13
83/17 83/20 83/21 86/8 92/5 93/8 97/16
106/15 106/22 108/8 112/13 116/23
121/5 124/8 125/13 126/10 136/10
137/9 137/10
knew [1]  63/15
knock [3]  16/2 69/11 141/24
know [193]
knowing [2]  117/22 135/15
knowledge [38]  10/8 19/3 21/13 24/14
25/11 25/15 32/21 47/15 52/3 52/13
52/18 77/7 77/10 81/8 81/11 82/9 90/10
92/22 95/14 96/18 97/11 99/12 99/21
100/12 101/1 101/4 101/13 103/23
104/13 107/24 109/9 109/21 110/15
110/20 111/1 127/5 129/7 131/22

## L

labeled [1]  76/1
lack [2]  43/6 50/22
last [12]  9/7 27/6 27/6 28/18 43/25 58/9
61/3 68/8 119/10 142/17 142/20 142/23
lastly [1]  97/25
lasts [1]  37/17
late [10]  34/6 76/25 93/5 93/15 93/20
94/7 98/3 99/18 99/22 100/10
later [7]  64/6 76/23 94/1 135/5 136/11
136/21 139/18
Latino [6]  19/13 25/8 69/3 108/14
116/25 117/12
LATINOJUSTICE [2]  2/3 2/7
latinojustice.org [4]  2/6 2/9 2/10 148/2
Latinos [3]  13/20 120/14 120/19
latter [1]  53/15
law [9]  6/1 22/18 34/1 57/18 60/15 85/4
88/9 114/2 114/16
laws [6]  22/10 24/1 57/13 59/21 123/9
141/5
lawsuit [1]  134/24
layers [1]  59/24
leading [2]  60/8 122/12
leads [3]  44/12 44/13 44/15
Leam [1]  94/9
least [9]  27/12 30/2 37/13 50/15 52/1
66/10 94/5 94/9 127/3
leave [4]  65/21 113/2 133/1 133/6
leaving [3]  81/21 113/4 133/9
led [3]  85/8 87/2 123/7
left [1]  81/20
legal [22]  36/9 57/15 58/3 59/2 60/10
61/15 79/20 108/3 109/8 113/8 113/25
123/12 128/19 129/4 129/17 129/24
130/14 130/22 131/10 131/12 132/12
132/21
legislation [1]  58/5
legislature [2]  60/1 111/9
length [1]  68/3
LEON [3]  2/10 146/4 147/3
less [12]  28/14 60/23 66/5 136/13
136/19 136/20 136/21 136/22 138/10
143/2 142/12 142/13

lesser [2]  18/1 18/2
let [25]  6/12 6/14 11/21 9/11 9/20 18/24
39/14 39/17 52/4 52/24 64/24 70/25
71/10 74/15 75/17 81/14 83/20 84/4
87/14 93/14 94/21 103/12 115/21
127/21 131/2
let's [2]  133/5 134/23
lets [3]  31/13 31/21 67/11
letter [19]  4/19 4/20 4/20 76/7 84/10
84/12 84/14 87/19 87/24 89/20 90/12
90/18 90/22 96/20 97/8 97/13 97/14
112/8 148/14
letters [2]  95/25 111/8
letting [6]  7/20 34/4 76/9 76/21 86/10
89/21
level [7]  10/21 21/11 28/13 28/14
102/15 104/4 104/14
levels [1]  60/12
license [3]  46/3 86/3 146/12
life [2]  15/18 63/15
light [1]  116/10
like [169]
likely [1]  122/19
limit [1]  22/12
limited [1]  125/4
line [7]  97/3 108/18 116/21 118/11
119/20 142/15 149/7
list [2]  117/15 136/2
listed [3]  10/5 148/14 149/22
listen [1]  134/19
listening [1]  86/12
literally [2]  31/7 138/7
litigation [2]  12/25 13/9
little [20]  7/4 14/2 14/3 21/14 24/4 28/11
32/3 32/8 38/14 52/20 60/23 61/25
71/24 108/6 116/22 117/3 121/4 123/21
135/10 136/21
live [3]  60/21 80/13 89/18
lived [1]  89/25
lives [1]  19/13
living [1]  117/8
lobbying [1]  16/5
local [5]  15/25 20/14 24/7 69/2 102/18
103/19
located [1]  119/5
location [11]  1/16 31/9 31/14 31/14 40/1
41/10 60/20 73/2 73/21 93/12 125/23
locations [6]  69/6 70/9 70/19 70/20
70/21 82/24
lock [1]  40/12
locked [1]  40/12
Logi [1]  48/25
Logitech [1]  48/25
long [4]  11/10 32/11 82/2 82/10
longer [4]  28/11 59/18 66/23 80/20
longest [1]  37/18
look [20]  63/6 65/11 67/10 67/16 70/15
75/25 77/24 84/19 88/2 115/4 115/5
121/11 121/13 127/12 129/18 130/6
130/6 132/6 132/17 142/12
looked [2]  13/19 13/22
looking [3]  36/8 38/25 48/8 50/7
looks [1]  37/9
lose [1]  137/12
lost [1]  139/20
lot [16]  29/7 29/7 29/16 30/12 83/4
83/12 102/6 109/12 123/24 138/1
138/21 138/25 141/4 141/5 141/8 142/9

lower [2]  140/8 140/10
lucky [1]  63/20
lunch [1]  6/11

## M

ma'am [1]  144/21
Madam [3]  43/16 78/8 124/2
made [8]  12/16 36/9 63/9 66/9 91/7
99/1 107/1 107/8
MAF [5]  1/3 1/3 1/4 148/5 149/4
mail [29]  34/13 34/18 34/21 35/23 40/22
51/9 51/11 51/12 52/12 56/16 91/22
92/2 92/7 97/22 112/17 119/23 124/12
124/14 124/15 124/17 124/21 125/1
125/3 125/5 126/22 126/25 130/3
144/11 144/14
mailed [2]  89/10 90/25
mailing [2]  40/20 59/19
mailings [1]  51/25
mails [8]  35/8 97/15 97/21 98/9 98/21
126/23 127/7 127/8
main [9]  17/5 17/11 39/5 44/10 61/6
68/24 69/9 80/24 116/20
maintain [1]  21/17 22/4 33/8 33/9
36/12 36/17 48/11 54/4 96/19 96/22
maintained [1]  53/17
maintains [4]  32/19 47/19 94/25 126/14
majority [5]  78/24 79/2 80/8 104/10
118/7
majorly [1]  19/14
make [35]  17/6 17/15 24/2 31/9 31/10
31/11 33/19 35/11 37/3 39/12 40/17
41/3 41/14 58/3 59/24 63/15 64/6 70/23
71/19 72/13 80/1 81/15 90/3 90/20
94/10 94/10 95/17 96/12 106/14 108/3
115/13 129/18 137/16 141/13 142/1
makes [2]  72/7 132/7
making [7]  29/6 29/9 49/15 51/25
120/10 135/11 140/13
manager [3]  43/1 45/6 122/9
manner [1]  49/17
manual [1]  21/8 21/9 22/25
many [13]  11/4 26/18 31/11 39/23 39/25
41/18 62/1 62/24 65/16 65/18 67/19
72/12 88/19
March [3]  63/21 91/6 97/19
March 2023 [1]  97/19
March 30th [1]  91/6
MARI [1]  3/10
marked [9]  14/2 9/17 74/13 75/14 84/2
87/11 127/18
materials [9]  12/21 12/24 23/21 23/25
29/23 34/17 121/2 123/10 123/19
matter [5]  6/3 9/5 93/1 96/21 97/12
may [33]  10/20 28/21 32/7 34/6 34/6
36/23 36/24 37/12 38/25 39/15 41/12
43/11 48/3 55/14 55/24 56/10 56/23
58/1 58/2 59/4 64/14 78/6 82/8 87/24
93/2 95/16 98/1 115/10 132/17 133/20
138/13 143/1 148/12
May 17th [1]  87/24
May 2022 [1]  98/1
May 22nd [1]  93/2
maybe [14]  8/21 15/25 18/14 21/14
24/11 33/1 48/2 78/7 81/24 98/5 106/5
123/2 133/3 133/3
me [27]  8/11 9/11 9/20 12/10 14/2
14/13 16/21 16/21 48/3 52/4 52/24

M

me... [16]  61/13 74/15 75/17 84/4 87/14 96/5 103/12 106/6 115/21 127/21 130/20 131/2 134/16 134/20 137/9 146/7
mean [25]  16/14 21/4 23/11 28/10 39/4 45/25 47/2 47/2 47/4 47/4 47/23 47/23 47/24 60/6 63/2 67/4 69/15 80/12 80/23 83/11 99/24 111/23 131/25 136/1 136/13
meaning [1]  138/22
means [6]  11/20 78/4 128/21 138/10 140/2 142/13
media [1]  112/7
medication [1]  9/2
meet [1]  10/23
meeting [5]  11/15 11/16 11/17 96/24 97/16
meetings [6]  11/4 11/9 11/11 11/14 125/13 125/14
member [11]  17/15 24/16 25/11 25/17 25/20 42/15 46/25 47/3 47/8 69/1 124/14
members [21]  11/22 18/20 18/20 24/9 24/10 24/15 40/13 40/14 41/10 42/12 45/9 71/2 93/23 118/1 119/11 122/25 137/13 137/17 137/19 139/6 139/10
membership [5]  24/12 24/18 24/22 25/1 25/24
memberships [1]  25/19
memorialize [1]  155/23
mention [2]  12/16 22/17
mentioned [27]  14/23 16/8 17/18 18/8 18/11 22/21 30/20 31/4 41/16 45/2 45/12 51/7 62/4 70/20 75/7 80/8 80/14 85/22 86/4 90/23 108/22 109/24 120/25 126/4 135/22 137/2 138/12
met [1]  11/1
methods [2]  68/21 125/10
metrics [2]  67/10 67/15
mgalindo [2]  2/6 148/2
Miami [9]  44/9 69/21 73/5 73/6 88/5 91/15 91/22 97/20 98/21
Miami-Dade [8]  44/9 69/21 73/5 73/6 88/5 91/15 91/22 97/20
Microsoft [1]  126/21
middle [1]  106/11
midlevel [1]  19/24
midterm [2]  28/7 28/9
might [11]  26/11 28/12 34/9 41/5 60/18 61/5 81/23 83/15 97/14 112/6 120/22
Millenia [1]  2/4
million [3]  105/16 105/20 143/10
mind [24]  6/17 7/20 14/2 14/13 15/13 21/3 31/5 37/7 39/8 43/5 43/14 43/17 43/25 45/20 65/2 70/13 71/25 76/5 77/20 87/17 91/19 93/8 111/20 115/20
minimize [1]  90/3
minority [1]  25/9
minute [1]  133/21
minutes [2]  43/12 71/17
MIRANDA [2]  2/5 148/2
misconduct [2]  38/17 38/20
missed [1]  134/21
missing [3]  85/24 85/25 86/2
mission [5]  19/12 108/8 108/12 108/13 117/12
missions [1]  117/17

mode [1]  8/2
moment [6]  7/13 53/8 67/11 114/24 115/21 131/3
Monday [1]  1/14 93/14
money [6]  80/25 137/1 140/15 141/12 141/13 142/16
monies [1]  104/5
Monroe [2]  2/14
months [2]  37/19 94/9
MOODY [1]  3/2
more [28]  16/1 24/5 28/8 28/10 38/5 64/9 65/25 70/1 81/3 82/17 111/14 120/9 120/13 123/24 132/14 133/19 135/10 136/9 136/10 136/11 136/15 136/17 136/25 137/20 138/9 140/14 141/11 144/5
morning [1]  5/16
MORSE [2]  3/5 133/16
most [18]  11/25 15/16 22/8 27/17 27/18 37/17 59/5 64/1 64/2 66/10 83/19 89/23 89/24 94/8 125/5 125/14 125/14 125/18
mostly [4]  12/9 15/11 16/2 37/17
motto [1]  108/12
Mount [1]  20/18
mouth [1]  119/2
move [3]  50/23 87/8 124/8
moved [2]  71/8 138/13
moving [3]  89/9 90/24 93/1
Mr [2]  4/4 4/5
Mr. [31]  5/16 5/20 5/20 5/21 5/25 6/17 6/24 7/10 7/16 7/23 8/14 9/2 9/19 10/4 12/16 14/1 43/10 43/24 64/19 74/18 75/19 78/16 115/8 115/11 115/20 124/8 132/23 134/11 143/5 143/20
Mr. Burgos [2]  5/16 5/20
Mr. Pratt [3]  43/10 64/19 142/25
Mr. Velez [26]  5/20 5/21 5/25 6/17 6/24 7/10 7/16 7/23 8/14 9/2 9/19 10/4 12/16 14/1 43/24 74/18 75/19 78/16 115/8 115/11 115/20 124/8 132/23 134/11 143/5 143/20
Ms [1]  4/5
Ms. [2]  133/14 143/22
Ms. Galindo [2]  133/14 143/22
much [10]  15/16 33/13 64/3 78/14 132/24 139/25 140/14 143/5 143/13 143/20
multiple [4]  23/16 68/7 84/25 117/21
must [2]  32/25 140/17
mute [2]  7/11 7/12
MW [5]  1/3 1/3 1/4 148/5 149/4
my [55]  5/22 5/25 6/20 8/1 8/9 10/15 14/22 15/17 17/5 17/11 19/3 21/13 24/13 25/15 26/12 32/21 34/25 36/5 47/15 52/18 53/19 54/2 54/3 55/7 57/20 63/15 81/11 82/9 90/10 92/10 95/3 95/10 95/13 96/7 101/1 103/18 103/23 107/15 109/9 109/21 110/15 110/20 111/1 115/17 119/1 127/12 127/12 128/8 132/10 132/12 134/18 144/11 147/10 148/19 149/21
myfloridalegal.com [2]  2/21 3/5
myself [2]  44/24 122/8

N

NAACP [3]  1/6 148/4 149/3
name [4]  6/18 6/20 48/19 48/25
name's [1]  5/25

NARGIZ [5]  1/21 146/16 147/4 147/21 148/17
national [19]  17/1 17/3 20/11 20/12 20/23 21/11 22/23 24/6 43/1 44/24 45/5 106/4 106/7 106/8 106/18 106/21 112/19 113/15 122/8
nationally [1]  63/2
natural [2]  19/4 78/7
nature [1]  11/23
near [1]  86/13
necessarily [1]  119/17
necessary [1]  114/19
need [29]  6/12 7/13 12/1 29/13 30/13 31/13 31/15 31/18 39/18 40/4 46/4 59/11 67/12 71/8 71/21 81/14 106/11 107/15 109/11 117/23 118/2 118/14 118/25 119/22 121/13 122/16 137/2 141/10 141/13
needed [6]  6/11 27/15 35/12 92/14 95/18 107/22 121/23 129/25 130/6 130/6
net [2]  102/20 102/20
network [2]  24/17 126/6
never [4]  30/10 52/18 71/7 94/4
new [32]  2/8 18/7 18/22 19/9 21/24 26/10 32/2 32/8 32/22 32/24 33/3 33/21 34/10 65/3 71/6 83/23 86/7 103/6 108/23 109/2 109/3 109/10 109/13 110/2 110/17 114/18 116/10 117/24 120/4 120/5 122/20
New York [13]  18/7 19/9 21/24 26/10 32/2 32/3 32/8 103/6 108/23 109/2 109/3 109/10 109/13
next [3]  50/23 87/8 97/17
no [37]  4/17 5/24 7/1 7/18 8/6 9/6 16/7 18/2 20/21 22/14 24/25 25/15 25/22 26/6 26/9 27/17 27/17 38/13 42/14 54/12 54/17 55/22 59/18 62/18 66/23 77/10 99/5 112/1 121/20 121/23 126/3 128/23 133/19 142/24 143/17 148/5 149/4
non [28]  64/22 78/18 78/22 79/4 79/8 79/11 80/9 81/7 81/20 82/2 111/16 113/6 117/1 117/4 118/20 120/16 122/21 123/17 134/12 134/23 134/25 135/15 135/21 136/25 138/14 138/19 139/12 142/3
non-citizen [13]  64/22 79/4 79/11 81/7 81/20 82/2 134/12 134/23 134/25 135/21 136/25 139/12 142/3
non-citizens [9]  78/18 78/22 79/8 80/9 117/1 117/4 118/20 120/16 135/15
non-citizenship [6]  111/16 113/6 122/21 123/17 138/14 138/19
none [3]  9/10 71/20 47/2
nonpartisan [1]  19/8
nonprofit [5]  14/17 14/20 19/7 29/11 139/1
nonprofits [1]  15/11
noon [1]  78/11
nor [2]  147/13 147/15
normal [1]  135/17
normally [18]  28/8 33/11 37/13 37/14 37/25 44/12 51/25 71/12 71/16 83/1 126/18 136/14 138/25 139/2 139/4 139/9 139/19 141/15
North [13]  18/7 20/18 20/19 22/1 22/12 22/16 22/21 26/10 26/11 32/12 108/24

N

North... [2]  109/2 109/17

North Carolina [13]  18/7 20/18 20/19
22/1 22/12 22/16 22/21 26/10 26/11
32/12 108/24 109/2 109/17

NORTHERN [1]  1/1

NOs [1]  1/3

not [100]  7/12 7/17 8/23 9/4 10/15
10/19 10/24 12/8 15/23 19/3 21/13
22/14 24/7 24/11 25/15 26/3 26/9 28/13
30/24 32/21 33/12 34/6 34/8 34/10
34/15 34/25 35/15 35/17 36/5 38/11
42/5 42/11 47/8 49/15 49/22 52/14 54/3
57/21 58/1 61/5 61/19 62/10 62/11
67/12 69/25 72/5 85/19 86/12 88/20
88/23 90/10 90/10 92/11 95/11 95/15
96/7 97/4 97/7 98/12 101/1 101/6
101/15 103/4 103/18 103/25 106/20
108/16 111/1 111/15 113/3 113/12
114/1 115/9 115/15 117/4 117/16 118/5
118/5 118/14 118/17 119/6 120/4
121/23 123/4 123/18 127/10 128/8
132/13 133/21 135/14 135/16 139/2
139/18 142/6 142/16 142/22 147/11
148/9 148/11 149/2

not-attorneys [1]  12/8

Notary [1]  147/22

note [2]  4/11 89/8

noted [1]  131/16

notes [3]  88/19 90/12 147/10

nothing [2]  5/4 141/25

notice [5]  4/18 9/25 10/6 94/4 128/16

noticed [1]  120/14

now [28]  20/9 26/20 33/23 40/3 42/21
51/8 51/24 64/16 64/16 65/9 83/23 88/2
95/24 105/22 112/17 114/4 116/1
123/22 124/8 129/13 133/2 133/6
133/18 134/18 136/7 143/10 148/13
149/21

number [25]  18/1 18/2 26/21 26/24 27/9
29/15 46/3 49/20 51/20 56/16 65/23
67/18 76/2 76/17 78/18 86/3 88/8 88/22
90/14 120/15 139/13 140/1 140/3 140/7
140/10

number 1 [1]  29/15

number one [3]  49/20 120/15 140/3

numbers [2]  26/22 56/19 75/5 84/19
86/2

nuts [1]  35/17

NY [1]  2/8

O

oath [3]  8/15 8/17 146/1

object [11]  25/4 27/2 27/16 27/25 90/9
96/3 101/21 102/25 124/19 128/6 133/6

objection [117]  8/22 10/14 11/6 13/1
28/19 32/4 32/13 34/23 35/9 35/24 36/4
36/7 36/18 37/10 38/19 39/3 42/3 45/16
46/19 47/1 47/14 47/22 48/12 48/20
49/5 50/9 50/24 51/23 52/17 53/4 53/23
54/7 55/6 56/7 56/25 57/14 57/19 57/20
58/8 58/15 59/1 60/5 62/21 63/12 64/12
65/5 66/15 67/24 70/8 70/17 73/15
73/24 77/9 78/23 79/19 79/20 80/22
81/10 82/5 85/15 86/24 90/17 91/10
92/9 92/18 95/9 96/5 96/25 98/10 98/18
99/4 99/15 99/23 100/3 100/7 100/16
100/25 101/5 101/10 102/4 102/10

103/16 104/8 104/24 105/6 106/1 107/5
107/11 108/1 108/10 109/6 109/20
110/5 110/12 110/19 110/25 111/7
113/24 116/14 121/19 121/21 123/11
125/2 126/16 128/18 129/1 129/10
129/16 129/23 130/4 130/12 130/19
130/20 131/5 131/9 131/23 132/19

objects [1]  8/20

observe [1]  86/14

obtained [1]  14/6

Obviously [1]  10/24

occasion [2]  93/10 112/18

occasions [1]  125/12

October [1]  135/8

off [12]  6/3 7/5 43/17 59/15 78/8 78/9
78/10 124/3 124/4 134/2 134/3 143/22

offer [1]  125/5

offered [1]  81/2

offers [1]  66/9

office [26]  3/3 10/1 31/8 40/19 44/10
51/19 52/14 72/24 73/4 73/6 76/9 79/9
87/23 88/16 89/4 91/2 93/18 97/10
119/3 119/8 119/9 119/11 119/13
125/22 133/12 144/22

officers [2]  61/20 61/21

offices [7]  19/22 20/16 44/8 44/10 44/11
73/3 79/9

official [4]  1/8 34/12 124/11 125/1

offline [3]  133/4 133/8 133/10

often [2]  51/21 57/5

oh [1]  141/12

okay [40]  5/22 6/15 7/2 7/14 8/12 8/25
9/13 9/23 10/19 11/4 23/4 26/13 33/2
43/18 48/8 52/24 62/4 74/9 75/11 75/19
77/13 84/7 84/21 86/20 87/7 91/3 112/1
115/14 115/24 116/19 116/19 124/16
127/15 127/23 131/14 132/23 134/18
134/23 144/23 145/1

old [1]  34/8

older [1]  138/1

Olive [1]  20/19

on [113]  2/2 2/12 2/17 3/2 3/6 4/12 6/14
7/6 7/12 7/17 7/24 8/7 8/22 9/2 10/5
12/14 13/19 15/11 16/2 19/11 25/2
26/14 26/16 26/19 27/5 27/9 27/24 28/1
28/4 30/6 32/22 32/24 35/16 37/16
39/24 41/17 41/21 41/24 42/8 42/12
43/21 44/5 44/22 49/25 52/15 55/20
56/4 56/5 56/12 57/1 60/1 60/19 62/6
62/8 63/4 65/7 66/13 68/5 68/10 69/11
71/1 71/13 71/14 71/24 72/24 76/23
78/13 79/25 82/2 87/8 88/10 88/11
88/17 88/23 89/25 91/6 93/1 93/2 93/10
93/11 93/12 93/13 94/5 94/9 102/13
103/8 103/21 107/6 112/7 112/19
114/15 115/4 117/24 118/24 120/10
124/8 130/14 130/22 134/7 134/22
136/4 137/1 137/3 137/22 139/15
141/24 142/10 146/7 146/11 147/17
148/7 148/10 149/2

onboarded [2]  29/24 29/25

onboarding [2]  72/9 72/9

once [17]  22/13 29/25 40/5 40/8 40/15
52/21 53/6 53/10 54/14 66/23 69/10
72/2 72/9 72/9 72/17 73/1 74/15

one [64]  11/15 15/24 20/16 20/17 20/18
20/18 23/15 23/22 26/12 30/7 30/9
32/25 36/20 41/10 42/17 44/8 44/8 44/9

44/13 46/4 49/20 50/25 54/17 59/10
59/14 61/9 64/16 65/8 68/7 68/25
71/20 72/6 75/9 76/10 81/11 85/19 86/2
86/25 87/1 93/3 93/4 93/10 95/22 96/11
96/11 97/15 97/15 97/21 98/2 98/4 98/7
99/5 103/1 112/10 112/11 117/6 119/14
120/15 121/12 125/12 128/12 131/3
140/3 141/4

OneDrive [3]  36/20 126/7 126/8

ones [3]  18/11 35/11 72/8

online [2]  13/23 13/25

only [20]  16/25 23/5 27/12 27/20 40/12
42/14 46/4 49/15 53/19 54/21 54/22
62/11 64/21 101/23 104/1 119/1 119/3
119/15 121/12 123/18

onwards [1]  18/15

open [15]  7/24 8/2 9/20 72/6 72/8 74/16
75/17 75/18 84/5 87/13 127/20 133/1
133/6 133/9 133/17

opened [1]  9/22

opening [1]  16/22

operate [2]  69/13

operates [2]  21/11 24/6

operating [2]  105/16 105/19

operation [4]  23/7 27/6 49/22 140/13

operation's [1]  122/15

operations [18]  17/7 21/19 23/9 29/8
42/22 42/25 56/20 66/14 98/23 106/17
108/12 109/11 118/19 121/6 123/19
126/9 135/13 137/11

opportunities [3]  29/20 137/13 141/21

opportunity [5]  9/12 80/25 117/19 121/3
137/6

or [200]

Orange [1]  44/10

ordered [1]  144/17

ordering [1]  144/19

ordinarily [1]  63/9

org [1]  43/7

organization [22]  19/8 20/11 20/12
20/23 25/12 29/18 34/5 46/25 47/3 47/4
47/9 47/19 61/20 76/17 76/19 88/8
88/12 99/17 105/12 105/15 112/17
124/15

organization's [1]  83/16

Organizational [1]  127/25

organizationally [2]  44/3 117/6

organizations [12]  24/16 24/18 25/1
25/14 25/24 83/10 83/12 100/9 100/14
100/22 123/5 139/1

organize [1]  72/18

orient [1]  7/5

original [3]  144/16 144/20 148/12

Orlando [3]  2/4 3/8 20/19

Osceola [2]  69/8 90/1

other [81]  9/3 13/13 13/16 13/17 13/23
15/4 15/21 17/14 17/18 18/10 18/16
18/17 18/24 18/25 21/10 23/8 25/18
28/23 30/21 32/18 36/20 36/20 43/3
46/16 49/25 60/17 68/13 68/21 69/12
69/16 69/16 69/23 79/9 80/24 82/10
83/9 83/11 83/20 86/2 93/22 96/20
97/12 97/23 99/1 99/12 99/17 99/21
100/13 100/21 101/17 101/19 104/2
108/23 117/5 119/19 120/13 120/18
120/22 120/23 120/23 121/9 121/11
121/17 122/5 122/11 122/14 122/24
122/25 122/25 123/4 125/9 125/10

other... [9]  126/10 128/12 137/12
137/14 137/17 139/3 139/9 139/9
141/21
otherwise [2]  92/3 131/16
our [146]  11/2 11/15 11/21 15/25 17/16
17/16 18/19 19/12 21/19 22/7 24/17
26/16 27/6 27/7 27/17 30/3 30/4 30/9
30/25 32/9 32/10 34/5 34/10 36/9 40/17
41/6 41/10 42/4 42/21 44/10 44/20
46/22 49/22 53/5 54/12 54/21 54/21
54/25 56/19 58/10 59/5 59/10 60/1
61/13 61/14 61/15 61/15 61/21 61/24
62/9 63/5 63/5 65/19 66/16 66/22 66/23
66/25 68/25 70/9 70/18 70/23 74/25
76/7 76/10 79/8 79/9 83/1 83/14 84/10
85/1 85/4 85/19 86/6 86/6 86/14 86/19
87/1 89/5 90/2 90/24 93/17 93/20 94/5
94/9 94/15 95/17 105/12 105/15 106/8
106/8 106/14 107/1 107/9 108/11
108/13 108/15 109/10 112/7 112/12
113/15 114/20 115/4 116/16 116/24
116/24 116/24 117/3 117/8 117/11
117/13 117/17 118/1 118/2 118/7
118/18 118/24 119/11 119/20 121/6
121/6 121/13 121/14 122/10 122/15
122/16 122/22 123/2 123/18 123/19
124/20 124/21 126/17 129/3 129/17
130/14 131/12 134/11 135/17 137/22
138/21 139/6 139/16 141/19 143/9
143/10 143/12
out [36]  6/5 14/15 17/8 19/8 29/4 30/6
33/19 38/3 39/16 40/20 42/7 45/24
45/25 70/6 70/10 71/20 71/21 73/5 77/3
77/5 78/2 82/15 86/22 91/6 97/20
101/23 102/6 102/12 104/1 113/22
119/1 119/23 137/11 137/11 139/7
148/10
outdated [1]  33/19
outlined [2]  85/1 88/18
Outlook [3]  126/21 127/1 130/3
outreach [3]  43/1 45/6 122/9
outside [1]  98/25
outstanding [1]  133/2
over [8]  33/24 46/2 73/9 77/25 85/17
97/17 112/15 133/14
overall [24]  17/21 22/7 56/21 59/22
108/8 108/13 117/11 117/16 118/5
120/3 120/9 120/14 120/18 135/14
136/8 136/12 136/19 136/22 139/18
140/3 140/7 140/13 142/13 142/17
overseeing [2]  43/8 61/23
oversees [3]  42/21 44/2 44/4
overview [1]  7/4
own [3]  24/19 115/4 120/20

**P**

P.A [1]  3/7
p.m [7]  1/15 78/12 124/5 124/6 134/4
134/5 145/7
packet [12]  31/10 39/22 40/3 40/8 40/11
45/22 45/23 72/22 73/25 74/1 74/1 74/5
packets [4]  39/22 40/8 51/8 72/19
page [8]  4/2 75/3 75/3 88/3 88/10 88/11
148/10 149/7
page 49 [1]  75/3
pages [2]  21/5 147/9
paid [2]  18/20 79/5

paint [1]  121/24
pair [2]  60/7 18/3
Palm [1]  69/21
pandemic [4]  64/1 66/4 105/1 125/16
paper [2]  70/2 70/16
paragraph [6]  88/2 88/11 88/19 114/11
115/21 116/2
paragraph 67 [3]  114/11 115/21 116/2
Pardon [1]  144/18
park [1]  69/8
part [13]  20/1 20/23 24/17 40/16 41/25
42/4 42/6 49/14 79/5 106/7 106/14
106/16 114/21
participate [1]  117/2
participating [2]  108/17 108/18
participation [1]  108/19
particular [5]  23/14 76/22 85/13 89/12
91/4
particularly [1]  44/3
parties [2]  49/22 147/13
parties' [1]  147/14
partner [2]  69/24 82/24
partnered [2]  83/11 83/13
partners [2]  17/15 69/2
parts [1]  111/5
party [20]  25/13 29/17 38/12 46/9 46/11
46/13 46/17 47/4 47/11 47/19 48/9
48/13 48/18 53/12 76/16 83/9 88/7
88/21 100/13 100/21
passage [1]  112/4
passed [4]  29/5 33/15 33/17 58/6
past [3]  26/21 26/25 142/8
pause [1]  7/13
paused [1]  43/25
pausing [1]  43/15
pay [1]  138/3
paying [3]  81/2 89/22 90/6
payroll [1]  66/22
PD [1]  98/21
peak [1]  27/7
pen [1]  71/18
penalties [1]  149/20
pending [2]  8/24 43/13
people [51]  24/2 27/8 27/18 28/10 31/3
33/20 34/8 41/14 41/23 46/5 66/10
66/13 71/5 71/7 71/10 71/13 71/14 74/4
80/2 81/1 83/4 86/11 97/24 112/12
112/19 113/4 113/5 113/9 113/14
117/15 118/6 119/5 120/4 120/4 120/5
120/13 120/21 135/18 136/14 136/15
136/20 136/22 137/23 138/10 139/13
139/16 139/21 140/12 141/4 142/7
142/20
people's [1]  72/12
per [4]  42/5 67/20 139/16 139/17
per se [1]  42/5
percent [2]  123/2 143/9
percentage [3]  67/17 67/17 78/21
Perfect [1]  8/4
perform [4]  41/19 50/7 68/17 82/19
performance [3]  67/5 67/7 67/9
perhaps [2]  38/22 54/3
period [6]  65/19 126/24 131/7 131/11
131/17 139/22
periodic [1]  67/2
periods [1]  80/16
perjury [1]  149/20
permanent [3]  34/14 42/15 124/13

permission [1]  100/23
permit [3]  95/2 95/3 81/13
person [22]  10/8 25/20 42/14 42/17
44/23 45/7 49/18 60/8 61/22 61/22
70/25 71/18 71/20 74/5 94/9 118/12
125/15 125/21 125/21 137/25 138/7
138/8
person's [1]  118/13
personal [6]  36/3 77/5 99/21 100/12
101/3 124/17
personally [3]  92/25 99/24 100/4
personnel [1]  18/23
persons [2]  41/24 56/16
pertaining [3]  97/11 121/8 132/13
ph [1]  16/21
pharmacy [1]  70/22
phone [6]  7/25 8/1 56/15 56/18 67/18
98/5
phones [1]  36/3
phrases [1]  30/10
physical [2]  40/11 52/6
pick [1]  18/14
picking [1]  43/15
picture [2]  66/25 121/24
piece [4]  114/2 117/18 118/10 118/22
Piedras [1]  14/8
PL [1]  3/3
PL-01 [1]  3/3
place [6]  59/6 78/11 83/21 119/16 124/5
134/4
placed [1]  4/12
places [8]  17/14 18/23 83/1 113/19
117/5 120/12 129/25 138/2
PLAINTIFF [3]  2/2 131/5 131/16
plaintiffs [7]  1/7 64/21 114/12 114/15
116/3 116/8 127/25
plastic [1]  72/7
please [17]  7/12 8/10 9/19 74/15 75/17
78/8 84/4 87/13 124/3 127/20 131/3
134/2 134/21 140/23 144/22 148/9
148/13
pleasure [1]  20/6
plus [1]  40/6
point [9]  8/20 9/8 19/4 28/18 50/20
61/17 73/8 73/22 78/7
polarized [1]  60/21
police [1]  91/22
policies [30]  20/25 21/3 21/10 21/15
21/19 21/21 21/21 21/24 22/1 22/3
32/18 34/17 34/22 38/16 55/13 56/24
57/1 57/7 57/13 57/18 58/7 58/10 58/24
59/10 60/4 60/16 61/10 61/16 90/21
124/20
policy [5]  11/16 23/15 61/7 61/13 65/3
political [2]  14/6 14/11
Polk [7]  44/9 88/5 88/14 90/1 99/5 99/8
119/8
pool [3]  27/14 120/21 141/20
population [1]  120/15
portion [2]  84/21 143/11
portions [1]  116/2
position [2]  37/16 42/21
positioned [1]  10/9
positions [3]  16/24 44/4 137/9
possible [2]  6/8 144/4
Post [1]  52/13
postage [2]  119/23 121/2
posted [1]  112/7

Downloaded from

**P**

potential [6]  38/17 38/20 50/7 64/9 76/10 82/16
PowerPoint [11]  4/19 30/3 30/5 30/15 31/24 32/17 33/8 74/21 74/24 77/22 95/4
PRATT [7]  2/15 4/4 4/5 6/1 43/10 64/19 142/25
pre [1]  135/4
pre-presidential [1]  135/4
preceding [1]  131/15
predicated [1]  142/10
preexisting [1]  27/14
prefer [1]  5/19
prefill [1]  112/13
prefilled [1]  113/17
prefiling [1]  113/22
preliminaries [1]  9/8
preliminary [1]  89/13
preparation [3]  12/18 13/7 13/14
prepare [3]  11/2 11/5 13/18
prepared [3]  10/4 105/25 106/8
preparing [2]  10/13 10/22
present [4]  3/12 11/14 15/15 18/15
presentation [1]  30/3
presentations [1]  30/3
presented [1]  61/18
presenting [1]  70/15
presidency [1]  19/23
president [6]  11/15 19/20 20/1 20/4 107/9 122/22
president/CEO [1]  122/22
presidential [2]  63/7 135/4
presidential-year [1]  63/7
pretty [2]  75/5 136/6
previous [4]  44/22 81/24 88/18 135/3
previously [1]  18/10
primarily [2]  12/13 27/11
printing [2]  119/21 121/2
prior [15]  9/10 12/10 12/17 18/24 33/9 34/21 51/18 64/18 81/21 82/3 90/6 130/18 131/21 132/16 132/18
private [2]  102/19 104/6 104/11
privilege [4]  10/14 36/4 57/20 130/20
privileged [18]  10/20 12/19 13/2 34/24 35/17 36/22 92/10 95/10 96/6 97/1 97/4 98/11 107/20 109/7 110/14 128/7 129/2 131/24
probably [6]  6/4 6/9 34/19 97/22 98/5 142/8
problem [2]  112/1 128/23
procedural [1]  123/25
procedure [6]  53/6 55/9 59/17 89/5 118/15 123/23
procedures [16]  23/5 34/10 58/11 59/5 59/10 60/1 60/25 61/6 85/1 86/10 90/2 94/16 94/23 94/24 117/24 124/21
proceeding [2]  4/12 149/21
proceedings [2]  5/1 145/7
process [53]  22/7 29/6 35/10 35/14 38/17 38/25 39/4 39/9 39/10 40/15 40/17 41/1 41/15 41/25 45/11 45/12 45/21 48/3 49/21 50/18 50/23 51/1 51/5 52/21 54/13 55/4 55/14 56/1 56/4 56/10 57/25 59/5 59/23 60/3 60/12 61/17 73/9 76/12 86/6 86/7 86/19 86/22 87/1 94/2 117/2 118/15 123/23 127/6 128/24 129/5 135/11 136/18 136/18

processes [3]  32/22 86/9 107/14
produce [5]  92/13 92/19 107/24 129/2 129/4
produced [25]  12/24 13/3 13/9 13/10 35/3 36/8 37/1 75/22 92/8 92/14 92/16 92/23 95/7 95/15 95/18 95/19 95/22 98/9 107/17 107/22 108/1 108/4 129/19 132/22 133/3
production [9]  41/22 127/24 128/5 128/11 128/17 128/25 129/9 130/13 130/25
Professional [1]  147/5
program [11]  29/19 68/14 83/14 107/6 117/25 134/14 135/2 137/1 137/21 138/5 138/11
programs [12]  17/16 17/22 33/14 122/5 122/11 122/14 122/24 123/4 137/14 137/22 139/4 139/9
Progress [3]  14/20 15/6 16/16
prohibited [1]  141/6
prohibiting [1]  113/22
prohibitions [1]  141/9
project [1]  106/22
projects [2]  122/11 143/15
prompted [1]  86/17
prospective [2]  65/7 79/25
protect [1]  72/12
protest [1]  89/22
protocol [1]  85/11
protocols [1]  85/1
provide [10]  23/19 29/23 32/14 36/9 70/2 103/4 103/14 114/8 122/22 139/10
provided [13]  12/20 23/6 30/5 30/8 30/22 31/5 31/25 32/1 35/12 37/4 72/20 76/15 91/25
provider [1]  66/16
providing [2]  117/15 141/6
provision [18]  64/22 111/16 113/7 113/22 121/9 121/18 122/3 122/21 134/12 134/13 134/23 134/25 135/21 136/25 138/14 138/20 139/13 142/3
provisions [6]  111/15 119/19 121/8 121/11 121/14 121/17
public [2]  102/19 147/22
Puerto [3]  14/5 14/8 20/20
pull [6]  83/24 84/5 114/5 114/9 114/24 115/16
purpose [5]  39/5 49/10 79/18 138/23 140/18
purposes [2]  58/7 141/17
put [8]  46/1 46/4 51/12 72/11 101/13 121/5 122/24 144/11

**Q**

quality [40]  30/4 39/4 39/9 39/10 40/10 40/13 40/15 40/17 40/23 41/6 41/18 41/24 42/6 42/8 42/11 42/22 42/23 44/18 44/19 45/3 45/6 45/9 45/10 46/10 49/12 49/21 49/24 50/18 51/1 51/4 52/21 61/2 67/19 72/23 73/9 86/19 86/21 87/1 90/21 117/22
quantified [4]  116/20 118/11 119/18 121/1
quantify [1]  116/13
question [35]  6/14 8/9 8/24 9/10 24/13 43/13 43/15 43/25 48/2 49/7 65/18 66/1 95/13 97/18 97/25 99/16 100/2 100/6 100/20 101/3 102/2 102/8 105/4 106/2 107/7 109/16 110/7 110/17 110/23

111/21 112/3 115/11 121/22 132/8 134/20
questioning [1]  97/3
questions [19]  8/9 39/15 41/12 41/15 92/6 97/24 112/24 124/9 124/10 132/13 132/25 133/13 133/15 133/17 133/20 134/7 142/24 143/2 143/18
quick [1]  43/11
quickly [4]  117/22 117/25 118/8 136/6
quite [2]  111/21 111/24
quote [3]  114/12 131/5 131/15

**R**

races [1]  15/25
rains [2]  72/14 72/14
raised [1]  135/21
ramp [3]  27/14 117/21 117/24
ramping [2]  136/9 136/12
rather [3]  15/20 64/6 64/10
ratio [1]  44/14
re [3]  4/20 148/4 149/3
reach [1]  82/15
reached [2]  91/15 97/20
reaching [1]  86/22
read [10]  101/12 111/22 115/13 115/21 143/23 144/1 144/3 148/9 148/11 149/20
reading [6]  85/5 88/25 115/1 131/4 144/1 148/9
ready [4]  9/21 50/22 50/25 51/5
real [1]  66/25
real-time [1]  66/25
really [11]  15/16 17/12 33/11 63/13 64/5 68/5 103/7 118/15 121/1 128/20 138/22
reason [6]  9/3 28/17 29/15 61/6 76/13 149/7
reasonable [1]  148/12
reasonably [1]  6/8
reasons [4]  60/17 72/12 80/20 81/4
rebuilding [1]  114/18
recall [11]  9/9 114/7 114/21 116/1 116/7 131/2 131/4 135/22 137/4 138/15 140/20
recalls [1]  115/8
receipt [6]  34/3 40/18 40/22 51/12 52/10 52/12
receipts [5]  33/24 40/4 51/19 72/19 119/22
receive [15]  12/2 12/7 14/10 55/15 55/19 55/24 56/10 72/2 73/14 102/18 102/19 102/24 106/10 106/24 117/9
received [20]  40/21 51/17 51/20 74/2 88/4 88/12 91/21 94/4 97/10 103/2 103/6 103/9 103/24 109/4 109/17 109/22 110/8 110/21 111/2 132/14
receives [1]  74/5
receiving [2]  105/1 128/16
recess [4]  78/11 124/5 133/21 134/4
recognize [4]  9/23 74/18 75/19 84/7
recollection [4]  95/3 114/10 115/9 115/17
reconciliations [1]  107/16
record [17]  6/19 8/22 43/4 43/17 43/21 73/9 78/9 78/10 78/13 124/3 124/4 131/14 133/8 134/2 134/3 143/22 147/10
recording [1]  7/8
records [1]  88/12

recruit [5]  120/12 120/13 120/22 123/20 123/20
recruitment [4]  120/2 120/7 135/20 136/18
recycling [1]  54/21
redact [3]  45/25 46/5 48/4
redacted [16]  40/9 45/17 48/14 49/1 50/5 52/23 53/7 53/11 53/15 53/22 54/14 54/15 54/19 54/20 54/22 54/24
redaction [2]  45/24 47/13
redactions [3]  49/4 50/8 50/11
redirect [3]  133/22 134/7 143/3
redistricting [2]  17/9 102/13
redo [1]  118/18
reduction [1]  28/24
refer [1]  42/16
referenced [4]  30/15 62/14 92/8 94/22
referred [4]  13/7 24/9 98/14 99/6
referring [3]  13/23 30/17 98/22
refers [1]  86/16
refresh [4]  95/3 114/9 115/9 115/16
refresher [1]  117/23
refreshing [1]  117/23
regarding [15]  11/19 22/10 55/15 56/17 61/8 91/17 92/6 96/20 99/2 99/12 109/13 109/18 110/9 131/6 131/17
region [5]  44/18 66/21 73/4 94/8 126/3
region's [1]  44/17
regional [1]  19/22
register [17]  41/9 42/7 69/3 69/10 71/12 74/25 80/12 83/16 113/13 113/20 136/13 139/16 140/8 140/9 142/7 142/11 142/11
registered [24]  18/10 18/21 18/23 33/25 40/5 49/18 50/17 58/21 71/4 71/7 71/14 74/3 83/9 88/7 108/16 113/18 136/20 136/23 139/14 139/21 140/13 142/8 142/20 147/4
registering [14]  18/6 30/14 39/13 49/15 58/18 76/11 109/1 110/11 135/6 135/7 135/18 136/16 141/7 142/20
registrac [1]  110/1
Registracion [1]  77/15
registration [176]
registration-related [2]  38/15 56/24
registration-specific [2]  141/3 141/18
registrations [11]  18/9 41/21 59/15 72/18 73/7 87/22 89/6 89/17 93/4 94/17 118/21
regular [1]  144/20
regulation [1]  58/16
regulations [13]  22/10 24/1 33/21 39/13 57/10 58/4 59/8 59/21 61/7 88/21 109/12 123/15 123/15
related [26]  12/9 17/6 30/24 38/15 52/21 55/12 56/24 57/6 57/9 58/13 59/7 60/3 60/16 61/11 87/5 91/8 101/19 112/24 122/20 123/15 124/9 124/10 126/13 130/13 138/19 142/22
relatedly [1]  16/4
relation [1]  16/22
relations [2]  14/7 14/12
relationship [4]  37/9 46/13 46/21 46/24
relationships [1]  114/19
relative [2]  147/12 147/13
relay [1]  56/16
relevance [5]  64/12 65/5 82/6 110/5

110/13
relevant [1]  97/4
remained [1]  59/6
remains [1]  68/4
remember [2]  92/4 93/16
reminders [1]  30/12
reminds [1]  137/8
remote [3]  1/12 66/5 147/6
remotely [2]  5/12 146/7
removed [1]  42/24
repeat [2]  49/6 134/20
rephrase [9]  8/11 38/22 49/9 52/24 79/22 99/16 100/20 103/12 132/9
report [4]  31/8 31/13 99/9 147/6
reported [1]  1/20 99/2
reporter [6]  43/16 78/8 111/22 124/2 147/1 147/5
reports [5]  56/14 86/11 100/8 101/12 101/14
repositories [2]  126/11 126/15
represent [3]  6/2 114/11 127/23
representative [2]  5/10 146/6
reputation [1]  116/24
reputational [2]  117/13 121/4
request [10]  4/21 70/7 70/9 111/13 127/24 128/11 128/25 129/9 130/25 131/17
requested [3]  52/11 91/25 147/8
requesting [1]  57/25
requests [3]  128/5 128/16 131/6
require [1]  122/4
required [2]  22/14 85/4
requiring [2]  22/10 33/24
reschedule [1]  67/13
rescinded [1]  85/9
research [4]  13/13 13/15 13/16 13/24
reside [1]  126/14
resided [2]  82/3 89/4
residence [1]  89/7
residents [1]  80/11
resides [1]  88/16
residing [1]  82/10
resolve [1]  133/5
resources [7]  114/14 114/17 116/5 116/9 116/13 116/16 140/6
respect [23]  21/15 22/5 26/25 32/19 37/6 37/23 39/1 53/15 55/25 56/11 65/3 66/14 95/14 97/7 97/8 97/18 98/1 108/9 109/3 109/16 110/7 110/17 110/23
respectful [1]  70/24
respond [2]  107/3 128/5
responding [3]  60/14 128/24 129/8
response [3]  9/10 35/2 36/7
responses [1]  130/25
responsibilities [1]  17/12
responsibility [2]  17/5 62/12
responsive [3]  129/14 130/12 130/18
restate [1]  111/23
restricted [2]  138/21 141/16
restrictions [2]  103/21 141/8
restroom [1]  43/11
result [3]  90/21 136/20 138/14
retain [1]  53/2 53/21 54/4 54/8 127/2
retained [1]  38/3
retention [2]  126/24 128/16
retrain [1]  67/13
retraining [1]  57/3
return [4]  52/10 52/12 134/11 148/14

returned [1]  39/25
reveal [2]  96/15 34/25 36/5 57/21 95/11 96/8 128/8
review [6]  10/23 12/20 60/12 61/19 67/5 147/8
reviewed [3]  11/1 12/17 13/7
reviewing [1]  49/3
reviews [5]  67/3 67/4 67/5 67/7 67/10
revise [1]  57/6
revised [1]  58/10
revising [2]  57/18 60/3
revision [3]  60/2 61/10 61/17
Rico [3]  14/5 14/8 20/20
right [30]  7/10 9/7 9/14 14/15 25/8 37/25 41/3 41/8 44/6 45/14 49/20 54/13 61/5 75/25 77/12 79/5 80/17 86/13 105/22 110/3 116/12 133/17 137/16 139/15 140/1 142/9 143/9 143/17 143/19 145/3
rights [1]  17/9
Rio [1]  14/8
ripped [1]  76/22
risk [1]  90/3
Riverside [1]  2/7
RMR [3]  146/16 147/21 148/17
role [1]  41/19
roles [1]  43/3
rolled [1]  29/6
room [3]  7/17 7/20 119/14
ROPER [1]  3/7
roperpa.com [2]  3/10 3/11
ropes [1]  86/9
rough [2]  144/4 144/5
roughly [1]  77/17
round [1]  27/24
RPR [4]  1/21 146/16 147/21 148/17
RUIZ [1]  2/9
rule [4]  29/6 29/9 58/16 135/11
rule-making [1]  29/6 135/11
rules [11]  7/4 29/9 33/21 34/10 39/13 57/9 58/4 59/8 61/7 109/12 117/24
run [6]  29/8 29/18 83/14 129/21 130/2 135/13
running [2]  33/14 140/4

S

safe [1]  60/23
safety [1]  60/25
said [8]  50/2 73/16 74/6 75/7 113/9 113/16 126/5 131/15
salaries [2]  140/25 141/1
same [47]  8/17 16/25 32/13 35/9 35/24 53/7 54/15 57/19 58/13 59/23 66/1 82/22 92/18 93/11 97/18 97/25 100/2 100/3 100/6 100/7 101/3 101/5 101/8 101/10 102/2 102/4 102/8 102/10 105/4 106/18 108/2 109/16 109/20 110/7 110/17 110/19 110/23 110/25 129/10 129/16 129/23 130/4 130/12 130/19 130/20 132/19 142/20
San [1]  20/20
SANDRA [5]  1/21 146/16 147/4 147/21 148/17
satellite [2]  44/8 44/10
say [59]  16/3 21/6 21/20 22/7 23/23 25/7 27/5 27/19 33/4 37/18 39/10 41/9 46/7 49/19 55/20 56/20 57/1 59/22 60/6 60/11 60/12 62/8 63/4 63/7 63/23 65/25

say... [33] 68/5 68/10 68/11 68/11 68/12
68/18 68/23 70/20 74/2 78/24 80/6
88/17 89/25 99/5 101/13 103/17 104/10
106/20 108/7 108/11 113/4 114/15
116/19 118/19 122/7 123/13 125/15
126/17 135/3 136/2 136/7 139/20 142/6
saying [1] 123/21
says [7] 56/2 76/18 77/3 84/22 88/3
88/12 90/18
SB [33] 29/4 29/9 33/15 33/17 33/23
33/25 34/4 40/3 51/9 51/9 64/16 111/5
111/10 111/18 112/4 112/9 112/17
112/21 112/23 113/2 113/13 113/17
116/10 116/15 119/20 119/22 121/8
121/12 121/17 122/4 135/9 135/11
142/15
SB 7050 [29] 29/4 29/9 33/15 33/17
33/23 40/3 51/9 64/16 111/5 111/10
111/18 112/4 112/9 112/17 112/23
113/2 113/13 113/17 116/10 116/15
119/20 119/22 121/8 121/12 121/17
122/4 135/9 135/11 142/15
SB 90 [3] 33/25 34/4 51/9
SB7050 [5] 4/19 4/20 75/2 76/1 84/18
SB7050-HF [2] 76/1 84/18
SB7050-HF-0000032 [1] 4/20
SB7050-HF-0000037 [1] 75/2
SB7050-HF0000052 [1] 4/19
scan [3] 54/13 54/14 54/16
scanned [3] 40/9 45/23 53/7
scarce [2] 114/13 116/4
schedule [1] 6/4
school [1] 14/5
science [2] 14/7 14/11
scope [1] 132/14
SCOTT [1] 3/9
scratch [1] 52/4
screen [3] 115/6 115/17 118/16
se [1] 42/5
SEALED [1] 146/11
search [7] 35/7 35/18 35/20 129/25
130/9 132/11 132/15
searched [4] 34/21 37/1 131/21 131/25
searches [7] 35/21 35/22 36/2 129/21
130/2 130/15 131/20
searching [3] 35/6 35/15 129/14
season [1] 119/12
second [3] 69/4 88/10 117/18
Secretary [1] 1/9 2/12 6/2 10/1 92/17
92/23 95/7 97/10 127/24
Secretary's [2] 130/25 144/22
section [3] 114/25 115/8 116/7
Security [1] 46/3
Sedano's [2] 69/7 74/3
see [13] 74/16 74/17 80/24 83/5 84/21
87/14 97/23 114/24 115/18 127/21
127/22 131/2 133/5
seeing [3] 114/21 116/1 116/7
seek [2] 90/7 130/17
seeker [1] 137/22
seeking [3] 97/4 131/6 131/17
seeks [16] 13/2 34/24 92/10 95/10 96/6
97/1 98/11 107/20 109/7 110/13 123/12
128/7 128/19 129/2 131/24 131/24
seen [10] 28/23 60/22 79/1 101/12
103/18 120/3 122/18 128/1 130/24
139/25

send [5] 51/23 52/6 82/23 82/24 113/16
sending [4] 60/19 90/4 119/25 125/4
senior [9] 11/15 19/23 20/3 20/5 60/11
61/13 61/23 61/24 94/8
sense [3] 29/4 72/7 132/7
sent [12] 4/11 10/1 30/6 53/1 76/7 84/11
84/14 89/20 92/5 97/14 97/22 112/15
sentence [1] 77/2
separate [6] 11/4 22/22 23/11 24/19
25/17 95/3
September [2] 63/22 135/8
Serrano [2] 15/1
serve [2] 20/6 25/8
servers [2] 36/13 36/14
service [3] 41/8 49/24 52/5
services [2] 119/13 139/10
set [2] 68/20 81/13
setting [1] 25/23
several [2] 14/24 110/1
share [4] 34/17 115/6 115/17 120/15
ShareDrive [1] 126/20
SharePoint [9] 36/16 36/19 36/19 37/1
126/5 126/7 126/8 126/17 129/22
sharing [1] 87/17
she [2] 77/3 77/5
she's [1] 45/7
sheet [4] 39/23 72/21 148/10 149/1
shift [9] 31/12 31/15 39/21 39/25 59/12
71/13 72/18 72/21 83/6
short [1] 6/8
shorter [2] 28/14 80/20
shortfalls [1] 107/4
should [6] 16/22 70/20 80/6 89/25 117/1
144/11
show [2] 81/25 86/9
side [4] 49/25 71/19 94/5 142/25
sign [6] 25/20 34/2 34/3 148/10 148/11
148/14
signature [7] 45/25 46/2 51/15 51/16
148/13 148/19 149/23
signed [5] 47/11 51/18 74/4 74/5 146/11
significant [2] 114/17 116/9
significantly [4] 106/24 135/5 135/16
137/12
signing [1] 148/9
similar [5] 22/8 32/1 41/7 63/6 142/7
since [22] 7/2 8/7 16/23 16/25 23/23
27/11 33/12 37/18 57/10 59/6 59/9
59/13 63/24 69/19 78/25 89/8 90/2 92/1
97/22 113/3 123/13 127/3
single [6] 30/11 59/13 81/22 82/20
119/8 125/25
sir [5] 18/12 63/3 69/18 116/18 132/3
sit [1] 6/5
six [5] 18/24 19/14 19/21 37/19 68/13
six months [1] 37/19
sizable [1] 28/24
skeleton [1] 59/22
slip [1] 5/22
small [3] 23/2 75/6 102/21
smaller [2] 23/2 120/21
smallest [1] 143/11
snargiz [4] 146/17 147/22 148/18
149/24
so [230]
social [2] 46/3 112/7
SOE [8] 3/6 50/3 59/16 76/15 93/13
94/5 99/6 99/9

SOE's [1] 51/19
software [16] 40/1 40/23 45/24 46/10
46/11 48/6 48/8 48/14 48/18 48/21
48/21 49/11 49/13 51/13 53/12 107/14
solely [1] 104/6
Solutions [2] 15/8 15/9
some [60] 11/21 11/22 12/17 13/19
13/22 13/23 16/17 22/19 26/2 26/14
26/16 31/22 33/4 33/21 35/21 37/15
37/20 38/2 42/24 43/2 60/18 60/24 61/4
63/17 64/15 65/12 67/10 68/12 69/23
70/9 77/24 80/19 80/23 80/25 81/3
82/13 90/12 92/6 101/14 102/13 102/20
103/9 107/14 107/14 112/24 116/20
116/21 120/25 121/3 121/3 121/7
121/10 122/15 133/2 138/4 138/12
138/24 139/1 142/14 142/22
someone [7] 16/20 50/6 67/19 71/6
73/22 78/1 81/24
something [17] 16/3 21/7 22/22 34/9
36/16 36/17 46/24 48/9 48/11 51/5 61/4
86/20 89/19 90/1 126/21 127/9 140/4
sometime [1] 6/9
sometimes [7] 26/2 46/5 70/21 71/5
71/13 106/10 144/5
somewhere [1] 63/7
son [2] 77/4 77/8
sooner [1] 64/6
sorry [21] 13/15 32/5 47/2 49/6 52/24
54/8 73/16 91/11 93/12 96/10 99/16
100/17 106/2 111/20 115/12 120/11
125/21 128/21 130/21 132/8 134/18
sort [14] 12/6 17/4 19/10 21/3 22/3
29/22 36/15 38/24 60/2 66/18 67/15
86/5 102/23 127/6
sorters [2] 73/12 73/16
sorts [3] 15/21 21/10 80/19
sound [6] 6/15 7/14 8/12 8/25 75/4
110/3
sounds [3] 119/2 134/1 134/8
space [1] 119/15
Spanish [1] 138/5
speak [2] 10/5 10/9
speaking [8] 10/12 11/23 19/6 20/25
45/10 64/8 68/15 129/13
specific [14] 20/14 21/15 21/18 21/20
23/14 47/25 57/25 63/14 63/15 95/14
104/14 141/3 141/18 143/15
specifically [16] 10/25 18/3 22/5 22/17
26/4 28/23 33/7 56/21 65/11 69/18
82/17 83/14 93/16 97/16 104/10 142/15
speed [1] 12/14
spelled [1] 6/22
spelling [1] 6/18
spend [3] 15/17 120/9 140/9
spending [3] 136/17 138/9 142/16
spent [2] 137/3 140/15
spilled [1] 72/16
spoke [5] 53/3 82/12 82/12 99/6 121/7
spot [1] 71/11
staff [41] 18/20 18/20 19/23 19/24 28/15
30/4 30/4 40/13 40/14 41/6 41/10 42/1
42/7 42/12 42/12 42/15 42/23 44/18
44/19 45/3 45/9 72/23 79/8 93/19 93/22
94/9 114/18 116/10 118/1 118/12 121/2
122/8 122/10 122/25 124/13 137/3
137/7 137/13 137/16 137/17 137/19
staging [1] 70/19

**S**

stamped [2]  75/1 84/17
standard [2]  49/23 89/5
standing [1]  86/13
start [10]  37/20 57/2 117/25 118/8
 134/13 135/1 135/16 135/24 136/11
 136/14
started [9]  14/21 16/8 55/8 59/9 78/25
 94/3 112/19 135/6 135/7
starting [3]  135/5 136/21 139/18
starts [2]  39/11 93/20
state [65]  1/5 1/9 2/12 2/17 2/18 6/2
 17/12 17/14 19/23 20/14 20/16 21/18
 21/20 22/9 28/13 29/1 32/10 40/20
 44/25 50/4 51/10 51/16 58/16 59/20
 60/1 60/10 61/12 76/8 76/16 82/11
 87/20 88/4 89/11 89/20 90/5 90/8 90/25
 92/17 92/23 94/16 95/7 99/8 102/17
 102/23 103/6 103/11 103/13 103/19
 105/19 106/20 106/20 109/5 109/19
 110/10 111/9 117/15 119/24 122/10
 123/3 125/23 134/13 146/3 147/2 148/4
 149/3
State's [3]  10/1 97/10 127/24
state-specific [3]  20/14 21/18 21/20
statements [1]  138/15
states [19]  1/1 17/13 17/19 17/19 17/23
 18/1 18/3 18/9 18/10 18/16 18/25 19/1
 19/14 22/8 103/3 108/23 110/2 114/11
 120/16
stating [3]  6/18 91/23 131/5
status [1]  133/4
statuses [2]  50/25 81/7
stay [5]  37/21 68/12 68/14 139/1 142/1
stayed [1]  93/17
stenographer [2]  4/11 7/6
STENOGRAPHER'S [1]  4/11
stenographic [1]  147/10
stenographically [1]  1/20 147/6
step [1]  50/23
STEPHANIE [2]  3/5 133/16
stephanie.morse [1]  3/5
steps [1]  97/17
sticker [1]  4/12
still [3]  53/21 67/6 121/6
stipends [1]  103/4
stipulates [1]  58/17
stopping [1]  78/7
store [2]  70/22 138/8
Street [3]  2/14 2/19 3/8
strictly [1]  97/6
structure [1]  24/7
structured [2]  19/19 42/20
structures [1]  24/20
studied [1]  14/5
stuff [2]  137/10 138/8
sub [1]  20/21
sub-entities [1]  20/21
subgrant [1]  123/1
subject [2]  36/5 79/13
subjected [1]  65/9
submit [1]  137/23
submitted [5]  49/16 50/3 85/2 88/20
 90/13
subsequent [4]  57/18 99/3 111/18 112/3
subset [1]  62/14
such [4]  26/19 36/23 131/6 131/16
suddenly [1]  61/1

suffer [1]  137/14
summer [1]  63/13
supermarket [2]  69/7 138/7
supervise [1]  94/8
supervised [5]  42/25 44/12 44/16 44/20
 44/24
supervises [2]  42/17 44/17
supervisor [18]  40/18 42/15 42/16 45/4
 49/17 59/19 76/21 87/22 88/5 88/14
 89/16 89/21 91/2 93/5 93/25 94/18
 94/20 98/3
supervisor's [3]  76/9 88/16 89/4
supervisory [1]  43/2
support [3]  29/13 137/18 139/3
suppose [1]  95/14
sure [62]  13/16 16/4 17/6 17/15 20/6
 24/2 24/11 26/6 31/2 31/9 31/10 31/11
 31/19 34/11 35/12 36/9 37/4 39/12
 40/17 41/3 41/14 43/4 45/20 48/2 49/9
 49/15 58/3 59/24 65/22 68/20 70/24
 71/19 72/13 73/19 77/2 79/11 80/2
 81/15 90/3 91/14 94/10 94/10 95/17
 96/12 96/14 106/4 106/14 108/3 115/2
 115/13 120/10 124/23 129/18 130/24
 132/9 132/9 133/21 133/23 141/13
 142/1 144/7 144/10
swear [2]  5/2 149/21
switched [1]  66/4
switching [4]  14/1 61/25 83/23 108/6
sworn [2]  5/12 146/8
system [5]  46/6 46/8 46/8 66/22 107/13

**T**

table [2]  6/14 29/11
tables [1]  68/20
take [20]  6/11 8/8 11/11 22/9 27/13
 31/22 45/24 45/25 75/11 76/12 91/3
 93/24 115/2 115/21 122/15 138/6 138/7
 140/14 141/12 141/21
taken [3]  43/19 122/11 122/24
takes [2]  65/10 79/20
taking [2]  138/2 139/7
talk [6]  39/11 55/16 56/19 83/19 120/6
 134/23
talked [5]  15/21 35/10 98/15 116/3
 116/8
talking [7]  20/10 28/22 91/12 96/16
 104/1 120/20 140/20
TALLAHASSEE [4]  1/2 2/14 2/19 3/4
tap [1]  122/16
team [13]  11/22 20/3 20/5 23/2 41/22
 42/4 60/11 61/23 106/9 106/21 118/2
 118/7 122/10
Teams [4]  96/23 125/13 125/17 125/17
technically [1]  42/19
tell [1]  85/7
temporary [2]  42/6 42/10
tend [1]  28/14
term [2]  43/6 50/22
terminate [3]  84/23 85/12 94/12
terminated [2]  94/6 96/17
termination [4]  4/20 57/3 84/10 87/2
terms [7]  17/21 44/4 86/12 120/7 121/1
 123/6 126/14
testified [1]  5/13
testifying [1]  8/18
testimony [2]  5/3 149/21
text [1]  115/13

than [12]  13/17 18/18 18/24 28/8 46/16
 64/6 65/2 66/6 70/1 96/20 97/12
 101/17 121/9 123/21 123/24 125/9
 140/10
thank [21]  5/7 6/3 8/4 14/1 43/22 48/17
 55/1 64/25 78/14 80/7 80/14 87/17
 116/1 122/2 125/25 132/23 133/11
 133/25 143/19 145/2 145/3
Thanks [1]  145/5
that [625]
that's [52]  8/24 14/9 17/11 18/8 19/8
 20/22 29/10 30/2 31/5 38/5 40/22 41/1
 41/4 41/11 42/14 48/17 49/23 50/17
 50/21 62/11 64/1 66/24 67/25 77/13
 91/25 95/1 103/25 117/6 117/13 118/21
 119/3 119/11 120/16 120/17 121/4
 121/12 122/8 122/11 122/13 122/23
 122/23 123/24 124/20 126/17 126/23
 128/3 135/22 136/5 136/5 136/15 138/2
 148/9 148/10
their [51]  8/22 24/12 24/19 27/20 31/14
 31/21 34/18 37/16 37/24 38/5 39/21
 39/24 40/6 42/15 44/4 46/2 46/3 48/19
 48/25 49/16 59/11 59/12 60/10 62/11
 67/8 68/22 71/4 71/8 72/10 72/18 72/22
 73/4 73/6 76/13 80/24 81/9 81/15 83/6
 85/8 86/15 93/23 114/12 116/3 119/13
 120/7 120/20 125/5 137/20 137/23
 138/3 140/25
them [67]  8/21 16/14 16/19 20/15 22/18
 25/9 25/13 26/14 29/23 30/25 31/5
 31/13 31/18 31/21 32/14 37/15 39/14
 42/5 42/24 46/15 47/16 50/7 59/20
 62/12 64/11 67/13 67/13 70/1 70/6
 70/15 71/1 71/10 72/2 72/6 72/24 76/9
 76/12 77/1 81/14 81/21 82/24 83/20
 85/12 86/9 86/10 89/21 93/14 94/15
 94/20 96/2 111/9 112/20 113/16 114/17
 116/20 116/21 116/22 125/5 132/14
 133/5 136/4 136/5 136/5 136/15 138/2
 148/9 148/10
themselves [1]  93/22
then [65]  6/23 14/20 15/3 15/13 18/24
 19/21 19/22 20/19 20/21 23/10 25/23
 29/3 29/21 31/25 33/2 33/17 38/14 40/9 44/9
 44/10 44/15 44/23 45/23 46/6 49/3
 49/25 50/7 51/14 52/20 53/9 53/10
 53/12 54/19 64/8 69/4 69/22 76/2 79/4
 84/18 86/4 88/17 89/8 90/2 91/4 91/22
 93/1 93/23 93/25 97/18 97/25 101/17
 104/4 105/4 106/4 106/18 108/6 108/22
 109/16 118/10 119/7 119/19 120/1
 124/23 127/4 137/15 139/23
there [66]  7/16 12/11 14/10 16/21 18/16
 20/25 21/9 21/15 22/12 24/7 25/18
 28/12 28/17 29/6 29/16 30/21 32/18
 33/2 33/4 33/20 35/21 41/4 41/12 41/16
 47/25 50/20 60/2 60/18 60/20 60/24
 61/17 62/5 63/17 63/19 63/21 65/13
 68/21 69/3 73/7 74/7 74/8 76/24 81/1
 81/11 81/23 83/2 85/16 85/23 85/24
 91/4 91/23 94/1 94/2 97/11 100/8
 104/21 105/8 108/22 119/13 120/25
 123/8 131/4 133/19 138/12 142/21
 142/23
there's [22]  22/13 43/12 45/12 45/22
 51/24 56/1 57/8 61/2 64/2 71/6 71/7
 83/2 83/4 83/17 108/17 116/19 119/19

there's... [5]  121/3 133/6 141/24 142/14
144/5
therein [1]  149/21
Thereupon [1]  5/8
these [23]  10/10 23/5 27/23 31/23 34/22
42/10 51/22 52/25 52/6 59/24 60/3
61/16 72/2 73/12 79/4 83/7 94/24
107/16 118/3 122/20 128/5 128/16
138/18
they [115]  8/22 15/10 16/16 16/16 16/17
16/20 16/22 20/6 20/8 25/7 25/8 30/1
30/1 30/5 30/13 30/13 31/13 31/14
31/15 31/16 33/15 33/17 34/2 34/3 34/9
35/11 35/16 36/24 38/8 39/6 39/12
39/21 39/25 40/7 40/8 40/21 41/8 41/11
41/14 41/25 42/8 46/20 46/22 46/24
46/24 48/11 48/14 50/10 50/11 50/12
50/14 50/16 51/19 53/7 53/16 61/21
61/22 62/13 68/21 68/22 70/25 70/25
71/11 71/17 72/2 72/18 72/19 72/20
72/20 72/21 72/23 73/1 73/5 74/6 74/7
76/11 78/4 79/13 80/11 80/24 81/14
81/16 86/14 91/24 93/19 93/21 93/24
94/17 94/20 94/22 97/22 97/23 106/6
106/7 106/16 106/23 112/15 113/1
113/7 113/9 113/12 113/17 113/18
113/19 117/22 117/23 119/12 120/19
121/8 121/14 124/24 136/5 138/6
139/17 142/11
they'll [1]  71/18
they're [35]  29/23 29/25 30/6 30/7 31/25
33/25 38/11 40/5 42/4 42/4 42/11 42/14
42/23 47/8 50/13 53/12 61/18 70/15
70/24 71/1 71/2 72/7 73/2 73/5 79/5
83/5 86/8 98/22 108/16 113/3 118/13
119/6 120/20 125/22 126/3
they've [6]  58/9 72/2 72/25 81/22 82/10
97/6
thing [10]  30/1 59/14 72/5 82/22 106/19
120/13 121/12 122/7 124/1 141/4
things [28]  12/22 13/20 17/10 19/10
19/24 25/8 30/13 30/25 33/12 60/23
61/4 66/18 67/13 67/21 67/22 67/25
69/2 69/16 82/25 97/22 98/21 104/2
112/10 112/11 121/1 125/23 142/14
142/22
think [61]  15/4 15/19 16/16 17/11 18/25
25/15 26/11 27/6 29/15 30/20 31/4
35/25 36/19 36/20 45/11 48/25 50/11
56/1 56/4 60/18 60/22 60/22 62/5 67/9
69/19 69/23 74/9 81/3 83/13 83/15
83/17 85/24 86/1 86/1 88/11 96/22
96/23 97/15 97/21 98/4 98/6 105/1
105/7 111/22 112/6 112/8 112/22
116/15 116/22 116/23 117/5 117/13
117/18 118/10 124/14 125/12 127/2
127/8 127/8 132/4 142/14
thinking [1]  119/7
third [23]  6/22 25/13 29/17 38/11 46/9
46/11 46/13 46/17 47/4 47/11 47/19
48/9 48/13 48/18 49/21 53/12 76/16
83/9 88/7 88/21 100/13 100/21 118/10
third-party [19]  25/13 29/17 46/9 46/11
46/13 46/17 47/4 47/11 47/19 48/9
48/13 48/18 53/12 76/16 83/9 88/7
88/21 100/13 100/21
this [124]  6/3 6/6 7/2 7/8 9/5 9/8 9/14

9/23 9/25 10/5 11/5 12/1 12/4 12/17
13/24 13/8 13/9 13/14 17/7 19/4 19/4
22/22 23/7 28/17 28/18 29/12 29/14
29/16 37/2 37/14 41/10 41/17 41/24
43/15 46/11 46/24 47/11 48/6 48/9
49/14 51/18 55/4 56/3 56/3 63/23 63/25
64/18 71/24 74/9 74/18 74/21 74/24
75/7 75/9 75/20 75/22 75/23 76/6 76/7
76/18 77/21 78/6 78/25 83/21 83/24
84/7 84/12 84/17 85/8 85/13 86/16
86/20 86/25 87/2 87/5 87/18 87/24 89/8
89/12 89/19 90/22 91/3 91/4 92/8 92/17
92/23 95/8 97/3 97/12 98/9 105/11
105/16 105/19 105/21 107/18 108/1
112/11 113/10 115/15 117/18 118/4
120/6 125/20 125/25 127/15 127/23
128/1 128/11 129/17 130/22 131/8
131/11 131/19 131/25 132/11 133/13
133/16 134/24 135/8 139/21 144/8
148/9 148/14 149/24
those [70]  11/10 11/14 11/24 12/3 12/7
12/23 13/8 17/25 18/22 22/18 24/18
24/22 25/1 25/11 27/15 34/7 34/8 39/1
40/14 40/24 42/25 44/11 44/15 46/5
47/2 49/3 53/2 53/11 53/15 53/20 57/13
59/15 61/6 62/13 67/22 69/9 72/11
72/25 73/22 81/3 85/14 86/5 89/3 90/4
90/16 98/22 98/25 103/8 103/20 106/15
107/1 116/13 119/17 120/10 121/7
121/17 121/23 123/16 125/14 125/14
132/24 135/22 135/24 136/7 137/19
138/15 139/9 140/10 140/15 141/17
though [1]  43/1
thought [3]  16/22 61/5 93/15
thoughts [1]  112/7
thousands [1]  139/20
three [18]  18/18 26/20 44/7 44/9 52/1
52/1 58/10 62/5 62/13 68/9 71/17 93/4
93/11 93/24 96/11 98/1 116/20 119/10
three days [1]  68/9
three minutes [1]  71/17
three years [1]  58/10
through [25]  14/3 14/13 14/14 15/14
19/14 19/14 30/1 34/13 34/18 35/3
38/11 40/21 46/21 49/21 49/21 53/20
66/16 79/16 102/17 125/5 125/6 125/13
125/17 125/18 147/9
till [1]  127/4
time [48]  6/3 9/14 14/25 15/17 16/14
26/12 27/20 28/18 31/14 50/4 50/20
55/8 57/8 58/5 58/9 60/8 66/25 68/3
72/14 74/9 83/5 83/24 103/18 114/17
115/2 116/9 118/12 121/2 122/8 122/11
123/8 127/15 130/21 131/11 132/21
132/24 133/13 136/17 137/3 137/7
137/10 137/20 138/9 139/7 139/22
143/20 148/12 149/21
timeline [1]  51/25
timely [1]  49/16
times [4]  52/1 52/1 83/19 106/7
title [2]  14/22 16/25
today [15]  5/17 6/3 8/5 8/15 8/21 9/3
10/4 11/3 13/18 14/14 31/11 62/18 74/3
128/4 132/24
today's [1]  10/13
told [2]  81/23 93/23
too [1]  97/21
took [4]  13/3 78/11 124/5 134/4

top [1]  65/19
topic [4]  65/7 83/23 108/7 137/2
topics [4]  10/5 10/10 12/14 13/18
TORCHINSKY [1]  2/13
total [1]  65/22
touched [1]  71/24
towards [4]  28/25 114/18 116/9 141/7
track [5]  51/13 66/13 66/19 107/11
107/15
tracker [2]  66/16 66/18
tracking [6]  40/10 40/23 46/10 49/13
56/10 107/13
tracks [2]  68/1 107/15
traffic [1]  83/3
train [7]  70/23 71/10 74/22 74/25
123/10 136/5 136/15
trained [2]  70/19 139/25
training [25]  4/19 12/21 12/24 23/18
23/21 23/25 30/2 30/10 30/11 30/16
30/16 30/19 30/24 34/17 39/11 73/14
75/10 86/6 95/4 114/18 116/10 117/23
121/2 123/18 136/18
trainings [3]  58/13 118/18 123/7
transcript [8]  144/2 147/8 147/9 148/10
148/11 148/12 149/2 149/20
transfer [1]  73/19
translate [1]  77/17
translation [1]  138/6
transportation [1]  113/19
trash [2]  53/9 54/17
treat [1]  41/11
trends [1]  142/12
trouble [3]  136/9 136/10 136/12
true [5]  58/13 58/16 147/10 149/21
149/22
truly [1]  148/16
truth [3]  5/4 5/4 5/5
truthfully [1]  9/4
try [6]  6/7 8/8 33/12 33/18 34/8 44/13
trying [1]  134/22
turn [7]  29/19 43/24 44/16 44/20 44/24
99/13 133/14
turned [2]  73/9 99/18
turning [8]  26/13 29/21 52/20 55/11
65/15 99/21 112/24 114/4
turns [1]  8/8
twice [1]  69/11
two [25]  11/12 15/24 26/12 30/7 31/23
32/25 40/12 43/12 44/7 49/20 52/1
65/10 68/9 68/24 69/9 71/16 81/12
81/24 93/18 94/9 97/15 99/7 119/10
125/12 143/1
two days [2]  30/7 65/10
two hours [1]  11/12
two minutes [1]  43/12
two months [1]  94/9
two weeks [1]  32/25
type [19]  17/6 29/12 54/23 55/17 58/16
67/7 68/18 69/12 76/24 78/25 82/17
85/22 94/2 103/8 106/24 122/7 122/13
122/14 139/5
types [3]  25/18 68/15 82/13
typically [6]  28/5 70/15 78/17 78/21 80/9
80/10

## U

U.S [2]  52/13 80/5
Uh [4]  80/4 115/23 140/19 143/13

**U**

Uh-huh [4]  80/4 115/23 140/19 143/13
ultimately [1]  85/2
unaware [1]  50/10
uncertain [1]  135/10
uncertainty [3]  29/7 29/17 64/2
unclear [1]  8/10
uncomfortable [1]  118/23
uncompleted [1]  40/1
under [15]  8/15 13/4 13/10 18/20 21/12 24/23 25/25 33/25 34/2 40/12 66/21 88/8 89/22 124/21 149/20
undersigned [1]  146/5
understand [14]  8/10 8/14 23/10 24/6 39/12 43/12 65/6 65/10 78/16 79/17 85/16 106/13 114/1 117/1
understanding [6]  53/19 54/2 54/3 55/7 132/8 132/10
Understood [16]  7/19 12/13 13/6 15/18 20/21 28/16 35/6 42/10 48/17 55/1 64/25 79/17 80/7 95/13 121/16 122/2
unfortunately [1]  60/21
UNITED [4]  1/1 19/13 103/3 120/16
UNITS [1]  1/5
University [1]  14/8
unless [3]  7/12 7/13 8/22
unredacted [1]  53/8
until [7]  14/16 29/5 37/13 37/21 43/19 63/22 135/11
up [32]  5/22 12/14 13/19 13/22 25/20 27/15 37/13 42/1 43/8 43/15 48/3 68/12 68/20 81/15 81/25 83/25 84/5 87/13 105/1 114/5 114/9 114/24 115/16 117/21 117/24 120/6 127/12 132/6 136/6 136/9 136/12 143/2
update [4]  9/11 71/4 71/8 123/9
updated [2]  60/16 66/24
updates [1]  60/18
upheld [1]  122/4
upload [6]  45/17 47/12 51/12 51/15 51/18 53/10
uploaded [11]  40/9 40/22 45/14 46/6 46/7 47/21 48/15 49/2 50/6 50/21 54/19
uploading [2]  48/5 49/10
upon [3]  70/7 70/9 73/19
us [58]  6/12 7/20 15/13 31/18 33/22 35/11 37/8 37/14 39/8 40/8 41/13 45/20 61/3 65/2 66/22 66/23 66/24 66/25 67/6 67/11 68/7 68/8 70/13 76/5 76/23 77/20 80/3 81/17 81/23 85/7 87/17 91/19 92/5 93/8 94/1 94/3 97/22 99/6 103/24 117/2 117/6 117/7 117/9 117/20 117/21 117/24 117/25 118/13 118/7 120/5 122/19 135/16 138/1 138/9 139/3 141/22 142/1
USDA [1]  103/3
use [17]  36/15 45/24 52/6 52/9 103/14 103/22 122/25 124/12 124/17 125/10 126/7 126/10 126/21 126/23 138/22 139/15 141/9
used [15]  74/24 75/9 103/20 109/25 112/10 112/12 119/10 138/18 138/25 138/25 139/2 139/3 140/18 141/14 141/17
uses [3]  27/12 74/22 126/5
using [3]  55/8 125/9 137/20
USPS [2]  52/9 52/10
usual [2]  66/6 140/11
usually [3]  68/12 69/5 143/9

**V**

vaccinate [1]  103/7
vacuum [1]  121/12
values [3]  116/24 117/8 117/17
VAN [1]  2/21
VARGAS [1]  2/10
VARGAS-De [1]  2/10
varied [1]  103/1
varies [2]  27/9 143/16
variety [1]  75/2
varying [1]  80/16
Velez [35]  1/13 4/3 5/9 5/20 5/21 5/25 6/17 6/21 6/24 7/10 7/16 7/23 8/14 9/2 9/19 10/4 12/16 14/1 43/24 74/18 75/19 78/16 115/8 115/11 115/20 124/8 132/23 134/11 143/5 143/20 146/6 147/7 148/6 148/20 149/5
vendor [3]  46/13 48/24 52/5
verification [2]  79/16 80/1
verify [2]  74/6 118/12
verifying [1]  137/3
version [1]  54/24
versions [3]  33/9 34/21 53/8
versus [1]  28/12
very [15]  22/8 23/2 37/20 41/7 55/7 60/21 78/14 102/15 117/9 117/25 140/4 143/1 143/19 145/1 148/16
veteran [7]  30/7 85/20 86/7 86/14 118/4 136/4 139/24
via [2]  1/17 2/1
vice [1]  11/15
Victor [1]  6/22
view [3]  50/12 50/14 50/15
violate [1]  56/23
violated [2]  57/2 88/8
violations [1]  88/18
Virginia [1]  1/18
vision [2]  116/24 117/3
visit [1]  99/7
visual [2]  41/2 45/23
VOGEL [3]  2/13 3/13 6/2
volunteer [3]  15/14 15/16 15/24
volunteered [1]  15/20
volunteers [5]  25/25 26/2 26/4 26/6 26/12
Votantes [1]  77/16
vote [14]  17/8 38/3 40/5 49/18 71/3 71/7 101/23 102/6 102/12 104/2 108/16 113/13 113/18 139/14
voter [200]
voter's [4]  45/24 46/2 89/7 112/15
voters [33]  18/6 18/10 18/21 18/23 30/14 39/14 39/15 39/16 39/17 42/7 58/18 69/3 69/10 70/10 72/20 80/12 82/15 82/15 83/16 89/23 89/24 100/24 109/1 110/11 112/9 112/23 113/20 135/6 135/7 140/7 140/10 141/7 142/11
VP [2]  61/13 61/24

**W**

wait [2]  8/21 135/10
waive [5]  143/23 144/1 148/9 148/13 148/19
waiver [1]  90/7
walking [1]  14/2 14/13 15/13
want [14]  29/12 33/20 42/24 76/25 80/12 81/16 113/6 113/7 114/24 115/4

115/5 115/13 137/18 140/16
wanted [4]  12/5 64/20 11/23 135/10
wants [2]  79/15 80/3
was [105]  4/12 9/9 9/17 11/13 11/16 11/23 11/25 12/9 12/10 13/3 13/10 14/4 16/15 16/15 16/20 16/21 27/8 29/4 29/4 29/5 29/6 29/6 29/10 29/16 33/15 33/17 34/1 34/1 34/4 35/3 35/12 35/14 35/16 37/19 43/19 44/22 50/2 50/2 50/3 58/20 58/22 65/19 65/22 66/3 66/3 74/13 75/8 75/14 75/18 75/22 76/7 76/10 77/3 77/5 84/2 84/12 84/14 84/15 85/6 85/17 85/19 85/24 86/2 86/12 87/11 88/7 89/6 91/7 91/20 91/21 92/2 92/8 92/16 92/23 93/13 94/1 94/2 94/7 95/6 95/15 95/18 95/18 95/21 101/23 104/20 104/25 105/7 108/4 110/10 111/5 111/10 112/3 123/25 127/18 128/13 129/4 129/19 134/22 135/11 138/23 138/25 146/8 147/5 147/8 149/21 149/21
Washington [1]  20/17
wasn't [3]  34/2 111/14 138/18
water [1]  31/22
way [9]  42/19 53/17 53/20 57/3 69/4 95/22 117/6 140/11 144/12
ways [6]  68/24 69/9 82/13 103/21 116/20 136/24
we [390]
We'd [2]  118/18 144/3
we'll [8]  6/10 8/8 18/14 30/24 124/8 125/22 133/9 141/12
we're [34]  7/12 8/7 19/7 28/22 32/21 38/4 58/4 58/17 59/18 59/19 59/25 76/13 106/22 109/1 111/16 113/4 114/1 115/3 117/14 117/19 118/25 119/17 121/20 121/23 122/21 123/4 133/22 136/13 137/22 139/7 140/3 140/8 142/6 142/16
we've [41]  13/12 18/18 18/25 20/10 23/24 24/2 34/22 37/19 55/8 58/10 59/23 63/19 63/20 68/6 68/8 69/10 69/20 69/20 69/23 71/13 79/1 81/14 82/21 83/11 83/13 92/1 95/25 96/10 101/18 103/9 113/8 119/9 119/9 120/3 120/14 122/18 123/16 125/12 129/3 139/20 139/25
week [3]  37/15 52/1 52/1
weekly [1]  125/17
weeks [4]  32/25 38/5 68/13 135/19
well [32]  5/19 5/22 7/2 7/19 17/21 22/7 22/25 29/25 41/11 41/12 44/9 46/2 50/16 51/8 51/24 60/22 64/18 66/9 79/10 89/5 89/24 102/5 102/21 104/2 109/2 114/7 132/23 136/1 137/8 137/20 141/23 143/19
went [1]  74/3
were [73]  4/11 4/12 8/18 12/2 12/6 13/9 14/24 16/16 16/17 18/15 19/9 29/2 30/17 33/14 34/2 35/11 35/21 40/2 40/19 40/21 40/24 44/12 50/16 58/23 63/16 65/17 65/23 67/20 76/1 76/15 76/21 76/24 77/1 85/2 85/14 85/23 86/1 86/5 86/11 87/21 88/14 88/20 88/23 89/15 89/15 89/24 89/25 90/1 93/14 93/15 94/17 94/20 94/23 94/23 96/16 97/24 98/2 98/15 98/22 98/25 100/8 100/9 103/4 107/25 111/8 113/14 121/8 121/14 131/21 132/22 139/23 141/10

## W

were... [1] 142/22
weren't [1] 133/3
what [126] 9/14 9/15 11/23 12/6 12/20
12/12 13/17 14/10 15/3 15/9 16/24 17/4
17/19 19/5 19/10 20/10 21/3 22/3 22/8
24/8 24/14 26/24 28/16 29/22 31/6
32/12 34/3 35/12 35/14 35/16 36/15
37/8 37/22 39/8 39/17 39/22 45/21 46/8
47/24 48/14 49/10 51/4 52/5 56/5 56/22
58/23 59/23 61/1 63/5 63/5 63/23 65/2
65/6 65/9 65/19 65/22 66/7 66/13 66/18
66/21 67/4 67/6 67/15 68/15 68/18 69/5
70/13 70/14 71/5 71/25 74/10 75/12
76/6 77/23 77/23 78/3 78/21 79/1 82/17
84/9 85/7 85/14 85/16 85/22 86/5 86/17
87/15 87/18 89/13 90/18 91/12 91/20
92/1 93/9 97/24 102/23 104/17 106/13
108/7 111/12 111/17 113/5 114/5
114/25 117/18 117/23 118/16 118/25
120/3 122/18 123/24 126/23 126/24
127/16 128/3 128/20 129/4 129/19
130/6 131/15 137/6 141/23 142/2
142/10 143/25 144/12
what's [4] 20/1 41/2 48/19 68/3
whatever [4] 6/14 13/10 72/16 141/12
WhatsApp [5] 125/6 125/10 125/19
125/25 130/10
when [56] 9/20 9/20 16/15 16/19 16/20
21/6 21/20 29/10 29/23 30/10 30/14
30/15 32/23 33/14 33/17 33/25 37/25
39/13 39/15 41/3 42/16 43/10 45/22
46/7 47/23 47/23 49/1 54/13 55/3 55/16
58/20 60/6 61/16 63/9 63/19 64/2 68/18
70/15 70/24 73/8 74/1 75/16 77/3 77/25
83/19 84/4 84/12 87/14 96/15 104/9
110/10 115/22 125/21 127/21 140/4
140/14
where [44] 17/13 18/23 31/9 36/13 40/1
50/16 50/20 56/16 61/17 63/18 63/21
69/24 73/1 75/3 77/2 81/12 81/12 81/24
83/1 84/21 87/1 88/16 89/4 89/18 91/15
93/3 97/19 98/1 99/6 104/5 108/24
116/2 116/7 119/4 119/16 126/13
126/18 128/23 129/4 130/6 137/22
138/17 140/11 140/24
whether [20] 12/23 13/8 34/20 35/22
36/2 36/25 80/10 92/7 92/22 95/6 95/15
95/21 97/7 107/7 107/24 115/8 118/13
118/24 129/7 135/15
which [31] 4/12 14/24 17/1 18/3 34/1
34/4 38/1 41/7 45/12 49/22 54/15 57/1
57/10 64/18 76/17 82/13 87/9 88/6
89/24 91/6 94/16 94/16 106/2 108/13
118/6 118/10 119/1 122/23 127/7
137/14 140/3
while [4] 32/11 76/10 80/25 111/5
who [27] 41/24 42/17 44/4 44/12 48/24
49/3 49/22 56/23 58/14 61/9 61/23 62/6
68/8 71/3 71/8 72/24 74/5 80/2 93/23
101/12 101/13 101/15 103/4 113/9
123/20 123/20 125/1
who's [7] 7/17 45/5 45/6 60/8 66/25
67/5 71/6
who've [1] 71/14
whole [7] 5/4 68/14 105/12 105/15
105/19 118/2 124/15
whose [1] 39/5

why [9] 29/15 76/13 77/4 77/7 79/24
80/20 89/23 94/12 141/13
will [38] 5/3 6/9 9/15 41/9 51/15 56/3
56/12 60/9 63/23 65/8 71/12 71/17 72/6
73/22 73/25 74/2 75/12 75/13 83/5 87/9
90/24 97/4 113/1 113/12 114/12 114/16
116/15 117/14 118/7 121/5 122/3
135/15 136/19 138/7 138/10 140/10
140/25 142/8
wish [1] 63/13
wishes [1] 148/13
withdraw [1] 100/20
within [1] 148/12
without [6] 36/22 81/20 100/23 101/13
118/21 127/13
witness [11] 1/16 4/2 115/5 115/23
133/13 133/20 148/9 148/11 148/13
148/14 149/23
won't [1] 113/9
wood [1] 141/24
work [73] 12/9 14/14 15/4 15/10 15/17
17/9 17/12 17/14 17/18 17/22 23/6 25/1
25/7 26/2 26/14 26/16 26/19 27/18
27/20 29/12 29/14 30/25 32/23 35/23
36/9 38/3 38/5 41/17 41/24 42/8 50/8
58/3 60/9 60/9 65/7 66/5 69/21 78/5
79/15 80/2 80/3 80/5 80/15 80/20
81/7 81/12 81/25 83/8 86/11 86/15
92/19 101/20 102/5 102/6 102/13 103/8
103/25 114/20 117/4 117/5 117/8
117/22 118/4 118/16 120/23 123/20
134/22 135/15 136/3 137/17 139/3
141/2
worked [34] 14/15 14/16 14/19 14/23
15/1 15/7 15/19 16/5 26/12 35/11 35/20
37/3 37/14 37/15 63/24 66/20 68/7 68/8
82/21 92/13 95/17 107/21 108/3 117/20
120/5 123/14 128/12 129/17 129/24
130/5 130/14 130/22 131/12 132/20
workers [1] 103/4
working [23] 12/11 14/21 14/25 15/7
16/9 16/15 27/21 32/22 45/8 66/13
66/21 66/23 66/25 67/6 71/1 73/5 76/10
81/16 118/8 118/9 129/3 137/22 138/9
works [10] 15/23 23/2 33/3 37/9 43/7
45/4 106/21 116/25 120/8 138/1
world [1] 60/21
worries [1] 5/24
worth [1] 102/21
would [141] 6/17 7/21 9/4 12/1 12/19
14/2 15/13 18/21 20/3 20/10 22/7 22/19
22/23 23/5 23/6 23/11 23/23 24/8 25/7
26/6 27/5 27/19 28/10 28/10 28/11
28/16 31/5 33/4 33/11 37/7 37/18 38/4
39/8 39/10 43/5 43/25 44/18 45/20
49/19 51/18 54/8 54/22 54/24 55/20
55/20 55/24 57/1 59/22 60/11 60/12
61/9 61/12 61/13 61/14 61/22 61/22
61/23 63/4 63/7 63/14 65/2 65/7 65/25
68/5 68/10 68/11 68/23 70/13 70/14
71/25 73/1 73/4 73/5 73/9 76/5 77/20
77/24 78/2 78/22 78/24 80/20 87/17
89/8 89/22 91/5 91/19 93/8 93/24 93/25
96/15 99/5 103/17 104/10 106/5 106/20
108/7 108/11 111/20 112/14 112/14
112/15 113/19 116/19 118/25 119/14
120/9 120/21 122/7 122/15 123/7
123/13 123/25 125/15 125/16 126/17

## Y

York [14] 2/8 18/7 19/9 21/24 26/10
32/2 32/3 32/8 103/6 108/23 109/2
109/3 109/10 109/13
you [424]
you'd [1] 9/10
you're [17] 8/15 9/21 22/14 66/21 67/6
74/15 77/25 84/5 87/14 91/12 99/17
115/22 116/15 127/21 134/24 140/4
144/19
you've [7] 15/5 16/23 31/23 62/14 92/7
97/5 140/15
your [54] 6/3 6/8 6/18 7/2 7/24 7/25
8/17 8/20 10/8 10/20 10/24 11/13 11/18
11/19 12/7 12/19 14/3 14/13 15/14
17/18 24/13 25/11 31/9 31/10 33/8 35/6
36/24 52/3 52/13 52/15 60/20 77/24
78/22 84/23 88/12 94/18 96/18 97/5
97/10 114/10 115/2 115/6 115/16 127/5
131/22 132/24 136/14 140/6 142/10
142/25 143/20 143/23 144/13 148/9

14/20 135/3 135/18 136/1 136/7 136/8
136/9 136/10 136/11 136/11 136/12
137/20 138/17 139/19 139/20 139/21
141/7 141/17 141/21 142/6 142/21
142/21 143/23 143/25 144/12 144/24
wouldn't [7] 7/20 43/16 54/25 56/20
62/8 113/17 115/20
WRITE [1] 149/2
written [2] 60/7 94/24
wrong [5] 24/3 41/5 87/22 94/1 120/1

## X

X number [1] 51/20

## Y

y'all [2] 74/12 145/3
yeah [20] 15/16 15/18 21/5 21/8 31/7
47/8 55/2 68/11 70/18 72/4 77/22 91/11
98/6 99/20 113/20 115/7 115/25 127/4
130/19 133/25
year [40] 18/14 23/25 27/5 27/6 27/10
27/24 28/8 28/12 28/17 28/18 29/3
29/16 37/14 41/20 51/18 57/10 60/23
61/3 63/7 63/14 63/23 63/25 64/18 79/2
103/8 105/11 105/17 105/19 105/21
106/11 106/19 107/2 113/10 123/13
135/8 142/18 142/21 142/23 143/7
143/16
years [13] 14/24 28/9 28/23 44/22 45/7
58/10 63/17 63/19 63/21 63/25 81/24
127/11 135/18
Yep [2] 74/17 75/18
yes [100] 6/16 6/20 7/15 7/22 8/13 8/16
8/19 9/1 9/24 10/3 10/7 10/11 11/1 12/5
12/15 13/19 13/25 14/4 14/15 16/11
18/12 18/13 20/3 20/5 20/12 21/2 21/18
21/23 21/25 22/2 23/13 23/23 24/16
24/21 26/16 30/18 32/14 33/5 34/9
36/14 38/10 41/10 48/7 50/25 52/12
53/24 55/18 62/15 62/22 63/3 69/18
70/5 73/25 74/20 74/24 75/5 75/6 75/9
75/21 76/4 77/6 77/14 77/19 78/20 79/7
80/13 80/18 84/6 84/8 84/20 85/6 86/25
87/15 87/19 88/1 89/1 91/18 93/7 93/10
95/5 100/8 104/16 109/1 110/4 113/14
116/6 116/11 116/18 126/23 128/2
130/20 131/1 132/3 134/17 134/21
135/23 137/5 138/16 140/22 144/21
yet [2] 15/22 133/21

**Y**

yours [1]  148/16
YOUTH [1]  1/5

**Z**

Zack [1]  3/13
zeros [2]  76/2 84/18
zone [1]  119/1
Zoom [6]  1/17 2/1 5/1 7/11 8/3 8/7