```
 1              The proceedings began at 10:00 a.m.
 2              STENOGRAPHER:  If I could have counsel
 3         state their appearances for the record.
 4              MR. CYCON:  I'm John Cycon from Holtzman
 5         Vogel on behalf of Secretary Byrd.
 6              MR. DERIEUX:  Hi.  This is Adriel Cepeda
 7         Derieux of the ACLU on behalf of the Hispanic
 8         Federation plaintiff, representing the witness.
 9              THE WITNESS:  Carolina Wassmer, state
10         program director for Poder LatinX.
11              STENOGRAPHER:  Any other counsel present?
12              MR. CYCON:  I think the other people might
13         just be observing.
14    Thereupon,
15                      CAROLINA WASSMER
16    was called as a witness and, having been first duly
17    sworn, was examined and testified as follows:
18                   DIRECT EXAMINATION
19    BY MR. CYCON:
20         Q    Good morning, Ms. Wassmer.  My name is John
21    Cycon.  I'm an attorney with Holtzman Vogel, and I
22    represent Secretary Byrd in this matter.  Could you
23    please state and spell your full name for the record.
24         A    Yes.  C-A-R-O-L-I-N-A, Wassmer,
25    W-A-S-S-M-E-R.
```

                         ROUGH DRAFT TRANSCRIPT

1      Q      Thank you.  Have you ever been deposed
2  before?
3      A      No.
4      Q      Have you ever testified before?
5      A      No.
6      Q      So I'm just briefly going to go over some
7  of the ground rules for today's deposition.  First,
8  is there anybody in the room with you who is not on
9  camera?
10      A      Delmarie is with me.
11      Q      Sorry.  Who is that?
12      A      Delmarie Alicea from Latino Justice, from
13  our counsel.
14      Q      Thank you.  Do you have any applications
15  open on your computer that you could use to
16  communicate with anyone?
17      A
18                          No.
19      Q      Within your line of vision, do you have a
20  phone or a tablet that you could use to communicate
21  with anyone?
22      A      I have a phone to my right.
23      Q      Could you just put that out of eyesight?
24      A      Sure.
25      Q      Thank you.  I know that Zoom has a mute

ROUGH DRAFT TRANSCRIPT

```
 1   function, but I'll ask that while we're on the
 2   record, that you don't use it until we go off the
 3   record.  Is that okay?
 4       A    Yes.
 5       Q    Do you understand that you're under oath
 6   today and that being under oath is the same as if you
 7   were testifying in court?
 8       A    Yes.
 9       Q    If your attorney objects today, those are
10   for later proceedings.  Unless your attorney
11   instructs you not to answer, I will expect you to
12   answer the question.
13       A    Okay.
14       Q    If any of my questions are unclear, please
15   just let me know, and I'm happy to rephrase them.
16   But if you go ahead and answer, then I'm just going
17   to assume that you understood the question.  Is that
18   all right?
19       A    Yes.
20       Q    Over the course of the deposition, we might
21   talk about something that jogs your memory about
22   something that we spoke about earlier.  If at any
23   point you want to add additional context or revisit
24   an issue, please let me know, and I'm happy to do
25   that.
```

ROUGH DRAFT TRANSCRIPT

```
 1        A     Okay.
 2        Q     Is there any reason you can think of why
 3   you would be unable to testify fully and truthfully
 4   today?
 5        A     No.
 6        Q     If you need a break at any time, just let
 7   me know.  I'm happy to do that.
 8        A     Okay.
 9              (Exhibit No. 1 was marked.)
10   BY MR. CYCON:
11        Q     I'm going to add Exhibit 1 to the chat.
12   And I will share my screen.  Ms. Wassmer, can you see
13   this document?
14        A     Yes.
15        Q     Do you recognize this document?
16        A     May I have a moment to read it?  Yes.
17        Q     And if I scroll down on this deposition
18   notice, it lists a number of topics for today's
19   deposition.  Have you had a chance to review these
20   matters for examination?
21        A     I reviewed them with my counsel.
22        Q     Are you prepared to speak to each of these
23   topics today?
24        A     Yes.
25        Q     How did you go about preparing for today's
```

1   deposition?

2       A    I prepared with my counsel.

3       Q    And on how many occasions did you prepare

4   with your counsel?

5       A    On four occasions.

6       Q    For approximately how long in total?

7       A    Can you be more specific?

8       Q    About how many hours did you spend

9   preparing for this deposition with your counsel?

10      A    About 14 hours.

11      Q    Aside from those conversations with your

12  attorneys, did you speak with anybody else to prepare

13  for today's deposition?

14      A    No.  All preparation was done with my

15  counsel.

16      Q    Did you review any documents to prepare for

17  today's deposition?

18      A    Yes, with my counsel.

19      Q    Did you review any documents that have not

20  been produced in this litigation?

21          MR. DERIEUX:  I'm going to object to the

22      extent it calls for privileged information.

23  BY MR. CYCON:

24      Q    You can answer.

25      A    I don't believe so.

ROUGH DRAFT TRANSCRIPT

1        Q     Did you conduct any factual research in

2   preparation for today's deposition?

3        A     Yes.  I looked over the documents that were

4   sent to make sure that I was clear.

5        Q     I'd like to start by briefly kind of

6   talking about your background.  Do you have any

7   degrees?

8        A     Yes.  I have a bachelor's degree and

9   associate's degree and a master's degree.

10       Q     And what were each of those focuses?

11       A     My associate's degree is in communications.

12  My bachelor's degree is in political science, and my

13  master's degree is an MBA in business administration.

14       Q     Do you have any certifications or

15  professional licenses?

16       A     No.

17       Q     I see that you've worked at a number of

18  places.  Can you just kind of briefly walk me through

19  your background, your employment history since

20  graduating?

21       A     I've worked as a server.  I've worked

22  retail, and I've also worked for a nonprofit.

23       Q     What work did you perform at Hispanic

24  Federation?

25       A     I was the organizer for opening their

ROUGH DRAFT TRANSCRIPT

1  Florida campaign.

2      Q    So what kind of responsibilities would that

3  entail?

4      A    I developed their Florida-based voter

5  registration program.

6      Q    And how did you develop that program?

7      A    Along with leadership, we put together,

8  based on the laws and rules and regulations, the

9  strategy to be able to conduct voter registration in

10  the state of Florida.

11      Q    Did that include creating training

12  materials?

13      A    Yes.

14      Q    Creating presentations on voter

15  registration?

16      A    Yes.

17      Q    Creating or updating policies or procedures

18  about voter registration?

19      A    Yes.

20      Q    And I see that you also worked at UnidosUS?

21      A    Yes.

22      Q    What were your roles and responsibilities

23  at UnidosUS?

24      A    I started as the civic engagement

25  coordinator and worked my way up to civic engagement

1  specialist, where I also ran their voter registration

2  program and civic engagement efforts.

3      Q    What do you mean by civic engagement?

4      A    Community education and also encouraging

5  the community to go out and vote.

6      Q    So voter registration activities would fall

7  within civic engagement?

8          MR. DERIEUX:  Object to form.

9      A    Yes.

10 BY MR. CYCON:

11     Q    And similar to Hispanic Federation, were

12 you involved in creating presentations on voter

13 registration activities?

14     A    Yes.

15     Q    And policies and procedures?

16     A    I worked with leadership to work on

17 policies and procedures.

18     Q    Have you worked for any political

19 campaigns?

20          MR. DERIEUX:  Object to form.

21     A    Yes.

22 BY MR. CYCON:

23     Q    Which campaigns?

24     A    I worked for the Florida Democratic Party

25 on nonpartisan Hispanic outreach campaign, and I

ROUGH DRAFT TRANSCRIPT

```
 1    worked for the Florida Democratic Party in Stephanie

 2    Murphy's district doing positive outreach campaign.

 3        Q    When did you first become involved with

 4    Poder LatinX?

 5        A    Through my community efforts, I have worked

 6    with leadership at Poder LatinX while also working in

 7    other organizations, and I joined the Poder LatinX

 8    team in 2022.

 9        Q    So what is your first experience working

10    with Poder LatinX?

11        A    Directly working with Poder LatinX, I

12    joined the team in 2022 as the Florida state program

13    director.

14        Q    When you were working at Unidos or Hispanic

15    Federation, did you also work with Poder LatinX

16    during any of those periods?

17        A    Not directly.

18        Q    What is Poder LatinX?

19        A    We're a nonprofit organization that works

20    to empower the lives of the Latino community.

21        Q    Would that be its mission?

22        A    Yes.

23        Q    And when was Poder LatinX founded?

24        A    In 2019.

25        Q    What states does Poder LatinX operate in?
```

ROUGH DRAFT TRANSCRIPT

1      A    Currently operating in the state of

2  Washington, California, Arizona, Texas, Georgia and

3  Florida, from my recollection.

4      Q    So is there a national Poder LatinX

5  organization and then specific state organizations,

6  or how do the different states relate to each other?

7      A    We're just one national organization led by

8  an executive director.

9      Q    Does Poder LatinX have a board of

10  directors?

11      A    Yes.

12      Q    Does Poder LatinX in Florida have a

13  separate Florida board of directors?

14      A    Not that I'm aware.

15      Q    In Florida, does Poder LatinX focus on

16  specific counties?

17      A    Yes.

18      Q    Which ones?

19      A    We focus on Orange, Osceola, Polk, Lake and

20  Seminole currently.

21      Q    I'm sorry.  What was that last one?

22      A    Seminole.

23      Q    And are there specific issues that Poder

24  LatinX focuses on?

25      A    Yes.  We focus on environmental justice,

ROUGH DRAFT TRANSCRIPT

1   economic justice, as well as immigrant justice and

2   citizenship opportunities.

3        Q    And does it focus on particular

4   communities?

5        A    We focus on the Latino community.

6        Q    What is Poder LatinX's relationship with

7   Tides Advocacy?

8             MR. DERIEUX:  Object to form.

9        A    Tides Advocacy is our physical sponsor.

10  BY MR. CYCON:

11       Q    What does it mean to be a physical sponsor?

12       A    It means that they help us with HR, once we

13  receive our grants.  They help us with legal.

14       Q    Is Poder LatinX a 501(c)(3)?

15       A    Through our physical sponsor.

16       Q    What does that mean, through the physical

17  sponsor?

18       A    To my understanding, we're a 501(c)(3), but

19  I know every time it says, Poder LatinX, sponsored by

20  Tides Advocacy.  So we're a project of Tides

21  Advocacy.

22       Q    Is Poder LatinX a separate corporate entity

23  from Tides Advocacy?

24       A    To my knowledge, I don't believe so.

25       Q    So does Poder LatinX file registration

ROUGH DRAFT TRANSCRIPT

1   statements with any state?

2       A    Can you be more specific, what you mean

3   registration statements?

4       Q    Is Poder LatinX registered in any state?

5       A    I'm not sure how we're registered.  That's

6   above my --

7       Q    Does Poder LatinX have to file statements

8   with the Internal Revenue Service?

9       A    That's above me as well.  I'm not sure how

10  they do it with Tides Advocacy.

11      Q    I'm just trying to understand.  So it's not

12  like a parent company, subsidiary company.  Tides

13  Advocacy and Poder LatinX are the same company?

14      A    I know we're not the same company, but I'm

15  not sure exactly how the breakdown goes.  That's

16  above my -- that would be our executive director who

17  would know that distinction.

18      Q    How is Poder LatinX structured in Florida?

19      A    In Florida, we have myself, who's the

20  Florida state program director.  Underneath me, I

21  have a Florida state program coordinator.  Under the

22  coordinator, we have our environmental justice

23  organizer, our economic justice organizer, our field

24  organizer.  And under that, under our field

25  organizer, we have quality control and canvassers.

ROUGH DRAFT TRANSCRIPT

```
 1        Q     And are all the people that you just named
 2   full-time employees?
 3        A     No.  Some of them are contract staff.
 4        Q     But some are full-time employees?
 5        A     Yes.
 6        Q     Does Poder LatinX have an office in
 7   Florida?
 8        A     Yes.
 9        Q     In what county is it located?
10        A     Orange County and Osceola County.
11        Q     Are any of the employees or staff of Poder
12   LatinX also employees or staff of Tides Advocacy?
13        A     Yes.
14        Q     Does either Tides Advocacy or Poder LatinX
15   have written policies governing the dos and don'ts of
16   employment between the two entities?
17        A     Yes.  We have an employee handbook.
18        Q     And by "we," is that Poder LatinX or Tides
19   Advocacy?
20        A     Tides Advocacy.
21        Q     How many people are employed by both Tides
22   Advocacy and Poder LatinX in Florida?
23        A     Currently, in Florida, under my program, as
24   program director, I have the coordinator, the
25   organizer -- there are four of us.  Including myself,
```

ROUGH DRAFT TRANSCRIPT

1   five.

2       Q    And for the Florida office space, is that

3   paid for by Poder LatinX or Tides Advocacy?

4       A    Poder LatinX.

5       Q    Is there any formal agreement or contract

6   between Poder LatinX and Tides Advocacy?

7       A    Yes.

8       Q    Does Tides Advocacy have the ability to

9   direct Poder LatinX to engage in any programs or

10  initiatives?

11          MR. DERIEUX:  Object to form.

12      A    Can you be more specific?

13  BY MR. CYCON:

14      Q    Yeah.  I guess I'm just trying to

15  understand the structure a little more.  Like can

16  Tides Advocacy come to Poder LatinX and say, We want

17  you to institute this program?

18      A    I mean, we can get grants from Tides

19  Advocacy, and Tides Advocacy helps us with our human

20  resources and also our legal counsel.

21      Q    Okay.  I guess I'm kind of wondering about

22  like just the decision-making process.  So is there

23  like a national level Poder LatinX that decides

24  things for all the states, or do the different state

25  operations for Poder LatinX operate largely

ROUGH DRAFT TRANSCRIPT

```
 1   independently?
 2        A    Yes.  We work with our national executive
 3   director to then build out the plans for each
 4   individual state.
 5        Q    So is that kind of a -- the states asking
 6   permission from the national Poder LatinX to do
 7   something or Poder LatinX at the national level
 8   directing states to engage in certain programs or
 9   initiatives?
10        A    We work alongside our executive director to
11   come to agreement on the programs that we'll be
12   running in the state, directed by leadership.
13        Q    So it's kind of a communal, you -- the
14   national and the states kind of work together to
15   figure out programming?
16             MR. DERIEUX:  Object to form.
17        A    Yes.
18   BY MR. CYCON:
19        Q    Is Tides Advocacy involved in those
20   discussions?
21             MR. DERIEUX:  Object to form.
22        A    Tides Advocacy is involved when we have
23   legal questions, or through our development, Tides
24   Advocacy -- once we are submitting grants and things,
25   Tides Advocacy helps us review them as our physical
```

ROUGH DRAFT TRANSCRIPT

1    sponsor.

2        Q    Okay.  So would it be fair to say that

3    Tides Advocacy is more of a kind of back office

4    function and Poder LatinX itself decides its mission,

5    its goals, its strategy?

6             MR. DERIEUX:  Object to form.

7        A    Yes.

8    BY MR. CYCON:

9        Q    I believe you mentioned that Tides Advocacy

10   has an employee handbook.  Does Poder LatinX have a

11   separate employee handbook?

12       A    We use the Tides Advocacy and work along

13   with them on making sure those policies are in

14   conjunction with ours.

15       Q    Are there any trainings for new employees

16   after they're hired?

17       A    There is training for security purposes, on

18   making sure our computers are secure.  And depending

19   on the programs that they will be working on, there's

20   training.

21       Q    So broadly speaking, would it be fair to

22   say that the employee handbook has certain rules that

23   employees are expected to comply with?

24       A    Correct.

25       Q    If it appears that an employee violated one

                    ROUGH DRAFT TRANSCRIPT

1    of those rules, would Poder LatinX investigate it or

2    Tides Advocacy?

3         A    Poder LatinX does the investigation.

4         Q    And then would it just inform Tides

5    Advocacy of the results of that investigation?

6         A    Yes.  Then we would work with counsel on

7    making sure that we investigate it properly.

8         Q    Does Poder LatinX in Florida have its own

9    counsel?

10        A    No.  We work with the Tides Advocacy

11   counsel.

12        Q    Does Poder LatinX have a complaint hotline

13   or phone number that someone can call if they believe

14   that Poder LatinX has engaged in misconduct?

15        A    Yes.

16        Q    Are records of calls to that line kept?

17        A    I'm unaware exactly how the line is

18   operated.

19        Q    Is there an email address that people can

20   use to contact Poder LatinX about a complaint?

21        A    Yes.

22        Q    Are those records kept?

23        A    Yes.

24        Q    Once Poder LatinX receives a complaint,

25   what does it do next?

ROUGH DRAFT TRANSCRIPT

1      A      The complaint goes to our general in box.

2   It's then distributed to the state that the complaint

3   is being spoken of.  And the state director or state

4   lead investigates, in conjunction with them

5   presenting it to Tides on the investigation of the

6   complaint.

7      Q      Is Poder LatinX ever involved in updating

8   the employee handbook?

9      A      That's above my understanding.

10     Q      Does Poder LatinX have members?

11     A      Yes.

12     Q      Are there different levels of membership?

13     A      No.

14     Q      Are members required to pay dues?

15     A      No.

16     Q      Is Tides Advocacy a membership

17  organization?

18     A      I'm unaware.

19     Q      So do you know whether, if someone becomes

20  a member of Poder LatinX, they would also become a

21  member of Tides Advocacy?

22     A      That, I am unaware of.

23     Q      Is it possible for someone to volunteer

24  with Poder LatinX without becoming a member?

25            MR. DERIEUX:  Object to form.

                    ROUGH DRAFT TRANSCRIPT

```
 1        A     Yes.
 2   BY MR. CYCON:
 3        Q     Does that happen frequently?
 4        A     No.
 5        Q     How does someone become a member of Poder
 6   LatinX?
 7        A     They complete a pledge card or they have an
 8   engagement with one of your organizers.  Then we put
 9   them in our system, and those are who we consider
10   members.
11        Q     What types of information does Poder LatinX
12   ask for from someone who is applying to be a member?
13        A     Name, last name, address, phone number,
14   email and date of birth, as much as they're willing
15   to provide.
16        Q     Is Poder LatinX registered as a 3PVRO in
17   Florida?
18        A     Yes.
19        Q     Is Tides Advocacy registered as a 3PVRO in
20   Florida?
21        A     Not that I'm aware.
22        Q     Does Poder LatinX have policies governing
23   voter registration activities in Florida?
24        A     Yes.
25        Q     Are those written?
```

ROUGH DRAFT TRANSCRIPT

1       A    Yes.

2       Q    Are those provided to employees and staff?

3       A    Yes.

4       Q    Are there any separate policies by Tides

5  Advocacy that would also pertain to voter

6  registration activities in Florida?

7            MR. DERIEUX:  Object to form.

8       A    Not that I'm aware of.

9  BY MR. CYCON:

10      Q    Does Poder LatinX update those policies?

11      A    Yes.

12      Q    And would it be fair to say that whenever

13  there's major changes affecting voter registration,

14  that Poder LatinX would review its policies to make

15  sure it's still in compliance?

16           MR. DERIEUX:  Object to form.

17      A    Yes.

18  BY MR. CYCON:

19      Q    Does Poder LatinX conduct background checks

20  before hiring an employee?

21      A    We conduct background checks for those

22  under Tides Advocacy as well as for those strictly

23  under -- under Tides Advocacy.

24      Q    Sorry.  I'm a little confused.  What do you

25  mean by "for those under Tides Advocacy"?

1       A     Currently, we also subcontract employees

2  under a third party.

3       Q     With the third party being Tides Advocacy?

4       A     No.  Our third party is Base Builder.

5       Q     So what services does Base Builder provide?

6       A     They provide our accounting services.

7       Q     So the Base Builder accounting people

8  undergo a background check by Poder LatinX; is that

9  right?

10      A     So those hired under Base Builder, under a

11  third party, just sign an affirmation that they

12  conducted a background check, a formal background

13  check.

14      Q     What's the background check process for

15  Poder LatinX?

16      A     Poder LatinX has its employees go to a

17  third party.  And from what I recall when I did it

18  myself, we did fingerprinting.

19      Q     Do you recall the name of that third party?

20      A     No.  My apologies.  I don't recall.

21      Q     Do you know if that background check looks

22  into criminal history?

23      A     I don't recall the details of the

24  background check.

25      Q     Do you know if the background check looks

ROUGH DRAFT TRANSCRIPT

1   into citizenship status?

2        A    We do have our employees complete an I-9.

3        Q    Does Poder LatinX retain records of those

4   background checks?

5        A    In the human resources department with

6   Tides Advocacy.

7        Q    Has Poder LatinX ever not hired someone

8   because of the results of their background check?

9        A    Not that I'm aware of.

10        Q    I believe earlier you said that there are

11   full-time employees and contract staff; is that

12   correct?

13        A    Yes.

14        Q    Would contract staff also have to submit to

15   a background check?

16        A    No.

17        Q    What are the positions that Poder LatinX

18   uses contract staff for?

19        A    Our quality control and our canvassers and

20   leads.

21        Q    Sorry.  What are leads?

22        A    Leads go out with the canvassers.  So

23   they're the drivers of the teams, and they go out

24   with the canvassers.

25        Q    Does Poder LatinX conduct periodic reviews

ROUGH DRAFT TRANSCRIPT

1    of its employees?

2              MR. DERIEUX:  Object to form.

3        A    Our lead supervisor canvasses on a daily

4    basis and reports back how the canvassers are doing.

5    BY MR. CYCON:

6        Q    But you, for example, did you have a

7    year-end review last year?

8        A    Yes.

9        Q    And would all employees at Poder LatinX in

10   Florida have year-end reviews?

11       A    Yes.

12       Q    Would contract staff have similar types of

13   reviews?

14       A    No.  Contract staff normally are not a

15   whole year with us.

16       Q    Do contract staff sign an employment

17   contract before they begin?

18       A    Yes.

19       Q    Does that specify the period of time that

20   they will be working for Poder LatinX?

21       A    It specifies that they're part-time

22   contract workers.

23       Q    Is there a length of the contract for which

24   it will be in effect?

25       A    Not to my knowledge.  It's not

                        ROUGH DRAFT TRANSCRIPT

```
 1   date-specific.  It's depending on the grant
 2   opportunities and if we can fund continuing their
 3   employment.
 4        Q    Do the contracts typically specify a
 5   minimum number of hours that a contract staff would
 6   work?
 7        A    Not to my knowledge.  We don't specify
 8   minimum.  We normally try to give them 35 hours.
 9        Q    Are the contracted employees required to do
10   any minimum amount of work under the contract?
11        A    I'd have to say my legal counsel maybe
12   looked over the contracts, if there were any
13   specifications, but minimum work, they're canvassing.
14   Our expectation is that when they come in, to go out
15   and canvass.
16        Q    How is compensation done for these
17   contracts?
18             MR. DERIEUX:  Object to form.
19        A    Can you be more specific?
20   BY MR. CYCON:
21        Q    Yeah.  So are people paid hourly, by the
22   day, by the week?
23        A    They're paid hourly.
24        Q    Approximately how many members does Poder
25   LatinX have in Florida?
```

ROUGH DRAFT TRANSCRIPT

1        A     My apologies.  I don't know exactly, right

2    now, how many sign-ups we have.

3        Q     Do you know how many, approximately,

4    contract staff Poder LatinX currently has?

5               MR. DERIEUX:  Object to form.

6        A     Currently, some -- right now, currently, we

7    have ten, but we might have some inactive that,

8    depending on funding, they can be active again.

9    BY MR. CYCON:

10       Q     In the 2022 election cycle, approximately

11   how many contract staff were active for Poder LatinX

12   in Florida?

13       A     I apologize.  I don't have the exact number

14   of how many contract staff we have at the moment.

15       Q     Do you have a general idea?  Would it be

16   more than 20?

17       A     Yes.

18       Q     More than 50?

19       A     No.  I would say around.

20       Q     For contract staff, do a lot of employees

21   have repeat contracts?

22       A     Yes.

23       Q     And does that just vary based on kind of

24   the grant or the funding source that Poder LatinX is

25   using for each contract?

```
 1        A    Yes, if we can retain them or rehire them.

 2        Q    Has a contract staff ever broken their

 3   employment contract with Poder LatinX?

 4             MR. DERIEUX:  Object to form.

 5        A    Can you be more specific when you say

 6   "broken a contract"?

 7   BY MR. CYCON:

 8        Q    Say a contract staff just failing to report

 9   for work.

10        A    Yes.  I believe there have been no calls no

11   shows at times.

12        Q    Has Poder LatinX ever had to terminate a

13   contract staff contract because of no shows?

14        A    Not to my knowledge.

15        Q    Does Poder LatinX keep a list of all of its

16   members?

17        A    Yes.

18        Q    And does that list contain phone numbers,

19   emails, addresses?

20             MR. DERIEUX:  Object to form.

21        A    Yes.  As much as the individual has decided

22   to provide.

23   BY MR. CYCON:

24        Q    Has Poder LatinX ever shared a list of its

25   members with a third party?
```

```
 1        A     Not that I'm aware of.

 2        Q     Has Poder LatinX ever sold a list of its

 3   members to a third party?

 4        A     Not that I'm aware of.

 5        Q     Does Tides Advocacy have access to the list

 6   of Poder LatinX's members?

 7        A     Not that I'm aware of.

 8        Q     How does Poder LatinX in Florida track

 9   which projects employees and staff are working on?

10        A     We have a database where we track what each

11   organizer or coordinator is working on.

12        Q     Does that include tracking the hours that

13   are spent on each project?

14        A     As far as Florida, since our direct hires

15   with Tides are salary employees, we don't break it

16   down by hours.

17        Q     Does Poder LatinX ever investigate whether

18   contract staff works the number of hours they claim

19   to have worked?

20        A     Yes.  I mean, we do check in with them and

21   make sure that the staff is, you know, building out

22   their projects and working the minimum hours, and

23   sometimes our staff works more.

24        Q     And does it keep records of those

25   communications?
```

1      A     Can you be more specific about

2  record-keeping?

3      Q     Would those be done via email?

4      A     There's no specific sign-in or sign-out or

5  breakdown specifically.

6      Q     You said that there was kind of a database.

7  Who has access to that database?  Is that only

8  employees?

9          MR. DERIEUX:  Object to form.

10     A     Yes.

11  BY MR. CYCON:

12     Q     Does Poder LatinX have any unpaid

13  canvassers working for them?

14     A     We do have volunteers.

15     Q     Approximately how many volunteers are

16  canvassers?

17     A     Currently, I only have one.

18     Q     In 2022, about how many volunteers were

19  canvassers?

20     A     I'm unaware.  When I began, we didn't have

21  any.

22     Q     So I'd like to kind of speak generally

23  about Poder LatinX's voter registration efforts in

24  Florida, and I'm going to talk about some of the

25  specifics.

ROUGH DRAFT TRANSCRIPT

```
 1              So I'm wondering what types of programs
 2   Poder LatinX has to register voters, whether it's
 3   tables, souls to the polls, door to door.  If you
 4   could kind of describe Poder LatinX's voter
 5   registration activities.
 6        A    So we visit high density Hispanic traffic
 7   businesses, small businesses, as well as medium and
 8   large businesses.  We also go to community events and
 9   festivals.  And on occasions, we will door knock as
10   well.
11        Q    And does that occur year round?
12        A    Depending on funding.
13        Q    At those events, does Poder LatinX
14   typically provide paper voter registration
15   applications?
16        A    Yes.
17        Q    Has Poder LatinX ever used tablets or
18   devices to register people online in realtime?
19        A    I believe they did before I joined during
20   the pandemic.
21        Q    Does Poder LatinX plan to use tablets or
22   devices to do that in the 2024 election?
23        A    Currently, we're not planning to.
24        Q    In prior elections, when Poder LatinX
25   helped register someone to vote on a paper
```

ROUGH DRAFT TRANSCRIPT

1   application, did Poder LatinX ever provide those

2   voters with any other written materials?

3       A    No.

4       Q    Wouldn't give them a pamphlet on voting or

5   voter education?

6       A    No.  On occasions, I mean, I would say that

7   we had cards from a partner organization or

8   VoteRiders.  If the person needed an ID and couldn't

9   afford one, then they could reach out to the third

10  party.  But for the most part, we never carried

11  anything except for the voter registration forms.

12      Q    Was it Poder LatinX's practice to also ask

13  those voters whether they'd like to become a member

14  of Poder LatinX?

15              MR. DERIEUX:  Object to form.

16      A    Can you restate that again?

17  BY MR. CYCON:

18      Q    When Poder LatinX helped register people to

19  vote, would Poder LatinX typically also ask that

20  person whether they'd like to become a member of

21  Poder LatinX?

22      A    We're currently asking them to complete a

23  pledge card.

24      Q    And what's a pledge card?

25      A    A pledge card is kind of a membership card

                ROUGH DRAFT TRANSCRIPT

1  for them, to remind them.  We tell them -- it's a

2  reminder of when the elections are coming around and

3  for us to help them remember to go out and vote.

4      Q   So what types of information does the

5  pledge card ask the voter to provide?

6      A   Off the top of my head, it asks for the

7  first name, last name, email address and phone

8  number.

9      Q   So once a voter fills out the voter

10  registration application, can you walk me through

11  what Poder LatinX does with it?

12      A   Yes.  The canvasser then verifies that all

13  the required fields have been completed, and then

14  they put it in their clipboard.  We count out how

15  many forms the canvasser went in the field with, and

16  they should return with the same amount.  And that's

17  kind of the storage process.

18      Q   Do the canvassers have to fill out any kind

19  of receipt with Poder LatinX that tracks the number

20  of paper applications they have?

21      A   Currently, yes.  They do a cover sheet, and

22  we are currently handing out receipts to applicants.

23      Q   Did that receipt -- was that used in the

24  2022 election cycle?

25      A   No.

1      Q     So when did that receipt policy come into

2  place?

3      A     Once we started reading the new policy for

4  SB 7050.

5      Q     So it was in response to 7050?

6            MR. DERIEUX:  I'm going to object to the

7        extent it calls for privileged information and

8        instruct the witness not to reveal content of

9        conversation with counsel.

10 BY MR. CYCON:

11     Q     Can you answer the question without

12 revealing conversations with your attorneys?

13     A     Yes.  After advising our attorneys on the

14 new policies based on the law, we took productive

15 measures to start using tools that we thought, you

16 know, would come in place in the following year.

17     Q     At the end of the day, are the completed

18 applications brought to any kind of central location

19 for sorting?

20     A     Yes.

21     Q     Where would that be?

22     A     To our offices.

23     Q     And who is involved in sorting the

24 applications?

25     A     Our quality control manager.

ROUGH DRAFT TRANSCRIPT

```
1        Q     Is there any other quality control process

2   that occurs once the applications are brought back to

3   your offices?

4        A     Yes.  Our quality control manager will

5   review the forms and call through the pledge cards to

6   make sure that the canvassers had a positive

7   experience with the voter and make sure that the

8   canvasser and the voter had an interaction where they

9   stated they were.  And that's our quality control

10  process.

11       Q     Do they call everybody or a subset of the

12  people who submitted pledge cards?

13       A     There's a subset that we try to reach.  So

14  once we reach that threshold, that's normally how

15  they call through.  Sometimes they try to call them

16  all.

17       Q     Is there like a specific percentage target

18  goal?

19       A     Right now the number escapes me.  I can't

20  recall the number.

21       Q     Does Poder LatinX in Florida have written

22  policies or procedures about this sorting and quality

23  control?

24       A     I want to say that we gave those to counsel

25  after reviewing that.  I believe we do.
```

```
 1        Q     Are there any trainings regarding these

 2   processes as well?

 3        A     Yes.

 4        Q     Are those written trainings?

 5        A     For quality control, I believe that

 6   portions are written out.

 7        Q     Would there be any, say, PowerPoint

 8   presentations on these processes?

 9        A     Off the top of my head right now, I can't

10   recall if the full process is in a PowerPoint or

11   somewhere documented.

12        Q     Does Poder LatinX have any prerecorded

13   trainings, say videos that they've kept over time?

14        A     Off the top of my head, I can't recall if

15   we have had recordings.

16        Q     Does Poder LatinX use any third parties as

17   part of their quality control process?

18        A     Currently, we are not.

19        Q     Did Poder LatinX use any third parties in

20   2022 as part of the quality control process?

21        A     Yes.

22        Q     What were their names?

23        A     We used 360.

24        Q     And what service does 360 provide?

25        A     They would do the phone verification
```

ROUGH DRAFT TRANSCRIPT

1   portion.

2        Q    What information would 360 have access to?

3        A    In the past, we could scan and redact

4   forms.  And they would be able to see the voter

5   registration card, with the redacted of the Social

6   Security or identification numbers and redacted

7   signature.  They could see the completed voter

8   registration form and the cover sheet for where the

9   canvasser collected the form.

10        So they could call the voter and ask them

11   if they collected it at the said location and verify

12   that the signatures don't match, that each VR was

13   collected by and written by the voter.

14        Q    Do you know whether 360 would keep those

15   scanned applications?

16        A    No.  They were in a central database.

17        Q    That 360 had access to?

18        A    At the time, yes.

19        Q    Is there anything in the contract between

20   360 and Poder LatinX that prohibited 360 from using

21   any of the information gained from the redacted

22   applications?

23        MR. DERIEUX:  Object to form.

24        A    I would say I'd have to lean on counsel

25   because I don't recall the exact contract.

ROUGH DRAFT TRANSCRIPT

```
 1   BY MR. CYCON:

 2        Q    So can you walk me through the process of

 3   how Poder LatinX scans and redacts the voter

 4   registration applications?

 5        A    So previously, when we could maintain

 6   record of the information, the quality control

 7   manager would receive the packets, and they would

 8   check to make sure, visual inspection, that they were

 9   completed.

10             And then they would upload the packets to

11   scan and take out and redact the portions of the

12   Social Security and the signature of the voter.  And

13   then they would upload them into the 360 database.

14        Q    Did Poder LatinX keep the unredacted

15   versions of the completed voter registration

16   applications?

17        A    We stored them in a locked cabinet until

18   they needed to be delivered.

19        Q    Okay.  But there wouldn't be an electronic

20   version that was unredacted and then a separate

21   electronic version that was redacted?

22        A    No.

23        Q    Outside of that 360 database, did Poder

24   LatinX have its own database where it would keep the

25   redacted voter registration applications?
```

ROUGH DRAFT TRANSCRIPT

1    A    Currently, I believe we don't.  We would

2  just upload them.  But I currently don't recall.

3    Q    So currently you don't, but do you know

4  whether Poder LatinX ever did at one point keep

5  copies of those applications?

6    A    I believe we only uploaded them to the

7  platform and we didn't keep copies, but I currently

8  don't recall.

9    Q    Outside of electronically scanning the

10  completed voter registration applications, would

11  Poder LatinX ever take information off of the

12  applications and, say, create a spreadsheet of phone

13  numbers?

14    A    I want to say that we did, but I'm

15  currently, I'm sorry, not recalling.

16    Q    Does Poder LatinX have written policies

17  about who can access the database of voter

18  registration applications?

19    A    I don't recall if we have written policies.

20    Q    Do you know if there were any kind of

21  safeguards or protections to prevent unauthorized

22  access of that information?

23    A    I know that the only access is by the state

24  director, the quality control manager and the

25  coordinator.

ROUGH DRAFT TRANSCRIPT

1     Q    In previous elections, have individuals

2  ever declined to accept voter registration assistance

3  from Poder LatinX?

4     A    Can you be more specific?

5     Q    Yeah.  For example, when Poder LatinX was

6  trying to engage someone to register them to vote,

7  did anyone ever express a concern about providing

8  their phone number or other information to Poder

9  LatinX?

10     A    Yes.  At times our community is wary of

11  completing the form, and we remind them that we're

12  registered agents by the State and that we have been

13  trained and have the proper procedures and that it

14  will be turned in to the State.

15        And that normally gives the voter

16  confidence.  And if the voter doesn't have confidence

17  at the first try, then we let the voter know that

18  we'll be at the location again and that we hope that

19  we can register them at another opportunity.

20     Q    Have people ever expressed concern about

21  Poder LatinX being able to deliver the completed

22  applications on their behalf?

23     A    No, not that I'm aware.

24     Q    Do individuals ever ask whether it would be

25  easier just to submit their applications online?

1        A     There are certain individuals who prefer

2    that method.  We let them know that we're trusted

3    agents and that we can also submit it for them, or we

4    let them know that, yes, there's a possibility that

5    they can do it online.

6        Q     In previous elections in Florida, did Poder

7    LatinX ever have joint events with other 3PVROs to

8    register voters?

9             MR. DERIEUX:  Object to form.

10       A     Yes.  We have worked with other

11   organizations to register voters.

12   BY MR. CYCON:

13       Q     What are some of those organizations?

14       A     Hispanic Federation and UnidosUS.

15       Q     So could you provide an example of one of

16   those events?

17       A     Yes.  Many times our community goes to

18   large festivals where there is famous singers, and so

19   it's a large population of people attending these

20   events.  And multiple organizations might be working

21   on different areas of the festival.  And we -- you

22   know, we work together but we spread out.

23       Q     And when Poder LatinX is working with other

24   3PVROs, does Poder LatinX make sure that wires aren't

25   crossed with the other 3PVROs in registering people?

                      ROUGH DRAFT TRANSCRIPT

```
 1              MR. DERIEUX:  Object to form.

 2              MR. CYCON:  That's a poor question.  I'll

 3         rephrase.

 4    BY MR. CYCON:

 5         Q    Is there any kind of separation between the

 6    3PVROs that are working together so that the

 7    completed applications are kept track of?

 8              MR. DERIEUX:  Object to form.

 9         A    Yes.  In the sense of our group only works

10    with our applications, so we manage how many forms

11    they have.  And with our 3PVRO, they have their

12    clipboard, and they reach out to individuals and

13    register them.

14    BY MR. CYCON:

15         Q    So that's the tracking number of the paper

16    applications?

17         A    Uh-huh.

18         Q    I want to switch briefly to vote-by-mail

19    ballots.  In previous elections, did Poder LatinX

20    assist anyone with a disability in completing a

21    vote-by-mail ballot?

22         A    I don't recall.  We haven't really done

23    much vote by mail since I have joined the team.

24         Q    In previous elections, did Poder LatinX

25    assist anyone who cannot read or write complete a
```

ROUGH DRAFT TRANSCRIPT

```
 1  vote-by-mail ballot?
 2      A    Not to my knowledge.  I'm not sure how they
 3  did vote by mail.
 4          MR. CYCON:  Okay.  So we've been going for
 5      about an hour.  I think now might be a good time
 6      for a break, if that's okay with everyone.  I
 7      want to say come back at 11:15.  Is that okay?
 8          MR. DERIEUX:  That works.
 9          (Recess from 11:02 a.m. until 11:14 a.m.)
10  BY MR. CYCON:
11      Q    So before the break, we were talking about
12  Poder LatinX's policies and quality controls.  How
13  effective are those controls at ensuring that the
14  voter registration laws are complied with?
15          MR. DERIEUX:  Object to form.
16      A    Can you be more specific what you mean by
17  how?
18  BY MR. CYCON:
19      Q    Would you say that Poder LatinX's policies
20  do a good job of preventing violations of Florida's
21  election laws?
22          MR. DERIEUX:  Object to form.
23      A    Yes, I would say.
24  BY MR. CYCON:
25      Q    Do you believe that Poder LatinX's
```

                    ROUGH DRAFT TRANSCRIPT

```
 1   trainings do a good job of ensuring compliance with

 2   Florida's election laws?

 3           MR. DERIEUX:  Object to form.

 4       A   Yes.

 5   BY MR. CYCON:

 6       Q   Do you recall any instances when Poder

 7   LatinX violated Florida's election laws?

 8           MR. DERIEUX:  Object to form.

 9       A   Can you be more specific?

10           (Exhibit No. 2 was marked.)

11   BY MR. CYCON:

12       Q   Yeah.  I'm introducing Exhibit 2 into the

13   chat, and I will share my screen in a minute.

14           Can you see this document?

15       A   Yes.

16       Q   Do you recognize this document?

17       A   May I see further down, please?  I do not

18   recall this document.  It was before my time at Poder

19   LatinX.

20       Q   Do you see on page 2, where it says,

21   Signature of complainant, is that October 10th, 2019?

22       A   Yes.

23       Q   I'll give you a minute to familiarize

24   yourself with this page.  Can you let me know when

25   you're ready?
```

ROUGH DRAFT TRANSCRIPT

1        A     Yes.   Okay.

2        Q     Would you agree that this generally

3   describes various allegations of misconduct by Poder

4   LatinX?

5             MR. DERIEUX:   Object to form.

6        A     Can you be more specific?

7   BY MR. CYCON:

8        Q     In the third paragraph, does the last

9   sentence say, It appears that the canvasser wrote in

10  a fraudulent Social Security number?

11       A     Yes.   That is what is stated.

12       Q     In the second paragraph, does the third

13  sentence say, Nine of them, however, do not have

14  matching signatures to what we have on file?

15       A     Yes.   That is what is stated.

16       Q     And towards the bottom of the first

17  paragraph, does the complaint describe an instance in

18  which a voter complained that she never even saw the

19  voter registration application?

20             MR. DERIEUX:   Object to form.

21       A     That is what is stated.

22  BY MR. CYCON:

23       Q     Do you have any knowledge of these

24  allegations?

25       A     In preparation for this, my counsel and my

                    ROUGH DRAFT TRANSCRIPT

```
 1   team did inform me, because this was before my time.
 2        Q    Did your employment at Poder LatinX overlap
 3   with Ms. Nancy Batista's?
 4        A    Yes.
 5        Q    The last sentence of the first paragraph
 6   says, After contacting Nancy Batista (director of
 7   Poder LatinX) we were informed that their internal
 8   quality control had found several other problematic
 9   applications collected by the specific canvasser.  Is
10   that right?
11        A    Yes.  That's what's stated.
12        Q    What investigation did Poder LatinX perform
13   in response to these allegations?
14        A    We did an internal investigation, where we
15   contacted through the canvasser's applications,
16   worked with our legal counsel on how to conduct this
17   investigation, and then we terminated the employee.
18        Q    Were there emails discussing the
19   investigation within Poder LatinX?
20        A    Yes.
21             MR. DERIEUX:  I'm going to object to the
22        extent it calls for privilege and instruct the
23        witness not to reveal the content of any
24        conversations involving counsel or lawyers.
25   BY MR. CYCON:
```

ROUGH DRAFT TRANSCRIPT

1      Q      How did Poder LatinX communicate the

2  termination to the canvasser at issue?

3      A      There was written communication to the

4  canvasser.

5      Q      Did that communication contain the findings

6  of Poder LatinX's investigation?

7      A      Off the top of my head, I don't recall it.

8  I'd have to ask counsel for what the documentation

9  exactly stated again.  But I know there was a letter

10  of termination.

11      Q      As a result of the investigation into these

12  allegations, did Poder LatinX change any of its

13  policies or procedures?

14      A      Yes.

15      Q      Which policies and procedures?

16      A      I know that additional training was

17  conducted to inform the canvassers to make sure that

18  they weren't committing any bad practices.

19      Q      Did Poder LatinX receive any type of fine

20  or reprimand from a Florida agency?

21           MR. DERIEUX:  Object to form.

22      A      Yes, we have.

23  BY MR. CYCON:

24      Q      In regards to this -- the allegations in

25  this complaint?

ROUGH DRAFT TRANSCRIPT

```
1        A    No, not that I'm aware of.

2        Q    Was there any follow-up between Florida

3   and -- a Florida agency and Poder LatinX about the

4   allegations contained within this complaint?

5             MR. DERIEUX:  Object to form.

6        A    From my understanding, the investigation

7   was conducted, and it was informed to the supervisor

8   of elections that the individual had been terminated

9   and that we were working on a process internally to

10  conduct this investigation to see what had occurred,

11  and then after our findings, we terminated the

12  employee.

13       Q    Did Poder LatinX share those findings with

14  the supervisor?

15       A    I am unaware.

16       Q    Is Poder LatinX aware of whether that

17  canvasser faced any criminal liability?

18            MR. DERIEUX:  Object to form.

19       A    I am unaware.

20  BY MR. CYCON:

21       Q    In the second to last paragraph it says,

22  Nancy Batista, director of Poder LatinX, told us that

23  the group had an orientation prior to canvassers

24  collecting forms.  This orientation walked canvassers

25  through the form and made it clear that no one was to
```

ROUGH DRAFT TRANSCRIPT

```
 1    write on the front of the application form.  She also
 2    informed us that they call voters when their
 3    applications are incomplete to ask them questions.
 4    Is that accurate?
 5         A    Yes.
 6         Q    Is that similar to the process that Poder
 7    LatinX uses today?
 8         A    Yes.
 9              (Exhibit No. 3 was marked.)
10    BY MR. CYCON:
11         Q    I'm going to introduce Exhibit 3 into the
12    chat.  Do you recognize this document?
13         A    I do not.
14         Q    At the top it says, Supervisor of
15    Elections' Transmittal Form - Third-Party Voter
16    Registration Organization Noncompliance.  Is that
17    accurate?
18         A    Yes.  That's what it says.
19              MR. DERIEUX:  Excuse me.  Will you be
20         asking her -- I see there's many pages.  I think
21         she may only have had a chance to look at the
22         first.  Are you going to be asking her through
23         several?
24              MR. CYCON:  Yeah.
25    BY MR. CYCON:
```

ROUGH DRAFT TRANSCRIPT

```
 1       Q     So let's walk through the form.  Have you
 2   ever seen these types of noncompliance forms before?
 3       A     I have not.
 4       Q     Is Poder LatinX generally aware, though,
 5   that supervisors of elections will report
 6   noncompliance of 3PVROs to the Department of State?
 7       A     Yes.  I know that they do.
 8       Q     So this is an example -- and basically what
 9   I want to do is use these forms to see if any of them
10   kind of jog your memory.  But if we look here, the
11   date submitted in the bottom right corner is May 12,
12   2022; is that right?
13       A     Yes.
14       Q     And the supervisor's explanatory statement
15   is, Polk County Supervisor of Elections received four
16   third-party applications for Osceola.  Is that
17   accurate?
18       A     Yes.  That's what it states.
19       Q     And when we scroll down, it lists the
20   applications?
21       A     Yes.  I assume those numbers represent the
22   applications.
23       Q     It provides an accounting of the
24   third-party voter registration organization's
25   applications?
```

1        A     Yes.

2        Q     And then the actual submitted applications?

3        A     Yes.

4        Q     I'll represent that all the documents I'm

5   about to introduce had this exact same format.

6   Really what I'd just like to ask you about is, do you

7   have -- sorry -- does Poder LatinX have any knowledge

8   about why these applications were submitted in the

9   wrong county?

10             MR. DERIEUX:  Object to form.

11       A     Yes.  So as you can see, the applications

12  state Polk County, that the voter wrote down that

13  they should be turned in to Polk County.

14             In our investigation, we noticed that the

15  zip codes, though, were kind of in between Polk and

16  Osceola, since there has been a great expansion in

17  that area.  I believe that was the cause of why they

18  went to Polk, though, because the voter put down

19  Polk.

20       Q     When did Poder LatinX realize that the

21  applicant might have put down the wrong county?

22       A     I joined the organization in August of this

23  year, of 2022, but it was when we received the

24  notice.  And we did the investigation once we

25  received a copy of the below, the forms that you

                    ROUGH DRAFT TRANSCRIPT

1    showed me, from the mailing.

2            We investigated that, because we were

3    confused on, if it said Polk, why would they say that

4    it was wrong.  And we came to the conclusion that it

5    was because of the ZIP Code.

6        Q    When did that investigation take place?

7        A    I don't recall the exact date, but it was

8    once we received the written notice.

9        Q    Do you know if as a result of this

10   incident, Poder LatinX disciplined any of its

11   employees?

12           MR. DERIEUX:  Object to form and object to

13       the extent it calls for privileged

14       investigation.  Instruct the witness not to

15       reveal the content of any conversations with

16       counsel.

17       A    I would say it was an error because we

18   didn't -- you know, we identified it after we saw

19   that.  We didn't know.  There's no proper

20   identification that says that the State -- once the

21   law was put in place that you have to mail it to the

22   proper county, it wasn't told to us that we had to

23   look the county up by whether it says the county box

24   where it says Polk or because of the ZIP Code.

25           We didn't meet with the supervisor of

ROUGH DRAFT TRANSCRIPT

1  elections after in Polk County to try to understand

2  what our error was, to be able to fix the problem.

3  And they mentioned that we should be looking into

4  USPS, the post office, to make sure that we are

5  turning it in to the proper county.  So that was our

6  investigation.

7       Q    When did that meeting take place with the

8  supervisor?

9       A    I don't recall exactly when I visited the

10  supervisor's office, but it was after -- it was after

11  election time, so it was after November.

12       Q    Of --

13       A    2022, after the election.

14       Q    And which supervisor?

15       A    I went to the Polk County supervisor.

16            (Exhibit No. 4 was marked.)

17  BY MR. CYCON:

18       Q    I'm adding Exhibit 4 to the chat.  So is it

19  fair to say that this is another noncompliance form

20  regarding Tides Advocacy-Poder LatinX, submitted on

21  May 17, 2022?

22       A    Yes.

23       Q    And this says, Polk County Supervisor of

24  Election received 26 third-party applications, and

25  two applications belong to Osceola County, correct?

ROUGH DRAFT TRANSCRIPT

1            MR. DERIEUX:  Object to form.

2       A     Can I see the other forms?  Yes.  I can see

3  that one of them, the county stated Polk, and the

4  other one looked like it didn't have a county posted

5  in the box.

6  BY MR. CYCON:

7       Q     Does Poder LatinX know what caused these

8  applications to be submitted in the wrong county?

9            MR. DERIEUX:  Object to form.

10      A     Well, again, during that time, our practice

11  was to go by what the voter had stated what the

12  county was.  And so if you can look down at the

13  applications, I believe one of them stated Polk

14  County, and so that's why it was delivered to Polk

15  County.  And the other one, I'm not sure.

16  BY MR. CYCON:

17      Q     Was Poder LatinX aware during this time

18  that it could submit completed applications to the

19  Division of Elections without having to sort by

20  county?

21            MR. DERIEUX:  Object to form.

22      A     No.  It wasn't a best practice that we had

23  at the time.

24  BY MR. CYCON:

25      Q     Is there anything else that you remember or

ROUGH DRAFT TRANSCRIPT

1  would like to add about this incident?

2      A    I received this incident after I joined.

3  This incident happened before I joined, and I just

4  learned about it once I joined, so nothing

5  additional.

6          (Exhibit No. 5 was marked.)

7  BY MR. CYCON:

8      Q    I'm adding Exhibit 5 to the chat.  Would

9  you agree that this is another noncompliance form for

10  Tides Advocacy-Poder LatinX submitted June 13, 2022?

11          MR. DERIEUX:  Object to form.

12      A    Yes.  That's what it states.

13  BY MR. CYCON:

14      Q    And the explanatory statement is, Polk

15  County Supervisor of Elections received 45

16  applications from 3P19-96, and two applications

17  belong to Osceola County?

18      A    Yes.  That's what it says.

19      Q    Do you have any knowledge of this incident?

20      A    Yes.

21      Q    What do you know about the reasons that

22  these were submitted in the wrong county?

23          MR. DERIEUX:  Object to form.

24      A    If we could look at the forms below.

25  Again, this one states Polk, Poinciana, which

ROUGH DRAFT TRANSCRIPT

1 | borders, again, with Kissimmee.  And if you could

2 | show me the next one, please.  Again, Polk,

3 | Poinciana.  So I believe that it was an error due to

4 | the county box stating it was Polk.  The voter

5 | putting down that they believed that they resided in

6 | Polk.

7 |     Q    At this time, were there any policies about

8 | advising voters on how to choose the county to fill

9 | in on their application?

10 |     A    Well, the canvassers instruct the voter to

11 | recall what county they live in, Kissimmee, Polk.

12 | But sometimes the voter doesn't recall or, again,

13 | it's so close, it could be either/or and they're

14 | unsure and they believe that's where they reside.

15 | And the canvasser isn't there to make that

16 | distinction for the voter.

17 |     Q    At the time, was there anything in Poder

18 | LatinX's quality control process that would verify

19 | whether or not the listed county was correct?

20 |         MR. DERIEUX:  Object to form.

21 |     A    No, because we didn't know that we had to

22 | look at the ZIP Code so closely.

23 | BY MR. CYCON:

24 |     Q    At this time, was Poder LatinX aware that

25 | it needed to submit completed applications in the

ROUGH DRAFT TRANSCRIPT

1  appropriate county?

2        MR. DERIEUX:  Object to form.

3    A    Yes.  We knew that it needed to go to the

4  appropriate county, which is why we thought that the

5  voter had put down the appropriate county.  And we

6  went by what the voter had stated, where they

7  believed that they resided.

8  BY MR. CYCON:

9    Q    So at this time, if the voter was mistaken,

10 there was no way that Poder LatinX could detect that

11 mistake?

12       MR. DERIEUX:  Object to form.

13   A    No.  At the time, we were going off of the

14 county where the voter had stated.  And the ZIP Code,

15 sometimes it might be the same ZIP Code for two

16 counties.  We also were told this by the supervisor

17 of elections, that sometimes one ZIP Code can

18 represent two counties.

19       (Exhibit No. 6 was marked.)

20 BY MR. CYCON:

21   Q    I'm sharing Exhibit 6.  Is this another

22 noncompliance form submitted on June 20th, 2022,

23 regarding Tides Advocacy-Poder LatinX?

24   A    Yes.

25       MR. DERIEUX:  Object to form.

                 ROUGH DRAFT TRANSCRIPT

 1 │ BY MR. CYCON:

 2 │     Q    And is this another instance in which the

 3 │ Polk County Supervisor of Elections received three

 4 │ third-party applications for Osceola County?

 5 │          MR. DERIEUX:  Object to form.

 6 │     A    That's right.

 7 │ BY MR. CYCON:

 8 │     Q    Do you know why those applications were

 9 │ submitted to the wrong county?

10 │     A    Again, this one, because I believe it

11 │ states Polk on the county box.  Can I see the others?

12 │ This one as well.  This one as well.  As we can see,

13 │ the following ones you showed me state Polk as the

14 │ county, and that's where they were mailed to.

15 │     Q    So similar to what we discussed with the

16 │ other incidents?

17 │     A    Yes.

18 │          (Exhibit No. 7 was marked.)

19 │ BY MR. CYCON:

20 │     Q    I'm adding Exhibit 7 to the chat.  What is

21 │ this document?

22 │     A    It also states the Supervisor of Elections'

23 │ Transmittal Form, third-party noncompliance form.

24 │     Q    And is it dated July 19th, 2022?

25 │     A    Yes.

ROUGH DRAFT TRANSCRIPT

```
 1        Q    And is the explanation, Polk County

 2   Supervisor of Elections received one third-party

 3   application for Lake County?

 4        A    Yes.

 5        Q    So on this page, which is Bates numbered

 6   SB7050-SOS-00021718, is the county listed as Florida?

 7        A    Yes.  That's what it's stating.

 8        Q    Same with Bates ending 21716?

 9        A    Yes.

10        Q    Same with Bates ending 21714?

11        A    Yes.

12        Q    And at Bates ending 21698, does it list the

13   county as USA?

14        A    Yes.  That's what it states.

15        Q    At this time, was it Poder LatinX's

16   practice to call voters or contact them if the forms

17   were completed improperly?

18             MR. DERIEUX:  Object to form.

19        A    Yes, we would call voters.

20   BY MR. CYCON:

21        Q    Do you know if these voters were contacted?

22        A    I can only assume they were, as it was part

23   of our best practices, because it was before my time.

24        Q    But if on quality control a wrong county

25   was discovered, would Poder LatinX actually submit
```

1   the application?

2        A    Yes.  We submitted all applications.

3        Q    So if on quality control Poder LatinX

4   realized that the county was wrongly listed, it would

5   still submit the application?

6        A    Yes.

7        Q    Were there ever instances where Poder

8   LatinX would contact somebody on quality control and

9   they would submit a new application?

10        A    Can you be more specific?

11        Q    Yeah.  I guess, if you realize there's a

12   problem with the application and you talk to the

13   voter about the problem, why submit the application

14   instead of voiding it and submitting a properly

15   filled out one?

16        A    Well, we would have to meet the voter again

17   to be able to complete the form again for their

18   signature.  So we have to submit the form that we

19   have on hand.  And this form -- you know, we've

20   spoken with the supervisors of elections.

21             It's not -- even though they have put the

22   wrong like county, it says USA or it says Florida,

23   the supervisor of elections, you know, accepts the

24   form.

25             If we would have caught that the county was

                    ROUGH DRAFT TRANSCRIPT

```
 1   incorrect on our end, you know, part of our quality
 2   control process, to my recalling in our script,
 3   didn't specify like, Do you live in this proper
 4   county?  It just said, Did you have an interaction
 5   with our canvasser to make sure that you registered
 6   to vote with us?
 7            For this reason, we might have missed that
 8   part, and in human error, it was sent to the wrong
 9   county.
10       Q    Right.  But this is different than Polk
11   versus Osceola.  You'd agree that anybody looking at
12   this, seeing USA or Florida for the county, would
13   realize that it was improperly filled out, right?
14       A    Yes.  It wasn't properly filled out because
15   USA is not a county, but the supervisor of elections
16   did accept the form as being completed.
17       Q    So they accept it as being completed, but
18   then they submit a noncompliance.  Have supervisors
19   ever instructed Poder LatinX to submit improperly
20   completed applications?
21            MR. DERIEUX:  Object to form.
22       A    Yes.  They've asked us to submit all forms,
23   and then if there's an error or something, they will
24   talk to the voter and fix the error.
25   BY MR. CYCON:
```

ROUGH DRAFT TRANSCRIPT

1      Q      Which supervisors provided that instruction

2  to Poder LatinX?

3      A      Orange County.

4      Q      Any others?

5      A      To my recollection, just that one, at the

6  moment.

7      Q      When was that instruction provided to Poder

8  LatinX?

9      A      I can't recall the exact time.

10      Q      Is there anything else you'd like to add

11  about this incident?

12      A      Not that I can recall.

13             (Exhibit No. 8 was marked.)

14  BY MR. CYCON:

15      Q      This will be Exhibit 8.  What is this

16  document?

17      A      Again, it states the Supervisor of

18  Elections' Transmittal Form for third-party

19  noncompliance.

20      Q      And is this one dated June 24th, 2022?

21      A      Yes.

22      Q      And is the explanatory statement that no

23  date is on the back of the application?

24      A      That's what's stated.

25      Q      At this time, was it Poder LatinX's

ROUGH DRAFT TRANSCRIPT

```
1   procedure to check to make sure that the date was on

2   the back of the application?

3           MR. DERIEUX:  Object to form.

4       A   Yes, it was.

5   BY MR. CYCON:

6       Q   Do you know why this was submitted without

7   the date on the back of the application?

8       A   I don't specifically know because it was

9   before my time but -- I can't state exactly why.

10          (Exhibit No. 9 was marked.)

11  BY MR. CYCON:

12      Q   I'm introducing Exhibit 9.  What is this

13  document?

14      A   Again, it's the Supervisor of Elections'

15  Transmittal Form for noncompliance for third parties.

16      Q   Is it dated July 20th, 2022?

17      A   Yes, it is.

18      Q   And the explanatory statement, Polk County

19  Supervisor of Elections received two third-party

20  applications for Osceola County?

21      A   Yes.  That's what it says.

22      Q   Do you have any additional context you can

23  provide about this incident?

24      A   Not specifically because it was before my

25  time.  But I can see on the application above that
```

ROUGH DRAFT TRANSCRIPT

```
 1   the voter had put U.S. and then changed to Polk,
 2   so . . .
 3        Q    And that would be Bates ending 21674; is
 4   that right?
 5        A    Yes.
 6             (Exhibit No. 10 was marked.)
 7   BY MR. CYCON:
 8        Q    What is this document which I'm introducing
 9   as Exhibit 10?
10        A    Again, it's the Supervisor of Elections'
11   Transmittal Form for third-party voter registration
12   noncompliance.
13        Q    And is it dated July 21st, 2022?
14        A    Yes, it is.
15        Q    And is the explanatory statement, Polk
16   County Supervisor of Elections received 99
17   applications from 3P19-96 and eight applications
18   belongs to 1-Volusia, 6-Osceola, 1-Orange County?
19        A    Yes.  That's what it states.
20        Q    Is there any additional context you can
21   provide about these applications?
22        A    No.
23        Q    On the application with Bates number ending
24   21642, is the county left blank?
25        A    Yes.
```

                    ROUGH DRAFT TRANSCRIPT

1              (Exhibit No. 11 was marked.)

2    BY MR. CYCON:

3        Q    This is Exhibit 11.  What is this document?

4        A    Again, the Supervisor of Elections'

5    Transmittal Form for third-party voter registration

6    noncompliance.

7        Q    Is it dated August 20th, 2022?

8        A    Yes, it is.

9        Q    And the explanatory statement is, Polk

10   County Supervisor of Elections received 92

11   applications from 3P19-96 and one application belongs

12   to Osceola County?

13       A    Yes.  That's what it states.

14       Q    Is there any additional context you can

15   provide about these applications?

16       A    Can you be more specific?

17       Q    Do you have any information about why the

18   application was submitted to the wrong county?

19            MR. DERIEUX:  Object to form.

20       A    No.

21            (Exhibit No. 12 was marked.)

22   BY MR. CYCON:

23       Q    So this is an email from Michele Suggs,

24   Assistant Voter Services Coordinator, Polk County

25   Supervisor of Elections.  But if we scroll down, is

                    ROUGH DRAFT TRANSCRIPT

1    this a similar noncompliance report?

2         A    That's what it looks like.

3         Q    And this one is dated August 11th, 2022?

4         A    Yes.

5         Q    The explanatory statement, Polk County

6    Supervisor of Elections received two third-party

7    applications for Osceola County and one for Marion

8    County?

9         A    That's what it says.

10        Q    I believe you stated earlier that you

11   started at Poder LatinX in August 2022.  Is that

12   accurate?

13        A    Yes.

14        Q    When you started, were you informed that

15   there was this issue of Poder LatinX repeatedly

16   submitting applications to the wrong county?

17             MR. DERIEUX:  Object to form.

18        A    No.

19   BY MR. CYCON:

20        Q    In August 2022, was Poder LatinX doing

21   anything to make sure that applications were being

22   submitted to the right county?

23             MR. DERIEUX:  Object to form.

24        A    We believed we were submitting them to the

25   right county.  My recollection was we got a packet

                    ROUGH DRAFT TRANSCRIPT

```
 1   with all of these at once.  They didn't kind of let
 2   us know in time that these were happening, from my
 3   understanding.
 4   BY MR. CYCON:
 5        Q    Do you know when Poder LatinX received that
 6   packet?
 7        A    I don't recall.
 8             (Exhibit No. 13 was marked.)
 9   BY MR. CYCON:
10        Q    Introducing Exhibit 13.  And what is this
11   document?
12        A    Again, it states the Supervisor of
13   Elections Transmittal Form, third-party voter
14   registration noncompliance.
15        Q    And it's dated October 18th, 2022?
16        A    Yes.
17        Q    And the explanatory statement is, Polk
18   County Supervisor of Elections received 58
19   applications from 3P19-96 and two applications belong
20   to Osceola County and one to Orange County?
21        A    Yes.  That's what it says.
22        Q    Do you have any additional information
23   about why those applications were submitted to the
24   wrong county?
25             MR. DERIEUX:  Object to form.
```

ROUGH DRAFT TRANSCRIPT

```
 1        A     No.
 2              (Exhibit No. 14 was marked.)
 3   BY MR. CYCON:
 4        Q     Sorry.  I know this is tiring.  There's
 5   only a few more.  I'm introducing Exhibit 14.  What
 6   is this document?
 7        A     Again, it says the Supervisor of Elections'
 8   Transmittal Form, third-party noncompliance form.
 9        Q     Submitted October 18th, 2022?
10        A     Yes.
11        Q     Explanatory statement, Polk County
12   Supervisor of Elections received 74 applications from
13   3P19-96 and two applications belong to Osceola
14   County?
15        A     That's what it says.
16        Q     Is there any additional context you can add
17   about these applications?
18        A     No.
19              (Exhibit No. 15 was marked.)
20   BY MR. CYCON:
21        Q     Exhibit 15, is this another noncompliance
22   form dated October 18th, 2022?
23        A     Yes, it is.
24        Q     Explanatory statement, Polk County
25   Supervisor of Elections received 83 applications from
```

ROUGH DRAFT TRANSCRIPT

1    3P19-96 and three applications belong to Lake County?

2         A    That's what it states.

3         Q    Is there any additional context you can

4    provide about the allegations in this complaint?

5         A    No.

6         Q    Generally speaking, about how many

7    completed applications would it be typical for Poder

8    LatinX to collect in a given day?

9         A    Depending on how many teams we have going

10   out.  It varies, I would say, depending on where

11   we're at in the campaign and how many teams we have

12   going out.

13             (Exhibit No. 16 was marked.)

14   BY MR. CYCON:

15        Q    This is Exhibit 16.  Is this another

16   noncompliance form dated October 18th, 2022?

17        A    Yes.

18        Q    Explanatory statement, Polk County

19   Supervisor of Elections received three third-party

20   applications for Osceola County?

21        A    Yes.

22        Q    Is there any additional information you can

23   provide about the allegation in this noncompliance

24   form?

25        A    No.

ROUGH DRAFT TRANSCRIPT

1              (Exhibit No. 17 was marked.)

2   BY MR. CYCON:

3       Q    Is this another noncompliance form, this

4   one dated October 27th, 2022?

5       A    Yes, it is.

6       Q    Explanatory statement, Polk County

7   Supervisor of Elections received 51 elections from

8   3P19-96 and two applications belongs to Osceola

9   County and one belongs to Marion County?

10      A    That is correct.

11      Q    Is there any additional information you can

12  provide about the allegations in this noncompliance

13  form?

14      A    No.

15             (Exhibit No. 18 was marked.)

16  BY MR. CYCON:

17      Q    Is this another noncompliance form dated

18  October 18th, 2022?

19      A    Yes, it is.

20      Q    Explanatory statement, Polk Supervisor of

21  Elections received one third-party application for

22  Osceola County?

23      A    Yes.  That's what it states.

24      Q    Is there any additional information you can

25  provide about the allegations in this noncompliance

                    ROUGH DRAFT TRANSCRIPT

1  form?

2       A    No.

3            (Exhibit No. 19 was marked.)

4  BY MR. CYCON:

5       Q    Is this another noncompliance form dated

6  October 19th, 2022?

7       A    Yes.

8       Q    Explanatory statement, Polk County

9  Supervisor of Elections received two third-party

10 applications for Osceola County and one for Orange

11 County?

12      A    Yes.  That's what it states.

13      Q    Is there any additional information you can

14 provide about the allegations in this noncompliance

15 form?

16      A    No.

17      Q    Turning to the application Bates number

18 ending 21359, is the Florida driver's license number

19 blank?

20      A    Correct.  That's what I see.

21      Q    And the last four digits of the Social

22 Security number, are they blank?

23      A    Yes.

24      Q    Would this form be incomplete?

25      A    Yes.

                    ROUGH DRAFT TRANSCRIPT

1      Q     When such forms were caught on the quality

2   control process, what would Poder LatinX do?

3      A     We would advise the voter that their form

4   would be turned in even though it was incomplete, so

5   that they know that they would probably be receiving

6   a letter from the supervisor of elections informing

7   them that they intended to register to vote but that

8   they submitted an incomplete form.

9             (Exhibit No. 20 was marked.)

10  BY MR. CYCON:

11     Q     Is this another noncompliance form, dated

12  October 26th, 2022?

13     A     Correct.

14     Q     Explanatory statement, Polk County

15  Supervisor of Elections received 83 applications from

16  3P19-96 and two applications belong to Osceola County

17  and one to Orange County?

18     A     Correct.  That's what it says.

19     Q     Is there any additional information you can

20  add about the allegations in this noncompliance form?

21     A     No.

22             (Exhibit No. 21 was marked.)

23  BY MR. CYCON:

24     Q     Last one of these.  Is this a noncompliance

25  form dated October 26th, 2022?

ROUGH DRAFT TRANSCRIPT

1      A    Yes, it is.

2      Q    Explanatory statement, Polk County

3  Supervisor of Elections received 46 applications from

4  3P19-96 and two applications belongs to Pasco County

5  and three belong to Osceola?

6      A    Yes.  That's what it says.

7      Q    Is there any additional information you can

8  add about the allegations in this noncompliance form?

9      A    No.

10          MR. CYCON:  This might be a good time to

11      take another break, if that works for everyone.

12      And can we off the record, please?

13          (Recess from 12:23 p.m. until 12:41 p.m.)

14          (Exhibit No. 22 was marked.)

15  BY MR. CYCON:

16      Q    So I'm adding Exhibit 22 to the chat, but

17  it's large, so it might take a minute to come

18  through.  Do you recognize this document?

19      A    Yes, I recognize it.

20      Q    And it's dated May 15th, 2023, correct?

21      A    Yes.

22      Q    Before we get into the specifics of this

23  document, I believe the last noncompliance form we

24  looked at was dated roughly October 2022; is that

25  correct?

ROUGH DRAFT TRANSCRIPT

```
1        A    I remember it was October.

2        Q    Were there any communications with the

3   Department of State before Poder LatinX received this

4   letter?

5             MR. DERIEUX:  Object to form.

6        A    I'm unaware.  I don't recall.

7   BY MR. CYCON:

8        Q    Was Poder LatinX ever informed about the

9   substance contained within the noncompliance forms

10  that we looked at?

11            MR. DERIEUX:  Object to form.

12       A    Can you be more specific?

13  BY MR. CYCON:

14       Q    When did Poder LatinX first become aware

15  that there were concerns that Poder LatinX was

16  submitting voter registration applications to the

17  wrong counties?

18            MR. DERIEUX:  Object to form.

19       A    I don't recall exactly when.

20  BY MR. CYCON:

21       Q    Do you know whether it was in 2022 or 2023?

22       A    All I recall is it was at the end -- well,

23  sorry.  I don't recall exactly the date.  I'm unable

24  to say.

25       Q    Has Poder LatinX ever had conversations
```

ROUGH DRAFT TRANSCRIPT

```
 1    with supervisors of elections about concerns that

 2    Poder LatinX was submitting completed voter

 3    registration applications to the wrong county?

 4              MR. DERIEUX:  Object to form.

 5         A    Not to my knowledge.

 6    BY MR. CYCON:

 7         Q    Turning to the second page of the letter,

 8    Bates ending --

 9              MR. DERIEUX:  This is the new exhibit?

10              MR. CYCON:  Yes.  This is Exhibit 22.

11    BY MR. CYCON:

12         Q    Bates ending 6606.  The second paragraph

13    says, The records received from your organization

14    indicate that 52 voter registration applications were

15    delivered to the Polk County Supervisor of Elections

16    instead of the Division of Elections or the

17    supervisor's office where the voter resides, in

18    violation of section 97.0575(3)(a)3.  Is that

19    accurate?

20         A    Correct.  That's what's stated.

21         Q    Did Poder LatinX investigate this

22    allegation?

23         A    Correct.  We have conducted an internal

24    investigation.

25         Q    Has Poder LatinX decided whether or not
```

ROUGH DRAFT TRANSCRIPT

```
 1  it's going to pay the $26,000 fine that's listed
 2  there?
 3          MR. DERIEUX:  I'm going to object to the
 4      extent this calls for privileged information and
 5      instruct the witness not to reveal the content
 6      of conversations with counsel.
 7          MR. CYCON:  I'll rephrase.
 8  BY MR. CYCON:
 9      Q    Has this issue with the Department of State
10  been resolved?
11      A    To my understanding, we're working through
12  counsel, through our legal counsel.
13      Q    As part of its investigation, did Poder
14  LatinX contact any of the applicable supervisors of
15  elections?
16          MR. DERIEUX:  Object to form.
17      A    Can you restate the question again?
18  BY MR. CYCON:
19      Q    Yes.  Did Poder LatinX discuss this
20  allegation of 52 voter registration applications with
21  the Polk County Supervisor of Elections?
22          MR. DERIEUX:  Same objection.
23      A    Just in general terms, we did mention, in
24  the meeting that we had with them, that we became
25  aware that we had turned in forms incorrectly, which
```

ROUGH DRAFT TRANSCRIPT

```
 1  is why we were trying to see, you know, where we went
 2  wrong.  That was it.
 3        Q    As a result of its investigation, has Poder
 4  LatinX changed any of its policies or procedures?
 5        A    Yes.  We're currently sending all the voter
 6  registration forms to the State.
 7        Q    Similarly, has Poder LatinX changed any of
 8  its trainings or education materials?
 9        A    Yes.  We're making sure that the
10  canvassers, if they put USA or Florida in the county
11  box, that they take a second look and make sure that
12  the voter properly completes the address.
13        Q    And have there been any changes in the
14  quality control process that occurs at Poder LatinX's
15  offices?
16        A    Since we're sending them all to the State
17  instead of sending them to the counties, that's the
18  new process.
19        Q    Outside of the allegations that we
20  discussed, has Poder LatinX ever been accused of
21  submitting voter registration applications after the
22  statutory deadline?
23        A    Statutory deadline, is that after the time
24  allowed?  Can you specify that again?
25        Q    Either the 14-day period or book closing.
```

                        ROUGH DRAFT TRANSCRIPT

1        A     Yes.

2        Q     And when did that event occur?

3        A     We had one incident that we brought to the

4   attention in October of last year, 2023, where we

5   turned in forms after the ten-day period.

6        Q     And approximately like what time of year

7   was that?

8        A     October 2023.

9        Q     And do you know how many applications that

10  was?

11       A     I don't recall off the top of my head.

12       Q     Was it more than ten?

13       A     I believe it was around ten, but I don't

14  recall.

15       Q     Outside of that instance in October 2023,

16  were you aware of any other instances where Poder

17  LatinX submitted completed voter registration

18  applications after the statutory deadlines?

19            MR. DERIEUX:  Object to form.

20       A     Yes.  I believe there was another incident,

21  but I don't recall the dates right now.

22  BY MR. CYCON:

23       Q     Do you recall any instances in 2020 in

24  which 50 or 5 applications were submitted after the

25  statutory deadline?

                    ROUGH DRAFT TRANSCRIPT

     1          A     I do recall there was another time, but the
     2   date escapes me.
     3          Q     Did Poder LatinX investigate the October
     4   2023 untimely submissions?
     5          A     Yes.
     6          Q     Was anyone disciplined as a result of that
     7   investigation?
     8               MR. DERIEUX:  Object to form, and we'll
     9          object to the extent it calls for privileged
    10          information, instruct the witness not to reveal
    11          the content of any conversations with counsel.
    12          A     We restructured our counting and our
    13   calendars to make sure that it wouldn't happen again,
    14   and we retrained the employee who miscounted on when
    15   the forms needed to be mailed.
    16   BY MR. CYCON:
    17          Q     Were any policies changed?
    18          A     No.  We just provided new guidance on how
    19   to keep a double-tracking calendar, both paper and
    20   digital, to make sure that we wouldn't miss the
    21   deadline again.
    22          Q     Outside of everything we've discussed
    23   today, are there any other instances where Poder
    24   LatinX has received a complaint in regards to its
    25   voter registration activities?

                       ROUGH DRAFT TRANSCRIPT

```
 1            MR. DERIEUX:  Object to form.

 2       A    Can you be more specific?

 3  BY MR. CYCON:

 4       Q    Yeah.  Earlier today we discussed the fact

 5  that Poder LatinX has a hotline to call with

 6  complaints and that people can have complaints via

 7  email.  But those could be about various aspects of

 8  Poder LatinX's operations.

 9            So I'm wondering, specifically regarding

10  voter registration activities, are there any other

11  complaints that you're aware of that were made

12  against Poder LatinX that we haven't discussed?

13       A    Not that I'm aware of that have come in

14  through those avenues.

15       Q    Outside of voter registration activities,

16  what other types of civic engagement work did Poder

17  LatinX perform in the 2022 election cycle?

18       A    We do voter education, and we do get out

19  the vote, knock on doors and remind voters that it's

20  time to vote in the primaries and inform them of

21  where their primary location is.

22       Q    When you say voter education, would that be

23  in-person events?

24       A    We do in-person events.  And voter

25  education can be the dates that are elections, so
```

ROUGH DRAFT TRANSCRIPT

```
 1    they have two weeks to go, and so we let them know,
 2    like this is how much time you have.  You know,
 3    information.
 4         Q    Does Poder LatinX ever do virtual events or
 5    trainings regarding election issues?
 6         A    Yes.  I can say that we have.
 7         Q    Just turning briefly to Poder LatinX and
 8    Tides Advocacy, when Poder LatinX raises money, is
 9    that under Poder LatinX's control, or does Tides
10    Advocacy also have access to those funds?
11         A    I'd have to say that that's above my
12    understanding on how national divides funds and
13    receives funds and then distributes them.
14         Q    I believe earlier you said that Poder
15    LatinX often seeks grants from Tides Advocacy; is
16    that correct?
17         A    As far as I believe, we do receive grants
18    as well from Tides.
19         Q    Does Poder LatinX also apply for grants
20    from other organizations outside of Tides Advocacy?
21         A    Yes.
22         Q    And if someone donates to Poder LatinX in
23    Florida, does that donation remain in Florida, or
24    does it become part of the broader Poder LatinX
25    organization?
```

ROUGH DRAFT TRANSCRIPT

```
 1        A    I am unaware of how grants are distributed
 2   or received.  That would be the development
 3   department and our ED.
 4        Q    Does Poder LatinX in Florida currently have
 5   its own budget?
 6        A    We do have a budget, but also I respond to
 7   the ED and our national field organizing director for
 8   any costs.
 9        Q    So who's involved in creating the budget
10   for Poder LatinX in Florida?
11        A    I work with the national field organizing
12   director to create the budget, and any expenses have
13   to be approved from leadership.
14        Q    And is there a tracking between, say,
15   initiatives and expenses for those initiatives or
16   programs?
17        A    Yes.
18        Q    So if it looks like Poder LatinX is not
19   going to have enough money to pursue all of the
20   initiatives that it wants to, what does it do in
21   response?
22             MR. DERIEUX:  Object to form.
23        A    We meet again with the executive director
24   and the national field director and either cut back
25   on numbers, let's say, goals that we have for certain
```

ROUGH DRAFT TRANSCRIPT

1   programs, restructure.

2   BY MR. CYCON:

3        Q    Does Poder LatinX regularly track election

4   legislation in Florida?

5        A    Can you be more specific?

6        Q    Yeah.  Is it someone's responsibility at

7   Poder LatinX to monitor for changes in the election

8   laws in Florida?

9        A    Yes.  I would say, now that I am here, I

10   try to stay up to date with the election laws and

11   then refer to counsel to see how these affect us.

12        Q    And when there are changes in the election

13   laws, does Poder LatinX inform its members of those

14   changes?

15             MR. DERIEUX:  Object to form.

16        A    Can you be more specific?

17   BY MR. CYCON:

18        Q    For example, would Poder LatinX send an

19   email update to its members about potential election

20   legislation that could impact them?

21             MR. DERIEUX:  Object to form.

22        A    Yes.  At times we have done advocacy on

23   legislation that can affect constituents.

24   BY MR. CYCON:

25        Q    Does Poder LatinX have a newsletter?

                    ROUGH DRAFT TRANSCRIPT

1      A    I want to say that we do, but I know that

2 it's not weekly or monthly or -- I'm not sure if it's

3 quarterly.  I want to say that we do, but I'm not

4 sure when it goes out.

5      Q    Okay.  I guess what I'm trying to

6 understand is, does Poder LatinX provide updates to

7 its members at regular intervals, or does it provide

8 updates when there are significant changes in

9 election laws?

10     A    We provide updates when there's changes in

11 laws, or when we want our members to join us to

12 participate, to volunteer, we reach out to our

13 members.

14     Q    Did Poder LatinX advocate for or against

15 any parts of SB 7050 while it was being debated?

16     A    At this time, I can't currently remember,

17 but we might have signed on to some letters or

18 advocated.

19     Q    Did Poder LatinX have communications with

20 any Florida legislators about SB 7050 while it was

21 being debated?

22          MR. DERIEUX:  Object to form.

23     A    I can't recall.  The possibility could be,

24 but I can't recall.

25 BY MR. CYCON:

ROUGH DRAFT TRANSCRIPT

1      Q      The Poder LatinX discuss SB 7050 with

2   supervisors while it was being debated?

3      A      Not to my knowledge.

4      Q      Did Tides Advocacy take a position on

5   SB 7050 while it was being debated?

6      A      Not to my knowledge.

7      Q      After SB 7050 was enacted, did Poder LatinX

8   provide any kind of education to its members on the

9   potential implications of the new law?

10     A      Yes.

11     Q      Were those communications or events?

12     A      To my best memory, events.

13     Q      Do you recall any email updates to members?

14     A      To my best recollection, I don't believe we

15  did an email blast, but we could have.  The

16  communications team -- we have a national

17  communications team, and we could have also sent a

18  communication piece.

19     Q      Does Poder LatinX ever communicate with its

20  members by mass text message?

21     A      At times we do run texting campaigns.

22     Q      Does Poder LatinX have any social media

23  accounts?

24     A      Yes.

25     Q      On which social media?

ROUGH DRAFT TRANSCRIPT

1    A    I know we have an Instagram and a Facebook.

2    Q    Is there TikTok?

3    A    I believe we have a TikTok.

4    Q    How does Poder LatinX believe it will be

5    harmed if SB 7050 continues to be the law?

6    A    As the law states, I mean, we will be

7    severely harmed because we can't rehire our workforce

8    unless we continue to have the exemption to be able

9    to hire noncitizens.

10          These are individuals with work permits who

11   have been trained.  They understand Florida law.

12   They understand how to do the work in the field.  And

13   so it really harms us to have to retrain individuals.

14   We also hire from within, and we also work to empower

15   our communities so that they can, you know, seek

16   better employment opportunities.

17          And this makes it more difficult for us to

18   do that and to put people in certain positions.  So

19   we really see that the law really diminishes the

20   opportunity for us.

21          And it has also large impacts when it comes

22   to our funders, who are not willing to fund at the

23   capacity they were before because of the difficulty

24   it is to continue to do our work.

25    Q    Have any funders specifically said that

ROUGH DRAFT TRANSCRIPT

1    they would decrease funding as a consequence of

2    SB 7050?

3         A    Yes.

4         Q    About what percent decrease?

5         A    I don't have the percentage off the top of

6    my head, but it's a large percentage.

7         Q    Does Poder LatinX track the number of

8    employees or contract staff that are non-U.S.

9    citizens?

10        A    We can see it from our human resource

11   aspects, in the forms that they complete in order to

12   work with us.

13        Q    Are there any other potential negative

14   impacts that Poder LatinX envisions as a result of

15   SB 7050?

16        A    I mean, not being able to hire, train

17   staff, and, you know, those in the communities is our

18   largest, not being able to continue working out in

19   the community, educating our community, making sure

20   that we are providing a resource in language and

21   incentivizing our community to participate in part of

22   their democracy is very difficult for us.

23        Q    What funds or resources does Poder LatinX

24   believe it will need to divert in response to

25   SB 7050?

ROUGH DRAFT TRANSCRIPT

1      A     In response, we definitely would have to

2   spend more on human resources, on looking for other

3   alternative ways on hiring individuals, as well as

4   the program costs in general would be -- is impacted

5   and has grown already, and we just know that it will

6   continue to grow if the law continues to stay the way

7   it is.

8      Q     Has Poder LatinX developed estimates of

9   those potential costs?

10     A     I know that we have looked at some numbers,

11  but I don't remember off the top of my head.  I know

12  that we have reviewed past cycles and where we're at

13  now and what it could possibly be to continue

14  running, and we have seen that it's grown.

15     Q     Has Poder LatinX identified specific

16  programs or initiatives from which it would need to

17  divert funds to pay for these new expenses?

18     A     That I would say I'd have to ask my

19  executive team because that's above my knowledge.

20     Q     Has Poder LatinX implemented any new

21  programs or initiatives after SB 90 was enacted?

22          MR. DERIEUX:  Object to form.

23     A     Can you be more specific?

24  BY MR. CYCON:

25     Q     Yeah.  Prior to the start of 2023, did

ROUGH DRAFT TRANSCRIPT

1   Poder LatinX have strategic objectives?

2        A    Yes.

3        Q    Did those change in response to SB 7050's

4   enactment?

5        A    Yes.

6        Q    How?

7        A    After SB 7050 was enacted, funding that we

8   were expected to receive didn't come through.  We

9   were expanding to other counties in the state of

10  Florida, and we were unable to.

11            We had to restructure and spend money on

12  legal, and also trying to understand the new

13  measures, so we had to kind of take a pause on our

14  program.

15            Also, because of the employees that we were

16  counting on to be able to be hired until the

17  exemption came through, we couldn't hire them.  So we

18  had to hold off on program.  So we had to restructure

19  program, restructure our goals, check with our legal

20  team on making sure that we were being compliant, and

21  then trying to see what funders we could find that

22  would feel comfortable funding us with the exemption

23  that we received.

24       Q    What do you mean by funding that you

25  expected to receive?

ROUGH DRAFT TRANSCRIPT

1        A     So we had goals and proposals that we had

2    submitted that were waiting and pending to be

3    approved, but the funders decided to hold back

4    because of the new law, to make sure that our

5    processes and procedures were, you know, correct.  So

6    just everything went on pause.

7        Q     Okay.  But money that had previously been

8    committed wasn't withheld in response to 7050.  Is

9    that accurate?

10            MR. DERIEUX:  Object to form.

11       A     I would say that's above my understanding.

12   I just know that, from my point and from leadership,

13   we had to pause everything and hold off starting

14   program until we restructure.

15   BY MR. CYCON:

16       Q     Does Poder LatinX have its own email

17   address?

18       A     Can you be more specific?

19       Q     So instead of @gmail.com, is there a

20   @PoderLatinX.com email address or something like

21   that?

22       A     Yes.

23       Q     Is there a separate Tides Advocacy email

24   address?

25       A     Yes.  Employees of Tides have both emails.

ROUGH DRAFT TRANSCRIPT

1      Q    Does contract staff get an email address

2 for Poder LatinX?

3      A    A Poder LatinX email, no.

4      Q    Do Poder LatinX employees ever use their

5 personal email addresses to conduct Poder LatinX

6 business?

7      A    Can you restate that again?

8      Q    Do Poder LatinX employees ever use their

9 personal email addresses to conduct Poder LatinX

10 business?

11      A    No, not that I'm aware of.

12      Q    Do Poder LatinX employees ever use

13 messaging apps to conduct business for the

14 organization?

15      A    Yes.

16      Q    Which messaging apps?

17      A    WhatsApp.

18      Q    Any others, like Signal, Dust?

19      A    Leadership does use Signal to communicate.

20      Q    Does Poder LatinX provide computers to its

21 employees?

22      A    If they don't have a personal computer,

23 then a computer can be provided to them.

24      Q    Does Poder LatinX use cloud computing, like

25 G Suite, to store documents?

ROUGH DRAFT TRANSCRIPT

```
 1        A     Yes.   I know that with the --
 2   @PoderLatinX.org is through Gmail.
 3        Q     And does Poder LatinX use Slack or Cisco or
 4   any of those other internal messaging?
 5        A     No, not that I'm aware of.
 6        Q     Does Poder LatinX provide cell phones for
 7   its employees?
 8        A     No.
 9        Q     Do Poder LatinX employees ever text each
10   other about Poder LatinX business?
11        A     Yes.   It could be possible.
12        Q     Does Poder LatinX have a document retention
13   policy?
14              MR. DERIEUX:   Object to form.
15        A     Can you be more specific?
16   BY MR. CYCON:
17        Q     For example, would there be a setting for
18   emails that they're automatically deleted after a
19   certain period of time?
20        A     I'm unaware.
21              (Exhibit No. 23 was marked.)
22   BY MR. CYCON:
23        Q     Introducing Exhibit 23.   Do you recognize
24   this document?
25        A     I believe I have seen this with my counsel.
```

ROUGH DRAFT TRANSCRIPT

1    Q    And if I scroll down, you'll see requests

2  for production on behalf of Secretary Byrd.  Have you

3  seen these before?

4    A    Yes.  We worked with our counsel to submit

5  the requests.

6    Q    How did Poder LatinX go about identifying

7  potentially responsive documents?

8         MR. DERIEUX:  Object to the extent it calls

9         for privilege and instruct the witness not to

10        reveal the content of conversations with

11        counsel.

12   A    I know that we worked with our counsel on

13  making sure that we provided what was asked.

14  BY MR. CYCON:

15   Q    Did Poder LatinX search G Suite?

16        MR. DERIEUX:  Object for privilege grounds,

17        instruct the witness not to reveal the content

18        of conversations with counsel.

19   A    I know that we searched and gave over what

20  we understood that counsel was asking for.

21  BY MR. CYCON:

22   Q    Did Poder LatinX search WhatsApp?

23        MR. DERIEUX:  Object on privilege grounds,

24        instruct the witness not to reveal the content

25        of conversations with counsel.

ROUGH DRAFT TRANSCRIPT

1      A    I believe everything we were asked for was

2   submitted to counsel.

3   BY MR. CYCON:

4      Q    Did Poder LatinX search employees' text

5   messages for potentially responsive documents?

6           MR. DERIEUX:  Object to the extent it calls

7       for privileged information, instruct the witness

8       not to reveal the content of conversations with

9       counsel.

10     A    We worked with our counsel to submit

11  documentation.

12  BY MR. CYCON:

13     Q    At this time, does Poder LatinX anticipate

14  producing any other documents in this case?

15          MR. DERIEUX:  Object on the same privilege

16      grounds, instruct the witness not to reveal the

17      content of conversations with counsel.

18     A    We will work with our counsel to see what

19  documentation would be needed to send.

20          MR. CYCON:  That's all the questions I

21      have.  I don't know if, Noah, the Office of the

22      Attorney General has any questions for the

23      witness.

24          MR. SJOSTROM:  The attorney general has no

25      additional questions.

ROUGH DRAFT TRANSCRIPT

```
 1              MR. CYCON:  Then, Counsel, it's to you.

 2              MR. DERIEUX:  Can we take a quick five

 3       minutes?

 4              MR. CYCON:  Sure.

 5              (Recess from 1:16 p.m. until 1:20 p.m.)

 6                     CROSS-EXAMINATION

 7    BY MR. DERIEUX:

 8       Q    Thank you, Ms. Wassmer.  I really think

 9    we'll be out of here very soon.  I just have a few

10    questions.

11              Do you recall Mr. Cycon walked you through

12    various noncompliance forms earlier in the morning

13    and this afternoon?  Do you?

14       A    Yes, correct.

15       Q    So I'm going to show some of those.  I'll

16    try to screen share here.  Are you seeing my screen?

17       A    Yes, I can see your screen.

18       Q    And I believe this is Exhibit 3 which

19    counsel introduced.  Do you recall seeing this

20    document?

21       A    Yes.

22       Q    And just before we get into the document,

23    just asking to be clear, who fills county information

24    on the applications?  Is it the voter or the

25    canvasser?
```

1          A     The voter.

2          Q     Thank you.  Okay.  Going back to Exhibit 3

3    here, if we go to page 2, do you see the column on

4    the far right that asks, untimely filed, question

5    mark?

6          A     The last column?  Yes.

7          Q     Do any of these applications appear to be

8    marked as having been untimely filed?

9          A     No.

10         Q     I'll move now to what was Exhibit 4.  Do

11   you recall seeing this document?

12         A     Correct.

13         Q     We'll go now to page 2.  Do any of the

14   applications listed there appear to be untimely

15   filed?

16         A     No.

17         Q     Exhibit 5, do you recall seeing this

18   exhibit?

19         A     Correct.

20         Q     Do any of the applications listed there

21   appear to be untimely filed?

22         A     No.

23         Q     Exhibit 6, do you recall this one?

24         A     Yes.

25         Q     Page 2, do any of the applications listed

ROUGH DRAFT TRANSCRIPT

1   there appear to have been untimely filed?

2       A    No.

3       Q    Exhibit 7, any of the applications listed

4   there, were they untimely filed?

5       A    No.

6       Q    Exhibit 8, was that application untimely

7   filed?

8       A    No.

9       Q    Exhibit 9, do you recall this exhibit?

10      A    Yes.

11      Q    Any of the applications listed there, were

12  they untimely filed, according to this document?

13      A    No.

14      Q    Exhibit 10, were any of the applications

15  listed there untimely filed, according to this

16  document?

17      A    No.

18      Q    Exhibit 11, were any of the applications

19  listed there untimely filed, according to this

20  document?

21      A    No.

22      Q    Exhibit 12, do you recall this exhibit?

23      A    Yes.

24      Q    Any of the applications listed there

25  untimely filed, according to this document?

ROUGH DRAFT TRANSCRIPT

1        A    No.

2        Q    Exhibit 13, any of those four applications

3   listed as untimely filed?

4        A    No.

5        Q    Exhibit 14, any of those applications

6   listed as untimely filed?

7        A    No.

8        Q    Exhibit 15, any of those applications

9   listed as untimely filed?

10       A    No.

11       Q    Exhibit 16, any of the applications listed

12  here, were they untimely filed, according to the

13  document?

14       A    No.

15       Q    Exhibit 17, were any of those four

16  applications listed as untimely filed, according to

17  this document?

18       A    No.

19       Q    Exhibit 18, any of those three applications

20  listed as untimely filed, according to this document?

21       A    No.

22       Q    Exhibit 19, according to this document,

23  were any of those applications that you discussed

24  with counsel listed as untimely filed?

25       A    No.

```
 1        Q     Exhibit 20, were any of the applications

 2   you discussed with counsel in this document listed as

 3   untimely filed?

 4        A     No.

 5        Q     Exhibit 21, there's a number of

 6   applications listed there.  You discussed this

 7   document with counsel.  Are any of those listed as

 8   having been untimely filed?

 9        A     No.

10        Q     And I guess that was the last of those.

11              So having reviewed these again,

12   Ms. Wassmer, do you understand that any of the forms

13   in the noncompliance forms Mr. Cycon showed you were

14   delivered late?

15        A     No.

16        Q     To your knowledge, were any of those forms

17   delivered after book closing?

18        A     No, they were not.

19        Q     To your knowledge, was any voter unable to

20   register as a result of the issue related to delivery

21   in the wrong county in the noncompliance forms?

22        A     No.  They shouldn't have had any issues.

23        Q     And just to be clear, since the

24   organization became aware of the issue with delivery

25   to the wrong county, did Poder LatinX change some of
```

ROUGH DRAFT TRANSCRIPT

1  its practices?

2      A    Yes, we have.

3      Q    And how did it do that again?

4      A    We decided to send them all to the State,

5  to not have this issue of sending it to the wrong

6  county.

7          MR. DERIEUX:  Okay.  That was it for me.

8      I'll reserve all other questions for Ms. Wassmer

9      for trial.

10          MR. CYCON:  No other questions from me.

11      Thank you, Ms. Wassmer.  I appreciate you making

12      the time and answering questions today.  Off the

13      record, please.

14          (The deposition concluded at 1:28 p.m.)

15

16

17

18

19

20

21

22

23

24

25

ROUGH DRAFT TRANSCRIPT