Florida State Conference of Branches and Youth Units of the NAACP

vs.

Cord Byrd

---

Deposition of:

Norka Martinez

December 21, 2023

*Vol 1*

---



Norka Martinez
December 21, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOs. 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

        Plaintiffs,
vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

        Defendants.
_____

REMOTE DEPOSITION OF NORKA MARTINEZ

(Taken Through a Spanish Interpreter)

Thursday, December 21, 2023

10:00 a.m. - 2:32 p.m.

LOCATION OF WITNESS:

Via Zoom

Orlando, Florida

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA

Job No.  340692

Norka Martinez
December 21, 2023

Page 2

```
 1    APPEARANCES: (All appearing via Zoom.)

 2      ON BEHALF OF THE PLAINTIFFS:

 3
        LATINOJUSTICE
 4      4700 Millenia Boulevard, #500
        Orlando, FL 32839
 5      321.250.2853
        BY: DELMARIA ALICEA, ESQUIRE
 6      dalicea@latinojustice.org
        BY: CESAR RUIZ, ESQUIRE
 7      cruiz@latinojustice.org
        BY: MIRANDA GALINDO, ESQUIRE
 8      mgalindo@latinojustice.org

 9      LATINOJUSTICE
        475 Riverside Drive, #1901
10      New York, NY 10115
        212.392.4752
11      BY: GHITA SCHWARZ, ESQUIRE
        gschwarz@latinojustice.org
12      BY: FULVIA VARGAS-De LEON, ESQUIRE
        fvargasdeleon@latinojustice.org

13

14
      ON BEHALF OF THE DEFENDANT SECRETARY OF STATE BYRD:
15

16      HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
        115 S. Monroe Street, #5
17      Tallahassee, FL  32301
        850.270.5938
18      BY: JOSHUA ELLIOTT PRATT, ESQUIRE
        jpratt@holtzmanvogel.com
19
        -and-
20
        FLORIDA DEPARTMENT OF STATE
21      500 S Bronough Street, #100
        Tallahassee, FL  32399
22      850.245.6536
        BY: ASHLEY E. DAVIS, ESQUIRE
23      ashley.davis@myfloridalegal.com
        BY:  JOSEPH VAN de BOGART, ESQUIRE
24      joseph.vandebogart@dos.myflorida.com

25
```

Norka Martinez
December 21, 2023

Page 3

```
 1    APPEARANCES: (Continued.)

 2     ON BEHALF OF DEFENDANT ASHLEY MOODY:

 3         OFFICE OF ATTORNEY GENERAL
           PL-01 The Capitol
 4         Tallahassee, FL  32399
           850.414.3300
 5         BY: NOAH TEMPLE SJOSTROM, ESQUIRE
           noah.sjostrom@myfloridalegal.com

 6

 7     ON BEHALF OF SOE OF CITRUS COUNTY:

 8         ROPER, P.A.
           2707 East Jefferson Street
 9         Orlando, FL  32803
           407.897.5150
10         BY: CHRISTINA M. LOCKE, ESQUIRE
           clocke@roperpa.com
11         BY:  DALE A. SCOTT, ESQUIRE
           dscott@roperpa.com
12
       ON BEHALF OF SOE OF ALACHUA COUNTY:
13
           ALACHUA COUNTY ATTORNEY'S OFFICE
14         12 SE 1st Street
           Gainesville, FL 32601
15         352.374.5218
           BY: ROBERT CHARLES SWAIN, ESQUIRE
16         bswain@alachuacounty.us

17
        ON BEHALF OF SOE OF HARDEE, EHNDRY HOLMES, LEVY
18      OKEECHOBEE AND GLADES:

19         HENDERSON STARNES & HOLT, PA
           1715 Monroe Street
20         Fort Myers, FL 33901
           239.344.1105
21         BY: G. BRIAN GRIFFIN, ESQUIRE
           brian.griffin@henlaw.com
22

23

24

25
```

Norka Martinez
December 21, 2023

Page 4

```
 1   APPEARANCES: (Continued)

 2     ON BEHALF OF SOE OF PALM BEACH COUNTY:

 3      THE MARKARIAN GROUP
        2925 PGA Boulevard, #204
 4      Palm Beach Gardens, FL  33410
        561.335.3213
 5      BY: JUANITA SOLIS, ESQUIRE
        juanita@forbusinessandlife.com
 6      BY: BEN KOON, ESQUIRE
        ben@forbusinessandlife.com
 7
       ALSO PRESENT:
 8
         Monika Golden, Interpreter
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Norka Martinez
December 21, 2023

Page 5

1                    I N D E X

2    WITNESS                                              PAGE

3
     NORKA MARTINEZ                                          8
4
        Direct Examination by Mr. Pratt                     8
5
        Cross Examination by Ms. Vargas                     89
6
     CERTIFICATE OF OATH FOR INTERPRETER                    91
7
     CERTIFICATE OF OATH FOR WITNESS                        92
8
     CERTIFICATE OF REPORTER                                93
9
     READ AND SIGN LETTER                                   94
10
     ERRATA SHEET                                           95
11

12

13
     (STENOGRAPHER'S NOTE:  All documents were sent to
14   Stenographer electronically.  A digital exhibit
     sticker was placed on the documents which were
15   marked during the proceeding.)

16

17                    INDEX OF EXHIBITS

18
     NO.          DESCRIPTION                              ID
19
     1   Notice of Taking Deposition                      11
20   2   Secretary of State's First Request               78
         for Production
21

22

23

24

25

Norka Martinez
December 21, 2023

Page 6

1    The following Zoom proceedings began at 10:00 a.m.

2         MS. VARGAS:  Although we may not be able

3    to stipulate to these translations, for

4    purposes of easing both the understanding of

5    the question being asked and the responses,

6    would it be okay, Interpreter, to use the word

7    encuestado for canvasser?

8         THE INTERPRETER:  Encuestado for what?

9         MS. VARGAS:  Canvasser.

10        THE INTERPRETER:  Okay.

11        MS. VARGAS:  And the word manipulacion to

12   mean handling.

13        And Mr. Pratt, just for ease, we'll note

14   any objections after your question, that way

15   any translations are done just together without

16   needing to go back and forth between objections

17   and the question being asked.

18        MR. PRATT:  Very good.  And I will try to

19   give ample time for any objections or for the

20   witness to get any clarification from the

21   interpreter.

22        THE INTERPRETER:  Or the interpreter from

23   the witness.  It happens.

24        MS. VARGAS:  To clarify, Ms. Alicea, also

25   with LatinoJustice, is present with

Norka Martinez
December 21, 2023

Page 7

1          Ms. Martinez for the sake of translating any

2          other translations that would be incorrect, but

3          all other objections will be made by me during

4          this call.

5               MR. PRATT:  Very good.  If there is

6          nothing further, Madam Court Reporter, we are

7          ready to go on record.

8               THE STENOGRAPHER:  I would ask the

9          Interpreter to raise her right hand.

10              Do you swear or affirm that you will truly

11         and accurately translate these proceedings from

12         English to Spanish and from Spanish to English,

13         to the best of your ability?

14              THE INTERPRETER:  Yes, I do.

15    Thereupon,

16              MONIKA GOLDEN, SPANISH INTERPRETER

17    was sworn to truly and correctly interpret English

18    into Spanish and Spanish into English.

19              THE STENOGRAPHER:  Please ask the witness

20         to raise their right hand.

21              Do you swear or affirm that the testimony

22         you are about to give will be the truth, the

23         whole truth, and nothing but the truth?

24              THE WITNESS:  I do.

25    Thereupon,

Norka Martinez
December 21, 2023

```
 1                     NORKA MARTINEZ
 2   having been first remotely duly sworn or affirmed,
 3   through a Spanish interpreter, as hereinafter
 4   certified, testified as follows:
 5                   DIRECT EXAMINATION
 6   BY MR. PRATT:
 7        Q    Good morning, Ms. Martinez.  How are you
 8   doing today?
 9        A    Good, thank God.
10        Q    My name is Joshua Pratt and I am an
11   attorney with the law firm of Holtzman Vogel, and we
12   represent the Secretary of State in this matter.
13             And thank you very much for your time
14   today.  Before I begin, do you prefer to go by
15   Ms. Martinez or another name?
16        A    That's fine like that.
17        Q    Thank you.
18             Ms. Martinez, would you please state your
19   full name and spell it for the record?
20        A    Norka, just like it is in the driver's
21   license, N-O-R-K-A, M-A-R-G-A-R-I-T-A,
22   M-A-R-T-I-N-E-Z, R-O-J-A-S.
23        Q    And Ms. Martinez, have you ever been
24   deposed before?
25        A    I don't understand.
```

Norka Martinez
December 21, 2023

```
 1        Q    Have you ever sat for a deposition like we
 2   are doing today where you're testifying with
 3   attorneys present?
 4        A    No.
 5        Q    And have you ever testified at a trial
 6   where a judge or a jury would have been present?
 7        A    No.
 8        Q    Understood.  Well, then at the outset what
 9   I would like to do is just explain to you a little
10   bit more about this deposition and set some ground
11   rules, if that's okay?
12        A    Okay.
13        Q    Ms. Martinez, do you understand that you
14   are under oath today?
15        A    Yes.
16        Q    And do you understand that the oath has
17   the same effect as if you were testifying in court?
18        A    Yes.
19        Q    Now, if your attorney objects today, those
20   objections will be handled at a later date.  But I
21   would ask you to please answer the question unless
22   your attorney instructs you not to answer.  Is that
23   okay?
24        A    Okay.
25        Q    And if any of my questions are ever
```

 1   unclear or confusing, please let me know and I will

 2   be happy to rephrase them.

 3       A    Okay.

 4       Q    And since we are taking this deposition

 5   over Zoom, I would appreciate it if for any answer,

 6   if you could please give a verbal response instead

 7   of any head shakes or uh-huhs.  Is that okay?

 8       A    Yes, that's fine.

 9       Q    Thank you.  And Ms. Martinez, if you ever

10   need to take a break, feel free to let us know and

11   we'll be happy to pause.  The only thing I would ask

12   is that you please try to answer any question that's

13   pending first.

14       A    Okay.

15       Q    And Ms. Martinez, is there any reason that

16   you are aware of that you may not be able to answer

17   any questions truthfully or honestly today?

18       A    No.

19       Q    Okay.  And then since we're doing today's

20   deposition through a translator, it may take a

21   little bit longer than ordinary, but I will

22   definitely try to be cognizant of your time and we

23   will also take a break for lunch before the

24   afternoon session.

25       A    Okay.

1      Q    And finally, Ms. Martinez, at some point

2    during today's deposition you may remember something

3    or recall something that relates to an earlier

4    question.  If that occurs, feel free to let me know

5    or make any clarifications as necessary.  Okay?

6         A    Okay.

7              MR. PRATT:  Okay.  At this time what I

8         would like to do is place into the Zoom Chat

9         function what I will designate as Exhibit 1.

10             (Exhibit 1 was marked for identification.)

11             MR. PRATT:  Ms. Vargas, just a quick

12        question.

13             Is it easier for you if I share things on

14        the screen for exhibits for the witness, for

15        the translation to occur, or is it easier for

16        the witness to open the exhibits?

17             I guess since the translator is in another

18        room, it's probably easier to share on screen?

19             MS. VARGAS:  Yes, sharing screen is

20        easier.

21    BY MR. PRATT:

22        Q    What I am going to do is share my screen

23    to show this exhibit to the witness.

24             Now Ms. Martinez, do you recognize the

25    exhibit that we have put up on the screen?

Page 12

1      A    Yes.

2      Q    And this is the deposition notice that is

3   for your deposition today, is that correct?

4           THE INTERPRETER:  And this is what?

5   BY MR. PRATT:

6      Q    And this is the deposition notice that is

7   for your deposition today, is that correct?

8      A    Yes.

9      Q    Thank you.  And Ms. Martinez, how did you

10  prepare for today's deposition, generally speaking?

11          MS. VARGAS:  Objection, privilege.  You

12       may answer, but not to reveal the context of

13       any communications with counsel.

14          THE INTERPRETER:  I'm sorry, what was the

15       original question?

16  BY MR. PRATT:

17     Q    How did you prepare for today's

18  deposition, generally speaking?

19          For clarification, my questions will not

20  ask or require any conversations with your attorneys

21  or any confidential information they may have

22  provided you.  This is solely with respect to your

23  process for preparing for today.

24          THE INTERPRETER:  No conversation or no --

25          MR. PRATT:  -- or any confidential

Norka Martinez
December 21, 2023

Page 13

```
 1        documents that you may have received from your

 2        attorneys.

 3        A    Is that a question that you are asking me?

 4   BY MR. PRATT:

 5        Q    Yes, ma'am.  The question remains, how did

 6   you prepare for today's deposition, generally

 7   speaking?

 8        A    We reviewed some documents with my

 9   attorney.

10        Q    And how many sessions did you have with

11   your attorneys to prepare for today's deposition?

12        A    Several sessions.

13        Q    How long would you estimate each session

14   was to last or to have lasted, rather?

15        A    One hour.

16        Q    And would you mind stating how many

17   sessions total it was?

18        A    No, I didn't count them, but four, five.

19   I don't know.

20        Q    That's okay.  And aside from any attorneys

21   who were present during these prep sessions, was

22   anyone else in the room with you?

23        A    No.

24        Q    And aside from any conversations you may

25   have had with your attorneys, did you speak with
```

Norka Martinez
December 21, 2023

1    anyone else in preparation for today's deposition?

2        A    No.

3        Q    And aside from any privileged documents

4    you may have received from your attorneys, did you

5    review any documents in preparation for today's

6    deposition?

7            MS. VARGAS:  Objection, privileged,

8        timing.  And I instruct her not to reveal the

9        content of any communication with counsel.

10       A    I did whatever my attorneys asked me to

11   do.

12   BY MR. PRATT:

13       Q    Ms. Martinez, have you produced any

14   documents in this case?

15       A    I don't understand the question.

16       Q    Do you know -- or scratch that.

17           During the course of this case, have you

18   provided any documents to your attorneys for

19   potential production?

20       A    I still don't understand the question.

21           MS. VARGAS:  Objection to privilege.  You

22       may answer the question, but do not reveal the

23       contents of any communication with counsel.

24           MR. PRATT:  Understood.  And I will

25       withdraw the question and address it later on

Norka Martinez
December 21, 2023

Page 15

 1      in the deposition.

 2   BY MR. PRATT:

 3      Q    So aside from speaking with your attorneys

 4   and reviewing any documents they may have provided

 5   to you, how did you prepare for today's deposition?

 6      A    My preparation consisted in the sessions

 7   that I had along with my attorneys.

 8      Q    So aside from those sessions with your

 9   attorneys, did you do any research to prepare for

10   today's deposition?

11      A    No.

12      Q    And aside from any documents given to you

13   by your attorneys, did you review any documents in

14   preparation for today's deposition?

15           THE INTERPRETER:  I'm sorry, besides any

16      documents given to you by your attorneys, did

17      you --

18           MR. PRATT:  -- review any documents in

19      preparation for today's deposition.

20      A    No, I reviewed the documents that my

21   attorneys asked me to review.

22   BY MR. PRATT:

23      Q    Understood.  Thank you.  Now Ms. Martinez,

24   would you mind sharing with us a little bit about

25   your background?

Page 16

```
 1       A     Yes.  Yes.  I can share it.
 2       Q     Sure.  So for starters, where were you
 3   born, Ms. Martinez?
 4       A     I was born in Venezuela.
 5       Q     Other than Venezuela, have you lived in
 6   any other countries besides the United States?
 7             MS. VARGAS:  Object to form.
 8       A     No.
 9   BY MR. PRATT:
10       Q     How long did you reside in Venezuela?
11       A     Until February of 2017.
12       Q     And after February of 2017, where did you
13   then reside?
14       A     I came here to the United States.
15       Q     And what caused you to want to move to the
16   United States?
17             MS. VARGAS:  Objection to form.
18       A     My husband was in danger at the work -- at
19   the job where he was working at and that's the
20   reason why we came here.
21   BY MR. PRATT:
22       Q     I'm sorry to hear that he was in danger
23   there.
24       A     Thank you.
25       Q     Since moving to the United States, have
```

Norka Martinez
December 21, 2023

```
 1   you lived in any other states other than Florida?

 2       A     No.

 3       Q     Generally speaking, where have you lived

 4   in Florida?

 5       A     In Orange County and Osceola County.

 6       Q     Now Ms. Martinez, I would now like to turn

 7   to discuss any places you volunteered since residing

 8   in Florida.

 9             THE INTERPRETER:  I'm sorry, can you,

10        please repeat the question?

11   BY MR. PRATT:

12       Q     Ms. Martinez I would now like to turn to

13   discuss any places you volunteered in Florida.

14             MS. VARGAS:  Objection to translation.

15             THE INTERPRETER:  I'm sorry, what was the

16        question again?

17   BY MR. PRATT:

18       Q     I would now like to turn to discussing any

19   places you volunteered since residing in Florida.

20             THE INTERPRETER:  Places you volunteered?

21             MR. PRATT:  Yes, ma'am.

22             THE INTERPRETER:  Can you please clarify

23        volunteered?

24             MR. PRATT:  Sure.  Like we'll get into it,

25        it will be things like community service, like
```

Page 18

```
 1      nonemployment.
 2              THE INTERPRETER:  Okay. I am sorry, I
 3      don't know anything about the case.
 4              MR. PRATT:  No problem.
 5              THE INTERPRETER:  Thank you.
 6              So the original question, tell me about
 7      the places where you volunteered?
 8              MR. PRATT:  It's kind of a predicate.
 9   BY MR. PRATT:
10      Q    So now turning to discuss your volunteer
11   you have worked, if any, in Florida.
12              Now Ms. Martinez, since residing in
13   Florida, have you volunteered with any organizations
14   here?
15              MS. VARGAS:  Objection to form.
16      A    No, I don't understand the question.
17   BY MR. PRATT:
18      Q    Sure.  So setting aside any employment you
19   have had where you received compensation, I am
20   asking have you done any work for any charitable
21   organizations, churches, any sort of volunteer work
22   that's nonpaid?
23      A    No.
24              MS. VARGAS:  Objection to form.
25
```

1    BY MR. PRATT:

2         Q    So no volunteer work that would be unpaid

3    for any political campaigns?

4         A    No.

5         Q    Ms. Martinez, I would now like to turn to

6    discuss each job you have had since residing in the

7    United States.

8              Ms. Martinez, are you currently employed?

9         A    Yes.

10        Q    Where are you currently employed?

11        A    I am an agent for life insurance and I

12   work for an association called Lincoln Heritage.

13        Q    And how long have you worked as a life

14   insurance agent for Lincoln Heritage?

15        A    Since mid July of this year.

16        Q    Where were you employed prior to working

17   at Lincoln Heritage?

18        A    In an organization called Mi Vecino.

19        Q    How long did you work at Mi Vecino for?

20        A    More than a year.

21        Q    Prior to working at Mi Vecino, did you

22   work anywhere else?

23        A    Yes.

24        Q    Where did you work prior to Mi Vecino?

25        A    Amazon.

Norka Martinez
December 21, 2023

Page 20

```
 1        Q    Did you work anywhere else before Amazon?

 2        A    Yes.

 3        Q    Where was that?

 4        A    Calvin Klein.

 5        Q    And before Calvin Klein?

 6        A    I don't recall.  I have had a lot of jobs.

 7        Q    Understood.  Other than Mi Vecino, have

 8   you ever been employed by other third-party voter

 9   registration organizations?

10        A    Yes.

11        Q    Which other third-party voter registration

12   organizations have you worked for?

13        A    Mi Familia Vota.

14        Q    Other than Mi Familia Vota and Mi Vecino,

15   have you ever worked for any other third-party voter

16   registration organizations in Florida?

17        A    No.

18        Q    Have you ever worked for a third-party

19   voter regulation organization called Hard Knocks?

20        A    I did work for Hard Knocks, but not

21   registering voters.

22        Q    Understood.  Thank you.

23             During what time period did you work for

24   Mi Familia Vota?

25        A    I don't recall.  Honestly, I don't recall
```

1   the electoral process that we were working there.

2       Q    That's okay.  Do you happen to recall

3   maybe for how long you may have worked at Mi Familia

4   Vota?

5       A    I believe, at most, three months.

6       Q    And the same question for Hard Knocks; do

7   you happen to recall perhaps how long you may have

8   worked there for?

9       A    Well, precisely I don't recall; two

10  months.  The campaign was short because we weren't

11  working for the electoral process election.

12      Q    And Ms. Martinez, if I refer to

13  third-party voter registration organizations as

14  3PVROs, will you understand what I am referring?

15           THE INTERPRETER:  3PVROs?

16           MR. PRATT:  Yes, ma'am.

17           THE INTERPRETER:  Okay.

18      A    I don't understand.

19  BY MR. PRATT:

20      Q    Sure.  I will represent to you that the

21  term 3PVRO means the same thing as third-party voter

22  registration organization.

23           MS. ALICEA:  Objection to translation.

24      The translator is adding an extra P in the

25      translation, there is only one P.

Page 22

```
 1                THE INTERPRETER:  So it's 3PVRO?

 2                MR. PRATT:  Yes, ma'am.

 3                THE INTERPRETER:  Okay.  I'm sorry.

 4                MR. PRATT:  No, problem.

 5       A    So what the attorney is trying to do is he

 6   is trying to just use letters to mean all of that,

 7   is that what I'm understanding?

 8   BY MR. PRATT:

 9       Q    Yes, ma'am.  As a way of shorthand for

10   referring to the term third-party voter registration

11   organization, I may use the term 3PVRO.

12       A    That's fine.

13       Q    Okay.

14                MS. ALICEA:  If I may interject here, it

15                doesn't translate into Spanish as the same

16                thing.

17                3PVRO is just an acronym for the English

18                translation, so there may be some confusion in

19                the question and the following interpretation.

20                So I'm not sure -- I know it's going to

21                extend a little bit of the questioning, but for

22                the sake of being able to accurately interpret

23                the question, it may be helpful to just use the

24                whole term.

25                MR. PRATT:  Sure, and I will do my best to
```

Page 23

```
 1        do that.
 2              THE WITNESS:  Yes, and I am also going to
 3        withdraw what I previously said.  I would like
 4        for everything to be said and not abbreviated.
 5              MR. PRATT:  Understood.
 6  BY MR. PRATT:
 7        Q    Ms. Martinez, are you familiar with the
 8  term third-party voter registration organization?
 9        A    The word third party, I don't know.
10  That's the first time that I hear, I hear that.
11        Q    No problem.  I will represent to you that
12  Mi Vecino and Mi Familia Vota and Hard Knocks are
13  all third-party voter registration organizations.
14        A    Okay.
15        Q    And I will also represent to you that a
16  third-party voter registration organization is an
17  organization that receives completed voter
18  registration applications and turns them into
19  Florida election officials.
20              Now Ms. Martinez, with those
21  representations, will you understand now what I mean
22  when I refer to a third-party voter registration
23  organization?
24        A    Do I have to give an answer?
25        Q    Yes, ma'am.  Would you mind answering,
```

     1    with the representations that I just made, will you

     2    understand what I mean when I refer to a third-party

     3    voter registration organization?

     4         A    Yes.

     5         Q    Thank you.  And Ms. Martinez, what sort of

     6    work did you do at Mi Vecino when you were employed

     7    there?

     8         A    As a canvasser.

     9         Q    When you were employed at Mi Familia Vota,

    10    were you also a canvasser there?

    11         A    Yes.

    12         Q    While working at Mi Vecino and then Mi

    13    Familia Vota, did you do any other work other than

    14    as a canvasser?

    15              MS. VARGAS:  Object to form.

    16         A    No.

    17    BY MR. PRATT:

    18         Q    And I believe you mentioned earlier at

    19    Hard Knocks that you did not work as a canvasser, is

    20    that correct?

    21         A    I was also a canvasser with Hard Knocks,

    22    but it was not for the electoral process.  It was

    23    for a school project here in Florida.

    24         Q    So when you say it was not part of the

    25    process, are you referring to -- would you mind

Norka Martinez
December 21, 2023

Page 25

```
 1    sharing with us what other type of work you were

 2    doing more specifically at Hard Knocks?

 3         A    It was as a canvasser, but it was related

 4    to some schools.

 5              MS. ALICEA:  Objection to translation of

 6         the answer.  She said she was doing surveys.

 7              THE INTERPRETER:  The interpreter corrects

 8         herself.  She did say encuesta, survey.  I

 9         apologize.  Thank you.

10              MR. PRATT:  No problem.

11    BY MR. PRATT:

12         Q    Do you know what these surveys were to be

13    used for?

14         A    No.

15         Q    Do you know whether the surveys were

16    inviting voters to sign what is commonly referred to

17    as a petition to have something added to the Florida

18    Constitution?

19              MS. VARGAS:  Objection to form.

20         A    I don't understand the question.

21    BY MR. PRATT:

22         Q    Do you know whether the subject matter of

23    the surveys was asking whether voters wanted to

24    amend Florida's Constitution?

25         A    What surveys?
```

Norka Martinez
December 21, 2023

1      Q      My apologies if I misspoke.  I believe you

2   mentioned that you were conducting or collecting

3   surveys when you worked for Hard Knocks.

4      A      No, it did not include that question.

5      Q      And Ms. Martinez, when you worked for

6   Mi Vecino, generally speaking, where was that work

7   done in Florida?

8      A      In Osceola County.

9      Q      And while you were working as a canvasser

10  for Mi Vecino, was that to receive completed voter

11  registration applications from potential voters?

12           MS. VARGAS:  Objection to form.

13     A      I don't understand the question.  It

14  doesn't seem like -- well, I mean, I don't

15  understand it.

16  BY MR. PRATT:

17     Q      I will rephrase then.

18           When you worked for Mi Vecino, did you

19  work for them as a canvasser?

20     A      Yes.

21     Q      What did your job as a canvasser for

22  Mi Vecino entail?

23     A      Well, I would speak to people and I tried

24  to find out if they were registered to vote, if they

25  could vote, and then find out if they were

Page 27

1  registered to vote.

2          And then they said that they were -- then

3  they said that if they were not registered, then I

4  would register them; or if they had changed their

5  address, then they would make their address current.

6          That is the service that I gave to the

7  community.

8      **Q     And when you mentioned that you would**

9  **register voters, what did that entail?**

10     A    Well, they would fill out the application

11 that the Supervisor of Elections had provided us for

12 the registration process.

13     **Q     And while you were working as a canvasser**

14 **for Mi Vecino, what would you do after a voter would**

15 **fill out a voter registration application?**

16     A    At the end of my -- the late work, I would

17 go and take the paperwork to the office.

18     **Q     Which office would you take that paperwork**

19 **to?**

20         MS. ALICEA:  Objection to translation, she

21     did not say paperwork.

22         THE INTERPRETER:  Excuse me, may the

23     interpreter look up that word?

24         MS. VARGAS:  We have no objection to that.

25         MR. PRATT:  Go ahead.

```
 1              THE INTERPRETER:  Spreadsheets.  Let me
 2        just clarify and make sure.  Is that okay?
 3        Just to make sure.
 4              MS. ALICEA:  I don't think that's the
 5        appropriate translation.
 6              THE INTERPRETER:  That's why I was going
 7        to look for another terminology.
 8              MS. ALICEA:  Thank you.
 9              THE INTERPRETER:  Thank you.
10              Well, we have several things.  We have
11        planilla could be payroll, planilla could be
12        staff, planilla could be form, planilla could
13        be a balance sheet and account audit, it could
14        a site page, it could be a spreadsheet, a
15        table.
16              May I ask to clarify what she means by
17        planilla?
18              MS. VARGAS:  Yes, please.
19        A    It's the form that's filled out for the
20   first time by the voters, or if they want to make --
21   if they want to make their address current, if they
22   want to update their information.
23   BY MR. PRATT:
24        Q    And would that form also include if a
25   voter wanted to register for the first time?
```

Norka Martinez
December 21, 2023

Page 29

1        A     Yes.

2        Q     And where would you bring these completed

3    voter registration application forms to?

4        A     To my neighbor's offices.

5              MS. ALICEA:  Objection to translation.

6        Mi Vecino is an organization, not a neighbor.

7              THE INTERPRETER:  I'm sorry, not a

8        neighbor.  I'm sorry, thank you about that.

9        A     To my Mi Vecino offices.

10             THE INTERPRETER:  Sorry about that.

11             MR. PRATT:  Understood.  I understand the

12       double translation for it.

13   BY MR. PRATT:

14       Q     Ms. Martinez, was there just one office

15   that you would bring these completed voter

16   registration application forms to?

17       A     Yes.

18       Q     And when you worked at Mi Familia Vota as

19   a canvasser, were your duties similar to those at

20   Mi Vecino?

21       A     Yes.

22       Q     Other than these canvassing activities

23   that we just discussed, did you do anything, any

24   other type of work at Mi Vecino after you had

25   delivered these completed voter registration

1   applications to the office?

2           MS. VARGAS:  Objection to form.

3       A    No.

4   BY MR. PRATT:

5       Q    So would you ever at Mi Vecino help to

6   review completed voter registration applications

7   after they were brought back to the office?

8       A    No.

9       Q    And the same question for Mi Familia Vota?

10      A    No.

11      Q    And was it ever your responsibility at

12  Mi Vecino to ensure that the completed voter

13  registration applications were sent to the relevant

14  elections official?

15          THE INTERPRETER:  I'm sorry, was given to

16      whom, the form?

17          MR. PRATT:  The correct elections

18      official.

19      A    Could you please repeat the question?

20  BY MR. PRATT:

21      Q    Sure.  So while you worked at Mi Vecino,

22  was it ever your responsibility to take completed

23  voter registration applications to the post office

24  for mailing?

25      A    No.

1      Q    And while working at Mi Vecino, was it

2  ever your responsibility to take completed voter

3  registration applications to either the Supervisor

4  of Elections or to the Florida Department of State?

5      A    No.

6           MS. VARGAS:  Mr. Pratt, if I may, I know

7      we are at the one-hour mark.  I would like to

8      see if it was a natural place in your line of

9      questioning for us to take a quick break?

10          MR. PRATT:  Sure.  How long would you like

11     to take?

12          MS. VARGAS:  At least 15 minutes.

13          MR. PRATT:  Sure.  Let's plan on going

14     back on the record 11:20.

15          Madam Court Reporter, we can pause.

16          (A recess took place from 11:05 a.m. to

17     11:20 a.m.)

18          MR. PRATT:  Please go back on the record.

19          THE STENOGRAPHER:  On the record.

20  BY MR. PRATT:

21     Q    Ms. Martinez, are you currently employed

22  by any third-party voter registration organization?

23     A    No.

24     Q    Do you intend to seek employment with a

25  third-party voter registration organization in

Page 32

 1    **Florida in the future?**

 2        A    If I have the opportunity to go back to

 3    Mi Vecino, I would do that again.

 4        Q    **Have you reached out to Mi Vecino to**

 5    **express your interest in seeking employment with**

 6    **them again?**

 7        A    Hold on.  I am organizing my thoughts.

 8        Q    **Take your time.**

 9        A    If there is an opportunity for me to go

10    back to Mi Vecino, I would do that again.  That's

11    what I said to my supervisor.

12        Q    **And when you were employed at Mi Vecino,**

13    **how many weeks or how many hours per week did you**

14    **ordinarily work?**

15        A    30.

16        Q    **And when you worked at Mi Familia Vota,**

17    **approximately how many hours a week would you**

18    **ordinarily work?**

19        A    The same, 30.

20        Q    **And when you worked at Mi Vecino, were you**

21    **paid by the hour or were you paid by a salary?**

22        A    By the hour.

23        Q    **And would the answer be the same for**

24    **Mi Familia Vota?**

25        A    Yes.

Page 33

```
 1        Q     Why did you leave your employment at
 2   Mi Vecino?
 3             THE INTERPRETER:  Just to clarify, this is
 4        for the interpreter.
 5             We said planilla was -- we gave an
 6        explanation of planilla was, but we had a lot
 7        of different translations from the
 8        dictionary -- planilla, which she was referring
 9        to, I think it was the registration voter form.
10        Just interpret it registration form?
11             MS. ALICEA:  Mr. Pratt, would you be okay
12        that we stipulate that the meaning is form?
13             MR. PRATT:  I stipulate the meaning of
14        which word that I use --
15             MS. ALICEA:  No, I am sorry, it's in the
16        answer.
17             Ms. Martinez is saying planilla, and that
18        has several meanings.  And in the context, the
19        most appropriate meaning would be form.  She is
20        referring to the voter registration forms.
21             MR. PRATT:  Understood.  Since I am not a
22        native Spanish speaker, I can't necessarily
23        stipulate, but I understand that that's how the
24        translator will translate it, and I trust that
25        the translation will be made to the best of her
```

Page 34

1        knowledge and ability.

2              MS. ALICEA:  Thank you.

3              THE INTERPRETER:  Just to make sure, I am

4        looking here -- and planilla, form, they say

5        here as data, like a data sheet, planilla.  So

6        I am looking at Word Reference.  Okay.

7              So that's one of the translations offered

8        in wordreference.com.

9              Okay.  So the answer was:

10       A    Well, since the law came out, it prohibits

11   me from handling forms to register voters.

12   BY MR. PRATT:

13       **Q    And why did you decide to leave employment**

14   **at Mi Familia Vota?**

15       A    Well, the work with Mi Familia Vota, that

16   was something temporary, it was seasonal, it was

17   something previously determined.

18       **Q    And why did you decide to leave employment**

19   **from Hard Knocks?**

20             MS. VARGAS:  Objection to form.

21       A    My employment with Hard Knocks, that was

22   only going to last while the survey with the school

23   was going on.  And then after that, it was done.

24   BY MR. PRATT:

25       **Q    And why did you decide to accept**

Norka Martinez
December 21, 2023

Page 35

1    employment with Lincoln Heritage as a life insurance

2    agent?

3        A    Well, because when I was forced to leave

4    Mi Vecino, I had been without work for more than one

5    month, so I got my license as an insurance agent.

6        Q    Do you know whether you are allowed to

7    hold other employment while working at Lincoln

8    Heritage?

9            MS. VARGAS:  Form.

10       A    I don't understand the question.

11   BY MR. PRATT:

12       Q    Do you know whether employees at Lincoln

13   Heritage are allowed to work for other companies or

14   have other jobs?

15           MS. VARGAS:  Objection to form.

16           THE INTERPRETER:  May I ask her to repeat

17       part of the answer?

18           MR. PRATT:  You may.

19       A    Well, we are independent contractors, so

20   we can arrange our time as it is more convenient for

21   us.  We can either work a hundred percent as an

22   insurance -- as an insurance agent or you can get

23   another part-time.

24   BY MR. PRATT:

25       Q    And how do you know that Lincoln Heritage

Norka Martinez
December 21, 2023

1    **allows its independent contractor insurance agents**

2    **to work for other companies or other businesses?**

3                MS. VARGAS:  Objection to form.

4        A    Well, because Lincoln -- I am not a --

5    Lincoln Heritage is not a company that is -- that --

6                THE INTERPRETER:  May I just look up one

7        word?

8                MR. PRATT:  You may.

9                THE INTERPRETER:  Thank you.

10       A    Because Lincoln Heritage is not a company

11   that has its agents like prisoners.  As an

12   insurance -- you can -- as an insurance agent, you

13   can work with them or you can choose to work

14   elsewhere part-time.

15   BY MR. PRATT:

16       **Q    Do you consider your employment as an**

17   **independent contractor with Lincoln Heritage to be**

18   **full-time employment?**

19       A    Yes, at this moment, I am dedicating

20   100 percent of my time to Lincoln Heritage.

21       **Q    And how many hours per week do you work**

22   **for Lincoln Heritage?**

23       A    As much as I would like.  I can work more

24   than 40 hours if I would like to.  It's my own

25   business.

```
 1        Q     Do you sometimes work more than 40 hours?

 2        A     No.

 3              Can you please repeat?

 4        Q     Sure.  Do you sometimes work more than 40

 5   hours on your work for Lincoln Heritage?

 6        A     Yes.

 7        Q     How are you paid by Lincoln Heritage?

 8        A     I don't understand the question.

 9        Q     Are you paid hourly or are you paid per

10   project completed?  Are you paid by some other

11   metric of measurement?

12              MS. VARGAS:  Object to form.

13        A     Each closed policy, they pay me for each

14   policy that's been sold.

15   BY MR. PRATT:

16        Q     I know talking about money can make some

17   uncomfortable, so I will try to be very respectful

18   on my questioning, on this line of questioning, if

19   that's okay.

20              THE INTERPRETER:  I am going to try to

21        make it more --

22              MR. PRATT:  I will try to be as polite as

23        possible on this subject.

24   BY MR. PRATT:

25        Q     Working as a life insurance agent for
```

Norka Martinez
December 21, 2023

Page 38

1    Lincoln Heritage, do you make more or less money
2    than you did when working for Mi Vecino?
3         A    As an insurance agent, I make more money.
4         Q    Do you have any current plans to leave
5    your employment at Lincoln Heritage?
6         A    No.
7         Q    And you mentioned that you had the ability
8    to work in excess of 40 hours per week at Lincoln
9    Heritage, is that correct?
10        A    Yes.
11        Q    Looking at your schedule, does it provide
12   in your view for much time for other employment?
13        A    Well, supposedly, if I take part-time --
14   well, you can't work more than eight hours with
15   Lincoln.
16        Q    Do you intend to take part-time in the
17   future?
18             MS. VARGAS:  Object to form.
19        A    Yes, if I am -- if I go back to Mi Vecino,
20   then I would work part-time with Lincoln.
21   BY MR. PRATT:
22        Q    Would you rather work part-time for
23   Lincoln and work at Mi Vecino, or would you prefer
24   to work full-time at Lincoln?
25             MS. VARGAS:  Object to form.

1      A      Well, with Mi Vecino, it allows me to

2   provide services to my community and that made me

3   feel good.  That's what I would like to do with

4   Mi Vecino.

5              If I could, and if I had the opportunity,

6   I would work part-time and help my community with

7   Mi Vecino.

8   BY MR. PRATT:

9      Q      Other than your time working at Mi Vecino

10   and Mi Familia Vota, have you ever worked as a

11   canvasser for any other third-party voter

12   registration organization in the United States?

13              MS. VARGAS:  Object to form.

14      A      No.

15   BY MR. PRATT:

16      Q      Do you know whether Mi Vecino has what

17   someone might commonly call members?

18      A      I don't understand the question.

19      Q      Sure.  So some organizations have an

20   ability for someone to pay membership dues to be a

21   member or to otherwise be affiliated with them as

22   part of their group.

23              So my question is:  Does, to your

24   knowledge, Mi Vecino have membership?

25      A      That I know of?  No.

Norka Martinez
December 21, 2023

Page 40

1       Q      So to your knowledge, are you a member of

2   Mi Vecino either by a paid membership or otherwise?

3       A      I was a Mi Vecino employee.

4       Q      Understood.  So other than your past

5   employment with Mi Vecino, do you have any other

6   relationship with Mi Vecino?

7              (Short pause.)

8   BY MR. PRATT:

9       Q      When you worked for Mi Vecino --

10              THE INTERPRETER:  I don't think she

11       responded.

12              MR. PRATT:  I heard her say no.

13       A      No.

14   BY MR. PRATT:

15       Q      Ms. Martinez, would you mind just

16   describing for us generally what a day would look

17   like when you were a canvasser for Mi Vecino?

18       A      Yes.  Well, I would -- I love talking to

19   people.  I would talk to people, I love that.

20              I would ask if they voted.  If they said

21   yes, then I would give them the form to fill out; or

22   maybe they needed to change their address.

23              Or I would ask them if they wanted to

24   receive their vote by mail, or if they needed to

25   reregister, or to modify the registration.  I would

1   give them the form and the person would then fill

2   out the form.

3           MS. ALICEA:  I would like to object to the

4       translation.  She also asked them if they were

5       citizens before providing the form.

6   BY MR. PRATT:

7       Q    **After the voters would interact with --**

8           THE INTERPRETER:  Excuse me.  May I just

9       instruct the witness to provide her answer and

10      let me interpret; and then provide again her

11      answer if she wants to continue.  That way --

12          MR. PRATT:  Sure, break it up in sections?

13          THE INTERPRETER:  Yes.

14  BY MR. PRATT:

15      Q    **After you would receive the completed**

16  **voter registration application forms, would you mind**

17  **just describing for us what the process would**

18  **generally look like next when you worked at**

19  **Mi Vecino?**

20      A    When the person would give back to me the

21  form, I would make sure that all the fields were

22  filled out properly.

23          And that's how I -- the day evolved, so

24  that I could complete my workday.

25          And that was until the end of the day.  So

Page 42

1    then I would bring all the filled forms to my -- to

2    the offices of Mi Vecino.

3         Q    And do you know what Mi Vecino would do

4    with the forms after you turned them into the

5    office?

6         A    No.

7         Q    Do you have any knowledge about their

8    process for conducting further reviews of the forms

9    turned in?

10             MS. VARGAS:  Objection to form.

11             THE INTERPRETER:  May I just ask her to

12        break it up?

13             MR. PRATT:  You may.

14        A    There was one day a week where all of the

15   forms from the prior week were given to the office

16   of the Supervisor of Elections for the county.

17             The forms were taken to the Supervisor of

18   Elections of each county.

19             That is all.

20   BY MR. PRATT:

21        Q    And during your time at Mi Vecino, did you

22   ever receive any training about how to conduct your

23   canvassing jobs?

24        A    Yes.

25        Q    What type of training did you receive from

Page 43

1    Mi Vecino as a canvasser?

2        A    How to fill out each form, the importance

3    of each field to fill out.

4                THE INTERPRETER:  May I clarify a word?

5                MR. PRATT:  You may.

6        A    They insisted that we had to respect the

7    forms.  We had to -- we had to follow the orders of

8    the Supervisor of Elections to -- related to the

9    fields on the form; they had to be filled out, which

10   was more important, ones that needed to be filled

11   out.

12   BY MR. PRATT:

13       Q    How often did you receive

14   canvasser-related training from Mi Vecino?

15       A    No, whenever there was a new canvasser,

16   then we would be calling in for training.  But, no.

17       Q    Do you know whether Mi Vecino, during your

18   time employed there, maintained any policies related

19   to its canvassers' activities?

20                MS. VARGAS:  Objection to form.

21       A    I don't understand.

22   BY MR. PRATT:

23       Q    Sure.  While working at Mi Vecino, did you

24   become aware of any policies that Mi Vecino had that

25   applied to its canvassers?

Norka Martinez
December 21, 2023

Page 44

```
 1              THE INTERPRETER:  Ex-canvassers?

 2              MR. PRATT:  Its canvassers, I-T-S.

 3              THE INTERPRETER:  Its canvassers.  Okay.

 4      A    I am still without understanding the

 5   question.

 6   BY MR. PRATT:

 7      Q    Sure.  So we've just been talking about

 8   trainings that you received as a canvasser at

 9   Mi Vecino.  So what I am trying to understand is did

10   Mi Vecino have any policies in place that kind of

11   governed how canvassers were supposed to conduct

12   themselves while canvassing?

13              MS. VARGAS:  Objection to form.

14      A    Whomever wanted to keep their job, they

15   had to fulfill whatever was required from the

16   training, which is what the Supervisor of Elections

17   was requiring.

18   BY MR. PRATT:

19      Q    So aside from the training that you

20   received from Mi Vecino, did you ever receive any

21   other materials like an employee handbook or

22   something like that?

23              MS. VARGAS:  Objection to form.

24      A    I don't know what it is, what they call

25   the employee handbook.
```

Norka Martinez
December 21, 2023

Page 45

```
 1              MS. ALICEA:  I am going to object to the
 2         translation.  I think there was an issue with
 3         the translation.
 4              Yes, because you said handbook and it was
 5         translated as libreto.  If the translator can
 6         find an alternative translation that's more
 7         within our context.
 8              THE INTERPRETER:  How about manual?
 9              MS. ALICEA:  Yes, that is better.  Thank
10         you.
11         A    No.
12    BY MR. PRATT:
13         Q    So while working at Mi Vecino, did you
14    ever receive any written training materials or other
15    materials regarding how to perform your canvasser
16    responsibilities?
17         A    I don't recall if it was a handbook, but
18    they would give us the form which would highlight
19    the fields that were -- that were obligated to be
20    filled out.
21         Q    Do you still possess any of those written
22    materials that you received from Mi Vecino?
23         A    No.
24         Q    And after you and the other canvassers
25    would turn in completed voter registration
```

Page 46

1    applications to the Mi Vecino office, do you know

2    whether Mi Vecino would conduct any further quality

3    control checks of those completed applications?

4            MS. VARGAS:  Objection to form.

5    A    Yes, they did have quality control.

6    BY MR. PRATT:

7    Q    Do you know what that quality control

8    process was?

9    A    To check -- to recheck the forms, to make

10   sure that the required fields were filled out.

11   Q    Was that something you ever assisted

12   Mi Vecino with?

13   A    No.

14   Q    And just to clarify, similarly did you

15   ever assist Mi Vecino with ensuring that the

16   completed voter registration applications were

17   turned in after that quality control process

18   completed?

19           MS. VARGAS:  Objection to form.

20           MS. ALICEA:  And I am going to object to

21      the translation.

22   A    Can you please reask the question?

23   BY MR. PRATT:

24   Q    Sure.  So you mentioned that you didn't

25   have a role to play in that quality control process

Page 47

1    we just discussed.

2            Relatedly, did you have a role to play in

3    ensuring that completed voter registration

4    applications subsequently are turned in to the

5    correct elections official while you were at

6    Mi Vecino?

7            THE INTERPRETER:  When those forms were

8        turned in to --

9            MR. PRATT:  The relevant elections

10       official.

11           MS. VARGAS:  Objection to form.

12       A    I don't understand.  I'm sorry, did I

13   participate in what?  I don't understand the

14   question.

15   BY MR. PRATT:

16       Q    Did you participate in bringing completed

17   voter registration applications to local supervisors

18   of elections offices?

19       A    Only one time.  We went there as a team,

20   to the offices in Orange County.  That was one time.

21   And that was -- all the team would know -- would be

22   familiar with the offices of the election

23   supervisor.

24       Q    During your time at Mi Vecino, do you know

25   whether Mi Vecino allowed unpaid canvassers to work

Norka Martinez
December 21, 2023

Page 48

```
 1   for it?

 2       A    No.

 3       Q    In other words, to your knowledge, could

 4   unpaid volunteers work for Mi Vecino as canvassers

 5   when you were employed by Mi Vecino?

 6             MS. VARGAS:  Objection to form.

 7             THE INTERPRETER:  So in other words, do

 8       you know if the --

 9   BY MR. PRATT:

10       Q    Do you know if unpaid volunteers could

11   work as canvassers at Mi Vecino while you were

12   employed by Mi Vecino?

13       A    No.

14       Q    When you worked as a canvasser for

15   Mi Vecino, were you employed directly by Mi Vecino?

16       A    Yes.

17       Q    Now for the quality control process we

18   spoke about earlier, do you know whether employees

19   at Mi Vecino assisted with that quality control

20   process?

21             THE INTERPRETER:  Do you know if any --

22             MR. PRATT:  -- employees of Mi Vecino

23       assisted with that process.

24       A    No.

25
```

Norka Martinez
December 21, 2023

Page 49

```
1    BY MR. PRATT:
2         Q    When Mi Vecino would receive completed
3    voter registration applications from canvassers, do
4    you know whether they would make additional copies
5    of those completed voter registration applications?
6              MS. VARGAS:  Objection to form.
7         A    No.
8    BY MR. PRATT:
9         Q    To your knowledge, during your time at
10   Mi Vecino, would Mi Vecino retain any information
11   from completed voter registration applications
12   turned in by its canvassers?
13             MS. VARGAS:  Objection to form.
14        A    No, I don't know.
15   BY MR. PRATT:
16        Q    During your time at Mi Vecino, do you know
17   whether Mi Vecino would contract with any other
18   organizations to perform voter registration-related
19   activities on its behalf?
20             MS. VARGAS:  Objection to form.
21             THE INTERPRETER:  So they would perform
22        voter registration --
23             MR. PRATT:  -- activities on behalf of
24        Mi Vecino.
25        A    No.
```

Page 50

```
 1   BY MR. PRATT:
 2      Q    Do you have any knowledge regarding how
 3   Mi Vecino would secure its digital files that it may
 4   have had?
 5           MS. VARGAS:  Objection to form.
 6           THE INTERPRETER:  Electronic files, you
 7      said?
 8           MR. PRATT:  Yes, ma'am.
 9      A    Repeat the question again, please, I don't
10   understand.
11   BY MR. PRATT:
12      Q    Sure.  I will rephrase.
13           When you were employed as a canvasser by
14   Mi Vecino, were you ever given a work e-mail
15   address?
16      A    No.
17      Q    While working for Mi Vecino, were you ever
18   given access to its internal files after turning in
19   completed voter registration applications, of
20   course?
21           THE INTERPRETER:  Give you access to --
22   BY MR. PRATT:
23      Q    Aside from giving the completed voter
24   registration application forms to Mi Vecino, did you
25   have access to any of Mi Vecino's files?
```

Page 51

```
 1                MS. VARGAS:  Objection to form.
 2        A    No.
 3   BY MR. PRATT:
 4        Q    Do you know how Mi Vecino would keep track
 5   of its canvassers' activities when they are out
 6   performing their work in the field?
 7        A    There was a supervisor in each county.
 8        Q    And would you mind describing for me what
 9   the supervisory structure looked like when you
10   worked at Mi Vecino?
11        A    What do you mean the structure with the
12   supervisors?  I don't understand.
13        Q    Sure.  As a canvasser, who would you
14   report to as your direct boss?
15        A    The supervisor.
16        Q    And do you know how many canvassers the
17   supervisor would oversee?
18        A    Two or three.
19        Q    And do you know who a supervisor would
20   answer to as their boss?
21        A    The regional director.
22        Q    And do know who the regional director
23   would answer to as their boss?
24        A    The owners of Mi Vecino.
25        Q    Do you know whether supervisors of
```

Norka Martinez
December 21, 2023

Page 52

1    canvassers at Mi Vecino, when you were employed

2    there, whether those supervisors were salaried

3    employees?

4              MS. VARGAS:  Objection to form.

5       A    I don't know.

6    BY MR. PRATT:

7       Q    Do you know whether those supervisors were

8    paid by the hour?

9              MS. VARGAS:  Same objection.

10      A    I don't know.

11   BY MR. PRATT:

12      Q    Do you know whether those supervisors also

13   worked as canvassers for Mi Vecino?

14      A    If the supervisors were canvassers?

15      Q    Yes, ma'am, correct, that's my question.

16      A    There were times where they would also act

17   as canvassers.

18      Q    Other than the canvassers we have been

19   discussing, or their supervisors, are you aware of

20   anyone else at Mi Vecino that would conduct

21   canvassing activities?

22      A    No.

23      Q    Now you mentioned earlier that you

24   received some training on how to conduct your

25   canvasser responsibilities while you were employed

Norka Martinez
December 21, 2023

Page 53

1    at Mi Vecino.

2           Would you mind describing for us a little

3    bit more about what that training looked like?

4           THE INTERPRETER:  Can you please tell

5        us --

6           MR. PRATT:  -- at bit more about what that

7        training looked like.

8    A    I don't know, but I do know that they

9    would explain the importance of each field on the

10   voters registration form.

11          I also know that they insisted a lot

12   saying that they were federal forms that could not

13   be altered, and nothing -- it was just to emphasize

14   the importance of that and to respect the rules.

15   BY MR. PRATT:

16   Q    And Ms. Martinez, before being hired by

17   Mi Vecino, did you have to pass a background check?

18   A    I don't know.

19   Q    Do you know whether Mi Vecino permits

20   former felons to work for Mi Vecino?

21          MS. ALICEA:  I would like to object to the

22       translation of felony.

23          THE INTERPRETER:  Excuse me.  I did work

24       for the 19th Judicial Circuit, and when we

25       talked about felonies, we were supposed to say

Norka Martinez
December 21, 2023

Page 54

 1    the delito majeris (ph) and for misdemeanor

 2    delito menoris (ph).  That's why I am using

 3    that terminology.

 4        MS. ALICEA:  As long as Mr. Pratt

 5    understands that's how it's being translated

 6    and not verbatim.

 7        MR. PRATT:  I understand.  Thank you.

 8        THE INTERPRETER:  I think felony would be

 9    more like Spanglish -- felonia -- it's like

10    motion, some people say mocion, but some people

11    say peticion, some people say solicitud.

12        MS. ALICEA:  Can you make sure

13    Ms. Martinez understands?

14        THE INTERPRETER:  Yes.  I do have --

15    because I worked there, I do have the criminal

16    dictionary.  I have a ton of criminal

17    dictionaries.

18        MS. ALICEA:  But she does not, so I just

19    want to make sure that she understands.  Thank

20    you.

21        THE INTERPRETER:  For me, felony would be

22    an assassination.  Do you want me to go get

23    my --

24        MR. PRATT:  No need, I can ask it in a way

25    that doesn't use the word felon.

1    BY MR. PRATT:

2        Q    **Do you know whether Mi Vecino would**

3    **conduct criminal background checks of potential**

4    **canvasser employees?**

5        A    I don't know but after I applied, they

6    took several -- they took a while to respond to me.

7    I think it was several days.  I think it was a week

8    before they gave me an answer.

9    BY MR. PRATT:

10        Q    **Understood.  And a similar question, do**

11    **you know whether Mi Vecino would conduct a check to**

12    **confirm someone's eligibility to work in the United**

13    **States?**

14            THE INTERPRETER:  They would conduct a

15        check -- oh, to work in the United States.

16        A    Yes.

17    BY MR. PRATT:

18        Q    **And I imagine that they conducted that**

19    **check for you prior to your employment at Mi Vecino?**

20            MS. VARGAS:  Objection to form.

21        A    Did they verify if they had permission,

22    was that the question?

23    BY MR. PRATT:

24        Q    **Yes, ma'am.**

25        A    Yes.

Norka Martinez
December 21, 2023

Page 56

1      Q     Thank you.

2            MR. PRATT:  I see it's about 12:30 p.m.  I

3      would inquire of Ms. Vargas if you all would

4      like to take a lunch break?

5            MS. VARGAS:  Yes, I want to make sure it's

6      a natural break in the line of questioning

7      here.

8            MR. PRATT:  It is.

9            Madam Court Reporter, if you could please

10     go off the record.

11           (A recess took place from 12:31 p.m. to

12     12:50 p.m.)

13  BY MR. PRATT:

14     Q     Welcome back, Ms. Martinez.  I hope you

15  had a nice lunch.

16     A     Thank you.

17     Q     Now to your knowledge, Ms. Martinez, has

18  Mi Vecino ever submitted a completed voter

19  registration application after the statutory

20  deadline?

21           MS. VARGAS:  Object to form.

22     A     No.

23  BY MR. PRATT:

24     Q     To your knowledge, Ms. Martinez, has

25  Mi Vecino ever submitted a completed voter

1    registration application after what's called book

2    closing?

3              MS. VARGAS:  Objection to form.

4        A    No.

5    BY MR. PRATT:

6        Q    I think I will go back and rephrase these

7    questions just slightly.

8              Ms. Martinez, do you know whether

9    Mi Vecino has ever submitted completed voter

10   registration applications after the statutory

11   deadline?

12             MS. VARGAS:  Objection to form.

13       A    No.

14   BY MR. PRATT:

15       Q    And do you know whether Mi Vecino has ever

16   submitted completed voter registration applications

17   after what's known as book closing?

18             MS. VARGAS:  Same objection.

19       A    No, I don't know.

20   BY MR. PRATT:

21       Q    And do you know whether anyone at

22   Mi Vecino has ever filled out a voter registration

23   application without a voter's knowledge or consent?

24             MS. VARGAS:  Object to form.

25       A    No, I don't know.

Page 58

```
 1   BY MR. PRATT:
 2        Q    Do you know whether anyone at Mi Vecino
 3   has ever put false information in a voter
 4   registration application?
 5        A    I don't know.
 6        Q    Do you know whether anyone at Mi Vecino
 7   has ever changed information in a voter registration
 8   application?
 9             MS. VARGAS:  Objection to form.
10        A    I don't understand the question.
11   BY MR. PRATT:
12        Q    Sure.  Do you know whether anyone from
13   Mi Vecino has ever, after receiving a completed
14   voter registration application, changed something on
15   there without the voter's permission?
16             MS. VARGAS:  Same objection.
17        A    No, I don't know.
18   BY MR. PRATT:
19        Q    Do you know whether anyone has ever made a
20   complaint against Mi Vecino related to its
21   canvassers?
22             MS. VARGAS:  Objection to form.
23        A    No, no, I don't know.
24   BY MR. PRATT:
25        Q    Do you know whether Mi Vecino has ever
```

Norka Martinez
December 21, 2023

Page 59

1    investigated any of its canvassers for potential

2    misconduct?

3              MS. VARGAS:  Same objection.

4         A    I don't know.

5    BY MR. PRATT:

6         Q    Do you know whether Mi Vecino has ever

7    been fined in relation to any of its canvassers'

8    activities?

9              MS. VARGAS:  Objection to form.

10        A    No, I don't know.

11   BY MR. PRATT:

12        Q    Do you know if Mi Vecino has ever not

13   hired a canvasser because of the results of a

14   background check?

15             MS. VARGAS:  Object to form.

16             Objection to form, I am not sure you

17        translated that.

18             THE INTERPRETER:  I am not sure about --

19             MS. VARGAS:  That was translated.

20        A    I believe I heard that somebody who

21   applied, I don't even recall who it was, but that

22   person had worked at another organization, and that

23   person had been kicked out from that organization.

24   And as a result of that, Mi Vecino did not hire him

25   or hire the person.

Page 60

1  BY MR. PRATT:

2      Q    Do you know what organization that person

3  was part of prior to applying to Mi Vecino?

4           MS. VARGAS:  Objection to form.

5      A    No.

6  BY MR. PRATT:

7      Q    Do you know if the organization that

8  person worked for prior to Mi Vecino was a

9  third-party voter registration organization?

10          MS. VARGAS:  Same objection.

11     A    I didn't ask for details.  I only

12 overheard that and nothing else.

13 BY MR. PRATT:

14     Q    Understood.  Thank you.  Does Mi Vecino

15 conduct periodic reviews of its canvasser employees?

16          MS. VARGAS:  Objection to form.

17     A    What type of revisions?  I don't

18 understand.

19 BY MR. PRATT:

20     Q    The question is does Mi Vecino evaluate

21 its employee canvassers, their performance as

22 canvassers?

23     A    What type of evaluation?  I don't

24 understand.

25     Q    Sure.  While you were employed at

Norka Martinez
December 21, 2023

Page 61

1   Mi Vecino, did your supervisors ever talk with you

2   about your performance as a canvasser?

3       A    Of course.  The effort of people was

4   evaluated to have the possibility to advance to a

5   higher post.

6       Q    And to your knowledge, how were canvassers

7   evaluated by Mi Vecino?

8       A    Well, they would take into consideration

9   several attitudes of the canvassers, the employees,

10  the way how they would grasp the direction of the

11  supervisors, the -- if they completed the daily goal

12  that they were requiring for the canvassers, the

13  people -- the people that knew how to work in a

14  group, teamwork; they were evaluated too, because we

15  didn't cause problems when working as a team.

16      Q    And what was Mi Vecino's daily goal for

17  its canvassers?

18      A    Eight forms daily.

19      Q    What would happen if a canvasser collected

20  less than eight completed forms?

21           MS. VARGAS:  Form.  Objection to form.

22      A    If that became part of a routine, because

23  he couldn't reach that goal, then that person was

24  not apt to perform that type of work.

25

Norka Martinez
December 21, 2023

Page 62

1    BY MR. PRATT:

2        Q    **So if that person was determined not to be**

3    **apt to perform that type of work for collecting less**

4    **than eight applications a day, what would happen to**

5    **their employment?**

6            MS. VARGAS:  Object to form.

7            THE INTERPRETER:  Did you object to the

8        form?

9            MS. VARGAS:  Yes.

10    A    Well, I believe I already answered that

11   question.  If that was part of a routine and weeks

12   went by and they were not fulfilling that goal and

13   other canvassers were, then they were not -- they

14   were not -- they could not then perform their work.

15   BY MR. PRATT:

16       Q    **To your knowledge, was anyone ever**

17   **released from employment from Mi Vecino for not**

18   **meeting that goal?**

19           MS. VARGAS:  Objection to form.

20    A    There was a point in time when the

21   canvasser would know that because the supervisor had

22   to supervise the effort of each canvasser.

23           And there was a moment in time when the

24   canvasser, the person would say I would have to

25   leave because I can't do this.

Page 63

1  BY MR. PRATT:

2      Q    **So I guess my question is maybe a little**

3  **more specific.  I am wondering if you have any**

4  **personal knowledge of Mi Vecino ever terminating the**

5  **employment of a canvasser for not meeting that daily**

6  **goal?**

7           MS. VARGAS:  Objection to form.

8      A    Fired, never.  Like I said, the people --

9  the same person would just quit because they

10  couldn't do eight forms daily.

11  BY MR. PRATT:

12      Q    **When you were working for Mi Vecino, did**

13  **you ever assist anyone with a disability complete a**

14  **request for a vote-by-mail ballot?**

15           MS. VARGAS:  Objection to form.

16           THE INTERPRETER:  To complete the form so

17      that they could vote over the mail?

18           MR. PRATT:  Yes, to complete the form

19      request, the ability to vote by mail.

20           MS. VARGAS:  Objection to form.

21      A    The application for requesting to vote by

22  mail was a form that was attached next to the form

23  for the voter registration.

24           I don't know what the question really

25  means.

Norka Martinez
December 21, 2023

Page 64

 1   BY MR. PRATT:

 2        Q    So for each voter registration application

 3   form that Mi Vecino would hand out, did it also

 4   include a form for someone to request the

 5   opportunity to vote by mail?

 6             MS. VARGAS:  Objection to form.

 7        A    After the person filled out the voter's

 8   registration form, then they were asked if -- would

 9   you like to vote by mail.  And if they said yes,

10   then they would fill out the form.

11   BY MR. PRATT:

12        Q    And if -- sorry, I will rephrase.

13             After a voter would fill out that request

14   for a vote-by-mail ballot, what would happen with

15   that form?

16        A    Oh, that was then turned in to the office

17   of Mi Vecino.

18        Q    And do you know what would happen to those

19   requests for vote-by-mail ballots after they were

20   turned in to Mi Vecino's offices?

21             MS. VARGAS:  Objection to form.

22             THE INTERPRETER:  I'm sorry, may I look up

23        the word ballots?

24             MR. PRATT:  Sure.

25             THE INTERPRETER:  Thank you.

Page 65

1              So what would happen to the voter

2        registration ballots after they were completed?

3    BY MR. PRATT:

4        **Q    Yes.  So what would happen to the form**

5    **that the voter filled out to request the opportunity**

6    **to vote by mail after that form was brought to**

7    **Mi Vecino's office?**

8              THE INTERPRETER:  I'm sorry, so what would

9        happen to the form --

10             MR. PRATT:  -- after it was brought back

11        to Mi Vecino's office by the canvassers.

12             MS. VARGAS:  Objection to form.

13    A    It is my understanding that once those

14    people were registered and that they registered to

15    vote by mail, that those forms were then taken to

16    the ^entervenir (ph) of that county, and only that

17    person was the person that was allowed to issue the

18    vote-by-mail ballots.

19    BY MR. PRATT:

20        **Q    To your knowledge, did you ever witness**

21    **someone fill out a request to vote by mail on behalf**

22    **of someone else that was not present?**

23             MS. VARGAS:  Objection to form.

24    A    No, no, I never saw any of that.

25

Norka Martinez
December 21, 2023

Page 66

1    BY MR. PRATT:

2        Q    Now you mentioned earlier I believe that

3    sometime prior to working for Mi Vecino, you had

4    also worked for a third-party voter registration

5    organization called Mi Familia Vota, is that

6    correct?

7        A    Yes.

8        Q    Do you know whether during your time at

9    Mi Familia Vota, whether anyone ever submitted

10   completed voter registration applications after the

11   statutory deadline?

12           MS. VARGAS:  Object to form.

13       A    No.

14   BY MR. PRATT:

15       Q    Do you know whether during your time at

16   Mi Familia Vota, whether anyone ever submitted

17   completed voter registrations after book closing

18   deadline?

19           MS. VARGAS:  Same objection.

20       A    No, I don't know.

21   BY MR. PRATT:

22       Q    Do you know whether during your time at

23   Mi Familia Vota, whether anyone ever filled out a

24   voter registration form without a voter's knowledge

25   or consent?

Norka Martinez
December 21, 2023

Page 67

```
 1              MS. VARGAS:  Objection to form.

 2        A    No, I don't know that.

 3   BY MR. PRATT:

 4        Q    And do you know during your time at

 5   Mi Familia Vota whether anyone ever put false

 6   information in a voter registration application

 7   form?

 8              MS. VARGAS:  Same objection.

 9        A    I don't know.

10   BY MR. PRATT:

11        Q    And do you know whether during your time

12   at Mi Familia Vota, whether anyone ever changed

13   information in a voter registration form without a

14   voter's consent?

15              MS. VARGAS:  Objection to form.

16        A    I don't know.

17   BY MR. PRATT:

18        Q    And during your time at Mi Familia Vota,

19   do you know whether anyone ever changed information

20   in a voter registration application?

21              MS. VARGAS:  Same objection.

22        A    I don't know.

23   BY MR. PRATT:

24        Q    Do you know whether during your time at

25   Mi Familia Vota anyone ever made a complaint against
```

Page 68

```
 1    Mi Familia Vota related to its canvassers?
 2             MS. VARGAS:  Objection to form.
 3        A    I don't know.
 4    BY MR. PRATT:
 5        Q    During your time at Mi Familia Vota, do
 6    you know whether anyone ever investigated
 7    Mi Familia Vota related to potential misconduct with
 8    regards to its canvassers?
 9             MS. VARGAS:  Same objection.
10        A    No, no, I don't know.
11    BY MR. PRATT:
12        Q    And during your time at Mi Familia Vota,
13    do you know whether Mi Familia Vota ever conducted
14    any internal investigation for potential misconduct
15    related to its canvassers?
16             MS. VARGAS:  Objection to form.
17        A    I don't know.
18    BY MR. PRATT:
19        Q    And during your time at Mi Familia Vota,
20    do you know whether Mi Familia Vota was ever fined
21    for any issues related to its canvassers?
22             MS. VARGAS:  Same objection.
23        A    I don't know.
24    BY MR. PRATT:
25        Q    Now I am going to turn to some questions
```

Norka Martinez
December 21, 2023

Page 69

```
 1    that are a little bit broad, not just specific to
 2    the third-party voter registration organizations we
 3    discussed.
 4              Ms. Martinez, do you have any personal
 5    knowledge of any canvasser for a third-party voter
 6    registration organization ever submitting a
 7    completed voter registration application after the
 8    statutory deadline?
 9              MS. VARGAS:  Objection to form.
10       A    No.
11    BY MR. PRATT:
12       Q    And Ms. Martinez, do you have any personal
13    knowledge of any canvasser for a third-party voter
14    registration organization ever submitting a
15    completed voter registration application after the
16    book closing deadline?
17              THE INTERPRETER:  I'm sorry, could you
18        please repeat the whole question?
19              MR. PRATT:  Sure.
20    BY MR. PRATT:
21       Q    Ms. Martinez, do you have any personal
22    knowledge of a canvasser for a third-party voter
23    registration organization ever submitting a
24    completed voter registration application after the
25    book closing deadline?
```

Norka Martinez
December 21, 2023

Page 70

1          MS. VARGAS:  Object to form.

2     A    No.

3  BY MR. PRATT:

4     Q    **And do you have any personal knowledge of**

5  **a canvasser for a third-party voter registration**

6  **organization ever filling out a voter's registration**

7  **application form without the voter's knowledge or**

8  **consent?**

9          MS. VARGAS:  Same objection.

10    A    No.

11  BY MR. PRATT:

12    Q    **Ms. Martinez, do you have any personal**

13  **knowledge of a canvasser for a third-party voter**

14  **registration organization ever putting false**

15  **information in a voter's registration application?**

16          MS. VARGAS:  Same objection.

17    A    I don't know.

18  BY MR. PRATT:

19    Q    **And Ms. Martinez, do you have any personal**

20  **knowledge of a canvasser for a third-party voter**

21  **registration organization ever changing information**

22  **in a voter's registration application?**

23          MS. VARGAS:  Objection to form.

24    A    I don't have knowledge.

25

Norka Martinez
December 21, 2023

Page 71

1    BY MR. PRATT:

2        Q    At this time I am going to turn to a

3    different line of inquiry that's a little bit more

4    specific to you, Ms. Martinez, just to learn a

5    little bit more about your background, if that's

6    okay.

7        A    Okay.

8        Q    Ms. Martinez, are you currently a Florida

9    resident?

10       A    Yes.

11       Q    And when did you become a Florida

12   resident?  Was that upon moving to the United States

13   from Venezuela?

14            MS. VARGAS:  Object to form.

15       A    Ask him to reask the question because I

16   didn't understand it.

17   BY MR. PRATT:

18       Q    Sure.  Maybe a simpler way for me to ask

19   would be, and I think you may have touched on it

20   earlier, but how long have you lived in Florida?

21       A    Since 2017.

22       Q    Do you maintain any residences outside of

23   Florida?

24            MS. VARGAS:  Object to form.

25            THE INTERPRETER:  Excuse me.  For the

Page 72

```
 1      interpretation, that could be like a house
 2      or --
 3          MR. PRATT:  That's basically what I am
 4      getting at.  Do you only live in Florida?  I
 5      guess I can rephrase.
 6  BY MR. PRATT:
 7      Q    Ms. Martinez, do you live anywhere else in
 8  the United States outside of Florida?
 9      A    No.
10      Q    And Ms. Martinez, would you please
11  describe for me your current immigration status?
12      A    Approved TPS.
13      Q    When you refer to TPS, do you mean you
14  have been approved for Temporary Protective Status?
15      A    Yes.
16      Q    And have you applied for and been granted
17  work authorization in the United States?
18          MS. VARGAS:  Objection to form.
19      A    Yes.
20  BY MR. PRATT:
21      Q    When does your work authorization expire?
22      A    In 2025.
23      Q    Ms. Martinez, have you -- I imagine you
24  have, but I just have to ask.  Have you seen your
25  employment authorization card that you received from
```

Norka Martinez
December 21, 2023

Page 73

1    the United States government?

2            MS. VARGAS:   Objection to form.

3       A    If I have seen it?

4    BY MR. PRATT:

5       Q    Yes, ma'am.  Do you possess a physical

6    employment authorization card?

7       A    Yes, of course.

8       Q    Do you know what the date listed on that

9    card is for the expiration of your work

10   authorization?

11      A    Yes, it says it there, in there.

12      Q    Does September 27th, 2024, sound about

13   right?

14      A    I know it expires in 2024 or '25, but it's

15   still a while before it expires.

16      Q    Understood.  And that's okay, I don't need

17   an exact date.  I was just trying to get an idea for

18   the rough time frame.  So thank you.

19           Now Ms. Martinez, have you also applied

20   for asylum at the United States?

21      A    Yes.

22      Q    What is the status of your asylum

23   petition?

24      A    I don't know.

25      Q    And Ms. Martinez, have you applied to

Norka Martinez
December 21, 2023

Page 74

 1    become a permanent resident of the United States?

 2        A    No.

 3        Q    Does your immediate family reside in the

 4    United States as well?

 5             MS. VARGAS:  Object to form.

 6        A    What do you call immediate family?

 7    BY MR. PRATT:

 8        Q    By immediate family, I mean your spouse,

 9    your children, siblings, parents, grandparents,

10    those types of relations.

11             MS. VARGAS:  Same objection.

12        A    Spouse and son.

13    BY MR. PRATT:

14        Q    Do any of those immediate family members I

15    just described still reside in Venezuela?

16             MS. VARGAS:  Object to form.

17        A    If I still have family living in

18    Venezuela?

19    BY MR. PRATT:

20        Q    Yes, ma'am.

21             MS. VARGAS:  Object to form.

22        A    Yes.

23    BY MR. PRATT:

24        Q    Ms. Martinez, when was the last time you

25    traveled outside of the United States?

Norka Martinez
December 21, 2023

Page 75

```
 1              MS. VARGAS:  Objection to form.

 2        A    Since I arrived, I haven't left.

 3   BY MR. PRATT:

 4        Q    Do you have any current plans to travel

 5   outside the United States in the future?

 6              MS. VARGAS:  Same objection.

 7        A    No.

 8   BY MR. PRATT:

 9        Q    Do you have any personal knowledge from

10   during your time at Mi Vecino of whether any

11   non-citizen canvassers ever left the country during

12   the time they were employed by Mi Vecino as

13   canvassers?

14              MS. VARGAS:  Objection to form.

15        A    I don't have knowledge.

16   BY MR. PRATT:

17        Q    And same question, do you have any

18   personal knowledge from during your time you worked

19   at I believe Mi Familia Vota of any non-U.S. citizen

20   canvassers leaving the United States while they were

21   employed at that entity?

22              MS. VARGAS:  Objection.

23        A    No, I don't know.

24   BY MR. PRATT:

25        Q    And Ms. Martinez, switching to a slightly
```

Page 76

```
 1   different topic.
 2            Are you familiar with SB 7050, the statute
 3   that's being challenged by plaintiffs in this case,
 4   including yourself?
 5            THE INTERPRETER:  I'm sorry, what was that
 6       statute?
 7            MR. PRATT:  SB, and then the numbers 7050.
 8            THE INTERPRETER:  What's the question
 9       again?  I am sorry, to your knowledge --
10   BY MR. PRATT:
11       Q    Ms. Martinez, are you familiar with the
12   bill or the Statute SB 7050 that's being challenged
13   by plaintiffs in this case, including yourself?
14       A    It's a law that does not allow us to work
15   because we are not citizens, we are not allowed to
16   register voters.
17       Q    And Ms. Martinez, is that the sole part of
18   the law that you are challenging in this case?
19            MS. VARGAS:  Objection to form.
20       A    Yes, that's the portion that affected me.
21   BY MR. PRATT:
22       Q    And would you mind describing for us how
23   you believe that SB 7050 will affect you?
24       A    That statute, like you call it, was what
25   kept me from earning -- from earning -- kept me
```

 1   without earning a single dollar from --

 2           THE INTERPRETER:  I'm sorry, I am going to

 3       ask her to repeat.

 4       A    -- for longer than a month.  That statute

 5   affected us financially at home because during that

 6   period of time, I wasn't making money.  And also my

 7   family in Venezuela, the family that I help, they

 8   were also affected.

 9   BY MR. PRATT:

10       Q    Do you know whether SB 7050 was ever in

11   effect prior to you leaving Mi Familia Vota -- I'm

12   sorry -- you leaving Mi Vecino?

13           MS. VARGAS:  Objection to form.

14       A    Yes, it was in effect.

15   BY MR. PRATT:

16       Q    Do you recall what date you left Mi Vecino

17   or roughly what date you left?

18       A    I believe it was in May or June.  That's

19   when I left Mi Vecino.

20       Q    And how do you believe that SB 7050 will

21   affect Mi Vecino?

22           MS. VARGAS:  Object to form.

23       A    I don't know.  I know how it affected me.

24   I can't respond for a way it affected the

25   organization.  I can only answer as to how it

Norka Martinez
December 21, 2023

Page 78

 1    affected me.

 2    BY MR. PRATT:

 3         **Q    Understood.  Thank you.**

 4         MR. PRATT:  Ms. Vargas, to let you know, I

 5    am almost to the end of my questions.  So it's

 6    possible we may be able to finish before the

 7    translator leaves, depending on any follow-up

 8    questions you have.

 9         THE INTERPRETER:  Actually, I had somebody

10    cover me, so I am okay.

11         MR. PRATT:  Perfect.  Thank you.

12         THE INTERPRETER:  You are welcome.

13         MR. PRATT:  At this time I am going to

14    drop in the Chat function what I will mark as

15    Exhibit 2.

16         (Exhibit 2 was marked for identification.)

17         MR. PRATT:  Then I will pull it up on the

18    screen for Ms. Martinez to review.

19    BY MR. PRATT:

20         **Q    Ms. Martinez, do you recognize this**

21    **document on the screen?**

22         A    Could you please raise it up a little?

23         **Q    Sure.  Would you like me to zoom in closer**

24    **or zoom out?**

25         A    No, if you could go to the next page.

1       Q    Yes, ma'am.  And before I do, to the

2   extent it's helpful, I will represent to you that

3   this is the Secretary of State's First Request for

4   Production to different plaintiffs in this case,

5   including yourself.  And I will just highlight your

6   name just so you can see it before I move on.

7            I think you just made a response,

8   Ms. Martinez.  Would you mind verbally making it as

9   well?

10      A    Yes.

11      Q    So by that, Ms. Martinez, do you mean you

12  are familiar with the Secretary's Request for

13  Production requesting that you produce documents in

14  this matter?

15      A    Yes.

16      Q    Ms. Martinez, without divulging any

17  conversations you had with your attorneys, any

18  advice you received from them, any confidential

19  materials they provided to you or you provided them,

20  generally speaking, what did you do to respond to

21  these requests for production?

22           MS. VARGAS:  Objection, privileged.

23      Client may answer, but I instruct her not to

24      reveal the contents of communications with

25      counsel.

Norka Martinez
December 21, 2023

Page 80

```
 1                  THE INTERPRETER:  I'm sorry, what was the
 2        general question?
 3   BY MR. PRATT:
 4        Q    Ms. Martinez, setting aside any
 5   conversations you may have had with your counsel,
 6   any advice your counsel may have given you, any
 7   confidential documents sent or received between you
 8   and your counsel, what did you do to respond to
 9   these requests for production?
10                  THE INTERPRETER:  Setting aside all that,
11        what was the question?
12   BY MR. PRATT:
13        Q    What have you done to respond to these
14   requests for production?
15                  MS. VARGAS:  Same objection.
16        A    I did everything that my attorneys advised
17   me to do.
18   BY MR. PRATT:
19        Q    Without asking for what your attorneys
20   advised you to do, did you search for documents in
21   your possession?
22                  MS. VARGAS:  Same objection.
23        A    Yes, I sent out the documents that they
24   were asking for.
25
```

Page 81

```
 1   BY MR. PRATT:
 2       Q    And when you searched for documents, did
 3   you search for potentially responsive documents in
 4   physical paper form that you may possess?
 5            MS. VARGAS:  Same objection.
 6       A    Yes, physical documents.
 7   BY MR. PRATT:
 8       Q    And when you searched for potentially
 9   responsive documents, did you also search for any
10   additional documents you may possess?
11            MS. VARGAS:  Object to form and
12       privileged.
13       A    I don't understand the question.
14   BY MR. PRATT:
15       Q    Ms. Martinez, do you have an e-mail
16   address, by chance?
17       A    Yes.
18       Q    Do you have an electronic device like a
19   computer with digital file folders on it?
20            MS. VARGAS:  Object to form.
21       A    I don't understand the question.
22   BY MR. PRATT:
23       Q    Sure.  I will make it -- I will break it
24   up into a few parts to maybe make it simpler.
25            Ms. Martinez, do you own an electronic
```

Page 82

1    device like a computer or a phone?

2        A    Yes.

3        Q    And do some of those electronic devices

4    you possess, do you maintain any documents on them?

5        A    I can access my mail from my phone, of

6    course, yes.

7        Q    And does your phone have a text messaging

8    function that retains any text messages you sent or

9    received?

10           MS. VARGAS:   Object to form.

11       A    It could be yes and it could be no.

12   BY MR. PRATT:

13       Q    Do you know whether your phone has any

14   text messages on it that you have sent or received?

15       A    Some stay and then -- some I keep and then

16   some I erase so that it doesn't fill up my phone.

17           MS. ALICEA:   I object to the translation.

18           She didn't say she erases them herself.  She

19           said she has a system in the phone that

20           automatically erases them so that the phone

21           doesn't get saturated.

22   BY MR. PRATT:

23       Q    Do you know whether any of the messages

24   automatically erased from your phone pertained to

25   your time as a canvasser at any of the third-party

Norka Martinez
December 21, 2023

Page 83

1    voter registration organizations we discussed today?

2            MS. VARGAS:  Object to form.

3        A    Presently I don't participate via text

4    with any of those organizations.

5    BY MR. PRATT:

6        Q    Did you participate via text with any of

7    those organizations in the past?

8        A    When I was working with Mi Vecino, of

9    course, I had to receive messages from Mi Vecino.

10       Q    And how did you send or receive messages

11   to and from Mi Vecino?

12       A    Because we were in a WhatsApp group where

13   the supervisors, the managers and the canvassers

14   were in that group.

15       Q    I'm sorry, I didn't catch the last part.

16   Did you say it was a WhatsApp group or text message

17   group?

18       A    Uh-huh, a group in WhatsApp.

19       Q    Do you still have that WhatsApp group with

20   those messages that you sent or received with

21   Mi Vecino employees?

22           MS. VARGAS:  Objection to form.

23           THE INTERPRETER:  Objection to --

24           MS. VARGAS:  -- form.

25       A    No, I don't have any of that any more in

Norka Martinez
December 21, 2023

Page 84

1   my WhatsApp.

2   BY MR. PRATT:

3       Q      When were any of those conversations

4   removed from your WhatsApp?

5            MS. VARGAS:  Objection to form.

6       A    Once I left Mi Vecino, then they took me

7   out of that group, text messaging group.  And once I

8   left, then once it happened, then I erased

9   everything, I erased everything from that group.

10  BY MR. PRATT:

11      Q      Do you know whether you erased everything

12  from that group before this lawsuit was filed?

13      A     Of course.  Once I was removed from that

14  group, that I wasn't working anymore, then that's

15  when I erased with all of that, because what am I

16  going to do with all that information if I don't

17  work there anymore?

18      Q      Understood.  I guess my questions may be a

19  little more specific.

20           Do you know whether you deleted that

21  WhatsApp group from your phone before or after this

22  lawsuit was filed by you and the other plaintiffs?

23           MS. VARGAS:  Objection to form.

24      A    Before.

25

Page 85

```
 1   BY MR. PRATT:
 2       Q    And generally speaking, would you mind
 3   describing for us the types of things that you and
 4   the other employees of Mi Vecino would discuss in
 5   that WhatsApp group?
 6       A    Yes, of course.  Through that, the
 7   manager -- I'm sorry, the supervisor would ask us
 8   where we were so that the supervisor could meet with
 9   us in that location.
10            And one time -- and if at any time one of
11   the canvassers would feel sick because they had been
12   out in the sun, they were sun sick, and they were
13   feeling dizzy or something like that, we would let
14   them know that we were going to change location.
15            Or if it was raining a lot, then we would
16   send a message through that.  And we did all that so
17   that they would all know, the supervisor would know
18   that we had to move elsewhere.
19       Q    Ms. Martinez, aside from this WhatsApp
20   group, did you communicate with employees of
21   Mi Vecino through any other written forms of
22   communication?
23       A    I don't understand the question.
24       Q    Sure.  So aside from any WhatsApp messages
25   that you sent or received in that group, did you
```

Page 86

1    ever communicate with anyone at Mi Vecino through

2    other written means like e-mail or basically mainly

3    e-mail?

4        A    I have a question.  Is it prohibited to

5    have communication with the coworkers at work?

6        Q    So I think what I would say is I am not

7    inquiring because there is anything wrong with

8    communicating with coworkers; it's more just to

9    understand the types of communications and how you

10   would communicate with Mi Vecino, so just for my

11   general understanding of any communications that may

12   have taken place.

13           So my question would be then:  Aside from

14   this WhatsApp group, were there any other methods or

15   ways -- or methods by which you would communicate

16   with other employees at Mi Vecino?

17       A    No.

18       Q    And then with respect to Mi Familia Vota,

19   did you ever have written communications with other

20   employees of Mi Familia Vota?

21       A    No.

22       Q    Ms. Martinez, would you mind just

23   describing for me how you searched for documents

24   that could be potentially responsive to the

25   Secretary's request?

Norka Martinez
December 21, 2023

Page 87

1           MS. VARGAS:  Objection, privileged.

2       Client may answer, but I instruct her not to

3       reveal contents of communication with counsel.

4       A    I didn't, and I submitted everything that

5    my attorneys told me to do.

6    BY MR. PRATT:

7       Q    **Can you tell me what locations you**

8    **searched for documents?**

9           MS. VARGAS:  Same objection.

10      A    The documents that they asked me for, I

11   had them.

12   BY MR. PRATT:

13      Q    **And when you say you had them, where were**

14   **those documents located?**

15      A    Where I have my personal documents, where

16   I keep my personal documents.

17      Q    **Where do you keep your personal documents,**

18   **generally speaking?**

19      A    In a binder at home.

20          THE INTERPRETER:  I'm sorry, may I just

21      verify, because I just want to make sure it's a

22      binder and not a folder.

23          MR. PRATT:  No problem.

24          THE INTERPRETER:  Well, again, there is a

25      lot of translations.  Again, it's -- let me see

Norka Martinez
December 21, 2023

Page 88

 1      here on this one; because what I am getting

 2      here could be folder, binder, file, portfolio.

 3              MS. ALICEA:  I would suggest you ask

 4      Ms. Martinez to clarify.

 5              THE INTERPRETER:  Yes, thank you.

 6      A     Well, at home, we always put our personal

 7   documents in a safe place.  And well, that's

 8   where -- that's the place, where the documents that

 9   they were requesting, that's where they were.

10   BY MR. PRATT:

11      **Q     Ms. Martinez, have you produced all**

12   **nonprivileged documents that you possess that are**

13   **responsive to the Secretary's request?**

14              MS. VARGAS:  Object to form.  Object to

15      form and privilege.

16              Client may answer, but I instruct her not

17      to reveal the contents of any communication

18      with counsel.

19      A     Yes, I did whatever my attorneys told me

20   to do.

21              MR. PRATT:  All right.  Ms. Martinez, I

22      think those are all the questions I have for

23      today.

24              I just want to thank you very much for

25      your time.  I know depositions are not the most

Page 89

```
 1        fun, but we really appreciate it.
 2             And at this time I would like to see if
 3        any other counsel have questions before
 4        Ms. Vargas has any follow-ups.
 5             MR. SJOSTROM:  No questions from the
 6        Attorney General.  Thank you.
 7             MS. VARGAS:  Could we request a 15-minute
 8        break and come back on the record?
 9             MR. PRATT:  Sure.
10             MS. VARGAS:  We'll be back at 2:30.
11             (A recess took place from 2:15 p.m. to
12        2:30 p.m.)
13             THE STENOGRAPHER:  On the record.
14                  CROSS EXAMINATION
15   BY MS. VARGAS:
16        Q    I just have one question.
17             Just one question for Ms. Martinez.
18   Ms. Martinez, were you paid by Mi Vecino per every
19   registration completed?
20        A    No.
21             MS. VARGAS:  We have no additional
22        questions.
23             MR. PRATT:  Thank you again for your
24        kindness.
25             Mr. Vargas, I imagine your client would
```

Norka Martinez
December 21, 2023

Page 90

1   like to read and not waive.

2        MS. VARGAS:   Correct.   And can we also get

3   a rough copy?

4        THE STENOGRAPHER:   Yes.

5        MR. PRATT:   The Secretary would also like

6   to place an order for the transcript.   Just the

7   ordinary time it takes, please.

8        (Proceedings concluded at 2:32 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Norka Martinez
December 21, 2023

Page 91

```
 1                CERTIFICATE OF OATH FOR INTERPRETER

 2

 3   STATE OF FLORIDA          )

 4   COUNTY OF LEON            )

 5

 6              I, the undersigned authority, certify that

 7   MONIKA GOLDEN, Spanish Interpreter, remotely

 8   appeared before me on December 21, 2023 and was duly

 9   sworn.

10

11              WITNESS my hand and official seal this

12   30th day of December, 2023.

13

14

15

16

17                     SANDRA L. NARGIZ, RPR, RMR, CRR, CCR
                       snargiz@comcast.com
18                     Commission #HH239213
                       EXPIRES: APRIL 18TH, 2026
19

20

21

22

23

24

25
```

Norka Martinez
December 21, 2023

Page 92

1              CERTIFICATE OF OATH FOR WITNESS

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5              I, the undersigned authority, certify that

6    NORKA MARTINEZ (through a Spanish interpreter)

7    remotely appeared before me on December 21, 2023,

8    and was duly sworn.

9

10

11             SIGNED AND SEALED on December 30, 2023.

12   IDENTIFICATION: Driver's license.

13

14

15

16             SANDRA L. NARGIZ
               RPR, RMR, CRR, CRC, CCR-GA
17             snargiz@comcast.net
               Commission #HH239213
18             EXPIRES: APRIL 18TH, 2026

19

20

21

22

23

24

25

Norka Martinez
December 21, 2023

Page 93

```
 1                     CERTIFICATE OF REPORTER

 2     STATE OF FLORIDA      )

 3     COUNTY OF LEON        )

 4               I, SANDRA L. NARGIZ, Registered

 5     Professional Reporter, certify that I was authorized

 6     to and did stenographically report the remote

 7     deposition of NORKA MARTINEZ (through a Spanish

 8     interpreter); that a review of the transcript was

 9     requested, and that the foregoing transcript, pages

10     1 through 90, is a true record of my stenographic

11     notes.

12               I further certify that I am not a

13     relative, employee, attorney or counsel of any of

14     the parties, nor am I a relative or employee of any

15     of the parties' attorney or counsel connected with

16     the action, nor am I financially interested in the

17     action.

18               DATED on December 30, 2023.

19

20

21

22               SANDRA L. NARGIZ
                 RPR, RMR, CRR, CRC, CCR-GA
23               Notary Public in Florida
                 snargiz@comcast.net
24

25
```

Norka Martinez
December 21, 2023

Page 94

```
 1   December 30, 2023

 2   FULVIA VARGAS-De LEON, ESQUIRE
     fvargasdeleon@latinojustice.org

 3

 4   RE:   FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
           BYRD, et al.
 5         Case No.  4:23-cv-215-MW/MAF, et al.
           Deposition of NORKA MARTINEZ (through a Spanish
 6         interpreter)
           on December 21, 2023

 7

     Dear Counsel:
 8

     The transcript of the above proceeding is now
 9   available and requires signature by the witness.
     Please e-mail fl.production@lexitaslegal.com for
10   access to a read-only PDF transcript and
     PDF-fillable errata sheet via computer or use the
11   errata sheet that is located at the back of the
     transcript.  Once completed, please print, sign, and
12   return to the email address listed below for
     distribution to all parties.  If you are in need of
13   assistance, please contact Lexitas at 888-811-3408.

14   If the witness does not read and sign the transcript
     within a reasonable amount of time (or 30 days if
15   Federal), the original transcript may be
     filed with the Clerk of the court.  If the witness
16   wishes to waive his/her signature now, please have
     the witness sign in the blank at the bottom of this
17   letter and return to the email address listed below.

18   Very truly yours,

19

     Sandra L. Nargiz, RPR, RMR, CRR, CRC, CCR-GA
20   Lexitas
     1551 Forum Place, Suite 200-E
21   West Palm Beach, Florida  33401
     fl.production@lexitaslegal.com
22   I do hereby waive my signature.

23   _____
     NORKA MARTINEZ (through a Spanish interpreter)
24   Job No.  340692

25
```

Norka Martinez
December 21, 2023

Page 95

1                    ERRATA SHEET

2        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3    In Re:  FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
                       BYRD, et al.
4            Case No.: 4:23-cv-215-MW/MAF, et al.
                     NORKA MARTINEZ
5                   December 21, 2023

6    PAGE   LINE        CHANGE                    REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   Under penalties of perjury, I declare that I have
     read the foregoing transcript of the above
20   proceeding and I hereby swear that my testimony
     therein was true at the time it was given and is now
21   true and correct, including any corrections and/or
     amendments listed above.
22
     Signature of Witness:_____
23   Dated this____day of _____, 2023.
     email to: fl.production@lexitaslegal.com
24   Job No.  340692

25

**Exhibits**

**Exhibit 001 Martinez**
   5:19 11:9,10

**Exhibit 002 Martinez**
   5:20 78:15,16

---

**1**

**1**
   11:9,10
**100**
   36:20
**10:00**
   6:1
**11:05**
   31:16
**11:20**
   31:14,17
**12:30**
   56:2
**12:31**
   56:11
**12:50**
   56:12
**15**
   31:12
**15-minute**
   89:7
**19th**
   53:24

---

**2**

**2**
   78:15,16

**2017**
   16:11,12
   71:21
**2024**
   73:12,14
**2025**
   72:22
**25**
   73:14
**27th**
   73:12
**2:15**
   89:11
**2:30**
   89:10,12
**2:32**
   90:8

---

**3**

**30**
   32:15,19
**3PVRO**
   21:21 22:1,
   11,17
**3pvros**
   21:14,15

---

**4**

**40**
   36:24 37:1,4
   38:8

---

**7**

**7050**
   76:2,7,12,23
   77:10,20

---

**A**

**a.m.**
   6:1 31:16,17
**abbreviated**
   23:4
**ability**
   7:13 34:1
   38:7 39:20
   63:19
**accept**
   34:25
**access**
   50:18,21,25
   82:5
**account**
   28:13
**accurately**
   7:11 22:22
**acronym**
   22:17
**act**
   52:16
**activities**
   29:22 43:19
   49:19,23 51:5
   52:21 59:8
**added**
   25:17
**adding**
   21:24
**additional**
   49:4 81:10
   89:21
**address**
   14:25 27:5
   28:21 40:22
   50:15 81:16

**advance**
   61:4
**advice**
   79:18 80:6
**advised**
   80:16,20
**affect**
   76:23 77:21
**affected**
   76:20 77:5,8,
   23,24 78:1
**affiliated**
   39:21
**affirm**
   7:10,21
**affirmed**
   8:2
**afternoon**
   10:24
**agent**
   19:11,14
   35:2,5,22
   36:12 37:25
   38:3
**agents**
   36:1,11
**ahead**
   27:25
**Alicea**
   6:24 21:23
   22:14 25:5
   27:20 28:4,8
   29:5 33:11,15
   34:2 41:3
   45:1,9 46:20
   53:21 54:4,
   12,18 82:17
   88:3

Norka Martinez
December 21, 2023

2

**allowed**
35:6,13 47:25
65:17 76:15

**altered**
53:13

**alternative**
45:6

**Amazon**
19:25 20:1

**amend**
25:24

**ample**
6:19

**answering**
23:25

**anymore**
84:14,17

**apologies**
26:1

**apologize**
25:9

**application**
27:10,15
29:3,16 41:16
50:24 56:19
57:1,23 58:4,
8,14 63:21
64:2 67:6,20
69:7,15,24
70:7,15,22

**applications**
23:18 26:11
30:1,6,13,23
31:3 46:1,3,
16 47:4,17
49:3,5,11
50:19 57:10,
16 62:4 66:10

**applied**
43:25 55:5
59:21 72:16
73:19,25

**applying**
60:3

**approved**
72:12,14

**approximately**
32:17

**apt**
61:24 62:3

**arrange**
35:20

**arrived**
75:2

**assassination**
54:22

**assist**
46:15 63:13

**assisted**
46:11 48:19,
23

**association**
19:12

**asylum**
73:20,22

**attached**
63:22

**attitudes**
61:9

**attorney**
8:11 9:19,22
13:9 22:5
89:6

**attorneys**
9:3 12:20
13:2,11,20,25

14:4,10,18
15:3,7,9,13,
16,21 79:17
80:16,19 87:5
88:19

**audit**
28:13

**authorization**
72:17,21,25
73:6,10

**automatically**
82:20,24

**aware**
10:16 43:24
52:19

———————————

**B**

**back**
6:16 30:7
31:14,18
32:2,10 38:19
41:20 56:14
57:6 65:10
89:8,10

**background**
15:25 53:17
55:3 59:14
71:5

**balance**
28:13

**ballot**
63:14 64:14

**ballots**
64:19,23
65:2,18

**basically**
72:3 86:2

**began**
6:1

**begin**
8:14

**behalf**
49:19,23
65:21

**bill**
76:12

**binder**
87:19,22 88:2

**bit**
9:10 10:21
15:24 22:21
53:3,6 69:1
71:3,5

**book**
57:1,17 66:17
69:16,25

**born**
16:3,4

**boss**
51:14,20,23

**break**
10:10,23 31:9
41:12 42:12
56:4,6 81:23
89:8

**bring**
29:2,15 42:1

**bringing**
47:16

**broad**
69:1

**brought**
30:7 65:6,10

**business**
36:25

**businesses**
36:2

_____

**C**
_____

**call**
7:4 39:17
44:24 74:6
76:24

**called**
19:12,18
20:19 57:1
66:5

**calling**
43:16

**Calvin**
20:4,5

**campaign**
21:10

**campaigns**
19:3

**canvasser**
6:7,9 24:8,
10,14,19,21
25:3 26:9,19,
21 27:13
29:19 39:11
40:17 43:1,15
44:8 45:15
48:14 50:13
51:13 52:25
55:4 59:13
60:15 61:2,19
62:21,22,24
63:5 69:5,13,
22 70:5,13,20
82:25

**canvasser-related**
43:14

**canvassers**
43:25 44:2,3,

11 45:24
47:25 48:4,11
49:3,12 51:16
52:1,13,14,
17,18 58:21
59:1 60:21,22
61:6,9,12,17
62:13 65:11
68:1,8,15,21
75:11,13,20
83:13 85:11

**canvassers'**
43:19 51:5
59:7

**canvassing**
29:22 42:23
44:12 52:21

**card**
72:25 73:6,9

**case**
14:14,17 18:3
76:3,13,18
79:4

**catch**
83:15

**caused**
16:15

**certified**
8:4

**challenged**
76:3,12

**challenging**
76:18

**chance**
81:16

**change**
40:22 85:14

**changed**
27:4 58:7,14

67:12,19

**changing**
70:21

**charitable**
18:20

**Chat**
11:8 78:14

**check**
46:9 53:17
55:11,15,19
59:14

**checks**
46:3 55:3

**children**
74:9

**choose**
36:13

**churches**
18:21

**Circuit**
53:24

**citizen**
75:19

**citizens**
41:5 76:15

**clarification**
6:20 12:19

**clarifications**
11:5

**clarify**
6:24 17:22
28:2,16 33:3
43:4 46:14
88:4

**client**
79:23 87:2
88:16 89:25

**closed**
37:13

**closer**
78:23

**closing**
57:2,17 66:17
69:16,25

**cognizant**
10:22

**collected**
61:19

**collecting**
26:2 62:3

**commonly**
25:16 39:17

**communicate**
85:20 86:1,
10,15

**communicating**
86:8

**communication**
14:9,23 85:22
86:5 87:3
88:17

**communications**
12:13 79:24
86:9,11,19

**community**
17:25 27:7
39:2,6

**companies**
35:13 36:2

**company**
36:5,10

**compensation**
18:19

**complaint**
58:20 67:25

complete
    41:24 63:13,
    16,18
completed
    23:17 26:10
    29:2,15,25
    30:6,12,22
    31:2 37:10
    41:15 45:25
    46:3,16,18
    47:3,16 49:2,
    5,11 50:19,23
    56:18,25
    57:9,16 58:13
    61:11,20 65:2
    66:10,17
    69:7,15,24
    89:19
computer
    81:19 82:1
concluded
    90:8
conduct
    42:22 44:11
    46:2 52:20,24
    55:3,11,14
    60:15
conducted
    55:18 68:13
conducting
    26:2 42:8
confidential
    12:21,25
    79:18 80:7
confirm
    55:12
confusing
    10:1
confusion

22:18
consent
    57:23 66:25
    67:14 70:8
consideration
    61:8
consisted
    15:6
Constitution
    25:18,24
content
    14:9
contents
    14:23 79:24
    87:3 88:17
context
    12:12 33:18
    45:7
continue
    41:11
contract
    49:17
contractor
    36:1,17
contractors
    35:19
control
    46:3,5,7,17,
    25 48:17,19
convenient
    35:20
conversation
    12:24
conversations
    12:20 13:24
    79:17 80:5
    84:3

copies
    49:4
copy
    90:3
correct
    12:3,7 24:20
    30:17 38:9
    47:5 52:15
    66:6 90:2
correctly
    7:17
corrects
    25:7
counsel
    12:13 14:9,23
    79:25 80:5,6,
    8 87:3 88:18
    89:3
count
    13:18
countries
    16:6
country
    75:11
county
    17:5 26:8
    42:16,18
    47:20 51:7
    65:16
court
    7:6 9:17
    31:15 56:9
cover
    78:10
coworkers
    86:5,8
criminal
    54:15,16 55:3

CROSS
    89:14
current
    27:5 28:21
    38:4 72:11
    75:4

_____

D

daily
    61:11,16,18
    63:5,10
danger
    16:18,22
data
    34:5
date
    9:20 73:8,17
    77:16,17
day
    40:16 41:23,
    25 42:14 62:4
days
    55:7
deadline
    56:20 57:11
    66:11,18
    69:8,16,25
decide
    34:13,18,25
dedicating
    36:19
deleted
    84:20
delito
    54:1,2
delivered
    29:25

Department
  31:4

depending
  78:7

deposed
  8:24

deposition
  9:1,10 10:4,
  20 11:2 12:2,
  3,6,7,10,18
  13:6,11 14:1,
  6 15:1,5,10,
  14,19

depositions
  88:25

describe
  72:11

describing
  40:16 41:17
  51:8 53:2
  76:22 85:3
  86:23

designate
  11:9

details
  60:11

determined
  34:17 62:2

device
  81:18 82:1

devices
  82:3

dictionaries
  54:17

dictionary
  33:8 54:16

digital
  50:3 81:19

direct
  8:5 51:14

direction
  61:10

directly
  48:15

director
  51:21,22

disability
  63:13

discuss
  17:7,13 18:10
  19:6 85:4

discussed
  29:23 47:1
  69:3 83:1

discussing
  17:18 52:19

divulging
  79:16

dizzy
  85:13

document
  78:21

documents
  13:1,8 14:3,
  5,14,18 15:4,
  12,13,16,18,
  20 79:13
  80:7,20,23
  81:2,3,6,9,10
  82:4 86:23
  87:8,10,14,
  15,16,17
  88:7,8,12

dollar
  77:1

double
  29:12

driver's
  8:20

drop
  78:14

dues
  39:20

duly
  8:2

duties
  29:19

---

E

e-mail
  50:14 81:15
  86:2,3

earlier
  11:3 24:18
  48:18 52:23
  66:2 71:20

earning
  76:25 77:1

ease
  6:13

easier
  11:13,15,18,
  20

easing
  6:4

effect
  9:17 77:11,14

effort
  61:3 62:22

election
  21:11 23:19
  47:22

elections
  27:11 30:14,
  17 31:4

42:16,18 43:8
44:16 47:5,9,
18

electoral
  21:1,11 24:22

electronic
  50:6 81:18,25
  82:3

eligibility
  55:12

emphasize
  53:13

employed
  19:8,10,16
  20:8 24:6,9
  31:21 32:12
  43:18 48:5,
  12,15 50:13
  52:1,25 60:25
  75:12,21

employee
  40:3 44:21,25
  60:21

employees
  35:12 48:18,
  22 52:3 55:4
  60:15 61:9
  83:21 85:4,20
  86:16,20

employment
  18:18 31:24
  32:5 33:1
  34:13,18,21
  35:1,7 36:16,
  18 38:5,12
  40:5 55:19
  62:5,17 63:5
  72:25 73:6

encuesta
  25:8

encuestado
6:7,8
end
27:16 41:25
78:5
English
7:12,17,18
22:17
ensure
30:12
ensuring
46:15 47:3
entail
26:22 27:9
entervenir
65:16
entity
75:21
erase
82:16
erased
82:24 84:8,9,
11,15
erases
82:18,20
estimate
13:13
evaluate
60:20
evaluated
61:4,7,14
evaluation
60:23
evolved
41:23
Ex-canvassers
44:1

exact
73:17
EXAMINATION
8:5 89:14
excess
38:8
Excuse
27:22 41:8
53:23 71:25
exhibit
11:9,10,23,25
78:15,16
exhibits
11:14,16
expiration
73:9
expire
72:21
expires
73:14,15
explain
9:9 53:9
explanation
33:6
express
32:5
extend
22:21
extent
79:2
extra
21:24

F

false
58:3 67:5
70:14

Familia
20:13,14,24
21:3 23:12
24:9,13 29:18
30:9 32:16,24
34:14,15
39:10 66:5,9,
16,23 67:5,
12,18,25
68:1,5,7,12,
13,19,20
75:19 77:11
86:18,20
familiar
23:7 47:22
76:2,11 79:12
family
74:3,6,8,14,
17 77:7
February
16:11,12
federal
53:12
feel
10:10 11:4
39:3 85:11
feeling
85:13
felon
54:25
felonia
54:9
felonies
53:25
felons
53:20
felony
53:22 54:8,21

field
43:3 51:6
53:9
fields
41:21 43:9
45:19 46:10
file
81:19 88:2
filed
84:12,22
files
50:3,6,18,25
fill
27:10,15
40:21 41:1
43:2,3 64:10,
13 65:21
82:16
filled
28:19 41:22
42:1 43:9,10
45:20 46:10
57:22 64:7
65:5 66:23
filling
70:6
finally
11:1
financially
77:5
find
26:24,25 45:6
fine
8:16 10:8
22:12
fined
59:7 68:20
finish
78:6

Norka Martinez
December 21, 2023

7

**Fired**
63:8

**firm**
8:11

**Florida**
17:1,4,8,13,
19 18:11,13
20:16 23:19
24:23 25:17
26:7 31:4
32:1 71:8,11,
20,23 72:4,8

**Florida's**
25:24

**folder**
87:22 88:2

**folders**
81:19

**follow**
43:7

**follow-up**
78:7

**follow-ups**
89:4

**forced**
35:3

**form**
16:7,17
18:15,24
24:15 25:19
26:12 28:12,
19,24 30:2,16
33:9,10,12,19
34:4,20 35:9,
15 36:3 37:12
38:18,25
39:13 40:21
41:1,2,5,21
42:10 43:2,9,

20 44:13,23
45:18 46:4,19
47:11 48:6
49:6,13,20
50:5 51:1
52:4 53:10
55:20 56:21
57:3,12,24
58:9,22 59:9,
15,16 60:4,16
61:21 62:6,8,
19 63:7,15,
16,18,20,22
64:3,4,6,8,
10,15,21
65:4,6,9,12,
23 66:12,24
67:1,7,13,15
68:2,16 69:9
70:1,7,23
71:14,24
72:18 73:2
74:5,16,21
75:1,14 76:19
77:13,22
81:4,11,20
82:10 83:2,
22,24 84:5,23
88:14,15

**forms**
29:3,16 33:20
34:11 41:16
42:1,4,8,15,
17 43:7 46:9
47:7 50:24
53:12 61:18,
20 63:10
65:15 85:21

**frame**
73:18

**free**

10:10 11:4

**fulfill**
44:15

**fulfilling**
62:12

**full**
8:19

**full-time**
36:18 38:24

**fun**
89:1

**function**
11:9 78:14
82:8

**future**
32:1 38:17
75:5

———————

**G**

**gave**
27:6 33:5
55:8

**general**
80:2 86:11
89:6

**generally**
12:10,18 13:6
17:3 26:6
40:16 41:18
79:20 85:2
87:18

**give**
6:19 7:22
10:6 23:24
40:21 41:1,20
45:18 50:21

**giving**
50:23

**goal**
61:11,16,23
62:12,18 63:6

**God**
8:9

**GOLDEN**
7:16

**good**
6:18 7:5 8:7,
9 39:3

**governed**
44:11

**government**
73:1

**grandparents**
74:9

**granted**
72:16

**grasp**
61:10

**ground**
9:10

**group**
39:22 61:14
83:12,14,16,
17,18,19
84:7,9,12,14,
21 85:5,20,25
86:14

**guess**
11:17 63:2
72:5 84:18

———————

**H**

**hand**
7:9,20 64:3

**handbook**
44:21,25

Norka Martinez
December 21, 2023

8

45:4,17

**handled**
9:20

**handling**
6:12 34:11

**happen**
21:2,7 61:19
62:4 64:14,18
65:1,4,9

**happened**
84:8

**happy**
10:2,11

**Hard**
20:19,20 21:6
23:12 24:19,
21 25:2 26:3
34:19,21

**head**
10:7

**hear**
16:22 23:10

**heard**
40:12 59:20

**helpful**
22:23 79:2

**hereinafter**
8:3

**Heritage**
19:12,14,17
35:1,8,13,25
36:5,10,17,
20,22 37:5,7
38:1,5,9

**higher**
61:5

**highlight**
45:18 79:5

**hire**
59:24,25

**hired**
53:16 59:13

**hold**
32:7 35:7

**Holtzman**
8:11

**home**
77:5 87:19
88:6

**honestly**
10:17 20:25

**hope**
56:14

**hour**
13:15 32:21,
22 52:8

**hourly**
37:9

**hours**
32:13,17
36:21,24
37:1,5 38:8,
14

**house**
72:1

**hundred**
35:21

**husband**
16:18

———————————

**I**

———————————

**I-T-S**
44:2

**idea**
73:17

**identification**
11:10 78:16

**imagine**
55:18 72:23
89:25

**immigration**
72:11

**importance**
43:2 53:9,14

**important**
43:10

**include**
26:4 28:24
64:4

**including**
76:4,13 79:5

**incorrect**
7:2

**independent**
35:19 36:1,17

**information**
12:21 28:22
49:10 58:3,7
67:6,13,19
70:15,21
84:16

**inquire**
56:3

**inquiring**
86:7

**inquiry**
71:3

**insisted**
43:6 53:11

**instruct**
14:8 41:9
79:23 87:2
88:16

**instructs**
9:22

**insurance**
19:11,14
35:1,5,22
36:1,12 37:25
38:3

**intend**
31:24 38:16

**interact**
41:7

**interest**
32:5

**interject**
22:14

**internal**
50:18 68:14

**interpret**
7:17 22:22
33:10 41:10

**interpretation**
22:19 72:1

**interpreter**
6:6,8,10,21,
22 7:9,14,16
8:3 12:4,14,
24 15:15
17:9,15,20,22
18:2,5 21:15,
17 22:1,3
25:7 27:22,23
28:1,6,9
29:7,10 30:15
33:3,4 34:3
35:16 36:6,9
37:20 40:10
41:8,13 42:11
43:4 44:1,3
45:8 47:7
48:7,21 49:21

Norka Martinez
December 21, 2023

9

50:6,21 53:4,
23 54:8,14,21
55:14 59:18
62:7 63:16
64:22,25 65:8
69:17 71:25
76:5,8 77:2
78:9,12 80:1,
10 83:23
87:20,24 88:5

**investigated**
59:1 68:6

**investigation**
68:14

**inviting**
25:16

**issue**
45:2 65:17

**issues**
68:21

---

**J**

**job**
16:19 19:6
26:21 44:14

**jobs**
20:6 35:14
42:23

**Joshua**
8:10

**judge**
9:6

**Judicial**
53:24

**July**
19:15

**June**
77:18

**jury**
9:6

---

**K**

**kicked**
59:23

**kind**
18:8 44:10

**kindness**
89:24

**Klein**
20:4,5

**knew**
61:13

**Knocks**
20:19,20 21:6
23:12 24:19,
21 25:2 26:3
34:19,21

**knowledge**
34:1 39:24
40:1 42:7
48:3 49:9
50:2 56:17,24
57:23 61:6
62:16 63:4
65:20 66:24
69:5,13,22
70:4,7,13,20,
24 75:9,15,18
76:9

---

**L**

**lasted**
13:14

**late**
27:16

**Latinojustice**

6:25

**law**
8:11 34:10
76:14,18

**lawsuit**
84:12,22

**learn**
71:4

**leave**
33:1 34:13,18
35:3 38:4
62:25

**leaves**
78:7

**leaving**
75:20 77:11,
12

**left**
75:2,11
77:16,17,19
84:6,8

**letters**
22:6

**libreto**
45:5

**license**
8:21 35:5

**life**
19:11,13 35:1
37:25

**Lincoln**
19:12,14,17
35:1,7,12,25
36:4,5,10,17,
20,22 37:5,7
38:1,5,8,15,
20,23,24

**listed**
73:8

**live**
72:4,7

**lived**
16:5 17:1,3
71:20

**living**
74:17

**local**
47:17

**located**
87:14

**location**
85:9,14

**locations**
87:7

**long**
13:13 16:10
19:13,19
21:3,7 31:10
54:4 71:20

**longer**
10:21 77:4

**looked**
51:9 53:3,7

**lot**
20:6 33:6
53:11 85:15
87:25

**love**
40:18,19

**lunch**
10:23 56:4,15

---

**M**

**M-A-R-G-A-R-I-T-A**
8:21

M-A-R-T-I-N-E-Z
8:22

Madam
7:6 31:15
56:9

made
7:3 24:1
33:25 39:2
58:19 67:25
79:7

mail
40:24 63:17,
19,22 64:5,9
65:6,15,21
82:5

mailing
30:24

maintain
71:22 82:4

maintained
43:18

majeris
54:1

make
11:5 27:5
28:2,3,20,21
34:3 37:16,21
38:1,3 41:21
46:9 49:4
54:12,19 56:5
81:23,24
87:21

making
77:6 79:8

manager
85:7

managers
83:13

manipulacion
6:11

manual
45:8

mark
31:7 78:14

marked
11:10 78:16

Martinez
7:1 8:1,7,15,
18,23 9:13
10:9,15 11:1,
24 12:9 14:13
15:23 16:3
17:6,12 18:12
19:5,8 21:12
23:7,20 24:5
26:5 29:14
31:21 33:17
40:15 53:16
54:13 56:14,
17,24 57:8
69:4,12,21
70:12,19
71:4,8 72:7,
10,23 73:19,
25 74:24
75:25 76:11,
17 78:18,20
79:8,11,16
80:4 81:15,25
85:19 86:22
88:4,11,21
89:17,18

materials
44:21 45:14,
15,22 79:19

matter
8:12 25:22
79:14

meaning
33:12,13,19

meanings
33:18

means
21:21 28:16
63:25 86:2

measurement
37:11

meet
85:8

meeting
62:18 63:5

member
39:21 40:1

members
39:17 74:14

membership
39:20,24 40:2

menoris
54:2

mentioned
24:18 26:2
27:8 38:7
46:24 52:23
66:2

message
83:16 85:16

messages
82:8,14,23
83:9,10,20
85:24

messaging
82:7 84:7

methods
86:14,15

metric
37:11

Mi
19:18,19,21,
24 20:7,13,
14,24 21:3
23:12 24:6,9,
12 26:6,10,
18,22 27:14
29:6,9,18,20,
24 30:5,9,12,
21 31:1 32:3,
4,10,12,16,
20,24 33:2
34:14,15 35:4
38:2,19,23
39:1,4,7,9,
10,16,24
40:2,3,5,6,9,
17 41:19
42:2,3,21
43:1,14,17,
23,24 44:9,
10,20 45:13,
22 46:1,2,12,
15 47:6,24,25
48:4,5,11,12,
15,19,22
49:2,10,16,
17,24 50:3,
14,17,24,25
51:4,10,24
52:1,13,20
53:1,17,19,20
55:2,11,19
56:18,25
57:9,15,22
58:2,6,13,20,
25 59:6,12,24
60:3,8,14,20
61:1,7,16
62:17 63:4,12
64:3,17,20
65:7,11 66:3,

5,9,16,23
67:5,12,18,25
68:1,5,7,12,
13,19,20
75:10,12,19
77:11,12,16,
19,21 83:8,9,
11,21 84:6
85:4,21 86:1,
10,16,18,20
89:18

**mid**
19:15

**mind**
13:16 15:24
23:25 24:25
40:15 41:16
51:8 53:2
76:22 79:8
85:2 86:22

**minutes**
31:12

**misconduct**
59:2 68:7,14

**misdemeanor**
54:1

**misspoke**
26:1

**mocion**
54:10

**modify**
40:25

**moment**
36:19 62:23

**money**
37:16 38:1,3
77:6

**MONIKA**
7:16

**month**
35:5 77:4

**months**
21:5,10

**morning**
8:7

**motion**
54:10

**move**
16:15 79:6
85:18

**moving**
16:25 71:12

---

**N**

**N-O-R-K-A**
8:21

**native**
33:22

**natural**
31:8 56:6

**necessarily**
33:22

**needed**
40:22,24
43:10

**needing**
6:16

**neighbor**
29:6,8

**neighbor's**
29:4

**nice**
56:15

**non-citizen**
75:11

**non-u.s.**

75:19

**nonemployment**
18:1

**nonpaid**
18:22

**nonprivileged**
88:12

**Norka**
8:1,20

**note**
6:13

**notice**
12:2,6

**numbers**
76:7

---

**O**

**oath**
9:14,16

**object**
16:7 24:15
37:12 38:18,
25 39:13 41:3
45:1 46:20
53:21 56:21
57:24 59:15
62:6,7 66:12
70:1 71:14,24
74:5,16,21
77:22 81:11,
20 82:10,17
83:2 88:14

**objection**
12:11 14:7,21
16:17 17:14
18:15,24
21:23 25:5,19
26:12 27:20,
24 29:5 30:2

34:20 35:15
36:3 42:10
43:20 44:13,
23 46:4,19
47:11 48:6
49:6,13,20
50:5 51:1
52:4,9 55:20
57:3,12,18
58:9,16,22
59:3,9,16
60:4,10,16
61:21 62:19
63:7,15,20
64:6,21
65:12,23
66:19 67:1,8,
15,21 68:2,9,
16,22 69:9
70:9,16,23
72:18 73:2
74:11 75:1,6,
14,22 76:19
77:13 79:22
80:15,22 81:5
83:22,23
84:5,23 87:1,
9

**objections**
6:14,16,19
7:3 9:20

**objects**
9:19

**obligated**
45:19

**occur**
11:15

**occurs**
11:4

**offered**

34:7

**office**
27:17,18
29:14 30:1,7,
23 42:5,15
46:1 64:16
65:7,11

**offices**
29:4,9 42:2
47:18,20,22
64:20

**official**
30:14,18
47:5,10

**officials**
23:19

**one-hour**
31:7

**open**
11:16

**opportunity**
32:2,9 39:5
64:5 65:5

**Orange**
17:5 47:20

**order**
90:6

**orders**
43:7

**ordinarily**
32:14,18

**ordinary**
10:21 90:7

**organization**
19:18 20:19
21:22 22:11
23:8,16,17,23
24:3 29:6
31:22,25

39:12 59:22,
23 60:2,7,9
66:5 69:6,14,
23 70:6,14,21
77:25

**organizations**
18:13,21
20:9,12,16
21:13 23:13
39:19 49:18
69:2 83:1,4,7

**organizing**
32:7

**original**
12:15 18:6

**Osceola**
17:5 26:8

**outset**
9:8

**overheard**
60:12

**oversee**
51:17

**owners**
51:24

———————

**P**

**p.m.**
56:2,11,12
89:11,12 90:8

**paid**
32:21 37:7,9,
10 40:2 52:8
89:18

**paper**
81:4

**paperwork**
27:17,18,21

**parents**
74:9

**part**
24:24 35:17
39:22 60:3
61:22 62:11
76:17 83:15

**part-time**
35:23 36:14
38:13,16,20,
22 39:6

**participate**
47:13,16
83:3,6

**parts**
81:24

**party**
23:9

**pass**
53:17

**past**
40:4 83:7

**pause**
10:11 31:15
40:7

**pay**
37:13 39:20

**payroll**
28:11

**pending**
10:13

**people**
26:23 40:19
54:10,11
61:3,13 63:8
65:14

**percent**
35:21 36:20

**Perfect**
78:11

**perform**
45:15 49:18,
21 61:24
62:3,14

**performance**
60:21 61:2

**performing**
51:6

**period**
20:23 77:6

**periodic**
60:15

**permanent**
74:1

**permission**
55:21 58:15

**permits**
53:19

**person**
41:1,20
59:22,23,25
60:2,8 61:23
62:2,24 63:9
64:7 65:17

**personal**
63:4 69:4,12,
21 70:4,12,19
75:9,18
87:15,16,17
88:6

**pertained**
82:24

**peticion**
54:11

**petition**
25:17 73:23

Norka Martinez
December 21, 2023

13

**ph**
  54:1,2 65:16
**phone**
  82:1,5,7,13,
  16,19,20,24
  84:21
**physical**
  73:5 81:4,6
**place**
  11:8 31:8,16
  44:10 56:11
  86:12 88:7,8
  89:11 90:6
**places**
  17:7,13,19,20
  18:7
**plaintiffs**
  76:3,13 79:4
  84:22
**plan**
  31:13
**planilla**
  28:11,12,17
  33:5,6,8,17
  34:4,5
**plans**
  38:4 75:4
**play**
  46:25 47:2
**point**
  11:1 62:20
**policies**
  43:18,24
  44:10
**policy**
  37:13,14
**polite**
  37:22

**political**
  19:3
**portfolio**
  88:2
**portion**
  76:20
**possess**
  45:21 73:5
  81:4,10 82:4
  88:12
**possession**
  80:21
**possibility**
  61:4
**post**
  30:23 61:5
**potential**
  14:19 26:11
  55:3 59:1
  68:7,14
**potentially**
  81:3,8 86:24
**Pratt**
  6:13,18 7:5
  8:6,10 11:7,
  11,21 12:5,
  16,25 13:4
  14:12,24
  15:2,18,22
  16:9,21
  17:11,17,21,
  24 18:4,8,9,
  17 19:1
  21:16,19
  22:2,4,8,25
  23:5,6 24:17
  25:10,11,21
  26:16 27:25
  28:23 29:11,
  13 30:4,17,20

  31:6,10,13,
  18,20 33:11,
  13,21 34:12,
  24 35:11,18,
  24 36:8,15
  37:15,22,24
  38:21 39:8,15
  40:8,12,14
  41:6,12,14
  42:13,20
  43:5,12,22
  44:2,6,18
  45:12 46:6,23
  47:9,15 48:9,
  22 49:1,8,15,
  23 50:1,8,11,
  22 51:3 52:6,
  11 53:6,15
  54:4,7,24
  55:1,9,17,23
  56:2,8,13,23
  57:5,14,20
  58:1,11,18,24
  59:5,11 60:1,
  6,13,19 62:1,
  15 63:1,11,18
  64:1,11,24
  65:3,10,19
  66:1,14,21
  67:3,10,17,23
  68:4,11,18,24
  69:11,19,20
  70:3,11,18
  71:1,17 72:3,
  6,20 73:4
  74:7,13,19,23
  75:3,8,16,24
  76:7,10,21
  77:9,15 78:2,
  4,11,13,17,19
  80:3,12,18
  81:1,7,14,22

  82:12,22 83:5
  84:2,10 85:1
  87:6,12,23
  88:10,21
  89:9,23 90:5
**precisely**
  21:9
**predicate**
  18:8
**prefer**
  8:14 38:23
**prep**
  13:21
**preparation**
  14:1,5 15:6,
  14,19
**prepare**
  12:10,17
  13:6,11 15:5,
  9
**preparing**
  12:23
**present**
  6:25 9:3,6
  13:21 65:22
**Presently**
  83:3
**previously**
  23:3 34:17
**prior**
  19:16,21,24
  42:15 55:19
  60:3,8 66:3
  77:11
**prisoners**
  36:11
**privilege**
  12:11 14:21
  88:15

privileged
14:3,7 79:22
81:12 87:1

problem
18:4 22:4
23:11 25:10
87:23

problems
61:15

proceedings
6:1 7:11 90:8

process
12:23 21:1,11
24:22,25
27:12 41:17
42:8 46:8,17,
25 48:17,20,
23

produce
79:13

produced
14:13 88:11

production
14:19 79:4,
13,21 80:9,14

prohibited
86:4

prohibits
34:10

project
24:23 37:10

properly
41:22

Protective
72:14

provide
38:11 39:2
41:9,10

provided
12:22 14:18
15:4 27:11
79:19

providing
41:5

pull
78:17

purposes
6:4

put
11:25 58:3
67:5 88:6

putting
70:14

--------

Q

quality
46:2,5,7,17,
25 48:17,19

question
6:5,14,17
9:21 10:12
11:4,12 12:15
13:3,5 14:15,
20,22,25
17:10,16
18:6,16 21:6
22:19,23
25:20 26:4,13
30:9,19 35:10
37:8 39:18,23
44:5 46:22
47:14 50:9
52:15 55:10,
22 58:10
60:20 62:11
63:2,24 69:18
71:15 75:17

76:8 80:2,11
81:13,21
85:23 86:4,13
89:16,17

questioning
22:21 31:9
37:18 56:6

questions
9:25 10:17
12:19 57:7
68:25 78:5,8
84:18 88:22
89:3,5,22

quick
11:11 31:9

quit
63:9

--------

R

R-O-J-A-S
8:22

raining
85:15

raise
7:9,20 78:22

reach
61:23

reached
32:4

read
90:1

ready
7:7

reask
46:22 71:15

reason
10:15 16:20

recall
11:3 20:6,25
21:2,7,9
45:17 59:21
77:16

receive
26:10 40:24
41:15 42:22,
25 43:13
44:20 45:14
49:2 83:9,10

received
13:1 14:4
18:19 44:8,20
45:22 52:24
72:25 79:18
80:7 82:9,14
83:20 85:25

receives
23:17

receiving
58:13

recess
31:16 56:11
89:11

recheck
46:9

recognize
11:24 78:20

record
7:7 8:19
31:14,18,19
56:10 89:8,13

refer
21:12 23:22
24:2 72:13

Reference
34:6

referred

Norka Martinez
December 21, 2023

15

25:16

**referring**
21:14 22:10
24:25 33:8,20

**regional**
51:21,22

**register**
27:4,9 28:25
34:11 76:16

**registered**
26:24 27:1,3
65:14

**registering**
20:21

**registration**
20:9,11,16
21:13,22
22:10 23:8,
13,16,18,22
24:3 26:11
27:12,15
29:3,16,25
30:6,13,23
31:3,22,25
33:9,10,20
39:12 40:25
41:16 45:25
46:16 47:3,17
49:3,5,11,22
50:19,24
53:10 56:19
57:1,10,16,22
58:4,7,14
60:9 63:23
64:2,8 65:2
66:4,10,24
67:6,13,20
69:2,6,7,14,
15,23,24
70:5,6,14,15,

21,22 83:1
89:19

**registration-related**
49:18

**registrations**
66:17

**regulation**
20:19

**related**
25:3 43:8,18
58:20 68:1,7,
15,21

**Relatedly**
47:2

**relates**
11:3

**relation**
59:7

**relations**
74:10

**relationship**
40:6

**released**
62:17

**relevant**
30:13 47:9

**remains**
13:5

**remember**
11:2

**remotely**
8:2

**removed**
84:4,13

**repeat**
17:10 30:19
35:16 37:3

50:9 69:18
77:3

**rephrase**
10:2 26:17
50:12 57:6
64:12 72:5

**report**
51:14

**Reporter**
7:6 31:15
56:9

**represent**
8:12 21:20
23:11,15 79:2

**representations**
23:21 24:1

**request**
63:14,19
64:4,13 65:5,
21 79:3,12
86:25 88:13
89:7

**requesting**
63:21 79:13
88:9

**requests**
64:19 79:21
80:9,14

**require**
12:20

**required**
44:15 46:10

**requiring**
44:17 61:12

**reregister**
40:25

**research**
15:9

**reside**
16:10,13
74:3,15

**residences**
71:22

**resident**
71:9,12 74:1

**residing**
17:7,19 18:12
19:6

**respect**
12:22 43:6
53:14 86:18

**respectful**
37:17

**respond**
55:6 77:24
79:20 80:8,13

**responded**
40:11

**response**
10:6 79:7

**responses**
6:5

**responsibilities**
45:16 52:25

**responsibility**
30:11,22 31:2

**responsive**
81:3,9 86:24
88:13

**result**
59:24

**results**
59:13

**retain**
49:10

retains
  82:8
reveal
  12:12 14:8,22
  79:24 87:3
  88:17
review
  14:5 15:13,
  18,21 30:6
  78:18
reviewed
  13:8 15:20
reviewing
  15:4
reviews
  42:8 60:15
revisions
  60:17
role
  46:25 47:2
room
  11:18 13:22
rough
  73:18 90:3
roughly
  77:17
routine
  61:22 62:11
rules
  9:11 53:14

_____

S

safe
  88:7
sake
  7:1 22:22
salaried
  52:2

salary
  32:21
sat
  9:1
saturated
  82:21
SB
  76:2,7,12,23
  77:10,20
schedule
  38:11
school
  24:23 34:22
schools
  25:4
scratch
  14:16
screen
  11:14,18,19,
  22,25 78:18,
  21
search
  80:20 81:3,9
searched
  81:2,8 86:23
  87:8
seasonal
  34:16
Secretary
  8:12 79:3
  90:5
Secretary's
  79:12 86:25
  88:13
sections
  41:12
secure
  50:3

seek
  31:24
seeking
  32:5
send
  83:10 85:16
September
  73:12
service
  17:25 27:6
services
  39:2
session
  10:24 13:13
sessions
  13:10,12,17,
  21 15:6,8
set
  9:10
setting
  18:18 80:4,10
shakes
  10:7
share
  11:13,18,22
  16:1
sharing
  11:19 15:24
  25:1
sheet
  28:13 34:5
short
  21:10 40:7
shorthand
  22:9
show
  11:23

siblings
  74:9
sick
  85:11,12
sign
  25:16
similar
  29:19 55:10
similarly
  46:14
simpler
  71:18 81:24
single
  77:1
site
  28:14
SJOSTROM
  89:5
slightly
  57:7 75:25
sold
  37:14
sole
  76:17
solely
  12:22
solicitud
  54:11
someone's
  55:12
son
  74:12
sort
  18:21 24:5
sound
  73:12
Spanglish

54:9

**Spanish**
7:12,16,18
8:3 22:15
33:22

**speak**
13:25 26:23

**speaker**
33:22

**speaking**
12:10,18 13:7
15:3 17:3
26:6 79:20
85:2 87:18

**specific**
63:3 69:1
71:4 84:19

**specifically**
25:2

**spell**
8:19

**spoke**
48:18

**spouse**
74:8,12

**spreadsheet**
28:14

**Spreadsheets**
28:1

**staff**
28:12

**starters**
16:2

**state**
8:12,18 31:4

**State's**
79:3

**states**
16:6,14,16,25
17:1 19:7
39:12 55:13,
15 71:12
72:8,17 73:1,
20 74:1,4,25
75:5,20

**stating**
13:16

**status**
72:11,14
73:22

**statute**
76:2,6,12,24
77:4

**statutory**
56:19 57:10
66:11 69:8

**stay**
82:15

**STENOGRAPHER**
7:8,19 31:19
89:13 90:4

**stipulate**
6:3 33:12,13,
23

**structure**
51:9,11

**subject**
25:22 37:23

**submitted**
56:18,25
57:9,16 66:9,
16 87:4

**submitting**
69:6,14,23

**subsequently**
47:4

**suggest**
88:3

**sun**
85:12

**supervise**
62:22

**supervisor**
27:11 31:3
32:11 42:16,
17 43:8 44:16
47:23 51:7,
15,17,19
62:21 85:7,8,
17

**supervisors**
47:17 51:12,
25 52:2,7,12,
14,19 61:1,11
83:13

**supervisory**
51:9

**supposed**
44:11 53:25

**supposedly**
38:13

**survey**
25:8 34:22

**surveys**
25:6,12,15,
23,25 26:3

**swear**
7:10,21

**switching**
75:25

**sworn**
7:17 8:2

**system**
82:19

**T**

**table**
28:15

**takes**
90:7

**taking**
10:4

**talk**
40:19 61:1

**talked**
53:25

**talking**
37:16 40:18
44:7

**team**
47:19,21
61:15

**teamwork**
61:14

**temporary**
34:16 72:14

**term**
21:21 22:10,
11,24 23:8

**terminating**
63:4

**terminology**
28:7 54:3

**testified**
8:4 9:5

**testifying**
9:2,17

**testimony**
7:21

**text**
82:7,8,14
83:3,6,16

Norka Martinez
December 21, 2023

18

84:7

thing
  10:11 21:21
  22:16

things
  11:13 17:25
  28:10 85:3

third-party
  20:8,11,15,18
  21:13,21
  22:10 23:8,
  13,16,22 24:2
  31:22,25
  39:11 60:9
  66:4 69:2,5,
  13,22 70:5,
  13,20 82:25

thoughts
  32:7

time
  6:19 8:13
  10:22 11:7
  20:23 23:10
  28:20,25 32:8
  35:20 36:20
  38:12 39:9
  42:21 43:18
  47:19,20,24
  49:9,16
  62:20,23
  66:8,15,22
  67:4,11,18,24
  68:5,12,19
  71:2 73:18
  74:24 75:10,
  12,18 77:6
  78:13 82:25
  85:10 88:25
  89:2 90:7

times

52:16

timing
  14:8

today
  8:8,14 9:2,
  14,19 10:17
  12:3,7,23
  83:1 88:23

today's
  10:19 11:2
  12:10,17
  13:6,11 14:1,
  5 15:5,10,14,
  19

told
  87:5 88:19

ton
  54:16

topic
  76:1

total
  13:17

touched
  71:19

TPS
  72:12,13

track
  51:4

training
  42:22,25
  43:14,16
  44:16,19
  45:14 52:24
  53:3,7

trainings
  44:8

transcript
  90:6

translate
  7:11 22:15
  33:24

translated
  45:5 54:5
  59:17,19

translating
  7:1

translation
  11:15 17:14
  21:23,25
  22:18 25:5
  27:20 28:5
  29:5,12 33:25
  41:4 45:2,3,6
  46:21 53:22
  82:17

translations
  6:3,15 7:2
  33:7 34:7
  87:25

translator
  10:20 11:17
  21:24 33:24
  45:5 78:7

travel
  75:4

traveled
  74:25

trial
  9:5

trust
  33:24

truth
  7:22,23

truthfully
  10:17

turn
  17:6,12,18

19:5 45:25
68:25 71:2

turned
  42:4,9 46:17
  47:4,8 49:12
  64:16,20

turning
  18:10 50:18

turns
  23:18

type
  25:1 29:24
  42:25 60:17,
  23 61:24 62:3

types
  74:10 85:3
  86:9

---

**U**

---

Uh-huh
  83:18

uh-huhs
  10:7

unclear
  10:1

uncomfortable
  37:17

understand
  8:25 9:13,16
  14:15,20
  18:16 21:14,
  18 23:21 24:2
  25:20 26:13,
  15 29:11
  33:23 35:10
  37:8 39:18
  43:21 44:9
  47:12,13
  50:10 51:12

54:7 58:10
60:18,24
71:16 81:13,
21 85:23 86:9

**understanding**
6:4 22:7 44:4
65:13 86:11

**understands**
54:5,13,19

**Understood**
9:8 14:24
15:23 20:7,22
23:5 29:11
33:21 40:4
55:10 60:14
73:16 78:3
84:18

**United**
16:6,14,16,25
19:7 39:12
55:12,15
71:12 72:8,17
73:1,20 74:1,
4,25 75:5,20

**unpaid**
19:2 47:25
48:4,10

**update**
28:22

---

**V**

**Vargas**
6:2,9,11,24
11:11,19
12:11 14:7,21
16:7,17 17:14
18:15,24
24:15 25:19
26:12 27:24

28:18 30:2
31:6,12 34:20
35:9,15 36:3
37:12 38:18,
25 39:13
42:10 43:20
44:13,23
46:4,19 47:11
48:6 49:6,13,
20 50:5 51:1
52:4,9 55:20
56:3,5,21
57:3,12,18,24
58:9,16,22
59:3,9,15,19
60:4,10,16
61:21 62:6,9,
19 63:7,15,20
64:6,21
65:12,23
66:12,19
67:1,8,15,21
68:2,9,16,22
69:9 70:1,9,
16,23 71:14,
24 72:18 73:2
74:5,11,16,21
75:1,6,14,22
76:19 77:13,
22 78:4 79:22
80:15,22
81:5,11,20
82:10 83:2,
22,24 84:5,23
87:1,9 88:14
89:4,7,10,15,
21,25 90:2

**Vecino**
19:18,19,21,
24 20:7,14
23:12 24:6,12
26:6,10,18,22

27:14 29:6,9,
20,24 30:5,
12,21 31:1
32:3,4,10,12,
20 33:2 35:4
38:2,19,23
39:1,4,7,9,
16,24 40:2,3,
5,6,9,17
41:19 42:2,3,
21 43:1,14,
17,23,24
44:9,10,20
45:13,22
46:1,2,12,15
47:6,24,25
48:4,5,11,12,
15,19,22
49:2,10,16,
17,24 50:3,
14,17,24
51:4,10,24
52:1,13,20
53:1,17,19,20
55:2,11,19
56:18,25
57:9,15,22
58:2,6,13,20,
25 59:6,12,24
60:3,8,14,20
61:1,7 62:17
63:4,12 64:3,
17 66:3
75:10,12
77:12,16,19,
21 83:8,9,11,
21 84:6 85:4,
21 86:1,10,16
89:18

**Vecino's**
50:25 61:16
64:20 65:7,11

**Venezuela**
16:4,5,10
71:13 74:15,
18 77:7

**verbal**
10:6

**verbally**
79:8

**verbatim**
54:6

**verify**
55:21 87:21

**view**
38:12

**Vogel**
8:11

**volunteer**
18:10,21 19:2

**volunteered**
17:7,13,19,
20,23 18:7,13

**volunteers**
48:4,10

**Vota**
20:13,14,24
21:4 23:12
24:9,13 29:18
30:9 32:16,24
34:14,15
39:10 66:5,9,
16,23 67:5,
12,18,25
68:1,5,7,12,
13,19,20
75:19 77:11
86:18,20

**vote**
26:24,25 27:1
40:24 63:17,

19,21 64:5,9
65:6,15,21

**vote-by-mail**
63:14 64:14,
19 65:18

**voted**
40:20

**voter**
20:8,11,15,19
21:13,21
22:10 23:8,
13,16,17,22
24:3 26:10
27:14,15
28:25 29:3,
15,25 30:6,
12,23 31:2,
22,25 33:9,20
39:11 41:16
45:25 46:16
47:3,17 49:3,
5,11,18,22
50:19,23
56:18,25
57:9,16,22
58:3,7,14
60:9 63:23
64:2,13 65:1,
5 66:4,10,17,
24 67:6,13,20
69:2,5,7,13,
15,22,24
70:5,13,20
83:1

**voter's**
57:23 58:15
64:7 66:24
67:14 70:6,7,
15,22

**voters**
20:21 25:16,

23 26:11 27:9
28:20 34:11
41:7 53:10
76:16

────────────

**W**
────────────

**waive**
90:1

**wanted**
25:23 28:25
40:23 44:14

**ways**
86:15

**week**
32:13,17
36:21 38:8
42:14,15 55:7

**weeks**
32:13 62:11

**Whatsapp**
83:12,16,18,
19 84:1,4,21
85:5,19,24
86:14

**Whomever**
44:14

**withdraw**
14:25 23:3

**wondering**
63:3

**word**
6:6,11 23:9
27:23 33:14
34:6 36:7
43:4 54:25
64:23

**wordreference.
com.**
34:8

**words**
48:3,7

**work**
16:18 18:20,
21 19:2,12,
19,22,24
20:1,20,23
24:6,13,19
25:1 26:6,19
27:16 29:24
32:14,18
34:15 35:4,
13,21 36:2,
13,21,23
37:1,4,5
38:8,14,20,
22,23,24 39:6
47:25 48:4,11
50:14 51:6
53:20,23
55:12,15
61:13,24
62:3,14
72:17,21 73:9
76:14 84:17
86:5

**workday**
41:24

**worked**
18:11 19:13
20:12,15,18
21:3,8 26:3,
5,18 29:18
30:21 32:16,
20 39:10 40:9
41:18 48:14
51:10 52:13
54:15 59:22
60:8 66:4
75:18

**working**
16:19 19:16,
21 21:1,11
24:12 26:9
27:13 31:1
35:7 37:25
38:2 39:9
43:23 45:13
50:17 61:15
63:12 66:3
83:8 84:14

**written**
45:14,21
85:21 86:2,19

**wrong**
86:7

────────────

**Y**
────────────

**year**
19:15,20

────────────

**Z**
────────────

**zoom**
6:1 10:5 11:8
78:23,24