Florida State Conference of Branches and Youth Units of the NAACP

*vs.*

Cord Byrd

Deposition of:

Elizabeth Pico

December 18, 2023

Vol 01



Elizabeth Pico
December 18, 2023

```
             IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF FLORIDA
                   TALLAHASSEE DIVISION
              CASE NOS.: 4:23-cv-215-MW/MAF
                         4:23-cv-216-MW/MAF
                         4:23-cv-218-MW/MAF


   FLORIDA STATE CONFERENCE OF BRANCHES
   AND YOUTH UNITS OF THE NAACP, et al.,

        Plaintiffs,
   v.

   CORD BYRD, in his official capacity as
   Florida Secretary of State, et al.,

        Defendants.
   _____/



                DEPOSITION OF ELIZABETH PICO



                 Monday, December 18, 2023
                 10:12 a.m. - 11:33 a.m.


                       VIA ZOOM
```

```
              Stenographically Reported By:
                  Barbie Gallo, RMR-CRR
                  www.lexitaslegal.com
                      888-811-3408
   Job No.: 340689
```

Elizabeth Pico
December 18, 2023

Page 2

```
 1   APPEARANCES:
     On behalf of the Plaintiffs:
 2       ELIAS LAW GROUP
         250 Massachusetts Avenue NW
 3       Suite 400
         Washington, DC 20001
 4       (202) 498-8556
         rodonnell@elias.law
 5       BY:  RENATA O'DONNELL, ESQUIRE

 6   AND

 7       LATINOJUSTICE PRLDEF
         475 Riverside Drive
 8       New York, New York 10027
         BY:   GHITA SCHWARZ, ESQUIRE
 9           CESAR Z. RUIZ, ESQUIRE
         gschwarz@latinojustice.org
10       cruiz@latinojustice.org

11   AND

12       LATINOJUSTICE PRLDEF
         4700 Millenia Boulevard
13       Suite 500
         Orlando, Florida 32839-6019
14       (800) 328-2322
         BY:  ROBERTO CRUZ, ESQUIRE
15       rcruz@latinojustice.org

16   AND

17       LATINOJUSTICE PRLDEF
         4700 Millenia Boulevard
18       Suite 500
         Orlando, Florida 32839
19       BY:  DELMARIE ALICEA, ESQUIRE
         dalicea@latinojustice.org
20

21   On behalf of the Defendant, CORD BYRD, in his official
     capacity as Florida Secretary of State:
22       HOLTZMAN, VOGEL, BARAN, TORCHINSKY & JOSEFIAK
         15405 John Marshall Highway
23       Haymarket, Virginia 20169
         (540) 341-8808
24       BY:  JOHN J. CYCON, ESQUIRE
         jcycon@holtzmanvogel.com
25
```

Elizabeth Pico
December 18, 2023

Page 3

```
 1   APPEARANCES (continued):
     On behalf of U.S. Department of State:
 2       OFFICE OF THE ATTORNEY GENERAL
         PL-01 The Capitol
 3       Tallahassee, Florida 32399-0002
         (850) 414-3635
 4       BY:  NOAH SJOSTROM, ESQUIRE
         noah.sjostrom@myfloridalegal.com
 5
     On behalf of Alachua County Supervisor of Elections:
 6       ALACHUA COUNTY ATTORNEY'S OFFICE
         12 SE 1st Street, Floor 2
 7       Gainesville, Florida 32601-6826
         (352) 374-5218
 8       BY:  ROBERT CHARLES SWAIN, ESQUIRE
         bswain@alachuacounty.us
 9
     On behalf of Citrus County Supervisor of Elections:
10       ROPER, P.A.
         2707 East Jefferson Street
11       Orlando, Florida 32803-6116
         (407) 897-5150
12       BY:  CHRISTINA M. LOCKE, ESQUIRE
         clocke@roperpa.com
13
     On behalf of Volusia County Supervisor of Elections:
14       VOLUSIA COUNTY ATTORNEY'S OFFICE
         123 West Indiana Avenue
15       Deland, Florida 32720-4613
         (386) 736-5950
16       BY:  SARAH JONAS, ESQUIRE
         sjonas@volusia.org
17
     On behalf of Broward County Supervisor of Elections:
18       BROWARD COUNTY ATTORNEY'S OFFICE
         115 South Andrews Avenue, Suite 423
19       Fort Lauderdale, Florida 33301-1826
         (954) 357-7600
20       BY:  DEVONA ALICIA REYNOLDS PEREZ, ESQUIRE
         dreynoldsperez@broward.org
21
     On behalf of Miami-Dade County Supervisor of Elections:
22       MIAMI-DADE COUNTY ATTORNEY'S OFFICE
         111 NW 1st Street, Suite 2810
23       Miami, Florida 33128-1930
         (305) 375-5620
24       BY:  MICHAEL VALDES, ESQUIRE
         mbv@miamidade.gov
25   ALSO PRESENT:
         Habib Serrano, Spanish interpreter
```

Page 4

1                      INDEX OF PROCEEDINGS
    WITNESS:                                    PAGE
2

3                 E X A M I N A T I O N S

4   PROCEEDINGS                                 PAGE
    INTERPRETER, HABIB SERRANO, SWORN              5
5   ELIZABETH PICO
     DIRECT EXAMINATION                            5
6      BY MR. CYCON
     CROSS-EXAMINATION                            32
7      BY MS. ALICEA
    CERTIFICATE OF OATH                           35
8   CERTIFICATE OF REPORTER                       36
    READ & SIGN LETTER TO WITNESS                 37
9   ERRATA SHEET                                  38

10

11                     E X H I B I T S

    NUMBER                 DESCRIPTION          PAGE
12  Exhibit 1       NOTICE OF TAKING DEPOSITION      7

13

14

15

16

17

18

19

20

21

22

23

24

25

Elizabeth Pico
December 18, 2023

Page 5

1  Thereupon,

2  the following proceedings began at 10:12 a.m.:

3                           *   *   *

4  WHEREUPON,

5                      HABIB SERRANO,

6  The interpreter, was sworn to truly and correctly

7  translate English into Spanish and Spanish into

8  English.

9           THE STENOGRAPHER:  If you would, raise your

10         right hand, and I'll swear you in.

11         Do you swear to tell the truth, the whole

12         truth and nothing but the truth so help you God?

13         THE WITNESS:  I do.

14         THE STENOGRAPHER:  Thank you.

15  THEREUPON,

16                      ELIZABETH PICO,

17  Being by me first duly sworn to tell the whole truth,

18  as hereinafter certified, testified as follows:

19                   DIRECT EXAMINATION

20  BY MR. CYCON:

21     **Q.   Good morning.  My name is John Cycon, and**

22  **I'm an attorney representing the Secretary of State.**

23         THE INTERPRETER:  One moment, Mr. Cycon.

24         Ms. Pico just advised that she can't hear me

25         clearly.

Elizabeth Pico
December 18, 2023

 1              MR. CYCON:  Can we go off the record while

 2      we try to fix this?

 3              THE STENOGRAPHER:  Of course.

 4      (A discussion was held off the record.)

 5  BY MR. CYCON:

 6      Q.    Can you please state your full name and

 7  spell it for the record.

 8      A.    Maria Elizabeth Pico, M-a-r-i-a;

 9  E-l-i-z-a-b-e-t-h; P-i-c-o.

10      Q.    Have you ever been deposed before?

11      A.    No, not that I could remember.

12      Q.    Have you ever testified at trial?

13      A.    No.

14      Q.    Have you ever testified under oath in any

15  other circumstances?

16      A.    Yes.

17      Q.    What were those circumstances?

18      A.    I don't remember exactly.

19      Q.    Do you know when that occurred?

20      A.    I don't remember.

21      Q.    Okay.  I'm going to go over some of the

22  basic rules for today's deposition.

23      A.    That's fine.

24      Q.    Do you understand that you're under oath

25  today?

Elizabeth Pico
December 18, 2023

Page 7

 1     A.    Yes, I understand.

 2     Q.    And that the oath is the same as if you were

 3  appearing in court?

 4     A.    Yes, sir.

 5     Q.    If any of my questions are unclear, please

 6  let me know and I will reask them.

 7     A.    That's fine.  Thank you.

 8     Q.    If you'd like to take a break at any point,

 9  please just let me know.

10     A.    That's fine.  Thank you.

11     (Defendant's Exhibit Number 1 for i.d.)

12  BY MR. CYCON:

13     Q.    I'm adding Exhibit 1 to the chat.

14     A.    Agreed.

15     Q.    Are you able to see this document?

16     A.    Not yet.

17     Q.    Are you able to see my screen?

18     A.    I can see it now.

19     Q.    Do you recognize this document?

20     A.    Can you lower the document a little bit more

21  so I can see it?  This is the entire contents of the

22  document?  It's in English.  This is the deposition

23  document.

24     Q.    Yes, that's correct.

25     A.    Thank you.

Elizabeth Pico
December 18, 2023

Page 8

1      Q.    Were you able to discuss this document with

2  your attorneys?

3            MS. ALICEA:  Objection.  Privilege.  She may

4         answer.  I instruct my client to answer but not

5         to reveal any instructions given by her

6         attorneys.

7      A.    Can you please repeat the question?

8  BY MR. CYCON:

9      Q.    Did you receive a deposition notice to

10  appear today?

11     A.    Yes.

12     Q.    Do you understand that document?

13     A.    Yes.

14     Q.    How did you prepare for your deposition

15  today?

16            MS. ALICEA:  I would like to make an

17         objection, privileged information.  And I'll

18         instruct my client to answer but not reveal any

19         communications with her attorneys.

20     A.    Can you repeat the question again?

21  BY MR. CYCON:

22     Q.    How did you prepare for your deposition

23  today?

24     A.    Well, I met with my attorney one week

25  before.

Elizabeth Pico
December 18, 2023

Page 9

1     Q.    Did you review any documents to prepare for

2  today's deposition?

3          MS. ALICEA:  Objection.  Attorney-client

4      privilege.  I instruct my client to answer but

5      not reveal any documents that were discussed

6      with her attorneys.

7     A.    Can you repeat the question?

8  BY MR. CYCON:

9     Q.    Did you review any documents to prepare for

10 today's deposition?

11    A.    Yes.

12    Q.    Were those documents that you collected?

13          MS. ALICEA:  Objection.  The question asks

14      for attorney-client conversations.  I instruct

15      my client to answer but not reveal any

16      instructions given by her attorneys.

17    A.    Can you repeat the question, please?

18 BY MR. CYCON:

19    Q.    We'll move on.  Prior to moving to the

20 United States, what countries have you lived in?

21          MS. ALICEA:  I'd like to make an objection

22      on relevance, and I'll instruct my client to

23      answer.

24    A.    Venezuela, my country of origin.

25

Elizabeth Pico
December 18, 2023

Page 10

```
 1  BY MR. CYCON:

 2      Q.     When did you move to the United States?

 3             MS. ALICEA:  I'd also like to make an

 4         objection on relevance here.  I'll instruct my

 5         client to answer.

 6      A.     Can you repeat the question, please?

 7  BY MR. CYCON:

 8      Q.     In what year did you move to the United

 9  States?

10      A.     2017.

11      Q.     What counties in Florida have you lived in?

12             MS. ALICEA:  Object to relevance as well and

13         instruct my client to answer.

14      A.     In Orange and Osceola.

15  BY MR. CYCON:

16      Q.     Have you ever volunteered at an organization

17  in Florida?

18             MS. ALICEA:  I'd like to object to form.

19         The question is ambiguous.

20  BY MR. CYCON:

21      Q.     You can answer.

22      A.     Can you repeat the question, please?

23      Q.     Have you ever volunteered at any nonprofit

24  organizations in Florida?

25             MR. CRUZ:  Object to the translation.
```

```
 1              MS. ALICEA:  Objection to the translation.
 2         If the interpreter can reinterpret the
 3         question...
 4              THE INTERPRETER:  Sure.
 5    A.     In what place and on what date?
 6  BY MR. CYCON:
 7    Q.     In the state of Florida have you volunteered
 8  at any nonprofit organizations?
 9    A.     Yes.
10    Q.     Which organizations?
11    A.     Poder Latinx.
12    Q.     When did you begin volunteering with
13  Poder Latinx?
14    A.     I did it only on one occasion.
15    Q.     What year?
16    A.     Can you repeat that, please?
17    Q.     What year?
18    A.     I don't remember exactly.
19    Q.     Are you a member of Poder Latinx?
20              MS. ALICEA:  I'd like to object as to
21         relevance, but I'll instruct my client to answer
22         the question.
23    A.     Can you repeat the question, please?
24  BY MR. CYCON:
25    Q.     Are you a member of Poder Latinx?
```

Elizabeth Pico
December 18, 2023

Page 12

```
 1     A.    At the moment, no.

 2     Q.    Where do you currently work?

 3     A.    In Mi Vecino.

 4     Q.    When did you begin working at Mi Vecino?

 5     A.    In November of 2021.

 6     Q.    What is Mi Vecino?

 7           MS. ALICEA:  Objection to form.  The

 8     question is ambiguous.  I'll allow my client to

 9     answer.

10           THE INTERPRETER:  I'm sorry, Counselor.  I

11     didn't hear you.

12           MS. ALICEA:  But she can go ahead and

13     answer.

14     A.    Can you repeat the question, please?

15  BY MR. CYCON:

16     Q.    What is Mi Vecino?

17     A.    It's an organization to register voters.

18     Q.    What is your job at Mi Vecino?

19     A.    Currently, doing service.

20           MR. CRUZ:  Objection to the translation.

21           MS. ALICEA:  I'd like to make an objection

22     to translation.

23           THE INTERPRETER:  The interpreter stands by

24     his rendition.

25           Would you like the interpreter to inquire as
```

Elizabeth Pico
December 18, 2023

1    to the definition of the term that was used by

2    Ms. Pico?

3         MR. CRUZ:  We believe that the correct

4    translation is "canvasser."

5         MS. ALICEA:  We believe that the correct

6    translation is "canvasser."

7         THE INTERPRETER:  Okay.  The interpreter

8    will look up the word reference.

9         MR. CYCON:  It is on me?

10        THE INTERPRETER:  No, the interpreter is

11   looking up the word reference prior to giving a

12   rendition, please.

13        MR. CYCON:  Sorry.

14        THE INTERPRETER:  No, not a problem.

15        There is multiple words.  That is one of

16   them in the word reference.

17        Would you like the interpreter to re-render

18   rendition?

19        MR. CYCON:  I'm fine with --

20        MS. ALICEA:  Yes.

21        MR. CYCON:  I'm fine with canvasser.

22   There's no objection on my end.

23        THE INTERPRETER:  Okay.

24        MS. ALICEA:  Could we just stipulate that

25   "encuestadora" will be translated at "canvasser"

Elizabeth Pico
December 18, 2023

Page 14

1      for the remainder of the deposition?

2           MR. CYCON:  That works for me.

3           MS. ALICEA:  Thank you.

4           THE INTERPRETER:  The interpreter noted the

5      word.  Thank you.

6   BY MR. CYCON:

7      Q.    What does a canvasser do at Mi Vecino?

8      A.    The canvasser, what they do is they inquire

9   about a program of which they're working on.

10     Q.    At Mi Vecino, have you ever registered

11  somebody to vote?

12          MS. ALICEA:  I'd like to object to form.

13     The question is ambiguous, but I'll instruct my

14     client to answer.

15     A.    I haven't registered anyone directly.  I

16  have presented the application to the voter, and they

17  fill it out.

18  BY MR. CYCON:

19     Q.    For which elections have you helped voters

20  register to vote at Mi Vecino?

21     A.    I worked in that capacity during local

22  elections this year.  However, since I started with

23  them, I've been working as far as having individuals

24  register or update their registration.

25     Q.    Does that work occur throughout the year?

Elizabeth Pico
December 18, 2023

Page 15

```
 1     A.    Yes.
 2     Q.    About how many hours per week in a year do
 3  you help voters register to vote?
 4           THE INTERPRETER:  I'm sorry, Counselor.  One
 5     more time.
 6  BY MR. CYCON:
 7     Q.    About how many hours per week per year do
 8  you spend helping people register to vote?
 9           MS. ALICEA:  I'm sorry.  Object to form.  I
10     don't know if he said "per week" or "a year" or
11     both.
12           THE INTERPRETER:  He said both.
13           MS. ALICEA:  Okay.  Then I'm going to object
14     to form.  Compound question.
15           She can answer the question.
16     A.    Can you please repeat it?
17  BY MR. CYCON:
18     Q.    Does Mi Vecino pay you by the hour?
19           MS. ALICEA:  Objection.  Relevance.  I'll
20     instruct my client to answer.
21     A.    The pay is daily for daily work, but I get
22  paid biweekly.
23  BY MR. CYCON:
24     Q.    About how many days per week do you work?
25     A.    Where?
```

Elizabeth Pico
December 18, 2023

Page 16

```
 1      Q.    At Mi Vecino.

 2      A.    Five days.

 3      Q.    At Mi Vecino, do you do things other than

 4  registering people to vote?

 5            MS. ALICEA:  I'll go ahead and object to the

 6       relevance of that, but I'll let my client

 7       answer.

 8      A.    In what dates?

 9  BY MR. CYCON:

10      Q.    During your employment at Mi Vecino, have

11  you done work other than registering people to vote?

12      A.    After the application of the law in May of

13  this year, yes.

14      Q.    What percentage of your work from Mi Vecino

15  is spent on registering people to vote?

16            MS. ALICEA:  Object to form.  Calls for

17       speculation.

18            MR. CYCON:  These are improper objections

19       under the local rules.

20            Please interpret the question.  Can you

21       please ask the question?

22            THE INTERPRETER:  Yes.  And I'm sorry.  Can

23       I get the question one more time, please?

24  BY MR. CYCON:

25      Q.    What percent of your work at Mi Vecino is
```

1   spent on registering people to vote?

2       A.      At this time, I'm not registering voters.

3       Q.      What work are you doing for Mi Vecino at

4   this time?

5       A.      We are currently developing a program on the

6   telephone and in the field as well.

7       Q.      In 2022, how much of your work at Mi Vecino

8   was focused on voter registration?

9       A.      I don't remember exactly.

10      Q.      Was it more than half your time?

11      A.      No, I don't remember.

12      Q.      Was it more than a quarter of your time?

13      A.      I don't remember because last year my

14  position was quality control so it didn't require of

15  registering all the time.

16      Q.      What is quality control at Mi Vecino?

17          MS. ALICEA:  Objection.  Calls for

18      speculation.  I'll let my client answer personal

19      knowledge.

20          MR. CYCON:  She literally just said last

21      year she did quality control.

22          MS. ALICEA:  Right.  I understand.  I just

23      need that to be more specific because you asked

24      what the quality control was for Mi Vecino, and

25      she can only answer of her personal knowledge,

Page 18

1    which she will.

2         THE INTERPRETER:  The interpreter can advise

3         the witness to answer the question or no?

4         MS. ALICEA:  Yes, she can answer the

5         question.

6  BY MR. CYCON:

7    **Q.    What quality control work for Mi Vecino did**

8  **you do last year?**

9    A.    My role was to verify all the voter

10  registration forms that were signed at -- by -- were

11  obtained by canvassers, and I was responsible to review

12  them and make sure that they met all the requirements

13  by the Supervisor of Elections of the state of Florida.

14    **Q.    What are the requirements of the Supervisors**

15  **of Elections by the state of Florida?**

16         MS. ALICEA:  I'll object because it asks for

17         speculation and a legal conclusion, but I'll let

18         my client answer of her knowledge.

19    A.    So out of 12 numerical slots in the

20  application, eight must be filled out.  The code 3P

21  must be on the application of the organization.  The

22  initials of the canvasser must be there indicating that

23  they helped the voter fill out the application.

24  BY MR. CYCON:

25    **Q.    As quality control for Mi Vecino, do they**

Elizabeth Pico
December 18, 2023

Page 19

1   check to make sure that the county listed is correct?

2          MS. ALICEA:  I'm going to object.  Calls for

3       speculation, but I'll let my client answer to

4       her own knowledge.

5          THE INTERPRETER:  The county -- I apologize.

6       The county code is listed, correct?

7          MR. CYCON:  County is correct.

8    A.    Yes.

9   BY MR. CYCON:

10   Q.    How does it check that the county is

11  correct?

12         MS. ALICEA:  Same objection.  Calls for

13      speculation as to what Mi Vecino does, but she

14      will answer to her own knowledge.

15   A.    Verifying that the address correlates to the

16  county, its correct county.

17  BY MR. CYCON:

18   Q.    Does Mi Vecino provide training on how to

19  conduct quality control?

20         MS. ALICEA:  Same objection.  Calls for

21      speculation, but the client will answer to her

22      own knowledge.

23   A.    Yes, through the Supervisor -- through the

24  Supervisors of Elections, they provide us training.

25

Elizabeth Pico
December 18, 2023

Page 20

1  BY MR. CYCON:

2      Q.    In your experience, does Mi Vecino keep

3  copies of completed voter registration applications?

4      A.    Can you repeat that, please?

5      Q.    In your experience, does Mi Vecino keep

6  copies of completed voter registration applications?

7      A.    I don't remember.

8      Q.    In your experience, does Mi Vecino

9  electronically scan completed voter registration

10  applications?

11      A.    Can you repeat that?  I didn't understand

12  the question exactly.

13      Q.    In your experience, does Mi Vecino

14  electronically scan completed voter registration

15  applications?

16      A.    I don't remember.

17      Q.    In your experience at Mi Vecino, does any

18  third party assist with quality control of completed

19  voter registration applications?

20      A.    From my experience, the supervisor or the

21  state supervisor or myself.

22      Q.    Have you ever worked at Hispanic Federation?

23      A.    No.  As a volunteer, no.  The only thing

24  they gave us was a program.

25      Q.    Have you ever worked for Poder Latinx?

Page 21

1    A.    Yes.

2    Q.    **When?**

3    A.    In an interrupted manner, in 2019, 2020,

4  2021.

5    Q.    **What were your jobs at Poder Latinx?**

6    A.    Canvasser.

7    Q.    **Was that part-time employment?**

8    A.    Can you repeat it again?

9    Q.    **Was that full-time or part-time employment?**

10    A.    It was part time.

11    Q.    **About how many hours per week?**

12          MS. ALICEA:  Objection to relevance, but

13       I'll instruct my client to answer.

14    A.    You're speaking to me about Poder Latinx?

15  BY MR. CYCON:

16    Q.    **Yes.**

17    A.    25 hours per week.

18    Q.    **When registering voters at Poder Latinx, did**

19  **you ask voters to provide additional information**

20  **outside of the application?**

21    A.    No.

22    Q.    **Would you ask voters if they would like to**

23  **become a member of Poder Latinx?**

24    A.    No.

25    Q.    **Would you give voters a receipt or anything**

Elizabeth Pico
December 18, 2023

Page 22

 1  else after?

 2      A.    No.

 3      Q.    Did you do any quality control work for

 4  Poder Latinx?

 5      A.    No.

 6      Q.    Did you ever sort completed applications at

 7  Poder Latinx?

 8      A.    Can you repeat the question?  I didn't

 9  understand one word.

10      Q.    At Poder Latinx, did you ever sort completed

11  voter registration applications by county?

12      A.    No.

13      Q.    Do you know if Poder Latinx has a quality

14  control program for voter registration applications?

15          MS. ALICEA:  Objection.  Calls for

16       speculation, but I'll let my client answer to

17       her knowledge.

18      A.    No.

19  BY MR. CYCON:

20      Q.    Do you know if Poder Latinx keeps copies of

21  completed voter registration applications?

22      A.    I don't know.

23      Q.    Do you know if Poder Latinx electronically

24  scans completed voter applications?

25      A.    I don't know.

Elizabeth Pico
December 18, 2023

1      Q.      Do you have a Poder Latinx email address?

2      A.      No.

3      Q.      How do you communicate with other

4   Poder Latinx employees?

5              MS. ALICEA:  I'd like to object to form for

6         ambiguity for the word "communicate."

7      A.      I don't communicate with them because I am

8   not part of the personnel, at the moment, of Latinx.

9   BY MR. CYCON:

10      Q.      Between 2019 and 2021, how would you contact

11   other Poder Latinx employees?

12      A.      I had a supervisor, and that supervisor

13   would take us through the job sites.  Besides taking us

14   to the job sites, he would have visits with us

15   personally, and that's how I would communicate with

16   them.

17      Q.      Did you ever --

18              MR. CYCON:  She can continue.

19      A.      And during 2020, during the pandemic, the

20   communication was online via Zoom.

21   BY MR. CYCON:

22      Q.      Did you ever email your supervisor at Poder

23   Latinx during that time?

24      A.      I don't remember.

25      Q.      While you were working at Poder Latinx, did

Elizabeth Pico
December 18, 2023

Page 24

1  Poder Latinx ever provide trainings on voter

2  registration?

3      A.    Well, once I was hired as a canvasser, they

4  took us on site to a workshop where a representative of

5  the Supervisor of Elections provided a training on how

6  the voter registration form needed to be filled, and I

7  believe that was a representative of Osceola.

8      Q.    When you were hired by Poder Latinx, did

9  they provide you with an employee handbook or other

10  written policies?

11      A.    The policies -- their policies of what

12  again?  I didn't hear the last question.

13      Q.    About registering voters.

14      A.    That I remember, they didn't provide us with

15  a book.

16      Q.    Did you have to submit to a background check

17  before being hired by Poder Latinx?

18      A.    I don't have any knowledge.

19      Q.    Do you know if Poder Latinx has ever not

20  hired someone because of something in their background?

21      A.    I don't know.

22      Q.    At Poder Latinx, did they have any quotas on

23  how many people you had to register to vote?

24      A.    I don't remember.

25      Q.    To your knowledge, has Poder Latinx ever

Elizabeth Pico
December 18, 2023

1  submitted completed voter registration applications

2  after the statutory deadline?

3      A.    I don't have knowledge.

4      Q.    To your knowledge, did Poder Latinx ever

5  submit completed voter registration applications after

6  book closing?

7             THE INTERPRETER:  Sorry, Counsel.  There was

8        an interruption in the Zoom.  After?

9             MR. CYCON:  Book closing.

10     A.    I don't have knowledge.

11 BY MR. CYCON:

12     Q.    To your knowledge, did anyone at Poder

13 Latinx ever fill out a voter registration application

14 without that voter's knowledge or consent?

15     A.    I don't know.

16     Q.    To your knowledge, did anyone at

17 Poder Latinx ever put false information in a voter

18 registration application?

19     A.    I don't have knowledge.

20     Q.    To your knowledge, did anyone at

21 Poder Latinx ever change information on a voter

22 registration application?

23     A.    I don't know.

24     Q.    To your knowledge, has anyone ever made a

25 complaint against anyone at Poder Latinx?

Elizabeth Pico
December 18, 2023

Page 26

```
1      A.    I don't know.
2      Q.    To your knowledge, has Poder Latinx ever
3  investigated an employee for a potential misconduct?
4      A.    I don't have knowledge.
5      Q.    To your knowledge, has Poder Latinx ever
6  been fined in connection with its voter registration
7  activities?
8      A.    I don't have knowledge.
9      Q.    While working at Poder Latinx, did you ever
10  help anyone vote by mail?
11      A.    No.
12      Q.    Have you ever worked at any other
13  organization that helps people register to vote?
14      A.    Can you repeat the question, please?
15      Q.    Other than Mi Vecino and Poder Latinx, have
16  you worked at any other organization that helped people
17  register to vote?
18      A.    No.
19      Q.    Are you familiar with SB7050?
20      A.    Yes.
21      Q.    How do you think SB7050 will affect you?
22            MS. ALICEA:  I'd like to make an objection
23        that it calls for legal conclusion, but I'll let
24        the client answer as to her personal knowledge.
25      A.    Can you repeat the question, please?
```

Elizabeth Pico
December 18, 2023

Page 27

 1   BY MR. CYCON:

 2       **Q.    How do you think that SB7050 will affect**

 3   **you?**

 4       A.    It will affect me economically, emotionally,

 5   discriminatory, and it would also affect my health.

 6       **Q.    For each, how?**

 7           MS. ALICEA:  I'll go ahead and object that

 8        it's a compound question, but I'll let her

 9        answer them individually.

10       A.    Economically because I had to stop my

11   activities.  This activity would make me feel good.  It

12   would satisfy me personally, and it was -- there was a

13   fulfillment, but this affects the security, stable --

14   this affects a stable security of income, of earning an

15   income.  Principally it affects my income, and this

16   income allows me to help myself and my family.

17           Emotionally, it's been frustrating.  I had

18   felt comfortable in the job that I was fulfilling, and

19   I felt that I was prepared to do it via the knowledge

20   that I obtained during training and practices in my

21   work.  But from one day to the next, I saw that I was

22   not going to be able to do this.

23           Also, I found an organization where my work

24   was going to be stable.  They also recognized my work

25   coming with the canvasser background that I qualified,

Page 28

1  I qualified to be in quality control because of the

2  good jobs I had done.

3        And then my health as a quality control, I

4  would actually fulfill my work duties in an office, and

5  once the application of this law happened, I can no

6  longer do the work that I was doing regarding the

7  registration of voters.

8        MS. ALICEA:  I'd like to object to the

9        translation of the answer.  We believe the

10       correct translation is that she wasn't able to

11       do the job indoors.

12       THE INTERPRETER:  We can ask the deponent to

13       repeat her question [sic].  The deponent did

14       mention "unable to fulfill her job in the

15       office."  "Indoors" was not referenced.  The

16       interpreter stands by his interpretation.

17       MS. ALICEA:  "In the office" would suffice.

18       In the office.

19  A.    So when the new law came into effect, the

20  way this affected me as quality control, I would

21  fulfill my role in the office.  And when I was working

22  for Mi Vecino, that is to say, I was not in the field,

23  and I felt protected from the sun because I suffer from

24  a condition of migrants.

25

Elizabeth Pico
December 18, 2023

Page 29

1   BY MR. CYCON:

2       Q.    **How did you come to be a plaintiff in this**
3   **case?**

4       A.    One moment.  May I continue?

5       Q.    **Yes.  I'm sorry.**

6       A.    And when this law took effect, I lost my
7   role as quality control so then what would I do.  And
8   then there was an opportunity with Mi Vecino to canvas,
9   but it involved going back out in the field.

10           May I continue?

11      Q.    **Yes.**

12      A.    So I had to take it because I found myself
13  without an income, and my wages that I earn from
14  Mi Vecino covered 90 percent of my expenses, so then I
15  had to attempt it and go back to the field, but sadly
16  two weeks after that, my shift was reduced to three
17  hours a day because it was the time of the season
18  where -- of the heat in Florida.  And sometimes I'd be
19  able to do a full shift; sometimes I couldn't do a full
20  shift because of the heat.  And I was like that for
21  about three months.  And that is why I mentioned that
22  it was very frustrating to me.

23           That's all.

24      Q.    **How did you come to be a plaintiff in this**
25  **case?**

Elizabeth Pico
December 18, 2023

Page 30

1     A.     Can you repeat the question, please?

2     Q.     **How did you come to be a plaintiff in this**

3  **case?**

4     A.     Well, because of this law and it stopped me

5  from doing the work that I was doing.

6     Q.     **Did somebody ask you to be a plaintiff in**

7  **this case?**

8     A.     No.

9     Q.     **Did you hire your lawyer for this case?**

10     A.     Yes.

11     Q.     **Did you receive document requests from**

12  **Secretary Byrd in this case?**

13     A.     Can you repeat, please?

14     Q.     **Did you receive document requests from**

15  **Secretary Byrd in this case?**

16     A.     Yes.

17     Q.     **Did you search your documents for documents**

18  **that would be responsive to those requests?**

19     A.     Well, I forwarded documents as per my

20  conversations with my attorney.

21     Q.     **Where did you search for potentially**

22  **responsive documents?**

23     A.     That was with the assistance and advice of

24  my attorney.

25     Q.     **You can answer.**

Elizabeth Pico
December 18, 2023

Page 31

 1      A.     Well, the document is mine.  I didn't have

 2   to look for it.

 3      **Q.     Do you have an email account?**

 4      A.     Yes.

 5      **Q.     Did you search your email account for**

 6   **documents that were potentially responsive to the**

 7   **Secretary's request for production?**

 8             MS. ALICEA:  Objection to form.  The

 9         question is ambiguous.

10      A.     So, as I mentioned before, in talking with

11   my lawyer, my lawyer told me which document, and that's

12   how I found and forwarded it.

13   BY MR. CYCON:

14      **Q.     Please answer my question.**

15             **Did you search your email account for**

16   **documents potentially responsive to the Secretary's**

17   **request for production?**

18             MS. ALICEA:  And I have an objection to

19         privilege, and I'll instruct my client to answer

20         but not reveal any conversations she had with

21         her attorneys.

22             And it was asked and answered.

23      A.     No, I didn't search in my email.  In the

24   conversation I had with my attorney, my attorney let me

25   know.

Page 32

```
 1  BY MR. CYCON:

 2      Q.    Did you receive a document preservation

 3  notice in this matter?

 4      A.    I don't remember.

 5            MR. CYCON:  I don't have any other

 6      questions.

 7            Does anybody from the Attorney's General --

 8      Attorney General's office have questions?

 9            MR. SJOSTROM:  No question from the Attorney

10      General's office.

11            MR. CYCON:  Do you wish to question the

12      witness?

13            MS. ALICEA:  Yes, please.

14            MR. CYCON:  Would you like to take a break

15      before we do so?

16            MS. ALICEA:  It's just one question so I

17      don't think it's necessary for redirect [sic].

18            You ready?

19            THE INTERPRETER:  Um-hum.

20                    CROSS-EXAMINATION

21  BY MS. ALICEA:

22      Q.    Ms. Pico, I just want to clarify a question

23  that was asked before.  You personally -- did you

24  personally retain --

25            MS. ALICEA:  I'm sorry.  I'm pausing for you
```

Elizabeth Pico
December 18, 2023

Page 33

```
 1        because I want to make sure you say it
 2        correctly.
 3             THE INTERPRETER:  So are we going to use
 4        "did" or "you"?  "Did you," correct?  "Did you
 5        personally"?
 6             MS. ALICEA:  "Did you personally."
 7             THE INTERPRETER:  Okay.
 8   BY MS. ALICEA:
 9        Q.    -- retain any --
10             MS. ALICEA:  No, "retain" as in "kept."
11             THE INTERPRETER:  Okay.
12   BY MS. ALICEA:
13        Q.    -- any voter registration forms?
14        A.    No.
15             MS. ALICEA:  That is all.  Thank you.
16             MR. CYCON:  Thank you very much for your
17        time today.  The deposition is over.
18             THE STENOGRAPHER:  Do you need me to
19        transcribe the deposition?
20             MR. CYCON:  Yes, please.
21             THE STENOGRAPHER:  Ms. Alicea, do you need a
22        copy?
23             MS. ALICEA:  Yes, please.
24             THE STENOGRAPHER:  Does anybody else need a
25        copy?
```

Elizabeth Pico
December 18, 2023

Page 34

```
 1        MR. SJOSTROM:  The Attorney General's office

 2    would like a copy as well.

 3   (Thereupon, the proceedings concluded at

 4    11:33 a.m.)

 5   (The witness did not waive signature.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Elizabeth Pico
December 18, 2023

Page 35

CERTIFICATE OF OATH

THE STATE OF FLORIDA              )

COUNTY OF PALM BEACH COUNTY  )


    I, the undersigned authority, certify that

ELIZABETH PICO remotely appeared before me and was duly

sworn on the 18th day of December 2023.

Signed this 31st day of December 2023.

_____
BARBIE GALLO, RMR-CRR
Notary Public - State of Florida
My Commission No. GG939757
My Commission Expires: December 18, 2027

Elizabeth Pico
December 18, 2023

Page 36

CERTIFICATE OF REPORTER


THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )


     I, Barbie Gallo, RMR-CRR, Registered Merit
Reporter-Certified Realtime Reporter, certify that I
was authorized to and did stenographically report the
deposition of ELIZABETH PICO, pages 1 through 38; that
a review of the transcript was requested; and that the
transcript is a true and complete record of my
stenographic notes.

     I further certify that I am not a relative,
employee, attorney, or counsel of any of the parties,
nor am I a relative or employee of any of the parties'
attorney or counsel connected with the action, nor am I
financially interested in the action.


          DATED this 31st day of December 2023.




          _Barbara Gallo_
          _____
          Barbie Gallo, RMR-CRR

Elizabeth Pico
December 18, 2023

Page 37

December 31, 2023

Elizabeth Pico c/o Delmarie Alicea
LatinoJustice PRLDEF
4700 Millenia Boulevard, Suite 500
Orlando, Florida 32839
dalicea@latinojustice.org

IN RE:  FLORIDA STATE CONFERENCE OF BRANCHES vs. BYRD
CASE NOS.:  4:23-CV-215-MW/MAF
            4:23-CV-216-MW/MAF
            4:23-CV-218-MW/MAF
Please take notice that on the 18th day of December
2023, you gave your deposition in the above cause.  At
that time you did not waive your signature.

The above-addressed attorney has ordered a copy of this
transcript and will make arrangements with you to read
their copy.  Please execute the Errata Sheet, which can
be found at the back of the transcript, and have it
returned to us for distribution to all parties.

If you do not read and sign the deposition within 30
days, the original, which has already been forwarded to
the ordering attorney, may be filed with the Clerk of
the Court.

If you wish to waive your signature now, please sign
your name in the blank at the bottom of this letter and
return it to the address listed below.

Very truly yours,
Barbie Gallo, RMR-CRR

Lexitas Legal
fl.production@lexitaslegal.com

I do hereby waive my signature.

_____
ELIZABETH PICO
Job No.: 340689

Elizabeth Pico
December 18, 2023

Page 38

ERRATA SHEET
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
IN RE: FLORIDA STATE CONFERENCE vs BYRD
CASE NOS.:   4:23-CV-215-MW/MAF
4:23-CV-216-MW/MAF
4:23-CV-218-MW/MAF
WITNESS:  ELIZABETH PICO
TAKEN:  12/18/2023


PAGE      LINE        CHANGE            REASON FOR CHANGE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     Under penalties of perjury, I declare that I have
read the foregoing document and that the facts stated
in it are true.


_____       _____
Date                    ELIZABETH PICO

**Exhibits**

Exhibit 001 Pico
4:12 7:11,13

---

**1**

1
4:12 7:11,13
10:12
5:2
11:33
34:4
12
18:19

---

**2**

2017
10:10
2019
21:3 23:10
2020
21:3 23:19
2021
12:5 21:4
23:10
2022
17:7
25
21:17

---

**3**

32
4:6
35
4:7

36
4:8
37
4:8
38
4:9
3P
18:20

---

**5**

5
4:4,5

---

**7**

7
4:12

---

**9**

90
29:14

---

**A**

a.m.
5:2 34:4
account
31:3,5,15
activities
26:7 27:11
activity
27:11
adding
7:13
additional
21:19
address
19:15 23:1

advice
30:23
advise
18:2
advised
5:24
affect
26:21 27:2,4,
5
affected
28:20
affects
27:13,14,15
Agreed
7:14
ahead
12:12 16:5
27:7
Alicea
4:7 8:3,16
9:3,13,21
10:3,12,18
11:1,20 12:7,
12,21 13:5,
20,24 14:3,12
15:9,13,19
16:5,16
17:17,22
18:4,16 19:2,
12,20 21:12
22:15 23:5
26:22 27:7
28:8,17 31:8,
18 32:13,16,
21,25 33:6,8,
10,12,15,21,
23
ambiguity
23:6

ambiguous
10:19 12:8
14:13 31:9
apologize
19:5
appearing
7:3
application
14:16 16:12
18:20,21,23
21:20 25:13,
18,22 28:5
applications
20:3,6,10,15,
19 22:6,11,
14,21,24
25:1,5
asks
9:13 18:16
assist
20:18
assistance
30:23
attempt
29:15
attorney
5:22 8:24
30:20,24
31:24 32:8,9
34:1
Attorney's
32:7
attorney-client
9:3,14
attorneys
8:2,6,19 9:6,
16 31:21

**B**

back
29:9,15
background
24:16,20
27:25
basic
6:22
began
5:2
begin
11:12 12:4
bit
7:20
biweekly
15:22
book
24:15 25:6,9
break
7:8 32:14
Byrd
30:12,15

**C**

calls
16:16 17:17
19:2,12,20
22:15 26:23
canvas
29:8
canvasser
13:4,6,21,25
14:7,8 18:22
21:6 24:3
27:25
canvassers

18:11
capacity
14:21
case
29:3,25 30:3,
7,9,12,15
CERTIFICATE
4:7,8
certified
5:18
change
25:21
chat
7:13
check
19:1,10 24:16
circumstances
6:15,17
clarify
32:22
client
8:4,18 9:4,
15,22 10:5,13
11:21 12:8
14:14 15:20
16:6 17:18
18:18 19:3,21
21:13 22:16
26:24 31:19
closing
25:6,9
code
18:20 19:6
collected
9:12
comfortable
27:18
communicate

23:3,6,7,15
communication
23:20
communications
8:19
complaint
25:25
completed
20:3,6,9,14,
18 22:6,10,
21,24 25:1,5
compound
15:14 27:8
concluded
34:3
conclusion
18:17 26:23
condition
28:24
conduct
19:19
connection
26:6
consent
25:14
contact
23:10
contents
7:21
continue
23:18 29:4,10
control
17:14,16,21,
24 18:7,25
19:19 20:18
22:3,14 28:1,
3,20 29:7

conversation
31:24
conversations
9:14 30:20
31:20
copies
20:3,6 22:20
copy
33:22,25 34:2
correct
7:24 13:3,5
19:1,6,7,11,
16 28:6,10 33:4
correctly
5:6 33:2
correlates
19:15
Counsel
25:7
Counselor
12:10 15:4
counties
10:11
countries
9:20
country
9:24
county
19:1,5,6,7,
10,16 22:11
court
7:3
covered
29:14
CROSS-
EXAMINATION
4:6 32:20

CRUZ
  10:25 12:20
  13:3
Cycon
  4:6 5:20,21,
  23 6:1,5 7:12
  8:8,21 9:8,18
  10:1,7,15,20
  11:6,24 12:15
  13:9,13,19,21
  14:2,6,18
  15:6,17,23
  16:9,18,24
  17:20 18:6,24
  19:7,9,17
  20:1 21:15
  22:19 23:9,
  18,21 25:9,11
  27:1 29:1
  31:13 32:1,5,
  11,14 33:16,
  20

          D

daily
  15:21
date
  11:5
dates
  16:8
day
  27:21 29:17
days
  15:24 16:2
deadline
  25:2
defendant's
  7:11

definition
  13:1
deponent
  28:12,13
deposed
  6:10
deposition
  4:12 6:22
  7:22 8:9,14,
  22 9:2,10
  14:1 33:17,19
DESCRIPTION
  4:11
developing
  17:5
DIRECT
  4:5 5:19
directly
  14:15
discriminatory
  27:5
discuss
  8:1
discussed
  9:5
discussion
  6:4
document
  7:15,19,20,
  22,23 8:1,12
  30:11,14
  31:1,11 32:2
documents
  9:1,5,9,12
  30:17,19,22
  31:6,16
duly
  5:17

duties
  28:4

          E

E-L-I-Z-A-B-E-
T-H
  6:9
earn
  29:13
earning
  27:14
economically
  27:4,10
effect
  28:19 29:6
elections
  14:19,22
  18:13,15
  19:24 24:5
electronically
  20:9,14 22:23
Elizabeth
  4:5 5:16 6:8
email
  23:1,22 31:3,
  5,15,23
emotionally
  27:4,17
employee
  24:9 26:3
employees
  23:4,11
employment
  16:10 21:7,9
encuestadora
  13:25
end
  13:22

English
  5:7,8 7:22
entire
  7:21
ERRATA
  4:9
EXAMINATION
  4:5 5:19
Exhibit
  4:12 7:11,13
expenses
  29:14
experience
  20:2,5,8,13,
  17,20

          F

false
  25:17
familiar
  26:19
family
  27:16
Federation
  20:22
feel
  27:11
felt
  27:18,19
  28:23
field
  17:6 28:22
  29:9,15
fill
  14:17 18:23
  25:13
filled
  18:20 24:6

Elizabeth Pico
December 18, 2023

4

fine
    6:23 7:7,10
    13:19,21
fined
    26:6
fix
    6:2
Florida
    10:11,17,24
    11:7 18:13,15
    29:18
focused
    17:8
form
    10:18 12:7
    14:12 15:9,14
    16:16 23:5
    24:6 31:8
forms
    18:10 33:13
forwarded
    30:19 31:12
found
    27:23 29:12
    31:12
frustrating
    27:17 29:22
fulfill
    28:4,14,21
fulfilling
    27:18
fulfillment
    27:13
full
    6:6 29:19
full-time
    21:9

                G

gave
    20:24
General
    32:7
General's
    32:8,10 34:1
give
    21:25
giving
    13:11
God
    5:12
good
    5:21 27:11
    28:2

                H

HABIB
    4:4 5:5
half
    17:10
hand
    5:10
handbook
    24:9
happened
    28:5
health
    27:5 28:3
hear
    5:24 12:11
    24:12
heat
    29:18,20

held
    6:4
helped
    14:19 18:23
    26:16
helping
    15:8
helps
    26:13
hereinafter
    5:18
hire
    30:9
hired
    24:3,8,17,20
Hispanic
    20:22
hour
    15:18
hours
    15:2,7 21:11,
    17 29:17

                I

i.d.
    7:11
improper
    16:18
income
    27:14,15,16
    29:13
INDEX
    4:1
indicating
    18:22
individually
    27:9

individuals
    14:23
indoors
    28:11,15
information
    8:17 21:19
    25:17,21
initials
    18:22
inquire
    12:25 14:8
instruct
    8:4,18 9:4,
    14,22 10:4,13
    11:21 14:13
    15:20 21:13
    31:19
instructions
    8:5 9:16
interpret
    16:20
interpretation
    28:16
interpreter
    4:4 5:6,23
    11:2,4 12:10,
    23,25 13:7,
    10,14,17,23
    14:4 15:4,12
    16:22 18:2
    19:5 25:7
    28:12,16
    32:19 33:3,7,
    11
interrupted
    21:3
interruption
    25:8

investigated
  26:3
involved
  29:9

_____
        J

job
  12:18 23:13,
  14 27:18
  28:11,14
jobs
  21:5 28:2
John
  5:21

_____
        K

knowledge
  17:19,25
  18:18 19:4,
  14,22 22:17
  24:18,25
  25:3,4,10,12,
  14,16,19,20,
  24 26:2,4,5,
  8,24 27:19

_____
        L

Latinx
  11:11,13,19,
  25 20:25
  21:5,14,18,23
  22:4,7,10,13,
  20,23 23:1,4,
  8,11,23,25
  24:1,8,17,19,
  22,25 25:4,
  13,17,21,25
  26:2,5,9,15

law
  16:12 28:5,19
  29:6 30:4
lawyer
  30:9 31:11
legal
  18:17 26:23
LETTER
  4:8
listed
  19:1,6
literally
  17:20
lived
  9:20 10:11
local
  14:21 16:19
longer
  28:6
lost
  29:6
lower
  7:20

_____
        M

M-A-R-I-A
  6:8
made
  25:24
mail
  26:10
make
  8:16 9:21
  10:3 12:21
  18:12 19:1
  26:22 27:11
  33:1

manner
  21:3
Maria
  6:8
matter
  32:3
member
  11:19,25
  21:23
mention
  28:14
mentioned
  29:21 31:10
met
  8:24
met all
  18:12
Mi
  12:3,4,6,16,
  18 14:7,10,20
  15:18 16:1,3,
  10,14,25
  17:3,7,16,24
  18:7,25
  19:13,18
  20:2,5,8,13,
  17 26:15
  28:22 29:8,14
migrants
  28:24
mine
  31:1
misconduct
  26:3
moment
  5:23 12:1
  23:8 29:4
months
  29:21

morning
  5:21
move
  9:19 10:2,8
moving
  9:19
multiple
  13:15

_____
        N

needed
  24:6
nonprofit
  10:23 11:8
noted
  14:4
notice
  4:12 8:9 32:3
November
  12:5
Number
  4:11 7:11
numerical
  18:19

_____
        O

oath
  4:7 6:14,24
  7:2
object
  10:12,18,25
  11:20 14:12
  15:9,13 16:5,
  16 18:16 19:2
  23:5 27:7
  28:8
objection

8:3,17 9:3,
13,21 10:4
11:1 12:7,20,
21 13:22
15:19 17:17
19:12,20
21:12 22:15
26:22 31:8,18
objections
16:18
obtained
18:11 27:20
occasion
11:14
occur
14:25
occurred
6:19
office
28:4,15,17,
18,21 32:8,10
34:1
online
23:20
opportunity
29:8
Orange
10:14
organization
10:16 12:17
18:21 26:13,
16 27:23
organizations
10:24 11:8,10
origin
9:24
Osceola
10:14 24:7

**P**

P-I-C-O
6:9
paid
15:22
pandemic
23:19
part
21:10 23:8
part-time
21:7,9
party
20:18
pausing
32:25
pay
15:18,21
people
15:8 16:4,11,
15 17:1 24:23
26:13,16
percent
16:25 29:14
percentage
16:14
personal
17:18,25
26:24
personally
23:15 27:12
32:23,24
33:5,6
personnel
23:8
Pico
4:5 5:16,24
6:8 13:2

32:22
place
11:5
plaintiff
29:2,24 30:2,
6
Poder
11:11,13,19,
25 20:25
21:5,14,18,23
22:4,7,10,13,
20,23 23:1,4,
11,22,25
24:1,8,17,19,
22,25 25:4,
12,17,21,25
26:2,5,9,15
point
7:8
policies
24:10,11
position
17:14
potential
26:3
potentially
30:21 31:6,16
practices
27:20
prepare
8:14,22 9:1,9
prepared
27:19
presented
14:16
preservation
32:2
Principally

27:15
prior
9:19 13:11
privilege
8:3 9:4 31:19
privileged
8:17
problem
13:14
proceedings
4:1,4 5:2
34:3
production
31:7,17
program
14:9 17:5
20:24 22:14
protected
28:23
provide
19:18,24
21:19 24:1,9,
14
provided
24:5
put
25:17

**Q**

qualified
27:25 28:1
quality
17:14,16,21,
24 18:7,25
19:19 20:18
22:3,13 28:1,
3,20 29:7

quarter
17:12

question
8:7,20 9:7,
13,17 10:6,
19,22 11:3,
22,23 12:8,14
14:13 15:14,
15 16:20,21,
23 18:3,5
20:12 22:8
24:12 26:14,
25 27:8 28:13
30:1 31:9,14
32:9,11,16,22

questions
7:5 32:6,8

quotas
24:22

---

R

raise
5:9

re-render
13:17

READ
4:8

ready
32:18

reask
7:6

receipt
21:25

receive
8:9 30:11,14
32:2

recognize
7:19

recognized
27:24

record
6:1,4,7

redirect
32:17

reduced
29:16

reference
13:8,11,16

referenced
28:15

register
12:17 14:20,
24 15:3,8
24:23 26:13,
17

registered
14:10,15

registering
16:4,11,15
17:1,2,15
21:18 24:13

registration
14:24 17:8
18:10 20:3,6,
9,14,19
22:11,14,21
24:2,6 25:1,
5,13,18,22
26:6 28:7
33:13

reinterpret
11:2

relevance
9:22 10:4,12
11:21 15:19
16:6 21:12

remainder
14:1

remember
6:11,18,20
11:18 17:9,
11,13 20:7,16
23:24 24:14,
24 32:4

rendition
12:24 13:12,
18

repeat
8:7,20 9:7,17
10:6,22
11:16,23
12:14 15:16
20:4,11 21:8
22:8 26:14,25
28:13 30:1,13

REPORTER
4:8

representative
24:4,7

representing
5:22

request
31:7,17

requests
30:11,14,18

require
17:14

requirements
18:12,14

responsible
18:11

responsive
30:18,22
31:6,16

retain
32:24 33:9,10

reveal
8:5,18 9:5,15
31:20

review
9:1,9 18:11

role
18:9 28:21
29:7

rules
6:22 16:19

---

S

---

sadly
29:15

satisfy
27:12

SB7050
26:19,21 27:2

scan
20:9,14

scans
22:24

screen
7:17

search
30:17,21
31:5,15,23

season
29:17

Secretary
5:22 30:12,15

Secretary's
31:7,16

security
27:13,14

| | | | |
|---|---|---|---|
| SERRANO | spell | sun | today's |
| 4:4 5:5 | 6:7 | 28:23 | 6:22 9:2,10 |
| service | spend | supervisor | told |
| 12:19 | 15:8 | 18:13 19:23 | 31:11 |
| SHEET | spent | 20:20,21 | training |
| 4:9 | 16:15 17:1 | 23:12,22 24:5 | 19:18,24 24:5 |
| shift | stable | Supervisors | 27:20 |
| 29:16,19,20 | 27:13,14,24 | 18:14 19:24 | trainings |
| sic | stands | swear | 24:1 |
| 28:13 32:17 | 12:23 28:16 | 5:10,11 | transcribe |
| SIGN | started | sworn | 33:19 |
| 4:8 | 14:22 | 4:4 5:6,17 | translate |
| signature | state | | 5:7 |
| 34:5 | 5:22 6:6 11:7 | ———————— | translated |
| signed | 18:13,15 | **T** | 13:25 |
| 18:10 | 20:21 | ———————— | translation |
| sir | States | taking | 10:25 11:1 |
| 7:4 | 9:20 10:2,9 | 4:12 23:13 | 12:20,22 |
| site | statutory | talking | 13:4,6 28:9, |
| 24:4 | 25:2 | 31:10 | 10 |
| sites | STENOGRAPHER | telephone | trial |
| 23:13,14 | 5:9,14 6:3 | 17:6 | 6:12 |
| SJOSTROM | 33:18,21,24 | term | truth |
| 32:9 34:1 | stipulate | 13:1 | 5:11,12,17 |
| slots | 13:24 | testified | |
| 18:19 | stop | 5:18 6:12,14 | ———————— |
| sort | 27:10 | thing | **U** |
| 22:6,10 | stopped | 20:23 | ———————— |
| Spanish | 30:4 | things | Um-hum |
| 5:7 | submit | 16:3 | 32:19 |
| speaking | 24:16 25:5 | time | unable |
| 21:14 | submitted | 15:5 16:23 | 28:14 |
| specific | 25:1 | 17:2,4,10,12, | unclear |
| 17:23 | suffer | 15 21:10 | 7:5 |
| speculation | 28:23 | 23:23 29:17 | understand |
| 16:17 17:18 | suffice | 33:17 | 6:24 7:1 8:12 |
| 18:17 19:3, | 28:17 | today | 17:22 20:11 |
| 13,21 22:16 | | 6:25 8:10,15, | 22:9 |
| | | 23 33:17 | United |
| | | | 9:20 10:2,8 |

update
  14:24

## V

Vecino
  12:3,4,6,16,
  18 14:7,10,20
  15:18 16:1,3,
  10,14,25
  17:3,7,16,24
  18:7,25
  19:13,18
  20:2,5,8,13,
  17 26:15
  28:22 29:8,14

Venezuela
  9:24

verify
  18:9

Verifying
  19:15

visits
  23:14

volunteer
  20:23

volunteered
  10:16,23 11:7

volunteering
  11:12

vote
  14:11,20
  15:3,8 16:4,
  11,15 17:1
  24:23 26:10,
  13,17

voter
  14:16 17:8
  18:9,23 20:3,
  6,9,14,19

22:11,14,21,
  24 24:1,6
  25:1,5,13,17,
  21 26:6 33:13

voter's
  25:14

voters
  12:17 14:19
  15:3 17:2
  21:18,19,22,
  25 24:13 28:7

## W

wages
  29:13

waive
  34:5

week
  8:24 15:2,7,
  10,24 21:11,
  17

weeks
  29:16

word
  13:8,11,16
  14:5 22:9
  23:6

words
  13:15

work
  12:2 14:25
  15:21,24
  16:11,14,25
  17:3,7 18:7
  22:3 27:21,
  23,24 28:4,6
  30:5

worked
  14:21 20:22,

25 26:12,16

working
  12:4 14:9,23
  23:25 26:9
  28:21

works
  14:2

workshop
  24:4

written
  24:10

## Y

year
  10:8 11:15,17
  14:22,25
  15:2,7,10
  16:13 17:13,
  21 18:8

## Z

Zoom
  23:20 25:8