Florida State Conference of Branches and Youth Units of the NAACP

vs.

Cord Byrd

Deposition of:

Verónica Herrera-Lucha

December 20, 2023

*Vol 1*



Verónica Herrera-Lucha
December 20, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NOs. 4:23-cv-215-MW/MAF
4:23-cv-216-MW/MAF
4:23-cv-218-MW/MAF

FLORIDA STATE CONFERENCE OF
BRANCHES AND YOUTH UNITS OF
THE NAACP, et al.,

        Plaintiffs,

vs.

CORD BYRD, in his official
capacity as Florida Secretary
of State, et al.,

        Defendants.
_____

REMOTE DEPOSITION OF VERÓNICA HERRERA-LUCHA

(Taken Through a Spanish Interpreter)

Wednesday, December 20, 2023

12:00 p.m  -  6:13 p.m.

LOCATION OF WITNESS:

Via Zoom

Orlando, Florida

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, CCR-GA

Job No.  340691

Verónica Herrera-Lucha
December 20, 2023

Page 2

1   APPEARANCES: (All appearing via Zoom.)

2

    ON BEHALF OF PLAINTIFF HISPANIC FEDERATION:
3
        MIRANDA GALINDO, ESQUIRE
4       916 East Saint Clair Street
        Tampa, FL 33605
5       917.209.7834
        BY:  MIRANDA GALINDO, ESQUIRE
6       mirandagalindo@gmail.com

7   ON BEHALF OF LATINOJUSTICE:

8       LATINOJUSTICE
        4700 Millenia Boulevard, #500
9       Orlando, FL 32839
        321.250.2853
10      BY: MIRANDA GALINDO, ESQUIRE
        mgalindo@latinojustice.org
11      BY: DELMARIA ALICEA, ESQUIRE
        dalicea@latinojustice.org
12
        LATINOJUSTICE
13      475 Riverside Drive, #1901
        New York, NY 10115
14      212.392.4752
        BY: CESAR RUIZ, ESQUIRE
15      cruiz@latinojustice.org
        BY: GHITA SCHWARZ, ESQUIRE
16      gschwarz@latinojustice.org
        BY: FULVIA VARGAS-De LEON, ESQUIRE
17      fvargasdeleon@latinojustice.org

18
    ON BEHALF OF THE DEFENDANT DEPARTMENT OF STATE:
19

20      FLORIDA DEPARTMENT OF STATE
        500 S Bronough Street, #100
21      Tallahassee, FL  32399
        850.245.6536
22      BY: ASHLEY E. DAVIS, ESQUIRE
        ashley.davis@dos.myflorida.com
23      BY:  JOSEPH VAN de BOGART, ESQUIRE
        joseph.vandebogart@dos.myflorida.com
24

25

Verónica Herrera-Lucha
December 20, 2023

Page 3

```
 1    APPEARANCES: (Continued.)

 2
         OFFICE OF ATTORNEY GENERAL
 3       PL-01 The Capitol
         Tallahassee, FL   32399
 4       850.414.3300
         BY: STEPHANIE MORSE, ESQUIRE
 5       stephanie.morse@myfloridalegal.com
         BY: ANITA J. PATEL, ESQUIRE
 6       anita.patel@myfloridalegal.com

 7
      ON BEHALF OF SOE OF CITRUS COUNTY:
 8
         ROPER, P.A.
 9       2707 East Jefferson Street
         Orlando, FL   32803
10       407.897.5150
         BY: CHRISTINA M. LOCKE, ESQUIRE
11       clocke@roperpa.com
         BY: ANNA ENGELMAN. SCOTT, ESQUIRE
12       ascott@roperpa.com

13
      ON BEHALF OF SOE OF ALACHUA COUNTY:
14
         ALACHUA COUNTY ATTORNEY'S OFFICE
15       12 SE 1st Street
         Gainesville, FL 32601
16       352.374.5218
         BY:  MARGO DuVAL, ESQUIRE
17       mduval@alachuacounty.us

18    ON BEHALF OF SOE OF BROWARD COUNTY:

19       BROWARD COUNTY ATTORNEY'S OFFICE
         115 S Andrews Ave Ste 423
20       Fort Lauderdale, FL 33301
         954.357.7600
21       BY:  DEVONA REYNOLDS PEREZ, ESQUIRE
         dreynoldsperez@broward.org
22

23

24

25
```

Verónica Herrera-Lucha
December 20, 2023

```
                                                              Page 4
 1    APPEARANCES: (Continued.)

 2     ON BEHALF OF SOE FOR MIAMI-DADE COUNTY:

 3       MIAMI-DADE COUNTY ATTORNEY'S OFFICE
         111 NW 1st Street, #2810
 4       Miami, FL 33128
         305.375.5620
 5       BY: MICHAEL B. VALDES, ESQUIRE
         mbv@miamidade.gov

 6

 7     ON BEHALF OF SOE OF HARDEE, HENDRY, HOLMES, LEVY
       OKEECHOBEE AND GLADES:
 8
         HENDERSON STARNES & HOLT, PA
 9       1715 Monroe Street
         Fort Myers, FL 33901
10       239.344.1105
         BY: STEVEN GENDREAU, ESQUIRE
11       steven.gendreau@henlaw.com

12     ON BEHALF OF SOE OF PALM BEACH COUNTY:

13      THE MARKARIAN GROUP
        2925 PGA Boulevard, #204
14      Palm Beach Gardens, FL  33410
        561.335.3213
15      BY: JUANITA SOLIS, ESQUIRE
        juanita@forbusinessandlife.com

16

17     ON BEHALF OF SOE OF BAKER, BAY, BRADFORD, CALHOUN
       COLUMBIA, DIXIE:
18
        MARKS GRAY
19      1200 Riverplace Blvd., #800
        Jacksonville, Florida 32207
20      904.398.0900
        BY: SUSAN ERDELYI, ESQUIRE
21      serdelyi@marksgray.com

22     ALSO PRESENT:

23      Marilyn Galvan, Interpreter
        Zack Bennington, Holtzman Vogel
24

25
```

Verónica Herrera-Lucha
December 20, 2023

Page 5

1                          I N D E X

2    WITNESS                                            PAGE

3
     VERÓNICA HERRERA-LUCHA                              6
4
         Direct Examination by Ms. Davis                6
5
         Cross Examination by Mr. Ruiz                  96
6
     CERTIFICATE OF OATH FOR INTERPRETER               98
7
     CERTIFICATE OF OATH FOR WITNESS                   99
8
     CERTIFICATE OF REPORTER                          100
9
     READ AND SIGN LETTER                             101
10
     ERRATA SHEET                                     102
11

12

13   (STENOGRAPHER'S NOTE:  All documents were downloaded
     by Chat by Stenographer.  A digital exhibit sticker
14   was placed on the documents which were marked during
     the proceeding.)

15

16                    INDEX OF EXHIBITS

17

18   NO.        DESCRIPTION                            ID

19   1     Notice of Taking Deposition               48
     2     Declaration of Veronica Herrera-Lucha     48
20

21

22

23

24

25

Verónica Herrera-Lucha
December 20, 2023

Page 6

```
 1    The following Zoom proceedings began at 12:00 p.m.
 2              THE STENOGRAPHER:  (To Interpreter)  Do
 3         you swear or affirm that you will truly and
 4         accurately translate these proceedings from
 5         English to Spanish and from Spanish to English,
 6         to the best of your ability?
 7              THE INTERPRETER:  Yes, I do.
 8    Thereupon,
 9                   MARILYN GALVAN, INTERPRETER
10    was sworn to truly and correctly interpret English
11    into Spanish and Spanish into English.
12              THE STENOGRAPHER:  Please ask the witness
13         to raise their right hand.
14         Do you swear or affirm that the testimony
15         you are about to give will be the truth, the
16         whole truth, and nothing but the truth?
17              THE WITNESS:  I do.
18    Thereupon,
19                   VERÓNICA HERRERA-LUCHA
20    having been first remotely duly sworn or affirmed,
21    as hereinafter certified, testified as follows:
22                   DIRECT EXAMINATION
23    BY MS. DAVIS:
24         Q    Good morning, Ms. Herrera-Lucha, my name
25    is Ashley Davis, I am an attorney for the defendant
```

Verónica Herrera-Lucha
December 20, 2023

Page 7

```
 1    Florida Secretary of State.  Thank you for your time
 2    here today.
 3              Have you ever been deposed before?
 4       A     No.
 5       Q     Have you ever testified at trial?
 6       A     No.
 7       Q     Have you ever testified under oath under
 8    any other circumstances?
 9       A     Not in the United States, but I have in
10    El Salvador.
11       Q     Could you describe how many times?
12       A     Once.
13       Q     When?
14       A     I think it might have been in the year
15    2012.
16       Q     What was the case about?
17       A     The adoption proceedings for my son.
18              THE INTERPRETER:  The interpreter is not
19       sure.
20       A     My son.
21    BY MS. DAVIS:
22       Q     Congratulations.
23              I would like to go over just some basic
24    rules of the deposition today.  You understand that
25    you are under oath today?
```

Verónica Herrera-Lucha
December 20, 2023

Page 8

1      A    Yes.

2      Q    And do you understand that the oath has

3   the same effect as if you were testifying in court

4   before a judge?

5      A    Yes.

6      Q    If your attorney objects today, unless

7   they specifically tell you not to answer, you must

8   provide an answer.  Do you understand?

9      A    Yes, I do understand it.

10     Q    And if any of the questions I ask are

11  unclear or if the translation is unclear, please,

12  will you tell us?  Okay?

13          THE INTERPRETER:  The interpreter did not

14      hear the answer completely.

15     A    Thank you.

16  BY MS. DAVIS:

17     Q    If you need to take a break at any time,

18  just let us know.  The only thing that I ask is that

19  you finish answering the question that's pending

20  before we take a break.  Okay?

21     A    That is fine.

22          MS. DAVIS:  I am a bit unsure how we are

23      going to do -- this is not really for the

24      translator, but for counsel on the line.

25          The documents that I have are obviously in

1      English.  So I am going to show her those.

2           This is my first time doing a deposition

3      through a translator, so if there is a way of

4      doing this, please let me know.  We can go off

5      record if needed.

6           MR. RUIZ:  Sure thing.

7           THE INTERPRETER:  Should the interpreter

8      interpret that for the witness?

9           MS. DAVIS:  Sure.

10          MR. RUIZ:  My suggestion would be if we

11     can have the translator read the document and

12     explain the contents on the record and then

13     have the client answer.

14          MS. DAVIS:  That's good.

15          I am going to share my screen.  If the

16     translator could read the title of the

17     document, this says Defendants' Notice of

18     Taking Deposition Duces Tecum of Veronica

19     Herrera-Lucha.

20  BY MS. DAVIS:

21     Q    Ms. Herrera-Lucha, have you seen a

22  document noticing the taking of your deposition for

23  today?

24     A    Yes.

25     Q    Okay.  And what I'm showing you is the

Verónica Herrera-Lucha
December 20, 2023

1    English version of the Notice of Taking Deposition

2    of you today.  Have you seen this document in

3    Spanish?

4        A    No.

5        Q    Did you receive a copy of this notice in

6    English?

7        A    Yes.

8        Q    Ms. Herrera-Lucha, do you speak English?

9            MR. RUIZ:  Objection on the grounds of

10       relevance.

11           THE INTERPRETER:  The interpreter is not

12       too clear as to the very beginning of the

13       sentence.

14       A    I do understand a little bit, but my

15   attorneys translated and explained the document to

16   me.

17   BY MS. DAVIS:

18       Q    If at any point it's easier to conduct

19   this deposition in English, you let me know.  Okay?

20       A    I appreciate that, but I do prefer to

21   conduct it in English, being that is my mother

22   tongue.  So it's more comfortable for my

23   understanding and expression.

24           MR. RUIZ:  Objection.

25           MS. DAVIS:  I understand.

```
 1            MR. RUIZ:  Objection to translation,
 2       misstatement of deponent's language, preferred
 3       language.  It was Spanish, not English.
 4            THE INTERPRETER:  The interpreter will
 5       stand by her interpretation because the witness
 6       said it is my mother tongue, yada, yada, never
 7       expressed English as part of her answer.
 8            MR. RUIZ:  I stand by my objection that
 9       the preferred language was Spanish.  We can
10       move on.
11            MS. DAVIS:  Thank you, Ms. Herrera-Lucha.
12       A    Just to clarify, my native or mother
13   tongue is Spanish, not English.
14   BY MS. DAVIS:
15       Q    Thank you.  How did you prepare for
16   today's deposition?
17            MR. RUIZ:  Objection on the grounds of
18       privilege.  I advise my client to answer, but
19       not to reveal any attorney/client
20       communications.  You may answer.
21            THE INTERPRETER:  The question was how did
22       you prepare for today's deposition.
23       A    My attorneys prepared me.
24   BY MS. DAVIS:
25       Q    I don't want to know what you or your
```

Verónica Herrera-Lucha
December 20, 2023

Page 12

1    attorneys actually spoke about.  But I would like to

2    ask you a little bit more about how you prepared.

3    Is that okay?

4         A    I did have a few meetings sustained (sic)

5    where I was explained how the proceedings would go

6    today.

7         Q    How many times did you meet with your

8    attorneys?

9              MR. RUIZ:  Same objection.  I advise my

10        client to answer, but not to reveal any

11        attorney/client communications.

12        A    I think it might have been two or three

13   meetings.

14   BY MS. DAVIS:

15        Q    How long were each of those meetings?

16             MR. RUIZ:  Same objection on the same

17        grounds.  I advise my client to answer, but not

18        to reveal any attorney/client communications.

19        A    Approximately one hour.

20   BY MS. DAVIS:

21        Q    Each time or in total?

22             MR. RUIZ:  Same objection.  I advise my

23        client to answer, but not to reveal any

24        attorney/client communications.

25             I am also going to submit an objection on

Verónica Herrera-Lucha
December 20, 2023

Page 13

1       grounds of relevance, but you may answer.

2              THE INTERPRETER:  Can you repeat the

3       question for me in Espanol?

4       A    Each one of the meetings.

5   BY MS. DAVIS:

6       Q    I am not asking you anything about what

7   your attorney told you or what you asked your

8   attorney.  But was any other person other than one

9   of your attorneys present at any of those meetings?

10             MR. RUIZ:  Same objection.

11      A    May I answer?

12  BY MS. DAVIS:

13      Q    Yes.

14      A    Yes, the interpreter was present.

15      Q    Did you review any documents to prepare

16  for this deposition?

17             MR. RUIZ:  Same objection on the grounds

18      of privilege.  You can answer.

19      A    Yes, I did review documents.

20  BY MS. DAVIS:

21      Q    What documents did you review to prepare

22  for this deposition?

23             MR. RUIZ:  Same objection on the grounds

24      of privilege.  You can answer.

25      A    The lawsuit that was filed and the

Verónica Herrera-Lucha
December 20, 2023

Page 14

1  questionnaire that you sent to fill out maybe a

2  couple of months or so ago.

3  BY MS. DAVIS:

4       Q    Okay.  Did you review any e-mails to

5  prepare for this deposition?

6       A    No.

7       Q    Did you review any documents to prepare

8  for this deposition, other than I think you said a

9  copy of the lawsuit and a copy of the request for

10 production?

11           MR. RUIZ:  Objection to the form.

12      A    Sorry, can you please clarify the

13 question, because I am not quite understanding it.

14 BY MS. DAVIS:

15      Q    In preparation for today's deposition, did

16 you review any documents other than the complaint in

17 this action and the questionnaire that you

18 referenced in your previous response?

19           MR. RUIZ:  Same objection to form.  You

20      may answer.

21      A    No.

22 BY MS. DAVIS:

23      Q    Did you ask to review any documents or

24 material in preparation for today's deposition?

25           MR. RUIZ:  Objection to form.

Verónica Herrera-Lucha
December 20, 2023

Page 15

```
 1      A    No, I prepared myself accordingly to what
 2   my attorneys indicated to me.
 3   BY MS. DAVIS:
 4      Q    Did you have any conversations with anyone
 5   other than your attorneys about today's deposition?
 6      A    Just with my husband.
 7      Q    I would like to begin talking about your
 8   background.
 9           Where were you born?
10      A    In El Salvador.
11      Q    And are you a citizen of El Salvador
12   currently?
13      A    Yes.
14      Q    Have you lived in any other countries
15   besides El Salvador and the United States?
16           MR. RUIZ:  Objection, on the grounds of
17        relevance.
18      A    Yes, in Salamanca, Spain, when I was
19   studying.
20   BY MS. DAVIS:
21      Q    How many years did you live in Spain?
22           MR. RUIZ:  Same objection on the grounds
23        of relevance.
24      A    Nine months.
25
```

Verónica Herrera-Lucha
December 20, 2023

Page 16

 1  BY MS. DAVIS:

 **2**      **Q    And was that for your master's in**

 **3**  **international law?**

 4          MR. RUIZ:  Same objection.

 5      A    Yes.

 6  BY MS. DAVIS:

 **7**      **Q    When did you move to the United States?**

 8      A    In the year 2003 when I got married.

 **9**      **Q    Have you lived in the United States**

**10**  **continuously since you moved here in 2003?**

11      A    Yes, I have been here and I traveled to

12  El Salvador to see -- to visit my mother.

**13**      **Q    Have you lived in any state other than**

**14**  **Florida?**

15          MR. RUIZ:  Objection on the grounds of

16          relevance.  I advise my client to answer.

17      A    Yes, in California.

18  BY MS. DAVIS:

**19**      **Q    When did you live in California?**

20          MR. RUIZ:  Same objection.

21      A    When I got married in 2003 and I moved to

22  California.

23  BY MS. DAVIS:

**24**      **Q    How long did you live in California?**

25      A    I don't remember exactly for how long.

Verónica Herrera-Lucha
December 20, 2023

```
 1       Q      When did you first move to Florida?

 2       A      I'm not sure if it was in 2015 or '16.

 3       Q      Where have you lived in Florida?

 4       A      In Osceola County and Orange County.

 5       Q      What is your current citizenship status?

 6       A      Permanent resident.

 7       Q      If I refer to that status as green card,

 8   that you are a green card holder, would you

 9   understand that to mean the same thing?

10       A      Yes.

11       Q      When did you receive your green card?

12       A      I don't remember the exact year, but I

13   think it could have been 2006 or '07.

14       Q      I think you stated the year that you

15   received your green card in one of the documents you

16   filed in this case, either your declaration or the

17   complaint.

18              Strike that.

19              Under which eligibility criteria did you

20   receive your green card?

21              THE INTERPRETER:  Apologies, the

22       interpreter is trying to find the correct word

23       for "eligibility."

24       A      I don't understand the question.

25
```

Verónica Herrera-Lucha
December 20, 2023

Page 18

```
 1   BY MS. DAVIS:
 2       Q    Did you receive your green card through a
 3   family member or employment or some other --
 4              THE INTERPRETER:  Apologies.  You may
 5       finish.
 6              MS. DAVIS:  I was trying to ask --
 7   BY MS. DAVIS:
 8       Q    Did you receive your green card through
 9   family, employment, or some other status?
10              MR. RUIZ:  Objection on the grounds of
11       relevance.  Advise my client to answer.
12              Also calls for a legal conclusion.
13              THE INTERPRETER:  The interpreter was not
14       able to hear, with multiple people talking, the
15       last part.
16              MR. RUIZ:  Also calls for a legal
17       conclusion.
18              THE INTERPRETER:  It's a little choppy.
19       Paralegal?
20              MR. RUIZ:  Also calls for a legal
21       conclusion.
22              THE INTERPRETER:  It seems somebody is --
23       is everybody there?
24              MR. RUIZ:  Yes.
25       A    Through marriage with a citizen.
```

Verónica Herrera-Lucha
December 20, 2023

Page 19

```
 1                 MR. RUIZ:  We are all here.  I see
 2       Veronica.  I see the Department of State, the
 3       Secretary of State.
 4                 Are you having connection issues on your
 5       side?  Everyone else is here.
 6                 THE INTERPRETER:  No.  Do you see me?  I
 7       see --
 8                 MR. RUIZ:  Your camera is off, so we can't
 9       see you.
10                 Now we can see you.
11                 THE INTERPRETER:  Were you able to catch
12       my last interpretation from the witness?  The
13       answer was:  I obtained my green card through
14       marriage with a citizen.
15                 MS. DAVIS:  Yes.  Thank you.
16                 THE INTERPRETER:  You are welcome.
17  BY MS. DAVIS:
18       Q    Do you have to renew your green card?
19                 MR. RUIZ:  Objection on the grounds of
20       relevance.
21       A    Not at this time.
22  BY MS. DAVIS:
23       Q    Thank you for that, but do you ever have
24  to renew your green card?
25                 MR. RUIZ:  Same objection as to relevance.
```

Verónica Herrera-Lucha
December 20, 2023

```
 1      A    I suppose I have to when it expires.
 2           MR. RUIZ:  Also on the grounds that it
 3      calls for a legal conclusion.
 4  BY MS. DAVIS:
 5      Q    Do you know when your green card expires?
 6           MR. RUIZ:  Objection as to relevance.  You
 7      may answer.
 8      A    I am not sure, but I think it could be in
 9  2028.
10  BY MS. DAVIS:
11      Q    Thank you.  Have you ever applied for U.S.
12  citizenship?
13      A    Yes, it's in process.
14      Q    When did you apply for U.S. citizenship?
15      A    I don't remember the exact date.
16      Q    Was it recently?
17      A    Yes.
18      Q    In the last year or two?
19      A    No.
20      Q    So did you apply for U.S. citizenship more
21  than two years ago?
22      A    No.
23      Q    Can you give me an estimate of when you
24  may have applied for U.S. citizenship?
25           MR. RUIZ:  Objection to form.
```

Verónica Herrera-Lucha
December 20, 2023

Page 21

1      A    I don't remember.  It was my husband who

2   took care of the application, the applying process.

3   BY MS. DAVIS:

4      **Q    So you didn't apply for citizenship, your**

5   **husband did it for you?**

6           MR. RUIZ:  Objection on the grounds of

7        relevance.  I advise my client to answer.

8      A    My husband filled out the application.

9   BY MS. DAVIS:

10     **Q    Why didn't you fill out the application?**

11          MR. RUIZ:  Same objection to relevance and

12       to form.

13     A    Because the immigration laws establish

14   that someone else could prepare it.

15   BY MS. DAVIS:

16     **Q    Do you want to become a U.S. citizen?**

17          MR. RUIZ:  Objection as to grounds of

18       relevance.  You may answer.

19     A    Some day, yes.

20   BY MS. DAVIS:

21     **Q    But you didn't want to apply for**

22   **citizenship, correct?**

23          MR. RUIZ:  Objection on the grounds of

24       relevance; also misstates the deponent's

25       testimony; also calls for a legal conclusion.

Verónica Herrera-Lucha
December 20, 2023

Page 22

1           You may answer.

2      A    Yes.  As a matter of fact, I think I am

3    still legally able to do it and -- but it's not

4    something that wasn't in my mind.  I sometimes have

5    the money to do it, but I didn't have the time to.

6    Sometimes I had the time to do it but not the money

7    for filing.

8    BY MS. DAVIS:

9      Q    I understand.  Is there any reason why you

10   could not become a U.S. citizen?

11          MR. RUIZ:  Objection, calls for a legal

12      conclusion.  You may answer.

13      A    None.

14   BY MS. DAVIS:

15     Q    Before you received your green card, did

16   you ever have any other type of authorization to be

17   in the United States?

18      A    Can you repeat the question a little more

19   clearly, please?

20     Q    Yes.  I understood you to say that you

21   received your green card around the time that you

22   got married, which was around the same time that you

23   came to the United States.

24          Did you ever have -- let me see -- a visa

25   to be in the United States before you got your green

Verónica Herrera-Lucha
December 20, 2023

Page 23

1    card, or was your green card the first legal

2    authorization that you had to be in the United

3    States?

4              MR. RUIZ:  Objection, form.

5       A    No, I had a tourist visa at the time and I

6    also obtained a visa through the Department of

7    State, which was given to me to come and observe

8    elections in 2001, I think it was.  And I got it

9    through my Fulbright scholarship.

10             MR. RUIZ:  At this time I would like to

11        request a break.  Does 10 minutes work for a

12        break?

13             We'll be back at 12:58.  I am going off

14        the record.

15             (A recess took place from 12:48 p.m. to

16        1:00 p.m.)

17             MR. RUIZ:  I just -- my client wants to

18        take the opportunity to clarify, and then I

19        want to suggest we move on from this line of

20        questioning.  I am not seeing the relevance to

21        the case.

22             We have allowed wide latitude, but I think

23        it's time to move on once my client has the

24        opportunity to clarify.

25             MS. DAVIS:  Let's go ahead, and before

Verónica Herrera-Lucha
December 20, 2023

Page 24

```
 1        that happens, I will ask you to refrain from
 2        your continuous speaking objections, which are
 3        prohibited under Florida rules.  Thank you.
 4             THE INTERPRETER:  Should the interpreter
 5        interpret everything?
 6             MS. DAVIS:  Yes.
 7             Mr. Galvan, your audio went out.
 8             (Discussion off record.)
 9             MS. DAVIS:  I'm sorry, what was that that
10   you said?
11             MS. ALICEA:  I was -- she was asking about
12        the translator, and I was explaining that she
13        was translating.
14             MS. DAVIS:  I would think that was
15        obvious.
16   BY MS. DAVIS:
17        Q    But Ms. Herrera, who is that in the room
18   with you?
19        A    Another interpreter who is supervising --
20   supervising for the translation or interpretation to
21   be correct.
22             MR. RUIZ:  Ms. Alicea is also an attorney
23        of record in the case.
24             MS. DAVIS:  I just want to clarify that
25        confusion because the interpreter --
```

Verónica Herrera-Lucha
December 20, 2023

Page 25

```
 1              (Zoom audio distortion.)
 2         THE INTERPRETER:  The interpreter couldn't
 3    interpret because of multiple people speaking,
 4    or there was some type of interruption or mix
 5    of audio.
 6         MR. RUIZ:  I would like to give the
 7    witness the opportunity to clarify and then, as
 8    I suggested, I would like to move on.
 9         MS. DAVIS:  Ms. Alicea, if you are going
10    to be in the room with Ms. Herrera-Lucha, I
11    would ask that you not -- you can obviously
12    make any objections that you would like to
13    make, but please refrain from speaking to or
14    motioning to Ms. Herrera-Lucha, just for the
15    sake of clarity.
16         MS. ALICEA:  I understand.  She was just
17    confused about the translator.
18  BY MS. DAVIS:
19      Q    Ms. Herrera-Lucha, if you are ever
20  confused about the translation or what's going on,
21  please ask me and Mr. Ruiz or the translator,
22  please.  Thank you.
23         MR. RUIZ:  I would like to provide the
24    opportunity for my client to clarify and then,
25    as I suggested, I prefer we move on.
```

Verónica Herrera-Lucha
December 20, 2023

Page 26

 1              MS. DAVIS:  We'll talk about moving on.

 2    BY MS. DAVIS:

 3         **Q    But, yes, please, Ms. Herrera, is there**

 4    **something you wanted to clarify about your previous**

 5    **testimony?**

 6         A    I would like to clarify that my husband

 7    prepared the citizenship application with my

 8    consent.  It's just to let that be clear.

 9         **Q    Thank you for that clarification.**

10              MS. DAVIS:  Mr. Ruiz, I disagree that the

11              previous questions were in any way irrelevant.

12              This case is about citizenship status.

13              Her declaration raised her citizenship status

14              and where she has lived in Florida and outside

15              of Florida.

16              But you would be happy to hear that I am

17              moving on, but I wanted to get my response to

18              that objection on the record.  Thank you.

19              MR. RUIZ:  I stand on my objection on the

20              grounds of relevance.  And I appreciate

21              Ms. Davis is moving on.

22    BY MS. DAVIS:

23         **Q    All right.  Ms. Herrera-Lucha, how long**

24    **have you been helping Floridians to vote?**

25         A    Since 2018.

Verónica Herrera-Lucha
December 20, 2023

Page 27

1      Q     What organizations have you worked with to

2    help register Floridians to vote?

3            THE INTERPRETER:  The interpreter did not

4         catch the first line.

5      A     Hard Knocks, Organize Florida, Latinx,

6    Mi Vecino.

7            THE INTERPRETER:  And in English, that

8         would be Latin Power X, My Neighbor, and

9         Organize Florida and Hard Knocks.

10           MR. RUIZ:  Those are the official names of

11        the organizations.  There is no need to

12        translate those.

13           MS. DAVIS:  Ms. Galvan, you are doing a

14        phenomenal job translating.  They are the name

15        of the organizations.

16   BY MS. DAVIS:

17     Q     How long did you help Floridians register

18    to vote with Hard Knocks?

19     A     I don't remember the exact -- exact amount

20    of time, but it was probably four to six months.

21     Q     And when you worked with Hard Knocks, did

22    you collect or handle voter registration

23    applications or supervise others who did so?

24           MR. RUIZ:  Objection to form.

25     A     If you could clarify the question.

Verónica Herrera-Lucha
December 20, 2023

Page 28

```
 1   BY MS. DAVIS:

 2        Q    When you worked with Hard Knocks, did you

 3   collect or handle voter registration applications?

 4             MS. ALICEA:  Objection to translation.

 5             MR. RUIZ:  I believe Ms. Davis had just

 6        asked if she collected or handled and separated

 7        the two questions, for the record.

 8        A    Could you clarify the term "collect"?

 9   BY MS. DAVIS:

10        Q    I am going to share my screen and show you

11   the English version of your declaration filed in

12   this case.

13             Let me scroll down here so that you can

14   see the case file stamp of this document that I am

15   showing, and it's document 32-3, and the case number

16   for this case.  I will represent to you that that's

17   what that stamp is.

18             And I'm looking at paragraph 13, which

19   states:  During voter registration events, I always

20   interact with multiple individuals and collect voter

21   registration forms.

22             And I will stop there.

23        A    Two things prior -- before anything.  Can

24   I verify whether that document has my signature?

25        Q    Yes, absolutely.  Page 10, do you see
```

Verónica Herrera-Lucha
December 20, 2023

Page 29

1   this?  Is that your signature?

2       A    Yes.  Yes.

3           Yes.  The only thing is that the question

4   you asked me was related to Hard Knocks, not with

5   Mi Vecino.

6       Q    I understand.  But in your declaration you

7   used the phrase "collect voter registration forms."

8   So you have some understanding of what collecting

9   voter registration applications means, correct?

10          MR. RUIZ:  Object to form.

11          MS. DAVIS:  Ms. Alicea, is there a

12      problem?

13          MS. ALICEA:  We disconnected the computer.

14      I was just connecting the computer.

15          MR. RUIZ:  Please, just to clarify, any

16      time there is any movement from Ms. Davis and

17      myself, just let me know, so that it's clear

18      for the record.

19          MS. ALICEA:  I apologize, the computer was

20      going to shut down.  I was just reconnecting

21      it.  Thank you.

22  BY MS. DAVIS:

23      Q    When you worked with Hard Knocks helping

24  Floridians register to vote, did you ever collect

25  voter registration applications from applicants?

Verónica Herrera-Lucha
December 20, 2023

```
 1      A    I'm sorry again, but the question is not

 2   clear.

 3      Q    What is your understanding of what it

 4   means to collect a voter registration application?

 5           MR. RUIZ:  Objection to form.

 6           You can answer.

 7      A    To collect is to go and bring something,

 8   for me.  That's why I am not understanding the

 9   question.

10   BY MS. DAVIS:

11      Q    What voter registration activities did you

12   participate in when you were working with Hard

13   Knocks?

14      A    Registering voters.

15      Q    How did you register voters?

16      A    Either at certain locations that we used

17   to be at or knocking on doors.

18      Q    I would like for you to be a bit more

19   specific.  How was it that you helped applicants

20   register to vote?

21           MR. RUIZ:  Objection to form.  You may

22           answer.

23      A    You don't help voters.  What you do is ask

24   each person to update their voter registration and

25   if they are not registered, you tell them to
```

Verónica Herrera-Lucha
December 20, 2023

Page 31

1    register to vote and they do it on their own.

2    BY MS. DAVIS:

3        **Q    While you were at Hard Knocks, did you**

4    **ever pass out Florida voter registration**

5    **applications?**

6        A    The ones I would collect, I would hand to

7    my supervisor.

8        **Q    So you would collect voter registration**

9    **applications from applicants, did I hear you**

10   **correctly?**

11           THE INTERPRETER:  The interpreter needs

12       clarification, please.

13           Just for the interpreter to know what word

14       to use, when you say the applications were

15       completed, do you mean filled out?

16       A    Once the application form was completed by

17   the citizen, those would be handed to the supervisor

18   in charge.

19   BY MS. DAVIS:

20       **Q    Handed to the supervisor by whom?**

21       A    I don't know.

22       **Q    Did you ever collect voter registration**

23   **applications from people while working at Hard**

24   **Knocks?**

25           MR. RUIZ:  Objection, asked and answered.

Verónica Herrera-Lucha
December 20, 2023

Page 32

1          You may answer.

2               MS. DAVIS:  Again, Mr. Ruiz, I ask you to

3          refrain from making speaking objections.

4          A    Can you repeat the question?

5    BY MS. DAVIS:

6          **Q    I don't believe I understood your previous**

7    **testimony, so I'm asking in a slightly different**

8    **way.**

9               **Have you ever collected voter registration**

10   **applications from people while working at Hard**

11   **Knocks?**

12              MR. RUIZ:  Objection to form.

13   BY MS. DAVIS:

14         **Q    Ms. Herrera, you can answer the question.**

15   **I'm sorry his objection interrupted your train of**

16   **thought or mine.**

17         A    I don't know if this, that I am going to

18   say, might clarify what you want to ask or not, but

19   when I worked at Hard Knocks, I worked as a survey

20   taker.  I would go and collect the application, the

21   voter's registration application.  I would bring it

22   back to work, and then I would go and register them.

23              MR. RUIZ:  Object to the translation, and

24         this came up in the other -- encuestado (ph) is

25         canvasser.  It's the same meaning.

Verónica Herrera-Lucha
December 20, 2023

Page 33

```
1              THE INTERPRETER:  I'm sorry, should the
2         interpreter -- the interpreter couldn't hear.
3              MR. RUIZ:  Encuestado is canvasser.  This
4         issue came up in the other deposition.
5              THE INTERPRETER:  Canvasser?  Oh,
6         surveyor?  Okay.  Thank you.
7              MS. DAVIS:  So question just to the
8         translator and Mr. Ruiz.  Survey taker is
9         canvasser, so Ms. Herrera-Lucha worked as a
10        canvasser?
11             MR. RUIZ:  Correct, they are the same
12        meaning in Spanish.  The same meaning, the same
13        word.
14             MS. DAVIS:  Thank you for that
15        clarification.  I appreciate it.
16   BY MS. DAVIS:
17        Q    Since we are having a bit of difficulty
18   understanding each other, could you,
19   Ms. Herrera-Lucha, just describe a typical
20   interaction between you and an applicant when you
21   were a canvasser at Hard Knocks?
22        A    Okay.  Like, let's say -- I will give you
23   an example.
24             Good morning, my name is Veronica and we
25   are taking a survey or registering voters in the
```

Verónica Herrera-Lucha
December 20, 2023

Page 34

1    Florida state.  And I would like to know whether you

2    today would like to register, or if you would like

3    to update your information, in case you have changed

4    your address.

5            And then I would give the person the

6    voter's kit for him or her to complete it.  And that

7    would be all.

8        **Q    What did the voter do with their voter**

9    **registration application when they were done with**

10   **it?**

11           MR. RUIZ:  Objection.

12           THE INTERPRETER:  May the interpreter

13       continue or do you have an objection?

14           MR. RUIZ:  Objection to form.

15       A    He or she would give it back to me.  I

16   would verify or double-check that all the

17   information was correct or all completed according

18   to the voter's supervisor, and I would thank him or

19   her.

20           MS. ALICEA:  Objection to translation.

21       The translation should just say Supervisor of

22       Elections.

23           MR. RUIZ:  To clarify for the record,

24       there is a supervisor of the team and also

25       Supervisor of Elections, which are election

Verónica Herrera-Lucha
December 20, 2023

Page 35

```
 1        administration officials in the State of

 2        Florida.

 3   BY MS. DAVIS:

 4        Q    So when the voter would give it back to

 5   you, would you take the application from them?

 6        A    Yes.

 7        Q    So you would have the voter's application

 8   in your hands, correct?

 9        A    Correct.

10        Q    And then what would you do with the voter

11   registration application?

12        A    Depending on the time of day; if it was

13   after hours, I would keep it or depending -- I would

14   go to the office and I would hand it to my

15   organizer.

16        Q    Did you -- scratch that.

17             While you were with Hard Knocks, is there

18   any other way in which you helped people register to

19   vote other than taking applications from them and

20   delivering them to the office?

21             MR. RUIZ:  Objection to form.  You may

22        answer.

23        A    No.

24   BY MS. DAVIS:

25        Q    And at Organized Florida, how long did you
```

Verónica Herrera-Lucha
December 20, 2023

Page 36

1    help register voters at Organized Florida?

2        A    Also a couple of months as well.  It was a

3    temporary job.

4        Q    And did you help Floridians register to

5    vote in Organized Florida in the same ways that you

6    helped them register to vote while at Hard Knocks?

7             THE INTERPRETER:  The interpreter heard

8        something.  Would that be an objection from

9        your part, Counsel?  I'm sorry, I'm not sure.

10            MR. RUIZ:  No objection.

11       A    Yes.

12   BY MS. DAVIS:

13       Q    And would you describe those activities as

14   being a canvasser?

15       A    Yes.

16       Q    And so when we or you describe your

17   activities as being a canvasser, would I be correct

18   to understand that as meaning taking voter

19   registration applications from voters who filled it

20   out and taking it to the office or an elections

21   official?

22            MR. RUIZ:  Objection to form.

23       A    As a canvasser, my duties were to collect

24   the forms, and I would have to count them and make

25   sure that I would hand back the same amount of forms

Verónica Herrera-Lucha
December 20, 2023

Page 37

1    that I was given.  And I would give them or hand

2    them in to my supervisor.  I never had any contact

3    with the election official.

4    BY MS. DAVIS:

5        Q    Thank you for that clarification, I

6    appreciate it.

7             How long did you help Floridians register

8    to vote at Voto Latinx?

9             MS. ALICEA:  Objection to translation.  It

10           should be Voto Latinx.  She said Florida

11           Latinx.

12       A    I'm sorry, can you repeat the question?

13   BY MS. DAVIS:

14       Q    Seems like we are having a little bit of

15   difficulty between translations and objecting to

16   translations and objecting in general.  I'm sorry we

17   both have to struggle through this,

18   Ms. Herrera-Lucha.

19           How long did you -- how long did you help

20   register Floridians to vote at Voto Latinx.

21       A    I worked for them for five months, but my

22   job there was as an organizer, not registering

23   voters.

24       Q    While at Voto Latinx, did you ever

25   canvass?

Verónica Herrera-Lucha
December 20, 2023

Page 38

1      A    No.

2      **Q    Just to be clear for my sake, at**

3   **Voto Latinx, you never received voter registration**

4   **applications from a voter, correct?**

5      A    No, the --

6           THE INTERPRETER:  The interpreter wants to

7      clarify.

8      A    No, I only received the complete work from

9   the canvassers.

10  BY MS. DAVIS:

11     **Q    So while at Voto Latinx, you would handle**

12  **completed voter registration applications, correct?**

13          MR. RUIZ:  Objection to form.  Go ahead

14     and answer.

15     A    My duties at Voto Latinx were to hand out

16  the blank forms and then to get them back from the

17  canvassers already filled out.

18  BY MS. DAVIS:

19     **Q    And what would you do with the**

20  **applications once you received them?**

21     A    I would hand them into quality control

22  department.

23     **Q    And did you ever handle the applications**

24  **after that?**

25     A    No.

Verónica Herrera-Lucha
December 20, 2023

Page 39

```
 1       Q      Thank you.

 2              Okay.  When did you begin -- strike that.

 3              How long had you been helping voters

 4   register at me Mi Vecino?

 5       A      Could you clarify the question?

 6       Q      I am trying to ask you the same questions

 7   that I asked for the other organizations that we

 8   talked about, if that helps.  So I will ask again.

 9              How long have you been helping voters

10   register with me Mi Vecino?

11       A      I couldn't specify the time because my

12   position at Mi Vecino is Florida state director, not

13   as a canvasser.

14       Q      Thank you for that clarification.

15              So at Mi Vecino, you have never collected

16   vote registration applications from voters, correct?

17              (Overlapping speech.)

18              THE INTERPRETER:  The interpreter couldn't

19       understand, multiple people speaking.

20              MR. RUIZ:  Objection to form.  Go ahead

21       and answer.

22       A      I have at one time or another have to do

23   it, but it's not my official duty.

24   BY MS. DAVIS:

25       Q      So collecting voter registration
```

Verónica Herrera-Lucha
December 20, 2023

Page 40

1    applications from voters is a small part of your

2    role at Mi Vecino, is that accurate?

3              MR. RUIZ:  Objection to form.  You may

4         answer.

5         A    No.

6    BY MS. DAVIS:

7         Q    I believe you said that you only collect

8    applications from one time or another.  How would

9    you describe how often or how much of your work at

10   Mi Vecino is spent collecting voter registration

11   applications from voters?

12             MR. RUIZ:  Objection to form.

13        A    Yes, if you could definitely reformulate

14   the question in some other way, because I am quite

15   not understanding what it is that you want to ask.

16   BY MS. DAVIS:

17        Q    How often did you collect voter

18   registration applications while working at

19   Mi Vecino?  How often would you describe that part

20   of your role?

21             MR. RUIZ:  Objection to form.  Go ahead

22        and answer.

23             THE INTERPRETER:  When the interpreter

24        puts her hand up, it's for you to kindly stop

25        so the interpreter can translate.

Verónica Herrera-Lucha
December 20, 2023

Page 41

1      A    Well, maybe just to clarify, I am not on

2    the streets on a daily basis registering voters.  My

3    duty is to collect the completed form from the

4    canvasser.

5            I will repeat it again because I lost my

6    chain of thought.

7            My duties, it's not to be out on the

8    streets registering voters on a daily basis.  But at

9    the end of the workday -- but it is my

10   responsibility that all of the voter registration

11   forms collected by the canvassers be handed to me at

12   the end of the work shift.

13           And maybe that's what I referred to on

14   my -- the position when I used the term to collect.

15   BY MS. DAVIS:

16      **Q    Do you collect voter registration**

17   **applications from your canvassers?**

18      A    It is my responsibility to receive the

19   daily load.  And that's what I mean when I used the

20   term to collect.

21      **Q    What do you do with those collected**

22   **applications that you get from your canvassers?**

23      A    I classify them by counties along with the

24   field director.  And we forward them within the

25   mandatory legal time to the supervisor of each

Verónica Herrera-Lucha
December 20, 2023

Page 42

1   county.

2        Q    Do you do anything else with the

3   applications that you collect from your canvassers?

4             MR. RUIZ:  Objection to form.  You may

5        answer.

6        A    Yes.  Just to clarify, where they are

7   forwarded to is to the elections supervisor of each

8   county.

9   BY MS. DAVIS:

10       Q    Thank you.  I understood that about your

11  answer in the translation.  I think we are on the

12  same page, but I appreciate that.

13            Other than sorting the applications by

14  county and delivering them to the county supervisors

15  of elections, what do you do with the applications?

16       A    Along with the field director, we

17  double-check that the mandatory seven fields are

18  complete -- complimented with the election

19  supervisor, and obviously that they have the

20  signature.  And we check that.

21            And the back part of the endorsement of

22  each voter's registration form, you could find the

23  canvasser's, who performed the registrations,

24  initials, the date when the registration was

25  performed is on the back, and that it coincides with

Verónica Herrera-Lucha
December 20, 2023

Page 43

1    the date that shows up in the front; and that it has

2    the organization number, which would be that of

3    Mi Vecino, which is the one that we are submitting.

4         Q    Thank you.  What do you do if any of the

5    required fields are missing?

6         A    We would forward it to the elections

7    supervisors -- supervisor -- and they would contact

8    the register voter that completed that application.

9         Q    Do you ever complete any of the missing

10   fields on behalf of the voter?

11             MR. RUIZ:  Objection to form.  Go ahead

12        and answer.

13        A    No, because that goes against the law.

14   BY MS. DAVIS:

15        Q    When you were collecting applications from

16   voters when you were at the other organizations, did

17   applicants ever ask you about the U.S. citizenship

18   criteria to register?

19             MR. RUIZ:  Objection to form.  Go ahead

20        and answer.

21        A    Just to clarify, if I would ask the person

22   or if they ever asked me?

23   BY MS. DAVIS:

24        Q    Did the applicants ever ask you about that

25   criteria?

Verónica Herrera-Lucha
December 20, 2023

Page 44

1          MR. RUIZ:  Same objection to form.

2      A    Yes, because the question is not clear.

3  BY MS. DAVIS:

4      **Q    What do you mean?**

5      A    Will you repeat the question, maybe in a

6  more clear way?

7      **Q    Did applicants ever ask you about the U.S.**

8  **citizenship requirement to register?**

9          MR. RUIZ:  Same objection to form.  You

10     may answer.

11     A    I don't remember.

12  BY MS. DAVIS:

13     **Q    Do you recall the U.S. citizenship**

14  **criteria to register ever coming up in your**

15  **conversations to register voters?**

16          MR. RUIZ:  Same objection to form.  Go

17     ahead and answer.

18     A    I think that it is very clear, but, of

19  course, after introducing myself and giving out my

20  name, the very first question that pops up is

21  whether or not they are citizens of the United

22  States in order for them to be able to proceed with

23  the registering process.

24  BY MS. DAVIS:

25     **Q    Have you ever discussed your citizenship**

Verónica Herrera-Lucha
December 20, 2023

Page 45

1    status with a voter registrant?

2           MR. RUIZ:  Objection, relevance.  Go ahead

3        and answer.

4           MS. DAVIS:  Mr. Ruiz, please refrain from

5        making speaking objections.

6           MR. RUIZ:  Relevance is a different ground

7        than form or any other grounds.  I would like

8        to clarify that for the record.

9           MS. DAVIS:  Mr. Ruiz -- Madam Translator,

10       please continue.

11          Mr. Ruiz, the only grounds for objection

12       are attorney-client privilege or form.  That is

13       it.  The Florida rules bar speaking objections

14       by objecting to relevance, legal conclusion,

15       and anything other than form or attorney-client

16       privilege.

17          If we need to take a break so that you can

18       review the rules, I would be happy to do that.

19          MR. RUIZ:  Same objection.

20   BY MS. DAVIS:

21       Q    You can answer the question,

22   Ms. Herrera-Lucha, if you recall what it was?

23       A    Yes.  And the answer is no.

24       Q    So your citizenship status has never come

25   up while you are registering Floridians to vote, is

Verónica Herrera-Lucha
December 20, 2023

Page 46

 1  that accurate?

 2            MR. RUIZ:  Objection to form.

 3            THE INTERPRETER:  The interpreter didn't

 4       hear the last word.

 5    A    I consider that to be personal information

 6  that I need not to share with someone I am talking

 7  to.

 8  BY MS. DAVIS:

 9    Q    Has an applicant ever asked if you are

10  registered to vote?

11            MR. RUIZ:  Objection to form.

12    A    No.

13  BY MS. DAVIS:

14    Q    Has anyone ever declined to register

15  because they are not a U.S. citizen?

16    A    Yes.  As a matter of fact, when I

17  performed as a canvasser, an organizer, a lead and

18  now as a supervisor in Mi Vecino, it is my

19  responsibility not to let an immigrant get into a

20  problem that could later on harm them.

21    Q    Do you know of anyone who has submitted

22  their voter registration application to you that

23  later turned out not to be a citizen?

24    A    No.

25    Q    Does your nationality ever come up when

Verónica Herrera-Lucha
December 20, 2023

Page 47

```
 1   you are helping voters register to vote?

 2        A    I don't remember.

 3             MR. RUIZ:  If Counsel is comfortable,

 4        whenever you are finished with the line of

 5        questioning, we would like to request a break.

 6             MS. DAVIS:  Yes, I think now is a good

 7        time.  Would you like 15 minutes?

 8             MR. RUIZ:  Veronica, how are you feeling?

 9        Is 15 minutes okay?

10             15 minutes is fine.  We'll come back at

11        2:25.

12             Thank you, Ms. Davis.  Going off the

13        record.

14             (A recess took place from 2:11 p.m. to

15        2:25 p.m.)

16             MS. DAVIS:  Let's go back on the record.

17             Counsel, I added two documents to the Chat

18        to be added as exhibits.  They are the two

19        documents that we have spoken about thus far.

20             And Madam Court Reporter, can you access

21        those documents I put in Chat to make them

22        exhibits?

23             THE STENOGRAPHER:  I can, but I just don't

24        see them in the Chat.  Is that just me or does

25        anybody else --
```

Verónica Herrera-Lucha
December 20, 2023

Page 48

1           MS. DAVIS:  Wait, I didn't hit Send.

2           THE WITNESS:  Is it a stenographer or is

3      it a court reporter, because the translation

4      was a reporter?

5           MS. DAVIS:  You know what, I think both

6      terms are correct.  And our stenographer/court

7      reporter is nodding her head yes.

8           THE WITNESS:  Because a reporter in

9      Spanish is a news anchor or reporter.

10          MS. DAVIS:  Same thing here.  That's why

11     language is difficult.

12          Okay.  Are we all ready?  I guess we are

13     already on the record.

14          (Exhibit 1 was marked for identification.)

15          (Exhibit 2 was marked for identification.)

16  BY MS. DAVIS:

17     **Q    Ms. Herrera-Lucha, does your status as a**

18  **non-U.S. citizen help you register people to vote?**

19          THE INTERPRETER:  For interpreter's

20     interpretation.  Does your status --

21  BY MS. DAVIS:

22     **Q    Does your status as a non-U.S. citizen**

23  **help people to register to vote?**

24          MR. RUIZ:  Objection to form.

25          MS. DAVIS:  Counsel, what's the problem

Verónica Herrera-Lucha
December 20, 2023

Page 49

```
 1        with the form of the question?

 2               MR. RUIZ:  The question is vague.

 3   BY MS. DAVIS:

 4        Q    Ms. Herrera-Lucha, does your status as a

 5   non-U.S. citizen help you register people to vote?

 6        A    Yes.

 7        Q    How?

 8        A    One, it's my job.  I get paid for doing so

 9   and that's how I support my family.

10               Second or for two, it's a right that

11   citizens in this country have and they should

12   enforce it.

13        Q    Let me -- I think there has been a

14   misunderstanding.

15               I am not asking why you help register

16   people to vote.  I am asking is there something

17   about your status as a non-citizen that helps you

18   register people to vote?

19        A    The answer continues to be yes.

20        Q    What is it about your status as a

21   non-citizen that helps you register people to vote?

22               MR. RUIZ:  Objection to form.

23   BY MS. DAVIS:

24        Q    I'm sorry, I think Ms. Herrera is confused

25   about whether she can answer or not.  You can
```

Verónica Herrera-Lucha
December 20, 2023

Page 50

1    answer.

2        A    Yes.  Is it your question that how does it

3    help me as a migrant or an immigrant to help other

4    people register to vote?

5        Q    No.

6             Does being a non-U.S. citizen make you

7    better at registering people to vote than a U.S.

8    citizen?

9             MR. RUIZ:  Same objection to form.  Go

10        ahead and answer.

11        A    My answer continues to be yes.

12    BY MS. DAVIS:

13        Q    What about your non-U.S. citizenship makes

14    you better at registering voters than a U.S.

15    citizen?

16             MR. RUIZ:  Objection to form.  Go ahead

17        and answer.

18        A    Motivation to practice civil and politic

19    right; it's part of my help, and I help people do it

20    and I hope that in the future, not too far ahead,

21    not too distant from today, I could also do it

22    myself.

23    BY MS. DAVIS:

24        Q    I'm sorry, I still don't understand why

25    you being a non-citizen makes you better at helping

Verónica Herrera-Lucha
December 20, 2023

1    people register to vote than a citizen.  Can you

2    help me understand that a bit better?

3        A    Could you reformulate that question

4    because then I am not understanding it?

5        Q    Does your status of a non-U.S. citizen

6    make you better at registering voters than a

7    citizen?

8        A    My personal satisfaction I think makes me

9    be a better person as I empower other people to

10   being able to vote.

11           Not being able to do it now does not make

12   me a better or worse or a bad person.

13       Q    I don't mean to imply that you are a

14   better or worse or bad person.  I apologize if

15   that's the inference.

16           I am just trying to understand if there

17   are certain skills or abilities that you have as a

18   non-citizen that make it better or easier to help

19   voters register than it would be for a U.S. citizen?

20           MR. RUIZ:  Objection to form.

21       A    I think it would have to do with the

22   academic and professional ability that I have

23   acquired throughout this years or this time, and

24   being legal permanent resident does not discriminate

25   me for doing this job.

Verónica Herrera-Lucha
December 20, 2023

Page 52

1              So then what could there be the difference

2    between this being performed by a U.S. citizen or a

3    non-U.S. citizen?  I don't think there is any

4    difference.

5    BY MS. DAVIS:

6         **Q    Do you recall signing a declaration in**

7    **this case?**

8              THE INTERPRETER:  The interpreter did not

9         hear the very first words.

10   BY MS. DAVIS:

11        **Q    Do you recall signing a declaration in**

12   **this case?**

13        A    What do you mean when you say declaration?

14        **Q    Did you sign something swearing and**

15   **affirming the truth to certain facts that your**

16   **attorneys filed in this case?**

17        A    It was the document that you shared on the

18   screen approximately an hour or so ago?

19        **Q    Exactly.  Do you recall stating in your**

20   **declaration that non-citizen canvassers have better**

21   **abilities than citizen canvassers at registering**

22   **people to vote?**

23        A    I don't remember.

24        **Q    Do you recall stating in that declaration**

25   **or comparing the skills and abilities of**

Verónica Herrera-Lucha
December 20, 2023

Page 53

1   non-citizens versus citizens in registering people

2   to vote?

3       A    I don't remember, but I could clarify that

4   I feel that there are no differences.

5       Q    So a U.S. citizen can canvass just as well

6   as a non-citizen canvasser, is that accurate?

7            MR. RUIZ:  Objection to form.  Go ahead

8       and answer.

9            MS. ALICEA:  I'd also like to object to

10      the translation.  She said to do the work and

11      you said canvassing.

12           THE INTERPRETER:  Could you please repeat

13      the question?

14           MS. DAVIS:  At this point I don't even

15      remember what the question was, to be honest.

16      Let me gather my thoughts.

17           How about this?

18  BY MS. DAVIS:

19      Q    Does being a non-citizen make you in any

20  way especially able to help certain communities to

21  register to vote?

22           MR. RUIZ:  Objection to form.

23      A    I think so.

24  BY MS. DAVIS:

25      Q    How?

Verónica Herrera-Lucha
December 20, 2023

Page 54

1        A     The honesty, the passion for the job,
2   inviting the community to register to vote.
3              THE INTERPRETER:  And the interpreter did
4        not catch the very last sentence.
5        A     And to help changes take place in the
6   community.
7              MR. RUIZ:  There are audio issues on my
8        end.  Is that the same for everyone else?
9              THE STENOGRAPHER:  Yes.
10             MS. DAVIS:  Yes.  Ms. Galvan, perhaps you
11       need to reestablish your connection.
12             THE INTERPRETER:  Yes.  Thank you.
13             MR. RUIZ:  She said she was going to jump
14       off and come back in.
15  BY MS. DAVIS:
16       Q     I think I understood what you said, being
17  a non-citizen gives you more passion for the job.
18  Did I understand that correctly?
19       A     Correctly.
20       Q     Do U.S. citizen canvassers have less
21  passion for the job?
22       A     Not at all.
23       Q     Do you have any other skills or abilities
24  that make you especially able to help people
25  register to vote?

Verónica Herrera-Lucha
December 20, 2023

Page 55

1      A    Maybe that shouldn't be something for me
2   to say but my boss instead.
3      **Q    How about this?  How are your skills and**
4   **abilities as a non-citizen canvasser any different**
5   **than those of a U.S. citizen canvasser?**
6      A    I couldn't tell you.
7      **Q    Are there any differences?**
8           MR. RUIZ:  Objection to form.
9           THE INTERPRETER:  The interpreter did not
10      catch the answer, if there is one.
11      A    Mr. Ruiz spoke, that's what happened.
12           MR. RUIZ:  I submitted an objection to
13      form.  You can answer.
14      A    My answer is that I don't know.
15   BY MS. DAVIS:
16      **Q    You can't think of any differences?**
17           MR. RUIZ:  Same objection.
18      A    No.
19   BY MS. DAVIS:
20      **Q    Okay.  I am going to share my screen.**
21   **This is your declaration, the English version of**
22   **your declaration filed in this case.  We can see the**
23   **document stamp in blue.  I will scroll all the way**
24   **down to let you see your signature.**
25           **Do you see your signature on the page?**

Verónica Herrera-Lucha
December 20, 2023

Page 56

```
 1        A    Yes.
 2        Q    And do you remember when you signed that,
 3   you were declaring under penalty of perjury that
 4   what is in this declaration is true and correct?
 5        A    Yes.
 6             MS. DAVIS:  I am going to scroll back up
 7        to paragraph 14.  I am going to read this
 8        sentence by sentence, Madam Translator.  I will
 9        read a sentence, and then you can translate it.
10   BY MS. DAVIS:
11        Q    In paragraph 14, you say:  Non-citizen
12   canvassers, like me, play an important role in
13   third-party voter registration organizations.
14   Non-citizen --
15             MS. DAVIS:  I already did what I said I
16        wasn't going to do.  Let's start over.
17   BY MS. DAVIS:
18        Q    You say in your declaration that
19   non-citizen canvassers, like me, play an important
20   role in third-party voter registration
21   organizations.
22             And you say in your declaration
23   non-citizen canvassers, like me, often have built
24   trusting and empathetic relationships and networks
25   that make them especially able to help certain
```

Verónica Herrera-Lucha
December 20, 2023

Page 57

1    communities register to vote.

2            THE INTERPRETER:  The word "network"

3        escapes the mind of the interpreter.  Help.

4            MS. DAVIS:  How about -- could I -- I will

5        look at the English, and I can scroll down to

6        the Spanish.  Is that acceptable to everyone?

7            THE INTERPRETER:  The screen is no longer

8        being shared.

9            MR. RUIZ:  The interpreter found the word,

10       Ms. Davis.  Do you still want to look it up or

11       do you want to do the sentence again?

12   BY MS. DAVIS:

13       Q    I have shared my screen with paragraph 14

14   from the Spanish translation of your declaration.

15   Can you see that?

16       A    Yes.

17       Q    I will give you a moment to read this

18   paragraph to yourself.

19   BY MS. DAVIS:

20       Q    Madam Translator, I don't think you need

21   to translate, but I will give you a moment to read

22   this to yourself.  And then I am going to ask you

23   some questions about this paragraph.

24            Let me know when you are finished reading.

25            MR. RUIZ:  Ms. Davis, the bottom of the

Verónica Herrera-Lucha
December 20, 2023

Page 58

```
 1        paragraph is cut out, so if you could zoom out

 2        to see the whole -- I think if you zoom out,

 3        you can see the whole paragraph and then just a

 4        little bit up.

 5        A     Okay.  Done.

 6   BY MS. DAVIS:

 7        Q     Do you remember reviewing this

 8   declaration?

 9        A     Not till now.

10        Q     Did you review this declaration before you

11   signed it?

12        A     Yes.

13        Q     You just hadn't reviewed it since then?

14        A     Correct.

15        Q     Are these your words, or did someone else

16   draft this and you agreed with it?

17              MR. RUIZ:  Objection to form.  Also

18        objecting on the grounds of privilege.

19              You may answer.

20        A     No one helped me.  I did it myself.

21   BY MS. DAVIS:

22        Q     Okay.  Well, what is stated in this

23   paragraph is different than what you testified to

24   earlier.

25              MR. RUIZ:  Objection to form.  Go ahead
```

Verónica Herrera-Lucha
December 20, 2023

Page 59

1    and answer.

2        A    That's why I asked you to repeat the

3    question several times, because it wasn't clear to

4    me.  You could ask the question now, if you would

5    like.

6    BY MS. DAVIS:

7        Q    I asked you before, and the record will

8    reflect what I said, regardless of what anyone

9    remembers, but I believe I asked you before if you

10   had any skills or abilities that were any different

11   as a non-U.S. citizen to a U.S. citizen.  Do you

12   remember me asking you that?

13            MR. RUIZ:  Can we have the court reporter

14       read back that portion?  I object on form.

15            THE INTERPRETER:  Would -- the interpreter

16       needs to interpret, please.

17            MS. DAVIS:  Let's not go to the court

18       reporter yet.

19   BY MS. DAVIS:

20       Q    Do you remember me asking you how your

21   skills and abilities as a non-citizen canvasser are

22   any different than that of a U.S. canvasser?  Do you

23   remember me asking you that?

24            MR. RUIZ:  Objection to form.

25

Verónica Herrera-Lucha
December 20, 2023

Page 60

 1   BY MS. DAVIS:

 2        Q    You can answer.

 3        A    Yes, I do remember.

 4        Q    And I believe you responded I couldn't

 5   tell you.  Was that correct?

 6             MR. RUIZ:  Objection to form.

 7        A    But I previously did answer or did respond

 8   to you that I do consider myself to be someone with

 9   the skills able to be -- with the skills to be able

10   to perform this job -- or this job.

11   BY MS. DAVIS:

12        Q    And do you remember me asking you if there

13   are any differences between your skills and

14   abilities as a non-U.S. citizen and those of a U.S.

15   citizen canvasser?

16             MR. RUIZ:  Objection to form.  Go ahead

17        and answer.

18        A    I do remember.

19   BY MS. DAVIS:

20        Q    And do you remember not being able to say

21   any differences?

22             MR. RUIZ:  Objection to form.  Go ahead

23        and answer.

24        A    I do remember.

25

Verónica Herrera-Lucha
December 20, 2023

Page 61

1  BY MS. DAVIS:

2      Q    Well, I am trying to confirm what it is

3  that you believe.  Okay?

4      A    Yes.

5      Q    So is there anything about you being a

6  non-citizen that makes you especially able to help

7  certain communities register to vote that a U.S.

8  canvasser lacks?

9           MR. RUIZ:  Objection to form.  You may

10     answer.

11     A    Yes.  And thank you for sharing the

12  paragraph because it says that there in one word --

13  frequently.

14          It's not that I am being firm stating that

15  it said no or that it is not.

16  BY MS. DAVIS:

17     Q    Thank you.  But what skills and abilities

18  do you have as a non-citizen canvasser that make you

19  especially able to help people register to vote that

20  a citizen canvasser does not have?

21          MR. RUIZ:  Objection to form.  Go ahead

22     and answer.

23     A    That's why I told you before that it makes

24  it kind of uncomfortable for me to talk about the

25  skills that I might possess, and it will be better

Verónica Herrera-Lucha
December 20, 2023

Page 62

1   for my boss to talk about those.  And that's why I'm

2   holding the position I hold.

3   BY MS. DAVIS:

4        Q    I understand that.  But I want to know

5   your thoughts, and you put several of those thoughts

6   in your declaration in paragraph 14.  So I would

7   like to know what it is about you being a

8   non-citizen canvasser that makes you especially able

9   to help register voters that a U.S. citizen

10  canvasser does not have?

11            MR. RUIZ:  Objection to form.  Go ahead

12       and answer.

13            (Zoom audio disturbance.)

14            THE INTERPRETER:  The interpreter has not

15       said a word.

16       A    Paragraph 14 which you shared, at no time

17  do I speak in first person.  It's a generally

18  speaking, and no time at all am I saying that I am

19  the only person that can perform this job.

20            It says that non-citizen people sometimes

21  perform a better job than those who are citizens,

22  creating more trusting relationships with the

23  communities, with churches and politicians,

24  especially in the counties that I have been assigned

25  to work, Orange, Osceola and Polk, where the Spanish

Verónica Herrera-Lucha
December 20, 2023

Page 63

1   language is primary to perform this kind of work.

2        Q    Let me stop you there to ask you a

3   question, if I could.

4             Did I understand you correctly, did you

5   say that people are more trusting, people you are

6   registering to vote are more trusting of non-citizen

7   canvassers than citizen canvassers?

8             MR. RUIZ:  Objection to form.

9        A    I haven't said that.

10  BY MS. DAVIS:

11       Q    I misunderstood then.  Do the communities

12  that you help register trust non-citizen canvassers

13  more than U.S. citizen canvassers?

14            THE INTERPRETER:  The interpreter did not

15       understand the very first part.  Do you

16       understand that or --

17  BY MS. DAVIS:

18       Q    Do the people that you help register to

19  vote trust --

20            THE INTERPRETER:  Thank you.

21            MR. RUIZ:  Objection to form and objection

22       to translation.  I don't believe Ms. Davis

23       stated North American.

24  BY MS. DAVIS:

25       Q    I will ask again.  Do the communities you

Verónica Herrera-Lucha
December 20, 2023

Page 64

1   work in to register voters trust non-citizen

2   canvassers more than U.S. citizen canvassers?

3           MR. RUIZ:  Objection to form.

4       A   Mi Vecino, where I work, as I mentioned to

5   you before, works more with Spanish-speaking

6   communities.  And if a U.S. citizen canvasser is

7   nonSpanish speaking, it will be more problematic for

8   them to establish a trusting relationship.

9   BY MS. DAVIS:

10      Q   So the difference isn't between

11  citizenship status, it's about language proficiency,

12  correct?

13      A   I haven't said that.

14          MR. RUIZ:  I just wanted to object to the

15      form.

16  BY MS. DAVIS:

17      Q   I understood your answer to be that U.S.

18  canvassers don't necessarily -- aren't necessarily

19  able to communicate in Spanish, and the communities

20  that you serve speak Spanish, which makes you better

21  able to help them register to vote.  Is that

22  correct?

23          MR. RUIZ:  Objection to form.

24      A   I couldn't answer you because the only

25  thing I could say, that that would have to do with

Verónica Herrera-Lucha
December 20, 2023

Page 65

1    each person's charisma or personality.

2    BY MS. DAVIS:

3        Q    Okay.  I would like for you to just list

4    me out some answers.

5            What skills and abilities do non-citizen

6    canvassers have that make them especially able to

7    help certain communities register to vote that U.S.

8    canvassers do not have?

9            MR. RUIZ:  Objection to form.  You may

10       answer.

11       A    I couldn't answer that because I would

12   have to have the situation at my place of work to be

13   able to tell the difference.  So --

14   BY MS. DAVIS:

15       Q    This is really important because in

16   paragraph 14 of your declaration you state that

17   non-citizen canvassers, like me, have skills and

18   abilities that make you especially able to help

19   certain communities register to vote as compared to

20   citizen canvassers.

21           So I am trying to find out if you still

22   agree with that or if there is some problem with the

23   translation in your declaration or otherwise.

24           MR. RUIZ:  Objection to form.  And I'd

25       also like to request a break after the client

Verónica Herrera-Lucha
December 20, 2023

Page 66

```
 1        answers the question.  We have been on this
 2        topic for about an hour.
 3             MS. DAVIS:  I would like to understand
 4        what her opinion is about the differences
 5        between U.S. non-citizen canvassers and their
 6        abilities specifically as she stated in her
 7        declaration.  I think we need to clear that up
 8        before we go on a break.
 9             MR. RUIZ:  She has answered several times,
10        and I have been objecting on the form on this
11        precise topic, and we haven't moved from that.
12        So I request a break.
13             MS. DAVIS:  We have been getting different
14        answers, but okay, let's break after this.
15        A    Can I answer?
16   BY MS. DAVIS:
17        Q    Okay.
18        A    Ratified a hundred percent of what I
19   declared in paragraph 14.  As I said a while ago,
20   there could be differences, depending on the line of
21   work.
22        Q    Ms. Herrera, are you looking at a
23   document?
24        A    Just what I jotted down from what the
25   paragraph said before.  I took some notes to be able
```

Verónica Herrera-Lucha
December 20, 2023

Page 67

1  to answer.

2          THE INTERPRETER:  So the interpreter would

3      like to interpret the previous statement by

4      Ms. Herrera.

5      A    There could be some differences because

6  us -- it was stated on that paragraph, I think the

7  word used was sometimes.

8          The word that was utilized was frequently.

9  And from my point of view, I will sustain that

10  because 90 percent of applicants we had at Mi Vecino

11  are people that are non-citizens.

12          MS. ALICEA:  Objection to translation.

13      She didn't say applicants.

14          THE INTERPRETER:  The interpreter would

15      stick to the translation.  90 percent of

16      applicants at Mi Vecino are people who are

17      non-U.S. citizens.

18      A    -- that apply for jobs, are people who are

19  non-citizens, and the other 10 percent who have been

20  probably U.S. -- who have probably been citizens

21  have not done a good job.  And we have had to fire

22  them because probably the stability given to them by

23  holding a citizenship does not allow them to be

24  honest and responsible people with this line of

25  work, which is such a serious and delicate one.

Verónica Herrera-Lucha
December 20, 2023

Page 68

```
 1              So then probably citizens, U.S. citizens,
 2    or American citizens to be precise, are not
 3    interested in performing this type of jobs.
 4              Does that answer your question?
 5              MS. DAVIS:  I don't think so.  But let's
 6        take a break.  15 minutes?
 7              MR. RUIZ:  Yes.
 8              MS. DAVIS:  3:45.
 9              MR. RUIZ:  We would like the full 15.
10        Does 3:48 work?
11              MS. DAVIS:  Sure.  I love the specificity.
12        I will see you back at 3:48.
13              (A recess took place from 3:32 p.m. to
14        3:48 p.m.)
15    BY MS. DAVIS:
16        Q    Do you have a contract with Mi Vecino?
17        A    Yes.
18        Q    Have you provided a copy of that contract
19    to be produced in this litigation?
20        A    My attorneys took care of that.
21        Q    What does your contract provide for?
22        A    I don't remember.
23        Q    Does your contract with Mi Vecino depend
24    upon your citizenship status?
25              MR. RUIZ:  Objection to form.
```

Verónica Herrera-Lucha
December 20, 2023

Page 69

```
 1      A    Could you ask the question again in
 2  another way because I am not understanding it?
 3  BY MS. DAVIS:
 4      Q    Do you recall if your contract has any
 5  provisions based on your citizenship status?
 6           MR. RUIZ:  Objection to form.
 7      A    I don't remember.
 8  BY MS. DAVIS:
 9      Q    That's fair.  I understand.  I am just
10  asking to ask you a couple of questions to see if
11  you remember anything in particular.  Okay?
12           Do you recall if your contract requires
13  you to be able to collect and handle voter
14  registration applications to maintain your
15  employment?
16           MR. RUIZ:  Objection to form.
17      A    I think so, because the main purpose of
18  Mi Vecino is to be able to register voters.
19  BY MS. DAVIS:
20      Q    What parts of your job require you to
21  collect or handle voter registration applications?
22           MS. ALICEA:  Objection to translation.
23      Ms. Davis said job, not contract.
24           THE INTERPRETER:  The interpreter was not
25      able to hear.
```

Verónica Herrera-Lucha
December 20, 2023

```
 1              MS. ALICEA:  The objection is that
 2         Ms. Davis said job, and you translated
 3         contract.
 4         A    Can you please then repeat the question?
 5    BY MS. DAVIS:
 6         Q    Does your --I will ask a different
 7    question.
 8              Does your -- what does your contract say
 9    about collecting and handling voter registration
10    applications?
11              MR. RUIZ:  Objection to form.
12              THE INTERPRETER:  The interpreter was not
13         able to hear.
14         A    Mi Vecino does not collect voter
15    registrations.
16    BY MS. DAVIS:
17         Q    How does Mi Vecino help people register to
18    vote?
19              THE INTERPRETER:  It's not well
20         interpreted or translated.
21              The interpreter said collect.
22         A    You said to collect as in collection, so
23    the Mi Vecino does not collect as a hobby of
24    collections of voter registrations.
25
```

Page 71

 1   BY MS. DAVIS:

 2        Q    **What are you challenging in this lawsuit?**

 3             MS. ALICEA:  Objection to translation.

 4        The translation said buscando, searching, and

 5        the state has never said searching in her

 6        question.

 7             THE INTERPRETER:  Buscar (ph) and

 8        challenging could be a synonym.  Que buscar,

 9        what's the end?  What's your demand?  What are

10        you pursuing?  Buscar.  So the interpreter will

11        stand by her interpretation.

12   BY MS. DAVIS:

13        Q    **How about this?  Ms. Herrera-Lucha, does**

14   **the law that you are challenging prohibit you from**

15   **collecting and handling voter registration**

16   **applications?**

17             THE INTERPRETER:  The law?

18             MS. DAVIS:  Yes.

19             MR. RUIZ:  Objection to form.

20             MS. ALICEA:  And I am going to object to

21        translation.  Ms. Davis, I think we can make

22        this easier if we stipulate to the meaning of

23        the word, because you are saying challenging

24        and the translator is not translating

25        challenging.

Verónica Herrera-Lucha
December 20, 2023

Page 72

 1              Challenging would retar la ley.  So we
 2      would like to stipulate that challenging the
 3      law would be retar la ley.
 4              Ms. Davis, would you agree to stipulate to
 5      the translation of challenging the law?  If
 6      you'd like, you could look it up, it would be
 7      retar, to challenge the law.  The translation
 8      is not accurate and Ms. Herrera-Lucha does not
 9      understand the translation as it's being
10      translated.
11      A    I am not in agreement because the
12  interpretation is not correct.
13              THE INTERPRETER:  I am sorry, the
14      interpreter was interpreting what was
15      previously said to Ms. Davis.
16              MR. RUIZ:  I think we can stand by the
17      objection.  If Ms. Davis is not inclined to
18      stipulate to that, we can move forward for the
19      sake of --
20  BY MS. DAVIS:
21      **Q    It seems there is a difference of opinion**
22  **between the translators and the attorneys and**
23  **Ms. Herrera-Lucha, is that correct?**
24      A    Yes.
25              THE INTERPRETER:  The interpreter agrees

Verónica Herrera-Lucha
December 20, 2023

Page 73

1   it could be the word that Ms. Alicea said, that

2   could be a better word, retardo, confront,

3   retar.

4       Thank you, Ms. Alicea.

5       MS. DAVIS:  I would like you to use

6   whatever translation that Ms. Herrera-Lucha

7   understands.  And it sounds like you all are

8   speaking, you all understand what each other is

9   saying, you are just disagreeing about the

10  particular word to use.  Is that a rough -- is

11  that roughly accurate?

12      MS. ALICEA:  No, the word -- the word she

13  is using to translate can be translated very

14  different.  It is also a translation, but it

15  can also be translated very differently.  And

16  Ms. Herrera-Lucha does not understand it.

17      MS. DAVIS:  What would --

18      MS. ALICEA:  The translator has agreed

19  that the word Ms. Herrera-Lucha understands

20  could be retar.  So if Ms. Davis will stipulate

21  to that, the translator has also agreed that

22  that is a proper word.

23      MS. DAVIS:  I can't stipulate to anything

24  because I don't speak Spanish.

25      MS. ALICEA:  That's why I gave you the

Verónica Herrera-Lucha
December 20, 2023

Page 74

1    opportunity to look it up yourself, if you

2    would like.  If not, we just can move on with

3    our objection.

4         MS. DAVIS:  It's impossible for me to

5    stipulate, just like it's --

6         MS. ALICEA:  Okay.  It's up to you whether

7    you want to listen to the translator or not.

8    Otherwise, we can move on.

9         MR. RUIZ:  And I think for the sake of the

10   record, Ms. Herrera-Lucha, if it's not clear to

11   you, please just ask to clarify and to state

12   why it's not clear.

13        And I will allow Ms. Davis to either

14   clarify in her statement or the translator.

15   For the sake of continuity, I want to be able

16   to respect Ms. Davis, and her time and to be

17   able to ask those questions in a meaningful

18   manner.  Counsel can objection to translation,

19   state the ground, and we can reformulate if

20   needed and move forward.

21        But Ms. Herrera-Lucha, for the sake of the

22   record, please state if you do not understand.

23   If possible, please state why you don't

24   understand, or if there is a meaning you don't

25   under.  And then allow Ms. Davis or the

Verónica Herrera-Lucha
December 20, 2023

Page 75

```
 1        interpreter to work through that, for the sake
 2        of continuing.
 3             Does that sound fair to everyone?  And
 4        Ms. Herrera-Lucha, do you understand that?
 5             And for our team, the attorney will state
 6        the ground.  The interpreter will say whether
 7        they agree or do not agree.  And for the sake
 8        of continuing, we can move forward unless there
 9        is an egregious misunderstanding.
10             Is that acceptable to all the parties?
11             THE INTERPRETER:  It is to the
12        interpreter.
13             MS. DAVIS:  Yes.
14             THE WITNESS:  Yes.
15             MR. RUIZ:  Can the court reporter read
16        back the last question, unless Ms. Davis
17        prefers to restate the question or rephrase.
18   BY MS. DAVIS:
19        Q    Let's start over.  Do you collect or
20   handle voter registration applications as part of
21   your job duties with Mi Vecino?
22             MR. RUIZ:  Objection to form.
23        A    Yes.
24   BY MS. DAVIS:
25        Q    In what way or what job duties of yours
```

Verónica Herrera-Lucha
December 20, 2023

Page 76

1   involve you collecting voter registration

2   applications?

3            MR. RUIZ:  Ms. Galvan, the audio is

4       dropping out.  I don't know if that's across

5       the board.

6            THE INTERPRETER:  I will leave and come

7       back again, sign out.

8            MS. DAVIS:  Mr. Ruiz, I understand there

9       was an audio issue halfway through that.  If

10      you could just let her finish the translation

11      before we cut. Thank you.

12           MR. RUIZ:  Understood.

13           THE INTERPRETER:  The interpreter

14      apologizes.  It seems like there is an hour or

15      two-hour duration and this happens.

16      A    I do have duties description that states

17   that I have to request from the elections supervisor

18   the original registration -- the original

19   registration forms from the voter.

20           I pick them up from the different election

21   supervisors in the different counties that we work

22   or that we cover.  And they are kept under my care

23   and my supervision.  And I hand the field director

24   the amount of forms that are going to be used during

25   the week so that she hands them in turn to the

Verónica Herrera-Lucha
December 20, 2023

Page 77

1    different canvassers.

2            Every day when the canvassers return to

3    the office to hand back all the forms, the

4    registrations that are collected.  So I have to go

5    over them -- I'm sorry, I have to receive them, go

6    over them, and I have to hand them to the election

7    supervisor either in person or by registered mail

8    within the time that is required by law.

9    BY MS. DAVIS:

10       Q    Let me ask you a question before you

11   continue.

12       A    Certified mail.

13       Q    Are you the only one at Mi Vecino --

14   sorry, I thought I heard something.  Let me start

15   over.

16            Are you the only one at Mi Vecino who can

17   perform those duties?

18       A    Yes.

19       Q    How many people work at Mi Vecino?

20       A    Seven to this day.

21       Q    And how many of them have experience

22   reviewing voter registration applications for

23   missing information?

24       A    Three.  But we do provide training.  Every

25   person that comes to work with us is provided with

Verónica Herrera-Lucha
December 20, 2023

Page 78

1   training.

2        Q    But none of the other employees can

3   perform the duties that you perform, correct?

4        A    Correct.

5        Q    Is it possible for any of the other

6   employees to perform your job duties?

7             MR. RUIZ:  Objection to form.

8        A    It's not up to me to make that decision.

9   BY MS. DAVIS:

10       Q    I am not asking about the decision.  I am

11   asking if it is possible for anyone else to perform

12   your job duties?  Are they capable?

13             MR. RUIZ:  Object to form.

14       A    I don't know.

15   BY MS. DAVIS:

16       Q    Does Mi Vecino perform background checks

17   on its employees?

18       A    I don't know.

19       Q    Did you undergo a background check to be

20   employed by Mi Vecino?

21       A    I don't know.

22       Q    Did Mi Vecino ask you about your criminal

23   history before employing you?

24       A    No.

25       Q    Does Mi Vecino ask any of its employees

Verónica Herrera-Lucha
December 20, 2023

Page 79

1   about their criminal history before employing them?

2          MR. RUIZ:  Objection to form.

3     A    I don't know.

4   BY MS. DAVIS:

5     Q    **To your knowledge, has Mi Vecino ever**

6   **submitted voter registration applications after the**

7   **deadline?**

8     A    Not to any of the counties that are under

9   my responsibilities.  So I cannot tell you about any

10  other county.  I cannot answer about that.

11    Q    **Are you aware of Mi Vecino missing the**

12  **deadline in any other counties?**

13         MR. RUIZ:  Objection to form.

14         THE INTERPRETER:  The interpreter did not

15     hear.  Is that an objection, Mr. Ruiz?

16         MR. RUIZ:  Yes, to form.

17    A    I don't know.

18  BY MS. DAVIS:

19    Q    **To your knowledge, has Mi Vecino ever**

20  **submitted voter registration applications after book**

21  **closing?**

22    A    As I previously told you, when it refers

23  to the counties that are under my responsibility,

24  Polk, Orange and Osceola, no.  I have no knowledge

25  about the other ones.

Verónica Herrera-Lucha
December 20, 2023

Page 80

```
1        Q     Understood.  Thank you.
2              Are you aware of anyone at Mi Vecino
3    changing information on a voter's registration
4    application?
5              MR. RUIZ:  Objection to form.
6        A     I don't know.
7    BY MS. DAVIS:
8        Q     Has Mi Vecino ever fired an employee for
9    misconduct with voter registration applications?
10             MR. RUIZ:  Objection to form.
11       A     Yes.
12   BY MS. DAVIS:
13       Q     Who was that?
14       A     I don't remember.
15       Q     What was the misconduct?
16       A     I don't remember.
17       Q     Who would know?
18             MR. RUIZ:  Objection to form.
19       A     The owners of Mi Vecino.
20   BY MS. DAVIS:
21       Q     Do you remember anything about the person
22   or the misconduct that resulted in their firing?
23       A     I don't remember.
24             THE INTERPRETER:  Counsel, objection?
25             MR. RUIZ:  Objection to form.
```

Verónica Herrera-Lucha
December 20, 2023

Page 81

 1   BY MS. DAVIS:

 2        Q    How long has Mi Vecino been registering

 3   people to vote?

 4        A    Approximately for three years.

 5        Q    And how long have you been working at

 6   Mi Vecino?

 7        A    For approximately two and a half years.

 8        Q    But you don't remember anything about the

 9   misconduct that resulted in someone getting fired,

10   is that right?

11        A    Correct.

12        Q    You weren't -- were you surprised that

13   someone at Mi Vecino had engaged in misconduct with

14   applications?

15        A    I haven't mentioned that anyone got fired

16   over that.

17             MS. DAVIS:  Could you reread the question

18        about -- the question about has anybody ever

19        been terminated or fired from a conduct with

20        voter registration applications?

21             (The requested portion was read.)

22             MS. DAVIS:  Thank you.

23   BY MS. DAVIS:

24        Q    Ms. Herrera-Lucha, you answered that

25   someone was fired from Mi Vecino for their

Verónica Herrera-Lucha
December 20, 2023

Page 82

1   misconduct for handling voter registration

2   applications earlier, is that not correct?

3            MR. RUIZ:  Objection to form.

4       A    I think the question was if anyone had

5   ever been fired.  It wasn't specified if it had

6   anything to do or be related with registrations

7   forms.

8   BY MS. DAVIS:

9       Q    The question in English did, so I don't

10  know how we need to resolve this.  Was it

11  mistranslated from English to Spanish when it was

12  asked, because the question in English was:  Has

13  anybody been fired from Mi Vecino for misconduct

14  related to voter registration applications?

15           MR. RUIZ:  Can we have the last

16       translation read?  My notes say:  Has Mi Vecino

17       ever fired anyone for misconduct.

18           MS. DAVIS:  Sandi, can you read it again,

19       the question about firing for misconduct?

20           THE STENOGRAPHER:  The original?

21           MS. DAVIS:  Yes, ma'am.

22           (The requested portion was read.)

23           MS. DAVIS:  Can the translator ask that

24       question again in Spanish?

25

Verónica Herrera-Lucha
December 20, 2023

Page 83

1    BY MS. DAVIS:

2         Q    **Has Mi Vecino ever fired an employee for**

3    **misconduct with voter registration applications?**

4         A    Probably the translation, the

5    interpretation or translation was not correct.  But

6    not done because of that, no.

7         Q    **Why were they fired?**

8         A    I suppose due to another type of

9    misconduct which Mi Vecino should tell me or notify

10   me about.

11        Q    **Has anyone at Mi Vecino -- go ahead.**

12        A    Because now I am in a position of -- a

13   personal condition right now, a personal situation.

14   And I don't think I -- I am in the position of

15   talking about Mi Vecino as an institution.  I think

16   I should ask the owners first to talk about that.

17             MS. ALICEA:  Objection to translation.

18        That was not the translation.  She said that

19        you should ask Mi Vecino, not that she had to

20        ask Mi Vecino.  She that said you should ask

21        Mi Vecino directly.

22             THE INTERPRETER:  The interpreter will

23        take the time to maybe bring out to the table

24        that the previous question, whether it was not

25        translated correctly when the question was:

Verónica Herrera-Lucha
December 20, 2023

Page 84

1   Has anybody been fired about misconduct related

2   to an application or voter's registration

3   application.  There was no objection to the

4   translation, so then the interpreter will take

5   it that she did translate it correctly.

6        MS. ALICEA:  Thank you.

7        MR. RUIZ:  And the client clarified that

8   was not their understanding upon additional

9   questioning, for the record.

10       MS. ALICEA:  Right.  My objection is not

11  to the question being translated; it's to the

12  answer, the way it's being translated.  The

13  answer is being translated incorrectly.

14       THE INTERPRETER:  No, the interpreter is

15  referring to the previous question, that

16  whether the interpreter translated correctly

17  the question:  Has anybody been terminated for

18  misconduct with voter's registration

19  application.

20       There was no objection when the

21  interpreter translated or interpreted the

22  question, so then it must have been translated

23  correctly.

24       MR. RUIZ:  Again, the client stated that

25  they did not have that understanding.  And so

Verónica Herrera-Lucha
December 20, 2023

Page 85

```
 1        let the record reflect that that's what the
 2        deponent had stated.
 3             MS. DAVIS:  We will let the record reflect
 4        what has been stated on the record and we'll
 5        leave it at that.  How about that?
 6             MS. ALICEA:  Ms. Davis, the record
 7        reflects though we still have an objection to
 8        the answer.  The last translation that was done
 9        was translated incorrectly.
10             THE INTERPRETER:  And the interpreter
11        interpreted that for the client to understand
12        that, the objection, and what the
13        misinterpretation was.  And if you want to
14        repeat the question, the interpreter will
15        gladly interpret it, or the answer rather.
16        Thank you.
17   BY MS. DAVIS:
18        Q    Ms. Herrera-Lucha, I might ask Mi Vecino
19   questions directly, but I have you here and I want
20   you to answer questions about what you know or what
21   you are aware of.  Do you understand?
22        A    Yes.
23        Q    Are you aware of anyone at Mi Vecino
24   getting in trouble for misconduct regarding voter
25   registration applications?
```

Verónica Herrera-Lucha
December 20, 2023

Page 86

```
 1                MR. RUIZ:  Objection to form.
 2        A    No.
 3   BY MS. DAVIS:
 4        Q    No.  Are you aware of anyone at Mi Vecino
 5   being investigated for alleged misconduct with voter
 6   registration applications?
 7                MR. RUIZ:  Objection to form.
 8        A    I do not know because those are not my
 9   duties.
10   BY MS. DAVIS:
11        Q    I understand that they might not be your
12   duties.  I am asking if you are aware of anyone who
13   has been investigated for alleged misconduct at
14   Mi Vecino?  Do you understand the difference?
15        A    Yes, and the answer is I do not know.
16        Q    Have you ever questioned -- have you ever
17   questioned the -- have you ever thought that any one
18   of the canvassers you supervise may have engaged in
19   misconduct with applications?
20                MR. RUIZ:  Objection to form, and
21           objection to translation.  She said
22           application.  She did not specify the voter
23           piece.
24                MS. DAVIS:  I will say it again.
25
```

Verónica Herrera-Lucha
December 20, 2023

Page 87

 1   BY MS. DAVIS:

 2       Q      Have you ever thought that one of your

 3   canvassers that you supervised may have engaged in

 4   misconduct related to voter registration

 5   applications?

 6       A      No.

 7       Q      Do all of the employees of Mi Vecino

 8   who -- let me strike that.

 9              Do all of Mi Vecino's canvassers report to

10   you?

11       A      No.

12       Q      Who reports to you?

13       A      The field director.

14       Q      Do all of Mi Vecino's canvassers report to

15   the field director?

16       A      Yes.

17       Q      Has the field director ever made you aware

18   of potential misconduct by a canvasser at Mi Vecino?

19       A      No.

20       Q      What does the field director do that's

21   different from what you do at Mi Vecino?

22       A      The field director is at different

23   locations supervising her workers and I am at the

24   office.

25       Q      In what counties does Mi Vecino engage in

Verónica Herrera-Lucha
December 20, 2023

Page 88

1    voter registration activities?

2        A    Those under my supervision have been

3    Orange, Polk and Osceola.

4        Q    As state field director -- are you the

5    state field director?

6        A    Yes.

7        Q    So wouldn't you know whether Mi Vecino

8    engages in voter registration in counties other than

9    Orange, Osceola and Polk?

10       A    When I became -- when I obtained this

11   position, they were already -- only working with

12   this counties.  The other one had already been

13   stopped or canceled.

14       Q    So are you aware whether or not Mi Vecino

15   conducts voter registration activities outside of

16   the three counties that you operate in?

17       A    Could you repeat the question?

18       Q    Do you know whether Mi Vecino conducts

19   voter registration outside of Orange, Osceola and

20   Polk?

21       A    They did do it, but they are not being

22   done right now, only those counties and the counties

23   that used to be done were not under my

24   responsibility.

25       Q    As state field director, what counties are

1  under your responsibility?

2      A    As I repeated previously, Polk, Orange and

3  Osceola.

4      Q    Is there another state field director,

5  because I don't understand if your title is the

6  state field director, why your responsibilities

7  don't go outside of those three counties?  Could you

8  help me understand that?

9          MR. RUIZ:  Objection to form.

10     A    I'm sorry, I lost my chain of thought and

11  the question a little bit.

12          But I do understand your doubt.  I am the

13  state field director of Florida.  We are a rather

14  new organization, and the intentions are to be in

15  all the counties of Florida.  And we hope that if

16  everything goes well, we could be in all of them in

17  the near future.

18  BY MS. DAVIS:

19     Q    Thank you for that.

20          What counties did Mi Vecino conduct voter

21  registration activities in previously?

22     A    I understand that in Miami-Dade and --

23  Palm Beach is Broward, isn't it?  I don't remember

24  the exact county, but the city was Palm Beach.

25     Q    Thank you.  Do you have any understanding

Verónica Herrera-Lucha
December 20, 2023

Page 90

```
 1   why Mi Vecino stopped the voter registration
 2   activities in those counties?
 3                MR. RUIZ:  Objection to form.
 4        A    No.
 5   BY MS. DAVIS:
 6        Q    Did Mi Vecino stop before you became the
 7   state field director?
 8                MR. RUIZ:  Objection to form.
 9        A    Yes.
10   BY MS. DAVIS:
11        Q    Who was the previous state director?
12        A    I don't think there was one.
13        Q    So who was responsible for the voter
14   registration activities of Mi Vecino in Miami-Dade
15   and Palm Beach counties?
16                MR. RUIZ:  Objection to form.
17        A    I understand that the owners of Mi Vecino
18   were.
19                MS. DAVIS:  Thank you.
20                MR. RUIZ:  I just want to check in on the
21         time.  We are approaching 5:00 p.m.  I want to
22         ask Ms. Davis if she knows how much longer she
23         will pose questions?
24                MS. DAVIS:  I don't know, given the
25         translations, and I am not used to how much
```

Verónica Herrera-Lucha
December 20, 2023

Page 91

1          time to estimate for you.

2                MR. RUIZ:  I want to check in with

3          Ms. Herrera-Lucha.  How are you feeling?  Do

4          you need a break?

5                THE WITNESS:  If possible, because I

6          haven't had lunch.

7                MR. RUIZ:  Can we break for lunch say 45

8          minutes?

9                MS. DAVIS:  Yes, absolutely.  What time

10         would you like to come back, Mr. Ruiz?

11               MR. RUIZ:  To make it clean, why don't we

12         say 5:45?

13               MS. DAVIS:  Okay.

14               (A recess took place from 4:54 p.m. to

15         5:47 p.m.)

16               MS. DAVIS:  Let's go back on the record.

17               THE STENOGRAPHER:  On the record.

18    BY MS. DAVIS:

19         Q    Ms. Herrera-Lucha, is voter registration

20    work the only work that you could do?

21               MR. RUIZ:  Objection to form.

22         A    That is it for now.

23    BY MS. DAVIS:

24         Q    Let me be clear.  I am not asking you

25    about what work you would like to do.  I am asking

Verónica Herrera-Lucha
December 20, 2023

Page 92

 1   is voter registration work the only work that you

 2   can do?

 3              MR. RUIZ:  Same objection.

 4        A    The answer is going to be the same.  I

 5   feel that I have trained, I prepared myself to

 6   perform this job, and I have been doing it for five,

 7   six years or so.  And I feel that I am doing it

 8   well.

 9   BY MS. DAVIS:

10        Q    Again, I am not asking you what you would

11   like to do or what you feel that you can do well.

12              MR. RUIZ:  Same objection.

13   BY MS. DAVIS:

14        Q    Is voter registration work the only work

15   that you can do?

16        A    And I will answer the same way again.  I

17   have prepared professionally to do this, and there's

18   nothing more rewarding than to work at that that you

19   like to do.  I don't see the reason to go work

20   elsewhere in something that would go against my

21   worker's right or labor rights.

22        Q    Please answer the question that I asked.

23              MR. RUIZ:  Same objection, form.

24        A    Yes, it is the only job I can do.

25

Verónica Herrera-Lucha
December 20, 2023

Page 93

```
 1    BY MS. DAVIS:
 2         Q    Do you have a law degree?
 3         A    Yes.
 4         Q    Do you have a master's degree?
 5         A    Yes.
 6         Q    How many master's degrees do you have?
 7         A    Two.
 8         Q    What are your master's degrees in?
 9         A    International law in European communities,
10    and political sciences with a concentration in voter
11    proceedings or electoral proceedings.
12              I think she misinterpreted.  The word was
13    focused in elections proceedings.
14              MR. RUIZ:  Objection to translation,
15         procedure.
16              THE INTERPRETER:  Procedure, correct.
17         Apologies.  Thank you.
18              MS. DAVIS:  Thank you, Ms. Herrera-Lucha,
19         for your time.  And thank you to Mr. Galvan and
20         the attorneys for your time.  I do appreciate
21         it, and Madam Court Reporter.
22              Because of the way in which this
23         deposition was conducted, the English
24         questions, the Spanish translation, and the
25         English objections, then Spanish translation,
```

Verónica Herrera-Lucha
December 20, 2023

Page 94

1  then objections to translations, then Spanish

2  answer, and finally an English translation, and

3  also because of the multiple disagreements

4  between the translator, the witness and the

5  Spanish-speaking attorneys, I do not feel

6  confident that the witness and I could or did

7  adequately understand each other.  I am

8  therefore concerned about due process.

9       And I am holding the deposition open for

10  the opportunity to have a Spanish-speaking

11  attorney depose Ms. Herrera-Lucha or to

12  otherwise clarify her testimony in whatever way

13  counsel and I can coordinate.

14       I have more questions, but for now, with

15  that objection statement, I am ready to turn

16  over the deposition to whomever may have

17  additional questions.

18       MS. MORSE:  This is Stephanie Morse with

19  the Office of the Attorney General.  We don't

20  have any questions right now.  Thank you.

21       MR. RUIZ:  I am going to take -- I am

22  going to just note an objection to leaving it

23  open.  I am going to take a moment to confer

24  with my team.

25       Give us about five minutes, and we'll be

Page 95

1   right back.  So we'll come back at 6:03.

2        (A recess took place from 5:59 p.m. to

3   6:03 p.m.

4        MR. RUIZ:  Plaintiffs is ready to go back

5   on the record whenever everyone else is.

6        THE STENOGRAPHER:  The court reporter is

7   ready.

8        MR. RUIZ:  First I would like to ask the

9   court reporter for the amount of time the

10  deposition has been running?

11       THE STENOGRAPHER:  According to my

12  software, the tool for timekeeper, the time is,

13  on the record, 4 hours and 41 minutes.

14       MR. RUIZ:  The plaintiffs are willing to

15  stay here for the remaining of amount of time.

16  We object and are not willing to remeet.  There

17  is difficulty in rescheduling during the

18  holiday season and before the close of

19  discovery.

20       Another ground is that defendants knew of

21  the obligation to provide a translator.  They

22  chose the interpreter and the translator.

23  Defendants also chose the attorney that would

24  conduct the deposition.

25       And the questions that were posed were

Verónica Herrera-Lucha
December 20, 2023

Page 96

1       confusing in English, which led to confusion on

2       the translation.

3               So we stand by our objection to leave it

4       closed on those additional grounds.

5               THE INTERPRETER:  Would you want the

6       interpreter to translate that as much as

7       possible to Ms. Herrera-Lucha?

8               MR. RUIZ:  Sure.

9               I just like to clarify I used close, not

10      conclude.

11              If defendants or others don't have

12      questions, I have a few questions on redirect.

13                      CROSS EXAMINATION

14  BY MR. RUIZ:

15      Q    Ms. Herrera-Lucha, I know it's been a long

16  day, I promise to be brief.  I wanted to focus on

17  questions surrounding the preparation for the

18  deposition.  Might I begin right now with the first

19  question?

20              Do you remember testifying that besides

21  your attorneys, there was an interpreter present

22  when you prepared for your deposition?

23      A    Yes, I do remember it.

24      Q    Was that interpreter your attorney?

25      A    Yes.

Verónica Herrera-Lucha
December 20, 2023

Page 97

```
 1        Q    Did you do any deposition preparation
 2   where Elizabeth Norka were in the same prep meeting
 3   with your attorneys?
 4        A    I don't understand the question or the
 5   interpretation.
 6             MR. RUIZ:  I am going to just concede the
 7        rest of the time.  No further questions.
 8             No more questions on our end, so I believe
 9        we are done.
10             MS. DAVIS:  I have nothing for redirect.
11        Thank you again, Ms. Herrera-Lucha, and
12        everyone else.
13             MR. RUIZ:  The Hispanic Federation
14        plaintiffs will request a copy of a rough
15        transcript.
16             THE STENOGRAPHER:  Is the original
17        ordered?
18             MS. DAVIS:  I would like to order the
19        original, please.  Thank you.
20             MR. RUIZ:  If you have a rough transcript.
21        If not, we can also wait for the original.
22             MS. DAVIS:  I will get the rough too
23        actually, whatever is quickest.
24             THE STENOGRAPHER:  Ms. Morse, did you need
25        a copy?
```

Verónica Herrera-Lucha
December 20, 2023

Page 98

1          MS. MORSE:  This is the Attorney General.

2      I apologize, I was on mute.  Yes, I would like

3      a copy, please.  Thank you.

4          (Proceedings concluded at 6:13 p.m.)

5          CERTIFICATE OF OATH FOR INTERPRETER

6

7   STATE OF FLORIDA          )

8   COUNTY OF LEON            )

9

10          I, the undersigned authority, certify that

11   MARILYN GALVAN, Spanish Interpreter, remotely

12   appeared before me on December 20, 2023 and was duly

13   sworn.

14

15          WITNESS my hand and official seal this

16   30th day of December, 2023.

17

18

19

20

21          SANDRA L. NARGIZ, RPR, RMR, CRR, CCR
           snargiz@comcast.com
22         Commission #HH239213
           EXPIRES: APRIL 18TH, 2026
23

24

25

Verónica Herrera-Lucha
December 20, 2023

Page 99

1              CERTIFICATE OF OATH FOR WITNESS

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5              I, the undersigned authority, certify that

6    VERONICA HERRERA-LUCHA remotely appeared before me

7    on December 20, 2023, and was duly sworn.

8

9

10             SIGNED AND SEALED on December 30, 2023.

11   IDENTIFICATION: Driver's license.

12

13

14

15             SANDRA L. NARGIZ
               RPR, RMR, CRR, CRC, CCR-GA
16             snargiz@comcast.net
               Commission #HH239213
17             EXPIRES: APRIL 18TH, 2026

18

19

20

21

22

23

24

25

Verónica Herrera-Lucha
December 20, 2023

Page 100

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA     )

 3    COUNTY OF LEON       )

 4              I, SANDRA L. NARGIZ, Registered

 5    Professional Reporter, certify that I was authorized

 6    to and did stenographically report the remote

 7    deposition of VERONICA HERRERA-LUCHA, through a

 8    Spanish Interpreter; that a review of the transcript

 9    was requested, and that the foregoing transcript,

10    pages 1 through 98, is a true record of my

11    stenographic notes.

12              I further certify that I am not a

13    relative, employee, attorney or counsel of any of

14    the parties, nor am I a relative or employee of any

15    of the parties' attorney or counsel connected with

16    the action, nor am I financially interested in the

17    action.

18              DATED on December 30, 2023.

19

20

21

22              SANDRA L. NARGIZ
                RPR, RMR, CRR, CRC, CCR-GA
23              Notary Public in Florida
                snargiz@comcast.net
24

25
```

Verónica Herrera-Lucha
December 20, 2023

Page 101

 1   December 30, 2023

 2   CESAR RUIZ, ESQUIRE
     cruiz@latinojustice.org

 3

 4   RE:   FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
           BYRD, et al.
 5         Case No.  4:23-cv-215-MW/MAF, et al.
           Deposition of VERONICA HERRERA-LUCHA
 6         on December 20, 2023

 7   Dear Counsel:

 8   The transcript of the above proceeding is now
     available and requires signature by the witness.
 9   Please e-mail fl.production@lexitaslegal.com for
     access to a read-only PDF transcript and
10   PDF-fillable errata sheet via computer or use the
     errata sheet that is located at the back of the
11   transcript.  Once completed, please print, sign, and
     return to the email address listed below for
12   distribution to all parties.  If you are in need of
     assistance, please contact Lexitas at 888-811-3408.
13
     If the witness does not read and sign the transcript
14   within a reasonable amount of time (or 30 days if
     Federal), the original transcript may be
15   filed with the Clerk of the court.  If the witness
     wishes to waive his/her signature now, please have
16   the witness sign in the blank at the bottom of this
     letter and return to the email address listed below.
17
     Very truly yours,
18

19   Sandra L. Nargiz, RPR, RMR, CRR, CRC, CCR-GA
     Lexitas
20   1551 Forum Place, Suite 200-E
     West Palm Beach, Florida  33401
21   fl.production@lexitaslegal.com
     I do hereby waive my signature.
22
     _____
23   VERONICA HERRERA-LUCHA
     Job No.  340691
24

25

Verónica Herrera-Lucha
December 20, 2023

Page 102

1                    ERRATA SHEET

2        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3  In Re:  FLORIDA STATE CONFERENCE OF THE NAACP vs. CORD
                      BYRD, et al.
4           Case No.: 4:23-cv-215-MW/MAF, et al.
                   VERONICA HERRERA-LUCHA
5                     December 20, 2023

6  PAGE    LINE        CHANGE                REASON

7

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 Under penalties of perjury, I declare that I have
   read the foregoing transcript of the above
21 proceeding and I hereby swear that my testimony
   therein was true at the time it was given and is now
22 true and correct, including any corrections and/or
   amendments listed above.

23
   Signature of Witness:_____
24 Dated this____day of _____, 2023.
   email to: fl.production@lexitaslegal.com
25 Job No.  340691

**Exhibits**

**Exhibit 001 Her**
**rera-Lucha**
  5:19 48:14
**Exhibit 002 Her**
**rera-Lucha**
  5:19 48:15

_____

**#**

**#HH239213**
  98:22

_____

**-**

**--I**
  70:6

_____

**0**

**07**
  17:13

_____

**1**

**1**
  48:14
**10**
  23:11 28:25
  67:19
**12:00**
  6:1
**12:48**
  23:15
**12:58**
  23:13
**13**
  28:18
**14**

56:7,11 57:13
62:6,16 65:16
66:19
**15**
  47:7,9,10
  68:6,9
**16**
  17:2
**18TH**
  98:22
**1:00**
  23:16

_____

**2**

**2**
  48:15
**20**
  98:12
**2001**
  23:8
**2003**
  16:8,10,21
**2006**
  17:13
**2012**
  7:15
**2015**
  17:2
**2018**
  26:25
**2023**
  98:12,16
**2026**
  98:22
**2028**
  20:9
**2:11**

47:14
**2:25**
  47:11,15

_____

**3**

**30th**
  98:16
**32-3**
  28:15
**3:32**
  68:13
**3:45**
  68:8
**3:48**
  68:10,12,14

_____

**4**

**4**
  95:13
**41**
  95:13
**45**
  91:7
**4:54**
  91:14

_____

**5**

**5:00**
  90:21
**5:45**
  91:12
**5:47**
  91:15
**5:59**
  95:2

**6**

**6:03**
  95:1,3
**6:13**
  98:4

_____

**9**

**90**
  67:10,15

_____

**A**

**abilities**
  51:17 52:21,
  25 54:23 55:4
  59:10,21
  60:14 61:17
  65:5,18 66:6
**ability**
  6:6 51:22
**absolutely**
  28:25 91:9
**academic**
  51:22
**acceptable**
  57:6 75:10
**access**
  47:20
**accurate**
  40:2 46:1
  53:6 72:8
  73:11
**accurately**
  6:4
**acquired**
  51:23
**action**

14:17

**activities**
30:11 36:13,
17 88:1,15
89:21 90:2,14

**added**
47:17,18

**additional**
84:8 94:17
96:4

**address**
34:4

**adequately**
94:7

**administration**
35:1

**adoption**
7:17

**advise**
11:18 12:9,
17,22 16:16
18:11 21:7

**affirm**
6:3,14

**affirmed**
6:20

**affirming**
52:15

**agree**
65:22 72:4
75:7

**agreed**
58:16 73:18,
21

**agreement**
72:11

**agrees**
72:25

**ahead**
23:25 38:13
39:20 40:21
43:11,19
44:17 45:2
50:10,16,20
53:7 58:25
60:16,22
61:21 62:11
83:11

**Alicea**
24:11,22
25:9,16 28:4
29:11,13,19
34:20 37:9
53:9 67:12
69:22 70:1
71:3,20 73:1,
4,12,18,25
74:6 83:17
84:6,10 85:6

**alleged**
86:5,13

**allowed**
23:22

**American**
63:23 68:2

**amount**
27:19 36:25
76:24 95:9,15

**anchor**
48:9

**answering**
8:19

**answers**
65:4 66:1,14

**Apologies**
17:21 18:4
93:17

**apologize**
29:19 51:14
98:2

**apologizes**
76:14

**appeared**
98:12

**applicant**
33:20 46:9

**applicants**
29:25 30:19
31:9 43:17,24
44:7 67:10,
13,16

**application**
21:2,8,10
26:7 30:4
31:16 32:20,
21 34:9 35:5,
7,11 43:8
46:22 80:4
84:2,3,19
86:22

**applications**
27:23 28:3
29:9,25 31:5,
9,14,23 32:10
35:19 36:19
38:4,12,20,23
39:16 40:1,8,
11,18 41:17,
22 42:3,13,15
43:15 69:14,
21 70:10
71:16 75:20
76:2 77:22
79:6,20 80:9
81:14,20
82:2,14 83:3
85:25 86:6,19

87:5

**applied**
20:11,24

**apply**
20:14,20
21:4,21 67:18

**applying**
21:2

**approaching**
90:21

**approximately**
12:19 52:18
81:4,7

**APRIL**
98:22

**Ashley**
6:25

**assigned**
62:24

**attorney**
6:25 8:6
13:7,8 24:22
75:5 94:11,19
95:23 96:24
98:1

**attorney-client**
45:12,15

**attorney/client**
11:19 12:11,
18,24

**attorneys**
10:15 11:23
12:1,8 13:9
15:2,5 52:16
68:20 72:22
93:20 94:5
96:21 97:3

**audio**
24:7 25:1,5

54:7 62:13
76:3,9

**authority**
98:10

**authorization**
22:16 23:2

**aware**
79:11 80:2
85:21,23
86:4,12 87:17
88:14

---

**B**

**back**
23:13 32:22
34:15 35:4
36:25 38:16
42:21,25
47:10,16
54:14 56:6
59:14 68:12
75:16 76:7
77:3 91:10,16
95:1,4

**background**
15:8 78:16,19

**bad**
51:12,14

**bar**
45:13

**based**
69:5

**basic**
7:23

**basis**
41:2,8

**Beach**
89:23,24
90:15

**began**
6:1

**begin**
15:7 39:2
96:18

**beginning**
10:12

**behalf**
43:10

**bit**
8:22 10:14
12:2 30:18
33:17 37:14
51:2 58:4
89:11

**blank**
38:16

**blue**
55:23

**board**
76:5

**book**
79:20

**born**
15:9

**boss**
55:2 62:1

**bottom**
57:25

**break**
8:17,20
23:11,12
45:17 47:5
65:25 66:8,
12,14 68:6
91:4,7

**bring**
30:7 32:21
83:23

**Broward**
89:23

**built**
56:23

**buscando**
71:4

**buscar**
71:7,8,10

---

**C**

**California**
16:17,19,22,
24

**calls**
18:12,16,20
20:3 21:25
22:11

**camera**
19:8

**canceled**
88:13

**canvass**
37:25 53:5

**canvasser**
32:25 33:3,5,
9,10,21
36:14,17,23
39:13 41:4
46:17 53:6
55:4,5 59:21,
22 60:15
61:8,18,20
62:8,10 64:6
87:18

**canvasser's**
42:23

**canvassers**
38:9,17
41:11,17,22

42:3 52:20,21
54:20 56:12,
19,23 63:7,
12,13 64:2,18
65:6,8,17,20
66:5 77:1,2
86:18 87:3,9,
14

**canvassing**
53:11

**capable**
78:12

**card**
17:7,8,11,15,
20 18:2,8
19:13,18,24
20:5 22:15,21
23:1

**care**
21:2 68:20
76:22

**case**
7:16 17:16
23:21 24:23
26:12 28:12,
14,15,16 34:3
52:7,12,16
55:22

**catch**
19:11 27:4
54:4 55:10

**CCR**
98:21

**CERTIFICATE**
98:5

**certified**
6:21 77:12

**certify**
98:10

Verónica Herrera-Lucha
December 20, 2023

4

chain
  41:6 89:10
challenge
  72:7
challenging
  71:2,8,14,23,
  25 72:1,2,5
changed
  34:3
changing
  80:3
charge
  31:18
charisma
  65:1
Chat
  47:17,21,24
check
  42:20 78:19
  90:20 91:2
checks
  78:16
choppy
  18:18
chose
  95:22,23
churches
  62:23
circumstances
  7:8
citizen
  15:11 18:25
  19:14 21:16
  22:10 31:17
  46:15,23
  48:18,22 49:5
  50:6,8,15
  51:1,5,7,19

52:2,3,21
53:5 54:20
55:5 59:11
60:14,15
61:20 62:9
63:7,13 64:2,
6 65:20
citizens
  44:21 49:11
  53:1 62:21
  67:17,20
  68:1,2
citizenship
  17:5 20:12,
  14,20,24
  21:4,22 26:7,
  12,13 43:17
  44:8,13,25
  45:24 50:13
  64:11 67:23
  68:24 69:5
city
  89:24
civil
  50:18
clarification
  26:9 31:12
  33:15 37:5
  39:14
clarified
  84:7
clarify
  11:12 14:12
  23:18,24
  24:24 25:7,24
  26:4,6 27:25
  28:8 29:15
  32:18 34:23
  38:7 39:5
  41:1 42:6

43:21 45:8
53:3 74:11,14
94:12 96:9
clarity
  25:15
classify
  41:23
clean
  91:11
clear
  10:12 26:8
  29:17 30:2
  38:2 44:2,6,
  18 59:3 66:7
  74:10,12
  91:24
client
  9:13 11:18
  12:10,17,23
  16:16 18:11
  21:7 23:17,23
  25:24 65:25
  84:7,24 85:11
close
  95:18 96:9
closed
  96:4
closing
  79:21
coincides
  42:25
collect
  27:22 28:3,8,
  20 29:7,24
  30:4,7 31:6,
  8,22 32:20
  36:23 40:7,17
  41:3,14,16,20
  42:3 69:13,21

70:14,21,22,
23 75:19
collected
  28:6 32:9
  39:15 41:11,
  21 77:4
collecting
  29:8 39:25
  40:10 43:15
  70:9 71:15
  76:1
collection
  70:22
collections
  70:24
comfortable
  10:22 47:3
Commission
  98:22
communicate
  64:19
communications
  11:20 12:11,
  18,24
communities
  53:20 57:1
  61:7 62:23
  63:11,25
  64:6,19 65:7,
  19 93:9
community
  54:2,6
compared
  65:19
comparing
  52:25
complaint
  14:16 17:17

complete
 34:6 38:8
 42:18 43:9

completed
 31:15,16
 34:17 38:12
 41:3 43:8

completely
 8:14

complimented
 42:18

computer
 29:13,14,19

concede
 97:6

concentration
 93:10

concerned
 94:8

conclude
 96:10

concluded
 98:4

conclusion
 18:12,17,21
 20:3 21:25
 22:12 45:14

condition
 83:13

conduct
 10:18,21
 81:19 89:20
 95:24

conducted
 93:23

conducts
 88:15,18

confer

94:23

confident
 94:6

confirm
 61:2

confront
 73:2

confused
 25:17,20
 49:24

confusing
 96:1

confusion
 24:25 96:1

Congratulations
 7:22

connecting
 29:14

connection
 19:4 54:11

consent
 26:8

contact
 37:2 43:7

contents
 9:12

continue
 34:13 45:10
 77:11

continues
 49:19 50:11

continuing
 75:2,8

continuity
 74:15

continuous
 24:2

continuously
 16:10

contract
 68:16,18,21,
 23 69:4,12,23
 70:3,8

control
 38:21

conversations
 15:4 44:15

coordinate
 94:13

copy
 10:5 14:9
 68:18 97:14,
 25 98:3

correct
 17:22 21:22
 24:21 29:9
 33:11 34:17
 35:8,9 36:17
 38:4,12 39:16
 48:6 56:4
 58:14 60:5
 64:12,22
 72:12,23
 78:3,4 81:11
 82:2 83:5
 93:16

correctly
 6:10 31:10
 54:18,19 63:4
 83:25 84:5,
 16,23

counsel
 8:24 36:9
 47:3,17 48:25
 74:18 80:24
 94:13

count
 36:24

counties
 41:23 62:24
 76:21 79:8,
 12,23 87:25
 88:8,12,16,
 22,25 89:7,
 15,20 90:2,15

countries
 15:14

country
 49:11

county
 17:4 42:1,8,
 14 79:10
 89:24 98:8

couple
 14:2 36:2
 69:10

court
 8:3 47:20
 48:3 59:13,17
 75:15 93:21
 95:6,9

cover
 76:22

creating
 62:22

criminal
 78:22 79:1

criteria
 17:19 43:18,
 25 44:14

CROSS
 96:13

CRR
 98:21

current
  17:5
cut
  58:1 76:11

―――――――――

D

daily
  41:2,8,19
date
  20:15 42:24
  43:1
Davis
  6:23,25 7:21
  8:16,22 9:9,
  14,20 10:17,
  25 11:11,14,
  24 12:14,20
  13:5,12,20
  14:3,14,22
  15:3,20 16:1,
  6,18,23 18:1,
  6,7 19:15,17,
  22 20:4,10
  21:3,9,15,20
  22:8,14 23:25
  24:6,9,14,16,
  24 25:9,18
  26:1,2,10,21,
  22 27:13,16
  28:1,5,9
  29:11,16,22
  30:10 31:2,19
  32:2,5,13
  33:7,14,16
  35:3,24 36:12
  37:4,13
  38:10,18
  39:24 40:6,16
  41:15 42:9
  43:14,23

44:3,12,24
45:4,9,20
46:8,13 47:6,
12,16 48:1,5,
10,16,21,25
49:3,23
50:12,23
52:5,10
53:14,18,24
54:10,15
55:15,19
56:6,10,15,17
57:4,10,12,
19,25 58:6,21
59:6,17,19
60:1,11,19
61:1,16 62:3
63:10,17,22,
24 64:9,16
65:2,14 66:3,
13,16 68:5,8,
11,15 69:3,8,
19,23 70:2,5,
16 71:1,12,
18,21 72:4,
15,17,20
73:5,17,20,23
74:4,13,16,25
75:13,16,18,
24 76:8 77:9
78:9,15 79:4,
18 80:7,12,20
81:1,17,22,23
82:8,18,21,23
83:1 85:3,6,
17 86:3,10,24
87:1 89:18
90:5,10,19,
22,24 91:9,
13,16,18,23
92:9,13 93:1,
18 97:10,18,

22
day
  21:19 35:12
  77:2,20 96:16
  98:16
deadline
  79:7,12
December
  98:12,16
decision
  78:8,10
declaration
  17:16 26:13
  28:11 29:6
  52:6,11,13,
  20,24 55:21,
  22 56:4,18,22
  57:14 58:8,10
  62:6 65:16,23
  66:7
declared
  66:19
declaring
  56:3
declined
  46:14
defendant
  6:25
defendants
  95:20,23
  96:11
Defendants'
  9:17
degree
  93:2,4
degrees
  93:6,8
delicate

67:25
delivering
  35:20 42:14
demand
  71:9
department
  19:2 23:6
  38:22
depend
  68:23
depending
  35:12,13
  66:20
deponent
  85:2
deponent's
  11:2 21:24
depose
  94:11
deposed
  7:3
deposition
  7:24 9:2,18,
  22 10:1,19
  11:16,22
  13:16,22
  14:5,8,15,24
  15:5 33:4
  93:23 94:9,16
  95:10,24
  96:18,22 97:1
describe
  7:11 33:19
  36:13,16
  40:9,19
description
  76:16
difference
  52:1,4 64:10

65:13 72:21
86:14

**differences**
53:4 55:7,16
60:13,21
66:4,20 67:5

**differently**
73:15

**difficult**
48:11

**difficulty**
33:17 37:15
95:17

**DIRECT**
6:22

**directly**
83:21 85:19

**director**
39:12 41:24
42:16 76:23
87:13,15,17,
20,22 88:4,5,
25 89:4,6,13
90:7,11

**disagree**
26:10

**disagreeing**
73:9

**disagreements**
94:3

**disconnected**
29:13

**discovery**
95:19

**discriminate**
51:24

**discussed**
44:25

**discussion**
24:8

**distant**
50:21

**distortion**
25:1

**disturbance**
62:13

**document**
9:11,17,22
10:2,15
28:14,15,24
52:17 55:23
66:23

**documents**
8:25 13:15,
19,21 14:7,
16,23 17:15
47:17,19,21

**doors**
30:17

**double-check**
34:16 42:17

**doubt**
89:12

**draft**
58:16

**dropping**
76:4

**Duces**
9:18

**due**
83:8 94:8

**duly**
6:20 98:12

**duration**
76:15

**duties**

36:23 38:15
41:7 75:21,25
76:16 77:17
78:3,6,12
86:9,12

**duty**
39:23 41:3

———————————

**E**

**e-mails**
14:4

**earlier**
58:24 82:2

**easier**
10:18 51:18
71:22

**effect**
8:3

**egregious**
75:9

**El**
7:10 15:10,
11,15 16:12

**election**
34:25 37:3
42:18 76:20
77:6

**elections**
23:8 34:22,25
36:20 42:7,15
43:6 76:17
93:13

**electoral**
93:11

**eligibility**
17:19,23

**Elizabeth**
97:2

**empathetic**
56:24

**employed**
78:20

**employee**
80:8 83:2

**employees**
78:2,6,17,25
87:7

**employing**
78:23 79:1

**employment**
18:3,9 69:15

**empower**
51:9

**encuestado**
32:24 33:3

**end**
41:9,12 54:8
71:9 97:8

**endorsement**
42:21

**enforce**
49:12

**engage**
87:25

**engaged**
81:13 86:18
87:3

**engages**
88:8

**English**
6:5,10,11 9:1
10:1,6,8,19,
21 11:3,7,13
27:7 28:11
55:21 57:5
82:9,11,12

Verónica Herrera-Lucha
December 20, 2023

8

93:23,25 94:2
96:1

**escapes**
57:3

**Espanol**
13:3

**establish**
21:13 64:8

**estimate**
20:23 91:1

**European**
93:9

**events**
28:19

**exact**
17:12 20:15
27:19 89:24

**EXAMINATION**
6:22 96:13

**exhibit**
48:14,15

**exhibits**
47:18,22

**experience**
77:21

**expires**
20:1,5 98:22

**explain**
9:12

**explained**
10:15 12:5

**explaining**
24:12

**expressed**
11:7

**expression**
10:23

---

**F**

**fact**
22:2 46:16

**facts**
52:15

**fair**
69:9 75:3

**family**
18:3,9 49:9

**Federation**
97:13

**feel**
53:4 92:5,7,
11 94:5

**feeling**
47:8 91:3

**field**
41:24 42:16
76:23 87:13,
15,17,20,22
88:4,5,25
89:4,6,13
90:7

**fields**
42:17 43:5,10

**file**
28:14

**filed**
13:25 17:16
28:11 52:16
55:22

**filing**
22:7

**fill**
14:1 21:10

**filled**
21:8 31:15

36:19 38:17

**finally**
94:2

**find**
17:22 42:22
65:21

**fine**
8:21 47:10

**finish**
8:19 18:5
76:10

**finished**
47:4 57:24

**fire**
67:21

**fired**
80:8 81:9,15,
19,25 82:5,
13,17 83:2,7
84:1

**firing**
80:22 82:19

**firm**
61:14

**Florida**
7:1 16:14
17:1,3 24:3
26:14,15
27:5,9 31:4
34:1 35:2,25
36:1,5 37:10
39:12 45:13
89:13,15 98:7

**Floridians**
26:24 27:2,17
29:24 36:4
37:7,20 45:25

**focus**
96:16

**focused**
93:13

**form**
14:11,19,25
20:25 21:12
23:4 27:24
29:10 30:5,21
31:16 32:12
34:14 35:21
36:22 38:13
39:20 40:3,
12,21 41:3
42:4,22
43:11,19
44:1,9,16
45:7,12,15
46:2,11 48:24
49:1,22 50:9,
16 51:20
53:7,22 55:8,
13 58:17,25
59:14,24
60:6,16,22
61:9,21 62:11
63:8,21 64:3,
15,23 65:9,24
66:10 68:25
69:6,16 70:11
71:19 75:22
78:7,13 79:2,
13,16 80:5,
10,18,25 82:3
86:1,7,20
89:9 90:3,8,
16 91:21
92:23

**forms**
28:21 29:7
36:24,25
38:16 41:11
76:19,24 77:3

Verónica Herrera-Lucha
December 20, 2023

9

82:7

**forward**
  41:24 43:6
  72:18 74:20
  75:8

**forwarded**
  42:7

**found**
  57:9

**frequently**
  61:13 67:8

**front**
  43:1

**Fulbright**
  23:9

**full**
  68:9

**future**
  50:20 89:17

---

**G**

**Galvan**
  6:9 24:7
  27:13 54:10
  76:3 93:19
  98:11

**gather**
  53:16

**gave**
  73:25

**general**
  37:16 94:19
  98:1

**generally**
  62:17

**give**
  6:15 20:23
  25:6 33:22

34:5,15 35:4
  37:1 57:17,21
  94:25

**giving**
  44:19

**gladly**
  85:15

**good**
  6:24 9:14
  33:24 47:6
  67:21

**green**
  17:7,8,11,15,
  20 18:2,8
  19:13,18,24
  20:5 22:15,
  21,25 23:1

**ground**
  45:6 74:19
  75:6 95:20

**grounds**
  10:9 11:17
  12:17 13:1,
  17,23 15:16,
  22 16:15
  18:10 19:19
  20:2 21:6,17,
  23 26:20
  45:7,11 58:18
  96:4

**guess**
  48:12

---

**H**

**half**
  81:7

**halfway**
  76:9

**hand**
  6:13 31:6
  35:14 36:25
  37:1 38:15,21
  40:24 76:23
  77:3,6 98:15

**handed**
  31:17,20
  41:11

**handle**
  27:22 28:3
  38:11,23
  69:13,21
  75:20

**handled**
  28:6

**handling**
  70:9 71:15
  82:1

**hands**
  35:8 76:25

**happened**
  55:11

**happy**
  26:16 45:18

**Hard**
  27:5,9,18,21
  28:2 29:4,23
  30:12 31:3,23
  32:10,19
  33:21 35:17
  36:6

**harm**
  46:20

**head**
  48:7

**hear**
  8:14 18:14
  26:16 31:9

33:2 46:4
  52:9 69:25
  70:13 79:15

**heard**
  36:7 77:14

**helped**
  30:19 35:18
  36:6 58:20

**helping**
  26:24 29:23
  39:3,9 47:1
  50:25

**helps**
  39:8 49:17,21

**hereinafter**
  6:21

**Herrera**
  24:17 26:3
  32:14 49:24
  66:22 67:4

**Herrera-lucha**
  6:19,24 9:19,
  21 10:8 11:11
  25:10,14,19
  26:23 33:9,19
  37:18 45:22
  48:17 49:4
  71:13 72:8,23
  73:6,16,19
  74:10,21 75:4
  81:24 85:18
  91:3,19 93:18
  94:11 96:7,15
  97:11

**Hispanic**
  97:13

**history**
  78:23 79:1

**hit**

48:1

**hobby**
70:23

**hold**
62:2

**holder**
17:8

**holding**
62:2 67:23
94:9

**holiday**
95:18

**honest**
53:15 67:24

**honesty**
54:1

**hope**
50:20 89:15

**hour**
12:19 52:18
66:2 76:14

**hours**
35:13 95:13

**hundred**
66:18

**husband**
15:6 21:1,5,8
26:6

---
**I**
---

**identification**
48:14,15

**immigrant**
46:19 50:3

**immigration**
21:13

**imply**

51:13

**important**
56:12,19
65:15

**impossible**
74:4

**inclined**
72:17

**incorrectly**
84:13 85:9

**individuals**
28:20

**inference**
51:15

**information**
34:3,17 46:5
77:23 80:3

**initials**
42:24

**institution**
83:15

**intentions**
89:14

**interact**
28:20

**interaction**
33:20

**interested**
68:3

**international**
16:3 93:9

**interpret**
6:10 9:8 24:5
25:3 59:16
67:3 85:15

**interpretation**
11:5 19:12
24:20 48:20

71:11 72:12
83:5 97:5

**interpreted**
70:20 84:21
85:11

**interpreter**
6:2,7,9 7:18
8:13 9:7
10:11 11:4,21
13:2,14
17:21,22
18:4,13,18,22
19:6,11,16
24:4,19,25
25:2 27:3,7
31:11,13
33:1,2,5
34:12 36:7
38:6 39:18
40:23,25 46:3
48:19 52:8
53:12 54:3,12
55:9 57:2,3,
7,9 59:15
62:14 63:14,
20 67:2,14
69:24 70:12,
19,21 71:7,
10,17 72:13,
14,25 75:1,6,
11,12 76:6,13
79:14 80:24
83:22 84:4,
14,16,21
85:10,14
93:16 95:22
96:5,6,21,24
98:5,11

**interpreter's**
48:19

**interpreting**
72:14

**interrupted**
32:15

**interruption**
25:4

**introducing**
44:19

**investigated**
86:5,13

**inviting**
54:2

**involve**
76:1

**irrelevant**
26:11

**issue**
33:4 76:9

**issues**
19:4 54:7

---
**J**
---

**job**
27:14 36:3
37:22 49:8
51:25 54:1,
17,21 60:10
62:19,21
67:21 69:20,
23 70:2
75:21,25
78:6,12 92:6,
24

**jobs**
67:18 68:3

**jotted**
66:24

**judge**

8:4

**jump**
  54:13

---

**K**

**kind**
  61:24 63:1

**kindly**
  40:24

**kit**
  34:6

**knew**
  95:20

**knocking**
  30:17

**Knocks**
  27:5,9,18,21
  28:2 29:4,23
  30:13 31:3,24
  32:11,19
  33:21 35:17
  36:6

**knowledge**
  79:5,19,24

---

**L**

**la**
  72:1,3

**labor**
  92:21

**lacks**
  61:8

**language**
  11:2,3,9
  48:11 63:1
  64:11

**Latin**

27:8

**Latinx**
  27:5 37:8,10,
  11,20,24
  38:3,11,15

**latitude**
  23:22

**law**
  16:3 43:13
  71:14,17
  72:3,5,7 77:8
  93:2,9

**laws**
  21:13

**lawsuit**
  13:25 14:9
  71:2

**lead**
  46:17

**leave**
  76:6 85:5
  96:3

**leaving**
  94:22

**led**
  96:1

**legal**
  18:12,16,20
  20:3 21:25
  22:11 23:1
  41:25 45:14
  51:24

**legally**
  22:3

**LEON**
  98:8

**ley**
  72:1,3

**list**
  65:3

**listen**
  74:7

**litigation**
  68:19

**live**
  15:21 16:19,
  24

**lived**
  15:14 16:9,13
  17:3 26:14

**load**
  41:19

**locations**
  30:16 87:23

**long**
  12:15 16:24,
  25 26:23
  27:17 35:25
  37:7,19 39:3,
  9 81:2,5
  96:15

**longer**
  57:7 90:22

**lost**
  41:5 89:10

**love**
  68:11

**lunch**
  91:6,7

---

**M**

**Madam**
  45:9 47:20
  56:8 57:20
  93:21

**made**

87:17

**mail**
  77:7,12

**main**
  69:17

**maintain**
  69:14

**make**
  25:12,13
  36:24 47:21
  50:6 51:6,11,
  18 53:19
  54:24 56:25
  61:18 65:6,18
  71:21 78:8
  91:11

**makes**
  50:13,25 51:8
  61:6,23 62:8
  64:20

**making**
  32:3 45:5

**mandatory**
  41:25 42:17

**manner**
  74:18

**MARILYN**
  6:9 98:11

**marked**
  48:14,15

**marriage**
  18:25 19:14

**married**
  16:8,21 22:22

**master's**
  16:2 93:4,6,8

**material**
  14:24

Verónica Herrera-Lucha
December 20, 2023

matter
  22:2 46:16
meaning
  32:25 33:12
  36:18 71:22
  74:24
meaningful
  74:17
means
  29:9 30:4
meet
  12:7
meeting
  97:2
meetings
  12:4,13,15
  13:4,9
member
  18:3
mentioned
  64:4 81:15
Mi
  27:6 29:5
  39:4,10,12,15
  40:2,10,19
  43:3 46:18
  64:4 67:10,16
  68:16,23
  69:18 70:14,
  17,23 75:21
  77:13,16,19
  78:16,20,22,
  25 79:5,11,19
  80:2,8,19
  81:2,6,13,25
  82:13,16
  83:2,9,11,15,
  19,20,21
  85:18,23
  86:4,14 87:7,

9,14,18,21,25
  88:7,14,18
  89:20 90:1,6,
  14,17
Miami-dade
  89:22 90:14
migrant
  50:3
mind
  22:4 57:3
mine
  32:16
minutes
  23:11 47:7,9,
  10 68:6 91:8
  94:25 95:13
misconduct
  80:9,15,22
  81:9,13 82:1,
  13,17,19
  83:3,9 84:1,
  18 85:24
  86:5,13,19
  87:4,18
misinterpretati
on
  85:13
misinterpreted
  93:12
missing
  43:5,9 77:23
  79:11
misstatement
  11:2
misstates
  21:24
mistranslated
  82:11

misunderstandin
g
  49:14 75:9
misunderstood
  63:11
mix
  25:4
moment
  57:17,21
  94:23
money
  22:5,6
months
  14:2 15:24
  27:20 36:2
  37:21
morning
  6:24 33:24
Morse
  94:18 97:24
  98:1
mother
  10:21 11:6,12
  16:12
motioning
  25:14
Motivation
  50:18
move
  11:10 16:7
  17:1 23:19,23
  25:8,25 72:18
  74:2,8,20
  75:8
moved
  16:10,21
  66:11
movement
  29:16

moving
  26:1,17,21
multiple
  18:14 25:3
  28:20 39:19
  94:3
mute
  98:2

————————

N

names
  27:10
NARGIZ
  98:21
nationality
  46:25
native
  11:12
necessarily
  64:18
needed
  9:5 74:20
Neighbor
  27:8
network
  57:2
networks
  56:24
news
  48:9
nodding
  48:7
non-citizen
  49:17,21
  50:25 51:18
  52:20 53:6,19
  54:17 55:4
  56:11,14,19,

23 59:21
61:6,18 62:8,
20 63:6,12
64:1 65:5,17
66:5

**non-citizens**
53:1 67:11,19

**non-u.s.**
48:18,22 49:5
50:6,13 51:5
52:3 59:11
60:14 67:17

**nonspanish**
64:7

**Norka**
97:2

**North**
63:23

**note**
94:22

**notes**
66:25 82:16

**notice**
9:17 10:1,5

**noticing**
9:22

**notify**
83:9

**number**
28:15 43:2

---

O

**oath**
7:7,25 8:2
98:5

**object**
29:10 32:23
53:9 59:14

64:14 71:20
78:13 95:16

**objecting**
37:15,16
45:14 58:18
66:10

**objection**
10:9,24 11:1,
8,17 12:9,16,
22,25 13:10,
17,23 14:11,
19,25 15:16,
22 16:4,15,20
18:10 19:19,
25 20:6,25
21:6,11,17,23
22:11 23:4
26:18,19
27:24 28:4
30:5,21 31:25
32:12,15
34:11,13,14,
20 35:21
36:8,10,22
37:9 38:13
39:20 40:3,
12,21 42:4
43:11,19
44:1,9,16
45:2,11,19
46:2,11 48:24
49:22 50:9,16
51:20 53:7,22
55:8,12,17
58:17,25
59:24 60:6,
16,22 61:9,21
62:11 63:8,21
64:3,23 65:9,
24 67:12
68:25 69:6,

16,22 70:1,11
71:3,19 72:17
74:3,18 75:22
78:7 79:2,13,
15 80:5,10,
18,24,25 82:3
83:17 84:3,
10,20 85:7,12
86:1,7,20,21
89:9 90:3,8,
16 91:21
92:3,12,23
93:14 94:15,
22 96:3

**objections**
24:2 25:12
32:3 45:5,13
93:25 94:1

**objects**
8:6

**obligation**
95:21

**observe**
23:7

**obtained**
19:13 23:6
88:10

**obvious**
24:15

**office**
35:14,20
36:20 77:3
87:24 94:19

**official**
27:10 36:21
37:3 39:23
98:15

**officials**
35:1

**open**
94:9,23

**operate**
88:16

**opinion**
66:4 72:21

**opportunity**
23:18,24
25:7,24 74:1
94:10

**Orange**
17:4 62:25
79:24 88:3,9,
19 89:2

**order**
44:22 97:18

**ordered**
97:17

**organization**
43:2 89:14

**organizations**
27:1,11,15
39:7 43:16
56:13,21

**Organize**
27:5,9

**Organized**
35:25 36:1,5

**organizer**
35:15 37:22
46:17

**original**
76:18 82:20
97:16,19,21

**Osceola**
17:4 62:25
79:24 88:3,9,
19 89:3

Verónica Herrera-Lucha
December 20, 2023

14

overlapping
  39:17
owners
  80:19 83:16
  90:17

_____

**P**

_____

p.m.
  6:1 23:15,16
  47:14,15
  68:13,14
  90:21 91:14,
  15 95:2,3
  98:4
paid
  49:8
Palm
  89:23,24
  90:15
paragraph
  28:18 56:7,11
  57:13,18,23
  58:1,3,23
  61:12 62:6,16
  65:16 66:19,
  25 67:6
Paralegal
  18:19
part
  11:7 18:15
  36:9 40:1,19
  42:21 50:19
  63:15 75:20
participate
  30:12
parties
  75:10
parts
  69:20

pass
  31:4
passion
  54:1,17,21
penalty
  56:3
pending
  8:19
people
  18:14 25:3
  31:23 32:10
  35:18 39:19
  48:18,23
  49:5,16,18,21
  50:4,7,19
  51:1,9 52:22
  53:1 54:24
  61:19 62:20
  63:5,18
  67:11,16,18,
  24 70:17
  77:19 81:3
percent
  66:18 67:10,
  15,19
perform
  60:10 62:19,
  21 63:1 77:17
  78:3,6,11,16
  92:6
performed
  42:23,25
  46:17 52:2
performing
  68:3
perjury
  56:3
permanent
  17:6 51:24

person
  13:8 30:24
  34:5 43:21
  51:9,12,14
  62:17,19
  77:7,25 80:21
person's
  65:1
personal
  46:5 51:8
  83:13
personality
  65:1
ph
  32:24 71:7
phenomenal
  27:14
phrase
  29:7
pick
  76:20
piece
  86:23
place
  23:15 47:14
  54:5 65:12
  68:13 91:14
  95:2
plaintiffs
  95:4,14 97:14
play
  56:12,19
point
  10:18 53:14
  67:9
politic
  50:18
political

93:10
politicians
  62:23
Polk
  62:25 79:24
  88:3,9,20
  89:2
pops
  44:20
portion
  59:14 81:21
  82:22
pose
  90:23
posed
  95:25
position
  39:12 41:14
  62:2 83:12,14
  88:11
possess
  61:25
potential
  87:18
Power
  27:8
practice
  50:18
precise
  66:11 68:2
prefer
  10:20 25:25
preferred
  11:2,9
prefers
  75:17
prep
  97:2

Verónica Herrera-Lucha
December 20, 2023

15

preparation
  14:15,24
  96:17 97:1
prepare
  11:15,22
  13:15,21
  14:5,7 21:14
prepared
  11:23 12:2
  15:1 26:7
  92:5,17 96:22
present
  13:9,14 96:21
previous
  14:18 26:4,11
  32:6 67:3
  83:24 84:15
  90:11
previously
  60:7 72:15
  79:22 89:2,21
primary
  63:1
prior
  28:23
privilege
  11:18 13:18,
  24 45:12,16
  58:18
problem
  29:12 46:20
  48:25 65:22
problematic
  64:7
procedure
  93:15,16
proceed
  44:22

proceedings
  6:1,4 7:17
  12:5 93:11,13
  98:4
process
  20:13 21:2
  44:23 94:8
produced
  68:19
production
  14:10
professional
  51:22
professionally
  92:17
proficiency
  64:11
prohibit
  71:14
prohibited
  24:3
promise
  96:16
proper
  73:22
provide
  8:8 25:23
  68:21 77:24
  95:21
provided
  68:18 77:25
provisions
  69:5
purpose
  69:17
pursuing
  71:10

put
  47:21 62:5
puts
  40:24

___

**Q**

quality
  38:21
question
  8:19 11:21
  13:3 14:13
  17:24 22:18
  27:25 29:3
  30:1,9 32:4,
  14 33:7 37:12
  39:5 40:14
  44:2,5,20
  45:21 49:1,2
  50:2 51:3
  53:13,15
  59:3,4 63:3
  66:1 68:4
  69:1 70:4,7
  71:6 75:16,17
  77:10 81:17,
  18 82:4,9,12,
  19,24 83:24,
  25 84:11,15,
  17,22 85:14
  88:17 89:11
  92:22 96:19
  97:4
questioned
  86:16,17
questioning
  23:20 47:5
  84:9
questionnaire
  14:1,17

questions
  8:10 26:11
  28:7 39:6
  57:23 69:10
  74:17 85:19,
  20 90:23
  93:24 94:14,
  17,20 95:25
  96:12,17
  97:7,8
quickest
  97:23

___

**R**

raise
  6:13
raised
  26:13
Ratified
  66:18
read
  9:11,16 56:7,
  9 57:17,21
  59:14 75:15
  81:21 82:16,
  18,22
reading
  57:24
ready
  48:12 94:15
  95:4,7
reason
  22:9 92:19
recall
  44:13 45:22
  52:6,11,19,24
  69:4,12
receive
  10:5 17:11,20

Verónica Herrera-Lucha
December 20, 2023
16

18:2,8 41:18
77:5

**received**
17:15 22:15,
21 38:3,8,20

**recently**
20:16

**recess**
23:15 47:14
68:13 91:14
95:2

**reconnecting**
29:20

**record**
9:5,12 23:14
24:8,23 26:18
28:7 29:18
34:23 45:8
47:13,16
48:13 59:7
74:10,22 84:9
85:1,3,4,6
91:16,17
95:5,13

**redirect**
96:12 97:10

**reestablish**
54:11

**refer**
17:7

**referenced**
14:18

**referred**
41:13

**referring**
84:15

**refers**
79:22

**reflect**
59:8 85:1,3

**reflects**
85:7

**reformulate**
40:13 51:3
74:19

**refrain**
24:1 25:13
32:3 45:4

**register**
27:2,17 29:24
30:15,20 31:1
32:22 34:2
35:18 36:1,4,
6 37:7,20
39:4,10 43:8,
18 44:8,14,15
46:14 47:1
48:18,23
49:5,15,18,21
50:4 51:1,19
53:21 54:2,25
57:1 61:7,19
62:9 63:12,18
64:1,21 65:7,
19 69:18
70:17

**registered**
30:25 46:10
77:7

**registering**
30:14 33:25
37:22 41:2,8
44:23 45:25
50:7,14 51:6
52:21 53:1
63:6 81:2

**registrant**
45:1

**registration**
27:22 28:3,
19,21 29:7,9,
25 30:4,11,24
31:4,8,22
32:9,21 34:9
35:11 36:19
38:3,12
39:16,25
40:10,18
41:10,16
42:22,24
46:22 56:13,
20 69:14,21
70:9 71:15
75:20 76:1,
18,19 77:22
79:6,20 80:3,
9 81:20 82:1,
14 83:3 84:2,
18 85:25 86:6
87:4 88:1,8,
15,19 89:21
90:1,14 91:19
92:1,14

**registrations**
42:23 70:15,
24 77:4 82:6

**related**
29:4 82:6,14
84:1 87:4

**relationship**
64:8

**relationships**
56:24 62:22

**relevance**
10:10 13:1
15:17,23
16:16 18:11
19:20,25 20:6
21:7,11,18,24

23:20 26:20
45:2,6,14

**remaining**
95:15

**remeet**
95:16

**remember**
16:25 17:12
20:15 21:1
27:19 44:11
47:2 52:23
53:3,15 56:2
58:7 59:12,
20,23 60:3,
12,18,20,24
68:22 69:7,11
80:14,16,21,
23 81:8 89:23
96:20,23

**remembers**
59:9

**remotely**
6:20 98:11

**renew**
19:18,24

**repeat**
13:2 22:18
32:4 37:12
41:5 44:5
53:12 59:2
70:4 85:14
88:17

**repeated**
89:2

**rephrase**
75:17

**report**
87:9,14

**reporter**

47:20 48:3,4,
7,8,9 59:13,
18 75:15
93:21 95:6,9

**reports**
87:12

**represent**
28:16

**request**
14:9 23:11
47:5 65:25
66:12 76:17
97:14

**requested**
81:21 82:22

**require**
69:20

**required**
43:5 77:8

**requirement**
44:8

**requires**
69:12

**reread**
81:17

**rescheduling**
95:17

**resident**
17:6 51:24

**resolve**
82:10

**respect**
74:16

**respond**
60:7

**responded**
60:4

**response**
14:18 26:17

**responsibilities**
79:9 89:6

**responsibility**
41:10,18
46:19 79:23
88:24 89:1

**responsible**
67:24 90:13

**rest**
97:7

**restate**
75:17

**resulted**
80:22 81:9

**retar**
72:1,3,7
73:3,20

**retardo**
73:2

**return**
77:2

**reveal**
11:19 12:10,
18,23

**review**
13:15,19,21
14:4,7,16,23
45:18 58:10

**reviewed**
58:13

**reviewing**
58:7 77:22

**rewarding**
92:18

**rights**

92:21

**RMR**
98:21

**role**
40:2,20
56:12,20

**room**
24:17 25:10

**rough**
73:10 97:14,
20,22

**roughly**
73:11

**RPR**
98:21

**Ruiz**
9:6,10 10:9,
24 11:1,8,17
12:9,16,22
13:10,17,23
14:11,19,25
15:16,22
16:4,15,20
18:10,16,20,
24 19:1,8,19,
25 20:2,6,25
21:6,11,17,23
22:11 23:4,
10,17 24:22
25:6,21,23
26:10,19
27:10,24 28:5
29:10,15
30:5,21 31:25
32:2,12,23
33:3,8,11
34:11,14,23
35:21 36:10,
22 38:13
39:20 40:3,

12,21 42:4
43:11,19
44:1,9,16
45:2,4,6,9,
11,19 46:2,11
47:3,8 48:24
49:2,22 50:9,
16 51:20
53:7,22 54:7,
13 55:8,11,
12,17 57:9,25
58:17,25
59:13,24
60:6,16,22
61:9,21 62:11
63:8,21 64:3,
14,23 65:9,24
66:9 68:7,9,
25 69:6,16
70:11 71:19
72:16 74:9
75:15,22
76:3,8,12
78:7,13 79:2,
13,15,16
80:5,10,18,25
82:3,15 84:7,
24 86:1,7,20
89:9 90:3,8,
16,20 91:2,7,
10,11,21
92:3,12,23
93:14 94:21
95:4,8,14
96:8,14 97:6,
13,20

**rules**
7:24 24:3
45:13,18

**running**
95:10

## S

**sake**
25:15 38:2
72:19 74:9,
15,21 75:1,7

**Salamanca**
15:18

**Salvador**
7:10 15:10,
11,15 16:12

**Sandi**
82:18

**SANDRA**
98:21

**satisfaction**
51:8

**scholarship**
23:9

**sciences**
93:10

**scratch**
35:16

**screen**
9:15 28:10
52:18 55:20
57:7,13

**scroll**
28:13 55:23
56:6 57:5

**seal**
98:15

**searching**
71:4,5

**season**
95:18

**Secretary**
7:1 19:3

**Send**
48:1

**sentence**
10:13 54:4
56:8,9 57:11

**separated**
28:6

**serve**
64:20

**share**
9:15 28:10
46:6 55:20

**shared**
52:17 57:8,13
62:16

**sharing**
61:11

**shift**
41:12

**show**
9:1 28:10

**showing**
9:25 28:15

**shows**
43:1

**shut**
29:20

**sic**
12:4

**side**
19:5

**sign**
52:14 76:7

**signature**
28:24 29:1
42:20 55:24,
25

**signed**
56:2 58:11

**signing**
52:6,11

**situation**
65:12 83:13

**skills**
51:17 52:25
54:23 55:3
59:10,21
60:9,13
61:17,25
65:5,17

**slightly**
32:7

**small**
40:1

**snargiz@
comcast.com**
98:21

**software**
95:12

**son**
7:17,20

**sorting**
42:13

**sound**
75:3

**sounds**
73:7

**Spain**
15:18,21

**Spanish**
6:5,11 10:3
11:3,9,13
33:12 48:9
57:6,14 62:25
64:19,20
73:24 82:11,

24 93:24,25
94:1 98:11

**Spanish-
speaking**
64:5 94:5,10

**speak**
10:8 62:17
64:20 73:24

**speaking**
24:2 25:3,13
32:3 39:19
45:5,13 62:18
64:7 73:8

**specific**
30:19

**specifically**
8:7 66:6

**specificity**
68:11

**speech**
39:17

**spent**
40:10

**spoke**
12:1 55:11

**spoken**
47:19

**stability**
67:22

**stamp**
28:14,17
55:23

**stand**
11:5,8 26:19
71:11 72:16
96:3

**start**
56:16 75:19

77:14

**state**
7:1 16:13
19:2,3 23:7
34:1 35:1
39:12 65:16
71:5 74:11,
19,22,23 75:5
88:4,5,25
89:4,6,13
90:7,11 98:7

**stated**
17:14 58:22
63:23 66:6
67:6 84:24
85:2,4

**statement**
67:3 74:14
94:15

**states**
7:9 15:15
16:7,9 22:17,
23,25 23:3
28:19 44:22
76:16

**stating**
52:19,24
61:14

**status**
17:5,7 18:9
26:12,13
45:1,24
48:17,20,22
49:4,17,20
51:5 64:11
68:24 69:5

**stay**
95:15

**stenographer**
6:2,12 47:23

48:2 54:9
82:20 91:17
95:6,11
97:16,24

**stenographer/court**
48:6

**Stephanie**
94:18

**stick**
67:15

**stipulate**
71:22 72:2,4,
18 73:20,23
74:5

**stop**
28:22 40:24
63:2 90:6

**stopped**
88:13 90:1

**streets**
41:2,8

**strike**
17:18 39:2
87:8

**struggle**
37:17

**studying**
15:19

**submit**
12:25

**submitted**
46:21 55:12
79:6,20

**submitting**
43:3

**suggest**
23:19

**suggested**
25:8,25

**suggestion**
9:10

**supervise**
27:23 86:18

**supervised**
87:3

**supervising**
24:19,20
87:23

**supervision**
76:23 88:2

**supervisor**
31:7,17,20
34:18,21,24,
25 37:2 41:25
42:7,19 43:7
46:18 76:17
77:7

**supervisors**
42:14 43:7
76:21

**support**
49:9

**suppose**
20:1 83:8

**surprised**
81:12

**surrounding**
96:17

**survey**
32:19 33:8,25

**surveyor**
33:6

**sustain**
67:9

**sustained**

12:4

**swear**
6:3,14

**swearing**
52:14

**sworn**
6:10,20 98:13

**synonym**
71:8

---

**T**

**table**
83:23

**taker**
32:20 33:8

**taking**
9:18,22 10:1
33:25 35:19
36:18,20

**talk**
26:1 61:24
62:1 83:16

**talked**
39:8

**talking**
15:7 18:14
46:6 83:15

**team**
34:24 75:5
94:24

**Tecum**
9:18

**temporary**
36:3

**term**
28:8 41:14,20

**terminated**
81:19 84:17

Verónica Herrera-Lucha
December 20, 2023

20

terms
  48:6

testified
  6:21 7:5,7
  58:23

testifying
  8:3 96:20

testimony
  6:14 21:25
  26:5 32:7
  94:12

thing
  8:18 9:6 17:9
  29:3 48:10
  64:25

things
  28:23

third-party
  56:13,20

thought
  32:16 41:6
  77:14 86:17
  87:2 89:10

thoughts
  53:16 62:5

till
  58:9

time
  7:1 8:17 9:2
  12:21 19:21
  22:5,6,21,22
  23:5,10,23
  27:20 29:16
  35:12 39:11,
  22 40:8 41:25
  47:7 51:23
  62:16,18
  74:16 77:8
  83:23 90:21

91:1,9 93:19,
20 95:9,12,15
97:7

timekeeper
  95:12

times
  7:11 12:7
  59:3 66:9

title
  9:16 89:5

today
  7:2,24,25 8:6
  9:23 10:2
  12:6 34:2
  50:21

today's
  11:16,22
  14:15,24 15:5

told
  13:7 61:23
  79:22

tongue
  10:22 11:6,13

tool
  95:12

topic
  66:2,11

total
  12:21

tourist
  23:5

train
  32:15

trained
  92:5

training
  77:24 78:1

transcript

97:15,20

translate
  6:4 27:12
  40:25 56:9
  57:21 73:13
  84:5 96:6

translated
  10:15 70:2,20
  72:10 73:13,
  15 83:25
  84:11,12,13,
  16,21,22 85:9

translating
  24:13 27:14
  71:24

translation
  8:11 11:1
  24:20 25:20
  28:4 32:23
  34:20,21 37:9
  42:11 48:3
  53:10 57:14
  63:22 65:23
  67:12,15
  69:22 71:3,4,
  21 72:5,7,9
  73:6,14 74:18
  76:10 82:16
  83:4,5,17,18
  84:4 85:8
  86:21 93:14,
  24,25 94:2
  96:2

translations
  37:15,16
  90:25 94:1

translator
  8:24 9:3,11,
  16 24:12
  25:17,21 33:8

45:9 56:8
57:20 71:24
73:18,21
74:7,14 82:23
94:4 95:21,22

translators
  72:22

traveled
  16:11

trial
  7:5

trouble
  85:24

true
  56:4

trust
  63:12,19 64:1

trusting
  56:24 62:22
  63:5,6 64:8

truth
  6:15,16 52:15

turn
  76:25 94:15

turned
  46:23

two-hour
  76:15

type
  22:16 25:4
  68:3 83:8

typical
  33:19

────────────

U

U.S.
  20:11,14,20,
  24 21:16

Verónica Herrera-Lucha
December 20, 2023

21

22:10 43:17
44:7,13 46:15
50:7,14 51:19
52:2 53:5
54:20 55:5
59:11,22
60:14 61:7
62:9 63:13
64:2,6,17
65:7 66:5
67:20 68:1

**unclear**
8:11

**uncomfortable**
61:24

**undergo**
78:19

**undersigned**
98:10

**understand**
7:24 8:2,8,9
10:14,25
17:9,24 22:9
25:16 29:6
36:18 39:19
50:24 51:2,16
54:18 62:4
63:4,15,16
66:3 69:9
72:9 73:8,16
74:22,24 75:4
76:8 85:11,21
86:11,14
89:5,8,12,22
90:17 94:7
97:4

**understanding**
10:23 14:13
29:8 30:3,8
33:18 40:15

51:4 69:2
84:8,25 89:25

**understands**
73:7,19

**understood**
22:20 32:6
42:10 54:16
64:17 76:12
80:1

**United**
7:9 15:15
16:7,9 22:17,
23,25 23:2
44:21

**unsure**
8:22

**update**
30:24 34:3

**utilized**
67:8

---

**V**

**vague**
49:2

**Vecino**
27:6 29:5
39:4,10,12,15
40:2,10,19
43:3 46:18
64:4 67:10,16
68:16,23
69:18 70:14,
17,23 75:21
77:13,16,19
78:16,20,22,
25 79:5,11,19
80:2,8,19
81:2,6,13,25
82:13,16

83:2,9,11,15,
19,20,21
85:18,23
86:4,14 87:7,
18,21,25
88:7,14,18
89:20 90:1,6,
14,17

**Vecino's**
87:9,14

**verify**
28:24 34:16

**Veronica**
9:18 19:2
33:24 47:8

**version**
10:1 28:11
55:21

**versus**
53:1

**VERÓNICA**
6:19

**view**
67:9

**visa**
22:24 23:5,6

**visit**
16:12

**vote**
26:24 27:2,18
29:24 30:20
31:1 35:19
36:5,6 37:8,
20 39:16
45:25 46:10
47:1 48:18,23
49:5,16,18,21
50:4,7 51:1,
10 52:22

53:2,21 54:2,
25 57:1 61:7,
19 63:6,19
64:21 65:7,19
70:18 81:3

**voter**
27:22 28:3,
19,20 29:7,9,
25 30:4,11,24
31:4,8,22
32:9 34:8
35:4,10 36:18
38:3,4,12
39:25 40:10,
17 41:10,16
43:8,10 45:1
46:22 56:13,
20 69:13,21
70:9,14,24
71:15 75:20
76:1,19 77:22
79:6,20 80:9
81:20 82:1,14
83:3 85:24
86:5,22 87:4
88:1,8,15,19
89:20 90:1,13
91:19 92:1,14
93:10

**voter's**
32:21 34:6,18
35:7 42:22
80:3 84:2,18

**voters**
30:14,15,23
33:25 36:1,19
37:23 39:3,9,
16 40:1,11
41:2,8 43:16
44:15 47:1
50:14 51:6,19

Verónica Herrera-Lucha
December 20, 2023

62:9 64:1
69:18

**Voto**
37:8,10,20,24
38:3,11,15

---

### W

**wait**
48:1 97:21

**wanted**
26:4,17 64:14
96:16

**ways**
36:5

**week**
76:25

**whomever**
94:16

**wide**
23:22

**word**
17:22 31:13
33:13 46:4
57:2,9 61:12
62:15 67:7,8
71:23 73:1,2,
10,12,19,22
93:12

**words**
52:9 58:15

**work**
23:11 32:22
38:8 40:9
41:12 53:10
62:25 63:1
64:1,4 65:12
66:21 67:25
68:10 75:1
76:21 77:19,

25 91:20,25
92:1,14,18,19

**workday**
41:9

**worked**
27:1,21 28:2
29:23 32:19
33:9 37:21

**worker's**
92:21

**workers**
87:23

**working**
30:12 31:23
32:10 40:18
81:5 88:11

**works**
64:5

**worse**
51:12,14

---

### Y

**yada**
11:6

**year**
7:14 16:8
17:12,14
20:18

**years**
15:21 20:21
51:23 81:4,7
92:7

---

### Z

**zoom**
6:1 25:1
58:1,2 62:13