## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

               *Plaintiffs*,

v.

CORD BYRD, in his official capacity
as Secretary of State of Florida, *et al.*,

               *Defendants*.

Case No. 4:23-cv-00218-MW-MAF

## <u>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.1 and 56.1, Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico ("Hispanic Federation Plaintiffs") hereby move for summary judgment on Count V of their Amended Complaint (ECF No. 79).

The provision of S.B. 7050 that pertains to non-citizens—section 97.0575(1)(f) (the "Non-Citizen Ban")—enacts discriminatory restrictions in violation of the Fourteenth Amendment's Equal Protection Clause by discriminating on the basis of alienage. As more fully set forth in Plaintiffs' memorandum in support of this motion, there is no genuine dispute as to any material fact—in particular, Defendants have not produced admissible evidence that the Non-Citizen Ban is justified by a compelling state interest or that it is narrowly tailored to advance any such state interest. Accordingly, Plaintiffs are entitled to judgment as a matter of law.

1

Dated: January 23, 2024

Respectfully submitted,

/s/ Megan C. Keenan
Megan C. Keenan*
Adriel I. Cepeda Derieux*
**American Civil Liberties**
**Union Foundation**
915 15th Street NW
Washington, DC 20005
(212) 549-2500
acepedaderieux@aclu.org
mkeenan@aclu.org

Roberto Cruz (FBN 18436)
Miranda Galindo (FBN 1039848)
Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
523 West Colonial Drive
Orlando, FL 32804
(321) 754-1935
rcruz@latinojustice.org
mgalindo@latinojustice.org
dalicea@latinojustice.org

Cesar Z. Ruiz*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris*
Sophia Lin Lakin*
**American Civil Liberties**
**Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Estee M. Konor*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
ekonor@demos.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

John A. Freedman*
Jeremy Karpatkin*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.
Washington, DC 20001
(202) 942-5316
john.freedman@arnoldporter.com
jeremy.karpatkin@arnoldporter.com

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*