# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:23-cv-00218-MW-MAF

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), Janine M. Lopez moves to withdraw as counsel for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico. After January 25, 2024, Ms. Lopez will no longer be employed by the American Civil Liberties Union Foundation of Florida, Inc. Plaintiffs' counsel have notified Plaintiffs of these developments, and Plaintiffs do not object to the withdrawal. Plaintiffs continue to be represented in this case by counsel from LatinoJustice PRLDEF, the American Civil Liberties Union, the American Civil Liberties Union Foundation of Florida, Demos, and Arnold & Porter LLP. Accordingly, Ms. Lopez's withdrawal as counsel should not cause any delay or prejudice to any party to this action. The parties should serve all future correspondence and pleadings on the remaining counsel of record for Plaintiffs.

## CERTIFICATE OF CONFERRAL

Counsel for Plaintiffs has conferred with counsel for Defendants who do not oppose this motion.

Dated: January 25, 2024                                Respectfully submitted,

*/s/ Janine M. Lopez*
Janine M. Lopez
Fla. Bar No. 1038560
ACLU Foundation of Florida, Inc.
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2707

## CERTIFICATE OF SERVICE

I hereby certify that, on January 25, 2024, the foregoing was served by electronic notice generated through the CM/ECF service on all counsel or parties of record.

*/s/ Janine M. Lopez*
Janine M. Lopez
