TRANSCRIPTION OF AUDIO RECORDING

COMMITTEE ON ETHICS AND ELECTIONS

APRIL 4, 2023

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

```
 1   APRIL 4, 2023

 2           CHAIRMAN BURGESS:  Good afternoon,

 3   everybody.  Good afternoon.  Welcome to the

 4   Committee on Ethics and Elections.  Today is April

 5   4th.  The time is 14 -- 2:00 p.m., not 14 -- well,

 6   1400 works too.  Long weekend.

 7           Terrance, please call the roll.

 8           THE CLERK:  Chair Burgess.

 9           CHAIRMAN BURGESS:  Here.

10           THE CLERK:  Vice Chair Rouson.

11           VICE CHAIR ROUSON:  Here.

12           THE CLERK:  Senator Avila.

13           Senator Garcia.

14           SENATOR GARCIA:  Here.

15           THE CLERK:  Senator Grall.

16           Senator Ingoglia.

17           SENATOR INGOGLIA:  Here.

18           THE CLERK:  Senator Martin.

19           Senator Mayfield.

20           SENATOR MAYFIELD:  Here.

21           THE CLERK:  Senator Polsky.

22           Senator Powell.

23           SENATOR POWELL:  Here.

24           THE CLERK:  Quorum is present.

25           CHAIRMAN BURGESS:  Thank you.  Please
```

Page 3

```
 1   silence all electronic devices, and anyone wishing

 2   to speak before the Committee should complete an

 3   appearance form and hand it to a member of the

 4   Sergeant's Office.  Should you wish to waive your

 5   speaking time, your position will be included in the

 6   meeting records.

 7          We have a full agenda today, Senators.

 8   We're going to go ahead and take up tab 1, which is

 9   SB 1080 dealing with local redistricting by Senator

10   Yarborough.

11          Senator Yarborough, you are recognized to

12   explain your bill.

13          SENATOR YARBOROUGH:  Thank you,

14   Mr. Chairman.  Good afternoon to you and the

15   Committee.  Before you today, you have Senate Bill

16   1080.

17          Mr. Chairman and Committee members,

18   currently, local governments are not subject to the

19   same requirements in Article III of the state

20   constitution as are the Legislature and

21   Congressional seats.  Locals are subject to federal

22   requirements, which include equal population and

23   compliance with the Voting Rights Act.

24          The bill does not impact how federal law

25   applies to local redistricting, but what I believe
```

Page 4

1   we should do in our bill is simply add a parallel

2   provision to our state constitution that says locals

3   can't draw districts with the intent to favor or

4   disfavor candidates based on their residence.  It

5   also uses the word practicable in lieu of possible

6   with regard to equalizing population.  It is almost

7   always possible to draw mathematically equal

8   districts, but other legitimate considerations may

9   not make it practical -- practicable.

10          So the long and the short, Mr. Chair, is

11   whether it be the counties, the municipalities, or

12   the school districts, it would not -- the districts

13   would not be drawn in such a way to favor incumbents

14   or candidates who are running for office, and that

15   way it would ensure the fairness of the process.

16   That's the bill.

17          CHAIRMAN BURGESS:  Thank you, Senator

18   Yarborough.

19          Having explained the bill, are there any

20   questions on the bill?

21          Senator Rouson.

22          VICE CHAIR ROUSON:  Thank you very much,

23   Mr. Chairman.  And thank you for reaching out

24   beforehand.

25          All we're doing with your bill is adding an

Page 5

1    additional standard to what is already done by the

2    municipalities and counties.  They already are

3    required to redraw districts, but you're adding a

4    state standard to the drawing of those districts?

5          CHAIRMAN BURGESS:  Senator Yarborough, you

6    are recognized.

7          SENATOR YARBOROUGH:  Thank you,

8    Chair Burgess.

9          Thank you, Senator Rouson for the question.

10          So my notes I have from municipalities,

11    Senator, is most comply with federal law, but we

12    don't have a state constitutional or state statute

13    provision.  So local charters for the most part

14    address the requirements.  The bill adds parallel

15    provisions to the Constitution and state statute

16    requirements that would be applicable.

17          So in answer to your question, it's not

18    creating anything new that they shouldn't already be

19    doing.  It's just codifying in state statute because

20    we don't have anything in statute that says this is

21    the process.  This is what you should do.  They

22    already should be doing it, but we're just codifying

23    it to make it crystal clear in statute that that's

24    what they should do.

25          CHAIRMAN BURGESS:  Any follow-up?

Page 6

1            SENATOR POWELL:  Question.

2            CHAIRMAN BURGESS:  Senator Powell.

3            SENATOR POWELL:  Thank you, Mr. Chair.

4            Senator Yarborough, with this legislation,

5    who determines or who -- how is it determined that

6    incumbents' or candidates' addresses were not used

7    with the redrawing of districts?  How is that

8    determined?  I mean, is there circumstances that are

9    recorded?  Or -- because it would seem fair that

10   somebody could -- if one individual is redrawing the

11   maps for local municipalities, that individual or

12   those individuals could look at addresses and not

13   necessarily say they're doing so --

14           CHAIRMAN BURGESS:  Senator Yarborough.

15           SENATOR POWELL:  -- to make that

16   determination.

17           SENATOR YARBOROUGH:  Yeah.  Thank you,

18   Chair Burgess.  Thank you, Senator Powell.  I'll do

19   my best to answer the question.

20           I think there may be a two-part answer

21   related to what you've asked but to try to address

22   it directly.  So I know in Jacksonville, which is

23   where my area is in Northeast Florida, whenever the

24   maps are put out for the school board and the city's

25   redistricting, they do identify where the incumbents

1   live, but that is not supposed to be a factor

2   whenever the districts are drawn, when they seek to

3   balance it by the standards that are in the

4   Constitution and the other laws that we have.

5            As far as the accountability, which was

6   going to be the second part of my answer,

7   accountability on that, you could have a challenge

8   brought forward that that was something that

9   occurred, and then it would be up to the challenger

10  after that process to make the case.  Because in the

11  bill, we don't mention, you know, specific

12  penalties, but they would be taken to task through

13  the legal process if there was a, you know,

14  disagreement about how it took place and what should

15  have happened.

16           SENATOR POWELL:  Thank you.

17           CHAIRMAN BURGESS:  Any follow-up?

18           SENATOR POWELL:  Yes, sir.

19           CHAIRMAN BURGESS:  You are recognized.

20           SENATOR POWELL:  Looking at this

21  legislation, I notice there is no House companion or

22  related bill.  How do we get this to the finish

23  line?  I think it's probably good policy, but how do

24  we get there?

25           CHAIRMAN BURGESS:  Senator Yarborough.

Page 8

1              SENATOR YARBOROUGH:  Thank you, Chair.

2              Thank you, Senator Powell, for the

3    question.

4              So we are, I think, tomorrow halfway

5    through session.  So time is of the essence.  But I

6    have had some conversations with some individuals in

7    the House about it, and so we may have a way to try

8    to work this in.  But as you've correctly

9    identified, we don't have an actual related bill

10   tied to it.  But I'm confident we can still find a

11   way to work this through the process.

12             CHAIRMAN BURGESS:  Any follow-up?

13             Senator Ingoglia.

14             SENATOR INGOGLIA:  Thank you, Mr. Chair.

15             Senator, thank you.  And just as far as a

16   vehicle, you know, there might be an elections bill

17   coming through the Legislature.  We might be able to

18   amend it on there, Chair.  Just saying.

19             CHAIRMAN BURGESS:  I hate to spoil the

20   surprise.

21             SENATOR INGOGLIA:  So a couple of

22   questions.  Number one is -- and I agree with the

23   legislation.  So this is probably as much for staff

24   as it is -- yes, Ms. Donahue.  She's rolling her

25   eyes at me.

Page 9

1          So what I think we need to contemplate

2     also, if you're amenable to amending it, is right

3     now there's nothing in statute that discourages

4     cities or counties to not redistrict.  There have

5     been instances -- and in my county, there has been

6     an instance where the school board chose not to

7     redistrict.  And now what we have is unweighted

8     districts.

9          In fact, one district is much larger, and

10    under Florida law, you can only redistrict in odd

11    number years.  So once December 31st passes, when

12    you get into the election year, you're sort of

13    stuck.  So there's no way to make any of those

14    changes under the current year.  Unfortunately, it's

15    the year that an election is happening.

16          So would you be amenable to adding a -- or

17    can we look at adding an amendment that sort of puts

18    some penalties for cities or counties or just

19    something that really mandates that they actually

20    have to go through this process?  Because it's been

21    my view that some of them are just disregarding the

22    process.

23          CHAIRMAN BURGESS:  Senator Yarborough.

24          SENATOR YARBOROUGH:  Thank you,

25    Chair Burgess.

Page 10

1          Through the Chair to Senator Ingoglia and

2     the Committee, yes.  The short answer is, yes,

3     Senator, and I know of at least one other colleague

4     of ours who's mentioned a similar situation.  So I

5     think that would be important for us to look at and

6     look forward to working with you and our colleagues

7     on that.

8          SENATOR INGOGLIA:  And one other is -- and

9     I think the way they're getting around this -- and,

10    Chair, this is for you also -- the way they're

11    getting around this is the amorphous language in

12    Florida statute that says nearly equal or as

13    practical, practicable.

14          So like in one of my school board

15    districts, I want to say the variance of population

16    was as high as 12 percent.  So I would argue that

17    that's not nearly equal as practicable.

18          So I think not having deviations -- so the

19    way we do up here is you have to have standard

20    deviations.  If you don't have it with locals, there

21    is nothing -- a, there is nothing describing what a

22    normal deviation could be, and, b, because there's

23    nothing describing, I think we're seeing some of the

24    problems that we're seeing is that they just don't

25    do the redistricting process because there's nothing

Page 11

1   holding to account for not.

2            So if you would be willing to consider

3   that, I would much appreciate it.

4            CHAIRMAN BURGESS:  With a question mark,

5   you are able --

6            SENATOR YARBOROUGH:  Yes.

7            CHAIRMAN BURGESS:  -- to respond.

8            SENATOR YARBOROUGH:  Look forward to it.

9   Thank you, Senator Ingoglia.  Very good points,

10  thank you.

11           CHAIRMAN BURGESS:  Any further questions?

12           Seeing none, we do have some appearance

13  forms on the bill.

14           Dr. Carolynn Zonia is waiving against.

15           Jewel Dickson is waiving against.

16           Barb Grimm is waiving against.

17           Nancy Olson is waiving against.

18           Leslie -- I think it says Holton.  Did I

19  get that right?  Holton?  Perfect -- is waiving

20  against.

21           Jacqueline Moore is waiving against.

22           And Dr. Yvette Edghill Spano is waiving

23  against.

24           That is all our appearance forms.

25           Is there any debate on the bill?

Page 12

1              Seeing no debate, you are recognized to

2    close on your bill Senator Yarborough.

3              SENATOR YARBOROUGH:  Thank you, Chair.

4              In the interest of time, I will waive

5    close.  I just ask for your favorable support.

6    Thank you.

7              CHAIRMAN BURGESS:  Thank you, sir.

8              Terrance, please call the roll on SB 1080.

9              THE CLERK:  Senator Avila.

10             SENATOR AVILA:  Yes.

11             THE CLERK:  Senator Garcia.

12             SENATOR GARCIA:  Yes.

13             THE CLERK:  Senator Grall.

14             Senator Ingoglia.

15             SENATOR INGOGLIA:  Yes.

16             THE CLERK:  Senator Martin.

17             Senator Mayfield.

18             Senator Polsky.

19             SENATOR POLSKY:  Yes.

20             THE CLERK:  Senator Powell.

21             SENATOR POWELL:  Yes.

22             THE CLERK:  Vice Chair Rouson.

23             VICE CHAIR ROUSON:  Yes.

24             THE CLERK:  Chair Burgess.

25             CHAIRMAN BURGESS:  Yes.

Page 13

1            By your vote, show SB 1080 is reported

2    favorably.

3            SENATOR YARBOROUGH:  Thank you, Chair and

4    Committee.

5            CHAIRMAN BURGESS:  Thank you.

6    Congratulations, Senator Yarborough.

7            Bouncing around a little bit, senators,

8    we'll try to get through maybe some of the initial

9    taskers we have on our agenda here that we can get

10   out of the way.  We'll take up tab 3 through 31.

11   It's the confirmation hearings for appointments.

12           We have a list of appointees before us, and

13   one appointee was invited to appear before the

14   Committee today.  He is listed under tab 31.  A vote

15   on this appointee will be taken up separately.

16   Unless a Senator requests a separate vote on an

17   individual appointee, we will take up one vote on

18   all the other appointees listed under tabs 3 through

19   30.  And the names are before you.

20           And are there any appearance forms on 3

21   through 30?  None?

22           Is there a motion to recommend

23   confirmation?

24           SENATOR POWELL:  Question.

25           CHAIRMAN BURGESS:  Senator Powell for a

Page 14

1   question.

2            SENATOR POWELL:  Yes.  Mr. Chair, other

3   than our own personal research, how do we find out

4   more information about the listed names that we see

5   for all of these different individuals?

6            CHAIRMAN BURGESS:  Thank you, Senator

7   Powell.

8            The application packets and background

9   information is available to review upon request by

10  the Committee staff.  So if you should wish to do

11  so, we will absolutely make that available.

12           SENATOR POWELL:  Thank you.

13           CHAIRMAN BURGESS:  Is there a motion to

14  recommend confirmation for tabs 3 through 30?

15           Motion?

16           All right.  Senator Avila makes a motion

17  for tabs 3 through 30.

18           Terrance, please call the roll.

19           THE CLERK:  Senator Avila.

20           SENATOR AVILA:  Yes.

21           THE CLERK:  Senator Garcia.

22           SENATOR GARCIA:  Yes.

23           THE CLERK:  Senator Grall.

24           Senator Ingoglia.

25           SENATOR INGOGLIA:  Yes.

Page 15

```
 1              THE CLERK:  Senator Martin.

 2              SENATOR MARTIN:  Yes.

 3              THE CLERK:  Senator Polsky.

 4              SENATOR POLSKY:  Yes.

 5              THE CLERK:  Senator Mayfield.

 6              SENATOR MAYFIELD:  Yes.

 7              THE CLERK:  Senator Powell.

 8              SENATOR POWELL:  Yes.

 9              THE CLERK:  Vice Chair Rouson.

10              VICE CHAIR ROUSON:  Yes.

11              THE CLERK:  Chair Burgess.

12              CHAIRMAN BURGESS:  Yes.

13              By your vote, show the confirmation of

14     appointees tab 3 through 30 is recommended

15     favorably.

16              And now our special guest today is

17     Secretary Cord Byrd.

18              So you may come to the podium, sir.  Thank

19     you for being here today.  Appreciate it.

20              Please raise your right hand.

21              (Secretary Byrd sworn)

22              Secretary Byrd, you are recognized to

23     address the Committee.  Thank you and welcome back,

24     sir.

25              SECRETARY BYRD:  Thank you.  Good
```

Page 16

1   afternoon, Chair Burgess, Vice Chair Rouson, and

2   members of the Committee.  And I want to thank Vice

3   Chair Rouson and Senator Powell for making time for

4   me today to visit with you personally in your

5   offices.

6           Members, my name is Cord Byrd, and I have

7   the privilege and honor of being appointed as

8   Florida's 37th Secretary of State by Governor Ron

9   DeSantis.  I thank you for the opportunity to be

10  here today, to introduce myself, to share my

11  accomplishments since being appointed, my goals

12  moving forward, and my passion for serving the

13  people of Florida as Secretary of State.

14          The Florida Department of State is one of

15  the most unique and varied agencies in state

16  government, and I like to say that I have the best

17  job in state government.  The work that we do

18  touches everyone in the state of Florida, which is

19  why our overarching mission is to improve the life

20  -- quality of life for all Floridians, whether

21  through arts and culture, museums, archeology,

22  libraries, the archives, Sunbiz if you want to start

23  a business in Florida, and for the topic we're here

24  to discuss today, which is elections in which we

25  protect our republic through the oversight of honest

Page 17

1   and accurate elections.  The Department of State is

2   proud to be a part of what makes your community a

3   community.

4            A little bit about my background.  I'm a

5   fifth generation Floridian.  For the last 25 years,

6   I've been a practicing attorney in the state of

7   Florida, practicing in both state and federal

8   courts, representing large businesses, small

9   businesses, and individuals primarily in the area of

10  constitutional rights.

11           In 2016, I was elected to the 11th District

12  of the Florida House and was reelected in 2018 and

13  2020.  During my time in the House, I served on the

14  Public Integrity & Elections -- and Ethics

15  Committee, which is the analog to this Committee,

16  including two years as Vice Chairman.  I chaired the

17  State Redistricting Committee and served as Vice

18  Chairman of the Judiciary Committee.

19           In addition to my own election campaigns,

20  I've actually been involved in the elections process

21  since 1998.  I served as a poll watcher in Palm

22  Beach County in 2000, spending 12 hours watching

23  individuals vote that day, and have seen firsthand

24  how the Legislature has been instrumental in helping

25  Florida to become the gold standard in elections

1    administration since that time.

2              I am a constitutionalist, who believes in

3    the rights and responsibilities that we, as

4    citizens, have to our republic, to our state, and to

5    future generations.  My legal experience, my time in

6    the Legislature, and my background in history,

7    civics, the Constitution, and elections has prepared

8    me to serve well as Florida Secretary of State.

9              As the Secretary of State, I serve as the

10   head of the department and as Florida's Chief Arts

11   and Culture Officer, Chief Protocol Officer, and

12   Chief Elections Officer.

13             Between my appointment in May and the

14   election in November 2022, I visited each of your

15   districts and made a point to visit with all 67

16   supervisors of elections to tour their facilities,

17   meet with their staffs, and learn more about how

18   they administer elections in their county.  I was

19   able to see their operations and the security

20   measures they employ to safeguard the election in

21   accordance with state law often under overwhelming

22   circumstances.

23             As you remember, on Wednesday, September

24   28, 2022, Hurricane Ian slammed into the southwest

25   coast of Florida as a Category 4 hurricane, causing

1    catastrophic damage one day before the vote-by-mail

2    ballot mailing window began for the general

3    election.  The following Monday, I traveled to

4    damaged areas and saw firsthand the devastation

5    caused by the storm.

6              What that meant for the election was

7    election workers had been displaced and needed to

8    worry about putting their lives back together.

9    Polling places had been destroyed with no

10   alternatives, and a supervisor can't mail ballots to

11   a house that no longer exists.  I met with each

12   supervisors of elections in the affected counties to

13   determine their needs and discuss alternative

14   solutions and came back to Tallahassee to share

15   their relief requests with Governor DeSantis.

16             On October 12th, the Governor issued an

17   executive order, and Florida quickly pivoted to

18   implement contingency plans, which ensured that

19   affected voters had ample access and opportunity to

20   cast their ballots.  Election Day came, and almost 8

21   million voters cast their ballots in the midterm

22   elections, and I'm proud to say that in the affected

23   counties, the voter turnout was equal to the rest of

24   the state.

25             Two days later, during the canvassing

Page 20

1    period, Hurricane Nicole made landfall, creating

2    another set of challenges.  Again, we acted quickly,

3    and I issued an emergency order suspending deadlines

4    for those in affected counties to ensure all votes

5    were counted accurately.  In spite of all the

6    challenges, all county supervisors of elections

7    certified their returns in advance of the statutory

8    deadline.

9            I'm proud of what we're doing for elections

10   administration in Florida.  Most recently, we

11   launched the enhanced version of the online voter

12   registration system, RegisterToVote.gov, based on

13   feedback from the public and Florida supervisors of

14   elections.  Enhancing our online voter registration

15   system is a meaningful step in our commitment to

16   improve the elections process while safeguarding the

17   personal information of voters.

18           Moving forward, I have the goals for the

19   department I'd like to accomplish, and much of that

20   work comes with the support of the Legislature.  In

21   the past few years, you've heard Florida referred to

22   as the gold standard for elections administration,

23   and I want to maintain that distinction.  Just last

24   week, I visited with a representative from

25   Wisconsin, who came to learn more about Florida's

1    elections model.

2            And as the Governor has said before, we're

3    not resting on our laurels.  We think that continual

4    improvements in the system is how Florida has

5    maintained its status as the leader in the country.

6    We do that by constantly evaluating elections data,

7    what the electorate is doing, and the methods by

8    which they vote.  With this Legislature's support, I

9    hope to continually improve our elections system.

10            Another big factor in the success of

11   Florida's model is our supervisors of elections.

12   They are elected, dedicated professionals whose

13   full-time job and focus is on elections

14   administration.

15            You know, it's often joked that elections

16   only happen once every two years, and I'm here to

17   tell you that the work the supervisors do, the work

18   that the Division of Elections does is 365/24/7.  We

19   are constantly working to ensure that all eligible

20   voters are able to vote in Florida and that our

21   process is as easy as possible.

22            It is important to me that we continue to

23   support each other, and I intend to do just that.

24   Last year, the Legislature enacted legislation to

25   create the Office of Election Crimes and Security

Page 22

1    under the Governor's leadership.  The rule of law is

2    important, and that was part of the reason that the

3    legislation was created, so that voters know their

4    election code will be enforced.  By enforcing the

5    laws that this body creates, I know that we can help

6    to increase voter confidence and improve the

7    integrity of the elections.

8          In conclusion, I know that my previous

9    experiences as a lawyer and a legislator have led me

10   to the place where I am today.  I have devoted my

11   professional life to the Constitution's guarantee of

12   the equal protection of the law as a lawyer, as a

13   legislator, and now as Secretary of State.  We are a

14   nation and a state whose strength is built on our

15   citizens' rights and responsibilities that come from

16   our Constitution and laws, laws that I will continue

17   to uphold, should I have the great privilege to

18   carry on serving as Secretary of State for all

19   Floridians.

20         I greatly appreciate the time, and I'm

21   happy to answer any questions that you may have.

22   Thank you, Mr. Chairman.

23         CHAIRMAN BURGESS:  Thank you so much,

24   Secretary Byrd.  Appreciate that opening remark.

25         Are there any questions for Secretary Byrd

Page 23

1    in the confirmation process?

2              Seeing no questions, for Secretary Byrd,

3    are there any appearance forms?

4              Seeing no appearance forms, do we have a

5    motion to recommend Secretary Byrd?

6              We have a few motions.  The body has

7    motioned to recommend Secretary Byrd.  We'll go

8    ahead and Rules Chair Mayfield has made a motion to

9    recommend Secretary Cord Byrd and so listed under

10   tab 31.

11             Terrance, please call the roll on this

12   motion.

13             THE CLERK:  Senator Avila.

14             SENATOR AVILA:  Yes.

15             THE CLERK:  Senator Garcia.

16             SENATOR GARCIA:  Yes.

17             THE CLERK:  Senator Grall.

18             SENATOR GRALL:  Yes.

19             THE CLERK:  Senator Ingoglia.

20             SENATOR INGOGLIA:  Yes.

21             THE CLERK:  Senator Martin.

22             SENATOR MARTIN:  Yes.

23             THE CLERK:  Senator Mayfield.

24             SENATOR MAYFIELD:  Yes.

25             THE CLERK:  Senator Polsky.

Page 24

1           SENATOR POLSKY:  Yes.

2           THE CLERK:  Senator Powell.

3           SENATOR POWELL:  Yes.

4           THE CLERK:  Vice Chair Rouson.

5           VICE CHAIR ROUSON:  Yes.

6           THE CLERK:  Chair Burgess.

7           CHAIRMAN BURGESS:  Yes.

8           By your vote, the confirmation of Secretary

9    Byrd is recommended favorably.

10           Secretary Byrd, great to see you.  Got to

11   serve together in the House, and you're in a

12   position you were born to be in.  So keep doing a

13   great job.  Thank you, sir.

14           And Secretary Byrd, members -- Senator has

15   graciously agreed to stick around, since it looks

16   like we may have a bill that has incorporated a

17   number of suggestions from the Department of State

18   and the Division of Elections.  So I appreciate your

19   willingness to do that and should there be any

20   questions specifically related to some of those

21   provisions, your willingness to obviously weigh in

22   and provide some feedback.  Thank you, sir.

23           SECRETARY BYRD:  Absolutely.

24           CHAIRMAN BURGESS:  Congratulations.

25           SECRETARY BYRD:  Thank you, members of the

Page 25

1   Committee.  Appreciate that.

2          CHAIRMAN BURGESS:  Having confirmed

3   Secretary Byrd -- no.  We are not going to closing.

4   We are -- what's the next page on that list? -- we

5   are going to bounce around, and I'm now going to

6   pass the gavel to Vice Chair Rouson.

7          VICE CHAIR ROUSON:  Senators, let's take up

8   tab 2, SPB 7050 by Ethics and Elections relating to

9   elections.

10          Senator Burgess, you are recognized to

11   explain the proposed bill.

12          CHAIRMAN BURGESS:  Thank you very much,

13   Vice Chair -- Chair Rouson, appreciate that.

14          Senators, SPB 7050 is the much-anticipated

15   elections package that our Committee has been

16   working very hard on and putting together.  After

17   incorporating recommendations that have been

18   provided to us both throughout the Committee process

19   but also from the Department of State and

20   particularly their vote-by-mail report that we heard

21   in February, as well as from our supervisors of

22   elections, who are the boots on the ground in this

23   process.

24          This proposed bill builds on the work of

25   past sessions by continuing the commitment to

Page 26

1   security of vote-by-mail ballots, ensuring the

2   accuracy of Florida's voter rolls, and safeguarding

3   voter confidence.  Specifically, this proposed bill

4   makes mandatory the signature matching training the

5   Secretary of State is already required to provide

6   and modifies requirements governing information

7   about voter signature updates.  This bill

8   strengthens requirements for third-party voter

9   registration organizations to protect individuals

10  who entrust their personal information and voter

11  registration applications to them.

12        This bill clarifies the authority of the

13  Office of Elections Crimes and Security and duties

14  of the statewide prosecutor.  It implements

15  recommendations from the Department of State's vote-

16  by-mail report, additionally strengthens protections

17  of vote-by-mail balloting by requiring voters who

18  have never voted in Florida and have not been issued

19  a Florida driver's license, a Florida ID card, or a

20  Social Security card to vote in person for the first

21  time.

22        It revises processes to be used by

23  supervisors of elections and the Department of State

24  and voter registration list maintenance activities

25  and enhances information other governmental entities

1    must provide for that purpose.  It enhances content

2    of and revises timeframes for the required post-

3    election reports.

4            It requires candidates to disclose

5    specified information about outstanding fines

6    related to elections or ethics violations.  It

7    specifies that a person whose registration has been

8    removed but for whom an appeal is pending is

9    entitled to vote a provisional ballot.

10           It requires specified information to be

11   provided for Presidential electors, clarifies the

12   felony for casting more than one ballot, personally

13   attaches fines and fees to officers of political

14   committees and increases fines for elections law

15   violations.  It creates a new framework regulating

16   voter guides that could otherwise be misleading.

17           The proposed bill modernizes and

18   streamlines campaign finance requirements by

19   revising reporting frequencies for political

20   committees, candidates, and electioneering

21   communications to quarterly that are outside of the

22   active and qualifying election cycle.

23           It preempts local governments from enacting

24   a reporting schedule that differs from the statute.

25   We are treating text messages like telephone calls

Page 28

1   for the purpose of contribution limits from

2   political parties.

3           And this proposed bill also provides an

4   additional option for discretionary early voting

5   days, saves from repeal under the Open Government

6   Sunset Review Act an exemption for certain voter

7   registration information received from another

8   state.

9           It proscribes requirements for use of

10  candidate nicknames on ballots, standardizes the

11  amount supervisors can charge to verify signatures,

12  modernizes certain notice requirements by

13  authorizing notice to be made on specified

14  government websites, modernizes requirements for

15  precinct boundary data, modernizes time frames for

16  meetings of the Elections Canvassing Commission,

17  makes procedural and clarifying changes to county

18  canvassing board provisions, allows state

19  committeemen and committeewomen to prequalify,

20  clarifies the allowable number of alternate members

21  of canvassing boards, adds helpful information to be

22  included on voter information cards, and creates a

23  criminal penalty for harassment of elections

24  workers.

25          Senators, members of the audience, there

Page 29

1    are, I believe, a total of 43 sections in our

2    proposed Committee bill, and this has built off a

3    number of the provisions -- an overwhelming majority

4    of the provisions from the Department of State and

5    also from our own supervisors of elections.  And I

6    want to thank them for their feedback and input

7    throughout this process.

8              Obviously, we'll go into questions next,

9    but I would like to emphasize and ask that as a

10   question is asked, if you are able to -- in order to

11   be able to get to the right page number and section,

12   to provide that for me so that we could flip to the

13   same page since there are a number of mechanical

14   technical areas and aspects of this bill, I think

15   that will be immensely helpful if there should be

16   questions and then obviously really look forward to

17   public testimony and any input.  So thank you very

18   much.

19             VICE CHAIR ROUSON:  Thank you, Senator

20   Burgess, for explaining the bill.

21             And I think I will add to it that the

22   section on address list maintenance, I'm told in the

23   briefing, was a work in progress.

24             CHAIRMAN BURGESS:  Uh-huh (affirmative).

25             VICE CHAIR ROUSON:  And this is the first

Page 30

1  committee stop for this bill, and there's ample

2  opportunity to suggest amendments or changes.  So

3  please keep that in mind.

4          CHAIRMAN BURGESS:  Thank you.

5          VICE CHAIR ROUSON:  Having explained the

6  bill, are there any questions?

7          Senator Polsky.

8          SENATOR POLSKY:  Thank you.  For a series

9  please.

10         VICE CHAIR ROUSON:  You are recognized for

11  a series of questions.

12         SENATOR POLSKY:  Thank you.  I just wanted

13  to kind of start with the process questions.  As I

14  think everyone knows, we received this 98-page bill

15  yesterday.  I had the pleasure of reading through it

16  last night, but, you know, I'm wondering why this

17  bill wasn't filed when, you know, bill deadlines

18  were so we had more time to work with our local

19  supervisors and get more information than, you know,

20  halfway through the session.

21         CHAIRMAN BURGESS:  Thank you, Mr. Chair.

22         Thank you, Senator Polsky, for the

23  question.  And that's a good question and a fair

24  question, and I appreciate it.  I think to sum it up

25  in one word I would say prudence.  As you could see,

Page 31

1    based upon my sheer introduction of the bill, there

2    is a lot of components that we're addressing.

3    There's 43 different provisions, some of them more

4    substantial or technical than others, but

5    collectively, that, I think, enhanced our

6    responsibility to try to get it right.

7          We wanted to when we released the product

8    to have it as close to right as we possibly could,

9    fully understanding out the gate -- and based on

10   some feedback we've already received from

11   supervisors of elections and input -- that obviously

12   our address list maintenance provisions, albeit

13   important in the bill, there is some work that still

14   needs to be done there.

15         So, you know, we are on day 29, and we do

16   have over halfway to still be able to go through

17   session with multiple stops.  And we really want to

18   make sure to get this bill right because it's very

19   technical and mechanical.  A lot of it deals with

20   onuses that will be put on the supervisors

21   themselves in implementing things or the Department

22   of State.  And so making sure all those machinations

23   are working is really important, and I think

24   prudence is kind of the operating word I would use

25   in terms of why we released when we did.

Page 32

1             VICE CHAIR ROUSON:  Senator Polsky.

2             SENATOR POLSKY:  Thank you.

3             And do you know which committee stops it

4    will be going to next?

5             CHAIRMAN BURGESS:  We do not.  After this

6    bill should pass Committee today and be recommended,

7    then that process would take place.  Yes.

8             SENATOR POLSKY:  Okay.  So getting into the

9    bill, I'll give you the lines as to where my

10   questions are.  So line 368, page 13, the office may

11   review -- this is the Office of Election Crimes and

12   Security -- the office may review complaints and

13   conduct -- and conduct, excuse me -- preliminary

14   investigations into alleged violations of -- and

15   here's the new language -- or any alleged election

16   irregularity involving the Florida Election Code.

17             I'm wondering what that means, any alleged

18   election irregularity.  There is certainly concern

19   -- a lot of people complain about our elections,

20   even when they go smoothly.  We don't want to be,

21   you know, investigating conspiracy theories and

22   things.  So can you explain what the purpose of

23   alleged election irregularity means?

24             CHAIRMAN BURGESS:  Thank you very much,

25   Senator Polsky.

Page 33

1          So that language was actually already in

2     the bill, and we're just restating it a little

3     differently.  What we have stricken is any -- and

4     any election irregularities.  So a lot of what

5     you're going to see through this bill -- and there

6     will be some recurring themes -- is restating

7     current law and kind of reformatting it as we've

8     kind of built on Florida Election Code over the last

9     couple years in some pretty substantial ways.

10          And so this is one of those areas where I

11     think the best answer I could provide you with is

12     we've decided to restate current law, but we're also

13     requiring that the statewide prosecutor, who

14     receives a referred complaint, investigate the

15     complaint promptly and thoroughly, obviously

16     undertake any related criminal action as justified

17     by the law, and report to the office the result of

18     any such investigation, which is already implied.

19     But we're kind of putting that clearly down in the

20     bill.

21          They are currently -- the Office of

22     Election Crimes and Security is currently required

23     to issue an annual report.  So we felt like these

24     provisions would ensure that they'd be able to get

25     that info and report back to us as they're required

Page 34

1    to do already annually.

2          SENATOR POLSKY:  Okay.  Thank you.  On to

3    the section with third-party voter registration

4    starting line 517 is a lot of changes to this

5    section.  Can you explain why -- what's happened in

6    the last year or so since we last -- I don't know if

7    it was one year or two years that we put a lot more

8    burden on third-party voter registration

9    organizations, and now we're changing it yet again.

10   Has something happened to require more stringent

11   requirements?

12         CHAIRMAN BURGESS:  Thank you, Senator

13   Polsky.  Very good question.  It's one of the larger

14   sections of the bill with some of the more -- some

15   of the larger changes, I would say.  So we obviously

16   wanted to verify with the Department of State

17   regarding third-party voter registrations.  Like

18   what are we looking at?  We wanted to verify fines

19   collected and where they go and how much has been

20   reviewed or investigated at this point in time.  And

21   so the fines go into the general revenue.

22         And in 2022 alone, the OECS -- the Office

23   of Election Crimes and Security -- reviewed

24   approximately -- it was over 3000 voter registration

25   applications that were collected and submitted

Page 35

1   untimely by third-party voter registration

2   organizations, which is a violation of the statute.

3   The assessed fines in 2022 were in excess of $41,000

4   against those.

5          We're making some policy calls here and

6   working with some of the stakeholders by recognizing

7   what a third-party voter registration organization

8   is essentially doing.  And they are acting as a

9   fiduciary for a potential voter, somebody who hasn't

10  registered to vote, and they're trying to get to

11  register to vote.

12         And so we wanted to put a number of added

13  safeguards around what a third-party voter

14  registration organization is essentially asking of

15  somebody.  Currently, there's no expiration for

16  third-party voter registration organizations.  Some

17  of them have been registered as far back as I

18  believe 2009.

19         So one of the things we're putting in this

20  bill is to require them to register for a specific

21  general election cycle, and that would encompass

22  municipal elections that would overlap in between

23  that.  So they wouldn't have to independently

24  register for that.

25         I think one of the most important things

Page 36

1   we're doing here is requiring them to provide a

2   receipt to an applicant, which the Department of

3   State would determine through rulemaking what that

4   looks like.  But that's that transparency.  That's

5   that fiduciary custodian role, and I believe a voter

6   deserves to be able to have that as evidence that

7   they had, in fact, filled that out, since they're

8   providing so much personal information to somebody

9   who's requesting it.

10              We're also reducing from 14 to 10 days the

11  time in which a third-party voter registration

12  organization must deliver a completed application.

13  Timeliness is critical.  It's important, and I think

14  that that's a fair and measured move.  We are

15  increasing the fines that third-party voter

16  registration organizations would face if they were

17  in violation of returning more than 10 days late if

18  they returned one of the fine series that's -- these

19  are currently authorized fines, but we're upping the

20  charges -- or I'm sorry -- the fine themselves.  And

21  one would be after the books close.  In other words,

22  you don't get to vote.  It was too far out that it

23  was returned.

24              And also if you willfully did not submit

25  somebody's application after accepting that, and we

Page 37

1   do increase the aggregate as well.  If you alter

2   somebody's application, then that's a $5000 fine per

3   altered application.

4            We also want to protect against identity

5   theft since there is a lot of personal identifying

6   information on these applications.  So if you were

7   to make copies and retain specific information for

8   any other reason other than providing the

9   application to the supervisor of elections, then we

10  would treat it like a third-degree felony.

11           And so I think these are measured changes.

12  They make sense.  The supervisors of elections in

13  the past have recommended additional measures

14  related to enhancing protections around third-party

15  voter registration organizations.  Long winded

16  answer, I know, but it's obviously a lot going on

17  here, and so I just wanted to make sure to talk

18  through that.

19           SENATOR POLSKY:  Thank you.  So you

20  mentioned that there have been quite a few fines and

21  late fees, I guess, for lack of a better term.  So

22  if there is a challenge for these organizations to

23  get the forms in within 14 days, now you're making

24  it 10 days.  How does that help?  Because maybe

25  they're -- what they're trying to say is it's not

Page 38

1  easy to even get them in within the 14 days, and now

2  we're making it even less.

3          CHAIRMAN BURGESS:  We -- so thank you,

4  Senator.  We have not heard of any issues within the

5  14-day time frame, and federal law comports with the

6  10-day requirement.  It's a policy call, but because

7  of the significance of what a third-party voter

8  registration organization is holding when they take

9  your application and the information that's retained

10 on it, I submit and I believe that 10 days is not

11 only reasonable but critically important to make

12 sure that it gets into the right hands, and it's

13 secure.

14          VICE CHAIR ROUSON:  Senator Polsky.

15          SENATOR POLSKY:  Thank you.  Moving on to

16 line 813, it talks about for those registration

17 records with such addresses that the supervisor has

18 reasonable belief are not legal residential

19 addresses, the supervisor shall initiate list

20 maintenance.  I'm assuming that means take them off

21 the rolls, but what does that mean, a reasonable

22 belief it's not a legal residential address?

23          CHAIRMAN BURGESS:  Thank you, Senator

24 Polsky.  And this is one of those areas where we're

25 currently working with the supervisors --

Page 39

1           SENATOR POLSKY:  Okay.

2           CHAIRMAN BURGESS:  -- to try to get this

3    right.  Have received a lot of feedback related to

4    them.  The intent is good.  It's right, justified,

5    and, you know, this is an important area of law to

6    continue to enhance, but the mechanics of it are

7    kind of something that we're working through and

8    need to make sure that obviously for our

9    practitioners that we're providing them with

10   requirements that are able to be met.  So more to

11   follow on that front.

12           SENATOR POLSKY:  Okay.  Thank you.  Okay.

13   Line 976, where the supervisor can identify a

14   registered voter as potentially ineligible.  Can you

15   talk about that?

16           CHAIRMAN BURGESS:  Let me flip to that page

17   real quick.

18           SENATOR POLSKY:  Sorry.  Did I give you the

19   line?

20           CHAIRMAN BURGESS:  No.  You're fine.  Did

21   you say 976?

22           SENATOR POLSKY:  Yeah.  Or 980.

23           CHAIRMAN BURGESS:  Thank you, Senator

24   Polsky.  Sorry.

25           SENATOR POLSKY:  It's okay.

Page 40

1          CHAIRMAN BURGESS:  It's always helpful to

2     be next to the experts on some of this technical

3     stuff that we're going through here.

4          So we're providing really some more tools

5     in the tool belt for supervisors of elections to be

6     able to go through and review the processes that

7     they have in place for identifying some of these

8     situations.  So it's really current process that

9     we're expounding upon and building upon and

10    clarifying along the way.

11          VICE CHAIR ROUSON:  Senator Polsky.

12          SENATOR POLSKY:  I guess if you can't

13    answer it more specifically, maybe when someone

14    comes up to testify, they can.  But it just seems a

15    little vague that someone could whisper in the

16    supervisor's ear, oh, I don't think that person is

17    eligible to vote, and suddenly, they can take away

18    their right to vote.

19          CHAIRMAN BURGESS:  Thank you, Senator

20    Polsky.  I've been looking for some of the sections

21    here.  So I've got this broken down by sections and

22    line numbers and page numbers.  So I apologize for

23    that.  Sometimes, so much information can be

24    unhelpful because you're sifting through it.

25          This whole section of law deals with

Page 41

1    procedures for removal.  Currently, there's a litany

2    of reasons why somebody could be removed and deemed

3    an ineligible voter.  Some of those reasons under

4    current law are adjudication of mental incapacity,

5    felony conviction, being underage, not being a U.S.

6    citizen, being a fictitious person, listing a

7    residence that is not his or her legal residence.

8              And so we are providing some guidelines.

9    We're creating a deadline of seven days for

10   publication of notice if this is something that we

11   have determined this voter is ineligible, and then

12   there's options to -- there's obviously ability for

13   a voter to be able to verify that they are who they

14   are.  We provide information on how to do that if

15   somebody is deceased.

16             So a lot here but this is already very much

17   current process in law, and we're providing some

18   time frames to that and some due process

19   requirements for the voter that is potentially

20   ineligible.

21             VICE CHAIR ROUSON:  Senator Polsky.

22             SENATOR POLSKY:  Thank you.  So that

23   additional line from any source that identifies a

24   registered voter as potentially ineligible is -- it

25   looks like it's new language.

Page 42

1           CHAIRMAN BURGESS:  It's official sources.

2     I apologize if I didn't hear that part of your

3     question before.  We're identifying only official

4     sources to be able to identify if somebody is a

5     deceased voter.

6           SENATOR POLSKY:  I thought this was just --

7     sorry.

8           VICE CHAIR ROUSON:  Senator.

9           SENATOR POLSKY:  Just can I go back and

10    forth?  I thought this was just general.  It says

11    other bases for ineligibility in that section.  It

12    seems to me from reading it that it's like a more

13    general vague approach to what the supervisor can do

14    beyond -- because there's already a section on

15    deceased voters.  But if it relates to deceased

16    voters, maybe it just needs to be made clearer.

17          CHAIRMAN BURGESS:  It relates back to the

18    other provisions.  Happy to look into this a little

19    bit more, and maybe if some of the supervisors out

20    there have some feedback on that, they might be able

21    to provide some guidance that I'm not able to at

22    this time.

23          SENATOR POLSKY:  Okay.  Moving on to 1339

24    line --

25          CHAIRMAN BURGESS:  1000 --

Page 43

1          SENATOR POLSKY:  -- 339.  I only have a few

2    more.  Reconciliation, I'm not familiar with just

3    this whole area in general.  Are reconciliation

4    reports currently given?  Because this is all --

5    looks like new language.

6          CHAIRMAN BURGESS:  So these are reports

7    that are submitted currently.  They're provided to

8    the Department of State.  Our Secretary might be

9    able to provide a little more information as to some

10   of the -- some of what these reports provide them

11   and what others may be able to access for that.  But

12   we are moving up the deadlines for these history

13   reports to -- for voting history report, for

14   submission of election summary.

15          A lot of these reports are obviously based

16   on transparency, being able to analyze results of

17   elections, even down to the granular precinct level,

18   and so we're looking at 20 days for all these

19   reports to be submitted.  I believe voting history

20   reports are not currently specified in law.  The

21   submission of election summaries are currently 30

22   days.

23          So we're just kind of again -- a lot of

24   stuff here, I know, but it's all things that are out

25   there already in the ether.  And we're just

Page 44

1    providing some consistency and standardization

2    amongst those time frames in this section.

3          SENATOR POLSKY:  Okay.  So it's not new,

4    these kinds of reports?  They already exist?

5          CHAIRMAN BURGESS:  Correct.  We're

6    reorganizing the information that already exists.

7          SENATOR POLSKY:  Okay.  Line 1802,

8    requesting a vote-by-mail ballot.  Unless I'm

9    reading it wrong, I don't see how you can request to

10   vote by mail online, which is how I just did it.  I

11   see a request may be made in person, in writing, or

12   by telephone.

13         Siri, that's so weird.  Shh.

14         CHAIRMAN BURGESS:  Siri is --

15         SENATOR POLSKY:  Siri wanted to give you

16   the answer.

17         CHAIRMAN BURGESS:  -- giving it.

18         SENATOR POLSKY:  Uh-huh (affirmative).

19         CHAIRMAN BURGESS:  At least it's not

20   ChatGPT or something.

21         So we're not changing anything in current

22   law.  I do see your point here looking through the

23   language, but nothing that we're doing here

24   currently or with the revised language would alter

25   the ability to be able to request it online.  I

Page 45

1  think the authority may generate -- and I'm just

2  speculating -- but through the ability to provide it

3  in writing, you know.

4           So that's something that we're currently

5  operating under now.  It's something we can

6  certainly look at in the event that there needs to

7  be clarification there, but nothing is being changed

8  to impact that currently.  And you're correct.  You

9  can and will still be able to register or request

10  your vote-by-mail online.

11           SENATOR POLSKY:  Okay.  All right.  Thank

12  you.  So hopefully, we can, I guess, put that back

13  to it.  My last question -- well, they're kind of

14  two.  I can't find that other section.

15           But with respect to counting votes, it was

16  pointed out to me that sometimes people do a -- I

17  always get vote-by-mail, and I usually vote in

18  person.  So when I get  -- when I go to vote in

19  person, they say: do you have your vote-by-mail?

20  And they say, you know, make sure you rip it up when

21  you get home.

22           It seemed that the language of voting twice

23  -- that it's a felony -- could be problematic if

24  somebody goes -- submitted their vote by mail,

25  didn't think it got there in time, and then voted in

Page 46

1  person, you know, not meaning to vote twice but that

2  only one of those gets counted.

3          CHAIRMAN BURGESS:  Know the section you're

4  talking about.

5          SENATOR POLSKY:  Section 34.

6          CHAIRMAN BURGESS:  Section 34.  Here we go,

7  casting more than one ballot.  So obviously, it's

8  currently a crime.  We're not changing that.  This

9  is really more of a belts and suspenders kind of

10  approach, clarifying that the Office of Election

11  Crimes and Security would be able to review this and

12  really more delving into the jurisdictional purpose

13  of this, that, you know, if you voted twice in two

14  different jurisdictions obviously willfully --

15  that's a key word there.

16          And I think under your scenario if that

17  somehow was to slip through the cracks that would be

18  sort of the pivot point would be as to whether or

19  not a crime was actually committed through willful

20  intent.  But we're just clarifying that any

21  jurisdiction in which the vote was cast, if there

22  were multiple ballots in this scenario, would be

23  able to initiate that prosecution of the crime.

24          SENATOR POLSKY:  Okay.  And a last

25  question?

Page 47

1          VICE CHAIR ROUSON:  Senator Polsky.

2          SENATOR POLSKY:  Thank you.  Line 2048,

3    page 71, and this is new language.  If two or more

4    vote-by-mail ballots for the same election are

5    returned in one mailing envelope, the ballots may

6    not be counted.

7          I'm just imagining potentially some senior

8    citizens, who, a husband and wife, they fill it out,

9    and they put it in one envelope.  They send it in,

10   and now they're both just gone.  I mean, and what

11   has been the practice in the past if that happened?

12         CHAIRMAN BURGESS:  Sure.  Thank you very

13   much, Senator Polsky.  This is a really good

14   question, and this is an area that I appreciate the

15   opportunity to kind of be able to highlight.  I know

16   Secretary Byrd has gone to every single supervisor

17   of -- which is impressive if you think about the

18   scope of that.  How long did it take for you to -- a

19   couple months.  That's actually -- that's pretty

20   good and pretty swift.

21         So my understanding is there's different

22   processes and different determinations virtually at

23   every single supervisor's office when it comes to

24   the actual counting of a ballot, which that's sort

25   of like the ultimate big deal.  And so what we're

Page 48

1   doing here is trying to find the best way to render

2   a decision, a judgment, where a situation like this

3   has transpired.  Because the way it was explained to

4   us is once that is received, you have the one

5   signature on the envelope on the outside, and then

6   you have the secrecy sleeves inside.  And if you

7   have two ballots, there is no way to determine which

8   ballot goes towards the individual who signed that.

9           Signature matching is a very important

10  issue and something we're dealing with obviously

11  with enhanced training in current law and in this

12  legislation, and I think the reality of this -- and

13  this legislation is sort of recognizing that -- is

14  there's really no true cure to this situation

15  because you just don't know who's ballot it was.

16  And so the policy call was in a situation like that

17  you have per se signature matching issues and that

18  neither ballot would be able to count.

19          VICE CHAIR ROUSON:  Thank you very much.

20  Any other questions?

21          Senator Gruters.

22          SENATOR INGOGLIA:  Mr. Chair.

23          VICE CHAIR ROUSON:  I'm sorry.  Senator

24  Ingoglia.

25          SENATOR POLSKY:  Exactly the same.

Page 49

1            UNIDENTIFIED MALE:  Oh, that was good.

2            VICE CHAIR ROUSON:  We all look alike.

3            SENATOR INGOGLIA:  All us ex-party chairs,

4    is that what it is, we all look alike?

5            Thank you, Chair.

6            Chair Burgess, a couple questions.  One is

7    regarding page 91, line 2630.  Is there any reason

8    that poll watchers are not in there, and if there is

9    not, do you have an appetite to look at that, to

10   potentially put poll watchers in there for

11   harassment also?

12           VICE CHAIR ROUSON:  Senator Burgess.

13           CHAIRMAN BURGESS:  Thank you very much,

14   Mr. Chair.

15           Senator Gruters, thank you so much for the

16   question.

17           I'm being told that it actually does

18   include poll workers.  This was a recommendation, I

19   believe, that came to us from the --

20           DAWN ROBERTS:  Poll watchers.

21           CHAIRMAN BURGESS:  Poll watchers.  I

22   apologize.  You said poll watchers?

23           SENATOR INGOGLIA:  Poll watchers.

24           CHAIRMAN BURGESS:  Okay.

25           SENATOR INGOGLIA:  Poll workers is in

1   there.

2          CHAIRMAN BURGESS:  Yeah.  They're

3   different.  They are not included.  So it was a

4   policy call, certainly something we can look at, but

5   I appreciate you pointing that out.  And, you know,

6   if we didn't capture something or somebody that we

7   should have, then that might be something we can

8   address.

9          SENATOR INGOGLIA:  The reason why I ask

10  that is sometimes the poll watchers are the ones

11  that are closest to the voters because they're the

12  ones that are at the door.  They're watching

13  everything.  So if there is any intent to harm

14  someone based upon party affiliation at the polls,

15  they may be the ones that may face the brunt of it.

16         CHAIRMAN BURGESS:  Thank you.

17         SENATOR INGOGLIA:  So --

18         CHAIRMAN BURGESS:  I think that's a fair

19  point and understand where you're coming from on it.

20  Thank you for that feedback.

21         SENATOR INGOGLIA:  Then on page 97, line

22  2788, regarding voter guides.

23         CHAIRMAN BURGESS:  We're there.

24         SENATOR INGOGLIA:  So can we look at

25  putting some comfort language in there?  Because the

Page 51

1   actual political parties do put out voter guides,

2   and I understand what you're trying to get to with

3   the intent on this.  I just do not want to make it

4   -- make sure it's not being construed as any

5   restrictions on political parties putting out voter

6   guides.

7            CHAIRMAN BURGESS:  Absolutely.  If you have

8   some recommendations on what that could look like to

9   make this more clear if it's not, then all ears and

10  would appreciate that feedback.

11           SENATOR INGOGLIA:  Okay.  And so two policy

12  ideas that are not in here, I just want to ask you

13  if you would consider doing this.  So there are some

14  county, cities that do not allow direct political

15  contributions from political parties -- local

16  Republican executive committees, Democratic

17  executive committees, and state Republican and

18  Democrat executive committees -- to candidates

19  directly.  Can we look at a statewide preemption

20  that allows that?  Because it's a clear violation of

21  the First Amendment.  You cannot tell a political

22  party that they cannot give money directly to a

23  candidate, even if it is a nonpartisan election.

24           CHAIRMAN BURGESS:  Happy to look at that

25  issue with you.  Actually, it's a new one.  I

Page 52

1   haven't been made aware of that until now.  So

2   definitely need to discuss that with you and see if

3   that's an issue we need to address.

4           SENATOR INGOGLIA:  And then one last

5   suggestion regarding faithless electors.  I see we

6   have some language in here regarding electors for

7   the Electoral College.  Can we look at dealing with

8   faithless electors and make sure that they are bound

9   by their vote to the Electoral College to make sure

10  that we don't overlook any deviations?  Obviously,

11  it was an issue that we had in 2016 --

12          CHAIRMAN BURGESS:  Yeah.

13          SENATOR INGOGLIA:  -- that we just never

14  really got around to.

15          CHAIRMAN BURGESS:  Absolutely.  Thank you

16  for that feedback.  Look forward to talking about

17  that.

18          SENATOR INGOGLIA:  Thank you, Chair.

19          VICE CHAIR ROUSON:  Senator Powell.

20          SENATOR POWELL:  Thank you, Mr. Chair.

21          Is it possible to be recognized for a

22  series of questions?

23          VICE CHAIR ROUSON:  You are recognized for

24  a series of questions.

25          SENATOR POWELL:  Thank you.

Page 53

1                    Senator Burgess, with regard to -- I'm kind
2     of going to jump over as I wrote my questions out of
3     order, and I'm sure you probably know some of the
4     locations.  There's a portion that talks about the
5     fine for third-party voter registration
6     organizations, and you indicated earlier that the
7     Secretary and the Department of State would come up
8     with a form of a receipt for those who are third-
9     party organizations with the indication that once
10    you had the third-party organization register
11    someone, it seems to be the intent or the impetus
12    that it's almost like a gotcha.
13                    We register somebody as a third-party
14    organization, and then within 10 days -- you've
15    indicated there was no problem with 14 days -- but
16    within 10 days, the fines start if you don't turn it
17    in.  I think the fines start at $50 then $500 then
18    $1000.
19                    Can you tell me where that type of language
20    came up from and what other state or organization
21    has a receipt process for registering a person to
22    vote?
23                    VICE CHAIR ROUSON:  Senator Burgess.
24                    CHAIRMAN BURGESS:  Thank you very much,
25    Mr. Chair.

Page 54

1                 Thank you, Senator Powell.

2                 Again, a third-party voter registration is

3       voluntarily electing to basically deem themselves a

4       fiduciary of a potential voter with their voter

5       registration information on the application, and

6       that's a very big deal.  That falls under the big

7       deal category.

8                 And so in working with some stakeholders,

9       we have found measured ways to ensure timeliness and

10      also to ensure that some groups aren't just looking

11      at things like, hey, this is just the cost of doing

12      business.  That happens.  And we want to make sure

13      that there's real implications to very real delays

14      in very sensitive information.

15                So I think a receipt is an incredibly

16      reasonable requirement.  We do afford the Department

17      of State rulemaking authority to be able to dive

18      into how the mechanics of that would best work for

19      these organizations.  Third-party voter registration

20      organizations are already very highly regulated in

21      law, and we're building on that.  And so, you know,

22      the fines already exist.  We're putting some more

23      teeth there to make sure that again it's not just

24      the cost of doing business, and we're making sure

25      that they understand the immense responsibility that

1   they are taking on when they acquire somebody's

2   voter application.

3              SENATOR POWELL:  Thank you for that.  As a

4   follow-up, you indicated just now that you don't

5   want these organizations to look at that as just

6   another cost of doing business.  Do you know of

7   third-party voter organizations that are registered

8   to make profit?

9              CHAIRMAN BURGESS:  By cost of doing

10  business, it's a figure of speech.  It's, you know,

11  if there's a goal to register voters and accomplish

12  this or that, it's -- that's what I was speaking to,

13  not so much the actual nature of whether or not

14  they're making a profit.

15             SENATOR POWELL:  Thank you for the clarity.

16  I was concerned and confused with regard to that.

17             So the section on third-party voter

18  registration to me does seem a bit problematic.

19  I'll leave that alone for now.  Let me ask you about

20  changes to the candidate's oath and the creation of

21  criminal -- can you, first of all, just go through

22  the changes to candidate's oath that have been

23  indicated or implied with this new legislation

24  that's proposed?

25             CHAIRMAN BURGESS:  There's no -- thank you,

Page 56

1  Senator Powell.  All we're doing in this bill is

2  requiring in a candidate oath that somebody that is

3  a candidate also state if they owe any fines or fees

4  cumulatively exceeding $250 for violations of state

5  or local ethics laws.  It's a transparency issue,

6  and I feel it's a very fair bit of information that

7  a voter would deserve to know.

8          SENATOR POWELL:  Thank you.  A follow-up to

9  that.  As I think about this, a third-party voter

10 registration organization would be required to

11 provide someone with a receipt.  Is there anywhere

12 in this legislation -- I didn't see it -- that would

13 require a supervisor of elections to provide someone

14 with a receipt once they register if they do it at

15 the supervisors of elections office?

16         CHAIRMAN BURGESS:  No.  There is not,

17 Senator Powell.

18         SENATOR POWELL:  Thank you.  With that

19 requirement of a receipt, have we expedited or

20 streamlined the process?  I know we've got several

21 million dollars set aside in budget for the

22 preparation of making sure that we update processes

23 with the Department of State regarding elections.

24 Is there potential that since we are providing a

25 receipt, that these third-party voter organizations

Page 57

1    can electronically submit these applications as we

2    are in the year 2023, and technology seems to be

3    continuing to evolve rather quickly?

4           CHAIRMAN BURGESS:  Thank you, Senator

5    Powell.  We provide some recognition of technology

6    evolving rather quickly in the legislation through

7    addition of text messages in certain provisions as

8    well as using websites as an option as opposed to

9    just the newspaper.

10          With relation to the receipt, the Secretary

11   has graciously agreed to provide some information,

12   and we can do that in the testimony portion if need

13   be, or if there's any specific questions, if the

14   Chair would be willing, we could certainly ask the

15   Secretary if he could provide some information on

16   that, Mr. Chair, if that's something --

17          VICE CHAIR ROUSON:  Yes.

18          CHAIRMAN BURGESS:  -- you're okay with.

19          VICE CHAIR ROUSON:  Yes.  I am.  Mr. Byrd?

20          SECRETARY BYRD:  Thank you, Vice Chair

21   Rouson.

22          And, Senator Powell, the genesis of the

23   receipt is -- this is the problem, and I'll give you

24   a real-world example.  During the election last

25   November, I received a phone call from a mother who

Page 58

1   was very upset that her teenage son had registered

2   to vote, was excited to go vote, and went to the

3   polls, and was told that they had not been

4   registered.

5           And what happens is after book close,

6   meaning there's no more time to register to vote,

7   there is no cure for that.  So this person who was

8   excited to vote and we talk about the importance of

9   voting couldn't vote.  And the problem that we have

10  with the third-party voter registration

11  organizations is that then it becomes a he said/he

12  said.  I registered with this organization.  Well,

13  we don't have any record that you registered.

14          So we thought that if there was a receipt

15  given that it would be an accountability measure for

16  the voter, the person that we're protecting their

17  constitutional right, that they would then have the

18  opportunity to go to the supervisor of elections or

19  to the Department of State and say I registered with

20  this organization.  They didn't turn it in, and then

21  we could then investigate or hold them accountable

22  in some way.

23          So it was an accountability measure, quite

24  frankly, for the voter, and I would just remind that

25  we have online voter registration through the

Page 59

1  Department of State.  The supervisors of elections

2  can register people to vote.  So we do have

3  electronic online voter registration, and we put out

4  a press release last week encouraging every voter to

5  ensure that they are registered, our eligible voter

6  is registered, and that their information is up to

7  date.  So that was the reason for the receipt.

8            VICE CHAIR ROUSON:  Senator Powell.

9            SENATOR POWELL:  Thank you, Mr. Secretary.

10  I would follow-up that with either to Chair Burgess

11  or the Secretary.  When you say it's a bit

12  antiquated that we require a receipt for the

13  registration application, but we don't have a way to

14  immediately upload that application to the

15  supervisor, especially in a point where we're saying

16  that we're going to fine someone upwards of $1000, I

17  mean, it's 2023.  Even if someone out here wrote me

18  a check, I could deposit that in my bank with my

19  phone today.

20            I mean, don't you think it's a bit

21  antiquated that since we're requiring these types of

22  penalties, that someone should be able to have a

23  streamlined process to just go ahead and upload that

24  to the supervisor?  So that if we're talking about

25  shortening the process from 14 to 10 days and then

Page 60

1    increasing the penalties, shouldn't we provide

2    additional options to make sure that there's little

3    ways that they could mess that up?

4                SECRETARY BYRD:  Chair.

5                VICE CHAIR ROUSON:  Chair.

6                CHAIRMAN BURGESS:  Thank you.  Senator

7    Powell, thank you for the follow-up on that

8    question.  Third-party voter -- I think the best way

9    to address this is third-party voter registration

10   organizations, they're not an official arm of the

11   supervisor of elections office.  They're private

12   organizations that are electing to again act as a

13   fiduciary.  It's an immense responsibility.

14               And there's currently, I believe, around

15   just under like 2000 that are registered in the

16   state of Florida alone.  They've been around since,

17   I believe, about 2005.  There's been regulations on

18   the books for these organizations.  Every cycle --

19   reading historically and to date -- there's

20   additional issues that arise with these

21   organizations, which is prompting the additional

22   need for enhanced measures of protection for the

23   voter.

24               I think what the Secretary said -- said it

25   best, obviously not just through the mechanics of

Page 61

1   it, having -- understanding it better than us or me,

2   but also saying this is about the accountability for

3   the voter.  At the end of the day, that's what

4   really matters, and regardless of the purpose, you

5   know, for a third-party voter registration

6   organization, we are legislating to protect the

7   voter, and that's the sole purpose of all the

8   provisions within this and the guiding light behind

9   all the third-party voter registration organizations

10  provisions.

11          VICE CHAIR ROUSON:  Senator Powell.

12          SENATOR POWELL:  Thank you.  You mentioned

13  earlier the harassment of elections workers.  Can

14  you expound upon that?  I live in Palm Beach County,

15  and there were areas where people who were, I guess,

16  poll watching, and they had their designated

17  locations as to how far they could be away from

18  those who were counting ballots, ended up harassing

19  people.  And, I mean, we got calls to our office.

20  Can you explain penalties, and how do we go about

21  where those people are being harassed?  And also

22  what would you consider elections workers?

23          VICE CHAIR ROUSON:  Senator Burgess.

24          CHAIRMAN BURGESS:  Thank you, Mr. Chair.

25          I believe we're talking about Section 36 of

Page 62

1    the bill.  So we're making it a third-degree felony

2    to protect them, specifying a specific crime against

3    a supervisor of elections or one of their employees,

4    designees, or a poll worker.  Senator Ingoglia

5    provided some good feedback on poll watchers.

6              This has been a nationwide issue.  You can

7    google some of the incidents that have been

8    occurring and recognizing that threats and

9    harassment of election workers has dramatically

10   increased in recent years.

11             And so this is a meaningful provision that

12   I believe is prompted by a sign of -- the

13   unfortunate sign of the times, and this will help

14   protect election workers.  Its intent is to --

15   obviously, there is an intent to impede or retaliate

16   in one of the elements in the bill, and so me

17   personally, I think this is one of the good moves

18   that we're trying to make here.

19             VICE CHAIR ROUSON:  Senator Powell, follow-

20   up?

21             SENATOR POWELL:  Thank you.  Page 17, the

22   area where it explains each applicant who registered

23   for the first time in this state who has not

24   previously voted in this state, who -- and who the

25   department has verified has not been issued a Social

Page 63

1   Security number, a current valid driver's license,

2   or a current and valid Florida identification card

3   is required to vote in person the first time this

4   person votes.

5              This doesn't impact or affect first-time

6   voters who have a Social Security number or card,

7   who go away to college, who haven't voted but may

8   want to vote by mail for the first time, correct?

9              CHAIRMAN BURGESS:  That's correct.  This is

10  a really small pool of people and in some ways

11  difficult to imagine, but I guess it does happen.

12  And so this is all new registrants who have never

13  voted in Florida and have never been issued a

14  current and valid Florida driver's license, Florida

15  ID card, and this is kind of the catchall one,

16  right, because this is a federally issued number or

17  at least it's the Social Security card.  It doesn't

18  necessarily change by your state is what I'm getting

19  at with that.

20             So what we're dealing with is a very small

21  pool of people, and the Social Security number is

22  not state specific.  So, you know, they would be

23  able -- so they would not be captured in this

24  provision based on your question.

25             SENATOR POWELL:  Thank you.

Page 64

1           VICE CHAIR ROUSON:  Senator Powell.

2           SENATOR POWELL:  As a follow-up to that,

3    you indicated that this is a very small pool of

4    people.  Who are these people that are allowed to

5    register without a Social Security number or a valid

6    ID card or address?

7           VICE CHAIR ROUSON:  Senator Burgess.

8           CHAIRMAN BURGESS:  Thank you, Mr. Chair.

9           So first -- thank you, Senator Powell.  The

10   first thing I want to emphasize is that there is --

11   we have current law on this provision that deals

12   with first-time voters who registered by mail and

13   have never voted in Florida and don't have a series

14   of these bits of information, and I would defer to -

15   - and this is all obviously feedback and information

16   we've received through lived experiences of

17   supervisors.

18           And so I would defer to our supervisors on

19   maybe some specific scenarios on that, and Mr. Ramba

20   is here to represent them.  I don't know if we want

21   to maybe do that in testimony or if there's an

22   opportunity if they've put a card in, get a little

23   more guidance on that.

24           VICE CHAIR ROUSON:  Senator Powell.

25           SENATOR POWELL:  That's fine.  We can wait

Page 65

1   until testimony, I suppose.  Can you look under --

2   on page 22, if a person is collecting voter

3   registration applications on behalf of a third-party

4   voter registration organization and they -- it says

5   copies the voter's application to retain such

6   personal information as the voter's Florida driver's

7   license's number, the Florida ID card number, or the

8   Social Security number or signature for any reason

9   other than to provide such application.

10          So with this, we've reduced the time that a

11  third-party organization has to turn that in from 14

12  days to 10 days, and you indicate it gives them less

13  time to maybe copy or use that very, very valuable

14  information.  A couple things I have a question on

15  --

16          CHAIRMAN BURGESS:  Sure.

17          SENATOR POWELL:  -- and I haven't

18  registered to vote since the first time.  So I don't

19  know.  I don't recall if my Social Security number -

20  - my full Social Security number was on my voter's

21  registration card -- I mean, application.  Maybe it

22  was.  But how do -- one, how do we know if someone

23  has copied this information, and two, is the Social

24  Security number on that application that someone is

25  using to vote, and does it have to be?

Page 66

1          VICE CHAIR ROUSON:  Senator Burgess.

2          CHAIRMAN BURGESS:  Thank you, Mr. Chair.

3          Thank you, Senator Powell.

4          The Social Security -- the last four of the

5    Social Security number could be on there as one of

6    the options for information, but I think my default

7    answer here would be there's no reason why a third-

8    party voter registration organization should be

9    copying this information.  They are the fiduciary of

10   a form, and we actually specify in another area of

11   this bill that I think is important that none of

12   this should be prefilled because it's an attestation

13   that everything in there is true.  And, therefore,

14   it should be filled out by the voter themselves and

15   not prefilled.

16          And so really this is in line with that

17   theme and the fact that the only purpose for this

18   should be to turn it in within the timeliness frame,

19   which we're making 10 days.  Any need to copy it or

20   retain or jot something down is -- I can't think of

21   a good reason for that.

22          VICE CHAIR ROUSON:  Senator Powell.

23          SENATOR POWELL:  Thank you.  You indicated

24   not prefilled.  That's on page 23.  How do you know

25   it's not prefilled, the application?

Page 67

1          VICE CHAIR ROUSON:  Senator Burgess.

2          CHAIRMAN BURGESS:  Can you clarify your

3     question?  We're -- I mean, I think the intent is

4     pretty clear in that we're --

5          SENATOR POWELL:  So if I'm a third-party

6     voter registration organization and I go to

7     someone's house and I've already filled out the

8     application with a pencil or a pen, pen maybe, how

9     would you know that it wasn't prefilled by me?

10          VICE CHAIR ROUSON:  Senator Burgess.

11          CHAIRMAN BURGESS:  That's a pretty

12     interesting hypothetical.  We're -- I know we're

13     talking about a different section of the bill, but I

14     think I'll just bring it back to the bill.  What

15     we're getting at is that the third-party voter

16     registration organization is not able to provide a

17     prefilled-out application form.

18          VICE CHAIR ROUSON:  Senator Powell.

19          SENATOR POWELL:  In this language -- thank

20     you, Mr. Chair -- are you indicating only in the

21     case that it is filled out by a computer or by hand?

22     Because it's not clarified in the language.

23          CHAIRMAN BURGESS:  Thank you, Senator

24     Powell.  That is not specified because it doesn't

25     matter.  It's prohibiting a third-party voter

Page 68

1    registration organization from sending a prefilled-

2    out voter registration form.

3              VICE CHAIR ROUSON:  Senator Powell, follow-

4    up?

5              SENATOR POWELL:  Thank you, Mr. Chair.

6              Provisional voting, there's a section in

7    here that is related to provisional voting, and I

8    know that in there it also talks about each agency,

9    like the clemency organization, the Department of

10   Highway Safety and Motor Vehicles, and all these

11   organizations have to turn in a report every week.

12             Twofold, who is monitoring this information

13   that quickly to make sure it's accurate and up to

14   date when portions of Senate Bill 90 still haven't

15   been put in place, and two, once it's done, how do

16   we know that it's accurate in terms of there's no

17   mistakes in determining who is allowed to vote?

18   When they are allowed to vote, then they're allowed

19   to vote provisionally.  Does that provisional vote

20   count, or if the -- I'm sorry -- the supervisor of

21   elections hasn't determined whether they are

22   eligible to vote prior to the end of the election,

23   does that provisional vote not count?

24             VICE CHAIR ROUSON:  Senator Burgess.

25             CHAIRMAN BURGESS:  Thank you very much,

Page 69

1   Mr. Chair, Senator Powell.  I believe we're talking

2   about Section 11 of the bill.  So I'm bouncing

3   around trying to get to that part of your question.

4   We're ensuring -- related to the provisional

5   ballots, we're providing timelines and ensuring

6   opportunities for people who are casting provisional

7   ballots to be able to have that determination made

8   in a timely fashion.

9        I did miss the last part of your question

10  because I was trying to find the area that you were

11  speaking to.  Do you mind restating the second part?

12       SENATOR POWELL:  I think that was asking if

13  it's questioned as to whether that individual was

14  allowed to vote by the supervisor of elections and

15  the election ends prior to the determination, does

16  that individual's provisional ballot just not count?

17       CHAIRMAN BURGESS:  That determination has

18  to be made by 5:00 p.m. by the second day in order

19  for that certification to be put up.  So the

20  provisional ballot determination would be made

21  before that.

22       SENATOR POWELL:  Thank you.  Can we go to

23  page 46?

24       CHAIRMAN BURGESS:  Yes.  We can.

25       SENATOR POWELL:  Under 1313, identifying

1    information of deceased persons.

2              CHAIRMAN BURGESS:  Almost there, sir.

3    Okay.

4              SENATOR POWELL:  So information identifying

5    those persons for which it has received official

6    information during the preceding week that the

7    person is deceased, the information must contain the

8    name, address, date of birth, last four digits of

9    the Social Security number, Florida driver's license

10   number or Florida identification card, source

11   containing information on the deceased, and the

12   death of each such person.

13             What documents would contain this other

14   than a death certificate, which may not be available

15   that quickly?

16             CHAIRMAN BURGESS:  We specify that there

17   could be information from DHSMV that would be

18   relevant to identify that, and I believe this is the

19   area where we specify that these -- this would need

20   to come from official sources to be able to -- we'd

21   hate to have a scenario where, you know, maybe there

22   was an obituary.  The person had the same name, and

23   so a voter was incorrectly identified potentially as

24   somebody who was deceased and, therefore, then

25   removed within that timeframe, I believe it's seven

Page 71

1    days.  So by requiring official sources, we're

2    actually protecting, I believe, that voter's

3    registration and whether or not they are subject to

4    that removal.

5            SENATOR POWELL:  Thank you.

6            VICE CHAIR ROUSON:  Senator Powell, follow-

7    up?

8            SENATOR POWELL:  Thank you.  The next page,

9    under lines 1339, under the section reconciliation,

10   this is a very interesting section.  I think I

11   understand the intent of what it's trying to do, but

12   I'm not 100 percent sure if I'm accurate.  The

13   reconciliation section, can you in a nutshell

14   explain to me what that means?

15           VICE CHAIR ROUSON:  Senator Burgess.

16           CHAIRMAN BURGESS:  Thank you, Mr. Chair.

17              This is a reconciliation of voting history

18   and precinct-level election results.  This is purely

19   -- this area is purely a reorganization of

20   information that already exists.  They compare the

21   number of voters turning out according to the poll

22   books to the number of ballots counted in the

23   election results of each precinct.

24              There are individuals, entities, and this

25   is obviously for transparency more than anything, to

Page 72

1  be able to analyze those results at the precinct

2  level.  Again, this is already something that's

3  being done, and we are just providing some timelines

4  around that.

5          SENATOR POWELL:  Follow-up?

6          VICE CHAIR ROUSON:  Follow-up.

7          SENATOR POWELL:  So in an anomaly where a

8  precinct or a few precincts now come out and vote

9  more than they did previously or decide to vote in a

10 different manner -- like during the pandemic, a lot

11 of people voted by mail -- how do you reconcile

12 that?  Is that -- are their votes not counted, or is

13 there an investigation?  Is it problematic because

14 people who hadn't previously voted have decided to

15 vote outside of the normal what was -- just help me

16 get to understand the reconciliation portion so

17 that, you know, we are -- we know what we're voting

18 on.

19         CHAIRMAN BURGESS:  Mr. Chair, so if I may.

20         VICE CHAIR ROUSON:  Yes.

21         CHAIRMAN BURGESS:  Thank you, Senator

22 Powell.  Reconciliation reports are -- it is a

23 current requirement that we are looking at

24 formatting and providing new timelines for.

25         As to the hypotheticals that could

Page 73

1   currently happen now based on that or in the future,

2   I guess I might defer to the Department of State on

3   how they see this information and how they see the

4   use of that information.

5           Mr. Secretary, I don't know if that's

6   something you'd like to come up and address.

7           VICE CHAIR ROUSON:  Senator Powell, follow-

8   up?

9           Secretary Byrd?

10          SENATOR POWELL:  Thank you.

11          SECRETARY BYRD:  Thank you, Vice Chair

12  Rouson.

13          So Senator Powell, this is something we are

14  currently doing.  So the reconciliation, this

15  doesn't change any votes.  The vote has already been

16  recorded and certified.  This is about ensuring

17  that, for example, we had 100 people registered to

18  vote at a precinct, and there's 110 votes, that we

19  reconcile that with voter history.

20          So this is on the back end to ensure that

21  that precinct-level data is consistent with the

22  actual turnout.  It's just an accountability

23  mechanism that we're already doing.  This just

24  reformats it and changes the timelines.

25          SENATOR POWELL:  Oh, okay.  Thank you.

Page 74

1  That's a better clarity.  I was wondering because if

2  it's already being done, it's now -- there are new

3  underlines under this section.  So I was wondering

4  what those changes are.

5          SECRETARY BYRD:  Correct.  It doesn't

6  change anything that we're already doing and data

7  we're already collecting.

8          VICE CHAIR ROUSON:  And, Senators, we have

9  18 people who have indicated they wanted to speak,

10  and I think about 40 that have waived for or

11  against.

12          Are there any other questions before we go

13  to appearance cards?

14          SENATOR POLSKY:  I have just very quick if

15  that's okay.

16          VICE CHAIR ROUSON:  Okay.  Senator Polsky.

17          SENATOR POLSKY:  Powell, Polsky.  It's

18  fine.  Thank you.

19          Very quickly, line 1977, talks about vote-

20  by-mail pickup, the physical locations of the

21  supervisors.  It was indicated to me that that is a

22  big change.  You can only go during early voting

23  time frame.  Can you expound upon that?

24          CHAIRMAN BURGESS:  Thank you, Senator

25  Polsky.  Appreciate the question.

Page 75

1              So current law speaks to this, but what

2    we're doing here is sort of building on that.  If

3    you're at the supervisors of elections office, you

4    are -- you're essentially at -- you are at an early

5    voting location.  So if you're within this window

6    between the early voting location, it's actually --

7    I mean, you're there.  It's actually easier to vote

8    in person than it would be to necessarily fill out

9    the affidavit.

10             Obviously, we do keep the exceptions for

11   emergency and exigent circumstances that exist under

12   current law, but this provides that in person

13   provisions of a VBM is authorized only if the voter

14   is unable to go to an early voting location or to

15   his or her assigned polling place on Election Day.

16             SENATOR POLSKY:  Just a follow-up.  So you

17   can't -- you can no longer pick up a vote-by-mail

18   ballot at the supervisor's office when they're

19   printed about, you know, 30 days before?

20             CHAIRMAN BURGESS:  Can you restate the

21   question?  I apologize.  I want to make sure

22   (indiscernible).

23             SENATOR POLSKY:  I think what it's saying

24   is -- like currently you can pick up a vote-by-mail

25   ballot at a supervisor's office when they're

Page 76

1  printed, so maybe 30 days before.  This makes it

2  sound like now you can only go during early voting,

3  which is --

4              CHAIRMAN BURGESS:  Oh.

5              SENATOR POLSKY:  -- like two weeks before.

6              CHAIRMAN BURGESS:  Thank you.  I totally

7  get where you're coming from now.  No.  This deals

8  with -- this only deals with early voting periods or

9  on Election Day related to VBMs, but, yeah, if you

10  currently can go pick them up, that's fine.  Yes.

11             SENATOR POLSKY:  All right.  Perhaps you,

12  after this, can look at that language to make sure

13  that's clear.  The date of enactment is July 1st.

14  Do you believe -- have the supervisors told you

15  that's enough time to make these changes?

16             CHAIRMAN BURGESS:  Thank you, Senator

17  Polsky.

18             Yes.  We have not heard back regarding any

19  timeliness issues at this point.  Obviously, we have

20  an election coming up in 2024, you know.  We're

21  doing this in 2023, and that's good too.  A lot of

22  what we are doing here is working in conjunction

23  with the DOS and the SOEs.  So, so far, nobody has

24  raised that timing issue.  Should they, obviously

25  something we can look at, at that time.

Page 77

1          SENATOR POLSKY:  Okay.  Thank you.

2          VICE CHAIR ROUSON:  Okay.  One final

3    question for Senator Powell.  Then we will have

4    David Ramba, who is speaking for information, and

5    Mark Herron on deck, who's speaking for information.

6          Senator Powell.

7          SENATOR POWELL:  Thank you, Mr. Chair.

8          Real quick question.  It's under the title

9    section.  It's unless a candidate has the same name

10   as or a name similar to one or more candidates for

11   the same office, an educational or professional

12   title or degree may not be added.  Is this new?

13   Let's say I'm Senator -- I'm Dr. Bobby Powell.  Is

14   it new that I can't now put Dr. on my application,

15   even if it's a part of my nickname?

16          VICE CHAIR ROUSON:  Senator Burgess.

17          CHAIRMAN BURGESS:  I believe you're

18   speaking to our provisions that deal with nicknames.

19   There's -- so there's various ways of that, and

20   these issues come up from time to time.  It happens

21   locally as well back where I'm from.  We are

22   codifying in statute provisions related to a

23   nickname that could be used, you know, and there's

24   -- I don't have the line number in front of me, but

25   we have that obviously in the bill.  And it

Page 78

1    specifies what constitutes a nickname that is

2    eligible to be used.  Is that where you're zeroing

3    in on, Senator Powell?

4              SENATOR POWELL:  Line 1617.  Can I --

5              CHAIRMAN BURGESS:  1617?

6              SENATOR POWELL:  If I have a professional

7    degree, PhD, can I still be Dr. Powell or Dr. Bobby

8    Powell?  I've seen it on -- I believe I've seen it

9    on ballots before where somebody has been a doctor.

10   Is that new that they cannot be a doctor anymore?

11             CHAIRMAN BURGESS:  I'm going to -- thank

12   you, Senator Powell.  I'm going to defer to our

13   supervisors on that provision and see if they've

14   ever had that situation arise.  So I'll defer to

15   testimony on that.

16             VICE CHAIR ROUSON:  All right.  We'll move

17   to appearance cards.

18             David Ramba speaking for information,

19   representing the Florida Supervisors of Elections.

20   You are recognized.

21             DAVID RAMBA:  Thank you, Chairman Rouson,

22   Chair Burgess.

23             David Ramba on behalf of Florida's 67

24   supervisors of elections.  We'd like to thank staff

25   and Chair Burgess, as well as Secretary of State

1  Byrd on our collaboration since he's become

2  Secretary and on this appointment.

3          We review these bills really from an

4  operational standpoint.  We have our staff experts

5  looking at list maintenance.  Frankly, the

6  supervisors themselves aren't the ones doing it but

7  the people on the ground that actually have to do

8  this.

9          The reason I think it's important is in

10  statute and the whole section on list maintenance

11  talks about it occurs during an odd number year.

12  Well, we're in 2023.  This is an odd number year, so

13  some of the changes from last year and incorporated

14  with this year.

15          So on the effective date kind of provisions

16  that you were discussing, having it occur really as

17  soon as possible is more advantageous to us because

18  the provisions that do need to be implemented get

19  implemented by rule, and we want the department to

20  start working on those rules as early as possible to

21  prepare for really the 2024 elections.

22          We've already had most municipals around

23  the state, Palm Beach obviously, Pinellas as well,

24  Mr. Chairman.  So we've had some of these municipal

25  elections that are occurring and continue to occur.

Page 80

1   This bill would really occur during the gap when a

2   lot of list maintenance actually occurs.

3           So we do have some and will provide some

4   recommendations to you on this list maintenance

5   activity and really to help streamline those in the

6   coming days.

7           On lines 2048 through 2050 that Senator

8   Polsky discussed, we are surveying our members, and

9   that's the provisions that in there the two ballots

10  come in the same envelope.  A lot of places do take

11  -- since the signature has been verified, that

12  secrecy envelope is separate from the signature.

13  The signature has been verified.  There's two in

14  there.  If they are identical, there are some

15  supervisors that would count one.  There are some

16  supervisors that would throw them both out.

17          We just believe it should be a policy

18  decision by you to tell us what is the appropriate

19  way to deal with that so there's not inconsistent

20  dealings with this exact activity.  If they are

21  different ballots, everybody throws them out.  But

22  if they are two identical ballots, there are some

23  counties that will allow one.

24          We see this with some folks if postage

25  isn't included, which is not required to be included

Page 81

1    in the state -- some counties do, do that -- people

2    try to do that to save postage.  So if they're

3    identical, the one who's signature -- that one

4    should be allowed to count.  That's something that

5    we'd really like to see a policy determination made.

6              And on the initial voters, as Senator

7    Powell discussed, we call those marge voters or new

8    citizens.  They were people that would have signed

9    up to vote 30 years ago, 25 years ago before we

10   collected all that data.  Used to come in and say,

11   hey, I'm this person.  Here's my address, and I sign

12   my name.  That's all we had on them.  A lot of

13   people would do that prior to the more stringent

14   requirements when, frankly, you went to the

15   supervisor of election's office, there was a file

16   cabinet, and that was our statewide voter database

17   on a county-by-county basis.  So you'd go in there

18   and scratch out your old address for the new one.

19             Some of the issues that are in here are to

20   address technology issues that we're working through

21   as well on list maintenance.  We do like the

22   provisions in here on official sources allowing us

23   to do list maintenance based on those official

24   sources.

25             With the changes that we've received and

Page 82

 1  the interaction that supervisors of elections have

 2  with the DHSMV database, we do retain and get more

 3  information.  This bill requires weekly uploads to

 4  the Department of State instead of monthly uploads

 5  to the Department of State.  So that information

 6  sharing between the county supervisors and the

 7  Department of State is done on a more frequent

 8  basis.  While we talk about list maintenance in here

 9  that occurs during odd numbered years, it really is

10  a full-time activity.

11          And with that, Mr. Chairman, I'd be happy

12  to answer any questions.

13          VICE CHAIR ROUSON:  Thank you very much.

14          Seeing no questions --

15          SENATOR POLSKY:  I have a question.

16          VICE CHAIR ROUSON:  Senator Polsky.

17          SENATOR POLSKY:  Thank you.  Thank you,

18  Mr. Ramba.  And if you can't answer this, maybe

19  Secretary Byrd can.

20          We get a lot of out-of-state college

21  students here who want to register in Florida.  If

22  they have an out-of-state license, what do they need

23  to register to vote?  Can they do it online?  Do

24  they -- where do they have to go, and what do they

25  need?

Page 83

1          VICE CHAIR ROUSON:  Mr. Ramba.

2          DAVID RAMBA:  Thank you, Mr. Chairman.

3          So residency in the voting world is far

4    different than the residency questions that were

5    asked here by Senator Ingoglia -- or Senator

6    Gruters, however we're referring to him today -- on

7    whether or not it's a homestead or it's, you know,

8    your ability to receive such tax designation.

9          It's really where you intend to be.  Every

10   citizen has a right to vote once during federal

11   elections, whether you're at home, but if your

12   residency is currently back at your home wherever

13   that is and you have not changed it, if you would --

14   you'd have to show proof of your residency in that

15   area, so whether that be a receipt from your

16   apartment, your electric bill.

17          You're just like -- it's not REAL ID level,

18   Florida DHSMV trying to get the gold star on your

19   driver's license level, but it is official

20   government documents that show that you do intend to

21   reside here for the foreseeable future, and this is

22   where you're going to place as your location to

23   vote.

24          VICE CHAIR ROUSON:  Thank you very much.

25          Mark Herron.

Page 84

1            SENATOR POWELL:  Mr. Chair?

2            VICE CHAIR ROUSON:  I'm sorry?

3            SENATOR POWELL:  It's Bobby.  Senator

4   Powell.  This is -- I just thought about this, and

5   maybe you would know, Mr. Ramba, or maybe somebody

6   else.  The idea that the third-party organization

7   has to issue a receipt for someone who has

8   registered to vote, and maybe this is a question for

9   the Secretary or supervisor.  If they have a receipt

10  but they show that their application wasn't turned

11  in, does that receipt give them the ability to

12  expedite the process immediately and allow them to

13  vote?

14            VICE CHAIR ROUSON:  Mr. Ramba.

15            DAVID RAMBA:  Well, Senator Powell,

16  unfortunately if it's past book closing, which is

17  where we see really the struggle of someone who said

18  they registered to vote but aren't able to because

19  the registration has been closed, that's where you

20  see kind of the dichotomy of: is it fair for this

21  person who has done their best effort, yet the

22  third-party voter registration organization didn't

23  turn it in on time?  We get them sometimes a year,

24  year and a half later, and we are now turning those

25  over to the Elections Crimes Unit.

Page 85

1         But a lot of times, you know, similar to

2    kind of the struggles we had and the tightening

3    we've had on statewide petitions, where somebody

4    gets a petition numbers, and then we can track to

5    see who the problem person is that's getting paid to

6    do this, whether it's on a, you know, petition level

7    or registration level.  Those types of activities,

8    we can find those folks and flag them and go have a

9    discussion with them or have them prosecuted if

10   they're doing things fraudulently.

11        That's probably the biggest reason for the

12   10-day turnaround and increasing the fines.  They

13   need to be serious that if an 18-year-old kid

14   registers to vote because his birthday is in

15   September and it's before the November book closing

16   and they don't turn it in on time, then he's lost

17   his right to vote in that November election.

18        So unfortunately with a receipt, at least

19   you'd have an avenue to try to find the problem

20   third-party voter registration employee that was

21   responsible for it.  It would not though justify

22   circumventing the book closing that would have

23   occurred.  That's set in Florida statute.

24        VICE CHAIR ROUSON:  Okay.  Thank you very

25   much.

1          Mr. Herron.

2          MARK HERRON:  Mr. Chairman, members of the

3   Committee, my name is Mark Herron.  I'm a private

4   attorney.  I'm not being compensated today for any

5   comments I'm making, and I'm addressing one

6   particular issue or part of the bill.  It's the part

7   of the bill that's on Sections 13 and 14 of the

8   bill, pages 54 to 56, lines 1562 through 1620.

9          I've got no dispute with anything that's in

10  those provisions.  Why I'm focusing on those is

11  because we're talking here about the candidate oath

12  and additional oaths that this law requires.

13         My question to the sponsor or to the

14  Committee is: there is no mechanism now to enforce

15  the provisions of the candidate oaths.  Two cases

16  were decided in the last election cycle that said

17  there's no private right of action to challenge

18  candidate oaths.  This is particularly important

19  with the party affiliation requirements that are in

20  the candidate oaths.

21         And I can talk about specifically one case,

22  where the candidate oath was never notarized by a

23  notary with the person in front of them actually

24  signing the oath.  Several oaths were submitted by

25  out-of-state notaries or by candidate consultants

Page 87

1    that were supposedly notarized by out-of-state

2    notaries, but the candidate never appeared before

3    those.

4              These two cases say there's no ability to

5    enforce that because the statute currently says the

6    Division of Elections, the supervisors are

7    administerial officers.  They have no ability to go

8    behind what is on the form.  So I would just bring

9    that to your attention as something that you might

10   want to consider as this bill moves forward.  Thank

11   you.

12             VICE CHAIR ROUSON:  Thank you very much.

13             Tiffany Arieagus (phonetic) speaking for.

14             Julie Boisseau speaking for.

15             JULIE BOISSEAU:  Good afternoon.

16             VICE CHAIR ROUSON:  You are recognized.

17   And please try to hold your comments succinctly and

18   concise.

19             JULIE BOISSEAU:  Okay.

20             VICE CHAIR ROUSON:  We are going to run out

21   of time unless we speed up a little bit.

22             JULIE BOISSEAU:  Okay.

23             VICE CHAIR ROUSON:  So you're recognized.

24             JULIE BOISSEAU:  Thank you.

25             Good afternoon.  My name is Julie Boisseau,

Page 88

1  and I'm from Franklin County where I'm a precinct

2  committeewoman, I'm a poll worker, a poll watcher, a

3  third-party registrar, and the secretary of the

4  Republican Executive Committee.

5           Thank you on behalf of Florida citizens for

6  caring about our elections and continuing to work to

7  make sure that they are fair.  I appreciate the work

8  that you're -- that you've done thus far, but I

9  would ultimately like to see the following.  I would

10 like a single day to vote in person at the polls in

11 a general election with no early voting, no voting

12 by mail with exceptions for the infirm and military

13 personnel.

14          As a requirement to vote, I would like to

15 see the Florida REAL ID driver's license or verified

16 ID card to be presented by all.  Paper ballots

17 should be used on voting days -- to be used on

18 voting days, and then the votes should be hand

19 counted.

20          I truly believe our state must work harder

21 to protect every Floridian's sacred constitutional

22 right to a fair vote that is legitimately counted.

23 I will look forward to the fine tuning of this bill

24 that will take place.  Thank you very much for your

25 time.

Page 89

1          VICE CHAIR ROUSON:  Thank you very much.

2          And we're due to end at 4 o'clock, and I'm

3     going to ask that each of the speakers take one

4     minute.  And I may have to cut you off so that we

5     can get to voting on this bill and debate.

6          Jasmine Burney-Clark and on deck is Amy

7     Keith.  Speaking against, Jasmine Burney-Clark.  You

8     are recognized.

9          JASMINE BURNEY-CLARK:  Thank you.  Jasmine

10    Burney-Clark, founder and consulting director of a

11    black-led voting rights organization founded her in

12    the state of Florida.

13          In year 2000, nearly 12,000 voters were

14    purged from the voter rolls after being wrongly

15    identified as convicted felons.  Forty-one percent

16    of them were black.  In 2010, black voters utilized

17    the option to vote early at higher rates than

18    previous elections, and in 2011, the Florida

19    Legislature cut early voting days in half.  In 2018,

20    1.8 million returning citizens through a citizen

21    ballot initiative were given the right to automatic

22    rights restoration, and in 2019, a poll tax was

23    implemented by the Legislature.  In 2020, the black

24    voters utilized drop boxes at a rate of 8.4 percent

25    higher than previous elections, and in 2021, the

Page 90

1  Legislature passed SB 90, limiting the use of drop

2  boxes.

3           According to Judge Walker, who ruled

4  against the Florida Senate Bill 90, which was

5  litigated almost a year ago this month, based on the

6  indisputable pattern set out above, this court finds

7  that in the past 20 years, Florida has repeatedly

8  sought to make voting tougher for black voters

9  because of their propensity to favor Democratic

10  candidates.

11           In summation, Florida has horrendous

12  history of racial discrimination in voting, and here

13  we are again in year '23.  This Legislature is

14  introducing another voter suppression bill.  Voter

15  suppression impacts everyone, including your own

16  base, and I am asking --

17           VICE CHAIR ROUSON:  Thank you very much.

18           JASMINE BURNEY-CLARK:  -- this Legislature

19  to vote down on this bill today.  Thank you.

20           VICE CHAIR ROUSON:  Thank you very much.

21           SENATOR INGOGLIA:  Mr. Chair?  Real quick?

22  Ma'am, can I ask you a question?  SB -- Mr. Chair,

23  if I can, two quick questions.

24           VICE CHAIR ROUSON:  One moment please.  Let

25  me make an announcement.  Under Rule 2.10 sub (2),

Page 91

1  the President has authorized the continuation of

2  this meeting until 4:15 firm.

3          SENATOR INGOGLIA:  Thank you, Mr. Chair.

4          VICE CHAIR ROUSON:  Thank you, Mr.

5  Ingoglia.

6          SENATOR INGOGLIA:  Are you aware that SB

7  90, Judge Walker's ruling was overturned by the

8  Circuit Court Judge and pretty much denounced the

9  ruling saying that it was just like horrendously

10  bad?

11          JASMINE BURNEY-CLARK:  The final ruling has

12  not been decided.  It is currently in a three-court

13  federal judge panel, and we are still waiting on the

14  final outcome of the appeal of the ruling that was

15  decided.  So it is still currently in active

16  litigation, and so it's not final.

17          SENATOR INGOGLIA:  So follow-up.  Do you

18  believe in the Supreme Court's ruling in the Arizona

19  case that this is actually going to be upheld?

20  Because it's pretty much -- Supreme Court -- U.S.

21  Supreme Court has already upheld the Arizona case,

22  and this is pretty much sort of in line, SB 90 is

23  sort of in line with that also.  So what you're

24  saying is that the U.S. Supreme Court has pretty

25  much already affirmed the Arizona case.  Florida's

Page 92

1   case is pretty much in line with Arizona was doing,

2   but you're expecting the U.S. Supreme Court -- to

3   eventually go to the U.S. Supreme Court, and that's

4   going to be struck down?

5             JASMINE BURNEY-CLARK:  So I'm not an

6   attorney and can't speak to that.  I can only speak

7   to what has currently happened in the state of

8   Florida, and what I do know is that this court does

9   operate differently than other cases across the

10  nation and that our Supreme Court is only sort of

11  the floor, whereas our Constitution allows for a

12  ceiling of states to make decisions.

13            SENATOR INGOGLIA:  So and --

14            VICE CHAIR ROUSON:  Thank you very much.

15            SENATOR INGOGLIA:  Just --

16            JASMINE BURNEY-CLARK:  Thank you.

17            SENATOR INGOGLIA:  -- just one last

18  question.  Can you point to the specific line in

19  this bill that is suppressing voters?

20            JASMINE BURNEY-CLARK:  Ninety-eight pages.

21            SENATOR MAYFIELD:  Mr. Chairman?

22            VICE CHAIR ROUSON:  Yes.

23            SENATOR MAYFIELD:  Mr. Chairman, if I may

24  please.

25            VICE CHAIR ROUSON:  Senator Mayfield.

1            SENATOR MAYFIELD:  One is we have no

2    applauding in the audience.  That's not the decorum

3    of our chamber or our Committee hearings, members,

4    but also since we've extended our time until 4:15,

5    I'd like to move that we vote on the submission of

6    Senate Proposed Bill 7050 by a time certain of 4:10.

7            VICE CHAIR ROUSON:  There being no

8    objections, we will vote time certain at 4:10.

9            Amy Keith and on deck Abdelilah Skhir.

10            AMY KEITH:  Thank you, Chair, members of

11    the Committee.

12            My name is Amy Keith.  I am the program

13    director for Common Cause Florida.  We are a

14    nonpartisan organization dedicated to improving

15    voter access and helping ensure well-run elections.

16    I am here today because this bill is not a recipe

17    for a well-run election.

18            Some quick examples since we are limited on

19    time.  This bill would make it more difficult and

20    confusing and provide less support for lower income

21    Floridians to register to vote, and it once again

22    makes it harder for Floridians to vote by mail,

23    keeping in mind that one in three Floridians across

24    parties voted by mail in November 2022.

25            It severely reduces access to community

Page 94

1   organizations, third-party voter registration

2   organizations, who have long assisted with voter

3   registration in lower income and marginalized

4   communities.  It increases the administrative and

5   reporting burdens on already under resourced and

6   understaffed election offices, but it reduces the

7   oversight on electioneering organizations and

8   campaigns by lowering the amount of reporting that

9   they need to submit.

10          VICE CHAIR ROUSON:  Thank you very much,

11   Ms. Keith.

12          AMY KEITH:  Thank you.

13          VICE CHAIR ROUSON:  Abdelilah Skhir and on

14   deck is Jonathan Webber.

15          You are recognized.

16          ABDELILAH SKHIR:  Thank you, Mr. Chair.

17          Good morning -- good afternoon, Senators.

18   My name is Abdelilah Skhir.  I'm a policy strategist

19   at the ACLU of Florida.  First and foremost,

20   respectfully, I feel I must point out some of the

21   flaws with the process of this bill so far.

22          The shell bill was filed two sentences

23   Thursday evening, which was March 30th.  No more

24   than three days passed between then and the language

25   of this bill we're hearing today being filed, 98

Page 95

1    pages, over 2800 lines, and that gives advocates,

2    legislative staff, and legislators yourselves 24

3    hours to review that -- well, fewer than 24 hours,

4    if you take into account sleep.  A rushed process

5    like that leads to language that's frankly

6    suboptimal.

7              I would like to point out one sentence

8    starting at line 711.  In an odd numbered year,

9    identify change of address information from returned

10   nonforwardable, returned if undeliverable mail sent

11   to all registered voters in the county or identify

12   change of address information from returned

13   nonforwardable, returned if undeliverable address

14   confirmation final notices mailed to all registered

15   voters who have not voted in the two proceeding

16   general elections or in any intervening election and

17   who have not requested that their registration

18   records be updated or confirmed, including their

19   current address or through voter activities, such as

20   requesting a vote-by-mail ballot or signing a

21   candidate or --

22              VICE CHAIR ROUSON:  Thank you very much,

23   Mr. Skhir.

24              ABDELILAH SKHIR:  -- state or local

25   petition during that time.  One sentence, 11 lines,

Page 96

1   thank you, Mr. Chair.

2           VICE CHAIR ROUSON:   Jayden D'Onastrio.

3           Jonathan Webber.   Yes.   You are recognized.

4           JONATHAN WEBBER:   Thank you so much.

5           Registering to vote and voting itself

6   should be quick, easy, and intuitive.  Maximum voter

7   turnout and free and fair elections are what give

8   our system of government its legitimacy.  However,

9   since the earliest days of our country, those in

10  power, especially in the South, use the most extreme

11  forms of violence and every bureaucratic gimmick,

12  trick, and gotcha game in the book to prevent people

13  from exercising their right to participate in their

14  elections.

15          To make up for decades of antidemocratic

16  abuse by the state, third-party voter registration

17  organizations have picked up the difficult job of

18  helping people to register.  If the problem was an

19  inherent mistrust of third-party voter registration

20  efforts, implementing same-day registration would be

21  a much more straightforward and effective fix and

22  would keep elections information in the hands of

23  elections officials.

24          In addition, this bill overshadows the

25  apparent obligation of authorities like the

Page 97

1    supervisor of elections and Secretary of State to

2    tell people if they are or are not legally eligible

3    to vote by placing the onus on the voter to make

4    that difficult determination amongst our state's

5    labyrinth of eligibility laws.

6              For many in Florida, voting will now be a

7    roll of the dice.  How many will ask themselves, is

8    it worth it, and decide to stay home.  That's

9    unacceptable.

10             VICE CHAIR ROUSON:  Thank you very much,

11   Mr. Webber.

12             JONATHAN WEBBER:  Thank you.  Please vote

13   no.

14             VICE CHAIR ROUSON:  Jayden D'Onastrio

15   followed by Cecile Scoon.

16             Please hold your comments to one minute.

17             JAYDEN D'ONASTRIO:  Thank you, Senator.

18             My name is Jayden D'Onastrio.  I'm the

19   president of Voters of Tomorrow Florida.  This

20   morning, I traveled here from Broward County.  I'm a

21   senior in high school.  I'm 18 years old.  I'm

22   basically here to talk about these 90 pages of

23   policy that were passed on yesterday for a committee

24   meeting today, which really in my opinion makes no

25   sense, and I hope the Senators understand that

Page 98

1  that's not okay for the public.  We do not

2  understand what's happening in these bills often

3  because of these types of actions, but this bill is

4  going to cause the loss of over 10,000 voters at

5  least, primarily being youth because of the

6  restrictions that are going to be put on this bill.

7          For example, we have tens of thousands of

8  students out of state that come to this state for

9  college, and they have their former state IDs.  They

10 have their former state driver's license, and now

11 they're going to be moving here for the fall

12 semesters and will not have a Florida ID or a

13 Florida driver's license and will now be required to

14 get that in order to register --

15          VICE CHAIR ROUSON:  Thank you very much.

16          JAYDEN D'ONASTRIO:  I urge you to vote no

17 on this bill.

18          VICE CHAIR ROUSON:  Cecile Scoon and on

19 deck Elijah Manley.

20          CECILE SCOON:  Good afternoon.  My name is

21 Cecile Scoon.  I'm the president of the League of

22 Women Voters of Florida.  I would agree that we did

23 not have enough information.  The citizens did not

24 have enough time to review an almost 100-page bill.

25          I'm going to focus on some of the

Page 99

1    highlights.  It does seem extremely punitive to the

2    third-party voter organizations.  The League is one,

3    and we've trained many others.  They have come to

4    us, and they say they can't bear the burden that the

5    state is unfairly putting on them with these

6    increased fines, little churches, little

7    organizations that are close to the people trying to

8    help the people.  That is just turning people away.

9    And as Judge Walker did indicate, the majority of

10   people that use them are people of color and people

11   of low income.

12            In addition, there are numerous places in

13   this bill that refers that the Department of State

14   is going to use "official records" with no

15   definition of official records.  Given the fact that

16   the Department of State has walked away from ERIC,

17   which is the only well-established, bipartisan,

18   created bipartisan, maintained bipartisan data

19   source to do list maintenance and purges --

20            VICE CHAIR ROUSON:  Thank you very much,

21   Ms. Scoon.

22            CECILE SCOON:  -- given that using official

23   records, we don't know what that is, and we are very

24   fearful.

25            VICE CHAIR ROUSON:  Thank you.

Page 100

1          Elijah Manley followed by -- I can't read

2     this -- Asher Sochaczewski.

3          Janet Anderson.

4          Miriam Delgado.

5          Erick Vera .

6          Elizabeth Ruiz.

7          Brad Ashwell.

8          BRAD ASHWELL:  Thank you, Chair.  Thank

9     you, Committee.  My name is Brad Ashwell.  I'm

10    Florida's state director for All Voting is Local

11    Action.  I'm trying to not bend down.  Forgive me if

12    I read most of this because I'm a little tired from

13    being up very late reading the bill.

14          Our top concern is Section 5, which would

15    increase fines for 3PVROs, create new criminal

16    penalties, and this new receipt requirement.  I'll

17    focus on the fines.  The aggregate annual fine for

18    3PVROs increased dramatically two years ago from

19    $1000 to $50,000.  This now raises it to $100,000.

20    So in two years, we're going from $1000 -- actually,

21    well, yeah -- two years from $1000 to $100,000.

22          Raising the cap in individual fines is

23    likely to discourage 3PVROs and have a chilling

24    effect.  Reducing the time frame is going to make it

25    harder for operations to meet these changes and

Page 101

1  other changes.  This is just going to have a

2  chilling effect.  These organizations are providing

3  a service to the community.  Instead of further

4  penalizing and discouraging them, perhaps you could

5  focus on creating more obligations for the state to

6  --

7          VICE CHAIR ROUSON:  Thank you very much --

8          BRAD ASHWELL:  -- register voters.

9          VICE CHAIR ROUSON:  -- Mr. Ashwell.

10          BRAD ASHWELL:  Thank you.

11          VICE CHAIR ROUSON:  Jackson Oberlink.

12          You are recognized.

13          JACKSON OBERLINK:  Good afternoon.  My name

14  is Jackson Oberlink, and I'm here today on behalf of

15  Florida Rising to oppose this bill.  This bill would

16  put the burden on voters to verify if they are

17  eligible to vote.  This will confuse voters about

18  their eligibility and make it easier for the state

19  to arrest innocent people who are trying to vote,

20  even if they receive a voter registration card in

21  the mail.

22          The bill also raises the fines and

23  penalties on third-party voter registration groups,

24  who are just trying to increase civic engagement.

25  These increased restrictions such as late fees will

Page 102

1    dissuade well-meaning organizations from helping to

2    register voters out of fear of the potential

3    financial burden.

4              From the moment this bill was filed, we

5    knew that legislators were attempting to limit

6    public input and dissent on the bill itself.  Giving

7    Floridians less than 24 hours to read, analyze, and

8    dissect a 98-page bill makes it clear that this is

9    another attempt to silence Floridians, which is

10   effectively what this bill will do to voters if it

11   passes.

12             We see nothing here to address the real

13   threat to our democracy, which is money in politics.

14   One of the greatest threats to our freedom to vote

15   is corporate influence.

16             VICE CHAIR ROUSON:  Thank you very much for

17   --

18             JACKSON OBERLINK:  Thank you.

19             VICE CHAIR ROUSON:  -- your comment.

20             JACKSON OBERLINK:  Please vote no.

21             VICE CHAIR ROUSON:  Thank you for coming.

22             Rich Templin, Dr. Rich Templin.

23             DR. RICH TEMPLIN:  I'll keep it to a

24   minute, Mr. Chairman, but I do have to take a

25   second.  If I had known this morning that I'd be

Page 103

1   back in a committee room with Secretary Byrd doing

2   this again -- it's great to see you, sir.  We used

3   to do this a lot.

4           The Florida AFL-CIO, one of our biggest

5   concern is the third-party voter registration

6   organization.  A lot of our constituency groups have

7   been doing this work in the community, and I want to

8   remind everybody a third-party voter registration

9   group didn't even exist less than a decade ago.

10          And so we had organizations that were

11  registering voters no problem.  Everything is going

12  great, then you bring in the rules and the

13  regulations of these new legal organizations, and

14  that's when you start seeing problems.  And I think

15  that what has happened is the tighter you've made it

16  on them, the easier it is for them to make mistakes,

17  and then you have more violations.

18          So I really look forward to taking

19  advantage of the bill sponsor's open door policy and

20  having some conversations about that and how maybe

21  we can improve that for the folks we represent.

22  Thank you, Mr. Chairman.

23          VICE CHAIR ROUSON:  Thank you very much,

24  Dr. Templin.

25          Patrick Burnett followed by Pixley Donia

Page 104

1   (phonetic).

2           PATRICK BURNETT:  Thank you, Chair and

3   members.

4           I just wanted to say that my name is

5   Patrick Burnett.  I'm speaking here from UCF today.

6   The aim of this bill is very clear in so many ways

7   but all of them are voter suppression.  It aims to

8   target college students particularly in a few ways.

9   First of all, by making them have to vote in person

10  when we all know that college students, of course,

11  don't necessarily live where they're registered to

12  vote for the first election.  It also aims to make

13  3PVROs have a harder time registering folks to vote.

14          College students are one of the highest

15  groups of -- highest rates of people to register to

16  vote using 3PVROs.  Why are we targeting college

17  voters?  They're younger.  Who do younger people

18  vote for?  Who's in charge of this chamber right

19  now?  Great question.  Probably the same people that

20  made sure a permitless carry bill was passed behind

21  closed doors and are now pushing a nearly 100-page

22  bill in less than 24 hours.

23          VICE CHAIR ROUSON:  Thank you very much.

24          PATRICK BURNETT:  I urge you all to please

25  vote no on this.

Page 105

1           VICE CHAIR ROUSON:  Waiving against, Pixley

2    Donna.

3           Waiving against, Jeremy Childress.

4           Waiving against, Pamela Burch Fort, NAACP

5    Florida State Conference.

6           Waiving against, Od'Juan Whitfield.

7           Waiving against, Neil Volz.

8           Waiving against, Robert Muniz.

9           Waiving against, Marie Rattigan.

10          Waiving against, Damara Monroe.

11          Waiving against, Makayla Dixon.

12          Waiving against, Elizabeth Hattal.

13          Waiving against, Trenece Robertson.

14          Waiving against, Michael Ekman.

15          Kyle Turner, waiving against.

16          Robyn Raymond, waiving against.

17          Mary Candace Harvey, waiving against.

18          Nancy Luna, waiving against.

19          Jewel Dickson, waiving against.

20          Nancy Olson, waiving against.

21          Leslie Holton, waiving against.

22          Jacqueline Moore, waiving against.

23          Dr. Yvette Edghill Spano, waiving against.

24          Lorraine Boone, waiving against.

25          Tatiana Finlay, waiving against.

Page 106

1          Dr. Carolynn Zonia, waiving against.

2          David Cullen, Sierra Club, waiving against.

3          Sabrina Javellana, waiving against.

4          Barb Grimm, waiving against.

5          LaTonya Starks, waiving against.

6          Sheryl Posey, waiving against.

7          Kimberly Katz, waiving against.

8          Joseph Groover, waiving against.

9          Tatishka Thomas, waiving against.

10         Pamela Burrell-Tomlinson, waiving against.

11         Gabriel Thomas, waiving against.

12         Cynthia Thompson, waiving against.

13         Jovan Rodriguez, waiving against.

14         Keith Hamralt, waiving against.

15         Charles Tribble, waiving against.

16         James Totten, waiving against.

17         Lisa DuBrava, waiving against.

18         Carolyn Curtain, waiving against.

19         Kaleb Hobson-Garcia, waiving against.

20         Brian Antoine, waiving against.

21         Todd Delmay, waiving against.

22         Juan Carlos Almenar, waiving against.

23         Michael Kostis, waiving against.

24         Grant Robert Donovan, waiving against.

25         Vihan Yalamanchili, waiving against.

Page 107

1              That completes the appearance cards.

2              Is there any debate on the proposed bill?

3              Senator Polsky.

4              SENATOR POLSKY:  Thank you.

5              Very shortly and quickly.  As has been

6    indicated, this process was really pretty awful.  If

7    this bill was so benign, we would have seen it a lot

8    earlier.  Every change I've seen in my five years in

9    the Legislature has been intentional to hurt one

10   party over the other.  So there's just not a lot of

11   trust here.  Some of the words may appear to be

12   technical and not hurting one or the other, but I

13   know that's not, you know, where the intent is or

14   where the end result will be.

15             With regards to third-party voter

16   organizations, each year, we've made it harder and

17   harder for them to operate, and they do help people

18   in lower income groups and out there in the

19   communities.  And so like many other things, like

20   last year, they called it ballot harvesting.

21   There's just always this mistrust of groups that are

22   out there in the public who are trying to help, and

23   so I don't want to do anything to make it harder for

24   them.

25             We're not helping the returning citizens.

Page 108

1    As was mentioned, we're making it more -- more of

2    the onus is on them, where it should be on us.

3    We're the ones who are saying whether or not they

4    have completed all their restitution.

5              And so for these reasons, I have to be

6    against the bill today.  I hope it gets better, but

7    really, I'm disappointed and embarrassed by this

8    process.

9              VICE CHAIR ROUSON:  Any other debate?

10             SENATOR POWELL:  Thank you, Mr. Chair.

11             VICE CHAIR ROUSON:  Senator Powell.

12             SENATOR POWELL:  Thank you, Mr. Chair.

13             So today is -- I got a text message this

14   morning as a reminder that today is the 55th

15   anniversary of the death of Dr. Martin Luther King,

16   and it's -- in that time, we're still, you know,

17   facing a number of battles with regard to civil

18   rights and opportunity to vote and housing and all

19   those things that we see.

20             This legislation on its face is

21   problematic.  My colleague, Senator Polsky, brought

22   it up that in this process we were required o have

23   our bills in and language together by a certain time

24   frame, and Chair Burgess, you said a matter of

25   prudence.  And we got this language last night,

Page 109

1    yesterday, and as far as I know, I know some people

2    have had the opportunity to sit down and have this

3    language written out to them side by side.  I did

4    not have that opportunity.  There's a lot of stuff

5    in this bill, and this is a process where we talk

6    about trust and trusting the process.  And this is a

7    bill that has a lot of information in it.  And we've

8    already said that it's going to change past this

9    Committee, yet we don't know which committees it

10   will go to next.  But we're expected to trust the

11   process and vote in favor of it.

12          At this time, I just can't do that because

13   there is too many unknowns.  It's hard to take a

14   step forward when you don't know or see what you're

15   about to step into, and for that and because of the

16   issues that I pointed out earlier, I cannot support

17   this legislation.

18          Thank you, Mr. Chair.

19          VICE CHAIR ROUSON:  Any other debate?

20          Senator Burgess, you're recognized to

21   close.

22          CHAIRMAN BURGESS:  Thank you very much,

23   Mr. Chair.  Appreciate the testimony.  Appreciate

24   the questions and the opportunity to have this

25   discussion and the debate.  I want to thank

Page 110

1   Secretary Byrd as well as Mr. Ramba and the

2   supervisor of elections that represented today to

3   help provide some feedback and context to what is

4   largely a product of recommendations that we've been

5   collecting over the -- actually quite a long while

6   from them.

7           This is a PCB.  It's a proposed committee

8   bill.  It's not a member-filed bill, which is why

9   it's not subject to the member-filed bill provisions

10  before the start of session.  This has, in fact,

11  been a process.  In fact, we called this a process.

12          The bill does not become law today.  This

13  is the beginning of a process.  There's going to be

14  more committee hearing, and there's going to be a

15  process that will take place in the House as well as

16  a bicameral legislature.  And we will have more

17  input to follow upon the completion of today's

18  business.  Based on some testimony and feedback, I

19  felt it was important to emphasize that.

20          We also have more than a month of voting in

21  Florida.  In Florida, I firmly believe -- and I

22  think many agree -- it's actually hard not to vote.

23  Florida is the gold standard for elections, and we

24  should be proud of that.  But that doesn't mean that

25  we're not proactive.  It doesn't mean that after you

Page 111

1   win the Super Bowl you don't watch the tape and

2   improve.

3          And so we will continue to improve.  We

4   will continue to look at what other states are doing

5   or not doing and build on that and learn from that

6   so that we don't backslide and so that we don't have

7   a situation like we did a couple decades ago.  We

8   will continue to be better because we have lived

9   through that experience, and we will have and

10  continue to have the best elections in the country

11  based on that and under the leadership of Secretary

12  Byrd and his team.  We appreciate all that you do.

13         Unfortunately, there's a little bit of

14  testimony that talked about voter suppression, and

15  that can't go unaddressed.  Never would I ever bring

16  forward a piece of legislation or put my name or

17  assign it to something that would ever even remotely

18  come close to touching that level of an accusation.

19  To me, it sounds like some are arguing against the

20  bill they feared it would be and not the bill that

21  is actually before us.

22         Since this is day 29, and we have 31 days

23  left of session, I look forward to taking this

24  product and working with every single one of you to

25  try to have a very good bill that has a lot of input

Page 112

1    from a lot of stakeholders that we rely and trust on

2    in this process.  And for that, I ask for your

3    favorable support and appreciate all the feedback we

4    received today.

5            VICE CHAIR ROUSON:  Senator Burgess having

6    closed on the bill, no more debate.

7            Senator Mayfield moves that SPB 7050 be

8    submitted as a committee bill.  Is there any

9    objection?

10           Seeing none, show the motion adopted.

11           Please call the roll on SPB 7050.

12           THE CLERK:  Senator Avila.

13           SENATOR AVILA:  Yes.

14           THE CLERK:  Senator Garcia.

15           SENATOR GARCIA:  Yes.

16           THE CLERK:  Senator Grall.

17           SENATOR GRALL:  Yes.

18           THE CLERK:  Senator Ingoglia.

19           SENATOR INGOGLIA:  Yes.

20           THE CLERK:  Senator Martin.

21           SENATOR MARTIN:  Yes.

22           THE CLERK:  Senator Mayfield.

23           Senator Polsky.

24           SENATOR POLSKY:  No.

25           THE CLERK:  Senator Powell.

4/4/2023                 Committee on Ethics and Elections                 Audio Transcription

Page 113

1                 SENATOR POWELL:  No.

2                 THE CLERK:  Senator Rouson.

3                 VICE CHAIR ROUSON:  No.

4                 THE CLERK:  Chair Burgess.

5                 CHAIRMAN BURGESS:  Yes.

6                 VICE CHAIR ROUSON:  By your vote, SPB 7050

7      is favorably reported as a committee bill.

8                 I turn the chair back over to Senator

9      Burgess.

10                CHAIRMAN BURGESS:  Thank you very much,

11     Mr. Chair.

12                VICE CHAIR ROUSON:  We need to correct

13     something on the record first.  I indicated that

14     Senator Mayfield made the motion that this be

15     submitted as a proposed committee bill.  Senator

16     Mayfield was not in the room at the time I made the

17     motion.  I'd like to correct that motion and say

18     that Senator Garcia moved that it be submitted as a

19     proposed committee bill.  Is there any objection?

20                Call the roll on SPB 7050.

21                THE CLERK:  Senator Avila.

22                SENATOR AVILA:  Yes.

23                THE CLERK:  Senator Garcia.

24                SENATOR GARCIA:  Yes.

25                THE CLERK:  Senator Grall.

Page 114

1            SENATOR GRALL:  Yes.

2            THE CLERK:  Senator Ingoglia.

3            SENATOR INGOGLIA:  Yes.

4            THE CLERK:  Senator Martin.

5            SENATOR MARTIN:  Yes.

6            THE CLERK:  Senator Mayfield.

7            Senator Polsky.

8            SENATOR POLSKY:  No.

9            THE CLERK:  Senator Powell.

10           SENATOR POWELL:  No.

11           THE CLERK:  Senator Rouson.

12           VICE CHAIR ROUSON:  No.

13           THE CLERK:  Chair Burgess.

14           CHAIRMAN BURGESS:  Yes.

15           VICE CHAIR ROUSON:  And by your vote, SPB

16    7050 will be reported favorably.

17           Is there any other business -- well, I'll

18    turn the chair back over.

19           CHAIRMAN BURGESS:  Thank you.  Thank you,

20    Chair Rouson.  Really appreciate you so much.  Thank

21    you for shepherding us through that.

22           Does any Senator wish to be recorded as

23    voting on bills before the Committee today that I

24    missed?

25           Seeing none, is -- well, no.  We can move

Page 115

1    on from that.

2              Is there any other business before the

3    Committee today?

4              No.  Seeing no other business, Senator

5    Ingoglia moves that we adjourn.

6              If there's any objection -- seeing none,

7    that motion is adopted.

8              And the meeting is adjourned.  Thank you

9    all for attending today.

10              (END OF VIDEO FILE)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 116

1              CERTIFICATE OF TRANSCRIPTIONIST

2              I certify that the foregoing is a true and

3      accurate transcript of the digital recording

4      provided to me in this matter.

5              I do further certify that I am neither a

6      relative, nor employee, nor attorney of any of the

7      parties to this action, and that I am not

8      financially interested in the action.

9

10

11

12      _____

13              Julie Thompson, CET-1036

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**Abdelilah** 93:9
94:13,16,18
95:24
**ability** 41:12
44:25 45:2 83:8
84:11 87:4,7
**able** 8:17 11:5
18:19 21:20
29:10,11 31:16
33:24 36:6
39:10 40:6
41:13 42:4,20
42:21 43:9,11
43:16 44:25
45:9 46:11,23
47:15 48:18
54:17 59:22
63:23 67:16
69:7 70:20 72:1
84:18
**absolutely** 14:11
24:23 51:7
52:15
**abuse** 96:16
**accepting** 36:25
**access** 19:19
43:11 93:15,25
**accomplish** 20:19
55:11
**accomplishme...**
16:11
**account** 11:1
95:4
**accountability**
7:5,7 58:15,23
61:2 73:22
**accountable**
58:21
**accuracy** 26:2
**accurate** 17:1
68:13,16 71:12
116:3
**accurately** 20:5
**accusation**
111:18
**ACLU** 94:19

**acquire** 55:1
**act** 3:23 28:6
60:12
**acted** 20:2
**acting** 35:8
**action** 33:16
86:17 100:11
116:7,8
**actions** 98:3
**active** 27:22
91:15
**activities** 26:24
85:7 95:19
**activity** 80:5,20
82:10
**actual** 8:9 47:24
51:1 55:13
73:22
**add** 4:1 29:21
**added** 35:12
77:12
**adding** 4:25 5:3
9:16,17
**addition** 17:19
57:7 96:24
99:12
**additional** 5:1
28:4 37:13
41:23 60:2,20
60:21 86:12
**additionally**
26:16
**address** 5:14
6:21 15:23
29:22 31:12
38:22 50:8 52:3
60:9 64:6 70:8
73:6 81:11,18
81:20 95:9,12
95:13,19
102:12
**addresses** 6:6,12
38:17,19
**addressing** 31:2
86:5
**adds** 5:14 28:21
**adjourn** 115:5

**adjourned** 115:8
**adjudication**
41:4
**administer** 18:18
**administerial**
87:7
**administration**
18:1 20:10,22
21:14
**administrative**
94:4
**adopted** 112:10
115:7
**advance** 20:7
**advantage**
103:19
**advantageous**
79:17
**advocates** 95:1
**affect** 63:5
**affidavit** 75:9
**affiliation** 50:14
86:19
**affirmative** 29:24
44:18
**affirmed** 91:25
**afford** 54:16
**AFL-CIO** 103:4
**afternoon** 2:2,3
3:14 16:1 87:15
87:25 94:17
98:20 101:13
**agencies** 16:15
**agency** 68:8
**agenda** 3:7 13:9
**aggregate** 37:1
100:17
**ago** 81:9,9 90:5
100:18 103:9
111:7
**agree** 8:22 98:22
110:22
**agreed** 24:15
57:11
**ahead** 3:8 23:8
59:23
**aim** 104:6

**aims** 104:7,12
**albeit** 31:12
**alike** 49:2,4
**alleged** 32:14,15
32:17,23
**allow** 51:14 80:23
84:12
**allowable** 28:20
**allowed** 64:4
68:17,18,18
69:14 81:4
**allowing** 81:22
**allows** 28:18
51:20 92:11
**Almenar** 106:22
**alter** 37:1 44:24
**altered** 37:3
**alternate** 28:20
**alternative** 19:13
19:10
**alternatives**
19:10
**amenable** 9:2,16
**amend** 8:18
**amending** 9:2
**amendment** 9:17
51:21
**amendments**
30:2
**amorphous**
10:11
**amount** 28:11
94:8
**ample** 19:19 30:1
**Amy** 89:6 93:9
93:10,12 94:12
**analog** 17:15
**analyze** 43:16
72:1 102:7
**Anderson** 100:3
**anniversary**
108:15
**announcement**
90:25
**annual** 33:23
100:17
**annually** 34:1
**anomaly** 72:7

**answer** 5:17 6:19
6:20 7:6 10:2
22:21 33:11
37:16 40:13
44:16 66:7
82:12,18
**antidemocratic**
96:15
**antiquated** 59:12
59:21
**Antoine** 106:20
**anymore** 78:10
**apartment** 83:16
**apologize** 40:22
42:2 49:22
75:21
**apparent** 96:25
**appeal** 27:8
91:14
**appear** 13:13
107:11
**appearance** 3:3
11:12,24 13:20
23:3,4 74:13
78:17 107:1
**appeared** 87:2
**appetite** 49:9
**applauding** 93:2
**applicable** 5:16
**applicant** 36:2
62:22
**application** 14:8
36:12,25 37:2,3
37:9 38:9 54:5
55:2 59:13,14
65:5,9,21,24
66:25 67:8,17
77:14 84:10
**applications**
26:11 34:25
37:6 57:1 65:3
**applies** 3:25
**appointed** 16:7
16:11
**appointee** 13:13
13:15,17
**appointees** 13:12

13:18 15:14
**appointment**
18:13 79:2
**appointments**
13:11
**appreciate** 11:3
15:19 22:20,24
24:18 25:1,13
30:24 47:14
50:5 51:10
74:25 88:7
109:23,23
111:12 112:3
114:20
**approach** 42:13
46:10
**appropriate**
80:18
**approximately**
34:24
**April** 1:12 2:1,4
**archeology** 16:21
**archives** 16:22
**area** 6:23 17:9
39:5 43:3 47:14
62:22 66:10
69:10 70:19
71:19 83:15
**areas** 19:4 29:14
33:10 38:24
61:15
**argue** 10:16
**arguing** 111:19
**Arieagus** 87:13
**Arizona** 91:18,21
91:25 92:1
**arm** 60:10
**arrest** 101:19
**Article** 3:19
**arts** 16:21 18:10
**Asher** 100:2
**Ashwell** 100:7,8
100:9 101:8,9
101:10
**aside** 56:21
**asked** 6:21 29:10
83:5

**asking** 35:14
69:12 90:16
**aspects** 29:14
**assessed** 35:3
**assign** 111:17
**assigned** 75:15
**assisted** 94:2
**assuming** 38:20
**attaches** 27:13
**attempt** 102:9
**attempting** 102:5
**attending** 115:9
**attention** 87:9
**attestation** 66:12
**attorney** 17:6
86:4 92:6 116:6
**audience** 28:25
93:2
**AUDIO** 1:10
**authorities** 96:25
**authority** 26:12
45:1 54:17
**authorized** 36:19
75:13 91:1
**authorizing**
28:13
**automatic** 89:21
**available** 14:9,11
70:14
**avenue** 85:19
**Avila** 2:12 12:9
12:10 14:16,19
14:20 23:13,14
112:12,13
113:21,22
**aware** 52:1 91:6
**awful** 107:6

_____
         **B**
_____
**b** 10:22
**back** 15:23 19:8
19:14 33:25
35:17 42:9,17
45:12 67:14
73:20 76:18
77:21 83:12
103:1 113:8

114:18
**background** 14:8
17:4 18:6
**backslide** 111:6
**bad** 91:10
**balance** 7:3
**ballot** 19:2 27:9
27:12 44:8 46:7
47:24 48:8,15
48:18 69:16,20
75:18,25 89:21
95:20 107:20
**balloting** 26:17
**ballots** 19:10,20
19:21 26:1
28:10 46:22
47:4,5 48:7
61:18 69:5,7
71:22 78:9 80:9
80:21,22 88:16
**bank** 59:18
**Barb** 11:16 106:4
**base** 90:16
**based** 4:4 20:12
31:1,9 43:15
50:14 63:24
73:1 81:23 90:5
110:18 111:11
**bases** 42:11
**basically** 54:3
97:22
**basis** 81:17 82:8
**battles** 108:17
**Beach** 17:22
61:14 79:23
**bear** 99:4
**began** 19:2
**beginning** 110:13
**behalf** 65:3 78:23
88:5 101:14
**belief** 38:18,22
**believe** 3:25 29:1
35:18 36:5
38:10 43:19
49:19 60:14,17
61:25 62:12
69:1 70:18,25

71:2 76:14
77:17 78:8
80:17 88:20
91:18 110:21
**believes** 18:2
**belt** 40:5
**belts** 46:9
**bend** 100:11
**benign** 107:7
**best** 6:19 16:16
33:11 48:1
54:18 60:8,25
84:21 111:10
**better** 37:21 61:1
74:1 108:6
111:8
**beyond** 42:14
**bicameral** 110:16
**big** 21:10 47:25
54:6,6 74:22
**biggest** 85:11
103:4
**bill** 3:12,15,24
4:1,16,19,20,25
5:14 7:11,22
8:9,16 11:13,25
12:2 24:16
25:11,24 26:3,7
26:12 27:17
28:3 29:2,14,20
30:1,6,14,17,17
31:1,13,18 32:6
32:9 33:2,5,20
34:14 35:20
56:1 62:1,16
66:11 67:13,14
68:14 69:2
77:25 80:1 82:3
83:16 86:6,7,8
87:10 88:23
89:5 90:4,14,19
92:19 93:6,16
93:19 94:21,22
94:25 96:24
98:3,6,17,24
99:13 100:13
101:15,15,22

102:4,6,8,10
103:19 104:6
104:20,22
107:2,7 108:6
109:5,7 110:8,8
110:9,12
111:20,20,25
112:6,8 113:7
113:15,19
**bills** 79:3 98:2
108:23 114:23
**bipartisan** 99:17
99:18,18
**birth** 70:8
**birthday** 85:14
**bit** 13:7 17:4
42:19 55:18
56:6 59:11,20
87:21 111:13
**bits** 64:14
**black** 89:16,16
89:23 90:8
**black-led** 89:11
**board** 6:24 9:6
10:14 28:18
**boards** 28:21
**Bobby** 77:13 78:7
84:3
**body** 22:5 23:6
**Boisseau** 87:14
87:15,19,22,24
87:25
**book** 58:5 84:16
85:15,22 96:12
**books** 36:21
60:18 71:22
**Boone** 105:24
**boots** 25:22
**born** 24:12
**bounce** 25:5
**bouncing** 13:7
69:2
**bound** 52:8
**boundary** 28:15
**Bowl** 111:1
**boxes** 89:24 90:2
**Brad** 100:7,8,9

101:8,10
**Brian** 106:20
**briefing** 29:23
**bring** 67:14 87:8
  103:12 111:15
**broken** 40:21
**brought** 7:8
  108:21
**Broward** 97:20
**brunt** 50:15
**budget** 56:21
**build** 111:5
**building** 40:9
  54:21 75:2
**builds** 25:24
**built** 22:14 29:2
  33:8
**Burch** 105:4
**burden** 34:8 99:4
  101:16 102:3
**burdens** 94:5
**bureaucratic**
  96:11
**Burgess** 2:2,8,9
  2:25 4:17 5:5,8
  5:25 6:2,14,18
  7:17,19,25 8:12
  8:19 9:23,25
  11:4,7,11 12:7
  12:24,25 13:5
  13:25 14:6,13
  15:11,12 16:1
  22:23 24:6,7,24
  25:2,10,12
  29:20,24 30:4
  30:21 32:5,24
  34:12 38:3,23
  39:2,16,20,23
  40:1,19 42:1,17
  42:25 43:6 44:5
  44:14,17,19
  46:3,6 47:12
  49:6,12,13,21
  49:24 50:2,16
  50:18,23 51:7
  51:24 52:12,15
  53:1,23,24 55:9

55:25 56:16
  57:4,18 59:10
  60:6 61:23,24
  63:9 64:7,8
  65:16 66:1,2
  67:1,2,10,11,23
  68:24,25 69:17
  69:24 70:2,16
  71:15,16 72:19
  72:21 74:24
  75:20 76:4,6,16
  77:16,17 78:5
  78:11,22,25
  108:24 109:20
  109:22 112:5
  113:4,5,9,10
  114:13,14,19
**Burnett** 103:25
  104:2,5,24
**Burney-Clark**
  89:6,7,9,10
  90:18 91:11
  92:5,16,20
**Burrell-Tomli...**
  106:10
**business** 16:23
  54:12,24 55:6
  55:10 110:18
  114:17 115:2,4
**businesses** 17:8,9
**by-mail** 26:16
  74:20
**Byrd** 15:17,21,22
  15:25 16:6
  22:24,25 23:2,5
  23:7,9 24:9,10
  24:14,23,25
  25:3 47:16
  57:19,20 60:4
  73:9,11 74:5
  79:1 82:19
  103:1 110:1
  111:12

———————
**C**
**cabinet** 81:16
**call** 2:7 12:8

14:18 23:11
  38:6 48:16 50:4
  57:25 81:7
  112:11 113:20
**called** 107:20
  110:11
**calls** 27:25 35:5
  61:19
**campaign** 27:18
**campaigns** 17:19
  94:8
**Candace** 105:17
**candidate** 28:10
  51:23 56:2,3
  77:9 86:11,15
  86:18,20,22,25
  87:2 95:21
**candidate's**
  55:20,22
**candidates** 4:4
  4:14 27:4,20
  51:18 77:10
  90:10
**candidates'** 6:6
**canvassing** 19:25
  28:16,18,21
**cap** 100:22
**capture** 50:6
**captured** 63:23
**card** 26:19,20
  63:2,6,15,17
  64:6,22 65:7,21
  70:10 88:16
  101:20
**cards** 28:22
  74:13 78:17
  107:1
**caring** 88:6
**Carlos** 106:22
**Carolyn** 106:18
**Carolynn** 11:14
  106:1
**carry** 22:18
  104:20
**case** 7:10 67:21
  86:21 91:19,21
  91:25 92:1

**cases** 86:15 87:4
  92:9
**cast** 19:20,21
  46:21
**casting** 27:12
  46:7 69:6
**catastrophic** 19:1
**catchall** 63:15
**category** 18:25
  54:7
**cause** 93:13 98:4
**caused** 19:5
**causing** 18:25
**Cecile** 97:15
  98:18,20,21
  99:22
**ceiling** 92:12
**certain** 28:6,12
  57:7 93:6,8
  108:23
**certainly** 32:18
  45:6 50:4 57:14
**certificate** 70:14
  116:1
**certification**
  69:19
**certified** 20:7
  73:16
**certify** 116:2,5
**CET-1036**
  116:13
**chair** 2:8,10,11
  4:10,22 5:8 6:3
  6:18 8:1,14,18
  9:25 10:1,10
  12:3,22,23,24
  13:3 14:2 15:9
  15:10,11 16:1,1
  16:3 23:8 24:4
  24:5,6 25:6,7
  25:13,13 29:19
  29:25 30:5,10
  30:21 32:1
  38:14 40:11
  41:21 42:8 47:1
  48:19,22,23
  49:2,5,6,12,14

52:18,19,20,23
  53:23,25 57:14
  57:16,17,19,20
  59:8,10 60:4,5
  60:5 61:11,23
  61:24 62:19
  64:1,7,8,24
  66:1,2,22 67:1
  67:10,18,20
  68:3,5,24 69:1
  71:6,15,16 72:6
  72:19,20 73:7
  73:11 74:8,16
  77:2,7,16 78:16
  78:22,25 82:13
  82:16 83:1,24
  84:1,2,14 85:24
  87:12,16,20,23
  89:1 90:17,20
  90:21,22,24
  91:3,4 92:14,22
  92:25 93:7,10
  94:10,13,16
  95:22 96:1,2
  97:10,14 98:15
  98:18 99:20,25
  100:8 101:7,9
  101:11 102:16
  102:19,21
  103:23 104:2
  104:23 105:1
  108:9,10,11,12
  108:24 109:18
  109:19,23
  112:5 113:3,4,6
  113:8,11,12
  114:12,13,15
  114:18,20
**chaired** 17:16
**Chairman** 2:2,9
  2:25 3:14,17
  4:17,23 5:5,25
  6:2,14 7:17,19
  7:25 8:12,19
  9:23 11:4,7,11
  12:7,25 13:5,25
  14:6,13 15:12

17:16,18 22:22
22:23 24:7,24
25:2,12 29:24
30:4,21 32:5,24
34:12 38:3,23
39:2,16,20,23
40:1,19 42:1,17
42:25 43:6 44:5
44:14,17,19
46:3,6 47:12
49:13,21,24
50:2,16,18,23
51:7,24 52:12
52:15 53:24
55:9,25 56:16
57:4,18 60:6
61:24 63:9 64:8
65:16 66:2 67:2
67:11,23 68:25
69:17,24 70:2
70:16 71:16
72:19,21 74:24
75:20 76:4,6,16
77:17 78:5,11
78:21 79:24
82:11 83:2 86:2
92:21,23
102:24 103:22
109:22 113:5
113:10 114:14
114:19
**chairs** 49:3
**challenge** 7:7
37:22 86:17
**challenger** 7:9
**challenges** 20:2,6
**chamber** 93:3
104:18
**change** 63:18
73:15 74:6,22
95:9,12 107:8
109:8
**changed** 45:7
83:13
**changes** 9:14
28:17 30:2 34:4
34:15 37:11

55:20,22 73:24
74:4 76:15
79:13 81:25
100:25 101:1
**changing** 34:9
44:21 46:8
**charge** 28:11
104:18
**charges** 36:20
**Charles** 106:15
**charters** 5:13
**ChatGPT** 44:20
**check** 59:18
**Chief** 18:10,11
18:12
**Childress** 105:3
**chilling** 100:23
101:2
**chose** 9:6
**churches** 99:6
**Circuit** 91:8
**circumstances**
6:8 18:22 75:11
**circumventing**
85:22
**cities** 9:4,18
51:14
**citizen** 41:6 83:10
89:20
**citizens** 18:4 47:8
81:8 88:5 89:20
98:23 107:25
**citizens'** 22:15
**city's** 6:24
**civic** 101:24
**civics** 18:7
**civil** 108:17
**clarification** 45:7
**clarified** 67:22
**clarifies** 26:12
27:11 28:20
**clarify** 67:2
**clarifying** 28:17
40:10 46:10,20
**clarity** 55:15
74:1
**clear** 5:23 51:9

51:20 67:4
76:13 102:8
104:6
**clearer** 42:16
**clearly** 33:19
**clemency** 68:9
**CLERK** 2:8,10
2:12,15,18,21
2:24 12:9,11,13
12:16,20,22,24
14:19,21,23
15:1,3,5,7,9,11
23:13,15,17,19
23:21,23,25
24:2,4,6 112:12
112:14,16,18
112:20,22,25
113:2,4,21,23
113:25 114:2,4
114:6,9,11,13
**close** 12:2,5 31:8
36:21 58:5 99:7
109:21 111:18
**closed** 84:19
104:21 112:6
**closest** 50:11
**closing** 25:3
84:16 85:15,22
**Club** 106:2
**coast** 18:25
**code** 22:4 32:16
33:8
**codifying** 5:19,22
77:22
**collaboration**
79:1
**colleague** 10:3
108:21
**colleagues** 10:6
**collected** 34:19
34:25 81:10
**collecting** 65:2
74:7 110:5
**collectively** 31:5
**college** 52:7,9
63:7 82:20 98:9
104:8,10,14,16

**color** 99:10
**come** 15:18 22:15
53:7 70:20 72:8
73:6 77:20
80:10 81:10
98:8 99:3
111:18
**comes** 20:20
40:14 47:23
**comfort** 50:25
**coming** 8:17
50:19 76:7,20
80:6 102:21
**comment** 102:19
**comments** 86:5
87:17 97:16
**Commission**
28:16
**commitment**
20:15 25:25
**committed** 46:19
**committee** 1:11
2:4 3:2,15,17
10:2 13:4,14
14:10 15:23
16:2 17:15,15
17:17,18 25:1
25:15,18 29:2
30:1 32:3,6
86:3,14 88:4
93:3,11 97:23
100:9 103:1
109:9 110:7,14
112:8 113:7,15
113:19 114:23
115:3
**committeemen**
28:19
**committees**
27:14,20 51:16
51:17,18 109:9
**committeewom...**
88:2
**committeewom...**
28:19
**Common** 93:13
**communications**

27:21
**communities**
94:4 107:19
**community** 17:2
17:3 93:25
101:3 103:7
**companion** 7:21
**compare** 71:20
**compensated**
86:4
**complain** 32:19
**complaint** 33:14
33:15
**complaints** 32:12
**complete** 3:2
**completed** 36:12
108:4
**completes** 107:1
**completion**
110:17
**compliance** 3:23
**comply** 5:11
**components** 31:2
**comports** 38:5
**computer** 67:21
**concern** 32:18
100:14 103:5
**concerned** 55:16
**concise** 87:18
**conclusion** 22:8
**conduct** 32:13,13
**Conference**
105:5
**confidence** 22:6
26:3
**confident** 8:10
**confirmation**
13:11,23 14:14
15:13 23:1 24:8
95:14
**confirmed** 25:2
95:18
**confuse** 101:17
**confused** 55:16
**confusing** 93:20
**Congratulations**
13:6 24:24

Congressional
  3:21
conjunction
  76:22
consider 11:2
  51:13 61:22
  87:10
considerations
  4:8
consistency 44:1
consistent 73:21
conspiracy 32:21
constantly 21:6
  21:19
constituency
  103:6
constitutes 78:1
constitution 3:20
  4:2 5:15 7:4
  18:7 22:16
  92:11
Constitution's
  22:11
constitutional
  5:12 17:10
  58:17 88:21
constitutionalist
  18:2
construed 51:4
consultants
  86:25
consulting 89:10
contain 70:7,13
containing 70:11
contemplate 9:1
content 27:1
context 110:3
contingency
  19:18
continual 21:3
continually 21:9
continuation
  91:1
continue 21:22
  22:16 39:6
  79:25 111:3,4,8
  111:10

continuing 25:25
  57:3 88:6
contribution
  28:1
contributions
  51:15
conversations
  8:6 103:20
convicted 89:15
conviction 41:5
copied 65:23
copies 37:7 65:5
copy 65:13 66:19
copying 66:9
Cord 15:17 16:6
  23:9
corporate 102:15
correct 44:5 45:8
  63:8,9 74:5
  113:12,17
correctly 8:8
cost 54:11,24
  55:6,9
count 48:18
  68:20,23 69:16
  80:15 81:4
counted 20:5
  46:2 47:6 71:22
  72:12 88:19,22
counties 4:11 5:2
  9:4,18 19:12,23
  20:4 80:23 81:1
counting 45:15
  47:24 61:18
country 21:5
  96:9 111:10
county 9:5 17:22
  18:18 20:6
  28:17 51:14
  61:14 82:6 88:1
  95:11 97:20
county-by-cou...
  81:17
couple 8:21 33:9
  47:19 49:6
  65:14 111:7
course 104:10

court 90:6 91:8
  91:20,21,24
  92:2,3,8,10
Court's 91:18
courts 17:8
cracks 46:17
create 21:25
  100:15
created 22:3
  99:18
creates 22:5
  27:15 28:22
creating 5:18
  20:1 41:9 101:5
creation 55:20
crime 46:8,19,23
  62:2
Crimes 21:25
  26:13 32:11
  33:22 34:23
  46:11 84:25
criminal 28:23
  33:16 55:21
  100:15
critical 36:13
critically 38:11
crystal 5:23
Cullen 106:2
culture 16:21
  18:11
cumulatively
  56:4
cure 48:14 58:7
current 9:14 33:7
  33:12 40:8 41:4
  41:17 44:21
  48:11 63:1,2,14
  64:11 72:23
  75:1,12 95:19
currently 3:18
  33:21,22 35:15
  36:19 38:25
  41:1 43:4,7,20
  43:21 44:24
  45:4,8 46:8
  60:14 73:1,14
  75:24 76:10

83:12 87:5
  91:12,15 92:7
Curtain 106:18
custodian 36:5
cut 89:4,19
cycle 27:22 35:21
  60:18 86:16
Cynthia 106:12

——————
        D
——————
D'Onastrio 96:2
  97:14,17,18
  98:16
D.C 1:24
damage 19:1
damaged 19:4
Damara 105:10
data 21:6 28:15
  73:21 74:6
  81:10 99:18
database 81:16
  82:2
date 59:7 60:19
  68:14 70:8
  76:13 79:15
David 77:4 78:18
  78:21,23 83:2
  84:15 106:2
DAWN 49:20
day 17:23 19:1
  19:20 31:15
  61:3 69:18
  75:15 76:9
  88:10 111:22
days 19:25 28:5
  36:10,17 37:23
  37:24 38:1,10
  41:9 43:18,22
  53:14,15,16
  59:25 65:12,12
  66:19 71:1
  75:19 76:1 80:6
  88:17,18 89:19
  94:24 96:9
  111:22
deadline 20:8
  41:9

deadlines 20:3
  30:17 43:12
deal 47:25 54:6,7
  77:18 80:19
dealing 3:9 48:10
  52:7 63:20
dealings 80:20
deals 31:19 40:25
  64:11 76:7,8
death 70:12,14
  108:15
debate 11:25
  12:1 89:5 107:2
  108:9 109:19
  109:25 112:6
decade 103:9
decades 96:15
  111:7
deceased 41:15
  42:5,15,15 70:1
  70:7,11,24
December 9:11
decide 72:9 97:8
decided 33:12
  72:14 86:16
  91:12,15
decision 48:2
  80:18
decisions 92:12
deck 77:5 89:6
  93:9 94:14
  98:19
decorum 93:2
dedicated 21:12
  93:14
deem 54:3
deemed 41:2
default 66:6
defer 64:14,18
  73:2 78:12,14
definitely 52:2
definition 99:15
degree 77:12
  78:7
delays 54:13
Delgado 100:4
deliver 36:12

**Delmay** 106:21
**delving** 46:12
**democracy**
  102:13
**Democrat** 51:18
**Democratic**
  51:16 90:9
**denounced** 91:8
**department**
  16:14 17:1
  18:10 20:19
  24:17 25:19
  26:15,23 29:4
  31:21 34:16
  36:2 43:8 53:7
  54:16 56:23
  58:19 59:1
  62:25 68:9 73:2
  79:19 82:4,5,7
  99:13,16
**deposit** 59:18
**DeSantis** 16:9
  19:15
**describing** 10:21
  10:23
**deserve** 56:7
**deserves** 36:6
**designated** 61:16
**designation** 83:8
**designees** 62:4
**destroyed** 19:9
**determination**
  6:16 69:7,15,17
  69:20 81:5 97:4
**determinations**
  47:22
**determine** 19:13
  36:3 48:7
**determined** 6:5,8
  41:11 68:21
**determines** 6:5
**determining**
  68:17
**devastation** 19:4
**deviation** 10:22
**deviations** 10:18
  10:20 52:10

**devices** 3:1
**devoted** 22:10
**DHSMV** 70:17
  82:2 83:18
**dice** 97:7
**dichotomy** 84:20
**Dickson** 11:15
  105:19
**different** 14:5
  31:3 46:14
  47:21,22 50:3
  67:13 72:10
  80:21 83:4
**differently** 33:3
  92:9
**differs** 27:24
**difficult** 63:11
  93:19 96:17
  97:4
**digital** 1:23 116:3
**digits** 70:8
**direct** 51:14
**directly** 6:22
  51:19,22
**director** 89:10
  93:13 100:10
**disagreement**
  7:14
**disappointed**
  108:7
**disclose** 27:4
**discourage**
  100:23
**discourages** 9:3
**discouraging**
  101:4
**discretionary**
  28:4
**discrimination**
  90:12
**discuss** 16:24
  19:13 52:2
**discussed** 80:8
  81:7
**discussing** 79:16
**discussion** 85:9
  109:25

**disfavor** 4:4
**displaced** 19:7
**dispute** 86:9
**disregarding**
  9:21
**dissect** 102:8
**dissent** 102:6
**dissuade** 102:1
**distinction** 20:23
**district** 9:9 17:11
**districts** 4:3,8,12
  4:12 5:3,4 6:7
  7:2 9:8 10:15
  18:15
**dive** 54:17
**Division** 21:18
  24:18 87:6
**Dixon** 105:11
**doctor** 78:9,10
**documents** 70:13
  83:20
**doing** 4:25 5:19
  5:22 6:13 20:9
  21:7 24:12 35:8
  36:1 44:23 48:1
  51:13 54:11,24
  55:6,9 56:1
  73:14,23 74:6
  75:2 76:21,22
  79:6 85:10 92:1
  103:1,7 111:4,5
**dollars** 56:21
**Donahue** 8:24
**Donia** 103:25
**Donna** 105:2
**Donovan** 106:24
**door** 50:12
  103:19
**doors** 104:21
**DOS** 76:23
**Dr** 11:14,22
  77:13,14 78:7,7
  102:22,23
  103:24 105:23
  106:1 108:15
**dramatically**
  62:9 100:18

**draw** 4:3,7
**drawing** 5:4
**drawn** 4:13 7:2
**driver's** 26:19
  63:1,14 65:6
  70:9 83:19
  88:15 98:10,13
**drop** 89:24 90:1
**DuBrava** 106:16
**due** 41:18 89:2
**duties** 26:13

___

**E**

**ear** 40:16
**earlier** 53:6
  61:13 107:8
  109:16
**earliest** 96:9
**early** 28:4 74:22
  75:4,6,14 76:2
  76:8 79:20
  88:11 89:17,19
**ears** 51:9
**easier** 75:7
  101:18 103:16
**easy** 21:21 38:1
  96:6
**Edghill** 11:22
  105:23
**educational**
  77:11
**effect** 100:24
  101:2
**effective** 79:15
  96:21
**effectively**
  102:10
**effort** 84:21
**efforts** 96:20
**either** 59:10
**Ekman** 105:14
**elected** 17:11
  21:12
**electing** 54:3
  60:12
**election** 9:12,15
  17:19 18:14,20

  19:3,6,7,20
  21:25 22:4 27:3
  27:22 32:11,15
  32:16,18,23
  33:4,8,22 34:23
  35:21 43:14,21
  46:10 47:4
  51:23 57:24
  62:9,14 68:22
  69:15 71:18,23
  75:15 76:9,20
  85:17 86:16
  88:11 93:17
  94:6 95:16
  104:12
**election's** 81:15
**electioneering**
  27:20 94:7
**elections** 1:11 2:4
  8:16 16:24 17:1
  17:14,20,25
  18:7,12,16,18
  19:12,22 20:6,9
  20:14,16,22
  21:1,6,9,11,13
  21:15,18 22:7
  24:18 25:8,9,15
  25:22 26:13,23
  27:6,14 28:16
  28:23 29:5
  31:11 32:19
  35:22 37:9,12
  40:5 43:17
  56:13,15,23
  58:18 59:1
  60:11 61:13,22
  62:3 68:21
  69:14 75:3
  78:19,24 79:21
  79:25 82:1
  83:11 84:25
  87:6 88:6 89:18
  89:25 93:15
  95:16 96:7,14
  96:22,23 97:1
  110:2,23
  111:10

Electoral 52:7,9
electorate 21:7
electors 27:11
    52:5,6,8
electric 83:16
electronic 3:1
    59:3
electronically
    57:1
elements 62:16
eligibility 97:5
    101:18
eligible 21:19
    40:17 59:5
    68:22 78:2 97:2
    101:17
Elijah 98:19
    100:1
Elizabeth 100:6
    105:12
embarrassed
    108:7
emergency 20:3
    75:11
emphasize 29:9
    64:10 110:19
employ 18:20
employee 85:20
    116:6
employees 62:3
enacted 21:24
enacting 27:23
enactment 76:13
encompass 35:21
encouraging 59:4
ended 61:18
ends 69:15
enforce 86:14
    87:5
enforced 22:4
enforcing 22:4
engagement
    101:24
enhance 39:6
enhanced 20:11
    31:5 48:11
    60:22

enhances 26:25
    27:1
enhancing 20:14
    37:14
ensure 4:15 20:4
    21:19 33:24
    54:9,10 59:5
    73:20 93:15
ensured 19:18
ensuring 26:1
    69:4,5 73:16
entities 26:25
    71:24
entitled 27:9
entrust 26:10
envelope 47:5,9
    48:5 80:10,12
equal 3:22 4:7
    10:12,17 19:23
    22:12
equalizing 4:6
ERIC 99:16
Erick 100:5
especially 59:15
    96:10
essence 8:5
essentially 35:8
    35:14 75:4
ether 43:25
ethics 1:11 2:4
    17:14 25:8 27:6
    56:5
evaluating 21:6
evening 94:23
event 45:6
eventually 92:3
everybody 2:3
    80:21 103:8
evidence 1:23
    36:6
evolve 57:3
evolving 57:6
ex-party 49:3
exact 80:20
Exactly 48:25
example 57:24
    73:17 98:7

examples 93:18
exceeding 56:4
exceptions 75:10
    88:12
excess 35:3
excited 58:2,8
excuse 32:13
executive 19:17
    51:16,17,18
    88:4
exemption 28:6
exercising 96:13
exigent 75:11
exist 44:4 54:22
    75:11 103:9
exists 19:11 44:6
    71:20
expected 109:10
expecting 92:2
expedite 84:12
expedited 56:19
experience 18:5
    111:9
experiences 22:9
    64:16
experts 40:2 79:4
expiration 35:15
explain 3:12
    25:11 32:22
    34:5 61:20
    71:14
explained 4:19
    30:5 48:3
explaining 29:20
explains 62:22
expound 61:14
    74:23
expounding 40:9
extended 93:4
extreme 96:10
extremely 99:1
eyes 8:25

——————————
                F
——————————
face 36:16 50:15
    108:20
facilities 18:16

facing 108:17
fact 9:9 36:7
    66:17 99:15
    110:10,11
factor 7:1 21:10
fair 6:9 30:23
    36:14 50:18
    56:6 84:20 88:7
    88:22 96:7
fairness 4:15
faithless 52:5,8
fall 98:11
falls 54:6
familiar 43:2
far 7:5 8:15
    35:17 36:22
    61:17 76:23
    83:3 88:8 94:21
    109:1
fashion 69:8
favor 4:3,13 90:9
    109:11
favorable 12:5
    112:3
favorably 13:2
    15:15 24:9
    113:7 114:16
fear 102:2
feared 111:20
fearful 99:24
February 25:21
federal 3:21,24
    5:11 17:7 38:5
    83:10 91:13
federally 63:16
feedback 20:13
    24:22 29:6
    31:10 39:3
    42:20 50:20
    51:10 52:16
    62:5 64:15
    110:3,18 112:3
feel 56:6 94:20
fees 27:13 37:21
    56:3 101:25
felons 89:15
felony 27:12

37:10 41:5
    45:23 62:1
felt 33:23 110:19
fewer 95:3
fictitious 41:6
fiduciary 35:9
    36:5 54:4 60:13
    66:9
fifth 17:5
figure 55:10
file 81:15 115:10
filed 30:17 94:22
    94:25 102:4
fill 47:8 75:8
filled 36:7 66:14
    67:7,21
final 77:2 91:11
    91:14,16 95:14
finance 27:18
financial 102:3
financially 116:8
find 8:10 14:3
    45:14 48:1
    69:10 85:8,19
finds 90:6
fine 36:18,20
    37:2 39:20 53:5
    59:16 64:25
    74:18 76:10
    88:23 100:17
fines 27:5,13,14
    34:18,21 35:3
    36:15,19 37:20
    53:16,17 54:22
    56:3 85:12 99:6
    100:15,17,22
    101:22
finish 7:22
Finlay 105:25
firm 91:2
firmly 110:21
first 26:20 29:25
    51:21 55:21
    62:23 63:3,8
    64:9,10 65:18
    94:19 104:9,12
    113:13

first-time 63:5
  64:12
firsthand 17:23
  19:4
five 107:8
fix 96:21
flag 85:8
flaws 94:21
flip 29:12 39:16
floor 92:11
Florida 6:23 9:10
  10:12 16:13,14
  16:18,23 17:7
  17:12,25 18:8
  18:25 19:17
  20:10,13,21
  21:4,20 26:18
  26:19,19 32:16
  33:8 60:16 63:2
  63:13,14,14
  64:13 65:6,7
  70:9,10 78:19
  82:21 83:18
  85:23 88:5,15
  89:12,18 90:4,7
  90:11 92:8
  93:13 94:19
  97:6,19 98:12
  98:13,22
  101:15 103:4
  105:5 110:21
  110:21,23
Florida's 16:8
  18:10 20:25
  21:11 26:2
  78:23 91:25
  100:10
Floridian 17:5
Floridian's 88:21
Floridians 16:20
  22:19 93:21,22
  93:23 102:7,9
focus 21:13 98:25
  100:17 101:5
focusing 86:10
folks 80:24 85:8
  103:21 104:13

follow 39:11
  110:17
follow- 62:19
  68:3 71:6 73:7
follow-up 5:25
  7:17 8:12 55:4
  56:8 59:10 60:7
  64:2 72:5,6
  75:16 91:17
followed 97:15
  100:1 103:25
following 19:3
  88:9
foregoing 116:2
foremost 94:19
foreseeable 83:21
Forgive 100:11
form 3:3 53:8
  66:10 67:17
  68:2 87:8
formatting 72:24
former 98:9,10
forms 11:13,24
  13:20 23:3,4
  37:23 96:11
Fort 105:4
forth 42:10
Forty-one 89:15
forward 7:8 10:6
  11:8 16:12
  20:18 29:16
  52:16 87:10
  88:23 103:18
  109:14 111:16
  111:23
found 54:9
founded 89:11
founder 89:10
four 66:4 70:8
frame 38:5 66:18
  74:23 100:24
  108:24
frames 28:15
  41:18 44:2
framework 27:15
Franklin 88:1
frankly 58:24

79:5 81:14 95:5
fraudulently
  85:10
free 96:7
freedom 102:14
frequencies
  27:19
frequent 82:7
front 39:11 77:24
  86:23
full 3:7 65:20
full-time 21:13
  82:10
fully 31:9
further 11:11
  101:3 116:5
future 18:5 73:1
  83:21

——————————
G
——————————

Gabriel 106:11
game 96:12
gap 80:1
Garcia 2:13,14
  12:11,12 14:21
  14:22 23:15,16
  112:14,15
  113:18,23,24
gate 31:9
gavel 25:6
general 19:2
  34:21 35:21
  42:10,13 43:3
  88:11 95:16
generate 45:1
generation 17:5
generations 18:5
genesis 57:22
getting 10:9,11
  32:8 63:18
  67:15 85:5
gimmick 96:11
give 32:9 39:18
  44:15 51:22
  57:23 84:11
  96:7
given 43:4 58:15

89:21 99:15,22
gives 65:12 95:1
giving 44:17
  102:6
go 3:8 9:20 23:7
  29:8 31:16
  32:20 34:19,21
  40:6 42:9 45:18
  46:6 55:21 58:2
  58:18 59:23
  61:20 63:7 67:6
  69:22 74:12,22
  75:14 76:2,10
  81:17 82:24
  85:8 87:7 92:3
  109:10 111:15
goal 55:11
goals 16:11 20:18
goes 45:24 48:8
going 3:8 7:6
  25:3,5,5 32:4
  33:5 37:16 40:3
  53:2 59:16
  78:11,12 83:22
  87:20 89:3
  91:19 92:4 98:4
  98:6,11,25
  99:14 100:20
  100:24 101:1
  103:11 109:8
  110:13,14
gold 17:25 20:22
  83:18 110:23
good 2:2,3 3:14
  7:23 11:9 15:25
  30:23 34:13
  39:4 47:13,20
  49:1 62:5,17
  66:21 76:21
  87:15,25 94:17
  94:17 98:20
  101:13 111:25
google 62:7
gotcha 53:12
  96:12
governing 26:6
government

16:16,17 28:5
  28:14 83:20
  96:8
governmental
  26:25
governments
  3:18 27:23
Governor 16:8
  19:15,16 21:2
Governor's 22:1
graciously 24:15
  57:11
Grall 2:15 12:13
  14:23 23:17,18
  112:16,17
  113:25 114:1
Grant 106:24
granular 43:17
great 22:17 24:10
  24:13 103:2,12
  104:19
greatest 102:14
greatly 22:20
Grimm 11:16
  106:4
Groover 106:8
ground 25:22
  79:7
group 1:23 103:9
groups 54:10
  101:23 103:6
  104:15 107:18
  107:21
Gruters 48:21
  49:15 83:6
guarantee 22:11
guess 37:21
  40:12 45:12
  61:15 63:11
  73:2
guest 15:16
guidance 42:21
  64:23
guidelines 41:8
guides 27:16
  50:22 51:1,6
guiding 61:8

**H**

half 84:24 89:19
halfway 8:4
  30:20 31:16
Hamralt 106:14
hand 3:3 15:20
  67:21 88:18
hands 38:12
  96:22
happen 21:16
  63:11 73:1
happened 7:15
  34:5,10 47:11
  92:7 103:15
happening 9:15
  98:2
happens 54:12
  58:5 77:20
happy 22:21
  42:18 51:24
  82:11
harassed 61:21
harassing 61:18
harassment
  28:23 49:11
  61:13 62:9
hard 25:16
  109:13 110:22
harder 88:20
  93:22 100:25
  104:13 107:16
  107:17,23
harm 50:13
harvesting
  107:20
Harvey 105:17
hate 8:19 70:21
Hattal 105:12
head 18:10
hear 42:2
heard 20:21
  25:20 38:4
  76:18
hearing 94:25
  110:14
hearings 13:11
  93:3

help 22:5 37:24
  62:13 72:15
  80:5 99:8
  107:17,22
  110:3
helpful 28:21
  29:15 40:1
helping 17:24
  93:15 96:18
  102:1 107:25
Herron 77:5
  83:25 86:1,2,3
hey 54:11 81:11
high 10:16 97:21
higher 89:17,25
highest 104:14
  104:15
highlight 47:15
highlights 99:1
highly 54:20
Highway 68:10
historically 60:19
history 18:6
  43:12,13,19
  71:17 73:19
  90:12
Hobson-Garcia
  106:19
hold 58:21 87:17
  97:16
holding 11:1 38:8
Holton 11:18,19
  105:21
home 45:21
  83:11,12 97:8
homestead 83:7
honest 16:25
honor 16:7
hope 21:9 97:25
  108:6
hopefully 45:12
horrendous
  90:11
horrendously
  91:9
hours 17:22 95:3
  95:3 102:7

104:22
house 7:21 8:7
  17:12,13 19:11
  24:11 67:7
  110:15
housing 108:18
hurricane 18:24
  18:25 20:1
hurt 107:9
hurting 107:12
husband 47:8
hypothetical
  67:12
hypotheticals
  72:25

**I**

Ian 18:24
ID 26:19 63:15
  64:6 65:7 83:17
  88:15,16 98:12
idea 84:6
ideas 51:12
identical 80:14
  80:22 81:3
identification
  63:2 70:10
identified 8:9
  70:23 89:15
identifies 41:23
identify 6:25
  39:13 42:4
  70:18 95:9,11
identifying 37:5
  40:7 42:3 69:25
  70:4
identity 37:4
IDs 98:9
III 3:19
imagine 63:11
imagining 47:7
immediately
  59:14 84:12
immense 54:25
  60:13
immensely 29:15
impact 3:24 45:8

63:5
impacts 90:15
impede 62:15
impetus 53:11
implement 19:18
implemented
  79:18,19 89:23
implementing
  31:21 96:20
implements
  26:14
implications
  54:13
implied 33:18
  55:23
importance 58:8
important 10:5
  21:22 22:2
  31:13,23 35:25
  36:13 38:11
  39:5 48:9 66:11
  79:9 86:18
  110:19
impressive 47:17
improve 16:19
  20:16 21:9 22:6
  103:21 111:2,3
improvements
  21:4
improving 93:14
incapacity 41:4
incidents 62:7
include 3:22
  49:18
included 3:5
  28:22 50:3
  80:25,25
including 17:16
  90:15 95:18
income 93:20
  94:3 99:11
  107:18
inconsistent
  80:19
incorporated
  24:16 79:13
incorporating

25:17
incorrectly 70:23
increase 22:6
  37:1 100:15
  101:24
increased 62:10
  99:6 100:18
  101:25
increases 27:14
  94:4
increasing 36:15
  60:1 85:12
incredibly 54:15
incumbents 4:13
  6:25
incumbents' 6:6
independently
  35:23
indicate 65:12
  99:9
indicated 53:6,15
  55:4,23 64:3
  66:23 74:9,21
  107:6 113:13
indicating 67:20
indication 53:9
indiscernible
  75:22
indisputable 90:6
individual 6:10
  6:11 13:17 48:8
  69:13 100:22
individual's
  69:16
individuals 6:12
  8:6 14:5 17:9
  17:23 26:9
  71:24
ineligibility
  42:11
ineligible 39:14
  41:3,11,20,24
infirm 88:12
influence 102:15
info 33:25
information 14:4
  14:9 20:17 26:6

26:10,25 27:5
27:10 28:7,21
28:22 30:19
36:8 37:6,7
38:9 40:23
41:14 43:9 44:6
54:5,14 56:6
57:11,15 59:6
64:14,15 65:6
65:14,23 66:6,9
68:12 70:1,4,6
70:7,11,17
71:20 73:3,4
77:4,5 78:18
82:3,5 95:9,12
96:22 98:23
109:7
**Ingoglia** 2:16,17
8:13,14,21 10:1
10:8 11:9 12:14
12:15 14:24,25
23:19,20 48:22
48:24 49:3,23
49:25 50:9,17
50:21,24 51:11
52:4,13,18 62:4
83:5 90:21 91:3
91:5,6,17 92:13
92:15,17
112:18,19
114:2,3 115:5
**inherent** 96:19
**initial** 13:8 81:6
**initiate** 38:19
46:23
**initiative** 89:21
**innocent** 101:19
**input** 29:6,17
31:11 102:6
110:17 111:25
**inside** 48:6
**instance** 9:6
**instances** 9:5
**instrumental**
17:24
**integrity** 17:14
22:7

**intend** 21:23 83:9
83:20
**intent** 4:3 39:4
46:20 50:13
51:3 53:11
62:14,15 67:3
71:11 107:13
**intentional** 107:9
**interaction** 82:1
**interest** 12:4
**interested** 116:8
**interesting** 67:12
71:10
**intervening**
95:16
**introduce** 16:10
**introducing**
90:14
**introduction**
31:1
**intuitive** 96:6
**investigate** 33:14
58:21
**investigated**
34:20
**investigating**
32:21
**investigation**
33:18 72:13
**investigations**
32:14
**invited** 13:13
**involved** 17:20
**involving** 32:16
**irregularities**
33:4
**irregularity**
32:16,18,23
**issue** 33:23 48:10
51:25 52:3,11
56:5 62:6 76:24
84:7 86:6
**issued** 19:16 20:3
26:18 62:25
63:13,16
**issues** 38:4 48:17
60:20 76:19

77:20 81:19,20
109:16

—————

**J**

**Jackson** 101:11
101:13,14
102:18,20
**Jacksonville** 6:22
**Jacqueline** 11:21
105:22
**James** 106:16
**Janet** 100:3
**Jasmine** 89:6,7,9
89:9 90:18
91:11 92:5,16
92:20
**Javellana** 106:3
**Jayden** 96:2
97:14,17,18
98:16
**Jeremy** 105:3
**Jewel** 11:15
105:19
**job** 16:17 21:13
24:13 96:17
**joked** 21:15
**Jonathan** 94:14
96:3,4 97:12
**Joseph** 106:8
**jot** 66:20
**Jovan** 106:13
**Juan** 106:22
**judge** 90:3 91:7,8
91:13 99:9
**judgment** 48:2
**Judiciary** 17:18
**Julie** 87:14,15,19
87:22,24,25
116:13
**July** 76:13
**jump** 53:2
**jurisdiction**
46:21
**jurisdictional**
46:12
**jurisdictions**
46:14

**justified** 33:16
39:4
**justify** 85:21

—————

**K**

**Kaleb** 106:19
**Katz** 106:7
**keep** 24:12 30:3
75:10 96:22
102:23
**keeping** 93:23
**Keith** 89:7 93:9
93:10,12 94:11
94:12 106:14
**key** 46:15
**kid** 85:13
**Kimberly** 106:7
**kind** 30:13 31:24
33:7,8,19 39:7
43:23 45:13
46:9 47:15 53:1
63:15 79:15
84:20 85:2
**kinds** 44:4
**King** 108:15
**knew** 102:5
**know** 6:22 7:11
7:13 8:16 10:3
21:15 22:3,5,8
30:16,17,19
31:15 32:3,21
34:6 37:16 39:5
43:24 45:3,20
46:1,3,13 47:15
48:15 50:5 53:3
54:21 55:6,10
56:7,20 61:5
63:22 64:20
65:19,22 66:24
67:9,12 68:8,16
70:21 72:17,17
73:5 75:19
76:20 77:23
83:7 84:5 85:1
85:6 92:8 99:23
104:10 107:13
107:13 108:16

109:1,1,9,14
**known** 102:25
**knows** 30:14
**Kostis** 106:23
**Kyle** 105:15

—————

**L**

**labyrinth** 97:5
**lack** 37:21
**landfall** 20:1
**language** 10:11
32:15 33:1
41:25 43:5
44:23,24 45:22
47:3 50:25 52:6
53:19 67:19,22
76:12 94:24
95:5 108:23,25
109:3
**large** 17:8
**largely** 110:4
**larger** 9:9 34:13
34:15
**late** 36:17 37:21
100:13 101:25
**LaTonya** 106:5
**launched** 20:11
**laurels** 21:3
**law** 3:24 5:11
9:10 18:21 22:1
22:12 27:14
33:7,12,17 38:5
39:5 40:25 41:4
41:17 43:20
44:22 48:11
54:21 64:11
75:1,12 86:12
110:12
**laws** 7:4 22:5,16
22:16 56:5 97:5
**lawyer** 22:9,12
**leader** 21:5
**leadership** 22:1
111:11
**leads** 95:5
**League** 98:21
99:2

learn 18:17 20:25
  111:5
leave 55:19
led 22:9
left 111:23
legal 7:13 18:5
  38:18,22 41:7
  103:13
legally 97:2
legislating 61:6
legislation 6:4
  7:21 8:23 21:24
  22:3 48:12,13
  55:23 56:12
  57:6 108:20
  109:17 111:16
legislative 95:2
legislator 22:9,13
legislators 95:2
  102:5
legislature 3:20
  8:17 17:24 18:6
  20:20 21:24
  89:19,23 90:1
  90:13,18 107:9
  110:16
Legislature's
  21:8
legitimacy 96:8
legitimate 4:8
legitimately
  88:22
Leslie 11:18
  105:21
let's 25:7 77:13
level 43:17 72:2
  83:17,19 85:6,7
  111:18
libraries 16:22
license 26:19
  63:1,14 70:9
  82:22 83:19
  88:15 98:10,13
license's 65:7
lieu 4:5
life 16:19,20
  22:11

light 61:8
limit 102:5
limited 93:18
limiting 90:1
limits 28:1
line 7:23 32:10
  34:4 38:16
  39:13,19 40:22
  41:23 42:24
  44:7 47:2 49:7
  50:21 66:16
  74:19 77:24
  78:4 91:22,23
  92:1,18 95:8
lines 32:9 71:9
  80:7 86:8 95:1
  95:25
Lisa 106:17
list 13:12 25:4
  26:24 29:22
  31:12 38:19
  79:5,10 80:2,4
  81:21,23 82:8
  99:19
listed 13:14,18
  14:4 23:9
listing 41:6
litany 41:1
litigated 90:5
litigation 91:16
little 13:7 17:4
  33:2 40:15
  42:18 43:9 60:2
  64:22 87:21
  99:6,6 100:12
  111:13
live 7:1 61:14
  104:11
lived 64:16 111:8
lives 19:8
local 3:9,18,25
  5:13 6:11 27:23
  30:18 51:15
  56:5 95:24
  100:10
locally 77:21
locals 3:21 4:2

10:20
location 75:5,6
  75:14 83:22
locations 53:4
  61:17 74:20
long 2:6 4:10
  37:15 47:18
  94:2 110:5
longer 19:11
  75:17
look 6:12 9:17
  10:5,6 11:8
  29:16 42:18
  45:6 49:2,4,9
  50:4,24 51:8,19
  51:24 52:7,16
  55:5 65:1 76:12
  76:25 88:23
  103:18 111:4
  111:23
looking 7:20
  34:18 40:20
  43:18 44:22
  54:10 72:23
  79:5
looks 24:15 36:4
  41:25 43:5
Lorraine 105:24
loss 98:4
lost 85:16
lot 31:2,19 32:19
  33:4 34:4,7
  37:5,16 39:3
  41:16 43:15,23
  72:10 76:21
  80:2,10 81:12
  82:20 85:1
  103:3,6 107:7
  107:10 109:4,7
  111:25 112:1
low 99:11
lower 93:20 94:3
  107:18
lowering 94:8
Luna 105:18
Luther 108:15

                M
M 1:24
Ma'am 90:22
machinations
  31:22
mail 19:10 44:10
  45:24 63:8
  64:12 72:11
  88:12 93:22,24
  95:10 101:21
mailed 95:14
mailing 19:2 47:5
maintain 20:23
maintained 21:5
  99:18
maintenance
  26:24 29:22
  31:12 38:20
  79:5,10 80:2,4
  81:21,23 82:8
  99:19
majority 29:3
  99:9
Makayla 105:11
making 16:3
  31:22 35:5
  37:23 38:2
  54:24 55:14
  56:22 62:1
  66:19 86:5
  104:9 108:1
MALE 49:1
mandates 9:19
mandatory 26:4
Manley 98:19
  100:1
manner 72:10
maps 6:11,24
March 94:23
marge 81:7
marginalized
  94:3
Marie 105:9
mark 11:4 77:5
  83:25 86:2,3
Martin 2:18
  12:16 15:1,2

23:21,22
  108:15 112:20
  112:21 114:4,5
Mary 105:17
matching 26:4
  48:9,17
mathematically
  4:7
matter 67:25
  108:24 116:4
matters 61:4
Maximum 96:6
Mayfield 2:19,20
  12:17 15:5,6
  23:8,23,24
  92:21,23,25
  93:1 112:7,22
  113:14,16
  114:6
mean 6:8 38:21
  47:10 59:17,20
  61:19 65:21
  67:3 75:7
  110:24,25
meaning 46:1
  58:6
meaningful
  20:15 62:11
means 32:17,23
  38:20 71:14
meant 19:6
measure 58:15
  58:23
measured 36:14
  37:11 54:9
measures 18:20
  37:13 60:22
mechanical
  29:13 31:19
mechanics 39:6
  54:18 60:25
mechanism
  73:23 86:14
meet 18:17
  100:25
meeting 3:6 91:2
  97:24 115:8

meetings 28:16
member 3:3
member-filed
   110:8,9
members 3:17
   16:2,6 24:14,25
   28:20,25 80:8
   86:2 93:3,10
   104:3
mental 41:4
mention 7:11
mentioned 10:4
   37:20 61:12
   108:1
mess 60:3
message 108:13
messages 27:25
   57:7
met 19:11 39:10
methods 21:7
Michael 105:14
   106:23
midterm 19:21
military 88:12
million 19:21
   56:21 89:20
mind 30:3 69:11
   93:23
minute 89:4
   97:16 102:24
Miriam 100:4
misleading 27:16
missed 114:24
mission 16:19
mistakes 68:17
   103:16
mistrust 96:19
   107:21
model 21:1,11
modernizes
   27:17 28:12,14
   28:15
modifies 26:6
moment 90:24
   102:4
Monday 19:3
money 51:22

102:13
monitoring 68:12
Monroe 105:10
month 90:5
   110:20
monthly 82:4
months 47:19
Moore 11:21
   105:22
morning 94:17
   97:20 102:25
   108:14
mother 57:25
motion 13:22
   14:13,15,16
   23:5,8,12
   112:10 113:14
   113:17,17
   115:7
motioned 23:7
motions 23:6
Motor 68:10
move 36:14
   78:16 93:5
   114:25
moved 113:18
moves 62:17
   87:10 112:7
   115:5
moving 16:12
   20:18 38:15
   42:23 43:12
   98:11
much-anticipat...
   25:14
multiple 31:17
   46:22
municipal 35:22
   79:24
municipalities
   4:11 5:2,10
   6:11
municipals 79:22
Muniz 105:8
museums 16:21

_____
             N

NAACP 105:4
name 16:6 70:8
   70:22 77:9,10
   81:12 86:3
   87:25 93:12
   94:18 97:18
   98:20 100:9
   101:13 104:4
   111:16
names 13:19 14:4
Nancy 11:17
   105:18,20
nation 22:14
   92:10
nationwide 62:6
nature 55:13
nearly 10:12,17
   89:13 104:21
necessarily 6:13
   63:18 75:8
   104:11
need 9:1 39:8
   52:2,3 57:12
   60:22 66:19
   70:19 79:18
   82:22,25 85:13
   94:9 113:12
needed 19:7
needs 19:13
   31:14 42:16
   45:6
Neil 105:7
neither 48:18
   116:5
never 26:18
   52:13 63:12,13
   64:13 86:22
   87:2 111:15
new 5:18 27:15
   32:15 41:25
   43:5 44:3 47:3
   51:25 55:23
   63:12 72:24
   74:2 77:12,14
   78:10 81:7,18
   100:15,16
   103:13

newspaper 57:9
nickname 77:15
   77:23 78:1
nicknames 28:10
   77:18
Nicole 20:1
night 30:16
   108:25
Ninety-eight
   92:20
nonforwardable
   95:10,13
nonpartisan
   51:23 93:14
normal 10:22
   72:15
Northeast 6:23
notaries 86:25
   87:2
notarized 86:22
   87:1
notary 86:23
notes 5:10
notice 7:21 28:12
   28:13 41:10
notices 95:14
November 18:14
   57:25 85:15,17
   93:24
number 8:22
   9:11 24:17
   28:20 29:3,11
   29:13 35:12
   63:1,6,16,21
   64:5 65:7,7,8
   65:19,20,24
   66:5 70:9,10
   71:21,22 77:24
   79:11,12
   108:17
numbered 82:9
   95:8
numbers 40:22
   40:22 85:4
numerous 99:12
nutshell 71:13
NW 1:24

_____
             O

o 108:22
o'clock 89:2
oath 55:20,22
   56:2 86:11,22
   86:24
oaths 86:12,15,18
   86:20,24
Oberlink 101:11
   101:13,14
   102:18,20
obituary 70:22
objection 112:9
   113:19 115:6
objections 93:8
obligation 96:25
obligations 101:5
obviously 24:21
   29:8,16 31:11
   33:15 34:15
   37:16 39:8
   41:12 43:15
   46:7,14 48:10
   52:10 60:25
   62:15 64:15
   71:25 75:10
   76:19,24 77:25
   79:23
occur 79:16,25
   80:1
occurred 7:9
   85:23
occurring 62:8
   79:25
occurs 79:11
   80:2 82:9
October 19:16
Od'Juan 105:6
odd 9:10 79:11
   79:12 82:9 95:8
OECS 34:22
office 3:4 4:14
   21:25 26:13
   32:10,11,12
   33:17,21 34:22
   46:10 47:23
   56:15 60:11

61:19 75:3,18
75:25 77:11
81:15
**Officer** 18:11,11
18:12
**officers** 27:13
87:7
**offices** 16:5 94:6
**official** 42:1,3
60:10 70:5,20
71:1 81:22,23
83:19 99:14,15
99:22
**officials** 96:23
**oh** 40:16 49:1
73:25 76:4
**okay** 32:8 34:2
39:1,12,12,25
42:23 44:3,7
45:11 46:24
49:24 51:11
57:18 70:3
73:25 74:15,16
77:1,2 85:24
87:19,22 98:1
**old** 81:18 97:21
**Olson** 11:17
105:20
**once** 9:11 21:16
48:4 53:9 56:14
68:15 83:10
93:21
**ones** 50:10,12,15
79:6 108:3
**online** 20:11,14
44:10,25 45:10
58:25 59:3
82:23
**onus** 97:3 108:2
**onuses** 31:20
**open** 28:5 103:19
**opening** 22:24
**operate** 92:9
107:17
**operating** 31:24
45:5
**operational** 79:4

**operations** 18:19
100:25
**opinion** 97:24
**opportunities**
69:6
**opportunity** 16:9
19:19 30:2
47:15 58:18
64:22 108:18
109:2,4,24
**oppose** 101:15
**opposed** 57:8
**option** 28:4 57:8
89:17
**options** 41:12
60:2 66:6
**order** 19:17 20:3
29:10 53:3
69:18 98:14
**organization**
35:7,14 36:12
38:8 53:10,14
53:20 56:10
58:12,20 61:6
65:4,11 66:8
67:6,16 68:1,9
84:6,22 89:11
93:14 103:6
**organizations**
26:9 34:9 35:2
35:16 36:16
37:15,22 53:6,9
54:19,20 55:5,7
56:25 58:11
60:10,12,18,21
61:9 68:11 94:1
94:2,7 96:17
99:2,7 101:2
102:1 103:10
103:13 107:16
**out-of-state**
82:20,22 86:25
87:1
**outcome** 91:14
**outside** 27:21
48:5 72:15
**outstanding** 27:5

**overarching**
16:19
**overlap** 35:22
**overlook** 52:10
**overshadows**
96:24
**oversight** 16:25
94:7
**overturned** 91:7
**overwhelming**
18:21 29:3
**owe** 56:3

_____

**P**

**p.m** 2:5 69:18
**package** 25:15
**packets** 14:8
**page** 25:4 29:11
29:13 32:10
39:16 40:22
47:3 49:7 50:21
62:21 65:2
66:24 69:23
71:8
**pages** 86:8 92:20
95:1 97:22
**paid** 85:5
**Palm** 17:21 61:14
79:23
**Pamela** 105:4
106:10
**pandemic** 72:10
**panel** 91:13
**Paper** 88:16
**parallel** 4:1 5:14
**part** 5:13 7:6
17:2 22:2 42:2
69:3,9,11 77:15
86:6,6
**participate** 96:13
**particular** 86:6
**particularly**
25:20 86:18
104:8
**parties** 28:2 51:1
51:5,15 93:24
116:7

**party** 50:14
51:22 53:9 66:8
86:19 107:10
**pass** 25:6 32:6
**passed** 90:1
94:24 97:23
104:20
**passes** 9:11
102:11
**passion** 16:12
**Patrick** 103:25
104:2,5,24
**pattern** 90:6
**PCB** 110:7
**pen** 67:8,8
**penalizing** 101:4
**penalties** 7:12
9:18 59:22 60:1
61:20 100:16
101:23
**penalty** 28:23
**pencil** 67:8
**pending** 27:8
**people** 16:13
32:19 45:16
59:2 61:15,19
61:21 63:10,21
64:4,4 69:6
72:11,14 73:17
74:9 79:7 81:1
81:8,13 96:12
96:18 97:2 99:7
99:8,8,10,10,10
101:19 104:15
104:17,19
107:17 109:1
**percent** 10:16
71:12 89:15,24
**Perfect** 11:19
**period** 20:1
**periods** 76:8
**permitless**
104:20
**person** 26:20
27:7 40:16 41:6
44:11 45:18,19
46:1 53:21 58:7

58:16 63:3,4
65:2 70:7,12,22
75:8,12 81:11
84:21 85:5
86:23 88:10
104:9
**personal** 14:3
20:17 26:10
36:8 37:5 65:6
**personally** 16:4
27:12 62:17
**personnel** 88:13
**persons** 70:1,5
**petition** 85:4,6
95:25
**petitions** 85:3
**PhD** 78:7
**phone** 57:25
59:19
**phonetic** 87:13
104:1
**physical** 74:20
**pick** 75:17,24
76:10
**picked** 96:17
**pickup** 74:20
**piece** 111:16
**Pinellas** 79:23
**pivot** 46:18
**pivoted** 19:17
**Pixley** 103:25
105:1
**place** 7:14 22:10
32:7 40:7 68:15
75:15 83:22
88:24 110:15
**places** 19:9 80:10
99:12
**placing** 97:3
**plans** 19:18
**please** 2:7,25
12:8 14:18
15:20 23:11
30:3,9 87:17
90:24 92:24
97:12,16
102:20 104:24

112:11
**pleasure** 30:15
**podium** 15:18
**point** 18:15 34:20
    44:22 46:18
    50:19 59:15
    76:19 92:18
    94:20 95:7
**pointed** 45:16
    109:16
**pointing** 50:5
**points** 11:9
**policy** 7:23 35:5
    38:6 48:16 50:4
    51:11 80:17
    81:5 94:18
    97:23 103:19
**political** 27:13,19
    28:2 51:1,5,14
    51:15,21
**politics** 102:13
**poll** 17:21 49:8
    49:10,18,20,21
    49:22,23,25
    50:10 61:16
    62:4,5 71:21
    88:2,2 89:22
**polling** 19:9
    75:15
**polls** 50:14 58:3
    88:10
**Polsky** 2:21
    12:18,19 15:3,4
    23:25 24:1 30:7
    30:8,12,22 32:1
    32:2,8,25 34:2
    34:13 37:19
    38:14,15,24
    39:1,12,18,22
    39:24,25 40:11
    40:12,20 41:21
    41:22 42:6,9,23
    43:1 44:3,7,15
    44:18 45:11
    46:5,24 47:1,2
    47:13 48:25
    74:14,16,17,17

74:25 75:16,23
    76:5,11,17 77:1
    80:8 82:15,16
    82:17 107:3,4
    108:21 112:23
    112:24 114:7,8
**pool** 63:10,21
    64:3
**population** 3:22
    4:6 10:15
**portion** 53:4
    57:12 72:16
**portions** 68:14
**Posey** 106:6
**position** 3:5
    24:12
**possible** 4:5,7
    21:21 52:21
    79:17,20
**possibly** 31:8
**post-** 27:2
**postage** 80:24
    81:2
**potential** 35:9
    54:4 56:24
    102:2
**potentially** 39:14
    41:19,24 47:7
    49:10 70:23
**Powell** 2:22,23
    6:1,2,3,15,18
    7:16,18,20 8:2
    12:20,21 13:24
    13:25 14:2,7,12
    15:7,8 16:3
    24:2,3 52:19,20
    52:25 54:1 55:3
    55:15 56:1,8,17
    56:18 57:5,22
    59:8,9 60:7
    61:11,12 62:19
    62:21 63:25
    64:1,2,9,24,25
    65:17 66:3,22
    66:23 67:5,18
    67:19,24 68:3,5
    69:1,12,22,25

70:4 71:5,6,8
    72:5,7,22 73:7
    73:10,13,25
    74:17 77:3,6,7
    77:13 78:3,4,6
    78:7,8,12 81:7
    84:1,3,4,15
    108:10,11,12
    112:25 113:1
    114:9,10
**power** 96:10
**practicable** 4:5,9
    10:13,17
**practical** 4:9
    10:13
**practice** 47:11
**practicing** 17:6,7
**practitioners**
    39:9
**preceding** 70:6
**precinct** 28:15
    43:17 71:23
    72:1,8 73:18
    88:1
**precinct-level**
    71:18 73:21
**precincts** 72:8
**preemption**
    51:19
**preempts** 27:23
**prefilled** 66:12
    66:15,24,25
    67:9
**prefilled-** 68:1
**prefilled-out**
    67:17
**preliminary**
    32:13
**preparation**
    56:22
**prepare** 79:21
**prepared** 18:7
**prequalify** 28:19
**present** 2:24
**presented** 88:16
**president** 91:1
    97:19 98:21

**Presidential**
    27:11
**press** 59:4
**pretty** 33:9 47:19
    47:20 67:4,11
    91:8,20,22,24
    92:1 107:6
**prevent** 96:12
**previous** 22:8
    89:18,25
**previously** 62:24
    72:9,14
**primarily** 17:9
    98:5
**printed** 75:19
    76:1
**prior** 68:22 69:15
    81:13
**private** 60:11
    86:3,17
**privilege** 16:7
    22:17
**proactive** 110:25
**probably** 7:23
    8:23 53:3 85:11
    104:19
**problem** 53:15
    57:23 58:9 85:5
    85:19 96:18
    103:11
**problematic**
    45:23 55:18
    72:13 108:21
**problems** 10:24
    103:14
**procedural** 28:17
**procedures** 41:1
**proceeding** 95:15
**process** 4:15 5:21
    7:10,13 8:11
    9:20,22 10:25
    17:20 20:16
    21:21 23:1
    25:18,23 29:7
    30:13 32:7 40:8
    41:17,18 53:21
    56:20 59:23,25

84:12 94:21
    95:4 107:6
    108:8,22 109:5
    109:6,11
    110:11,11,13
    110:15 112:2
**processes** 26:22
    40:6 47:22
    56:22
**product** 31:7
    110:4 111:24
**professional**
    22:11 77:11
    78:6
**professionals**
    21:12
**profit** 55:8,14
**program** 93:12
**progress** 29:23
**prohibiting**
    67:25
**prompted** 62:12
**prompting** 60:21
**promptly** 33:15
**proof** 83:14
**propensity** 90:9
**proposed** 25:11
    25:24 26:3
    27:17 28:3 29:2
    55:24 93:6
    107:2 110:7
    113:15,19
**proscribes** 28:9
**prosecuted** 85:9
**prosecution**
    46:23
**prosecutor** 26:14
    33:13
**protect** 16:25
    26:9 37:4 61:6
    62:2,14 88:21
**protecting** 58:16
    71:2
**protection** 22:12
    60:22
**protections** 26:16
    37:14

Protocol 18:11
proud 17:2 19:22
  20:9 110:24
provide 24:22
  26:5 27:1 29:12
  33:11 36:1
  41:14 42:21
  43:9,10 45:2
  56:11,13 57:5
  57:11,15 60:1
  65:9 67:16 80:3
  93:20 110:3
provided 25:18
  27:11 43:7 62:5
  116:4
provides 28:3
  75:12
providing 36:8
  37:8 39:9 40:4
  41:8,17 44:1
  56:24 69:5 72:3
  72:24 101:2
provision 4:2
  5:13 62:11
  63:24 64:11
  78:13
provisional 27:9
  68:6,7,19,23
  69:4,6,16,20
provisionally
  68:19
provisions 5:15
  24:21 28:18
  29:3,4 31:3,12
  33:24 42:18
  57:7 61:8,10
  75:13 77:18,22
  79:15,18 80:9
  81:22 86:10,15
  110:9
prudence 30:25
  31:24 108:25
public 17:14
  20:13 29:17
  98:1 102:6
  107:22
publication

41:10
punitive 99:1
purely 71:18,19
purged 89:14
purges 99:19
purpose 27:1
  28:1 32:22
  46:12 61:4,7
  66:17
pushing 104:21
put 6:24 31:20
  34:7 35:12
  45:12 47:9
  49:10 51:1 59:3
  64:22 68:15
  69:19 77:14
  98:6 101:16
  111:16
puts 9:17
putting 19:8
  25:16 33:19
  35:19 50:25
  51:5 54:22 99:5

          Q
qualifying 27:22
quality 16:20
quarterly 27:21
question 5:9,17
  6:1,19 8:3 11:4
  13:24 14:1
  29:10 30:23,23
  30:24 34:13
  42:3 45:13
  46:25 47:14
  49:16 60:8
  63:24 65:14
  67:3 69:3,9
  74:25 75:21
  77:3,8 82:15
  84:8 86:13
  90:22 92:18
  104:19
questioned 69:13
questions 4:20
  8:22 11:11
  22:21,25 23:2

24:20 29:8,16
  30:6,11,13
  32:10 48:20
  49:6 52:22,24
  53:2 57:13
  74:12 82:12,14
  83:4 90:23
  109:24
quick 39:17
  74:14 77:8
  90:21,23 93:18
  96:6
quickly 19:17
  20:2 57:3,6
  68:13 70:15
  74:19 107:5
quite 37:20 58:23
  110:5
Quorum 2:24

          R
racial 90:12
raise 15:20
raised 76:24
raises 100:19
  101:22
Raising 100:22
Ramba 64:19
  77:4 78:18,21
  78:23 82:18
  83:1,2 84:5,14
  84:15 110:1
rate 89:24
rates 89:17
  104:15
Rattigan 105:9
Raymond 105:16
reaching 4:23
read 100:1,12
  102:7
reading 30:15
  42:12 44:9
  60:19 100:13
real 39:17 54:13
  54:13 77:8
  83:17 88:15
  90:21 102:12

real-world 57:24
reality 48:12
really 9:19 29:16
  31:17,23 40:4,8
  46:9,12 47:13
  48:14 52:14
  61:4 63:10
  66:16 79:3,16
  79:21 80:1,5
  81:5 82:9 83:9
  84:17 97:24
  103:18 107:6
  108:7 114:20
reason 22:2 37:8
  49:7 50:9 59:7
  65:8 66:7,21
  79:9 85:11
reasonable 38:11
  38:18,21 54:16
reasons 41:2,3
  108:5
recall 65:19
receipt 36:2 53:8
  53:21 54:15
  56:11,14,19,25
  57:10,23 58:14
  59:7,12 83:15
  84:7,9,11 85:18
  100:16
receive 83:8
  101:20
received 28:7
  30:14 31:10
  39:3 48:4 57:25
  64:16 70:5
  81:25 112:4
receives 33:14
recipe 93:16
recognition 57:5
recognized 3:11
  5:6 7:19 12:1
  15:22 25:10
  30:10 52:21,23
  78:20 87:16,23
  89:8 94:15 96:3
  101:12 109:20
recognizing 35:6

48:13 62:8
recommend
  13:22 14:14
  23:5,7,9
recommendation
  49:18
recommendati...
  25:17 26:15
  51:8 80:4 110:4
recommended
  15:14 24:9 32:6
  37:13
reconcile 72:11
  73:19
reconciliation
  43:2,3 71:9,13
  71:17 72:16,22
  73:14
record 58:13
  113:13
recorded 6:9
  73:16 114:22
recording 1:10
  116:3
records 3:6 38:17
  95:18 99:14,15
  99:23
recurring 33:6
redistrict 9:4,7
  9:10
redistricting 3:9
  3:25 6:25 10:25
  17:17
redraw 5:3
redrawing 6:7,10
reduced 65:10
reduces 93:25
  94:6
reducing 36:10
  100:24
reelected 17:12
referred 20:21
  33:14
referring 83:6
refers 99:13
reformats 73:24
reformatting

33:7
**regard** 4:6 53:1
  55:16 108:17
**regarding** 34:17
  49:7 50:22 52:5
  52:6 56:23
  76:18
**regardless** 61:4
**regards** 107:15
**register** 35:11,20
  35:24 45:9
  53:10,13 55:11
  56:14 58:6 59:2
  64:5 82:21,23
  93:21 96:18
  98:14 101:8
  102:2 104:15
**registered** 35:10
  35:17 39:14
  41:24 55:7 58:1
  58:4,12,13,19
  59:5,6 60:15
  62:22 64:12
  65:18 73:17
  84:8,18 95:11
  95:14 104:11
**registering** 53:21
  96:5 103:11
  104:13
**registers** 85:14
**RegisterToVot...**
  20:12
**registrants** 63:12
**registrar** 88:3
**registration**
  20:12,14 26:9
  26:11,24 27:7
  28:7 34:3,8,24
  35:1,7,14,16
  36:11,16 37:15
  38:8,16 53:5
  54:2,5,19 55:18
  56:10 58:10,25
  59:3,13 60:9
  61:5,9 65:3,4
  65:21 66:8 67:6
  67:16 68:1,2

71:3 84:19,22
  85:7,20 94:1,3
  95:17 96:16,19
  96:20 101:20
  101:23 103:5,8
**registrations**
  34:17
**regulated** 54:20
**regulating** 27:15
**regulations** 60:17
  103:13
**related** 6:21 7:22
  8:9 24:20 27:6
  33:16 37:14
  39:3 68:7 69:4
  76:9 77:22
**relates** 42:15,17
**relating** 25:8
**relation** 57:10
**relative** 116:6
**release** 59:4
**released** 31:7,25
**relevant** 70:18
**relief** 19:15
**rely** 112:1
**remark** 22:24
**remember** 18:23
**remind** 58:24
  103:8
**reminder** 108:14
**remotely** 111:17
**removal** 41:1
  71:4
**removed** 27:8
  41:2 70:25
**render** 48:1
**reorganization**
  71:19
**reorganizing**
  44:6
**repeal** 28:5
**repeatedly** 90:7
**report** 25:20
  26:16 33:17,23
  33:25 43:13
  68:11
**reported** 13:1

113:7 114:16
**reporting** 27:19
  27:24 94:5,8
**reports** 27:3 43:4
  43:6,10,13,15
  43:19,20 44:4
  72:22
**represent** 64:20
  103:21
**representative**
  20:24
**represented**
  110:2
**representing**
  17:8 78:19
**republic** 16:25
  18:4
**Republican**
  51:16,17 88:4
**request** 14:9 44:9
  44:11,25 45:9
**requested** 95:17
**requesting** 36:9
  44:8 95:20
**requests** 13:16
  19:15
**require** 34:10
  35:20 56:13
  59:12
**required** 5:3 26:5
  27:2 33:22,25
  56:10 63:3
  80:25 98:13
  108:22
**requirement**
  38:6 54:16
  56:19 72:23
  88:14 100:16
**requirements**
  3:19,22 5:14,16
  26:6,8 27:18
  28:9,12,14
  34:11 39:10
  41:19 81:14
  86:19
**requires** 27:4,10
  82:3 86:12

**requiring** 26:17
  33:13 36:1 56:2
  59:21 71:1
**research** 14:3
**reside** 83:21
**residence** 4:4
  41:7,7
**residency** 83:3,4
  83:12,14
**residential** 38:18
  38:22
**resourced** 94:5
**respect** 45:15
**respectfully**
  94:20
**respond** 11:7
**responsibilities**
  18:3 22:15
**responsibility**
  31:6 54:25
  60:13
**responsible**
  85:21
**rest** 19:23
**restate** 33:12
  75:20
**restating** 33:2,6
  69:11
**resting** 21:3
**restitution** 108:4
**restoration** 89:22
**restrictions** 51:5
  98:6 101:25
**result** 33:17
  107:14
**results** 43:16
  71:18,23 72:1
**retain** 37:7 65:5
  66:20 82:2
**retained** 38:9
**retaliate** 62:15
**returned** 36:18
  36:23 47:5 95:9
  95:10,12,13
**returning** 36:17
  89:20 107:25
**returns** 20:7

**revenue** 34:21
**review** 14:9 28:6
  32:11,12 40:6
  46:11 79:3 95:3
  98:24
**reviewed** 34:20
  34:23
**revised** 44:24
**revises** 26:22
  27:2
**revising** 27:19
**Rich** 102:22,22
  102:23
**right** 9:2 11:19
  14:16 15:20
  29:11 31:6,8,18
  38:12 39:3,4
  40:18 45:11
  58:17 63:16
  76:11 78:16
  83:10 85:17
  86:17 88:22
  89:21 96:13
  104:18
**rights** 3:23 17:10
  18:3 22:15
  89:11,22
  108:18
**rip** 45:20
**Rising** 101:15
**Robert** 105:8
  106:24
**ROBERTS** 49:20
**Robertson**
  105:13
**Robyn** 105:16
**Rodriguez**
  106:13
**role** 36:5
**roll** 2:7 12:8
  14:18 23:11
  97:7 112:11
  113:20
**rolling** 8:24
**rolls** 26:2 38:21
  89:14
**Ron** 16:8

**room** 103:1
113:16
**Rouson** 2:10,11
4:21,22 5:9
12:22,23 15:9
15:10 16:1,3
24:4,5 25:6,7
25:13 29:19,25
30:5,10 32:1
38:14 40:11
41:21 42:8 47:1
48:19,23 49:2
49:12 52:19,23
53:23 57:17,19
57:21 59:8 60:5
61:11,23 62:19
64:1,7,24 66:1
66:22 67:1,10
67:18 68:3,24
71:6,15 72:6,20
73:7,12 74:8,16
77:2,16 78:16
78:21 82:13,16
83:1,24 84:2,14
85:24 87:12,16
87:20,23 89:1
90:17,20,24
91:4 92:14,22
92:25 93:7
94:10,13 95:22
96:2 97:10,14
98:15,18 99:20
99:25 101:7,9
101:11 102:16
102:19,21
103:23 104:23
105:1 108:9,11
109:19 112:5
113:2,3,6,12
114:11,12,15
114:20
**Ruiz** 100:6
**rule** 22:1 79:19
90:25
**ruled** 90:3
**rulemaking** 36:3
54:17

**rules** 23:8 79:20
103:12
**ruling** 91:7,9,11
91:14,18
**run** 87:20
**running** 4:14
**rushed** 95:4

─────── **S** ───────
**Sabrina** 106:3
**sacred** 88:21
**safeguard** 18:20
**safeguarding**
20:16 26:2
**safeguards** 35:13
**Safety** 40:25
**said/he** 58:11
**same-day** 96:20
**save** 81:2
**saves** 28:5
**saw** 19:4
**saying** 8:18 59:15
61:2 75:23 91:9
91:24 108:3
**says** 4:2 5:20
10:12 11:18
42:10 65:4 87:5
**SB** 3:9 12:8 13:1
90:1,22 91:6,22
**scenario** 46:16
46:22 70:21
**scenarios** 64:19
**schedule** 27:24
**school** 4:12 6:24
9:6 10:14 97:21
**Scoon** 97:15
98:18,20,21
99:21,22
**scope** 47:18
**scratch** 81:18
**se** 48:17
**seats** 3:21
**second** 7:6 69:11
69:18 102:25
**secrecy** 48:6
80:12
**secretary** 15:17

15:21,22,25
16:8,13 18:8,9
22:13,18,24,25
23:2,5,7,9 24:8
24:10,14,23,25
25:3 26:5 43:8
47:16 53:7
57:10,15,20
59:9,11 60:4,24
73:5,9,11 74:5
78:25 79:2
82:19 84:9 88:3
97:1 103:1
110:1 111:11
**section** 29:11,22
34:3,5 40:25
42:11,14 44:2
45:14 46:3,5,6
55:17 61:25
67:13 68:6 69:2
71:9,10,13 74:3
77:9 79:10
100:14
**sections** 29:1
34:14 40:20,21
86:7
**secure** 38:13
**security** 18:19
21:25 26:1,13
26:20 32:12
33:22 34:23
46:11 63:1,6,17
63:21 64:5 65:8
65:19,20,24
66:4,5 70:9
**see** 14:4 18:19
24:10 30:25
33:5 44:9,11,22
52:2,5 56:12
73:3,3 78:13
80:24 81:5
84:17,20 85:5
88:9,15 102:12
103:2 108:19
109:14
**seeing** 10:23,24
11:12 12:1 23:2

23:4 82:14
103:14 112:10
114:25 115:4,6
**seek** 7:2
**seen** 17:23 78:8,8
107:7,8
**semesters** 98:12
**Senate** 3:15
68:14 90:4 93:6
**Senator** 2:12,13
2:14,15,16,17
2:18,19,20,21
2:22,23 3:9,11
3:13 4:17,21
5:5,7,9,11 6:1,2
6:3,4,14,15,17
6:18 7:16,18,20
7:25 8:1,2,13
8:14,15,21 9:23
9:24 10:1,3,8
11:6,8,9 12:2,3
12:9,10,11,12
12:13,14,15,16
12:17,18,19,20
12:21 13:3,6,16
13:24,25 14:2,6
14:12,16,19,20
14:21,22,23,24
14:25 15:1,2,3
15:4,5,6,7,8
16:3 23:13,14
23:15,16,17,18
23:19,20,21,22
23:23,24,25
24:1,2,3,14
25:10 29:19
30:7,8,12,22
32:1,2,8,25
34:2,12 37:19
38:4,14,15,23
39:1,12,18,22
39:23,25 40:11
40:12,19 41:21
41:22 42:6,8,9
42:23 43:1 44:3
44:7,15,18
45:11 46:5,24

47:1,2,13 48:21
48:22,23,25
49:3,12,15,23
49:25 50:9,17
50:21,24 51:11
52:4,13,18,19
52:20,25 53:1
53:23 54:1 55:3
55:15 56:1,8,17
56:18 57:4,22
59:8,9 60:6
61:11,12,23
62:4,19,21
63:25 64:1,2,7
64:9,24,25
65:17 66:1,3,22
66:23 67:1,5,10
67:18,19,23
68:3,5,24 69:1
69:12,22,25
70:4 71:5,6,8
71:15 72:5,7,21
73:7,10,13,25
74:14,16,17,24
75:16,23 76:5
76:11,16 77:1,3
77:6,7,13,16
78:3,4,6,12
80:7 81:6 82:15
82:16,17 83:5,5
84:1,3,3,15
90:21 91:3,6,17
92:13,15,17,21
92:23,25 93:1
97:17 107:3,4
108:10,11,12
108:21 109:20
112:5,7,12,13
112:14,15,16
112:17,18,19
112:20,21,22
112:23,24,25
113:1,2,8,14,15
113:18,21,22
113:23,24,25
114:1,2,3,4,5,6
114:7,8,9,10,11

114:22 115:4
**senators** 3:7 13:7
  25:7,14 28:25
  74:8 94:17
  97:25
**send** 47:9
**sending** 68:1
**senior** 47:7 97:21
**sense** 37:12 97:25
**sensitive** 54:14
**sent** 95:10
**sentence** 95:7,25
**sentences** 94:22
**separate** 13:16
  80:12
**separately** 13:15
**September** 18:23
  85:15
**Sergeant's** 3:4
**series** 30:8,11
  36:18 52:22,24
  64:13
**serious** 85:13
**serve** 18:8,9
  24:11
**served** 17:13,17
  17:21
**service** 101:3
**serving** 16:12
  22:18
**session** 8:5 30:20
  31:17 110:10
  111:23
**sessions** 25:25
**set** 20:2 56:21
  85:23 90:6
**seven** 41:9 70:25
**severely** 93:25
**share** 16:10
  19:14
**sharing** 82:6
**sheer** 31:1
**shell** 94:22
**shepherding**
  114:21
**Sheryl** 106:6
**Shh** 44:13

**short** 4:10 10:2
**shortening** 59:25
**shortly** 107:5
**show** 13:1 15:13
  83:14,20 84:10
  112:10
**side** 109:3,3
**Sierra** 106:2
**sifting** 40:24
**sign** 62:12,13
  81:11
**signature** 26:4,7
  48:5,9,17 65:8
  80:11,12,13
  81:3
**signatures** 28:11
**signed** 48:8 81:8
**significance** 38:7
**signing** 86:24
  95:20
**silence** 3:1 102:9
**similar** 10:4
  77:10 85:1
**simply** 4:1
**single** 47:16,23
  88:10 111:24
**sir** 7:18 12:7
  15:18,24 24:13
  24:22 70:2
  103:2
**Siri** 44:13,14,15
**sit** 109:2
**situation** 10:4
  48:2,14,16
  78:14 111:7
**situations** 40:8
**Skhir** 93:9 94:13
  94:16,18 95:23
  95:24
**slammed** 18:24
**sleep** 95:4
**sleeves** 48:6
**slip** 46:17
**small** 17:8 63:10
  63:20 64:3
**smoothly** 32:20
**Sochaczewski**

100:2
**Social** 26:20
  62:25 63:6,17
  63:21 64:5 65:8
  65:19,20,23
  66:4,5 70:9
**SOEs** 76:23
**sole** 61:7
**solutions** 19:14
**somebody** 6:10
  35:9,15 36:8
  41:2,15 42:4
  45:24 50:6
  53:13 56:2
  70:24 78:9 84:5
  85:3
**somebody's**
  36:25 37:2 55:1
**someone's** 67:7
**son** 58:1
**soon** 79:17
**sorry** 36:20
  39:18,24 42:7
  48:23 68:20
  84:2
**sort** 9:12,17
  46:18 47:24
  48:13 75:2
  91:22,23 92:10
**sought** 90:8
**sound** 76:2
**sounds** 111:19
**source** 41:23
  70:10 99:19
**sources** 42:1,4
  70:20 71:1
  81:22,24
**South** 96:10
**southwest** 18:24
**Spano** 11:22
  105:23
**SPB** 25:8,14
  112:7,11 113:6
  113:20 114:15
**speak** 3:2 74:9
  92:6,6
**speakers** 89:3

**speaking** 3:5
  55:12 69:11
  77:4,5,18 78:18
  87:13,14 89:7
  104:5
**speaks** 75:1
**special** 15:16
**specific** 7:11
  35:20 37:7
  57:13 62:2
  63:22 64:19
  92:18
**specifically** 24:20
  26:3 40:13
  86:21
**specified** 27:5,10
  28:13 43:20
  67:24
**specifies** 27:7
  78:1
**specify** 66:10
  70:16,19
**specifying** 62:2
**speculating** 45:2
**speech** 55:10
**speed** 87:21
**spending** 17:22
**spite** 20:5
**spoil** 8:19
**sponsor** 86:13
**sponsor's** 103:19
**staff** 8:23 14:10
  78:24 79:4 95:2
**staffs** 18:17
**stakeholders**
  35:6 54:8 112:1
**standard** 5:1,4
  10:19 17:25
  20:22 110:23
**standardization**
  44:1
**standardizes**
  28:10
**standards** 7:3
**standpoint** 79:4
**star** 83:18
**Starks** 106:5

**start** 16:22 30:13
  53:16,17 79:20
  103:14 110:10
**starting** 34:4
  95:8
**state** 3:19 4:2 5:4
  5:12,12,15,19
  16:8,13,14,15
  16:17,18 17:1,6
  17:7,17 18:4,8
  18:9,21 19:24
  22:13,14,18
  24:17 25:19
  26:5,23 28:8,18
  29:4 31:22
  34:16 36:3 43:8
  51:17 53:7,20
  54:17 56:3,4,23
  58:19 59:1
  60:16 62:23,24
  63:18,22 73:2
  78:25 79:23
  81:1 82:4,5,7
  88:20 89:12
  92:7 95:24
  96:16 97:1 98:8
  98:8,9,10 99:5
  99:13,16
  100:10 101:5
  101:18 105:5
**state's** 26:15 97:4
**states** 92:12
  111:4
**statewide** 26:14
  33:13 51:19
  81:16 85:3
**status** 21:5
**statute** 5:12,15
  5:19,20,23 9:3
  10:12 27:24
  35:2 77:22
  79:10 85:23
  87:5
**statutory** 20:7
**stay** 97:8
**step** 20:15 109:14
  109:15

stick 24:15
stop 30:1
stops 31:17 32:3
storm 19:5
straightforward
  96:21
strategist 94:18
streamline 80:5
streamlined
  56:20 59:23
streamlines
  27:18
Street 1:24
strength 22:14
strengthens 26:8
  26:16
stricken 33:3
stringent 34:10
  81:13
struck 92:4
struggle 84:17
struggles 85:2
stuck 9:13
students 82:21
  98:8 104:8,10
  104:14
stuff 40:3 43:24
  109:4
sub 90:25
subject 3:18,21
  71:3 110:9
submission 43:14
  43:21 93:5
submit 36:24
  38:10 57:1 94:9
submitted 34:25
  43:7,19 45:24
  86:24 112:8
  113:15,18
suboptimal 95:6
substantial 31:4
  33:9
success 21:10
succinctly 87:17
suddenly 40:17
suggest 30:2
suggestion 52:5

suggestions
  24:17
Suite 1:24
sum 30:24
summaries 43:21
summary 43:14
summation 90:11
Sunbiz 16:22
Sunset 28:6
Super 111:1
supervisor 19:10
  37:9 38:17,19
  39:13 42:13
  47:16 56:13
  58:18 59:15,24
  60:11 62:3
  68:20 69:14
  81:15 84:9 97:1
  110:2
supervisor's
  40:16 47:23
  75:18,25
supervisors
  18:16 19:12
  20:6,13 21:11
  21:17 25:21
  26:23 28:11
  29:5 30:19
  31:11,20 37:12
  38:25 40:5
  42:19 56:15
  59:1 64:17,18
  74:21 75:3
  76:14 78:13,19
  78:24 79:6
  80:15,16 82:1,6
  87:6
support 12:5
  20:20 21:8,23
  93:20 109:16
  112:3
suppose 65:1
supposed 7:1
supposedly 87:1
suppressing
  92:19
suppression

90:14,15 104:7
  111:14
Supreme 91:18
  91:20,21,24
  92:2,3,10
sure 31:18,22
  37:17 38:12
  39:8 45:20
  47:12 51:4 52:8
  52:9 53:3 54:12
  54:23,24 56:22
  60:2 65:16
  68:13 71:12
  75:21 76:12
  88:7 104:20
surprise 8:20
surveying 80:8
suspenders 46:9
suspending 20:3
swift 47:20
sworn 15:21
system 20:12,15
  21:4,9 96:8

_____

          T
tab 3:8 13:10,14
  15:14 23:10
  25:8
tabs 13:18 14:14
  14:17
take 3:8 13:10,17
  25:7 32:7 38:8
  38:20 40:17
  47:18 80:10
  88:24 89:3 95:4
  102:24 109:13
  110:15
taken 7:12 13:15
talk 37:17 39:15
  58:8 82:8 86:21
  97:22 109:5
talked 111:14
talking 46:4
  52:16 59:24
  61:25 67:13
  69:1 86:11
talks 38:16 53:4

68:8 74:19
  79:11
Tallahassee
  19:14
tape 111:1
target 104:8
targeting 104:16
task 7:12
taskers 13:9
Tatiana 105:25
Tatishka 106:9
tax 83:8 89:22
team 111:12
technical 29:14
  31:4,19 40:2
  107:12
technology 57:2
  57:5 81:20
teenage 58:1
teeth 54:23
telephone 27:25
  44:12
tell 21:17 51:21
  53:19 80:18
  97:2
Templin 102:22
  102:22,23
  103:24
tens 98:7
term 37:21
terms 31:25
  68:16
Terrance 2:7
  12:8 14:18
  23:11
testify 40:14
testimony 29:17
  57:12 64:21
  65:1 78:15
  109:23 110:18
  111:14
text 27:25 57:7
  108:13
thank 2:25 3:13
  4:17,22,23 5:7
  5:9 6:3,17,18
  7:16 8:1,2,14

8:15 9:24 11:9
  11:10 12:3,6,7
  13:3,5 14:6,12
  15:18,23,25
  16:2,9 22:22,23
  24:13,22,25
  25:12 29:6,17
  29:19 30:4,8,12
  30:21,22 32:2
  32:24 34:2,12
  37:19 38:3,15
  38:23 39:12,23
  40:19 41:22
  45:11 47:2,12
  48:19 49:5,13
  49:15 50:16,20
  52:15,18,20,25
  53:24 54:1 55:3
  55:15,25 56:8
  56:18 57:4,20
  59:9 60:6,7
  61:12,24 62:21
  63:25 64:8,9
  66:2,3,23 67:19
  67:23 68:5,25
  69:22 71:5,8,16
  72:21 73:10,11
  73:25 74:18,24
  76:6,16 77:1,7
  78:11,21,24
  82:13,17,17
  83:2,24 85:24
  87:10,12,24
  88:5,24 89:1,9
  90:17,19,20
  91:3,4 92:14,16
  93:10 94:10,12
  94:16 95:22
  96:1,4 97:10,12
  97:17 98:15
  99:20,25 100:8
  100:8 101:7,10
  102:16,18,21
  103:22,23
  104:2,23 107:4
  108:10,12
  109:18,22,25

113:10 114:19
114:19,20
115:8
**theft** 37:5
**theme** 66:17
**themes** 33:6
**theories** 32:21
**they'd** 33:24
**thing** 64:10
**things** 31:21
32:22 35:19,25
43:24 54:11
65:14 85:10
107:19 108:19
**think** 6:20 7:23
8:4 9:1 10:5,9
10:18,23 11:18
21:3 29:14,21
30:14,24 31:5
31:23 33:11
35:25 36:13
37:11 40:16
45:1,25 46:16
47:17 48:12
50:18 53:17
54:15 56:9
59:20 60:8,24
62:17 66:6,11
66:20 67:3,14
69:12 71:10
74:10 75:23
79:9 103:14
110:22
**third-** 53:8 66:7
**third-degree**
37:10 62:1
**third-party** 26:8
34:3,8,17 35:1
35:7,13,16
36:11,15 37:14
38:7 53:5,10,13
54:2,19 55:7,17
56:9,25 58:10
60:8,9 61:5,9
65:3,11 67:5,15
67:25 84:6,22
85:20 88:3 94:1

96:16,19 99:2
101:23 103:5,8
107:15
**Thomas** 106:9,11
**Thompson**
106:12 116:13
**thoroughly** 33:15
**thought** 42:6,10
58:14 84:4
**thousands** 98:7
**threat** 102:13
**threats** 62:8
102:14
**three** 93:23 94:24
**three-court**
91:12
**throw** 80:16
**throws** 80:21
**Thursday** 94:23
**tied** 8:10
**Tiffany** 87:13
**tightening** 85:2
**tighter** 103:15
**time** 2:5 3:5 8:5
12:4 16:3 17:13
18:1,5 22:20
26:21 28:15
30:18 34:20
36:11 38:5
41:18 42:22
44:2 45:25 58:6
62:23 63:3,8
65:10,13,18
74:23 76:15,25
77:20,20 84:23
85:16 87:21
88:25 93:4,6,8
93:19 95:25
98:24 100:24
104:13 108:16
108:23 109:12
113:16
**timeframe** 70:25
**timeframes** 27:2
**timelines** 69:5
72:3,24 73:24
**timeliness** 36:13

54:9 66:18
76:19
**timely** 69:8
**times** 62:13 85:1
**timing** 76:24
**tired** 100:12
**title** 77:8,12
**today** 2:4 3:7,15
13:14 15:16,19
16:4,10,24
22:10 32:6
59:19 83:6 86:4
90:19 93:16
94:25 97:24
101:14 104:5
108:6,13,14
110:2,12 112:4
114:23 115:3,9
**today's** 110:17
**Todd** 106:21
**told** 29:22 49:17
58:3 76:14
**tomorrow** 8:4
97:19
**tool** 40:5
**tools** 40:4
**top** 100:14
**topic** 16:23
**total** 29:1
**totally** 76:6
**Totten** 106:16
**touches** 16:18
**touching** 111:18
**tougher** 90:8
**tour** 18:16
**track** 85:4
**trained** 99:3
**training** 26:4
48:11
**transcript** 116:3
**TRANSCRIPT...**
1:10
**TRANSCRIPT...**
116:1
**transparency**
36:4 43:16 56:5
71:25

**transpired** 48:3
**traveled** 19:3
97:20
**treat** 37:10
**treating** 27:25
**Trenece** 105:13
**Tribble** 106:15
**trick** 96:12
**true** 48:14 66:13
116:2
**truly** 88:20
**trust** 107:11
109:6,10 112:1
**trusting** 109:6
**try** 6:21 8:7 13:8
31:6 39:2 81:2
85:19 87:17
111:25
**trying** 35:10
37:25 48:1 51:2
62:18 69:3,10
71:11 83:18
99:7 100:11
101:19,24
107:22
**tuning** 88:23
**turn** 53:16 58:20
65:11 66:18
68:11 84:23
85:16 113:8
114:18
**turnaround**
85:12
**turned** 84:10
**Turner** 105:15
**turning** 71:21
84:24 99:8
**turnout** 19:23
73:22 96:7
**twice** 45:22 46:1
46:13
**two** 17:16 19:25
21:16 34:7
45:14 46:13
47:3 48:7 51:11
65:23 68:15
76:5 80:9,13,22

86:15 87:4
90:23 94:22
95:15 100:18
100:20,21
**two-part** 6:20
**Twofold** 68:12
**type** 53:19
**types** 59:21 85:7
98:3

**U**

**U.S** 41:5 91:20,24
92:2,3
**UCF** 104:5
**Uh-huh** 29:24
44:18
**ultimate** 47:25
**ultimately** 88:9
**unable** 75:14
**unacceptable**
97:9
**unaddressed**
111:15
**undeliverable**
95:10,13
**underage** 41:5
**underlines** 74:3
**understaffed**
94:6
**understand**
50:19 51:2
54:25 71:11
72:16 97:25
98:2
**understanding**
31:9 47:21 61:1
**undertake** 33:16
**unfairly** 99:5
**unfortunate**
62:13
**unfortunately**
9:14 84:16
85:18 111:13
**unhelpful** 40:24
**UNIDENTIFI...**
49:1
**unique** 16:15

**Unit** 84:25
**unknowns**
  109:13
**untimely** 35:1
**unweighted** 9:7
**update** 56:22
**updated** 95:18
**updates** 26:7
**upheld** 91:19,21
**uphold** 22:17
**upload** 59:14,23
**uploads** 82:3,4
**upping** 36:19
**upset** 58:1
**upwards** 59:16
**urge** 98:16
  104:24
**use** 28:9 31:24
  65:13 73:4 90:1
  96:10 99:10,14
**uses** 4:5
**usually** 45:17
**utilized** 89:16,24

**V**
**vague** 40:15
  42:13
**valid** 63:1,2,14
  64:5
**valuable** 65:13
**variance** 10:15
**varied** 16:15
**various** 77:19
**VBM** 75:13
**VBMs** 76:9
**vehicle** 8:16
**Vehicles** 68:10
**Vera** 100:5
**verified** 62:25
  80:11,13 88:15
**verify** 28:11
  34:16,18 41:13
  101:16
**version** 20:11
**Vice** 2:10,11 4:22
  12:22,23 15:9
  15:10 16:1,2

17:16,17 24:4,5
25:6,7,13 29:19
29:25 30:5,10
32:1 38:14
40:11 41:21
42:8 47:1 48:19
48:23 49:2,12
52:19,23 53:23
57:17,19,20
59:8 60:5 61:11
61:23 62:19
64:1,7,24 66:1
66:22 67:1,10
67:18 68:3,24
71:6,15 72:6,20
73:7,11 74:8,16
77:2,16 78:16
82:13,16 83:1
83:24 84:2,14
85:24 87:12,16
87:20,23 89:1
90:17,20,24
91:4 92:14,22
92:25 93:7
94:10,13 95:22
96:2 97:10,14
98:15,18 99:20
99:25 101:7,9
101:11 102:16
102:19,21
103:23 104:23
105:1 108:9,11
109:19 112:5
113:3,6,12
114:12,15
**VIDEO** 115:10
**view** 9:21
**Vihan** 106:25
**violation** 35:2
  36:17 51:20
**violations** 27:6
  27:15 32:14
  56:4 103:17
**violence** 96:11
**virtually** 47:22
**visit** 16:4 18:15
**visited** 18:14

20:24
**voluntarily** 54:3
**Volz** 105:7
**vote** 13:1,14,16
  13:17 15:13
  17:23 21:8,20
  24:8 26:20 27:9
  35:10,11 36:22
  40:17,18 44:10
  45:17,18,24
  46:1,21 52:9
  53:22 58:2,2,6
  58:8,9 59:2
  63:3,8 65:18,25
  68:17,18,19,19
  68:22,23 69:14
  72:8,9,15 73:15
  73:18 75:7 81:9
  82:23 83:10,23
  84:8,13,18
  85:14,17 88:10
  88:14,22 89:17
  90:19 93:5,8,21
  93:22 96:5 97:3
  97:12 98:16
  101:17,19
  102:14,20
  104:9,12,13,16
  104:18,25
  108:18 109:11
  110:22 113:6
  114:15
**vote-** 26:15 74:19
**vote-by-mail**
  19:1 25:20 26:1
  26:17 44:8
  45:10,17,19
  47:4 75:17,24
  95:20
**voted** 26:18
  45:25 46:13
  62:24 63:7,13
  64:13 72:11,14
  93:24 95:15
**voter** 19:23 20:11
  20:14 22:6 26:2
  26:3,7,8,10,24

27:16 28:6,22
34:3,8,17,24
35:1,7,9,13,16
36:5,11,15
37:15 38:7
39:14 41:3,11
41:13,19,24
42:5 50:22 51:1
51:5 53:5 54:2
54:4,4,19 55:2
55:7,17 56:7,9
56:25 58:10,16
58:24,25 59:3,4
59:5 60:8,9,23
61:3,5,7,9 65:2
65:4 66:8,14
67:6,15,25 68:2
70:23 73:19
75:13 81:16
84:22 85:20
89:14 90:14,14
93:15 94:1,2
95:19 96:6,16
96:19 97:3 99:2
101:20,23
103:5,8 104:7
107:15 111:14
**voter's** 65:5,6,20
  71:2
**voters** 19:19,21
  20:17 21:20
  22:3 26:17
  42:15,16 50:11
  55:11 63:6
  64:12 71:21
  81:6,7 89:13,16
  89:24 90:8
  92:19 95:11,15
  97:19 98:4,22
  101:8,16,17
  102:2,10
  103:11 104:17
**votes** 20:4 45:15
  63:4 72:12
  73:15,18 88:18
**voting** 3:23 28:4
  43:13,19 45:22

58:9 68:6,7
71:17 72:17
74:22 75:5,6,14
76:2,8 83:3
88:11,11,17,18
89:5,11,19 90:8
90:12 96:5 97:6
100:10 110:20
114:23

**W**
**wait** 64:25
**waiting** 91:13
**waive** 3:4 12:4
**waived** 74:10
**waiving** 11:14,15
  11:16,17,19,21
  11:22 105:1,3,4
  105:6,7,8,9,10
  105:11,12,13
  105:14,15,16
  105:17,18,19
  105:20,21,22
  105:23,24,25
  106:1,2,3,4,5,6
  106:7,8,9,10,11
  106:12,13,14
  106:15,16,17
  106:18,19,20
  106:21,22,23
  106:24,25
**walked** 99:16
**Walker** 90:3 99:9
**Walker's** 91:7
**want** 10:15 16:2
  16:22 20:23
  29:6 31:17
  32:20 37:4 51:3
  51:12 54:12
  55:5 63:8 64:10
  64:20 75:21
  79:19 82:21
  87:10 103:7
  107:23 109:25
**wanted** 30:12
  31:7 34:16,18
  35:12 37:17

44:15 74:9
104:4
**Washington** 1:24
**wasn't** 30:17 67:9
84:10
**watch** 111:1
**watcher** 17:21
88:2
**watchers** 49:8,10
49:20,21,22,23
50:10 62:5
**watching** 17:22
50:12 61:16
**way** 4:13,15 8:7
8:11 9:13 10:9
10:10,19 13:10
40:10 48:1,3,7
58:22 59:13
60:8 80:19
**ways** 33:9 54:9
60:3 63:10
77:19 104:6,8
**we'll** 13:8,10 23:7
29:8 78:16
**we're** 3:8 4:25
5:22 10:23,24
16:23 20:9 21:2
31:2 33:2,12,19
34:9 35:5,19
36:1,10,19 38:2
38:24 39:7,9
40:3,4,9 41:9
41:17 42:3
43:18,23,25
44:5,21,23 45:4
46:8,20 47:25
48:10 50:23
54:21,22,24
56:1 58:16
59:15,16,21,24
61:25 62:1,18
63:20 66:19
67:3,4,12,12,15
69:1,4,5 71:1
72:17 73:23
74:6,7 75:2
76:20 79:12

81:20 83:6
86:11 89:2
94:25 100:20
107:25 108:1,3
108:16 109:10
110:25
**we've** 31:10 33:7
33:12 56:20
64:16 65:10
79:22,24 81:25
85:3 93:4 99:3
107:16 109:7
110:4
**Webber** 94:14
96:3,4 97:11,12
**websites** 28:14
57:8
**Wednesday**
18:23
**week** 20:24 59:4
68:11 70:6
**weekend** 2:6
**weekly** 82:3
**weeks** 76:5
**weigh** 24:21
**weird** 44:13
**welcome** 2:3
15:23
**well-established**
99:17
**well-meaning**
102:1
**well-run** 93:15
93:17
**went** 58:2 81:14
**whisper** 40:15
**Whitfield** 105:6
**wife** 47:8
**willful** 46:19
**willfully** 36:24
46:14
**willing** 11:2
57:14
**willingness** 24:19
24:21
**win** 111:1
**winded** 37:15

**window** 19:2
75:5
**Wisconsin** 20:25
**wish** 3:4 14:10
114:22
**wishing** 3:1
**Women** 98:22
**wondering** 30:16
32:17 74:1,3
**word** 4:5 30:25
31:24 46:15
**words** 36:21
107:11
**work** 8:8,11
16:17 20:20
21:17,17 25:24
29:23 30:18
31:13 54:18
88:6,7,20 103:7
**worker** 62:4 88:2
**workers** 19:7
28:24 49:18,25
61:13,22 62:9
62:14
**working** 10:6
21:19 25:16
31:23 35:6
38:25 39:7 54:8
76:22 79:20
81:20 111:24
**works** 2:6
**world** 83:3
**worry** 19:8
**worth** 97:8
**wouldn't** 35:23
**writing** 44:11
45:3
**written** 109:3
**wrong** 44:9
**wrongly** 89:14
**wrote** 53:2 59:17

---
**X**
---

---
**Y**
---

**Yalamanchili**
106:25

**Yarborough** 3:10
3:11,13 4:18
5:5,7 6:4,14,17
7:25 8:1 9:23
9:24 11:6,8
12:2,3 13:3,6
**yeah** 6:17 39:22
50:2 52:12 76:9
100:21
**year** 9:12,14,15
21:24 34:6,7
57:2 79:11,12
79:13,14 84:23
84:24 89:13
90:5,13 95:8
107:16,20
**years** 9:11 17:5
17:16 20:21
21:16 33:9 34:7
62:10 81:9,9
82:9 90:7 97:21
100:18,20,21
107:8
**yesterday** 30:15
97:23 109:1
**younger** 104:17
104:17
**youth** 98:5
**Yvette** 11:22
105:23

---
**Z**
---

**zeroing** 78:2
**Zonia** 11:14
106:1

---
**0**
---

---
**1**
---

**1** 3:8
**1.8** 89:20
**10** 36:10,17 37:24
38:10 53:14,16
59:25 65:12
66:19
**10-day** 38:6
85:12
**10,000** 98:4

**100** 71:12 73:17
**100-page** 98:24
104:21
**100,000** 100:19
100:21
**1000** 42:25 53:18
59:16 100:19
100:20,21
**1080** 3:9,16 12:8
13:1
**11** 69:2 95:25
**110** 73:18
**11th** 17:11
**12** 10:16 17:22
**12,000** 89:13
**12th** 19:16
**13** 32:10 86:7
**1313** 69:25
**1339** 42:23 71:9
**14** 2:5,5 36:10
37:23 38:1
53:15 59:25
65:11 86:7
**14-day** 38:5
**1400** 2:6
**1562** 86:8
**1617** 78:4,5
**1620** 86:8
**17** 62:21
**1730** 1:24
**18** 74:9 97:21
**18-year-old**
85:13
**1802** 44:7
**1977** 74:19
**1998** 17:21
**1st** 76:13

---
**2**
---

**2** 25:8 90:25
**2.10** 90:25
**2:00** 2:5
**20** 43:18 90:7
**2000** 17:22 60:15
89:13
**20036** 1:24
**2005** 60:17

| | | |
|---|---|---|
| **2009** 35:18 | **368** 32:10 | **91** 49:7 |
| **2010** 89:16 | **37th** 16:8 | **97** 50:21 |
| **2011** 89:18 | **3PVROs** 100:15 | **976** 39:13,21 |
| **2016** 17:11 52:11 |   100:18,23 | **98** 94:25 |
| **2018** 17:12 89:19 |   104:13,16 | **98-page** 30:14 |
| **2019** 89:22 | |   102:8 |
| **202** 1:25 | **4** | **980** 39:22 |
| **2020** 17:13 89:23 | **4** 1:12 2:1 18:25 | |
| **2021** 89:25 |   89:2 | |
| **2022** 18:14,24 | **4:10** 93:6,8 | |
|   34:22 35:3 | **4:15** 91:2 93:4 | |
|   93:24 | **40** 74:10 | |
| **2023** 1:12 2:1 | **41,000** 35:3 | |
|   57:2 59:17 | **43** 29:1 31:3 | |
|   76:21 79:12 | **46** 69:23 | |
| **2024** 76:20 79:21 | **4th** 2:5 | |
| **2048** 47:2 80:7 | | |
| **2050** 80:7 | **5** | |
| **22** 65:2 | **5** 100:14 | |
| **23** 66:24 90:13 | **5:00** 69:18 | |
| **232-0646** 1:25 | **50** 53:17 | |
| **24** 95:2,3 102:7 | **50,000** 100:19 | |
|   104:22 | **500** 53:17 | |
| **25** 17:5 81:9 | **5000** 37:2 | |
| **250** 56:4 | **517** 34:4 | |
| **2630** 49:7 | **54** 86:8 | |
| **2788** 50:22 | **55th** 108:14 | |
| **28** 18:24 | **56** 86:8 | |
| **2800** 95:1 | | |
| **29** 31:15 111:22 | **6** | |
| | **67** 18:15 78:23 | |
| **3** | | |
| **3** 13:10,18,20 | **7** | |
|   14:14,17 15:14 | **7050** 25:8,14 93:6 | |
| **30** 13:19,21 14:14 |   112:7,11 113:6 | |
|   14:17 15:14 |   113:20 114:16 | |
|   43:21 75:19 | **71** 47:3 | |
|   76:1 81:9 | **711** 95:8 | |
| **3000** 34:24 | | |
| **30th** 94:23 | **8** | |
| **31** 13:10,14 23:10 | **8** 19:20 | |
|   111:22 | **8.4** 89:24 | |
| **31st** 9:11 | **812** 1:24 | |
| **339** 43:1 | **813** 38:16 | |
| **34** 46:5,6 | | |
| **36** 61:25 | **9** | |
| **365/24/7** 21:18 | **90** 68:14 90:1,4 | |
| |   91:7,22 97:22 | |