Page 1

TRANSCRIPT OF VIDEO-RECORDED

MEETING OF THE FLORIDA STATE HOUSE

STATE AFFAIRS COMMITTEE

APRIL 19, 2023


SEGMENT


DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1       REP. MCCLURE:  On to PCB SAC 20-301 elections by

2  yours truly. I'm going to pass the gavel over to Vice

3  Chair Caruso.

4       REP. CARUSO:  Thank you, Chair. You are

5  recognized to present the bill.

6       REP. MCCLURE:  All right. I'm going to be quite

7  brief here because I know we have questions. Members,

8  Florida has been a model of election integrity and

9  efficiency. There's always room for improvement.

10      This PCB seeks to continue Florida's success in

11  these areas while streamlining certain provisions of

12  the Florida Election code, while also ensuring bad

13  actors are held accountable. That is the bill Mister

14  Chairman.

15      REP. CARUSO:  Thank you for that brief

16  explanation. Are there any questions members?

17  Representative Eskamani, you're recognized for a

18  question.

19      REP. ESKAMANI:  Thank you. I did not have my hand

20  up, but I'm ready. I'm ready to Chair. Okay. Chair

21  McClure, I know we talked a lot about this yesterday

22  too, but can you just explain to me some of the

23  restrictions on who gets to volunteer on third-party

24  voter organizations? And, you know, are you open to

25  any changes with that? I mean, walk me through what

Page 3

1  you've done and if you're open to changes.

2      REP. CARUSO:  Thank you for the multiple

3  question. You're recognized to.

4      REP. MCCLURE:  Keep me on my toes, Chairman. All

5  right. So we're talking about lines 378 through 397-

6  ish?

7      REP. ESKAMANI:  Correct?

8      REP. MCCLURE:  Okay. So let's let's take it 378

9  through 389 we're talking about. And I'd like to paint

10  a picture here where, you know, you have a third-party

11  organization that is registering voters. You have

12  folks that are soliciting.

13      You are having folks that are handling,

14  collecting, or handling those that registration

15  information I believe, and I think the legislature has

16  shown that we believe that voters information is

17  sacred.

18      And so, we are taking an approach here that says

19  if you if you have been convicted of a felony of the

20  election code or a felony violation for essentially

21  that statute refers to identity theft, whether it's

22  unlawful possession or criminal use. You know, you

23  can't handle that or collect or handle that personal

24  information.

25      I want to be clear, though, that doesn't prohibit

Page 4

1  someone who has been convicted of this felony

2  soliciting, advocating, etcetera. It just means that

3  at the time that that personal information is going to

4  be collected, we're going to have someone who wasn't

5  convicted of a felony specifically and only on

6  election code and identity theft handling that

7  personal information.

8       So that that would be 378 through 389. When you

9  go to the second part that I presume you're asking

10  about, based off of our conversations, 390 through

11  397, again, want to be clear, we're simply talking

12  about the collection or handling of that information.

13      They can still solicit, they can still advocate,

14  they can do all of those things. But what we're saying

15  is you must be a U.S. citizen in order to collect and

16  handle that information.

17      REP. CARUSO:  Follow up, Representative.

18      REP. ESKAMANI:  Thank you, Chair. On the U.S.

19  citizen piece, why are we setting that restriction?

20      REP. MCCLURE:  Thank you. So we're talking about

21  elections here in the United States, and we believe

22  that when you're handing over personal information,

23  especially related to elections, that it's not a

24  heightened criteria for for the person that's simply

25  going to be collecting and handling.

Page 5

1      Again, we're not talking about advocating. We're

2  talking about collecting and handling that

3  information. Getting it from the person wanting to

4  register to vote to the supervisor of elections, that

5  we want you to be a U.S. citizen.

6      REP. CARUSO:  Another follow up, last follow up.

7      REP. ESKAMANI:  Thank you, Chair. Could you just

8  define when you say handling, what does that

9  specifically mean? And for example, does that mean

10  they can't if the forms are in a folder to maybe drop

11  them off somewhere or an envelope, can they not touch

12  it even if it's enclosed in some sort of sealed

13  environment or is it more about just holding the forms

14  as you're trying to collect them? Maybe just define

15  handling for me?

16      REP. MCCLURE: Thank you. Thank you, Chair Caruso.

17  What I would say is if it were me and I were convicted

18  of a felony of of either election code or identity

19  theft or was not a U.S. citizen per this law, in an

20  abundance of caution, I wouldn't I would not handle

21  being, you know, holding the form in my hand. I would

22  simply direct them to someone who who met the criteria

23  should this become law.

24      REP. CARUSO:  Representative Gantt, you're

25  recognized.

Page 6

1       REP. GANTT:  Thank you, Mr. Chair. My first

2   question through the chair. I do have a series of

3   questions. It's in regards to lines 326 to 330. And

4   who bears the cost of the training that would be

5   required under that section?

6       REP. CARUSO:  You're recognized.

7       REP. MCCLURE: Thank you, Mr. Chair. I'm just

8   getting there and reading it. It is a long, long bill.

9   So this is this is requiring the just to be clear,

10  you're talking about the verification of signature

11  training. That is the supervisor of elections. I'm

12  sorry, the Department of State. I apologize. It is the

13  Department of State.

14      REP. CARUSO:  Recognized for follow up.

15      REP. GANTT:  Thank you, Mr. Chair. So what is the

16  fiscal impact that would be a result of this training?

17      REP. CARUSO:  Back to you, Chair.

18      REP. MCCLURE: Thank you. We know, I think it's

19  indeterminate, but minimal.

20      REP. CARUSO:  Follow up.

21      REP. GANTT:  Is there going to be? Thank you, Mr.

22  Chair. Is there going to be a process to vet the

23  companies or have like an RFP process in order to

24  select the companies that are that will provide the

25  training? And if so, will it be one company throughout

Page 7

1  the state for all SOEs or will it be multiple

2  companies, depending on the county?

3       REP. CARUSO:  Chairman McClure.

4       REP. MCCLURE: Thank you. So what I would say I

5  should have probably said this on the onset in this

6  section, this is not out of the ordinary for current

7  practice, but today it's voluntary.

8       We're making it mandatory. So this isn't you

9  know, it's not as if the Department of State hasn't

10  already gone through this process. I would reference

11  them if they want to speak on their vetting.

12       But much like procurement of vendors in the

13  state, you know, we have very clear sections of law

14  and how that's done. I can't speak exactly to how

15  these vendors are vetted, but but we can perhaps get

16  some clarification. If not, you have my word later

17  this afternoon, we'll get you some thorough

18  information.

19       REP. CARUSO:  One more.

20       REP. GANTT:  I have so many questions, but one

21  more in this round. That's fine. Thank you, Mr. Chair.

22  And this is the last question on this particular part.

23       So my concern is about, you know, elderly or

24  Floridians who may suffer some type of physical injury

25  that changes their signature. Will there be any type

Page 8

1   of exceptions or any type of process in place if a

2   signature is disputed?

3          So say someone has a stroke or they develop some

4   type of hand issue or whatever. Will there be any type

5   of provisions to ensure that their ballot will be

6   counted, even though their signature may look

7   different from the initial signature?

8          REP. CARUSO:  Chairman McClure if you can answer

9   that.

10         REP. MCCLURE: Thank you. Again, I'm going to ask

11   the Department of State to answer that. But my -- my

12   gut tells me that they would have the opportunity to

13   cure, they would have the well, they would have the

14   opportunity before the election, of course. Right. To

15   change your signature to the extent after.

16         I'll get clarification on how that process, I

17   think Secretary Byrd is here. He's nodding. I think I

18   think he could help you with that.

19         REP. CARUSO:  Ranking Member Rayner-Goolsby, for

20   a question.

21         REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

22   Chair. I do have a series, but I will go through the

23   chair.

24         REP. CARUSO:  We'll go through it.

25          REP. RAYNER-GOOLSBY:  Chair McClure, if I'm

Page 9

1    looking at page 16, lines 398 through lines 402, it

2    talks about a third-party voter registration

3    organization.

4         Automatically the registration automatically

5    expiring at the conclusion of a specific general

6    election cycle. Before I ask the why, what is the

7    current process for these third-party voter

8    registration organizations to register in and renew?

9         REP. CARUSO:  You're recognized.

10        REP. MCCLURE:  Thank you, Mr. Chair. So

11   currently, approximately eight years ago, we set it up

12   where they had to register. They register one time,

13   and it continues on. I can answer the why because I

14   imagine that's coming right behind it.

15        REP. RAYNER-GOOLSBY:  Correct. It is.

16        REP. MCCLURE:  So what we're saying, what we're

17   asking here is let's re-up each cycle to clean up the

18   rolls, make sure there's transparency. Remember, let's

19   refocus or recalibrate on on what we're talking about

20   here, which is personal information of of potential

21   voters and voter registration.

22        So the intent of this section throughout is to

23   heighten and and protect the potential registration of

24   that voter and their personal information.

25        I believe in making making these third-party

1   organizations recertify each election cycle that the

2   chance of folks staying on the roll, confusion,

3   etcetera. We're just trying to clean that up.

4       REP. CARUSO:  Ranking Member follow up.

5       REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

6   Chair and Chair McClure. Thank you for that answer.

7       I want to turn my attention to there is a weekly

8   reporting component that is in the bill for the

9   agencies, and I am trying to get to the page, but I

10  think that you know where I'm talking about, it goes

11  from monthly to weekly.

12      It starts on page 39. Thank you so much,

13  Representative Gantt. Teamwork makes the dream work,

14  and I want to know why are we going from a monthly to

15  weekly reporting on that and the fiscal if you could

16  illuminate me to that.

17      REP. CARUSO:  Chairman McClure, as to why you

18  recognized.

19      REP. MCCLURE:  Thank you. So so the why again,

20  is, you know. Well, let me back up. We discussed this

21  yesterday. I think the fiscal is indeterminate to

22  none, quite frankly. I mean, they're going to these

23  different entities are going to source this data.

24      In most instances in current law on a monthly

25  basis. So we're asking them to do it weekly. You know,

Page 11

1    they're going to collect it either way, right? So if

2    it takes 10 minutes to do one of these, whether they

3    do 50 of them at the end of the month or, you know, 10

4    a week or 12 a week, you know, the time should be the

5    same.

6         Thus, the cost should be the same. The why is is

7    to to get more accurate rolls in in real time. So it's

8    -- it's increasing the frequency for housekeeping and

9    and transparency sake.

10        REP. CARUSO:  Ranking member. Another follow up.

11        REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

12   Chair. And Mr. Chair. McClure. Thank you for the why.

13   I guess my concern is, is that we have smaller

14   counties that maybe have, you know, two to five

15   employees.

16        So this may be a heavier lift for them to do

17   weekly. So what is a penalty for? Is there any penalty

18   attached if they don't meet this weekly reporting

19   requirement?

20        REP. CARUSO:  Chair McClure. You recognized the

21   answer about penalties.

22        REP. MCCLURE:  Yeah. It's on the department and

23   on the supervisor. So no. I will say that, you know,

24   let's be clear that in most instances, these smaller

25   counties I think we discussed Hardy County yesterday

4/19/2023                Florida State Senate Committee                Audio Transcript

Page 12

1  as an example, Ranking Member.

2      They're already doing it on on a monthly basis in

3  most of these instances. So it's not like this is a

4  new process that they're unfamiliar with that's going

5  to require them to get trained and and add staff,

6  etcetera, etcetera. Instead, we're just asking them to

7  change the frequency in which they report.

8      REP. CARUSO:  Representative Bartleman for a

9  question.

10      REP. BARTLEMAN:  Thank you, Chair. My question

11  has to do with line 417 to 419 of the bill. What is a

12  receipt? What's to be done with the receipt? What can

13  they use the receipt for?

14      REP. CARUSO:  Representative, I mean, Chair

15  McClure.

16      REP. MCCLURE:  Thank you. Thank you,

17  Representative Bartleman. So -- so the receipt. And

18  again, I'm going to kind of build out that picture we

19  were talking about earlier. You know, folks are

20  advocating and talking to folks about registering to

21  vote.

22      People sign up, you know, they register to vote

23  with these third-party organizations. It'll be at that

24  moment that that third-party organization will provide

25  a receipt. And remind me again, is it 417, you said?

Page 13

    1        REP. BARTLEMAN:  Correct. Page 17. Sorry.

    2        REP. MCCLURE:  Yeah. And there's you can see in

    3   here there's a pretty clear format that's going to

    4   need to be followed.

    5        And this is to give that voter who's giving their

    6   sacred personal information to this third-party

    7   organization, they're getting something back

    8   documenting that moment in time where this happened so

    9   that they can say, hey, you know, this was the name of

   10   the applicant, this is the date that the application

   11   was received, the name of the third-party voter

   12   registration organization, the name of the

   13   registration agent in practical terms, the processor,

   14   the applicant's political party affiliation and the

   15   county and what that receipt to build it out further.

   16        So first and foremost, it gives the voter that

   17   that record in time of when they submitted their

   18   personal information. But then as you go through the

   19   bill and we start talking about in lines, I believe

   20   it's 441 through 468.

   21        We have these three different tiers where that

   22   third-party organization needs to get that voters

   23   information to the supervisor of election in certain

   24   time periods to ensure that that voter is registered.

   25   They understand if they are eligible and through that,

Page 14

1    make sure that they can cast a ballot on the election.

2         REP. CARUSO:  Representative Bartleman for

3    follow-up. You're recognized.

4         REP. BARTLEMAN:  Thank you, Chair. So you're

5    leaving it up to each individual organization who's

6    collecting ballots to create the receipt with these

7    provisions? And then what if?

8         Who's going to determine if someone says they

9    don't get a receipt? I'm just just how this is going

10   to work. I so everyone gets to create their own. I

11   guess that would be the first question based on the

12   provisions outlined here.

13        REP. MCCLURE:  The third-party organization.

14   Thank you, Chair Caruso. The third-party organization

15   is going to create that receipt or is at least

16   responsible for the creation of the receipt.

17        REP. CARUSO:  When asked the second part of that,

18   Representative Bartleman.

19        REP. BARTLEMAN:  Yes. Thank you, Chair.

20        REP. MCCLURE: But let me -- let me clarify. So

21   that's where the receipts coming from. But the format

22   is from the division of state, just so we're clear.

23        REP. CARUSO:  You're recognized.

24        REP. BARTLEMAN:  Thank you, Chair. So. And then

25   what if someone says I didn't get a receipt, or I'm

Page 15

1  just how is this going to be enforced? How -- how does

2  this work for the third-party organization?

3       REP. MCCLURE:  Sorry. Wanted to make sure that I

4  wasn't giving you.

5       REP. BARTLEMAN:  That's okay.

6       REP. MCCLURE:  Inaccurate information. Thank you,

7  Chair Caruso. So they they would file a complaint with

8  the Department of State and the Department of State

9  would investigate that.

10      REP. CARUSO:  Any other questions? Well,

11 Representative Eskamani for a question.

12      REP. ESKAMANI:  Thank you so much, Chair.

13 Sticking to the the third-party voter organizations a

14 little bit longer. I'm wondering about maybe I don't

15 know if it's conflict or tension you can explain to

16 me.

17      But so, we have new regulations online 491 to 500

18 around a person collecting voter reg applications is

19 not allowed to copy their information. But then we

20 just talked about this receipt.

21      And so, I'm curious, I mean, my first reaction is

22 that the receipt applies to the voter reg

23 organization. The new restrictions on 491 apply to a

24 person. But just so I'm clear, the organization is is

25 supposed to collect some personal information and hold

4/19/2023          Florida State Senate Committee          Audio Transcript

Page 16

1   on to it for X amount of time.

2        Can you walk me through if those fit together,

3   but also, what is the organization do with that

4   paperwork, with that receipt? Do we have a copy of

5   that receipt? We have to maintain that share.

6        REP. CARUSO:  Chair McClure for taking us on a

7   walk.

8        REP. MCCLURE: Thank you, Chairman. So I guide you

9   to line 498, where it says, In compliance with this

10  section, this entire section is speaking to the intent

11  of the third-party voter organization to register,

12  collect and handle that information.

13       So no. It would not be in conflict. And then

14  getting a little more granular when you see personal

15  information such as voters driver's license number, a

16  Florida identification card number, Social Security

17  number or signature for any other reason, holding on

18  to that information passed its intent to register the

19  voter would be outside of the intent and compliance of

20  the section. I hope that clarifies it.

21       REP. CARUSO:  Follow up to Eskamani for follow

22  up.

23       REP. ESKAMANI:  Thank you. That does provide some

24  clarity. So how long does a organization that does

25  voter registration hold on to, if at all, a copy of

1    that receipt?

2         Do they hold on to a copy of that receipt? And if

3    so, how long and what identifying information is on

4    that receipt?

5         REP. CARUSO:  Chair, McClure.

6         REP. MCCLURE:  Thank you. The receipt is provided

7    to the to the registrant, the voter.

8         REP. ESKAMANI:  Follow up.

9         REP. MCCLURE:  They have record of that moment

10   where they provided their personal information.

11        REP. ESKAMANI:  Okay. Follow up, Chair.

12        REP. CARUSO:  One final follow up and we'll move

13   on. We'll come back.

14        REP. ESKAMANI:  Okay. I'll do my best. Okay. So

15   so thank you for clarifying that. So what does a

16   supervisor of election office do when, you know, for

17   example, I go to -- I go to vote, but they don't have

18   my information.

19        Maybe I have this crumpled up receipt somewhere

20   in my car or back at home and I bring it to them. Does

21   that does that allow that person to get registered at

22   the point because they have a receipt? Or what is a

23   supervisor of elections do with that?

24        REP. CARUSO:  Chairman McClure.

25        REP. MCCLURE:  Thank you. The supervisor of

Page 18

1   elections isn't instructed to do anything within the

2   framework of this section or bill that I that I can

3   recall. I'll double check and get back with you.

4       But instead, the voter would then have a receipt

5   of that moment of time where they registered with the

6   third-party organization. And as I stated earlier,

7   they would report that to Secretary Byrd's office and

8   and through that, there'd be an investigation as to

9   where the chain of custody broke down.

10      And, you know, I'm going to build out expand a

11  little bit if you give me some latitude, Chairman,

12  when you get into section lines 441 through 468, those

13  three different tiers were very clearly telling the

14  third-party voter organizations, I'll start with 441

15  through 450 that they have 10 days to get to get that

16  information once they've collected it.

17      And that receipt's been handed to that potential

18  voter to get it to their supervisors of supervisor of

19  elections office. If they don't do that, there's

20  fines, etcetera, which isn't there's already fines,

21  but we heighten them, right. And then -- and then the

22  second tier would be if -- if they exceed the book

23  closing. Right.

24      Which, let's be clear, what that means, that that

25  strips that voter of the ability to potentially vote

Page 19

1   in that election. I mean, we're we're talking about

2   pretty, pretty significant, you know, a meaningful

3   event here where there was malpractice of the

4   fiduciary.

5        And so, we heightened the standard there and say

6   that that if if you were reckless, if you didn't,

7   whatever the reason, you didn't get that that that

8   registration to the supervisor of election. Yeah.

9   We're going to we're going to heighten that that

10  penalty.

11       And then lastly, if they never turn it in, we

12  heighten it further. And all of that is is kind of

13  cornerstone off of that receipt. That's the purpose of

14  the -- well, part of the purpose of that receipt is

15  that voter can say, here's a moment in time where that

16  third-party voter organization took my information,

17  said they were going to submit it.

18       Not only do they not make 10 days, not only did

19  they not, they essentially stripped me of my ability

20  to vote in the election because they didn't get there

21  by book closing or in the third option, they just

22  absolutely didn't turn it in.

23       Now we have this moment in time that we that is

24  documented and investigation through the Department of

25  State would ensue.

Page 20

1      REP. CARUSO:  Thank you. Ranking Member Rayner-
2   Goolsby for a question or questions.
3      REP. RAYNER-GOOLSBY:  Thank you -- thank you so
4   much, Mr. Chair. Representative or Chair McClure,
5   rather, on page 23, starting at lines 555 going to
6   559. Your bill has the disclaimer information that
7   would be added to the voter registration card for the
8   -- for the public.
9      It says this card is for information purposes
10  only. This card is proof of registration but is not
11  legal verification of eligibility to vote. It is the
12  responsibility of the voter to keep his or her
13  eligibility status current.
14     Can you explain why you're shifting the onus on
15  the voters to know if their responsible in determining
16  their eligibility to vote and why the people, the
17  supervisor of elections, who I thought it was their
18  job is not letting people know that their eligible to
19  vote?
20     REP. CARUSO:  Chairman McClure is shifting the
21  burden.
22     REP. MCCLURE:  Thank you, Chair Caruso. So I -- I
23  would -- I would say that I -- I kindly disagree with
24  the assumption that it's up to the supervisor of
25  election to determine or -- or to alert of

Page 21

1  eligibility.

2       This language is -- it goes to that exact point.

3  This is -- this is -- we want that language on that

4  registration card so that voters clearly understand

5  that just because you have this card it does not mean

6  you're eligible to vote.

7       You need to make sure you are within the

8  framework of -- of current law to make sure you are

9  eligible to vote. So again, to just take the -- the

10 word soup of it, this is -- this is to alert the voter

11 to check their eligibility and make sure that they are

12 good to vote.

13      REP. CARUSO:  Ranking member for a follow up.

14      REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

15 Chair. And Chair McClure, with that being said I -- I

16 guess the concern that I have is that you have folks -

17 - and this is what we've seen in real time. You have

18 folks that have a voter registration card. They assume

19 that they are able to vote.

20      No one else has told them they're not. They go

21 vote and then all of a sudden, they're being paraded

22 in front of a camera by the governor in handcuffs.

23 What is the mechanism that your bill would stop that

24 from happening. That is the concern, I think, that a

25 lot of us have here.

Page 22

1          REP. CARUSO:  Chair McClure.

2          REP. MCCLURE:  Thank you, Mr. Chair. What I would

3     say is -- is this bill doesn't -- doesn't contemplate

4     eligibility requirements for a voter anywhere within

5     it. So we're not -- we're not changing current law. It

6     is -- it is absolutely the responsibility of the voter

7     today and it would be, should this bill turn into law.

8          It is -- it is the responsibility of that voter

9     to determine if they are eligible to vote. As it -- as

10    it goes to this language on lines 555 to 559 what I

11    would say is in your example of folks that are unsure

12    and so on and so on.

13         That's the exact intent of this language is to

14    clearly say, you know, right here, you have a

15    registration card but that does not mean you are

16    eligible. Go make sure you are eligible to vote.

17         REP. CARUSO:  Ranking member, for another, one

18    last follow up.

19         REP. RAYNER-GOOLSBY:  Thank -- thank you so much,

20    Mr. Chair. And Chair McClure, I appreciate the answer.

21    It feels a little bit non-responsive to me because we

22    have other agencies in the state of Florida that tell

23    us we're eligible to do things.

24         We have a agency the state of Florida that tells

25    me if I'm able to drive. If I get a DUI, they will

Page  23

1    send me a letter saying you're -- you're behind cannot

2    drive.

3         So I'm unclear why we can't -- and in this bill

4    why the SOE or the Department of State does not take

5    the notice and the eligibility requirement as every

6    other agency that we have in the state of Florida when

7    it comes to whatever privilege -- other privilege or

8    right that we have.

9         So can -- it's just -- it just feels a little

10   non-responsive to me.

11        REP. MCCLURE:  Yeah. Let me try it again.

12        REP. CARUSO:  Chair McClure.

13        REP. MCCLURE:  Yeah. I want to be crystal clear

14   on this. So I've got -- I've got several thoughts

15   here. What I would say first and foremost is I -- I

16   find it hard to believe someone who is ineligible to

17   vote was not made aware at any time along the way that

18   they were ineligible to vote.

19        Perhaps -- perhaps there was, you know, a

20   situation where whether they thought rights were

21   restored etcetera. It is not the obligation of the

22   state, currently, nor through the affects of this --

23   this proposed legislation to change the -- the

24   responsibility of that voter to make sure that they're

25   eligible.

1     I would also add that if -- if a voter is unsure

2   if they are eligible to vote, they can very simply

3   contact the Department of State to -- to get an

4   opinion on whether they are or not. I would liken that

5   no different to someone who perhaps lost their driving

6   privileges. Doesn't mean that the driver's license is

7   -- is necessarily out of their possession but it does

8   mean that they can't drive.

9     REP. CARUSO:  Representative Gantt for a

10  question.

11    REP. GANTT:  Thank you, Mr. Chair. So I have a

12  few succinct questions, but I'll go through the chair.

13  The first question is on page 18 where it changes the

14  days from 10 to 14. Is that business days or calendar

15  days?

16    REP. CARUSO:  Chair McClure.

17    REP. MCCLURE:  That's a fantastic question.

18  Calendar days and to build out -- it is calendar days

19  if you didn't hear me. And that -- that 10 days isn't,

20  you know, arbitrary. I didn't contemplate that over

21  the weekend in plan city.

22    That would be -- that would be getting us in line

23  with if you were to go and register to vote at say a

24  library or another governmental entity. That -- that -

25  - that makes it consistent with that timeframe.

1          REP. CARUSO:  Rep. Gantt.

2          REP GANTT:  As a quick follow up for that. So

3     will there be any provisions for SOEs to be open on

4     the weekend since it is calendar days as opposed to

5     business days because I believe that they typically

6     aren't open on the weekend? Or that would vary.

7          REP. CARUSO:  Chairman McClure.

8          REP. MCCLURE:  This bill doesn't contemplate the

9     -- the SOEs hours or dates of operation. But, again,

10    what I would say is this isn't -- this isn't out of

11    bounds from how if some -- somebody went and

12    registered outside of a third-party voter registration

13    -- organization rather, and went simply to, you know,

14    the SOE, as an example, to register, they would

15    naturally have to, you know, do that within the

16    confines of -- of business hours.

17         REP. CARUSO:  Rep. Gantt.

18         REP. GANTT:  Thank you, Mr. Chair. Chair McClure,

19    on page 44, line 1080, the verbiage, official

20    information. Can you tell me examples of what official

21    information is in that?

22         REP. MCCLURE:  I -- I apologize, Rep. --

23         REP. GANTT:  1080.

24         REP. CARUSO:  Yeah. You're good.

25         REP. GANTT:  Page 44.

Page 26

1      REP. MCCLURE:  So -- so the entire point and --
2  and I'm going to back up here. I'm going to go,
3  essentially, the entire point of this section from
4  lines 1097 all the way somewhere in the 52.
5      REP. GANTT:  So on page 43?
6      REP. MCCLURE:  Give me one second. I'm just -- I
7  want to make sure to give you correct information.
8      REP. GANTT:  Okay. I -- I can ask another
9  question. Or I'll wait. I'll wait.
10      REP. CARUSO:  We'll hold on this one. Then we're
11  going to go to Rep. Bartleman. Okay.
12      REP. MCCLURE:  Got it. I think. If I don't then
13  we'll circle back. So this just simply does not limit
14  the -- the opportunity for the Department of State.
15  I'm sorry, supervisor of elections to collect
16  information from other governmental entities.
17      REP. GANTT:  Okay. Thank you. Oh, I'm sorry.
18      REP. CARUSO:  You're - you're recognized.
19      REP. GANTT:  Thank you, Mr. Chair. The next
20  question is very simple question. Page --
21      REP. MCCLURE:  Want to bet?
22      REP. GANTT:  Yeah. Page 83, lines 2060 to 2061,
23  the inclusion of the permissive or as opposed to --
24      REP. MCCLURE:  Hold on, Rep. Gantt. I'm trying to
25  get to 83 as hard as I can.

Page 27

1        REP GANTT:  My bad. My bad. My bad.

2        REP. MCCLURE:  All right.

3        REP. GANTT:  All right. So 2060 to 2061.

4        REP. MCCLURE:  Mm-hmm.

5        REP. GANTT:  A publication by website or in the

6    newspaper. So just for clarification, the SOE has a

7    discretion as to whether they are able to -- has a

8    discretion to choose website or newspaper and it's no

9    longer both.

10       REP. CARUSO:  Chair McClure. [inaudible].

11       REP. MCCLURE:  Yeah, thank you. So yeah, and

12   you'll see this many times throughout the bill where

13   we're absolutely giving them the flexibility to get

14   with the times and put it on their website.

15       REP. CARUSO:  Rep. Bartleman for question. We'll

16   come back.

17       REP. BARTLEMAN:  Thank you, Chair. As a

18   government, we should be encouraging voting and access

19   to voting. So why are we shortening the request for

20   vote by mail by two days and what incidents brought

21   about this change?

22       REP. MCCLURE:  Thank you Mr. Chair. I would -- I

23   would actually say that shortening it by two days is -

24   - is giving the voter more time. So currently, 10 days

25   before an election a voter can request a vote by mail

1    ballot.

2        I believe it's eight days, currently that the

3    supervisor of elections has to send that ballot. You

4    can tell if they send it out eight days before. You

5    got mail going and then if they mail it back, we're

6    getting pretty tight.

7        So this is backing it up to give the voter, we

8    believe, ample time to make sure that they receive

9    their ballot timely, fill it out and get it back

10   timely. That is the intent.

11       REP. CARUSO:  For follow up, Representative

12   Bartleman.

13       REP. BARTLEMAN:  I'll deal with that one in

14   debate, but I will ask you this. It's been two years

15   since we started changing election laws and so, you

16   went from fines for third-party registration from

17   $1000 then you went to $50,000 and now you're going to

18   $100,000. And we haven't really seen any problems with

19   this. What is this need because it creates a chilling

20   effect.

21       REP. CARUSO:  Chair McClure.

22       REP. MCCLURE:  Thank -- thank you, Mr. -- Mr.

23   Chairman. I can't speak to the -- the previous years.

24   I didn't run that legislation. But what I can say is

25   to the extent that there haven't been any problems and

1  forecasted amongst these third-party organizations not

2  to have problems in the future.

3      Then the fines are -- are insignificant to that

4  operations. But as it relates to why we're changing

5  the fines, again, we're going -- we are prioritizing

6  the information of that potential voter.

7      Not -- not -- this is not, you know, any sort of

8  gamesmanship or whatnot. We're very clearly saying in

9  this legislation is if you're someone who is

10  registering to vote, your personal information is

11  absolutely sacred.

12      We want to make sure it is collected, handled in

13  a responsible manner and we believe that also you have

14  the right to vote in this country. And we want to make

15  sure that that registration gets in so that you can

16  vote on that election that you're registering for.

17      REP. CARUSO:  Representative Eskamani for a

18  question.

19      REP. ESKAMANI:  Thank you, Chair. Back to the --

20  the three [inaudible] stuff. I'm curious. What happens

21  if someone fakes a receipt. Because this receipt comes

22  from the Department of State, I assume. Anyone can

23  just copy it.

24      REP. MCCLURE:  Let me -- let me clarify. It

25  doesn't come from the Department of State. It comes

1    from the third-party voter organization.

2         REP. ESKAMANI:  No. No. No. No.

3         REP. MCCLURE:  The format is by the Department of

4    State.

5         REP. ESKAMANI:  Correct. So let me backtrack.

6    What stops someone from copying that form, filling it

7    out and saying, hey, you know, I -- I -- I registered

8    to vote with this org. They gave me this receipt. I'm

9    not registered. Go investigate them. Like, what stops

10   someone from faking a receipt and -- and doing that to

11   try to, you know, impact organizations that are doing

12   voter reg?

13        REP. MCCLURE:  Thank you, Mr. Chairman. Outside

14   of their moral compass, first and foremost,

15   investigations into that right. So I would -- I would

16   suppose that if there was artificial or, you know,

17   receipts that were fabricated, investigations would

18   ensue by the Department of State on the integrity of

19   those receipts and the penalties following thereafter.

20        REP. CARUSO:  Follow up.

21        REP. ESKAMANI:  Is there a penalty for someone

22   faking a receipt?

23        REP. CARUSO:  Chairman McClure.

24        REP. MCCLURE:  They -- thank you. They would be

25   in violation of the election code, which, ironically,

Page 31

1    would prohibit them from collecting voter information

2    in the future.

3         REP. CARUSO:  Members, any other questions?

4    Representative Gantt. Just hardly saw that.

5         REP. GANTT:  Thank you, Mr. Chair. These are

6    quick questions. Section 38, which is on page 97.

7    Subsection 38.

8         I'm sorry, section 38, subsection 2 states that

9    the Florida statute 104.16 does not apply to an

10   elector to whom notice has been sent pursuant to

11   statute 98.075 subsection 7 and the rest of that

12   language. Why is that particular language being

13   included in this bill?

14        REP. CARUSO:  Chair McClure for a quick answer.

15        REP. MCCLURE:  Thank you, Chair. I'm going to

16   have to send it back. It's not the -- the quickness

17   that I so much have a problem with. It's the -- the

18   plurality of the questions. But can you restate where

19   you are in the bill.

20        REP. GANTT:  I'm sorry. Page 97.

21        REP. MCCLURE:  Yep. I'm on 97 but can you get me

22   to a line?

23        REP. GANTT:  Section 38. Yes. 2424 and so, from

24   2424 to 2427.

25        REP MCCLURE:  Yeah. So on -- on the provisional.

Page 32

1    Yeah, so what this is saying is you're not penalized

2    if -- if a determination on your eligibility to vote

3    had not been made, you're not penalized for casting a

4    provisional ballot.

5         REP. GANTT:  Okay.

6         REP. CARUSO:  Representative Gantt.

7         REP. GANTT:  Thank you. So historically that

8    section, it deals with a fraudulent ballot. So would

9    we be considering the provisional ballot a counterfeit

10   ballot under that statute. Because that -- that

11   statute deals with fraudulent or counterfeit ballot.

12   So --

13        REP. MCCLURE:  Thank you, Mr. Chair. No, quite

14   the opposite. We're saying that if eligibility hasn't

15   been determined we want you to cast that provisional

16   ballot so that you have the opportunity for your vote

17   to be counted all the way up until you are deemed

18   eligible.

19        REP. CARUSO:  Representative Gantt. Last

20   question. Last question.

21        REP. GANTT:  Last question. Last question. So I

22   just want clarity. If a person does cast a provisional

23   ballot and that statute will be applicable in this --

24   in that particular situation would they be facing

25   criminal charges or criminal penalties under that

1    statute or would their ballot just be considered void

2    because they aren't eligible?

3         REP. CARUSO:  Chair McClure.

4         REP. MCCLURE:  Thank you, Mr. Chair. They would

5    only -- they would only -- and -- and I'll triple

6    check this and after committee we'll get together. But

7    my understanding is they would only be out of bounds

8    of the law if they willfully submitted two ballots

9    with the intent to defraud and cast two ballots.

10        So the whole purpose -- these are, kind of, I

11   don't want to say cure provisions but they're

12   protections for voters that if there's question of

13   eligibility, we want you to have an abundance of

14   opportunities to make sure our vote's counted.

15        And -- and so part of that is a provisional

16   ballot process. There's also -- if -- if I'm in the

17   right section. There's an opportunity to appeal and

18   have a hearing. But -- but the long and short of it is

19   we want that voter to -- to be in play, if you will,

20   for as long as possible until they are deemed

21   ineligible or eligible.

22        And what we don't want is to dissuade voters who

23   are potentially facing an ineligibility of -- of their

24   -- of their vote. We don't want them to be dissuaded

25   from -- from casting a provisional ballot. Instead, we

Page 34

1  want them to be there to -- in an abundance of caution

2  to make sure that their vote potentially could be

3  counted in that election.

4       REP. CARUSO:  Members, any other questions?

5  Representative Robinson, you've been pretty quiet down

6  there. Okay. Great. No other questions.

7       We'll move onto amendments. Representative Roth,

8  I see 10 amendments. Showed them as withdrawn. And

9  we'll move on to Representative -- back to

10  Representative Robinson to explain her amendment.

11  You're recognized.

12       REP. ROBINSON:  Thank you, Chair. And I'll keep

13  it simple. This amendment in our efforts to ensure

14  that everyone -- all Floridians have the right to vote

15  and make it a little accessible, I'm requesting that

16  we would allow election days to become a state

17  holiday, where state agencies would be closed.

18       REP. CARUSO:  Thank you for the explanation.

19  Members, are there any questions on the amendment? No

20  questions. Is there any public testimony on the

21  amendment? None. Members, we are in debate on the

22  amendment. There being no debate, you're recognized to

23  close on your amendment.

24       REP. ROBINSON:  Thank you, Chair. And, as I

25  stated earlier, you know, we say that we are looking

1  into these different pieces of legislation to ensure

2  that all Floridians have their right to vote and that

3  they have a easy access.

4      This would just be a really great amendment to

5  add to ensure that state workers that have to go to

6  work, that they'll have that availability to be off

7  that day and have access to the ballot.

8      So I think that this is a really good amendment

9  that we all can agree would be just a added benefit to

10  what we say we're trying to do. So I encourage you all

11  to vote up on this amendment.

12      REP. CARUSO:  Thank you for the close. Members,

13  on favor of the amendment say yea.

14      MEMBERS:  Yea.

15      REP. CARUSO:  All opposed, Nay.

16      MEMBERS:  Nay.

17      REP. CARUSO:  Show the amendment fails.

18  Representative Eskamani, you're recognized to explain

19  your amendment number 12.

20      REP. ESKAMANI:  Perfect. That was my question.

21  Thank you, Chair. Okay members. So I know I asked a

22  few questions of Chair McClure on some of the changes

23  of third-party voter reg. organizations.

24      And I know this from a life experience because

25  not only have I done voter registration, but I manage

Page 36

1    a -- a third-party voter reg. organization. And it --

2    it's not easy. And we already have really great

3    security requirements and fees and fines to follow and

4    so forth.

5        A great deal of compliance. And I -- and I

6    actually think that there could be improvements made.

7    But my concern specifically with this amendment it

8    would strike lines 378 to 397.

9        And these are the changes to who can volunteer on

10   a third-party voter reg. organization. I say that

11   because there's no evidence that's been provided to me

12   that the individuals outlined in the current bill are

13   dangerous or untrustworthy or, you know, should not be

14   a volunteer to help empower their communities to do

15   voter registration.

16       We have organizations that help returning

17   citizens get back into society and -- and reduce

18   rescindism. These organizations that can also do voter

19   registration. And often times that peer to peer

20   relationship is a very powerful one in helping

21   communities of color talk to communities of color to

22   empower them to get registered to vote.

23       I'm very concerned because the two restrictions

24   seem to impact two key groups, population returning

25   citizens and immigrants. I'd also argue on the

Page 37

1   immigrant piece, we trust immigrants to serve in our

2   military.

3        We trust immigrants to do some of the hardest

4   labor in society, to come into our hotel rooms to

5   clean, you know, after us, to build our homes and to

6   pick our tomatoes. And of course, we trust immigrant

7   students to do research and to study really at, you

8   know, incredible solutions to -- to medical diseases.

9        And so, the fact that we're restricting non-

10  citizens and their ability to volunteer and handle

11  forms. I just don't see the reason why. I don't see

12  any evidence to say that these are dangerous people

13  that can't be trusted with our forms.

14       I will say that the bill does add the -- the new

15  penalties for anyone -- anyone who collects voter

16  registration information. So it also just seems, kind

17  of, duplicative to not only create these new

18  restrictions around punishment for collecting

19  information, which they should not be doing.

20       Alongside, just restricting select groups that

21  for some reason the bill asserts that they are

22  dangerous to be around personal information. Which, as

23  a reminder for those who never filled out a voter

24  registration form, most of it is public information.

25       The part that I would say is probably the highest

Page 38

1   concern is that driver license or last four of your

2   social. The no voter registration form ever includes

3   your entire social.

4        REP. CARUSO:  Rep. -- Representative could get

5   more specific on the explanation of the bill?

6        REP. ESKAMANI:  For sure. I mean, I'll just --

7   I'll just end it there, Chair. But that's the intent

8   of the -- of the amendment. And again, if we trust our

9   non-citizens to serve in the military, we should trust

10  them to hold a voter reg. form.

11       REP. CARUSO:  Thank you. With that amendment,

12  members, are there any questions on the amendment? Any

13  public testimony on the amendment? No public

14  testimony. Is there debate on the amendment? Ranking

15  member Rayner-Goolsby.

16       REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

17  Chair. Representative Eskamani, I appreciate this

18  amendment. When I read the bill that was something

19  that jumped out to me. And that was very concerning.

20       I have folks that volunteer with my election

21  campaigns that have volunteered with non-partisan

22  organizations to help register people to vote, and

23  they are not citizens of the United States.

24       And in fact, one of these individuals said to me,

25  she said, listen, I come from a country where voting

Page 39

1    is not held as sacred as it is here in the United

2    States.

3         And she believes so strongly in the ideal of

4    democracy that she, who's someone who's not able to

5    vote in our elections, will do the things to make sure

6    that people who are citizens are able to vote, that

7    they're able to understand and -- the voting process

8    and to be able to participate.

9         And I feel like the bill compares non-citizens to

10   folks who have been convicted of felonies, which we --

11   I can also have like a -- a deeper policy conversation

12   about because, you know, Jim Crow and all of this.

13   Thank you, Rep. [inaudible].

14        I love that you're sitting next to me. All of

15   that. I can have a deeper conversation about that.

16   It's concerning. And it's discriminatory on its face.

17   And so, Representative Eskamani, I just appreciate

18   this really good amendment that is really based in

19   looking at people as human beings.    And rather

20   from not -- not worrying about where they come from

21   but they are humans and that is -- and they're

22   upholding the ideals of democracy that we say that we

23   love so much. So thank you for this amendment.

24        REP. CARUSO:  Thank you for that debate. Any

25   other debate, members? Representative Eskamani, you're

Page 40

1    recognized to close.

2        REP. ESKAMANI:   Thank you, Chair. I mean, not

3    only has no evidence been provided to anyone of us

4    that a certain group of people are more -- are more

5    dangerous to handle your forms than others but I would

6    argue that you don't have to have a -- a past criminal

7    background to do something wrong.

8        Anyone could -- could -- could attempt to take

9    someone's personal information regardless of a

10   history, regardless of their citizenship status. And

11   that includes U.S. citizens who could also be, you

12   know, doing things that are -- are bad and criminal.

13       And so, as some -- as someone who believes in

14   second chances, who lives in a state that believes in

15   second chances with the passage of rights restoration

16   back in 2018. When you served your time, you have gone

17   through rehabilitation -- a rehabilitative process.

18       That's the hope anyways that we're doing our job

19   right as a state. That if you wish to volunteer, even

20   if you're not -- if you're unable to vote. You know,

21   what I think is so powerful is people who -- they're

22   not even able to vote but they want to help others

23   vote.

24       And I just think that there's nothing more

25   American than that. So I just encourage folks to

Page 41

1 really consider just the policy restrictions we're

2 setting. These $50,000 fines, by the way, that shuts

3 down a voter reg. organization.

4     It creates so much risk that there will be no

5 voter reg. organizations, which I hope is not the

6 goal. But that's what it seems like. And -- and again,

7 it's just an unnecessary addition to this bill that I

8 -- I really don't think we need. So thank you, Chair.

9     REP. CARUSO:  Thank you for that. Members, all in

10 favor of the bill say yea.

11     MEMBERS:  Yea.

12     REP. CARUSO:  On the amendment, I'm sorry. All in

13 favor of the amendment say yea.

14     MEMBERS:  Yea.

15     REP. CARUSO:  All opposed.

16     MEMBERS:  No.

17     REP. CARUSO:  Show the amendment number 12 fails.

18 Now we move on to amendment 13 by Representative

19 Eskamani. You're recognized to explain your amendment

20 13.

21     REP. ESKAMANI:  Thank you, Chair. This is just a

22 transparency amendment. It, you know, I don't -- I

23 don't approve of the changes of campaign finance

24 reporting to quarterly. I think Florida prides itself

25 as being a -- a state in the sunshine.

Page 42

1       And changing our reporting structure in off years

2   to quarterly versus monthly, it just seems like an

3   effort by us legislature to hide our campaign finances

4   from the public. And I don't think that's appropriate.

5       I will say, especially when you're in legislative

6   session, knowing what special interests are giving to

7   who is important information for the public. So I

8   would encourage folks to support returning this to its

9   original monthly reporting not quarterly. Thank you,

10  Chair.

11      REP. CARUSO:  Chair McClure.

12      REP. MCCLURE:  Thank you, Chairman.

13  Representative Eskamani, are -- are members of the

14  legislature allowed to fundraise during legislative

15  session?

16      REP. ESKAMANI:  No, but when you go into session

17  chair and you make your reporting the 10th day of the

18  month, you can see all the lobbies and special

19  interests who donated to candidates and elected

20  officials before session started and after session

21  starts.

22      REP. CARUSO:  Follow up.

23      REP. MCCLURE:  Yeah. So I -- I guess if -- if we

24  go from monthly to three months, wouldn't that

25  encapsulate the prior and the after or during?

Page 43

1        REP. CARUSO:  You're recognized.

2        REP. ESKAMANI:  Thank you.

3        REP. MCCLURE:  Let me clarify. Legislative

4   session is 60 days. So you got two months and

5   presumably if you're quarterly, every three months you

6   would see it during that period. So I'm just confused

7   how -- how the members of the public wouldn't have

8   access to that?

9        REP. CARUSO:  You're recognized.

10        REP. ESKAMANI:  Thank you, Chair. So if

11   legislative session were to start in January, then

12   nothing would post until April or March. No, April

13   because your report wouldn't be due until April 10th.

14   Correct? So you wouldn't see that until post session.

15        So again, my recommendation is just to keep it

16   the way it is. I think it's working just fine. I don't

17   see a reason to change it and I think changing it does

18   make it harder for the public to access our campaign

19   finance reports regardless of the session schedule.

20   But the session schedule is a concern to me.

21        REP. CARUSO:  Chair McClure.

22        REP. MCCLURE:  I'll waive.

23        REP. CARUSO:  Waive. Okay. Any other questions,

24   members? No questions. Any public testimony? No public

25   testimony. Members, we are in debate on the amendment

Page 44

1    number 13. Chair McClure for debate.

2         REP. MCCLURE:   Thank you. Representative

3    Eskamani, we're good friends. We, you know, talked

4    about this bill in great detail. You know, I -- I

5    fundamentally believe in transparency in the

6    legislative process and all corners of it.

7         And certainly, the financial side. I -- I

8    struggle with the notion that somehow members of the

9    public aren't going to be aware of -- of campaign

10   contributions by moving it to 90 days as opposed to 30

11   days. So I just respectfully disagree. I'll be down on

12   your amendment.

13        I understand where you're coming from. I think

14   your hearts in the right place. All of those things

15   that we always talk about, but I don't think we're,

16   you know, this isn't so monumental as to suggest we're

17   running from transparency. It's just making it more

18   efficient.

19        REP. CARUSO:   Representative Robinson for debate.

20        REP. ROBINSON:   Thank you, Chair. And I'll

21   actually be up on the amendment for I guess some of

22   the same reasonings that I don't see what we're trying

23   to fix. Doing your report monthly has been working. It

24   is very transparent and to change it, what is the

25   need?

Page 45

1      It's not like you're report takes a whole lot --

2   most times you have your treasurer do it anyway. We

3   need to -- like I say, we are the sunshine state. We

4   need to be transparent. And making this change will

5   make a difference. It won't give us the transparency

6   that we have now. So I will be up, definitely up on

7   this amendment.

8      REP. CARUSO:  Thank you. Members, any other

9   debate? Representative Gantt for debate.

10     REP. GANTT:  Thank you, Mr. Chair. I'll make it

11  brief. I think we're looking for a solution to a

12  problem that doesn't exist. It -- it's working and it

13  provides adequate transparency not only for us but for

14  the public so, I will be up on the amendment and I

15  encourage everyone else to support it.

16     REP. CARUSO:  Thank you for the brief debate. Any

17  other debate? No other debate. Representative

18  Eskamani, you're recognized to close on amendment 13.

19     REP. ESKAMANI:  Thank you so much, Chair. Again,

20  this is just a transparency amendment.

21     As Representative Gantt said, there's -- there's

22  nothing wrong with the current system and I think the

23  only individuals that this benefits is not the public,

24  it's -- it's -- it's politicians and their political

25  committees.

Page 46

1       And I just don't think that makes sense. I have

2    both and do what I, you know, sometimes you can be

3    late to update it because you are busy with session

4    but as Representative Robinson said, staff are

5    supposed to help. And there's fees and fines if we're

6    late to filing something.    Understandably so. And

7    so, I -- I just can't think of a good policy reason to

8    do less reporting beyond the convenience factor. And I

9    did not run for office to be inconvenienced clearly.

10   And so, with that members, I encourage you to vote yes

11   to this amendment.

12       REP. CARUSO:  Representative Eskamani having

13   closed, members all in favor of the amendment say yea.

14       MEMBERS:  Yea.

15       REP. CARUSO:  All opposed say nay.

16       MEMBERS:  No.

17       REP. CARUSO:  Seeing hands raised Lexi, could you

18   call the roll.

19       CLERK:  Representatives Bartleman.

20       REP. BARTLEMAN:  Yes.

21       CLERK:  Black.

22       REP. BLACK:  No.

23       CLERK:  Buchanan.

24       REP. BUCHANAN:  No.

25       CLERK:  Busatta Cabrera.

Page 47

1        REP. BUSATTA CABRERA:  No.

2        CLERK:  Caruso.

3        REP. CARUSO:  No.

4        CLERK:  Casello.

5        REP. CASELLO:  Yes.

6        CLERK:  Eskamani.

7        REP. ESKAMANI:  Yes.

8        CLERK:  Fernandez-Barquin.

9        REP. FERNANDEZ-BARQUIN:  No.

10       CLERK:  Gantt.

11       REP. GANTT:  Yes.

12       CLERK:  Griffitts.

13       REP. GRIFFITTS:  No.

14       CLERK:  Holcomb.

15       REP. HOLCOMB:  No.

16       CLERK:  Mooney. Excused. Persons-Mulicka.

17       REP. PERSONS-MALICKA:  No.

18       CLERK:  Porras.

19       REP. PORRAS:  No.

20       CLERK:  Rayner-Goolsby.

21       REP. RAYNER-GOOLSBY:  Yes.

22       CLERK:  Rizo.

23       REP. RIZO:  No.

24       CLERK:  Roach.

25       REP. ROACH:  No.

Page 48

1        CLERK:  Robinson.

2        REP. ROBINSON:  Yes.

3        CLERK:  Roth.

4        REP. ROTH:  Yes.

5        CLERK:  Temple.

6        REP. TEMPLE:  [inaudible]

7        CLERK:  Chair McClure.

8        REP. MCCLURE:  No.

9        REP. CARUSO:  Let the record show that the

10   amendment fails. Amendment 13 fails. Move on to

11   amendment 14 by Representative Gantt. Representative

12   Gantt, you are hereby recognized to explain your

13   amendment.

14        REP. GANTT:  Thank you, Mr. Chair. This basically

15   repeals section 97.022 of the Florida statutes and

16   that is the office of election crimes and security. I

17   believe that, you know, we're asking for the

18   supervisor of elections in all of our counties to do a

19   lot more heavy lifting as well as the other

20   governmental agencies.

21        So the money that is being funded for that office

22   can be used to support these other governmental

23   agencies. And to provide more information to voters so

24   that they can have access to democracy here in

25   Florida. And that is the amendment.

Page 49

1      REP. CARUSO:  Thank you for that explanation of

2  amendment 14. Members, are there any questions? No

3  questions. Is there public testimony. No public

4  testimony. Is there debate on amendment 14? There

5  being no debate, Representative Gantt, you're

6  recognized to close on amendment 14.

7      REP. GANTT:  Thank you, Mr. Chair. I just want to

8  reiterate, we have to be fiscally responsible in

9  Florida and being fiscally responsible means if we are

10  asking our supervisor of elections, clerk of courts

11  and all these other agencies to do more heavy lifting

12  with weekly reporting's, then we need to make sure

13  that we fund these.

14      We can't ask Floridians to work extra hours for

15  the sake of we don't thing the fiscal will be a

16  significant impact when it actually will be. So I

17  believe that this amendment will allow money to be

18  used -- taxpayer money to be used efficiently and in a

19  fiscally responsible way. And I encourage everyone to

20  vote up on this amendment. Thank you, Mr. Chair.

21      REP. CARUSO:  Thank you, Representative Gantt for

22  your close. Members, all in favor of amendment 14 say

23  yea.

24      MEMBERS:  Yea.

25      REP. CARUSO:  All opposed, nay.

1          MEMBERS:  Nay.

2          REP. CARUSO:  Show the amendment 14 fails. Now

3     we're back to Representative Gantt with amendment 15.

4     Representative Gantt, you're recognized to explain

5     your amendment.

6          REP. GANTT:  Thank you, Mr. Chair. This amendment

7     is really good, committee members. It is American.

8     This is an American amendment.

9          REP. CARUSO:  Go ahead Representative Gantt.

10    Explain your amend -- American amendment. Are you

11    waiving your explanation?

12         REP. GANTT:  I'm sorry. I'm sorry. It is to

13    create same day voter registration messaging.

14         REP. CARUSO:  Okay. Having explained her

15    amendment, members, are there any questions on the

16    American amendment? There being no questions, public

17    testimony? I've got Brad Ashwell who waives in support

18    with all voting is local action. Is there any other

19    public testimony? No other public testimony. Is there

20    debate on the American amendment? Representative

21    Robinson.

22         REP. ROBINSON:  Thank you, Chair. And as she

23    said, this is all American. All American. And we say

24    that -- we bring in this piece of legislation or we

25    keep reviewing our election laws because we want to

Page 51

1   ensure that all Floridians have the opportunity and

2   the freedom to be a part and be engaged.

3       I always use the term Florida is mine. It's

4   yours. It's ours. We have to be engaged in the

5   process. And this particular amendment gives everyone

6   that opportunity to be engaged. You can go ahead and

7   register and vote the same day. I think this is

8   amazing and I will definitely be up on this amendment,

9   and I encourage you all to do so.

10      REP. CARUSO:  Thank you Representative Robinson.

11  Representative Eskamani for debate.

12      REP. ESKAMANI:  Thank you, Chair. God bless

13  America. God bless Rep. Gantt. I just want to add that

14  from a practicality perspective, some of the confusion

15  we have with this new receipt structure is someone

16  could think their registered to vote, show up at the

17  poll location that's in their neighborhood or early

18  vote site and not be registered to vote but have this

19  receipt.  So there's a question that we haven't had

20  answered yet of what happens in that situation. We're

21  told that, you know, you can have investigations with

22  the state but my question is what is the SOE do?

23      Does that person get a provisional ballot? Does

24  that person just have to be rejected? But doing same

25  day registration would allow them to get registered

1   and still vote. So I think that's good policy.

2        REP. CARUSO:  Thank you, Representative Eskamani.

3   I -- I saw you raise your hand Representative Gantt to

4   debate. But we'll save that for close. So we'll move

5   on to Ranking Member Rayner-Goolsby for debate.

6        REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

7   Chair. Representative Gantt, this is actually a really

8   good amendment, and it is, I know we're joking

9   American, but it really is. I've actually carried

10  legislation to implement same day voter registration.

11       There are many states that actually have this.

12  And they're not just blue states. They're also red

13  states that have same day voter registration. I

14  actually had a member of this chamber tell me it

15  should be more difficult to vote and I think that's

16  actually the antithesis of voting.

17       That's the antithesis of the democracy. Democracy

18  should be accessible to everyone. And we have seen in

19  this legislature since I've been here that there's,

20  kind of, been this theme of making it harder to vote.

21  Making it harder to register. Making the rules a

22  little bit more wonky.  And I think that if we really

23  believe that the ballot should be accessible to

24  everyone, that we should do same day voter

25  registration. And so, I will be up on this amendment.

1   And I think you all should do the same.

2        REP. CARUSO:  Thank you. Any -- members, any

3   other debate? No other debate. Representative Gantt,

4   you're recognized to close on amendment 15.

5        REP. GANTT:  Thank you, Mr. Chair. And thank you

6   for your indulgence in my opening. I -- I -- I said it

7   in jest, but a lot of truth is said in jest. But this

8   is a very American amendment. Voting is one of the

9   rights that we all hold near and dear in this country,

10  especially in the state of Florida.

11       And as we continue to see these changes and these

12  amalgamations of voter limitations or voter access and

13  limitations to the ballot box, we must also, as a

14  legislative body, give Floridians the ability to

15  access the ballot and with what Rep. Eskamani said

16  regarding the receipt structure that is in this bill,

17  we shouldn't make it more difficult.

18       We are empowering our constituents, our friends

19  and family to engage in the democratic process, a

20  process that we hold near and dear to us as Americans.

21  And so, with empowering our supervisors of elections

22  to implement same day voter registration, we are

23  telling our constituents that, yes, we hear you.

24       We are listening to you. We know that you want to

25  be engaged in the democratic process. And while we say

Page 54

1  that we are making voting more robust and secure in

2  Florida, we're not limiting access and we're not

3  disenfranchising you all with the laws that we make.

4      So I really ask for everyone's support on this

5  amendment and that is the amendment, Mr. Chair. Thank

6  you.

7      REP. CARUSO:  Thank you, Representative Gantt.

8  Having closed, members, all in favor of amendment 15

9  say yea.

10     MEMBERS:  Yea.

11     REP. CARUSO:  All opposed say nay.

12     MEMBERS:  No.

13     REP. CARUSO:  Show amendment 15 fails. And I'm

14  seeing hands. Lexi would you call the roll.

15     CLERK:  Representatives Bartleman.

16     REP. BARTLEMAN:  Yes.

17     CLERK:  Black.

18     REP. BLACK:  No.

19     CLERK:  Buchanan.

20     REP. BUCHANAN:  No.

21     CLERK:  Busatta Cabrera.

22     REP. BUSATTA CABRERA:  No.

23     CLERK:  Caruso.

24     REP. CARUSO:  No.

25     CLERK:  Casello.

Page 55

1          REP. CASELLO:  Yes.

2          CLERK:  Eskamani.

3          REP. ESKAMANI:  Yes.

4          CLERK:  Fernandez-Barquin.

5          REP. FERNANDEZ-BARQUIN:  No.

6          CLERK:  Gantt.

7          REP. GANTT:  Yes.

8          CLERK:  Griffitts.

9          REP. GRIFFITTS:  Yes. No, sorry.

10         CLERK:  Holcomb.

11         REP. HOLCOMB:  No.

12         CLERK:  Mooney. Excused. Persons-Mulicka.

13         REP. PERSONS-MALICKA:  No.

14         CLERK:  Porras.

15         REP. PORRAS:  No.

16         CLERK:  Rayner-Goolsby.

17         REP. RAYNER-GOOLSBY:  Absolutely.

18         CLERK:  Rizo.

19         REP. RIZO:  No.

20         CLERK:  Roach.

21         REP. ROACH:  No.

22         CLERK:  Robinson.

23         REP. ROBINSON:  Yes.

24         CLERK:  Roth.

25         REP. ROTH:  No.

1      CLERK:  Temple.

2      REP. TEMPLE:  No.

3      CLERK:  Chair McClure.

4      REP. MCCLURE:  No.

5      REP. CARUSO:  Let the record show that amendment

6   15 is reported unfavorably. Let's see, we have no

7   other amendments. And we're back on the bill as

8   amended. And we have -- I'm sorry. No, it's not

9   amended. Back on the bill as not amended. Thank you.

10     We have Genesis Robinson, who wished to appear in

11  opposition. Yeah. And -- and members, if I could -- I

12  mean, the public. If we have -- we have less than

13  three hours. We have a significant agenda to go

14  through today.

15     And so, if -- if you are presenting publicly and

16  -- and you want to oppose, you know, say something

17  that's already been addressed or stated, we'd ask you

18  to just stand and waive in opposition or in favor of -

19  - of -- of that. So Mr. Robinson, you are recognized.

20     MR. ROBINSON:  Thank you, Sir. Good morning. My

21  name is Genesis Robinson. I am the political director

22  for Equal Ground Action Fund. Yet again, the people of

23  Florida are confronted with the reality that the state

24  of Florida has waged an unrelenting assault on their

25  voting rights.

Page 57

1      For three consecutive legislative sessions, after

2  what many declared as the safest and most secure

3  election in our state, Republicans in the legislature

4  have worked with the governor to inject intimidation

5  and chaos around our election process.

6      The proposed committee bill announced today

7  builds upon Florida's infamous legacy of voter

8  suppression. As a civic engagement organization

9  committed to advocating for the best interests of all

10  the Florida voters, especially the almost two million

11  black voters who are disproportionately impacted by

12  voter suppression laws, we are unequivocally opposed

13  to PCB 2301.

14      By further disenfranchising returning citizens

15  negatively and stigmatizing immigrants and subjecting

16  third-party voter registration organizations to

17  restrictive rules and excessive fines, it is evident

18  that you have used this opportunity to score political

19  points at the expense of Floridians who desire more

20  access to the ballot box.

21      One out of every 10 black and brown voters are

22  registered by third-party voter registration

23  organizations as well as two out of every white -- two

24  out of every 100 white voters. These organizations are

25  essential for engaging black and brown communities and

Page 58

1    the democratic process and they play a vital role in

2    registering voters of all political parties.

3         I -- I ask that you vote no on this bill and

4    protect the voting rights of Florida -- of -- of

5    Floridians. Thank you.

6         REP. CARUSO:  Thank you, Mr. Robinson. Next, we

7    have Jonathan Webber [ph] from SPLC Action Fund, who

8    wishes to appear in opposition. You are recognized,

9    Sir.

10        MR. WEBBER:  Thank you. Good morning. Jonathan

11   Webber, Florida policy director for SPLC Action Fund.

12   I do urge you to vote no on this bill. Registering to

13   vote and voting itself should be quick, easy and

14   intuitive.

15        Maximum voter turnout and free and fair elections

16   are what give our system of government its legitimacy.

17   However, since the earliest days of country, those in

18   power, especially in the south, have used the most

19   extreme forms of violence and every bureaucratic

20   gimmick, trick and gotcha game in the book to prevent

21   people from exercising their right to participate in

22   their elections.

23        To make up for decades of anti-democratic abuse

24   by the state, community-based organizations have

25   picked up the difficult job of helping people to

Page 59

1    register. This bill attacks those organizations and

2    their staff by placing extreme requirements on them

3    such as requiring their organization to --

4    organization's registration to expire after each

5    election cycle.

6          And even more extreme limitations on a staff

7    person's time limits for returning ballots. This bill

8    also substantially increases financial penalties and

9    adds new criminal penalties. Together, this bill will

10   likely scare community-based organizations from

11   undertaking their important registration efforts

12   across the state.

13         To be clear, and to reiterate what my colleague

14   Genesis said, eligible black and Hispanic voters are

15   roughly five times more likely than white voters to

16   rely on community-based voter registration

17   organizations like the ones targeted in this bill.

18         These organizations are vital for black and brown

19   communities across the state to participate fully in

20   our democracy. If a problem was inherent mistrust of

21   third-party voter registration efforts, implementing

22   same day registration would be a much more

23   straightforward and effective fix.

24         In addition, this bill overshadows the apparent

25   obligation of authorities like the supervisor of

Page 60

1  elections and secretary of state to plainly tell

2  people if they are or are not legally eligible to vote

3  by placing the onus on the voter to make that

4  difficult determination amongst our state's labyrinth

5  eligibility laws.

6       For many in Florida, voting will now be a roll of

7  the dice. How many will ask themselves, is it worth it

8  and decide to stay home? That's an unacceptable,

9  preventable outcome. Not every voter has the time,

10  formal training or access to a pricey lawyer to

11  understand the intricacies of election law, especially

12  when those laws are overhauled, seemingly, every year.

13       It would be helpful if this -- it would -- if

14  this legislation required the state to take

15  responsibility for collecting and interpreting a

16  person's legal eligibility information and then

17  creating a statewide database so anyone could look

18  themselves up and see their status.

19       REP. CARUSO:  Mr. Webber, could you bring it in?

20       MR. WEBBER:  Yes, Sir. I'll finish up. In

21  February, the secretary of state published a report

22  entitled Report by the Department of State on Vote by

23  Mail Voting.

24       The section on recommendations on page 26

25  includes an explicit request from the [inaudible]

Page 61

1    supervisor of elections asking legislature to postpone

2    all changes to vote by mail until after the 2024

3    election. I do urge you to vote no on this bill. Thank

4    you.

5         REP. CARUSO:  Thank you, Sir. Pamela Burch Fort

6    with Florida State Conference of the NAACP Branches

7    waives in opposition. Amy Kite with Common Cause

8    wishes to speak in opposition. Sorry about the last

9    name there, Kite?

10        MS. KEITH:  Keith.

11        REP. CARUSO:  Keith?

12        MS. KEITH:  Yes.

13        REP. CARUSO:  Missed the h.

14        MS. KEITH:  No problem.

15        REP. CARUSO:  Okay. You're recognized.

16        MS. KEITH:  Thank you, Chair members. My name is

17   Amy Keith, and I am the Florida program director for

18   Common Cause. This bill is a shocking assault on one

19   of the most patriotic, time honored and deeply

20   American activities, helping people in your community

21   register to vote.  Voter registration volunteers and

22   organizations register voters across the political

23   spectrum, and they are essential. They're particularly

24   essential for voters who do not have a Florida

25   driver's license or state ID and, therefore, cannot

Page 62

1    use our state's online voter registration system.

2         This legislator has changed the voting rules

3    every year since 2019 but this legislator has not

4    invested in outreach or education to help voters

5    understand those changes. And now, yet again, this

6    legislator attacks the very community-based

7    organizations who are out there supporting and

8    educating voters. If that isn't voter suppression

9    through confusion, I don't know what is.

10         This bill attacks community voter registration

11   with precision. It reduces the timeframe to submit

12   forms from 14 days to 10 and then increases the fines

13   for late forms to $50 per day per form.

14         And it puts in place a whopping $250,000 maximum

15   fine on community organizations. It tells voter

16   registration groups that they have to improve

17   accountability and give receipts but then it appears

18   to prohibit them from collecting the very information

19   necessary to ensure accountability to voters.

20         It even says that immigrants, including green

21   card holders who have been legal permanent residents

22   of the United States for decades, are not allowed to

23   help with voter registration in their adopted

24   communities.

25         This isn't about accountability. There is no

Page 63

1   evidence that any of these measures would even improve

2   so called accountability. These measures are meant to

3   scare and intimidate community groups and volunteers

4   from helping their neighbors register to vote, plain

5   and simple.

6       I ask you to vote no.

7       REP. CARUSO:  Question. You're recognized.

8       REP. MCCLURE:  Thank you so much for coming

9   today. Can you point to where in the bill it does not

10  allow those folks to participate in soliciting or

11  advocating for people to register to vote?

12      REP. CARUSO:  You're recognized.

13      REP. MCCLURE:  I believe, if I heard you right,

14  you said that these folks could not participate in the

15  process.

16      MS. KEITH:  It doesn't allow them to help with

17  voter registration. It doesn't allow them to help to

18  fill out the form. It doesn't allow them to collect

19  the form or even deliver the form.

20      REP. MCCLURE:  Okay.

21      MS. KEITH:  So practically help with direct voter

22  registration.

23      REP. MCCLURE:  Just for clarification, for the

24  committee's sake, what you're saying is that

25  soliciting, advocating, to register to vote as part of

1   an organization is -- is -- is not part of the

2   process.

3          REP. CARUSO:  You're recognized.

4          MS. KEITH:  It's part of the process but they

5   cannot help directly with the voter registration.

6   They're not even allowed to handle the form or support

7   the voter in that way.

8          REP. CARUSO:  Thank you Ms. Keith. Next up,

9   Abdelilah Skhir with the ACLU of Florida wishes to

10  speak in opposition. And -- and Mr. Skhir, we're going

11  to limit -- start limiting to two minutes. We've got a

12  big agenda. So please try to squeeze it in.

13         MR. SKHIR:  Thank you, Chair. Good morning,

14  members. My name is Abdeliah Skhir. I'm with the ACLU

15  of Florida. This bill directly harms community-based

16  groups that conduct voter registration drives

17  continuing to significantly raise financial penalties.

18         We're talking $250,000, will squeeze out these

19  organizations that do vital work. They go out into

20  their communities. They register their friends, their

21  families, their neighbors to vote. I can't think of

22  anything more American than that.

23         And while doing so, at the same time, this also

24  loosens the rules around campaign finance. And I think

25  that sends the wrong message to voters. Section 11

Page 65

1  that mandates weekly reporting between clerks of court

2  and the supervisor of election does little to maintain

3  clean voter rolls.

4      I'm sure many of you all have districts that span

5  several counties. This does nothing to facilitate

6  communications between say Seminole County and Orange

7  County. So if someone has a felony conviction in

8  Seminole County and they live and register to vote in

9  Orange County that communication is not happening

10  between those two offices.

11      I need to point out that this is another major

12  elections bill for the third year in a row that this

13  legislature is taking up and it is not providing an

14  easy and quick way for Floridians with felony

15  convictions to quickly and easily determine whether

16  they're eligible to vote.

17      The current advisory opinion process is

18  inadequate. In many cases it does not give a timely

19  response. For example, the last five advisory opinions

20  post by the division, from date of request to date of

21  issuance is three months -- three months -- three

22  months -- three months -- and four months.

23      Changes to vote -- this bill changes the vote by

24  mail process despite the fact that just two months

25  ago, in February, the supervisors of elections

Page 66

1    unanimously recommended that the legislature not make

2    any changes to the vote by mail process. And if they

3    absolutely must they must take affect -- they should

4    take affect after the 2024 election. The language in

5    section eight regarding voter information cards

6    continues the state's --

7          REP. CARUSO:  15 seconds, Sir.

8          MR. SKHIR:  Thank you. Pattern of behavior of

9    abdicating it's responsibility when it comes to

10   verifying voter eligibility. There are a few other

11   problems with this bill that I could go on and on but

12   the Chair's already looking me to -- to end. I would

13   recommend, however, that the section -- the section

14   that allows folks a defense if they -- if they vote --

15   if they vote and their still determining eligibility -

16   -

17         REP. CARUSO:  Thank you, Sir.

18         MR. SKHIR:  Including -- including 104.011 and

19   104.15, since those were the statutes that --

20         REP. CARUSO:  Thank you.

21         MR. SKHIR:  Folks were charged with in August.

22   Thank you. Please vote no.

23         REP. CARUSO:  Appreciate it. Next up, Barbara

24   DeVane with Florida Now and Florida Alliance for

25   Retired Americans waives in opposition. Thank you for

Page 67

1  waiving. Our own secretary of State, Cord Byrd, you're

2  hereby recognized. You wish to speak. I guess waiting

3  that long, why not. Good morning.

4     MR. BYRD:  Thank you Vice Chair Caruso. Good

5  morning. Chairman McClure, members of the committee.

6  appreciate the opportunity to stand before you as the

7  secretary of state and the state's chief elections

8  officer in support of this good piece of legislation.

9  Chairman McClure, you did a fantastic job answering

10  question on a very difficult and technical topic.

11     Representative Gantt, to your specific question

12  on the cure process for mismatched signatures, that

13  can be found in section 101.68. So it is currently in

14  statute. So I wanted to address your specific

15  question.

16     There's been a lot of discussion of the third-

17  party voter registration, the organizations. That's

18  where I'm going to spend my time. We recently, through

19  the office of the Department of State fined one third-

20  party voter registration $34,400. That was on top of a

21  $12,200 fine for that same organization.

22     This organization turned in 116 voter

23  registration applications late. So there was a lot of

24  conversation about why are we doing this? What is the

25  evidence? What is the facts? That's what I'm here to

Page 68

1  provide you to today.

2       And it's important to understand that of those

3  116 voters, every single one of them was prohibited to

4  vote. So while there's a lot of concern for the third-

5  party voter registration organizations, I haven't

6  heard a lot of concern about the individual voters who

7  were disenfranchised by the failure of those three

8  PVROs to turn in those registrations timely.

9       Because it's important to understand, that when

10  we have book closing, which is 29 days before the

11  election, no matter what the circumstance, you cannot

12  vote after book closing. So every one of those single

13  -- every one of those individuals was disenfranchised.

14       Furthermore, during the November election, I had

15  a -- a mother who contacted me by email who was very

16  distraught. Her son, who was a high school senior had

17  registered to vote. Was very excited to go vote but

18  when he went to the polls --

19       REP. CARUSO:  30 seconds, Sir.

20       MR. BYRD:  When he went to the polls, he was

21  unable to cast his ballot because the third-party

22  voter registration organization had not turned it in.

23       The purpose of the receipt is to have -- to have

24  validation for the voter that they can then provide to

25  the Department of State so we can do our due diligence

Page 69

1    in holding these third-party voter registrations

2    accountable.

3        This is a fantastic piece of legislation that

4    will keep Florida the gold standard in elections

5    administration. And I urge your favorable support.

6    Thank you.

7        REP. CARUSO:  Thank you, Mr. Secretary. Question?

8    We have question? Representative Gantt for a question.

9        REP. GANTT:  Thank you, Mr. Chair. Good morning,

10   Secretary Byrd. So thank you for that insight

11   regarding the late registration returns. Would you be

12   amiable or supportive of same day registration in

13   those cases?

14       MR. BYRD:  No, that would be a terrible idea

15   because it undermines our very ability to verify

16   whether or not those individuals are eligible to vote.

17   We would not be able to process that information with

18   same day voter registration.

19       REP. CARUSO:  Representative Eskamani for a

20   question.

21       REP. ESKAMANI:  Thank you so much. What was --

22   which organization got that fine and can you -- do you

23   have the list of, like, the top three organizations

24   that were fined.

25       MR. BYRD:  Sure. That was the Hard Knocks

Page 70

1    organization that had both of those fines.

2         REP. ESKAMANI:  Okay.

3         MR. BYRD:  And we have a list of -- I mean, it's

4    public record, all of the organizations, including

5    both major political parties in Florida are -- are --

6    are -- are frequent violators of the statute.

7         REP. ESKAMANI:  Interesting. Okay. Thank you.

8         REP. CARUSO:  Representative Robinson for a

9    question.

10        REP. ROBINSON:  I have one quick question, too.

11        REP. CARUSO:  Representative Eskamani for another

12   question.

13        REP. ESKAMANI:  Secretary, do you have any

14   comment on the scenario I painted of, like, the

15   receipt being faked, and do you have any advice on,

16   you know, what you would do in that situation if

17   someone faked a receipt.

18        REP. CARUSO:  Recognized.

19        MR. BYRD:  So that -- that would, I mean, that

20   would be an evidentiary matter for the -- for first

21   the office of election crimes and security. Then if --

22   if there was grounds that would be handed off to the

23   voter department of law enforcements.

24        So that would be just another piece of evidence

25   as with -- as any other piece of evidence. I mean, we

Page 71

1  don't issue fines until we know that the person has

2  validly broken the law. And if there's a discrepancy

3  on whether or not that receipt is fake, we would --

4  that would be discerned during the investigatory

5  process.

6      REP. CARUSO:  Thank you, Mr. Secretary.

7      MR. BYRD:  Thank you, Vice Chair.

8      REP. CARUSO:  Have a great day. We move on to

9  Caitlyn Clibbon with Disability Rights Florida, wishes

10  to speak. Ms. Clibbon, you are recognized and we're --

11  we're limiting it to two minutes.

12      MS. CLIBBON:  Thank you, Chair. I'll be brief.

13      REP. CARUSO:  Thank you.

14      MS. CLIBBON:  I just wanted to say -- I won't

15  repeat what others have said but I just would like to

16  say that we do appreciate the signature matching

17  training requirement that was included in the

18  universal vote by mail application form.

19      We would suggest -- we have one suggestion for

20  the disability community in -- starting around line

21  1784, we would suggest including an additional method

22  of requesting a vote by mail ballot that's by

23  electronic delivery for voters with disabilities using

24  remote, accessible, vote by mail pursuant to section

25  101.662.

Page 72

1      This is already a requirement in all 67 counties

2   to have a -- a remote electronic delivery method for

3   voters with disabilities due to the settlement of

4   litigation between the state and the Florida Counsel

5   of the Blind. Adding that method will make the law

6   more clear and more consistent. Thank you.

7      REP. CARUSO:  Thank you. Next up, David Ramba for

8   the Florida supervisor of elections wishes to speak.

9   You're recognized, Sir.

10      MR. RAMBA:  Thank you, Mr. Chairman. David Ramba

11   on behalf of the 67 supervisors in Florida. We

12   appreciate Chair McClure and -- there he is. And the

13   time and the -- the effort of your staff to -- to go

14   through a lot of the provisions and list maintenance

15   and everything are very complicated.

16      We're trying to make sure they work properly. The

17   only outstanding or the biggest outstanding issue we

18   still have with this bill is the provisions that

19   require supervisor of elections to be doing felony

20   determinations from past practices of - of certain

21   voters.

22      We do not have that investigation expertise. We

23   think that should properly be in the office of

24   election security where it's currently housed. This is

25   a major change and a large addition to our workload.

1   And I don't think you'll get consistent reviews across

2   the board if individual supervisors are doing it.

3        We have many supervisors, probably 20, in the

4   state of Florida that have less than five employees.

5   So getting these -- this information -- this raw data

6   directly from the clerks of court to cross the state -

7   - as been stated across state lines.

8        There are different laws if -- if you committed a

9   felony murder in Connecticut, when you get out your

10  voting rights are restored. If you come to Florida,

11  even though we say if you're a convicted murder,

12  that's if you're a convicted murder in Florida.

13       If you've had your rights restored in another

14  state, there's a lot of complications in other states

15  that -- that implicate that. We think that being done

16  on a statewide basis with the office of election

17  crimes is the appropriate place to do it.

18       REP. CARUSO:  Thank you, Mr. Ramba. Questions?

19  Quick questions? You're recognized.

20       REP. RAYNER-GOOLSBY:  Yes. Thank you so much, Mr.

21  Chair. And thank you so much, Mr. Ramba. Thank you so

22  much also for just coming by and speaking with me

23  about this bill.

24       I do want to ask you with specific to the

25  investigate -- investigatory process by the SOEs, do

Page 74

1   you have any -- and this may be speculative, do you

2   have any idea what the fiscal would be on -- on the

3   SOEs if they have to undertake the investigatory

4   process in figuring out who is a returning citizen?

5   Who's a convicted felon? Who's not?

6         REP. CARUSO:  Mr. Ramba to the fiscal.

7         REP. RAMBA:  Thank you, Mr. Chairman. Yeah. I

8   mean, we do coordinate with the department of state on

9   a lot of this now. I would depend on how many you get.

10  Clearly, in smaller counties, it wouldn't have much of

11  an impact because you don't have that many voters.

12  Bigger counties it would be bigger.

13        We -- we -- we do this hand in hand right now. Us

14  getting that raw data from the -- from the -- the

15  clerk of courts from all 67 counties is where I would

16  see they would try to track it back to us.

17        We think we'd be a -- a burden but it just would

18  depend on how many there are. Right now, there's a

19  backlog of a couple years. So just to get -- catch up,

20  I think, would be something significant for us to do.

21        But the real -- the real question of it is is we

22  don't have access to the data bases and the level of

23  the databases that the state has. We have access to

24  DHS&B records and a certain level of the David

25  Program, unique name, I guess. But -- but the state

Page 75

1   has a deeper level to look at. We're not able to see

2   that.

3        REP. CARUSO:  Thank you, Mr. Ramba. Thank you.

4   Thank you. Next up, Clay Taylor waives in opposition.

5   Precinct Committee Ban 503. Mr. Taylor, thank you.

6   Jackson Oberlants with Florida Rising.

7        MR. OBERLINK:  Oberlink.

8        REP. CARUSO:  Oberlink. That's right. Wishes to

9   speak. And we're going to have to limit you, Sir, to

10  one minute and the rest of the public testimony to one

11  minute. Sorry about the mispronounce. Oberlink.

12       MR. OBERLINK:  Thank you. Good morning. My name

13  is Jackson Oberlink and I'm here today on behalf of

14  Florida Rising to oppose this bill. This bill raises

15  the fines and penalties on third-party voter

16  registration groups who are just trying to increase

17  civic engagement.

18       These increased restrictions will just dissuade

19  well-meaning organizations from helping to register

20  voters out of fear of the potential financial burden.

21  We see nothing here to address the real threat to our

22  democracy, which is money and politics.

23       One of the greatest threats to our state to vote

24  -- of the greatest -- one of the greatest threats to

25  our freedom to vote is corporate influence. In 2020

Page 76

1   FPL consultants affectively stole the Florida senate

2   via a sham candidate and a network of dark money.

3       We continue to see corporate dark influence our

4   election -- corporate dark money influence our

5   elections. And bills like this are designed to

6   centralize power in the hands of the elite few.

7       REP. CARUSO:  15 seconds.

8       MR. OBERLINK:  The freedom to vote is essential

9   to the power of everyday Floridians. This bill doubles

10  down on efforts to intimidate, confuse and deny

11  eligible voters our freedom to vote. It reflects the

12  dark era of Jim Crow, a part of our history we should

13  leave in the past, not bring to the present day.

14  Ultimately, we know that increase barriers to

15  participate in elections will disproportionately

16  impact black and brown Floridians.

17      REP. CARUSO:  Thank you, Mr. Oberlink.

18      MR. OBERLINK:  At the end of the day, legislation

19  undermining the freedom to vote will cut both ways.

20      REP. CARUSO:  Mr. Oberlink, Thank you. Thank you,

21  Mr. Oberlink.

22      MR. OBERLINK:  Thank you. Not done.

23      REP. CARUSO:  Sorry. Got a big agenda today.

24  Dwight Bullard, Florida Rising, wishes to speak as an

25  opponent. Senator. Oh, yes, Sir. Senator, how are you

Page 77

1    this morning? Sorry you are limited to one minute.

2         MR. BULLARD:  Yeah, it's unfortunate that the

3    history of former members gets lost because of African

4    American history. But I digress. Couple points I do

5    want to make. One is that as the chair pointed out

6    through his questions, SB90 was already passed by this

7    body a few years ago.

8         Many of you already voted on this. By the

9    secretary of state's own admission, there isn't some

10   rampant voter -- voter fraud problem that exists and

11   therefore deems the changes in this bill absolutely

12   unnecessary at this quick moment in time.

13        Secondarily, the constitution's very clear. At

14   least it was until 2018 on the two groups of folks

15   that were ineligible to vote. So I look forward to

16   hopefully a friendly amendment that will address the

17   fact that returning citizens still do not have a clear

18   pathway.

19        REP. CARUSO:  15 seconds.

20        MR. BULLARD:  On how they can vote, where they

21   can vote, nor a system in place that deals with this.

22   This is an omnibus bill on elections. It seems that

23   this would be the place in which to address that.

24        Lastly, very quickly, and just anecdotally, with

25   the passage of this bill, it would now be harder to

Page 78

1    register to vote than to acquire an AR15.

2        REP. CARUSO:  Thank you, Senator. Dr. Rich

3    Templin, Florida AFLCIO, wishes to speak in

4    opposition.

5        MR. TEMPLIN:  [inaudible].

6        REP. CARUSO:  Thank you, Sir. Brad Ashwell, All

7    Voting is Local Action wishes to speak in opposition.

8    Recognized for a minute, Sir. Thank you.

9        MR. ASHWELL:  Good morning. Thank you, Chair. My

10   name is Brad Ashwell with all Voting is Local Action.

11   I'm the state director. A lot of what I wanted to say

12   has already been said. You know, our main concern in

13   this bill are the provisions weighting the three

14   PBROs.

15       We think it is going to have a chilling effect.

16   Just to respond to the secretary of state's comment

17   about the 116,000 voters. That wouldn't be a problem

18   if Representative Gantt submitted and adopted, we had

19   same day registration. That's a significant policy

20   change.

21       We hope you'll consider that in the future. The

22   book closing deadline is outdated and antiquated and

23   unnecessary at this point with electronic poll books.

24   One thing I want to highlight that hasn't been spoken

25   about much are the vote by mail provisions.

Page 79

1      This bill would reduce the time to request to

2  vote by mail ballot. It reduces the time period for a

3  voter to pick up a vote by mail ballot.

4      REP. CARUSO:  15 seconds.

5      MR. ASHWELL:  Requires voters to follow emergency

6  affidavit, which is an additional hurdle. And it also

7  would lead to more rejections to ballots to arrive in

8  -- multiple ballots to arrive in one envelope being

9  discarded. Thank you.

10     REP. CARUSO:  Thank you, Mr. Ashwell. Neil Volz,

11 Florida Rights Restoration Coalition waives in

12 opposition. Thank you, Sir. Trish Neely from the Legal

13 Women Voters of Florida waives in opposition. Members,

14 we are in debate. Is there debate? Surprise. Surprise.

15 Representative Gantt, first up. You're recognized.

16     REP. GANTT:  Thank you, Mr. Chair.

17     REP. CARUSO:  Oh, and -- and we're going to have

18 to limit debate to two minutes.

19     REP. GANTT:  Dos minutos, if you've ever gone to

20 a Dolphins game.

21     REP. CARUSO:  Dos minutos.

22     REP. GANTT:  All right. So I'm going to start

23 with this. Did you know that when amendment four was

24 passed, it undid -- it essentially undid or un -- you

25 all get it. It -- it nullified Jim Crow policies from

Page 80

1   the reconstruction era because black Floridians in

2   Tallahassee outnumber the white Floridians in

3   Tallahassee.

4        And so, they criminalized just, you know,

5   existing as a black person and, therefore, made sure

6   that black people were disenfranchised from voting. So

7   what we see is a continuous erosion of access to the

8   ballot in our state.

9        And I don't understand it because it's -- it's in

10  direct contradiction to what we say when we say free

11  state of Florida. I just like to echo Mr. Ashwell's

12  remarks regarding the vote by mail time. We reduce it

13  and then we say that they have to have an affidavit.

14       Who's going to be the notary to swear that

15  affidavit? What are the qualifications for the

16  affidavit to be -- to be accepted. Are we providing

17  this -- a fiscal support for the supervisors of -- of

18  elections to be able -- to be able to hire someone?

19       And we have to really think about the -- the

20  intent and impact of our legislation. This is a

21  disenfranchisement of Floridians from the voting

22  process. And amendments were offered. They were all

23  rejected. And if we are going to be serious and not

24  play in our constituents faces then we need to say,

25  no, we are actually making it harder to vote in

Page 81

1    Florida.

2        As opposed to saying we are in the free state of

3    Florida. We want you to continue to be involved in the

4    democratic process and we are essentially doing the

5    opposite. Thank you, Mr. Chair.

6        REP. CARUSO:  Thank you. Representative Bartleman

7    for two minutes of debate.

8        REP. BARTLEMAN:  Thank you. This bill actually

9    creates confusion. It changes laws to who can pick up

10   a ballot, what circumstances. It absolutely shortens

11   the deadline for the voter because the supervisor of

12   elections on 1781, line 1781 can mail it out on the

13   10th day but I have, as a voter, I only have until 12

14   days before the election.

15       So it may help the SOE, it hurts me as a voter. I

16   think the goal of this bill is to -- to -- to really

17   mute or stop third-party voter registration

18   organization. These are the very party -- the very

19   groups that register our most marginalized groups of

20   people.

21       And this -- the fines, the -- the affidavits, the

22   receipts, it really creates a chilling effect. And if

23   your intended purpose is to stop people from

24   registering people who need assistance, you're going

25   to do that with this bill. So I will be down on this

1   bill because my goal is to eliminate hurdles to get

2   people to vote. Thank you.

3       REP. CARUSO:  Thank you. Representative Eskamani.

4       REP. ESKAMANI:  Thank you so much, Chair. And I

5   just want to echo that I -- I do find this bill to be

6   very concerning. There are parts of it that I actually

7   think are -- are fine. To the secretary's point, you

8   know, trying to time a different oversight and

9   security features of it but overwhelmingly, it

10  definitely seems designed to make it harder to

11  register people to vote. Period.  And I just don't

12  think we should be in the business of making it harder

13  to register people to vote. As I -- as was shared

14  during the testimony, there are organizations that

15  have faced these penalties and the goal of penalties

16  is to correct.

17      And but the type of measures in this policy are -

18  - are -- are not only punitive in nature but they're -

19  - they're designed to chill. They're designed to make

20  it very difficult for organizations to operate. A

21  $50,000 penalty, you know, for having a -- a non-

22  citizen handle voter reg. form.

23      It -- it's very excessive. And it creates an

24  environment where it's going to be difficult to

25  enforce from the state perspective but it's also going

Page 83

1   to be very difficult to just recruit volunteers. The

2   fear of being subjected to such a fee or fine is going

3   to create an opportunity where you're just not going

4   to be able to have a successful voter registration

5   program.

6        Which again, I hope is not the intent, but it

7   seems like it is the intent. So ideally, we can amend

8   some of those provisions and just focus on ensuring

9   compliance, ensuring those -- those -- those voter

10  reg. forms do get submitted in time. I know that is of

11  importance to everyone here.  But, as noted, these

12  three -- these three PVROs, these community groups

13  that do voter reg. they play a really important role.

14  When you're on a college campus --

15       REP. CARUSO:  30 seconds.

16       REP. ESKAMANI:  The S -- the SOE is not there. It

17  is these third-party voter reg. orgs. help register

18  students to vote, helping register returning citizens,

19  helping to register, you know, working class families.

20  And I think there's a lot of value to that. And I

21  would rather see policy that strengthens that not

22  tries to completely eliminate it. Thank you, Chair.

23       REP. CARUSO:  Thank you. Representative Ranking

24  Member Rayner-Goolsby, you're recognized for two

25  minutes of debate.

Page 84

1          REP. RAYNER-GOOLSBY:  Thank you so much, Mr.

2     Chair. I'm just going to be frank. I don't like this

3     bill. Like, I -- I don't like it. I don't -- I get

4     nervous when Republican led legislature tries to touch

5     voting. Like I get very nervous because we have seen,

6     since my time of being here -- I'm old enough to

7     remember that after the safest most secure election

8     that we've ever had, not my words. Governor DeSantis's

9     words.

10         That all of a sudden, it's become harder for

11    people who look like me to vote. I have problems with

12    the notice portion. I have problems that the onus is

13    on people to figure out if they're eligible to vote.

14         I will still make this correlation. Let me tell

15    you, if I am not eligible to drive, I may still have a

16    license, but the state of Florida will dog gone make

17    sure that they let my behind know that I cannot be on

18    these roads. They will -- they should -- as my daddy

19    used to say, I'm a seat belt infraction away from

20    loosing my license because I like to speed a little

21    bit.

22         So I understand the state of Florida will let you

23    know. So I just don't understand why, in this same

24    vein, the state of Florida cannot let people know if

25    they are eligible to vote or not. Why it has to be on

Page 85

1  them to know if they're eligible to vote or not.

2      The process is so cumbersome. And even

3  registering to vote, getting the mail -- vote by mail

4  ballot. So many rules. Going to election day, going to

5  either a early vote site or election day site. All of

6  this is very cumbersome. I don't know why we can't

7  just make this streamline. I think that with --

8      REP. CARUSO:  30 seconds Represent -- Ranking.

9      REP. RAYNER-GOOLSBY:  Yes, Sir. If Rep. Gantt's

10  amendment was accepted, with same day voter

11  registration, a lot of these issues would be -- would

12  be dealt with. So members, I -- I'm going to say this.

13  If you love America, love democracy, this ain't the

14  bill for you. I will vote down -- I will vote down on

15  it.

16      REP. CARUSO:  Thank you, Rank. Representative

17  Robinson you're recognized for two minutes of debate.

18      REP. ROBINSON:  Thank you, Chair. And I guess

19  what I want to focus on is as it was stated earlier,

20  the last three years we have come back again and again

21  to address election legislation. And from my stance as

22  a legislator, when we create legislation, it should be

23  addressing a problem.

24      It should be trying to fix something that is

25  wrong. And as it was just stated, is nothing -- we --

Page 86

1    we've been good on our election laws. So for us to

2    keep on coming and making changes, it brings about a

3    lot of confusion.

4        And with that confusion, we are limiting or

5    somewhat restricting Floridians to come out and vote.

6    If we're going to really want -- or if we really want

7    to ensure that all Floridians have this right and that

8    they're able, one of the things that we should be

9    putting into this legislation is education.

10       We keep changing things but we're not making sure

11   that information get out to our constituents and to

12   Floridians. That's a major problem. I always say when

13   people know better, they do better. And we're not

14   really given them that opportunity.

15       Another thing that I have a problem with is on

16   one part of this bill, we're saying that in the

17   election office they need to report weekly. Then when

18   it comes to people that are actually elected, we're

19   saying that we want to report quarterly. How does that

20   balance out? We say that we want to be in the

21   sunshine.

22       And then lastly, the point that I would like to

23   point out is that when it comes to our returning

24   citizens, we -- we had some issues there on how they

25   understand about whether they have their rights

1    restored.

2        One of the ways to be able to do that, which I

3    actually had a bill, HB1235, is to create a database

4    where they would be able to --

5        REP. CARUSO:  15 seconds.

6        REP. ROBINSON:  Everybody would be able to go and

7    see who's eligible to vote. So I'm hoping that as we

8    continue to look at election legislation that we'll

9    look at things that really do fix a problem and not

10   just what we're doing here.

11       REP. CARUSO:  Thank you. There being no other

12   debate, Representative Chair McClure, you're

13   recognized to close.

14       REP. MCCLURE:  Thank you, Chair Caruso. Thank

15   you, members of the public, members of this committee.

16   We'll continue to talk about this, obviously, should

17   the bill bass, should it be on the floor. So we'll --

18   we'll have a robust conversation to lead up to that

19   and on the floor. And with that, I close.

20       REP. CARUSO:  Lexi, would you call the roll,

21   please?

22       CLERK:  Chair McClure.

23       REP. MCCLURE:  Yes.

24       CLERK:  Representatives Bartleman.

25       REP. BARTLEMAN:  No.

Page 88

1        CLERK:  Black.

2        REP. BLACK:  Yes.

3        CLERK:  Buchanan.

4        REP. BUCHANAN:  Yes.

5        CLERK:  Busatta Cabrera.

6        REP. BUSATTA CABRERA:  Yes.

7        CLERK:  Caruso.

8        REP. CARUSO:  Yes.

9        CLERK:  Casello.

10        REP. CASELLO:  No.

11        CLERK:  Eskamani.

12        REP. ESKAMANI:  No.

13        CLERK:  Fernandez-Barquin.

14        REP. FERNANDEZ-BARQUIN:  Yes.

15        CLERK:  Gantt.

16        REP. GANTT:  No.

17        CLERK:  Griffitts.

18        REP. GRIFFITTS:  Yes.

19        CLERK:  Holcomb.

20        REP. HOLCOMB:  Yes.

21        CLERK:  Mooney. Excused. Persons-Mulicka.

22        REP. PERSONS-MALICKA:  Yes.

23        CLERK:  Porras.

24        REP. PORRAS:  Yes.

25        CLERK:  Rayner-Goolsby.

Page 89

1          REP. RAYNER-GOOLSBY:  No.

2          CLERK:  Rizo.

3          REP. RIZO:  [inaudible].

4          CLERK:  Roach.

5          REP. ROACH:  [inaudible].

6          CLERK:  Robinson.

7          REP. ROBINSON:  No.

8          CLERK:  Roth.

9          REP. ROTH:  Yes.

10          CLERK:  Temple.

11          REP. TEMPLE:  Yes.

12          REP. CARUSO:  Let the record show that PCBSAC 23-

13    01 is reported favorably.

14

15

16

17

18

19

20

21

22

23

24

25

Page 90

1      I, Chris Naaden, a transcriber, hereby declare

2   under penalty of perjury that to the best of my

3   ability the above 89 pages contain a full, true and

4   correct transcription of the tape-recording that I

5   received regarding the event listed on the caption on

6   page 1.

7

8      I further declare that I have no interest in the

9   event of the action.

10

11      June 1, 2023

12      Chris Naaden

13

14

15

16

17

18   (FL State House State Affairs Committee segment, 4-19-

19   23)

20

21

22

23

24

25

**A**

**Abdeliah** 64:14
**Abdelilah** 64:9
**abdicating** 66:9
**ability** 18:25
19:19 37:10
53:14 69:15
90:3
**able** 21:19 22:25
27:7 39:4,6,7,8
40:22 69:17
75:1 80:18,18
83:4 86:8 87:2
87:4,6
**absolutely** 19:22
22:6 27:13
29:11 55:17
66:3 77:11
81:10
**abundance** 5:20
33:13 34:1
**abuse** 58:23
**accepted** 80:16
85:10
**access** 27:18 35:3
35:7 43:8,18
48:24 53:12,15
54:2 57:20
60:10 74:22,23
80:7
**accessible** 34:15
52:18,23 71:24
**accountability**
62:17,19,25
63:2
**accountable** 2:13
69:2
**accurate** 11:7
**ACLU** 64:9,14
**acquire** 78:1
**action** 50:18
56:22 58:7,11
78:7,10 90:9
**activities** 61:20
**actors** 2:13
**add** 12:5 24:1

35:5 37:14
51:13
**added** 20:7 35:9
**Adding** 72:5
**addition** 41:7
59:24 72:25
**additional** 71:21
79:6
**address** 67:14
75:21 77:16,23
85:21
**addressed** 56:17
**addressing** 85:23
**adds** 59:9
**adequate** 45:13
**administration**
69:5
**admission** 77:9
**adopted** 62:23
78:18
**advice** 70:15
**advisory** 65:17
65:19
**advocate** 4:13
**advocating** 4:2
5:1 12:20 57:9
63:11,25
**Affairs** 1:9 90:18
**affect** 66:3,4
**affectively** 76:1
**affidavit** 79:6
80:13,15,16
**affidavits** 81:21
**affiliation** 13:14
**AFLCIO** 78:3
**African** 77:3
**afternoon** 7:17
**agencies** 10:9
22:22 34:17
48:20,23 49:11
**agency** 22:24
23:6
**agenda** 56:13
64:12 76:23
**agent** 13:13
**ago** 9:11 65:25
77:7

**agree** 35:9
**ahead** 50:9 51:6
**ain't** 85:13
**alert** 20:25 21:10
**Alliance** 66:24
**allow** 17:21 34:16
49:17 51:25
63:10,16,17,18
**allowed** 15:19
42:14 62:22
64:6
**allows** 66:14
**Alongside** 37:20
**amalgamations**
53:12
**amazing** 51:8
**amend** 50:10
83:7
**amended** 56:8,9
56:9
**amendment**
34:10,13,19,21
34:22,23 35:4,8
35:11,13,17,19
36:7 38:8,11,12
38:13,14,18
39:18,23 41:12
41:13,17,18,19
41:22 43:25
44:12,21 45:7
45:14,18,20
46:11,13 48:10
48:10,11,13,25
49:2,4,6,17,20
49:22 50:2,3,5
50:6,8,10,15,16
50:20 51:5,8
52:8,25 53:4,8
54:5,5,8,13
56:5 77:16
79:23 85:10
**amendments**
34:7,8 56:7
80:22
**America** 51:13
85:13
**American** 40:25

50:7,8,10,16,20
50:23,23 52:9
53:8 61:20
64:22 77:4
**Americans** 53:20
66:25
**amiable** 69:12
**amount** 16:1
**ample** 28:8
**Amy** 61:7,17
**anecdotally**
77:24
**announced** 57:6
**answer** 8:8,11
9:13 10:6 11:21
22:20 31:14
**answered** 51:20
**answering** 67:9
**anti-democratic**
58:23
**antiquated** 78:22
**antithesis** 52:16
52:17
**anyway** 45:2
**anyways** 40:18
**apologize** 6:12
25:22
**apparent** 59:24
**appeal** 33:17
**appear** 56:10
58:8
**appears** 62:17
**applicable** 32:23
**applicant** 13:10
**applicant's** 13:14
**application** 13:10
71:18
**applications**
15:18 67:23
**applies** 15:22
**apply** 15:23 31:9
**appreciate** 22:20
38:17 39:17
66:23 67:6
71:16 72:12
**approach** 3:18
**appropriate** 42:4

73:17
**approve** 41:23
**approximately**
9:11
**April** 1:10 43:12
43:12,13
**AR15** 78:1
**arbitrary** 24:20
**areas** 2:11
**argue** 36:25 40:6
**arrive** 79:7,8
**artificial** 30:16
**Ashwell** 50:17
78:6,9,10 79:5
79:10
**Ashwell's** 80:11
**asked** 14:17
35:21
**asking** 4:9 9:17
10:25 12:6
48:17 49:10
61:1
**assault** 56:24
61:18
**asserts** 37:21
**assistance** 81:24
**assume** 21:18
29:22
**assumption**
20:24
**attached** 11:18
**attacks** 59:1 62:6
62:10
**attempt** 40:8
**attention** 10:7
**August** 66:21
**authorities** 59:25
**automatically** 9:4
9:4
**availability** 35:6
**aware** 23:17 44:9

**B**

**back** 6:17 10:20
13:7 17:13,20
18:3 26:2,13
27:16 28:5,9

29:19 31:16
34:9 36:17
40:16 50:3 56:7
56:9 74:16
85:20
**background** 40:7
**backing** 28:7
**backlog** 74:19
**backtrack** 30:5
**bad** 2:12 27:1,1,1
40:12
**balance** 86:20
**ballot** 8:5 14:1
28:1,3,9 32:4,8
32:9,10,11,16
32:23 33:1,16
33:25 35:7
51:23 52:23
53:13,15 57:20
68:21 71:22
79:2,3 80:8
81:10 85:4
**ballots** 14:6 33:8
33:9 59:7 79:7
79:8
**Ban** 75:5
**Barbara** 66:23
**barriers** 76:14
**Bartleman** 12:8
12:10,17 13:1
14:2,4,18,19,24
15:5 26:11
27:15,17 28:12
28:13 46:19,20
54:15,16 81:6,8
87:24,25
**based** 4:10 14:11
39:18
**bases** 74:22
**basically** 48:14
**basis** 10:25 12:2
73:16
**bass** 87:17
**bears** 6:4
**behalf** 72:11
75:13
**behavior** 66:8

**beings** 39:19
**believe** 3:15,16
4:21 9:25 13:19
23:16 25:5 28:12
28:8 29:13 44:5
48:17 49:17
52:23 63:13
**believes** 39:3
40:13,14
**belt** 84:19
**benefit** 35:9
**benefits** 45:23
**best** 17:14 57:9
90:2
**bet** 26:21
**better** 86:13,13
**beyond** 46:8
**big** 64:12 76:23
**bigger** 74:12,12
**biggest** 72:17
**bill** 2:5,13 6:8
10:8 12:11
13:19 18:2 20:6
21:23 22:3,7
23:3 25:8 27:12
31:13,19 36:12
37:14,21 38:5
38:18 39:9 41:7
41:10 44:4
53:16 56:7,9
57:6 58:3,12
59:1,7,9,17,24
61:3,18 62:10
63:9 64:15
65:12,23 66:11
72:18 73:23
75:14,14 76:9
77:11,22,25
78:13 79:1 81:8
81:16,25 82:1,5
84:3 85:14
86:16 87:3,17
**bills** 76:5
**bit** 15:14 18:11
22:21 52:22
84:21
**black** 46:21,22

54:17,18 57:11
57:21,25 59:14
59:18 76:16
80:1,5,6 88:1,2
**bless** 51:12,13
**Blind** 72:5
**blue** 52:12
**board** 73:2
**body** 53:14 77:7
**book** 18:22 19:21
58:20 68:10,12
78:22
**books** 78:23
**bounds** 25:11
33:7
**box** 53:13 57:20
**Brad** 50:17 78:6
78:10
**Branches** 61:6
**brief** 2:7,15 45:11
45:16 71:12
**bring** 17:20
50:24 60:19
76:13
**brings** 86:2
**broke** 18:9
**broken** 71:2
**brought** 27:20
**brown** 57:21,25
59:18 76:16
**Buchanan** 46:23
46:24 54:19,20
88:3,4
**build** 12:18 13:15
18:10 24:18
37:5
**builds** 57:7
**Bullard** 76:24
77:2,20
**Burch** 61:5
**burden** 20:21
74:17 75:20
**bureaucratic**
58:19
**Busatta** 46:25
47:1 54:21,22
88:5,6

**business** 24:14
25:5,16 82:12
**busy** 46:3
**Byrd** 8:17 67:1,4
68:20 69:10,14
69:25 70:3,19
71:7
**Byrd's** 18:7

_____
            **C**
**Cabrera** 46:25
47:1 54:21,22
88:5,6
**Caitlyn** 71:9
**calendar** 24:14
24:18,18 25:4
**call** 46:18 54:14
87:20
**called** 63:2
**camera** 21:22
**campaign** 41:23
42:3 43:18 44:9
64:24
**campaigns** 38:21
**campus** 83:14
**candidate** 76:2
**candidates** 42:19
**caption** 90:5
**car** 17:20
**card** 16:16 20:7,9
20:10 21:4,5,18
22:15 62:21
**cards** 66:5
**carried** 52:9
**Caruso** 2:3,4,15
3:2 4:17 5:6,16
5:24 6:6,14,17
6:20 7:3,19 8:8
8:19,24 9:9
10:4,17 11:10
11:20 12:8,14
14:2,14,17,23
15:7,10 16:6,21
17:5,12,24 20:1
20:20,22 21:13
22:1,17 23:12
24:9,16 25:1,7

25:17,24 26:10
26:18 27:10,15
28:11,21 29:17
30:20,23 31:3
31:14 32:6,19
33:3 34:4,18
35:12,15,17
38:4,11 39:24
41:9,12,15,17
42:11,22 43:1,9
43:21,23 44:19
45:8,16 46:12
46:15,17 47:2,3
48:9 49:1,21,25
50:2,9,14 51:10
52:2 53:2 54:7
54:11,13,23,24
56:5 58:6 60:19
61:5,11,13,15
63:7,12 64:3,8
66:7,17,20,23
67:4 68:19 69:7
69:19 70:8,11
70:18 71:6,8,13
72:7 73:18 74:6
75:3,8 76:7,17
76:20,23 77:19
78:2,6 79:4,10
79:17,21 81:6
82:3 83:15,23
85:8,16 87:5,11
87:14,20 88:7,8
89:12
**Casello** 47:4,5
54:25 55:1 88:9
88:10
**cases** 65:18 69:13
**cast** 14:1 32:15
32:22 33:9
68:21
**casting** 32:3
33:25
**catch** 74:19
**Cause** 61:7,18
**caution** 5:20 34:1
**centralize** 76:6
**certain** 2:11

13:23 40:4
72:20 74:24
**certainly** 44:7
**chain** 18:9
**chair** 2:3,4,20,20
4:18 5:7,16 6:1
6:2,7,15,17,22
7:21 8:22,23,25
9:10 10:6,6
11:12,12,20
12:10,14 14:4
14:14,19,24
15:7,12 16:6
17:5,11 20:4,4
20:22 21:15,15
22:1,2,20,20
23:12 24:11,12
24:16 25:18,18
26:19 27:10,17
27:22 28:21
29:19 31:5,14
31:15 32:13
33:3,4 34:12,24
35:21,22 38:7
38:17 40:2 41:8
41:21 42:10,11
42:17 43:10,21
44:1,20 45:10
45:19 48:7,14
49:7,20 50:6,22
51:12 52:7 53:5
54:5 56:3 61:16
64:13 67:4 69:9
71:7,12 72:12
73:21 77:5 78:9
79:16 81:5 82:4
83:22 84:2
85:18 87:12,14
87:22
**Chair's** 66:12
**Chairman** 2:14
3:4 7:3 8:8
10:17 16:8
17:24 18:11
20:20 25:7
28:23 30:13,23
42:12 67:5,9

72:10 74:7
**chamber** 52:14
**chance** 10:2
**chances** 40:14,15
**change** 8:15 12:7
23:23 27:21
43:17 44:24
45:4 72:25
78:20
**changed** 62:2
**changes** 2:25 3:1
7:25 24:13
35:22 36:9
41:23 53:11
61:2 62:5 65:23
65:23 66:2
77:11 81:9 86:2
**changing** 22:5
28:15 29:4 42:1
43:17 86:10
**chaos** 57:5
**charged** 66:21
**charges** 32:25
**check** 18:3 21:11
33:6
**chief** 67:7
**chill** 82:19
**chilling** 28:19
78:15 81:22
**choose** 27:8
**Chris** 90:1,12
**circle** 26:13
**circumstance**
68:11
**circumstances**
81:10
**citizen** 4:15,19
5:5,19 74:4
82:22
**citizens** 36:17,25
37:10 38:23
39:6 40:11
57:14 77:17
83:18 86:24
**citizenship** 40:10
**city** 24:21
**civic** 57:8 75:17

**clarification** 7:16
8:16 27:6 63:23
**clarifies** 16:20
**clarify** 14:20
29:24 43:3
**clarifying** 17:15
**clarity** 16:24
32:22
**class** 83:19
**Clay** 75:4
**clean** 9:17 10:3
37:5 65:3
**clear** 3:25 4:11
6:9 7:13 11:24
13:3 14:22
15:24 18:24
23:13 59:13
72:6 77:13,17
**clearly** 18:13
21:4 22:14 29:8
46:9 74:10
**clerk** 46:19,21,23
46:25 47:2,4,6
47:8,10,12,14
47:16,18,20,22
47:24 48:1,3,5
48:7 49:10
54:15,17,19,21
54:23,25 55:2,4
55:6,8,10,12,14
55:16,18,20,22
55:24 56:1,3
74:15 87:22,24
88:1,3,5,7,9,11
88:13,15,17,19
88:21,23,25
89:2,4,6,8,10
**clerks** 65:1 73:6
**Clibbon** 71:9,10
71:12,14
**close** 34:23 35:12
40:1 45:18 49:6
49:22 52:4 53:4
87:13,19
**closed** 34:17
46:13 54:8
**closing** 18:23

19:21 68:10,12
78:22
**Coalition** 79:11
**code** 2:12 3:20
4:6 5:18 30:25
**colleague** 59:13
**collect** 3:23 4:15
5:14 11:1 15:25
16:12 26:15
63:18
**collected** 4:4
18:16 29:12
**collecting** 3:14
4:25 5:2 14:6
15:18 31:1
37:18 60:15
62:18
**collection** 4:12
**collects** 37:15
**college** 83:14
**color** 36:21,21
**come** 17:13 27:16
29:25 37:4
38:25 39:20
73:10 85:20
86:5
**comes** 23:7 29:21
29:25 66:9
86:18,23
**coming** 9:14
14:21 44:13
63:8 73:22 86:2
**comment** 70:14
78:16
**committed** 57:9
73:8
**committee** 1:9
33:6 50:7 57:6
67:5 75:5 87:15
90:18
**committee's**
63:24
**committees** 45:25
**Common** 61:7,18
**communication**
65:9
**communications**

65:6
**communities**
36:14,21,21
57:25 59:19
62:24 64:20
**community** 61:20
62:10,15 63:3
71:20 83:12
**community-ba...**
58:24 59:10,16
62:6 64:15
**companies** 6:23
6:24 7:2
**company** 6:25
**compares** 39:9
**compass** 30:14
**complaint** 15:7
**completely** 83:22
**compliance** 16:9
16:19 36:5 83:9
**complicated**
72:15
**complications**
73:14
**component** 10:8
**concern** 7:23
11:13 21:16,24
36:7 38:1 43:20
68:4,6 78:12
**concerned** 36:23
**concerning** 38:19
39:16 82:6
**conclusion** 9:5
**conduct** 64:16
**Conference** 61:6
**confines** 25:16
**conflict** 15:15
16:13
**confronted** 56:23
**confuse** 76:10
**confused** 43:6
**confusion** 10:2
51:14 62:9 81:9
86:3,4
**Connecticut** 73:9
**consecutive** 57:1
**consider** 41:1

78:21
considered 33:1
considering 32:9
consistent 24:25
72:6 73:1
constituents
53:18,23 80:24
86:11
constitution's
77:13
consultants 76:1
contact 24:3
contacted 68:15
contain 90:3
contemplate 22:3
24:20 25:8
continue 2:10
53:11 76:3 81:3
87:8,16
continues 9:13
66:6
continuing 64:17
continuous 80:7
contradiction
80:10
contributions
44:10
convenience 46:8
conversation
39:11,15 67:24
87:18
conversations
4:10
convicted 3:19
4:1,5 5:17
39:10 73:11,12
74:5
conviction 65:7
convictions 65:15
coordinate 74:8
copy 15:19 16:4
16:25 17:2
29:23
copying 30:6
Cord 67:1
corners 44:6
cornerstone

19:13
corporate 75:25
76:3,4
correct 3:7 9:15
13:1 26:7 30:5
43:14 82:16
90:4
correlation 84:14
cost 6:4 11:6
Counsel 72:4
counted 8:6
32:17 33:14
34:3
counterfeit 32:9
32:11
counties 11:14,25
48:18 65:5 72:1
74:10,12,15
country 29:14
38:25 53:9
58:17
county 7:2 11:25
13:15 65:6,7,8
65:9
couple 74:19 77:4
course 8:14 37:6
court 65:1 73:6
courts 49:10
74:15
create 14:6,10,15
37:17 50:13
83:3 85:22 87:3
creates 28:19
41:4 81:9,22
82:23
creating 60:17
creation 14:16
crimes 48:16
70:21 73:17
criminal 3:22
32:25,25 40:6
40:12 59:9
criminalized 80:4
criteria 4:24 5:22
cross 73:6
Crow 39:12
76:12 79:25

crumpled 17:19
crystal 23:13
cumbersome
85:2,6
cure 8:13 33:11
67:12
curious 15:21
29:20
current 7:6 9:7
10:24 20:13
21:8 22:5 36:12
45:22 65:17
currently 9:11
23:22 27:24
28:2 67:13
72:24
custody 18:9
cut 76:19
cycle 9:6,17 10:1
59:5

D

D.C 1:24
daddy 84:18
dangerous 36:13
37:12,22 40:5
dark 76:2,3,4,12
data 10:23 73:5
74:14,22
database 60:17
87:3
databases 74:23
date 13:10 65:20
65:20
dates 25:9
David 72:7,10
74:24
day 35:7 42:17
50:13 51:7,25
52:10,13,24
53:22 59:22
62:13 69:12,18
71:8 76:13,18
78:19 81:13
85:4,5,10
days 18:15 19:18
24:14,14,15,18

24:18,19 25:4,5
27:20,23,24
28:2,4 34:16
43:4 44:10,11
58:17 62:12
68:10 81:14
deadline 78:22
81:11
deal 28:13 36:5
deals 32:8,11
77:21
dealt 85:12
dear 53:9,20
debate 28:14
34:21,22 38:14
39:24,25 43:25
44:1,19 45:9,9
45:16,17,17
49:4,5 50:20
51:11 52:4,5
53:3,3 79:14,14
79:18 81:7
83:25 85:17
87:12
decades 58:23
62:22
decide 60:8
declare 90:1,8
declared 57:2
deemed 32:17
33:20
deems 77:11
deeper 39:11,15
75:1
deeply 61:19
defense 66:14
define 5:8,14
definitely 45:6
51:8 82:10
defraud 33:9
deliver 63:19
delivery 71:23
72:2
democracy 39:4
39:22 48:24
52:17,17 59:20
75:22 85:13

democratic 53:19
53:25 58:1 81:4
deny 76:10
department 6:12
6:13 7:9 8:11
11:22 15:8,8
19:24 23:4 24:3
26:14 29:22,25
30:3,18 60:22
67:19 68:25
70:23 74:8
depend 74:9,18
depending 7:2
DeSantis's 84:8
designed 76:5
82:10,19,19
desire 57:19
despite 65:24
detail 44:4
determination
32:2 60:4
determinations
72:20
determine 14:8
20:25 22:9
65:15
determined
32:15
determining
20:15 66:15
DeVane 66:24
develop 8:3
DHS&B 74:24
dice 60:7
difference 45:5
different 8:7
10:23 13:21
18:13 24:5 35:1
73:8 82:8
difficult 52:15
53:17 58:25
60:4 67:10
82:20,24 83:1
DIGITAL 1:23
digress 77:4
diligence 68:25
direct 5:22 63:21

80:10
**directly** 64:5,15
  73:6
**director** 56:21
  58:11 61:17
  78:11
**disabilities** 71:23
  72:3
**disability** 71:9,20
**disagree** 20:23
  44:11
**discarded** 79:9
**discerned** 71:4
**disclaimer** 20:6
**discrepancy** 71:2
**discretion** 27:7,8
**discriminatory**
  39:16
**discussed** 10:20
  11:25
**discussion** 67:16
**diseases** 37:8
**disenfranchised**
  68:7,13 80:6
**disenfranchise...**
  80:21
**disenfranchising**
  54:3 57:14
**disproportiona...**
  57:11 76:15
**disputed** 8:2
**dissuade** 33:22
  75:18
**dissuaded** 33:24
**distraught** 68:16
**districts** 65:4
**division** 14:22
  65:20
**documented**
  19:24
**documenting**
  13:8
**dog** 84:16
**doing** 12:2 30:10
  30:11 37:19
  40:12,18 44:23
  51:24 64:23

67:24 72:19
  73:2 81:4 87:10
**Dolphins** 79:20
**donated** 42:19
**Dos** 79:19,21
**double** 18:3
**doubles** 76:9
**Dr** 78:2
**dream** 10:13
**drive** 22:25 23:2
  24:8 84:15
**driver** 38:1
**driver's** 16:15
  24:6 61:25
**drives** 64:16
**driving** 24:5
**drop** 5:10
**due** 43:13 68:25
  72:3
**DUI** 22:25
**duplicative** 37:17
**Dwight** 76:24

**E**
**earlier** 12:19 18:6
  34:25 85:19
**earliest** 58:17
**early** 51:17 85:5
**easily** 65:15
**easy** 35:3 36:2
  58:13 65:14
**echo** 80:11 82:5
**educating** 62:8
**education** 62:4
  86:9
**effect** 28:20 78:15
  81:22
**effective** 59:23
**efficiency** 2:9
**efficient** 44:18
**efficiently** 49:18
**effort** 42:3 72:13
**efforts** 34:13
  59:11,21 76:10
**eight** 9:11 28:2,4
  66:5
**either** 5:18 11:1

85:5
**elderly** 7:23
**elected** 42:19
  86:18
**election** 2:8,12
  3:20 4:6 5:18
  8:14 9:6 10:1
  13:23 14:1
  17:16 19:1,8,20
  20:25 27:25
  28:15 29:16
  30:25 34:3,16
  38:20 48:16
  50:25 57:3,5
  59:5 60:11 61:3
  65:2 66:4 68:11
  68:14 70:21
  72:24 73:16
  76:4 81:14 84:7
  85:4,5,21 86:1
  86:17 87:8
**elections** 2:1 4:21
  4:23 5:4 6:11
  17:23 18:1,19
  20:17 26:15
  28:3 39:5 48:18
  49:10 53:21
  58:15,22 60:1
  61:1 65:12,25
  67:7 69:4 72:8
  72:19 76:5,15
  77:22 80:18
  81:12
**elector** 31:10
**electronic** 71:23
  72:2 78:23
**eligibility** 20:11
  20:13,16 21:1
  21:11 22:4 23:5
  32:2,14 33:13
  60:5,16 66:10
  66:15
**eligible** 13:25
  20:18 21:6,9
  22:9,16,16,23
  23:25 24:2
  32:18 33:2,21

59:14 60:2
  65:16 69:16
  76:11 84:13,15
  84:25 85:1 87:7
**eliminate** 82:1
  83:22
**elite** 76:6
**email** 68:15
**emergency** 79:5
**employees** 11:15
  73:4
**empower** 36:14
  36:22
**empowering**
  53:18,21
**encapsulate**
  42:25
**enclosed** 5:12
**encourage** 35:10
  40:25 42:8
  45:15 46:10
  49:19 51:9
**encouraging**
  27:18
**enforce** 82:25
**enforced** 15:1
**enforcements**
  70:23
**engage** 53:19
**engaged** 51:2,4,6
  53:25
**engagement** 57:8
  75:17
**engaging** 57:25
**ensue** 19:25
  30:18
**ensure** 8:5 13:24
  34:13 35:1,5
  51:1 62:19 86:7
**ensuring** 2:12
  83:8,9
**entire** 16:10 26:1
  26:3 38:3
**entities** 10:23
  26:16
**entitled** 60:22
**entity** 24:24

**envelope** 5:11
  79:8
**environment**
  5:13 82:24
**Equal** 56:22
**era** 76:12 80:1
**erosion** 80:7
**Eskamani** 2:17
  2:19 3:7 4:18
  5:7 15:11,12
  16:21,23 17:8
  17:11,14 29:17
  29:19 30:2,5,21
  35:18,20 38:6
  38:17 39:17,25
  40:2 41:19,21
  42:13,16 43:2
  43:10 44:3
  45:18,19 46:12
  47:6,7 51:11,12
  52:2 53:15 55:2
  55:3 69:19,21
  70:2,7,11,13
  82:3,4 83:16
  88:11,12
**especially** 4:23
  42:5 53:10
  57:10 58:18
  60:11
**essential** 57:25
  61:23,24 76:8
**essentially** 3:20
  19:19 26:3
  79:24 81:4
**etcetera** 4:2 10:3
  12:6,6 18:20
  23:21
**event** 19:3 90:5,9
**Everybody** 87:6
**everyday** 76:9
**everyone's** 54:4
**evidence** 1:23
  36:11 37:12
  40:3 63:1 67:25
  70:24,25
**evident** 57:17
**evidentiary** 70:20

**exact** 21:2 22:13
**exactly** 7:14
**example** 5:9 12:1
  17:17 22:11
  25:14 65:19
**examples** 25:20
**exceed** 18:22
**exceptions** 8:1
**excessive** 57:17
  82:23
**excited** 68:17
**Excused** 47:16
  55:12 88:21
**exercising** 58:21
**exist** 45:12
**existing** 80:5
**exists** 77:10
**expand** 18:10
**expense** 57:19
**experience** 35:24
**expertise** 72:22
**expire** 59:4
**expiring** 9:5
**explain** 2:22
  15:15 20:14
  34:10 35:18
  41:19 48:12
  50:4,10
**explained** 50:14
**explanation** 2:16
  34:18 38:5 49:1
  50:11
**explicit** 60:25
**extent** 8:15 28:25
**extra** 49:14
**extreme** 58:19
  59:2,6

**F**
**fabricated** 30:17
**face** 39:16
**faced** 82:15
**faces** 80:24
**facilitate** 65:5
**facing** 32:24
  33:23
**fact** 37:9 38:24

65:24 77:17
**factor** 46:8
**facts** 67:25
**fails** 35:17 41:17
  48:10,10 50:2
  54:13
**failure** 68:7
**fair** 58:15
**fake** 71:3
**faked** 70:15,17
**fakes** 29:21
**faking** 30:10,22
**families** 64:21
  83:19
**family** 53:19
**fantastic** 24:17
  67:9 69:3
**favor** 35:13 41:10
  41:13 46:13
  49:22 54:8
  56:18
**favorable** 69:5
**favorably** 89:13
**fear** 75:20 83:2
**features** 82:9
**February** 60:21
  65:25
**fee** 83:2
**feel** 39:9
**feels** 22:21 23:9
**fees** 36:3 46:5
**felon** 74:5
**felonies** 39:10
**felony** 3:19,20
  4:1,5 5:18 65:7
  65:14 72:19
  73:9
**Fernandez-Bar...**
  47:8,9 55:4,5
  88:13,14
**fiduciary** 19:4
**figure** 84:13
**figuring** 74:4
**file** 15:7
**filing** 46:6
**fill** 28:9 63:18
**filled** 37:23

**filling** 30:6
**final** 17:12
**finance** 41:23
  43:19 64:24
**finances** 42:3
**financial** 44:7
  59:8 64:17
  75:20
**find** 23:16 82:5
**fine** 7:21 43:16
  62:15 67:21
  69:22 82:7 83:2
**fined** 67:19 69:24
**fines** 18:20,20
  28:16 29:3,5
  36:3 41:2 46:5
  57:17 62:12
  70:1 71:1 75:15
  81:21
**finish** 60:20
**first** 6:1 13:16
  14:11 15:21
  23:15 24:13
  30:14 70:20
  79:15
**fiscal** 6:16 10:15
  10:21 49:15
  74:2,6 80:17
**fiscally** 49:8,9,19
**fit** 16:2
**five** 11:14 59:15
  65:19 73:4
**fix** 44:23 59:23
  85:24 87:9
**FL** 90:18
**flexibility** 27:13
**floor** 87:17,19
**Florida** 1:8 2:8
  2:12 16:16
  22:22,24 23:6
  31:9 41:24
  48:15,25 49:9
  51:3 53:10 54:2
  56:23,24 57:10
  58:4,11 60:6
  61:6,17,24 64:9
  64:15 66:24,24

69:4 70:5 71:9
  72:4,8,11 73:4
  73:10,12 75:6
  75:14 76:1,24
  78:3 79:11,13
  80:11 81:1,3
  84:16,22,24
**Florida's** 2:10
  57:7
**Floridians** 7:24
  34:14 35:2
  49:14 51:1
  53:14 57:19
  58:5 65:14 76:9
  76:16 80:1,2,21
  86:5,7,12
**focus** 83:8 85:19
**folder** 5:10
**folks** 3:12,13 10:2
  12:19,20 21:16
  21:18 22:11
  38:20 39:10
  40:25 42:8
  63:10,14 66:14
  66:21 77:14
**follow** 4:17 5:6,6
  6:14,20 10:4
  11:10 16:21,21
  17:8,11,12
  21:13 22:18
  25:2 28:11
  30:20 36:3
  42:22 79:5
**follow-up** 14:3
**followed** 13:4
**following** 30:19
**forecasted** 29:1
**foremost** 13:16
  23:15 30:14
**form** 5:21 30:6
  37:24 38:2,10
  62:13 63:18,19
  63:19 64:6
  71:18 82:22
**formal** 60:10
**format** 13:3
  14:21 30:3

**former** 77:3
**forms** 5:10,13
  37:11,13 40:5
  58:19 62:12,13
  83:10
**Fort** 61:5
**forth** 36:4
**forward** 77:15
**found** 67:13
**four** 38:1 65:22
  79:23
**FPL** 76:1
**framework** 18:2
  21:8
**frank** 84:2
**frankly** 10:22
**fraud** 77:10
**fraudulent** 32:8
  32:11
**free** 58:15 80:10
  81:2
**freedom** 51:2
  75:25 76:8,11
  76:19
**frequency** 11:8
  12:7
**frequent** 70:6
**friendly** 77:16
**friends** 44:3
  53:18 64:20
**front** 21:22
**full** 90:3
**fully** 59:19
**fund** 49:13 56:22
  58:7,11
**fundamentally**
  44:5
**funded** 48:21
**fundraise** 42:14
**further** 13:15
  19:12 57:14
  90:8
**Furthermore**
  68:14
**future** 29:2 31:2
  78:21

**G**

game 58:20 79:20
gamesmanship 29:8
Gantt 5:24 6:1,15 6:21 7:20 10:13 24:9,11 25:1,2 25:17,18,23,25 26:5,8,17,19,22 26:24 27:1,3,5 31:4,5,20,23 32:5,6,7,19,21 45:9,10,21 47:10,11 48:11 48:12,14 49:5,7 49:21 50:3,4,6 50:9,12 51:13 52:3,7 53:3,5 54:7 55:6,7 67:11 69:8,9 78:19 79:15,16 79:19,22 88:15 88:16
Gantt's 85:9
gavel 2:2
general 9:5
Genesis 56:10,21 59:14
getting 5:3 6:8 13:7 16:14 24:22 28:6 73:5 74:14 85:3
gimmick 58:20
give 13:5 18:11 26:6,7 28:7 45:5 53:14 58:16 62:17 65:18
given 86:14
gives 13:16 51:5
giving 13:5 15:4 27:13,24 42:6
go 4:9 8:22,24 13:18 17:17,17 21:20 22:16 24:12,23 26:2

26:11 30:9 35:5 42:16,24 50:9 51:6 56:13 64:19 66:11 68:17 72:13 87:6
goal 41:6 81:16 82:1,15
God 51:12,13
goes 10:10 21:2 22:10
going 2:2,6 4:3,4 4:25 6:21,22 8:10 10:14,22 10:23 11:1 12:4 12:18 13:3 14:8 14:9,15 15:1 18:10 19:9,9,17 20:5 26:2,2,11 28:5,17 29:5 31:15 44:9 64:10 67:18 75:9 78:15 79:17,22 80:14 80:23 81:24 82:24,25 83:2,3 84:2 85:4,4,12 86:6
gold 69:4
good 21:12 25:24 35:8 39:18 44:3 46:7 50:7 52:1 52:8 56:20 58:10 64:13 67:3,4,8 69:9 75:12 78:9 86:1
Goolsby 20:2
gotcha 58:20
government 27:18 58:16
governmental 24:24 26:16 48:20,22
governor 21:22 57:4 84:8
granular 16:14
great 34:6 35:4

36:2,5 44:4 71:8
greatest 75:23,24 75:24
green 62:20
Griffitts 47:12,13 55:8,9 88:17,18
Ground 56:22
grounds 70:22
group 1:23 40:4
groups 36:24 37:20 62:16 63:3 64:16 75:16 77:14 81:19,19 83:12
guess 11:13 14:11 21:16 42:23 44:21 67:2 74:25 85:18
guide 16:8
gut 8:12

**H**

h 61:13
hand 2:19 5:21 8:4 52:3 74:13 74:13
handcuffs 21:22
handed 18:17 70:22
handing 4:22
handle 3:23,23 4:16 5:20 16:12 37:10 40:5 64:6 82:22
handled 29:12
handling 3:13,14 4:6,12,25 5:2,8 5:15
hands 46:17 54:14 76:6
happened 13:8
happening 21:24 65:9
happens 29:20 51:20
hard 23:16 26:25

69:25
harder 43:18 52:20,21 77:25 80:25 82:10,12 84:10
hardest 37:3
Hardy 11:25
harms 64:15
HB1235 87:3
hear 24:19 53:23
heard 63:13 68:6
hearing 33:18
hearts 44:14
heavier 11:16
heavy 48:19 49:11
heighten 9:23 18:21 19:9,12
heightened 4:24 19:5
held 2:13 39:1
help 8:18 36:14 36:16 38:22 40:22 46:5 62:4 62:23 63:16,17 63:21 64:5 81:15 83:17
helpful 60:13
helping 36:20 58:25 61:20 63:4 75:19 83:18,19
hey 13:9 30:7
hide 42:3
high 68:16
highest 37:25
highlight 78:24
hire 80:18
Hispanic 59:14
historically 32:7
history 40:10 76:12 77:3,4
Holcomb 47:14 47:15 55:10,11 88:19,20
hold 15:25 16:25 17:2 26:10,24

38:10 53:9,20
holders 62:21
holding 5:13,21 16:17 69:1
holiday 34:17
home 17:20 60:8
homes 37:5
honored 61:19
hope 16:20 40:18 41:5 78:21 83:6
hopefully 77:16
hoping 87:7
hotel 37:4
hours 25:9,16 49:14 56:13
House 1:8 90:18
housed 72:24
housekeeping 11:8
human 39:19
humans 39:21
hurdle 79:6
hurdles 82:1
hurts 81:15

**I**

ID 61:25
idea 69:14 74:2
ideal 39:3
ideally 83:7
ideals 39:22
identification 16:16
identifying 17:3
identity 3:21 4:6 5:18
illuminate 10:16
imagine 9:14
immigrant 37:1,6
immigrants 36:25 37:1,3 57:15 62:20
impact 6:16 30:11 36:24 49:16 74:11 76:16 80:20
impacted 57:11

implement 52:10 53:22
implementing 59:21
implicate 73:15
importance 83:11
important 42:7 59:11 68:2,9 83:13
improve 62:16 63:1
improvement 2:9
improvements 36:6
Inaccurate 15:6
inadequate 65:18
inaudible 27:10 29:20 39:13 48:6 60:25 78:5 89:3,5
incidents 27:20
included 31:13 71:17
includes 38:2 40:11 60:25
including 62:20 66:18,18 70:4 71:21
inclusion 26:23
inconvenienced 46:9
increase 75:16 76:14
increased 75:18
increases 59:8 62:12
increasing 11:8
incredible 37:8
indeterminate 6:19 10:21
individual 14:5 68:6 73:2
individuals 36:12 38:24 45:23 68:13 69:16
indulgence 53:6

ineligibility 33:23
ineligible 23:16 23:18 33:21 77:15
infamous 57:7
influence 75:25 76:3,4
information 3:15 3:16,24 4:3,7 4:12,16,22 5:3 7:18 9:20,24 13:6,18,23 15:6 15:19,25 16:12 16:15,18 17:3 17:10,18 18:16 19:16 20:6,9 25:20,21 26:7 26:16 29:6,10 31:1 37:16,19 37:22,24 40:9 42:7 48:23 60:16 62:18 66:5 69:17 73:5 86:11
infraction 84:19
inherent 59:20
initial 8:7
inject 57:4
injury 7:24
insight 69:10
insignificant 29:3
instances 10:24 11:24 12:3
instructed 18:1
integrity 2:8 30:18
intended 81:23
intent 9:22 16:10 16:18,19 22:13 28:10 33:9 38:7 80:20 83:6,7
interest 90:8
Interesting 70:7
interests 42:6,19 57:9
interpreting 60:15

intimidate 63:3 76:10
intimidation 57:4
intricacies 60:11
intuitive 58:14
invested 62:4
investigate 15:9 30:9 73:25
investigation 18:8 19:24 72:22
investigations 30:15,17 51:21
investigatory 71:4 73:25 74:3
involved 81:3
ironically 30:25
ish 3:6
issuance 65:21
issue 8:4 71:1 72:17
issues 85:11 86:24
It'll 12:23

**J**
Jackson 75:6,13
January 43:11
jest 53:7,7
Jim 39:12 76:12 79:25
job 20:18 40:18 58:25 67:9
joking 52:8
Jonathan 58:7,10
jumped 38:19
June 90:11

**K**
keep 3:4 20:12 34:12 43:15 50:25 69:4 86:2 86:10
Keith 61:10,10 61:11,12,14,16 61:17 63:16,21 64:4,8

key 36:24
kind 12:18 19:12 33:10 37:16 52:20
kindly 20:23
Kite 61:7,9
Knocks 69:25
know 2:7,21,24 3:10,22 5:21 6:18 7:9,13,23 10:10,14,20,25 11:3,4,14,23 12:19,22 13:9 15:15 17:16 18:10 19:2 20:15,18 22:14 23:19 24:20 25:13,15 29:7 30:7,11,16 34:25 35:21,24 36:13 37:5,8 39:12 40:12,20 41:22 44:3,4,16 46:2 48:17 51:21 52:8 53:24 56:16 62:9 70:16 71:1 76:14 78:12 79:23 80:4 82:8 82:21 83:10,19 84:17,23,24 85:1,6 86:13
knowing 42:6

**L**
labor 37:4
labyrinth 60:4
language 21:2,3 22:10,13 31:12 31:12 66:4
large 72:25
lastly 19:11 77:24 86:22
late 46:3,6 62:13 67:23 69:11
latitude 18:11
law 5:19,23 7:13

10:24 21:8 22:5 22:7 33:8 60:11 70:23 71:2 72:5
laws 28:15 50:25 54:3 57:12 60:5 60:12 73:8 81:9 86:1
lawyer 60:10
lead 79:7 87:18
leave 76:13
leaving 14:5
led 84:4
legacy 57:7
legal 20:11 60:16 62:21 79:12
legally 60:2
legislation 23:23 28:24 29:9 35:1 50:24 52:10 60:14 67:8 69:3 76:18 80:20 85:21,22 86:9 87:8
legislative 42:5 42:14 43:3,11 44:6 53:14 57:1
legislator 62:2,3 62:6 85:22
legislature 3:15 42:3,14 52:19 57:3 61:1 65:13 66:1 84:4
legitimacy 58:16
let's 3:8,8 9:17,18 11:24 18:24 56:6
letter 23:1
letting 20:18
level 74:22,24 75:1
Lexi 46:17 54:14 87:20
library 24:24
license 16:15 24:6 38:1 61:25 84:16,20
life 35:24

lift 11:16
lifting 48:19
   49:11
liken 24:4
limit 26:13 64:11
   75:9 79:18
limitations 53:12
   53:13 59:6
limited 77:1
limiting 54:2
   64:11 71:11
   86:4
limits 59:7
line 12:11 16:9
   24:22 25:19
   31:22 71:20
   81:12
lines 3:5 6:3 9:1,1
   13:19 18:12
   20:5 22:10 26:4
   26:22 36:8 73:7
list 69:23 70:3
   72:14
listed 90:5
listen 38:25
listening 53:24
litigation 72:4
little 15:14 16:14
   18:11 22:21
   23:9 34:15
   52:22 65:2
   84:20
live 65:8
lives 40:14
lobbies 42:18
local 50:18 78:7
   78:10
location 51:17
long 6:8,8 16:24
   17:3 33:18,20
   67:3
longer 15:14 27:9
look 8:6 60:17
   75:1 77:15
   84:11 87:8,9
looking 9:1 34:25
   39:19 45:11

66:12
loosens 64:24
loosing 84:20
lost 24:5 77:3
lot 2:21 21:25
   45:1 48:19 53:7
   67:16,23 68:4,6
   72:14 73:14
   74:9 78:11
   83:20 85:11
   86:3
love 39:14,23
   85:13,13

——————
              M
——————
M 1:24
mail 27:20,25
   28:5,5 60:23
   61:2 65:24 66:2
   71:18,22,24
   78:25 79:2,3
   80:12 81:12
   85:3,3
main 78:12
maintain 16:5
   65:2
maintenance
   72:14
major 65:11 70:5
   72:25 86:12
making 7:8 9:25
   9:25 44:17 45:4
   52:20,21,21
   54:1 80:25
   82:12 86:2,10
malpractice 19:3
manage 35:25
mandates 65:1
mandatory 7:8
manner 29:13
March 43:12
marginalized
   81:19
matching 71:16
matter 68:11
   70:20
maximum 58:15

62:14
McClure 2:1,6,21
   3:4,8 4:20 5:16
   6:7,18 7:3,4 8:8
   8:10,25 9:10,16
   10:6,17,19
   11:12,20,22
   12:15,16 13:2
   14:13,20 15:3,6
   16:6,8 17:5,6,9
   17:24,25 20:4
   20:20,22 21:15
   22:1,2,20 23:11
   23:12,13 24:16
   24:17 25:7,8,18
   25:22 26:1,6,12
   26:21,24 27:2,4
   27:10,11,22
   28:21,22 29:24
   30:3,13,23,24
   31:14,15,21,25
   32:13 33:3,4
   35:22 42:11,12
   42:23 43:3,21
   43:22 44:1,2
   48:7,8 56:3,4
   63:8,13,20,23
   67:5,9 72:12
   87:12,14,22,23
mean 2:25 5:9,9
   10:22 12:14
   15:21 19:1 21:5
   22:15 24:6,8
   38:6 40:2 56:12
   70:3,19,25 74:8
meaningful 19:2
means 4:2 18:24
   49:9
meant 63:2
measures 63:1,2
   82:17
mechanism 21:23
medical 37:8
meet 11:18
MEETING 1:8
member 8:19
   10:4 11:10 12:1

20:1 21:13
   22:17 38:15
   52:5,14 83:24
members 2:7,16
   31:3 34:4,19,21
   35:12,14,16,21
   38:12 39:25
   41:9,11,14,16
   42:13 43:7,24
   43:25 44:8 45:8
   46:10,13,14,16
   49:2,22,24 50:1
   50:7,15 53:2
   54:8,10,12
   56:11 61:16
   64:14 67:5 77:3
   79:13 85:12
   87:15,15
message 64:25
messaging 50:13
met 5:22
method 71:21
   72:2,5
military 37:2
   38:9
million 57:10
mine 51:3
minimal 6:19
minute 75:10,11
   77:1 78:8
minutes 11:2
   64:11 71:11
   79:18 81:7
   83:25 85:17
minutos 79:19,21
mismatched
   67:12
mispronounce
   75:11
Missed 61:13
Mister 2:13
mistrust 59:20
Mm-hmm 27:4
model 2:8
moment 12:24
   13:8 17:9 18:5
   19:15,23 77:12

money 48:21
   49:17,18 75:22
   76:2,4
month 11:3 42:18
monthly 10:11,14
   10:24 12:2 42:2
   42:9,24 44:23
months 42:24
   43:4,5 65:21,21
   65:22,22,22,24
monumental
   44:16
Mooney 47:16
   55:12 88:21
moral 30:14
morning 56:20
   58:10 64:13
   67:3,5 69:9
   75:12 77:1 78:9
mother 68:15
move 17:12 34:7
   34:9 41:18
   48:10 52:4 71:8
moving 44:10
multiple 3:2 7:1
   79:8
murder 73:9,11
   73:12
mute 81:17

——————
              N
——————
NAACP 61:6
Naaden 90:1,12
name 13:9,11,12
   56:21 61:9,16
   64:14 74:25
   75:12 78:10
naturally 25:15
nature 82:18
nay 35:15,16
   46:15 49:25
   50:1 54:11
near 53:9,20
necessarily 24:7
necessary 62:19
need 13:4 21:7
   28:19 41:8

44:25 45:3,4
49:12 65:11
80:24 81:24
86:17
**needs** 13:22
**Neely** 79:12
**negatively** 57:15
**neighborhood**
51:17
**neighbors** 63:4
64:21
**Neil** 79:10
**nervous** 84:4,5
**network** 76:2
**never** 19:11
37:23
**new** 12:4 15:17
15:23 37:14,17
51:15 59:9
**newspaper** 27:6,8
**nodding** 8:17
**non-** 37:9 82:21
**non-citizens** 38:9
39:9
**non-partisan**
38:21
**non-responsive**
22:21 23:10
**notary** 80:14
**noted** 83:11
**notice** 23:5 31:10
84:12
**notion** 44:8
**November** 68:14
**nullified** 79:25
**number** 16:15,16
16:17 35:19
41:17 44:1
**NW** 1:24

**O**

**Oberlants** 75:6
**Oberlink** 75:7,7
75:8,11,12,13
76:8,17,18,20
76:21,22
**obligation** 23:21

59:25
**obviously** 87:16
**offered** 80:22
**office** 17:16 18:7
18:19 46:9
48:16,21 67:19
70:21 72:23
73:16 86:17
**officer** 67:8
**offices** 65:10
**official** 25:19,20
**officials** 42:20
**Oh** 26:17 76:25
79:17
**okay** 2:20 3:8
15:5 17:11,14
17:14 26:8,11
26:17 32:5 34:6
35:21 43:23
50:14 61:15
63:20 70:2,7
**old** 84:6
**omnibus** 77:22
**once** 18:16
**ones** 59:17
**online** 15:17 62:1
**onset** 7:5
**onus** 20:14 60:3
84:12
**open** 2:24 3:1
25:3,6
**opening** 53:6
**operate** 82:20
**operation** 25:9
**operations** 29:4
**opinion** 24:4
65:17
**opinions** 65:19
**opponent** 76:25
**opportunities**
33:14
**opportunity** 8:12
8:14 26:14
32:16 33:17
51:1,6 57:18
67:6 83:3 86:14
**oppose** 56:16

75:14
**opposed** 25:4
26:23 35:15
41:15 44:10
46:15 49:25
54:11 57:12
81:2
**opposite** 32:14
81:5
**opposition** 56:11
56:18 58:8 61:7
61:8 64:10
66:25 75:4 78:4
78:7 79:12,13
**option** 19:21
**Orange** 65:6,9
**order** 4:15 6:23
**ordinary** 7:6
**org** 30:8
**organization**
3:11 9:3 12:24
13:7,12,22 14:5
14:13,14 15:2
15:23,24 16:3
16:11,24 18:6
19:16 25:13
30:1 36:1,10
41:3 57:8 59:3
64:1 67:21,22
68:22 69:22
70:1 81:18
**organization's**
59:4
**organizations**
2:24 9:8 10:1
12:23 15:13
18:14 29:1
30:11 35:23
36:16,18 38:22
41:5 57:16,23
57:24 58:24
59:1,10,17,18
61:22 62:7,15
64:19 67:17
68:5 69:23 70:4
75:19 82:14,20
**orgs** 83:17

**original** 42:9
**outcome** 60:9
**outdated** 78:22
**outlined** 14:12
36:12
**outnumber** 80:2
**outreach** 62:4
**outside** 16:19
25:12 30:13
**outstanding**
72:17,17
**overhauled** 60:12
**overshadows**
59:24
**oversight** 82:8
**overwhelmingly**
82:9

**P**

**page** 9:1 10:9,12
13:1 20:5 24:13
25:19,25 26:5
26:20,22 31:6
31:20 60:24
90:6
**pages** 90:3
**paint** 3:9
**painted** 70:14
**Pamela** 61:5
**paperwork** 16:4
**paraded** 21:21
**part** 4:9 7:22
14:17 19:14
33:15 37:25
51:2 63:25 64:1
64:4 76:12
86:16
**participate** 39:8
58:21 59:19
63:10,14 76:15
**particular** 7:22
31:12 32:24
51:5
**particularly**
61:23
**parties** 58:2 70:5
**parts** 82:6

**party** 13:14
67:17,20 68:5
81:18
**pass** 2:2
**passage** 40:15
77:25
**passed** 16:18
77:6 79:24
**pathway** 77:18
**patriotic** 61:19
**Pattern** 66:8
**PBROs** 78:14
**PCB** 2:1,10 57:13
**PCBSAC** 89:12
**peer** 36:19,19
**penalized** 32:1,3
**penalties** 11:21
30:19 32:25
37:15 59:8,9
64:17 75:15
82:15,15
**penalty** 11:17,17
19:10 30:21
82:21 90:2
**people** 12:22
20:16,18 37:12
38:22 39:6,19
40:4,21 56:22
58:21,25 60:2
61:20 63:11
80:6 81:20,23
81:24 82:2,11
82:13 84:11,13
84:24 86:13,18
**Perfect** 35:20
**period** 43:6 79:2
82:11
**periods** 13:24
**perjury** 90:2
**permanent** 62:21
**permissive** 26:23
**person** 4:24 5:3
15:18,24 17:21
32:22 51:23,24
71:1 80:5
**person's** 59:7
60:16

personal 3:23 4:3
 4:7,22 9:20,24
 13:6,18 15:25
 16:14 17:10
 29:10 37:22
 40:9
PERSONS-M...
 47:17 55:13
 88:22
Persons-Mulicka
 47:16 55:12
 88:21
perspective 51:14
 82:25
ph 58:7
physical 7:24
pick 37:6 79:3
 81:9
picked 58:25
picture 3:10
 12:18
piece 4:19 37:1
 50:24 67:8 69:3
 70:24,25
pieces 35:1
place 8:1 44:14
 62:14 73:17
 77:21,23
placing 59:2 60:3
plain 63:4
plainly 60:1
plan 24:21
play 33:19 58:1
 80:24 83:13
please 64:12
 66:22 87:21
plurality 31:18
point 17:22 21:2
 26:1,3 63:9
 65:11 78:23
 82:7 86:22,23
pointed 77:5
points 57:19 77:4
policies 79:25
policy 39:11 41:1
 46:7 52:1 58:11
 78:19 82:17

83:21
political 13:14
 45:24 56:21
 57:18 58:2
 61:22 70:5
politicians 45:24
politics 75:22
poll 51:17 78:23
polls 68:18,20
population 36:24
Porras 47:18,19
 55:14,15 88:23
 88:24
portion 84:12
possession 3:22
 24:7
possible 33:20
post 43:12,14
 65:20
postpone 61:1
potential 9:20,23
 18:17 29:6
 75:20
potentially 18:25
 33:23 34:2
power 58:18 76:6
 76:9
powerful 36:20
 40:21
practical 13:13
practicality
 51:14
practically 63:21
practice 7:7
practices 72:20
Precinct 75:5
precision 62:11
present 2:5 76:13
presenting 56:15
presumably 43:5
presume 4:9
pretty 13:3 19:2
 19:2 28:6 34:5
prevent 58:20
preventable 60:9
previous 28:23
pricey 60:10

prides 41:24
prior 42:25
prioritizing 29:5
privilege 23:7,7
privileges 24:6
probably 7:5
 37:25 73:3
problem 31:17
 45:12 59:20
 61:14 77:10
 78:17 85:23
 86:12,15 87:9
problems 28:18
 28:25 29:2
 66:11 84:11,12
process 6:22,23
 7:10 8:1,16 9:7
 12:4 33:16 39:7
 40:17 44:6 51:5
 53:19,20,25
 57:5 58:1 63:15
 64:2,4 65:17,24
 66:2 67:12
 69:17 71:5
 73:25 74:4
 80:22 81:4 85:2
processor 13:13
procurement
 7:12
program 61:17
 74:25 83:5
prohibit 3:25
 31:1 62:18
prohibited 68:3
proof 20:10
properly 72:16
 72:23
proposed 23:23
 57:6
protect 9:23 58:4
protections 33:12
provide 6:24
 12:24 16:23
 48:23 68:1,24
provided 17:6,10
 36:11 40:3
provides 45:13

providing 65:13
 80:16
provisional 31:25
 32:4,9,15,22
 33:15,25 51:23
provisions 2:11
 8:5 14:7,12
 25:3 33:11
 72:14,18 78:13
 78:25 83:8
public 20:8 34:20
 37:24 38:13,13
 42:4,7 43:7,18
 43:24,24 44:9
 45:14,23 49:3,3
 50:16,19,19
 56:12 70:4
 75:10 87:15
publication 27:5
publicly 56:15
published 60:21
punishment
 37:18
punitive 82:18
purpose 19:13,14
 33:10 68:23
 81:23
purposes 20:9
pursuant 31:10
 71:24
put 27:14
puts 62:14
putting 86:9
PVROs 68:8
 83:12

——————
      Q
——————
qualifications
 80:15
quarterly 41:24
 42:2,9 43:5
 86:19
question 2:18 3:3
 6:2 7:22 8:20
 12:9,10 14:11
 15:11 20:2
 24:10,13,17

26:9,20,20
 27:15 29:18
 32:20,20,21,21
 33:12 35:20
 51:19,22 63:7
 67:10,11,15
 69:7,8,8,20
 70:9,10,12
 74:21
questions 2:7,16
 6:3 7:20 15:10
 20:2 24:12 31:3
 31:6,18 34:4,6
 34:19,20 35:22
 38:12 43:23,24
 49:2,3 50:15,16
 73:18,19 77:6
quick 25:2 31:6
 31:14 58:13
 65:14 70:10
 73:19 77:12
quickly 65:15
 77:24
quickness 31:16
quiet 34:5
quite 2:6 10:22
 32:13

——————
      R
——————
raise 52:3 64:17
raised 46:17
raises 75:14
Ramba 72:7,10
 72:10 73:18,21
 74:6,7 75:3
rampant 77:10
Rank 85:16
Ranking 8:19
 10:4 11:10 12:1
 20:1 21:13
 22:17 38:14
 52:5 83:23 85:8
raw 73:5 74:14
Rayner- 20:1
Rayner-Goolsby
 8:19,21,25 9:15
 10:5 11:11 20:3

21:14 22:19
38:15,16 47:20
47:21 52:5,6
55:16,17 73:20
83:24 84:1 85:9
88:25 89:1
re-up 9:17
reaction 15:21
read 38:18
reading 6:8
ready 2:20,20
real 11:7 21:17
74:21,21 75:21
reality 56:23
really 28:18 35:4
35:8 36:2 37:7
39:18,18 41:1,8
50:7 52:7,9,22
54:4 80:19
81:16,22 83:13
86:6,6,14 87:9
reason 16:17 19:7
37:11,21 43:17
46:7
reasonings 44:22
recalibrate 9:19
recall 18:3
receipt 12:12,12
12:13,17,25
13:15 14:6,9,15
14:16,25 15:20
15:22 16:4,5
17:1,2,4,6,19
17:22 18:4
19:13,14 29:21
29:21 30:8,10
30:22 51:15,19
53:16 68:23
70:15,17 71:3
receipt's 18:17
receipts 14:21
30:17,19 62:17
81:22
receive 28:8
received 13:11
90:5
recertify 10:1

reckless 19:6
recognized 2:5,17
3:3 5:25 6:6,14
9:9 10:18 11:20
14:3,23 26:18
34:11,22 35:18
40:1 41:19 43:1
43:9 45:18
48:12 49:6 50:4
53:4 56:19 58:8
61:15 63:7,12
64:3 67:2 70:18
71:10 72:9
73:19 78:8
79:15 83:24
85:17 87:13
recommend
66:13
recommendation
43:15
recommendati...
60:24
recommended
66:1
reconstruction
80:1
record 13:17 17:9
48:9 56:5 70:4
89:12
records 74:24
recruit 83:1
red 52:12
reduce 36:17
79:1 80:12
reduces 62:11
79:2
reference 7:10
refers 3:21
reflects 76:11
refocus 9:19
reg 15:18,22
30:12 35:23
36:1,10 38:10
41:3,5 82:22
83:10,13,17
regarding 53:16
66:5 69:11

80:12 90:5
regardless 40:9
40:10 43:19
regards 6:3
register 5:4 9:8
9:12,12 12:22
16:11,18 24:23
25:14 38:22
51:7 52:21 59:1
61:21,22 63:4
63:11,25 64:20
65:8 75:19 78:1
81:19 82:11,13
83:17,18,19
registered 13:24
17:21 18:5
25:12 30:7,9
36:22 51:16,18
51:25 57:22
68:17
registering 3:11
12:20 29:10,16
58:2,12 81:24
85:3
registrant 17:7
registration 3:14
9:2,4,8,21,23
13:12,13 16:25
19:8 20:7,10
21:4,18 22:15
25:12 28:16
29:15 35:25
36:15,19 37:16
37:24 38:2
50:13 51:25
52:10,13,25
53:22 57:16,22
59:4,11,16,21
59:22 61:21
62:1,10,16,23
63:17,22 64:5
64:16 67:17,20
67:23 68:5,22
69:11,12,18
75:16 78:19
81:17 83:4
85:11

registrations 68:8
69:1
regulations 15:17
rehabilitation
40:17
rehabilitative
40:17
reiterate 49:8
59:13
rejected 51:24
80:23
rejections 79:7
related 4:23
relates 29:4
relationship
36:20
rely 59:16
remarks 80:12
remember 9:18
84:7
remind 12:25
reminder 37:23
remote 71:24
72:2
renew 9:8
Rep 2:1,4,6,15,19
3:2,4,7,8 4:17
4:18,20 5:6,7
5:16,24 6:1,6,7
6:14,15,17,18
6:20,21 7:3,4
7:19,20 8:8,10
8:19,21,24,25
9:9,10,15,16
10:4,5,17,19
11:10,11,20,22
12:8,10,14,16
13:1,2 14:2,4
14:13,17,19,20
14:23,24 15:3,5
15:6,10,12 16:6
16:8,21,23 17:5
17:6,8,9,11,12
17:14,24,25
20:1,3,20,22
21:13,14 22:1,2
22:17,19 23:11

23:12,13 24:9
24:11,16,17
25:1,1,2,7,8,17
25:17,18,22,22
25:23,24,25
26:1,5,6,8,10
26:11,12,17,18
26:19,21,22,24
26:24 27:1,2,3
27:4,5,10,11,15
27:15,17,22
28:11,13,21,22
29:17,19,24
30:2,3,5,13,20
30:21,23,24
31:3,5,14,15,20
31:21,23,25
32:5,6,7,13,19
32:21 33:3,4
34:4,12,18,24
35:12,15,17,20
38:4,4,6,11,16
39:13,24 40:2
41:9,12,15,17
41:21 42:11,12
42:16,22,23
43:1,2,3,9,10
43:21,22,23
44:2,19,20 45:8
45:10,16,19
46:12,15,17,20
46:22,24 47:1,3
47:5,7,9,11,13
47:15,17,19,21
47:23,25 48:2,4
48:6,8,9,14
49:1,7,21,25
50:2,6,9,12,14
50:22 51:10,12
51:13 52:2,6
53:2,5,15 54:7
54:11,13,16,18
54:20,22,24
55:1,3,5,7,9,11
55:13,15,17,19
55:21,23,25
56:2,4,5 58:6

60:19 61:5,11
61:13,15 63:7,8
63:12,13,20,23
64:3,8 66:7,17
66:20,23 68:19
69:7,9,19,21
70:2,7,8,10,11
70:13,18 71:6,8
71:13 72:7
73:18,20 74:6,7
75:3,8 76:7,17
76:20,23 77:19
78:2,6 79:4,10
79:16,17,19,21
79:22 81:6,8
82:3,4 83:15,16
83:23 84:1 85:8
85:9,9,16,18
87:5,6,11,14,20
87:23,25 88:2,4
88:6,8,10,12,14
88:16,18,20,22
88:24 89:1,3,5
89:7,9,11,12
repeals 48:15
repeat 71:15
report 12:7 18:7
  43:13 44:23
  45:1 60:21,22
  86:17,19
reported 56:6
  89:13
reporting 10:8,15
  11:18 41:24
  42:1,9,17 46:8
  65:1
reporting's 49:12
reports 43:19
Represent 85:8
Representative
  2:17 4:17 5:24
  10:13 12:8,14
  12:17 14:2,18
  15:11 20:4 24:9
  28:11 29:17
  31:4 32:6,19
  34:5,7,9,10

35:18 38:4,17
39:17,25 41:18
42:13 44:2,19
45:9,17,21 46:4
46:12 48:11,11
49:5,21 50:3,4
50:9,20 51:10
51:11 52:2,3,7
53:3 54:7 67:11
69:8,19 70:8,11
78:18 79:15
81:6 82:3 83:23
85:16 87:12
Representatives
  46:19 54:15
  87:24
Republican 84:4
Republicans 57:3
request 27:19,25
  60:25 65:20
  79:1
requesting 34:15
  71:22
require 12:5
  72:19
required 6:5
  60:14
requirement
  11:19 23:5
  71:17 72:1
requirements
  22:4 36:3 59:2
Requires 79:5
requiring 6:9
  59:3
rescindism 36:18
research 37:7
residents 62:21
respectfully
  44:11
respond 78:16
response 65:19
responsibility
  20:12 22:6,8
  23:24 60:15
  66:9
responsible 14:16

20:15 29:13
49:8,9,19
rest 31:11 75:10
restate 31:18
restoration 40:15
  79:11
restored 23:21
  73:10,13 87:1
restricting 37:9
  37:20 86:5
restriction 4:19
restrictions 2:23
  15:23 36:23
  37:18 41:1
  75:18
restrictive 57:17
result 6:16
Retired 66:25
returning 36:16
  36:24 42:8
  57:14 59:7 74:4
  77:17 83:18
  86:23
returns 69:11
reviewing 50:25
reviews 73:1
RFP 6:23
Rich 78:2
right 2:6 3:5 8:14
  9:14 11:1 18:21
  18:23 22:14
  23:8 27:2,3
  29:14 30:15
  33:17 34:14
  35:2 40:19
  44:14 58:21
  63:13 74:13,18
  75:8 79:22 86:7
rights 23:20
  40:15 53:9
  56:25 58:4 71:9
  73:10,13 79:11
  86:25
Rising 75:6,14
  76:24
risk 41:4
Rizo 47:22,23

55:18,19 89:2,3
Roach 47:24,25
  55:20,21 89:4,5
roads 84:18
Robinson 34:5,10
  34:12,24 44:19
  44:20 46:4 48:1
  48:2 50:21,22
  51:10 55:22,23
  56:10,19,20,21
  58:6 70:8,10
  85:17,18 87:6
  89:6,7
robust 54:1 87:18
role 58:1 83:13
roll 10:2 46:18
  54:14 60:6
  87:20
rolls 9:18 11:7
  65:3
room 2:9
rooms 37:4
Roth 34:7 48:3,4
  55:24,25 89:8,9
roughly 59:15
round 7:21
row 65:12
rules 52:21 57:17
  62:2 64:24 85:4
run 28:24 46:9
running 44:17

_____
        S
_____
S 83:16
SAC 2:1
sacred 3:17 13:6
  29:11 39:1
safest 57:2 84:7
sake 11:9 49:15
  63:24
save 52:4
saw 31:4 52:3
saying 4:14 9:16
  23:1 29:8 30:7
  32:1,14 63:24
  81:2 86:16,19
says 3:18 14:8,25

16:9 20:9 62:20
SB90 77:6
scare 59:10 63:3
scenario 70:14
schedule 43:19
  43:20
school 68:16
score 57:18
sealed 5:12
seat 84:19
second 4:9 14:17
  18:22 26:6
  40:14,15
Secondarily
  77:13
seconds 66:7
  68:19 76:7
  77:19 79:4
  83:15 85:8 87:5
secretary 8:17
  18:7 60:1,21
  67:1,7 69:7,10
  70:13 71:6 77:9
  78:16
secretary's 82:7
section 6:5 7:6
  9:22 16:10,10
  16:20 18:2,12
  26:3 31:6,8,23
  32:8 33:17
  48:15 60:24
  64:25 66:5,13
  66:13 67:13
  71:24
sections 7:13
secure 54:1 57:2
  84:7
security 16:16
  36:3 48:16
  70:21 72:24
  82:9
see 13:2 16:14
  27:12 34:8
  37:11,11 42:18
  43:6,14,17
  44:22 53:11
  56:6 60:18

74:16 75:1,21
76:3 80:7 83:21
87:7
**seeing** 46:17
54:14
**seeks** 2:10
**seemingly** 60:12
**seen** 21:17 28:18
52:18 84:5
**segment** 1:12
90:18
**select** 6:24 37:20
**Seminole** 65:6,8
**senate** 76:1
**Senator** 76:25,25
78:2
**send** 23:1 28:3,4
31:16
**sends** 64:25
**senior** 68:16
**sense** 46:1
**sent** 31:10
**series** 6:2 8:22
**serious** 80:23
**serve** 37:1 38:9
**served** 40:16
**session** 42:6,15
42:16,20,20
43:4,11,14,19
43:20 46:3
**sessions** 57:1
**set** 9:11
**setting** 4:19 41:2
**settlement** 72:3
**sham** 76:2
**share** 16:5
**shared** 82:13
**shifting** 20:14,20
**shocking** 61:18
**short** 33:18
**shortening** 27:19
27:23
**shortens** 81:10
**show** 35:17 41:17
48:9 50:2 51:16
54:13 56:5
89:12

**Showed** 34:8
**shown** 3:16
**shuts** 41:2
**side** 44:7
**sign** 12:22
**signature** 6:10
7:25 8:2,6,7,15
16:17 71:16
**signatures** 67:12
**significant** 19:2
49:16 56:13
74:20 78:19
**significantly**
64:17
**simple** 26:20
34:13 63:5
**simply** 4:11,24
5:22 24:2 25:13
26:13
**single** 68:3,12
**Sir** 56:20 58:9
60:20 61:5 66:7
66:17 68:19
72:9 75:9 76:25
78:6,8 79:12
85:9
**site** 51:18 85:5,5
**sitting** 39:14
**situation** 23:20
32:24 51:20
70:16
**Skhir** 64:9,10,13
64:14 66:8,18
66:21
**smaller** 11:13,24
74:10
**social** 16:16 38:2
38:3
**society** 36:17
37:4
**SOE** 23:4 25:14
27:6 51:22
81:15 83:16
**SOEs** 7:1 25:3,9
73:25 74:3
**solicit** 4:13
**soliciting** 3:12

4:2 63:10,25
**solution** 45:11
**solutions** 37:8
**somebody** 25:11
**someone's** 40:9
**somewhat** 86:5
**son** 68:16
**sorry** 6:12 13:1
15:3 26:15,17
31:8,20 41:12
50:12,12 55:9
56:8 61:8 75:11
76:23 77:1
**sort** 5:12 29:7
**soup** 21:10
**source** 10:23
**south** 58:18
**span** 65:4
**speak** 7:11,14
28:23 61:8
64:10 67:2
71:10 72:8 75:9
76:24 78:3,7
**speaking** 16:10
73:22
**special** 42:6,18
**specific** 9:5 38:5
67:11,14 73:24
**specifically** 4:5
5:9 36:7
**spectrum** 61:23
**speculative** 74:1
**speed** 84:20
**spend** 67:18
**SPLC** 58:7,11
**spoken** 78:24
**squeeze** 64:12,18
**staff** 12:5 46:4
59:2,6 72:13
**stance** 85:21
**stand** 56:18 67:6
**standard** 19:5
69:4
**start** 13:19 18:14
43:11 64:11
79:22
**started** 28:15

42:20
**starting** 20:5
71:20
**starts** 10:12
42:21
**state** 1:8,9 6:12
6:13 7:1,9,13
8:11 14:22 15:8
15:8 19:25
22:22,24 23:4,6
23:22 24:3
26:14 29:22,25
30:4,18 34:16
34:17 35:5
40:14,19 41:25
45:3 51:22
53:10 56:23
57:3 58:24
59:12,19 60:1
60:14,21,22
61:6,25 67:1,7
67:19 68:25
72:4 73:4,6,7
73:14 74:8,23
74:25 75:23
78:11 80:8,11
81:2 82:25
84:16,22,24
90:18,18
**state's** 60:4 62:1
66:6 67:7 77:9
78:16
**stated** 18:6 34:25
56:17 73:7
85:19,25
**states** 4:21 31:8
38:23 39:2
52:11,12,13
62:22 73:14
**statewide** 60:17
73:16
**status** 20:13
40:10 60:18
**statute** 3:21 31:9
31:11 32:10,11
32:23 33:1
67:14 70:6

**statutes** 48:15
66:19
**stay** 60:8
**staying** 10:2
**Sticking** 15:13
**stigmatizing**
57:15
**stole** 76:1
**stop** 21:23 81:17
81:23
**stops** 30:6,9
**straightforward**
59:23
**streamline** 85:7
**streamlining** 2:11
**Street** 1:24
**strengthens**
83:21
**strike** 36:8
**stripped** 19:19
**strips** 18:25
**stroke** 8:3
**strongly** 39:3
**structure** 42:1
51:15 53:16
**struggle** 44:8
**students** 37:7
83:18
**study** 37:7
**stuff** 29:20
**subjected** 83:2
**subjecting** 57:15
**submit** 19:17
62:11
**submitted** 13:17
33:8 78:18
83:10
**subsection** 31:7,8
31:11
**substantially**
59:8
**success** 2:10
**successful** 83:4
**succinct** 24:12
**sudden** 21:21
84:10
**suffer** 7:24

**suggest** 44:16
71:19,21
**suggestion** 71:19
**Suite** 1:24
**sunshine** 41:25
45:3 86:21
**supervisor** 5:4
6:11 11:23
13:23 17:16,23
17:25 18:18
19:8 20:17,24
26:15 28:3
48:18 49:10
59:25 61:1 65:2
72:8,19 81:11
**supervisors** 18:18
53:21 65:25
72:11 73:2,3
80:17
**support** 42:8
45:15 48:22
50:17 54:4 64:6
67:8 69:5 80:17
**supporting** 62:7
**supportive** 69:12
**suppose** 30:16
**supposed** 15:25
46:5
**suppression** 57:8
57:12 62:8
**sure** 9:18 14:1
15:3 21:7,8,11
22:16 23:24
26:7 28:8 29:12
29:15 33:14
34:2 38:6 39:5
49:12 65:4
69:25 72:16
80:5 84:17
86:10
**Surprise** 79:14
79:14
**swear** 80:14
**system** 45:22
58:16 62:1
77:21

**T**

**take** 3:8 21:9
23:4 40:8 60:14
66:3,4
**takes** 11:2 45:1
**talk** 36:21 44:15
87:16
**talked** 2:21 15:20
44:3
**talking** 3:5,9 4:11
4:20 5:1,2 6:10
9:19 10:10
12:19,20 13:19
19:1 64:18
**talks** 9:2
**Tallahassee** 80:2
80:3
**tape-recording**
90:4
**targeted** 59:17
**taxpayer** 49:18
**Taylor** 75:4,5
**Teamwork** 10:13
**technical** 67:10
**tell** 22:22 25:20
28:4 52:14 60:1
84:14
**telling** 18:13
53:23
**tells** 8:12 22:24
62:15
**Temple** 48:5,6
56:1,2 89:10,11
**Templin** 78:3,5
**tension** 15:15
**term** 51:3
**terms** 13:13
**terrible** 69:14
**testimony** 34:20
38:13,14 43:24
43:25 49:3,4
50:17,19,19
75:10 82:14
**thank** 2:4,15,19
3:2 4:18,20 5:7
5:16,16 6:1,7

6:15,18,21 7:4
7:21 8:10,21
9:10 10:5,6,12
10:19 11:11,12
12:10,16,16
14:4,14,19,24
15:6,12 16:8,23
17:6,15,25 20:1
20:3,3,22 21:14
22:2,19,19
24:11 25:18
26:17,19 27:11
27:17,22 28:22
28:22 29:19
30:13,24 31:5
31:15 32:7,13
33:4 34:12,18
34:24 35:12,21
38:11,16 39:13
39:23,24 40:2
41:8,9,21 42:9
42:12 43:2,10
44:2,20 45:8,10
45:16,19 48:14
49:1,7,20,21
50:6,22 51:10
51:12 52:2,6
53:2,5,5 54:5,7
56:9,20 58:5,6
58:10 61:3,5,16
63:8 64:8,13
66:8,17,20,22
66:25 67:4 69:6
69:7,9,10,21
70:7 71:6,7,12
71:13 72:6,7,10
73:18,20,21,21
74:7 75:3,3,4,5
75:12 76:17,20
76:20,22 78:2,6
78:8,9 79:9,10
79:12,16 81:5,6
81:8 82:2,3,4
83:22,23 84:1
85:16,18 87:11
87:14,14
**theft** 3:21 4:6

5:19
**theme** 52:20
**thing** 49:15 78:24
86:15
**things** 4:14 22:23
39:5 40:12
44:14 86:8,10
87:9
**think** 3:15 6:18
8:17,17,18
10:10,21 11:25
21:24 26:12
35:8 36:6 40:21
40:24 41:8,24
42:4 43:16,17
44:13,15 45:11
45:22 46:1,7
51:7,16 52:1,15
52:22 53:1
64:21,24 72:23
73:1,15 74:17
74:20 78:15
80:19 81:16
82:7,12 83:20
85:7
**third** 19:21 65:12
**third-** 67:16,19
68:4
**third-party** 2:23
3:10 9:2,7,25
12:23,24 13:6
13:11,22 14:13
14:14 15:2,13
16:11 18:6,14
19:16 25:12
28:16 29:1 30:1
35:23 36:1,10
57:16,22 59:21
68:21 69:1
75:15 81:17
83:17
**thorough** 7:17
**thought** 20:17
23:20
**thoughts** 23:14
**threat** 75:21
**threats** 75:23,24

**three** 13:21 18:13
29:20 42:24
43:5 56:13 57:1
65:21,21,21,22
68:7 69:23
78:13 83:12,12
85:20
**tier** 18:22
**tiers** 13:21 18:13
**tight** 28:6
**time** 4:3 9:12
11:4,7 13:8,17
13:24 16:1 18:5
19:15,23 21:17
23:17 27:24
28:8 40:16 59:7
60:9 61:19
64:23 67:18
72:13 77:12
79:1,2 80:12
82:8 83:10 84:6
**timeframe** 24:25
62:11
**timely** 28:9,10
65:18 68:8
**times** 27:12,14
36:19 45:2
59:15
**today** 7:7 22:7
56:14 57:6 63:9
68:1 75:13
76:23
**toes** 3:4
**told** 21:20 51:21
**tomatoes** 37:6
**top** 67:20 69:23
**topic** 67:10
**touch** 5:11 84:4
**track** 74:16
**trained** 12:5
**training** 6:4,11
6:16,25 60:10
71:17
**transcriber** 90:1
**TRANSCRIPT**
1:7
**transcription**

90:4
**transparency**
9:18 11:9 41:22
44:5,17 45:5,13
45:20
**transparent**
44:24 45:4
**treasurer** 45:2
**trick** 58:20
**tries** 83:22 84:4
**triple** 33:5
**Trish** 79:12
**true** 90:3
**truly** 2:2
**trust** 37:1,3,6
38:8,9
**trusted** 37:13
**truth** 53:7
**try** 23:11 30:11
64:12 74:16
**trying** 5:14 10:3
10:9 26:24
35:10 44:22
72:16 75:16
82:8 85:24
**turn** 10:7 19:11
19:22 22:7 68:8
**turned** 67:22
68:22
**turnout** 58:15
**two** 11:14 27:20
27:23 28:14
33:8,9 36:23,24
43:4 57:10,23
57:23 64:11
65:10,24 71:11
77:14 79:18
81:7 83:24
85:17
**type** 7:24,25 8:1
8:4,4 82:17
**typically** 25:5

**U**

**U.S** 4:15,18 5:5
5:19 40:11
**Ultimately** 76:14

**un** 79:24
**unable** 40:20
68:21
**unacceptable**
60:8
**unanimously**
66:1
**unclear** 23:3
**undermines**
69:15
**undermining**
76:19
**understand**
13:25 21:4 39:7
44:13 60:11
62:5 68:2,9
80:9 84:22,23
86:25
**Understandably**
46:6
**understanding**
33:7
**undertake** 74:3
**undertaking**
59:11
**undid** 79:24,24
**unequivocally**
57:12
**unfamiliar** 12:4
**unfavorably** 56:6
**unfortunate** 77:2
**unique** 74:25
**United** 4:21
38:23 39:1
62:22
**universal** 71:18
**unlawful** 3:22
**unnecessary** 41:7
77:12 78:23
**unrelenting**
56:24
**unsure** 22:11
24:1
**untrustworthy**
36:13
**update** 46:3
**upholding** 39:22

**urge** 58:12 61:3
69:5
**use** 3:22 12:13
51:3 62:1

**V**

**validation** 68:24
**validly** 71:2
**value** 83:20
**vary** 25:6
**vein** 84:24
**vendors** 7:12,15
**verbiage** 25:19
**verification** 6:10
20:11
**verify** 69:15
**verifying** 66:10
**versus** 42:2
**vet** 6:22
**vetted** 7:15
**vetting** 7:11
**Vice** 2:2 67:4
71:7
**VIDEO-RECO...**
1:7
**violation** 3:20
30:25
**violators** 70:6
**violence** 58:19
**vital** 58:1 59:18
64:19
**void** 33:1
**voluntary** 7:7
**volunteer** 2:23
36:9,14 37:10
38:20 40:19
**volunteered**
38:21
**volunteers** 61:21
63:3 83:1
**Volz** 79:10
**vote** 5:4 12:21,22
17:17 18:25
19:20 20:11,16
20:19 21:6,9,12
21:19,21 22:9
22:16 23:17,18

24:2,23 27:20
27:25 29:10,14
29:16 30:8 32:2
32:16 33:24
34:2,14 35:2,11
36:22 38:22
39:5,6 40:20,22
40:23 46:10
49:20 51:7,16
51:18,18 52:1
52:15,20 58:3
58:12,13 60:2
60:22 61:2,3,21
63:4,6,11,25
64:21 65:8,16
65:23,23 66:2
66:14,15,22
68:4,12,17,17
69:16 71:18,22
71:24 75:23,25
76:8,11,19
77:15,20,21
78:1,25 79:2,3
80:12,25 82:2
82:11,13 83:18
84:11,13,25
85:1,3,3,5,14
85:14 86:5 87:7
**vote's** 33:14
**voted** 77:8
**voter** 2:24 9:2,7
9:21,24 13:5,11
13:16,24 15:13
15:18,22 16:11
16:19,25 17:7
18:4,14,18,25
19:15,16 20:7
20:12 21:10,18
22:4,6,8 23:24
24:1 25:12
27:24,25 28:7
29:6 30:1,12
31:1 33:19
35:23,25 36:1
36:10,15,18
37:15,23 38:2
38:10 41:3,5

50:13 52:10,13
52:24 53:12,12
53:22 57:7,12
57:16,22 58:15
59:16,21 60:3,9
61:21 62:1,8,10
62:15,23 63:17
63:21 64:5,7,16
65:3 66:5,10
67:17,20,22
68:5,22,24 69:1
69:18 70:23
75:15 77:10,10
79:3 81:11,13
81:15,17 82:22
83:4,9,13,17
85:10
**voters** 3:11,16
9:21 13:22
16:15 20:15
21:4 33:12,22
48:23 57:10,11
57:21,24 58:2
59:14,15 61:22
61:24 62:4,8,19
64:25 68:3,6
71:23 72:3,21
74:11 75:20
76:11 78:17
79:5,13
**voting** 27:18,19
38:25 39:7
50:18 52:16
53:8 54:1 56:25
58:4,13 60:6,23
62:2 73:10 78:7
78:10 80:6,21
84:5

**W**

**waged** 56:24
**wait** 26:9,9
**waiting** 67:2
**waive** 43:22,23
56:18
**waives** 50:17
61:7 66:25 75:4

**waiving** 50:11
67:1
**walk** 2:25 16:2,7
**want** 3:25 4:11
5:5 7:11 10:7
10:14 21:3
23:13 26:7,21
29:12,14 32:15
32:22 33:11,13
33:19,22,24
34:1 40:22 49:7
50:25 51:13
53:24 56:16
73:24 77:5
78:24 81:3 82:5
85:19 86:6,6,19
86:20
**wanted** 15:3
67:14 71:14
78:11
**wanting** 5:3
**Washington** 1:24
**wasn't** 4:4 15:4
**way** 11:1 23:17
26:4 32:17 41:2
43:16 49:19
64:7 65:14
**ways** 76:19 87:2
**we'll** 7:17 8:24
17:12,13 26:10
26:13 27:15
33:6 34:7,9
52:4,4 87:8,16
87:17,18
**we're** 3:5,9 4:4
4:11,14,20 5:1
5:1 7:8 9:16,16
9:19 10:3,25
12:6 14:22 19:1
19:1,9,9 22:5,5
22:23 26:10
27:13 28:5 29:4
29:5,8 32:14
35:10 37:9
40:18 41:1 44:3
44:15,16,22
45:11 46:5

48:17 50:3
51:20 52:8 54:2
54:2 56:7 64:10
64:18 71:10,11
72:16 75:1,9
79:17 86:6,10
86:13,16,18
87:10
**we've** 21:17
64:11 84:8 86:1
**Webber** 58:7,10
58:11 60:19,20
**website** 27:5,8,14
**week** 11:4,4
**weekend** 24:21
25:4,6
**weekly** 10:7,11
10:15,25 11:17
11:18 49:12
65:1 86:17
**weighting** 78:13
**well-meaning**
75:19
**went** 25:11,13
28:16,17 68:18
68:20
**whatnot** 29:8
**white** 57:23,24
59:15 80:2
**whopping** 62:14
**willfully** 33:8
**wish** 40:19 67:2
**wished** 56:10
**wishes** 58:8 61:8
64:9 71:9 72:8
75:8 76:24 78:3
78:7
**withdrawn** 34:8
**Women** 79:13
**wondering** 15:14
**wonky** 52:22
**word** 7:16 21:10
**words** 84:8,9
**work** 10:13 14:10
15:2 35:6 49:14
64:19 72:16
**worked** 57:4

**workers** 35:5
**working** 43:16
44:23 45:12
83:19
**workload** 72:25
**worrying** 39:20
**worth** 60:7
**wouldn't** 5:20
42:24 43:7,13
43:14 74:10
78:17
**wrong** 40:7 45:22
64:25 85:25

                **X**

**X** 16:1

                **Y**

**yea** 35:13,14
41:10,11,13,14
46:13,14 49:23
49:24 54:9,10
**yeah** 11:22 13:2
19:8 23:11,13
25:24 26:22
27:11,11 31:25
32:1 42:23
56:11 74:7 77:2
**year** 60:12 62:3
65:12
**years** 9:11 28:14
28:23 42:1
74:19 77:7
85:20
**Yep** 31:21
**yesterday** 2:1
10:21 11:25

                **Z**


                **0**

**01** 89:13

                **1**

**1** 90:6,11
**10** 11:2,3 18:15
19:18 24:14,19
27:24 34:8

57:21 62:12
**100** 57:24
**100,000** 28:18
**1000** 28:17
**101.662** 71:25
**101.68** 67:13
**104.011** 66:18
**104.15** 66:19
**104.16** 31:9
**1080** 25:19,23
**1097** 26:4
**10th** 42:17 43:13
81:13
**11** 64:25
**116** 67:22 68:3
**116,000** 78:17
**12** 11:4 35:19
41:17 81:13
**12,200** 67:21
**13** 41:18,20 44:1
45:18 48:10
**14** 24:14 48:11
49:2,4,6,22
50:2 62:12
**15** 50:3 53:4 54:8
54:13 56:6 66:7
76:7 77:19 79:4
87:5
**16** 9:1
**17** 13:1
**1730** 1:24
**1781** 81:12,12
**1784** 71:21
**18** 24:13
**19** 1:10

                **2**

**2** 31:8
**20** 73:3
**20-301** 2:1
**20036** 1:24
**2018** 40:16 77:14
**2019** 62:3
**202** 1:25
**2020** 75:25
**2023** 1:10 90:11
**2024** 61:2 66:4

**2060** 26:22 27:3
**2061** 26:22 27:3
**23** 20:5 90:19
**23-** 89:12
**2301** 57:13
**232-0646** 1:25
**2424** 31:23,24
**2427** 31:24
**250,000** 62:14
64:18
**26** 60:24
**29** 68:10

                **3**

**30** 44:10 68:19
83:15 85:8
**326** 6:3
**330** 6:3
**34,400** 67:20
**378** 3:5,8 4:8 36:8
**38** 31:6,7,8,23
**389** 3:9 4:8
**39** 10:12
**390** 4:10
**397** 4:11 36:8
**397-** 3:5
**398** 9:1

                **4**

**4-19-** 90:18
**402** 9:1
**417** 12:11,25
**419** 12:11
**43** 26:5
**44** 25:19,25
**441** 13:20 18:12
18:14
**450** 18:15
**468** 13:20 18:12
**491** 15:17,23
**498** 16:9

                **5**

**50** 11:3 62:13
**50,000** 28:17 41:2
82:21
**500** 15:17

**503** 75:5
**52** 26:4
**555** 20:5 22:10
**559** 20:6 22:10

**6**

**60** 43:4
**67** 72:1,11 74:15

**7**

**7** 31:11

**8**

**812** 1:24
**83** 26:22,25
**89** 90:3

**9**

**90** 44:10
**97** 31:6,20,21
**97.022** 48:15
**98.075** 31:11