IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                                    CRIMINAL ACTION

STATE OF FLORIDA                   CASE NO:  CF- - - ()  23CF99
                                              (JDM)
vs.                                           DCM TRACK: Complex

RODERICA RENEE CODY

Race: Black    Sex: Female
D.O.B.:5/19/1988

INFORMATION FOR:

1) Fraud Submit False Voter Registration Or Information, F.S. 104.011 (2), Third Degree Felony
2) Criminal Use of Personal Identification Information, F.S. 817.568(2)(a), Third Degree Felony

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

AMIRA D. FOX, State Attorney of the Twentieth Judicial Circuit of the STATE OF FLORIDA, by and through the undersigned Assistant State Attorney, prosecuting for the STATE OF FLORIDA, in the County of Lee under oath information makes that Roderica Renee Cody,
Count(s):

1. Between November 06, 2021 and November 18, 2021 in Lee County, Florida, did willfully submit any false voter registration information in violation of Florida Statute 104.011 (2);777.011

2. Between November 06, 2021 and November 18, 2021 in Lee County, Florida, did willfully and without authorization fraudulently use or possess with intent to fraudulently use, personal identification information concerning an individual to wit: Rhianna Bryn McMullen without first obtaining that individual's consent in violation of Florida Statute 817.568(2)(a);777.011

against the peace and dignity of the STATE OF FLORIDA,

                                       AMIRA D. FOX
                                       STATE ATTORNEY

BY: _____
James D. Miller
Assistant State Attorney
Florida Bar Number 0048425
2000 Main Street
Fort Myers, Florida 33901
(239) 533-1000
eService: eservice@sao20.org

STATE OF FLORIDA, COUNTY OF LEE

Personally appeared before me, James D. Miller, Assistant State Attorney of the Twentieth Judicial Circuit of the State of Florida, being personally known to me, who being duly sworn, says that this information is filed in good faith and certifies that testimony under oath from the material witness or witnesses for the offense has been received which if true, would constitute the offense therein charged.

_____
James D. Miller

Sworn to and Subscribed before me, by means of ☒ physical presence or ☐ online notarization, this 14th day of February, 2023, by James D. Miller, personally known to me.

_____   My commission expires: _____
Notary Public

BETTYANN CEFOLE
Commission # GG 957675
Expires March 10, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

RE: Roderica Renee Cody, CF- -

## OFFICE OF THE STATE ATTORNEY
## TWENTIETH JUDICIAL CIRCUIT OF FLORIDA
## NOTICE TO THE CLERK

TO: Clerk of the Courts, Lee County

RE: Roderica Renee Cody, defendant    Court Case Number: CF- -

Race: Black    Sex: Female    23CF99

D.O.B.: 5/19/1988

Date of Arrest:    Agency Booking Report No. 22-000001SI

OBTS:    Agency Name: State Attorney's Office

### BOOKING CHARGES

Count(s):

    Number of Counts: 1 - Fraud Submit False Voter Registration Or Information, F.S. 104.011 (2), Third Degree Felony
Number of Counts: 1 - Fraudulent Use of Personal Identification Information, F.S. 817.568(2), Third Degree Felony

### SAO DISPOSITION

Count(s):

    1. File as Charged/Capias:    104.011 (2)
        Fraud Submit False Voter Registration Or Information
        Third Degree Felony
    2. File as Charged/Capias:    817.568(2)(a)
        Criminal Use of Personal Identification Information
        Third Degree Felony

AMIRA D. FOX

Distribution:
Clerk of Court
Defendant / Defense Counsel -
Sheriff's Department - Jail
Arresting Agency - State Attorney's Office
SAO File

STATE ATTORNEY

Date: 02/14/2022   BY: _____
James D. Miller
Assistant State Attorney
Florida Bar Number 0048425
2000 Main Street
Fort Myers, Florida 33901
(239) 533-1000
eService: eservice@sao20.org

Distribution:
 Clerk of Court
 Defendant / Defense Counsel -
 Sheriff's Department - Jail
 Arresting Agency - State Attorney's Office
 SAO File

Filing # 167545735 E-Filed 02/25/2023 06:03:36 AM

ORIGINAL

# ARREST / NOTICE TO APPEAR
## Lee County Sheriff

- 1 Arrest ☒
- 2 Notice To Appear
- Juvenile ☐

**OBTS NUMBER:** 3005093447

**AGENCY ORI NUMBER:** FL0360000

**CASE NUMBERS:** 23CF000099, 23CF000099

**AGENCY REPORT NUMBER:** 23-084480

**AGENCY ARREST NUMBER:** 23-084480

**CHARGE TYPE** (Check as many as apply):
- ☐ 1 FELONY
- ☐ 2 TRAFFIC FELONY
- ☐ 3 MISDEMEANOR
- ☐ 4 TRAFFIC
- ☐ 5 ORDINANCE
- ☐ 6 OTHER

**WEAPON SEIZED / TYPE:** 1 Yes  2 No ☒

**DATE OF OFFENSE:** 2/24/2023

**LOCATION OF ARREST** (include Name of Business): [REDACTED]

**LOCATION OF OFFENSE** (Business Name, Address): [REDACTED]

**DATE OF ARREST:** 2/24/2023
**TIME OF ARREST:** 1709
**BOOKING DATE:** 2/24/23
**BOOKING TIME:** 2231
**JAIL BOOK DATE:** 2/24/23
**JAIL BOOK TIME:** 1951
**FINGERPRINTED:** ☐ Identification Only ☐ Criminal
**BY:** ☐ AFIS

**JAIL NUMBER:** 964469
**COUNTY ID NUMBER:** 247063
**OTHER LOCAL NUMBER:** 507892
**FDLE NUMBER:** 06062690
**DOC NUMBER:**
**FBI NUMBER:** 956839TC9

**NAME (Last, First, Middle):** CODY, RODERICA RENE
**ALIAS:** See Narrative

**RACE:** B (Black)
**SEX:** F
**DATE OF BIRTH OR AGE:** 5/19/1988
**HEIGHT:** 5'05"
**WEIGHT:** 250
**EYE COLOR:** BRO
**HAIR COLOR:** BLK
**COMPLEXION:** BLK
**BUILD:** HBULD

**SCARS, MARKS, TATTOOS, UNIQUE PERSONAL FEATURES:** See Narrative

**INDICATION OF Alcohol Influence / Drug Influence:** Y N UNK

**LOCAL ADDRESS:** TRANSIENT FORT MYERS, 33901
**PHONE:** (239) 204-7969
**RESIDENCE TYPE:** 1 City / 2 County / 3 Florida / 4 Out-of-State

**DRIVER'S LICENSE STATE / NUMBER:** FL C300736886790
**SOCIAL SECURITY NUMBER:** [REDACTED]
**PLACE OF BIRTH:** FLORIDA, FL - FLORIDA
**CITIZENSHIP:** Y

### CHARGE 1
**CHARGE DESCRIPTION:** *FRAUD - SUBMIT FALSE VOTER REGISTRATION OR INFORMATION - 23CF000099
**COUNTS:** 1
**☒ FS ☐ Ord**
**STATUTE VIOLATION NUMBER:** 104.011(2)
**BOND $:** 5000.00
**ACTIVITY:** N
**GOC:** Not Applicable

### CHARGE 2
**CHARGE DESCRIPTION:** FRAUD-IMPERSON - USE POSS ID OF ANOTHER PERSON WO CONSENT - 23CF000099
**COUNTS:** 1
**☒ FS ☐ Ord**
**STATUTE VIOLATION NUMBER:** 817.568(2a)
**BOND $:** 5000.00
**ACTIVITY:** N
**GOC:** Not Applicable

### NOTICE TO APPEAR
☐ Mandatory Appearance in Court
☐ You need not appear in Court but must comply with instructions on Notice To Appear page

**MONTH:** March  **DAY:** 27  **YEAR:** 2023  **TIME:** 08:30  ☒ AM ☐ PM

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

**SIGNATURE OF DEFENDANT / JUVENILE AND PARENT OR CUSTODIAN**

I SWEAR/AFFIRM THE ABOVE AND ATTACHED STATEMENTS ARE TRUE AND CORRECT

**OFFICER'S / COMPLAINANT'S SIGNATURE:** #95115
**NAME (Printed):** JOSEPH TOLLEY
**ID NO / TROOP:** 1995115

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 24 DAY OF FEB 2023

PAGE 1 OF 2

U230224059 / 621770

HSMV 60005 (Rev 7/97)

## PROBABLE CAUSE STATEMENT

| | | | |
|---|---|---|---|
| 1 Offense / 2. Arrest | 1 | Juvenile | 1 Original / 2. Supplement: 1 |

Agency ORI Number: F L 0 3 6 0 0 0 0
Agency Name: Lee County Sheriff
Agency Report Number: 2 3 - 0 8 4 4 8 0

Original Date Reported: 0 2 2 4 2 3
Case Reference: CODY, RODERICA RENE
CLERK CASE NUMBERS: 23CF000099, 23CF000099

**DEFENDANT ALIAS**
RODERICA R CODY
Roderica Cody
Shayla Cody

**DEFENDANT SMTI:**
TYPE: LOCATION   DESC: Three Inter-Linked Hearts
TYPE. LOCATION:   DESC: Tigger and "Detrick and Roderica"

On the listed date and time members of the Lee County Sheriffs Office, Fugitive Warrants Unit came into contact with the listed defendant at the stated location.

At this time a computer wants and warrants check was conducted and it was discovered that this subject had an outstanding Felony Warrant for their arrest.

Once the warrant was confirmed the defendant was placed under arrest and transported to the Lee County Sheriff's Office Jail for booking without incident.

Report Contains: 
Related Report Number(s):

Officer(s) Reporting: TOLLEY, JOSEPH A
ID Number(s): 1995115
Troop:
Date:

Officer Reviewing (if Applicable):   ID Number   Routed To   Referred To   Assigned To   By   Date

Case Status: 1 Arrest  3 Unfounded   A - Adult  A   Date Cleared   Arrest Number: 23-084480   Number Arrested
2 Exceptional   J - Juvenile

Exception Type: 1 Extradition Declined   2 Arrest on Primary Offense Secondary Offense Without Prosecution   3 Death of Offender  4 V/W Refused to Cooperate   5 Prosecution Declined  6 Juvenile / No Custody   OBTS Number   Page 2 of 2

2/15/2023 10:58 AM Filed Lee County Clerk of Courts

LEE COUNTY
SHERIFF'S OFFICE
WARRANTS UNIT
2/15/2023 11:11 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                                    CRIMINAL ACTION

STATE OF FLORIDA

vs.

RODERICA RENEE CODY

CASE NO: CF- -- () 23CF99
(JDM)

**Division S**

Race: Black   Sex: Female
D.O.B.: 5/19/1988   Height: 5-06   Weight: 240
Hair Color: Brown   Eye Color: Brown
Address: 2251 Barden Street, #B
Fort Myers, FL 33916

CAPIAS FOR:

Count(s):

1) Fraud Submit False Voter Registration Or Information, F.S. 104.011 (2), Third Degree Felony
2) Criminal Use of Personal Identification Information, F.S. 817.568(2)(a), Third Degree Felony

In the name and by the authority of the STATE OF FLORIDA, County of Lee to all and singular the Sheriff's and other arresting officers of the State:

Whereas James D. Miller, Assistant State Attorney of the Twentieth Judicial Circuit of the State of Florida, prosecuting for the STATE OF FLORIDA, in the County of Lee under oath information makes that

**RODERICA RENEE CODY**

late of the County and State aforesaid, in the County and State aforesaid,

Count(s):

1. Between November 06, 2021 and November 18, 2021 in Lee County, Florida, did willfully submit any false voter registration information in violation of Florida Statute 104.011 (2);777.011

2. Between November 06, 2021 and November 18, 2021 in Lee County, Florida, did willfully and without authorization fraudulently use or possess with intent to fraudulently use, personal identification information concerning an individual to wit: ███████████████ without first obtaining that individual's consent in violation of Florida Statute 817.568(2)(a);777.011

RE: RODERICA RENEE CODY

STATE OF FLORIDA VS. RODERICA RENEE CODY

contrary to the Statute in such case made and provided and against the peace and dignity of the STATE OF FLORIDA.

YOU ARE COMMANDED to forthwith arrest and bring the above-named defendant before a Judge of our Lee County Court to be dealt with according to law.

WITNESS, my hand and seal of the Circuit Court of Lee County, Florida, this 15th day of February, 2023.

KEVIN KARNES
CLERK OF THE CIRCUIT COURT

The above named defendant is required to appear before the Judge of our Circuit Court in Courtroom D, Lee County Justice Center, 1700 Monroe Street, Fort Myers 33901 on ___/___/2023 at _____ AM/PM to answer the charge set out above.

The defendant is to be admitted to bail in the sum of $_____

Returnable: First Monday after service at 8:30 AM in Felony Arraignment Court.

**SHERIFF'S RETURN**

Received this Capias the 24th day of Feb, 2023.
and executed the same by delivering a true copy to:
Roberica Cody
the within named witness, in Lee County, Florida, on the 24th day of Feb, 2023.

CARMINE D. MARCENO, JR. SHERIFF,
LEE COUNTY, FLORIDA
By: Det. C.T. Tolly #95115
Deputy Sheriff

WITNESS(ES) FOR STATE:
State Attorney's Office
Arresting Agency CR#. 22-000001SI

SAO Warrant #: 2792706

OFFICE OF THE STATE ATTORNEY
TWENTIETH JUDICIAL CIRCUIT OF FLORIDA

# Memorandum

**To:** Lee County Sheriff's Department, Records Division

**From:** State Attorney's Office, Felony Intake Division

**Re:** Preliminary Extradition Instruction on Warrant For:

**Name:** Roderica Renee Cody

**Race:** Black    **Sex:** Female   **DOB:** 5/19/1988

**Charge:** 1) Fraud Submit False Voter Registration Or Information, F.S 104.011 (2). Third Degree Felony

2) Criminal Use of Personal Identification Information, F.S. 817.568(2)(a), Third Degree Felony

**Date:** 02 / 14 / 2022    **Initials:** JDM

FOR PURPOSES OF ENTRY OF THE ABOVE-DESCRIBED WARRANT INTO THE FCIC AND NCIC COMPUTER SYSTEMS, OUR PRELIMINARY INSTRUCTIONS REGARDING THE LIMITS OF EXTRADITION FOR THIS WARRANT ARE AS CHECKED BELOW:

- ☐ ENTIRE U.S.
- ☐ CONTINENTAL U.S.
- ☐ EASTERN AND SOUTHWEST U.S.
- ☐ EASTERN U.S.
- ☐ SOUTHEAST U.S.
- ☐ ADJACENT STATES
- ☒ FLORIDA ONLY (FCIC ONLY)

THE ABOVE INSTRUCTIONS ARE VALID AT THE TIME OF ISSUANCE ONLY. PLEASE RECONFIRM EXTRADITION WITH STATE ATTORNEY'S OFFICE PRIOR TO ACTUAL EXTRADITION.

THE STATE ATTORNEY'S OFFICE RESERVES ITS RIGHT NOT TO EXTRADITE ANY SUBJECT AT ANY TIME, BASED UPON THE CASE SITUATION, FUGITIVE'S LOCATION, OR OTHER FACTORS EXISTING AT THE TIME THE FUGITIVE IS LOCATED.

**THIS MEMO SHOULD BE ATTACHED TO THE RECORDS COPY OF WARRANT**

JDM:MJD

IN THE CIRCUIT COURT
IN AND FOR LEE COUNTY, FLORIDA

## AFFIDAVIT FOR A CAPIAS

**Defendant:** Cody, Roderica Renne
**Race/Sex:** B/F
**DOB:** 05/19/1988
**SSN:** ▮▮▮▮▮▮
**FL. Driver's License:** C300736886790
**Address:** 2251 Barden Street #B Fort Myers, FL 33916

Office of the State Attorney investigative case # 22-000001SI

Before me this day personally appeared Investigator Robert Nichols, who being by me first duly sworn, deposes and says that he has probable cause to believe and does believe that the laws of the State of Florida have been violated on, about, and between the dates of December 1, 2021 and January 21, 2022, to wit:

Submitting false voter registration information, a violation of Florida State Statute 104.011(2).

Unlawfully possession of the personal identification information of another person, a violation of Florida State Statute 817.568

### Synopsis:

Government elections in the United States are facing increasing security threats and concerns over election integrity. Free and fair elections are a central feature of our democracy. Legislators have established laws that must be followed and enforced to support this integrity. Part of this process begins with getting our citizens properly registered to vote.

Here in Florida, third-party voter registration organizations, referred to as a 3PVRO, are often used to attempt to get as many eligible voters to the polls as possible during an election. These organizations must be Registered with State of Florida Division of Elections and are generally described as an organization that collects voter registration applications and serves as a fiduciary to the applicant.

This investigation will show that six canvassers, specifically Roderica Cody, employed by Hard Knocks Strategies LLC, a 3PVRO submitted twenty-nine fraudulent voter applications to the Lee County Office of the Supervisor of Elections. For the purposes of this capias, Ms. Cody is only being charged related to the application concerning ▮▮▮▮▮▮.

### Background of Hard Knocks Strategies LLC:

Robert Nichols, an Investigator for the office of the State Attorney of the 20th Judicial Circuit of Florida, was contacted by Maybety Bonachea, the Director of Voter Registration for the Office of the Supervisor of Elections in Fort Myers, Lee County, Florida. Mrs. Bonachea advised her

office has identified several suspicious Voter Registration Applications that have been submitted by a third-party organization, that appear to have been completed and signed by the same group of people based on their handwriting

Beginning on November 10, 2021, the Lee County Elections Office has received over 1200 Voter Registration Applications from "Hard Knocks Strategies LLC", registration number 3P19-53. The person who came to Office of the Supervisor of Elections to submit the applications was identified as Dillion Douglas Stafford, a white male with a date of birth of October 18, 1992. Mr. Stafford has been identified as a former supervisor and worked for Hard Knocks Strategies LLC. Concerned about the possible fraudulent applications, Mrs. Bonachea began to scrutinize all the application submitted by Mr. Stafford, and believed she identified approximately twenty-nine that were fraudulent.

Investigator Nichols was also contacted by Marsha Carpenter from the Voter Registration for the Office of the Supervisor of Elections in Punta Gorda, Charlotte County, Florida. Mrs. Carpenter advised her office has identified twenty-nine suspicious Voter Registration Applications that have been mailed to their office by Hard Knocks Strategies LLC, that appear to have been completed and signed by the same person based on their handwriting. Mrs. Carpenter advised her office has contacted several of these applicants and they have confirmed they are unaware of and did not sign these applications, verifying the fraud. This report only focuses on the Lee County crimes, but it goes to show that the problem is occurring in other parts of the 20th Judicial Circuit and that Hard Knocks Strategies LLC in the common denominator.

According to the home page on the web-site for Hard Knocks Strategies LLC, the company is described as:

*"From history-making Gubernatorial upsets, record-breaking Senate races, and ground-breaking ballot initiatives, to the leading grassroots advocacy groups, nonprofits and coalitions fighting for Democratic values across the state and country, Hard Knocks Strategies is the go-to integrated strategy firm in Florida for reaching, persuading and mobilizing communities of color.*

*Headquartered in the center of Democratic stronghold Broward County, we are rooted in the communities we work with and are uniquely placed to identify, engage and motivate low-propensity voters. We specialize in campaigns in FL, GA and TX, and our team has decades of experience across the most successful field, digital, comms and political outreach operations in the country.*

*Hard Knocks Strategies is one of the few firms in Florida with direct ties to the community. We believe in recruiting and developing leaders directly from the grassroots communities we work with, leaving a legacy of long-lasting community empowerment".*

In addition, under the *Careers Section* of the website, the position of a *Canvasser* is described as:

*"This position is responsible for engaging in generating highly qualified leads by engaging in door-to-door canvassing. While doing so it is the responsibility of the canvasser to record accurate data regarding the information of prospective customers, and the targeted market area".*

**Twenty-nine Lee County suspicious applications:**

Investigator Nichols and Mrs. Bonachea reviewed each of the twenty-nine Lee County suspicious applications. There are twelve different sections that must be filled in, to include the status of one's citizenship, full name, date of birth, the last four digits of their social security

number, and a signature. Many of the applications were found to be incomplete and hard to read. Investigator Nichols agrees that many of the applications have the same handwriting, but not from the same person. Of the twenty-nine applications, it appears some of the handwriting can be identified as being prepared by the same subject, but there are different subjects that prepared portions of these applications. Based on the handwriting, it appears that there are possibly six subjects who have filled out these groups of suspicious Lee County applications.

Investigator Nichols researched the suspicious applications and attempted to identify each of the individual applicants. Many of the applications were illegible, hard to read and lacked important descriptors. For the ones that could be read, a computer background check determined that some of the last four digits of the social security numbers were often wrong, and some of the dates of births or even the spelling of the names was incorrect. Several of these applicants were determined to be homeless and were unable to be located. On January 3, 2022, having completed a mostly unsuccessful computer search, Investigator Nichols attempted to locate these applicants at their residences.

The following Lee County Voter Registration Applicants have been located and they confirmed they did not complete the applications in question and are a victim of fraud. The remaining suspicious applicants could not be located.



I located ▮▮▮▮▮ at her residence, she has never seen this application before and that is not her signature. This is a case of fraud. The investigation showed the canvasser was identified as **Eugene Florence.**



I located ▮▮▮▮▮ at his residence, he has never seen this application before and that is not his signature. This is a case of fraud. The investigation showed the canvasser was identified as **Eugene Florence.**



SSN. ▮▮▮▮

███████████████ *This is the address listed on his application. I confirmed he does not live at this address, its an apartment building and the Property Manager does not know him.*

███████████████ *This is the address listed on his DAVID and I confirmed he does live here. I located* ███████ *in Health Park Hospital, he advised he did not fill out this application and that is not his signature. He is the victim of fraud. The investigation showed the canvasser was identified as* **Antonio Thomas.**

███████ *no longer lives here, I gave the resident my number and asked to have Mr. Young to call me.* ███████ *called me, he lives at* ███████████████████

*The information on his application is correct, but he did not fill out an application and knows nothing about it. My attempts to get a formal interview with* ███████ *have been unsuccessful, he appears to be avoiding me. This is a case of fraud. The investigation shows the canvasser was identified as* **Tyrell Henderson.**

Suspicious misspelled signature

*I spoke with her on the phone, she is already a registered voter. She did not take part in the application dated 11/06/2021, someone fraudulently submitted the application with mostly incorrect or ½ information. On 01/06/2022 I met with* ███████, *she signed an affidavit she did not fill out this application. This is a case of fraud. The investigation shows the canvasser was identified as* **Roderica Cody.**

Suspicious signature. *I located* ▇▇▇▇▇ *at her house, this is not her signature, does not know anything about this application. This is a case of Fraud, but the identity of the canvasser is unknown.*

### Interview of Dillion Stafford:

On 01/10/2022, Investigator Nichols obtained a sworn statement from Dillion Stafford at the Office of the State Attorney. He explained that he was a field organizer/officer supervisor for Hard Knocks Strategies LLC in the Fort Myers Office. His job was to hire and supervise the canvassers who solicit and record data regarding the personal information of prospective voters, in a targeted market area, for the purpose of getting them registered to vote. These canvassers received $18.00 an hour for their efforts.

He advised that Hard Knocks Strategies LLC was hired by the Florida Rights and Restoration Coalition (FRRC). The organization's goals are to restore the voting rights of Floridians with past criminal convictions. Both organizations claim to be advocacy groups that fight for Democratic values.

Mr. Stafford was hired by Shaynna White, but the Fort Myers office was set up by Spencer Bowman. Mrs. White and Mr. Bowman conducted the training for Mr. Stafford to teach him how to run the office. Mr. Stafford called himself a "glorified paper collector", and advised he was instructed to hire just about anyone who walked into the office seeking a job. When his canvassers met with potential voters out in the street, if they were convicted felons but have yet to pay off their court fines, they were instructed to call the FRRC who would pay off their court costs on their behalf.

At the end of each day, the canvassers would bring their applications to Mr. Stafford at the Fort Myers Office, and he would electronically submit them to the Hard Knocks Strategies LLC's Quality Control Office to be reviewed. Everything he submitted was returned and he was told to deliver them to the Office of the Supervisor of Elections. When he questioned suspicious applications, pointing out that the handwriting was the same, he was told by Quality Control to let the Supervisor of Elections determine if it is valid or fraudulent.

Mr. Stafford advised that the Florida Rights and Restoration Collation set a goal with Hard Knocks Strategies LLC of obtaining 40,00 new registered voters in Florida. In Lee County, there were only 50-60 applications being submitted each day, far below the rest of the state. Mr. Stafford was told to have eleven canvassers out on the street each day, and to hire *anyone* that was seeking a job. He instructed each of his employees to not file any fraudulent forms as it will be a criminal violation and a felony of the 3rd degree. He further advised that the canvassers were not paid incentives or bonuses for the number of applications that were submitted. But Mr. Stafford did advise that Hard Knocks Strategies LLC instructed him to have his employees call him every hour to report the number of applications they had obtained. If that number was not satisfactory, Mr. Stafford was instructed to send them home or to terminate them.

Mr. Stafford was shown the twenty-nine suspected fraudulent applications and he was able to identify the canvasser who submitted most of the applications. Mr. Stafford supplied a flash drive that he copied from his personal computer that contained these records. Mr. Stafford identified the six canvassers who submitted the fraudulent applications as Myrick Shackleford,

Antonio Thomas, Tyrell Henderson, Eugene Florence, Alta' Shae Lawrence, and Roderica Cody.

While convicted felons who have served their sentences and paid their debts to society should be given a chance, it should be noted that it appears that Hard Knocks Strategies LLC conducts no or limited background checks on their canvassers who are asked to handle sensitive information. For example, Eugene Florence at the time of his collection of applications was a fifteen-time convicted felon. At the time of collection of the suspicious documents, Mr. Florence was out on bond on two cases in Lee County (the date of the event in the second arrest was before he had bonded on the first arrest, which is why his bond could not be legally revoked). In those cases, Mr. Florence ultimately plead as a Habitual Felony Offender and is currently serving a five-year prison sentence.

Ms. Cody as well, had been convicted of Battery two or more times along with petit theft.

On February 2, 2022, at approximately 10:20 am, Investigator Nichols and Investigator Robert Lawrence located Myrick Shackleford at his residence located at 2418 Midway Avenue in Fort Myers. Mr. Shackleford agreed to give a sworn statement and confirmed he was employed by Hard Knocks Strategies LLC for a short time in late 2021. After a short discussion, Mr. Shackleford acknowledged that during his two weeks of employment, he submitted approximately fourteen applications. He advised some of the applications he submitted were valid, having met with members of the public and properly obtained their information and signatures. But he advised on the rest, he was given the personal information belonging to members of the public by his cousin, Antonio Thomas. Mr. Shackleford used this information to fraudulently fill out the applications, and then he personally signed them using the victim's name. He further advised that in addition to Mr. Thomas, another friend was also present and did the same thing, his name was Tyrell Henderson. Mr. Shackleford advised he gave his paperwork to Mr. Stafford when he was done at the end of his workday.

It was apparent that Mr. Shackleford, along with his neighborhood friends, were not part of an organized criminal conspiracy to corrupt the election process. They were not instructed by their employer, Hard Knocks Strategies LLC, to fraudulently fill out these applications and submit them to their supervisor. These friends took it upon themselves, to decide that they were not going to go out onto the hot streets and properly obtain these applications. Instead, they were going to use the personal identity information of others supplied by Antonio Thomas to sit in their air-conditioned homes and fraudulent fill out and later submit the applications to their supervisor, Dillion Stafford.

Investigator Nichols has researched the Florida Statutes and guidelines for these Third-Party Voter Registration Organizations. An on-line training guide does state that these organizations must promptly deliver all completed, incomplete and voided voter registration application to the Office of the Supervisor of Elections within 14 days.

Investigator Nichols believes Hard Knocks Strategies LLC, the corporation, has submitted at least fifty-eight fraudulent voter registration applications to The Supervisor of Elections in Lee and Charlotte Counties. Investigator Nichols sent a subpoena to Hard Knocks Strategies LLC seeking to confirm the identities of the canvassers who fraudulently submitted the applications. With the assistance of Attorney David Geller, who represents the company, Investigator Nichols

received confirmation of the identities of the canvassers who filled out the fraudulent applications from Lee County. Attorney Geller also identified the canvasser from Charlotte County, who is suspected of filling out those fraudulent applications.

In regard to Lee County, probable cause has been established showing the following canvassers submitted fraudulent voter registration applications. This evidence is supported from the files obtained from Dillon Stafford, subpoena verification directly from Attorney Geller and Hard Knocks Strategies LLC, along with the admission from co-defendant Myrick Shackleford.

- Antonio Thomas willfully submitted at least four false voter registration applications, committing a felony of the third degree   These victims are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- Eugene Florence willfully submitted at least six false voter registration applications, committing a felony of the third degree   These victims are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- Roderica Cody willfully submitted at least three false voter registration applications, committing a felony of the third degree   These victims are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Investigator Nichols requests a Capias be issued charging Roderica Cody with submitting false voter registration information, a violation of Florida State Statute 104.011(2) and the unlawful possession of the personal identification information of another person, a violation of Florida State Statute 817.568.

I hereby swear and affirm that the above information did occur in Lee and Charlotte Counties, part of the Twentieth Judicial Circuit in Florida and is true and correct to the best of my knowledge and belief.

/s/ R. Nichols
Investigator Robert Nichols #1401
OFFICE OF THE STATE ATTORNEY
20th Judicial Circuit of Florida

Subscribed to and sworn before me on this the 26th day of January 2023, by Bettyann Cefole who is personally known to me

Florida Notary
OFFICE OF THE STATE ATTORNEY
20th Judicial Circuit

BETTYANN CEFOLE
Commission # GG 957675
Expires March 10, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

**RODERICA RENEE CODY**

