Page 1

TRANSCRIPT OF VIDEO-RECORDED

MEETING OF THE FLORIDA STATE SENATE

COMMITTEE ON FISCAL POLICY

APRIL 20, 2023

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Page 2

1          SEN. HUTSON:  Members, we're going to take up tab

2     36, Senate Bill 7050 on elections by Ethics and

3     Elections. There's a proposed committee substitute on

4     the bill. Senator Burgess moves to take up PCS Barcode

5     880856 without objections. Show that done. Senator

6     Burgess, you're recognized to explain the PCS.

7          SEN. BURGESS:  Thank you, Mr. Chair. Senators,

8     good afternoon. Had morning on my script here. Good

9     afternoon.

10          We have a PCS before us and I'm going to explain

11     a few things before getting that -- that have just

12     kind of been out there before getting into the

13     explanation of the PCF -- PCS. So before I get into a

14     more detailed explanation of what we're doing

15     differently in this PCS and how it differs from the

16     original SB7050 as it came out of ethics and

17     elections, I wanted to clarify what the underlying

18     bill and the proposed committee substitute do not do.

19          Based on some of the comments and reporting on

20     the elections package since its presentation in our

21     committee in ethics and elections, compelled to set

22     some of the records straight and first and foremost on

23     that, there's nothing in this bill or this PCS that

24     dismantles the current process used by the Department

25     of State when it comes to determining the eligibility

Page 3

1   of a returning citizen to register to vote.

2        There's absolutely nothing in here that changes

3   Section 98.075 of paragraph one, which states the

4   department shall protect the integrity of the

5   electoral process by ensuring the maintenance of

6   accurate and current voter registration records.

7        We are not amending that paragraph and we're also

8   not changing Section 98.075, which states the

9   department shall identify those registered voters who

10  have been convicted of a felony and those whose voting

11  rights have not been restored by comparing information

12  received from but not limited to and then it goes

13  through the various -- the various iterations in

14  statute.

15       We are not amending that subparagraph. And later

16  in my explanation of the proposed committee

17  substitute, I'll explain how we are adding another

18  opportunity for timely information to flow directly

19  from the Clerk of Courts to the respective supervisors

20  of elections and how those two can work together for

21  more efficiency.

22       With respect to third-party voter registration

23  organizations, nothing in this bill or the proposed

24  committee substitute is intended to do away with these

25  organizations and the most important civic activities

Page 4

1    that they engage in, rather because of the important

2    roll they play as a fiduciary, we are adding

3    additional guardrails, which I will go into more

4    detail in a couple moments.

5        We often hear people talk about not resting on

6    our laurels when it comes to election laws, but what

7    does that actually mean? It means to be so satisfied

8    with what one has already achieved that one makes no

9    further effort.

10       And good should never be the enemy of great as it

11   was said before. And now with saying those, those

12   opening remarks, I'd like to go into the details of

13   the proposed committee substitute. In this one we're

14   removing a few things and clarifying a couple things.

15       So first, we're removing the clarification of the

16   authority of the election crimes and security and the

17   duties of the statewide prosecutor.

18       We're requiring all new voter -- removing the

19   portion that requires all new voters who have never

20   been issued a specified Florida voter identification,

21   or I'm sorry, a Florida identification or a Social

22   Security number to vote in person for the first time.

23       We're removing the provision creating a new

24   penalty for the harassment of election workers, and

25   we're also removing the provision providing an

Page 5

1  additional option for discretionary early voting days.

2       The PCS revises the original bill's third-party

3  voter registration organization provisions to clarify

4  effective dates, eliminate an exception to the re-

5  registration requirement for political parties,

6  revised the maximum aggregate fine from $100,000 to

7  $250,000, adding a prohibition against voter

8  registration, application collection or handling by a

9  person convicted of certain felonies that were related

10 to election crimes or identity theft or by a non-

11 citizen.

12      The PCS revises the original bill's address list,

13 maintenance provisions, and working with the

14 supervisors of elections. We've really I think landed

15 in some -- some good spots there. So I want to give

16 them a shout out and say thank you for all that you've

17 done with our team to -- to get this right.

18      We're removing a current law requirement that

19 address confirmation request be sent to voters'

20 address of legal residence first, and some people get

21 their mail of PO boxes. This would create

22 efficiencies. we're requiring each annual list

23 maintenance program to begin by April 1st for

24 consistency and a consistent time in -- in adopting

25 what is already an annual list maintenance program.

Page 6

1        We're deleting a current law requirement voters

2   respond to an address confirmation request within 30

3   days, and to maintain the original bills provisions

4   regarding annual review with legal residential

5   addresses coordination between the department and

6   supervisor to complete required address list

7   maintenance activities.

8        We also do some further clarification throughout

9   the original bill and retain other provisions in the

10  original bill. And that is the bulk of the changes in

11  the PCS, Mr. Chair.

12       SEN. HUTSON:  Great. Thank you.

13       SEN. BURGESS:  Mr. Chair, if I may.

14       SEN. HUTSON:  Keep going.

15       SEN. BURGESS:  Thank you. I forgot one of the

16  most important parts and may help the function and

17  flow of this -- of this meeting. So this is obviously

18  a 93 page bill, hyper-technical topic, very industry

19  specific terms, and very mechanical. So I like to

20  think I can take on a challenge, but understanding

21  some of the things in here and -- and the 43 -- 4 to

22  49 different components certainly contest you.

23       To some extent, so I have some experts with me as

24  well that are flanking me. And so if senators would

25  feel comfortable citing a section or a page number

Page 7

1    when asking a question. If you're able, sorry, the mic

2    just went out.

3         It's probably a sign, I'm done. If you're able to

4    do so, that -- I think that would help facilitate the

5    conversation as we navigate through this bill.

6    Essentially, every other page of this bill is a new

7    section, and so because of that, it's just hard to --

8    to keep track of that flow without some context. Thank

9    you.

10        SEN. HUTSON:  Thank you. Are you sure there's

11   nothing else?

12        SEN. BURGESS:  I've been sitting back here doing

13   handwritten amendments while we're waiting to be

14   heard, sir. So --

15        SEN. HUTSON:  I'm -- I'm eager to see what you

16   came up with. Members, if you would like, we have an

17   amendment in front of us first, you want to do that,

18   and then we'll go back to questions on the bill. The

19   amendment without objection, let's take it up. That is

20   barcode 896348 by Senator Thompson. Senator Thompson,

21   you are recognized to explain the amendment.

22        SEN. THOMPSON:  Thank you, Mr. Chair. My

23   amendment would delete lines 463 through 470, which

24   relates to the fine for third-party voter registration

25   organizations. That is the amendment.

Page 8

1      SEN. HUTSON:  Do you mind repeating the

2  questions, Senator Thompson? Oh, this is the

3  amendment. I apologize.

4      SEN. HUTSON:  You explained your amendment --

5  having explained your amendment. Are there any

6  questions on the amendment? Seeing no questions on the

7  amendment, I have a couple appearance forms. Oh, I'm

8  sorry. The appearance forms on Senator Thompson's

9  amendment. This is Cecile Schon with the League of

10  Women Voters here to speak.

11     MS. SCHON:  Yes, sir.

12     SEN. HUTSON:  I'm sorry, Cecile. Cecile. Thank

13  you for coming. You are recognized.

14     MS. SCHON:  Thank you. I'm Cecile Schon. I'm

15  president of the League of Women Voters of Florida --

16  and we feel that we have taken on assisting the state

17  with one of the most important things that the state

18  can do, which is to facilitate and register citizens

19  to be able to vote.

20     And we are very concerned with the attitude that

21  Senate Bill 7050 and the strike call version of it of

22  elevating fines and fees when on a group that is

23  trying to help citizens perform one of the most basic

24  things that Americans hold dear, which is the ability

25  to vote and have their voice be heard.

1       So we are -- we speak in favor of Senator

2   Thompson's bill removing some of the fines, but there

3   are many, many others in the bill that should be

4   removed. And the idea of a quarter of a million dollar

5   maximum fine for the -- the league, which is 99

6   percent voluntary.

7       We have one or two employees, but people are just

8   giving their time. I myself started as I was active

9   duty captain on the base at Tyndall, and I just

10  wanted, you know, I committed, I was a -- assistant

11  staff judge advocate.

12      I said, I want to help people register to vote.

13  So I've started helping people register to vote in

14  Florida almost 40 years ago when I first stepped on

15  there with my brand new bars. And I feel that the

16  state has taken a really negative attitude towards

17  groups that are trying to help people with their

18  fundamental citizenship. So I speak in favor of the

19  amendment. Thank you.

20      SEN. HUTSON:  Thank you. That was all the

21  appearance cards I have. We're now on debate on the

22  amendment. Seeing no debate, Senator Burgess you're --

23  you're recognized opine on the amendment.

24      SEN. BURGESS:  Thank you, Mr. Chair. Thank you

25  for this amendment Senator Thompson in the discussion

Page 10

1    as drafted, it would remove any penalty and

2    consequence for a third-party voter registration

3    organization. and there are current fines on the

4    statute books we're upping those fines in certain

5    areas based on -- based on data and information that

6    we have and -- and some of the feedback and we're

7    uncovering with some bad actors.

8         And so for those reasons, I'd ask that we not

9    support the amendment, and I would consider it

10   unfriendly.

11        SEN. HUTSON:  All right. Thank you, Senator

12   Burges. Senator Thompson, you'll recognize to close on

13   your amendment.

14        SEN. THOMPSON:  Thank you, Mr. Chair. Senators,

15   participating in our democracy is so important. And I

16   think we ought to be encouraging people to register,

17   encouraging people to vote rather than making it

18   difficult for individuals to vote.

19        And when we have third-party organizations such

20   as the League of Women Voters, we have many social

21   groups, sororities, fraternities that have voter

22   registration drives.

23        I don't think that they should be stymied with

24   the imposition of fines for helping people to register

25   to vote. And I would ask you to support this

1   amendment. Thank you, Mr. Chair.

2       SEN. HUTSON:  Thank you. Having closed on your

3   amendment. All those in favor signified by saying,

4   yay.

5       MEMBERS:  Yay.

6       SEN. HUTSON:  All those opposed nay.

7       MEMBERS:  Nay.

8       SEN. HUTSON:  Show the amendment fails. Okay. We

9   are now -- we are now back on the -- okay, we're now

10  back on the PCS, barcode 880856. Are there any

11  questions on the PCS? You're recognized Senator Jones

12  for a series. I'll open it up, you can go back and

13  forth.

14      SEN. JONES:  Thank you so much, Mr. Chair. And

15  thank you Senator Burgess. Senator Burgess, I want to

16  look at section three, section 24, section 25 and 26,

17  talking about the first time voters. And just a more -

18  - this first question is just a clarifying question as

19  we -- about the first time voters, what about the

20  first time voters who are out of state, who probably

21  turned 18 and they're not in state?

22      SEN. BURGESS:  Thank you, Mr. Chair. Thank you,

23  Senator Jones. I believe we might be referring to a

24  section of the bill that we actually just removed in

25  this.

1        SEN. JONES:  You removed it?

2        SEN. BURGESS:  Yes.

3        SEN. HUTSON:  And you can go back and forth as --

4    as much as you want to. Go ahead.

5        SEN. JONES:  Okay. Thank you. All right.

6        Oh, thank you so much Senator Burgess. And I'm

7    just going based off of some questions that I -- that

8    I wrote down in the amendment and I apologize. Senator

9    Burgess, did we -- did you also take out the -- the

10   timeframe in which an application must be submitted

11   for the party -- the party voter registration

12   organization from 14 to 10 days, or is that still in

13   the bill?

14       SEN. BURGESS:  Thank-- thank you, Senator Jones.

15   That part is still in the bill. Yes. And actually that

16   is -- that is current law, or I'm sorry, current rule.

17       Let me, if you give me a second, I'm going to

18   pull the rule. so all applications must be delivered

19   to the division or a supervisor of elections or

20   postmark within 10 calendar days of the collection by

21   an organization or any -- any of its registered

22   agents. So it's actually current rule we came to find

23   out, and so we're just codifying that in statute.

24       SEN. JONES:  Okay. And so, and rule set by the

25   Secretary of State, right?

1      SEN. BURGESS:  Yes.

2      SEN. JONES:  Okay. Who's here. Good to see you,

3  Court. And also within -- I'm still -- I'm going on

4  section five still.

5      It says that additionally a person can be charged

6  with a third degree felony if said, person collected

7  application on behalf of the organization, copies the

8  personal information.

9      What about the -- and I wrote this down my --

10  asking about online voter registration portals that

11  may allow the user to voluntarily share their

12  information. What happens with that type of collecting

13  of information?

14      SEN. BURGESS:  Do you mind rephrasing the

15  question, Senator Jones?

16      SEN. JONES:  Yes, no problem. Because it is --

17  because it says that -- basically saying the third

18  degree felony, if -- if a person collecting an

19  application on behalf of the organization copies the

20  personal information --

21      SEN. BURGESS:  Mm-hmm.

22      SEN. JONES:  -- of the voter for any purpose

23  other than the compliance within the section. So my

24  question is what have -- what about those online voter

25  registration portals that are used to do voter

Page 14

1  registration and then someone voluntarily gives their

2  information?

3       SEN. BURGESS:  Thank you, Senator Jones. This --

4  this is speaking to a situation where you have a -- a

5  registered agent with a third-party voter registration

6  organization, and they're collecting three PVRO

7  application, or I'm sorry, voter registration

8  applications.

9       And instead of just returning them within the

10  required timeframe of 10 days, you know, they're

11  making copies or retaining specific information, which

12  there's no purpose for and there -- and obviously we

13  run into situations with identity theft and other

14  various instances. And so we're speaking to -- to that

15  as a new third degree felony.

16       SEN. JONES:  Makes sense. Okay. Got you. I'm

17  going to go down to section nine that speaks of the

18  supervisor election and removing the name of the

19  deceased voter from the voter registration system

20  within seven days.

21       Did -- have we taken into consideration the

22  amount of time that the death certificate for

23  individuals are produced?

24       SEN. BURGESS:  It's -- thank you, Senator Jones.

25  It's -- it's -- it's taking action after they receive

1    it is -- would be how that works.

2        SEN. JONES:  I -- Okay. After they receive it.

3    Okay. I want to look at section -- going back to

4    section 375 -- I'm sorry, section four, my apologies.

5    Line 375 and 401 that -- that speaks to us.

6        It says, must register each election cycle. The

7    registration expires at the beginning -- expires at

8    the end of the election cycle, which is on line 398,

9    beginning 01/01/2025. do you think that it -- this

10   probably will create a -- unnecessary burden for

11   organizations who already will submit forms with their

12   third-party voter registration number on them?

13       SEN. BURGESS:  Tha- -- thank you, Senator Jones.

14   So currently there's close to 2000 3PBROs in

15   existence, and some actually are dating back to 2009.

16       So this is an effort to obviously if there's

17   inactive organizations to uncover those and to -- to

18   ensure that we have accurate information related to

19   these organizations that are actively registering

20   voters.

21       So it makes sense to periodically reap register

22   to ensure they're actively working within the -- the

23   world of voter registration.

24       SEN. JONES:  Okay. And stay in section four, I'm

25   going to go to line 493. Well, that creates a third

Page 16

1   degree felony for copying or retain -- well, we

2   already just talked about that. So let me -- let just

3   ask the question.

4        Do -- do -- how will this prevent organizations

5   from following up with who they registered with? I

6   think I should have asked that when I was talking

7   about the portal. I should have been clear in how I

8   asked, so I apologize.

9        SEN. BURGESS:  Thank -- thank you so much,

10  Senator Jones. I appreciate that. actually that kind

11  of speaks to another new provision within the third-

12  party voter registration world that I -- I think is

13  important and is an opportunity to highlight that and

14  that's where the receipt comes into play. So number

15  one, when you take somebody's voter registration

16  application, you know, that's -- you're -- you're

17  becoming a fiduciary.

18       You're asking to carry somebody's -- somebody's

19  right to be -- you know, to -- to vote. And-- and

20  they're -- they're wanting to seek out their civic

21  duty and we're affording the -- the Department of

22  State, the ability to create rules, adopt rules that

23  are related to how the printed receipt and the uniform

24  nature of that will go into effect.

25       And obviously, I would expect that potentially,

Page 17

1   and I would allow the secretary to speak on this if he

2   feels inclined. I'm sure he submitted a -- a card, but

3   I would anticipate that there would be an opportunity

4   for a copy of that receipt for a 3PVRO to be able to

5   have that as proof of registration.

6         SEN. JONES:  Okay. I'm going to go to section 24

7   line 1782 to 1784 which it reduces the time to request

8   a vote by a mail ballot by two days. As it says, a

9   deadline to request a vote by a mail ballot is

10  currently 5:00 PM on the 10th -- on the 10 days before

11  an election.

12        And so the bill changes it to 5:00 p.m. on the

13  12th day before the election, the supervisor of

14  election wouldn't be able to mail the vote by mail

15  ballot out later than 10 days before the election.

16        Do you not believe or think that this reduces the

17  window for voters to request a vote by mail ballot and

18  for the SOEs to mail them there to red- -- thereby

19  reducing access to them?

20        SEN. BURGESS:  Thank you, Senator Jones. I think

21  it's a fair question and a good question. Why are we

22  making these changes? I -- I think number one, it --

23  it's going to afford a voter an opportunity to have

24  more time to pro- -- to obviously submit -- fill out,

25  submit and process their VBM.

1      But I think the principle behind this is ensuring

2  that sufficient time to return and that supervisors

3  are able to sufficiently focus on their early voting

4  and election day seasons. I -- I think we have -- we -

5  - we have phases in -- in seasons in our elections,

6  and this is signifying a clear shift and kind of less

7  blurring of those seasons.

8      So we are shifting to the left two days, but I

9  mean, we have a significant, you could request your

10  VBM today, obviously, and so we have a significant

11  amount of time that you're able to afford to do that.

12      And -- and the shift from the 11th to 12th day

13  before is more of a function of the fact that that

14  would fall on a Sunday as a -- which obviously would -

15  - would complicate things with the mail and -- and not

16  -- not really any other reason other than what I've

17  just described.

18      SEN. JONES:  Thank you so much, Senator Burgess.

19  I'm going to jump -- jump over to section 26 on line

20  1894 where it says that the supervisor of election

21  must reject all ballots if a vote by mail envelope

22  contains more than one ballot.

23      I know some -- some seniors who the husband and

24  the wife sometimes mail their ballot in all at the

25  same time. I guess my first question would be, does

1    that mean that some voters may -- like if they place,

2    many of them probably put it in the ballot, I mean the

3    same envelope to save money, how do we convey that to

4    some of our seniors when it comes to them mailing in

5    both ballots in the same envelope?

6         SEN. BURGESS:  Thank you, Senator Jones. This is

7    a really important area to highlight in why we're

8    doing this. So obviously the policy call we're making

9    is that if two or more VBM ballots are returned and

10   one mailing envelope for the same election, then both

11   ballots won't be counted, why?

12        The reason is there's no cure. And there are

13   actually, and this -- the secretary pointed this out

14   in my discussions with him, I think he mentioned it in

15   committee too.

16        There are actually nearly 67 different ways of --

17   of kind of determining which vote counts, which one

18   doesn't, and -- and how you handle this. obviously we

19   -- we impress and, and hold very -- in a very

20   important level, the need to have a signature match

21   that you are the voter is who they are.

22        And -- and there's actually, based on how they

23   can -- they open the envelope and then they separate

24   the ballots required by law.

25        There's no way to determine who's was who's. And

Page 20

1    so which signature goes to what. And there's also even

2    more unsettling is there's no way to determine if

3    maybe somebody did vote twice, which obviously is an

4    issue in and of itself.

5         So with supervisors of elections and the

6    Department of State, there was an -- there was an ask

7    for clarification in a uniform approach from the state

8    is how do we handle sacred ballot?

9         And unfortunately, there isn't an easy answer to

10   this one. The cleanest and -- and answer -- the only

11   answer that can avoid a potential fraudulent situation

12   is -- is to reject both ballots.

13        SEN. JONES:  Oh, thank you, Senator Burgess. So

14   let me -- would you -- and I'm -- and the secretary is

15   here and I -- I -- I want -- well, let me ask the

16   question first. If -- so there -- if there's enough

17   time, will -- will -- will the SOE let them know that

18   their vote -- their ballot wasn't counted?

19        SEN. BURGESS:  Thank you, Senator Jones. The

20   ultimate issue is once they're separating -- separated

21   from the mailing envelope, you ju- -- you don't know

22   whose ballot there it is.

23        And I -- the secretary can clarify this or if

24   there's a supervisor out there, but my understanding

25   is that they have to separate them upon receipt. And

Page 21

1  so that's kind of the ultimate issue and why they're

2  actually is not a -- an easy cure solution here.

3      I would defer to the experts in the field as to

4  maybe some of their experiences when they've received

5  something like this, but unfortunately, the -- the --

6  the safest play and probably the most integral part of

7  protecting a -- a ballot and ensuring there's no fraud

8  and or as per se signature mismatch is -- is to reject

9  both ballots if they were returned that way.

10     SEN. JONES:  Thank you so much, Senator Burgess.

11 Senator Burgess is -- is -- is it my understanding

12 that there's a number that come behind each ballot, so

13 therefore you should we be able to -- be able to

14 identify whose ballot it is or -- or no?

15     SEN. BURGESS:  Based on feedback from the

16 supervisors once they remove the ballot and -- and

17 aren't able to match the signature? There's just no

18 way to determine that, but I'd be happy to obviously

19 defer to any testimony from -- from somebody in the

20 field there and to the secretary.

21     SEN. JONES:  And thank you so much, Senator

22 Burgess. And before I get to my next one, I can -- I

23 just make a suggestion I know the secretary is here,

24 and to -- to -- to you also, if possibly in the

25 language that we could if -- if -- if in a certain

Page 22

1  amount of time, do you think we can add some language

2  possibly to where SO- -- it gives SOEs sometimes to

3  notify the voter -- voters to let them know that their

4  ballot was rejected and they need to a -- come to the

5  -- to the voting location, or, well, you won't be able

6  to request a new ballot, but they going to have to

7  basically vote in person.

8      SEN. BURGESS:  I think that -- thank you, Senator

9  Jones. and I think that's a very fair suggestion. I'll

10  be honest, I've had those discussions and -- and kind

11  of sought to flesh that out as well, and I know -- I

12  know other folks have, and -- and so I think that's a

13  good question for when the secretary comes up and

14  maybe he can clarify if -- if there's any

15  possibilities there

16      But based on what we've kind of been digging in

17  on this and -- and talking about that, it -- it didn't

18  seem like we could uncover a way to do that because --

19  because of the uncertainty of whose ballot was whose

20  and -- and one maybe even at all since there's only

21  one name on -- on the return envelope.

22      So there -- there's some difficulty here. It's

23  just one of those tough situations where we're trying

24  to make the -- the best call we can with -- with a

25  situation where somebody submitted two ballots and

1   they can't be verified. But certainly a very fair

2   suggestion and happy to defer to the secretary.

3          SEN. JONES:  Oh, thank you so much. My final --

4   my final question is probably the most concerning one.

5   It's about the nicknames on the ballot.

6          Nobody call me Chevron anymore, so I put Chevron

7   on there. So what does that -- what does that -- sir,

8   I know that it says that the -- I know you have to

9   fill out an affidavit if you desire to use your

10  nickname on -- on -- on your -- on your ballot.

11         And -- but all jokes aside how does that look and

12  what do we mean when we speak of fi- -- filling out

13  the affidavit, if you using your nickname?

14         SEN. BURGESS:  Thank you, Senator Jones. So we're

15  creating a statutory framework for that. I guess

16  there's really no -- no guidelines or parameters that

17  are clear.

18         It's a case by case basis across the state. So

19  we've been asked to set a uniform standard and -- and

20  this just improves that consistency regarding the use

21  of candidate nicknames. But I -- I would say Chev is -

22  - is strong, good fitting, and and -- and probably AOK

23  under the standard.

24         SEN. JONES:  All right. Thank you.

25         SEN. HUTSON:  Thanks, Senator Jones. Other

Page 24

1    questions? Senator Thompson, you're recognized.

2        SEN. THOMPSON:   Thank you, Mr. Chair. Senator

3    Burgess on line 381. It indicates that anyone

4    handling, collecting, or handling registration

5    applications hasn't been convicted of a felony

6    violation. How would a third-party registration

7    organization verify that?

8        SEN. HUTSON:   And as before, feel free to go back

9    and forth.

10       SEN. BURGESS:   Thank you, Senator Thompson. I

11   appreciate the question. A third-party voter

12   registration organization is supposed to reg- -- the -

13   - register agents.

14       I believe that the technical name is actually

15   register agents. Registered agents of the third-party

16   voter registration that's current law. And so they

17   would have to affirm that -- that individual is not a

18   convicted felon related to identity fraud or elections

19   crime code related felonies.

20       SEN. THOMPSON:   Thank you, Senator Burgess. What

21   I'm trying to get at is verification. The third-party

22   voter registration organization has to verify that any

23   person handling applications hasn't been convicted of

24   a felony. How would the third-party voter registration

25   organization confirm that?

Page 25

1      SEN. BURGESS:  Thank you, Senator Thompson. That

2  would be at the discretion and choice of the

3  organization.

4      SEN. THOMPSON:  Thank you. Would you define

5  handling for me? It's not defined anywhere in the

6  bill. What -- what does that word mean? Handling.

7      SEN. BURGESS:  Thank you, Senator Thompson. I

8  appreciate that. So if I understand the question

9  correctly, I apologize if I don't, but I believe we

10 might be talking about kind of the difference between

11 soliciting or collecting a application.

12     So with the -- the two provisions in this bill

13 that relate to -- relate to an individual convicted of

14 a felony in certain offenses that have a nexus to the

15 collection of information or an elections violation,

16 or needing to be a citizen of the United States, both

17 of -- both of those do not prohibit those individuals

18 from soliciting applications.

19     In other words, standing outside Publix and

20 handing them out. What this speaks to is the

21 collection of applications and the submission of those

22 handling. The -- the app- -- it isn't just a blank

23 form, it's -- it's a form that's been filled out.

24     It's -- it's -- it's got an immense amount of

25 personal information on the application. They've

Page 26

1  become a fiduciary and are now basically in charge of

2  that person's ability to be registered to vote in

3  elections in this state and our country.

4       And so that -- that's the distinction between how

5  they would be able to participate and what they would

6  be able to do.

7       SEN. THOMPSON:  Thank you, Senator Burgess. And I

8  -- I'm still not clear. The -- the -- the language

9  says collecting and handling. And what I'm trying to

10  understand is what constitutes handling.

11       SEN. BURGESS:  Essentially inter- -- thank you,

12  Senator Thompson. Essentially interchangeable sorts of

13  terms.

14       And so, you know, the -- it -- it would -- I

15  would say that then, based on that line of

16  questioning, that it would be the difference between

17  solicitation and collecting and handling. Those --

18  those would be similar functions and -- and

19  essentially talking about the same thing.

20       SEN. THOMPSON:  Thank you. And with regard to the

21  conviction of -- of a felony violation would this

22  exclude individuals who've had their rights restored,

23  would they now not be able to collect or handle voter

24  registration applications?

25       SEN. BURGESS:  Thank you, Senator Thompson. I'm

1   going to need to double check on that. If you would

2   give me an opportunity to get back to you on that

3   question I will be happy to do so.

4        SEN. THOMPSON:   Thank you. While -- while you're

5   researching that, I'd like to continue to focus on

6   that area, particularly as it relates to making sure

7   that these individuals are U.S. citizens. How would

8   the third-party voter registration organization

9   confirm that a person is a U.S. citizen?

10       SEN. BURGESS:   Thank you, Senator Thompson. The

11  same way that they might confirm related to a felony

12  conviction, and that it would be up to their

13  discretion and -- and they would obviously need to be

14  able to affirm that.

15       SEN. THOMPSON:   Thank you, Senator Burgess. The -

16  - the penalty $50,000 per person per violation, why

17  did you set the penalty at $50,000?

18       SEN. BURGESS:   Thank you, Senator Thompson.

19  That's a -- a policy call. We're just in line with how

20  we're increasing other penalties and providing

21  penalties and -- and ramifications for violations of

22  certain other areas. That was the decision that we

23  made when we put this provision in the bill.

24       SEN. THOMPSON:   Thank you. Would -- would you

25  consider that to be excessive?

1          SEN. BURGESS:   Thank you, Senator Thompson. I

2     don't consider it to be excessive, I believe that it's

3     -- I believe that it's consistent in with amounts and

4     -- and other areas of -- of the fines and fees we're

5     increasing the aggregate from $100,000 from the

6     original bill to $250,000 in the area, just -- just

7     shy or just north of -- of that line on line 475. And

8     so I -- I believe that we're sticking in line with --

9     with the -- the -- the ballpark that we're at within

10    fines -- and fines in the third-party voter

11    registration space.

12         SEN. THOMPSON:   Thank you. Another question

13    before he gets back to me with the other question.

14         SEN. HUTSON:   Feel free.

15         SEN. THOMPSON:   Thank you. The -- the third-party

16    voter registration organization must provide a receipt

17    when they receive an application. This is on line 419.

18    However, they're not -- they're unable to keep any

19    record of the voter's information. How -- how are they

20    going to be able to do that?

21         SEN. BURGESS:   Thank you, Senator Thompson. So I

22    -- I believe the Department of State will, in their

23    rulemaking create a uniform receipt and anticipate

24    they will put in all the information related to the

25    boundaries and guidelines of a receipt and what

Page 29

1    information they might be able to retain on a receipt
2    themselves as evidence proof.
3         SEN. THOMPSON:  Thank you. So I'm -- I'm -- to
4    make sure that I'm understanding, you have to issue a
5    receipt, however, you cannot keep a copy of any of the
6    voters or the applicant's records have.
7         And -- and that is the sticking point for me in
8    terms of how the third-party voter registration
9    organization could confirm that they have provided a
10   receipt.
11        SEN. BURGESS:  Thank you --
12        SEN. THOMPSON:  How would they do that?
13        SEN. BURGESS:  Thank you, Senator Thompson. So
14   we're speaking to personal identifying information
15   that are being copied or retained from an application
16   that somebody has filled out as the new third degree
17   felony.
18        And obviously, the receipt would be an
19   opportunity to evidence that they in fact, did
20   register a certain individual and are -- you know,
21   we're cracking down on a -- on a crime with, you know,
22   where there's an intent to retain information and
23   that's sort of separate and distinct that I believe
24   from keeping a receipt, what is on the receipt is
25   going to be determined through the rulemaking process,

1    but there will be a clear delineation.

2        And then there is, I believe, between the purpose

3    of receipt and also obviously the retention of a

4    information that is akin to an identity theft crime.

5        SEN. THOMPSON:  Thank you. Were you able to get

6    the answer for me from the earlier question?

7        SEN. BURGESS:  I -- I -- I don't have that answer

8    at this time. I've been diligently answering the

9    subsequent questions. I apologize, but I will -- as

10   soon as I do, I will certainly get that.

11       SEN. THOMPSON:  Thank you very much. Thank you,

12   Mr. Chair.

13       SEN. HUTSON:  Any other questions? Senator Osgood

14   in a series. The floor is open for you and Burgess to

15   go back and forth.

16       SEN. OSGOOD:  Thank you, Mr. Chair. Senator

17   Burgess, just a couple of questions. I saw somewhere,

18   and I'm sorry I don't have mine all broke up.

19       Well, let me -- let me attempt to do what you

20   asked me to do. So in a few sections, like in section

21   118 to 125, there are numerous places where it talks

22   about reporting like the doc department of Health

23   reporting, supervisor of elections reporting.

24       And I understand the need for those reports, but

25   as I think about implementation, what kind of fiscal

1  impact is that going to have on those organizations

2  now having to do that weekly reporting?

3      SEN. BURGESS:  Thank you. Senator Thompson -- I'm

4  so sorry. Senator Osgood. We're shifting.

5      Thank you, Senator Osgood. So I believe we're

6  talking about the weekly reports that the clerks would

7  be providing the supervisors of elections. Is that

8  right?

9      SEN. THOMPSON:  Yeah. There -- on one page it

10  talks about weekly reports from the Department of

11  Health, Weekly reports from the clerk of court to the

12  supervisor of election for persons who are not

13  eligible to vote. There were several places that

14  talked about reporting weekly reporting.

15      SEN. BURGESS:  Thank you, Senator Osgood,

16  appreciate that clarification. We haven't heard any

17  concern related to the frequency increase on that and

18  what would be required.

19      These are -- these are -- this is already

20  information that's being disseminated and required to

21  be obtained, and we're just putting some per- -- time

22  parameters around that to ensure that we have accuracy

23  on a consistent basis.

24      But we haven't heard any -- any feedback that

25  would -- that would lead us to believe that this is

1  non -- not implementable or -- or able to meet that

2  frequency.

3        SEN. THOMPSON:  Okay. I apo- -- I apologize,

4  Senator Burgess. I wasn't questioning the frequency,

5  I'm just thinking about reporting and I know that it

6  takes individuals. So let me ask it this way. Do we

7  anticipate any increases in FTE or with these

8  organizations?

9        SEN. BURGESS:  Thank you, Senator Osgood. We

10  haven't heard any requests for that at this time.

11        SEN. THOMPSON:  Okay. And there was another place

12  where it talked about the supervisor conducting annual

13  reviews of voter registration records to identify a

14  voter that may be registered at an address that is not

15  his or her legal residence.

16        How is -- how do we anticipate that being done?

17  How is the supervisor going to conduct those reviews?

18        SEN. BURGESS:  Thank you very much, Senator

19  Osgood. So right now there's no specific duty on an --

20  an -- an affirmative annual duty to do such. They're

21  required to be done. so you may have voters that are

22  registered at non-residential addresses, and that's

23  kind of the purpose of this provision.

24        And so we're putting a frequency on that to

25  ensure that it's done annually, which is consistent

1  with some other areas of list maintenance.

2       SEN. HUTSON:  Senator Osgood and members, we do

3  have these secretary here.

4       SEN. OSGOOD:  Okay.

5       SEN. HUTSON:  If you'd like, I could bring the

6  secretary up, we can ask questions to the secretary

7  and then come back to the bill. if that may be more

8  helpful.

9       SEN. THOMPSON:  I actually would like that. I'm

10  just -- I see a lot of good things. I'm just thinking

11  about the implementation.

12       SEN. HUTSON:  And -- and I think when we get to

13  that point of the implementation, the secretary is

14  probably the best to talk about how to do that.

15       So let -- if you don't mind, Secretary Byrd, why

16  don't you come up and -- and to us we may have some

17  questions for you on implementation and then we'll,

18  we'll go back to questions on the bill, if that's all

19  right with you guys.

20       SEN. THOMPSON:  Thank you.

21       SEN. HUTSON:  You -- you're still recognized.

22       MR. BYRD:  On the bill. Good afternoon, chairman.

23  Thank you. Members of the committee I appreciate the -

24  - the time.

25       And Senator Burgess doing a fantastic job on a

Page 34

1    very technical area and subject. And just wanted to

2    let the members know that you -- after being appointed

3    by the governor I -- I traveled to all 67 counties, I

4    visited with the supervisors in their offices.

5         So this bill is a collaborative work of not only

6    the legislature, the department of state, but also the

7    67 supervisors of elections. So this -- this bill is

8    the -- the wisdom -- the collective wisdom of the

9    elections administrators and the lawmakers of this

10   state.

11        So that's -- I think that's important at the

12   outset to -- to make that known. Also, we do take

13   pride that we had very good elections, clean elections

14   in 2020 and 2022. But as Senator Burgess stated, the

15   reason we have that is because we're continually

16   looking to improve. We don't rest on our laurels.

17        We're always looking to -- to looking ahead,

18   seeing the trends, because trends in voting change,

19   voter patterns change. And that's why this bill is --

20   is focused on some of those processes. And I'm more

21   than happy to answer any questions that members may

22   have.

23        SEN. HUTSON:  Thank you. Let's, you want to start

24   with Senator Osgood because she was -- she was in a

25   series. So go with -- you can go first and it is going

1   to -- we're going to open the floor up so you can go

2   back and forth. You don't have to go through the chair

3   to try and expedite.

4        MR. BYRD:   Thank you Chair.

5        SEN. OSGOOD:   Thank you Mr. Chair. Mr. Secretary,

6   do you anticipate, or do you have any idea of the

7   fiscal impact that this is going to cause on the

8   supervisor -- for the supervisor of elections offices?

9        MR. BYRD:   Thank you, Senator. So is -- are you,

10  are you referring back to the -- the -- the data

11  transfer or? Because I know that was part of -- part

12  of where we were, was on the -- on the data transfer.

13       SEN. OSGOOD:   So since you are the secretary, I'm

14  asking, and in general, I -- you know, Senator Burgess

15  is not going to be, you know, hit, but since you are

16  the administrator, just overall, we're trying to

17  improve our election system and there's various

18  components throughout the bill from the reporting.

19       So just the different ways that we're trying to

20  do things. And oftentimes I feel like in the

21  supervisors of elections office, that they're grossly

22  understaffed and sometimes in no pun intent to anybody

23  lean -- a lean a little too much on volunteers when we

24  should have people, paid people that we can hold

25  accountable.

1      So I'm trying to get an answer so that if there

2   is something that's needed, that we have that unto

3   part of the conversation.

4      MR. BYRD:  Thank you. I mean the -- the

5   supervisors and -- and -- and they're here today with

6   their representatives. They're funded by at -- at the

7   county level for -- for providing the -- the work that

8   they do.

9      Certainly we work in collaboration with them. and

10  this is a team effort between the 67 supervisors and

11  the state. And so this is not shifting the burden to

12  them, it's having them cooperate with us in sharing

13  information.

14     So for example, the section of the bill that

15  deals with the clerks of court within that county

16  sharing fresh data with the supervisor in that county,

17  the state will continue to do our work, but the more

18  they can help us with that -- I mean, the goal here, I

19  think for everybody is to make sure that every person

20  who is legally allowed to vote can vote. And so we

21  don't run into the situations where we're -- we're --

22  we're missing someone.

23     SEN. OSGOOD:  Okay. So respectfully we don't have

24  that answer. I -- I'm aware of how the supervisor of

25  election is a fund -- is -- are funded and a lot of

Page 37

1    times, you know, we impose stuff and the county does

2    not come along with the adequate funding.

3        So I'll move to another question that's something

4    for me to talk to my colleagues more about. I asked

5    Senator Burgess another question about this part that

6    talks about this annual review of the supervisor.

7        The bill mandates the supervisors conduct an --

8    an annual reviews of voter registration records to

9    identify a voter that may be registered at an address

10   that is not his or her legal residence. And my

11   question is, how is that going to be done?

12   MR. BYRD:  So Senator, I mean currently the --

13   the supervisors are doing that. So what we want to

14   make clear in the law, because sometimes someone may

15   be, for example registered at a -- at a place of

16   business that on its face doesn't appear to be a

17   residential address, but there actually is a -- a

18   where the person lives sometimes under the for the

19   United States Postal Service, they will have a zip

20   code where their zip code coding shows that that is an

21   undeliverable address, but the supervisors have

22   verified that someone actually lives on a property

23   that is a deliverable address. So we -- there are a

24   lot of anomalies that people identify and, and where

25   people actually live.

1      And we want -- we're trying to ensure that when

2   we're mailing a ballot to a voter that it is a valid

3   residential address and that the person who is

4   requesting that vote by mail ballot actually lives at

5   that address because we do have examples of -- of

6   multiple ballots being mailed to an address and the

7   homeowner calling the supervisor of elections and

8   saying, I'm getting vote by mail ballots at this

9   address and I don't know any of these people.

10      So we -- we want -- list maintenance is critical

11   for the integrity of our elections. And that's one of

12   the critical components of this bill, is to make sure

13   that not only the state, but the supervisors are

14   conducting that list maintenance on a regular

15   schedule.

16      SEN. OSGOOD:  And how are they doing -- how are

17   they doing those lists now? How are they determining -

18   - how are they looking and identifying a voter that

19   may be registered at an address that is not his or her

20   legal residence? How do they do that now?

21      MR. BYRD:  So there's multiple different ways

22   they can do it. Many of them use their their county

23   911 data because the -- the county collects that

24   information when an emergency call comes in.

25      So that -- that's -- that's very reliable data.

1  You can use national change of address information,

2  United States Postal Service information. So there --

3  there's multiple different ways, but -- but most of

4  them I think, are using the 911 data.

5      SEN. OSGOOD:  Okay. And then another question

6  that I have is, there was a part in the bill that

7  talked about the analysis for the state that the

8  Annualist maintenance program is to start on April.

9      And maybe I missed it. I was reading in the wee

10  hours of this morning, but I didn't see like April.

11  When is it? April?

12      MR. BYRD:  It's April 1st.

13      SEN. OSGOOD:  April -- this April 1st.

14      MR. BYRD:  It is April 1st. And the reason we

15  wanted to do that is because in -- in a -- in -- in a

16  presidential election year we wanted to make sure that

17  we're not -- they're not having to do that work during

18  the -- the -- the PPP.

19      And then we -- there's -- there's certain --

20  because there's certain restrictions under federal law

21  of when list maintenance activities can -- can occur.

22  So we picked the month of April on an annual basis

23  because that seemed to be the safest month. So that's

24  the basis for picking April.

25      SEN. OSGOOD:  I have two final questions, Mr.

Page 40

1    Chair. So there's a part that speaks about petitions

2    and fees for signatures. So right now when a candidate

3    is running, they pay a fee when they submit petitions.

4        If I'm understanding this correctly, is there not

5    going to be another fee for the purpose of verifying

6    signatures?

7        MR. BYRD:  Can you -- direct me to a page in line

8    of the bill? I'm sorry, I'm not -- that one is not

9    jumping -- jumping out at me.

10       SEN. OSGOOD:  And I apologize I didn't do my

11   notes that way, but I will look for it and find that.

12   I was reading early this morning, but it's the part

13   that talks about petitions and fees, and it talks

14   about paying fees for signatures and petitions. You

15   can go to someone else, Mr. Chair. I'll find it and

16   come back.

17       SEN. HUTSON:  Thank you.

18       SEN. BURGESS:  It then I don't -- I have to bill

19   in for me either, but it may be that the candidates,

20   when they try and do the petitions to qualify.

21       SEN. OSGOOD:  Yeah.

22       SEN. BURGESS:  Is that what you're talking about?

23       SEN. OSGOOD:  Yeah, that's exactly what I'm

24   talking about. When you quall as a candidate, when you

25   do petitions to qualify, you pay for each petition.

Page 41

1   And now it talks about a fee of verifying signatures.

2   So what I'm trying to ask is, are there two fees now?

3   One for the petition and one for verifying the

4   signature.

5        SEN. BURGESS:  I think we'll get that answer.

6        MR. BYRD:  We'll get that answer to you.

7        SEN. OSGOOD:  You. Thank you.

8        MR. BYRD:  Mm-hmm.

9        SEN. OSGOOD:  Thank you.

10       SEN. HUTSON:  All right. Senator -- yep. Thank

11   you. Senator Jones, you have one or a couple. Go

12   ahead. Open it up for a series. You can go back and

13   forth.

14       SEN. JONES:  Thank you so much. Good to see you

15   again, Corey.

16       MR. BYRD:  Good to see you. Have a take.

17       SEN. JONES:  I apologize. I bet.

18       MR. BYRD:  We're friends, you can call me Corey.

19       SEN. JONES:  Okay. I appreciate that. I just

20   wanted to -- I know what -- we were talking about on

21   section -- God.

22       Oh, the -- on section -- section 26 when we were

23   talking about the supervisor of elections as far as

24   curing the -- curing the ballots, if there are two --

25   if there are two ballots inside of their -- inside the

Page 42

1   envelope, is there a way that within -- that we can

2   put in this language to where if it's sent in a

3   certain amount of time, that the supervisor of

4   election should notify those families to -- to let

5   them know that they need to come in person to vote? Is

6   that something that we could entertain?

7       MR. BYRD:  It -- it's a very valid question. And

8   I will tell you the good news is, is that this is very

9   -- a very small number of ballots. But when I did my

10  tour around the state, and I -- it is one of the

11  questions that I asked the supervisors, what do you do

12  in this situation?

13      And there were vastly different ways of handling

14  that situation. And what I think is important is that

15  we have consistency and that ballots in one county are

16  being treated the same as a ballot in another county.

17      You know, and I -- and I will tell you that

18  sometimes the election code, just like the laws in

19  certain areas have harsh results. For example, if you

20  show up to vote in person under current law, if you

21  spoil three ballots, it's three strikes, you're out.

22      You don't get to vote. So we want to make clear,

23  because of the reasons that Senator Burgess stated

24  that it's -- if there's two ballots and one signature,

25  you don't know which person -- which person did that.

Page 43

1        And I understand, and we fought very carefully,

2   and we had lots of conversations with the supervisors

3   if there was another way to handle that. And it didn't

4   work, because then there's, there's, then there's

5   exceptions upon exceptions and deadlines and when does

6   it happen.

7        And -- and so at the end of the day, we decided

8   that the best thing to do, because we have two

9   ballots, one signature, we can't verify that.

10       And it's the only signature matching is the -- is

11  really the only way we currently have of -- of

12  verifying a vote by mail that that that's to happen.

13  So we as Department of state, the supervisors, we're

14  going to have to message the people that -- you know,

15  that -- listen, it's -- it's -- it's one -- one ballot

16  per envelope.

17       So, and -- and it happens even in the counties

18  that pay for postage. There's still people who will

19  put two in one, but once those ballots are separated,

20  and some of the supervisors, and they have different

21  processes of when the vote by mails come in, but once

22  those ballots are separated from the envelope, there

23  is no way to go back and verify that.

24       And some of them don't have the capability of

25  knowing right away that there are two envelopes in

Page 44

1  there, they're going ahead and separating them out. So

2  it's this was the, even though it may result in some,

3  some harsh -- hey, we may have a harsh result. It was

4  the -- the best way that we found.

5      SEN. JONES:  And -- and in the court, do you -- I

6  mean secretary, do you think it is possible -- well,

7  and I -- I'm -- I'm sure you all did, is -- on top of

8  the envelope, does it say that one ballot per

9  envelope? Will it say that? Or can we -- can we put

10  that on the envelope possibly?

11      MR. BYRD:  I -- I don't know if some of the

12  supervisors are currently doing that, but I'm certain

13  that that's something that we can discuss with them in

14  -- in ballot design --

15      SEN. JONES:  Yeah.

16      MR. BYRD:  -- and make that clear. I think that's

17  a great idea.

18      SEN. JONES:  I appreciate that. Everything there

19  be good. Okay. Thank you so much.

20      SEN. HUTSON:  Senator Berman. And if it's a

21  series, I'll open it up. You can go back and forth.

22      SEN. BERMAN:  Hey, Mr. Chair. Hi.

23      MR. BYRD:  Hi. Good afternoon.

24      SEN. BERMAN:  So on line 557, it talks about this

25  statement that we're now going to put on the card

Page 45

1   saying that it doesn't give you eligibility to vote.

2   So how is the department going to determine

3   eligibility if the card itself, when the people apply

4   for the card, we're not doing eligibility?

5       MR. BYRD:  Thank you for the question. I think

6   it's really important because I think this -- this

7   whole topic of the voter information card, which is

8   what it's always been called under statute, is an

9   information card.

10      It has never been considered a legal document or

11  legal identification for a voter. It is for

12  informational purposes.

13      So when someone by law, when someone registers to

14  vote, they go onto the voter rolls before their

15  eligibility is determined.

16      So that person goes on the rolls, the supervisor

17  sends them out the voter information card, which has

18  their -- their name, the address of their polling

19  place, their precinct, their congressional district.

20      So after last year, and when the operation of

21  election crimes went into effect, and we heard people

22  saying, well, I got this card, I didn't know, how am I

23  supposed to know? We thought, well, we'll solve that

24  problem.

25      We'll tell the person that it's still -- this is

Page 46

1    not a legal verification that you are allowed to vote.

2    That is still your obligation to do that. We, at the

3    Department of State will help people make that

4    determination.

5         The supervisors can help them make that

6    determination. So we were trying to take a -- what was

7    said to be a confusing sit situation and bring, bring

8    clarity to it. But the card itself, we're not changing

9    anything regarding the legal validity of that

10   information card.

11        SEN. BERMAN:  Thank -- thank you. And I

12   understand that, and that -- but how are -- how is the

13   person who's required -- who's doing -- applying? And

14   how are you going to give them notice that they are or

15   not are -- can or cannot vote? How -- how -- if I

16   don't know, I -- I may have been a felon, I -- I don't

17   know if my -- all my fees were paid, how do I find

18   out?

19        MR. BYRD:  So they can come, they can do it a

20   couple different ways. They can go to the -- the clerk

21   of court and they -- and the county in which they were

22   convicted. They can come to the Department of State,

23   and we will -- you know, somebody mentioned yesterday

24   that you know, they don't, people don't have the

25   ability to pay high price lawyers.

Page 47

1        We have lawyers at the Department of State that

2   will provide that information for free. We will do it.

3   If we are asked, we will give them that.

4        And I'm -- I will repeat this for the umpteenth

5   time, that if anybody has any doubt as to their

6   eligibility, we at the Department of State, our

7   lawyers will do the research for them and give them an

8   advisory opinion on their ability to be eligible to

9   vote.

10       SEN. BERMAN:  Are you getting those requests now?

11  Are people asking you to do that?

12       MR. BYRD:  Very few.

13       SEN. BERMAN:  Really.

14       MR. BYRD:  Very, very few. And that's why, you

15  know, you as the -- as the elected officials can --

16  can get -- help get that message out to the voters in

17  your community, that if they have doubt, we do not

18  want to create felons.

19       That is not what we are in the business to do. We

20  want people who are eligible to vote to vote. And if

21  people are uncertain to, to give them that -- that

22  clarity and information.

23       SEN. BERMAN:  Thank you. Moving on to a different

24  issue and it sort of relates to what Senator Osgood,

25  are you going to now be verifying the signatures on

1    petitions the same way you verify that on the -- on

2    the petitions when we run for office and submit

3    petitions or -- or a constitutional amendment?

4        I guess is same thing. The same way that you

5    verify the signatures for voters as they come in for

6    the vote by mail ballots.

7        MR. BYRD:  So the supervisors will be doing that

8    the same -- the same way their signature matching.

9        SEN. BERMAN:  So that is part -- that will be a

10   new part of the requirement. In the past have petition

11   signatures been verified in that same manner?

12       MR. BYRD:  Yes.

13       SEN. BERMAN:  Oh, okay. I didn't know that. Okay.

14   And then moving on to section lines 2675, having to do

15   with political committees, there is now a requirement

16   that the -- that we're going to attach some liability

17   to the treasurer and the person and the chair of the

18   political committee or any other person with control.

19       Shouldn't we not maybe look into a knowing and

20   willful violation because some of those people might

21   not have even been aware of the issue?

22       SEN. BURGESS:  Mr. Secretary, if you'd like me to

23   --

24       MR. BYRD:  Yes, I would. because that wasn't one

25   of the state's recommendations, I think that came from

Page 49

1   the legislature. Senator, I will defer to you on that

2   one.

3        SEN. BURGESS:  I'll be your wing man any day.

4        MR. BYRD:  Thank you.

5        SEN. BURGESS:  This is great. Thank you for being

6   here. Senator Berman, I appreciate the question. This

7   is actually -- so this -- this is -- this piece I'll

8   freely admit is a work in pro- - progress.

9        So the intent is -- my understanding is when a --

10  and when a fine is levied against a PC, currently

11  there are PCs that are just shutting down and they're

12  just opening up another one and thereby kind of

13  circularly continuously circumventing the fine that's

14  levied against them for a valid reason.

15       So the purpose here is to essentially try to find

16  a way to treat how we -- how we do with campaign

17  finance accounts, and that the fine will personally

18  attach to somebody that way it's paid and -- and gets

19  paid. Find a way to do that in the world of PCs

20  because we do have some bad actors out there. And of

21  course, they ruin it for everybody, right.

22       But there needs to be a mechanism in place to be

23  able to ensure that we can collect that fine, and that

24  they can't just avoid a penalty for wrongdoing and

25  continue to act going forward. So that's the intent.

1      We did put in a 30-day language piece in the PCS

2    that makes it so that it doesn't personally attach to

3    the officers until after the 30 days.

4      But we are continuing -- based on some feedback,

5    we are continuing to look at that provision too, to

6    see if there's -- see if there are components to it

7    that might have unintended consequences.

8      SEN. BERMAN:  Okay. That's all I have. Thank you.

9      SEN. HUTSON:  Senator Jones, are you -- which way

10   -- which -- who are you directing it to? Secretary?

11     SEN. JONES:  Well, based off -- I guess they are

12   working on this together so I'm going to just ask the

13   question and somebody can answer.

14     SEN. HUTSON:  Sure.

15     SEN. JONES:  I just want you to -- Mr. Secretary

16   on the civil penalties, I just went on the -- the

17   website and on the third-party voter registration

18   summary, it's -- it's dated May -- it's dated May,

19   2022.

20     So, and I know I asked about the civil penalties

21   under the section of the civil penalties of the third-

22   party organization. It still on the site, it still

23   says 14 days, not -- not 10 days to submit the

24   application.

25     So I just probably want to get clarification or

Page 51

1    has -- or have that not been updated yet on the

2    website.

3          MR. BYRD:  It may not have been updated. I'll --

4    I'll -- I'll double check that one.

5          SEN. JONES:  Okay. All right. Okay. Thank you.

6          SEN. HUTSON:  Senator Torres and secretary you

7    can open up for a series.

8          SEN. TORRES:  Thank you. Thank you, Mr. Chair.

9    Mr. Secretary, are we currently using ERIC?

10         MR. BYRD:  We are not, Senator.

11         SEN. TORRES:  Why?

12         MR. BYRD:  That's a very lengthy conversation and

13   discussion. We made the decision back in a few months

14   ago to withdraw from ERIC as a member state. We were

15   members of the of the -- of the board, the governing

16   board of ERIC, which at that time was 30 member

17   states. We -- by the bylaws, we were able to make

18   changes, the member states were able to make changes.

19         And unfortunately we had a working group that was

20   unsuccessful in making those changes because it does

21   take a super majority of the member states. And after

22   that we made the decision to withdraw from ERIC along

23   with West Virginia, Missouri, Ohio Iowa, Alabama,

24   other states that decided to withdraw.

25         I mean, our first obligation is to be protect the

Page 52

1   -- the -- the data of the people of Florida. There's

2   currently a lawsuit against ERIC, where I think it

3   will be revealed at the end of that lawsuit that they

4   were sharing information outside of the membership

5   agreement, which is a violation.

6        We have member states one in particular who is

7   being sued right now in federal court for having

8   26,000 dead people on the rolls. So unfortunately,

9   there's just other states that don't value voter

10  integrity the way we do in -- that we -- we do in

11  Florida. And the decision was made to withdraw, but we

12  are able to continue to do the list maintenance work.

13  and so we haven't missed a beat.

14       SEN. BURGESS:  And -- and Mr. Chair, we -- and

15  Senator Torres, we do retain a public records

16  exemption in this. There's nothing related to ERIC in

17  the bill. However, we do -- we do retain an OGSR in --

18  in discussions with -- with the stakeholders related

19  to voter information in our local agreement for voter

20  sharing. but it's not specific to ERIC.

21       SEN. JONES:  Okay. Thank you. Thank you, sir.

22       SEN. HUTSON:  Any other questions for the

23  secretaries, [inaudible] Stewart?

24       MS. STEWART:  Thank you, Mr. Chair. Just one.

25  Does the supervisor of elections have full access to

Page 53

1    the state's databases?

2         MR. BYRD:  So the -- they want increased access

3    for such -- such as the DAVID database and I --

4    there's a different version, so I'm getting a nod that

5    this bill will give them additional access to the --

6    the full DAVID information so that they can assist the

7    state in doing some of that work.

8         SEN. HUTSON:  Great. Senator Berman, you had a

9    series? Go ahead.

10        SEN. BERMAN:  No, just -- thank you Mr. Chair.

11   Just one quick question. You talked about the

12   department helping people figure out if they can vote.

13   Can you get me the phone number and information where,

14   so we can spread it out and let people know?

15        MR. BYRD:  Absolutely. I'll have my legislative

16   affairs director send that to all the members of the

17   committee.

18        SEN. BERMAN:  Great. Thank you.

19        SEN. HUTSON:  Any other questions for this --

20   Senator Thompson for a series?

21        SEN. THOMPSON:  Thank you, Mr. Chair. Mr.

22   Secretary, I asked earlier about the $50,000 fine for

23   third-party voter registration organizations. Why was

24   the fine set at that level?

25        MR. BYRD:  Thank you. And it's a good question.

Page 54

1   And -- and I don't know if the members may have not

2   seen, but yesterday we put out a press release

3   regarding a third-party voter registration

4   organization that we find $34,400 in one instance, and

5   in $12,200, in another instance.

6        That third-party voter registration organization

7   disenfranchised 116 voters, meaning they collected 116

8   voter registration applications before election day

9   and turned them in after book closed, which means

10  those 116 Floridians didn't get to vote.

11       And I was surprised because when I -- when I read

12  in -- in the press, there's been a lot of concern for

13  the third-party voter registrations, but not a lot of

14  concern for those 116 voters. That -- so in -- in that

15  criminal investigation that was conducted by the 20th

16  judicial circuit.

17       So this was not by my office. And we applaud any

18  help we get from other law enforcement agencies around

19  the state.

20       They had at least 58 fraudulent voter

21  registration applications using the personal

22  identifications, identification of others without

23  their consent. And one of their employees was a 15-

24  time convicted felon. And another -- and -- and -- and

25  another had three prior convictions for crimes

Page 55

1    involving dishonesty.

2         And what we found when we looked at -- when --

3    when I came in and I looked at our third-party voter

4    registration, what we were doing to investigate them,

5    that the fines were so low that some of them viewed it

6    as a cost of doing business.

7         That once -- once they've submitted fraudulent

8    applications or submitted registrations late, they're

9    more than willing to pay the fine because they've

10   already had the influence over the election.

11        So all we want to do, and there are many good

12   actors, and let me be clear, there are many good

13   third-party voter registration organizations who are

14   not violating the law, but there are some who are

15   frequent violators, and we want to hold them

16   accountable because when they mess up, it

17   disenfranchises a voter.

18        And if we're going to take that seriously, that

19   it's one person, one vote, we want to make sure that

20   there's not a single Floridian who's disenfranchised

21   because a third-party voter registration organization,

22   either by neglect or intent, didn't do the fiduciary

23   job that they told that that registrant that they were

24   going to do.

25        So we thought by increasing the penalties, we

1  would emphasize to everyone involved in that process.

2  And I encourage people to, to help register people to

3  vote, that we take it seriously at the state that we

4  expect you to do that to -- to -- to uphold your

5  obligation under the -- under the law.

6        SEN. THOMPSON:  Thank you, Mr. Secretary. On

7  lines 524 of the bill, it indicates that no portion of

8  the application can be filled in prior to the voter

9  actually filling it in. What -- what impact will this

10  have on individuals who have disabilities?

11        SEN. BURGESS:  Mr. Secretary have a --

12        MR. BYRD:  Oh, yeah, go ahead.

13        SEN. BURGESS:  Totaly. Senator Thompson, if -- if

14  -- I believe this might have been a -- a

15  recommendation from the supervisors potentially and so

16  -- so I don't mean to jump in. But the idea here is --

17  and this is a great question.

18        So this relates to sending a pre-filled out voter

19  registration application to somebody. So there's a

20  difference between obviously sending and assisting and

21  the form must be blank.

22        And because that voter has to swear that

23  everything on there is correct, and if you're just

24  data dumping and then sending a pre-filled out form

25  you -- there's -- you can't swear to the -- to the

1    accuracy of that which is required on the form.

2        People needing assistance with forms certainly

3    can be helped and can ask because they're still the

4    ones inputting that information ultimately. But we're

5    speaking to an information where that -- inform- --

6    situation where that information is gathered prior to

7    being with that person in person.

8        SEN. THOMPSON:  Thank you very much, that's very

9    helpful. With regard to reducing the time for the vote

10   by mail ballot to two days, why -- why was that put in

11   place?

12       MR. BYRD:  So we're reducing the time by two day

13   or by two days. And so once again, I mean, I think the

14   senator in his opening did a -- did an excellent job

15   of explaining that we're trying to go to more of a

16   voting seasons where there's a delineated vote by mail

17   season, then we get into the early voting season. And

18   then obviously election day would be the third part of

19   that.

20       And that was -- that was born out by some of the

21   conversations with supervisors of making a -- a clear

22   delineation and also a clear delineation for the

23   voters. Like, this is the window for vote by mail, and

24   if you're going to request a ballot and return it,

25   that it needs to be returned by a certain time. So

Page 58

1    that was the reason.

2         SEN. THOMPSON:  And -- and Mr. Secretary, all of

3    the supervisors of elections agreed to that to reduce

4    it by two days?

5         MR. BYRD:  Oh, I don't know if they all, all 67

6    ag- -- agreed with that. I mean, I -- I'll let the --

7    the -- the Florida Supervisors of Elections

8    organization that's here, speak to that. But I -- I --

9    it -- I haven't heard any objection from them o- --

10   over that issue.

11        SEN. THOMPSON:  Thank you. Thank you, Mr. Chair.

12        SEN. HUTSON:  Thank you. Senator Osgood. You got

13   one more?

14        SEN. OSGOOD:  I'm just going to clarify. I had

15   asked you an earlier question. It was on page 48,

16   lines 1386, and it talks about the supervisor being

17   paid in -- in advance to sum of 10 percent for each

18   signature checked or actual cost of checking such

19   signatures.

20        And then it goes on to talk about placing a

21   petition on the ballot. So when I was reading about

22   2:00 a.m. this morning, I ran them together. So I got

23   my answer I just wanted to file.

24        MR. BYRD:  No, very good. I'm glad. Thank you.

25        SEN. HUTSON:  Any other questions? Any questions?

Page 59

1    Senator Davis, you're recognized for a couple

2    questions.

3         SEN. DAVIS:  Thank you. I just have a couple.

4    Hey, secretary. In the bill starting from I guess page

5    34 or so, I've kind of got lost myself, maybe 36.

6         You talk about -- it talks about a number of

7    agencies. I'm looking at Senator Burgess too,

8    Department of Corrections, Department of Highway and

9    Safety and Motor Vehicle, U.S. State's Attorney's

10   Office, Department of Law Enforcement, and the Florida

11   Commission on Offender Review.

12        All underlining indicating these are new agencies

13   that will be reporting, I guess, on a weekly basis to

14   the supervisors of elections. Is that correct?

15        MR. BYRD:  Let me see here.

16        SEN. DAVIS:  Starting on page like 35, going into

17   36 and 37.

18        MR. BYRD:  Senator --

19        SEN. BURGESS:  Got it. Oh, sorry.

20        MR. BYRD:  No, you had.

21        SEN. BURGESS:  This is -- no, this is awesome

22   because I -- I know I got the expert in the wings, but

23   I feel bad putting all this on you.

24        So I'm going to jump in if I can. These are

25   current agencies that are -- that information sharing

Page 60

1   is happening between, it appears new in -- as the way

2   it's drafted in the bill because it's been reorganized

3   and -- and -- and the way it's been put in there.

4        But my understanding is that this is already

5   being done and that these are already agencies that

6   are accessed.

7        SEN. DAVIS:  Follow up.

8        SEN. HUTSON:  Yep. You're recognized.

9        SEN. DAVIS:  Thank you. So the supervisors are

10  already receiving information from these various

11  agencies, correct?

12       MR. BYRD:  Yes.

13       SEN. DAVIS:  That would be a yes or a no.

14       MR. BYRD:  Yes, yes.

15       SEN. DAVIS:  Okay. That's fine. So the -- the --

16  the follow up to that is going back to -- and someone

17  else, one of my colleagues brought it up about the

18  voter information card. The supervisors are receiving

19  information from these five agencies already.

20       And so my -- I heard your secretary say that the

21  card was never really a verification of eligibility.

22  And I -- I hate to pull out a statue that I kind of

23  disagree with in 97, and I'm -- I'm asking anyone to

24  correct me, what, 97.03 -- 073.

25       And the line basically says a voter registration,

Page 61

1    a voter information card sent to an applicant

2    constitutes notice of approval of registration.

3         So that line goes back to, with those agencies

4    reporting and the technology that we have available to

5    us, would it not be more efficient to have a -- a

6    system, a database of eligibility created set up by

7    way of the Department of State or somewhere for folks

8    to find out on their own their eligibility if we're

9    trying to go down a road that now the eligibility onus

10   is on the person and not the supervisor of elections?

11        MR. BYRD:  So let me back up because I need to

12   correct my one prior answer. So when I -- when you

13   asked me when those -- those agencies, those are

14   reporting to the department and not the SOEs.

15        So I just want to make that clear, it is the

16   department that we're getting that information. And

17   then we filter that down or send that down to the

18   SOEs.

19        So in my almost one year as -- as secretary, I --

20   I would love to see a statewide database. It is beyond

21   my technical ability to explain how that works,

22   because you have many different entities including the

23   Department of Corrections, FDLE, the clerks of court,

24   the Department of State, the supervisors of elections,

25   where all of that would need to be housed, and all of

Page 62

1    that data transferred.

2         I -- I will not even begin to express my

3    frustration sometimes with the -- the -- just the --

4    the differing ways in which data is -- is contained in

5    different agencies code and identify different things.

6         And I have entire teams of people that have to

7    spend all day discerning that because before we remove

8    a voter from the rolls we want to make sure, I mean,

9    we -- we try to get it a hundred percent right.

10        We don't want to remove anybody from the rolls

11   unless we're absolutely certain. So I can envision a

12   day that the state of Florida takes the lead and has a

13   one centralized way that we can do this, but until

14   that day comes, we have to continue to do it the way

15   we're doing it and just try to continue to -- to

16   improve that process. But I -- I wouldn't even guess

17   what the, the fiscal on, on that type of system would

18   be.

19        SEN. DAVIS:  And la- -- and last question for

20   you, secretary and I -- I -- I'll turn it back over

21   because I am visiting. But there's some -- some

22   language in here and I'm not sure if you want to take

23   it.

24        But Section 10, lines 940 through 942, talking

25   about a sec- -- a secondary review of VBM ballots. And

Page 63

1   I know we have supervisors of elections in the room

2   and I want to make sure we all get a chance to hear

3   them.

4        So Senator Burgess or Senator -- or Secretary

5   Byrd, could you kind of talk us through what the

6   intent of those lines are in section 10 from 9 -- 940

7   through 942. Limiting the use of signatures was, I

8   think in SB90 or SB524. I can't remember which we were

9   able to go back a few years to use signatures or

10  review signatures. But you all can correct me or -- or

11  give me the answer for that.

12       MR. BYRD:  Well, do you want to take that one

13  Senator?

14       SEN. BURGESS:  Mr. Secretary, thank you. Senator

15  Davis, thank you. I -- I believe this provision is

16  just speaking to the ability of some to be able to use

17  older signatures from previous registration updates in

18  certain circumstances to be able to verify Mr.

19  Secretary. I don't know.

20       MR. BYRD:  No, that's how I read it as well. I

21  mean, it's as for requiring secondary, tertiary

22  review, older signatures from previous registration

23  updates may be used. So I -- I -- as I read that you

24  would be able to use older signatures or -- or look at

25  the, I think many of the secret- -- our supervisors

Page 64

1    are doing that now. our canvasing boards, they're

2    looking at the full list of -- of signatures on -- on

3    file to -- to see if they can find a match.

4         SEN. DAVIS:  And -- and last question, I promise.

5    So with this section right here, and ju- -- I'm just

6    thinking it's been a while for me, if someone is --

7    and I hate to use the word, removed in list

8    maintenance, I -- and the supervisors are probably

9    able to -- to answer that this a little bit.

10        When a person is removed, is all of that

11   information removed with them and, you know, when they

12   register the -- for the -- is all that information

13   removed? But I think that's kind of housed in the

14   system? Okay.

15        MR. BYRD:  I will -- yeah, I'll defer to the

16   supervisors on -- on how they do it individually on

17   that to make them up.

18        SEN. DAVIS:  Okay. Thank you. That's all I have

19   for right now.

20        SEN. HUTSON:  All right, secretary, thank you for

21   being here today.

22        MR. BYRD:  Thank you chairman and members of the

23   committee. I appreciate it.

24        SEN. HUTSON:  All right. I think we've exhausted

25   a lot of questions, but do we still have maybe a one

Page 65

1    or two more for Senator Burgess? Senator Stewart?

2        MS. STEWART:  Thank you Chair. Yeah --

3        SEN. HUTSON:  For -- for a series.

4        MS. STEWART:  -- to get around to him too. So the

5    secretary did mention when I asked my question about

6    whether the supervisor of elections had access to the

7    state database and he said DAVID, well then DAVID, I

8    understand Senator Burgess you can maybe give me a --

9    a larger explanation is the driver's license, that's

10   the only one they have access to right now, the

11   supervisor of election because like even the secretary

12   said, it would be really great if we could find a way

13   to combine all these into one place.

14       But what is the option for the supervisors when

15   they have to go independently to the clemency and FDLE

16   and the corrections and felon? Do they -- like they

17   only get DAVID, but then they have to go look at all

18   these other databases on their own. I'm not sure what

19   -- how they do that.

20       SEN. BURGESS:  Thank you. Thank you Senator

21   Stewart. I appreciate the question.

22       So no, all the information that the Department of

23   State says is the secretary, I believe mentioned does

24   flow down to the supervisors of elections as they

25   receive it. We're creating additional pathways for

Page 66

1  supervisors to be able to also receive information.

2      Obviously one of those being the clerks of court

3  with weekly reporting as well as the access to the

4  DAVID system, which I -- I believe was a supervisor

5  request.

6      MS. STEWART:  Okay. Though I understand about the

7  DAVID part and then I understand you're expanding the

8  options for -- certainly that was a good one with the

9  clerk of the courts and things like that. But do you

10 think that would pick up what FDLE has or the clemency

11 board or you know, the staff --

12     SEN. BURGESS:  Thank you Senator --

13     MS. STEWART:  I know the felon status; they would

14 get it through the --

15     SEN. BURGESS:  Thank you, Senator Stewart. That

16 would go -- FDLE information would go to the

17 Department of State. And then all that information

18 does flow down to the supervisors currently and would

19 continue to do so.

20     MS. STEWART:  Okay. That's -- I've just tried to

21 see where we are. Thank you.

22     SEN. HUTSON:  All right. Any other questions for

23 Senator Burgess? Okay, we are now in public comment. I

24 know some people put they wanted to speak on the

25 amendment, which is what we're on right now, but also

Page 67

1   some people want to speak on the bill.

2        We're -- it's all the same thing. So I'm just

3   going to bring you up for those that want to speak. I

4   have Amy Keith wanting to speak against.

5        And then what we'll do while you're coming up,

6   I'll give a second person and a third person, if you

7   could stand in the back that way we could get you here

8   quicker. So Amy is first and then Mickey Saxon and

9   then Candace Rojas. So Amy, you're -- you're

10  recognized.

11       MS. KEITH:  Thank you chair and committee

12  members. My name is Amy Keith with Common Cause

13  Florida. We oppose this bill. It's not hard to notice

14  that with this bill, the legislators making things a

15  bit easier for themselves by reducing campaign

16  reporting requirements from monthly to quarterly, but

17  making things harder for voters and for community

18  organizations.

19       This bill makes it harder for community-based

20  voter registration organizations to do their work by

21  imposing harsher fines and deadlines. And I'll note

22  that SB90 passed in 2021 changed the law to the

23  current 14 days to return applications.

24       And that is current law, even if rule hasn't been

25  updated to match the law yet. By cracking down on

Page 68

1    third-party voter registration organizations, that in

2    turn makes it harder for any Floridian without a

3    driver's license or a state ID to register to vote

4    because they can't use online voter registration and

5    they rely on that community outreach.

6          And we're not seeing an added investment in that

7    community outreach while we're cracking down on the

8    organizations, the community organizations who do it.

9    This bill makes it harder for organizations to recruit

10   volunteers and harder for immigrants, including legal

11   residents to support their communities by banning all

12   non-citizens from even touching voter registration

13   forms.

14         This bill also makes it harder for any Floridian

15   who works long or unpredictable hours by MA by

16   requiring them to fill out cumbersome and confusing

17   paperwork, which might not even be accepted.

18         If, for example, they have a sudden shift change

19   and they need to ask somebody to go down during early

20   voting and pick up a vote by mail ballot for them.

21         And by changing the voting reels for the third

22   year in a row without an investment in community

23   education with a voter education voter outreach, this

24   bill is fundamentally making it harder for all

25   Floridians who are trying to vote and participate in

Page 69

1    our system.

2        If we want a democracy that works for everyone,

3    we should be making it harder for money to influence

4    politics and easier for eligible voters to register

5    and cast their ballot, but this bill gets it

6    backwards. I ask you to vote no.

7        SEN. HUTSON:  Thank you. Mickey, is it Isaacson?

8    Yes. Okay, thank you. And then following will be

9    Candace Rojas and pastor Marcus McCoy Jr. You're

10   recognized.

11       MS. ISAACSON:  Thank you -- Mike -- good

12   afternoon, Florida Senators. My name is Mickey

13   Isaacson and I'm a citizen of Palm Beach County. I'm

14   here to say no to SB7050. If I did my job correctly, I

15   sent you this sworn statement to my state reps'

16   governor, secretary of State, FDLE officials, election

17   crime Department.

18       I have never been involved in politics before

19   2022. Then God whispered to me to do something.

20   Fortunately, I found myself meeting other like-minded

21   people who were participating in election integrity

22   and ultimately found my way to the SOE Tabulation

23   Center in Riviera, West Palm Beach during the midterm

24   in general 22 -- 22 elections and the municipal 23. I

25   have notebooks with data and photos of what I saw and

1 experienced, and I was shocked me to the core.

2   Not only is the public not welcome, but if they

3 try to get involved in any part, they will be met with

4 an offensive disregard and disrespect from the very

5 official they meet every official they meet along the

6 way.

7   Sadly, I met sheriffs that were sent to protect

8 SOE Wendy Link from the public when they should have

9 been protecting the public from Wendy Link. During the

10 elections, I saw LNA tests that are able to pro- --

11 pre-program the machines to give out a report of a

12 pre-programmed race.

13   Public viewing of ballots with hidden precinct

14 numbers and ballot counts from view. Signatures being

15 accepted that didn't match and ones being rejected

16 that matched. Ballots jamming the machines in the

17 tabulation area, ballots jamming the machine -- clear

18 ballots machines being used that have software in them

19 to change the votes without having to change a

20 physical ballot.

21   Oversized sorting machines that were not set to

22 sort by a precinct, no chain of custody when the

23 ballots were picked up and dropped off from the

24 supposed post office. Dropbox stations unsecured to

25 accept ballots before voting day.

1        Four hundred ExpressVote machines were used

2    during two weeks of early vote with unofficial ballot

3    paper with barcodes. U.S.Bs from ExpressVote machines,

4    VS200 machines and even check-in machines handled in

5    the tabulation area by ES&S officials.

6        Ballot curing that did not signature match race

7    runoffs that were questionable. An ability to do a

8    hand count audit in record time ballots rejected by a

9    machine so that they could be viewed by a contracted

10   worker to then be duplicated and changed without a

11   supervisor of the canvasing board member supervision

12   of the canvasing board member. You were covered that

13   exposed voter names in how they voted.

14       Public record requests that was either denied or

15   an invoice was provided for prohibited amounts

16   election night where candidates lost by 860 votes

17   after 10:00 p.m. when they were winning, the last

18   three prints came in. 1300 ballots dead in the cure.

19       Throughout the general election and the election

20   night, there were GOP representatives in over seven

21   DeSantis attorneys showing up to make sure DeSantis

22   and Rubio won the election. Officialsm you work for we

23   the people.

24       We expect you to take this seriously and do

25   something to protect our country, our freedoms, the

Page 72

1   security of the people. You are not entitled to sit up

2   there and ignore what the people are telling you,

3   communicating to you.

4       It is your job to look into everything that has

5   been shared, be on the right side of history because

6   God is watching. We expect and will accept nothing

7   less than same day voting, legal valid IDs, paper

8   ballots, no machines, hand count at the precincts.

9       Our officials selected or elected, make our

10  election safe and restore our republic. Make God

11  empower you to do what is necessary and proper for the

12  people you represent. And bless you in our country as

13  a result.

14      Vote no on SB7050. And I would like to leave this

15  for whoever didn't get my email. You can have the

16  actual document here. It's nice work.

17      SEN. HUTSON:  If you leave it over there, the

18  sergeant's office will get. If you leave it right

19  there by that seat, the sergeant's office will get it

20  and bring it up to us.

21      MS. ISAACSON:  Where would you like it?

22      SEN. HUTSON:  Right there. It's fine. Thank you.

23  Next I have Candace Rojas, and then pastor I believe

24  it's Marcus McCoy.

25      MS. ROJAS:  Thank you. Greetings, Florida Senate.

1  My name is Candace Rojas, I'm chairman of the Palm

2  Beach Patriots, which is a grassroots roots group of

3  volunteers which supports the U.S. Constitution. Our

4  core values include faith, family freedom, free

5  speech, and fair elections.

6      I'm speaking here today as an unpaid messenger to

7  say that many citizens who are active in the election

8  integrity process have la- -- lost all confidence in

9  our current election process since the stolen 2020

10 election.

11     We believe, including myself, that all

12 politicians now are selected and not elected for a

13 variety of reasons. And in response to the movie "2000

14 Mules," which exposed ballot harvesting, our Governor

15 DeSantis enforced SB60 and I believe SB90. But we have

16 not heard of any updates or any progress.

17     And I understand his deputy that was in charge of

18 the election integrity process died. That's very sad,

19 but we have no updates. During the 2022 and 2023

20 elections, many of our grassroots team members were

21 volunteers and spent months at our Palm Beach SOE

22 Tabulation Center.

23     And my own personal observations, it's evident to

24 me that the novice runback duplicator machines

25 purchased with Zucker bucks are very questionable to

Page 74

1  say the least, and can very easily be used for

2  cheating by switching the votes with an U.S.B and the

3  Wi-Fi access. So I'm here to urge all of you to fix

4  the election process.

5      I want to make a special thank you to our

6  representative Rick Roth, who I understand made

7  amendments to the SB7050.

8      He removed language that originally it was made a

9  third degree felon for the citizens who show up to

10  public viewing that are supposedly harassing the SOE,

11  that we would get a third degree felony and not

12  actually being addressing those who are cheating and

13  scamming the elections. I think that is very sad.

14      So I'm here to ask and strongly recommend that

15  you include this specific language that would

16  drastically minimize the cheating, which every citizen

17  knows is happening.

18      Same day voting, hopefully one day it's a federal

19  holiday. Legal valid ID required to vote, no

20  electronic voting machines, paper ballots, hand count

21  ballots at the precinct level. Public transparency

22  through a 24-hour camera, live streaming placed at the

23  supervisor of election department.

24      And yes, vote by mail for military and the

25  disabled, but even they need a copy of an ID that is

Page 75

1  required in order for them to mail in those mail-in

2  ballots.

3      I thank you each for being brave leaders and

4  amending the bill to include the language that I just

5  stated. Otherwise, I say no to SB7050 and I will

6  conclude with a famous quote. It does not matter who

7  votes, it matters who counts the votes. Thank you.

8      SEN. HUTSON:  Thank you. Pastor, is that Marcus

9  McCoy? You're recognized and following you will be

10  Theresa Miller, Jonathan Webber and Michael Dobson.

11  You're recognized.

12      MR. MCCOY:  Thank you so much. Good afternoon to

13  all the senators, special honor and deference to my

14  very own senator Geraldine Thompson.

15      My name is Pastor Marcus McCoy I serve as a faith

16  outreach director for Equal Ground Education Action

17  Fund and the senior pastor of the Historic Greater

18  Refuge Memorial Church in downtown Orlando. We live in

19  a country that was founded in the principles of

20  freedom and democracy and the right to vote is at the

21  very heart of that democracy.

22      It is a sacred right that we must share it and

23  protect because it means -- because it is the means by

24  which we express our voice, shape, our future of our

25  community, states and our country. SB7050 is an

1  unwarranted attack on voting rights and makes it more

2  difficult for faith-based organizations from being

3  able to organize and assist those who rely on us for

4  assistance.

5       When we deny someone the right to vote, we deny

6  their voice, we deny them the ability to shape their

7  policies that affect their lives, their families, and

8  their communities. We deny them the opportunity to

9  make an impact in our world.

10      As a pastor, I know that every person has an

11  inherent value and worth, and every person has a

12  unique contribution to make to our society. So today I

13  call on you to stand up for voting rights and vote no

14  on SB7050. Thank you and God bless.

15      SEN. HUTSON:  Thank you. Theresa Miller is up

16  next, followed by Jonathan Webber and Michael Dobson.

17  You recognized him.

18      MS. MILLER:  Thank you. Well, like many of you, I

19  wear multiple hats, this is my election hat. So I'm

20  from Hillsborough County and this year we engaged over

21  300 people to be poll watchers, many of whom had never

22  been involved. And one of the reasons I got involved

23  was I knew there were a lot of people anxious about

24  elections and wanting to make sure they went well.

25      And I'm an organized person. So I really want to

Page 77

1    thank you for the hard work you've put into this. And

2    I've been listening and following and supporting

3    election change bills since SB90.

4         And I want to say, to me, it's not a change as

5    much as it is an upgrade, the same way our phones and

6    softwares gets upgraded, we learn something every year

7    that's maybe not going the way we intended, and it

8    needs to be upgraded or modified. So I am very

9    thankful you took out the harassment.

10        I can't tell you how many poll watchers called

11   and said they were offended by what a poll clerk said.

12   And some of these people have never really been out

13   doing too much in the community.

14        So I tried to calm them down and say, look, I

15   said, it's new to have this many poll watchers there,

16   so just be kind and respectful. And by the end of the

17   election season, because many of them worked early

18   voting and then everyone was fine.

19        Everyone knew where they were supposed to be. But

20   if myself and our other team hadn't really calmed

21   people down, I could see where this harassment, some

22   people took it as harassment.

23        For me, I was like, you know, you just have to be

24   more patient. However, there are a few other things I

25   -- the vote by mail that can be what we call in

1  Hillsborough, over the counter vote by mails.

2      So on election day, I was going into the election

3  office to volunteer for my four hours. And as I'm

4  going in, I see all this commotion over near the SBIS

5  box, and I thought it was people coming to vote and

6  the -- the staff was out there with their iPads and I

7  just assumed they were redirecting them to the

8  precinct they needed to go to.

9      Because in Hillsborough we have lots of precincts

10  and almost everyone could actually walk to their

11  voting place.

12      But it -- afterwards, when I'm looking at the

13  data, I saw that over a thousand people on Monday and

14  Tuesday of election week got vote by mails and I

15  scratched my head. I called, I said, how did that

16  happen?

17      Well, people were walking up, I have no idea the

18  reason, but they would you know, it's supposed to be

19  an emergency with an affidavit. They would walk up and

20  then be plugged in to go into the SOE office and get

21  an SBI ballot. And I really -- I don't understand why

22  when they could easily have gone.

23      So to me, that's just a little suspicious. And

24  when I noticed groups, and I'm not going to say I paid

25  too much attention, but it was just odd that there

Page 79

1    were people that would come up and sort of thought it

2    was families coming to vote that were disoriented. But

3    it opens potential when we do that for people to be

4    persuaded on how to vote when they don't have that

5    privacy.

6          And when they are potentially herded to the -- to

7    the SOE office to get their vote by mail that day. I

8    really hope we can take that out where they can't just

9    come up and request it and get it that day.

10         Another great concern is when I go in to vote,

11   because I vote in person. There's me, there's my ID

12   and my signature. But the vote by mail with only

13   requiring a signature is really not verifying who it

14   is.

15         SEN. HUTSON:  Ms. Miller, if we could bring this

16   in ending here.

17         MS. MILLER:  Okay. Sorry.

18         SEN. HUTSON:  Yes, that's okay.

19         MS. MILLER:  So I really hope that we're able to

20   have a two-step verification. With COVID, I had to

21   help several people get their funds for rent, and

22   there was no problem for them providing an ID and

23   sending it online.

24         Let's see, there are websites out there that

25   encourage people to sign up without any Florida ID.

Page 80

1    The last thing's a little personal thing and another

2    reason why we need to modify how SOEs interpret the

3    statutes is our badges for poll watchers have.

4        All the poll watchers first and last names. And

5    you guys can tell for me, it really doesn't matter. My

6    last name, Miller, you're really going to have a hard

7    time finding me.

8        But I had four women who were recent widows that

9    volunteered, and four times I asked our SOE, could you

10   please take the last names off? But because it wasn't

11   in the statute, he wouldn't do it.

12       However, the poll workers only had a little badge

13   with their first name on it. So I really hope some of

14   these suggestions were able to take and -- and fine

15   tune these and make it so that everyone, it's easy to

16   vote and hard to cheat, and that we are not going to

17   disenfranchise people from helping either be poll

18   watchers or voting.

19       SEN. HUTSON:  Thank you very much.

20       MS. MILLER:  Thank you so much.

21       SEN. HUTSON:  Next is Jonathan Webber with SPLC

22   Action Fund. How are you doing? You're recognized.

23       MR. WEBBER:  Thank you so much. Good afternoon.

24   Jonathan Weber, Florida Policy Director for the SPLC

25   Action Fund and you're urged to vote no on this bill

Page 81

1    today. Registering to vote and voting itself should be

2    quick, easy and intuitive.

3         Maximum voter turnout and free and fair elections

4    are what give our system of government its legitimacy.

5    However, since the earliest days of our country, those

6    in power, especially in the south, use the most

7    extreme forms of violence and every bureaucratic,

8    gimmick trick and gotcha game in the book to prevent

9    people, especially people of color from exercising

10   their right to participate in our elections.

11        To make up for decades of anti-democratic abuse

12   by the state, community-based organizations have

13   picked up the difficult job of helping people to

14   register.

15        We are concerned that the extreme regulations and

16   penalties proposed in this bill on community-based

17   voter registration organizations will have a chilling

18   effect on registration efforts across the state.

19        To be clear, eligible black and Hispanic voters

20   are roughly five times more likely than white voters

21   to rely on community based voter registration

22   organizations like the ones targeted in this bill.

23        These organizations are vital for black and brown

24   communities across the state to participate fully in

25   our democracy. We are also uncomfortable with the

1  section on the bill re- -- related to prohibiting non-

2  citizens from collecting or handling voter

3  registration applications on line 393 to 400.

4      Not only is this discriminatory towards a certain

5  group of people, especially people of color from work

6  or volunteer opportunities, but we feel this could

7  have a chilling effect on voters from reaching out to

8  the individuals of their choice to help them with the

9  voting and registration process, which could be a

10 violation of the Federal Voting Rights Act as it

11 relates to language barriers in Section 203 or

12 assistance to vote by reasons of blindness disability

13 or inability to read or write in Section 208.

14     If the problem was an inherent mistrust of third-

15 party voter registration efforts implementing same day

16 registration would be a much more straightforward and

17 effective fix. Twenty-two states and Washington DC

18 have implemented same day registration. I'm sure we

19 can figure it out here. Thank you.

20     SEN. HUTSON:   Thank you. Michael Dobson of the

21 Dream Foundation, as you're coming up, I'm going to

22 read some names off. Laura Watkins is waving against,

23 Ken Williams is against, Heigel Elvis is waving

24 against, Caitlin Walters is against, Latasha Henderson

25 is against, Carol [inaudible] is against, and Candace

1    Churchill is against, and Candace is with the United

2    Faculty of Florida. You sir, are recognized.

3         MR. DOBSON:  Uh thank you Mr. Chair and -- and

4    members. I just have just a -- a few comments to make

5    and I, you know, this is such an in important bill and

6    -- and I -- I would start by saying, in -- in early

7    March, I took my 22-year-old daughter to Selma,

8    Alabama on a father daughter trip to experience that

9    event walking across the Edmund Pettis Bridge.

10        And -- and when I think about this bill, I think

11   about the arc of our country's history regarding

12   voting particularly for the African American

13   community.

14        And myself born in the -- in the late fifties, I

15   remember those fights. And I remember the pride I took

16   with finally having a voter registration card being

17   able to vote for the first time in -- in 1976.

18        So when I saw one of these, there's so many

19   things about this bill that I think that at the end of

20   the day, what it does is make a good number of people

21   afraid to vote.

22        It's really what it does. And I -- I saw this one

23   thing that really stuck out with me with regards to

24   the pride I felt as a -- as a young man getting my --

25   my voter registration card for the first time. and

Page 84

1   it's the issue of the -- the voter registration card

2   itself says a specified statement that the card is a -

3   - is a proof of registration, but is not a legal

4   verification of eligibility to vote, which makes the

5   voter registration card meaningless.

6        It was that card that I took so much pride in

7   when I was a young man. And what this bill also does,

8   it eradicates Amendment four and so on so many levels.

9        Again, it makes people afraid to vote and it

10  empowers a new office -- office of Election Crimes and

11  Security for Florida elections in a variety of ways

12  taking -- taking those powers away from -- from other

13  agencies to validate certain items. It seems to be an

14  overwhelming amount of legislation to address what we

15  know to be a very rare instance of anyone purposely

16  voting illegally.

17       And -- and the year 2000, I lived probably about

18  five minutes away from the Capitol. And I remember

19  looking at the -- the election results that night and

20  realizing that Florida, that the nation, frankly, was

21  in a tie.

22       And I got in my car and I -- and I drove -- I

23  drove here and -- and I hung out for a couple of days

24  like everybody else with my signs in front of the

25  Supreme Courts supporting the candidate of -- of my

Page 85

1   choice.

2       And then since then, Florida, I think, has done a

3   terrific job as showing the nation what good elections

4   are -- are -- are like, and how safe our elections are

5   and -- and how -- how great they've been.

6       In fact -- in fact, I -- I think others have

7   looked up to Florida. So I feel like we are, we're

8   kind of in search of a problem that don't exist. And -

9   - and what it ends up doing at the end of the day is

10  it becomes voter suppression.

11      And some don't like that word, that term or that

12  allegation but because it makes people afraid to vote

13  and because it's making mail particularly discourages

14  voting by mail completely almost, I -- I have a lot of

15  concerns and I -- I hope that you think about the arc

16  of the history of this nation with regards to voting

17  and try and make this a better bill as we continue to

18  move through.

19      SEN. HUTSON:  Thank you for your time. Next, I

20  have Mark Ali up with the Florida Supervisors of

21  Elections and Brad Asheville on deck. And Mark, while

22  you're coming up, I have Jamie Merchant waving in

23  support, Neil Vas, Florida, right -- Florida Rights

24  Restoration Correlation waving against, Dr. Anna

25  Sususco waving against, Constant Hagen Bottom --

Page 86

1   Muffin waving against, Herron Woodall with the Florida

2   Center of Fiscal economic policy waving against,

3   Pamela Birch Fort with the NAACP Florida State

4   Conference waving against. And you, sir, are

5   recognized.

6       MR. ALI:  Thank you, chairman. thanks for the

7   opportunity to come up and speak. certainly if there's

8   any questions, I'd be happy to answer any. I also like

9   to thank Senator Burgess for allowing the open

10  communication and having a lot of input, especially

11  for some of the more technical aspects of the bill. I

12  think we've had a lot of -- a lot of work done and a

13  lot of work accomplished.

14      So I would say in general, we support this bill.

15  We still have a few tweaks we would like to see made

16  and hopefully we'll get the opportunity to do that

17  port reach the floor. I could go over a couple and

18  there aren't many some of the list maintenance

19  sections.

20      There's still I think some fine details that need

21  to be ironed out there. Maybe go back to some of the

22  paragraph two of 9065, and then in the re- -- in the

23  PCS version prints four and five, just a few tweaks to

24  comport with that.

25      One of the bigger ones there's been a lot of

1   discussion about the fell, the clerks sending the

2   felons data to directly to the supervisors of

3   elections.

4       We've started digging really into that. on the

5   surface, even too many of us, it appeared like it

6   would be a -- a fairly easy lift because these are

7   felons who are newly convicted, therefore, it should

8   be pretty straightforward that they haven't completed

9   their sentencing and digging deeper.

10      There's some nuances there that it's -- it may

11   take a little bit of a deeper dive than we expected.

12   Well, we definitely would like to get better

13   availability for DAVID if we go down that.

14      But as we stand now, we're, we're pretty united.

15   That that's not one of the better aspects of the bill.

16   and then the two VBM, the two ballots in one envelope,

17   that is a very tough nut to crack without a doubt.

18      If you -- if you're using machines or whatever to

19   separate the envelopes, it becomes very difficult to

20   catch it while that envelope is still there.

21      So it -- it's -- we -- we preferred that maybe

22   that to be handled in rule so that we could explore

23   some of the different options. Sometimes you can catch

24   it and there's two signatures on the envelope, and

25   there's two ballots.

Page 88

1      The signatures matches husband and wife. It's

2  pretty straightforward, or sometimes there's one

3  signature, but both the ballots are marked perfectly

4  the same, and you can count one of those.

5      So there's different iterations, but a lot of

6  times you can't catch it. And I will absolutely

7  concede that point. It's -- it's a very tough not to

8  crack there. So that's -- that's basically where we

9  stand on this.

10     SEN. HUTSON:  Thank you. I don't want to belabor

11 the points with questions, but I members, you

12 certainly can't ask questions, but I think the biggest

13 thing some of my colleagues had, and just very simple

14 implementation was a big -- a big common thread.

15     Would this bill, does the supervisors believe

16 outside of maybe the -- the ballot that there's any

17 implementation issues that you're going to have? And I

18 know you've got a lot of input in this bill, so if you

19 were to address that for us.

20     MR. ALI:  Yeah, absolutely. I -- to me, the

21 biggest areas of implementation that we -- and that's

22 gets some of the tweaks I was talking about are in the

23 list maintenance. There's still some areas there.

24     I think it's fairly straightforward and simple,

25 but this is very complex stuff. And I think in our

Page 89

1  communications, some of that's just been, you know,

2  miscommunications. So we're would like to iron some of

3  that out.

4      SEN. HUTSON:  Senator -- let's go with Senator

5  Osgood. hopefully we can get be pretty quick, but for

6  a series.

7      SEN. OSGOOD:  Thank you. Really quick, sir, I'm

8  going to ask you the question I asked earlier.

9      You said you're okay with the maintenance, but I

10  know supervisors of elections are funded by the

11  county, and I don't want this to be what ends up being

12  an unfunded mandate, and then supervisors are

13  struggling to implement it because they're not getting

14  the funds. So do you feel comfortable that the

15  supervisors will have the adequate funding from the

16  county to implement these changes?

17      MR. ALI:  For the list maintenance, I do. For

18  some of the other aspects I'm a little more concerned.

19      Part of that felons review that comes from the

20  clerk courts that may be a little more complicated in

21  a technical manner where there's an anticipation. Some

22  of voter registration software will have to be updated

23  and some changes there, and they're already behind in

24  getting some of that done from previous bills. So that

25  could be a struggle.

Page 90

1          SEN. OSGOOD:  Well, I'm sure Senator Burgess will

2     talk more to you about that.

3          SEN. HUTSON:  Any other que- -- no more. Okay.

4     Thank you. Thank you for coming up.

5          MR. ALI:  Thank you.

6          SEN. HUTSON:  All right, Brad -- Okay. Brad

7     Asheville is next, and following Brad will be Dr. Rich

8     Templin, and then Olivia Badass. You're recognized.

9          MR. ASHEVILLE:  Okay. Thank you Chair. Thank you,

10    committee. My name is Brad Asheville. I'm the Florida

11    State Director for all Voting U.S. Local. We're a

12    nonpartisan advocacy group.

13         We focus on eliminating discriminatory barriers

14    to voting before we -- before they happen, we spend a

15    lot of our time working with supervisors just to make

16    sure elections work for everybody. We do not support

17    the bill as in its current form.

18         Our main concerns really revol- -- revolve around

19    the provisions in Section 4 relating to the third-

20    party voter registration groups. We believe democracy

21    is best when everybody participates.

22         These groups do huge service by engaging a lot of

23    voters in the process. One in 10 black and Hispanic

24    voters are registered by third-party voter

25    registration groups. The aggregate annual fines being

1    raised in $250,000. This alone will discourage these

2    groups and have a chilling effect.

3         There -- you know, we would probably oppose every

4    provision relating to third-party voter registration

5    groups. It was mentioned earlier that the reduction in

6    time to return the applications was not a reduction

7    because it matched the rule, common cause I think that

8    to this earlier, but ran by it really quickly. Just

9    want to make clear that SB90 which I'm sure you all

10   remember moved the deadline to the 14 days and the

11   department just hasn't caught up with rule making.

12        They're fairly behind and implementing the last

13   two bills. So this is a reduction. We have some

14   concerns about the vote by mail provisions as well, we

15   do believe that reduction in time will impact voters

16   as far as request for vote by mail ballots.

17        We worry about the ability to request

18   applications to pick them up. And also inserting the

19   requirement of an emer- -- filing an emergency

20   affidavit just creates another hurdle and doesn't

21   really make sense outside of election day.

22        And last, we do have big concerns about just

23   rejecting ballot or envelopes that contain more than

24   one ballot. And we would echo the supervisors Mr. Ali

25   and the supervisors and they're call to push that to

1    rule making where the nuances could be addressed.

2         Last I'd like to highlight -- we -- we do have

3    concerns about this language in line 557 dealing with

4    a voter information card. We think this will send a

5    mixed message to voters.

6         It's clearly intended to assert that the onus of

7    determining eligibility is on the voter, while at the

8    same time leading the voter to believe they're

9    eligible by the act of sending a voter card to begin

10   with.

11        You're not given a driver's license until you can

12   drive, you don't receive an insurance card until you

13   can have insurance. AAA, I could go on, but this

14   provision also seems to inflict with 97.073 in the

15   statute. We appreciate you listening. I'll take any

16   questions, but I'm guessing there's probably none.

17        SEN. HUTSON:  No, thank you.

18        MR. ASHEVILLE:  Yeah. Thank you.

19        SEN. HUTSON:  Dr. Rich Templin, I'm following Dr.

20   Templin, then it'll be Olivia Badass. And while you're

21   coming up Tara Vaughn -- Vanner is against, Ellie

22   Knight is against, Nancy W. Smith is against, and

23   Melinda Stanwood is against. Go ahead.

24        MR. TEMPLIN:  Thank you, Mr. Chairman. You folks

25   have been here a long time. Actually commented to a

1    friend a little while ago that it's like a really

2    well-dressed version of one of those Occupy protests.

3    I first want to thank -- thank Chair Burgess for

4    allowing me to go through some of these concerns that

5    we have in his office. I guess he'll let just about

6    anybody in his office.

7         So I -- I really appreciate the time, Senator.

8    Thank you. So when we talk about the third-party voter

9    registration organizations, they're relatively new

10   animal. When I first started doing this work in the

11   labor movement we -- we have constituency groups.

12        So -- so they're -- they're -- they're kind of

13   like clubs within our organization, and they serve

14   different constituency groups.

15        And one of the first elections I ever worked on

16   the A Philip Randolph Institute and they were heavily

17   involved in black communities, Miami-Dade, Broward

18   County. And I went to an event, and one of the things

19   that they did all volunteers is they registered people

20   to vote.

21        And they would get college student volunteers

22   from the nearby campuses. They'd go out, they --

23   they'd talk to -- they'd talk to potential voters,

24   they'd get them registered to vote, they'd feed them

25   pizza at the end of the day.

Page 94

1    And sometimes they had festivals on weekends, and

2    people came -- come register to vote, they'd have the

3    supervisors of elections out there. Well, that was all

4    happening, and there was never any problems with it.

5    It wasn't that complicated. But then we created the

6    third-party voter registration organization, that --

7    that's what the, A Philip Randolph Institute had to

8    turn into. And then over the years, we've put more and

9    more and more regulations, which I know this is not a

10   group that likes overly regulated things, but we put

11   more and more regulations on these organizations to

12   where they had to become akin to businesses.

13   I think the secretary mentioned earlier that the

14   fines were low enough that they considered it a cost

15   of doing business. So if there's anything that we can

16   do to -- to -- to move that back in the other

17   direction and allow community organizations, allow

18   neighbor -- neighbors to help neighbors register to

19   vote, there's nothing more American than that.

20   But unfortunately, the provisions in this leg- --

21   legislation, to be honest, I don't disagree with all

22   of them. One hundred and sixty people that were

23   disenfranchised, that's egregious.

24   I completely agree with that. But a couple of the

25   -- the things in this bill, let -- let's just put the

1    fines aside, but the receipt requirement.

2        Now, that is going to be incredibly difficult to

3    implement. And what if a voter has a receipt? Maybe

4    they make their own copy and say, Hey, I have a

5    receipt that says they took my ballot.

6        And then the third-party group says, no, we

7    didn't register you to vote. Oh, well, let's go back

8    and look at the records. But you can't go back and

9    look at the records because you're not allowed to keep

10   any records.

11       So that is going -- I mean, we are really

12   regulating these organizations that are trying to

13   register voters out of existence.

14       So we would ask, and you know, every other year

15   there's another big elections rewrite. So I'm

16   confident that we'll be back here again soon. But if -

17   - if -- if -- senators, if in your wisdom, you could

18   be thinking about this -- this -- this problem,

19   because it has become a problem.

20       If we could somehow get back to good nonprofit

21   501(C)(3) organizations that aren't doing it for

22   money, that aren't getting big grants that are simply

23   out there volunteering to help people register to

24   vote.

25       If we could somehow get back to that, I think it

Page 96

1  would improve the entire process in Florida. Mr.

2  Chairman, thank you for your indulgence as always.

3     SEN. HUTSON:  Thank you. Olivia is -- Olivia

4  Badass is up, and then Abdullah Shkir is following her

5  and then Cecile Schon. You're recognized

6     MS. BADASS:  Thank you, chair. We have some of

7  the same concerns regarding the third-party voter

8  registration organizations. We are the PBVRO as well

9  and we are a statewide organization.

10     So if we have an event in Tampa and we have to

11  get the forms to Miami in 10 days, we're usually

12  mailing them. I know it took me three weeks to get a

13  birthday card from my grandmother back in December,

14  six months ago in Tallahassee.

15     So we do have concerns when we're mailing forms

16  across the state to counties where that person lives,

17  that they're not going to get there in time, even if

18  we put them in the envelope that day to make sure that

19  they're going to be there in 10 days.

20     So we do have concerns around that. There are

21  parts of the bill that we do support, though the

22  signature matching training requirement. People with

23  disabilities often have, you know, their -- their

24  ballots flagged for signature mismatch.

25     Someone who is blind or has a traumatic brain

Page 97

1    injury or degenerative neuromuscular impairment they

2    may sign their signature; their -- their signature may

3    look different every time they sign their name.

4         So having training in that hopefully will

5    decrease some of that. we do appreciate the universal

6    vote by mail application form. Right now these forms

7    are completed on 67 different supervisor of elections

8    website. It is far easier to ensure one form is

9    accessible versus trying to ensure 67 different forms

10   are accessible.

11        But one of the points that we do want to raise

12   we've heard people, you know, talking and -- and then

13   their comments about voting privately. People with

14   disabilities also have the right to vote privately

15   independently.

16        Someone who is blind cannot fill out a paper

17   ballot. So when COVID hit in 2020, for people who were

18   blind, people with other print disabilities, maybe

19   their quadriplegic traumatic brain injuries, the only

20   accessible method they had to vote was through a

21   ballot marking device. We've heard people reference

22   the ExpressVote machines.

23        These do print out paper ballots, by the way,

24   after someone has marked their ballot, but that was

25   the only accessible method people had to vote. And

Page 98

1   they didn't want to go to the polling location and

2   risk catching COVID.

3       Oftentimes people with disabilities have dual

4   diagnosis, so they may have been immune compromised,

5   didn't want to go to the polling location. And it has

6   actually been in statute for 20 years, 101.662 that

7   Florida was supposed to develop an accessible vote by

8   mail program that never happened.

9       The Florida Council of the Blind filed litigation

10  in 2020, and per the settlement agreement, all 67

11  supervisor elections must have an accessible vote by

12  mail program as of March, 2022. So this was

13  implemented for this last election. as far as we're

14  aware, all 67 counties have done this.

15      But -- and I apparently read Senator Burgess's

16  mind when he wanted references to page numbers. So in

17  section 24 of the strike all amending section 101.62,

18  where we're starting really is 3D, which is line 1785

19  on page 62.

20      One of the methods that needs to be added to that

21  list of ways that a supervisor of elections can

22  deliver a ballot is through electronic ballot

23  delivery. There is the reference to facsimile and

24  email, but that is specifically for your kava voters.

25      An email in and of itself is not adequate, some

Page 99

1    of the supervisors do email the ballot electronically

2    to people with disabilities that sign up for

3    accessible vote by mail, but oftentimes they're

4    sending them a secure link that they go to and they

5    download.

6         So we need to make sure that that is being

7    included in statute as well as an acceptable form of

8    delivery for a ballot. So, thank you.

9         SEN. HUTSON:  Thank you very much. And I see that

10   Senator Burgess was taking notes, so I'm sure he'll

11   look into that. Next we have Abdullah shkir with ACLU

12   of Florida. And then after you will be Cecile Schon.

13        MR. SHKIR:  Thank you chair. Good morning -- good

14   afternoon, senators. I have that problem again. My

15   name is Abdullah Shkir. I'm with the ACLU of Florida.

16   We oppose this bill, it directly harms community-based

17   groups that conduct voter registration continuing to

18   significantly raise the financial penalties by such a

19   significant amount, will all but squeeze them out of

20   performing this service altogether. And it's a vital

21   service because most -- because a lot of these

22   communities that they reach are no offense to you all,

23   but communities that political campaigns just

24   traditionally don't reach.

25        Some other speakers mentioned some statistics,

one out of every 10 black voters and one out of every 10 Hispanic voter are registered by a third-party voter registration organization. That's just not a number that's coming out of thin air, that was done after a statistical analysis by Dr. Daniel Smith during the SB90 Federal litigation. It's page 20 -- I'm not going to cite the page number; I can't remember off the top of my head. Sorry.

I'm not that good. But additionally, some of the restrictions around these groups are extremely cumbersome and could lead to them just ceasing operations altogether. For example, requiring -- the -- the requirements around undocumented and non -- non -- I'm sorry, non-citizens conducting voter registration.

First of all, green card holders and non -- undocumented Floridians have as much a right as anyone to assist people in their communities with registering to vote. Additionally, how are they supposed -- how are these groups supposed to verify that?

Are those -- they're supposed to conduct background checks on everyone who signs up to be a volunteer? That's the majority of these groups is just local community groups registering their friends and their family and their neighbors to vote.

Page 101

1       I also have to point out, it was discussed

2    earlier there was -- this is yet another election bill

3    and that we're not providing flirt against with felony

4    convictions, a quick and easy way to determine if

5    they're eligible to vote. The advisory opinion process

6    was mentioned in questioning.

7       However, it's inadequate. If you ask me, you can

8    check all of the posted opinions online. And the last

9    five from date of request to date of issuance the

10   length of time was three months, three months, three

11   months, three months, and four months.

12      So that's just simply not timely. I will also

13   point out that this does make changes to the vote by

14   mail process when just this past February, the Florida

15   Supervisors of Elections had a vote by mail work group

16   and unanimously recommended that this legislature not

17   make any changes to the vote by mail process. And if

18   they absolutely must have them take effect after the

19   2024 presidential election.

20      There are some other specific problem areas, the

21   language regarding voter information cards sends a

22   mixed message. And it's continuing the state's

23   behavior of abdicating its responsibility when it

24   comes to verifying voter eligibility. When a -- when a

25   voter's eligibility is in question --

Page 102

1        SEN. HUTSON:  -- a landing for me.

2        MR. SHKIR:  -- that's -- yes. Yes, chair. Thank

3   you.

4        There are -- if there's -- if a voter's waiting

5   on determination of their eligibility to vote and they

6   vote provisionally it does not provide a -- a way for

7   them to not be criminalized with voting as an

8   unqualified elector as the 20 arrests in August were

9   and I could go on, but I'm out of time.

10       So thank you, Chair. Appreciate it. My vote is

11  no.

12       SEN. HUTSON:  Thank you. Cecile Schon, you're --

13  you're my last speaker. You coming up. You're

14  recognized.

15       MS. SCHON:  Thank you very much. Cecile Schon,

16  president of the League of Women Voters of Florida.

17       And I just want to say that voting is always

18  supposed to be an on-ramp, bring people in, register

19  them to vote, and there's an off-ramp for all the

20  reasons that have been discussed already.

21       Under ERIC, you were required when you joined

22  ERIC to do the on-ramp by sending postcards to people

23  with the division -- division of motor vehicles to

24  bring them in.

25       And the state did do that the first time. They

Page 103

1    sent in hundreds of thousands of postcards. They

2    followed that without ERIC and this bill, it's all

3    cutting people off and making the whole process much

4    more difficult.

5         I heard comments about concern of the hundred or

6    six voters, I believe, and that is very concerning and

7    something that everybody should look at. But this

8    whole scheme, 7050, is actually going to hurt hundreds

9    of thousands of voters by dissuading them, by not

10   allowing them to vote.

11        What about those people? I mean, there are --

12   this is going to have such a negative impact. It's

13   been testified to by and established in the Senate

14   bill, Senate Bill 90 litigation that the, the impacts

15   of limiting things on third-party border registrants

16   has a bigger impact on black and brown that has been

17   brought out before.

18        Why a lot of black and brown people have blue

19   collar jobs. They have to work two jobs to take care

20   of their family. They live in multi-generational

21   homes.

22        Got to pick up grandma, the baby or the grandbaby

23   is out there, so they're just really busy and it works

24   for them. If we're at the library or at the

25   supermarket, oh yeah, let me come at the table and I

Page 104

1    can get more information.

2        I mean, I personally have done so many voter

3    registrations, and that's the difference. And when you

4    raise a penalty to a quarter of a million dollars,

5    that is going to impact any group that is not fixing

6    the problem.

7        That's what you call overkill. If you have fines

8    against groups that are not doing things properly, by

9    all means go after them. You don't, you know, say the

10   whole barrel is bad, you know, deal with the people

11   who are breaking the rules.

12       You know, do more education, whatever needs to be

13   done, but to raise those -- those fines and fees like

14   that, I think is simply telling third-party voter

15   registration organizations to go away. There are some

16   internal conflicts also, I'll just mention a few. I

17   know it has been a long day.

18       SEN. HUTSON:  Yes, ma'am.

19       MS. SCHON:  I'm quite in admiration of all of

20   you, to be honest, but --

21       SEN. HUTSON:  If -- if you could be as brief as

22   you can with a couple of those.

23       MS. SCHON:  Okay. This is something that's been

24   mentioned before, but there's actually a -- a direct

25   and implicit conflict, and that is the provisions that

Page 105

1   say I guess it's found at line 378 that we cannot keep

2   copies -- third-party or registering organizations

3   cannot keep copies of personal information, things

4   like that. Unless it's to make sure that you're

5   helping with this bill.

6         Well, I think that's really confusing because I

7   might think I'm helping to comply with the bill to

8   keep that information. And in the eyes of an

9   investigator, they may think that's not, right?

10        But that does give you a little window to -- to

11   kind of figure it out a little bit gray and murky, but

12   a little window. But guess what, in the exact same

13   bill it has at line 381 --

14        SEN. HUTSON:  Ma'am, if you could wrap this up

15   with the next 30 seconds.

16        MS. SCHON:  Sure. It says -- it says there that

17   the simple possession of the personal information, the

18   exact same personal information that you could

19   possibly keep the exact same, that you could possibly

20   keep to show compliance that would be a felony.

21        So one section says possibly, and the other one

22   says, no, I -- that's confusing and I think that thank

23   will lead to un- -- to unexpected --

24        SEN. HUTSON:  Thank --

25        MS. SCHON:  -- confusion.

Page 106

1        SEN. HUTSON:  Thank you very much.

2        MS. SCHON:  Basically we're saying please vote

3   no, this is overkill.

4        SEN. HUTSON:  Thank you very much.

5        MS. SCHON:  Thank you.

6        SEN. HUTSON:  Appreciate you -- appreciate you

7   coming. Members, we are in debate. Senator Jones, in

8   debate.

9        SEN. JONES:  Thirty seconds. All I'm going to

10  ask; I'll do a full debate on the floor. I just want

11  to thank Secretary Byrd for coming and just put a

12  suggestion out there for the ballot design suggestion,

13  Secretary.

14       If we can look at that, that would be my -- my

15  suggestions though. And thank you. I'm -- I'm voting

16  no, but I just -- I wanted to --

17       SEN. HUTSON:  Senator Berman in debate.

18       SEN. BERMAN:  Thank you, Mr. Chair. I'm a no vote

19  also. A lot of the things that the people came up and

20  said, but I do want to clarify one record. I live in

21  Palm Beach County; I have spoken with my supervisor of

22  election.

23       She told me that she had the secretary come to

24  Palm Beach County and look at her procedures, and that

25  her procedures were absolutely 100 percent proper. So

Page 107

1    I just want to clarify that for the record. Thank you,

2         SEN. HUTSON:   Senator Osgood in debate.

3         SEN. OSGOOD:   Thank you, Mr. Chair. And I'm too

4    going to be a no. I'm really concerned even more now

5    after listening at the secretary about implementation

6    from the perspective of having the money.

7         And when I hear that the Clerk of courts is

8    already behind, I'm just trying to figure out how

9    we're now going to add this on. But I also am willing

10   to work with Senator Burgess about that amendment that

11   I talked about earlier with those voter registrations

12   -- those cards. I just think it's a major setup to

13   send someone a card, even with a little note saying

14   that it's not an actual card. Thank you.

15        SEN. HUTSON:   Thank you. Any other debates?

16   Senator Thompson Debate.

17        SEN. THOMSON:   Thank you, Mr. Chair. I -- I think

18   the fines that are being imposed on the third-party

19   voter registration organizations are designed, as was

20   already said, to put them out of business, make them

21   go away. And those are the organizations that have

22   helped increase participation in democracy. I would

23   think that's what we want.

24        So the fines, the lack of clarity regarding

25   handling registration applications, verifying

Page 108

1  citizenship, verifying that they're not felons. It's

2  just overkill and I won't be supporting the bill.

3  Thank you, Mr. Chair.

4       SEN. HUTSON:  All right. Members, just so we know

5  where we're at. We're -- we're on -- we're on the PCS.

6  Is there any other debate before I go further? I'm

7  sorry. Senator Torres in debate. Go ahead.

8       SEN. TORRES:  Thank you Mr. Chair. I just feel

9  that we're imposing on those third-party groups. Like

10  the gentleman that spoke that he says when he got the

11  card, and he was so proud, I know that my

12  neighborhood, I remember some of the parents with

13  their kids who were turning the age to vote. They were

14  so proud of getting the card to go -- going out and

15  voting and first times people who were citizens, U.S.

16  citizens were going out to vote how proud they were.

17       And I think that we are overstepping and -- and

18  the procedure has been working for years. ERIC worked,

19  I remember when I was passing the house in the Senate

20  here, and I think that -- well, we need to continue --

21  those who commit fraud, yeah, we go after them, but

22  otherwise there is no fraud. We are -- we have a good

23  election system here. So I'm going no on this bill

24  right now.

25       SEN. HUTSON:  Right. Any other debate? Members,

Page 109

1    we're going to -- Senator Burgess, you're recognized

2    to close on this bill. You're also going to be able to

3    close on the bill, so you want to waive close here so

4    we can do the --

5         SEN. BURGESS:  Waive closed.

6         SEN. HUTSON:  Okay. Thank you for waiving close.

7    Members, all in favor of the PCs signified by saying

8    yay.

9         MEMBERS:  Yay.

10        SEN. HUTSON:  Yay. All opposed, nay.

11        MEMBERS:  Nay.

12        SEN. HUTSON:  Show the PCS as adopted. We're back

13   on the bill as amended. We've already had questions,

14   public comment and debate. Senator Burges, you are

15   recognized to close on the PCS, which is now the bill.

16        SEN. BURGESS:  Thank you, Mr. Chair. I know we

17   have other bills. I'm certainly one of the reasons

18   there's more bills after this too. So I hope there's a

19   series after this, so I'll try to be brief, but

20   there's quite a few things I do need to mention. I'll

21   do that swiftly.

22        Thank you to all the senators and to those who

23   reference sections and page numbers, as you've

24   probably been able to tell at this point. This is an

25   incredibly complicated area of work.

1      And I have the utmost respect for the Department

2   of State and the Division of Elections and our

3   Supervisors of Elections. I have a full, a much better

4   understanding as of late as to all that you do every

5   day and not just when it's on election day. So hats

6   off to you. Good job.

7      I'm doing all that I can to try to get to an even

8   a modicum of level of understanding that you all have

9   and hopefully, hopefully somewhat maybe try to

10  demonstrate that today.

11     But that brings me to Secretary Byrd, and I am

12  very thankful for my wingman there. Incredibly

13  impressive with you sir. You've literally sat through

14  this entire day waiting for this bill, that's a

15  testament to who you are and how seriously you take

16  your job

17      And I appreciate you being there to talk about

18  the command of the issues. Thank you to my staff that

19  is flanking me, the Senate staff, that -- that has

20  helped me through this. But let me make some things

21  clear. The bill does not and will not hinder anybody's

22  right to vote.

23     There is absolutely zero, like negative zero

24  provisions that could reasonably be construed to

25  conclude that there is any voter suppression in this

Florida State Senate Committee

1    bill within any language on the page.

2        The charge is leveled every time we pass any type

3    of election or reform, yet voter turnout in the 2022

4    midterm election was over 53 percent. Since 1998

5    that's the third highest voter turnout for a midterm

6    in Florida. St. John's County had over 65 percent

7    voter turnout.

8        Gadsden County had nearly 60 percent voter

9    turnout. And in raw numbers, that's over 7.7 million

10   people voting in our state. There is nothing in this

11   bill that makes it harder for a lawfully registered

12   voter to cast their ballot. In fact, in Florida, I

13   would argue it's actually very easy to figure out how

14   to vote and where to go.

15       It's hard not to vote in Florida, we have over 40

16   days of possibilities. Testimony on the bill sounds

17   sometimes a little bit more what people are fearing

18   than what's actually the words on the page. This bill

19   makes it harder for bad actors to be bad actors.

20       We've heard in -- and Secretary mentioned there

21   are three PVROs that are denied. They are the ones

22   some of the bad actors are that are denying people the

23   right to vote by taking that right and not delivering

24   on that fiduciary promise, the case is mentioned, the

25   two -- and everyone in this room should want to

Page 112

1   address that.

2         And you don't just have to register with a three

3   PVRO, you can register online. You could register by

4   mail, paper, copy, a hand delivery. Regulations on

5   these organizations aren't new either. This is -- this

6   is something that we've been working on through the

7   years and are trying to address as we're uncovering

8   new information and new issues that are popping up.

9         And regarding non-citizens, there are certain

10  rights in our country that only citizens get to enjoy.

11  That includes serving on a jury, running for office

12  and voting.

13        We're just adding and ensuring that your right to

14  vote is one of them as well. Regarding receipts, the

15  Department of State will come up with a former receipt

16  and a uniform receipt, and we have put deadlines in

17  the bill for the department to come up with those.

18        If a receipt is good enough for the U.S. -- UPS

19  package should be good enough for a person who hands

20  over their voter registration to a third-party. Taking

21  away two extra vote by mail days, we're trying to make

22  it clear that supervisors of elections they're seasons

23  and they have a lot on their plate as we just

24  discussed.

25        And so we want to make sure that there are clear

Page 113

1    seasons and delineations with reporting requirements.

2    Frankly our reporting requirements are -- and this is

3    related to the campaign finance and political

4    committee, quarterly financing reports.

5        It was mentioned that should be harder for money

6    to influence politics. Well, I think we all agree but

7    the reality is that monthly reporting has also infused

8    more money into politics.

9        And so there's a policy call being made here that

10   until qualifying when you're a qualified candidate and

11   people are really paying attention in the election

12   season, and that candidate, that you're an official

13   candidate, that way, qualified candidate, that's when

14   the monthly reporting would have kicked in, because

15   that's when the real and most of the activity kicks

16   in. Our reporting requirements currently have infused

17   more money into politics.

18       And if you have to meet a fundraising goal every

19   month instead of every quarter, you're going to be

20   asking for more money more often. Why are we making

21   these changes? Why are we making these changes?

22       Well, we're doing a great job, but we can always

23   improve in our process. And a team that wins the

24   playoff doesn't just stop watching the film after the

25   game. For those reasons I ask you that you vote for

Page 114

1    this Bill.

2         SEN. HUTSON:  Michelle, please call the roll and

3    CS for SB7050.

4         CLERK:  Senator Albritton?

5         SEN. ALBRITON:  Yes.

6         CLERK:  Senator Berman? Senator Boyd?

7         SEN. BOYD:  Yes.

8         CLERK:  Senator Burton?

9         SEN. BURTON:  Yes.

10        CLERK:  Senator Collaya?

11        SEN. COLLAYA:  Yes.

12        CLERK:  Senator Collins?

13        SEN. COLLINS:  Yes.

14        CLERK:  Senator Desagley?

15        SEN. DESAGLEY:  Yes.

16        CLERK:  Senator Garcia?

17        SEN. GARCIA:  Yes.

18        CLERK:  Senator Jones. Senator Mayfield?

19        SEN. MAYFIELD:  Yes.

20        CLERK:  Senator Osgood?

21        SEN. OSGOOD:  No.

22        CLERK:  Senator Rodriguez?

23        SEN. RODRIGUEZ:  Yes.

24        CLERK:  Senator Simon?

25        SEN. SIMON:  Yes.

Page 115

1          CLERK:  Senator Thompson.

2          SEN. THOMPSON:  Yes.

3          CLERK:  Senator Torres?

4          SEN. TORRES:  No.

5          CLERK:  Senator Trumble?

6          SEN. TRUMBLE:  Yes.

7          CLERK:  Senator Wright?

8          SEN. WRIGHT:  Yes.

9          CLERK:  Senator Yarborough?

10         SEN. YARBOROUGH:  Yes.

11         CLERK:  Senator Stewart?

12         SEN. STEWART:  Yes.

13         CLERK:  And Chair Hudson?

14         SEN. HUTSON:  Yes. By your vote CS for SB 7050 is

15    reported favorably. I'm going to move to Senator

16    Yarborough to give -- to give Senator Byrds a -- a

17    quick break. Let's take up tab 11.

18

19

20

21

22

23

24

25

Page 116

1          I, Chris Naaden, a transcriber, hereby declare

2     under penalty of perjury that to the best of my

3     ability the above 115 pages contain a full, true and

4     correct transcription of the tape-recording that I

5     received regarding the event listed on the caption on

6     page 1.

7

8          I further declare that I have no interest in the

9     event of the action.

10

11         June 1, 2023

12         Chris Naaden

13

14

15

16

17

18     (FL State Senate Committee on Fiscal Policy segment,

19     4-20-23)

20

21

22

23

24

25

**A**

a.m 58:22
AAA 92:13
abdicating
101:23
Abdullah 96:4
99:11,15
ability 8:24 16:22
26:2 46:25 47:8
61:21 63:16
71:7 76:6 91:17
116:3
able 7:1,3 8:19
17:4,14 18:3,11
21:13,13,17
22:5 26:5,6,23
27:14 28:20
29:1 30:5 32:1
49:23 51:17,18
52:12 63:9,16
63:18,24 64:9
66:1 70:10 76:3
79:19 80:14
83:17 109:2,24
absolutely 3:2
53:15 62:11
88:6,20 101:18
106:25 110:23
abuse 81:11
accept 70:25 72:6
acceptable 99:7
accepted 68:17
70:15
access 17:19
52:25 53:2,5
65:6,10 66:3
74:3
accessed 60:6
accessible 97:9
97:10,20,25
98:7,11 99:3
accomplished
86:13
accountable
35:25 55:16
accounts 49:17

accuracy 31:22
57:1
accurate 3:6
15:18
achieved 4:8
ACLU 99:11,15
act 49:25 82:10
92:9
action 14:25
75:16 80:22,25
116:9
active 9:8 73:7
actively 15:19,22
activities 3:25 6:7
39:21
activity 113:15
actors 10:7 49:20
55:12 111:19
111:19,22
actual 58:18
72:16 107:14
add 22:1 107:9
added 68:6 98:20
adding 3:17 4:2
5:7 112:13
additional 4:3
5:1 53:5 65:25
additionally 13:5
100:9,19
address 5:12,19
5:20 6:2,6
32:14 37:9,17
37:21,23 38:3,5
38:6,9,19 39:1
45:18 84:14
88:19 112:1,7
addressed 92:1
addresses 6:5
32:22
addressing 74:12
adequate 37:2
89:15 98:25
administrator
35:16
administrators
34:9
admiration

104:19
admit 49:8
adopt 16:22
adopted 109:12
adopting 5:24
advance 58:17
advisory 47:8
101:5
advocacy 90:12
advocate 9:11
affairs 53:16
affect 76:7
affidavit 23:9,13
78:19 91:20
affirm 24:17
27:14
affirmative 32:20
afford 17:23
18:11
affording 16:21
afraid 83:21 84:9
85:12
African 83:12
afternoon 2:8,9
33:22 44:23
69:12 75:12
80:23 99:14
ag- 58:6
age 108:13
agencies 54:18
59:7,12,25 60:5
60:11,19 61:3
61:13 62:5
84:13
agent 14:5
agents 12:22
24:13,15,15
aggregate 5:6
28:5 90:25
ago 9:14 51:14
93:1 96:14
agree 94:24 113:6
agreed 58:3,6
agreement 52:5
52:19 98:10
ahead 12:4 34:17
41:12 44:1 53:9

56:12 92:23
108:7
air 100:4
akin 30:4 94:12
Alabama 51:23
83:8
ALBRITON
114:5
Albritton 114:4
Ali 85:20 86:6
88:20 89:17
90:5 91:24
allegation 85:12
allow 13:11 17:1
94:17,17
allowed 36:20
46:1 95:9
allowing 86:9
93:4 103:10
altogether 99:20
100:12
amended 109:13
amending 3:7,15
75:4 98:17
amendment 7:17
7:19,21,23,25
8:3,4,5,6,7,9
9:19,22,23,25
10:9,13 11:1,3
11:8 12:8 48:3
66:25 84:8
107:10
amendments
7:13 74:7
American 83:12
94:19
Americans 8:24
amount 14:22
18:11 22:1
25:24 42:3
84:14 99:19
amounts 28:3
71:15
Amy 67:4,8,9,12
analysis 39:7
100:5
And-- 16:19

animal 93:10
Anna 85:24
annual 5:22,25
6:4 32:12,20
37:6,8 39:22
90:25
Annualist 39:8
annually 32:25
anomalies 37:24
answer 20:9,10
20:11 30:6,7
34:21 36:1,24
41:5,6 50:13
58:23 61:12
63:11 64:9 86:8
answering 30:8
anti-democratic
81:11
anticipate 17:3
28:23 32:7,16
35:6
anticipation
89:21
anxious 76:23
anybody 35:22
47:5 62:10 93:6
anybody's 110:21
anymore 23:6
AOK 23:22
apo- 32:3
apologies 15:4
apologize 8:3
12:8 16:8 25:9
30:9 32:3 40:10
41:17
app- 25:22
apparently 98:15
appear 37:16
appearance 8:7,8
9:21
appeared 87:5
appears 60:1
applaud 54:17
applicant 61:1
applicant's 29:6
application 5:8
12:10 13:7,19

14:7 16:16
25:11,25 28:17
29:15 50:24
56:8,19 97:6
**applications**
12:18 14:8 24:5
24:23 25:18,21
26:24 54:8,21
55:8 67:23 82:3
91:6,18 107:25
**apply** 45:3
**applying** 46:13
**appointed** 34:2
**appreciate** 16:10
24:11 25:8
31:16 33:23
41:19 44:18
49:6 64:23
65:21 92:15
93:7 97:5
102:10 106:6,6
110:17
**approach** 20:7
**approval** 61:2
**April** 1:10 5:23
39:8,10,11,12
39:13,13,14,22
39:24
**arc** 83:11 85:15
**area** 19:7 27:6
28:6 34:1 70:17
71:5 109:25
**areas** 10:5 27:22
28:4 33:1 42:19
88:21,23
101:20
**argue** 111:13
**arrests** 102:8
**Asheville** 85:21
90:7,9,10 92:18
**aside** 23:11 95:1
**asked** 16:6,8
23:19 30:20
37:4 42:11 47:3
50:20 53:22
58:15 61:13
65:5 80:9 89:8

**asking** 7:1 13:10
16:18 35:14
47:11 60:23
113:20
**aspects** 86:11
87:15 89:18
**assert** 92:6
**assist** 53:6 76:3
100:18
**assistance** 57:2
76:4 82:12
**assistant** 9:10
**assisting** 8:16
56:20
**assumed** 78:7
**attach** 48:16
49:18 50:2
**attack** 76:1
**attempt** 30:19
**attention** 78:25
113:11
**attitude** 8:20
9:16
**Attorney's** 59:9
**attorneys** 71:21
**audit** 71:8
**August** 102:8
**authority** 4:16
**availability** 87:13
**available** 61:4
**avoid** 20:11
49:24
**aware** 36:24
48:21 98:14
**awesome** 59:21

———————
**B**
———————
**baby** 103:22
**back** 7:12,18 11:9
11:10,12 12:3
15:3,15 24:8
27:2 28:13
30:15 33:7,18
35:2,10 40:16
41:12 43:23
44:21 51:13
60:16 61:3,11

62:20 63:9 67:7
86:21 94:16
95:7,8,16,20,25
96:13 109:12
**background**
100:22
**backwards** 69:6
**bad** 10:7 49:20
59:23 104:10
111:19,19,22
**Badass** 90:8
92:20 96:4,6
**badge** 80:12
**badges** 80:3
**ballot** 17:8,9,15
17:17 18:22,24
19:2 20:8,18,22
21:7,12,14,16
22:4,6,19 23:5
23:10 38:2,4
42:16 43:15
44:8,14 57:10
57:24 58:21
68:20 69:5
70:14,20 71:2,6
73:14 78:21
88:16 91:23,24
95:5 97:17,21
97:24 98:22,22
99:1,8 106:12
111:12
**ballots** 18:21 19:5
19:9,11,24
20:12 21:9
22:25 38:6,8
41:24,25 42:9
42:15,21,24
43:9,19,22 48:6
62:25 70:13,16
70:17,18,23,25
71:8,18 72:8
74:20,21 75:2
87:16,25 88:3
91:16 96:24
97:23
**ballpark** 28:9
**banning** 68:11

**barcode** 2:4 7:20
11:10
**barcodes** 71:3
**barrel** 104:10
**barriers** 82:11
90:13
**bars** 9:15
**base** 9:9
**based** 2:19 10:5,5
12:7 19:22
21:15 22:16
26:15 50:4,11
81:21
**basic** 8:23
**basically** 13:17
22:7 26:1 60:25
88:8 106:2
**basis** 23:18 31:23
39:22,24 59:13
**Beach** 69:13,23
73:2,21 106:21
106:24
**beat** 52:13
**becoming** 16:17
**beginning** 15:7,9
**behalf** 13:7,19
**behavior** 101:23
**belabor** 88:10
**believe** 11:23
17:16 24:14
25:9 28:2,3,8
28:22 29:23
30:2 31:5,25
56:14 63:15
65:23 66:4
72:23 73:11,15
88:15 90:20
91:15 92:8
103:6
**Berman** 44:20,22
44:24 46:11
47:10,13,23
48:9,13 49:6
50:8 53:8,10,18
106:17,18
114:6
**best** 22:24 33:14

43:8 44:4 90:21
116:2
**bet** 41:17
**better** 85:17
87:12,15 110:3
**beyond** 61:20
**big** 88:14,14
91:22 95:15,22
**bigger** 86:25
103:16
**biggest** 88:12,21
**bill** 2:2,4,18,23
3:23 6:9,10,18
7:5,6,18 8:21
9:2,3 11:24
12:13,15 17:12
25:6,12 27:23
28:6 33:7,18,22
34:5,7,19 35:18
36:14 37:7
38:12 39:6 40:8
40:18 52:17
53:5 56:7 59:4
60:2 67:1,13,14
67:19 68:9,14
68:24 69:5 75:4
80:25 81:16,22
82:1 83:5,10,19
84:7 85:17
86:11,14 87:15
88:15,18 90:17
94:25 96:21
99:16 101:2
103:2,14,14
105:5,7,13
108:2,23 109:2
109:3,13,15
110:14,21
111:1,11,16,18
112:17 114:1
**bill's** 5:2,12
**bills** 6:3 77:3
89:24 91:13
109:17,18
**Birch** 86:3
**birthday** 96:13
**bit** 64:9 67:15

87:11 105:11
111:17
**black** 81:19,23
90:23 93:17
100:1 103:16
103:18
**blank** 25:22
56:21
**bless** 72:12 76:14
**blind** 96:25 97:16
97:18 98:9
**blindness** 82:12
**blue** 103:18
**blurring** 18:7
**board** 51:15,16
66:11 71:11,12
**boards** 64:1
**book** 54:9 81:8
**books** 10:4
**border** 103:15
**born** 57:20 83:14
**Bottom** 85:25
**boundaries** 28:25
**box** 78:5
**boxes** 5:21
**Boyd** 114:6,7
**Brad** 85:21 90:6
90:6,7,10
**brain** 96:25
97:19
**brand** 9:15
**brave** 75:3
**break** 115:17
**breaking** 104:11
**Bridge** 83:9
**brief** 104:21
109:19
**bring** 33:5 46:7,7
67:3 72:20
79:15 102:18
102:24
**brings** 110:11
**broke** 30:18
**brought** 60:17
103:17
**Broward** 93:17
**brown** 81:23

103:16,18
**bucks** 73:25
**bulk** 6:10
**burden** 15:10
36:11
**bureaucratic**
81:7
**Burges** 10:12
109:14
**Burgess** 2:4,6,7
6:13,15 7:12
9:22,24 11:15
11:15,22 12:2,6
12:9,14 13:1,14
13:21 14:3,24
15:13 16:9
17:20 18:18
19:6 20:13,19
21:10,11,15,22
22:8 23:14 24:3
24:10,20 25:1,7
26:7,11,25
27:10,15,18
28:1,21 29:11
29:13 30:7,14
30:17 31:3,15
32:4,9,18 33:25
34:14 35:14
37:5 40:18,22
41:5 42:23
48:22 49:3,5
52:14 56:11,13
59:7,19,21 63:4
63:14 65:1,8,20
66:12,15,23
86:9 90:1 93:3
99:10 107:10
109:1,5,16
**Burgess's** 98:15
**Burton** 114:8,9
**business** 37:16
47:19 55:6
94:15 107:20
**businesses** 94:12
**busy** 103:23
**bylaws** 51:17
**Byrd** 33:15,22

35:4,9 36:4
37:12 38:21
39:12,14 40:7
41:6,8,16,18
42:7 44:11,16
44:23 45:5
46:19 47:12,14
48:7,12,24 49:4
51:3,10,12 53:2
53:15,25 56:12
57:12 58:5,24
59:15,18,20
60:12,14 61:11
63:5,12,20
64:15,22
106:11 110:11
**Byrds** 115:16

**C**
**Caitlin** 82:24
**calendar** 12:20
**call** 8:21 19:8
22:24 23:6
27:19 38:24
41:18 76:13
77:25 91:25
104:7 113:9
114:2
**called** 45:8 77:10
78:15
**calling** 38:7
**calm** 77:14
**calmed** 77:20
**camera** 74:22
**campaign** 49:16
67:15 113:3
**campaigns** 99:23
**campuses** 93:22
**Candace** 67:9
69:9 72:23 73:1
82:25 83:1
**candidate** 23:21
40:2,24 84:25
113:10,12,13,13
**candidates** 40:19
71:16
**canvasing** 64:1

71:11,12
**capability** 43:24
**Capitol** 84:18
**captain** 9:9
**caption** 116:5
**car** 84:22
**card** 17:2 44:25
45:3,4,7,9,17
45:22 46:8,10
60:18,21 61:1
83:16,25 84:1,2
84:5,6 92:4,9
92:12 96:13
100:16 107:13
107:14 108:11
108:14
**cards** 9:21 101:21
107:12
**care** 103:19
**carefully** 43:1
**Carol** 82:25
**carry** 16:18
**case** 23:18,18
111:24
**cast** 69:5 111:12
**catch** 87:20,23
88:6
**catching** 98:2
**caught** 91:11
**cause** 35:7 67:12
91:7
**ceasing** 100:11
**Cecile** 8:9,12,12
8:14 96:5 99:12
102:12,15
**Center** 69:23
73:22 86:2
**centralized** 62:13
**certain** 5:9 10:4
21:25 25:14
27:22 29:20
39:19,20 42:3
42:19 44:12
57:25 62:11
63:18 82:4
84:13 112:9
**certainly** 6:22

23:1 30:10 36:9
57:2 66:8 86:7
88:12 109:17
**certificate** 14:22
**chain** 70:22
**chair** 2:7 6:11,13
7:22 9:24 10:14
11:1,14,22 24:2
30:12,16 35:2,4
35:5 40:1,15
44:22 48:17
51:8 52:14,24
53:10,21 58:11
65:2 67:11 83:3
90:9 93:3 96:6
99:13 102:2,10
106:18 107:3
107:17 108:3,8
109:16 115:13
**chairman** 33:22
64:22 73:1 86:6
92:24 96:2
**challenge** 6:20
**chance** 63:2
**change** 34:18,19
39:1 68:18
70:19,19 77:3,4
**changed** 67:22
71:10
**changes** 3:2 6:10
17:12,22 51:18
51:18,20 89:16
89:23 101:13
101:17 113:21
113:21
**changing** 3:8
46:8 68:21
**charge** 26:1
73:17 111:2
**charged** 13:5
**cheat** 80:16
**cheating** 74:2,12
74:16
**check** 27:1 51:4
101:8
**check-in** 71:4
**checked** 58:18

checking 58:18
checks 100:22
Chev 23:21
Chevron 23:6,6
chilling 81:17
  82:7 91:2
choice 25:2 82:8
  85:1
Chris 116:1,12
Church 75:18
Churchill 83:1
circuit 54:16
circularly 49:13
circumstances
  63:18
circumventing
  49:13
cite 100:7
citing 6:25
citizen 3:1 5:11
  25:16 27:9
  69:13 74:16
citizens 8:18,23
  27:7 73:7 74:9
  82:2 108:15,16
  112:10
citizenship 9:18
  108:1
civic 3:25 16:20
civil 50:16,20,21
clarification 4:15
  6:8 20:7 31:16
  50:25
clarify 2:17 5:3
  20:23 22:14
  58:14 106:20
  107:1
clarifying 4:14
  11:18
clarity 46:8 47:22
  107:24
clean 34:13
cleanest 20:10
clear 16:7 18:6
  23:17 26:8 30:1
  37:14 42:22
  44:16 55:12

57:21,22 61:15
70:17 81:19
91:9 110:21
112:22,25
clearly 92:6
clemency 65:15
  66:10
clerk 3:19 31:11
  46:20 66:9
  77:11 89:20
  107:7 114:4,6,8
  114:10,12,14,16
  114:18,20,22,24
  115:1,3,5,7,9
  115:11,13
clerks 31:6 36:15
  61:23 66:2 87:1
close 10:12 15:14
  109:2,3,3,6,15
closed 11:2 54:9
  109:5
clubs 93:13
code 24:19 37:20
  37:20 42:18
  62:5
codifying 12:23
coding 37:20
collaboration
  36:9
collaborative
  34:5
collar 103:19
Collaya 114:10
  114:11
colleagues 37:4
  60:17 88:13
collect 26:23
  49:23
collected 13:6
  54:7
collecting 13:12
  13:18 14:6 24:4
  25:11 26:9,17
  82:2
collection 5:8
  12:20 25:15,21
collective 34:8

collects 38:23
college 93:21
Collins 114:12,13
color 81:9 82:5
combine 65:13
come 21:12 22:4
  33:7,16 37:2
  40:16 42:5
  43:21 46:19,22
  48:5 79:1,9
  86:7 94:2
  103:25 106:23
  112:15,17
comes 2:25 4:6
  16:14 19:4
  22:13 38:24
  62:14 89:19
  101:24
comfortable 6:25
  89:14
coming 8:13 67:5
  78:5 79:2 82:21
  85:22 90:4
  92:21 100:4
  102:13 106:7
  106:11
command 110:18
comment 66:23
  109:14
commented
  92:25
comments 2:19
  83:4 97:13
  103:5
Commission
  59:11
commit 108:21
committed 9:10
committee 1:9
  2:3,18,21 3:16
  3:24 4:13 19:15
  33:23 48:18
  53:17 64:23
  67:11 90:10
  113:4 116:18
committees 48:15
common 67:12

88:14 91:7
commotion 78:4
communicating
  72:3
communication
  86:10
communications
  89:1
communities
  68:11 76:8
  81:24 93:17
  99:22,23
  100:18
community 47:17
  67:17 68:5,7,8
  68:22 75:25
  77:13 81:21
  83:13 94:17
  100:24
community-ba...
  67:19 81:12,16
  99:16
comparing 3:11
compelled 2:21
complete 6:6
completed 87:8
  97:7
completely 85:14
  94:24
complex 88:25
compliance 13:23
  105:20
complicate 18:15
complicated
  89:20 94:5
  109:25
comply 105:7
components 6:22
  35:18 38:12
  50:6
comport 86:24
compromised
  98:4
concede 88:7
concern 31:17
  54:12,14 79:10
  103:5

concerned 8:20
  81:15 89:18
  107:4
concerning 23:4
  103:6
concerns 85:15
  90:18 91:14,22
  92:3 93:4 96:7
  96:15,20
conclude 75:6
  110:25
conduct 32:17
  37:7 99:17
  100:21
conducted 54:15
conducting 32:12
  38:14 100:14
Conference 86:4
confidence 73:8
confident 95:16
confirm 24:25
  27:9,11 29:9
confirmation
  5:19 6:2
conflict 104:25
conflicts 104:16
confusing 46:7
  68:16 105:6,22
confusion 105:25
congressional
  45:19
consent 54:23
consequence 10:2
consequences
  50:7
consider 10:9
  27:25 28:2
consideration
  14:21
considered 45:10
  94:14
consistency 5:24
  23:20 42:15
consistent 5:24
  28:3 31:23
  32:25
Constant 85:25

**constituency**
93:11,14
**constitutes** 26:10
61:2
**Constitution**
73:3
**constitutional**
48:3
**construed** 110:24
**contain** 91:23
116:3
**contained** 62:4
**contains** 18:22
**contest** 6:22
**context** 7:8
**continually** 34:15
**continue** 27:5
36:17 49:25
52:12 62:14,15
66:19 85:17
108:20
**continuing** 50:4,5
99:17 101:22
**continuously**
49:13
**contracted** 71:9
**contribution**
76:12
**control** 48:18
**conversation** 7:5
36:3 51:12
**conversations**
43:2 57:21
**convey** 19:3
**convicted** 3:10
5:9 24:5,18,23
25:13 46:22
54:24 87:7
**conviction** 26:21
27:12
**convictions** 54:25
101:4
**cooperate** 36:12
**coordination** 6:5
**copied** 29:15
**copies** 13:7,19
14:11 105:2,3

**copy** 17:4 29:5
74:25 95:4
112:4
**copying** 16:1
**core** 70:1 73:4
**Corey** 41:15,18
**correct** 56:23
59:14 60:11,24
61:12 63:10
116:4
**corrections** 59:8
61:23 65:16
**correctly** 25:9
40:4 69:14
**Correlation**
85:24
**cost** 55:6 58:18
94:14
**Council** 98:9
**count** 71:8 72:8
74:20 88:4
**counted** 19:11
20:18
**counter** 78:1
**counties** 34:3
43:17 96:16
98:14
**country** 26:3
71:25 72:12
75:19,25 81:5
112:10
**country's** 83:11
**counts** 19:17
70:14 75:7
**county** 36:7,15
36:16 37:1
38:22,23 42:15
42:16 46:21
69:13 76:20
89:11,16 93:18
106:21,24
111:6,8
**couple** 4:4,14 8:7
30:17 41:11
46:20 59:1,3
84:23 86:17
94:24 104:22

**course** 49:21
**court** 13:3 31:11
36:15 44:5
46:21 52:7
61:23 66:2
**courts** 3:19 66:9
84:25 89:20
107:7
**covered** 71:12
**COVID** 79:20
97:17 98:2
**crack** 87:17 88:8
**cracking** 29:21
67:25 68:7
**create** 5:21 15:10
16:22 28:23
47:18
**created** 61:6 94:5
**creates** 15:25
91:20
**creating** 4:23
23:15 65:25
**crime** 24:19
29:21 30:4
69:17
**crimes** 4:16 5:10
45:21 54:25
84:10
**criminal** 54:15
**criminalized**
102:7
**critical** 38:10,12
**CS** 114:3 115:14
**cumbersome**
68:16 100:11
**cure** 19:12 21:2
71:18
**curing** 41:24,24
71:6
**current** 2:24 3:6
5:18 6:1 10:3
12:16,16,22
24:16 42:20
59:25 67:23,24
73:9 90:17
**currently** 15:14
17:10 37:12

43:11 44:12
49:10 51:9 52:2
66:18 113:16
**custody** 70:22
**cutting** 103:3
**cycle** 15:6,8

**D**

**D.C** 1:24
**Daniel** 100:5
**data** 10:5 35:10
35:12 36:16
38:23,25 39:4
52:1 56:24 62:1
62:4 69:25
78:13 87:2
**database** 53:3
61:6,20 65:7
**databases** 53:1
65:18
**date** 101:9,9
**dated** 50:18,18
**dates** 5:4
**dating** 15:15
**daughter** 83:7,8
**DAVID** 53:3,6
65:7,7,17 66:4
66:7 87:13
**Davis** 59:1,3,16
60:7,9,13,15
62:19 63:15
64:4,18
**day** 17:13 18:4
18:12 43:7 49:3
54:8 57:12,18
62:7,12,14
70:25 72:7
74:18,18 78:2
79:7,9 82:15,18
83:20 85:9
91:21 93:25
96:18 104:17
110:5,5,14
**days** 5:1 6:3
12:12,20 14:10
14:20 17:8,10
17:15 18:8 50:3

50:23,23 57:10
57:13 58:4
67:23 81:5
84:23 91:10
96:11,19
111:16 112:21
**DC** 82:17
**dead** 52:8 71:18
**deadline** 17:9
91:10
**deadlines** 43:5
67:21 112:16
**deal** 104:10
**dealing** 92:3
**deals** 36:15
**dear** 8:24
**death** 14:22
**debate** 9:21,22
106:7,8,10,17
107:2,16 108:6
108:7,25
109:14
**debates** 107:15
**decades** 81:11
**deceased** 14:19
**December** 96:13
**decided** 43:7
51:24
**decision** 27:22
51:13,22 52:11
**deck** 85:21
**declare** 116:1,8
**decrease** 97:5
**deeper** 87:9,11
**defer** 21:3,19
23:2 49:1 64:15
**deference** 75:13
**define** 25:4
**defined** 25:5
**definitely** 87:12
**degenerative**
97:1
**degree** 13:6,18
14:15 16:1
29:16 74:9,11
**delete** 7:23
**deleting** 6:1

**delineated** 57:16
**delineation** 30:1
  57:22,22
**delineations**
  113:1
**deliver** 98:22
**deliverable** 37:23
**delivered** 12:18
**delivering** 111:23
**delivery** 98:23
  99:8 112:4
**democracy** 10:15
  69:2 75:20,21
  81:25 90:20
  107:22
**demonstrate**
  110:10
**denied** 71:14
  111:21
**deny** 76:5,5,6,8
**denying** 111:22
**department** 2:24
  3:4,9 6:5 16:21
  20:6 28:22
  30:22 31:10
  34:6 43:13 45:2
  46:3,22 47:1,6
  53:12 59:8,8,10
  61:7,14,16,23
  61:24 65:22
  66:17 69:17
  74:23 91:11
  110:1 112:15
  112:17
**deputy** 73:17
**Desagley** 114:14
  114:15
**DeSantis** 71:21
  71:21 73:15
**described** 18:17
**design** 44:14
  106:12
**designed** 107:19
**desire** 23:9
**detail** 4:4
**detailed** 2:14
**details** 4:12 86:20

**determination**
  46:4,6 102:5
**determine** 19:25
  20:2 21:18 45:2
  101:4
**determined**
  29:25 45:15
**determining** 2:25
  19:17 38:17
  92:7
**develop** 98:7
**device** 97:21
**diagnosis** 98:4
**died** 73:18
**difference** 25:10
  26:16 56:20
  104:3
**different** 6:22
  19:16 35:19
  38:21 39:3
  42:13 43:20
  46:20 47:23
  53:4 61:22 62:5
  62:5 87:23 88:5
  93:14 97:3,7,9
**differently** 2:15
**differing** 62:4
**differs** 2:15
**difficult** 10:18
  76:2 81:13
  87:19 95:2
  103:4
**difficulty** 22:22
**digging** 22:16
  87:4,9
**DIGITAL** 1:23
**diligently** 30:8
**direct** 40:7
  104:24
**directing** 50:10
**direction** 94:17
**directly** 3:18 87:2
  99:16
**director** 53:16
  75:16 80:24
  90:11
**disabilities** 56:10

96:23 97:14,18
  98:3 99:2
**disability** 82:12
**disabled** 74:25
**disagree** 60:23
  94:21
**discerning** 62:7
**discourage** 91:1
**discourages**
  85:13
**discretion** 25:2
  27:13
**discretionary** 5:1
**discriminatory**
  82:4 90:13
**discuss** 44:13
**discussed** 101:1
  102:20 112:24
**discussion** 9:25
  51:13 87:1
**discussions** 19:14
  22:10 52:18
**disenfranchise**
  80:17
**disenfranchised**
  54:7 55:20
  94:23
**disenfranchises**
  55:17
**dishonesty** 55:1
**dismantles** 2:24
**disoriented** 79:2
**disregard** 70:4
**disrespect** 70:4
**disseminated**
  31:20
**dissuading** 103:9
**distinct** 29:23
**distinction** 26:4
**district** 45:19
**dive** 87:11
**division** 12:19
  102:23,23
  110:2
**Dobson** 75:10
  76:16 82:20
  83:3

**doc** 30:22
**document** 45:10
  72:16
**doing** 2:14 7:12
  19:8 33:25
  37:13 38:16,17
  44:12 45:4
  46:13 48:7 53:7
  55:4,6 62:15
  64:1 77:13
  80:22 85:9
  93:10 94:15
  95:21 104:8
  110:7 113:22
**dollar** 9:4
**dollars** 104:4
**double** 27:1 51:4
**doubt** 47:5,17
  87:17
**download** 99:5
**downtown** 75:18
**Dr** 85:24 90:7
  92:19,19 100:5
**drafted** 10:1 60:2
**drastically** 74:16
**Dream** 82:21
**drive** 92:12
**driver's** 65:9 68:3
  92:11
**drives** 10:22
**Dropbox** 70:24
**dropped** 70:23
**drove** 84:22,23
**dual** 98:3
**dumping** 56:24
**duplicated** 71:10
**duplicator** 73:24
**duties** 4:17
**duty** 9:9 16:21
  32:19,20

— — — — — —
            **E**
— — — — — —
**eager** 7:15
**earlier** 30:6 53:22
  58:15 89:8 91:5
  91:8 94:13
  101:2 107:11

**earliest** 81:5
**early** 5:1 18:3
  40:12 57:17
  68:19 71:2
  77:17 83:6
**easier** 67:15 69:4
  97:8
**easily** 74:1 78:22
**easy** 20:9 21:2
  80:15 81:2 87:6
  101:4 111:13
**echo** 91:24
**economic** 86:2
**Edmund** 83:9
**education** 68:23
  68:23 75:16
  104:12
**effect** 16:24 45:21
  81:18 82:7 91:2
  101:18
**effective** 5:4
  82:17
**efficiencies** 5:22
**efficiency** 3:21
**efficient** 61:5
**effort** 4:9 15:16
  36:10
**efforts** 81:18
  82:15
**egregious** 94:23
**either** 40:19
  55:22 71:14
  80:17 112:5
**elected** 47:15
  72:9 73:12
**election** 4:6,16,24
  5:10 14:18 15:6
  15:8 17:11,13
  17:14,15 18:4
  18:20 19:10
  31:12 35:17
  36:25 39:16
  42:4,18 45:21
  54:8 55:10
  57:18 65:11
  69:16,21 71:16
  71:19,19,22

72:10 73:7,9,10
73:18 74:4,23
76:19 77:3,17
78:2,2,14 84:10
84:19 91:21
98:13 101:2,19
106:22 108:23
110:5 111:3,4
113:11
elections 2:2,3,17
 2:20,21 3:20
 5:14 12:19 18:5
 20:5 24:18
 25:15 26:3
 30:23 31:7 34:7
 34:9,13,13 35:8
 35:21 38:7,11
 41:23 52:25
 58:3,7 59:14
 61:10,24 63:1
 65:6,24 69:24
 70:10 73:5,20
 74:13 76:24
 81:3,10 84:11
 85:3,4,21 87:3
 89:10 90:16
 93:15 94:3
 95:15 97:7
 98:11,21
 101:15 110:2,3
 112:22
elector 102:8
electoral 3:5
electronic 74:20
 98:22
electronically
 99:1
elevating 8:22
eligibility 2:25
 45:1,3,4,15
 47:6 60:21 61:6
 61:8,9 84:4
 92:7 101:24,25
 102:5
eligible 31:13
 47:8,20 69:4
 81:19 92:9

101:5
eliminate 5:4
eliminating 90:13
Ellie 92:21
Elvis 82:23
email 72:15 98:24
 98:25 99:1
emer- 91:19
emergency 38:24
 78:19 91:19
emphasize 56:1
employees 9:7
 54:23
empower 72:11
empowers 84:10
encourage 56:2
 79:25
encouraging
 10:16,17
ends 85:9 89:11
enemy 4:10
enforced 73:15
enforcement
 54:18 59:10
engage 4:1
engaged 76:20
engaging 90:22
enjoy 112:10
ensure 15:18,22
 31:22 32:25
 38:1 49:23 97:8
 97:9
ensuring 3:5 18:1
 21:7 112:13
entertain 42:6
entire 62:6 96:1
 110:14
entities 61:22
entitled 72:1
envelope 18:21
 19:3,5,10,23
 20:21 22:21
 42:1 43:16,22
 44:8,9,10 87:16
 87:20,24 96:18
envelopes 43:25
 87:19 91:23

envision 62:11
Equal 75:16
eradicates 84:8
ERIC 51:9,14,16
 51:22 52:2,16
 52:20 102:21
 102:22 103:2
 108:18
ES&S 71:5
especially 81:6,9
 82:5 86:10
essentially 7:6
 26:11,12,19
 49:15
established
 103:13
ethics 2:2,16,21
event 83:9 93:18
 96:10 116:5,9
everybody 36:19
 49:21 84:24
 90:16,21 103:7
evidence 1:23
 29:2,19
evident 73:23
exact 105:12,18
 105:19
exactly 40:23
example 36:14
 37:15 42:19
 68:18 100:12
examples 38:5
excellent 57:14
exception 5:4
exceptions 43:5,5
excessive 27:25
 28:2
exclude 26:22
exemption 52:16
exercising 81:9
exhausted 64:24
exist 85:8
existence 15:15
 95:13
expanding 66:7
expect 16:25 56:4
 71:24 72:6

expected 87:11
expedite 35:3
experience 83:8
experienced 70:1
experiences 21:4
expert 59:22
experts 6:23 21:3
expires 15:7,7
explain 2:6,10
 3:17 7:21 61:21
explained 8:4,5
explaining 57:15
explanation 2:13
 2:14 3:16 65:9
explore 87:22
exposed 71:13
 73:14
express 62:2
 75:24
ExpressVote 71:1
 71:3 97:22
extent 6:23
extra 112:21
extreme 81:7,15
extremely 100:10
eyes 105:8

**F**
face 37:16
facilitate 7:4 8:18
facsimile 98:23
fact 18:13 29:19
 85:6,6 111:12
Faculty 83:2
fails 11:8
fair 17:21 22:9
 23:1 73:5 81:3
fairly 87:6 88:24
 91:12
faith 73:4 75:15
faith-based 76:2
fall 18:14
families 42:4 76:7
 79:2
family 73:4
 100:25 103:20
famous 75:6

fantastic 33:25
far 41:23 91:16
 97:8 98:13
father 83:8
favor 9:1,18 11:3
 109:7
favorably 115:15
FDLE 61:23
 65:15 66:10,16
 69:16
fearing 111:17
February 101:14
federal 39:20
 52:7 74:18
 82:10 100:6
fee 40:3,5 41:1
feed 93:24
feedback 10:6
 21:15 31:24
 50:4
feel 6:25 8:16
 9:15 24:8 28:14
 35:20 59:23
 82:6 85:7 89:14
 108:8
feels 17:2
fees 8:22 28:4
 40:2,13,14 41:2
 46:17 104:13
fell 87:1
felon 24:18 46:16
 54:24 65:16
 66:13 74:9
felonies 5:9 24:19
felons 47:18 87:2
 87:7 89:19
 108:1
felony 3:10 13:6
 13:18 14:15
 16:1 24:5,24
 25:14 26:21
 27:11 29:17
 74:11 101:3
 105:20
felt 83:24
festivals 94:1
fi- 23:12

**fiduciary** 4:2
16:17 26:1
55:22 111:24
**field** 21:3,20
**fifties** 83:14
**fights** 83:15
**figure** 53:12
82:19 105:11
107:8 111:13
**file** 58:23 64:3
**filed** 98:9
**filing** 91:19
**fill** 17:24 23:9
68:16 97:16
**filled** 25:23 29:16
56:8
**filling** 23:12 56:9
**film** 113:24
**filter** 61:17
**final** 23:3,4 39:25
**finally** 83:16
**finance** 49:17
113:3
**financial** 99:18
**financing** 113:4
**find** 12:22 40:11
40:15 46:17
49:15,19 54:4
61:8 64:3 65:12
**finding** 80:7
**fine** 5:6 7:24 9:5
49:10,13,17,23
53:22,24 55:9
60:15 72:22
77:18 80:14
86:20
**fines** 8:22 9:2
10:3,4,24 28:4
28:10,10 55:5
67:21 90:25
94:14 95:1
104:7,13
107:18,24
**first** 2:22 4:15,22
5:20 7:17 9:14
11:17,18,19,20
18:25 20:16

34:25 51:25
67:8 80:4,13
83:17,25 93:3
93:10,15
100:16 102:25
108:15
**fiscal** 1:9 30:25
35:7 62:17 86:2
116:18
**fitting** 23:22
**five** 13:4 60:19
81:20 84:18
86:23 101:9
**fix** 74:3 82:17
**fixing** 104:5
**FL** 116:18
**flagged** 96:24
**flanking** 6:24
110:19
**flesh** 22:11
**flirt** 101:3
**floor** 30:14 35:1
86:17 106:10
**Florida** 1:8 4:20
4:21 8:15 9:14
52:1,11 58:7
59:10 62:12
67:13 69:12
72:25 79:25
80:24 83:2
84:11,20 85:2,7
85:20,23,23
86:1,3 90:10
96:1 98:7,9
99:12,15
101:14 102:16
111:6,12,15
**Floridian** 55:20
68:2,14
**Floridians** 54:10
68:25 100:17
**flow** 3:18 6:17
7:8 65:24 66:18
**focus** 18:3 27:5
90:13
**focused** 34:20
**folks** 22:12 61:7

92:24
**follow** 60:7,16
**followed** 76:16
103:2
**following** 16:5
69:8 75:9 77:2
90:7 92:19 96:4
**foremost** 2:22
**forgot** 6:15
**form** 25:23,23
56:21,24 57:1
90:17 97:6,8
99:7
**former** 112:15
**forms** 8:7,8 15:11
57:2 68:13 81:7
96:11,15 97:6,9
**Fort** 86:3
**forth** 11:13 12:3
24:9 30:15 35:2
41:13 44:21
**Fortunately**
69:20
**forward** 49:25
**fought** 43:1
**found** 44:4 55:2
69:20,22 105:1
**Foundation**
82:21
**founded** 75:19
**four** 15:4,24 71:1
78:3 80:8,9
84:8 86:23
101:11
**framework** 23:15
**frankly** 84:20
113:2
**fraternities** 10:21
**fraud** 21:7 24:18
108:21,22
**fraudulent** 20:11
54:20 55:7
**free** 24:8 28:14
47:2 73:4 81:3
**freedom** 73:4
75:20
**freedoms** 71:25

**freely** 49:8
**frequency** 31:17
32:2,4,24
**frequent** 55:15
**fresh** 36:16
**friend** 93:1
**friends** 41:18
100:24
**front** 7:17 84:24
**frustration** 62:3
**FTE** 32:7
**full** 52:25 53:6
64:2 106:10
110:3 116:3
**fully** 81:24
**function** 6:16
18:13
**functions** 26:18
**fund** 36:25 75:17
80:22,25
**fundamental**
9:18
**fundamentally**
68:24
**funded** 36:6,25
89:10
**funding** 37:2
89:15
**fundraising**
113:18
**funds** 79:21
89:14
**further** 4:9 6:8
108:6 116:8
**future** 75:24

**— G —**
**Gadsden** 111:8
**game** 81:8 113:25
**Garcia** 114:16,17
**gathered** 57:6
**general** 35:14
69:24 71:19
86:14
**gentleman**
108:10
**Geraldine** 75:14

**getting** 2:11,12
38:8 47:10 53:4
61:16 83:24
89:13,24 95:22
108:14
**gimmick** 81:8
**give** 5:15 12:17
27:2 45:1 46:14
47:3,7,21 53:5
63:11 65:8 67:6
70:11 81:4
105:10 115:16
115:16
**given** 92:11
**gives** 14:1 22:2
**giving** 9:8
**glad** 58:24
**go** 4:3,12 7:18
11:12 12:3,4
14:17 15:25
16:24 17:6 24:8
30:15 33:18
34:25,25 35:1,2
40:15 41:11,12
43:23 44:21
45:14 46:20
53:9 56:12
57:15 61:9 63:9
65:15,17 66:16
66:16 68:19
78:8,20 79:10
86:17,21 87:13
89:4 92:13,23
93:4,22 95:7,8
98:1,5 99:4
102:9 104:9,15
107:21 108:6,7
108:14,21
111:14
**goal** 36:18 113:18
**God** 41:21 69:19
72:6,10 76:14
**goes** 3:12 20:1
45:16 58:20
61:3
**going** 2:1,10 6:14
12:7,17 13:3

14:17 15:3,25
17:6,23 18:19
22:6 27:1 28:20
29:25 31:1
32:17 34:25
35:1,7,15 37:11
40:5 43:14 44:1
44:25 45:2
46:14 47:25
48:16 49:25
50:12 55:18,24
57:24 58:14
59:16,24 60:16
67:3 77:7 78:2
78:4,24 80:6,16
82:21 88:17
89:8 95:2,11
96:17,19 100:7
103:8,12 104:5
106:9 107:4,9
108:14,16,23
109:1,2 113:19
115:15
**good** 2:8,8 4:10
5:15 13:2 17:21
22:13 23:22
33:10,22 34:13
41:14,16 42:8
44:19,23 53:25
55:11,12 58:24
66:8 69:11
75:12 80:23
83:20 85:3
95:20 99:13,13
100:9 108:22
110:6 112:18
112:19
**GOP** 71:20
**gotcha** 81:8
**governing** 51:15
**government** 81:4
**governor** 34:3
69:16 73:14
**grandbaby**
103:22
**grandma** 103:22
**grandmother**

96:13
**grants** 95:22
**grassroots** 73:2
73:20
**gray** 105:11
**great** 4:10 6:12
44:17 49:5 53:8
53:18 56:17
65:12 79:10
85:5 113:22
**Greater** 75:17
**green** 100:16
**Greetings** 72:25
**grossly** 35:21
**Ground** 75:16
**group** 1:23 8:22
51:19 73:2 82:5
90:12 94:10
95:6 101:15
104:5
**groups** 9:17
10:21 78:24
90:20,22,25
91:2,5 93:11,14
99:17 100:10
100:20,23,24
104:8 108:9
**guardrails** 4:3
**guess** 18:25 23:15
48:4 50:11 59:4
59:13 62:16
93:5 105:1,12
**guessing** 92:16
**guidelines** 23:16
28:25
**guys** 33:19 80:5

---
**H**

**Hagen** 85:25
**hand** 71:8 72:8
74:20 112:4
**handing** 25:20
**handle** 19:18
20:8 26:23 43:3
**handled** 71:4
87:12
**handling** 5:8 24:4

24:4,23 25:5,6
25:22 26:9,10
26:17 42:13
82:2 107:25
**hands** 112:19
**handwritten** 7:13
**happen** 43:6,12
78:16 90:14
**happened** 98:8
**happening** 60:1
74:17 94:4
**happens** 13:12
43:17
**happy** 21:18 23:2
27:3 34:21 86:8
**harassing** 74:10
**harassment** 4:24
77:9,21,22
**hard** 7:7 67:13
77:1 80:6,16
111:15
**harder** 67:17,19
68:2,9,10,14,24
69:3 111:11,19
113:5
**harms** 99:16
**harsh** 42:19 44:3
44:3
**harsher** 67:21
**harvesting** 73:14
**hat** 76:19
**hate** 60:22 64:7
**hats** 76:19 110:5
**he'll** 93:5 99:10
**head** 78:15 100:8
**Health** 30:22
31:11
**hear** 4:5 63:2
107:7
**heard** 7:14 8:25
31:16,24 32:10
45:21 58:9
60:20 73:16
97:12,21 103:5
111:20
**heart** 75:21
**heavily** 93:16

**Heigel** 82:23
**help** 6:16 7:4
8:23 9:12,17
36:18 46:3,5
47:16 54:18
56:2 79:21 82:8
94:18 95:23
**helped** 57:3
107:22 110:20
**helpful** 33:8 57:9
**helping** 9:13
10:24 53:12
80:17 81:13
105:5,7
**Henderson** 82:24
**herded** 79:6
**Herron** 86:1
**hey** 44:3,22 59:4
95:4
**Hi** 44:22,23
**hidden** 70:13
**high** 46:25
**highest** 111:5
**highlight** 16:13
19:7 92:2
**Highway** 59:8
**Hillsborough**
76:20 78:1,9
**hinder** 101:20
**Hispanic** 81:19
90:23 100:2
**Historic** 75:17
**history** 72:5
83:11 85:16
**hit** 35:15 97:17
**hold** 8:24 19:19
35:24 55:15
**holders** 100:16
**holiday** 74:19
**homeowner** 38:7
**homes** 103:21
**honest** 22:10
94:21 104:20
**honor** 75:13
**hope** 79:8,19
80:13 85:15
109:18

**hopefully** 74:18
86:16 89:5 97:4
110:9,9
**hours** 39:10
68:15 78:3
**house** 108:19
**housed** 61:25
64:13
**Hudson** 115:13
**huge** 90:22
**hundred** 62:9
71:1 94:22
103:5
**hundreds** 103:1,8
**hung** 84:23
**hurdle** 91:20
**hurt** 103:8
**husband** 18:23
88:1
**HUTSON** 2:1
6:12,14 7:10,15
8:1,4,12 9:20
10:11 11:2,6,8
12:3 23:25 24:8
28:14 30:13
33:2,5,12,21
34:23 40:17
41:10 44:20
50:9,14 51:6
52:22 53:8,19
58:12,25 60:8
64:20,24 65:3
66:22 69:7
72:17,22 75:8
76:15 79:15,18
80:19,21 82:20
85:19 88:10
89:4 90:3,6
92:17,19 96:3
99:9 102:1,12
104:18,21
105:14,24
106:1,4,6,17
107:2,15 108:4
108:25 109:6
109:10,12
114:2 115:14

**hyper-technical**
6:18

**I**

**ID** 68:3 74:19,25
79:11,22,25
**idea** 9:4 35:6
44:17 56:16
78:17
**identification**
4:20,21 45:11
54:22
**identifications**
54:22
**identify** 3:9 21:14
32:13 37:9,24
62:5
**identifying** 29:14
38:18
**identity** 5:10
14:13 24:18
30:4
**IDs** 72:7
**ignore** 72:2
**illegally** 84:16
**immense** 25:24
**immigrants**
68:10
**immune** 98:4
**impact** 31:1 35:7
56:9 76:9 91:15
103:12,16
104:5
**impacts** 103:14
**impairment** 97:1
**implement** 89:13
89:16 95:3
**implementable**
32:1
**implementation**
30:25 33:11,13
33:17 88:14,17
88:21 107:5
**implemented**
82:18 98:13
**implementing**
82:15 91:12

**implicit** 104:25
**important** 3:25
4:1 6:16 8:17
10:15 16:13
19:7,20 34:11
42:14 45:6 83:5
**impose** 37:1
**imposed** 107:18
**imposing** 67:21
108:9
**imposition** 10:24
**impress** 19:19
**impressive**
110:13
**improve** 34:16
35:17 62:16
96:1 113:23
**improves** 23:20
**inability** 82:13
**inactive** 15:17
**inadequate** 101:7
**inaudible** 52:23
82:25
**inclined** 17:2
**include** 73:4
74:15 75:4
**included** 99:7
**includes** 112:11
**including** 61:22
68:10 73:11
**increase** 31:17
107:22
**increased** 53:2
**increases** 32:7
**increasing** 27:20
28:5 55:25
**incredibly** 95:2
109:25 110:12
**independently**
65:15 97:15
**indicates** 24:3
56:7
**indicating** 59:12
**individual** 24:17
25:13 29:20
**individually**
64:16

**individuals** 10:18
14:23 25:17
26:22 27:7 32:6
56:10 82:8
**indulgence** 96:2
**industry** 6:18
**inflict** 92:14
**influence** 55:10
69:3 113:6
**inform-** 57:5
**information** 3:11
3:18 10:5 13:8
13:12,13,20
14:2,11 15:18
25:15,25 28:19
28:24 29:1,14
29:22 30:4
31:20 36:13
38:24 39:1,2
45:7,9,17 46:10
47:2,22 52:4,19
53:6,13 57:4,5
57:6 59:25
60:10,18,19
61:1,16 64:11
64:12 65:22
66:1,16,17 92:4
101:21 104:1
105:3,8,17,18
112:8
**informational**
45:12
**infused** 113:7,16
**inherent** 76:11
82:14
**injuries** 97:19
**injury** 97:1
**input** 86:10 88:18
**inputting** 57:4
**inserting** 91:18
**inside** 41:25,25
**instance** 54:4,5
84:15
**instances** 14:14
**Institute** 93:16
94:7
**insurance** 92:12

92:13
**integral** 21:6
**integrity** 3:4
38:11 52:10
69:21 73:8,18
**intended** 3:24
77:7 92:6
**intent** 29:22
35:22 49:9,25
55:22 63:6
**inter-** 26:11
**interchangeable**
26:12
**interest** 116:8
**internal** 104:16
**interpret** 80:2
**intuitive** 81:2
**investigate** 55:4
**investigation**
54:15
**investigator**
105:9
**investment** 68:6
68:22
**invoice** 71:15
**involved** 56:1
69:18 70:3
76:22,22 93:17
**involving** 55:1
**Iowa** 51:23
**iPads** 78:6
**iron** 89:2
**ironed** 86:21
**Isaacson** 69:7,11
69:13 72:21
**issuance** 101:9
**issue** 20:4,20 21:1
29:4 47:24
48:21 58:10
84:1
**issued** 4:20
**issues** 88:17
110:18 112:8
**it'll** 92:20
**items** 84:13
**iterations** 3:13
88:5

**J**

**Jamie** 85:22
**jamming** 70:16
70:17
**job** 33:25 55:23
57:14 69:14
72:4 81:13 85:3
110:6,16
113:22
**jobs** 103:19,19
**John's** 111:6
**joined** 102:21
**jokes** 23:11
**Jonathan** 75:10
76:16 80:21,24
**Jones** 11:11,14
11:23 12:1,5,14
12:24 13:2,15
13:16,22 14:3
14:16,24 15:2
15:13,24 16:10
17:6,20 18:18
19:6 20:13,19
21:10,21 22:9
23:3,14,24,25
41:11,14,17,19
44:5,15,18 50:9
50:11,15 51:5
52:21 106:7,9
114:18
**Jr** 69:9
**ju-** 20:21 64:5
**judge** 9:11
**judicial** 54:16
**jump** 18:19,19
56:16 59:24
**jumping** 40:9,9
**June** 116:11
**jury** 112:11

**K**

**kava** 98:24
**keep** 6:14 7:8
28:18 29:5 95:9
105:1,3,8,19,20
**keeping** 29:24
**Keith** 67:4,11,12

**Ken** 82:23
**kicked** 113:14
**kicks** 113:15
**kids** 108:13
**kind** 2:12 16:10
  18:6 19:17 21:1
  22:10,16 25:10
  30:25 32:23
  49:12 59:5
  60:22 63:5
  64:13 77:16
  85:8 93:12
  105:11
**knew** 76:23 77:19
**Knight** 92:22
**know** 9:10 14:10
  16:16,19 18:23
  20:17,21 21:23
  22:3,11,12 23:8
  23:8 26:14
  29:20,21 32:5
  34:2 35:11,14
  35:15 37:1 38:9
  41:20 42:5,17
  42:25 43:14
  44:11 45:22,23
  46:16,17,23,24
  47:15 48:13
  50:20 53:14
  54:1 58:5 59:22
  63:1,19 64:11
  66:11,13,24
  76:10 77:23
  78:18 83:5
  84:15 88:18
  89:1,10 91:3
  94:9 95:14
  96:12,23 97:12
  104:9,10,12,17
  108:4,11
  109:16
**knowing** 43:25
  48:19
**known** 34:12
**knows** 74:17

**L**

**la-** 62:19 73:8
**labor** 93:11
**lack** 107:24
**landed** 5:14
**landing** 102:1
**language** 21:25
  22:1 26:8 42:2
  50:1 62:22 74:8
  74:15 75:4
  82:11 92:3
  101:21 111:1
**larger** 65:9
**Latasha** 82:24
**late** 55:8 83:14
  110:4
**Laura** 82:22
**laurels** 4:6 34:16
**law** 5:18 6:1
  12:16 19:24
  24:16 37:14
  39:20 42:20
  45:13 54:18
  55:14 56:5
  59:10 67:22,24
  67:25
**lawfully** 111:11
**lawmakers** 34:9
**laws** 4:6 42:18
**lawsuit** 52:2,3
**lawyers** 46:25
  47:1,7
**lead** 31:25 62:12
  100:11 105:23
**leaders** 75:3
**leading** 92:8
**league** 8:9,15 9:5
  10:20 102:16
**lean** 35:23,23
**learn** 77:6
**leave** 72:14,17,18
**left** 18:8
**leg-** 94:20
**legal** 5:20 6:4
  32:15 37:10
  38:20 45:10,11
  46:1,9 68:10
  72:7 74:19 84:3

**legally** 36:20
**legislation** 84:14
  94:21
**legislative** 53:15
**legislators** 67:14
**legislature** 34:6
  49:1 101:16
**legitimacy** 81:4
**length** 101:10
**lengthy** 51:12
**let's** 7:19 34:23
  79:24 89:4
  94:25 95:7
  115:17
**level** 19:20 36:7
  53:24 74:21
  110:8
**leveled** 111:2
**levels** 84:8
**levied** 49:10,14
**liability** 48:16
**library** 103:24
**license** 65:9 68:3
  92:11
**lift** 87:6
**like-minded**
  69:20
**likes** 94:10
**limited** 3:12
**limiting** 63:7
  103:15
**line** 15:5,8,25
  17:7 18:19 24:3
  26:15 27:19
  28:7,7,8,17
  40:7 44:24
  60:25 61:3 82:3
  92:3 98:18
  105:1,13
**lines** 7:23 48:14
  56:7 58:16
  62:24 63:6
**link** 70:8,9 99:4
**list** 5:12,22,25 6:6
  33:1 38:10,14
  39:21 52:12
  64:2,7 86:18

88:23 89:17
  98:21
**listed** 116:5
**listen** 43:15
**listening** 77:2
  92:15 107:5
**lists** 38:17
**literally** 110:13
**litigation** 98:9
  100:6 103:14
**little** 35:23 64:9
  78:23 80:1,12
  87:11 89:18,20
  93:1 105:10,11
  105:12 107:13
  111:17
**live** 37:25 74:22
  75:18 103:20
  106:20
**lived** 84:17
**lives** 37:18,22
  38:4 76:7 96:16
**LNA** 70:10
**local** 52:19 90:11
  100:24
**location** 22:5
  98:1,5
**long** 68:15 92:25
  104:17
**look** 11:16 15:3
  23:11 40:11
  48:19 50:5
  63:24 65:17
  72:4 77:14 95:8
  95:9 97:3 99:11
  103:7 106:14
  106:24
**looked** 55:2,3
  85:7
**looking** 34:16,17
  34:17 38:18
  59:7 64:2 78:12
  84:19
**lost** 59:5 71:16
  73:8
**lot** 33:10 36:25
  37:24 54:12,13

64:25 76:23
  85:14 86:10,12
  86:12,13,25
  88:5,18 90:15
  90:22 99:21
  103:18 106:19
  112:23
**lots** 4:2 78:9
**love** 61:20
**low** 55:5 94:14

**M**

**M** 1:24
**MA** 68:15
**ma'am** 104:18
  105:14
**machine** 70:17
  71:9
**machines** 70:11
  70:16,18,21
  71:1,3,4,4 72:8
  73:24 74:20
  87:18 97:22
**mail** 5:21 17:8,9
  17:14,14,17,18
  18:15,21,24
  38:4,8 43:12
  48:6 57:10,16
  57:23 68:20
  74:24 75:1
  77:25 79:7,12
  85:13,14 91:14
  91:16 97:6 98:8
  98:12 99:3
  101:14,15,17
  112:4,21
**mail-in** 75:1
**mailed** 38:6
**mailing** 19:4,10
  20:21 38:2
  96:12,15
**mails** 43:21 78:1
  78:14
**main** 90:18
**maintain** 6:3
**maintenance** 3:5
  5:13,23,25 6:7

33:1 38:10,14
39:8,21 52:12
64:8 86:18
88:23 89:9,17
**major** 107:12
**majority** 51:21
100:23
**making** 10:17
14:11 17:22
19:8 27:6 51:20
57:21 67:14,17
68:24 69:3
85:13 91:11
92:1 103:3
113:20,21
**man** 49:3 83:24
84:7
**mandate** 89:12
**mandates** 37:7
**manner** 48:11
89:21
**March** 83:7
98:12
**Marcus** 69:9
72:24 75:8,15
**Mark** 85:20,21
**marked** 88:3
97:24
**marking** 97:21
**match** 19:20
21:17 64:3
67:25 70:15
71:6
**matched** 70:16
91:7
**matches** 88:1
**matching** 43:10
48:8 96:22
**matter** 75:6 80:5
**matters** 75:7
**maximum** 5:6 9:5
81:3
**Mayfield** 114:18
114:19
**McCoy** 69:9
72:24 75:9,12
75:15

**mean** 4:7 18:9
19:1,2 23:12
25:6 36:4,18
37:12 44:6
51:25 56:16
57:13 58:6 62:8
63:21 95:11
103:11 104:2
**meaning** 54:7
**meaningless** 84:5
**means** 4:7 54:9
75:23,23 104:9
**mechanical** 6:19
**mechanism** 49:22
**meet** 32:1 70:5,5
113:18
**meeting** 1:8 6:17
69:20
**Melinda** 92:23
**member** 51:14,16
51:18,21 52:6
71:11,12
**members** 2:1
7:16 11:5,7
33:2,23 34:2,21
51:15 53:16
54:1 64:22
67:12 73:20
83:4 88:11
106:7 108:4,25
109:7,9,11
**membership** 52:4
**Memorial** 75:18
**mention** 65:5
104:16 109:20
**mentioned** 19:14
46:23 65:23
91:5 94:13
99:25 101:6
104:24 111:20
111:24 113:5
**Merchant** 85:22
**mess** 55:16
**message** 43:14
47:16 92:5
101:22
**messenger** 73:6

**met** 70:3,7
**method** 97:20,25
**methods** 98:20
**Miami** 96:11
**Miami-Dade**
93:17
**mic** 7:1
**Michael** 75:10
76:16 82:20
**Michelle** 114:2
**Mickey** 67:8 69:7
69:12
**midterm** 69:23
111:4,5
**Mike** 69:11
**military** 74:24
**Miller** 75:10
76:15,18 79:15
79:17,19 80:6
80:20
**million** 9:4 104:4
111:9
**mind** 8:1 13:14
33:15 98:16
**mine** 30:18
**minimize** 74:16
**minutes** 84:18
**miscommunica...**
89:2
**mismatch** 21:8
96:24
**missed** 39:9
52:13
**missing** 36:22
**Missouri** 51:23
**mistrust** 82:14
**mixed** 92:5
101:22
**Mm-hmm** 13:21
41:8
**modicum** 110:8
**modified** 77:8
**modify** 80:2
**moments** 4:4
**Monday** 78:13
**money** 19:3 69:3
95:22 107:6

113:5,8,17,20
**month** 39:22,23
113:19
**monthly** 67:16
113:7,14
**months** 51:13
73:21 96:14
101:10,10,11,11
101:11
**morning** 2:8
39:10 40:12
58:22 99:13
**motor** 59:9
102:23
**move** 37:3 85:18
94:16 115:15
**moved** 91:10
**movement** 93:11
**moves** 2:4
**movie** 73:13
**moving** 47:23
48:14
**Muffin** 86:1
**Mules** 73:14
**multi-generati...**
103:20
**multiple** 38:6,21
39:3 76:19
**municipal** 69:24
**murky** 105:11

—————————
**N**
**NAACP** 86:3
**Naaden** 116:1,12
**name** 14:18
22:21 24:14
45:18 67:12
69:12 73:1
75:15 80:6,13
90:10 97:3
99:15
**names** 71:13 80:4
80:10 82:22
**Nancy** 92:22
**nation** 84:20 85:3
85:16
**national** 39:1

**nature** 16:24
**navigate** 7:5
**nay** 11:6,7
109:10,11
**near** 78:4
**nearby** 93:22
**nearly** 19:16
111:8
**necessary** 72:11
**need** 19:20 22:4
27:1,13 30:24
42:5 61:11,25
68:19 74:25
80:2 86:20 99:6
108:20 109:20
**needed** 36:2 78:8
**needing** 25:16
57:2
**needs** 49:22
57:25 77:8
98:20 104:12
**negative** 9:16
103:12 110:23
**neglect** 55:22
**neighbor** 94:18
**neighborhood**
108:12
**neighbors** 94:18
94:18 100:25
**Neil** 85:23
**neuromuscular**
97:1
**never** 4:10,19
45:10 60:21
69:18 76:21
77:12 94:4 98:8
**new** 4:18,19,23
7:6 9:15 14:15
16:11 22:6
29:16 48:10
59:12 60:1
77:15 84:10
93:9 112:5,8,8
**newly** 87:7
**news** 42:8
**nexus** 25:14
**nice** 72:16

**nickname** 23:10
  23:13
**nicknames** 23:5
  23:21
**night** 71:16,20
  84:19
**nine** 14:17
**nod** 53:4
**non** 32:1 100:13
  100:13,16
**non-** 5:10 82:1
**non-citizens**
  68:12 100:14
  112:9
**non-residential**
  32:22
**nonpartisan**
  90:12
**nonprofit** 95:20
**north** 28:7
**note** 67:21
  107:13
**notebooks** 69:25
**notes** 40:11 99:10
**notice** 46:14 61:2
  67:13
**noticed** 78:24
**notify** 22:3 42:4
**novice** 73:24
**nuances** 87:10
  92:1
**number** 4:22
  6:25 15:12
  16:14 17:22
  21:12 42:9
  53:13 59:6
  83:20 100:4,7
**numbers** 70:14
  98:16 109:23
  111:9
**numerous** 30:21
**nut** 87:17
**NW** 1:24

**O**

**o-** 58:9
**objection** 7:19

58:9
**objections** 2:5
**obligation** 46:2
  51:25 56:5
**observations**
  73:23
**obtained** 31:21
**obviously** 6:17
  14:12 15:16
  16:25 17:24
  18:10,14 19:8
  19:18 20:3
  21:18 27:13
  29:18 30:3
  56:20 57:18
  66:2
**Occupy** 93:2
**occur** 39:21
**odd** 78:25
**off-ramp** 102:19
**offended** 77:11
**Offender** 59:11
**offense** 99:22
**offenses** 25:14
**offensive** 70:4
**office** 35:21 48:2
  54:17 59:10
  70:24 72:18,19
  78:3,20 79:7
  84:10,10 93:5,6
  112:11
**officers** 50:3
**offices** 34:4 35:8
**official** 70:5,5
  113:12
**officials** 47:15
  69:16 71:5 72:9
**Officialism** 71:22
**oftentimes** 35:20
  98:3 99:3
**OGSR** 52:17
**oh** 8:2,7 12:6
  20:13 23:3
  41:22 48:13
  56:12 58:5
  59:19 95:7
  103:25

**Ohio** 51:23
**okay** 11:8,9 12:5
  12:24 13:2
  14:16 15:2,3,24
  17:6 32:3,11
  33:4 36:23 39:5
  41:19 44:19
  48:13,13 50:8
  51:5,5 52:21
  60:15 64:14,18
  66:6,20,23 69:8
  79:17,18 89:9
  90:3,6,9 104:23
  109:6
**older** 63:17,22,24
**Olivia** 90:8 92:20
  96:3,3
**on-ramp** 102:18
  102:22
**once** 20:20 21:16
  43:19,21 55:7,7
  57:13
**ones** 57:4 70:15
  81:22 86:25
  111:21
**online** 13:10,24
  68:4 79:23
  101:8 112:3
**onus** 61:9 92:6
**open** 11:12 19:23
  30:14 35:1
  41:12 44:21
  51:7 86:9
**opening** 4:12
  49:12 57:14
**opens** 79:3
**operation** 45:20
**operations**
  100:12
**opine** 9:23
**opinion** 47:8
  101:5
**opinions** 101:8
**opportunities**
  82:6
**opportunity** 3:18
  16:13 17:3,23

27:2 29:19 76:8
  86:7,16
**oppose** 67:13
  91:3 99:16
**opposed** 11:6
  109:10
**option** 5:1 65:14
**options** 66:8
  87:23
**order** 75:1
**organization** 5:3
  10:3 12:12,21
  13:7,19 14:6
  24:7,12,22,25
  25:3 27:8 28:16
  29:9 50:22 54:4
  54:6 55:21 58:8
  93:13 94:6 96:9
  100:3
**organizations**
  3:23,25 7:25
  10:19 15:11,17
  15:19 16:4 31:1
  32:8 53:23
  55:13 67:18,20
  68:1,8,8,9 76:2
  81:12,17,22,23
  93:9 94:11,17
  95:12,21 96:8
  104:15 105:2
  107:19,21
  112:5
**organize** 76:3
**organized** 76:25
**original** 2:16 5:2
  5:12 6:3,9,10
  28:6
**originally** 74:8
**Orlando** 75:18
**Osgood** 30:13,16
  31:4,5,15 32:9
  32:19 33:2,4
  34:24 35:5,13
  36:23 38:16
  39:5,13,25
  40:10,21,23
  41:7,9 47:24

58:12,14 89:5,7
  90:1 107:2,3
  114:20,21
**ought** 10:16
**outreach** 68:5,7
  68:23 75:16
**outset** 34:12
**outside** 25:19
  52:4 88:16
  91:21
**overall** 35:16
**overkill** 104:7
  106:3 108:2
**overly** 94:10
**Oversized** 70:21
**overstepping**
  108:17
**overwhelming**
  84:14

**P**

**p.m** 17:12 71:17
  112:19
**package** 2:20
  112:19
**page** 6:18,25 7:6
  31:9 40:7 58:15
  59:4,16 98:16
  98:19 100:6,7
  109:23 111:1
  111:18 116:6
**pages** 116:3
**paid** 35:24 46:17
  49:18,19 58:17
  78:24
**Palm** 69:13,23
  73:1,21 106:21
  106:24
**Pamela** 86:3
**paper** 71:3 72:7
  74:20 97:16,23
  112:4
**paperwork** 68:17
**paragraph** 3:3,7
  86:22
**parameters** 23:16
  31:22
**parents** 108:12

part 12:15 21:6
35:11,11 36:3
37:5 39:6 40:1
40:12 48:9,10
57:18 66:7 70:3
89:19
participate 26:5
68:25 81:10,24
participates
90:21
participating
10:15 69:21
participation
107:22
particular 52:6
particularly 27:6
83:12 85:13
parties 5:5
parts 6:16 96:21
party 12:11,11
16:12 50:22
82:15 90:20
pass 111:2
passed 67:22
passing 108:19
pastor 69:9 72:23
75:8,15,17
76:10
pathways 65:25
patient 77:24
Patriots 73:2
patterns 34:19
pay 40:3,25
43:18 46:25
55:9
paying 40:14
113:11
PBVRO 96:8
PC 49:10
PCF 2:13
PCs 2:4,6,10,13
2:15,23 5:2,12
6:11 11:10,11
49:11,19 50:1
86:23 108:5
109:7,12,15
penalties 27:20

27:21 50:16,20
50:21 55:25
81:16 99:18
penalty 4:24 10:1
27:16,17 49:24
104:4 116:2
people 4:5 5:20
9:7,12,13,17
10:16,17,24
35:24,24 37:24
37:25 38:9
43:14,18 45:3
45:21 46:3,24
47:11,20,21
48:20 52:1,8
53:12,14 56:2,2
57:2 62:6 66:24
67:1 69:21
71:23 72:1,2,12
76:21,23 77:12
77:21,22 78:5
78:13,17 79:1,3
79:21,25 80:17
81:9,9,13 82:5
82:5 83:20 84:9
85:12 93:19
94:2,22 95:23
96:22 97:12,13
97:17,18,21,25
98:3 99:2
100:18 102:18
102:22 103:3
103:11,18
104:10 106:19
108:15 111:10
111:17,22
113:11
per- 31:21
percent 9:6 58:17
62:9 106:25
111:4,6,8
perfectly 88:3
perform 8:23
performing 99:20
periodically
15:21
perjury 116:2

person 4:22 5:9
13:5,6,18 22:7
24:23 27:9,16
36:19 37:18
38:3 42:5,20,25
42:25 45:16,25
46:13 48:17,18
55:19 57:7,7
61:10 64:10
67:6,6 76:10,11
76:25 79:11
96:16 112:19
person's 26:2
personal 13:8,20
25:25 29:14
54:21 73:23
80:1 105:3,17
105:18
personally 49:17
50:2 104:2
persons 31:12
perspective 107:6
persuaded 79:4
petition 40:25
41:3 48:10
58:21
petitions 40:1,3
40:13,14,20,25
48:1,2,3
Pettis 83:9
phases 18:5
Philip 93:16 94:7
phone 53:13
phones 77:5
photos 69:25
physical 70:20
pick 66:10 68:20
91:18 103:22
picked 39:22
70:23 81:13
picking 39:24
piece 49:7 50:1
pizza 93:25
place 19:1 32:11
37:15 45:19
49:22 57:11
65:13 78:11

placed 74:22
places 30:21
31:13
placing 58:20
plate 112:23
play 4:2 16:14
21:6
playoff 113:24
please 80:10
106:2 114:2
plugged 78:20
PM 17:10
PO 5:21
point 29:7 33:13
88:7 101:1,13
109:24
pointed 19:13
points 88:11
97:11
policies 76:7
policy 1:9 19:8
27:19 80:24
86:2 113:9
116:18
political 5:5
48:15,18 99:23
113:3
politicians 73:12
politics 69:4,18
113:6,8,17
poll 76:21 77:10
77:11,15 80:3,4
80:12,17
polling 45:18
98:1,5
popping 112:8
port 86:17
portal 16:7
portals 13:10,25
portion 4:19 56:7
possession
105:17
possibilities
22:15 111:16
possible 44:6
possibly 21:24
22:2 44:10

105:19,19,21
post 70:24
postage 43:18
Postal 37:19 39:2
postcards 102:22
103:1
posted 101:8
postmark 12:20
potential 20:11
79:3 93:23
potentially 16:25
56:15 79:6
power 81:6
powers 84:12
PPP 39:18
pre-filled 56:18
56:24
pre-program
70:11
pre-programmed
70:12
precinct 45:19
70:13,22 74:21
78:8
precincts 72:8
78:9
preferred 87:21
presentation 2:20
president 8:15
102:16
presidential
39:16 101:19
press 54:2,12
pretty 87:8,14
88:2 89:5
prevent 16:4 81:8
previous 63:17
63:22 89:24
price 46:25
pride 34:13 83:15
83:24 84:6
principle 18:1
principles 75:19
print 97:18,23
printed 16:23
prints 71:18
86:23

**prior** 54:25 56:8
57:6 61:12
**privacy** 79:5
**privately** 97:13
97:14
**pro-** 17:24 49:8
70:10
**probably** 7:3
11:20 15:10
19:2 21:6 23:4
23:22 33:14
50:25 64:8
84:17 91:3
92:16 109:24
**problem** 13:16
45:24 79:22
82:14 85:8
95:18,19 99:14
101:20 104:6
**problems** 94:4
**procedure** 108:18
**procedures**
106:24,25
**process** 2:24 3:5
17:25 29:25
56:1 62:16 73:8
73:9,18 74:4
82:9 90:23 96:1
101:5,14,17
103:3 113:23
**processes** 34:20
43:21
**produced** 14:23
**program** 5:23,25
39:8 98:8,12
**progress** 49:8
73:16
**prohibit** 25:17
**prohibited** 71:15
**prohibiting** 82:1
**prohibition** 5:7
**promise** 64:4
111:24
**proof** 17:5 29:2
84:3
**proper** 72:11
106:25

**properly** 104:8
**property** 37:22
**proposed** 2:3,18
3:16,23 4:13
81:16
**prosecutor** 4:17
**protect** 3:4 51:25
70:7 71:25
75:23
**protecting** 21:7
70:9
**protests** 93:2
**proud** 108:11,14
108:16
**provide** 28:16
47:2 102:6
**provided** 29:9
71:15
**providing** 4:25
27:20 31:7 36:7
79:22 101:3
**provision** 4:23,25
16:11 27:23
32:23 50:5
63:15 91:4
92:14
**provisionally**
102:6
**provisions** 5:3,13
6:3,9 25:12
90:19 91:14
94:20 104:25
110:24
**public** 52:15
66:23 70:2,8,9
70:13 71:14
74:10,21
109:14
**Publix** 25:19
**pull** 12:18 60:22
**pun** 35:22
**purchased** 73:25
**purpose** 13:22
14:12 30:2
32:23 40:5
49:15
**purposely** 84:15

**purposes** 45:12
**push** 91:25
**put** 19:2 23:6
27:23 28:24
42:2 43:19 44:9
44:25 50:1 54:2
57:10 60:3
66:24 77:1 94:8
94:10,25 96:18
106:11 107:20
112:16
**putting** 31:21
32:24 59:23
**PVRO** 14:6
112:3
**PVROs** 111:21

**Q**

**quadriplegic**
97:19
**qualified** 113:10
113:13
**qualify** 40:20,25
**qualifying** 113:10
**quall** 40:24
**quarter** 9:4 104:4
113:19
**quarterly** 67:16
113:4
**que-** 90:3
**question** 7:1
11:18,18 13:15
13:24 16:3
17:21,21 18:25
20:16 22:13
23:4 24:11 25:8
27:3 28:12,13
30:6 37:3,5,11
39:5 42:7 45:5
49:6 50:13
53:11,25 56:17
58:15 62:19
64:4 65:5,21
89:8 101:25
**questionable**
71:7 73:25
**questioning**

26:16 32:4
101:6
**questions** 7:18
8:2,6,6 11:11
12:7 24:1 30:9
30:13,17 33:6
33:17,18 34:21
39:25 42:11
52:22 53:19
58:25,25 59:2
64:25 66:22
86:8 88:11,12
92:16 109:13
**quick** 53:11 81:2
89:5,7 101:4
115:17
**quicker** 67:8
**quickly** 91:8
**quite** 104:19
109:20
**quote** 75:6

**R**

**race** 70:12 71:6
**raise** 97:11 99:18
104:4,13
**raised** 91:1
**ramifications**
27:21
**ran** 58:22 91:8
**Randolph** 93:16
94:7
**rare** 84:15
**raw** 111:9
**re-** 5:4 82:1 86:22
**reach** 86:17
99:22,24
**reaching** 82:7
**read** 54:11 63:20
63:23 82:13,22
98:15
**reading** 39:9
40:12 58:21
**real** 113:15
**reality** 113:7
**realizing** 84:20
**really** 5:14 9:16

18:16 19:7
23:16 43:11
45:6 47:13
60:21 65:12
76:25 77:12,20
78:21 79:8,13
79:19 80:5,6,13
83:22,23 87:4
89:7 90:18 91:8
91:21 93:1,7
95:11 98:18
103:23 105:6
107:4 113:11
**reap** 15:21
**reason** 18:16
19:12 34:15
39:14 49:14
58:1 78:18 80:2
**reasonably**
110:24
**reasons** 10:8
42:23 73:13
76:22 82:12
102:20 109:17
113:25
**receipt** 16:14,23
17:4 20:25
28:16,23,25
29:1,5,10,18,24
29:24 30:3 95:1
95:3,5 112:15
112:16,18
**receipts** 112:14
**receive** 14:25
15:2 28:17
65:25 66:1
92:12
**received** 3:12
21:4 116:5
**receiving** 60:10
60:18
**recognize** 10:12
**recognized** 2:6
7:21 8:13 9:23
11:11 24:1
33:21 59:1 60:8
67:10 69:10

75:9,11 76:17
80:22 83:2 86:5
90:8 96:5
102:14 109:1
109:15
**recommend**
74:14
**recommendation**
56:15
**recommendati...**
48:25
**recommended**
101:16
**record** 28:19 71:8
71:14 106:20
107:1
**records** 2:22 3:6
29:6 32:13 37:8
52:15 95:8,9,10
**recruit** 68:9
**red-** 17:18
**redirecting** 78:7
**reduce** 58:3
**reduces** 17:7,16
**reducing** 17:19
57:9,12 67:15
**reduction** 91:5,6
91:13,15
**reels** 68:21
**reference** 97:21
98:23 109:23
**references** 98:16
**referring** 11:23
35:10
**reform** 111:3
**Refuge** 75:18
**reg-** 24:12
**regard** 26:20
57:9
**regarding** 6:4
23:20 46:9 54:3
83:11 96:7
101:21 107:24
112:9,14 116:5
**regards** 83:23
85:16
**register** 3:1 8:18

9:12,13 10:16
10:24 15:6,21
24:13,15 29:20
56:2 64:12 68:3
69:4 81:14 94:2
94:18 95:7,13
95:23 102:18
112:2,3,3
**registered** 3:9
12:21 14:5 16:5
24:15 26:2
32:14,22 37:9
37:15 38:19
90:24 93:19,24
100:2 111:11
**registering** 15:19
81:1 100:18,24
105:2
**registers** 45:13
**registrant** 55:23
**registrants**
103:15
**registration** 3:6
3:22 5:3,5,8
7:24 10:2,22
12:11 13:10,25
14:1,5,7,19
15:7,12,23
16:12,15 17:5
24:4,6,12,16,22
24:24 26:24
27:8 28:11,16
29:8 32:13 37:8
50:17 53:23
54:3,6,8,21
55:4,13,21
56:19 60:25
61:2 63:17,22
67:20 68:1,4,12
81:17,18,21
82:3,9,15,16,18
83:16,25 84:1,3
84:5 89:22
90:20,25 91:4
93:9 94:6 96:8
99:17 100:3,15
104:15 107:19

107:25 112:20
**registrations**
54:13 55:8
104:3 107:11
**regular** 38:14
**regulated** 94:10
**regulating** 95:12
**regulations** 81:15
94:9,11 112:4
**reject** 18:21
20:12 21:8
**rejected** 22:4
70:15 71:8
**rejecting** 91:23
**relate** 25:13,13
**related** 5:9 15:18
16:23 24:18,19
27:11 28:24
31:17 52:16,18
82:1 113:3
**relates** 7:24 27:6
47:24 56:18
82:11
**relating** 90:19
91:4
**relatively** 93:9
**release** 54:2
**reliable** 38:25
**rely** 68:5 76:3
81:21
**remarks** 4:12
**remember** 63:8
83:15,15 84:18
91:10 100:8
108:12,19
**remove** 10:1
21:16 62:7,10
**removed** 9:4
11:24 12:1 64:7
64:10,11,13
74:8
**removing** 4:14,15
4:18,23,25 5:18
9:2 14:18
**rent** 79:21
**reorganized** 60:2
**repeat** 47:4

**repeating** 8:1
**rephrasing** 13:14
**report** 70:11
**reported** 115:15
**reporting** 2:19
30:22,23,23
31:2,14,14 32:5
35:18 59:13
61:4,14 66:3
67:16 113:1,2,7
113:14,16
**reports** 30:24
31:6,10,11
113:4
**represent** 72:12
**representative**
74:6
**representatives**
36:6 71:20
**reps** 69:15
**republic** 72:10
**request** 5:19 6:2
17:7,9,17 18:9
22:6 57:24 66:5
79:9 91:16,17
101:9
**requesting** 38:4
**requests** 32:10
47:10 71:14
**required** 6:6
14:10 19:24
31:18,20 32:21
46:13 57:1
74:19 75:1
102:21
**requirement** 5:5
5:18 6:1 48:10
48:15 91:19
95:1 96:22
**requirements**
67:16 100:13
113:1,2,16
**requires** 4:19
**requiring** 4:18
5:22 63:21
68:16 79:13
100:12

**research** 47:7
**researching** 27:5
**residence** 5:20
32:15 37:10
38:20
**residential** 6:4
37:17 38:3
**residents** 68:11
**respect** 3:22
110:1
**respectful** 77:16
**respectfully**
36:23
**respective** 3:19
**respond** 6:2
**response** 73:13
**responsibility**
101:23
**rest** 34:16
**resting** 4:5
**Restoration**
85:24
**restore** 72:10
**restored** 3:11
26:22
**restrictions** 39:20
100:10
**result** 44:2,3
72:13
**results** 42:19
84:19
**retain** 6:9 16:1
29:1,22 52:15
52:17
**retained** 29:15
**retaining** 14:11
**retention** 30:3
**return** 18:2 22:21
57:24 67:23
91:6
**returned** 19:9
21:9 57:25
**returning** 3:1
14:9
**revealed** 52:3
**review** 6:4 37:6
59:11 62:25

63:10,22 89:19
**reviews** 32:13,17
   37:8
**revised** 5:6
**revises** 5:2,12
**revol-** 90:18
**revolve** 90:18
**rewrite** 95:15
**Rich** 90:7 92:19
**Rick** 74:6
**right** 5:17 10:11
   12:5,25 16:19
   23:24 31:8
   32:19 33:19
   40:2 41:10
   43:25 49:21
   51:5 52:7 62:9
   64:5,19,20,24
   65:10 66:22,25
   72:5,18,22
   75:20,22 76:5
   81:10 85:23
   90:6 97:6,14
   100:17 105:9
   108:4,24,25
   110:22 111:23
   111:23 112:13
**rights** 3:11 26:22
   76:1,13 82:10
   85:23 112:10
**risk** 98:2
**Riviera** 69:23
**road** 61:9
**Rodriguez**
   114:22,23
**Rojas** 67:9 69:9
   72:23,25 73:1
**roll** 4:2 114:2
**rolls** 45:14,16
   52:8 62:8,10
**room** 63:1 111:25
**roots** 73:2
**Roth** 74:6
**roughly** 81:20
**row** 68:22
**Rubio** 71:22
**ruin** 49:21

**rule** 12:16,18,22
   12:24 67:24
   87:22 91:7,11
   92:1
**rulemaking**
   28:23 29:25
**rules** 16:22,22
   104:11
**run** 14:13 36:21
   48:2
**runback** 73:24
**running** 40:3
   112:11
**runoffs** 71:7

─────────
**S**

**sacred** 20:8 75:22
**sad** 73:18 74:13
**Sadly** 70:7
**safe** 72:10 85:4
**safest** 21:6 39:23
**Safety** 59:9
**sat** 110:13
**satisfied** 4:7
**save** 19:3
**saw** 30:17 69:25
   70:10 78:13
   83:18,22
**Saxon** 67:8
**saying** 4:11 11:3
   13:17 38:8 45:1
   45:22 83:6
   106:2 107:13
   109:7
**says** 13:5,17 15:6
   17:8 18:20 23:8
   26:9 50:23
   60:25 65:23
   84:2 95:5,6
   105:16,16,21,22
   108:10
**SB** 115:14
**SB524** 63:8
**SB60** 73:15
**SB7050** 2:16
   69:14 72:14
   74:7 75:5,25

76:14 114:3
**SB90** 63:8 67:22
   73:15 77:3 91:9
   100:6
**SBI** 78:21
**SBIS** 78:4
**scamming** 74:13
**schedule** 38:15
**scheme** 103:8
**Schon** 8:9,11,14
   8:14 96:5 99:12
   102:12,15,15
   104:19,23
   105:16,25
   106:2,5
**scratched** 78:15
**script** 2:8
**se** 21:8
**search** 85:8
**season** 57:17,17
   77:17 113:12
**seasons** 18:4,5,7
   57:16 112:22
   113:1
**seat** 72:19
**sec-** 62:25
**second** 12:17
   67:6
**secondary** 62:25
   63:21
**seconds** 105:15
   106:9
**secret-** 63:25
**secretaries** 52:23
**secretary** 12:25
   17:1 19:13
   20:14,23 21:20
   21:23 22:13
   23:2 33:3,6,6
   33:13,15 35:5
   35:13 44:6
   48:22 50:10,15
   51:6,9 53:22
   56:6,11 58:2
   59:4 60:20
   61:19 62:20
   63:4,14,19

64:20 65:5,11
   65:23 69:16
   94:13 106:11
   106:13,23
   107:5 110:11
   111:20
**section** 3:3,8 6:25
   7:7 11:16,16,16
   11:24 13:4,23
   14:17 15:3,4,4
   15:24 17:6
   18:19 30:20
   36:14 41:21,22
   41:22 48:14
   50:21 62:24
   63:6 64:5 82:1
   82:11,13 90:19
   98:17,17
   105:21
**sections** 30:20
   86:19 109:23
**secure** 99:4
**security** 4:16,22
   72:1 84:11
**see** 7:15 13:2
   33:10 39:10
   41:14,16 50:6,6
   59:15 61:20
   64:3 66:21
   77:21 78:4
   79:24 86:15
   99:9
**seeing** 8:6 9:22
   34:18 68:6
**seek** 16:20
**seen** 54:2
**segment** 116:18
**selected** 72:9
   73:12
**Selma** 83:7
**SEN** 2:1,7 6:12
   6:13,14,15 7:10
   7:12,15,22 8:1
   8:4,12 9:20,24
   10:11,14 11:2,6
   11:8,14,22 12:1
   12:2,3,5,14,24

13:1,2,14,16,21
   13:22 14:3,16
   14:24 15:2,13
   15:24 16:9 17:6
   17:20 18:18
   19:6 20:13,19
   21:10,15,21
   22:8 23:3,14,24
   23:25 24:2,8,10
   24:20 25:1,4,7
   26:7,11,20,25
   27:4,10,15,18
   27:24 28:1,12
   28:14,15,21
   29:3,11,12,13
   30:5,7,11,13,16
   31:3,9,15 32:3
   32:9,11,18 33:2
   33:4,5,9,12,20
   33:21 34:23
   35:5,13 36:23
   38:16 39:5,13
   39:25 40:10,17
   40:18,21,22,23
   41:5,7,9,10,14
   41:17,19 44:5
   44:15,18,20,22
   44:24 46:11
   47:10,13,23
   48:9,13,22 49:3
   49:5 50:8,9,11
   50:14,15 51:5,6
   51:8,11 52:14
   52:21,22 53:8
   53:10,18,19,21
   56:6,11,13 57:8
   58:2,11,12,14
   58:25 59:3,16
   59:19,21 60:7,8
   60:9,13,15
   62:19 63:14
   64:4,18,20,24
   65:3,20 66:12
   66:15,22 69:7
   72:17,22 75:8
   76:15 79:15,18
   80:19,21 82:20

85:19 88:10
89:4,7 90:1,3,6
92:17,19 96:3
99:9 102:1,12
104:18,21
105:14,24
106:1,4,6,9,17
106:18 107:2,3
107:15,17
108:4,8,25
109:5,6,10,12
109:16 114:2,5
114:7,9,11,13
114:15,17,19,21
114:23,25
115:2,4,6,8,10
115:12,14
**Senate** 1:8 2:2
8:21 72:25
103:13,14
108:19 110:19
116:18
**senator** 2:4,5
7:20,20 8:2,8
9:1,22,25 10:11
10:12 11:11,15
11:15,23 12:6,8
12:14 13:15
14:3,24 15:13
16:10 17:20
18:18 19:6
20:13,19 21:10
21:11,21 22:8
23:14,25 24:1,2
24:10,20 25:1,7
26:7,12,25
27:10,15,18
28:1,21 29:13
30:13,16 31:3,4
31:5,15 32:4,9
32:18 33:2,25
34:14,24 35:9
35:14 37:5,12
41:10,11 42:23
44:20 47:24
49:1,6 50:9
51:6,10 52:15

53:8,20 56:13
57:14 58:12
59:1,7,18 63:4
63:4,13,14 65:1
65:1,8,20 66:12
66:15,23 75:14
86:9 89:4,4
90:1 93:7 98:15
99:10 106:7,17
107:2,10,16
108:7 109:1,14
114:4,6,6,8,10
114:12,14,16,18
114:18,20,22,24
115:1,3,5,7,9
115:11,15,16
senators 2:7 6:24
10:14 69:12
75:13 95:17
99:14 109:22
**send** 53:16 61:17
92:4 107:13
**sending** 56:18,20
56:24 79:23
87:1 92:9 99:4
102:22
**sends** 45:17
101:21
**senior** 75:17
**seniors** 18:23
19:4
**sense** 14:16 15:21
91:21
**sent** 5:19 42:2
61:1 69:15 70:7
103:1
**sentencing** 87:9
**separate** 19:23
20:25 29:23
87:19
**separated** 20:20
43:19,22
**separating** 20:20
44:1
**sergeant's** 72:18
72:19
**series** 11:12

30:14 34:25
41:12 44:21
51:7 53:9,20
65:3 89:6
109:19
**seriously** 55:18
56:3 71:24
110:15
**serve** 75:15 93:13
**service** 37:19
39:2 90:22
99:20,21
**serving** 112:11
**set** 2:21 12:24
23:19 27:17
53:24 61:6
70:21
**settlement** 98:10
**setup** 107:12
**seven** 14:20
71:20
**shape** 75:24 76:6
**share** 13:11 75:22
**shared** 72:5
**sharing** 36:12,16
52:4,20 59:25
**sheriffs** 70:7
**shift** 18:6,12
68:18
**shifting** 18:8 31:4
36:11
**shkir** 96:4 99:11
99:13,15 102:2
**shocked** 70:1
**shout** 5:16
**show** 2:5 11:8
42:20 74:9
105:20 109:12
**showing** 71:21
85:3
**shows** 37:20
**shutting** 49:11
**shy** 28:7
**side** 72:5
**sign** 7:3 79:25
97:2,3 99:2
**signature** 19:20

20:1 21:8,17
41:4 42:24 43:9
43:10 48:8
58:18 71:6
79:12,13 88:3
96:22,24 97:2,2
**signatures** 40:2,6
40:14 41:1
47:25 48:5,11
58:19 63:7,9,10
63:17,22,24
64:2 70:14
87:24 88:1
**significant** 18:9
18:10 99:19
**significantly**
99:18
**signified** 11:3
109:7
**signifying** 18:6
**signs** 84:24
100:22
**similar** 26:18
**Simon** 114:24,25
**simple** 88:13,24
105:17
**simply** 95:22
101:12 104:14
**single** 55:20
**sir** 7:14 8:11 23:7
52:21 83:2 86:4
89:7 110:13
**sit** 46:7 72:1
**site** 50:22
**sitting** 7:12
**situation** 14:4
20:11 22:25
42:12,14 46:7
57:6
**situations** 14:13
22:23 36:21
**six** 96:14 103:6
**sixty** 94:22
**small** 42:9
**Smith** 92:22
100:5
**SO-** 22:2

**social** 4:21 10:20
**society** 76:12
**SOE** 20:17 69:22
70:8 73:21
74:10 78:20
79:7 80:9
**SOEs** 17:18 22:2
61:14,18 80:2
**software** 70:18
89:22
**softwares** 77:6
**solicitation** 26:17
**soliciting** 25:11
25:18
**solution** 21:2
**solve** 45:23
**somebody** 20:3
21:19 22:25
29:16 46:23
49:18 50:13
56:19 68:19
**somebody's**
16:15,18,18
**somewhat** 110:9
**soon** 30:10 95:16
**sororities** 10:21
**sorry** 4:21 7:1 8:8
8:12 12:16 14:7
15:4 30:18 31:4
40:8 59:19
79:17 100:8,14
108:7
**sort** 29:23 47:24
70:22 79:1
**sorting** 70:21
**sorts** 26:12
**sought** 22:11
**sounds** 111:16
**south** 81:6
**space** 28:11
**speak** 8:10 9:1,18
17:1 23:12 58:8
66:24 67:1,3,4
86:7
**speaker** 102:13
**speakers** 99:25
**speaking** 14:4,14

29:14 57:5
63:16 73:6
**speaks** 14:17 15:5
16:11 25:20
40:1
**special** 74:5
75:13
**specific** 6:19
14:11 32:19
52:20 74:15
101:20
**specifically** 98:24
**specified** 4:20
84:2
**speech** 73:5
**spend** 62:7 90:14
**spent** 73:21
**SPLC** 80:21,24
**spoil** 42:21
**spoke** 108:10
**spoken** 106:21
**spots** 5:15
**spread** 53:14
**squeeze** 99:19
**St** 111:6
**staff** 9:11 66:11
78:6 110:18,19
**stakeholders**
52:18
**stand** 67:7 76:13
87:14 88:9
**standard** 23:19
23:23
**standing** 25:19
**Stanwood** 92:23
**start** 34:23 39:8
83:6
**started** 9:8,13
87:4 93:10
**starting** 59:4,16
98:18
**state** 1:8 2:25
8:16,17 9:16
11:20,21 12:25
16:22 20:6,7
23:18 26:3
28:22 34:6,10

36:11,17 38:13
39:7 42:10
43:13 46:3,22
47:1,6 51:14
53:7 54:19 56:3
61:7,24 62:12
65:7,23 66:17
68:3 69:15,16
81:12,18,24
86:3 90:11
96:16 102:25
110:2 111:10
112:15 116:18
**state's** 48:25 53:1
59:9 101:22
**stated** 34:14
42:23 75:5
**statement** 44:25
69:15 84:2
**states** 3:3,8 25:16
37:19 39:2
51:17,18,21,24
52:6,9 75:25
82:17
**statewide** 4:17
61:20 96:9
**stations** 70:24
**statistical** 100:5
**statistics** 99:25
**statue** 60:22
**status** 66:13
**statute** 3:14 10:4
12:23 45:8
80:11 92:15
98:6 99:7
**statutes** 80:3
**statutory** 23:15
**stay** 15:24
**stepped** 9:14
**Stewart** 52:23,24
65:1,2,4,21
66:6,13,15,20
115:11,12
**sticking** 28:8
29:7
**stolen** 73:9
**stop** 113:24

**straight** 2:22
**straightforward**
82:16 87:8 88:2
88:24
**streaming** 74:22
**Street** 1:24
**strike** 8:21 98:17
**strikes** 42:21
**strong** 23:22
**strongly** 74:14
**struggle** 89:25
**struggling** 89:13
**stuck** 83:23
**student** 93:21
**stuff** 37:1 88:25
**stymied** 10:23
**subject** 34:1
**submission** 25:21
**submit** 15:11
17:24,25 40:3
48:2 50:23
**submitted** 12:10
17:2 22:25 55:7
55:8
**subparagraph**
3:15
**subsequent** 30:9
**substitute** 2:3,18
3:17,24 4:13
**sudden** 68:18
**sued** 52:7
**sufficient** 18:2
**sufficiently** 18:3
**suggestion** 21:23
22:9 23:2
106:12,12
**suggestions** 80:14
106:15
**Suite** 1:24
**sum** 58:17
**summary** 50:18
**Sunday** 18:14
**super** 51:21
**supermarket**
103:25
**supervision**
71:11

**supervisor** 6:6
12:19 14:18
17:13 18:20
20:24 30:23
31:12 32:12,17
35:8,8 36:16,24
37:6 38:7 41:23
42:3 45:16
52:25 58:16
61:10 65:6,11
66:4 71:11
74:23 97:7
98:11,21
106:21
**supervisors** 3:19
5:14 18:2 20:5
21:16 31:7 34:4
34:7 35:21 36:5
36:10 37:7,13
37:21 38:13
42:11 43:2,13
43:20 44:12
46:5 48:7 56:15
57:21 58:3,7
59:14 60:9,18
61:24 63:1,25
64:8,16 65:14
65:24 66:1,18
85:20 87:2
88:15 89:10,12
89:15 90:15
91:24,25 94:3
99:1 101:15
110:3 112:22
**support** 10:9,25
68:11 85:23
86:14 90:16
96:21
**supporting** 77:2
84:25 108:2
**supports** 73:3
**supposed** 24:12
45:23 70:24
77:19 78:18
98:7 100:19,20
100:21 102:18
**supposedly** 74:10

**suppression**
85:10 110:25
**Supreme** 84:25
**sure** 7:10 17:2
27:6 29:4 36:19
38:12 39:16
44:7 50:14
55:19 62:8,22
63:2 65:18
71:21 76:24
82:18 90:1,16
91:9 96:18 99:6
99:10 105:4,16
112:25
**surface** 87:5
**surprised** 54:11
**suspicious** 78:23
**Sususco** 85:25
**swear** 56:22,25
**swiftly** 109:21
**switching** 74:2
**sworn** 69:15
**system** 14:19
35:17 61:6
62:17 64:14
66:4 69:1 81:4
108:23

---

**T**

**tab** 2:1 115:17
**table** 103:25
**tabulation** 69:22
70:17 71:5
73:22
**take** 2:1,4 6:20
7:19 12:9 16:15
34:12 41:16
46:6 51:21
55:18 56:3
62:22 63:12
71:24 79:8
80:10,14 87:11
92:15 101:18
103:19 110:15
115:17
**taken** 8:16 9:16
14:21

takes 32:6 62:12
talk 4:5 33:14
  37:4 58:20 59:6
  63:5 90:2 93:8
  93:23,23
  110:17
talked 16:2 31:14
  32:12 39:7
  53:11 107:11
talking 11:17
  16:6 22:17
  25:10 26:19
  31:6 40:22,24
  41:20,23 62:24
  88:22 97:12
talks 30:21 31:10
  37:6 40:13,13
  41:1 44:24
  58:16 59:6
Tallahassee
  96:14
Tampa 96:10
tape-recording
  116:4
Tara 92:21
targeted 81:22
team 5:17 36:10
  73:20 77:20
  113:23
teams 62:6
technical 24:14
  34:1 61:21
  86:11 89:21
technology 61:4
tell 42:8,17 45:25
  77:10 80:5
  109:24
telling 72:2
  104:14
Templin 90:8
  92:19,20,24
term 85:11
terms 6:19 26:13
  29:8
terrific 85:3
tertiary 63:21
testament 110:15

testified 103:13
testimony 21:19
  111:16
tests 70:10
Tha- 15:13
thank 2:7 5:16
  6:12,15 7:8,10
  7:22 8:12,14
  9:19,20,24,24
  10:11,14 11:1,2
  11:14,15,22,22
  12:5,6,14 14:3
  14:24 15:13
  16:9,9 17:20
  18:18 19:6
  20:13,19 21:10
  21:21 22:8 23:3
  23:14,24 24:2
  24:10,20 25:1,4
  25:7 26:7,11,20
  26:25 27:4,10
  27:15,18,24
  28:1,12,15,21
  29:3,11,13 30:5
  30:11,11,16
  31:3,5,15 32:9
  32:18 33:20,23
  34:23 35:4,5,9
  36:4 40:17 41:7
  41:9,10,14
  44:19 45:5
  46:11,11 47:23
  49:4,5 50:8
  51:5,8,8 52:21
  52:21,24 53:10
  53:18,21,25
  56:6 57:8 58:11
  58:11,12,24
  59:3 60:9 63:14
  63:15 64:18,20
  64:22 65:2,20
  65:20 66:12,15
  66:21 67:11
  69:7,8,11 72:22
  72:25 74:5 75:3
  75:7,8,12 76:14
  76:15,18 77:1

80:19,20,23
82:19,20 83:3
85:19 86:6,9
88:10 89:7 90:4
90:4,5,9,9
92:17,18,24
93:3,3,8 96:2,3
96:6 99:8,9,13
102:2,10,12,15
105:22,24
106:1,4,5,11,15
106:18 107:1,3
107:14,15,17
108:3,8 109:6
109:16,22
110:18
Thank-- 12:14
thankful 77:9
  110:12
thanks 23:25
  86:6
theft 5:10 14:13
  30:4
Theresa 75:10
  76:15
they'd 93:22,23
  93:23,24,24
  94:2
thin 100:4
thing 26:19 43:8
  48:4 67:2 80:1
  83:23 88:13
thing's 80:1
things 2:11 4:14
  4:14 6:21 8:17
  8:24 18:15
  33:10 35:20
  62:5 66:9 67:14
  67:17 77:24
  83:19 93:18
  94:10,25
  103:15 104:8
  105:3 106:19
  109:20 110:20
think 5:14 6:20
  7:4 10:16,23
  15:9 16:6,12

17:16,20,22
18:1,4 19:14
22:1,8,9,12
30:25 33:12
34:11 36:19
39:4 41:5 42:14
44:6,16 45:5,6
48:25 52:2
57:13 63:8,25
64:13,24 66:10
74:13 83:10,10
83:19 85:2,6,15
86:12,20 88:12
88:24,25 91:7
92:4 94:13
95:25 104:14
105:6,7,9,22
107:12,17,23
108:17,20
113:6
thinking 32:5
  33:10 64:6
  95:18
third 13:6,17
  14:15 15:25
  29:16 57:18
  67:6 68:21 74:9
  74:11 111:5
third- 16:11
  50:21 82:14
  90:19
third-party 3:22
  5:2 7:24 10:2
  10:19 14:5
  15:12 24:6,11
  24:15,21,24
  27:8 28:10,15
  29:8 50:17
  53:23 54:3,6,13
  55:3,13,21 68:1
  90:24 91:4 93:8
  94:6 95:6 96:7
  100:2 103:15
  104:14 105:2
  107:18 108:9
  112:20
Thirty 106:9

Thompson 7:20
  7:20,22 8:2
  9:25 10:12,14
  24:1,2,10,20
  25:1,4,7 26:7
  26:12,20,25
  27:4,10,15,18
  27:24 28:1,12
  28:15,21 29:3
  29:12,13 30:5
  30:11 31:3,9
  32:3,11 33:9,20
  53:20,21 56:6
  56:13 57:8 58:2
  58:11 75:14
  107:16 115:1,2
Thompson's 8:8
  9:2
THOMSON
  107:17
thought 45:23
  55:25 78:5 79:1
thousand 78:13
thousands 103:1
  103:9
thread 88:14
three 11:16 14:6
  42:21,21 54:25
  71:18 96:12
  101:10,10,10,11
  111:21 112:2
tie 84:21
time 4:22 5:24
  9:8 11:17,19,20
  14:22 17:7,24
  18:2,11,25
  20:17 22:1 30:8
  31:21 32:10
  33:24 42:3 47:5
  51:16 54:24
  57:9,12,25 71:8
  80:7 83:17,25
  85:19 90:15
  91:6,15 92:8,25
  93:7 96:17 97:3
  101:10 102:9
  102:25 111:2

**timeframe** 12:10
  14:10
**timely** 3:18
  101:12
**times** 37:1 80:9
  81:20 88:6
  108:15
**today** 18:10 36:5
  64:21 73:6
  76:12 81:1
  110:10
**told** 55:23 106:23
**top** 44:7 100:8
**topic** 6:18 45:7
**Torres** 51:6,8,11
  52:15 108:7,8
  115:3,4
**Totaly** 56:13
**touching** 68:12
**tough** 22:23
  87:17 88:7
**tour** 42:10
**track** 7:8
**traditionally**
  99:24
**training** 96:22
  97:4
**transcriber** 116:1
**TRANSCRIPT**
  1:7
**transcription**
  116:4
**transfer** 35:11,12
**transferred** 62:1
**transparency**
  74:21
**traumatic** 96:25
  97:19
**traveled** 34:3
**treasurer** 48:17
**treat** 49:16
**treated** 42:16
**trends** 34:18,18
**trick** 81:8
**tried** 66:20 77:14
**trip** 83:8
**true** 116:3

**Trumble** 115:5,6
**try** 35:3 40:20
  49:15 62:9,15
  70:3 85:17
  109:19 110:7,9
**trying** 8:23 9:17
  22:23 24:21
  26:9 35:16,19
  36:1 38:1 41:2
  46:6 57:15 61:9
  68:25 95:12
  97:9 107:8
  112:7,21
**Tuesday** 78:14
**tune** 80:15
**turn** 62:20 68:2
  94:8
**turned** 11:21
  54:9
**turning** 108:13
**turnout** 81:3
  111:3,5,7,9
**tweaks** 86:15,23
  88:22
**Twenty-two**
  82:17
**twice** 20:3
**two** 3:20 9:7 17:8
  18:8 19:9 22:25
  25:12 39:25
  41:2,24,25
  42:24 43:8,19
  43:25 57:10,12
  57:13 58:4 65:1
  71:2 86:22
  87:16,16,24,25
  91:13 103:19
  111:25 112:21
**two-step** 79:20
**Tyndall** 9:9
**type** 13:12 62:17
  111:2

**U**

**U.S** 27:7,9 59:9
  73:3 90:11
  108:15 112:18

**U.S.B** 74:2
**U.S.Bs** 71:3
**Uh** 83:3
**ultimate** 20:20
  21:1
**ultimately** 57:4
  69:22
**umpteenth** 47:4
**un-** 105:23
**unable** 28:18
**unanimously**
  101:16
**uncertain** 47:21
**uncertainty**
  22:19
**uncomfortable**
  81:25
**uncover** 15:17
  22:18
**uncovering** 10:7
  112:7
**undeliverable**
  37:21
**underlining**
  59:12
**underlying** 2:17
**understaffed**
  35:22
**understand** 25:8
  26:10 30:24
  43:1 46:12 65:8
  66:6,7 73:17
  74:6 78:21
**understanding**
  6:20 20:24
  21:11 29:4 40:4
  49:9 60:4 110:4
  110:8
**undocumented**
  100:13,17
**unexpected**
  105:23
**unfortunately**
  20:9 21:5 51:19
  52:8 94:20
**unfriendly** 10:10
**unfunded** 89:12

**uniform** 16:23
  20:7 23:19
  28:23 112:16
**unintended** 50:7
**unique** 76:12
**united** 25:16
  37:19 39:2 83:1
  87:14
**universal** 97:5
**unnecessary**
  15:10
**unofficial** 71:2
**unpaid** 73:6
**unpredictable**
  68:15
**unqualified**
  102:8
**unsecured** 70:24
**unsettling** 20:2
**unsuccessful**
  51:20
**unwarranted**
  76:1
**updated** 51:1,3
  67:25 89:22
**updates** 63:17,23
  73:16,19
**upgrade** 77:5
**upgraded** 77:6,8
**uphold** 56:4
**upping** 10:4
**UPS** 112:18
**urge** 74:3
**urged** 80:25
**use** 23:9,20 38:22
  39:1 63:7,9,16
  63:24 64:7 68:4
  81:6
**user** 13:11
**usually** 96:11
**utmost** 110:1

**V**

**valid** 38:2 42:7
  49:14 72:7
  74:19
**validate** 84:13

**validity** 46:9
**value** 52:9 76:11
**values** 73:4
**Vanner** 92:21
**variety** 73:13
  84:11
**various** 3:13,13
  14:14 35:17
  60:10
**Vas** 85:23
**vastly** 42:13
**Vaughn** 92:21
**VBM** 17:25
  18:10 19:9
  62:25 87:16
**Vehicle** 59:9
**vehicles** 102:23
**verification**
  24:21 46:1
  60:21 79:20
  84:4
**verified** 23:1
  37:22 48:11
**verify** 24:7,22
  43:9,23 48:1,5
  63:18 100:20
**verifying** 40:5
  41:1,3 43:12
  47:25 79:13
  101:24 107:25
  108:1
**version** 8:21 53:4
  86:23 93:2
**versus** 97:9
**VIDEO-RECO...**
  1:7
**view** 70:14
**viewed** 55:5 71:9
**viewing** 70:13
  74:10
**violating** 55:14
**violation** 24:6
  25:15 26:21
  27:16 48:20
  52:5 82:10
**violations** 27:21
**violators** 55:15

violence 81:7
Virginia 51:23
visited 34:4
visiting 62:21
vital 81:23 99:20
voice 8:25 75:24
    76:6
voluntarily 13:11
    14:1
voluntary 9:6
volunteer 78:3
    82:6 100:23
volunteered 80:9
volunteering
    95:23
volunteers 35:23
    68:10 73:3,21
    93:19,21
vote 3:1 4:22
    8:19,25 9:12,13
    10:17,18,25
    16:19 17:8,9,14
    17:17 18:21
    19:17 20:3,18
    22:7 26:2 31:13
    36:20,20 38:4,8
    42:5,20,22
    43:12,21 45:1
    45:14 46:1,15
    47:9,20,20 48:6
    53:12 54:10
    55:19 56:3 57:9
    57:16,23 68:3
    68:20,25 69:6
    71:2 72:14
    74:19,24 75:20
    76:5,13 77:25
    78:1,5,14 79:2
    79:4,7,10,11,12
    80:16,25 81:1
    82:12 83:17,21
    84:4,9 85:12
    91:14,16 93:20
    93:24 94:2,19
    95:7,24 97:6,14
    97:20,25 98:7
    98:11 99:3

100:19,25
101:5,13,15,17
102:5,6,10,19
103:10 106:2
106:18 108:13
108:16 110:22
111:14,15,23
112:14,21
113:25 115:14
voted 71:13
voter 3:6,22 4:18
    4:20 5:3,7 7:24
    10:2,21 12:11
    13:10,22,24,25
    14:5,7,19,19
    15:12,23 16:12
    16:15 17:23
    19:21 22:3
    24:11,16,22,24
    26:23 27:8
    28:10,16 29:8
    32:13,14 34:19
    37:8,9 38:2,18
    45:7,11,14,17
    50:17 52:9,19
    52:19 53:23
    54:3,6,8,13,20
    55:3,13,17,21
    56:8,18,22
    60:18,25 61:1
    62:8 67:20 68:1
    68:4,12,23,23
    71:13 81:3,17
    81:21 82:2,15
    83:16,25 84:1,5
    85:10 89:22
    90:20,24 91:4
    92:4,7,8,9 93:8
    94:6 95:3 96:7
    99:17 100:2,3
    100:14 101:21
    101:24 104:2
    104:14 107:11
    107:19 110:25
    111:3,5,7,8,12
    112:20
voter's 28:19

101:25 102:4
voters 3:9 4:19
    6:1 8:10,15
    10:20 11:17,19
    11:20 15:20
    17:17 19:1 22:3
    29:6 32:21
    47:16 48:5 54:7
    54:14 57:23
    67:17 69:4
    81:19,20 82:7
    90:23,24 91:15
    92:5 93:23
    95:13 98:24
    100:1 102:16
    103:6,9
voters' 5:19
votes 70:19 71:16
    74:2 75:7,7
voting 3:10 5:1
    18:3 22:5 34:18
    57:16,17 68:20
    68:21 70:25
    72:7 74:18,20
    76:1,13 77:18
    78:11 80:18
    81:1 82:9,10
    83:12 84:16
    85:14,16 90:11
    90:14 97:13
    102:7,17
    106:15 108:15
    111:10 112:12
VS200 71:4

## W

W 92:22
waiting 7:13
    102:4 110:14
waive 109:3,5
waiving 109:6
walk 78:10,19
walking 78:17
    83:9
Walters 82:24
want 5:15 7:17
    9:12 11:15 12:4

15:3 20:15
34:23 37:13
38:1,10 42:22
47:18,20 50:15
50:25 53:2
55:11,15,19
61:15 62:8,10
62:22 63:2,12
67:1,3 69:2
74:5 76:25 77:4
88:10 89:11
91:9 93:3 97:11
98:1,5 102:17
106:10,20
107:1,23 109:3
111:25 112:25
wanted 2:17 9:10
    34:1 39:15,16
    41:20 58:23
    66:24 98:16
    106:16
wanting 16:20
    67:4 76:24
Washington 1:24
    82:17
wasn't 20:18 32:4
    48:24 80:10
    94:5
watchers 76:21
    77:10,15 80:3,4
    80:18
watching 72:6
    113:24
Watkins 82:22
waving 82:22,23
    85:22,24,25
    86:1,2,4
way 19:25 20:2
    21:9,18 22:18
    27:11 32:6
    40:11 42:1 43:3
    43:11,23 44:4
    48:1,4,8 49:16
    49:18,19 50:9
    52:10 60:1,3
    61:7 62:13,14
    65:12 67:7

69:22 70:6 77:5
77:7 97:23
101:4 102:6
113:13
ways 19:16 35:19
    38:21 39:3
    42:13 46:20
    62:4 84:11
    98:21
we'll 7:18 33:17
    33:18 41:5,6
    45:23,25 67:5
    86:16 95:16
we're 2:1,14 3:7
    4:13,15,18,23
    4:25 5:18,22
    6:1 7:13 9:21
    10:4,6 11:9
    12:23 14:14
    16:21 19:7,8
    22:23 23:14
    27:19,20 28:4,8
    28:9 29:14,21
    31:4,5,21 32:24
    34:15,17 35:1
    35:16,19 36:21
    36:21,22 38:1,2
    39:17 41:18
    43:13 44:25
    45:4 46:8 48:16
    55:18 57:4,12
    57:15 61:8,16
    62:11,15 65:25
    66:25 67:2 68:6
    68:7 79:19 85:7
    87:14,14 89:2
    90:11 96:11,15
    98:13,18 101:3
    103:24 106:2
    107:9 108:5,5,5
    108:5,9 109:1
    109:12 112:7
    112:13,21
    113:22
we've 5:14 22:16
    23:19 64:24
    86:12 87:4 94:8

97:12,21
109:13 111:20
112:6
**wear** 76:19
**Webber** 75:10
76:16 80:21,23
**Weber** 80:24
**website** 50:17
51:2 97:8
**websites** 79:24
**wee** 39:9
**week** 78:14
**weekends** 94:1
**weekly** 31:2,6,10
31:11,14 59:13
66:3
**weeks** 71:2 96:12
**welcome** 70:2
**well-dressed** 93:2
**Wendy** 70:8,9
**went** 7:2 45:21
50:16 76:24
93:18
**West** 51:23 69:23
**whispered** 69:19
**white** 81:20
**who've** 26:22
**Wi-Fi** 74:3
**widows** 80:8
**wife** 18:24 88:1
**willful** 48:20
**Williams** 82:23
**willing** 55:9
107:9
**window** 17:17
57:23 105:10
105:12
**wing** 49:3
**wingman** 110:12
**wings** 59:22
**winning** 71:17
**wins** 113:23
**wisdom** 34:8,8
95:17
**withdraw** 51:14
51:22,24 52:11
**women** 8:10,15

10:20 80:8
102:16
**won** 71:22
**Woodall** 86:1
**word** 25:6 64:7
85:11
**words** 25:19
111:18
**work** 3:20 34:5
36:7,9,17 39:17
43:4 49:8 52:12
53:7 67:20
71:22 72:16
77:1 82:5 86:12
86:13 90:16
93:10 101:15
103:19 107:10
109:25
**worked** 77:17
93:15 108:18
**worker** 71:10
**workers** 4:24
80:12
**working** 5:13
15:22 50:12
51:19 90:15
108:18 112:6
**works** 15:1 61:21
68:15 69:2
103:23
**world** 15:23
16:12 49:19
76:9
**worry** 91:17
**worth** 76:11
**wouldn't** 17:14
62:16 80:11
**wrap** 105:14
**Wright** 115:7,8
**write** 82:13
**wrongdoing**
49:24
**wrote** 12:8 13:9

**X**

**Y**

**Yarborough**
115:9,10,16
**yay** 11:4,5 109:8
109:9,10
**yeah** 31:9 40:21
40:23 44:15
56:12 64:15
65:2 88:20
92:18 103:25
108:21
**year** 39:16 45:20
61:19 68:22
76:20 77:6
84:17 95:14
**years** 9:14 63:9
94:8 98:6
108:18 112:7
**yep** 41:10 60:8
**yesterday** 46:23
54:2
**young** 83:24 84:7

**Z**

**zero** 110:23,23
**zip** 37:19,20
**Zucker** 73:25

**0**

**01/01/2025** 15:9
**073** 60:24

**1**

**1** 116:6,11
**10** 12:12,20 14:10
17:10,15 50:23
58:17 62:24
63:6 90:23
96:11,19 100:1
100:2
**10:00** 71:17
**100** 106:25
**100,000** 5:6 28:5
**101.62** 98:17
**101.662** 98:6
**10th** 17:10
**11** 115:17
**115** 116:3

**116** 54:7,7,10,14
**118** 30:21
**11th** 18:12
**12,200** 54:5
**125** 30:21
**12th** 17:13 18:12
**1300** 71:18
**1386** 58:16
**14** 12:12 50:23
67:23 91:10
**15-** 54:23
**1730** 1:24
**1782** 17:7
**1784** 17:7
**1785** 98:18
**18** 11:21
**1894** 18:20
**1976** 83:17
**1998** 111:4
**1st** 5:23 39:12,13
39:14

**2**

**2:00** 58:22
**20** 1:10 98:6
100:6 102:8
**2000** 15:14 73:13
84:17
**20036** 1:24
**2009** 15:15
**202** 1:25
**2020** 34:14 73:9
97:17 98:10
**2021** 67:22
**2022** 34:14 50:19
69:19 73:19
98:12 111:3
**2023** 1:10 73:19
116:11
**2024** 101:19
**203** 82:11
**208** 82:13
**20th** 54:15
**22** 69:24,24
**22-year-old** 83:7
**23** 69:24
**232-0646** 1:25

**24** 11:16 17:6
98:17
**24-hour** 74:22
**25** 11:16
**250,000** 5:7 28:6
91:1
**26** 11:16 18:19
41:22
**26,000** 52:8
**2675** 48:14

**3**

**30** 6:2 50:3 51:16
105:15
**30-day** 50:1
**300** 76:21
**34** 59:5
**34,400** 54:4
**35** 59:16
**36** 2:2 59:5,17
**37** 59:17
**375** 15:4,5
**378** 105:1
**381** 24:3 105:13
**393** 82:3
**398** 15:8
**3D** 98:18
**3PBROs** 15:14
**3PVRO** 17:4

**4**

**4** 6:21 90:19
**4-20-23** 116:19
**40** 9:14 111:15
**400** 82:3
**401** 15:5
**419** 28:17
**43** 6:21
**463** 7:23
**470** 7:23
**475** 28:7
**48** 58:15
**49** 6:22
**493** 15:25

**5**

**5:00** 17:10,12

**50,000** 27:16,17
  53:22
**501(C)(3)** 95:21
**524** 56:7
**53** 111:4
**557** 44:24 92:3
**58** 54:20

**6**

**60** 111:8
**62** 98:19
**65** 111:6
**67** 19:16 34:3,7
  36:10 58:5 97:7
  97:9 98:10,14

**7**

**7.7** 111:9
**7050** 2:2 8:21
  103:8 115:14

**8**

**812** 1:24
**860** 71:16
**880856** 2:5 11:10
**896348** 7:20

**9**

**9** 63:6
**90** 103:14
**9065** 86:22
**911** 38:23 39:4
**93** 6:18
**940** 62:24 63:6
**942** 62:24 63:7
**97** 60:23
**97.03** 60:24
**97.073** 92:14
**98.075** 3:3,8
**99** 9:5