**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                             Case. No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants.*
_____/

**EXHIBITS TO THE ATTORNEY GENERAL'S RESPONSE**
**TO THE HISPANIC FEDERATION'S MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

    In accordance with this Court's instructions, ECF 84, this document contains

the Attorney of General's exhibits to her response to the Hispanic Federation's

Motion for Partial Summary Judgment.

| Exhibit Number | Exhibit Description |
|---|---|
| 1 | Excerpts from the Deposition of Elizabeth Guzzo |
| 2 | Excerpts from the Deposition of Director Darlington |

Date: February 13, 2024

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Stephanie A. Morse
STEPHANIE A. MORSE (FBN 0068713)
SPECIAL COUNSEL
Stephanie.Morse@myfloridalegal.com
/s/ Noah T. Sjostrom
NOAH T. SJOSTROM (FBN 1039142)
ASSISTANT ATTORNEY GENERAL
Noah.Sjostrom@myfloridalegal.com
Office of the Attorney General
Complex Litigation Bureau
The Capitol, PL-01
Tallahassee, Florida 32399-1050
850-414-3300
Counsel for Attorney General

## Certificate of Compliance

I certify that this document complies with the typeface and formatting requirements in Local Rule 5.1.

/s/ Stephanie A. Morse
Stephanie A. Morse

## Certificate of Service

I certify that on February 13, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ Stephanie A. Morse
Stephanie A. Morse