# Exhibit 1

Florida State Conference of Branches and Youth Units of the NAACP

vs.

Cord Byrd

Deposition of:

Verónica Herrera-Lucha

December 20, 2023

*Vol 1*



Verónica Herrera-Lucha
December 20, 2023

Page 17

```
 1      Q    When did you first move to Florida?
 2      A    I'm not sure if it was in 2015 or '16.
 3      Q    Where have you lived in Florida?
 4      A    In Osceola County and Orange County.
 5      Q    What is your current citizenship status?
 6      A    Permanent resident.
 7      Q    If I refer to that status as green card,
 8   that you are a green card holder, would you
 9   understand that to mean the same thing?
10      A    Yes.
11      Q    When did you receive your green card?
12      A    I don't remember the exact year, but I
13   think it could have been 2006 or '07.
14      Q    I think you stated the year that you
15   received your green card in one of the documents you
16   filed in this case, either your declaration or the
17   complaint.
18           Strike that.
19           Under which eligibility criteria did you
20   receive your green card?
21           THE INTERPRETER:  Apologies, the
22      interpreter is trying to find the correct word
23      for "eligibility."
24      A    I don't understand the question.
25
```

Verónica Herrera-Lucha
December 20, 2023

Page 18

1  BY MS. DAVIS:
2      Q   Did you receive your green card through a
3  family member or employment or some other --
4          THE INTERPRETER:  Apologies.  You may
5      finish.
6          MS. DAVIS:  I was trying to ask --
7  BY MS. DAVIS:
8      Q   Did you receive your green card through
9  family, employment, or some other status?
10         MR. RUIZ:  Objection on the grounds of
11     relevance.  Advise my client to answer.
12         Also calls for a legal conclusion.
13         THE INTERPRETER:  The interpreter was not
14     able to hear, with multiple people talking, the
15     last part.
16         MR. RUIZ:  Also calls for a legal
17     conclusion.
18         THE INTERPRETER:  It's a little choppy.
19     Paralegal?
20         MR. RUIZ:  Also calls for a legal
21     conclusion.
22         THE INTERPRETER:  It seems somebody is --
23     is everybody there?
24         MR. RUIZ:  Yes.
25     A   Through marriage with a citizen.

Verónica Herrera-Lucha
December 20, 2023

Page 19

1          MR. RUIZ:  We are all here.  I see
2     Veronica.  I see the Department of State, the
3     Secretary of State.
4          Are you having connection issues on your
5     side?  Everyone else is here.
6          THE INTERPRETER:  No.  Do you see me?  I
7     see --
8          MR. RUIZ:  Your camera is off, so we can't
9     see you.
10          Now we can see you.
11          THE INTERPRETER:  Were you able to catch
12     my last interpretation from the witness?  The
13     answer was:  I obtained my green card through
14     marriage with a citizen.
15          MS. DAVIS:  Yes.  Thank you.
16          THE INTERPRETER:  You are welcome.
17   BY MS. DAVIS:
18     **Q    Do you have to renew your green card?**
19          MR. RUIZ:  Objection on the grounds of
20     relevance.
21     A    Not at this time.
22   BY MS. DAVIS:
23     **Q    Thank you for that, but do you ever have**
24   **to renew your green card?**
25          MR. RUIZ:  Same objection as to relevance.

Page 20

```
 1      A    I suppose I have to when it expires.
 2           MR. RUIZ:  Also on the grounds that it
 3      calls for a legal conclusion.
 4    BY MS. DAVIS:
 5      Q    Do you know when your green card expires?
 6           MR. RUIZ:  Objection as to relevance.  You
 7      may answer.
 8      A    I am not sure, but I think it could be in
 9      2028.
10    BY MS. DAVIS:
11      Q    Thank you.  Have you ever applied for U.S.
12    citizenship?
13      A    Yes, it's in process.
14      Q    When did you apply for U.S. citizenship?
15      A    I don't remember the exact date.
16      Q    Was it recently?
17      A    Yes.
18      Q    In the last year or two?
19      A    No.
20      Q    So did you apply for U.S. citizenship more
21    than two years ago?
22      A    No.
23      Q    Can you give me an estimate of when you
24    may have applied for U.S. citizenship?
25           MR. RUIZ:  Objection to form.
```

```
 1       A    I don't remember.  It was my husband who
 2   took care of the application, the applying process.
 3   BY MS. DAVIS:
 4       Q    So you didn't apply for citizenship, your
 5   husband did it for you?
 6            MR. RUIZ:  Objection on the grounds of
 7       relevance.  I advise my client to answer.
 8       A    My husband filled out the application.
 9   BY MS. DAVIS:
10       Q    Why didn't you fill out the application?
11            MR. RUIZ:  Same objection to relevance and
12       to form.
13       A    Because the immigration laws establish
14   that someone else could prepare it.
15   BY MS. DAVIS:
16       Q    Do you want to become a U.S. citizen?
17            MR. RUIZ:  Objection as to grounds of
18       relevance.  You may answer.
19       A    Some day, yes.
20   BY MS. DAVIS:
21       Q    But you didn't want to apply for
22   citizenship, correct?
23            MR. RUIZ:  Objection on the grounds of
24       relevance; also misstates the deponent's
25       testimony; also calls for a legal conclusion.
```

Verónica Herrera-Lucha
December 20, 2023

Page 22

1       You may answer.
2    A   Yes.  As a matter of fact, I think I am
3  still legally able to do it and -- but it's not
4  something that wasn't in my mind.  I sometimes have
5  the money to do it, but I didn't have the time to.
6  Sometimes I had the time to do it but not the money
7  for filing.
8  BY MS. DAVIS:
9    Q   I understand.  Is there any reason why you
10 could not become a U.S. citizen?
11       MR. RUIZ:  Objection, calls for a legal
12    conclusion.  You may answer.
13   A   None.
14 BY MS. DAVIS:
15   Q   Before you received your green card, did
16 you ever have any other type of authorization to be
17 in the United States?
18   A   Can you repeat the question a little more
19 clearly, please?
20   Q   Yes.  I understood you to say that you
21 received your green card around the time that you
22 got married, which was around the same time that you
23 came to the United States.
24       Did you ever have -- let me see -- a visa
25 to be in the United States before you got your green

Page 23

```
 1   card, or was your green card the first legal
 2   authorization that you had to be in the United
 3   States?
 4           MR. RUIZ:  Objection, form.
 5      A    No, I had a tourist visa at the time and I
 6   also obtained a visa through the Department of
 7   State, which was given to me to come and observe
 8   elections in 2001, I think it was.  And I got it
 9   through my Fulbright scholarship.
10           MR. RUIZ:  At this time I would like to
11       request a break.  Does 10 minutes work for a
12       break?
13           We'll be back at 12:58.  I am going off
14       the record.
15           (A recess took place from 12:48 p.m. to
16       1:00 p.m.)
17           MR. RUIZ:  I just -- my client wants to
18       take the opportunity to clarify, and then I
19       want to suggest we move on from this line of
20       questioning.  I am not seeing the relevance to
21       the case.
22           We have allowed wide latitude, but I think
23       it's time to move on once my client has the
24       opportunity to clarify.
25           MS. DAVIS:  Let's go ahead, and before
```

Verónica Herrera-Lucha
December 20, 2023

Page 43

1    the date that shows up in the front; and that it has
2    the organization number, which would be that of
3    Mi Vecino, which is the one that we are submitting.
4        Q    Thank you.  What do you do if any of the
5    required fields are missing?
6        A    We would forward it to the elections
7    supervisors -- supervisor -- and they would contact
8    the register voter that completed that application.
9        Q    Do you ever complete any of the missing
10   fields on behalf of the voter?
11            MR. RUIZ:  Objection to form.  Go ahead
12       and answer.
13       A    No, because that goes against the law.
14   BY MS. DAVIS:
15       Q    When you were collecting applications from
16   voters when you were at the other organizations, did
17   applicants ever ask you about the U.S. citizenship
18   criteria to register?
19            MR. RUIZ:  Objection to form.  Go ahead
20       and answer.
21       A    Just to clarify, if I would ask the person
22   or if they ever asked me?
23   BY MS. DAVIS:
24       Q    Did the applicants ever ask you about that
25   criteria?

Verónica Herrera-Lucha
December 20, 2023

Page 44

```
 1            MR. RUIZ:  Same objection to form.
 2      A     Yes, because the question is not clear.
 3   BY MS. DAVIS:
 4      Q     What do you mean?
 5      A     Will you repeat the question, maybe in a
 6   more clear way?
 7      Q     Did applicants ever ask you about the U.S.
 8   citizenship requirement to register?
 9            MR. RUIZ:  Same objection to form.  You
10       may answer.
11      A     I don't remember.
12   BY MS. DAVIS:
13      Q     Do you recall the U.S. citizenship
14   criteria to register ever coming up in your
15   conversations to register voters?
16            MR. RUIZ:  Same objection to form.  Go
17       ahead and answer.
18      A     I think that it is very clear, but, of
19   course, after introducing myself and giving out my
20   name, the very first question that pops up is
21   whether or not they are citizens of the United
22   States in order for them to be able to proceed with
23   the registering process.
24   BY MS. DAVIS:
25      Q     Have you ever discussed your citizenship
```

Page 45

1   status with a voter registrant?

2            MR. RUIZ:  Objection, relevance.  Go ahead
3       and answer.

4            MS. DAVIS:  Mr. Ruiz, please refrain from
5       making speaking objections.

6            MR. RUIZ:  Relevance is a different ground
7       than form or any other grounds.  I would like
8       to clarify that for the record.

9            MS. DAVIS:  Mr. Ruiz -- Madam Translator,
10      please continue.

11           Mr. Ruiz, the only grounds for objection
12      are attorney-client privilege or form.  That is
13      it.  The Florida rules bar speaking objections
14      by objecting to relevance, legal conclusion,
15      and anything other than form or attorney-client
16      privilege.

17           If we need to take a break so that you can
18      review the rules, I would be happy to do that.

19           MR. RUIZ:  Same objection.

20  BY MS. DAVIS:

21      Q    You can answer the question,
22  Ms. Herrera-Lucha, if you recall what it was?

23      A    Yes.  And the answer is no.

24      Q    So your citizenship status has never come
25  up while you are registering Floridians to vote, is

Verónica Herrera-Lucha
December 20, 2023

Page 46

1   that accurate?
2           MR. RUIZ:  Objection to form.
3           THE INTERPRETER:  The interpreter didn't
4       hear the last word.
5       A   I consider that to be personal information
6   that I need not to share with someone I am talking
7   to.
8   BY MS. DAVIS:
9       Q   Has an applicant ever asked if you are
10  registered to vote?
11          MR. RUIZ:  Objection to form.
12      A   No.
13  BY MS. DAVIS:
14      Q   Has anyone ever declined to register
15  because they are not a U.S. citizen?
16      A   Yes.  As a matter of fact, when I
17  performed as a canvasser, an organizer, a lead and
18  now as a supervisor in Mi Vecino, it is my
19  responsibility not to let an immigrant get into a
20  problem that could later on harm them.
21      Q   Do you know of anyone who has submitted
22  their voter registration application to you that
23  later turned out not to be a citizen?
24      A   No.
25      Q   Does your nationality ever come up when

Verónica Herrera-Lucha
December 20, 2023

Page 47

```
 1    you are helping voters register to vote?
 2         A     I don't remember.
 3              MR. RUIZ:  If Counsel is comfortable,
 4    whenever you are finished with the line of
 5    questioning, we would like to request a break.
 6              MS. DAVIS:  Yes, I think now is a good
 7    time.  Would you like 15 minutes?
 8              MR. RUIZ:  Veronica, how are you feeling?
 9    Is 15 minutes okay?
10              15 minutes is fine.  We'll come back at
11    2:25.
12              Thank you, Ms. Davis.  Going off the
13    record.
14              (A recess took place from 2:11 p.m. to
15    2:25 p.m.)
16              MS. DAVIS:  Let's go back on the record.
17              Counsel, I added two documents to the Chat
18    to be added as exhibits.  They are the two
19    documents that we have spoken about thus far.
20              And Madam Court Reporter, can you access
21    those documents I put in Chat to make them
22    exhibits?
23              THE STENOGRAPHER:  I can, but I just don't
24    see them in the Chat.  Is that just me or does
25    anybody else --
```

Page 48

```
 1            MS. DAVIS:  Wait, I didn't hit Send.
 2            THE WITNESS:  Is it a stenographer or is
 3     it a court reporter, because the translation
 4     was a reporter?
 5            MS. DAVIS:  You know what, I think both
 6     terms are correct.  And our stenographer/court
 7     reporter is nodding her head yes.
 8            THE WITNESS:  Because a reporter in
 9     Spanish is a news anchor or reporter.
10            MS. DAVIS:  Same thing here.  That's why
11     language is difficult.
12            Okay.  Are we all ready?  I guess we are
13     already on the record.
14            (Exhibit 1 was marked for identification.)
15            (Exhibit 2 was marked for identification.)
16   BY MS. DAVIS:
17       Q   Ms. Herrera-Lucha, does your status as a
18   non-U.S. citizen help you register people to vote?
19            THE INTERPRETER:  For interpreter's
20     interpretation.  Does your status --
21   BY MS. DAVIS:
22       Q   Does your status as a non-U.S. citizen
23   help people to register to vote?
24            MR. RUIZ:  Objection to form.
25            MS. DAVIS:  Counsel, what's the problem
```

Page 49

```
 1      with the form of the question?
 2           MR. RUIZ:  The question is vague.
 3  BY MS. DAVIS:
 4      Q    Ms. Herrera-Lucha, does your status as a
 5  non-U.S. citizen help you register people to vote?
 6      A    Yes.
 7      Q    How?
 8      A    One, it's my job.  I get paid for doing so
 9  and that's how I support my family.
10           Second or for two, it's a right that
11  citizens in this country have and they should
12  enforce it.
13      Q    Let me -- I think there has been a
14  misunderstanding.
15           I am not asking why you help register
16  people to vote.  I am asking is there something
17  about your status as a non-citizen that helps you
18  register people to vote?
19      A    The answer continues to be yes.
20      Q    What is it about your status as a
21  non-citizen that helps you register people to vote?
22           MR. RUIZ:  Objection to form.
23  BY MS. DAVIS:
24      Q    I'm sorry, I think Ms. Herrera is confused
25  about whether she can answer or not.  You can
```

Page 50

1    answer.

2         A    Yes.  Is it your question that how does it
3    help me as a migrant or an immigrant to help other
4    people register to vote?

5         Q    No.
6              Does being a non-U.S. citizen make you
7    better at registering people to vote than a U.S.
8    citizen?

9              MR. RUIZ:  Same objection to form.  Go
10        ahead and answer.

11        A    My answer continues to be yes.
12   BY MS. DAVIS:
13        Q    What about your non-U.S. citizenship makes
14   you better at registering voters than a U.S.
15   citizen?

16             MR. RUIZ:  Objection to form.  Go ahead
17        and answer.

18        A    Motivation to practice civil and politic
19   right; it's part of my help, and I help people do it
20   and I hope that in the future, not too far ahead,
21   not too distant from today, I could also do it
22   myself.

23   BY MS. DAVIS:
24        Q    I'm sorry, I still don't understand why
25   you being a non-citizen makes you better at helping

Verónica Herrera-Lucha
December 20, 2023

Page 51

 1   people register to vote than a citizen.  Can you
 2   help me understand that a bit better?
 3        A    Could you reformulate that question
 4   because then I am not understanding it?
 5        Q    Does your status of a non-U.S. citizen
 6   make you better at registering voters than a
 7   citizen?
 8        A    My personal satisfaction I think makes me
 9   be a better person as I empower other people to
10   being able to vote.
11             Not being able to do it now does not make
12   me a better or worse or a bad person.
13        Q    I don't mean to imply that you are a
14   better or worse or bad person.  I apologize if
15   that's the inference.
16             I am just trying to understand if there
17   are certain skills or abilities that you have as a
18   non-citizen that make it better or easier to help
19   voters register than it would be for a U.S. citizen?
20             MR. RUIZ:  Objection to form.
21        A    I think it would have to do with the
22   academic and professional ability that I have
23   acquired throughout this years or this time, and
24   being legal permanent resident does not discriminate
25   me for doing this job.