# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

       *Plaintiffs,*

**v.**                            **Case Nos.: 4:23cv215-MW/MAF
4:23cv216-MW/MAF
4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

       *Defendants.*
_____/

## ORDER FOR EXPEDITED RESPONSES

Pending before this Court are several motions in limine. In Case No.: 4:23cv215-MW/MAF, Plaintiffs have filed three motions, ECF Nos. 230, 231, and 232, and Defendant Byrd has filed one motion, ECF No. 229. In Case No.: 4:23cv218-MW/MAF, Plaintiffs have filed two motions, ECF No. 141 and 142.

These motions pertain to expert reports that were served approximately three and four months ago and depositions that occurred almost two months ago. As such, no party can be surprised that this evidence would be at issue ahead of the bench trial in this case. Nonetheless, the parties have waited until the eleventh hour to file their motions in limine. Trial is fast approaching and the pretrial conference for these

consolidated cases is set for next Friday, March 8, 2024. Accordingly, given the short time frame for this Court to sort out the parties' positions and rule on the pending motions, Plaintiffs shall file an expedited response to Defendant Byrd's motion in limine **on or before 11:59 p.m. (ET) on Friday, March 1, 2024**. Likewise, Defendants shall file their expedited responses to Plaintiffs' motions in limine **on or before 11:59 p.m. (ET) on Friday, March 1, 2024**.

**SO ORDERED on February 27, 2024.**

**s/Mark E. Walker**_____
**Chief United States District Judge**