IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                    Case Nos.: **4:23cv215-MW/MAF**
                                                     **4:23cv216-MW/MAF**
                                                     **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

## SCHEDULING ORDER

These cases are consolidated for a bench trial scheduled to begin on April 1, 2024. This Order sets out certain deadlines and requirements for trial.

The parties shall file written opening statements **on or before Wednesday, March 27, 2024, by 5:00 p.m. (ET)**. The parties are not required to outline their evidence and tip their hands before trial unless they want to do so. Instead, this Court requires a summary of the remaining claims, elements of those claims, the applicable standard(s) of review, including alternative standards of review, etc.[1] There is no page or word limit for the parties' written opening statements.

---

[1] This Court intends to rule on any remaining motions for summary judgment well in advance of the parties' deadline for filing written opening statements.

Trial will begin on **Monday, April 1, 2024, at 8:00 a.m. (ET) in Tallahassee, Florida.** This Court will hear testimony from **8:00 a.m. until 8:00 p.m., Monday through Friday, until the trial is finished**. The proceedings **WILL NOT** be paused to wait for witnesses. There will be no oral opening statements. Instead, Plaintiffs will immediately begin calling witnesses at 8:00 a.m. on Monday, April 1, 2024.

Plaintiffs must identify their first five witnesses to defense counsel **by 5:00 pm. (ET) on Friday, March 29, 2024.** Each time Plaintiffs finish the third of their identified five witnesses, they will disclose the next three witnesses to defense counsel.

The parties will submit written closing arguments. There are no page or word limits. All of the parties have ordered daily transcripts, so there should be no delay in securing transcripts before preparing their closing arguments. Assuming all testimony concludes on or before Friday, April 12, 2024, Plaintiffs shall file their written closing arguments **on or before Monday, April 22, 2024, by 11:59 p.m. (ET)**. Defendants, in turn, shall file their written closing arguments **on or before 11:59 p.m. (ET) on Monday, April 29, 2024.**[2] Finally, Plaintiffs shall file written rebuttal closing arguments **on or before Friday, May 3, 2024, by 11:59 p.m. (ET).**

---

[2] Although Defendants only have seven days to submit their written closing arguments following Plaintiffs' submissions, they also have at least ten days that Plaintiffs receive to prepare their arguments ahead of Plaintiffs' submissions. In effect, Defendants have at least seventeen days to prepare their written closing arguments compared to Plaintiffs' ten days.

Although there are no page or word limits for the parties' written opening statements or written closing arguments, Plaintiffs' written rebuttal closing arguments shall be limited to 20 pages or 5,000 words.

**SO ORDERED on February 28, 2024.**

s/Mark E. Walker            
**Chief United States District Judge**
