IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                         Case Nos.: **4:23cv215-MW/MAF**
                                                         **4:23cv216-MW/MAF**
                                                         **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING UNOPPOSED
<u>MOTION TO ADJUST TRIAL SCHEDULE</u>**

This Court has considered, without hearing, Defendant Byrd's unopposed motion to adjust the trial schedule. ECF No. 237 in Case No.: 4:23cv215. The motion is **GRANTED**. The trial set to begin on April 1, 2024, will run from 8:00 a.m. (ET) until 7:00 p.m. (ET).

This Court notes that completing this trial by April 12, 2024, is necessary because this Court has another multi-week trial beginning the week of April 15, 2024. If the parties fall behind schedule in presenting testimony, this Court will hear

testimony on the weekend. This Court will monitor the proceedings through April 4, 2024, and decide whether it is necessary to proceed on the weekend at the end of the day on April 4, 2024.

**SO ORDERED on February 29, 2024.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**