IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                                      Case Nos.: **4:23cv215-MW/MAF**
                                                                                            **4:23cv216-MW/MAF**
                                                                                            **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING JOINT MOTION
FOR ADMISSION OF TRIAL EXHIBITS**

This Court has considered the parties' joint motion to admit trial exhibits. ECF No. 257. The motion is **GRANTED**. Joint Exhibit Nos. 1–11, NAACP Exhibit Nos. 13, 67–68, 70–81, 83, 90–95, 116–119, 121, 125, 128–131, 133–139, 141–146, 148–149, 151, 153–154, 156–159, 161–175, 177, 184–235, 246–256, 264–265, 384, 426, 714, 718–721, 723, 725–727, 729–732, 736, 738, 742–745, Hispanic Federation Exhibit Nos. 811–812, 814–819, 826–831, 840–841, 845–847, 849, 851–852, 858–866, 868–871, 876, 878–879, 881–882, 888–891, 893–967, LWVFL Exhibit Nos. 761–763, 767, 771, 772–775, 778–780, 785, 807, and Secretary of State and

Attorney General Exhibit Nos. 11–13, 38, 60, 95–97, 99, 100, 124, 127, 133, 154, 178, 181, 183 are **ADMITTED WITHOUT OBJECTION**.

**SO ORDERED on March 15, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
