IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                                          Case Nos.: **4:23cv215-MW/MAF**
                                                                            **4:23cv216-MW/MAF**
                                                                            **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.
_____/

**ORDER GRANTING JOINT MOTION FOR
<u>LIMITED ADMISSION OF TRIAL EXHIBITS</u>**

This Court has considered the parties' joint motion to admit trial exhibits for a limited purpose. ECF No. 258. The motion is **GRANTED**. Exhibit Nos. 266–383, 385–401, 406–425, and 427–646 are **ADMITTED** for the limited purpose of showing that the fine letters were prepared or prepared and sent to third-party voter registration organizations, but not for the truth of the matters asserted within the exhibits.

    **SO ORDERED on March 15, 2024.**

                                                         <u>s/Mark E. Walker                        </u>
                                                         **Chief United States District Judge**