# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, Phi Nguyen, as counsel for Plaintiffs in the above-captioned matter, hereby moves this Court for permission to participate in this case pro hac vice, and in support thereof states:

1. I am the Director of the Democracy Program at Demos in New York, NY.

2. I am admitted to the State Bar of Georgia, where I reside, and am an active member in good standing. A true and correct copy of a certificate of good standing from the State Bar of Georgia is attached to this application.

3. I have completed the required online Local Rules tutorial exam. My confirmation number is FLND1710810561513.

4. I have completed the required online CM/ECF tutorials.

5. In connection with this motion, I have made a payment of this Court's $219 pro hac vice admission fee.

6. Miranda Galindo at LatinoJustice PRLDEF is admitted to practice in this district and serves as Plaintiffs' local counsel in this case.

| | |
|---|---|
| Dated: March 20, 2024 | Respectfully submitted,<br>/s/ Phi Nguyen<br><br>Phi Nguyen (GA SBN 578019)<br>(*pro hac vice pending/forthcoming*)<br><br>Demos<br>80 Broad St, 4th Fl<br>New York, NY 10004<br>Tel: (646) 948-1621<br>Fax (212) 633-2015<br>pnguyen@demos.org |