# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

    *Plaintiffs*,

v.

CORD BYRD, *et al.*,

    *Defendants*.

Case No. 4:23-cv-218-MW-MAF

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1, Roni Druks, as counsel for Plaintiffs in the above-captioned matter, hereby moves this Court for permission to participate in this case pro hac vice, and in support thereof states:

1. I am Senior Counsel at Demos in New York, NY, where I regularly practice law.

2. I am admitted to the State Bar of New York and am an active member in good standing. A true and correct copy of a certificate of good standing from the Second Appellate Division of the Supreme Court of the State of New York is attached to this application.

3. I have completed the required online Local Rules tutorial exam. My confirmation number is FLND17099271641484.

4. I have completed the required online CM/ECF tutorials.

5. In connection with this motion, I have made a payment of this Court's $219 pro hac vice admission fee.

6. Miranda Galindo at LatinoJustice PRLDEF is admitted to practice in this district and serves as Plaintiffs' local counsel in this case.

| | |
|---|---|
| Dated: March 20, 2024 | Respectfully submitted,<br>/s/ Roni Druks<br><br>Roni Druks (NY SBN 5594478)<br>(*pro hac vice pending/forthcoming*)<br><br>Demos<br>80 Broad St, 4th Fl<br>New York, NY 10004<br>Tel: (646) 948-1621<br>Fax (212) 633-2015<br>rdruks@demos.org |



*Appellate Division of the Supreme Court  
of the State of New York  
Second Judicial Department*

---

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Roni Ada Druks

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 22, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 13, 2024.

*Acting Clerk of the Court*

CertID-00165072