IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.    Case No.: 4:23cv218-MW/MAF

**CORD BYRD, etc., et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING PHI NGUYEN *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Phi Nguyen *pro hac vice*. ECF No. 157. The motion is **GRANTED**. Phi Nguyen has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on March 21, 2024.**

                         s/Mark E. Walker
                         **Chief United States District Judge**