IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                Case No.: 4:23cv218-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING RONI DRUKS *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Roni Druks *pro hac vice.* ECF No. 158. The motion is **GRANTED**. Roni Druks has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED** on March 22, 2024.

                                              s/Mark E. Walker               
                                              **Chief United States District Judge**