IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                            Case No.: 4:23cv218-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER ADMITTING VICTORIA OCHOA *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Victoria Ochoa *pro hac vice.* ECF No. 161. The motion is **GRANTED**. Victoria Ochoa has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiffs.

**SO ORDERED on March 25, 2024.**

                                                          s/Mark E. Walker
                                                          **Chief United States District Judge**