IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

   v.                                  Case No. 4:23-cv-00218-AW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendant*.

_____/

## NOTICE OF APPEARANCE

Gary V. Perko gives notice of his appearance as counsel for CORD BYRD, in his official capacity as Florida Secretary of State, and requests that all papers filed in this case be served upon him at gperko@holtzmanvogel.com and zbennington@holtzmanvogel.com.

Dated: March 28, 2024            Respectfully submitted,

                                        /s/ Gary V. Perko
                                        Gary V. Perko (FBN 855898)
                                        gperko@holtzmanvogel.com
                                        HOLTZMAN VOGEL BARAN
                                        TORCHINSKY & JOSEFIAK PLLC
                                        119 S. Monroe St. Suite 500
                                        Tallahassee, FL 32301
                                        (850) 270-5938

                                        *Counsel for the Secretary*

**CERTIFICATE OF SERVICE**

I certify that on March 28, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Gary V. Perko
Gary V. Perko