IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH UNITS
OF THE NAACP, et al.,**

    *Plaintiffs*,

v.                                      **Case Nos.: 4:23cv215-MW/MAF
4:23cv216-MW/MAF
4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER FOR SPECIAL SET HEARING

Consistent with this Court's ruling, as announced on the record on April 1, 2024, this Court directs the parties to appear for a special set hearing on April 6–7, 2024, to resolve objections to any and all exhibits not yet admitted based on the objections listed on the parties' exhibit lists. The hearing shall run from 8:00 a.m. (ET) to 7:00 p.m. (ET) on Saturday and Sunday. This Court will take as much of the 22 hours of hearing time as necessary to go exhibit-by-exhibit and rule on each objection.

Because this issue is not of this Court's making, this Court directs the parties to secure a court reporter for the weekend. The parties shall equally bear the costs associated with the court reporter.

**SO ORDERED on April 1, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**