IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, *etc., et al.*, <br><br> *Defendants*. | Case No. <br> 4:23-cv-218-MW-MAF |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), Plaintiffs' counsel move to withdraw Estee Konor as counsel of record for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico. As of March 15, 2024, Ms. Konor has no longer been employed by Demos. Plaintiffs continue to be represented in this case through counsel from LatinoJustice PRLDEF, American Civil Liberties Union (ACLU), ACLU Foundation of Florida, Demos, and Arnold & Porter LLP. Given their continued representation of Plaintiffs in this matter, withdrawal as counsel should not cause any delay or prejudice to any party to this action. Plaintiffs' counsel have given Plaintiffs 14 days' notice of this development, and Plaintiffs do not oppose Estee Konor's withdrawal from this matter. Future correspondence and documents should be served to remaining counsel on record for Plaintiffs.

1

Dated: April 26, 2024                                   Respectfully submitted,

                                                        */s/ Roni Druks*
                                                        Roni Druks
                                                        Demos
                                                        80 Broad St, 4th Floor
                                                        New York, NY 10004
                                                        (212) 633-1405
                                                        rdruks@demos.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

                                               */s/ Roni Druks*
                                               Roni Druks
                                               Demos
                                               80 Broad St, 4th Floor
                                               New York, NY 10004
                                               (212) 633-1405
                                               rdruks@demos.org