IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                                    Case Nos.: **4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, Estee Konor's motion to withdraw as counsel for Plaintiffs in the above-captioned case. ECF No. 189. Plaintiffs continue to be represented by counsel, and their representation will continue uninterrupted. Ms. Konor's motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Konor from CM/ECF in this case.

**SO ORDERED on April 26, 2024.**

                                                **s/Mark E. Walker**               
                                                **Chief United States District Judge**