IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA STATE CONFERENCE
OF BRANCHES AND YOUTH
UNITS OF THE NAACP, et al.,

    *Plaintiffs*,

v.

    Case No.: 4:23-cv-215-MW/MAF
    4:23-cv-216-MW/MAF
    4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants.*

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE FLORIDA SECRETARY OF STATE

    Joshua E. Pratt respectfully files this Motion for Leave to Withdraw as Counsel for Florida Secretary of State Cord Byrd, and in support thereof, states as follows:

    1.    Joshua E. Pratt has accepted new employment beginning in May 2024.

    2.    The Florida Secretary of State consents to the withdrawal. Other members of the law firm Holtzman Vogel are representing, and will continue to represent, the Florida Secretary of State in the case. Specifically, Mohammad O. Jazil and other counsel have made appearances on behalf of the Florida Secretary of State.

    WHEREFORE, undersigned counsel respectfully requests this Court grant leave for Joshua E. Pratt to withdraw as counsel for the Florida Secretary of State and enter an Order granting this motion, authorizing Joshua E. Pratt to withdraw as attorney of

1

record for the Florida Secretary of State and directing all future communications concerning this matter be sent to the remaining counsel of record.

Dated: April 26, 2024

Respectfully submitted by,

*/s/ Joshua E. Pratt*
Joshua E. Pratt (FBN 119347)
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
(850) 270-5938 (phone)
jpratt@holtzmanvogel.com

*Counsel for the Secretary*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Joshua E. Pratt*
Joshua E. Pratt