UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,<br><br>*Defendants*. | Case No. 4:23-cv-00218<br>Consolidated Case No. 4:23-cv-00215<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED WORD LIMIT** |

    Pursuant to the Court's instructions at trial (Day 7, Tr. 2031:1-19), Hispanic Federation Plaintiffs respectfully request leave to file a written rebuttal closing argument in excess of the Court-set word limit (4:23-cv-00218, ECF No. 146), up to a total word limit of 6,000 words.

    The Secretary of State does not oppose this motion, and the Attorney General takes no position. Hispanic Federation Plaintiffs seek leave to file a document in excess of the current word limit to better address arguments made in Defendants' closing.

Dated: May 2, 2024

Cesar Z. Ruiz*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Roberto Cruz (FBN 18436)
Miranda Galindo (FBN 1039848)
**LatinoJustice PRLDEF**
5700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935
rcruz@latinojustice.org
mgalindo@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
5700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 418-6354
dalicea@latinojustice.org

Roni Druks*
Phi Nguyen*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
rdruks@demos.org
pnguyen@demos.org
John A. Freedman†
Jeremy Karpatkin†

Respectfully submitted,

/s/ *Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux*
Megan C. Keenan*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
(212) 549-2500
acepedaderieux@aclu.org
mkeenan@aclu.org

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris*
Sophia Lin Lakin*
Victoria Ochoa*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org
vochoa@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)

2

| | |
|---|---|
| **Arnold & Porter Kaye Scholer LLP** | **ACLU Foundation of Florida** |
| 601 Massachusetts Avenue, N.W. | 4343 West Flagler Street, Suite 400 |
| Washington, DC 20001 | Miami, FL 33134 |
| (202) 942-5316 | (786) 363-2714 |
| john.freedman@arnoldporter.com | dtilley@aclufl.org |
| jeremy.karpatkin@arnoldporter.com | cmcnamara@aclufl.org |

*\* Admitted Pro Hac Vice*

*Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the typeface and formatting requirements in Local Rules 5.1 and 7.1

*/s/ Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux

## CERTIFICATE OF SERVICE

I certify that on May 2, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

*/s/ Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux

3