IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                         Case No.: 4:23cv218-MW/MAF

**CORD BYRD, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING LEAVE TO EXCEED WORD LIMIT

This Court has considered, without hearing, Plaintiffs' motion for leave to exceed the word limit in their written rebuttal closing arguments. ECF No. 195. The motion is unopposed. The motion is **GRANTED**. Plaintiffs' word limit is extended to up to 7,000 words.

**SO ORDERED on May 2, 2024.**

                                                  s/Mark E. Walker
                                                  **Chief United States District Judge**