IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    Plaintiffs,

v.                                                     Case No.: 4:23cv218-MW/MAF

CORD BYRD, et al.,

    Defendants.
_____/

**JUDGMENT**

This Court hereby DECLARES that the Citizenship Requirement described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050, violates Plaintiffs' rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS Plaintiffs' request for a permanent injunction. Neither Defendant Byrd nor Defendant Moody, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Byrd and Moody shall enforce, nor permit enforcement of, the Citizenship Requirement provision described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050. Defendants Byrd and Moody, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with

Defendants Byrd and Moody shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order.

JESSICA J LYUBLANOVITS,
CLERK OF COURT

May 15, 2024          s/ *Ronnie Barker*
DATE                     DEPUTY CLERK