UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

*Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, et al.,

*Defendants*.

Case No. 4:23-cv-00218-MW-MAF

## UNOPPOSED MOTION OF HISPANIC FEDERATION PLAINTIFFS TO DEFER DETERMINATION OF ENTITLEMENT TO, AND AMOUNT OF, FEES AND COSTS

Local Rule 54.1(B) requires parties to move for a determination of entitlement to fees within "14 days after the entry of the judgment or, if there is no judgment, 14 days after the case is closed." This rule requires the Hispanic Federation Plaintiffs ("Plaintiffs") to seek this Court's determination of their entitlement to fees stemming from this Court's May 15, 2024 permanent injunction order within 14 days of that order. ECF No. 199. Similarly, Local Rule 54.2(A) requires a party to file a verified bill of costs within 14 days after the entry of judgment. As a result, Plaintiffs' fee petition and bill of costs would be presently due on May 29, 2024.

Notwithstanding the Court's May 15 permanent injunction, its prior July 3, 2023 preliminary injunction order (ECF No. 68) remains pending before the

Eleventh Circuit in a consolidated appeal[1] that includes the Court's parallel order in *Florida State Conference of Branches & Youths Units of the NAACP, et al. v. Byrd, et al.* See No. 4:23-cv-215-MW/MAF, ECF No. 101. Further, the Secretary has informed the Eleventh Circuit panel reviewing these orders that he intends to appeal this Court's permanent injunction ruling along with "all SB7050 cases" "[o]nce the district court issues its orders." *See* Resp. to Supp. Auth., *Hisp. Fed. v. Fla. Sec'y of State*, No. 23-12313, Dkt. No. 73 (11th Cir. May 16, 2024), at 2.

For these reasons and to conserve judicial resources and the resources of the parties, Plaintiffs respectfully ask that this Court suspend the Local Rule 54.1(B) deadline to file a fee motion and the Local Rule 54.2(A) requirement to file a bill of costs in this action and defer all fee determinations until 14 days after the later of: (a) the date the Court of Appeals issues its mandate in the last pending appeal from this case; (b) the deadline for filing a petition for a writ of certiorari from the last pending appeal in this case, if no petition is filed, or (c) the date the Court of Appeals issues a mandate following a decision of the Supreme Court or denial of certiorari, if a petition is filed.

---

[1] *See* Order Granting Appellants' Mot. to Consolidate, *Hisp. Fed. v. Fla. Sec'y of State*, No. 23-12313 (11th Cir. Oct. 12, 2023).

## LOCAL RULE 7.1(B) CERTIFICATION

Undersigned counsel conferred with counsel for the Defendants and they do not oppose this motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Undersigned counsel certifies that this motion contains 378 words, excluding the case style and certifications.

Dated: May 22, 2024

Cesar Z. Ruiz*
**LatinoJustice PRLDEF**
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 392-4752
cruiz@latinojustice.org

Roberto Cruz (FBN 18436)
Miranda Galindo (FBN 1039848)
**LatinoJustice PRLDEF**
5700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 754-1935
rcruz@latinojustice.org
mgalindo@latinojustice.org

Delmarie Alicea (FBN 1024650)
**LatinoJustice PRLDEF**
5700 Millenia Blvd. Suite 500
Orlando, FL 32839
(321) 418-6354
dalicea@latinojustice.org

Roni Druks*
Phi Nguyen*
**Dēmos**
80 Broad Street, 4th Floor
New York, NY 10004
(212) 485-6065
rdruks@demos.org
pnguyen@demos.org

John A. Freedman[†]
Jeremy Karpatkin[†]
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue, N.W.

Respectfully submitted,

*/s/ Adriel I. Cepeda Derieux*
Adriel I. Cepeda Derieux*
Megan C. Keenan*
**American Civil Liberties Union Foundation**
915 15th Street NW
Washington, DC 20005
(212) 549-2500
acepedaderieux@aclu.org
mkeenan@aclu.org

Julie A. Ebenstein (FBN 91033)
Dayton Campbell-Harris*
Sophia Lin Lakin*
Victoria Ochoa*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
jebenstein@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org
vochoa@aclu.org

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134

4

Washington, DC 20001  
(202) 942-5316  
john.freedman@arnoldporter.com  
jeremy.karpatkin@arnoldporter.com

(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org

*\* Admitted Pro Hac Vice*

***Counsel for Plaintiffs Hispanic Federation, Poder Latinx, Verónica Herrera-Lucha, Norka Martínez, and Elizabeth Pico***

## CERTIFICATE OF SERVICE

I certify that on May 22, 2024, this document was uploaded to CM/ECF, which sends the document to all counsel of record.

/s/ *Adriel I. Cepeda Derieux*

Adriel I. Cepeda Derieux

5