IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

v.                                        Case No.: 4:23cv218-MW/MAF

CORD BYRD, et al.,

    *Defendants*.

_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO DEFER DETERMINATION OF ENTITLEMENT TO, AND AMOUNT OF, <u>FEES AND COSTS</u>**

This Court has considered, without hearing, Plaintiffs' unopposed motion to defer determination of entitlement to, and amount of, fees and costs. ECF No. 201. The motion is **GRANTED**. Plaintiffs' deadline to file a motion to determine the amount of fees is suspended until fourteen days after the later of (a) the date the Court of Appeals issues its mandate in the last pending appeal from this case; (b) the deadline for filing a petition for a writ of certiorari from the last pending appeal in this case, if no petition is filed, or (c) the date the Court of Appeals issues a mandate following a decision of the Supreme Court or denial of certiorari, if a petition is filed.

**SO ORDERED on May 22, 2024.**

                                                    <u>s/Mark E. Walker               </u>
                                                    **Chief United States District Judge**