# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

   *Plaintiffs*,

v.                                       Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

   *Defendants*.

_____/

## **NOTICE OF APPEAL**

      Defendant Secretary of State Cord Byrd and Defendant Attorney General Ashley Moody appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on May 15, 2024.

1

Dated: June 10, 2024

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendant Secretary Byrd*

Respectfully submitted,

/s/ Stephanie A. Morse
Stephanie A. Morse (FBN 68713)
stephanie.morse@myfloridalegal.com
Noah T. Sjostrom (FBN 1039142)
noah.sjostrom@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
PL-01 The Capitol
Tallahassee, FL 32399-1050

*Counsel for Defendant Attorney General Moody*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil