**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HISPANIC FEDERATION, et al.

       VS                      USDC NO. 4:23-cv-00218-MW-MAF
                                   USCA NO. _____

CORD BYRD, et al.

**TRANSMITTAL OF NOTICE OF APPEAL**

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 6/10/2024
Judge/Magistrate Judge appealed from: Mark E. Walker
Court Reporter(s): Megan A. Hague
Other:

Please acknowledge receipt on the enclosed copy of this transmittal to: TALLAHASSEE DIVISION

                        JESSICA J. LYUBLANOVITS,
                        CLERK OF COURT

                        By: Bryston Ford
                        Deputy Clerk
                        111 North Adams Street
June 11, 2024                 Tallahassee, Florida 32301

CLOSED,APPEAL,CONSOLIDATED

## U.S. District Court
## Northern District of Florida (Tallahassee)
## CIVIL DOCKET FOR CASE #: 4:23–cv–00218–MW–MAF

HISPANIC FEDERATION et al v. BYRD et al
Assigned to: CHIEF JUDGE MARK E WALKER
Referred to: MAGISTRATE JUDGE MARTIN A
FITZPATRICK
Lead case: 4:23–cv–00215–MW–MAF
Member case: (View Member Case)
Case in other court:  USCA, 23–12313
Cause: 42:1983 Civil Rights Act

Date Filed: 05/25/2023
Date Terminated: 05/15/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**HISPANIC FEDERATION**                     represented by  **RAYNE HAELI ELLIS**
ARNOLD & PORTER LLP – NEW
YORK NY
250 WEST 55TH STREET
NEW YORK, NY 10019
212–836–7869
Email: rayne.ellis@arnoldporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADRIEL I CEPEDA DERIEUX**
AMERICAN CIVIL LIBERTIES UNION
– WASHINGTON DC
915 15TH STREET NW
WASHINGTON, DC 20005
212–284–7334
Fax: 212–549–2654
Email: acepedaderieux@aclu.org
*ATTORNEY TO BE NOTICED*

**CAROLINE ANDREWS MCNAMARA**
ACLU FOUNDATION OF FLORIDA
INC – MIAMI FL
4343 W FLAGLER STREET
SUITE 400
MIAMI, FL 33134
786–363–1392
Email: cmcnamara@aclufl.org
*ATTORNEY TO BE NOTICED*

**CESAR Z RUIZ**
LATINO JUSTICE PRLDEF – NEW
YORK NY
475 RIVERSIDE DRIVE
SUITE 1901
NEW YORK, NY 10115
212–392–4752
Email: cruiz@latinojustice.org
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
ACLU FOUNDATION OF FLORIDA
INC – MIAMI FL
4343 W FLAGLER STREET
SUITE 400
MIAMI, FL 33134
786–363–2714
Fax: 786–363–1257

Email: dtilley@aclufl.org
*ATTORNEY TO BE NOTICED*

**DAYTON CAMPBELL–HARRIS**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 BROAD STREET
NEW YORK, NY 10004
425–516–8400
Email: dcampbell–harris@aclu.org
*ATTORNEY TO BE NOTICED*

**DELMARIE ALICEA**
LATINO JUSTICE PRLDEF –
ORLANDO FL
4700 MILLENIA BOULEVARD
SUITE 500
ORLANDO, FL 32839
407–600–2350
Email: dalicea@latinojustice.org
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
330–806–9163
Email: ekonor@demos.org
*TERMINATED: 04/26/2024*

**EVAN JOSHUA PREMINGER**
ARNOLD & PORTER LLP – NEW
YORK NY
250 WEST 55TH STREET
NEW YORK, NY 10019
212–715–1107
Email: evan.preminger@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**FULVIA LORRAINE VARGAS–DE
LEON**
LATINO JUSTICE PRLDEF – NEW
YORK NY
475 RIVERSIDE DRIVE
SUITE 1901
NEW YORK, NY 10115
917–259–9636
Email: fvargasdeleon@latinojustice.org
*TERMINATED: 01/08/2024*

**JANINE MARIE LOPEZ**
ACLU FOUNDATION OF FLORIDA
INC – MIAMI FL
4343 W FLAGLER STREET
SUITE 400
MIAMI, FL 33134
786–363–2707
Email: jlopez@aclufl.org
*TERMINATED: 01/26/2024*

**JEREMY KARPATKIN**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW

WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: jeremy.karpatkin@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
ARNOLD & PORTER LLP –
WASHINGTON DC
601 MASSACHUSETTS NW
WASHINGTON, DC 20001
202–942–5545
Fax: 202–942–5000
Email: john.freedman@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**JULIE A EBENSTEIN**
AMERICAN CIVIL LIBERTIES UNION
– NEW YORK NY
125 BROAD STREET
19TH FLOOR
NEW YORK, NY 10004
212–549–2686
Email: jebenstein@aclu.org
*ATTORNEY TO BE NOTICED*

**MEGAN CHRISTINE KEENAN**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15TH STREET NW
WASHINGTON, DC 20005
740–632–0671
Email: mkeenan@aclu.org
*ATTORNEY TO BE NOTICED*

**PHI UYEN NGUYEN**
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
404–409–4054
Email: pnguyen@demos.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERTO CRUZ**
LATINO JUSTICE PRLDEF –
ORLANDO FL
REGIONAL SOUTHEAST OFFICE
523 W COLONIAL DRIVE
ORLANDO, FL 32804
321–754–1935
Fax: 212–219–3360
Email: rcruz@latinojustice.org
*ATTORNEY TO BE NOTICED*

**RONI ADA DRUKS**
DEMOS – NEW YORK NY
80 BROAD STREET
4TH FLOOR
NEW YORK, NY 10004
212–633–1405
Email: rdruks@demos.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SOPHIA LIN LAKIN**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 BROAD STREET
18TH FLOOR
NEW YORK, NY 10004
212–519–7836
Email: slakin@aclu.org
*ATTORNEY TO BE NOTICED*

**VICTORIA VIANEY OCHOA**
AMERICAN CIVIL LIBERTIES UNION
– NEW YORK NY
125 BROAD STREET
19TH FLOOR
NEW YORK, NY 10004
956–212–2250
Email: vochoa@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
ACLU OF FLORIDA – JACKSONVILLE
FL
1809 ART MUSEUM DRIVE
SUITE 203
JACKSONVILLE, FL 32207
786–363–1769
Email: nwarren@aclufl.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PODER LATINX**                    represented by   **CESAR Z RUIZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAYNE HAELI ELLIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADRIEL I CEPEDA DERIEUX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE ANDREWS MCNAMARA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAYTON CAMPBELL–HARRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DELMARIE ALICEA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**

(See above for address)
*TERMINATED: 04/26/2024*

**EVAN JOSHUA PREMINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FULVIA LORRAINE VARGAS–DE
LEON**
(See above for address)
*TERMINATED: 01/08/2024*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 01/26/2024*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE A EBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN CHRISTINE KEENAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHI UYEN NGUYEN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERTO CRUZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SOPHIA LIN LAKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VICTORIA VIANEY OCHOA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**VERONICA HERRERA–LUCHA**          represented by   **RAYNE HAELI ELLIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADRIEL I CEPEDA DERIEUX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE ANDREWS MCNAMARA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CESAR Z RUIZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAYTON CAMPBELL–HARRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DELMARIE ALICEA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/26/2024*

**EVAN JOSHUA PREMINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FULVIA LORRAINE VARGAS–DE LEON**
(See above for address)
*TERMINATED: 01/08/2024*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 01/26/2024*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE A EBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN CHRISTINE KEENAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHI UYEN NGUYEN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERTO CRUZ**
(See above for address)

*ATTORNEY TO BE NOTICED*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SOPHIA LIN LAKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VICTORIA VIANEY OCHOA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NORKA MARTINEZ**                    represented by   **RAYNE HAELI ELLIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADRIEL I CEPEDA DERIEUX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE ANDREWS MCNAMARA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CESAR Z RUIZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAYTON CAMPBELL–HARRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DELMARIE ALICEA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/26/2024*

**EVAN JOSHUA PREMINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FULVIA LORRAINE VARGAS–DE
LEON**
(See above for address)
*TERMINATED: 01/08/2024*

**JANINE MARIE LOPEZ**

(See above for address)
*TERMINATED: 01/26/2024*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE A EBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN CHRISTINE KEENAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHI UYEN NGUYEN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERTO CRUZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SOPHIA LIN LAKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VICTORIA VIANEY OCHOA**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A DOE**                            represented by   **RAYNE HAELI ELLIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADRIEL I CEPEDA DERIEUX**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROLINE ANDREWS MCNAMARA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CESAR Z RUIZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DAYTON CAMPBELL–HARRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DELMARIE ALICEA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/26/2024*

**EVAN JOSHUA PREMINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**FULVIA LORRAINE VARGAS–DE
LEON**
(See above for address)
*TERMINATED: 01/08/2024*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 01/26/2024*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JOHN A FREEDMAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE A EBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MEGAN CHRISTINE KEENAN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHI UYEN NGUYEN**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ROBERTO CRUZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**SOPHIA LIN LAKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VICTORIA VIANEY OCHOA**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**B DOE**                              represented by   **ESTEE MEIRA KONOR**
(See above for address)
*TERMINATED: 04/26/2024*
*LEAD ATTORNEY*

**FULVIA LORRAINE VARGAS–DE LEON**
(See above for address)
*TERMINATED: 01/08/2024*
*LEAD ATTORNEY*

**JOHN A FREEDMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RAYNE HAELI ELLIS**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAROLINE ANDREWS MCNAMARA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CESAR Z RUIZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DANIEL BOAZ TILLEY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**DELMARIE ALICEA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EVAN JOSHUA PREMINGER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JANINE MARIE LOPEZ**
(See above for address)
*TERMINATED: 01/26/2024*

**JEREMY KARPATKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JULIE A EBENSTEIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**PHI UYEN NGUYEN**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**ROBERTO CRUZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**RONI ADA DRUKS**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**NICHOLAS WARREN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CORD BYRD**                          represented by **JOHN J CYCON**
*IN HIS OFFICIAL CAPACITY AS*                  HOLTZMAN VOGEL BARAN ET AL –
*FLORIDA SECRETARY OF STATE*                   HAYMARKET VA
                                               15405 JOHN MARSHALL HWY
                                               HAYMARKET, VA 20169
                                               540–341–8808
                                               Email: jcycon@holtzmanvogel.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **ASHLEY E DAVIS**
                                               FLORIDA DEPARTMENT OF STATE
                                               RA GRAY BUILDING
                                               500 SOUTH BRONOUGH STREET
                                               SUITE 100
                                               TALLAHASSEE, FL 32399
                                               850–245–6531
                                               Email: ashley.davis@dos.myflorida.com
                                               *ATTORNEY TO BE NOTICED*

                                               **BRADLEY ROBERT MCVAY**
                                               FLORIDA DEPARTMENT OF STATE
                                               OFFICE OF GENERAL COUNSEL
                                               500 S BRONOUGH STREET
                                               TALLAHASSEE, FL 32399
                                               352–219–5195
                                               Email: brad.mcvay@dos.myflorida.com
                                               *ATTORNEY TO BE NOTICED*

                                               **GARY VERGIL PERKO**
                                               HOLTZMAN VOGEL – TALLAHASSEE
                                               FL
                                               119 S MONROE STREET
                                               SUITE 500
                                               TALLAHASSEE, FL 32301
                                               850–391–0502
                                               Email: gperko@HoltzmanVogel.com
                                               *ATTORNEY TO BE NOTICED*

                                               **JOSEPH SCOTT VAN DE BOGART**
                                               FLORIDA DEPARTMENT OF STATE
                                               OFFICE OF GENERAL COUNSEL
                                               500 S BRONOUGH STREET
                                               TALLAHASSEE, FL 32399
                                               850–245–6519
                                               Fax: 850–245–6127

Email: joseph.vandebogart@dos.myflorida.com
*ATTORNEY TO BE NOTICED*

**JOSHUA E PRATT**
HOLTZMAN VOGEL – TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850–566–7610
Email: josh.e.pratt@gmail.com
*TERMINATED: 04/26/2024*

**MICHAEL ROBERT BEATO**
HOLTZMAN VOGEL – TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850–566–7610
Email: mbeato@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**MOHAMMAD OMAR JAZIL**
HOLTZMAN VOGEL – TALLAHASSEE
FL
119 S MONROE STREET
SUITE 500
TALLAHASSEE, FL 32301
850–391–0503
Email: mjazil@holtzmanvogel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ASHLEY MOODY**
*IN HER OFFICIAL CAPACITY AS*
*FLORIDA ATTORNEY GENERAL*

represented by **NOAH T SJOSTROM**
FLORIDA ATTORNEY GENERAL'S
OFFICE
107 W GAINES STREET
SUITE 401F
TALLAHASSEE, FL 32309
850–414–3635
Email: noah.sjostrom@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**STEPHANIE ANNE MORSE**
FLORIDA ATTORNEY GENERAL'S
OFFICE
PL–01 THE CAPITOL
TALLAHASSEE, FL 32399–1050
850–414–3300
Email: stephanie.morse@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**WILLIAM DAVID CHAPPELL**
FLORIDA DEPARTMENT OF
EDUCATION
THE CAPITOL PL–01
325 W GAINES STREET
TALLAHASSEE, FL 32399
850–245–0442
Email: david.chappell@fldoe.org
*TERMINATED: 09/05/2023*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2023 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number AFLNDC–7888158.), filed by B DOE, VERONICA HERRERA–LUCHA, PODER LATINX, HISPANIC FEDERATION, NORKA MARTINEZ, A DOE. (Attachments: # 1 Summons – Byrd, # 2 Summons – Moody) (WARREN, NICHOLAS) (Entered: 05/25/2023) |
| 05/25/2023 | 2 | CIVIL COVER SHEET. (WARREN, NICHOLAS) (Entered: 05/25/2023) |
| 05/25/2023 | 3 | Corporate Disclosure Statement/Certificate of Interested Persons by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX identifying Corporate Parent TIDES ADVOCACY for PODER LATINX.. (WARREN, NICHOLAS) (Entered: 05/25/2023) |
| 05/25/2023 | 4 | NOTICE *of Similar Cases* by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (WARREN, NICHOLAS) (Entered: 05/25/2023) |
| 05/26/2023 | 5 | Summons Issued as to CORD BYRD, ASHLEY MOODY. (Attachments: # 1 Byrd) (bkp) (Entered: 05/26/2023) |
| 05/26/2023 | 6 | SUMMONS Returned Executed by B DOE, VERONICA HERRERA–LUCHA, PODER LATINX, HISPANIC FEDERATION, NORKA MARTINEZ, A DOE. All Defendants. (WARREN, NICHOLAS) (Entered: 05/26/2023) |
| 05/30/2023 | 7 | MOTION to Consolidate Cases by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (WARREN, NICHOLAS) (Entered: 05/30/2023) |
| 05/30/2023 | | Set/Reset Deadlines as to 7 MOTION to Consolidate Cases . (Internal deadline for referral to judge if response not filed earlier: **6/13/2023**). (tss) (Entered: 05/31/2023) |
| 05/31/2023 | 8 | ORDER DIRECTING EXPEDITED RESPONSE re 7 MOTION to Consolidate Cases filed by B DOE, NORKA MARTINEZ, VERONICA HERRERA–LUCHA, PODER LATINX, A DOE, HISPANIC FEDERATION. The Secretary must file a response no later than June 5,2023 signed by JUDGE ALLEN C WINSOR on 5/31/23. (Internal deadline for referral to judge if response not filed earlier: **6/5/2023**).) (bkp) (Entered: 05/31/2023) |
| 05/31/2023 | 9 | NOTICE of Voluntary Dismissal by B DOE (WARREN, NICHOLAS) (Entered: 05/31/2023) |
| 06/01/2023 | 10 | NOTICE of Appearance by JOSEPH SCOTT VAN DE BOGART on behalf of CORD BYRD (VAN DE BOGART, JOSEPH) (Entered: 06/01/2023) |
| 06/01/2023 | 11 | NOTICE of Appearance by ASHLEY E DAVIS on behalf of CORD BYRD (DAVIS, ASHLEY) (Entered: 06/01/2023) |
| 06/01/2023 | 12 | NOTICE of Appearance by STEPHANIE ANNE MORSE on behalf of ASHLEY MOODY (MORSE, STEPHANIE) (Entered: 06/01/2023) |
| 06/02/2023 | 13 | AMENDED DOCUMENT by CORD BYRD. Amendment to 11 Notice of Appearance (DAVIS, ASHLEY) (Entered: 06/02/2023) |
| 06/02/2023 | 14 | NOTICE of Appearance by NOAH T SJOSTROM on behalf of ASHLEY MOODY (SJOSTROM, NOAH) (Entered: 06/02/2023) |
| 06/05/2023 | 15 | NOTICE of Appearance by MOHAMMAD OMAR JAZIL on behalf of CORD BYRD (JAZIL, MOHAMMAD) (Entered: 06/05/2023) |
| 06/05/2023 | 16 | RESPONSE to Motion re 7 MOTION to Consolidate Cases filed by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 06/05/2023) |
| 06/05/2023 | 17 | NOTICE of Appearance by MICHAEL ROBERT BEATO on behalf of CORD BYRD (BEATO, MICHAEL) (Entered: 06/05/2023) |
| 06/05/2023 | 18 | NOTICE of Appearance by JOSHUA E PRATT on behalf of CORD BYRD (PRATT, JOSHUA) (Entered: 06/05/2023) |

| 06/06/2023 | 19 | NOTICE of Appearance by ROBERTO CRUZ on behalf of All Plaintiffs (CRUZ, ROBERTO) (Entered: 06/06/2023) |
|---|---|---|
| 06/07/2023 | 20 | MOTION to Appear Pro Hac Vice by Cesar Z. Ruiz.( Filing fee $ 208 receipt number AFLNDC−7907946.) by A DOE, B DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ. (RUIZ, CESAR) (Entered: 06/07/2023) |
| 06/07/2023 | 21 | REASSIGNMENT ORDER. The motion to consolidate (ECF No. 7 ) is GRANTED in part as set forth above. The clerk will reassign this case to Chief Judge Walker. Signed by JUDGE ALLEN C WINSOR on 6/7/2023. (atm) (Entered: 06/07/2023) |
| 06/07/2023 | | CHIEF JUDGE MARK E WALKER added. JUDGE ALLEN C WINSOR no longer assigned to case. (atm) (Entered: 06/07/2023) |
| 06/07/2023 | 22 | NOTICE of Appearance by JULIE A EBENSTEIN on behalf of All Plaintiffs (EBENSTEIN, JULIE) (Entered: 06/07/2023) |
| 06/07/2023 | 23 | NOTICE of Appearance by JULIE A EBENSTEIN on behalf of All Plaintiffs (EBENSTEIN, JULIE) (Entered: 06/07/2023) |
| 06/07/2023 | 24 | ORDER ADMITTING CESAR Z. RUIZ PRO HAC VICE. The 20 motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 06/07/2023. (rcb) Modified to edit docket text and Judge's signature on 6/8/2023 (rcb). (Entered: 06/07/2023) |
| 06/07/2023 | 25 | First MOTION to Appear Pro Hac Vice by Adriel I. Cepeda Derieux.( Filing fee $ 208 receipt number AFLNDC−7908655.) by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CEPEDA DERIEUX, ADRIEL) (Entered: 06/07/2023) |
| 06/07/2023 | 26 | MOTION to Appear Pro Hac Vice by Dayton Campbell−Harris.( Filing fee $ 208 receipt number AFLNDC−7908687.) by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CAMPBELL−HARRIS, DAYTON) (Entered: 06/07/2023) |
| 06/07/2023 | 27 | MOTION to Appear Pro Hac Vice by Megan C. Keenan.( Filing fee $ 208 receipt number AFLNDC−7908697.) by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (KEENAN, MEGAN) (Entered: 06/07/2023) |
| 06/07/2023 | 28 | MOTION to Appear Pro Hac Vice by Sophia Lin Lakin.( Filing fee $ 208 receipt number AFLNDC−7908706.) by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (LAKIN, SOPHIA) (Entered: 06/07/2023) |
| 06/07/2023 | 29 | ORDER FOR SUPPLEMENTAL BRIEFING. The parties shall confer and file their supplemental briefing on or before Friday, **6/16/2023**. Signed by CHIEF JUDGE MARK E WALKER on 06/7/2023. (rcb) (Entered: 06/07/2023) |
| 06/07/2023 | 30 | ORDER CONDITIONALLY ADMITTING ADRIEL I. CEPEDA DERIEUX, DAYTON CAMPBELL−HARRIS,MEGAN C. KEENAN, AND SOPHIA LIN LAKIN PRO HAC VICE. The 25 , 26 , 27 & 28 motions are GRANTED in part. These attorneys are CONDITIONALLY ADMITTED as they have fulfilled all but one of the requirements of the Local Rules for admission. These attorneys shall file their certificates of good standing on or before **6/21/2023**, at which time this Court will determine whether to revoke their conditional admission for noncompliance with the Local Rules. Signed by CHIEF JUDGE MARK E WALKER on 06/7/2023. (rcb) (Entered: 06/08/2023) |
| 06/07/2023 | 31 | DOCKET ANNOTATION BY COURT: Re 21 Order − cases consolidated in error. (atm) (Entered: 06/08/2023) |
| 06/08/2023 | 32 | Emergency MOTION for Preliminary Injunction by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 HF Decl., # 2 Poder Decl., # 3 Herrera−Lucha Decl., # 4 Martinez Decl., # 5 Doe Decl.) (WARREN, NICHOLAS) (Entered: 06/08/2023) |

| 06/08/2023 | 33 | MOTION for Leave to Proceed Under a Pseudonym by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (WARREN, NICHOLAS) (Entered: 06/08/2023) |
|---|---|---|
| 06/09/2023 | | Set/Reset Deadlines as to 32 Emergency MOTION for Preliminary Injunction , 33 MOTION for Leave to Proceed Under a Pseudonym . (Internal deadline for referral to judge if response not filed earlier: **6/23/2023**). (rcb) (Entered: 06/09/2023) |
| 06/09/2023 | 34 | ORDER SETTING CONFERENCE SCHEDULE AND OTHER DEADLINES. The Clerk shall set this matter for a telephonic scheduling conference on Wednesday, **6/14/2023 11:00 AM** a.m. (ET). in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. The parties shall file a proposed briefing schedule with respect to the motion for preliminary injunction by Tuesday, **6/13/2023**. Defendants shall file a response to Plaintiffs motion to proceed anonymously, ECF No. 33 , on or before **6/16/2023**). Plaintiffs shall file a reply with respect to this motion on or before **6/23/2023**, at which time this Court will take the motion to proceed anonymously under advisement. Signed by CHIEF JUDGE MARK E WALKER on 06/09/2023. (rcb) (Entered: 06/09/2023) |
| 06/09/2023 | 35 | NOTICE of Appearance by DANIEL BOAZ TILLEY on behalf of All Plaintiffs (TILLEY, DANIEL) (Entered: 06/09/2023) |
| 06/09/2023 | 36 | MOTION for Extension of Time to File Answer by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 06/09/2023) |
| 06/12/2023 | 37 | NOTICE OF TELEPHONIC HEARING: Telephonic Scheduling Conference set for **6/14/2023 11:00 AM** before CHIEF JUDGE MARK E WALKER.<br><br>ALL PARTIES are directed to call the AT&T Conference Line (see below)<br><br>Conference Call Information<br><br>You may dial into the conference call up to five minutes before start time. Call in number: **888–684–8852** When prompted for an access code, enter: **3853136#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **4565#** Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. **The Court asks that counsel NOT use cell phones or speaker phones** during the call as the quality of the audio connection is compromised by these devices.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 06/12/2023) |
| 06/12/2023 | 38 | ORDER GRANTING 36 EXTENSION. Defendant Byrd's motion is GRANTED. Defendant Byrd may file his response to Plaintiffs' complaint on or before the twenty–first day after this Court's ruling on Plaintiffs' emergency motion for preliminary injunction. Signed by CHIEF JUDGE MARK E WALKER on 06/12/2023. (rcb) (Entered: 06/12/2023) |
| 06/12/2023 | 39 | MOTION for Extension of Time to File Answer by ASHLEY MOODY. (SJOSTROM, NOAH) (Entered: 06/12/2023) |
| 06/12/2023 | 40 | ORDER GRANTING 39 EXTENSION. The 39 unopposed motion is GRANTED. Defendant Moody may file her response to Plaintiffs' complaint on or before the twenty–first day after this Court's ruling on Plaintiffs' emergency motion for preliminary injunction. Signed by CHIEF JUDGE MARK E WALKER on 06/12/2023. (rcb) (Entered: 06/12/2023) |
| 06/12/2023 | 41 | NOTICE of Appearance by DELMARIE ALICEA on behalf of All Plaintiffs (ALICEA, DELMARIE) (Entered: 06/12/2023) |
| 06/13/2023 | 42 | DOCKET ANNOTATION BY COURT: Re 41 Notice of Appearance filed by B DOE, NORKA MARTINEZ, VERONICA HERRERA–LUCHA, PODER LATINX, A DOE, HISPANIC FEDERATION **ISO PLACED IN JUDGE WALKER'S REFERRAL TO JUDGE FOLDER** (rcb) (Entered: 06/13/2023) |
| 06/13/2023 | 43 | MOTION to Appear Pro Hac Vice( Filing fee $ 208 receipt number AFLNDC–7918575.) by A DOE, VERONICA HERRERA–LUCHA, HISPANIC |

| | | FEDERATION, NORKA MARTINEZ, PODER LATINX. (KONOR, ESTEE) (Entered: 06/13/2023) |
|---|---|---|
| 06/13/2023 | 44 | INITIAL SCHEDULING ORDER. Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for **6/27 /2023**. Rule 26 Meeting Report due by **7/27/2023**. Discovery due by **10/11/2023**. Status Report due by **7/13/2023**. Signed by CHIEF JUDGE MARK E WALKER on 06/13/2023. (rcb) (Entered: 06/13/2023) |
| 06/13/2023 | 45 | ORDER ADMITTING ESTEE M. KONOR PRO HAC VICE. The 43 motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 06/13/2023. (rcb) (Entered: 06/13/2023) |
| 06/13/2023 | 46 | STATUS REPORT : *Joint Report on Parties' Meet−and−Confer Regarding Plaintiffs' Motion for a Preliminary Injunction* by A DOE, B DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (EBENSTEIN, JULIE) (Entered: 06/13/2023) |
| 06/14/2023 | 47 | First MOTION to Appear Pro Hac Vice by Evan Preminger.( Filing fee $ 208 receipt number AFLNDC−7919936.) by A DOE, B DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Exhibit New York Certificate of Good Standing) (PREMINGER, EVAN) (Entered: 06/14/2023) |
| 06/14/2023 | 48 | ORDER ADMITTING EVAN PREMINGER PRO HAC VICE. The 47 motion is GRANTED. Mr. Preminger has fulfilled the requirements of the Local Rules for admission and is admitted pro hac vice as counsel for Plaintiffs. Signed by CHIEF JUDGE MARK E WALKER on 06/14/2023. (rcb) (Entered: 06/14/2023) |
| 06/14/2023 | 49 | ORDER SETTING HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE. The in−person hearing on Plaintiffs' motion for preliminary injunction is set for Wednesday, **6/28/2023 09:00 AM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. Defendants' response and any declarations in support thereof are due on or before 12:00 p.m. (ET) on Friday, **6/23/2023 12:00 PM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. Plaintiffs' reply brief and any rebuttal declarations are due on or before 12:00 p.m. (ET) on Monday, **6/26/2023 12:00 PM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. This Court grants Plaintiffs' request to enlarge the maximum word count to 5,000 words with respect to their reply brief. This Court STAYS the parties' deadline to brief the issue of consolidation, see ECF No. 29 , and Defendants' deadline to respond to Plaintiffs' motion for leave to proceed anonymously, ECF No. 33 . Signed by CHIEF JUDGE MARK E WALKER on 06/14/2023. (rcb) (Entered: 06/14/2023) |
| 06/15/2023 | 50 | MOTION to Appear Pro Hac Vice by Rayne Ellis.( Filing fee $ 208 receipt number AFLNDC−7922006.) by HISPANIC FEDERATION. (ELLIS, RAYNE) (Entered: 06/15/2023) |
| 06/15/2023 | 51 | NOTICE *of Filing Certificate of Good Standing* by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (CAMPBELL−HARRIS, DAYTON) (Entered: 06/15/2023) |
| 06/15/2023 | 52 | NOTICE *of Filing Certificate of Good Standing* by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (CEPEDA DERIEUX, ADRIEL) (Entered: 06/15/2023) |
| 06/15/2023 | 53 | NOTICE *of Filing Certificate of Good Standing* by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (LAKIN, SOPHIA) (Entered: 06/15/2023) |
| 06/15/2023 | 54 | NOTICE *of Filing Certificate of Good Standing* by A DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (KEENAN, MEGAN) (Entered: 06/15/2023) |
| 06/15/2023 | 55 | NOTICE of Appearance by JEREMY KARPATKIN on behalf of A DOE, B DOE, VERONICA HERRERA−LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (KARPATKIN, JEREMY) (Entered: 06/15/2023) |

| | | |
|---|---|---|
| 06/15/2023 | 56 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Telephonic Scheduling Conference held on 6/15/2023. Parties discuss case status and schedule for 55 , 27 & 32 Motions for Preliminary Injunction. Ruling by Court: Defendants' responses to 55 , 27 & 32 Motions, and any declarations from defendants, due by noon on 6/23/23; Replies and plaintiffs' declarations due by noon on 6/26/23. Word limit for plaintiffs' replies enlarged to 5,000 words. Preliminary injunction hearing set for 9:00 am on 6/28/23. Cases consolidated for the purpose of preliminary injunction hearing only. Deadline for responses re: 7 Motion to Consolidate and 33 Motion to Proceed Under Pseudonym (in 4:23cv218) are stayed and will be reset after preliminary injunction hearing. Supervisors of elections' responses to plaintiffs' 1 Complaint is extended 21 days after ruling on 55 Motion (in 4:23cv215). Clerk to provide call–in number for interested parties to observe preliminary injunction hearing. Order to follow (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 06/15/2023) |
| 06/15/2023 | 57 | ORDER ADMITTING RAYNE ELLIS PRO HAC VICE. The 50 motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 06/15/2023. (rcb) (Entered: 06/16/2023) |
| 06/16/2023 | 58 | NOTICE OF HEARING RE: 32 Emergency MOTION for Preliminary Injunction: Preliminary Injunction Hearing set for **6/28/2023 09:00 AM** before CHIEF JUDGE MARK E WALKER. United States Courthouse, **Courtroom 5 West,** 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850–521–3510 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 06/16/2023) |
| 06/23/2023 | 59 | NOTICE of Joinder by ASHLEY MOODY (SJOSTROM, NOAH) (Entered: 06/23/2023) |
| 06/23/2023 | 60 | RESPONSE in Opposition re 32 Emergency MOTION for Preliminary Injunction *and Incorporated Memorandum of Law* filed by CORD BYRD. (Attachments: # 1 Appendix Appendix, Vol. 1 of 3, # 2 Appendix Appendix, Vol. 2 of 3, # 3 Appendix Appendix, Vol. 3 of 3) (JAZIL, MOHAMMAD) (Entered: 06/23/2023) |
| 06/23/2023 | 61 | NOTICE OF LISTEN–ONLY PHONE LINE for 6/28/2023 Preliminary Injunction Hearing:<br><br>INTERESTED PARTIES MAY OBSERVE THIS HEARING BY CALLING THE NUMBER BELOW––THIS HEARING MUST NOT BE BROADCAST BY ANY MEANS.<br><br>PLEASE MUTE YOUR LINE<br><br>Conference Call Information<br><br>You may dial into the conference call up to five minutes before start time. Call in number: **888–684–8852** When prompted for an access code, enter: **8131706#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **0628#** You are now in the conference call. **Remember to mute your phone.**<br><br>**Callers to this line will be able to listen ONLY, not address the Court**.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 06/23/2023) |
| 06/26/2023 | 62 | REPLY to Response to Motion re 32 Emergency MOTION for Preliminary Injunction filed by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (EBENSTEIN, JULIE) (Entered: |

| | | |
|---|---|---|
| | | 06/26/2023) |
| 06/28/2023 | 63 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Motion Hearing held on 6/28/2023. Court hears argument regarding Plaintiffs' 32 Motion for Preliminary Injunction. Defendants' response to 33 Motion to Proceed Under Pseudonym due **7/10/2023**; Plaintiffs' reply due **7/13/2023**. Parties to confer and file notice re: 7 Motion to Consolidate 21 days after Court's ruling on preliminary injunction and the parties' Rule 26 meeting deadline is extended same. Plaintiff Hispanic Federation to file supplement by **noon on 6/30/2023**. Defendants' response due by **5:00 pm on 6/30/2023**. Orders to follow (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 06/28/2023) |
| 06/28/2023 | 64 | ORDER SETTING DEADLINES. Consistent with this Court's statements on the record at the conclusion of the hearing on June 28, 2023, the parties shall confer in these three cases and file a notice indicating their positions regarding consolidation of these cases on or before twenty–one days after this Court enters an order ruling on the Plaintiffs motions for preliminary injunction. In addition, this Court reiterates that Defendants in these three cases shall file their responsive pleadings to the operative complaints on or before twenty– one days after this Court enters an order ruling on the Plaintiffs' motions for preliminary injunction. Likewise, the parties' deadlines for conferring and filing their Rule 26 reports are extended to on or before twenty–one days after this Court enters an order ruling on the Plaintiffs' motions for preliminary injunction. In Case No.: 4:23cv218, Defendants' response to Plaintiffs motion to proceed anonymously is due on or before **7/10/2023**, and Plaintiffs reply, if any, is due on or before **7/13/2023**. Finally, without objection from Defendants, Plaintiffs in Case No.: 4:23cv218 may supplement the record with certified translations of their translated declarations on or before 12:00 p.m. (ET) on **6/30/2023**. If Defendants need to be heard with respect to the certified translations, they must file a notice with this Court indicating the reason for which they wish to be heard by 5:00 p.m. (ET) on **6/30/2023**. Signed by CHIEF JUDGE MARK E WALKER on 06/28/2023. (rcb) (Entered: 06/28/2023) |
| 06/29/2023 | 65 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Preliminary Injunction Proceedings held on 6/28/2023, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **7/6/2023**. Release of Transcript Restriction set for **10/4/2023**. (mah) (Entered: 06/29/2023) |
| 06/30/2023 | 66 | MOTION for Leave to File *Supplemental Record Evidence* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Exhibit 1 – Herrera–Lucha Certified Translation, # 2 Exhibit 2 – Martinez Certified Translation, # 3 Exhibit 3 – Doe Certified Translation, # 4 Exhibit 4 – Cruz Declaration) (EBENSTEIN, JULIE) (Entered: 06/30/2023) |
| 06/30/2023 | 67 | ORDER GRANTING 66 MOTION TO SUPPLEMENT RECORD. Plaintiffs' motion, ECF No. 66 , is GRANTED subject to any objections from Defendants filed by 5:00 p.m. (ET) on June 30, 2023. Signed by CHIEF JUDGE MARK E WALKER on 06/30/2023. (rcb) (Entered: 06/30/2023) |
| 07/03/2023 | 68 | PRELIMINARY INJUNCTION. The Florida NAACP Plaintiffs' motion for a preliminary injunction, ECF No. 55 in Case No.:4:23cv215, is GRANTED. Defendant Secretary of State Cord Byrd, in his official capacity, and Defendant Attorney General Ashley Moody, in her official capacity, must take no steps to enforce the following until otherwise ordered: a. Section 97.0575(1)(f), Florida Statutes (2023); and b. Section 97.0575(7), Florida Statutes (2023). The preliminary injunction binds the above–listed Defendants and their officers, agents, servants, employees, and attorneys–and others in active concert or participation with any of them–who receive actual notice of this injunction by personal service or otherwise. The Hispanic Federation Plaintiffs' motion for a preliminary injunction, ECF No. 32 in Case No.: |

| | | |
|---|---|---|
| | | 4:23cv218, is GRANTED. Defendant Secretary of State Cord Byrd, in his official capacity, and Defendant Attorney General Ashley Moody, in her official capacity, must take no steps to enforce the following until otherwise ordered: a. Section 97.0575(1)(f), Florida Statutes (2023). The preliminary injunction binds the above–listed Defendants and their officers, agents, servants, employees, and attorneys–and others in active concert or participation with any of them–who receive actual notice of this injunction by personal service or otherwise. Signed by CHIEF JUDGE MARK E WALKER on 7/3/2023. (kjw) (Entered: 07/03/2023) |
| 07/10/2023 | 69 | THE ATTORNEY GENERAL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM AND INCORPORATED MEMORANDUM OF LAW. (MORSE, STEPHANIE) Modified to edit title on 7/11/2023 (rcb). (Entered: 07/10/2023) |
| 07/10/2023 | 70 | RESPONSE IN OPPOSITION TO MOTION TO PROCEED UNDER PSEUDONYM AND INCORPORATED MEMORANDUM OF LAW. (JAZIL, MOHAMMAD) Modified to edit title on 7/11/2023 (rcb). (Entered: 07/10/2023) |
| 07/11/2023 | 71 | NOTICE OF APPEAL as to 68 Preliminary Injunction,,,,, by CORD BYRD, ASHLEY MOODY. ( Filing fee $505 Receipt Number AFLNDC–7964872.) (Attachments: # 1 Exhibit Doc. 68, Preliminary Injunction, 4:23–cv–218) (JAZIL, MOHAMMAD) (Entered: 07/11/2023) |
| 07/12/2023 | 72 | NOTICE of Appearance by WILLIAM DAVID CHAPPELL on behalf of ASHLEY MOODY (CHAPPELL, WILLIAM) (Entered: 07/12/2023) |
| 07/12/2023 | 73 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 71 Notice of Appeal. (rcb) (Entered: 07/12/2023) |
| 07/12/2023 | | Set Deadlines re 71 Notice of Appeal. Clerk to check status of Appeal on 10/10/2023. Certificate of Readiness (FRAP 11) due by 7/26/2023. (rcb) (Entered: 07/12/2023) |
| 07/12/2023 | 74 | TRANSCRIPT REQUEST by CORD BYRD for proceedings held on June 28, 2023 before Judge Mark E. Walker, Chief United States District Judge, Court Reporter:Megan Hague (BEATO, MICHAEL) (Entered: 07/12/2023) |
| 07/13/2023 | 75 | FIRST JOINT STATUS REPORT. (CEPEDA DERIEUX, ADRIEL) Modified to edit title on 7/14/2023 (rcb). (Entered: 07/13/2023) |
| 07/13/2023 | 76 | REPLY to Response to Motion re 33 MOTION for Leave to Proceed Under a Pseudonym filed by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CEPEDA DERIEUX, ADRIEL) (Entered: 07/13/2023) |
| 07/14/2023 | | Set Deadline– Status Report due by 8/14/2023. (rcb) (Entered: 07/14/2023) |
| 07/14/2023 | 77 | ORDER DEFERRING DETERMINATION OF ENTITLEMENT TO, AND AMOUNT OF,FEES AND COSTS. This Court has considered, without hearing, the unopposed motion by the plaintiffs in Case No. 4:23cv215 (Florida NAACP Plaintiffs) and in Case No. 4:23cv218 ("Hispanic Federation Plaintiffs") to defer determination of entitlement to, and amount of, fees and costs stemming from this Courts July 3, 2023, preliminary injunction order. ECF No. 106 . The motion is GRANTED. The deadline to move for fees stemming from this Court's July 3, 2023, preliminary injunction order, as well as from any subsequent order this Court issues in these cases, is fourteen days after final judgment is entered. Signed by CHIEF JUDGE MARK E WALKER on 7/14/2023. (rcb) (Entered: 07/14/2023) |
| 07/17/2023 | 78 | ORDER DENYING 33 MOTION TO PROCEED UNDER PSEUDONYM. Plaintiff Doe's motion to proceed under a pseudonym, ECF No. 33 , is DENIED. Plaintiffs must file their complaint without pseudonyms no later than Monday, 7/24/2023. Signed by CHIEF JUDGE MARK E WALKER on 7/17/2023. (rcb) (Entered: 07/17/2023) |
| 07/19/2023 | 85 | USCA Acknowledgment #23–12313 Re: 71 Notice of Appeal. (rcb) (Entered: 07/26/2023) |
| 07/24/2023 | 79 | REVISED COMPLAINT NAMING ALL PLAINTIFFS FILED PURSUANT TO ECF NO. 78 (EBENSTEIN, JULIE) Modified to edit title on 7/25/2023 (rcb). (Entered: 07/24/2023) |

| 07/24/2023 | 80 | *Florida Attorney General's* ANSWER to Complaint *at ECF 79* by ASHLEY MOODY. (MORSE, STEPHANIE) (Entered: 07/24/2023) |
|---|---|---|
| 07/24/2023 | 81 | *Secretary of State's* ANSWER to 1 Complaint, *PLAINTIFFS' REVISED COMPLAINT* by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 07/24/2023) |
| 07/24/2023 | 82 | NOTICE *of Hispanic Federation Plaintiffs' Supplemental Briefing in Support of Consolidation* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (EBENSTEIN, JULIE) (Entered: 07/24/2023) |
| 07/24/2023 | 83 | REPORT of Rule 26(f) Planning Meeting. (EBENSTEIN, JULIE) (Entered: 07/24/2023) |
| 07/25/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of CHIEF JUDGE MARK E WALKER notified that action is needed Re: 83 Report of Rule 26(f) Planning Meeting (rcb) (Entered: 07/25/2023) |
| 07/25/2023 | 84 | ORDER RE: 7 CONSOLIDATING CASES FOR SCHEDULING AND TRIAL AND SETTING SCHEDULING DEADLINES.The Hispanic Federation Plaintiffs motion to consolidate, ECF No. 7 in Case No. 4:23cv218, is GRANTED with respect to the Florida NAACP Plaintiffs case, Case No.: 4:23cv215. The consolidated bench trial is special set for a two–week trial period that begins on Monday, **4/1/2024 08:15 AM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. The discovery deadline is extended to **12/18/2023**.A pleading may be amended only by **8/15/2023**, or on a motion showing good cause for not amending by that date. The deadline for filing summary–judgment motions is 21 days after the discovery deadline, **1/8/2024**, but the motions should be filed at the earliest appropriate time. Signed by CHIEF JUDGE MARK E WALKER on 7/25/2023. (rcb) (Entered: 07/25/2023) |
| 07/26/2023 | 86 | Pursuant to F.R.A.P. 11(c), #23–12313 the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 71 Notice of Appeal, Appeal No. 23–12313. The entire record on appeal is available electronically. (rcb) (Entered: 07/26/2023) |
| 07/28/2023 | 87 | ORDER CONSOLIDATING RE: 7 CASES FOR SCHEDULING AND TRIAL AND SETTING SCHEDULING DEADLINES. The Hispanic Federation Plaintiffs' motion to consolidate, ECF No. 7 in Case No. 4:23cv218, is GRANTED with respect to the League Plaintiffs' case, Case No.: 4:23cv216 The consolidated bench trial is special set for a two–week trial period that begins on Monday, **4/1/2024 08:15 AM** in U.S. Courthouse Tallahassee before CHIEF JUDGE MARK E WALKER. The discovery deadline is extended to **12/18/2023**. A pleading may be amended only by **8/15/2023**, or on a motion showing good cause for not amending by that date. The deadline for filing summary–judgment motions is 21 days after the discovery deadline, **1/8/2024**, but the motions should be filed at the earliest appropriate time. Signed by CHIEF JUDGE MARK E WALKER on 7/28/2023. (rcb) (Entered: 07/28/2023) |
| 08/03/2023 | 88 | SECRETARY OF STATE'S INITIAL DISCLOSURE. (JAZIL, MOHAMMAD) Modified to edit title on 8/4/2023 (rcb). (Entered: 08/03/2023) |
| 08/03/2023 | 89 | ATTORNEY GENERAL'S INITIAL RULE 26(a)(1) DISCLOSURES. (SJOSTROM, NOAH) Modified to edit title on 8/4/2023 (rcb). (Entered: 08/03/2023) |
| 08/07/2023 | 90 | PROTECTIVE ORDER.The Hispanic Federation Plaintiffs in Case No. 4:23–cv–218 also agreed to the protective order. Id. at 2. The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 8/7/2023. (rcb) (Entered: 08/10/2023) |
| 08/14/2023 | 91 | STATUS REPORT by HISPANIC FEDERATION. (RUIZ, CESAR) (Entered: 08/14/2023) |
| 08/15/2023 | | Set Deadline– Status Report due by **9/15/2023**. (rcb) (Entered: 08/15/2023) |
| 08/16/2023 | 92 | TRANSCRIPT REQUEST by ASHLEY MOODY for proceedings held on 6/28/23 before Judge Chief Judge Walker, Court Reporter:Megan Hague (CHAPPELL, WILLIAM) (Entered: 08/16/2023) |
| 08/22/2023 | 93 | NOTICE of Appearance by CAROLINE ANDREWS MCNAMARA on behalf of All Plaintiffs (MCNAMARA, CAROLINE) (Entered: 08/22/2023) |

| 08/24/2023 | 94 | PROTECTIVE ORDER.. The motion is GRANTED Re: 141 in. 4:23cv215–MW/MAF. Signed by CHIEF JUDGE MARK E WALKER on 8/24/2023. (rcb) (Entered: 08/24/2023) |
|---|---|---|
| 08/24/2023 | 95 | MOTION to Extend Time by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Exhibit Plaintiff's Rule 26(a)(1) Initial Disclosures, # 2 Exhibit Email Reflecting Service of Disclosures) (EBENSTEIN, JULIE) (Entered: 08/24/2023) |
| 08/24/2023 | 96 | ORDER GRANTING 95 UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' RULE 26 DISCLOSURES OUT OF TIME. The 95 unopposed motion is GRANTED. Plaintiffs shall file their Rule 26 disclosures as a separate docket entry on or before 8/25/2023. Signed by CHIEF JUDGE MARK E WALKER on 8/24/2023. (rcb) (Entered: 08/24/2023) |
| 08/25/2023 | 97 | RULE 26 Disclosures by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (EBENSTEIN, JULIE) (Entered: 08/25/2023) |
| 08/29/2023 | 98 | NOTICE of Appearance by JANINE MARIE LOPEZ on behalf of All Plaintiffs (LOPEZ, JANINE) (Entered: 08/29/2023) |
| 08/30/2023 | 99 | MOTION to Appear Pro Hac Vice by John A. Freedman.( Filing fee $ 208 receipt number BFLNDC–8113661.) by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Exhibit Certificate of Good Standing) (FREEDMAN, JOHN) (Entered: 08/30/2023) |
| 08/30/2023 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MARTIN A FITZPATRICK notified that action is needed Re: 99 MOTION to Appear Pro Hac Vice by John A. Freedman.( Filing fee $ 208 receipt number BFLNDC–8113661.). Referred to MARTIN A FITZPATRICK. (rcb) (Entered: 08/30/2023) |
| 08/31/2023 | 100 | ORDER ADMITTING JOHN A. FREEDMAN PRO HAC VICE. The 99 motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 8/31/2023. (rcb) (Entered: 08/31/2023) |
| 09/05/2023 | 101 | MOTION to Withdraw as Attorney by ASHLEY MOODY. (CHAPPELL, WILLIAM) (Entered: 09/05/2023) |
| 09/05/2023 | 102 | ORDER GRANTING 101 MOTION TO WITHDRAW. Mr. Chappell's motions are, therefore, GRANTED. The Clerk shall disconnect Mr. Chappell from CM/ECF in all three of the consolidated cases. Signed by CHIEF JUDGE MARK E WALKER on 9/5/2023. (rcb) (Entered: 09/05/2023) |
| 09/19/2023 | 103 | Pursuant to F.R.A.P. 11(c), #23–12313–A the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 71 Notice of Appeal. The entire record on appeal is available electronically. (rcb) (Entered: 09/19/2023) |
| 09/20/2023 | | Set Deadline– Status Report due by 10/20/2023. (rcb) (Entered: 09/20/2023) |
| 09/20/2023 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of CHIEF JUDGE MARK E WALKER notified that action is needed Re: Set Deadline– Status Report due by 9/13/2023 (rcb)**STATUS REPORT NOT FILED BY 9/13/2023** (Entered: 09/20/2023) |
| 09/21/2023 | 104 | STATUS REPORT by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (RUIZ, CESAR) (Entered: 09/21/2023) |
| 09/22/2023 | | Set Deadlines/Hearings Joint Status Report due by 10/23/2023. (baf) (Entered: 09/22/2023) |
| 09/26/2023 | 105 | ORDER ADMITTING JOHN J. CYCON PRO HAC VICE. Signed by CHIEF JUDGE MARK E WALKER on 9/26/2023. (baf) (Entered: 09/26/2023) |

| | | |
|---|---|---|
| 09/27/2023 | 106 | ORDER GRANTING MOTION TO CONSOLIDATE STATUS REPORT FILING AND DEADLINES – This Court has considered, without hearing, Plaintiffs' unopposed motion to consolidate the filing of and deadlines for status reports. ECF No. 67 in Case No.: 4:23cv216. The Clerk shall discontinue resetting the status report deadlines in Case No.: 4:23cv216 and Case No.: 4:23cv218. Signed by CHIEF JUDGE MARK E WALKER on 9/27/2023. (baf) (Entered: 09/27/2023) |
| 10/05/2023 | 107 | ORDER GRANTING MOTION TO EXTEND DEADLINE – This Court has considered, without hearing, Plaintiffs' unopposed motion to extend deadline to respond to motion to quash, ECF No. 163 , regarding the non–party State Attorneys' motion to quash, ECF No. 158 . The motion is GRANTED. Defendant's deadline to respond to the motion is extended to on or before Thursday, 10/19/2023. Signed by CHIEF JUDGE MARK E WALKER on (baf) Modified to edit response deadline from 10/5/2023 to 10/19/2023 on 10/5/2023 (rcb). (Entered: 10/05/2023) |
| 10/10/2023 | | Set Deadlines re 71 Notice of Appeal: Clerk to check status of Appeal on **1/5/2024**.) USCA case 23–12313 is still pending. (baf) (Entered: 10/10/2023) |
| 10/14/2023 | 108 | NOTICE *of Service of Expert Disclosures* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX (EBENSTEIN, JULIE) (Entered: 10/14/2023) |
| 10/17/2023 | 109 | MOTION for Extension of Time to File *Expert Disclosures* by CORD BYRD, ASHLEY MOODY. (JAZIL, MOHAMMAD) (Entered: 10/17/2023) |
| 10/18/2023 | 110 | ORDER FOR EXPEDITED RESPONSE – Accordingly, on or before Wednesday, October 25, 2023, Plaintiffs in these consolidated cases must file an expedited response explaining why this Court should not grant Defendants' request for a limited extension as a matter of professional courtesy. Signed by CHIEF JUDGE MARK E WALKER on 10/18/2023. (baf) (Entered: 10/18/2023) |
| 10/18/2023 | 111 | ORDER GRANTING EXTENSION – This Court has considered, without hearing, Plaintiffs' second unopposed motion to extend the deadline to respond to the motion to quash. ECF No. 169 . The motion is GRANTED. Plaintiffs' deadline to respond to the motion to quash is extended to on or before Thursday, October 26, 2023. Signed by CHIEF JUDGE MARK E WALKER on 10/18/2023. (baf) (Entered: 10/18/2023) |
| 10/24/2023 | 112 | MOTION to Appear Pro Hac Vice by Fulvia Vargas–De Leon.( Filing fee $ 208 receipt number AFLNDC–8343692.) by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (VARGAS–DE LEON, FULVIA) (Entered: 10/24/2023) |
| 10/24/2023 | 113 | ORDER ADMITTING FULVIA VARGAS–DE LEON PRO HAC VICE – This Court has considered, without hearing, the motion to admit Fulvia Vargas–De Leon pro hac vice. ECF No. 112 . The motion is GRANTED. Mrs. Vargas–De Leon has fulfilled the requirements of the Local Rules for admission and is admitted pro hac vice as counsel for Plaintiffs. Signed by CHIEF JUDGE MARK E WALKER on 10/24/2023. (baf) (Entered: 10/24/2023) |
| 10/25/2023 | 114 | ORDER DENYING NON–PARTIES' MOTION AS MOOT – The non–party State Attorneys' "Objection to Subpoenas, Motion to Quash Subpoenas, and Motion for Protective Order," ECF No. 158 , is DENIED as moot. Signed by CHIEF JUDGE MARK E WALKER on 10/25/2023. (baf) (Entered: 10/25/2023) |
| 10/27/2023 | 115 | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO EXTEND THEIR EXPERT DISCLOSURE DEADLINE – Defendants Secretary Byrd and Attorney General Moody motion "to extend their expert–disclosure deadline from November 13, 2023 to December 13, 2023, ECF No. 167 , is GRANTED in part and DENIED in part. The motion is GRANTED in that the following deadlines are extended as follows: Defendants shall disclose their expert witnesses and reports on or before Monday, November 27, 2023. Plaintiffs shall disclose their rebuttal expert witnesses and reports, if any, on or before Thursday, December 21, 2023. The discovery deadline is extended to Tuesday, January 2, 2024. The deadline for filing summary–judgment motions is on or before Tuesday, January 23, 2024. The motion is otherwise DENIED. All other deadlines in the operative scheduling and mediation order, ECF No. 117 including this case being set for the trial period beginning on April 1, 2024 remain in effect. Signed by CHIEF JUDGE MARK E WALKER on 10/27/2023. (baf) (Entered: 10/27/2023) |

| 11/21/2023 | 116 | NOTICE of Appearance by BRADLEY ROBERT MCVAY on behalf of CORD BYRD (MCVAY, BRADLEY) (Entered: 11/21/2023) |
|---|---|---|
| 11/27/2023 | 117 | RULE 26 Disclosures by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 11/27/2023) |
| 12/14/2023 | 118 | ORDER GRANTING EXTENSION – This Court has considered, without hearing, Defendants Secretary Byrd and Attorney General Moody's unopposed motion to extend the discovery deadline "solely for purposes of completing depositions." ECF No. 191 . The motion is GRANTED. The discovery deadline is extended to Friday, January 12, 2024, only for the limited purpose of completing the depositions as outlined in the motion. Signed by CHIEF JUDGE MARK E WALKER on 12/14/2023. (baf) (Entered: 12/14/2023) |
| 01/05/2024 | | Set Deadlines re 71 Notice of Appeal. Clerk to check status of Appeal on **4/4/2024**. USCA #23–12313–A is still pending. (baf) (Entered: 01/05/2024) |
| 01/08/2024 | 119 | MOTION to Withdraw as Attorney *Fulvia Vargas–De Leon* by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (VARGAS–DE LEON, FULVIA) (Entered: 01/08/2024) |
| 01/08/2024 | 120 | MOTION TO WITHDRAW AS COUNSEL – This Court has considered, without hearing, Fulvia Vargas–De Leon's motion to withdraw as counsel for Plaintiffs in the above–captioned case. ECF No. 119 . Plaintiffs continue to be represented by counsel, and their representation will continue uninterrupted. Ms. Vargas–De Leon's motion is, therefore, GRANTED. The Clerk shall disconnect Ms. Vargas–De Leon from CM/ECF in this case. Signed by CHIEF JUDGE MARK E WALKER on 1/8/2024. (baf) Attorney FULVIA LORRAINE VARGAS–DE LEON terminated (Entered: 01/08/2024) |
| 01/11/2024 | 121 | ORDER GRANTING EXTENSION – This Court has considered, without hearing, Plaintiffs' unopposed motion to extend the discovery deadline solely for the purpose of deposing Maria Matthews. ECF No. 197 . The motion is GRANTED. The discovery deadline is extended in these consolidated cases to **2/9/2024**, only for the limited purpose of completing Maria Matthews's deposition. Signed by CHIEF JUDGE MARK E WALKER on 1/11/2024. (baf) (Entered: 01/11/2024) |
| 01/18/2024 | 122 | NOTICE *OF FILING EXHIBITS TO THE SECRETARY'S MOTION FOR SUMMARY JUDGMENT* by CORD BYRD (Attachments: # 1 Exhibit Ex. 1 – Director Darlington Declaration, # 2 Exhibit Ex. 2 – Fla. Admin Code R. 1S–2.042 (Final), # 3 Exhibit Ex. 3 – 3PVRO–Declaration (Final)) (JAZIL, MOHAMMAD) (Entered: 01/18/2024) |
| 01/18/2024 | 123 | MOTION for Summary Judgment *and Memorandum in Support* by CORD BYRD. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **2/8/2024**). (JAZIL, MOHAMMAD) (Entered: 01/18/2024) |
| 01/22/2024 | 124 | ORDER GRANTING JOINT MOTION TO SET AGREED PRETRIAL SCHEDULE – This Court has considered the parties' joint motion to set an agreed pretrial schedule. ECF No. 202 . The motion is GRANTED. The parties shall conduct their attorneys conference on or before **2/23/2024**. Motions in limine and Daubert motions shall be filed on or before **2/23/2024**. Given the compressed time frame ahead of the pretrial conference, responses to any motions in limine or Daubert motions are due on or before **3/1/2024**, to give this Court time to review before the pretrial conference. The parties' pretrial stipulation and related disclosures are due on or before **3/1/2024**. The Clerk shall set this case for the final telephonic pretrial conference on **3/8/2024**. The parties request to dispose of pretrial briefing is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 1/22/2024. (baf) (Entered: 01/22/2024) |
| 01/23/2024 | 125 | Exhibit List *in Support of Plaintiffs' Motion for Partial Summary Judgment* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX.. (Attachments: # 1 Exhibit 1 – Morley Dep., # 2 Exhibit 2 – Smith Report, # 3 Exhibit 3 – Stein Dep., # 4 Exhibit 4 – Alford Dep., # 5 Exhibit 5 – Smith Rebuttal Report, # 6 Exhibit 6 – Guzzo Dep., # 7 Exhibit 7 – Senate Fiscal Committee Meeting Tr., # 8 Exhibit 8 – Senate Session Tr., # 9 Exhibit 9 – House Session Tr., # 10 Exhibit 10 – Darlington Dep., # 11 Exhibit 11 – Earley Dep., # 12 Exhibit 12 – Cox Dep., # 13 Exhibit 13 – Velez Dep., # 14 Exhibit 14 – Wassmer Dep., # 15 Exhibit 15 – Herron & Smith Paper, # 16 Exhibit 16 – Martinez Dep., # 17 |

| | | |
|---|---|---|
| | | Exhibit 17 – Pico Dep., # 18 Exhibit 18 – Herrera–Lucha Dep., # 19 Exhibit 19 – OAG Stipulation) (KEENAN, MEGAN) (Entered: 01/23/2024) |
| 01/23/2024 | 126 | MOTION for Summary Judgment *on Plaintiffs' Equal Protection Claim* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Internal deadline for referral to judge if response to summary judgment not filed earlier: **2/13/2024**). (Attachments: # 1 Memorandum in Support) (KEENAN, MEGAN) (Entered: 01/23/2024) |
| 01/24/2024 | 127 | NOTICE OF TELEPHONIC HEARING: Telephonic Pretrial Conference set for **3/8/2024 09:00 AM** before CHIEF JUDGE MARK E WALKER.<br><br>ALL PARTIES are directed to call the AT&T Conference Line (see below)<br><br>Conference Call Information<br><br>You may dial into the conference call up to five minutes before start time. Call in number: **888–684–8852** When prompted for an access code, enter: **3853136#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **4565#** Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. **The Court asks that counsel NOT use cell phones or speaker phones** during the call as the quality of the audio connection is compromised by these devices.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 01/24/2024) |
| 01/25/2024 | 128 | MOTION to Withdraw as Attorney *Janine M. Lopez* by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (LOPEZ, JANINE) (Entered: 01/25/2024) |
| 01/26/2024 | 129 | ORDER GRANTING MOTION TO WITHDRAW – This Court has considered, without hearing, Janine M. Lopez's motion to withdraw as counsel for Plaintiffs in the above–captioned case. ECF No. 128 . Plaintiffs continue to be represented by counsel, and their representation will continue uninterrupted. Ms. Lopez's motion is, therefore, GRANTED. The Clerk shall disconnect Ms. Lopez from CM/ECF in this case. Signed by CHIEF JUDGE MARK E WALKER on 1/26/2024. (baf) Attorney JANINE MARIE LOPEZ terminated (Entered: 01/26/2024) |
| 02/01/2024 | 130 | MEMORANDUM in Opposition re 123 MOTION for Summary Judgment *and Memorandum in Support* filed by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (KEENAN, MEGAN) (Entered: 02/01/2024) |
| 02/07/2024 | 131 | ORDER GRANTING EXTENSION – This Court has considered, without hearing, Plaintiffs second unopposed motion to extend the discovery deadline solely for the deposition of Maria Matthews. ECF No. 215 . The motion is GRANTED. The discovery deadline is extended in these consolidated cases to Thursday, **2/22/2024**, only for the limited purpose of completing Maria Matthews's deposition. Signed by CHIEF JUDGE MARK E WALKER on 2/7/2024. (baf) (Entered: 02/07/2024) |
| 02/08/2024 | 132 | REPLY to Response to Motion re 123 MOTION for Summary Judgment *and Memorandum in Support of His Summary–Judgment Motion* filed by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 02/08/2024) |
| 02/13/2024 | 133 | NOTICE *OF FILING EXHIBITS TO THE SECRETARY'S RESPONSE TO PLAINTIFFS' SUMMARY–JUDGMENT MOTION* by CORD BYRD (Attachments: # 1 Exhibit Ex. 1 – Eleventh Circuit Oral Argument Transcript, # 2 Exhibit Ex. 2 – The Secretarys 11th Cir Initial Brief, # 3 Exhibit Ex. 3 – The Secretarys 11th Cir Reply Brief, # 4 Exhibit Ex. 4 – Transcript of April 4, 2023, Senate Committee on Ethics and Elections, # 5 Exhibit Ex. 5 – Transcript of April 19, 2023, House State Affairs Committee, # 6 Exhibit Ex. 6 – Transcript of April 26, 2023, Senate Legislative Session, # 7 Exhibit Ex. 7 – Transcript of April 28, 2023, House Session, # 8 Exhibit Ex. 8 – Documents Relating to Hard Knocks Investigation and Roderica Cody, # 9 Exhibit Ex. 9 – League Plaintiffs Responses to the Secretarys Request for Admissions, # 10 Exhibit Ex. 10 – Transcript of April 20, 2023, Senate Committee on Fiscal Policy) (JAZIL, MOHAMMAD) (Entered: 02/13/2024) |

| | | |
|---|---|---|
| 02/13/2024 | 134 | NOTICE *of Filing Exhibits to the Attorney General's Response to the Hispanic Federation's Motion for Partial Summary Judgment* by ASHLEY MOODY (Attachments: # 1 Exhibit Elizabeth Guzzo Transcript Excerpts, # 2 Exhibit Andrew Darlington Transcript Excerpts) (MORSE, STEPHANIE) (Entered: 02/13/2024) |
| 02/13/2024 | 135 | MEMORANDUM in Opposition re 126 MOTION for Summary Judgment *on Plaintiffs' Equal Protection Claim* filed by ASHLEY MOODY. (MORSE, STEPHANIE) (Entered: 02/13/2024) |
| 02/13/2024 | 136 | RESPONSE in Opposition re 126 MOTION for Summary Judgment *on Plaintiffs' Equal Protection Claim* filed by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 02/13/2024) |
| 02/14/2024 | 137 | NOTICE *of Filing Corrected Exhibit Darlington Excerpts* by ASHLEY MOODY re 134 Notice (Other), (MORSE, STEPHANIE) (Entered: 02/14/2024) |
| 02/19/2024 | 138 | MOTION for Recusal by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 02/19/2024) |
| 02/20/2024 | 139 | REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT re 126 MOTION for Summary Judgment *on Plaintiffs' Equal Protection Claim* filed by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (KEENAN, MEGAN) Modified title on 2/21/2024 (baf). (Entered: 02/20/2024) |
| 02/21/2024 | 140 | ORDER FOR EXPEDITED RESPONSE – Defendant Byrd has filed a motion for my recusal (re: 138 MOTION for Recusal) in each of these cases. Given that trial is fast approaching and in order for both sides to be heard on Defendant Byrd's motions in a timely fashion, Plaintiffs shall file expedited responses to these motions on or before 5:00 p.m. (ET) on Monday, **2/26/2024.** Signed by CHIEF JUDGE MARK E WALKER on 2/21/2024. (baf) (Entered: 02/21/2024) |
| 02/23/2024 | 141 | MOTION in Limine *to Limit Expert Testimony and Exclude Defense Expert Dr. Alford's Testimony* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Exhibit A – Stein–Alford Joint Report) (KEENAN, MEGAN) (Entered: 02/23/2024) |
| 02/23/2024 | 142 | MOTION in Limine *to Limit Evidence Regarding Individual Plaintiffs Immigration Histories and Preclude Evidence of Eligibility for Immigration Benefits* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Exhibit 1 – Excerpts of Herrera–Lucha Deposition) (KEENAN, MEGAN) (Entered: 02/23/2024) |
| 02/27/2024 | 143 | ORDER DENYING MOTIONS FOR RECUSAL – Absent a reasonable basis for disqualification, I am required to hear the cases assigned to me. Defendant Byrd's motions, ECF No. 224 in Case No. 4:23cv215, ECF No. 96 in Case No.: 4:23cv216, and ECF No. 138 in Case No.: 4:23cv218, are DENIED. Signed by CHIEF JUDGE MARK E WALKER on 2/27/2024. (baf) (Entered: 02/27/2024) |
| 02/27/2024 | 144 | ORDER FOR EXPEDITED RESPONSES. Accordingly, given the short time frame for this Court to sort out the parties' positions and rule on the pending motions, Plaintiffs shall file an expedited response to Defendant Byrd's motion in limine on or before 11:59 p.m. (ET) on Friday, **3/1/2024**. Likewise, Defendants shall file their expedited responses to Plaintiffs' motions in limine on or before 11:59 p.m. (ET) on Friday, **3/1/2024**. Signed by CHIEF JUDGE MARK E WALKER on 2/27/2024. (rcb) (Entered: 02/27/2024) |
| 02/27/2024 | 145 | ORDER GRANTING 123 MOTION FOR SUMMARY JUDGMENT. Accordingly, Defendant's motion, ECF No. 123 , is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 2/27/2024. (rcb) (Entered: 02/27/2024) |
| 02/28/2024 | 146 | SCHEDULING ORDER – The parties shall file written opening statements on or before Wednesday, **3/27/2024**, by 5:00 p.m. (ET). Trial will begin on Monday, **4/1/2024** , at 8:00 a.m. (ET) in Tallahassee, Florida. This Court will hear testimony from 8:00 a.m. until 8:00 p.m., Monday through Friday, until the trial is finished. Plaintiffs must identify their first five witnesses to defense counsel by 5:00 pm. (ET) on Friday, March 29, 2024. Assuming all testimony concludes on or before Friday, April 12, 2024, Plaintiffs shall file their written closing arguments on or before |

| | | |
|---|---|---|
| | | Monday, **4/22/2024**, by 11:59 p.m. (ET). Defendants, in turn, shall file their written closing arguments on or before 11:59 p.m. (ET) on Monday, **4/29/2024**. Finally, Plaintiffs shall file written rebuttal closing arguments on or before Friday, **5/3/2024**, by 11:59 p.m. (ET). Signed by CHIEF JUDGE MARK E WALKER on 2/28/2024. (baf) (Entered: 02/28/2024) |
| 02/29/2024 | 147 | ORDER GRANTING UNOPPOSED MOTION TO ADJUST TRIAL SCHEDULE – This Court has considered, without hearing, Defendant Byrd's unopposed motion to adjust the trial schedule. ECF No. 237 in Case No.: 4:23cv215. The motion is GRANTED. The trial set to begin on April 1, 2024, will run from 8:00 a.m. (ET) until 7:00 p.m. (ET). Signed by CHIEF JUDGE MARK E WALKER on 2/29/2024. (baf) (Entered: 02/29/2024) |
| 02/29/2024 | 148 | RESPONSE in Opposition re 141 MOTION in Limine *to Limit Expert Testimony and Exclude Defense Expert Dr. Alford's Testimony*, 142 MOTION in Limine *to Limit Evidence Regarding Individual Plaintiffs Immigration Histories and Preclude Evidence of Eligibility for Immigration Benefits* filed by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 02/29/2024) |
| 03/01/2024 | 149 | ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT – Plaintiffs' motion for partial summary judgment, ECF No. 126, is GRANTED in part and DENIED in part. The motion is GRANTED with respect to Count V against Defendant Byrd. The motion is DENIED with respect to Count V against Defendant Moody. This Court does not direct entry of partial judgment pursuant to Rule 54(b), but instead, this Court will enter the appropriate relief at the conclusion of this case. Signed by CHIEF JUDGE MARK E WALKER on 3/1/2024. (baf) (Entered: 03/01/2024) |
| 03/01/2024 | 150 | ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE – This Court has considered, without hearing, Plaintiffs' motions in limine, ECF Nos. 141 and 142, and Defendant Byrd's response in opposition, ECF No. 148. The motions, ECF Nos. 141 and 142, are DENIED. Signed by CHIEF JUDGE MARK E WALKER on 3/1/2024. (baf) (Entered: 03/01/2024) |
| 03/04/2024 | 151 | ORDER DENYING PLAINTIFFS' MOTION IN LIMINE. Accordingly, Plaintiffs' motion, ECF No. 240, is DENIED. Signed by CHIEF JUDGE MARK E WALKER on 3/4/2024. (rcb) (Entered: 03/04/2024) |
| 03/05/2024 | 152 | ORDER FOR EXPEDITED RESPONSE – Pending before this Court is the NAACP Plaintiffs' motion to compel, ECF No. 249. Defendant Byrd shall file an expedited response to the motion on or before Tuesday, **3/12/2024**, addressing all aspects of the motion. Signed by CHIEF JUDGE MARK E WALKER on 3/5/2024. (baf) (Entered: 03/05/2024) |
| 03/08/2024 | 156 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Telephonic Pretrial Conference held on 3/8/2024. Parties discuss trial protocols, courtroom setup, witnesses/witness rooms, exhibits and objections. Counsel for supervisors of elections requests to observe hearing via phone. Plaintiffs request protocol for admitting/presenting confidential exhibits. Ruling by Court: Clerk to provide phone line for supervisors of election and public to observe hearing. Parties are permitted to have witnesses appear via Zoom (including supervisors of election), if necessary. Parties to file written open/closing arguments. Parties are to provide Clerk with a hard drive of all admitted exhibits and a separate hard drive for all exhibits admitted under seal by the end of the trial (Court Reporter Jan Davis (USDC–Wyoming)). (vkm) (Entered: 03/19/2024) |
| 03/15/2024 | 153 | ORDER FOR EXPEDITED RESPONSE – Pending before this Court is Plaintiffs' motion in limine as to certain composite exhibits. ECF No. 255. Defendant Byrd shall file an expedited response to the motion on or before Tuesday, **3/19/2024**. Signed by CHIEF JUDGE MARK E WALKER on 3/15/2024. (baf) (Entered: 03/15/2024) |
| 03/15/2024 | 154 | ORDER GRANTING JOINT MOTION FOR ADMISSION OF TRIAL EXHIBITS – This Court has considered the parties' joint motion to admit trial exhibits. ECF No. 257. The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 3/15/2024. (baf) (Entered: 03/15/2024) |

| 03/15/2024 | 155 | ORDER GRANTING JOINT MOTION FOR LIMITED ADMISSION OF TRIAL EXHIBITS – This Court has considered the parties' joint motion to admit trial exhibits for a limited purpose. ECF No. 258 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 3/15/2024. (baf) (Entered: 03/15/2024) |
|---|---|---|
| 03/21/2024 | 157 | MOTION to Appear Pro Hac Vice by Phi Nguyen.( Filing fee $ 219 receipt number AFLNDC–8712314.) by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (NGUYEN, PHI) (Entered: 03/21/2024) |
| 03/21/2024 | 158 | MOTION to Appear Pro Hac Vice by Roni Druks.( Filing fee $ 219 receipt number AFLNDC–8712271.) by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (DRUKS, RONI) (Entered: 03/21/2024) |
| 03/21/2024 | 159 | ORDER ADMITTING PHI NGUYEN PRO HAC VICE – This Court has considered, without hearing, the motion to admit Phi Nguyen pro hac vice. ECF No. 157 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 3/21/2024. (baf) (Entered: 03/21/2024) |
| 03/22/2024 | 160 | ORDER ADMITTING RONI DRUKS PRO HAC VICE – This Court has considered, without hearing, the motion to admit Roni Druks pro hac vice. ECF No. 158 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 3/22/2024. (baf) (Entered: 03/22/2024) |
| 03/22/2024 | 161 | MOTION to Appear Pro Hac Vice by Victoria Ochoa.( Filing fee $ 219 receipt number AFLNDC–8715409.) by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (Attachments: # 1 Certificate of Good Service) (OCHOA, VICTORIA) (Entered: 03/22/2024) |
| 03/25/2024 | 162 | ORDER ADMITTING VICTORIA OCHOA PRO HAC VICE – This Court has considered, without hearing, the motion to admit Victoria Ochoa pro hac vice. ECF No. 161 . The motion is GRANTED. Signed by CHIEF JUDGE MARK E WALKER on 3/25/2024. (baf) (Entered: 03/25/2024) |
| 03/26/2024 | 163 | NOTICE RE: 4/1/2024 08:15 AM BENCH TRIAL: INTERESTED PARTIES MAY OBSERVE THIS HEARING BY CALLING THE NUMBER BELOW. THIS NUMBER IS PROVIDED TO LISTEN ONLY––THIS HEARING MUST NOT BE BROADCAST BY ANY MEANS. PLEASE MUTE YOUR LINE Conference Call Information You may dial into the conference call up to five minutes before start time. Call in number: 888–684–8852 When prompted for an access code, enter: 8131706# If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: 0628# You are now in the conference call. **Remember to mute your phone.** **Callers to this line will be able to listen ONLY, not address the Court.** s/ Victoria Milton McGee Courtroom Deputy Clerk (vkm) (Entered: 03/26/2024) |
| 03/27/2024 | 164 | TRIAL BRIEF – *The Secretary's Opening Brief* – by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 03/27/2024) |
| 03/27/2024 | 165 | TRIAL BRIEF *The Attorney General's Opening Statement* by ASHLEY MOODY. (MORSE, STEPHANIE) (Entered: 03/27/2024) |
| 03/27/2024 | 166 | TRIAL BRIEF *Hispanic Federation's Written Opening Statement* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CEPEDA DERIEUX, ADRIEL) (Entered: 03/27/2024) |

| 03/28/2024 | 167 | NOTICE of Appearance by GARY VERGIL PERKO on behalf of CORD BYRD (PERKO, GARY) (Entered: 03/28/2024) |
|---|---|---|
| 04/01/2024 | 168 | AMENDED ORDER GRANTING JOINT MOTION FOR LIMITED ADMISSION OF TRIAL EXHIBITS – This Court has considered the parties' joint motion to admit trial exhibits for a limited purpose. ECF No. 258 . The motion is GRANTED. NAACP Exhibit Nos. 266–383, 385–401, 406–425, and 427–646 are ADMITTED for the limited purpose of showing that the fine letters were prepared or prepared and sent to third–party voter registration organizations, but not for the truth of the matters asserted within the exhibits. Signed by CHIEF JUDGE MARK E WALKER on 4/1/2024. (baf) (Entered: 04/01/2024) |
| 04/01/2024 | 169 | ORDER FOR SPECIAL SET HEARING – Consistent with this Court's ruling, as announced on the record on April 1, 2024, this Court directs the parties to appear for a special set hearing on 4/6/2024 – 4/7/2024, to resolve objections to any and all exhibits not yet admitted based on the objections listed on the parties' exhibit lists. The hearing shall run from 8:00 a.m. (ET) to 7:00 p.m. (ET) on Saturday and Sunday. Signed by CHIEF JUDGE MARK E WALKER on 4/1/2024. (baf) (Entered: 04/01/2024) |
| 04/01/2024 | 170 | NOTICE OF HEARING: Hearing re: Bench Trial Exhibits set for 4/6/2024 08:00 AM – 07:00 PM and 4/7/2024 08:00 AM – 07:00 PM before CHIEF JUDGE MARK E WALKER. Joseph Woodrow Hatchett United States Courthouse and Federal Building, Courtroom 5 West, 111 North Adams St., Tallahassee, Florida 32301.<br><br>NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Victoria Milton McGee at 850–521–3510 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 04/01/2024) |
| 04/01/2024 | 171 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 1 held on 4/1/2024 (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 04/02/2024) |
| 04/02/2024 | 172 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 2 held on 4/2/2024 (Court Reporter Megan Hague (USDC–Tallahassee)). (Entered: 04/02/2024) |
| 04/03/2024 | 173 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 3 held on 4/3/2024. Ruling by Court: Parties to confer and advise Court tomorrow morning re: objections to exhibits. Defendants to disclose 4/8/24 witness schedule to Plaintiffs on 4/5/24 (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 04/03/2024) |
| 04/04/2024 |  | Set Deadlines re 71 Notice of Appeal. Clerk to check status of Appeal on 7/3/2024. USCA #23–12313–A is still pending. (baf) (Entered: 04/04/2024) |
| 04/04/2024 | 174 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 4 held on 4/4/2024 (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 04/04/2024) |
| 04/05/2024 | 175 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 5 held on 4/5/2024 (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 04/05/2024) |
| 04/08/2024 | 176 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 1 held on 4/1/2024, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

| | | |
|---|---|---|
| | | Redaction Request due **4/15/2024**. Release of Transcript Restriction set for **7/15/2024**. (mah) (Entered: 04/08/2024) |
| 04/08/2024 | <u>177</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 2 Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **4/15/2024**. Release of Transcript Restriction set for **7/15/2024**. (mah) (Entered: 04/08/2024) |
| 04/08/2024 | <u>178</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 3 held on 4/3/2024, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **4/15/2024**. Release of Transcript Restriction set for **7/15/2024**. (mah) (Entered: 04/08/2024) |
| 04/08/2024 | <u>179</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 4 held on 4/4/2024, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **4/15/2024**. Release of Transcript Restriction set for **7/15/2024**. (mah) (Entered: 04/08/2024) |
| 04/08/2024 | <u>180</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 5 held on 4/5/2024, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **4/15/2024**. Release of Transcript Restriction set for **7/15/2024**. (mah) (Entered: 04/08/2024) |
| 04/08/2024 | 181 | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 6 held on 4/8/2024. Trial reconvenes at 9:00 AM on 4/9/2024 (Court Reporter Megan Hague (USDC–Tallahassee)). (vkm) (Entered: 04/08/2024) |
| 04/08/2024 | <u>182</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 6 held on 4/8/2023, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained |

| | | |
|---|---|---|
| | | through PACER.<br><br>Redaction Request due **4/15/2024**. Release of Transcript Restriction set for **7/15/2024**. (mah) (Entered: 04/08/2024) |
| 04/08/2024 | [183](#) | ORDER GRANTING IN PART AND DENYING IN PART MOTION TO ADMIT CERTAIN EXHIBITS INTO EVIDENCE – For the reasons previously stated on the record, Plaintiffs' motion, ECF No. 274 , is GRANTED in part and DENIED in part. Signed by CHIEF JUDGE MARK E WALKER on 4/8/2024. (baf) (Entered: 04/09/2024) |
| 04/09/2024 | [185](#) | Minute Entry for proceedings held before CHIEF JUDGE MARK E WALKER: Bench Trial Day 7 completed on 4/9/2024. Ruling by Court: Telephonic hearing re: deposition designations set for 4/15/24 at 1:00 pm; Parties to file notice by **4/12/2024**, if hearing is unnecessary. Plaintiffs' amended complaint due by **5/23/2024** (Court Reporter Megan Hague (USDC–Tallahassee)). (Attachments: # [1](#) Exhibit List (vkm) ***VOLUMINOUS EXHIBITS NOT POSTED TO DOCKET, PER CHIEF JUDGE WALKER***(2 FLASH DRIVES) (Entered: 04/12/2024) |
| 04/10/2024 | [184](#) | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Bench Trial Proceedings – Day 7 held on 4/9/2024, before Judge Mark E. Walker. Court Reporter/Transcriber Megan A. Hague, Telephone number 850–443–9797.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **4/17/2024**. Release of Transcript Restriction set for **7/16/2024**. (mah) (Entered: 04/10/2024) |
| 04/12/2024 | 186 | NOTICE OF TELEPHONIC HEARING: Telephonic Hearing re: Deposition Designations set for **4/15/2024 01:00 PM** before CHIEF JUDGE MARK E WALKER.<br><br>ALL PARTIES are directed to call the AT&T Conference Line (see below)<br><br>Conference Call Information<br><br>You may dial into the conference call up to five minutes before start time. Call in number: **888–684–8852** When prompted for an access code, enter: **3853136#** If you are asked to join as the host, just ignore and wait until you are asked for a security code. When asked for a security code, enter: **4565#** Say your name, when prompted. You are now in the conference call. Remember to mute your phone when you are not speaking. **The Court asks that counsel NOT use cell phones or speaker phones** during the call as the quality of the audio connection is compromised by these devices.<br><br>s/ Victoria Milton McGee<br>Courtroom Deputy Clerk (vkm) (Entered: 04/12/2024) |
| 04/15/2024 | 187 | NOTICE OF CANCELLED HEARING: Telephonic Hearing re: Deposition Designations set for 4/15/2024 01:00 PM before CHIEF JUDGE MARK E WALKER is CANCELLED. (vkm) (Entered: 04/15/2024) |
| 04/22/2024 | [188](#) | TRIAL BRIEF *Hispanic Federation's Closing Statement* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (KEENAN, MEGAN) (Entered: 04/22/2024) |
| 04/26/2024 | [189](#) | MOTION to Withdraw as Attorney by A DOE, B DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (DRUKS, RONI) (Entered: 04/26/2024) |
| 04/26/2024 | [190](#) | ORDER GRANTING MOTION TO WITHDRAW – This Court has considered, without hearing, Estee Konor's motion to withdraw as counsel for Plaintiffs in the above–captioned case. ECF No. [189](#) . Plaintiffs continue to be represented by counsel, |

| | | |
|---|---|---|
| | | and their representation will continue uninterrupted. Ms. Konor's motion is, therefore, GRANTED. The Clerk shall disconnect Ms. Konor from CM/ECF in this case. Signed by CHIEF JUDGE MARK E WALKER on 4/26/2024. (baf) Attorney ESTEE MEIRA KONOR terminated in this case. (Entered: 04/26/2024) |
| 04/26/2024 | 191 | MOTION to Withdraw as Attorney *for the Florida Secretary of State* by CORD BYRD. (PRATT, JOSHUA) (Entered: 04/26/2024) |
| 04/26/2024 | 192 | ORDER GRANTING MOTION TO WITHDRAW – This Court has considered, without hearing, Joshua E. Pratt's motion to withdraw as counsel for Defendant Florida Secretary of State Cord Byrd in the above–captioned consolidated cases. ECF No. 306 in No. 4:23cv215; ECF No. 137 in No. 4:23cv216; ECF No. 191 in No. 4:23cv218. The Florida Secretary of State continues to be represented by counsel, and his representation will continue uninterrupted. Mr. Pratt's motion is, therefore, GRANTED. The Clerk shall disconnect Mr. Pratt from CM/ECF in each of the three above–captioned cases. Signed by CHIEF JUDGE MARK E WALKER on 4/26/2024. (baf) Attorney JOSHUA E PRATT terminated in this case. (Entered: 04/26/2024) |
| 04/29/2024 | 193 | TRIAL BRIEF – *The Secretary's Written Closing* – by CORD BYRD. (JAZIL, MOHAMMAD) (Entered: 04/29/2024) |
| 04/29/2024 | 194 | TRIAL BRIEF *Closing Argument* by ASHLEY MOODY. (MORSE, STEPHANIE) (Entered: 04/29/2024) |
| 05/02/2024 | 195 | MOTION for Leave to File Excess Pages by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CEPEDA DERIEUX, ADRIEL) (Entered: 05/02/2024) |
| 05/02/2024 | 196 | ORDER GRANTING LEAVE TO EXCEED WORD LIMIT granting 195 Motion for Leave to File Excess Pages. Signed by CHIEF JUDGE MARK E WALKER on 5/2/2024. (vkm) (Entered: 05/02/2024) |
| 05/02/2024 | 197 | ORDER GRANTING UNOPPOSED 313 , 314 & 315 MOTIONS TO EXTEND WORD LIMIT. Signed by CHIEF JUDGE MARK E WALKER on 5/2/2024. (vkm) (Entered: 05/02/2024) |
| 05/03/2024 | 198 | TRIAL BRIEF *Written Rebuttal Closing Argument* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CEPEDA DERIEUX, ADRIEL) (Entered: 05/03/2024) |
| 05/15/2024 | 199 | FINAL ORDER ON MERITS. This Court hereby DECLARES that the Citizenship Requirement described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050, violates Plaintiffs rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS Plaintiffs' request for a permanent injunction. The Clerk shall enter judgment stating: This Court hereby DECLARES that the Citizenship Requirement described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050, violates Plaintiffs rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS Plaintiffs' request for a permanent injunction. Neither Defendant Byrd nor Defendant Moody, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Byrd and Moody shall enforce, nor permit enforcement of, the Citizenship Requirement provision described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050. Defendants Byrd and Moody, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendants Byrd and Moody shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order. The Clerk shall close the file. Signed by CHIEF JUDGE MARK E WALKER on 5/15/2024. (rcb) Modified to edit docket language on 5/15/2024 (rcb). (Entered: 05/15/2024) |
| 05/15/2024 | 200 | CLERK'S JUDGMENT re 199 FINAL ORDER ON MERITS. 90 Day Exhibit Return Deadline set for **8/13/2024**. (rcb) (Entered: 05/15/2024) |
| 05/22/2024 | 201 | MOTION to Extend Time*to File Attorney's Fees Motion and Bill of Costs* by A DOE, VERONICA HERRERA–LUCHA, HISPANIC FEDERATION, NORKA MARTINEZ, PODER LATINX. (CEPEDA DERIEUX, ADRIEL) (Entered: 05/22/2024) |

| 05/22/2024 | 202 | ORDER GRANTING 201 PLAINTIFFS' UNOPPOSED MOTION TO DEFER DETERMINATION OF ENTITLEMENT TO, AND AMOUNT OF, FEES AND COSTS. The 201 motion is GRANTED. Plaintiffs' deadline to file a motion to determine the amount of fees is suspended until fourteen days after the later of (a) the date the Court of Appeals issues its mandate in the last pending appeal from this case; (b) the deadline for filing a petition for a writ of certiorari from the last pending appeal in this case, if no petition is filed, or (c) the date the Court of Appeals issues a mandate following a decision of the Supreme Court or denial of certiorari, if a petition is filed. Signed by CHIEF JUDGE MARK E WALKER on 5/22/2024. (rcb) (Entered: 05/22/2024) |
|---|---|---|
| 06/10/2024 | 203 | NOTICE OF APPEAL as to 199 FINAL ORDER ON MERITS, 200 CLERK'S JUDGMENT by CORD BYRD, ASHLEY MOODY. ( Filing fee $605 Receipt Number AFLNDC–8831038.) (JAZIL, MOHAMMAD) Modified title on 6/11/2024 (baf). (Entered: 06/10/2024) |
| 06/10/2024 | 204 | Appeal Instructions re: 203 Notice of Appeal : The Transcript Request Form is available on the Internet at https://www.flnd.uscourts.gov/form/eleventh–circuit–transcript–information–form **PLEASE NOTE** Separate forms must be filed for each court reporter in both the district court and the appeals court. Transcript Order Form due by **6/24/2024**. (baf) (Entered: 06/11/2024) |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

    *Plaintiffs*,

    v.                               Case No. 4:23-cv-218-MW/MAF

CORD BYRD, in his official capacity as
Florida Secretary of State, et al.,

    *Defendants*.

_____/

## <u>NOTICE OF APPEAL</u>

Defendant Secretary of State Cord Byrd and Defendant Attorney General Ashley Moody appeal to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment entered on May 15, 2024.

1

Dated: June 10, 2024

Respectfully submitted,

Bradley R. McVay (FBN 79034)
brad.mcvay@dos.myflorida.com
Joseph Van de Bogart (FBN 84764)
joseph.vandebogart@dos.myflorida.com
Ashley Davis (FBN 48032)
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building
500 S. Bronough St.
Tallahassee, FL 32399
(850) 245-6536

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Michael Beato (FBN 1017715)
mbeato@holtzmanvogel.com
zbennington@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Defendant Secretary Byrd*

/s/ Stephanie A. Morse
Stephanie A. Morse (FBN 68713)
stephanie.morse@myfloridalegal.com
Noah T. Sjostrom (FBN 1039142)
noah.sjostrom@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
PL-01 The Capitol
Tallahassee, FL 32399-1050

*Counsel for Defendant Attorney General Moody*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil

3

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

     *Plaintiffs*,

v.                       **Case No.: 4:23cv218-MW/MAF**

CORD BYRD, et al.,

     *Defendants*.

_____/

## FINAL ORDER ON MERITS

By prior Order, this Court granted partial summary judgment in Plaintiffs' favor against Defendant Byrd with respect to Count V of Plaintiff's Complaint—Plaintiffs' Equal Protection claim challenging the Citizenship Requirement. ECF No. 149. Out of an abundance of caution, this Court denied partial summary judgment with respect to the same claim against Defendant Moody as there appeared to be disputed issues of material fact concerning Defendant Moody's role in enforcing the challenged provision that precluded this Court from ruling in Plaintiffs' favor. *Id.* at 6. This case proceeded to a bench trial on April 1, 2024, during which Plaintiffs introduced evidence in support of their standing to challenge Defendants' enforcement of the Citizenship Requirement and a slew of additional theories for why the Citizenship Requirement violates the Constitution. Plaintiffs argue that, in addition to facially discriminating against noncitizens in violation of

the Equal Protection Clause, the Citizenship Requirement (a) is unconstitutionally overbroad and vague in violation of the First and Fourteenth Amendments, (b) unconstitutionally burdens their First and Fourteenth Amendment rights in connection with the right to vote, and (c) violates their First Amendment rights to free speech and association. *See generally* ECF No. 188.

## I

Plaintiffs ask this Court to consider and rule on the merits of each of these alternative constitutional theories to present a complete record for appeal.[1] *Id*. at 54 (citing *New York v. United States Dep't of Com.*, 351 F. Supp. 3d 502, 517 (S.D.N.Y. 2019), *aff'd in part sub nom. Dep't of Com. v. New York*, 139 So. Ct. 2551 (2019)). But "[a] fundamental and longstanding principle of judicial restraint requires that courts avoid reaching constitutional questions in advance of the necessity of deciding them." *Williamson v. Brevard Cnty.*, 928 F.3d 1296, 1316 (11th Cir. 2019) (quoting *Lyng v. Nw. Indian Cemetery Protective Ass'n*, 485 US. 439, 445 (1988)).

Here, this Court has already determined that the provision facially discriminates against noncitizens in violation of the Equal Protection Clause of the

---

[1] This Court recognizes that its prior order granting a preliminary injunction, which concludes that Plaintiffs are substantially likely to succeed on the merits of their claim that the Citizenship Requirement violates the Fourteenth Amendment, is currently on appeal. *See* ECF No. 71. Although Plaintiffs have encouraged this Court to rule on all their alternative theories for why the Citizenship Requirement is unconstitutional, neither side has presented any argument for why this Court should refrain from entering judgment at this juncture notwithstanding the pending appeal, *see* ECF Nos. 193 and 194, nor does this Court see any reason to refrain from doing so.

Fourteenth Amendment. *See* ECF No. 149; *see also* ECF No. 68. Having found the challenged provision facially unconstitutional on Equal Protection grounds, this Court need not interrogate Plaintiffs' alternative constitutional theories for challenging the Citizenship Requirement. *See League of Women Voters of Fla. Inc. v. Fla. Sec'y of State*, 66 F.4th 905, 948 (11th Cir. 2023) ("We have already held that the second phrase in the challenged clause is unconstitutionally vague, so we need not reach the question of overbreadth as to the second phrase."); *Williamson*, 928 F.3d at 1316 (declining to reach alternative constitutional claims challenging county policy after concluding that the challenged policy "violates the principle of denominational neutrality found at the heart of the Establishment Clause"); *Green Party of Tenn. v. Hargett*, 791 F.3d 684, 695 (6th Cir. 2015) ("Because we find that the ballot-retention statute is facially unconstitutional under the Equal Protection Clause, we need not decide whether it also violates the First Amendment.").

This Court need only determine whether Plaintiffs proved they have standing to challenge Attorney General Moody's enforcement of the Citizenship Requirement before fashioning an appropriate remedy for the Equal Protection violation. Accordingly, this Court turns to the parties' arguments and evidence with respect to whether Plaintiffs have standing to challenge Defendant Moody's enforcement of the constitutionally infirm Citizenship Requirement.

II

As to Plaintiffs' standing, this Court previously found that Plaintiffs established, as a matter of law, that their individual members, like Ms. Herrera-Lucha and Ms. Martínez, have suffered concrete and particularized injuries in that they can no longer work as paid canvassers, or they have had the terms of their employment substantially changed to avoid running afoul of the Citizenship Requirement. *See* ECF No. 149 at 4. At trial, Defendant Moody did not contest that Plaintiffs have demonstrated cognizable injuries-in-fact under the Citizenship Requirement. Instead, Defendant Moody contends that Plaintiffs failed to prove that their injuries are traceable to Defendant Moody or redressable by an injunction against her. *See* ECF No. 194 at 2–7. However, this argument misconstrues Florida law and misapplies federal standing jurisprudence to the record before this Court. Upon review of the record and the parties' arguments, and for the reasons summarized below, this Court concludes that Plaintiffs have standing to proceed against Defendant Moody with respect to their Equal Protection challenge to the Citizenship Requirement.

Given that this Court has already found that Plaintiffs established a cognizable injury-in-fact at the summary-judgment stage, this Court limits its standing analysis to traceability and redressability. With respect to traceability, Plaintiffs must show a "causal connection between the injury and the conduct complained of—the injury

4

has to be fairly traceable to the challenged action of the defendant, and not the result of the independent action of some third party not before the court." *See Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992). "[A]s with any party that is dragged into court," a plaintiff must show how each defendant's "action or inaction caused the plaintiff's alleged injury." *BBX Cap. v. Fed. Deposit Ins. Corp.*, 956 F.3d 1304, 1312 (11th Cir. 2020) (citing *Hollywood Mobile Ests. Ltd. v. Seminole Tribe of Fla.*, 641 F.3d 1259, 1265–66 (11th Cir. 2011)). Ultimately, "[t]o establish traceability . . . in a lawsuit seeking to enjoin a government official from enforcing the law, a plaintiff must show 'that the official has the authority to enforce the particular provision being challenged . . . .' " *Dream Defenders v. Governor of the State of Florida*, 57 F.4th 879, 888–89 (11th Cir. 2023) (quoting *Support Working Animals, Inc. v. Governor of Fla.*, 8 F.4th 1198, 1201 (11th Cir. 2021)).

Here, the record is clear that individuals like Ms. Herrera-Lucha and Ms. Martínez either can no longer work as paid canvassers or have had the terms of their employment substantially changed for fear of running afoul of the Citizenship Requirement. And Defendant Moody has the authority to enforce the Citizenship Requirement. Specifically, section 97.0575(8), Florida Statutes, provides:

> If the Secretary of State reasonably believes that a person has committed a violation of this section, the secretary may refer the matter to the Attorney General for enforcement. The Attorney General may institute a civil action for a violation of this section or to prevent a violation of this section. An action for relief may include a permanent or temporary injunction, a restraining order, or any other appropriate

order.

§ 97.0575(8), Fla. Stat.

The Attorney General asserts this enforcement authority is expressly limited by the first sentence of this provision, which allows the Secretary of State to refer suspected violations of section 97.0575 to the Attorney General for enforcement. Plaintiffs' evidence at trial confirms this is how the Statewide Prosecutor interprets this provision, *see* ECF No. 178 at 147, and that the Office of the Attorney General has stipulated that it interprets this provision to require a referral from the Secretary of State *before* it can initiate any civil enforcement under section 97.0575. But the Plaintiffs argue that nothing in the statute prevents the Attorney General from independently pursuing enforcement against suspected or anticipated violations absent a referral from the Secretary of State—the first sentence of this provision simply authorizes the Secretary to refer suspected violations as he deems fit, while the following sentence authorizes the Attorney General to pursue enforcement through civil actions as she deems fit. For that matter, it appears the parties agree that neither the current Attorney General, nor any future Attorney General, are bound by the Attorney General's current interpretation. In short, the parties' dispute over standing boils down to whether the Attorney General's proffered interpretation of this provision effectively insulates her office from suit unless and until the Secretary of State refers a suspected violation of Florida law to her office.

6

Considering the record before this Court and the parties' disagreement, which involves a question of law rather than fact, this Court agrees with Plaintiffs that section 97.0575(8) does not limit the Attorney General's enforcement authority solely to enforcement of suspected violations that the Secretary of State refers to her. To interpret this provision as *requiring* a referral *before* the Attorney General is authorized to institute a civil enforcement action against suspected violators of the Citizenship Provision—as the Attorney General does—requires this Court to rewrite the provision to expressly condition the Attorney General's authority to enforce the Citizenship Requirement upon a referral from the Secretary. But the plain text of the statute requires no such referral before "[t]he Attorney General may institute a civil action for a violation of this section or to prevent a violation of this section." § 97.0575(8), Fla. Stat.

This Court is unpersuaded by Defendant Moody's suggestion that her interpretation is the only reasonable reading of the statute in light of the "Harmonious-reading canon" and the "Whole-Text canon." ECF No. 194 at 3–5. These "canons are meant to help [courts] carry out our primary task: discerning the text's ordinary public meaning." *Heyman v. Cooper*, 31 F.4th 1315, 1319 (11th Cir. 2022). But when "a wooden application of the canons would supplant rather than supply ordinary meaning . . . . [courts] remain obligated to the *text*—not to what the canons might suggest about the text." *Id.* (emphasis added). This Court's "obligation

7

is to the text and not the canons *per se* . . . ." *Id.* at 1321–22. Moreover, by artificially limiting her enforcement authority to post-violation referrals, the Attorney General's interpretation appears to nullify the statutory text that authorizes the Attorney General to commence a civil enforcement action "to *prevent* a violation of this section." *See* § 97.0575(8), Fla. Stat. (emphasis added).

Here, the Florida Legislature saw fit to expressly authorize the Secretary of State to refer suspected violations of the Citizenship Requirement to the Attorney General for enforcement. The Florida Legislature also expressly authorized the Attorney General to pursue civil actions to enforce the Citizenship Requirement against suspected violators or to prevent future violations. Had the Florida Legislature saw fit to limit the Attorney General's enforcement authority to *only* those suspected violations that have been referred by the Secretary, it would have said so. But the plain text requires no such referral before the Attorney General may pursue a civil enforcement action.

Nor does this plain reading of the statute's text nullify the Secretary's authority to refer suspected violations to the Attorney General. The Secretary, the State's Chief Elections Officer (who is likely in the best position to learn of suspected violations of the Citizenship Requirement), remains authorized to refer violations to the Attorney General for enforcement by her office, while the Attorney General—an independent constitutional state officer—retains authority to pursue

8

civil enforcement actions whether or not the suspected violation comes across her desk through referral from the Secretary or from some other source. Accordingly, given the Attorney General's express authority to pursue civil enforcement actions for past violations and to prevent future violations of the Citizenship Requirement, Plaintiffs have demonstrated a causal connection between their injuries and Defendant's conduct. *See Dream Defenders*, 57 F.4th at 888–89.

As both sides agree, traceability and redressability often travel together. Here, given that Plaintiffs' injuries are traceable to the Attorney General because she has authority to pursue civil enforcement actions against suspected violators of the challenged provision, an injunction prohibiting the Attorney General from exercising this enforcement authority would effectively redress Plaintiffs' injuries as it would remove the very real threat of a civil enforcement action. *See Dream Defenders*, 57 F.4th at 889 (holding that to establish traceability and redressability, Plaintiffs must demonstrate "that the official has the authority to enforce the particular provision being challenged, such that the injunction prohibiting enforcement would be effectual" (citation omitted)). In short, Plaintiffs have proved they have standing to proceed against the Attorney General with respect to their Equal Protection claim against the Citizenship Requirement.

Accordingly, Plaintiffs have demonstrated standing as to both the Secretary and the Attorney General, and, as a matter of law, that the Citizenship Requirement

9

unconstitutionally discriminates against noncitizens on its face. Next, this Court turns to Plaintiffs' requested relief.

III

Plaintiffs seek declaratory and permanent injunctive relief. ECF No. 1 at 43. To obtain a permanent injunction, Plaintiffs "must satisfy a four-factor test." *Monsanto Co. v. Geertson Seed Farms*, 561 U.S. 139, 159 (2010) (internal quotation marks omitted). Plaintiffs must show (1) that they have "suffered an irreparable injury; (2) remedies available at law, such as monetary damages, are inadequate to compensate for that injury; (3) considering the balance of hardships between the plaintiff and defendant, a remedy in equity is warranted; and (4) the public interest would not be disserved by a permanent injunction." *Ga. Advoc. Off. v. Jackson*, 4 F.4th 1200, 1208 (11th Cir. 2021).

Here Plaintiffs have suffered—and continue to suffer—irreparable injuries. Indeed, the individual members in this case have been unconstitutionally discriminated against based on their non-citizenship status. *Smith v. South Dakota*, 781 F. Supp. 2d 879, 887 (D. S.D. 2011). This discrimination has prevented Plaintiffs from registering new voters—a lost opportunity that cannot be remedied with monetary damages. *See League of Women Voters of Fla. v. Browning*, 863 F. Supp. 2d 1155, 1167 (N.D. Fla. 2012) (Hinkle, J.) ("[W]hen a plaintiff loses an opportunity to register a voter, the opportunity is gone forever."). "The public has no interest in

10

enforcing an unconstitutional" law—especially one that facially discriminates based on alienage. *KH Outdoor, LLC v. City of Trussville*, 458 F.3d 1261, 1272 (11th Cir. 2006). On the other side of the ledger sits the individual Plaintiffs' rights to equal protection under the law. There is no comparison. Plaintiffs are entitled to an injunction.

Accordingly,

**IT IS ORDERED**:

1. This Court declares that section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050, is unconstitutional.

2. The Clerk shall enter judgment stating:

> This Court hereby **DECLARES** that the Citizenship Requirement described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050, violates Plaintiffs' rights under the Fourteenth Amendment of the United States Constitution. This Court **GRANTS** Plaintiffs' request for a permanent injunction. Neither Defendant Byrd nor Defendant Moody, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Byrd and Moody shall enforce, nor permit enforcement of, the Citizenship Requirement provision described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050. Defendants Byrd and Moody, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with Defendants Byrd and Moody shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order.

3. This Order incorporates all prior rulings in this case on motions to dismiss and motions for summary judgment.

4. This Court retains jurisdiction in this case for purposes of determining entitlement to and amount, if any, of attorneys' fees.

5.  The Clerk shall close the file.

**SO ORDERED on May 15, 2024.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**

12

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

     Plaintiffs,

v.                      Case No.: 4:23cv218-MW/MAF

CORD BYRD, et al.,

     Defendants.

_____/

## JUDGMENT

This Court hereby DECLARES that the Citizenship Requirement described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050, violates Plaintiffs' rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS Plaintiffs' request for a permanent injunction. Neither Defendant Byrd nor Defendant Moody, nor their successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendants Byrd and Moody shall enforce, nor permit enforcement of, the Citizenship Requirement provision described in section 97.0575(1)(f), Florida Statutes (2023), as amended by SB 7050. Defendants Byrd and Moody, and their successors in office, as well as their deputies, officers, employees, agents, and any other person in active participation and concert with

Defendants Byrd and Moody shall take all practicable measures within the scope

of their official authority to ensure compliance with the terms of this Order.


JESSICA J LYUBLANOVITS,
CLERK OF COURT


May 15, 2024                                 s/ *Ronnie Barker*
DATE                                         DEPUTY CLERK