# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2024

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 23-12313 -AA
Case Style: Hispanic Federation, et al., v. Florida Secretary of State, et al.,
District Court Docket No: 4:23-cv-00218-MW-MAF

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel is advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12308

_____

FLORIDA STATE CONFERENCE OF BRANCHES
AND YOUTH UNITS OF THE NAACP,
VOTERS OF TOMORROW ACTION INC,
DISABILITY RIGHTS FLORIDA,
ALIANZA FOR PROGRESS,
ALIANZA CENTER, et al.,

                                              Plaintiffs-Appellees,

EQUAL GROUND EDUCATION FUND et al.,

                                                         Plaintiffs,

*versus*

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEY GENERAL,

                                              Defendants-Appellants,

2                            Order of the Court                            23-12308

KIM BARTON, et al.,

                                                                    Defendants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00215-MW-MAF

_____

_____

No. 23-12313

_____

HISPANIC FEDERATION,
PODER LATINX,
VERONICA HERRERA-LUCHA,
NORKA MARTINEZ,
A DOE, et al.,

                                                            Plaintiffs-Appellees,

*versus*

23-12308                    Order of the Court                    3

FLORIDA SECRETARY OF STATE,
FLORIDA ATTORNEY GENERAL,

                                           Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00218-MW-MAF

_____

Before WILSON, GRANT, and LAGOA, Circuit Judges.

BY THE COURT:

    Plaintiffs-Appellees' motion to dismiss appeal no. 23-12313 as moot is GRANTED. Appeal no. 23-12313 is DISMISSED.