UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, et al.,

Plaintiffs,

v.  Case No. 4:23-cv-218-MW-MAF

CORD BYRD, et al.,

Defendants.

_____/

**MOTION TO WITHDRAW AS
COUNSEL FOR DEFENDANTS**

  Pursuant to Local Rule 11.1(H), Noah Sjostrom moves to withdraw as counsel of record for Defendant ASHLEY MOODY in her official capacity as FLORIDA ATTORNEY GENERAL, for the following reason: The undersigned counsel is taking a job in another office. The Defendant continues to be represented in this case through other counsel from the Office of the Attorney General. Accordingly, the undersigned counsel's withdrawal from this case should not cause any prejudice or delay. Moreover, the undersigned counsel is authorized to represent that the Attorney General of Florida consents to his withdrawal and that Plaintiffs do not oppose this motion.

  WHEREFORE, good cause having been shown, Noah Sjostrom requests that this Court enter an order allowing him to withdraw as counsel from this case.

            Respectfully submitted,
            **ASHLEY MOODY**
            ATTORNEY GENERAL

*/s/ Noah Sjostrom*
Noah Sjostrom (FBN 1039142)
ASSISTANT ATTORNEY GENERAL
noah.sjostrom@myfloridalegal.com
Complex Litigation Division
Office of the Attorney General
PL - 01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Telefacsimile: (850) 488-4872

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August 2024, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ Noah Sjostrom*
Noah Sjostrom