IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, *etc., et al.*,<br><br>*Defendants*. | Case No.<br>4:23-cv-218-MW-MAF |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), Plaintiffs' counsel move to withdraw Roni Druks as counsel of record for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico. As of April 7, 2025, Ms. Druks has no longer been employed by Demos. Plaintiffs continue to be represented in this case through counsel from LatinoJustice PRLDEF, American Civil Liberties Union (ACLU), ACLU Foundation of Florida, Demos, and Arnold & Porter LLP. Given their continued representation of Plaintiffs in this matter, withdrawal as counsel should not cause any delay or prejudice to any party to this action. Plaintiffs' counsel have given Plaintiffs notice of this development, and Plaintiffs do not oppose Ms. Druks' withdrawal from this matter. Future correspondence and documents should be served to remaining counsel on record for Plaintiffs.

1

Dated: April 21, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Phi Nguyen*
　　　　　　　　　　　　　　　　　　　Phi Nguyen
　　　　　　　　　　　　　　　　　　　Demos
　　　　　　　　　　　　　　　　　　　80 Broad St, 4th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　(212) 633-1405
　　　　　　　　　　　　　　　　　　　pnguyen@demos.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

                                              */s/ Phi Nguyen*
                                              Phi Nguyen