# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

   *Plaintiffs*,

v.     Case Nos.: 4:23cv218-MW/MAF

**CORD BYRD, in his official capacity as Florida Secretary of State, et al.,**

   *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This Court has considered, without hearing, Roni Druks's motion to withdraw as counsel for Plaintiffs in the above-captioned case. ECF No. 218. Plaintiffs continue to be represented by counsel, and their representation will continue uninterrupted. Ms. Druks's motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Druks from CM/ECF in this case.

**SO ORDERED** on April 21, 2025.

                                                            s/Mark E. Walker
                                                            **Chief United States District Judge**