IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                             Case No.: 4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Defendant Byrd's motion to withdraw Michael Beato as counsel in this case. ECF No. 222. Defendant Byrd continues to be represented by counsel and his representation will continue uninterrupted. Accordingly, the unopposed motion is **GRANTED**. The Clerk shall disconnect Mr. Beato from CM/ECF in this case.

**SO ORDERED** on October 7, 2025.

                                                      s/Mark E. Walker
                                                      **United States District Judge**