IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| HISPANIC FEDERATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORD BYRD, *etc., et al.*,<br><br>*Defendants*. | Case No.<br>4:23-cv-218-MW-MAF |

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), the undersigned moves to withdraw Phi Nguyen as counsel of record for Plaintiffs Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico. As grounds for withdrawal, Ms. Nguyen is concluding her employment at Demos effective October 31, 2025. Plaintiffs consent to this withdrawal and will continue to be represented by counsel in this case.

Dated: October 28, 2025

Respectfully submitted,

*/s/ Phi Nguyen*
Phi Nguyen
Demos
368 9th Avenue, 6th Floor
Suite 11-105
New York, NY 10001
(212) 485-6065
pnguyen@demos.org

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

           */s/ Phi Nguyen*
           Phi Nguyen