IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HISPANIC FEDERATION, et al.,**

    *Plaintiffs*,

v.                                                                          Case No.: 4:23cv218-MW/MAF

**CORD BYRD, in his official capacity
as Florida Secretary of State, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Plaintiffs' motion to withdraw Phi Nguyen as counsel in this case. ECF No. 225. Plaintiffs continue to be represented by counsel and their representation will continue uninterrupted. Accordingly, the unopposed motion is **GRANTED**. The Clerk shall disconnect Ms. Nguyen from CM/ECF in this case.

    **SO ORDERED** on October 28, 2025.

                                              **s/Mark E. Walker**
                                              **United States District Judge**