UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HISPANIC FEDERATION, *et al.*,

   *Plaintiffs*,

v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

   *Defendants*.

Case No. 4:23-cv-00218
Consolidated Case No. 4:23-cv-00215

## CONSENT MOTION TO WITHDRAW AS COUNSEL

    I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Plaintiffs, because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. In accordance with Local Civil Local Rule 11.1(H), I have provided notice of this motion to withdraw to my clients in the above-captioned matter, and each Plaintiff consents.

    Plaintiffs will continue to be represented by my colleagues Adriel I. Cepeda Derieux and Dayton Campbell-Harris at the American Civil Liberties Union Foundation, as well as our co-counsel at the ACLU Foundation of Florida, LatinoJustice PRLDEF, Dēmos, and Arnold & Porter Kaye Scholer LLP.

.

1

2

Date: January 29, 2026   Respectfully submitted,

*/s/ Megan C. Keenan*
Megan C. Keenan
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

*/s/ Megan C. Keenan*
Megan C. Keenan
