**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HISPANIC FEDERATION, *et al.*,

      Plaintiffs,

                                  Case No. 4:23-cv-00218-MW-MAF

v.

CORD BYRD, in his official capacity
as Secretary of State Florida, *et al.*,

      Defendants.

_____/

**TEN SUPERVISORS OF ELECTIONS'
NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

Defendants, the Supervisors of Elections for Charlotte, Collier, Indian River, Lake, Lee, Manatee, Marion, Monroe, Pasco, and Seminole Counties give notice that, effective June 9, 2026, attorney Andy Bardos changed his law firm and contact information to the following:

Shutts & Bowen LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-241-1717
abardos@shutts.com

Dated June 26, 2026.

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: 850-241-1717
abardos@shutts.com
*Attorney for Supervisors of Elections*
*for Charlotte, Collier, Indian River,*
*Lake, Lee, Monroe, Marion, Manatee,*
*Pasco, and Seminole Counties*