**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HISPANIC FEDERATION, *et al*.,
*Plaintiffs*,
v.

CORD BYRD, in his official capacity as Secretary of State of Florida, *et al.*,

*Defendants*.

Case No. 4:23-cv-00218
Consolidated Case No. 4:23-cv-00215

**CONSENT MOTION TO WITHDRAW AS COUNSEL**

I, Cesar Z. Ruiz, respectfully request leave to withdraw as counsel for Hispanic Federation, Poder Latinx, Veronica Herrera-Lucha, Norka Martinez, and Elizabeth Pico ("Plaintiffs"), because I am leaving my current position at the LatinoJustice PRLDEF on September 4, 2026. In accordance with Local Civil Local Rule 11.1(H), I have provided notice of this motion to withdraw to Plaintiffs in the above-captioned matter, and each Plaintiff consents.

Plaintiffs will continue to be represented by my colleagues Delmarie Alicea and Miranda Galindo at LatinoJustice PRLDEF as well as our co-counsel at American Civil Liberties Union Foundation, the ACLU Foundation of Florida, Dēmos, and Arnold & Porter Kaye Scholer LLP.

Date: 8/26/2026

Respectfully Submitted,

/s/ Cesar Z. Ruiz
Cesar Z. Ruiz
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
Cruiz@latinojustice.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2026, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Cesar Z. Ruiz
Cesar Z. Ruiz