**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**HISPANIC FEDERATION, et al.,**

***Plaintiffs*,**

**v.** **Case No.: 4:23cv218-MW/MAF**

**CORD BYRD, in his official capacity**
**as Florida Secretary of State, et al.,**

***Defendants*.**
**______________________________/**

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This Court has considered, without hearing, Plaintiffs' motion to withdraw Cesar Z. Ruiz as counsel in this case. ECF No. 232. Plaintiffs continue to be represented by counsel and their representation will continue uninterrupted. Accordingly, the unopposed motion is **GRANTED**. The Clerk shall disconnect Mr. Ruiz from CM/ECF in this case.

**SO ORDERED on August 26, 2026.**

**s/Mark E. Walker**
**United States District Judge**